**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | **(Jointly Administered)** |

<u>**AGENDA FOR OCTOBER 28, 2020 HEARING**</u>

Time and Date of Hearing:    October 28, 2020 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:    In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. Please register with Court Solutions at www.court-solutions.com.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 1321758814#.

Copies of Motions:        A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.

I.    **UNCONTESTED MATTERS:**

1. ***KEIP/KERP Motion.*** Motion of Debtors for Entry of an Order Authorizing Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan [ECF No. 1674]

    Objection Deadline: September 23, 2020 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than the Official Committee of Unsecured Creditors, the Ad-Hoc Committee of Governmental and Other Contingent Litigation Claimants, the Non-Consenting States Group and the Multi-State Entities Group, with respect to whom the Objection Deadline was extended to October 21, 2020 at 4:00 p.m. (prevailing Eastern Time)).

    Responses Received:

        A. Objection of the United States Trustee to Motion of Debtors for Order Authorizing Implementation of a Key Employee Incentive Plan and Key Employee Retention Plan [ECF No. 1708]

        B. The Ad Hoc Committee on Accountability's Objection to Debtor's Motion Authorizing Implementation of a Key Employee Incentive Plan and Key Employee Retention Plan [ECF No. 1709]

        C. Memorandum of Points and Authorities in Support of the Ad Hoc Committee on Accountability's Opposition to Debtor's Motion Authorizing Implementation of a Key Employee Incentive Plan and Key Employee Retention Plan [ECF No. 1710]

    Reply:

        A. Debtors' Omnibus Reply in Support of Motion of Debtors for Entry of an Order Authorizing Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan [ECF No. 1742]

Related Documents:

    A. Amended Notice of Hearing on Motion of Debtors for Entry of an Order Authorizing Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan [ECF No. 1675]

    B. Order Authorizing Debtors to Implement a Key Employee Retention Plan [ECF No. 1762]

    C. Debtors' Supplemental Statement in Support of Motion of Debtors for Entry of an Order Authorizing Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan [ECF No. 1847]

Status: This matter is going forward on an uncontested basis.

2. ***Rand Bar Date Tolling Motion.*** Motion of Harry Rand for Tolling of Filing Deadline  [ECF No. 1664]

    Objection Deadline: October 21, 2020 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Related Documents:

        A. Notice of Hearing on Motion of Harry Rand for Tolling of Filing Deadline (Notice prepared and filed by Court) [ECF No. 1666]

        B. Notice of Adjournment of Hearing Regarding Motion to File Proof of Claim after Claims Bar Date [ECF No. 1714]

    Status: This matter is going forward on an uncontested basis.

## II.  CONTESTED MATTERS:

3. ***Motion to Shorten Notice with Respect to Motion to Confirm Payment by Sackler Family under DOJ Settlement Is Not Prohibited by This Court.*** Motion to Shorten Notice with Respect to Motion to Confirm That Payment by the Sackler Families under Settlement with the United States Department of Justice Is Not Prohibited by This Court [ECF No. 1832]

    Objection Deadline: October 27, 2020 at 12:00 p.m. (prevailing Eastern Time).

    Responses Received:

        A. The Ad Hoc Committee on Accountability's Objection to the Sacklers' Motion to Shorten Notice with Respect to Their Motion to Confirm That Payment by the Sackler Families under Settlement

3

with the United States Department of Justice Is Not Prohibited by
This Court [ECF No. 1852]

Related Documents:

A. Notice of Hearing on (I) Motion to Shorten Notice with Respect to
Motion to Confirm That Payment by the Sackler Families under
Settlement with the United States Department of Justice Is Not
Prohibited by This Court and (II) Motion to Confirm That Payment
by the Sackler Families under Settlement with the United States
Department of Justice Is Not Prohibited by This Court [ECF
No. 1836]

Status: This matter is going forward on a contested basis.

4. ***Motion to Confirm Payment by Sackler Family under DOJ Settlement Is Not
Prohibited by This Court.*** Notice by the Sackler Families of Settlement with the
United States Department of Justice and Motion to Confirm That Payment by the
Sackler Families under Settlement with the United States Department of Justice Is
Not Prohibited by This Court [ECF No. 1833]

Objection Deadline: October 27, 2020 at 12:00 p.m. (prevailing Eastern
Time).

Responses Received: None

Related Documents:

A. Notice of Hearing on (I) Motion to Shorten Notice with Respect to
Motion to Confirm That Payment by the Sackler Families under
Settlement with the United States Department of Justice Is Not
Prohibited by This Court and (II) Motion to Confirm That Payment
by the Sackler Families under Settlement with the United States
Department of Justice Is Not Prohibited by This Court [ECF
No. 1836]

Status: This matter is going forward on a contested basis.

III.   **CONTINUED MATTERS:**

5. ***UCC Motion to Compel Production of Purportedly Privileged Documents Based
on Failure to Demonstrate Documents Are Privileged.*** Official Committee of
Unsecured Creditors' Motion to Compel Production of Purportedly Privileged
Documents, or for *In Camera* Review, Based on Failure of the Sacklers and the
Debtors to Demonstrate Documents Identified on Logs Are Privileged [ECF
No. 1752]

Objection Deadline: October 14, 2020 at 11:59 p.m. (prevailing Eastern
Time).

