Gerard Uzzi, Esq.
Alexander B. Lees, Esq.
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219

Gregory P. Joseph, Esq.
Mara Leventhal, Esq.
**JOSEPH HAGE AARONSON LLC**
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone:    (212) 407-1200
Facsimile:    (212) 407-1280

*Counsel for the Raymond Sackler Family*

Jasmine Ball, Esq.
Maura Kathleen Monaghan, Esq.
Jeffrey J. Rosen, Esq.
**DEBEVOISE & PLIMPTON LLP**
919 Third Ave.
New York, NY 10022
Telephone:    (212) 909-6000
Facsimile:    (212) 909-6836

*Counsel for the Mortimer Sackler Family*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF FILING OF REVISED PROPOSED ORDER CONFIRMING THAT PAYMENT BY THE SACKLER FAMILIES UNDER SETTLEMENT WITH THE UNITED STATES DEPARTMENT OF JUSTICE IS NOT PROHIBITED BY THIS COURT**

**PLEASE TAKE NOTICE** that on October 22, 2020, the Raymond Sackler family and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Mortimer Sackler family (together, the "Sackler Families") filed the *Notice By the Sackler Families of Settlement with the United States Department of Justice and Motion to Confirm That Payment By the Sackler Families Under Settlement with the United States Department of Justice Is Not Prohibited by This Court* [ECF No. 1833] (the "Motion"), together with the proposed order annexed thereto as Exhibit B [ECF No. 1833, Ex. B] (the "Proposed Order").  Along with the Motion and Proposed Order, the Sackler Families simultaneously filed the accompanying *Motion to Shorten Notice with Respect to Motion to Confirm That Payment by the Sackler Families Under Settlement with the United States Department of Justice Is Not Prohibited by This Court* [ECF No. 1832] (the "Motion to Shorten").

**PLEASE TAKE FURTHER NOTICE** that the deadline for all parties to object or file responses was **October 27, 2020** at **12:00 p.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that a limited objection (the "Limited Objection") was filed by the Official Committee of Unsecured Creditors (the "Official Committee") and the Ad Hoc Group of Non-Consenting States (the "NCSG", together with the Official Committee, the "Objecting Parties") [ECF No. 1856].

**PLEASE TAKE FURTHER NOTICE** that the Sackler Families hereby file the revised Proposed Order attached hereto as **Exhibit A** (the "Revised Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that a comparison between the Revised Proposed Order and the Proposed Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Sackler Families have, through the Revised Proposed Order, attempted to resolve the issues raised by the Objecting Parties, but expect that the Objecting Parties may continue to seek additional modifications to the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that the Sackler Families seek to have the Motion

heard and the Revised Proposed Order entered at the omnibus hearing scheduled for **October 28, 2020** at **10 a.m.** (prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "Bankruptcy Court"), or at such other time as the Bankruptcy Court may determine.

**PLEASE TAKE FUTHER NOTICE** that pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("General Order M-543"), the Hearing will be conducted telephonically.[2] Parties wishing to appear at, or attend, the Hearing must refer to and comply with the Court's guidelines for telephonic appearances[3] and make arrangements with Court Solutions LLC by telephone at (917) 746-7476.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma/. You may also obtain copies of any pleadings by visiting the Courts' website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Signatures on following page*]

---

[2]  A copy of General Order M-543 can be obtained by visiting:   https://www.nysb.uscourts.gov/news/court-operations-under-exigent-circumstances-created-covid-19

[3]  The Court's procedures for telephonic appearances are available at: http://www.nysb.uscourts.gov/telephonic-appearances-white-plains.

3

Dated: October 27, 2020
       New York, New York

| | |
|---|---|
| /s/  Gerard Uzzi | /s/  Jasmine Ball |
| Gerard Uzzi, Esq. | Jasmine Ball, Esq. |
| Alexander B. Lees, Esq. | Maura Kathleen Monaghan, Esq. |
| **MILBANK LLP** | Jeffrey J. Rosen, Esq. |
| 55 Hudson Yards | **DEBEVOISE & PLIMPTON LLP** |
| New York, NY 10001 | 919 Third Ave. |
| Telephone: (212) 530-5000 | New York, NY 10022 |
| Facsimile: (212) 530-5219 | Telephone:   (212) 909-6000 |
| | Facsimile:   (212) 909-6836 |
| /s/  Gregory P. Joseph | |
| Gregory P. Joseph, Esq. | *Counsel for the Mortimer Sackler Family* |
| Mara Leventhal, Esq. | |
| **JOSEPH HAGE AARONSON LLC** | |
| 485 Lexington Avenue, 30th Floor | |
| New York, New York 10017 | |
| Telephone: (212) 407-1200 | |
| Facsimile:(212) 407-1280 | |

*Counsel for the Raymond Sackler Family*