UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

### SUPPLEMENTAL DECLARATION OF
### LISA DONAHUE OF ALIXPARTNERS, LLP

Pursuant to 28 U.S.C. § 1746, I, Lisa Donahue, state under penalty of perjury, that:

1. I am a Managing Director of AlixPartners, LLP ("**AlixPartners**"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "**Debtors**") to supplement the disclosures set forth in my original declaration dated November 5, 2019 [ECF No. 429], my supplemental declaration dated December 5, 2019 [ECF No. 578], the supplemental declaration of Jesse DelConte of AlixPartners, LLP dated December 18, 2019 [ECF No. 671], and my supplemental declaration dated December 19, 2019 [ECF No. 678].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

4. Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries. AlixPartners would like to disclose the following:

- APC Workforce Solutions LLC, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Berlin Packaging LLC, a vendor to the Debtors, is a current and former AP client in matters unrelated to the Debtors.

- Cognizant Tech Solutions US Corp, a vendor to the Debtors, and affiliates ("**Cognizant**") are adverse litigation parties and related parties to current and former AP clients in matters unrelated to the Debtors. Cognizant is a current AP client in matters unrelated to the Debtors. Cognizant is a former employer of current AP employees.

- Dorsey & Whitney LLP, a vendor and counsel to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Great American Insurance Company (Vosco), an insurance provider to the Debtors, is a current AP client in matters unrelated to the Debtors.

- IQVIA Inc, a vendor to the Debtors, is a current and former AP client in matters unrelated to the Debtors.

- Jackson Lewis P.C., counsel to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Johnson Matthey PLC, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Managed Markets, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Northern Arapaho Tribe, a litigation party to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Petrillo Klein & Boxer, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- PricewaterhouseCoopers LLP, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Robbins Geller Rudman & Dowd LLP, a plaintiff's attorney in this bankruptcy matter, is a current AP client in matters unrelated to the Debtors.

- Schneider Electric Buildings, a vendor to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Spears & Imes LLP, counsel to Craig Landau, a former director and officer in this bankruptcy matter, is a current AP client in matters unrelated to the Debtors.

- Target Corp., a customer to the Debtors, is a current AP client in matters unrelated to the Debtors.

- Troutman Sanders LLP, counsel to the Debtors, affiliate is a current AP client in matters unrelated to the Debtors.

- Wells Fargo & Company and Wells Fargo Financial Leasing, Inc., vendors and banking service providers to the Debtors, affiliate is a current AP client in matters unrelated to the Debtors.

5. AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: October 23, 2020　　　　　　　　　　AlixPartners, LLP
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　 */s/ Lisa Donahue*
　　　　　　　　　　　　　　　　　　　　　　Lisa Donahue
　　　　　　　　　　　　　　　　　　　　　　Managing Director