Gerard Uzzi
Alexander B. Lees
Eric K. Stodola
MILBANK LLP
55 Hudson Yards
New York, New York 10001
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219

Gregory P. Joseph
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone:    (212) 407-1200
Facsimile:    (212) 407-1280

*Counsel for the Raymond Sackler Family*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al*., | Case No. 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |

## AFFIDAVIT OF SERVICE

    CECILIA KIM, being duly sworn, deposes and says,

    I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank LLP, Counsel to the Raymond Sackler Family, in the above-captioned cases.

    On the 28th of October 2020, I caused a copy of the following documents:

A Notice of Filing of Revised Proposed Order Confirming That Payment By The Sackler Families Under Settlement With The United States Department of Justice Is Not Prohibited By This Court [ECF No. 1858]

to be served upon the parties identified on Exhibit A attached hereto by electronic mail.

                                                           /s/ Cecilia Kim
                                                           CECILIA KIM

SWORN TO AND SUBSCRIBED before me
this 28th of October 2020

/s/ Debra Esposito
Debra Esposito
Notary Public, State of New York
No. 01ES4504379
Qualified in Queens County
Certificate filed in New York County
Commission Expires August 31, 2021

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**EXHIBIT A**

cbs@agentislaw.com
idizengoff@akingump.com
apreis@akingump.com
mhurley@akingump.com
sbrauner@akingump.com
elisovicz@akingump.com
william.hao@alston.com
will.sugden@alston.com
jacob.johnson@alston.com
gspizer@anapolweiss.com
aa@andrewsthornton.com
shiggins@andrewsthornton.com
rsiko@andrewsthornton.com
eneiger@askllp.com
jchristian@askllp.com
vandermeusejl@doj.state.wi.us
dina.yunker@atg.wa.gov
daluzt@ballardspahr.com
roglenl@ballardspahr.com
DonBarrettPA@gmail.com
mbentley@bentleyandbruning.com
dwallace@bentleyandbruning.com
Klaw@bbslaw.com
tbielli@bk-legal.com
bmc@ecfAlerts.com
daniel.connolly@bracewell.com
robert.burns@bracewell.com
dludman@brownconnery.com
GCicero@brownrudnick.com
DMolton@brownrudnick.com
spohl@brownrudnick.com
jgarfinkle@buchalter.com
dslate@buchalter.com
bernard.eskandari@doj.ca.gov
michelle.burkart@doj.ca.gov
timothy.lundgren@doj.ca.gov
judith.fiorentini@doj.ca.gov
kmaclay@capdale.com
jwehner@capdale.com
jliesemer@capdale.com
tphillips@capdale.com
bankruptcy@clm.com
jalberto@coleschotz.com
eric.gold@mass.gov
cmomjian@attorneygeneral.gov

mike@consovoymccarthy.com
cbrustowicz@clfnola.com
jdetty@clfnola.com
lrichardson@clfnola.com
donald@creadorelawfirm.com
jonc@cuneolaw.com
jonc@cuneolaw.com
Purdue.noticing@dpw.com
GWillard@dubllc.com
badams@egletlaw.com
aham@egletlaw.com
eentsminger@egletlaw.com
ggoodman@foley.com
leisenberg@foley.com
panderson@foxswibel.com
jfrank@fgllp.com
jkleinman@fgllp.com
fredhill70@gmail.com
litherlandc@gilbertlegal.com
quinnk@gilbertlegal.com
gilberts@gilbertlegal.com
kstadler@gklaw.com
mgoldstein@goodwinlaw.com
wweintraub@goodwinlaw.com
hsteel@goodwinlaw.com
benh@hbsslaw.com
purduebankruptcy@hbsslaw.com
dzwally@haugpartners.com
jdougherty@haugpartners.com
Caleb.Holzaepfel@huschblackwell.com
marshall.turner@huschblackwell.com
CSteege@jenner.com
rlevin@jenner.com
mleventhal@jha.com
dpepe@jha.com
pjerdee@jha.com
cstanley@jha.com
gjoseph@jha.com
sam@kellerlenkner.com
Anne.Wallice@Kirkland.com
James.Stempel@Kirkland.Com
mgold@kkwc.com
rtuchman@kkwc.com
keckstein@kramerlevin.com
rringer@kramerlevin.com

