**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**ORDER GRANTING THE MOTION FOR TOLLING OF FILING DEADLINE**

Upon the motion (the "**Motion**") of James Harry Rand seeking leave to have his Personal Injury Claimant Proof of Claim Form (the "**Late Claim**") deemed timely filed notwithstanding that it was filed after the extended bar date for claims to be filed in these chapter 11 cases (the "**Extended General Bar Date**"); and the Court having jurisdiction to consider the matters raised in this Motion pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and, after due and sufficient notice of the Motion, there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Motion on October 28, 2020; and, after due deliberation and in the light of the lack of objections to the Motion, the Court having determined pursuant to Federal

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Rule of Bankruptcy Procedure 9006(b)(1) that there is good and sufficient cause for the relief

granted herein; now, therefore,

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The Late Claim will be treated as timely filed, and the Debtors will not object to

the Late Claim based on its not having been filed by the Extended General Bar Date.  All other

potential objections to the Late Claim are expressly reserved.

3.      Except as expressly set forth in this Order, nothing contained herein shall be an

admission or waiver of the substantive or procedural rights, remedies, claims, or defenses of any

of the parties in these chapter 11 cases, whether at law or equity.

4.      The relief provided for herein applies only to the Late Claim.

5.      The Debtors are authorized to take all actions necessary or appropriate to

effectuate the relief granted in this Order.

6.      This Court retains exclusive jurisdiction to hear and determine all matters arising

from or related to the implementation, interpretation, and enforcement of this Order.


Dated:   October 29, 2020
         White Plains, New York

                                        /s/Robert D. Drain
                                        _____
                                        THE HONORABLE ROBERT D DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE