Hearing Date and Time: November 17, 2020 at 10:00 a.m. (prevailing Eastern Time)
Objection Date: November 3, 2020

| | |
|---|---|
| Gerard Uzzi, Esq.<br>Alexander B. Lees, Esq.<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:    (212) 530-5000<br>Facsimile:     (212) 530-5219 | Jasmine Ball, Esq.<br>Maura Kathleen Monaghan, Esq.<br>Jeffrey J. Rosen, Esq.<br>**DEBEVOISE & PLIMPTON LLP**<br>919 Third Ave.<br>New York, NY 10022<br>Telephone:    (212) 909-6000<br>Facsimile:     (212) 909-6836 |
| Gregory P. Joseph, Esq.<br>Mara Leventhal, Esq.<br>**JOSEPH HAGE AARONSON LLC**<br>485 Lexington Avenue, 30th Floor<br>New York, New York 10017<br>Telephone:    (212) 407-1200<br>Facsimile:     (212) 407-1280 | *Counsel for the Mortimer Sackler Family* |
| *Counsel for the Raymond Sackler Family* | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al*.,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF HEARING ON MOTION TO CONFIRM THAT PAYMENT BY THE SACKLER FAMILIES UNDER SETTLEMENT WITH THE UNITED STATES <u>DEPARTMENT OF JUSTICE IS NOT PROHIBITED BY THIS COURT</u>**

**PLEASE TAKE NOTICE** that on October 22, 2020, the Raymond Sackler family and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Mortimer Sackler family (together, the "Sackler Families") filed the *Notice by the Sackler Families of Settlement with the United States Department of Justice and Motion to Confirm That Payment by the Sackler Families Under Settlement with the United States Department of Justice Is Not Prohibited by This Court* [ECF No. 1833] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a limited objection to the Motion (the "Limited Objection") was filed by the Official Committee of Unsecured Creditors (the "Official Committee") and the Ad Hoc Group of Non-Consenting States (the "NCSG", together with the Official Committee, the "Objecting Parties") [ECF No. 1856].

**PLEASE TAKE FURTHER NOTICE** that an initial conference on the Motion, Limited Objection, and related matters took place on October 28, 2020 at 10:00 a.m. (prevailing Eastern Time) (the "October Conference"), where the Motion was discussed in great detail. Interested parties should refer to the transcript from the October Conference (the "Transcript") for full details of that discussion. Although online access to the Transcript is currently restricted, the Transcript can be viewed for free at the Bankruptcy Court Clerks' Office, and can be purchased online from the court transcriber. Instructions on obtaining the Transcript can be found at https://www.nysb.uscourts.gov/obtaining-transcripts.

**PLEASE TAKE FURTHER NOTICE** that at the October Conference, it was decided that a hearing on the Motion will be held on **November 17, 2020** at **10:00 a.m.** (prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "Bankruptcy Court"), or at such other time as the Bankruptcy Court may determine.

**PLEASE TAKE FUTHER NOTICE** that pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("General Order M-543"), the Hearing will be conducted telephonically.[2] Parties wishing to appear at, or attend, the Hearing must refer to and comply with the Court's guidelines for telephonic appearances[3] and make arrangements with Court Solutions LLC by telephone at (917) 746-7476.

**PLEASE TAKE FURTHER NOTICE** that any further responses or objections (the "Objections") to the Motion shall be in writing, shall conform to the Federal Rules of the Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* entered on November 18, 2019 [ECF No. 498], so as to be filed and received no later than **November 3, 2020** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default; *provided* that, objecting parties shall attend the Hearing telephonically so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.

---

[2] A copy of General Order M-543 can be obtained by visiting: https://www.nysb.uscourts.gov/news/court-operations-under-exigent-circumstances-created-covid-19

[3] The Court's procedures for telephonic appearances are available at: http://www.nysb.uscourts.gov/telephonic-appearances-white-plains.

**PLEASE TAKE FURTHER NOTICE** that if the Limited Objection is withdrawn and no Objections are timely filed and served with respect to the Motion, the Sackler Families may, on or after the Objection Deadline, submit to the Bankruptcy Court order substantially in the form of the order attached to the *Notice of Filing of Revised Proposed Order Confirming That Payment by the Sackler Families Under Settlement with the United States Department of Justice Is Not Prohibited by This Court* [ECF No. 1858] (the "Revised Proposed Order"), which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma/.  You may also obtain copies of any pleadings by visiting the Courts' website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Signatures on following page*]

Dated: October 29, 2020
       New York, New York

| | |
|---|---|
| */s/ Gerard Uzzi* | */s/ Jasmine Ball* |
| Gerard Uzzi, Esq. | Jasmine Ball, Esq. |
| Alexander B. Lees, Esq. | Maura Kathleen Monaghan, Esq. |
| **MILBANK LLP** | Jeffrey J. Rosen, Esq. |
| 55 Hudson Yards | **DEBEVOISE & PLIMPTON LLP** |
| New York, NY 10001 | 919 Third Ave. |
| Telephone: (212) 530-5000 | New York, NY 10022 |
| Facsimile: (212) 530-5219 | Telephone:   (212) 909-6000 |
| | Facsimile:   (212) 909-6836 |
| */s/ Gregory P. Joseph* | |
| Gregory P. Joseph, Esq. | *Counsel for the Mortimer Sackler Family* |
| Mara Leventhal, Esq. | |
| **JOSEPH HAGE AARONSON LLC** | |
| 485 Lexington Avenue, 30th Floor | |
| New York, New York 10017 | |
| Telephone: (212) 407-1200 | |
| Facsimile:(212) 407-1280 | |

*Counsel for the Raymond Sackler Family*