**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### MONTHLY FEE STATEMENT OF CORNERSTONE RESEARCH FOR COMPENSATION FOR SERVICES RENDERED AS CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020

| | |
|---|---|
| **Name of Applicant** | Cornerstone Research |
| **Applicant's Role in Case** | Consultant to Purdue Pharma L.P., *et al.*, |
| **Date Order of Employment Signed** | June 11, 2020 |
| **Period for which compensation and reimbursement is sought** | September 1, 2020 through September 30, 2020 |

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | **$414,755.60**<br>**(80% of $518,444.50)** |
| **Total reimbursement requested in this statement** | **$316.47** |
| **Total compensation and reimbursement requested in this statement** | **$415,072.07** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| **This is a(n):**   X  Monthly Application_____Interim Application_____Final Application |
| --- |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Cornerstone Research as Consultants for the Debtors Nunc Pro Tunc to January 14, 2020* [ECF No. 1255] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Cornerstone Research, consultant for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Fee Statement of Cornerstone Research for Services Rendered as Consultant to the Debtor for the Period from September 1, 2020 Through September 30, 2020* (this "**Fee Statement**").[2] By this Fee Statement, Cornerstone Research seeks (i) compensation in the amount of **$414,755.60**, which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$518,444.50**) and ii) payment of **$316.47** for the actual, necessary expenses that Cornerstone Research incurred in connection with such services during the Fee Period.

---

[2] The period from September 1, 2020 through and including September 30, 2020, is referred to herein as the "**Fee Period**."

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and

fees incurred (on an aggregate basis) by Cornerstone Research consultants and litigation support

staff during the Fee Period with respect to each project category.  As reflected in **Exhibit A**,

Cornerstone Research incurred **$518,444.50** in fees during the Fee Period. Pursuant to this Fee

Statement, Cornerstone Research seeks reimbursement for 80% of such fees, totaling

**$414,755.60.**

2.      Attached hereto as **Exhibit B** is a chart of Cornerstone Research staff,

including the standard hourly rate for each consultant and litigation support staff member who

rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period

and the title, hourly rate, aggregate hours worked and the amount of fees earned by each individual.

The blended hourly billing rate of consultants for all services provided during the Fee Period is

$468.64.[3] The blended hourly billing rate of litigation support staff members for all services

provided during the Fee Period is $392.15.[4]

3.      Attached hereto as **Exhibit C** is a chart of expenses that Cornerstone Research

incurred or disbursed in the amount of $316.47 in connection with providing professional services to

the Debtors during the Fee Period.

4.      Attached hereto as **Exhibit D** are the time records of Cornerstone Research for

The Fee Period organized by month and project category with a daily time log describing the time

spent by each consultant and litigation support staff member during Fee Period.

**Notice**

5.      The Debtors will provide notice of this Fee Statement in accordance with the

---

[3] The blended hourly billing rate of $468.64 for consultants is derived by dividing the total fees for consultants of $516,819.00 by the total hours of 1102.80.

[4] The blended hourly billing rate of $392.15 for litigation support staff is derived by dividing the total fees for litigation staff of $1,725.50 by the total hours of 4.40.

Interim Compensation Order.  The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, Cornerstone Research, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of **$414,755.60** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$518,444.50**) and ii) payment of **$316.47** for the actual, necessary expenses that Davis Polk incurred in connection with such services during the Fee Period**.**

Dated:    October 29, 2020
         Boston, Massachusetts

CORNERSTONE RESEARCH

By:  */s/  Sally Woodhouse*

699 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 927-3000
Facsimile: (617) 927-3100

**Exhibit A**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Preparation of Fee Statements | 22.60 | $ 15,103.00 |
| Claims Valuation | 1084.60 | $ 503,341.50 |
| **Total** | 1107.20 | $ 518,444.50 |

## Exhibit B

### Professional and Paraprofessional Fees

| Individual | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Professional Fees** | | | | |
| Woodhouse, Sally | Senior Vice President | $ 850.00 | 11.70 | $ 9,945.00 |
| Chernin, Abe | Vice President | $ 830.00 | 4.80 | $ 3,984.00 |
| Kovacheva, Penka | Principal | $ 720.00 | 43.70 | $ 31,464.00 |
| Haque, Rezwan | Senior Manager | $ 645.00 | 87.10 | $ 56,179.50 |
| Lee, James | Senior Manager | $ 645.00 | 78.50 | $ 50,632.50 |
| Abraham, Sarah M. | Associate | $ 605.00 | 50.00 | $ 30,250.00 |
| Guo, Fang | Manager | $ 605.00 | 79.50 | $ 48,097.50 |
| Yanguas, Maria Lucia | Associate | $ 545.00 | 86.60 | $ 47,197.00 |
| Russell, Nolan P. | Research Associate | $ 450.00 | 20.30 | $ 9,135.00 |
| King, Kyla M. | Analytics Consultant | $ 410.00 | 89.60 | $ 36,736.00 |
| Lewis, Brian T. | Senior Analyst | $ 395.00 | 5.50 | $ 2,172.50 |
| Desmedt, Maaike | Analyst | $ 380.00 | 65.60 | $ 24,928.00 |
| McGill, Jeffrey S. | Analyst | $ 380.00 | 76.30 | $ 28,994.00 |
| Aristidou, Andreas | Analyst | $ 360.00 | 8.80 | $ 3,168.00 |
| Chen, Yixin | Analyst | $ 345.00 | 52.50 | $ 18,112.50 |
| Guo, Ruihan | Analyst | $ 345.00 | 61.80 | $ 21,321.00 |
| Li, Christopher H. | Analyst | $ 345.00 | 72.50 | $ 25,012.50 |
| Miller, Robert M. | Analyst | $ 345.00 | 69.80 | $ 24,081.00 |
| Wang, Qian | Analyst | $ 345.00 | 43.40 | $ 14,973.00 |
| Bazak, Eric R. | Analyst | $ 320.00 | 94.80 | $ 30,336.00 |
| | | | | |
| **Paraprofessional Fees** | | | | |
| Rosati, Regena R. | Information Resources Manager | $ 400.00 | 2.10 | $ 840.00 |
| Chiappetta, Sarah | Senior Information Specialist | $ 385.00 | 2.30 | $ 885.50 |
| | ***Total*** | | **1107.20** | **$ 518,444.50** |

**Exhibit C**

**Expense Summary**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Document/Data Acquisition | Various Journal Articles | $ 316.47 |
| **Total** | | $ 316.47 |

**Exhibit D**

**Time Detail by Project Category and Month**

**Project Category: Preparation of Fee Statements**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Haque, Rezwan | 9/2/2020 | 0.3 | Reviewed time details for monthly fee statement. |
| Kovacheva, Penka | 9/2/2020 | 0.8 | Updated and finalized monthly fee statement. |
| Haque, Rezwan | 9/3/2020 | 1.2 | Reviewed time details for monthly fee statement. |
| Kovacheva, Penka | 9/3/2020 | 0.1 | Reviewed time details for monthly fee statement. |
| Kovacheva, Penka | 9/4/2020 | 0.3 | Reviewed time details for monthly fee statement. |
| Haque, Rezwan | 9/6/2020 | 1.2 | Reviewed and edited monthly fee statement. |
| Haque, Rezwan | 9/7/2020 | 0.5 | Reviewed and edited monthly fee statement. |
| Lee, James | 9/7/2020 | 1.8 | Reviewed and edited time details for monthly fee statement. |
| Abraham, Sarah M. | 9/8/2020 | 1.1 | Reviewed time details for monthly fee statement. |
| Guo, Ruihan | 9/8/2020 | 0.5 | Updated time details for monthly fee statement. |
| Haque, Rezwan | 9/8/2020 | 2.1 | Reviewed and edited monthly fee statement. |
| Kovacheva, Penka | 9/8/2020 | 0.1 | Reviewed time details for monthly fee statement. |
| Lee, James | 9/8/2020 | 0.1 | Reviewed and edited time details for monthly fee statement. |
| Haque, Rezwan | 9/9/2020 | 2.3 | Reviewed and edited monthly fee statement. |
| Kovacheva, Penka | 9/9/2020 | 1.6 | Reviewed and updated time details for monthly fee statement. |
| Kovacheva, Penka | 9/10/2020 | 1.1 | Reviewed and updated time details for monthly fee statement. |
| Lee, James | 9/10/2020 | 1.9 | Reviewed and edited time details for monthly fee statement. |
| Kovacheva, Penka | 9/11/2020 | 0.2 | Organized preparation of monthly fee statement. |
| Kovacheva, Penka | 9/15/2020 | 0.4 | Reviewed time details for monthly fee statement. |
| Kovacheva, Penka | 9/16/2020 | 0.5 | Reviewed time details for monthly fee statement. |

| | | | |
|---|---|---|---|
| Kovacheva, Penka | 9/22/2020 | 0.3 | Reviewed time details for monthly fee statement. |
| Kovacheva, Penka | 9/24/2020 | 0.6 | Reviewed and updated time details for monthly fee statement. |
| Kovacheva, Penka | 9/28/2020 | 2.2 | Reviewed and updated monthly fee statement. |
| Kovacheva, Penka | 9/29/2020 | 0.3 | Reviewed updates to monthly fee statement. |
| Kovacheva, Penka | 9/30/2020 | 1.1 | Updated monthly fee statement. |

