**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF TENTH MONTHLY FEE STATEMENT OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | August 1, 2020 through August 31, 2020 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $2,394.00 |

This is a(n):   monthly  x    interim  __    final application  __

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**TENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**August 1, 2020 through August 31, 2020**

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 4.5 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 53.0 |
| 4 | Debtor Communication | 18.0 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 218.0 |
| 10 | Business Plan | - |
| 11 | Case Strategy | 15.5 |
| **Total** | | **309.0** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 34.0 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 13.5 |
| Jaspinder Kanwal | Vice President, Debt Advisory & Restructuring | 48.0 |
| Ben Troester | Associate, Debt Advisory & Restructuring | 59.5 |
| Kevin Chen | Analyst, Debt Advisory & Restructuring | 67.0 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 31.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 16.0 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 12.0 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 28.0 |
| **Total** | | **309.0** |

**TENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**August 1, 2020 through August 31, 2020**

| Category | August 2020 |
|---|---:|
| Meals | $20.00 |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 2,374.00 |
| General | - |
| **Total Expenses** | **$2,394.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from August 1, 2020 through August 31, 2020 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $2,394.00. In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.   On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.   On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4.   On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2]  A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5.   On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6. On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7. By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from August 1, 2020 through August 31, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $2,394.00.

8. All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as Exhibit A.

9. The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10. Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order. As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $2,394.00, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from August 1, 2020 through August 31, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $2,394.00.

Dated:  October 29, 2020　　　　　　　　　Respectfully submitted,
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　*/s/ Leon Szlezinger*
　　　　　　　　　　　　　　　　　　　　　Leon Szlezinger
　　　　　　　　　　　　　　　　　　　　　Managing Director and Joint Global Head of
　　　　　　　　　　　　　　　　　　　　　Debt Advisory & Restructuring
　　　　　　　　　　　　　　　　　　　　　JEFFERIES LLC

## Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| **August 1, 2020 - August 31, 2020 Hours for Case Administration / General** | | | **4.5** | |
| 08/04/20 | Leon Szlezinger | *Review Jefferies fee app* | 1.0 | 1 |
| 08/04/20 | Benjamin Troester | *Review Jefferies fee app* | 0.5 | 1 |
| 08/04/20 | Kevin Chen | *Prepare Jefferies fee app* | 3.0 | 1 |
| | | | | |
| **August 1, 2020 - August 31, 2020 Hours for Creditor Communication** | | | **53.0** | |
| 08/03/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/03/20 | Robert White | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/03/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/03/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/03/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/03/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/06/20 | Leon Szlezinger | *Prepare for UCC call* | 0.5 | 3 |
| 08/06/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/06/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/06/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/06/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/06/20 | Kevin Sheridan | *Prepare for weekly UCC call* | 0.5 | 3 |
| 08/06/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/11/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/11/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/11/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/11/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/11/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/13/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/13/20 | Robert White | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/13/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/13/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/13/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/13/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/17/20 | Leon Szlezinger | *Prepare for UCC call* | 0.5 | 3 |
| 08/17/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/17/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/17/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/17/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/17/20 | Kevin Sheridan | *Prepare for weekly UCC call* | 0.5 | 3 |
| 08/17/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/18/20 | Leon Szlezinger | *Prepare for UCC call* | 0.5 | 3 |
| 08/18/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/18/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/18/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/18/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/18/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/20/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/20/20 | Robert White | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/20/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/20/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/20/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/20/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/24/20 | Leon Szlezinger | *Prepare for UCC call* | 0.5 | 3 |
| 08/24/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/24/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/24/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/24/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/24/20 | Kevin Sheridan | *Prepare for weekly UCC call* | 0.5 | 3 |
| 08/24/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/31/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/31/20 | Robert White | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/31/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/31/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/31/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 08/31/20 | Kevin Sheridan | *Prepare for weekly UCC call* | 0.5 | 3 |
