BEDELL CRISTIN JERSEY PARTNERSHIP
Edward Drummond
26 New Street
Saint Helier, Jersey JE2 3RA
Tel: +44 (0)1534 814814
edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | ) ) | Case No. 19-23649 (RDD) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**FOURTH MONTHLY FEE STATEMENT OF
BEDELL CRISTIN JERSEY PARTNERSHIP
FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED
AS SPECIAL FOREIGN COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR
THE PERIOD OF 1 AUGUST 2020 THROUGH 31 AUGUST 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Bedell Cristin Jersey Partnership |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | 29 June 2020, *nunc pro tunc* to 27 February, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | 1 August 2020 through 31 August 2020 |
| Fees Incurred: | $52,389.54 |
| 20% Holdback: | $10,477.91 |
| Total Compensation Less 20% Holdback: | $41,911.63 |
| Monthly Expenses Incurred: | $125.22 |
| Total Fees and Expenses Requested: | **$52,514.76** |

This is a __x__ monthly _____ interim _____ final application.

Bedell Cristin Jersey Partnership ("Bedell Cristin"), special foreign counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Fourth Monthly Fee Statement") covering the period from 1 August 2020 through and including 31 August 2020 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023]. The Honourable Robert R Drain, United States Bankruptcy Judge, approved the retention of Bedell Cristin *nun pro tunc* to 27 February 2020 by order dated 29 June 2020.

2

By this Fourth Monthly Fee Statement, Bedell Cristin requests (a) interim allowance and payment of compensation in the amount of $41,911.63 (80% of $52,389.54) for fees on account of reasonable and necessary professional services rendered to the Committee by Bedell Cristin and (b) reimbursement of actual and necessary costs and expenses in the amount of $125.22[2] incurred by Bedell Cristin during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each Bedell Cristin professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Bedell Cristin for services rendered to the Committee are the same rates that Bedell Cristin charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bedell Cristin professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Bedell Cristin professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

---

[2] Expense reports or invoices for such amounts are included within Exhibit E.

3

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Fourth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Fourth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on November 12, 2020** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If no objections to this Fourth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees identified herein.

If an objection to this Fourth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fourth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

| | |
|---|---|
| Dated: St Helier, Jersey<br>October 29, 2020 | Bedell Cristin Jersey Partnership<br><br>By: */s/ Edward Drummond*<br>26 New Street, St Helier, Jersey, JE2 3RA<br>Telephone: +44 (0) 1534 814621<br>Edward.drummond@bedellcristin.com<br><br>*Special Foreign Counsel to the Official Committee of Unsecured Creditors Purdue Pharma L.P.,* et al. |

**Exhibit A**

**Timekeeper Summary**

| Partners | Department | Rate | Hours | Amount ($) |
|---|---|---|---|---|
| Advocate E. Drummond | Litigation | $750.00 | 26.9 | $20,175.00.00 |
| Advocate N. Chien | International Private Client | $750.00 | 2 | $1,500.00 |
| **Partner Total** | | | **28.9** | **$21,675** |
| **Senior Associate** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs E. Shaw | International Private Client | $550 | 19.6 | $10,656.54 |
| Mrs L.C. Walmisley | Litigation | $550 | .4 | $220 |
| **Senior Associate Total** | | | **20** | **$10,876.54** |
| **Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs C. C. Young | Litigation | $430.00 | 14.4 | $6,207.00 |
| Miss K.F. Brass | International Private Client | $430 | 9.4 | $4,042.00 |
| Miss L. Carter | International Private Client | $430 | 22.3 | $9,589.00 |
| **Associate Total** | | | **46.1** | **$19,838.00** |
| **Staff Attorneys Total** | | | **95** | **$52,389.54.00** |
| **Total Hours / Fees Requested** | | | **95** | **$52,389.54.00** |

## TOTAL FEES FOR THE COMPENSATION PERIOD

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $750 | 28.9 | $21,675.00 |
| Senior Associates | $550 | 20 | $10,876.54 |
| Associates | $430 | 46.1 | $19,838.00 |
| **Blended Attorney Rate** | $551.47 | | |
| **Blended Rate for All Timekeepers** | $551.47 | | |
| **Total Hours / Fees Requested:** | | 95 | $52,389.54.00 |

