Kami E. Quinn
Gilbert LLP
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gotofirm.com

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| *In re:* | : | |
| | : | |
| | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | |
| | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**ELEVENTH MONTHLY FEE STATEMENT OF GILBERT LLP, FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS CO-COUNSEL TO THE AD HOC COMMITTEE OF
GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS
FOR THE PERIOD AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | **Gilbert LLP** |
| **Authorized to provide professional services to:** | **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants** |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | **December 2, 2019 (Docket #553)** |
| **Period for which compensation and reimbursement is sought:** | **August 1, 2020 through August 31, 2020** |
| **Amount of compensation sought as actual, reasonable, and necessary:** | **$193,372.40 (80% of $241,715.50)** |
| **Amount of expense reimbursement sought as actual, reasonable and necessary:** | **$249.18 (100%)** |
| **This is a:** | **Monthly Fee Statement** |

Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* entered by this Court on December 2, 2019 [Docket #553] (the "**Reimbursement Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket #529] (the "**Procedures Order**"), the law firm of Gilbert LLP ("**Gilbert LLP**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**AHC**"), hereby submits this eleventh monthly fee statement (the "**Monthly Fee Statement**") for legal services rendered and reimbursement for expenses incurred for the period commencing August 1, 2020 through August 31, 2020 (the "**Application Period**").

**Itemization of Services Rendered and Expenses Incurred**

1.       Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Application Period by project category.  As reflected on Exhibit A, Gilbert LLP incurred $241,715.50 in fees during

the Application Period.  Pursuant to this Monthly Fee Statement, Gilbert LLP seeks

reimbursement of 80% of such fees, totaling $193,372.40.

2.      Annexed hereto as **Exhibit B** is a chart of Gilbert LLP's professionals and

paraprofessionals, including title, hourly rate, number of hours billed, and total fees of each

attorney and paraprofessional who rendered services to the AHC in connection with these

chapter 11 proceedings during the Application Period.  The blended hourly rate of the attorneys

during the Application Period is $837.01.  The blended hourly rate of paraprofessionals during

the Application Period is $235.58.

3.      Annexed hereto as **Exhibit C** is the summary of reasonable and necessary

expenses incurred during the Application Period.  As reflected on Exhibit C, Gilbert LLP

incurred $249.18 in expenses during the Application Period.  Pursuant to this Monthly Fee

Statement, Gilbert LLP seeks reimbursement of 100% of such expenses, totaling $249.18.

4.      Annexed hereto as **Exhibit D** are the time records of Gilbert LLP for the

Application Period, organized by project category with a daily log detailing the time spent by

each professional and an itemization of expenses.

5.      Pursuant to the Reimbursement Order, Gilbert LLP has separately recorded

services performed relating to allocation of value among the Debtors' creditors, and to the best of

Gilbert LLP's knowledge, has not included time relating to intercreditor allocation in this

Monthly Fee Statement.

## FILING AND SERVICE

6.      This Monthly Fee Statement will be filed and served in accordance with the

directives in the Procedures Order.

7.      Pursuant to the Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Monthly Fee Statement, serve via email, to the Notice Parties (as defined in the Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue.

8.      If an objection is timely served pursuant to the Procedures Order, the Debtors shall be authorized and directed to pay Gilbert LLP the amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue.  It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Gilbert LLP respectfully requests compensation in the amount of $193,372.40 (80% of $241,715.50) and reimbursement of reasonable and necessary expenses incurred in the amount of $249.18 (100%), for a total amount of $193,621.58, for the Application Period.

Dated:  October 30, 2020
      Washington, DC

Respectfully submitted,

**GILBERT LLP**

*/s/ Kami E. Quinn*
Kami E. Quinn
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gotofirm.com

*Counsel for the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants.*

4

**Exhibit A**

**Summary of Services by Category**

**SUMMARY OF SERVICES BY PROJECT CATEGORY**

| Project Code | Project Category | Hours Billed in Period | Fees for Period |
|---|---|---|---|
| A001 | Asset Analysis & Recovery | 246.9 | $194,614.50 |
| A004 | Case Administration | 8.0 | $4,694.00 |
| A005 | Claims Analysis | 4.7 | $2,890.00 |
| A006 | Employment / Fee Applications | 11.2 | $5,202.50 |
| A009 | Meetings / Communications with AHC & Creditors | 18.0 | $18,023.50 |
| A019 | Plan of Reorganization / Disclosure Statement | 17.3 | $16,291.00 |
| | | **306.1** | **$241,715.50** |

**<u>Exhibit B</u>**

**<u>Summary of Compensation by Professional</u>**

## SUMMARY OF COMPENSATION BY PROFESSIONAL

| Name of Professional | Position / Year Admitted to Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Scott D. Gilbert | Partner / District of Columbia - 1979<br>U.S. Court of Appeals for the District of Columbia – 1980<br>U.S. Court of International Trade - 1984<br>U.S. Supreme Court - 1987<br>U.S. District Court for the District of Columbia – 2008<br>Cherokee Nation - 2017<br>U.S. Court of Federal Claims - 2019 | $1,500.00 | 14.5 | $21,750.00 |
| Kami E. Quinn | Partner / Commonwealth of Virginia – 2000<br>District of Columbia – 2006<br>U.S. Court of Appeals for the Third Circuit – 2009 | $950.00 | 19.0 | $18,050.00 |
| Richard Shore | Partner / State of New York – 1988<br>District of Columbia – 1989<br>U.S. Court of Appeals for the Third Circuit – 2009<br>U.S. Court of Appeals for the Fourth Circuit – 2014<br>U.S. Court of Appeals for the Ninth Circuit – 2014<br>U.S. Court of Appeals for the Fifth Circuit – 2017<br>Cherokee Nation – 2017 | $1,200.00 | 75.0 | $90,000.00 |
| Craig J. Litherland | Partner / State of Texas – 1983<br>Supreme Court of Texas – 1983<br>U.S. Court of Appeals Fifth Circuit – 1984<br>U.S. District Court for the Southern District of Texas – 1985<br>U.S. Federal Court for the Eastern District of Michigan – 1995<br>District of Columbia - 2001<br>U.S. District Court for the Western District of Texas – 2008<br>Cherokee Nation – 2017 | $1,250.00 | 1.3 | $1,625.00 |
| Richard Leveridge | Partner / District of Columbia – 1981<br>State of New York - 1997 | $1,250.00 | 11.1 | $13,875.00 |
| Jenna Hudson | Partner / State of Maryland – 2010<br>State of Massachusetts – 2010<br>District of Columbia - 2011<br>U.S. District Court for the District of Maryland – 2011<br>U.S. Court of Appeals for the First Circuit – 2015<br>U.S. Supreme Court - 2016<br>Cherokee Nation – 2017<br>U.S. District Court for the District of Columbia - 2019 | $675.00 | 37.4 | $25,245.00 |
| Monique Abrishami | Of Counsel / State of Florida – 2009<br>District of Columbia – 2019 | $640.00 | 6.9 | $4,416.00 |
| Mike Rush | Of Counsel / State of Delaware – 2007<br>District of Columbia 2017 | $640.00 | 25.4 | $16,256.00 |
| Emily Grim | Associate / Commonwealth of Pennsylvania – 2010<br>State of Illinois – 2010<br>District of Columbia – 2012<br>U.S. District Court for the District of Columbia - 2016<br>U.S. Court of Federal Claims – 2020 | $600.00 | 22.5 | $13,500.00 |

| Name of Professional | Position / Year Admitted to Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Daniel Wolf | Associate / State of New York – 2011<br>District of Columbia – 2013<br>Southern District of New York – 2011<br>U.S. Court of Appeals for the Ninth Circuit – 2012 | $600.00 | 11.3 | $6,780.00 |
| Benjamin Massarsky | Associate / New York – 2011<br>District of Columbia – 2012<br>U.S. District Court for the District of Columbia – 2012<br>Maryland - 2016 | $500.00 | 11.2 | $5,600.00 |
| Alison Gaske | Associate / District of Columbia - 2016 | $450.00 | 25.0 | $11,250.00 |
| Brandon Levey | Associate / State of Maryland – 2017<br>District of Columbia – 2018 | $380.00 | 4.5 | $1,710.00 |
| Sarah Sraders | Associate / State of New York – 2016<br>District of Columbia – 2017 | $380.00 | 7.1 | $2,698.00 |
| John Girgenti | Staff Attorney / State of New York – 2002<br>District of Columbia – 2007 | $335.00 | 9.8 | $3,283.00 |
| Katherine Johnson | Paralegal – Joined firm in 2018 | $225.00 | 19.0 | $4,275.00 |
| Peggy Holland | Litigation Specialist – Joined firm in 2002 | $275.00 | 5.1 | $1,402.50 |
| | **Totals** | | 306.1 | **$241,715.50** |
| | **Attorney Blended Rate** | **$837.01** | | |
| | **Paraprofessional Blended Rate** | **$235.58** | | |

