# Exhibit A

# OCP Statement

19-23649-shl    Doc 1878-1    Filed 10/30/20    Entered 10/30/20 16:57:03    Exhibit A - OCP Statement    Pg 2 of 7

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

OCP Payment Report - Three Month Fee Average
September 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 5,740,243 | N/A | N/A | 443,743 | 496,721 | 412,291 | 450,226 | 456,791 | 464,159 | 518,084 | 482,802 | 483,485 | 407,452 | 372,128 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 3,474,335 | N/A | N/A | 234,004 | 259,176 | 243,777 | 248,964 | 280,212 | 318,615 | 332,480 | 307,988 | 263,976 | 267,889 | 254,171 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 179,566 | N/A | N/A | 11,951 | 18,745 | 25,022 | 16,869 | 14,826 | 12,404 | 11,469 | 9,023 | 7,921 | 14,495 | 17,261 |
| OCP Total | Total | | 25,000,000 | 9,394,143 | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 2,142 | | | | | | 328 | 328 | 527 | 199 | 291 | 92 | 92 | 95 |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | 47 | 47 | 47 | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 787 | | | 133 | 262 | 262 | 130 | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | 584 | 1,001 | 1,001 | 417 | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 2,193 | | | | 298 | 298 | 731 | 433 | 433 | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 300,000 | | | 16,667 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 8,038 | | | 707 | 857 | 966 | 843 | 1,210 | 1,550 | 993 | 476 | 27 | 27 | 136 |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 44,376 | | | 721 | 1,287 | 3,998 | 3,277 | 2,711 | | | | | 8,056 | 10,794 |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 578 | | | 193 | 193 | 193 | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 7,317 | | | 258 | 558 | 1,053 | 925 | 772 | 408 | 386 | 685 | 631 | 620 | 423 |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 3,087 | | | | 331 | 389 | 477 | 175 | 117 | 313 | 283 | 322 | 78 | 240 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | | 1,773 | 6,424 | 8,250 | 8,390 | 3,879 | 1,917 | 140 | 104 | 826 | 826 | 723 |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 40,252 | | | 1,090 | 3,068 | 5,503 | 8,898 | 8,235 | 5,763 | 2,248 | 1,510 | 1,296 | 1,180 | 342 |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | 54 | 54 | 54 | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 50 | | | | | | 17 | 17 | 17 | | | | | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 900,000 | 600,000 | | | 33,333 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | 80 | 80 | 106 | 56 | 56 | 31 | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 23,367 | | | 3,336 | 5,327 | 5,327 | 2,262 | 764 | 764 | 721 | 333 | 333 | 146 | 1,366 |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 66,973 | | | 1,189 | 2,068 | 3,511 | 4,835 | 7,069 | 9,778 | 11,320 | 8,935 | 5,846 | 2,803 | 4,253 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 2,620 | | | 422 | 740 | 848 | 426 | 133 | 26 | 26 | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | 140 | 140 | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | | | 369 | | | 456 | 456 | 456 | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 16,237 | | | | 364 | 546 | 802 | 931 | 1,390 | 2,008 | 2,303 | 2,291 | 2,119 | 1,814 |
| Fox, O'Neill & Shannon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 12,318 | | | 36 | 36 | 442 | 945 | 1,596 | 1,615 | 1,693 | 1,598 | 1,670 | 1,433 | 876 |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 1,717 | | | 505 | 505 | 505 | | 58 | 67 | 67 | 10 | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 3,973 | | | 705 | 1,041 | 1,054 | 422 | 87 | 93 | 20 | 110 | 148 | 176 | 86 |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,038 | | | 625 | 625 | 625 | 27 | 27 | 27 | | | | 22 | 27 |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | 134 | 400 | 427 | 293 | 27 | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 26,840 | | | | | | 68 | 128 | 2,175 | 3,136 | 5,118 | 6,772 | 5,742 | 3,701 |