4

<u>Responses Received</u>:

    A.  Objection of Mortimer Sackler Initial Covered Sackler Persons to the Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for *In Camera* Review, Based on Failure of the Sacklers and the Debtors to Demonstrate Documents Identified on Logs Are Privileged [ECF No. 1806]

    B.  Debtors' Omnibus Objection to the Official Committee's Motions to Compel Production of the Debtors' Privileged Documents and Cross-Motion for a Protective Order [ECF No. 1808]

    C.  The Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' General Challenges Motion [ECF No. 1810]

    D.  Amended Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' General Challenges Motion [ECF No. 1816]

<u>Related Documents</u>:

    A.  Declaration of Mitchell Hurley Dated September 29, 2020 [ECF No. 1754]

    B.  Letter from Audrey Strauss, Acting United States Attorney for the Southern District of New York, Requesting Permission to File a Statement of Interest Regarding the UCC's Motions to Compel Production filed on September 30, 2020 [ECF No. 1803]

    C.  Second Declaration of Jasmine Ball Dated October 14, 2020 [ECF No. 1807]

    D.  Declaration of Benjamin S. Kaminetzky in Support of Debtors' Omnibus Objection to the Official Committee's Motions to Compel Production of the Debtors' Privileged Documents and Cross-Motion for a Protective Order [ECF No. 1809]

    E.  Declaration of Mara Leventhal Dated October 14, 2020 [ECF No. 1812]

    F.  Letter from Audrey Strauss, Acting United States Attorney for the Southern District of New York, Making Statement of Interest in Opposition to UCC's Motion to Compel [ECF No. 1821]

    G.  Stipulation and Agreed Order Regarding Amended Briefing Schedule in the Chapter 11 Cases [ECF No. 1848]

Status: This matter is continued to November 17, 2020 at 10:00 a.m. (prevailing Eastern Time).

6. ***UCC Motion to Compel Production of Purportedly Privileged Documents Based on Exceptions to Privilege.*** Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for *In Camera* Review, Based on Good Cause, Crime Fraud, and At Issue Exceptions to Claims of Privilege [ECF No. 1753]

Objection Deadline: October 14, 2020 at 11:59 p.m. (prevailing Eastern Time).

Responses Received:

A. Objection by Mortimer Sackler Initial Covered Sackler Persons to the Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for *In Camera* Review, Based on Good Cause, Crime Fraud, and At Issue Exceptions to Claims of Privilege [ECF No. 1804]

B. Debtors' Omnibus Objection to the Official Committee's Motions to Compel Production of the Debtors' Privileged Documents and Cross-Motion for a Protective Order [ECF No. 1808]

C. The Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' Exceptions Motion [ECF No. 1811]

D. Amended Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' Exceptions Motion [ECF No. 1815]

Related Documents:

A. Declaration of Mitchell Hurley Dated September 29, 2020 [ECF No. 1754]

B. Letter from Audrey Strauss, Acting United States Attorney for the Southern District of New York, Requesting Permission to File a Statement of Interest Regarding the UCC's Motions to Compel Production filed on September 30, 2020 [ECF No. 1803]

C. Declaration of Jasmine Ball Dated October 14, 2020 [ECF No. 1805]

D. Declaration of Benjamin S. Kaminetzky in Support of Debtors' Omnibus Objection to the Official Committee's Motions to Compel Production of the Debtors' Privileged Documents and Cross-Motion for a Protective Order [ECF No. 1809]

6

      E.   Declaration of Mara Leventhal Dated October 14, 2020 [ECF No. 1812]

      F.   Stipulation and Agreed Order Regarding Amended Briefing Schedule in the Chapter 11 Cases [ECF No. 1848]

<u>Status</u>: This matter is continued to November 17, 2020 at 10:00 a.m. (prevailing Eastern Time).

7.   ***Motion for Protective Order.***  Debtors' Omnibus Objection to the Official Committee's Motions to Compel Production of the Debtors' Privileged Documents and Cross-Motion for a Protective Order [ECF No. 1808]

    <u>Objection Deadline</u>: November 5, 2020 at 11:59 p.m. (prevailing Eastern Time).

    <u>Related Documents</u>:

      A.   Declaration of Benjamin S. Kaminetzky in Support of Debtors' Omnibus Objection to the Official Committee's Motions to Compel Production of the Debtors' Privileged Documents and Cross-Motion for a Protective Order [ECF No. 1809]

      B.   Stipulation and Agreed Order Regarding Amended Briefing Schedule in the Chapter 11 Cases [ECF No. 1848]

    <u>Status</u>: This matter is continued to November 17, 2020 at 10:00 a.m. (prevailing Eastern Time).

7

Dated:    October 26, 2020
           New York, New York

DAVIS POLK & WARDWELL LLP

By:    */s/ Eli J. Vonnegut*
          Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*