vrubinstein@loeb.com
luskin@lsellp.com
stern@lsellp.com
mlouis@macelree.com
nowak@marcus-shapira.com
rbarnes@marcus-shapira.com
gbressler@mdmc-law.com
mmorano@mdmc-law.com
nleonard@mdmc-law.com
ivolkov@mcgrailbensinger.com
guzzi@milbank.com
estodola@milbank.com
alees@milbank.com
sdnyecf@dor.mo.gov
sam@mitchellspeights.com
jyoung@forthepeople.com
juanmartinez@forthepeople.com
mbuchman@motleyrice.com
kmccraw@ncdoj.gov
kcordry@naag.org
nicolas.keller@dfs.ny.gov
Heather.Crockett@atg.in.gov
lara.fogel@law.njoag.gov
David.Nachman@ag.ny.gov
Kathryn.Blake@ag.ny.gov
Umair.Khan@ag.ny.gov
amathews@scag.gov
jlibet@scag.gov
Denise.Mondell@ct.gov
brett.delange@ag.idaho.gov
william.pearson@ag.iowa.gov
Jill.abrams@vermont.gov
paul.schwartzberg@usdoj.gov
Alison.Archer@ohioattorneygeneral.gov
Trish.Lazich@ohioattorneygeneral.gov
mcyganowski@otterbourg.com
jfeeney@otterbourg.com
mvaneck@attorneygeneral.gov
andrew.troop@pillsburylaw.com
andrew.alfano@pillsburylaw.com
jason.sharp@pillsburylaw.com
jryan@potteranderson.com
astulman@potteranderson.com
rslaugh@potteranderson.com
purduepharmateam@primeclerk.com
serviceqa@primeclerk.com
Jon.Lowne@pharma.com

mdf@rawlingsandassociates.com
clynch@reedsmith.com
cspringer@reedsmith.com
jshafferman@swc-law.com
bkaswan@scott-scott.com
jscolnick@scott-scott.com
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com
jamie.fell@stblaw.com
egraff@stblaw.com
attorney.general@alaska.gov
aginfo@azag.gov
oag@ArkansasAG.gov
bankruptcy@coag.gov
Attorney.General@ct.gov
Attorney.General@state.DE.US
hawaiiag@hawaii.gov
webmaster@atg.state.il.us
ConsumerInfo@ag.state.la.us
consumer.mediation@maine.gov
oag@oag.state.md.us
ago@state.ma.us
miag@michigan.gov
attorney.general@ago.mo.gov
contactdoj@mt.gov
ago.info.help@nebraska.gov
attorneygeneral@doj.nh.gov
askconsumeraffairs@lps.state.nj.us
Louis.Testa@ag.ny.gov
jsutton2@ncdoj.gov
ndag@nd.gov
consumer.hotline@doj.state.or.us
consumerhelp@state.sd.us
reg.boards@tn.gov
paul.singer@oag.texas.gov
bk-robaldo@oag.texas.gov
public.information@oag.state.tx.us
uag@utah.gov
ago.info@vermont.gov
mailoag@oag.state.va.us
emailago@atg.wa.gov
Abby.G.Cunningham@wvago.gov
nfk@stevenslee.com
cp@stevenslee.com
esserman@sbep-law.com
dapice@sbep-law.com

smarkowitz@tarterkrinsky.com
rcavaliere@tarterkrinsky.com
mbrownstein@tarterkrinsky.com
Marvin.Clements@ag.tn.gov
jblask@tuckerlaw.com
twaldrep@waldrepllp.com
jlyday@waldrepllp.com
jlanik@waldrepllp.com
cshore@whitecase.com
michele.meises@whitecase.com
alice.tsier@whitecase.com
ashley.chase@whitecase.com
tlauria@whitecase.com
laura.femino@whitecase.com
esnyder@wilkauslander.com