**Total**    **22.6**

**Project Category: Claims Valuation**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Abraham, Sarah M. | 9/1/2020 | 2.9 | Managed analysis of new personal injury claims. |
| Bazak, Eric R. | 9/1/2020 | 2.3 | Analyzed academic sources cited in public claimant presentation. |
| Bazak, Eric R. | 9/1/2020 | 2.6 | Updated national drug use survey data analyses for public claims sensitivities. |
| Chen, Yixin | 9/1/2020 | 1.4 | Updated personal injury claims data analyses. |
| Chen, Yixin | 9/1/2020 | 2.5 | Collected personal injury claims data. |
| Chen, Yixin | 9/1/2020 | 2.9 | Cleaned personal injury claims data. |
| Desmedt, Maaike | 9/1/2020 | 3.6 | Analyzed updated personal injury claim forms data. |
| Desmedt, Maaike | 9/1/2020 | 3.7 | Summarized updated personal injury claim forms. |
| Guo, Fang | 9/1/2020 | 1.1 | Prepared materials for expert call on public claims. |
| Guo, Fang | 9/1/2020 | 1.2 | Reviewed and updated public claim-based extrapolation analyses. |
| Guo, Fang | 9/1/2020 | 1.5 | Discussed public claims analyses with expert. |
| Guo, Fang | 9/1/2020 | 1.9 | Reviewed academic literature regarding projections of future opioid use. |
| Guo, Fang | 9/1/2020 | 1.9 | Reviewed and edited public claim-based extrapolation updates. |
| Guo, Ruihan | 9/1/2020 | 3.6 | Updated summary of personal injury claims data. |
| Guo, Ruihan | 9/1/2020 | 4.2 | Reviewed personal injury claims data on injury types. |
| Haque, Rezwan | 9/1/2020 | 1.5 | Call with expert regarding government claims analyses. |
| Haque, Rezwan | 9/1/2020 | 1.8 | Reviewed litigation expert reports. |
| Haque, Rezwan | 9/1/2020 | 2.4 | Prepared background materials for expert and corresponded with expert. |
| Kovacheva, Penka | 9/1/2020 | 0.7 | Reviewed and updated agenda for call with expert regarding government claimants. |
| Kovacheva, Penka | 9/1/2020 | 1.5 | Call with expert regarding claims of government claimants. |
| Lee, James | 9/1/2020 | 0.5 | Corresponded with counsel regarding personal injury claims. |
| Lee, James | 9/1/2020 | 1.5 | Reviewed personal injury claims data. |
| Lee, James | 9/1/2020 | 3.8 | Analyzed personal injury claims data. |

| | | | |
|---|---|---|---|
| Lewis, Brian T. | 9/1/2020 | 1.1 | Analyzed abatement cost estimates from prior government expert reports. |
| Li, Christopher H. | 9/1/2020 | 1.1 | Updated code to process new personal injury claims data. |
| Li, Christopher H. | 9/1/2020 | 3.7 | Compared updated personal injury claims to past personal injury claims. |
| McGill, Jeffrey S. | 9/1/2020 | 1.1 | Reviewed public claims exhibit template. |
| McGill, Jeffrey S. | 9/1/2020 | 2.3 | Reviewed data used in public claims exhibits. |
| McGill, Jeffrey S. | 9/1/2020 | 3.5 | Analyzed and reviewed public claims exhibits. |
| Miller, Robert M. | 9/1/2020 | 0.5 | Updated claims dataset for personal injury claims analyses. |
| Miller, Robert M. | 9/1/2020 | 1.5 | Updated personal injury claims checking file. |
| Miller, Robert M. | 9/1/2020 | 1.8 | Reviewed academic literature regarding NAS cost estimates. |
| Miller, Robert M. | 9/1/2020 | 3.8 | Updated code for personal injury claims analyses. |
| Russell, Nolan P. | 9/1/2020 | 2.6 | Reviewed analysis code of personal injury claims data. |
| Yanguas, Maria Lucia | 9/1/2020 | 0.5 | Created work plan for personal injury claims analysis. |
| Yanguas, Maria Lucia | 9/1/2020 | 0.9 | Reviewed list of dismissed cases received from counsel. |
| Yanguas, Maria Lucia | 9/1/2020 | 3.5 | Analyzed personal injury claims data. |
| Abraham, Sarah M. | 9/2/2020 | 3.1 | Prepared materials for call with counsel regarding personal injury claims. |
| Bazak, Eric R. | 9/2/2020 | 0.3 | Checked NAS methodology memo. |
| Bazak, Eric R. | 9/2/2020 | 3.4 | Updated national drug use survey data analyses for public claims sensitivities. |
| Bazak, Eric R. | 9/2/2020 | 4.5 | Checked analysis of unique claimants in personal injury claims data. |
| Chen, Yixin | 9/2/2020 | 2.1 | Cleaned personal injury claims data. |
| Chen, Yixin | 9/2/2020 | 2.6 | Updated analyses of personal injury claims data. |
| Chen, Yixin | 9/2/2020 | 3.4 | Analyzed personal injury claims data. |
| Desmedt, Maaike | 9/2/2020 | 4.0 | Analyzed personal injury claims data. |
| Guo, Fang | 9/2/2020 | 0.8 | Reviewed and updated public claim-based extrapolation. |
| Guo, Fang | 9/2/2020 | 3.9 | Drafted outline for government claims analyses. |
| Guo, Ruihan | 9/2/2020 | 4.1 | Analyzed personal injury claims data. |
| Guo, Ruihan | 9/2/2020 | 4.3 | Cleaned and checked personal injury claims data. |

| | | | |
|---|---|---|---|
| Haque, Rezwan | 9/2/2020 | 0.5 | Corresponded with expert regarding public claims analyses. |
| Haque, Rezwan | 9/2/2020 | 1.2 | Drafted outline of public claims analyses. |
| Haque, Rezwan | 9/2/2020 | 1.8 | Reviewed litigation expert reports. |
| Haque, Rezwan | 9/2/2020 | 3.3 | Reviewed claims valuation analyses. |
| Kovacheva, Penka | 9/2/2020 | 0.7 | Reviewed and updated agenda for call with expert regarding personal injury claims analyses. |
| Lee, James | 9/2/2020 | 3.5 | Analyzed personal injury claims data. |
| Lee, James | 9/2/2020 | 4.0 | Reviewed data on dismissed prior personal injury cases. |
| Lewis, Brian T. | 9/2/2020 | 4.4 | Imported and cleaned national drug use survey data for public claims analyses. |
| Li, Christopher H. | 9/2/2020 | 1.7 | Investigated unique claims in personal injury claim forms. |
| Li, Christopher H. | 9/2/2020 | 2.3 | Summarized updated personal injury claims data. |
| Li, Christopher H. | 9/2/2020 | 2.6 | Analyzed data from personal injury claim forms. |
| McGill, Jeffrey S. | 9/2/2020 | 1.2 | Reviewed data for potential use in public claims exhibits. |
| McGill, Jeffrey S. | 9/2/2020 | 1.6 | Reviewed previous government expert reports to support public claims analyses. |
| McGill, Jeffrey S. | 9/2/2020 | 3.3 | Analyzed results of new sensitivities and updated public claims exhibits. |
| Miller, Robert M. | 9/2/2020 | 0.4 | Checked updates to public claims estimates. |
| Miller, Robert M. | 9/2/2020 | 0.8 | Checked summary of NAS costs. |
| Miller, Robert M. | 9/2/2020 | 1.0 | Checked discount rate calculations for public claims analyses. |
| Miller, Robert M. | 9/2/2020 | 1.5 | Reviewed academic literature regarding NAS cost estimates. |
| Miller, Robert M. | 9/2/2020 | 1.7 | Updated summary statistics code for personal injury claims analyses. |
| Russell, Nolan P. | 9/2/2020 | 4.8 | Checked tables summarizing personal injury claims data. |
| Yanguas, Maria Lucia | 9/2/2020 | 5.1 | Reviewed and updated personal injury claims analyses. |
| Yanguas, Maria Lucia | 9/2/2020 | 1.9 | Formulated questions for attorneys regarding list of dismissed cases. |
| Yanguas, Maria Lucia | 9/2/2020 | 3.0 | Reviewed and analyzed attorney list of dismissed personal injury cases. |
| Yanguas, Maria Lucia | 9/2/2020 | 3.2 | Reviewed and summarized NAS claimant costs. |
| Abraham, Sarah M. | 9/3/2020 | 1.0 | Call with counsel regarding personal injury claims. |