| 08/31/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| | | | | |
| **August 1, 2020 - August 31, 2020 Hours for Debtor Communication** | | | **18.0** | |
| 08/13/20 | Leon Szlezinger | *Call re Source & Uses* | 1.0 | 4 |
| 08/13/20 | Robert White | *Call re Source & Uses* | 1.0 | 4 |
| 08/13/20 | Jaspinder Kanwal | *Call re Source & Uses* | 1.0 | 4 |
| 08/13/20 | Benjamin Troester | *Call re Source & Uses* | 1.0 | 4 |
| 08/13/20 | Kevin Chen | *Call re Source & Uses* | 1.0 | 4 |
| 08/13/20 | Kevin Sheridan | *Call re Source & Uses* | 1.0 | 4 |
| 08/13/20 | James Wiltshire | *Call re Source & Uses* | 1.0 | 4 |
| 08/13/20 | William Maselli | *Call re Source & Uses* | 1.0 | 4 |
| 08/13/20 | Connor Hattersley | *Call re Source & Uses* | 1.0 | 4 |
| 08/19/20 | Leon Szlezinger | *Call re Updated Business Plan* | 1.0 | 4 |
| 08/19/20 | Robert White | *Call re Updated Business Plan* | 1.0 | 4 |
| 08/19/20 | Jaspinder Kanwal | *Call re Updated Business Plan* | 1.0 | 4 |
| 08/19/20 | Benjamin Troester | *Call re Updated Business Plan* | 1.0 | 4 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---:|---:|
| 08/19/20 | Kevin Chen | *Call re Updated Business Plan* | 1.0 | 4 |
| 08/19/20 | Kevin Sheridan | *Call re Updated Business Plan* | 1.0 | 4 |
| 08/19/20 | James Wiltshire | *Call re Updated Business Plan* | 1.0 | 4 |
| 08/19/20 | William Maselli | *Call re Updated Business Plan* | 1.0 | 4 |
| 08/19/20 | Connor Hattersley | *Call re Updated Business Plan* | 1.0 | 4 |
| | | **August 1, 2020 - August 31, 2020 Hours for Due Diligence** | **218.0** | |
| 08/02/20 | Jaspinder Kanwal | *Review IAC financials and presentations* | 4.0 | 9 |
| 08/02/20 | Kevin Chen | *Review PPLP data room* | 1.5 | 9 |
| 08/03/20 | William Maselli | *Review IAC model* | 2.0 | 9 |
| 08/03/20 | Connor Hattersley | *Review IAC model* | 4.0 | 9 |
| 08/04/20 | Leon Szlezinger | *Review IAC financials* | 1.0 | 9 |
| 08/04/20 | Jaspinder Kanwal | *Review IAC financials and presentations* | 2.0 | 9 |
| 08/04/20 | Connor Hattersley | *Review IAC model* | 1.5 | 9 |
| 08/05/20 | Jaspinder Kanwal | *Review IAC financials and presentations* | 3.0 | 9 |
| 08/05/20 | Benjamin Troester | *Review IAC model* | 4.0 | 9 |
| 08/05/20 | Benjamin Troester | *Review IAC data room and related diligence items* | 1.0 | 9 |
| 08/05/20 | Kevin Chen | *Review IAC model and prepare outputs* | 4.0 | 9 |
| 08/05/20 | Kevin Sheridan | *Review IAC model and financials* | 1.5 | 9 |
| 08/05/20 | James Wiltshire | *Review IAC model* | 2.5 | 9 |
| 08/06/20 | Benjamin Troester | *Review PPLP diligence documents* | 1.0 | 9 |
| 08/06/20 | Benjamin Troester | *Review IAC model and prepare outputs* | 1.0 | 9 |
| 08/06/20 | Kevin Chen | *Review IAC model and prepare outputs* | 2.0 | 9 |
| 08/07/20 | Robert White | *Review IAC financials* | 1.5 | 9 |
| 08/07/20 | Benjamin Troester | *Review IAC model and prepare outputs* | 1.5 | 9 |
| 08/07/20 | Benjamin Troester | *Review PPLP data room uploads* | 1.0 | 9 |
| 08/07/20 | Connor Hattersley | *Review IAC diligence tracker* | 2.5 | 9 |
| 08/08/20 | Benjamin Troester | *Review IAC model and prepare outputs* | 2.0 | 9 |
| 08/08/20 | Benjamin Troester | *Review IAC data room and related diligence items* | 1.5 | 9 |
| 08/08/20 | Kevin Chen | *Review IAC model and prepare outputs* | 1.5 | 9 |
| 08/08/20 | Kevin Chen | *Review IAC data room and related diligence items* | 1.5 | 9 |
| 08/09/20 | Kevin Chen | *Review PPLP data room* | 2.5 | 9 |
| 08/10/20 | Jaspinder Kanwal | *Review IAC model outputs and presentations* | 4.0 | 9 |
| 08/10/20 | Benjamin Troester | *Review updated PPLP business plan scenarios* | 1.5 | 9 |
| 08/10/20 | Kevin Chen | *Review IAC model and prepare outputs* | 3.0 | 9 |
| 08/11/20 | Kevin Chen | *Review IAC model and prepare outputs* | 1.0 | 9 |
| 08/12/20 | Leon Szlezinger | *Review oxycodone market trends* | 2.0 | 9 |