## Exhibit B

### Task Code Summary

| Task Code | Matter | Hours | Value($) |
|---|---|---|---|
| 3 | Fee Application/Monthly Billing Reports | 11.4 | $6,453.00 |
| 13 | Analysis of Pre-Petition Transactions | 82.3 | $44,737.54 |
| | **TOTAL:** | 95 | $52,389.54 |

**Exhibit C**

**Itemized Fees**

4

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036

**Our ref**        EBD/CCY/136744.0001  
**Invoice No**  358484  
**Tax date**     07 September 2020  
**GST No.**      0009162  
**Tel:**              +44 (0) 1534 814814

**INVOICE**  
Advice re: Purdue Pharma LP

|  | Charge | GST Rate |
|---|---:|---:|
| **Professional Fees** | | |
| To professional services rendered from 01/08/2020 to 31/08/2020 | 52,389.54 | 0.0% |
| **Expenses** | | |
| LoopUp - conference call on 06/07/2020 | 28.70 | 0.0% |
| LoopUp - conference call on 16/07/2020 | 55.07 | 0.0% |
| LoopUp - conference call on 22/07/2020 | 12.40 | 0.0% |
| Jersey Registry Search Fee (£24.00) | $29.05 | 0.0% |
| **Third Party Charges** | | |
|  | 0.00 | 0.0% |
| Total excluding GST | US$ 52,514.76 | |
| Total GST | US$ 0.00 | |
| **TOTAL BALANCE DUE** | **US$ 52,514.76** | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  
Account Name: Bedell Group Services Offices  USD  
Swift Code: BARCGB22

Sort Code: 20-45-05  
Account Number: 62384922  
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28660052-1

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036

| | |
|---|---|
| Our ref | EBD/CCY/136744.0001 |
| Invoice No | 358484 |
| Tax date | 07 September 2020 |
| GST No. | 0009162 |
| Tel: | +44 (0) 1534 814814 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate E. Drummond** | | |
| 06/08/20 | 0003 - Claim: review draft agreement from Debevoise (0.4). Email to Akin Gump (0.6). | 1:00 | 750.00 |
| 10/08/20 | 0013 - Agreement re Jersey Law Issues: review series of emails (0.4), call with Bedell team (0.2), Akin Gump (0.5), call with Akin Gump, Davis Polk and Debevoise (0.9), follow up call with NCC (0.1). | 2:06 | 1,575.00 |
| 11/08/20 | 0003 - Fees: review (0.2) and amend (0.2) invoice for July. | 0:24 | 300.00 |
| | 0013 - Agreement: email to Akin Gump of points arising from all parties call yesterday. | 1:00 | 750.00 |
| 13/08/20 | 0013 - Jersey Trust Issues: Internal team emails re: trust review. | 0:06 | 75.00 |
| | 0003 - Fees: email from CCY. | 0:06 | 75.00 |
| | 0013 - Jersey agreement: Call with Akin Gump. | 1:06 | 825.00 |
| 14/08/20 | 0003 - Fees: email exchange with CCY re: fee examiner's report. | 0:36 | 450.00 |
| | 0013 - Claim: call with ESH, NCC and CCY re: trust doc review. | 0:48 | 600.00 |
| 15/08/20 | 0013 - Claim: review amended agreement (0.3). Email to Akin Gump (0.4). | 0:42 | 525.00 |
| 16/08/20 | 0013 - Claim: Emails from Akin Gump re: agreement. | 0:12 | 150.00 |
| 17/08/20 | 0013 - Claim. Review comments on amended draft (1.0). Call with US and Jersey lawyers for Purdue and UCC (1.0). Call with ES re: amendments (0.8). Email to Akin Gump (0.8). | 3:36 | 2,700.00 |
| 18/08/20 | 0013 - Agreement re Jersey Law Issues: series of email exchanges with Bedell team (0.5) and Akin Gump (0.3) re: amended agreement. | 0:48 | 600.00 |
| 19/08/20 | 0013 - Claim: email to Bedell team re: jurisdiction issues. | 1:00 | 750.00 |
| | 0003 - Fees: review Excel schedule prepared by CCY to send to US bankruptcy court re: June fee statement. | 0:12 | 150.00 |
| 20/08/20 | 0013 - Jersey Trust Issues: Call with NCC and ESH re: trust DD exercise. | 0:18 | 225.00 |
| 24/08/20 | 0003 - Fees: review email from Akin Gump re: interim fee hearing (0.1). Email to CYY (0.1). | 0:12 | 150.00 |
| 25/08/20 | 0013 – Claim: Agreement. Review series of emails from Akin Gump on 18 August (0.8). Review Akin Gump cumulative mark up (0.2). Review emails from Bedell team re: trust parties (0.8). Review trust DD (0.2). Compile email to Akin Gump (0.3). Prep for scheduled call (0.3). | 2:36 | 1,950.00 |
| | 0003 - Fees: Emails from Akin Gump re: registration for court hearing tomorrow (0.2); Registering for US court hearing (0.3). Prep for that hearing (0.1). Speak CCY re: confirmation of no objections for June invoice and next steps (0.3). | 0:54 | 675.00 |
| 26/08/20 | 0013 - Claim: Drafting email to Akin Gump with amendments to draft agreement and suggested covering email (0.9). Review comments from CCY (0.1). Review comments from JP at Akin Gump (0.1). Emailing amendments and covering email to Akin Gump (0.1). | 1:12 | 900.00 |
| | 0013 - Claim: call with FKB and LYC re: trusts review DD exercise (0.7). | 0:42 | 525.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  
Account Name:  Bedell Group Services Offices  USD  
Swift Code: BARCGB22