**Exhibit C**

**Summary of Expenses Incurred**

## SUMMARY OF EXPENSES INCURRED

| DESCRIPTION | Total Expenses for Period |
|---|---|
| Conference Call / Court Solutions | $70.00 |
| Filing Fees | $50.00 |
| PACER | $60.90 |
| Westlaw | $68.28 |
| | **$249.18** |

**Exhibit D**

**Time and Expense Detail**

# GILBERT LLP

700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

October 30, 2020

Ad Hoc Committee
c/o Marshall S. Huebner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

| | |
|---|---|
| Invoice Number: | 11321142 |
| Client Number: | 1599 |
| Tax ID: | 52-2283869 |

**FOR PROFESSIONAL SERVICES RENDERED through August 31, 2020**

**Re:   Ad Hoc Committee (Purdue)**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Purdue Bankruptcy | 241,715.50 | 249.18 | 241,964.68 |
| **Total** | **241,715.50** | **249.18** | **241,964.68** |

| | |
|---|---|
| TOTAL FEES | $ 241,715.50 |
| TOTAL EXPENSES | $ 249.18 |
| **TOTAL FEES AND EXPENSES** | **$ 241,964.68** |



**FOR PROFESSIONAL SERVICES RENDERED through August 31, 2020**

**Purdue Bankruptcy**

**A001:  Asset Analysis & Recovery**

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Shore, R. | 8/02/20 | Review Akin revisions to Document F. | 1.00 | 1,200.00 |
| Hudson, J. | 8/02/20 | Review UCC revisions to Document F. | .10 | 67.50 |
| Hudson, J. | 8/02/20 | Review strategy for Document F. | .10 | 67.50 |
| Quinn, K. | 8/03/20 | Correspond with team re Akin changes to draft Document F. | .20 | 190.00 |
| Quinn, K. | 8/03/20 | Participate in call with A. Preis and insurance team re next steps and strategy (partial). | .20 | 190.00 |
| Quinn, K. | 8/03/20 | Confer with R. Shore re insurance recovery strategy. | .40 | 380.00 |
| Shore, R. | 8/03/20 | Review correspondence re Document F (0.3); communicate with C. Litherland re comments (0.2). | .50 | 600.00 |
| Shore, R. | 8/03/20 | Confer with Akin (UCC) re Document F. | .80 | 960.00 |
| Shore, R. | 8/03/20 | Confer with K. Quinn re call with Akin (UCC). | .40 | 480.00 |
| Shore, R. | 8/03/20 | Confer with J. Hudson re revisions to Document F. | .40 | 480.00 |
| Shore, R. | 8/03/20 | Revise Document F. | .50 | 600.00 |
| Shore, R. | 8/03/20 | Review and respond to team comments re Document F. | .80 | 960.00 |
| Litherland, C. | 8/03/20 | Communicate with R. Shore and others re draft of Document F. | .30 | 375.00 |
| Hudson, J. | 8/03/20 | Confer with B. Massarsky re review of additional uploads to Intralinks. | .30 | 202.50 |
| Hudson, J. | 8/03/20 | Revise Document F. | 1.30 | 877.50 |
| Hudson, J. | 8/03/20 | Analyze options for Document F. | .60 | 405.00 |
| Hudson, J. | 8/03/20 | Confer with G. Cicero re Document F. | .10 | 67.50 |
| Hudson, J. | 8/03/20 | Confer with A. Preis re revisions to Document F. | .80 | 540.00 |
| Girgenti, J. | 8/03/20 | Revise chart re review of application and underwriting documents. | 3.80 | 1,273.00 |
| Massarsky, B. | 8/03/20 | Confer with J. Hudson re review of Intralinks document uploads. | .30 | 150.00 |
| Massarsky, B. | 8/03/20 | Analyze insurance application underwriting documents. | .10 | 50.00 |
| Quinn, K. | 8/04/20 | Communicate with R. Shore re Document F strategy. | .10 | 95.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Shore, R. | 8/04/20 | Confer with J. Hudson and R. Leveridge re insurance strategy. | .50 | 600.00 |
| Shore, R. | 8/04/20 | Review and outline reactions to UCC revisions to Document F. | 1.50 | 1,800.00 |
| Shore, R. | 8/04/20 | Confer with A. Preis re Document F. | .50 | 600.00 |
| Litherland, C. | 8/04/20 | Communicate with J. Hudson and others re UCC comments on Document F related to insurance standing. | .20 | 250.00 |
| Hudson, J. | 8/04/20 | Revise Document F. | .50 | 337.50 |
| Hudson, J. | 8/04/20 | Review strategy for Document F. | .10 | 67.50 |
| Hudson, J. | 8/04/20 | Confer with R. Shore and R. Leveridge re insurance recovery strategy. | .50 | 337.50 |
| Hudson, J. | 8/04/20 | Confer with A. Crawford re contact information from insurers and copies of final Document C. | .10 | 67.50 |
| Hudson, J. | 8/04/20 | Confer with A. Preis re Document F. | .50 | 337.50 |
| Hudson, J. | 8/04/20 | Analyze UCC proposed edits to Document F. | .50 | 337.50 |
| Girgenti, J. | 8/04/20 | Revise chart re review of application and underwriting documents. | 1.90 | 636.50 |
| Massarsky, B. | 8/04/20 | Analyze recent uploads to Intralinks site for relevance to insurance coverage issues. | .80 | 400.00 |
| Massarsky, B. | 8/04/20 | Analyze insurance application underwriting documents. | 1.90 | 950.00 |
| Leveridge, R. | 8/04/20 | Confer with R. Shore and J. Hudson re status of reach out to insurers and plans for next steps. | .50 | 625.00 |
| Quinn, K. | 8/05/20 | Communicate with R. Shore re Document F provisions. | .20 | 190.00 |
| Shore, R. | 8/05/20 | Review and revise Document F (0.8); communicate with team re same (0.2). | 1.00 | 1,200.00 |
| Shore, R. | 8/05/20 | Review insurer response letter. | .20 | 240.00 |
| Shore, R. | 8/05/20 | Review Debtors' edits to Document A (0.8); review insurer reservation of rights letters (0.2). | 1.00 | 1,200.00 |
| Litherland, C. | 8/05/20 | Review communications from R. Shore and K. Quinn related to Document F terms and respond with suggestions. | .10 | 125.00 |
| Hudson, J. | 8/05/20 | Revise AHC and UCC draft of Document F. | .30 | 202.50 |
| Hudson, J. | 8/05/20 | Begin review of Debtors' edits to Document A. | .10 | 67.50 |
| Hudson, J. | 8/05/20 | Review Insurer #1 response to Document C. | .10 | 67.50 |
| Hudson, J. | 8/05/20 | Analyze potential timing of insurers teeing up Insurance Issues #42 and #43. | .10 | 67.50 |
| Hudson, J. | 8/05/20 | Communicate with team re tracking insurer responses to Documents C. | .10 | 67.50 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Girgenti, J. | 8/05/20 | Revise and finalize chart re review of application and underwriting documents. | 1.50 | 502.50 |
| Massarsky, B. | 8/05/20 | Finalize analysis of insurance application underwriting documents. | .10 | 50.00 |
| Massarsky, B. | 8/05/20 | Review Document C and response Insurer #1. | .50 | 250.00 |
| Johnson, K. | 8/05/20 | Draft tracking sheet of correspondence re Document C and insurer responses. | 3.20 | 720.00 |
| Abrishami, M. | 8/05/20 | Communicate with J. Hudson re Insurance Issues #42 and #43. | .10 | 64.00 |
| Abrishami, M. | 8/05/20 | Analyze Insurance Issue #47. | .20 | 128.00 |
| Sraders, S. | 8/05/20 | Prepare for discussion re Insurance Issue #46. | .10 | 38.00 |
| Quinn, K. | 8/06/20 | Correspond with in-house insurance team re Document F provisions. | .30 | 285.00 |
| Shore, R. | 8/06/20 | Confer with A. Preis and B. Kaminetzky re Document F (0.3); follow-up communications with A. Preis re same (0.2). | .50 | 600.00 |
| Shore, R. | 8/06/20 | Communications with S. Gilbert, K. Quinn, C. Litherland and team re Debtors' proposal re Document F. | 1.40 | 1,680.00 |
| Litherland, C. | 8/06/20 | Communicate with R. Shore and J. Hudson re Document F issues. | .50 | 625.00 |
| Hudson, J. | 8/06/20 | Provide feedback on strategy for Document F. | .10 | 67.50 |
| Hudson, J. | 8/06/20 | Review Aspen response to Document C. | .10 | 67.50 |
| Hudson, J. | 8/06/20 | Review responses to insurer correspondence. | .10 | 67.50 |
| Hudson, J. | 8/06/20 | Confer with B. Massarsky re underwriting materials produced. | .40 | 270.00 |
| Girgenti, J. | 8/06/20 | Communicate with J. Hudson, E. Grim, D. Wolf, and B. Massarsky re review of application and underwriting documents. | .10 | 33.50 |
| Massarsky, B. | 8/06/20 | Confer with J. Hudson re results of underwriting materials review. | .40 | 200.00 |
| Massarsky, B. | 8/06/20 | Communicate with J. Hudson re Documents J. | .30 | 150.00 |