| Karr Tuttle Campbell | OCP Tier 2 | 40,000 | 480,000 | | | | | | | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 75,000 | 900,000 | 688,095 | | | 30,969 | 29,636 | 31,059 | 39,684 | 52,071 | 64,273 | 75,000 | 70,063 | 61,935 | 65,498 | 62,413 |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 35,890 | | | 2,121 | 1,199 | 4,899 | 4,899 | 4,899 | | | 606 | 4,943 | 4,943 | 4,337 |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 345,360 | | | 32,119 | 40,015 | 38,829 | 29,501 | 36,789 | 31,633 | 31,248 | 23,655 | 21,360 | 22,251 | 13,142 |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | 883 | 883 | 883 | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | | | 9,711 | 3,924 | 1,645 | | 884 | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 571,115 | | | 19,667 | 29,980 | 35,928 | 46,106 | 49,971 | 56,826 | 60,227 | 62,429 | 54,490 | 55,774 | 44,423 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 33,793 | | | | | | | 1,445 | 5,127 | 9,628 | 8,253 | 5,375 | 1,340 | 1,459 | 762 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 225,000 | 2,700,000 | 1,764,000 | | | 98,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | 70 | 70 | 100 | 30 | 30 | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 38,768 | | | 4,523 | 4,031 | 3,672 | 3,065 | 2,441 | 4,632 | 4,109 | 3,451 | 1,721 | 1,226 | 611 |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 12,987 | | | 512 | 1,284 | 1,580 | 1,462 | 1,288 | 2,040 | 1,780 | 1,411 | 664 | 576 | 346 |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 3,816 | | | 862 | 901 | 901 | 320 | 282 | 282 | | 90 | 90 | 90 | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | 107 | 345 | 556 | 450 | 211 | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 90 | | | | 30 | 30 | 30 | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 48,767 | | | 3,670 | 4,299 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | 104 | 146 | 198 | 94 | 198 | 146 | 260 | 114 | 114 | | |
| PilieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 2 | 75,000 | 900,000 | 19,016 | | | | | | | | | | | | 248 | 6,339 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 19,875 | | | 5,271 | 2,315 | 396 | 396 | 396 | | | 546 | 546 | 959 | 413 |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 246,192 | | | 15,510 | 15,605 | 12,219 | 17,040 | 23,559 | 22,509 | 28,561 | 28,775 | 29,684 | 20,954 | 10,484 |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 792,957 | | | 62,297 | 44,180 | 53,833 | 49,311 | 50,520 | 34,502 | 92,254 | 85,648 | 96,651 | 52,239 | 59,076 |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | 353 | 353 | 353 | | 77 | 77 | 77 | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | 92 | 92 | 92 | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 11,785 | | | 1,312 | 1,495 | 1,517 | 205 | 800 | 1,175 | 1,258 | 481 | 1,236 | 1,152 | 1,152 |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 797,386 | | | 56,060 | 96,454 | 74,816 | 85,924 | 78,046 | 98,799 | 82,178 | 54,563 | 44,651 | 41,633 | 25,764 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 475,821 | | | 68,057 | 54,020 | 35,471 | 30,314 | 27,148 | 26,426 | 25,425 | 23,861 | 24,118 | 25,903 | 26,960 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 48,000 | | | 2,667 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 5,333 | 4,000 |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | 1,504 | 2,226 | 2,297 | 1,527 | 805 | 734 | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 86,412 | | | | | | | | 28,348 | 28,804 | 28,804 | 456 | | |