| | | | |
|---|---|---|---|
| Abraham, Sarah M. | 9/3/2020 | 3.1 | Prepared materials for call with counsel regarding personal injury claims |
| Bazak, Eric R. | 9/3/2020 | 1.2 | Checked updates to public claims analysis. |
| Bazak, Eric R. | 9/3/2020 | 2.3 | Updated computer code for personal injury claims analyses. |
| Bazak, Eric R. | 9/3/2020 | 4.0 | Updated all public analyses with latest national drug use survey data. |
| Chen, Yixin | 9/3/2020 | 0.4 | Updated personal injury claims data analyses. |
| Chen, Yixin | 9/3/2020 | 3.9 | Analyzed personal injury claims data. |
| Chen, Yixin | 9/3/2020 | 4.0 | Compared personal injury claims data across sources. |
| Chernin, Abe | 9/3/2020 | 0.5 | Reviewed materials for call with expert regarding personal injury claims analyses. |
| Chernin, Abe | 9/3/2020 | 1.0 | Discussed personal injury claims analyses with expert. |
| Desmedt, Maaike | 9/3/2020 | 1.2 | Coordinated investigation of personal injury claim forms. |
| Desmedt, Maaike | 9/3/2020 | 4.0 | Investigated NAS claims. |
| Desmedt, Maaike | 9/3/2020 | 4.0 | Analyzed personal injury claims data. |
| Guo, Fang | 9/3/2020 | 1.9 | Reviewed and updated public claim-based extrapolation. |
| Guo, Fang | 9/3/2020 | 3.7 | Drafted outline for government claims analyses. |
| Guo, Ruihan | 9/3/2020 | 1.6 | Analyzed personal injury claims data. |
| Guo, Ruihan | 9/3/2020 | 4.2 | Compared personal injury claims data across sources. |
| Haque, Rezwan | 9/3/2020 | 0.5 | Reviewed commercial claimant materials. |
| Haque, Rezwan | 9/3/2020 | 1.0 | Updated agenda for call with counsel regarding public claims analyses. |
| Haque, Rezwan | 9/3/2020 | 1.8 | Updated outline for public claims analyses. |
| Haque, Rezwan | 9/3/2020 | 2.8 | Reviewed claims valuation analyses. |
| King, Kyla M. | 9/3/2020 | 2.5 | Reviewed government expert backup from prior litigation to incorporate in public claims analysis. |
| Kovacheva, Penka | 9/3/2020 | 0.4 | Reviewed personal injury claims analyses. |
| Kovacheva, Penka | 9/3/2020 | 0.9 | Organized analysis of government claims. |
| Kovacheva, Penka | 9/3/2020 | 1.0 | Call with expert regarding personal injury claims analyses. |
| Lee, James | 9/3/2020 | 1.0 | Prepared materials for call with expert regarding personal injury claims data. |

| | | | |
|---|---|---|---|
| Lee, James | 9/3/2020 | 1.0 | Call with expert regarding personal injury claims data. |
| Lee, James | 9/3/2020 | 2.1 | Reviewed personal injury claims data. |
| Lee, James | 9/3/2020 | 2.2 | Analyzed personal injury claims data on injury type. |
| Lee, James | 9/3/2020 | 3.0 | Analyzed personal injury claims data on payment amounts. |
| Li, Christopher H. | 9/3/2020 | 0.8 | Refined analysis of personal injury claims. |
| Li, Christopher H. | 9/3/2020 | 2.7 | Performed data validation checks for personal injury claims data. |
| McGill, Jeffrey S. | 9/3/2020 | 2.8 | Implemented updates to public claims analyses based on previous government experts' backup. |
| McGill, Jeffrey S. | 9/3/2020 | 3.1 | Implemented new sensitivities to public claims exhibits. |
| McGill, Jeffrey S. | 9/3/2020 | 3.4 | Reviewed documents to support public claims analyses. |
| Russell, Nolan P. | 9/3/2020 | 0.8 | Updated personal injury claims data analyses. |
| Yanguas, Maria Lucia | 9/3/2020 | 0.6 | Updated summary of NAS costs. |
| Yanguas, Maria Lucia | 9/3/2020 | 0.8 | Compared different data sources regarding personal injury claims. |
| Yanguas, Maria Lucia | 9/3/2020 | 2.8 | Reviewed and updated personal injury claims analyses. |
| Abraham, Sarah M. | 9/4/2020 | 1.5 | Call with counsel regarding personal injury claims. |
| Abraham, Sarah M. | 9/4/2020 | 1.6 | Prepared materials for call with counsel regarding personal injury claims. |
| Bazak, Eric R. | 9/4/2020 | 2.1 | Updated computer code for personal injury claims analyses. |
| Bazak, Eric R. | 9/4/2020 | 4.1 | Updated public claims analysis. |
| Desmedt, Maaike | 9/4/2020 | 3.2 | Investigated NAS claims. |
| Guo, Fang | 9/4/2020 | 0.4 | Reviewed commercial claims. |
| Guo, Fang | 9/4/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Guo, Fang | 9/4/2020 | 0.9 | Reviewed public claim-based extrapolation analyses. |
| Guo, Fang | 9/4/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Guo, Fang | 9/4/2020 | 1.1 | Organized updates to public claim sensitivity analyses. |
| Guo, Ruihan | 9/4/2020 | 2.6 | Compared personal injury claims data across sources. |
| Haque, Rezwan | 9/4/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 9/4/2020 | 0.5 | Prepared agenda for call with expert. |

| | | | |
|---|---|---|---|
| Haque, Rezwan | 9/4/2020 | 0.8 | Corresponded with expert and counsel regarding claims valuation analyses. |
| Haque, Rezwan | 9/4/2020 | 1.4 | Call with counsel regarding claims valuation analysis. |
| Haque, Rezwan | 9/4/2020 | 2.8 | Reviewed claims valuation analyses. |
| Haque, Rezwan | 9/4/2020 | 4.8 | Updated outline of public claims analyses. |
| King, Kyla M. | 9/4/2020 | 2.1 | Compared prior government expert analyses with public claimants' backup. |
| King, Kyla M. | 9/4/2020 | 3.1 | Reviewed public claimants' backup. |
| King, Kyla M. | 9/4/2020 | 3.2 | Performed robustness checks of public claimant analyses. |
| King, Kyla M. | 9/4/2020 | 3.5 | Checked public claimant analyses. |
| Kovacheva, Penka | 9/4/2020 | 0.4 | Reviewed and updated agenda for call with counsel. |
| Kovacheva, Penka | 9/4/2020 | 0.6 | Organized personal injury and government claims analyses. |
| Kovacheva, Penka | 9/4/2020 | 1.5 | Call with counsel regarding claims valuation analyses. |
| Lee, James | 9/4/2020 | 1.5 | Call with counsel regarding personal injury claims data analyses. |
| Lee, James | 9/4/2020 | 1.9 | Prepared agenda and analyses for call with counsel regarding personal injury claims data analyses. |
| Lee, James | 9/4/2020 | 3.0 | Incorporated additional plaintiff information into personal injury claims data analyses. |
| Li, Christopher H. | 9/4/2020 | 3.1 | Investigated unique claims in personal injury claim form data. |
| Li, Christopher H. | 9/4/2020 | 5.1 | Investigated NAS claims filed on personal injury forms. |
| McGill, Jeffrey S. | 9/4/2020 | 2.1 | Updated public claims exhibits. |
| McGill, Jeffrey S. | 9/4/2020 | 3.7 | Implemented edits to public claims exhibits. |
| Yanguas, Maria Lucia | 9/4/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 9/4/2020 | 2.1 | Analyzed personal injury claims data. |
| Yanguas, Maria Lucia | 9/4/2020 | 2.1 | Compared personal injury claims data across sources. |
| Yanguas, Maria Lucia | 9/4/2020 | 3.9 | Reviewed personal injury claims data analyses. |
| Guo, Fang | 9/5/2020 | 3.1 | Reviewed and summarized commercial claims. |
| King, Kyla M. | 9/5/2020 | 2.5 | Reviewed government expert reports in preparation for expert call. |
| Kovacheva, Penka | 9/5/2020 | 0.4 | Reviewed personal injury claims analysis methodology. |