| 08/12/20 | Jaspinder Kanwal | *Review IAC diligence tracker* | 1.5 | 9 |
| 08/12/20 | Benjamin Troester | *Review IAC model outputs* | 2.0 | 9 |
| 08/12/20 | Benjamin Troester | *Review PPLP data room uploads* | 1.0 | 9 |
| 08/12/20 | Kevin Chen | *Review updated PPLP model* | 1.5 | 9 |
| 08/12/20 | Kevin Chen | *Review IAC data room and related diligence items* | 2.5 | 9 |
| 08/12/20 | Kevin Sheridan | *Review oxycodone market trends* | 3.5 | 9 |
| 08/12/20 | James Wiltshire | *Review oxycodone market trends* | 2.0 | 9 |
| 08/12/20 | William Maselli | *Review oxycodone market trends* | 1.0 | 9 |
| 08/12/20 | Connor Hattersley | *Review oxycodone market trends* | 2.5 | 9 |
| 08/13/20 | Leon Szlezinger | *Review notes from sources & uses call* | 0.5 | 9 |
| 08/13/20 | Robert White | *Review notes from sources & uses call* | 0.5 | 9 |
| 08/13/20 | Jaspinder Kanwal | *Review notes from sources & uses call* | 0.5 | 9 |
| 08/13/20 | Benjamin Troester | *Review IAC model outputs* | 1.5 | 9 |
| 08/13/20 | Benjamin Troester | *Review notes from sources & uses call* | 0.5 | 9 |
| 08/13/20 | Kevin Chen | *Organize and prepare notes from sources & uses call* | 0.5 | 9 |
| 08/13/20 | Kevin Sheridan | *Review notes from sources & uses call* | 0.5 | 9 |
| 08/13/20 | James Wiltshire | *Review notes from sources & uses call* | 0.5 | 9 |
| 08/13/20 | William Maselli | *Review notes from sources & uses call* | 0.5 | 9 |
| 08/13/20 | Connor Hattersley | *Organize and prepare notes from sources & uses call* | 0.5 | 9 |
| 08/14/20 | Jaspinder Kanwal | *Review IAC model outputs and presentations* | 3.0 | 9 |
| 08/14/20 | Benjamin Troester | *Review updated PPLP model* | 1.5 | 9 |
| 08/14/20 | Kevin Chen | *Review updated PPLP model* | 2.5 | 9 |
| 08/14/20 | Kevin Sheridan | *Review IAC model and financial outputs* | 1.5 | 9 |
| 08/14/20 | Connor Hattersley | *Review IAC diligence tracker* | 3.5 | 9 |
| 08/15/20 | Leon Szlezinger | *Review updated PPLP financials* | 1.5 | 9 |
| 08/15/20 | Leon Szlezinger | *Review KPMG tax analysis* | 1.0 | 9 |
| 08/15/20 | Jaspinder Kanwal | *Review updated PPLP model* | 2.0 | 9 |
| 08/15/20 | Benjamin Troester | *Review PPLP data room uploads* | 2.5 | 9 |
| 08/15/20 | Kevin Chen | *Review IAC model and prepare outputs* | 2.0 | 9 |
| 08/15/20 | Kevin Sheridan | *Review updated PPLP model and financials* | 2.0 | 9 |
| 08/15/20 | James Wiltshire | *Review IAC debt comps* | 1.0 | 9 |
| 08/15/20 | William Maselli | *Review IAC diligence tracker* | 2.0 | 9 |
| 08/15/20 | Connor Hattersley | *Review updated PPLP model* | 2.5 | 9 |
| 08/16/20 | Jaspinder Kanwal | *Review updated PPLP model* | 1.5 | 9 |
| 08/16/20 | Benjamin Troester | *Review IAC data room and related diligence items* | 1.5 | 9 |
| 08/16/20 | Kevin Chen | *Review IAC model and prepare outputs* | 3.0 | 9 |
| 08/16/20 | James Wiltshire | *Review updated PPLP model* | 1.5 | 9 |
| 08/16/20 | William Maselli | *Review updated PPLP model* | 1.5 | 9 |
| 08/17/20 | Leon Szlezinger | *Review illustrative distributable value comparison presentation* | 2.5 | 9 |
| 08/17/20 | Robert White | *Review illustrative distributable value comparison presentation* | 1.5 | 9 |
| 08/17/20 | Robert White | *Review updated PPLP business plan* | 1.5 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 08/17/20 | Jaspinder Kanwal | *Review illustrative distributable value comparison presentation* | 2.0 | 9 |
| 08/17/20 | Benjamin Troester | *Review illustrative distributable value comparison presentation* | 2.0 | 9 |
| 08/17/20 | Kevin Chen | *Review IAC data room and related diligence items* | 1.0 | 9 |
| 08/17/20 | Kevin Sheridan | *Review illustrative distributable value comparison presentation* | 2.5 | 9 |
| 08/17/20 | Kevin Sheridan | *Review IAC debt comps* | 1.5 | 9 |
| 08/17/20 | Connor Hattersley | *Review illustrative distributable value comparison presentation* | 1.0 | 9 |