Sort Code: 20-45-05  
Account Number:  62384922  
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office

bedellcristin.com

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28660052-1

# BEDELL CRISTIN

LEGAL SERVICES

Advice re: Purdue Pharma LP

| | | Our ref | KLB/CCY/136744.0001 |
|---|---|---|---|
| | | Invoice No | 358484 |
| | | Tax date | 07 September 2020 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate E. Drummond** | | |
| | 0013 - Claim: Review US Stipulation (0.3). Review email from EH at Akin Gump re: trusts (0.1). Compiling detailed email to Jersey team re: trusts and trustees (0.7). Call from EH at Akin Gump (0.5). Email to Bedell team (0.2). | 1:48 | 1,350.00 |
| | 0013 - Claim: call with Akin Gump (0.6). | 0:36 | 450.00 |
| | 0013 - Claim: call with Akin Gump and Davis Polk (0.8). | 0:48 | 600.00 |
| | 0003 - Fees: Dialling into telephone hearing and attending hearing for the part relating to fee approvals (0.5). Typing note of judge's comments to team for file (0.4). | 0:54 | 675.00 |
| 27/08/20 | 0013 - Claim: review email from Akin Gump to Davis Polk attaching mark up of agreement (0.2). Email to Bedell team with update following calls with US counsel yesterday (0.5). Email exchange with LYC re: trusts (0.2) Call with LYC re: trusts (0.7). Email to KLB re: company searches (0.2). Review co searches (0.5). Email to Bedell team (0.2). | 2:30 | 1,875.00 |
| | 0003 - Fees: Review email from Akin Gump attaching draft US court order (0.2). Email to Akin Gump attaching July fee statement and confirming figures in draft order (0.3). | 0:30 | 375.00 |
| 28/08/20 | 0013 - Claim - email to JP at Akin Gump (0.1). Review email from Davis Polk to Debevoise (0.1). | 0:12 | 150.00 |
| | **Miss K. F. Brass** | | |
| 20/08/20 | 0013 – Jersey law trust Issues: Review of DD table (.4) and discussion with ESH/LYC (.4). | 0:48 | 344.00 |
| 24/08/20 | 0013 – Jersey law trust Issues: Working on DD | 0:30 | 215.00 |
| 25/08/20 | 0013 – Jersey law trust Issues: Working on DD | 1:30 | 645.00 |
| | 0013 – Jersey law trust Issues: Working on DD | 3:24 | 1,462.00 |
| 26/08/20 | 0013 – Jersey law trust Issues: Review of EBD email (.1), review of spreadsheet (.1) | 0:12 | 86.00 |
| | 0013 – Jersey law trust Issues: Call with EBD and LYC | 0:42 | 301.00 |
| | 0013 – Jersey law trust Issues: Working on DD spreadsheet | 0:30 | 215.00 |
| 27/08/20 | 0013 – Jersey law trust Issues: Review emails (.1) and discuss with LYC (.1) | 0:12 | 86.00 |
| | 0013 – Jersey law trust Issues: Review emails (.1) and discuss LYC (.1) | 0:12 | 86.00 |
| | 0013 – Jersey law trust Issues: Working on DD | 0:42 | 301.00 |
| | 0013 – Jersey law trust Issues: Working on DD | 0:42 | 301.00 |
| | **Miss L. Carter** | | |
| 20/08/20 | 0013 – Jersey law trust Issues: Discuss ESH and KFB | 0:42 | 301.00 |
| 21/08/20 | 0013 – Jersey law trust Issues: DD exercise | 2:12 | 946.00 |
| 24/08/20 | 0013 – Jersey law trust Issues: DD project | 2:30 | 1,075.00 |
| 25/08/20 | 0013 – Jersey law trust Issues: DD Project | 5:00 | 2,150.00 |
| 26/08/20 | 0013 – Jersey law trust Issues: Consider EBD's emails(.1); Review Mourant's output table (.3); Review and consider email from ESH (.1) | 0:30 | 215.00 |
| | 0013 – Jersey law trust Issues: Call EBD | 0:42 | 301.00 |
| | 0013 – Jersey law trust Issues: DD Project | 3:30 | 1,505.00 |
| 27/08/20 | 0013 – Jersey law trust Issues: Consider ED's email and respond | 0:12 | 86.00 |
| | 0013 – Jersey law trust Issues: DD project (2.3). Call with ED to discuss purpose trust issue (.7) | 3:00 | 1,290.00 |
| 28/08/20 | 0013 – Jersey law trust Issues: DD project | 4:00 | 1,720.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE          Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD                        Account Number: 62384922
Swift Code: BARCGB22                                                    IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,                    **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA                             A list of Partners is available for inspection at the principal office