| Johnson, K. | 8/06/20 | Revise tracking sheet of correspondence re Document C and insurer responses. | 1.20 | 270.00 |
| Johnson, K. | 8/06/20 | Research cited documents in Appendix F. | .50 | 112.50 |
| Abrishami, M. | 8/06/20 | Confer with S. Sraders re Insurance Issue #47 projects. | .30 | 192.00 |
| Sraders, S. | 8/06/20 | Confer with M. Abrishami re revising Document A, Section 3. | .40 | 152.00 |
| Quinn, K. | 8/07/20 | Correspond with R. Shore and J. Hudson re follow up to Document F negotiations. | .20 | 190.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Shore, R. | 8/07/20 | Review edits from Debtors and UCC on Document F (0.4); revise Document F (1.9); confer with J. Hudson re same (0.2). | 2.50 | 3,000.00 |
| Shore, R. | 8/07/20 | Analyze insurance recovery strategy. | .30 | 360.00 |
| Hudson, J. | 8/07/20 | Review Insurer #2 response to Document C. | .10 | 67.50 |
| Hudson, J. | 8/07/20 | Confer with team re status of insurance analysis. | .10 | 67.50 |
| Hudson, J. | 8/07/20 | Review Debtors' proposed edits to Document A. | .60 | 405.00 |
| Hudson, J. | 8/07/20 | Confer with D. Windscheffel re Debtors' proposed edits to Document A. | .30 | 202.50 |
| Hudson, J. | 8/07/20 | Analyze Debtors' position on Insurance Issue #43 in Document A. | .30 | 202.50 |
| Hudson, J. | 8/07/20 | Analyze updates to recovery strategy. | .30 | 202.50 |
| Hudson, J. | 8/07/20 | Review updates to Document F based on discussions with Debtors. | .10 | 67.50 |
| Hudson, J. | 8/07/20 | Communicate with team re tracking insurer correspondence, beginning with Document C. | .10 | 67.50 |
| Girgenti, J. | 8/07/20 | Confer with J. Hudson, M. Abrishami, D. Wolf, A. Gaske, and B. Massarsky re case strategy and revisions to Document A. | .10 | 33.50 |
| Wolf, D. | 8/07/20 | Confer with J. Hudson, M. Abrishami, B. Massarsky, A. Gaske, and J. Girgenti re status of insurance policy review. | .10 | 60.00 |
| Wolf, D. | 8/07/20 | Review draft documents re insurance recovery proceedings. | .50 | 300.00 |
| Wolf, D. | 8/07/20 | Review insurance-related document productions. | .20 | 120.00 |
| Rush, M. | 8/07/20 | Review revised Document A. | .50 | 320.00 |
| Massarsky, B. | 8/07/20 | Confer with team re status of insurance review. | .10 | 50.00 |
| Johnson, K. | 8/07/20 | Revise tracking sheet of correspondence re Document C and insurer responses. | 2.20 | 495.00 |
| Johnson, K. | 8/07/20 | Review captive insurance documents. | .20 | 45.00 |
| Abrishami, M. | 8/07/20 | Correspond with J. Hudson and S. Sraders re Insurance Issue #47. | .10 | 64.00 |
| Abrishami, M. | 8/07/20 | Confer with J. Hudson, D. Wolf, B. Massarsky, A. Gaske, and J. Girgenti re Document A and policy review. | .10 | 64.00 |
| Abrishami, M. | 8/07/20 | Review current version of Document A. | .50 | 320.00 |
| Gaske, A. | 8/07/20 | Confer with J. Hudson, D. Wolf, M. Abrishami, B. Massarsky, and J. Girgenti re insurance update. | .10 | 45.00 |
| Gaske, A. | 8/07/20 | Review insurer communications tracking spreadsheet. | .30 | 135.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Leveridge, R. | 8/07/20 | Communications from R. Shore and S. Gilbert re communications from Insurer #2, Debtors and other stakeholders re insurance issues (0.3); review material with comments from Debtors (0.6). | .90 | 1,125.00 |
| Sraders, S. | 8/07/20 | Draft search terms to supplement allegations in Document A, Section 3. | .80 | 304.00 |
| Shore, R. | 8/08/20 | Review Akin revisions to Document F and respond. | .50 | 600.00 |
| Hudson, J. | 8/08/20 | Review status of Intralinks insurance-related uploads. | .10 | 67.50 |
| Hudson, J. | 8/08/20 | Review negotiations re Document F. | .20 | 135.00 |
| Shore, R. | 8/09/20 | Confer with A. Preis and J. Hudson re Documents F and H (0.9); communicate with S. Gilbert re same (0.3); review and provide comments to Document H (1.3). | 2.50 | 3,000.00 |
| Litherland, C. | 8/09/20 | Communicate with R. Shore re possible side letter related to Document F. | .20 | 250.00 |
| Hudson, J. | 8/09/20 | Confer with A. Preis and R. Shore re Documents F and H. | .90 | 607.50 |
| Hudson, J. | 8/09/20 | Review UCC draft Document H. | .20 | 135.00 |
| Hudson, J. | 8/09/20 | Revise Document F to reflect discussion with UCC. | .90 | 607.50 |
| Wolf, D. | 8/09/20 | Review documents re broker communications and discovery re same. | .20 | 120.00 |
| Quinn, K. | 8/10/20 | Review edits to draft Document F. | .20 | 190.00 |
| Shore, R. | 8/10/20 | Revise Document G template. | 2.70 | 3,240.00 |
| Shore, R. | 8/10/20 | Confer with S. Gilbert re Document H (0.4); confer with A. Preis re same (0.8); confer with J. Hudson re same (0.3); revise same (2.5). | 4.00 | 4,800.00 |
| Hudson, J. | 8/10/20 | Communicate with team re responses to insurer correspondence. | .30 | 202.50 |
| Hudson, J. | 8/10/20 | Review proposed edits to Document H. | .20 | 135.00 |
| Hudson, J. | 8/10/20 | Communicate with A. Kramer re revisions to Exhibit A to Document A. | .10 | 67.50 |
| Hudson, J. | 8/10/20 | Revise Document F to reflect contemplated schedule. | .40 | 270.00 |
| Hudson, J. | 8/10/20 | Communicate with A. Crawford re sending certain insurers copies of Document C. | .20 | 135.00 |
| Hudson, J. | 8/10/20 | Review insurer correspondence to Document C. | .10 | 67.50 |
| Hudson, J. | 8/10/20 | Analyze Debtors' edits to Document A. | .20 | 135.00 |
| Hudson, J. | 8/10/20 | Review insurance strategy. | .20 | 135.00 |
| Hudson, J. | 8/10/20 | Review UCC edits to Document F. | .10 | 67.50 |
| Rush, M. | 8/10/20 | Revise Document A to incorporate comments received. | 4.30 | 2,752.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Massarsky, B. | 8/10/20 | Analyze recent uploads to Intralinks site re relevance to insurance coverage issues. | .30 | 150.00 |
| Johnson, K. | 8/10/20 | Revise tracking sheet of correspondence re Document C and insurer responses to same. | 2.50 | 562.50 |
| Gaske, A. | 8/10/20 | Communicate with J. Hudson re responses to Document C. | .30 | 135.00 |
| Gilbert, S. | 8/11/20 | Confer with S. Birnbaum re insurance. | .50 | 750.00 |
| Quinn, K. | 8/11/20 | Confer with K. Maclay and A. Troop re Document F. | .40 | 380.00 |
| Quinn, K. | 8/11/20 | Communicate with clients and other governmental entities re draft Document F. | .20 | 190.00 |
| Quinn, K. | 8/11/20 | Confer with J. Hudson and R. Shore re insurance strategy. | .50 | 475.00 |
| Shore, R. | 8/11/20 | Continue revising Document G. | 4.00 | 4,800.00 |
| Shore, R. | 8/11/20 | Confer with R. Leveridge, J. Hudson, and M. Rush re insurance strategy and next steps. | .80 | 960.00 |
| Shore, R. | 8/11/20 | Review edits from Debtors and UCC on Document F (0.4); revise Document F (1.9); confer with J. Hudson re same (0.2). | 2.50 | 3,000.00 |
| Hudson, J. | 8/11/20 | Confer with R. Leveridge, R. Shore and M. Rush re insurance recovery strategy. | .80 | 540.00 |
| Hudson, J. | 8/11/20 | Review status of insurance recovery projects. | .20 | 135.00 |
| Hudson, J. | 8/11/20 | Confer with A. Preis re insurance recovery strategy. | .30 | 202.50 |
| Hudson, J. | 8/11/20 | Communicate with A. Kramer re UCC and AHC consent to contact insurers re Documents J. | .10 | 67.50 |
| Hudson, J. | 8/11/20 | Prepare for call with Debtors re insurance coverage issues, including Document A. | .10 | 67.50 |
| Hudson, J. | 8/11/20 | Review negotiations re Document H. | .10 | 67.50 |
| Hudson, J. | 8/11/20 | Review revisions to Document G template. | .10 | 67.50 |
| Hudson, J. | 8/11/20 | Communicate with other committees re consent to Document F. | .60 | 405.00 |
| Hudson, J. | 8/11/20 | Summarize Document F for Committee approval. | .20 | 135.00 |
| Hudson, J. | 8/11/20 | Revise Document F. | .40 | 270.00 |