19-23649-shl    Doc 1878-1    Filed 10/30/20    Entered 10/30/20 16:57:03    Exhibit A -
OCP Statement    Pg 3 of 7

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

OCP Payment Report - Three Month Fee Average
September 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 246,589 | | | 10,786 | 12,635 | 10,155 | 9,426 | 15,918 | 20,662 | 24,879 | 19,505 | 16,115 | 25,695 | 32,822 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 865,601 | | | 162,256 | 133,274 | 46,122 | 61,967 | 55,212 | 47,820 | 42,012 | 30,580 | 30,607 | 16,600 | 19,082 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | 51 | 51 | 51 | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | 53 | 53 | 80 | 112 | 730 | 703 | 618 | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 50,000 | | | 3,333 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 14,335 | | | 417 | 393 | 1,370 | 1,800 | 3,680 | 3,134 | 2,562 | 615 | 150 | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 2,978 | | | | 299 | 299 | 598 | 299 | 299 | 395 | 395 | 395 | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 917,398 | | | 35,751 | 41,908 | 52,948 | 59,033 | 76,042 | 79,212 | 94,413 | 102,582 | 110,086 | 94,206 | 76,782 |

19-23649-shl    Doc 1878-1    Filed 10/30/20    Entered 10/30/20 16:57:03    Exhibit A -
OCP Statement    Pg 4 of 7