| | | | |
|---|---|---|---|
| Lee, James | 9/5/2020 | 1.3 | Reviewed previous opioid company bankruptcy documents. |
| Kovacheva, Penka | 9/6/2020 | 0.2 | Reviewed materials from counsel regarding bankruptcy plan of another opioid company. |
| Kovacheva, Penka | 9/6/2020 | 0.5 | Reviewed claimant materials regarding insurer claims and NAS monitoring claims. |
| Lee, James | 9/6/2020 | 0.2 | Reviewed additional previous opioid company bankruptcy documents from counsel. |
| Desmedt, Maaike | 9/7/2020 | 1.5 | Investigated updated personal injury claims data. |
| Desmedt, Maaike | 9/7/2020 | 2.0 | Analyzed personal injury claims. |
| Desmedt, Maaike | 9/7/2020 | 2.3 | Investigated personal injury claims filed on non-personal injury form. |
| Haque, Rezwan | 9/7/2020 | 1.3 | Reviewed commercial claimant materials. |
| King, Kyla M. | 9/7/2020 | 1.2 | Reviewed government expert reports in preparation for expert call. |
| Kovacheva, Penka | 9/7/2020 | 0.6 | Reviewed and updated agenda for call with expert. |
| Kovacheva, Penka | 9/7/2020 | 1.2 | Updated outline of public claims analyses. |
| Lee, James | 9/7/2020 | 0.4 | Reviewed summary of plaintiff characteristics in personal injury claims data. |
| Wang, Qian | 9/7/2020 | 2.5 | Investigated data on personal injury claims filed on non-personal injury forms. |
| Wang, Qian | 9/7/2020 | 2.6 | Analyzed personal injury data. |
| Wang, Qian | 9/7/2020 | 3.9 | Performed data validation checks of personal injury claims data. |
| Abraham, Sarah M. | 9/8/2020 | 2.1 | Summarized claims made on personal injury forms. |
| Bazak, Eric R. | 9/8/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Bazak, Eric R. | 9/8/2020 | 3.6 | Updated computer code for personal injury claims analyses. |
| Bazak, Eric R. | 9/8/2020 | 3.7 | Checked updates to public claims analysis. |
| Desmedt, Maaike | 9/8/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Desmedt, Maaike | 9/8/2020 | 0.5 | Investigated personal injury claims filed on non-personal injury form. |
| Desmedt, Maaike | 9/8/2020 | 4.5 | Analyzed personal injury claims. |
| Guo, Fang | 9/8/2020 | 0.5 | Discussed claims valuation analyses with team. |

| Guo, Fang | 9/8/2020 | 1.0 | Discussed public and commercial claims with expert. |
| Guo, Fang | 9/8/2020 | 1.7 | Reviewed and edited public claim sensitivity analyses. |
| Guo, Fang | 9/8/2020 | 2.1 | Drafted potential analyses of commercial claims. |
| Guo, Fang | 9/8/2020 | 2.2 | Drafted summary of public claims analyses. |
| Haque, Rezwan | 9/8/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 9/8/2020 | 1.0 | Call with expert regarding public and commercial claims analyses. |
| Haque, Rezwan | 9/8/2020 | 1.4 | Reviewed claims valuation analyses. |
| Haque, Rezwan | 9/8/2020 | 1.8 | Updated outline of public claims analyses. |
| Haque, Rezwan | 9/8/2020 | 1.9 | Reviewed commercial claimant materials to prepare for call with expert. |
| King, Kyla M. | 9/8/2020 | 0.5 | Discussed claims valuation analyses with team. |
| King, Kyla M. | 9/8/2020 | 1.0 | Call with expert regarding public and commercial claims analyses. |
| King, Kyla M. | 9/8/2020 | 2.6 | Checked sensitivities of public claimant analyses. |
| King, Kyla M. | 9/8/2020 | 3.4 | Performed robustness checks of public claimant analyses. |
| King, Kyla M. | 9/8/2020 | 3.7 | Compared public claimant estimates with prior government expert reports. |
| Kovacheva, Penka | 9/8/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Kovacheva, Penka | 9/8/2020 | 1.0 | Call with expert regarding public and commercial claims analyses. |
| Kovacheva, Penka | 9/8/2020 | 2.5 | Updated outline of public claims analyses. |
| Lee, James | 9/8/2020 | 1.3 | Prepared agenda for call with expert regarding personal injury claims. |
| Lee, James | 9/8/2020 | 3.0 | Analyzed personal injury claims data. |
| Li, Christopher H. | 9/8/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Li, Christopher H. | 9/8/2020 | 1.4 | Investigated unique claims in personal injury claim form data. |
| Li, Christopher H. | 9/8/2020 | 3.8 | Updated code summarizing personal injury claims data. |
| McGill, Jeffrey S. | 9/8/2020 | 1.1 | Reviewed previous government expert reports for use in public claims exhibits. |
| McGill, Jeffrey S. | 9/8/2020 | 3.8 | Reviewed footnotes and data in public claims exhibits. |
| McGill, Jeffrey S. | 9/8/2020 | 3.9 | Updated public claims exhibits. |

| | | | |
|---|---|---|---|
| Miller, Robert M. | 9/8/2020 | 0.6 | Checked public claims sensitivity calculations. |
| Miller, Robert M. | 9/8/2020 | 0.8 | Updated notes for public claims exhibits. |
| Miller, Robert M. | 9/8/2020 | 1.3 | Checked new variables for personal injury claims analysis code. |
| Miller, Robert M. | 9/8/2020 | 1.9 | Checked calculations for public claims sensitivity analyses. |
| Miller, Robert M. | 9/8/2020 | 3.4 | Checked input data for public claims sensitivities. |
| Wang, Qian | 9/8/2020 | 1.7 | Investigated personal injury claims on filed on non-personal injury forms. |
| Wang, Qian | 9/8/2020 | 2.6 | Performed data validation checks of personal injury claims data. |
| Wang, Qian | 9/8/2020 | 3.6 | Analyzed responses on personal injury form claims. |
| Woodhouse, Sally | 9/8/2020 | 0.4 | Reviewed agenda for call with expert. |
| Woodhouse, Sally | 9/8/2020 | 1.0 | Call with expert regarding public entity and commercial entity claims. |
| Yanguas, Maria Lucia | 9/8/2020 | 1.0 | Prepared materials for call with counsel. |
| Yanguas, Maria Lucia | 9/8/2020 | 4.5 | Reviewed personal injury claims data and updated corresponding analyses. |
| Abraham, Sarah M. | 9/9/2020 | 1.0 | Call with counsel regarding valuation of personal injury claims. |
| Abraham, Sarah M. | 9/9/2020 | 4.1 | Prepared materials for call with counsel regarding personal injury claims. |
| Bazak, Eric R. | 9/9/2020 | 1.4 | Checked updated personal injury claims data. |
| Bazak, Eric R. | 9/9/2020 | 3.2 | Updated public claims analyses based on prior government expert reports. |
| Bazak, Eric R. | 9/9/2020 | 3.6 | Updated public claims analyses based on states' claims. |
| Desmedt, Maaike | 9/9/2020 | 1.0 | Oversaw processing of updated personal injury claims data. |
| Desmedt, Maaike | 9/9/2020 | 2.3 | Designed exhibit summarizing personal injury claim form responses. |
| Guo, Fang | 9/9/2020 | 2.2 | Updated outline of public claims analyses. |
| Guo, Fang | 9/9/2020 | 3.2 | Reviewed and edited public claim sensitivity analyses. |
| Guo, Fang | 9/9/2020 | 3.6 | Drafted potential analyses of commercial claims. |
| Haque, Rezwan | 9/9/2020 | 1.8 | Reviewed updates to outline of public claims analyses. |
| Haque, Rezwan | 9/9/2020 | 2.3 | Reviewed public claims exhibits. |
| Haque, Rezwan | 9/9/2020 | 2.7 | Prepared detailed list of potential pubic claims analyses. |