| 08/18/20 | Leon Szlezinger | *Review updated PPLP business plan* | 3.0 | 9 |
| 08/18/20 | Leon Szlezinger | *Review PJT presentations* | 1.5 | 9 |
| 08/18/20 | Jaspinder Kanwal | *Review updated PPLP business plan* | 2.5 | 9 |
| 08/18/20 | Jaspinder Kanwal | *IAC debt comps* | 0.5 | 9 |
| 08/18/20 | Kevin Chen | *Review illustrative distributable value comparison presentation* | 1.5 | 9 |
| 08/18/20 | Kevin Chen | *Review updated PPLP business plan* | 1.5 | 9 |
| 08/18/20 | Kevin Chen | *Review PJT business plan presentations* | 1.0 | 9 |
| 08/18/20 | James Wiltshire | *Review IAC debt comps* | 1.0 | 9 |
| 08/18/20 | Connor Hattersley | *Review IAC diligence tracker* | 1.5 | 9 |
| 08/19/20 | Leon Szlezinger | *Call re Distributable Value* | 0.5 | 9 |
| 08/19/20 | Leon Szlezinger | *Review notes from distributable value call* | 1.0 | 9 |
| 08/19/20 | Leon Szlezinger | *Review notes from business plan call* | 1.0 | 9 |
| 08/19/20 | Robert White | *Call re Distributable Value* | 0.5 | 9 |
| 08/19/20 | Robert White | *Review notes from distributable value call* | 1.0 | 9 |
| 08/19/20 | Robert White | *Review ntoes from business plan call* | 1.0 | 9 |
| 08/19/20 | Jaspinder Kanwal | *Call re Distributable Value* | 0.5 | 9 |
| 08/19/20 | Jaspinder Kanwal | *Review notes from distributable value call* | 1.0 | 9 |
| 08/19/20 | Jaspinder Kanwal | *Review notes from business plan call* | 1.0 | 9 |
| 08/19/20 | Benjamin Troester | *Review updated PPLP business plan* | 2.5 | 9 |
| 08/19/20 | Benjamin Troester | *Review PJT business plan presentations* | 1.5 | 9 |
| 08/19/20 | Benjamin Troester | *Call re Distributable Value* | 0.5 | 9 |
| 08/19/20 | Benjamin Troester | *Review notes from distributable value call* | 0.5 | 9 |
| 08/19/20 | Benjamin Troester | *Review notes from business plan call* | 1.0 | 9 |
| 08/19/20 | Kevin Chen | *Call re Distributable Value* | 0.5 | 9 |
| 08/19/20 | Kevin Chen | *Organize and prepare notes from distributable value call* | 0.5 | 9 |
| 08/19/20 | Kevin Chen | *Review PPLP data room* | 2.5 | 9 |
| 08/19/20 | Kevin Chen | *Organize and prepare notes from updated business plan call* | 1.0 | 9 |
| 08/19/20 | Kevin Sheridan | *Review updated PPLP business plan* | 2.5 | 9 |
| 08/19/20 | Kevin Sheridan | *Call re Distributable Value* | 0.5 | 9 |
| 08/19/20 | Kevin Sheridan | *Review notes from distributable value call* | 1.0 | 9 |
| 08/19/20 | Kevin Sheridan | *Review notes from business plan call* | 1.0 | 9 |
| 08/19/20 | James Wiltshire | *Review IAC debt comps* | 0.5 | 9 |
| 08/19/20 | James Wiltshire | *Review illustrative distributable value comparison presentation* | 1.0 | 9 |
| 08/19/20 | James Wiltshire | *Review updated PPLP business plan* | 2.5 | 9 |
| 08/19/20 | James Wiltshire | *Call re Distributable Value* | 0.5 | 9 |
| 08/19/20 | James Wiltshire | *Review notes from distributable value call* | 0.5 | 9 |
| 08/19/20 | James Wiltshire | *Review notes from business plan call* | 0.5 | 9 |
| 08/19/20 | William Maselli | *Call re Distributable Value* | 0.5 | 9 |
| 08/19/20 | William Maselli | *Review notes from distributable value call* | 0.5 | 9 |
| 08/19/20 | William Maselli | *Review notes from business plan call* | 0.5 | 9 |
| 08/19/20 | Connor Hattersley | *Call re Distributable Value* | 0.5 | 9 |
| 08/19/20 | Connor Hattersley | *Organize and prepare notes from distributable value call* | 0.5 | 9 |
| 08/19/20 | Connor Hattersley | *Organize and prepare notes from updated business plan call* | 0.5 | 9 |
| 08/20/20 | Leon Szlezinger | *Review IAC financials and model outputs* | 1.5 | 9 |
| 08/20/20 | Benjamin Troester | *Review PPLP data room uploads* | 1.0 | 9 |
| 08/20/20 | Kevin Chen | *Review IAC data room and related diligence items* | 1.5 | 9 |
| 08/21/20 | Jaspinder Kanwal | *Review IAC model outputs* | 1.0 | 9 |