bedellcristin.com                                    BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28660052-1

# BEDELL CRISTIN

LEGAL SERVICES

| | | Our ref | KLB/CCY/136744.0001 |
|---|---|---|---|
| Advice re: Purdue Pharma LP | | Invoice No | 358484 |
| | | Tax date | 07 September 2020 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs C. C. Young** | | |
| 10/08/20 | 0013 - Claim: Telephone call with Akin Gump (0.5) telephone call with Debevoise, Akin Gump, Davis Polk (0.9) | 1:24 | 602.00 |
| 11/08/20 | 0003 - Fees: monthly fee statement; time entries narrative | 0:48 | 344.00 |
| | 0003 - Fees: monthly fee statement; email to Davis Polk | 0:06 | 43.00 |
| | 0003 - Fees: Monthly Fee Statement (1.1) email to Akin Gump (0.1) | 1:12 | 516.00 |
| 13/08/20 | 0003 - Fees: Email to CM at Pharma (0.1) query with finance department re: financial information (0.1) | 0:12 | 86.00 |
| | 0013 - Claim: Telephone call with Akin Gump | 0:54 | 387.00 |
| | 0003 - Fee: fee examiner correspondence | 0:06 | 43.00 |
| | 0003 - Fees: respond to Akin Gump on fee query and objection deadline | 0:06 | 43.00 |
| 14/08/20 | 0003 - Fees: telephone call with EBD (0.2) - interim fee report from fee examiner (0.3), email to Akin Gump (0.1), review files and invoices (0.3), review matter (0.3) | 1:12 | 516.00 |
| | 0013 - Jersey Trusts issues: call with NCC, EBD and ESH | 0:48 | 344.00 |
| 17/08/20 | 0013 – Claim: call with Davis Polk, Akin Gump and Mourant | 1:00 | 430.00 |
| 18/08/20 | 0013 - Agreement re Jersey Law Issues - amending draft (0.6). E-mail to Akin Gump (0.2), email to Elisabeth Shaw and Ed Drummond (0.1), email to Akin Gump (0.3) | 1:12 | 516.00 |
| | 0003 - Fee Application: email to fee examiner (0.3), providing further information to fee examiner as requested (0.7), email to Akin Gump (0.1), consider fee reduction (0.7) | 1:48 | 774.00 |
| 19/08/20 | 0003 - Fee: email to fee examiner | 0:06 | 43.00 |
| | 0013 - Agreement re Jersey Law Issues: review Agreement (0.3) | 0:18 | 129.00 |
| | 0003 - Fee collating data for fee examiner | 0:18 | 144.00 |
| 20/08/20 | 0003 - Fee: email to CM of Pharma (0.1), email to fee examiner (0.1), | 0:12 | 86.00 |
| 24/08/20 | 0003 - Fee: email to Akin Gump | 0:06 | 43.00 |
| 25/08/20 | 0003 - Fee Application: email to NY Court - rer attendance of hearing | 0:12 | 86.00 |
| | 0013 - Agreement re Jersey Law Issues: Email to Akin Gump | 0:06 | 43.00 |
| | 0003 - Fee: email to Akin Gump re Fee examiner | 0:06 | 43.00 |
| | 0003 - Fee: E-mail to CM - Pharma | 0:06 | 43.00 |
| | 0013 - Agreement re Jersey Law Issues: Internal discussions with EBD | 0:12 | 86.00 |
| 26/08/20 | 0013 - Agreement re Jersey Law Issues: Telephone call with Akin Gump 0.5) Telephone call with Akin Gump and Davis Polk (0.9), internal discussion with EBD (0.2) | 1:36 | 688.00 |
| | 0013 - Agreement re Jersey Law Issues: Email to Akin Gump | 0:18 | 129.00 |
| | **Mrs E. Shaw** | | |
| 13/08/20 | 0013 - Claim: Background reading and emails with EBD re call | 0:42 | 301.00 |
| 14/08/20 | 0013 – Jersey law trust Issues: Background research | 0:30 | 275.00 |
| | 0013 – Jersey law trust Issues: Call to discuss instruction | 1:00 | 550.00 |
| 16/08/20 | 0013 – Jersey law trust Issues: Dealing with emails | 0:30 | 235.54 |
| 17/08/20 | 0013 – Jersey law trust Issues: Call with all parties (1) and follow up call with ED (.8) | 1:48 | 990.00 |
| | 0013 – Jersey law trust Issues: Beginning trust DD exercise | 3:48 | 2,090.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE    Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD         Account Number: 62384922
Swift Code: BARCGB22                                      IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,        **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA                 A list of Partners is available for inspection at the principal office