| Wolf, D. | 8/11/20 | Review correspondence re insurance broker discovery. | .30 | 180.00 |
| Rush, M. | 8/11/20 | Confer with R. Shore, R. Leveridge and J. Hudson re Document A. | .80 | 512.00 |
| Rush, M. | 8/11/20 | Revise Document A. | 3.20 | 2,048.00 |
| Massarsky, B. | 8/11/20 | Review insurer responses to Document C. | .10 | 50.00 |
| Gaske, A. | 8/11/20 | Review responses to Document C and tracking system for responses. | 1.20 | 540.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Leveridge, R. | 8/11/20 | Confer with R. Shore, J. Hudson and M. Rush re revisions from Debtors with respect to Document A and report on procedural posture of insurance asset evaluation (0.8); review communications from R. Shore with UCC counsel re insurance assets (0.2). | 1.00 | 1,250.00 |
| Sraders, S. | 8/11/20 | Review documents flagged as relevant by reviewers. | .60 | 228.00 |
| Gilbert, S. | 8/12/20 | Confer with R. Shore re Document F. | .80 | 1,200.00 |
| Quinn, K. | 8/12/20 | Communications with client re Document F. | .30 | 285.00 |
| Shore, R. | 8/12/20 | Prepare for and participate in call with Debtors and Akin re Document F. | 1.50 | 1,800.00 |
| Shore, R. | 8/12/20 | Review correspondence from B. Kaminetzky re Document F. | .30 | 360.00 |
| Shore, R. | 8/12/20 | Confer with S. Gilbert re Documents F strategy. | .80 | 960.00 |
| Hudson, J. | 8/12/20 | Prepare for call with Debtors re Document A. | .10 | 67.50 |
| Hudson, J. | 8/12/20 | Communicate with R. Leveridge re potential timing for insurance recovery efforts. | .10 | 67.50 |
| Hudson, J. | 8/12/20 | Communicate with team re review and responses to insurer correspondence. | .10 | 67.50 |
| Hudson, J. | 8/12/20 | Review status of negotiations re Document F. | .20 | 135.00 |
| Hudson, J. | 8/12/20 | Review impact, if any, of Dunaway opinion on Insurance Issue #43. | .10 | 67.50 |
| Hudson, J. | 8/12/20 | Communicate with D. Wolf re revisions to Documents G. | .10 | 67.50 |
| Wolf, D. | 8/12/20 | Revise correspondence to insurers re coverage obligations. | .70 | 420.00 |
| Rush, M. | 8/12/20 | Revise Document A. | 1.60 | 1,024.00 |
| Massarsky, B. | 8/12/20 | Analyze recent uploads to Intralinks site re relevance to insurance coverage issues. | .10 | 50.00 |
| Massarsky, B. | 8/12/20 | Review insurer responses to Document C. | .50 | 250.00 |
| Johnson, K. | 8/12/20 | Revise tracking sheet of correspondence re Document C and insurer responses (1.0); confer with A. Gaske re same (0.2). | 1.20 | 270.00 |
| Gaske, A. | 8/12/20 | Confer with K. Johnson re tracking responses to Document C. | .20 | 90.00 |
| Gaske, A. | 8/12/20 | Review insurance strategy. | .50 | 225.00 |
| Gaske, A. | 8/12/20 | Revise spreadsheet reflecting responses to Document C. | 2.60 | 1,170.00 |
| Leveridge, R. | 8/12/20 | Review communications from Debtors' counsel re filings re injunction. | .20 | 250.00 |
| Sraders, S. | 8/12/20 | Correspond with B. Massarsky re documents identified by reviewers. | .20 | 76.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Quinn, K. | 8/13/20 | Attend presentation re origin of presentation on cash and non-transfer transfers (partial). | .70 | 665.00 |
| Quinn, K. | 8/13/20 | Correspond with R. Shore re Document F. | .10 | 95.00 |
| Shore, R. | 8/13/20 | Correspond with A. Preis re Document F. | .30 | 360.00 |
| Shore, R. | 8/13/20 | Communications with S. Gilbert, K. Quinn, and J. Hudson re Document F. | 1.00 | 1,200.00 |
| Shore, R. | 8/13/20 | Correspond with S. Birnbaum re Document F. | .10 | 120.00 |
| Shore, R. | 8/13/20 | Confer with B. Kaminetzky and A. Preis re Document F. | .50 | 600.00 |
| Shore, R. | 8/13/20 | Review and revise Document A. | 4.50 | 5,400.00 |
| Hudson, J. | 8/13/20 | Review research re potential insurability of post-bankruptcy entity. | .20 | 135.00 |
| Hudson, J. | 8/13/20 | Review negotiations with Debtors re Document F. | .10 | 67.50 |
| Hudson, J. | 8/13/20 | Review impact of Debtors' revisions to Document A. | .30 | 202.50 |
| Grim, E. | 8/13/20 | Confer with Sackler counsel (Milbank) re origin of presentation on cash and non-transfer transfers. | .80 | 480.00 |
| Rush, M. | 8/13/20 | Review Document A. | 3.00 | 1,920.00 |
| Massarsky, B. | 8/13/20 | Confer with S. Sraders re Intralinks documents potentially relevant to insurance issues. | .20 | 100.00 |
| Johnson, K. | 8/13/20 | Confer with A. Gaske re revisions to tracking sheet of correspondence re Document C and insurer responses. | .50 | 112.50 |
| Gaske, A. | 8/13/20 | Revise spreadsheet tracking responses to Document C re summary section (1.2); confer with K. Johnson re same (0.5). | 1.70 | 765.00 |
| Leveridge, R. | 8/13/20 | Communications with R. Shore, J. Hudson and M. Rush re revisions to Document A reflecting input from Debtors' insurance counsel. | .40 | 500.00 |
| Sraders, S. | 8/13/20 | Confer with B. Massarsky re document review. | .20 | 76.00 |
| Quinn, K. | 8/14/20 | Confer with Reed Smith re potential for new insurance post-emergence. | .60 | 570.00 |
| Shore, R. | 8/14/20 | Review Document F. | .50 | 600.00 |
| Shore, R. | 8/14/20 | Communicate with R. Leveridge, J. Hudson and M. Rush re edits to Document A. | .40 | 480.00 |
| Hudson, J. | 8/14/20 | Confer with M. Abrishami and S. Sraders re strategy for Insurance Issues #42 and #43. | .40 | 270.00 |
| Hudson, J. | 8/14/20 | Confer with insurance review team re status and upcoming schedule. | .20 | 135.00 |
| Hudson, J. | 8/14/20 | Analyze Debtors' proposed edits to Document A. | .10 | 67.50 |
| Girgenti, J. | 8/14/20 | Confer with J. Hudson, M. Abrishami, D. Wolf, A. Gaske, and B. Massarsky re case strategy and revisions to Document A. | .20 | 67.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Wolf, D. | 8/14/20 | Confer with J. Hudson, M. Abrishami, B. Massarsky, A. Gaske, and J. Girgenti re review of insurance policies and coverage analysis. | .20 | 120.00 |
| Massarsky, B. | 8/14/20 | Confer with team re status of insurance analysis. | .20 | 100.00 |
| Abrishami, M. | 8/14/20 | Analyze revisions to Document A. | .20 | 128.00 |
| Abrishami, M. | 8/14/20 | Confer with J. Hudson, D. Wolf, B. Massarsky, A. Gaske, and J. Girgenti re insurance policy analysis. | .20 | 128.00 |
| Abrishami, M. | 8/14/20 | Confer with J. Hudson and S. Sraders re strategy re Insurance Issues #42 and #43. | .40 | 256.00 |
| Gaske, A. | 8/14/20 | Confer with J. Hudson, D. Wolf, M. Abrishami, J. Girgenti, and B. Massarsky re insurance-related updates. | .20 | 90.00 |
| Gaske, A. | 8/14/20 | Revise spreadsheet tracking responses to Document C re additional summaries. | 1.50 | 675.00 |
| Leveridge, R. | 8/14/20 | Review edits to Document A (0.7); communicate with R. Shore, J. Hudson and M. Rush re same (0.2). | .90 | 1,125.00 |
| Sraders, S. | 8/14/20 | Confer with J. Hudson and M. Abrishami re Insurance Issue #43 strategy. | .40 | 152.00 |
| Shore, R. | 8/16/20 | Analyze insurance recovery strategy. | 1.50 | 1,800.00 |
| Shore, R. | 8/17/20 | Confer with J. Hudson, R. Leveridge, D. Wolf, M. Abrishami and M. Rush re insurance strategy and next steps. | 1.30 | 1,560.00 |
| Hudson, J. | 8/17/20 | Confer with R. Shore, R. Leveridge, D. Wolf, M. Rush, and M. Abrishami re next steps for insurance recovery strategy. | 1.30 | 877.50 |
| Hudson, J. | 8/17/20 | Confer with A. Gaske re analysis and drafting responses to Document C. | .70 | 472.50 |
| Hudson, J. | 8/17/20 | Summarize next steps for insurance recovery strategy to guide discussions with stakeholders. | .30 | 202.50 |
| Wolf, D. | 8/17/20 | Confer with R. Shore, R. Leveridge, J. Hudson, M. Rush, and M. Abrishami re coverage analysis and strategy. | 1.30 | 780.00 |
| Rush, M. | 8/17/20 | Confer with team re next steps re insurance and Document A. | 1.30 | 832.00 |