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Fees (as Incurred)
September 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 5,740,243 | 314,917 | 672,925 | 343,387 | 473,852 | 419,633 | 457,193 | 493,548 | 441,735 | 618,970 | 387,701 | 443,785 | 390,872 | 281,727 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 3,474,335 | 169,693 | 305,767 | 226,551 | 245,208 | 259,571 | 242,111 | 338,955 | 374,780 | 283,704 | 265,481 | 242,742 | 295,443 | 224,328 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 179,566 | | | 35,854 | 20,381 | 18,830 | 11,397 | 14,252 | 11,564 | 8,591 | 6,915 | 8,257 | 28,311 | 15,213 |
| OCP Total | Total | | 25,000,000 | 9,394,143 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 2,142 | | | | | | 984 | | 598 | | 276 | | | 285 |
| Angeli Ungar Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | 140 | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 787 | | | 398 | 389 | | | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | 1,753 | 1,250 | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 2,193 | | | | 895 | | | 1,298 | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 300,000 | | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 8,038 | | | 2,122 | 449 | 326 | | 1,754 | 1,550 | 1,346 | 82 | | 82 | 326 |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 44,376 | | | 2,164 | 1,698 | 8,132 | | | | | | | 24,167 | 8,216 |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 578 | | | 578 | | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 7,317 | | | 775 | 898 | 1,485 | 392 | 441 | 392 | 326 | 1,338 | 228 | 294 | 748 |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 3,087 | | | | 992 | 175 | 263 | 88 | | 850 | | 117 | 117 | 486 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | 409 | 4,910 | 13,952 | 5,887 | 5,330 | 421 | | | 312 | 2,168 | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 40,252 | 790 | 1,135 | 1,347 | 6,722 | 8,440 | 11,533 | 4,732 | 1,025 | 987 | 2,517 | 383 | 642 | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | 163 | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 50 | | | | | | 50 | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 900,000 | 600,000 | | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 409 | | | 240 | | 77 | 92 | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 23,367 | | | 10,009 | 5,971 | | 816 | 1,476 | | 686 | 312 | | 125 | 3,972 |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 66,973 | | 2,218 | 1,350 | 2,636 | 6,547 | 5,323 | 9,336 | 14,675 | 9,948 | 2,181 | 5,411 | 819 | 6,531 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 2,620 | | | 1,265 | 956 | 323 | | | 77 | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | 421 | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 75,000 | 900,000 | 2,474 | 1,106 | | | | 1,368 | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 10,000 | 120,000 | 16,237 | | | | 1,093 | 546 | 768 | 1,478 | 1,922 | 2,622 | 2,365 | 1,885 | 2,107 | 1,451 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 12,318 | | | 108 | | 1,220 | 1,616 | 1,953 | 1,275 | 1,849 | 1,669 | 1,492 | 1,137 | |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 1,717 | | | 1,515 | | | | | 173 | 29 | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 3,973 | | | 2,116 | 1,006 | 41 | 220 | | 60 | | 272 | 172 | 86 | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,038 | | | 1,875 | | | | 82 | | | | | 67 | 14 |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | 402 | 799 | 80 | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 26,840 | | | | | | 205 | 179 | 6,142 | 3,088 | 6,124 | 11,103 | | |
| Karr Tuttle Campbell | OCP Tier 2 | 40,000 | 480,000 | | | | | | | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 75,000 | 900,000 | 688,095 | 45,546 | 31,883 | 15,478 | 41,548 | 36,152 | 41,353 | 78,709 | 72,759 | 73,533 | 63,898 | 48,374 | 84,221 | 54,643 |
| Larson & O'Brien | OCP Tier 2 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 75,000 | 900,000 | 35,890 | 2,766 | 3,598 | | | 14,696 | | | | | 1,819 | 13,011 | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 2 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 345,360 | 4,557 | 40,285 | 51,516 | 28,244 | 36,725 | 23,533 | 50,109 | 21,259 | 22,378 | 27,328 | 14,375 | 25,052 | |
| Lynch & Pine | OCP Tier 2 | 75,000 | 900,000 | 2,650 | | | | | 2,650 | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | 20,012 | 6,839 | 2,282 | 2,652 | | | | | | | | | |
| Maiwald | OCP Tier 1 | 150,000 | 1,800,000 | 571,115 | 10,704 | 21,005 | 27,293 | 41,643 | 38,847 | 57,829 | 53,237 | 59,412 | 68,032 | 59,843 | 35,596 | 71,883 | 25,790 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 33,793 | | | | | | | 4,335 | 11,047 | 13,502 | 208 | 2,415 | 1,396 | 567 | 323 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 225,000 | 2,700,000 | 1,764,000 | | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | 210 | | 90 | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 75,000 | 900,000 | 38,768 | 7,167 | 1,231 | 5,171 | 5,692 | 153 | 3,351 | 3,819 | 6,725 | 1,784 | 1,843 | 1,537 | 297 | |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 10,000 | 120,000 | 12,987 | | | 1,536 | 2,318 | 887 | 1,179 | 1,797 | 3,145 | 397 | 689 | 907 | 132 | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 10,000 | 120,000 | 3,816 | | | 2,587 | 115 | | 845 | | | | 269 | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 1,668 | | | 320 | 717 | 632 | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | 75,000 | 900,000 | 90 | | | | 90 | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | 75,000 | 900,000 | 48,767 | 1,888 | 5,347 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | 1,373 | | | 312 | 125 | 156 | | | 437 | | 343 | | | |
| PilieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 2 | 75,000 | 900,000 | 19,016 | | | | | | | | | | | | 743 | 18,274 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 19,875 | 8,868 | 6,944 | | | 1,187 | | | | | 1,639 | | 1,238 | |
| Pryor Cashman LLP | OCP Tier 2 | 75,000 | 900,000 | 246,192 | 10,925 | 25,038 | 10,566 | 11,210 | 14,882 | 25,028 | 30,766 | 11,733 | 43,182 | 31,408 | 14,462 | 16,991 | |
| Reed Smith, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 792,957 | 74,685 | 76,560 | 35,645 | 20,335 | 105,519 | 22,078 | 23,962 | 57,466 | 195,334 | 4,143 | 90,475 | 62,099 | 24,655 |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,289 | | | 1,059 | | | | 230 | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | 275 | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 2 | 40,000 | 480,000 | 11,785 | | | 3,937 | 546 | 69 | | | 2,332 | 1,193 | 250 | | 3,457 | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 797,386 | 32,902 | 64,915 | 70,363 | 154,084 | | 103,689 | 130,451 | 62,258 | 53,825 | 47,606 | 32,521 | 44,773 | |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 475,821 | 79,858 | 83,933 | 40,380 | 37,746 | | 24,907 | 28,248 | 26,124 | 21,382 | 24,096 | 26,897 | 26,717 | 27,266 |
| Smith Anderson | OCP Tier 2 | 75,000 | 900,000 | 48,000 | | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | |
| Snell & Wilmer | OCP Tier 3 | 5,000 | 60,000 | 9,093 | | | | | 4,511 | 2,167 | 213 | 2,202 | | | | 8,000 | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 86,412 | | | | | | | | | 85,045 | 1,367 | | | |