| | | | |
|---|---|---|---|
| King, Kyla M. | 9/9/2020 | 3.8 | Compared public claimant estimates with prior government expert reports. |
| King, Kyla M. | 9/9/2020 | 3.9 | Checked sensitivities of public claimant analyses. |
| King, Kyla M. | 9/9/2020 | 4.1 | Analyzed prior government expert reports. |
| Kovacheva, Penka | 9/9/2020 | 0.4 | Reviewed personal injury claims analyses. |
| Kovacheva, Penka | 9/9/2020 | 1.0 | Call with expert regarding personal injury claims analyses. |
| Kovacheva, Penka | 9/9/2020 | 1.3 | Reviewed public claims analyses. |
| Lee, James | 9/9/2020 | 1.0 | Call with expert regarding personal injury claims data analyses. |
| Lee, James | 9/9/2020 | 3.6 | Analyzed personal injury claims data. |
| Li, Christopher H. | 9/9/2020 | 1.6 | Investigated changes in updated personal injury claims data. |
| Li, Christopher H. | 9/9/2020 | 2.1 | Summarized updated personal injury claims data. |
| McGill, Jeffrey S. | 9/9/2020 | 2.6 | Documented changes to public claims exhibits. |
| McGill, Jeffrey S. | 9/9/2020 | 2.9 | Updated public claims exhibits and associated formulas. |
| McGill, Jeffrey S. | 9/9/2020 | 3.1 | Analyzed and documented statistics used in public claims exhibits. |
| Miller, Robert M. | 9/9/2020 | 0.6 | Drafted additional notes for public claims exhibits. |
| Miller, Robert M. | 9/9/2020 | 1.0 | Updated notes for public claims exhibits. |
| Miller, Robert M. | 9/9/2020 | 1.1 | Checked calculations for public claims analyses based on prior litigation reports. |
| Miller, Robert M. | 9/9/2020 | 1.3 | Updated notes for public claims exhibits. |
| Miller, Robert M. | 9/9/2020 | 1.4 | Checked inflation calculations for public claims sensitivities. |
| Miller, Robert M. | 9/9/2020 | 2.5 | Checked public claims sensitivity calculations. |
| Miller, Robert M. | 9/9/2020 | 2.6 | Performed public claims sensitivity analyses. |
| Woodhouse, Sally | 9/9/2020 | 0.3 | Reviewed work plan for personal injury claims. |
| Woodhouse, Sally | 9/9/2020 | 0.3 | Reviewed summary of public claims estimates. |
| Woodhouse, Sally | 9/9/2020 | 1.0 | Call with expert regarding personal injury claims. |
| Woodhouse, Sally | 9/9/2020 | 1.5 | Reviewed list of potential state claims critiques. |

| Name | Date | Hours | Description |
|---|---|---|---|
| Yanguas, Maria Lucia | 9/9/2020 | 1.0 | Discussed personal injury claims data analyses with expert. |
| Yanguas, Maria Lucia | 9/9/2020 | 2.1 | Analyzed personal injury claims data. |
| Abraham, Sarah M. | 9/10/2020 | 1.3 | Analyzed type of injury data from personal injury claim forms. |
| Bazak, Eric R. | 9/10/2020 | 1.8 | Updated extrapolation-based public claims analyses. |
| Bazak, Eric R. | 9/10/2020 | 3.3 | Prepared public claims exhibits. |
| Bazak, Eric R. | 9/10/2020 | 4.9 | Calculated summary statistics for personal injury claims. |
| Chen, Yixin | 9/10/2020 | 3.6 | Reviewed documents related to personal injury claims. |
| Desmedt, Maaike | 9/10/2020 | 0.6 | Reviewed exhibit summarizing personal injury claim form responses. |
| Desmedt, Maaike | 9/10/2020 | 0.6 | Edited exhibit on injury types in personal injury claim form data. |
| Desmedt, Maaike | 9/10/2020 | 2.0 | Investigated number of unique persons injured in personal injury claims data. |
| Guo, Fang | 9/10/2020 | 1.0 | Discussed public claims with expert. |
| Guo, Fang | 9/10/2020 | 2.3 | Drafted summary of commercial claims. |
| Guo, Fang | 9/10/2020 | 3.8 | Reviewed and edited claims-based extrapolations. |
| Guo, Ruihan | 9/10/2020 | 4.9 | Analyzed personal injury claims data. |
| Haque, Rezwan | 9/10/2020 | 0.5 | Corresponded with counsel regarding public claims exhibits. |
| Haque, Rezwan | 9/10/2020 | 0.5 | Prepared agenda for call with counsel. |
| Haque, Rezwan | 9/10/2020 | 0.8 | Coordinated with expert and counsel to set up meetings. |
| Haque, Rezwan | 9/10/2020 | 1.0 | Call with expert regarding public claims analyses. |
| Haque, Rezwan | 9/10/2020 | 1.2 | Reviewed claims valuation analyses to prepare for call with expert. |
| Haque, Rezwan | 9/10/2020 | 1.4 | Reviewed public claims exhibits. |
| Haque, Rezwan | 9/10/2020 | 2.2 | Prepared list of potential analyses for public claims. |
| King, Kyla M. | 9/10/2020 | 1.4 | Compiled statistics for public claimant analysis outline. |
| King, Kyla M. | 9/10/2020 | 3.4 | Checked sensitivities of public claimant analyses. |
| King, Kyla M. | 9/10/2020 | 3.9 | Checked analysis of national drug use survey data used in public claims extrapolation analyses. |
| Kovacheva, Penka | 9/10/2020 | 2.3 | Reviewed public claims analyses. |
| Kovacheva, Penka | 9/10/2020 | 2.4 | Updated list of public claims analyses. |
| Lee, James | 9/10/2020 | 2.8 | Reviewed personal injury claims data on claimant characteristics. |

| | | | |
|---|---|---|---|
| Li, Christopher H. | 9/10/2020 | 2.6 | Summarized injury types on personal injury claim forms. |
| Li, Christopher H. | 9/10/2020 | 4.1 | Created exhibit on personal injury claim form injury types. |
| McGill, Jeffrey S. | 9/10/2020 | 1.9 | Analyzed and updated potential sensitivities in public claims exhibits. |
| McGill, Jeffrey S. | 9/10/2020 | 2.6 | Added methodology summaries to public claims exhibits. |
| McGill, Jeffrey S. | 9/10/2020 | 3.3 | Updated public claims exhibits. |
| Miller, Robert M. | 9/10/2020 | 0.6 | Reviewed edits to public claims exhibits. |
| Miller, Robert M. | 9/10/2020 | 1.4 | Checked personal injury summary statistics exhibit template. |
| Miller, Robert M. | 9/10/2020 | 2.8 | Wrote personal injury form summary statistics code. |
| Miller, Robert M. | 9/10/2020 | 3.9 | Incorporated additional edits to public claims exhibits. |
| Wang, Qian | 9/10/2020 | 1.4 | Created exhibit summarizing personal injury claims. |
| Wang, Qian | 9/10/2020 | 1.8 | Analyzed injury types in personal injury claim form data. |
| Wang, Qian | 9/10/2020 | 4.2 | Summarized injury claims on personal injury forms. |
| Woodhouse, Sally | 9/10/2020 | 1.0 | Call with expert regarding public claims estimates. |
| Yanguas, Maria Lucia | 9/10/2020 | 3.9 | Reviewed and updated personal injury claims data analyses. |
| Yanguas, Maria Lucia | 9/10/2020 | 4.0 | Analyzed personal injury claims data. |
| Abraham, Sarah M. | 9/11/2020 | 1.0 | Call with counsel regarding claims valuation. |
| Abraham, Sarah M. | 9/11/2020 | 3.0 | Analyzed personal injury form claims. |
| Bazak, Eric R. | 9/11/2020 | 4.1 | Updated personal injury summary statistics. |
| Bazak, Eric R. | 9/11/2020 | 4.8 | Prepared public claims exhibits. |
| Chen, Yixin | 9/11/2020 | 0.4 | Collected documents related to personal injury claims data analyses. |
| Chen, Yixin | 9/11/2020 | 2.6 | Updated personal injury claims data analyses. |
| Chen, Yixin | 9/11/2020 | 2.9 | Checked list of documents feeding into personal injury claims data analyses. |
| Chen, Yixin | 9/11/2020 | 4.4 | Checked personal injury claims data analyses. |
| Desmedt, Maaike | 9/11/2020 | 2.7 | Investigated number of unique claimants in personal injury claims data. |
| Desmedt, Maaike | 9/11/2020 | 4.2 | Analyzed name variables in personal injury forms. |
| Guo, Fang | 9/11/2020 | 0.2 | Discussed claims valuation analyses with team. |