| 08/21/20 | Benjamin Troester | *Review updated PPLP business plan* | 2.5 | 9 |
| 08/21/20 | Benjamin Troester | *Review KPMG tax analysis* | 1.5 | 9 |
| 08/21/20 | Benjamin Troester | *Review KPMG tax analysis* | 0.5 | 9 |
| 08/21/20 | Kevin Chen | *Review IAC data room and related diligence items* | 1.0 | 9 |
| 08/22/20 | Jaspinder Kanwal | *Review KPMG tax analysis* | 1.0 | 9 |
| 08/22/20 | Benjamin Troester | *Review IAC data room and related diligence items* | 2.0 | 9 |
| 08/22/20 | Kevin Chen | *Review KPMG tax analysis* | 2.0 | 9 |
| 08/23/20 | Leon Szlezinger | *Review KPMG tax analysis* | 1.0 | 9 |
| 08/23/20 | Benjamin Troester | *Review IAC data room and related diligence items* | 0.5 | 9 |
| 08/25/20 | Benjamin Troester | *Review IAC data room and related diligence items* | 1.0 | 9 |
| 08/25/20 | Kevin Chen | *Review PPLP data room* | 1.5 | 9 |
| 08/25/20 | William Maselli | *Review IAC diligence tracker* | 1.5 | 9 |
| 08/25/20 | Connor Hattersley | *Review IAC diligence tracker* | 3.0 | 9 |
| 08/26/20 | Benjamin Troester | *Review PPLP data room uploads* | 1.5 | 9 |
| 08/28/20 | Kevin Chen | *Review IAC data room and related diligence items* | 2.0 | 9 |
| 08/30/20 | Jaspinder Kanwal | *Review IAC diligence tracker* | 1.5 | 9 |
| 08/30/20 | Kevin Chen | *Review PPLP data room* | 2.0 | 9 |
| 08/30/20 | Connor Hattersley | *Review IAC diligence tracker* | 2.0 | 9 |
| | **August 1, 2020 - August 31, 2020 Hours for Case Strategy** | | **15.5** | |
| 08/03/20 | Leon Szlezinger | *Internal Workstreams Discussion* | 0.5 | 11 |
| 08/03/20 | Jaspinder Kanwal | *Weekly FA Coordination Call* | 0.5 | 11 |
| 08/03/20 | Jaspinder Kanwal | *Internal Workstreams Discussion* | 0.5 | 11 |
| 08/03/20 | Benjamin Troester | *Weekly FA Coordination Call* | 0.5 | 11 |
| 08/03/20 | Benjamin Troester | *Internal Workstreams Discussion* | 0.5 | 11 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 08/03/20 | Kevin Chen | *Weekly FA Coordination Call* | 0.5 | 11 |
| 08/03/20 | Kevin Chen | *Internal Workstreams Discussion* | 0.5 | 11 |
| 08/10/20 | Leon Szlezinger | *Internal Workstreams Discussion* | 0.5 | 11 |
| 08/10/20 | Jaspinder Kanwal | *Weekly FA Coordination Call* | 0.5 | 11 |
| 08/10/20 | Jaspinder Kanwal | *Internal Workstreams Discussion* | 0.5 | 11 |
| 08/10/20 | Benjamin Troester | *Weekly FA Coordination Call* | 0.5 | 11 |
| 08/10/20 | Benjamin Troester | *Internal Workstreams Discussion* | 0.5 | 11 |
| 08/10/20 | Kevin Chen | *Weekly FA Coordination Call* | 0.5 | 11 |
| 08/10/20 | Kevin Chen | *Internal Workstreams Discussion* | 0.5 | 11 |
| 08/17/20 | Jaspinder Kanwal | *Weekly FA Coordination Call* | 0.5 | 11 |
| 08/17/20 | Benjamin Troester | *Weekly FA Coordination Call* | 0.5 | 11 |
| 08/17/20 | Kevin Chen | *Weekly FA Coordination Call* | 0.5 | 11 |
| 08/18/20 | Leon Szlezinger | *Internal Workstreams Discussion* | 0.5 | 11 |
| 08/18/20 | Jaspinder Kanwal | *Internal Workstreams Discussion* | 0.5 | 11 |
| 08/18/20 | Benjamin Troester | *Internal Workstreams Discussion* | 0.5 | 11 |
| 08/18/20 | Kevin Chen | *Internal Workstreams Discussion* | 0.5 | 11 |
| 08/24/20 | Leon Szlezinger | *Internal Workstreams Discussion* | 0.5 | 11 |
| 08/24/20 | Jaspinder Kanwal | *Weekly FA Coordination Call* | 0.5 | 11 |
| 08/24/20 | Jaspinder Kanwal | *Internal Workstreams Discussion* | 0.5 | 11 |
| 08/24/20 | Benjamin Troester | *Weekly FA Coordination Call* | 0.5 | 11 |
| 08/24/20 | Benjamin Troester | *Internal Workstreams Discussion* | 0.5 | 11 |
| 08/24/20 | Kevin Chen | *Weekly FA Coordination Call* | 0.5 | 11 |
| 08/24/20 | Kevin Chen | *Internal Workstreams Discussion* | 0.5 | 11 |
| 08/31/20 | Jaspinder Kanwal | *Weekly FA Coordination Call* | 0.5 | 11 |
| 08/31/20 | Benjamin Troester | *Weekly FA Coordination Call* | 0.5 | 11 |
| 08/31/20 | Kevin Chen | *Weekly FA Coordination Call* | 0.5 | 11 |