bedellcristin.com                        BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28660052-1

# BEDELL CRISTIN

LEGAL SERVICES

| | | | |
|---|---|---|---|
| Advice re: Purdue Pharma LP | | Our ref | KLB/CCY/136744.0001 |
| | | Invoice No | 358484 |
| | | Tax date | 07 September 2020 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs E. Shaw** | | |
| 18/08/20 | 0013 – Jersey law trust Issues: Carrying out DD (3.0); emailing draft template table to ED (.33) | 3:18 | 1,815.00 |
| | 0013 – Jersey law trust Issues: Emails re drafting queries. | 0:48 | 440.00 |
| 19/08/20 | 0013 – Jersey law trust Issues: Emails; reviewing revised drafts (1.0); considering issues and reverting (.2) | 1:12 | 660.00 |
| | 0013 – Jersey law trust Issues: Due diligence | 3:30 | 1,925.00 |
| 20/08/20 | 0013 – Jersey law trust Issues: DD; discussions with team re assistance (.5); gathering numbers of trust variances and email EBD re same (2.0). | 2:30 | 1,375.00 |
| | **Mrs L.C. Walmisley** | | |
| 04/08/20 | 0013 - Claim: Email from CCY update | 0:24 | 220.00 |
| | Total:- | 95:00 | 52,389.54 |
| | Advocate E. Drummond | 26:54 | 20,175.00 |
| | Advocate N. Chien | 2:00 | 1,500.00 |
| | Mrs E. Shaw | 19:36 | 10,656.54 |
| | Mrs L.C. Walmisley | 0:24 | 220.00 |
| | Miss K. F. Brass | 9:24 | 4,042.00 |
| | Miss L. Carter | 22:18 | 9,589.00 |
| | Mrs C. C. Young | 14:24 | 6,207.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE    Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD              Account Number: 62384922
Swift Code: BARCGB22                                          IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,        **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA                 A list of Partners is available for inspection at the principal office

bedellcristin.com                        BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28660052-1

# Exhibit D

## Disbursement Summary

| Disbursement Activity | Amount ($) |
|---|---:|
| LoopUp - conference call on 06/07/2020 | 28.70 |
| LoopUp - conference call on 16/07/2020 | 55.07 |
| LoopUp - conference call on 22/07/2020 | 12.40 |
| Jersey Registry Search Fee (£24) | 29.05 |
| **TOTAL** | **$125.22** |

# Exhibit E

**Itemized Disbursements**

**Carter Young**

**From:** registry@jerseyfsc.org
**Sent:** 27 August 2020 16:57
**To:** Katie Le Blancq
**Subject:** Your document order is ready

**CAUTION: EXTERNAL EMAIL**



Dear Katie Le Blancq,

Your documents are ready to download on This site.