| Massarsky, B. | 8/17/20 | Review recent uploads to Intralinks database re relevance to insurance coverage issues (0.4); confer with S. Sraders and K. Johnson re same (0.2). | .60 | 300.00 |
| Johnson, K. | 8/17/20 | Confer with B. Massarsky and S. Sraders re insurance document review and spreadsheets. | .20 | 45.00 |
| Johnson, K. | 8/17/20 | Revise tracking sheet of correspondence re Document C and recent insurer responses. | .60 | 135.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Abrishami, M. | 8/17/20 | Confer with R. Leveridge, R. Shore, J. Hudson, D. Wolf, and M. Rush re Document A and case strategy. | 1.30 | 832.00 |
| Gaske, A. | 8/17/20 | Confer with J. Hudson re tracking responses to Document C. | .70 | 315.00 |
| Gaske, A. | 8/17/20 | Revise spreadsheet tracking responses to Document C to incorporate new responses. | 2.00 | 900.00 |
| Leveridge, R. | 8/17/20 | Confer with R. Shore, J. Hudson, M. Rush and D. Wolf re procedural steps for pursuing insurance coverage. | 1.30 | 1,625.00 |
| Sraders, S. | 8/17/20 | Confer with B. Massarsky and K. Johnson re Intralinks document review. | .20 | 76.00 |
| Shore, R. | 8/18/20 | Review and revise Document A. | 1.50 | 1,800.00 |
| Hudson, J. | 8/18/20 | Communicate with A. Gaske re drafting confidentiality agreement for insurer negotiations. | .10 | 67.50 |
| Hudson, J. | 8/18/20 | Communicate with S. Gilbert re insurance recovery strategy. | .20 | 135.00 |
| Hudson, J. | 8/18/20 | Confer with R. Shore re insurance strategy. | .20 | 135.00 |
| Grim, E. | 8/18/20 | Communicate with J. Hudson re insurer confidentiality agreement. | .20 | 120.00 |
| Wolf, D. | 8/18/20 | Confer with A. Gaske re insurer correspondence re D&O policies. | .30 | 180.00 |
| Wolf, D. | 8/18/20 | Review recent bankruptcy document productions re insurance. | .60 | 360.00 |
| Massarsky, B. | 8/18/20 | Analyze recent Intralinks document uploads re relevance to insurance coverage issues. | .40 | 200.00 |
| Gaske, A. | 8/18/20 | Confer with D. Wolf re structure of tracking responses to Document C. | .30 | 135.00 |
| Gaske, A. | 8/18/20 | Communicate with K. Johnson re changes to spreadsheet tracking responses to Document C. | .20 | 90.00 |
| Leveridge, R. | 8/18/20 | Review plan for next steps toward insurance asset recovery efforts. | .80 | 1,000.00 |
| Gilbert, S. | 8/19/20 | Confer with team re insurance strategy. | .50 | 750.00 |
| Shore, R. | 8/19/20 | Confer with S. Gilbert and team re insurance strategy. | .50 | 600.00 |
| Shore, R. | 8/19/20 | Confer with A. Preis and J. Hudson re status and next steps. | .50 | 600.00 |
| Shore, R. | 8/19/20 | Confer with J. Hudson, M. Rush, R. Leveridge and team re complaint. | 1.50 | 1,800.00 |
| Shore, R. | 8/19/20 | Confer with J. Hudson re status and strategy. | .20 | 240.00 |
| Shore, R. | 8/19/20 | Communicate with M. Rush re next steps re complaint. | .10 | 120.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Shore, R. | 8/19/20 | Review current draft of Document A. | .70 | 840.00 |
| Hudson, J. | 8/19/20 | Communicate with A. Gaske re drafting confidentiality agreement for insurance negotiations. | .10 | 67.50 |
| Hudson, J. | 8/19/20 | Confer with S. Gilbert, R. Leveridge, R. Shore and E. Grim re next steps for insurance strategy. | .50 | 337.50 |
| Hudson, J. | 8/19/20 | Confer with A. Preis and R. Shore re next steps for insurance strategy. | .50 | 337.50 |
| Hudson, J. | 8/19/20 | Review search terms in connection with Section 3 of Document A. | .20 | 135.00 |
| Hudson, J. | 8/19/20 | Confer with R. Shore re next steps for insurance strategy. | .20 | 135.00 |
| Hudson, J. | 8/19/20 | Confer with insurance team re integrating Debtors and UCC comments to Document A. | 1.50 | 1,012.50 |
| Grim, E. | 8/19/20 | Confer with S. Gilbert, R. Shore, R. Leveridge, and J. Hudson re status of insurance negotiations and next steps. | .50 | 300.00 |
| Wolf, D. | 8/19/20 | Review bankruptcy proof of claim filings to evaluate insurance value. | .40 | 240.00 |
| Wolf, D. | 8/19/20 | Revise documents re insurers' coverage obligations. | .90 | 540.00 |
| Wolf, D. | 8/19/20 | Confer with R. Shore, R. Leveridge, J. Hudson, M. Rush, and M. Abrishami re documents re insurers' coverage obligations. | 1.50 | 900.00 |
| Rush, M. | 8/19/20 | Review and revise Document A. | 3.00 | 1,920.00 |
| Rush, M. | 8/19/20 | Confer with team re comments and revisions to Document A. | 1.50 | 960.00 |
| Massarsky, B. | 8/19/20 | Analyze recent Intralinks document uploads re relevance to insurance coverage issues. | .30 | 150.00 |
| Massarsky, B. | 8/19/20 | Research re Insurance Issue #16 under certain jurisdictions. | 3.00 | 1,500.00 |
| Abrishami, M. | 8/19/20 | Confer with R. Shore, R. Leveridge, M. Rush, J. Hudson, and D. Wolf re Document A. | 1.50 | 960.00 |
| Abrishami, M. | 8/19/20 | Review insurance policy choice-of-law provisions. | .20 | 128.00 |
| Gaske, A. | 8/19/20 | Draft template of insurer confidentiality agreement. | 3.30 | 1,485.00 |
| Leveridge, R. | 8/19/20 | Confer with R. Shore and J. Hudson re status of insurance asset recovery (0.5); confer with R. Shore, J. Hudson and team re status of document and next steps (1.5). | 2.00 | 2,500.00 |
| Levey, B. | 8/19/20 | Review research and documents re Insurance Issue #46. | 1.80 | 684.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Shore, R. | 8/20/20 | Confer with A. Andrews, A. Preis, S. Higgins, D. Wolf, and J. Hudson re insurance coverage analysis (1.7); prepare for same (0.3). | 2.00 | 2,400.00 |
| Shore, R. | 8/20/20 | Confer with B. Kaminetzky and A. Preis re side letter to Document F. | 1.00 | 1,200.00 |
| Hudson, J. | 8/20/20 | Review A. Kramer index of latest round of insurance-related productions. | .10 | 67.50 |
| Hudson, J. | 8/20/20 | Communicate with team re choice-of-law analysis for Document A. | .20 | 135.00 |
| Hudson, J. | 8/20/20 | Present insurance recovery strategy to A. Andrews, S. Higgins, and C. Brustowicz as representatives of personal injury victims. | 1.70 | 1,147.50 |
| Hudson, J. | 8/20/20 | Review additional correspondence received from insurers. | .10 | 67.50 |
| Hudson, J. | 8/20/20 | Review confidentiality agreement for insurance negotiations. | .20 | 135.00 |
| Hudson, J. | 8/20/20 | Review revisions to Document A from Debtors and UCC. | .10 | 67.50 |
| Hudson, J. | 8/20/20 | Prepare for presentation of insurance recovery strategy to A. Andrews, S. Higgins, and C. Brustowicz as representatives of personal injury victims. | .10 | 67.50 |
| Hudson, J. | 8/20/20 | Confer with A. Gaske re presentation of insurance recovery strategy. | .40 | 270.00 |
| Hudson, J. | 8/20/20 | Follow up with A. Andrews, S. Higgins, and C. Brustowicz re insurance recovery strategy. | .20 | 135.00 |
| Girgenti, J. | 8/20/20 | Review and analyze policies for choice-of-law clauses. | 1.60 | 536.00 |
| Girgenti, J. | 8/20/20 | Revise exhibit re choice-of-law clauses. | .60 | 201.00 |
| Wolf, D. | 8/20/20 | Confer with A. Andrews, A. Preis, S. Higgins, R. Shore, and J. Hudson re insurance coverage analysis. | 1.70 | 1,020.00 |
| Rush, M. | 8/20/20 | Continue revising Document A. | 4.60 | 2,944.00 |
| Johnson, K. | 8/20/20 | Review recently received financial statements relevant to insurers documents. | .40 | 90.00 |
| Johnson, K. | 8/20/20 | Revise tracking sheet of correspondence re Document C and insurer recent responses. | .20 | 45.00 |
| Abrishami, M. | 8/20/20 | Analyze choice-of-law issues. | .50 | 320.00 |
| Gaske, A. | 8/20/20 | Revise template insurer confidentiality agreement. | .30 | 135.00 |
| Gaske, A. | 8/20/20 | Confer with J. Hudson re insurance presentation. | .40 | 180.00 |
| Gaske, A. | 8/20/20 | Attend presentation of insurance strategy to private claimant representatives. | 1.70 | 765.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Levey, B. | 8/20/20 | Review documents and work product re Insurance Issue #46. | 1.40 | 532.00 |