19-23649-shl    Doc 1878-1    Filed 10/30/20    Entered 10/30/20 16:57:03    Exhibit A - OCP Statement    Pg 5 of 7

In re: PURDUE PHARMA L.P., et al.                                                                                                                                        Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Fees (as Incurred)
September 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 246,589 | 3,951 | 20,228 | 8,179 | 9,498 | 12,789 | 5,990 | 28,974 | 27,023 | 18,641 | 12,851 | 16,852 | 47,382 | 34,232 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 865,601 | 151,158 | 317,858 | 17,752 | 64,211 | 56,402 | 65,289 | 43,947 | 34,224 | 47,866 | 9,649 | 34,306 | 5,846 | 17,093 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | 154 | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | 159 | | 81 | 256 | 1,853 | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 50,000 | 2,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 14,335 | 272 | 99 | 879 | 200 | 3,032 | 2,167 | 5,840 | 1,395 | 450 | | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 2,978 | | | | 897 | | 897 | | 1,184 | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 917,398 | 25,455 | 38,748 | 43,052 | 43,926 | 71,866 | 61,308 | 94,951 | 81,376 | 106,911 | 119,460 | 103,888 | 59,270 | 67,188 |

19-23649-shl    Doc 1878-1    Filed 10/30/20    Entered 10/30/20 16:57:03    Exhibit A - OCP Statement    Pg 6 of 7

In re: PURDUE PHARMA L.P., et al.                                                                                         Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Expenses Incurred
September 2020