| | | | |
|---|---|---|---|
| Guo, Fang | 9/11/2020 | 0.9 | Reviewed commercial and NAS claims. |
| Guo, Fang | 9/11/2020 | 1.0 | Discussed claims valuation analyses with counsel. |
| Guo, Fang | 9/11/2020 | 3.2 | Reviewed public claim estimates. |
| Guo, Ruihan | 9/11/2020 | 4.8 | Analyzed personal injury claims data on injury type. |
| Guo, Ruihan | 9/11/2020 | 4.9 | Analyzed personal injury claims data. |
| Haque, Rezwan | 9/11/2020 | 0.3 | Corresponded with counsel regarding public claims exhibits. |
| Haque, Rezwan | 9/11/2020 | 0.3 | Set up meetings with expert and counsel. |
| Haque, Rezwan | 9/11/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Haque, Rezwan | 9/11/2020 | 1.5 | Reviewed public claims exhibits. |
| Haque, Rezwan | 9/11/2020 | 1.8 | Reviewed prior litigation expert reports. |
| Haque, Rezwan | 9/11/2020 | 1.9 | Reviewed agenda and claims valuation analyses to prepare for call with counsel. |
| King, Kyla M. | 9/11/2020 | 1.7 | Checked analysis of national drug use survey data used in public claims analyses. |
| King, Kyla M. | 9/11/2020 | 2.8 | Gathered academic literature cited by commercial claimants. |
| King, Kyla M. | 9/11/2020 | 3.9 | Checked public claims extrapolation analyses. |
| Kovacheva, Penka | 9/11/2020 | 0.8 | Reviewed public claims analyses. |
| Kovacheva, Penka | 9/11/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Lee, James | 9/11/2020 | 1.1 | Prepared materials for call with counsel. |
| Lee, James | 9/11/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Lee, James | 9/11/2020 | 4.2 | Reviewed summaries of personal injury claims data analyses. |
| Li, Christopher H. | 9/11/2020 | 3.5 | Performed data validation checks for personal injury claim forms data. |
| Li, Christopher H. | 9/11/2020 | 4.8 | Analyzed personal injury claim forms. |
| McGill, Jeffrey S. | 9/11/2020 | 2.1 | Updated public claims exhibits. |
| McGill, Jeffrey S. | 9/11/2020 | 2.3 | Checked statistics used in public claims exhibits. |
| McGill, Jeffrey S. | 9/11/2020 | 3.6 | Updated public claims exhibits. |
| Miller, Robert M. | 9/11/2020 | 1.7 | Updated extrapolation-based public claims sensitivities. |
| Miller, Robert M. | 9/11/2020 | 2.5 | Reviewed and updated personal injury form summary statistics code. |
| Miller, Robert M. | 9/11/2020 | 3.3 | Wrote personal injury form summary statistics code. |

| | | | |
|---|---|---|---|
| Russell, Nolan P. | 9/11/2020 | 1.2 | Reviewed documents used in personal injury claims analysis. |
| Russell, Nolan P. | 9/11/2020 | 3.1 | Updated personal injury claims data analyses. |
| Wang, Qian | 9/11/2020 | 1.4 | Refined analysis of personal injury claims. |
| Woodhouse, Sally | 9/11/2020 | 0.2 | Discussed claims valuation analyses with team. |
| Woodhouse, Sally | 9/11/2020 | 1.0 | Call with counsel regarding claims estimation analyses. |
| Yanguas, Maria Lucia | 9/11/2020 | 0.2 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 9/11/2020 | 0.9 | Reviewed documents relied upon for personal injury claims data analysis. |
| Yanguas, Maria Lucia | 9/11/2020 | 3.3 | Updated personal injury claims data analyses. |
| Yanguas, Maria Lucia | 9/11/2020 | 3.4 | Reviewed personal injury claims data analyses. |
| Abraham, Sarah M. | 9/14/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Abraham, Sarah M. | 9/14/2020 | 4.2 | Edited tables summarizing personal injury form data. |
| Aristidou, Andreas | 9/14/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Aristidou, Andreas | 9/14/2020 | 3.3 | Reviewed academic literature on NAS incidence. |
| Bazak, Eric R. | 9/14/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Bazak, Eric R. | 9/14/2020 | 1.2 | Prepared public claims exhibits. |
| Bazak, Eric R. | 9/14/2020 | 3.1 | Calculated substance abuse treatment statistics for public claims analyses. |
| Bazak, Eric R. | 9/14/2020 | 3.6 | Calculated summary statistics related to public claims analyses. |
| Bazak, Eric R. | 9/14/2020 | 3.8 | Calculated national drug use survey statistics for public claims analyses. |
| Chen, Yixin | 9/14/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Chen, Yixin | 9/14/2020 | 0.9 | Updated list of supporting documents for personal injury claims data analyses. |
| Chen, Yixin | 9/14/2020 | 3.6 | Updated personal injury claims data analyses. |
| Desmedt, Maaike | 9/14/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Desmedt, Maaike | 9/14/2020 | 0.6 | Imported updated personal injury forms. |
| Desmedt, Maaike | 9/14/2020 | 3.8 | Investigated number of unique claimants in personal injury claim forms. |
| Guo, Fang | 9/14/2020 | 1.3 | Reviewed NAS claims. |

| | | | |
|---|---|---|---|
| Guo, Fang | 9/14/2020 | 1.7 | Performed robustness checks of government claims estimates. |
| Guo, Fang | 9/14/2020 | 1.8 | Calculated statistics for opioid users from survey data. |
| Guo, Ruihan | 9/14/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Guo, Ruihan | 9/14/2020 | 4.9 | Analyzed personal injury claims data. |
| Haque, Rezwan | 9/14/2020 | 0.3 | Corresponded with counsel. |
| Haque, Rezwan | 9/14/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 9/14/2020 | 1.2 | Prepared agenda for call with expert and counsel. |
| Haque, Rezwan | 9/14/2020 | 2.3 | Reviewed public claims valuation analyses. |
| King, Kyla M. | 9/14/2020 | 0.4 | Discussed claims valuation analyses with team. |
| King, Kyla M. | 9/14/2020 | 2.6 | Gathered academic literature cited by commercial claimants. |
| King, Kyla M. | 9/14/2020 | 3.6 | Checked analysis of opioid prescription sales data. |
| King, Kyla M. | 9/14/2020 | 3.8 | Analyzed opioid mortality data. |
| Kovacheva, Penka | 9/14/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Kovacheva, Penka | 9/14/2020 | 0.5 | Organized public claims analyses. |
| Lee, James | 9/14/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Lee, James | 9/14/2020 | 1.9 | Reviewed personal injury claims data received from counsel. |
| Lee, James | 9/14/2020 | 4.3 | Analyzed personal injury claims data. |
| Li, Christopher H. | 9/14/2020 | 4.1 | Produced summary statistics for personal injury claims data. |
| Li, Christopher H. | 9/14/2020 | 4.3 | Created an exhibit for personal injury claims summary statistics. |
| McGill, Jeffrey S. | 9/14/2020 | 0.5 | Discussed claims valuation analyses with team. |
| McGill, Jeffrey S. | 9/14/2020 | 2.8 | Calculated statistics used in public claims exhibits. |
| McGill, Jeffrey S. | 9/14/2020 | 3.8 | Updated sensitivity analyses used in public claims exhibits. |
| Miller, Robert M. | 9/14/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Miller, Robert M. | 9/14/2020 | 0.8 | Conducted academic literature search on NAS costs. |
| Miller, Robert M. | 9/14/2020 | 1.4 | Reviewed substance abuse treatment dataset and codebook for public claims analyses. |
| Miller, Robert M. | 9/14/2020 | 2.4 | Created exhibit for personal injury form summary statistics. |