# Exhibit B

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
| --- | --- | --- | --- | --- |
| Jaspinder Kanwal | 20.00 | 08/10/20 | Meals & Entertainment | Overtime meal for working late |
| Baker Botts LLP | 2,374.00 | 08/31/20 | Legal | Invoice from legal counsel |

| Professional | Amount ($) | Expense Date | Expense Category | Description |
| --- | --- | --- | --- | --- |
| Jaspinder Kanwal | | | | |
| Baker Botts LLP | 2,374.00 | | | |

# BAKER BOTTS L.L.P.

Austin London
Beijing Moscow
Brussels New York
Dallas Palo Alto
Dubai Riyadh
Hong Kong San Francisco
**Houston** Washington

TAX ID 74-1195457

| | |
|---|---|
| Jefferies LLC | **Invoice Number:** 1714327 |
| 520 Madison Avenue | **Invoice Date:** September 8, 2020 |
| New York, NY 10022 | **Attorney:** R L Spigel |
| Attn: Leon Szlezinger | |

Total fees for services and expenses for the matter shown below through August 31, 2020.

**082383.0108**
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/04/20 | J R Herz | 0.2 | Review K. Chen draft of June fee statement |
| 08/04/20 | R L Spigel | 0.2 | Review Jefferies monthly fee statement and email to J. Herz re same |
| 08/05/20 | J R Herz | 0.3 | Finalize June Fee Statement |
| 08/07/20 | J R Herz | 0.2 | Email J. Coleman (Akin) re LEDES data (.1); email client re feed back from fee examiner (.1) |
| 08/24/20 | J R Herz | 0.2 | Email Akin concerning second interim fee application and follow up re fee hearing (.2) |
| 08/26/20 | J R Herz | 0.2 | Email Jefferies team summary of second interim fee application hearing (.2) |
| 08/26/20 | J R Herz | 0.6 | Attend (telephonically) part of August 26 hearing relevant to second interim fee applications (.4); email R. Spigel concerning result of hearing (.2) |
| 08/26/20 | J R Herz | 0.3 | Draft July monthly fee application |
| 08/26/20 | J R Herz | 0.1 | Plan and prepare for hearing today on second interim fee application (.1) |
| 08/27/20 | J R Herz | 0.3 | Review draft of proposed order approving Jefferies' fees (.2); email Jefferies team proposed order (.1) |

| | |
|---|---|
| **Matter Hours** | 2.60 |
| **Matter Fees** | $2,304.00 |

**BAKER BOTTS** LLP

JEFFERIES LLC
Purdue Retention

Invoice No:     1714327
Invoice Date:   September 8, 2020
Matter:         082383.0108

**2020 Lawyer Summary**

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 2.4 | 865.00 | 2,076.00 |
| Spigel, R L | 0.2 | 1,140.00 | 228.00 |
| | **2.6** | | **$2,304.00** |

**For Expenses Incurred:**

| | |
|---|---|
| Court fees JACOB RHINE HERZ Court Fees Second Interim Fee App Hearing with J. Herz and R. Spigel - Case Name: Purdue Pharma L.P., Case No.: 19-23649, Judge Cecelia Morris | 70.00 |

**Total Expenses**                                                                                                         **$70.00**

| | |
|---|---|
| Total Current Fees | $2,304.00 |
| Total Current Costs | $70.00 |
| **Total Due This Invoice** | **$2,374.00** |

Page 2