## Receipt for Transaction 9713618

| | |
|---|---|
| Order Date: | 27-Aug-2020 |
| Client Reference: | 136744.0001 |
| Email: | katie.leblancq@bedellcristin.com |
| Ordered by: | Katie Le Blancq |
| Transaction Reference: | ebb49e23-cfe6-4b18-bf75-1033cf28a2d2 |
| Credit Card Authorization Code: | 009818 |

| **Ordered Documents** | **Document Cost** |
|---|---|
| SAUMUR TRUST COMPANY LIMITED - Annual Return 2017 (Ref. 2817126) | 2.00 |
| Total | £2.00 |

If you have any question or problems please contact us on:
Email: registry@jerseyfsc.org

Kind Regards

Registry Team


Read the Jersey Financial Services Commission email disclaimer

**Carter Young**

**From:** registry@jerseyfsc.org
**Sent:** 27 August 2020 16:12
**To:** Katie Le Blancq
**Subject:** Your document order is ready

**CAUTION: EXTERNAL EMAIL**

Dear Katie Le Blancq,

Your documents are ready to download on This site.



## Receipt for Transaction 9713627

| | |
|---|---|
| Order Date: | 27-Aug-2020 |
| Client Reference: | 136744.0001 |
| Email: | katie.leblancq@bedellcristin.com |
| Ordered by: | Katie Le Blancq |
| Transaction Reference: | 61475223-ee30-4613-957e-8029c49cec68 |
| Credit Card Authorization Code: | 001837 |

| **Ordered Documents** | **Document Cost** |
|---|---|
| CHELSEA TRUST COMPANY LIMITED - Annual Return (Ref. 3320612) | 2.00 |
| HAGEN TRUST COMPANY LIMITED - Annual Return (Ref. 3320630) | 2.00 |
| HEATHERIDGE TRUST COMPANY LIMITED - Annual Return (Ref. 3320607) | 2.00 |
| HILLSIDE TRUST COMPANY LIMITED - Annual Return (Ref. 3320618) | 2.00 |
| MAYDEAN TRUST COMPANY LIMITED - Annual Return (Ref. 3320615) | 2.00 |
| MILLBORNE TRUST COMPANY LIMITED - Annual Return (Ref. 3320626) | 2.00 |
| MORDAS TRUST COMPANY LIMITED - Annual Return (Ref. 3320605) | 2.00 |
| SANDIWAY TRUST COMPANY LIMITED - Annual Return (Ref. 3320616) | 2.00 |

| | |
|---|---|
| TAYLEIGH TRUST COMPANY LIMITED - Annual Return (Ref. 3320617) | 2.00 |
| TENZIN TRUST COMPANY LIMITED - Annual Return (Ref. 3321512) | 2.00 |
| THEMAR TRUST COMPANY LIMITED - Annual Return (Ref. 3320606) | 2.00 |
| <u>Total</u> | £22.00 |

If you have any question or problems please contact us on:
Email: registry@jerseyfsc.org

Kind Regards

Registry Team


Read the Jersey Financial Services Commission <u>email disclaimer</u>

2

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036

| | |
|---|---|
| **Our ref** | EBD/CCY/136744.0001 |
| **Invoice No** | 358484 |
| **Tax date** | 07 September 2020 |
| **GST No.** | 0009162 |
| **Tel:** | +44 (0) 1534 814814 |

**INVOICE**

Advice re: Purdue Pharma LP

| | Charge | GST Rate |
|---|---|---|
| **Expenses** | | |
| LoopUp - conference call on 06/07/2020 | 28.70 | 0.0% |
| LoopUp - conference call on 16/07/2020 | 55.07 | 0.0% |
| LoopUp - conference call on 22/07/2020 | 12.40 | 0.0% |
| Total excluding GST | US$ 96.17 | |
| Total GST | US$ 0.00 | |
| **TOTAL BALANCE DUE** | **US$ 96.17** | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  
Account Name: Bedell Group Services Offices  USD  
Swift Code: BARCGB22  

Sort Code: 20-45-05  
Account Number: 62384922  
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28690129-1