| Shore, R. | 8/21/20 | Confer with J. Hudson and D. Wolf re Document G. | 1.10 | 1,320.00 |
| Shore, R. | 8/21/20 | Communicate with S. Gilbert re Document F (0.1); confer with A. Preis re same (0.1); review Document F and prior correspondence re same (0.2). | .40 | 480.00 |
| Shore, R. | 8/21/20 | Review revisions to Document A and related materials. | 2.50 | 3,000.00 |
| Hudson, J. | 8/21/20 | Confer with R. Shore and D. Wolf re template Document G. | 1.10 | 742.50 |
| Hudson, J. | 8/21/20 | Confer with team re status of insurance recovery efforts. | .20 | 135.00 |
| Hudson, J. | 8/21/20 | Revise Section 6 of Document A per comments from Debtors and UCC. | .70 | 472.50 |
| Hudson, J. | 8/21/20 | Confer with A. Preis re Section 7 of Document A. | .10 | 67.50 |
| Wolf, D. | 8/21/20 | Confer with R. Shore and J. Hudson re communications with insurers. | 1.10 | 660.00 |
| Wolf, D. | 8/21/20 | Confer with J. Hudson, M. Abrishami, B. Massarsky, A. Gaske, and J. Girgenti re review and analysis of insurance policies. | .20 | 120.00 |
| Massarsky, B. | 8/21/20 | Analyze newly uploaded Intralinks documents re relevance to insurance coverage issues. | .20 | 100.00 |
| Massarsky, B. | 8/21/20 | Confer with team re strategy for Documents A and F, and responses to recipients of Document G. | .20 | 100.00 |
| Abrishami, M. | 8/21/20 | Confer with J. Hudson, D. Wolf, A. Gaske, J. Girgenti, and B. Massarsky re Document A. | .20 | 128.00 |
| Abrishami, M. | 8/21/20 | Analyze search terms related to document collection re Insurance Issue #47. | .40 | 256.00 |
| Abrishami, M. | 8/21/20 | Revise Document A. | .20 | 128.00 |
| Gaske, A. | 8/21/20 | Confer with M. Abrishami, J. Hudson, D. Wolf, J. Girgenti, and B. Massarsky re update on insurance analysis. | .20 | 90.00 |
| Gaske, A. | 8/21/20 | Revise spreadsheet tracking responses to Document C re additional responses. | 1.00 | 450.00 |
| Levey, B. | 8/21/20 | Review insurance policy information re outstanding items re Insurance Issue #46. | .80 | 304.00 |
| Quinn, K. | 8/24/20 | Confer with J. Hudson and R. Shore re status of mediation and interplay with insurance recovery efforts. | 1.00 | 950.00 |
| Shore, R. | 8/24/20 | Confer with K. Quinn and J. Hudson re mediation and insurance role/impact of same. | 1.00 | 1,200.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Shore, R. | 8/24/20 | Confer with A. Preis re Document F and related issues (0.3); revise same (0.9). | 1.20 | 1,440.00 |
| Hudson, J. | 8/24/20 | Confer with K. Quinn and R. Shore re status of negotiations and next steps for insurance recovery. | 1.00 | 675.00 |
| Hudson, J. | 8/24/20 | Review update from A. Kramer re K. Wilson response on behalf of multiple insurers. | .10 | 67.50 |
| Hudson, J. | 8/24/20 | Communicate with S. Gilbert re potential impact of insurance on allocation discussions. | .10 | 67.50 |
| Hudson, J. | 8/24/20 | Revise Section 6 of Document A per input from Debtors and UCC. | .40 | 270.00 |
| Rush, M. | 8/24/20 | Revise Document A. | 1.10 | 704.00 |
| Johnson, K. | 8/24/20 | Revise tracking sheet of correspondence re Document C and insurer responses re new correspondence. | 1.50 | 337.50 |
| Abrishami, M. | 8/24/20 | Correspond with M. Rush and J. Hudson re Document A. | .30 | 192.00 |
| Gaske, A. | 8/24/20 | Revise spreadsheet tracking responses to Document C to include new responses. | 1.10 | 495.00 |
| Gilbert, S. | 8/25/20 | Confer with insurance team re status and strategy. | .80 | 1,200.00 |
| Quinn, K. | 8/25/20 | Confer with S. Gilbert, J. Hudson, R. Shore and D. Wolf re long-term insurance control issues. | .80 | 760.00 |
| Shore, R. | 8/25/20 | Confer with S. Gilbert, K. Quinn, J. Hudson and D. Wolf re insurance strategy. | .80 | 960.00 |
| Shore, R. | 8/25/20 | Confer with R. Leveridge, J. Hudson and A. Gaske re status, strategy, and next steps. | .30 | 360.00 |
| Shore, R. | 8/25/20 | Review Section 6 of Document A. | 2.00 | 2,400.00 |
| Hudson, J. | 8/25/20 | Confer with S. Gilbert, K. Quinn, R. Shore, and D. Wolf re interaction between insurance asset and claimant settlements. | .80 | 540.00 |
| Hudson, J. | 8/25/20 | Confer with R. Shore, R. Leveridge and A. Gaske re next steps for insurance strategy. | .30 | 202.50 |
| Hudson, J. | 8/25/20 | Revise Sections 6 and 7 of Document A. | 3.40 | 2,295.00 |
| Wolf, D. | 8/25/20 | Confer with S. Gilbert, R. Shore, K. Quinn, and J. Hudson re insurance coverage strategy. | .80 | 480.00 |
| Gaske, A. | 8/25/20 | Revise insurer confidentiality agreement pursuant to J. Hudson initial comments. | 2.90 | 1,305.00 |
| Gaske, A. | 8/25/20 | Confer with J. Hudson, R. Leveridge, and R. Shore re insurance analysis updates. | .30 | 135.00 |
| Leveridge, R. | 8/25/20 | Confer with R. Shore, J. Hudson and A. Gaske re status of insurance analysis (0.3); review Document A (0.6). | .90 | 1,125.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 8/26/20 | Communicate with insurance team re hearing outcome. | .10 | 95.00 |
| Shore, R. | 8/26/20 | Confer with A. Preis re Document F, Document H, and status conference. | .10 | 120.00 |
| Shore, R. | 8/26/20 | Review Document A (0.9); review exemplar policies (1.4); revise Document A (1.9). | 4.20 | 5,040.00 |
| Rush, M. | 8/26/20 | Communicate with R. Leveridge re Document A. | .50 | 320.00 |
| Leveridge, R. | 8/26/20 | Review Document A. | .70 | 875.00 |
| Shore, R. | 8/27/20 | Review policies (0.7); communicate with J. Hudson re analysis of same (0.2), review draft Document A (1.6). | 3.50 | 4,200.00 |
| Massarsky, B. | 8/27/20 | Analyze newly uploaded documents to Intralinks site re relevance to insurance coverage issues. | .30 | 150.00 |
| Leveridge, R. | 8/27/20 | Communicate with M. Rush re Document A. | .70 | 875.00 |
| Shore, R. | 8/28/20 | Communicate with R. Leveridge re Document A. | .40 | 480.00 |
| Leveridge, R. | 8/28/20 | Communicate with R. Shore re Document A. | .40 | 500.00 |
| Levey, B. | 8/28/20 | Review KCIC communication re various insurance policies and compare to policies. | .50 | 190.00 |
| Shore, R. | 8/30/20 | Confer with A. Preis re Document F and side letter (0.4); communications re status of same (0.1). | .50 | 600.00 |
| Shore, R. | 8/31/20 | Communicate with A. Preis re broker discovery (0.4); revise discovery to Broker #1 (1.6); revise discovery to Broker #2 (1.6); communicate with J. Hudson re same (0.4). | 4.00 | 4,800.00 |
| Shore, R. | 8/31/20 | Confer with J. Hudson re coverage (0.4); review draft Document A, Section 6 (1.1). | 1.50 | 1,800.00 |
| Hudson, J. | 8/31/20 | Communicate with R. Shore re strategy for Document A. | .40 | 270.00 |
| Hudson, J. | 8/31/20 | Revise discovery requests to Brokers #1 and #2. | .30 | 202.50 |
| Hudson, J. | 8/31/20 | Communicate with team re review of additional insurer correspondence. | .10 | 67.50 |
| Wolf, D. | 8/31/20 | Review correspondence with D&O insurers re coverage. | .30 | 180.00 |
| Massarsky, B. | 8/31/20 | Analyze new documents uploaded to Intralinks site re relevance to insurance coverage issues. | .30 | 150.00 |
| Johnson, K. | 8/31/20 | Revise tracking sheet of and insurer responses to Document C. | 1.80 | 405.00 |
| Abrishami, M. | 8/31/20 | Analyze issue related to Insurance Issue #47 and Document A. | .20 | 128.00 |
| Gaske, A. | 8/31/20 | Revise spreadsheet tracking responses to Document C re new responses and categorize all responses. | 2.00 | 900.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Leveridge, R. | 8/31/20 | Review communications from R. Shore re communications with UCC re Document H. | .40 | 500.00 |
| | | **Project Total:** | **246.90** | **$ 194,614.50** |