| Name | Tier | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | 693,274 | 33,410 | 35,924 | 81,277 | 32,616 | 65,609 | 39,548 | 62,403 | 94,391 | 69,252 | 63,097 | 36,785 | 32,789 | 46,174 |
| OCP Tier 2 Total | OCP Tier 2 | 365,446 | 13,674 | 21,382 | 58,561 | 60,173 | 26,410 | 11,579 | 47,146 | 32,924 | 19,906 | 36,103 | 16,142 | 14,480 | 6,966 |
| OCP Tier 3 Total | OCP Tier 3 | 1,751 | | | 795 | 716 | 15 | 32 | 15 | 31 | | 36 | 26 | 82 | 3 |
| OCP Total | Total | 1,060,471 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 181 | | | | | | | | 81 | | | | | 100 |
| Angeli Ungar Law Group LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | | | | | | | | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | | | | | | | | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 42 | | | | 42 | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 80 | | | | | 3 | | | | | | | 76 | |
| Cipriani & Werner PC | OCP Tier 3 | 350 | | | 350 | | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | | | | | | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 3 | | | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 90 | | | 90 | | | | | | | | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 315 | | | | 267 | 48 | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | | | | | | | | | | | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 2 | 7,747 | 1,000 | | 781 | 160 | | 1,320 | 2,550 | 1,000 | 150 | 786 | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | | | | | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 45 | | | 15 | 15 | | | 15 | | | | | | |
| Dentons US LLP | OCP Tier 2 | 17,983 | | 2,190 | 1,203 | 554 | 10,540 | 2,761 | 735 | | | | | | |
| Dinse, Knapp & McAndrew | OCP Tier 3 | | | | | | | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 342 | | | 51 | 270 | | | | | | 18 | | | 3 |
| Dorsey & Whitney LLP | OCP Tier 2 | 8,114 | | 250 | | -241 | | | 2,400 | 1,700 | 1,565 | 250 | 940 | 125 | 1,125 |
| Duke Scanlan | OCP Tier 3 | 2 | | | | 2 | | | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 3 | | | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 31 | | | | | | | | 27 | | | 4 | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 5 | | | | | | 5 | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 83 | | | 60 | 23 | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 260 | | | 138 | 65 | 3 | 14 | | 4 | | 18 | 12 | 6 | |
| Hepler Broom LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 19 | | | | 19 | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | | | | | | | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 13 | | | | 13 | | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 1,329 | 575 | 227 | 204 | | | 323 | | | | | | | |
| Larson & O'Brien | OCP Tier 3 | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 2 | 4,240 | | 1,400 | | | 600 | | | | | | 2,240 | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 2 | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 186,689 | 3,503 | 8,465 | 46,301 | 51,656 | 7,682 | 1,321 | 5,828 | 18,698 | 2,096 | 23,424 | 5,957 | 11,758 | |
| Lynch & Pine | OCP Tier 3 | | | | | | | | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 1 | 11,819 | 2,186 | 3,408 | 42 | | 6,182 | | | | | | | | |
| Maiwald | OCP Tier 1 | 526,206 | 18,665 | 20,632 | 26,648 | 28,970 | 32,166 | 33,487 | 61,149 | 60,190 | 69,161 | 60,049 | 36,242 | 32,712 | 46,134 |
| McCarter & English | OCP Tier 2 | 8,860 | | | | | | | 3,600 | 2,700 | | 400 | 1,160 | | 1,000 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 33,673 | 3,568 | 9,166 | 4,954 | 3,052 | 7,512 | 5,421 | | | | | | | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 38 | | | 18 | | 8 | 13 | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | 502 | 39 | | 15 | 41 | | | 7 | 400 | | | | | |
| Morrison & Foerster LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | | | | | | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 60 | | | | 60 | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | | | | | | | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 13 | | | 6 | 6 | 1 | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 2 | | | | | | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 2 | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 2 | | | | | | | | | | | | | | |
| Poyner Spruill LLP | OCP Tier 2 | 306 | 160 | 125 | | | 22 | | | | | | | | |
| Pryor Cashman LLP | OCP Tier 2 | 56,784 | 7,076 | 2,508 | 6,437 | 5,335 | 2,159 | 2,382 | 3,425 | 2,991 | 9,476 | 7,663 | 2,286 | 912 | 4,135 |
| Reed Smith, LLP | OCP Tier 3 | 718 | 63 | -319 | 31 | 106 | 116 | 31 | 60 | 30 | | 30 | 469 | 61 | 40 |
| Reichard & Escalera LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 2 | 68 | | | 68 | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 3 | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | | | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 3,661 | 13 | 16 | 2,291 | 106 | | 2 | 1,177 | 40 | 13 | 2 | | | |
| Skarzynski Black | OCP Tier 2 | 4,404 | 1,321 | 1,858 | | 1,051 | 23 | 146 | | | | | | | 6 |
| Smith Anderson | OCP Tier 2 | 252 | | | | | 252 | | | | | | | | |
| Snell & Wilmer | OCP Tier 3 | | | | | | | | | | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 557 | | | | | | | | 399 | 157 | | | | |

19-23649-shl    Doc 1878-1    Filed 10/30/20    Entered 10/30/20 16:57:03    Exhibit A -
OCP Statement    Pg 7 of 7

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Expenses Incurred
September 2020

| Name | Tier | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 38,244 | | 4,360 | 160 | 1,350 | 1,300 | 51 | 13,497 | 1,640 | 6,462 | 3,580 | 3,560 | 1,685 | 600 |
| Stikeman Elliott, LLP | OCP Tier 1 | 7,569 | 680 | 2,980 | | 383 | 2,913 | 584 | | | 26 | | | 3 | |
| Stites & Harbison, PLLC | OCP Tier 2 | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 200 | | | | | 200 | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | | | | | | | | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 28,938 | | | 3,460 | | 3,785 | 3,275 | 15,103 | 3,315 | | | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 11 | | | | | | | | | | | 11 | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | | | | | | | | | | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 109,629 | 8,234 | 40 | 47,310 | | 16,720 | 23 | 17 | 34,131 | 52 | 3,016 | 73 | 12 | |