| | | | |
|---|---|---|---|
| Miller, Robert M. | 9/14/2020 | 2.7 | Checked statistics for public claims analysis. |
| Russell, Nolan P. | 9/14/2020 | 2.0 | Checked analyses summarizing personal injury claims data. |
| Wang, Qian | 9/14/2020 | 2.5 | Updated exhibit on personal injury claims. |
| Woodhouse, Sally | 9/14/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 9/14/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 9/14/2020 | 1.9 | Reviewed personal injury claims data and updated corresponding analyses. |
| Yanguas, Maria Lucia | 9/14/2020 | 2.0 | Reviewed personal injury claims data. |
| Yanguas, Maria Lucia | 9/14/2020 | 4.5 | Reviewed personal injury claims documents. |
| Aristidou, Andreas | 9/15/2020 | 3.6 | Reviewed academic literature on NAS incidence. |
| Bazak, Eric R. | 9/15/2020 | 1.2 | Reviewed updated substance abuse treatment and national drug use survey datasets for public claims analyses. |
| Bazak, Eric R. | 9/15/2020 | 3.5 | Calculated summary statistics related to public claims analyses. |
| Bazak, Eric R. | 9/15/2020 | 4.7 | Calculated statistics based on national drug use survey and substance abuse treatment datasets for public claims analyses. |
| Chen, Yixin | 9/15/2020 | 0.6 | Updated personal injury claims data analyses. |
| Desmedt, Maaike | 9/15/2020 | 0.3 | Managed personal injury claim forms analyses. |
| Guo, Fang | 9/15/2020 | 1.0 | Discussed public claims analyses with counsel and expert. |
| Guo, Fang | 9/15/2020 | 1.0 | Discussed commercial claims with expert. |
| Guo, Fang | 9/15/2020 | 1.1 | Performed robustness checks of government claims estimates. |
| Guo, Fang | 9/15/2020 | 1.6 | Updated statistics for opioid users from survey data. |
| Guo, Fang | 9/15/2020 | 2.3 | Reviewed NAS claims. |
| Haque, Rezwan | 9/15/2020 | 0.8 | Reviewed public claims exhibits to prepare for call with counsel. |
| Haque, Rezwan | 9/15/2020 | 1.0 | Call with expert regarding commercial claims. |
| Haque, Rezwan | 9/15/2020 | 1.0 | Call with expert and counsel regarding public claims valuation. |
| Haque, Rezwan | 9/15/2020 | 1.8 | Reviewed commercial claimant materials to prepare for call with expert. |

| | | | |
|---|---|---|---|
| King, Kyla M. | 9/15/2020 | 2.2 | Checked analysis of national drug use survey data for public claims estimates. |
| King, Kyla M. | 9/15/2020 | 2.9 | Reviewed literature on abatement cost models in historical litigation. |
| King, Kyla M. | 9/15/2020 | 4.1 | Analyzed opioid mortality data for public claims estimates. |
| Kovacheva, Penka | 9/15/2020 | 0.6 | Reviewed analysis of historical personal injury data. |
| Kovacheva, Penka | 9/15/2020 | 1.0 | Call with expert regarding analysis of commercial claims. |
| Kovacheva, Penka | 9/15/2020 | 1.0 | Call with expert and counsel regarding public claims analyses. |
| Lee, James | 9/15/2020 | 1.2 | Analyzed personal injury claims across data sources. |
| Li, Christopher H. | 9/15/2020 | 4.5 | Processed updated personal injury claims data. |
| McGill, Jeffrey S. | 9/15/2020 | 1.4 | Updated public claims exhibits. |
| McGill, Jeffrey S. | 9/15/2020 | 3.1 | Updated layout of public claims exhibits. |
| Miller, Robert M. | 9/15/2020 | 1.9 | Checked statistics for public claims analysis. |
| Miller, Robert M. | 9/15/2020 | 2.1 | Checked personal injury form summary statistics exhibit. |
| Miller, Robert M. | 9/15/2020 | 2.8 | Updated summary statistics code for personal injury claims. |
| Wang, Qian | 9/15/2020 | 2.1 | Analyzed data on personal injury claims. |
| Wang, Qian | 9/15/2020 | 4.2 | Processed updated personal injury claims. |
| Woodhouse, Sally | 9/15/2020 | 1.0 | Call with expert to discuss commercial claims estimation. |
| Yanguas, Maria Lucia | 9/15/2020 | 0.7 | Reviewed and updated personal injury claims data analyses. |
| Abraham, Sarah M. | 9/16/2020 | 5.2 | Designed and refined tables summarizing personal injury forms data. |
| Bazak, Eric R. | 9/16/2020 | 3.6 | Prepared summary statistics exhibit related to public claims analyses. |
| Bazak, Eric R. | 9/16/2020 | 4.1 | Calculated statistics based on updated national drug use survey dataset. |
| Desmedt, Maaike | 9/16/2020 | 2.8 | Investigated unique number personal injury claims. |
| Guo, Fang | 9/16/2020 | 0.8 | Reviewed academic literature on NAS incidence. |
| Guo, Fang | 9/16/2020 | 1.2 | Updated statistics for opioid users from survey data. |
| Guo, Fang | 9/16/2020 | 2.2 | Reviewed academic article on physician billing. |

| | | | |
|---|---|---|---|
| Haque, Rezwan | 9/16/2020 | 3.4 | Reviewed commercial claimant materials. |
| King, Kyla M. | 9/16/2020 | 2.9 | Checked analysis of national drug use survey data for public claims estimates. |
| King, Kyla M. | 9/16/2020 | 3.7 | Analyzed data on opioid marketing. |
| Kovacheva, Penka | 9/16/2020 | 0.1 | Call with expert regarding physician billing. |
| Kovacheva, Penka | 9/16/2020 | 0.4 | Reviewed academic literature on physician billing. |
| Lee, James | 9/16/2020 | 0.6 | Prepared materials for call with counsel. |
| Li, Christopher H. | 9/16/2020 | 3.8 | Edited personal injury claims exhibits. |
| McGill, Jeffrey S. | 9/16/2020 | 3.4 | Calculated statistics to be used in public claims exhibits. |
| Miller, Robert M. | 9/16/2020 | 2.4 | Updated personal injury form summary statistics exhibit. |
| Miller, Robert M. | 9/16/2020 | 3.1 | Updated summary statistics code for personal injury claims. |
| Wang, Qian | 9/16/2020 | 2.3 | Updated personal injury claim forms exhibit. |
| Yanguas, Maria Lucia | 9/16/2020 | 0.6 | Analyzed personal injury claims data across sources. |
| Abraham, Sarah M. | 9/17/2020 | 0.8 | Call with counsel regarding valuation of personal injury claims. |
| Abraham, Sarah M. | 9/17/2020 | 2.1 | Prepared materials for call with counsel. |
| Aristidou, Andreas | 9/17/2020 | 1.0 | Reviewed academic literature on NAS incidence. |
| Bazak, Eric R. | 9/17/2020 | 1.2 | Checked opioid mortality statistics. |
| Bazak, Eric R. | 9/17/2020 | 2.7 | Created exhibit related to commercial claimants. |
| Desmedt, Maaike | 9/17/2020 | 1.0 | Managed import of personal injury claims filed on non-personal injury forms. |
| Guo, Fang | 9/17/2020 | 2.2 | Prepared exhibits for third-party payor claims. |
| Guo, Fang | 9/17/2020 | 3.9 | Reviewed and bookmarked articles on physician billing. |
| Haque, Rezwan | 9/17/2020 | 1.5 | Prepared agenda for call with expert and counsel. |
| Haque, Rezwan | 9/17/2020 | 1.9 | Reviewed commercial claimant materials. |
| King, Kyla M. | 9/17/2020 | 2.2 | Compared commercial claimant cost estimates against general prescription and OUD trends. |
| King, Kyla M. | 9/17/2020 | 2.6 | Analyzed opioid prescription sales data for commercial claims analysis. |
| Kovacheva, Penka | 9/17/2020 | 0.7 | Reviewed academic literature requested by counsel regarding physician billing. |