## A004:  Case Administration

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Hudson, J. | 8/03/20 | Review pro hac vice motions. | .20 | 135.00 |
| Grim, E. | 8/03/20 | Communicate with K. Quinn re Sackler family discovery issues. | .20 | 120.00 |
| Johnson, K. | 8/03/20 | Revise pro hac vice motions and orders for J. Hudson and R. Shore. | 1.80 | 405.00 |
| Johnson, K. | 8/04/20 | Revise pro hac vice motion and order for M. Rush. | .50 | 112.50 |
| Quinn, K. | 8/09/20 | Correspond with team re UCC proposed broker motion. | .20 | 190.00 |
| Johnson, K. | 8/11/20 | Revise pro hac vice motion and order for R. Leveridge. | .50 | 112.50 |
| Quinn, K. | 8/12/20 | Review summary of appeal ruling. | .10 | 95.00 |
| Sraders, S. | 8/12/20 | Review district court opinion re preliminary injunctions issues in Purdue bankruptcy to determine implications, if any, on future bankruptcy proceedings. | .80 | 304.00 |
| Sraders, S. | 8/13/20 | Continue review of district court decision re preliminary injunctions issues in bankruptcy proceeding and related case law to determine implications, if any, on future bankruptcy proceedings. | 1.00 | 380.00 |
| Gilbert, S. | 8/26/20 | Attend Court hearing re NAACP motion (partial). | .50 | 750.00 |
| Quinn, K. | 8/26/20 | Participate in hearing re NAACP motion. | 2.00 | 1,900.00 |
| Quinn, K. | 8/31/20 | Review summary for D. Sackler deposition. | .20 | 190.00 |
| | | **Project Total:** | **8.00** | **$ 4,694.00** |

## A005:  Claims Analysis

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 8/13/20 | Review correspondence with Debtors re potential estimation process. | .20 | 190.00 |
| Grim, E. | 8/14/20 | Draft memorandum supporting viability and value of public claims for potential estimation proceeding. | 2.40 | 1,440.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Grim, E. | 8/19/20 | Confer with Brattle group re valuation of state claims for estimation. | 2.10 | 1,260.00 |
| | | **Project Total:** | **4.70** | **$ 2,890.00** |

### A006:  Employment / Fee Applications

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 8/07/20 | Initial review of Fee Examiner letter; confer with P. Holland re same. | .20 | 190.00 |
| Holland, P. | 8/07/20 | Initial review of Fee Examiner report re 2nd interim fee application; confer with K. Quinn re same. | .40 | 110.00 |
| Holland, P. | 8/13/20 | Confer with E. Grim re responding to Fee Examiner report for 2nd interim fee application. | .70 | 192.50 |
| Holland, P. | 8/13/20 | Review issues in Fee Examiner's report re 2nd interim fee application. | .40 | 110.00 |
| Grim, E. | 8/13/20 | Confer with P. Holland re response to Fee Examiner letter. | .70 | 420.00 |
| Grim, E. | 8/13/20 | Begin drafting response to Fee Examiner letter. | .60 | 360.00 |
| Holland, P. | 8/14/20 | Draft certain sections of response to Fee Examiner report re 2nd interim fee application. | 1.60 | 440.00 |
| Holland, P. | 8/14/20 | Research response to Fee Examiner report. | .80 | 220.00 |
| Holland, P. | 8/14/20 | Communications with J. Hudson and E. Grim re additional information needed for responding to Fee Examiner report. | .60 | 165.00 |
| Grim, E. | 8/14/20 | Revise response to Fee Examiner letter. | 3.20 | 1,920.00 |
| Quinn, K. | 8/17/20 | Review and revise Fee Examiner report. | .20 | 190.00 |
| Grim, E. | 8/17/20 | Continue drafting response to Fee Examiner letter. | .40 | 240.00 |
| Grim, E. | 8/19/20 | Revise response to Fee Examiner letter. | .30 | 180.00 |
| Holland, P. | 8/20/20 | Communicate with E. Grim re response to Fee Examiner re 2nd interim fee application. | .30 | 82.50 |
| Grim, E. | 8/21/20 | Finalize response to Fee Examiner interim report. | .50 | 300.00 |
| Holland, P. | 8/25/20 | Review proposed order approving 2nd interim fee application; communicate with K. Quinn re same. | .30 | 82.50 |
| | | **Project Total:** | **11.20** | **$ 5,202.50** |