| Kovacheva, Penka | 9/17/2020 | 0.8 | Call with counsel and expert regarding personal injury claims analyses. |
| Lee, James | 9/17/2020 | 0.4 | Prepared materials for call with expert and counsel regarding personal injury claims data. |
| Lee, James | 9/17/2020 | 0.8 | Call with counsel and expert regarding personal injury claims data. |
| Li, Christopher H. | 9/17/2020 | 2.4 | Investigated personal injury claims on other forms. |
| Miller, Robert M. | 9/17/2020 | 0.9 | Reviewed commercial claims presentation. |
| Miller, Robert M. | 9/17/2020 | 1.2 | Checked statistics for public claims analysis. |
| Wang, Qian | 9/17/2020 | 0.9 | Analyzed personal injury claims filed on non-personal injury forms. |
| Woodhouse, Sally | 9/17/2020 | 0.8 | Call with counsel and expert regarding personal injury claims estimation. |
| Yanguas, Maria Lucia | 9/17/2020 | 0.4 | Followed up on expert meeting regarding additional personal injury claims analysis. |
| Yanguas, Maria Lucia | 9/17/2020 | 0.8 | Discussed personal injury claims valuation with expert and counsel. |
| Haque, Rezwan | 9/21/2020 | 0.2 | Corresponded with expert and counsel. |
| Haque, Rezwan | 9/24/2020 | 0.7 | Reviewed slides from counsel regarding potential claims analyses. |
| Kovacheva, Penka | 9/24/2020 | 0.6 | Prepared agenda for call with counsel. |
| Kovacheva, Penka | 9/24/2020 | 0.7 | Reviewed presentation from counsel regarding claims estimation. |
| Lee, James | 9/24/2020 | 1.3 | Reviewed slide deck from counsel regarding personal injury claims analyses. |
| Abraham, Sarah M. | 9/25/2020 | 0.8 | Discussed claims valuation with counsel. |
| Abraham, Sarah M. | 9/25/2020 | 2.5 | Updated plan for personal injury claims valuation. |
| Chernin, Abe | 9/25/2020 | 0.5 | Discussed claims estimation issues with relevant team members. |
| Chernin, Abe | 9/25/2020 | 0.8 | Discussed claims estimation issues with counsel. |
| Chernin, Abe | 9/25/2020 | 2.0 | Analyzed draft work product regarding claims estimation provided by counsel. |
| Guo, Fang | 9/25/2020 | 0.8 | Call with counsel regarding claims valuation analyses. |
| Guo, Fang | 9/25/2020 | 2.3 | Developed work plan for claims valuation analyses. |
| Haque, Rezwan | 9/25/2020 | 0.4 | Reviewed slides from counsel regarding potential claims analyses. |
| Haque, Rezwan | 9/25/2020 | 0.8 | Reviewed agenda for call with counsel. |

| | | | |
|---|---|---|---|
| Haque, Rezwan | 9/25/2020 | 0.8 | Call with counsel regarding claims valuation analyses. |
| Haque, Rezwan | 9/25/2020 | 1.3 | Reviewed potential analyses and corresponded with counsel. |
| Kovacheva, Penka | 9/25/2020 | 0.6 | Reviewed presentation from counsel regarding claims estimation. |
| Kovacheva, Penka | 9/25/2020 | 0.6 | Updated agenda for call with counsel. |
| Kovacheva, Penka | 9/25/2020 | 0.8 | Call with counsel regarding claims estimation analyses. |
| Lee, James | 9/25/2020 | 0.8 | Call with counsel regarding claims valuation analyses. |
| Lee, James | 9/25/2020 | 0.9 | Reviewed slide deck from counsel regarding personal injury claims analyses. |
| Lee, James | 9/25/2020 | 1.1 | Drafted work plan for analysis of personal injury claims data. |
| Lee, James | 9/25/2020 | 2.2 | Reviewed personal injury claims data for potential analyses. |
| Woodhouse, Sally | 9/25/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Woodhouse, Sally | 9/25/2020 | 0.9 | Call with counsel to discuss needed claims analyses. |
| Woodhouse, Sally | 9/25/2020 | 1.0 | Reviewed counsel's outline of needed claims analyses. |
| Kovacheva, Penka | 9/26/2020 | 0.4 | Reviewed claimant term sheets. |
| Lee, James | 9/26/2020 | 2.0 | Reviewed and summarized term sheets received from counsel. |
| Abraham, Sarah M. | 9/27/2020 | 0.6 | Designed framework for personal injury claim valuation. |
| Kovacheva, Penka | 9/27/2020 | 0.2 | Corresponded with counsel regarding claimant term sheets. |
| Kovacheva, Penka | 9/27/2020 | 0.3 | Reviewed claimant term sheets. |
| Abraham, Sarah M. | 9/28/2020 | 4.5 | Reviewed personal injury claim form responses. |
| Aristidou, Andreas | 9/28/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Chen, Yixin | 9/28/2020 | 2.5 | Checked personal injury claims data analyses. |
| Desmedt, Maaike | 9/28/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Desmedt, Maaike | 9/28/2020 | 1.5 | Processed updated personal injury claims data. |
| Desmedt, Maaike | 9/28/2020 | 2.6 | Investigated number of personal injury claims by injury category. |
| Guo, Fang | 9/28/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Guo, Ruihan | 9/28/2020 | 0.4 | Discussed claims valuation analyses with team. |

| | | | |
|---|---|---|---|
| Guo, Ruihan | 9/28/2020 | 0.9 | Checked personal injury claims data analyses. |
| Guo, Ruihan | 9/28/2020 | 4.8 | Analyzed personal injury claims data. |
| Haque, Rezwan | 9/28/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 9/28/2020 | 0.7 | Reviewed claimant term sheets. |
| King, Kyla M. | 9/28/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Kovacheva, Penka | 9/28/2020 | 0.2 | Corresponded with counsel regarding claimant term sheets. |
| Kovacheva, Penka | 9/28/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Lee, James | 9/28/2020 | 0.5 | Discussed personal injury claims analyses with team. |
| Lee, James | 9/28/2020 | 1.2 | Analyzed personal injury claim data. |
| Li, Christopher H. | 9/28/2020 | 0.5 | Discussed claims valuation with team. |
| Li, Christopher H. | 9/28/2020 | 1.4 | Processed new personal injury claims data. |
| Li, Christopher H. | 9/28/2020 | 2.2 | Analyzed personal injury claims data. |
| Russell, Nolan P. | 9/28/2020 | 1.5 | Analyzed personal injury claims data. |
| Russell, Nolan P. | 9/28/2020 | 3.3 | Analyzed injury types in personal injury claims data. |
| Wang, Qian | 9/28/2020 | 3.1 | Processed new personal injury claim forms data. |
| Woodhouse, Sally | 9/28/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 9/28/2020 | 0.5 | Discussed claims valuation with team. |
| Yanguas, Maria Lucia | 9/28/2020 | 3.2 | Reviewed and updated analyses of personal injury claims data. |
| Abraham, Sarah M. | 9/29/2020 | 2.1 | Designed personal injury claim valuation analyses. |
| Chen, Yixin | 9/29/2020 | 2.6 | Checked personal injury claims data analyses. |
| Desmedt, Maaike | 9/29/2020 | 2.3 | Investigated number of personal injury claims by injury category. |
| Guo, Ruihan | 9/29/2020 | 2.3 | Reviewed personal injury claims data analyses. |
| Guo, Ruihan | 9/29/2020 | 4.5 | Analyzed personal injury claims data. |
| Lee, James | 9/29/2020 | 2.8 | Reviewed analyses of personal injury claims data. |
| Li, Christopher H. | 9/29/2020 | 1.8 | Analyzed personal injury claims data. |
| Wang, Qian | 9/29/2020 | 2.6 | Updated number of personal injury claims by category exhibit. |
| Yanguas, Maria Lucia | 9/29/2020 | 4.0 | Analyzed personal injury claims data. |
| Yanguas, Maria Lucia | 9/29/2020 | 4.2 | Reviewed and updated analyses of personal injury claims. |

| | | | |
|---|---|---|---|
| Chen, Yixin | 9/30/2020 | 1.1 | Checked analyses of personal injury claims data. |
| Chen, Yixin | 9/30/2020 | 3.7 | Conducted sensitivity analysis related to personal injury claims data. |
| Desmedt, Maaike | 9/30/2020 | 1.4 | Summarized counts of personal injury claims. |
| Guo, Ruihan | 9/30/2020 | 3.9 | Analyzed personal injury claims data. |
| Lee, James | 9/30/2020 | 3.4 | Analyzed personal injury claims data. |
| Russell, Nolan P. | 9/30/2020 | 1.0 | Checked analysis of personal injury claims data. |
| Yanguas, Maria Lucia | 9/30/2020 | 4.0 | Analyzed personal injury claims data. |
| Yanguas, Maria Lucia | 9/30/2020 | 4.2 | Reviewed and updated personal injury claims data analysis. |

**Litigation Support**

| | | | |
|---|---|---|---|
| Chiappetta, Sarah | 9/14/2020 | 2.1 | Searched for and downloaded full text academic articles. |
| Chiappetta, Sarah | 9/15/2020 | 0.2 | Downloaded academic article. |
| Rosati, Regena R. | 9/15/2020 | 1.7 | Searched for expert reports related to use of discount rates for claims valuation. |
| Rosati, Regena R. | 9/16/2020 | 0.4 | Searched for academic article. |

|  | |
|---|---|
| **Total** | 1084.6 |
| **Grand Total** | 1107.2 |