### A009:  Meetings / Communications with AHC & Creditors

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 8/03/20 | Participate in call with subcommittee re weekly progress report. | 1.00 | 950.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|------:|-------:|
| Gilbert, S. | 8/04/20 | Meet with AHC non-states re status. | 1.00 | 1,500.00 |
| Quinn, K. | 8/04/20 | Participate in client call re NAACP motion and other issues. | .80 | 760.00 |
| Gilbert, S. | 8/05/20 | Confer with AHC re strategy. | .80 | 1,200.00 |
| Grim, E. | 8/05/20 | Confer with AHC re NAACP motion, IPSD and tribal discussions, and other issues. | .80 | 480.00 |
| Gilbert, S. | 8/12/20 | Confer with AHC re NAACP motion and other issues. | 1.50 | 2,250.00 |
| Quinn, K. | 8/12/20 | Participate in client call re case issues and NAACP motion. | 1.50 | 1,425.00 |
| Hudson, J. | 8/12/20 | Confer with Ad Hoc Committee re Document F. | 1.50 | 1,012.50 |
| Grim, E. | 8/12/20 | Confer with AHC re NAACP motion and others issues. | 1.50 | 900.00 |
| Gilbert, S. | 8/19/20 | Confer with AHC re claims valuation and NAACP motion. | 1.20 | 1,800.00 |
| Quinn, K. | 8/19/20 | Participate in call with client re public claims valuation and NAACP motion. | 1.20 | 1,140.00 |
| Grim, E. | 8/19/20 | Confer with AHC re valuation of public claims and NAACP motion. | 1.20 | 720.00 |
| Sraders, S. | 8/19/20 | Telephone conference with Ad Hoc Committee re claims valuation and NAACP motion. | 1.20 | 456.00 |
| Gilbert, S. | 8/31/20 | Confer with AHC re status. | 1.40 | 2,100.00 |
| Quinn, K. | 8/31/20 | Participate in call with Committee re case update. | 1.40 | 1,330.00 |
| | | **Project Total:** | **18.00** | **$ 18,023.50** |

### A019:  Plan of Reorganization / Disclosure Statement

| Name | Date | Services | Hours | Amount |
|------|------|----------|------:|-------:|
| Grim, E. | 8/03/20 | Revise TDP based on discussions with AHC TDP subcommittee. | 1.20 | 720.00 |
| Grim, E. | 8/03/20 | Communicate with K. Quinn re plan structure issues. | .10 | 60.00 |
| Quinn, K. | 8/04/20 | Participate in meeting with subcommittee re TDP negotiation. | .70 | 665.00 |
| Grim, E. | 8/04/20 | Confer with TDP subcommittee re status of negotiations and strategy issues. | .70 | 420.00 |
| Grim, E. | 8/04/20 | Revise TDP counterproposal based on discussions with subcommittee. | .20 | 120.00 |
| Gilbert, S. | 8/06/20 | Confer with D. Polk re plan structure. | .80 | 1,200.00 |
| Quinn, K. | 8/06/20 | Confer with Debtors re plan structure issues. | .80 | 760.00 |

Invoice Number: 11321142
October 30, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 8/07/20 | Confer with Debtor re plan issues and strategy. | 1.00 | 1,500.00 |
| Grim, E. | 8/10/20 | Revise TDP counterproposal. | 1.20 | 720.00 |
| Quinn, K. | 8/11/20 | Confer with working group re updating TDP provisions. | .50 | 475.00 |
| Grim, E. | 8/11/20 | Confer with TDP subcommittee re strategy for TDP negotiations. | .50 | 300.00 |
| Grim, E. | 8/11/20 | Revise TDP counterproposal based on call with subcommittee. | 1.50 | 900.00 |
| Grim, E. | 8/12/20 | Continue revising TDP counterproposal. | 1.00 | 600.00 |
| Gilbert, S. | 8/14/20 | Confer with Debtors and others re plan issues. | 1.00 | 1,500.00 |
| Gilbert, S. | 8/19/20 | Confer with subcommittee re TDP for PIs. | .70 | 1,050.00 |
| Quinn, K. | 8/19/20 | Participate in weekly working group call re TDP. | .70 | 665.00 |
| Grim, E. | 8/19/20 | Confer with TDP subcommittee re strategy and next steps in TDP negotiations. | .70 | 420.00 |
| Sraders, S. | 8/19/20 | Confer with subcommittee re TDPs. | .70 | 266.00 |
| Gilbert, S. | 8/21/20 | Confer with Debtors re plan issues. | 1.00 | 1,500.00 |
| Quinn, K. | 8/25/20 | Review FTI emails re revised scenarios for client call. | .30 | 285.00 |
| Quinn, K. | 8/25/20 | Confer with TDP working group. | .50 | 475.00 |
| Sraders, S. | 8/25/20 | Confer with working group re trust distribution procedures. | .50 | 190.00 |
| Gilbert, S. | 8/28/20 | Confer with Debtors re plan issues. | 1.00 | 1,500.00 |
| | | **Project Total:** | **17.30** | **$ 16,291.00** |
| | | **TOTAL CHARGEABLE HOURS** | **306.10** | |
| | | **TOTAL FEES** | | **$ 241,715.50** |

Invoice Number: 11321142
October 30, 2020

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Gilbert, S. | 14.50 | 1,500.00 | 21,750.00 |
| Quinn, K. | 19.00 | 950.00 | 18,050.00 |
| Shore, R. | 75.00 | 1,200.00 | 90,000.00 |
| Litherland, C. | 1.30 | 1,250.00 | 1,625.00 |
| Holland, P. | 5.10 | 275.00 | 1,402.50 |
| Hudson, J. | 37.40 | 675.00 | 25,245.00 |
| Girgenti, J. | 9.80 | 335.00 | 3,283.00 |
| Grim, E. | 22.50 | 600.00 | 13,500.00 |
| Wolf, D. | 11.30 | 600.00 | 6,780.00 |
| Rush, M. | 25.40 | 640.00 | 16,256.00 |
| Massarsky, B. | 11.20 | 500.00 | 5,600.00 |
| Johnson, K. | 19.00 | 225.00 | 4,275.00 |
| Abrishami, M. | 6.90 | 640.00 | 4,416.00 |
| Gaske, A. | 25.00 | 450.00 | 11,250.00 |
| Leveridge, R. | 11.10 | 1,250.00 | 13,875.00 |
| Levey, B. | 4.50 | 380.00 | 1,710.00 |
| Sraders, S. | 7.10 | 380.00 | 2,698.00 |
| **TOTALS** | **306.10** | | **$ 241,715.50** |

**TASK SUMMARY**

| Task | Description | Hours | Amount |
|---|---|---|---|
| A001 | Asset Analysis & Recovery | 246.90 | 194,614.50 |
| A004 | Case Administration | 8.00 | 4,694.00 |
| A005 | Claims Analysis | 4.70 | 2,890.00 |
| A006 | Employment / Fee Applications | 11.20 | 5,202.50 |
| A009 | Meetings / Communications with AHC & Creditors | 18.00 | 18,023.50 |
| A019 | Plan of Reorganization / Disclosure Statement | 17.30 | 16,291.00 |

**EXPENSE DETAILS**

**E105:  Telephone**

| Date | Description | Task | Amount |
|---|---|---|---|
| 8/26/20 | Conference Call / CourtSolutions / K. Quinn / Attend Hearing / 08.26.2020 | E105 | 70.00 |
| | **Sub-Total of Expenses:** | | **$ 70.00** |

Invoice Number: 11321142
October 30, 2020

**E106:  Online Research**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 8/31/20 | Westlaw | E106 | 68.28 |
| 8/31/20 | PACER | E106 | 60.90 |
| | **Sub-Total of Expenses:** | | **$ 129.18** |

**E112:  Court Fees**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 8/07/20 | Filing Fees - Kami Quinn / DC Bar / Certificate of Good Standing / 08/07/2020 for Pro Hac Vice | E112 | 25.00 |
| 8/11/20 | Filing Fees - Richard Leveridge / DC Bar / Certificate of Good Standing / 08/11/2020 for Pro Hac Vice | E112 | 25.00 |
| | **Sub-Total of Expenses:** | | **$ 50.00** |
| | **TOTAL EXPENSES** | | **$ 249.18** |
| | **TOTAL FEES AND EXPENSES** | | **$ 241,964.68** |