KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :        Chapter 11
                                                               :
PURDUE PHARMA L.P., *et al.*                                   :        Case No. 19-23649 (RDD)
                                                               :
              Debtors.[1]                                      :        (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**AMENDED[2] NINTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON**
**CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED**
**AND EXPENSES INCURRED AS INFORMATION AGENT FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] KCC (as defined below) is filing this amended ninth monthly fee statement because certain time entries were inadvertently left off of the *Ninth Monthly Fee Statement of Kurtzman Carson Consultants LLC for Compensation for Services Rendered and Expenses Incurred as Information Agent for the Official Committee of Unsecured Creditors for the Period August 1, 2020 through August 31, 2020* [ECF No. 1874]. For the avoidance of doubt, this amended fee statement supersedes and replaces the previously filed ninth monthly fee statement in its entirety.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |

| *Summary of Fees and Expenses Sought in the Fee Application* | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | August 1, 2020 through August 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $22,825.58 (80% of $28,531.98) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $1,081.20 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $23,939.28[3] |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its amended ninth monthly fee statement (the "Monthly Fee Statement") for the period beginning August 1, 2020 through and including August 31, 2020 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $23,939.28.

---

[3]    This amount includes $32.50 in sales tax.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $23,939.28, which represents 80% of KCC's total fees for reasonable and necessary professional services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**. A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**. A schedule of expenses incurred by category.

c. **Exhibit C**. KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245, Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on November 13, 2020** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  October 30, 2020
        El Segundo, California

/s/ *Sarah Harbuck*
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah Harbuck
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

**<u>CERTIFICATION</u>**

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

      a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

      b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

      c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  October 30, 2020
       El Segundo, California

                                      /s/ *Sarah Harbuck*_____

                                      Sarah Harbuck

## Exhibit A

## Summary of Compensation by Individual

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| AOP | Alfredo Pastor | Consultant | 1.3 | $200.86 | $261.12 |
| BIF | Bianca Barrera | Consultant | 0.1 | $200.90 | $20.09 |
| BSZ | Bobbie Szlembarska | Consultant | 0.3 | $155.50 | $46.65 |
| BYH | Bryanna Hensley | Consultant | 13.3 | $200.86 | $2,671.39 |
| CET | Christopher Estes | Consultant | 5.2 | $203.28 | $1,057.08 |
| CHD | Christopher Do | Senior Managing Consultant | 3.3 | $209.40 | $691.02 |
| DAK | Dayna Kosinski | Consultant | 0.2 | $155.50 | $31.10 |
| EGA | Ellis Gatlin | Clerk | 0.4 | $53.83 | $21.53 |
| EJG | Evan Gershbein | Senior Managing Consultant | 2.2 | $231.53 | $509.36 |
| FGZ | Francisco Gonzalez | Clerk | 0.3 | $53.83 | $16.15 |
| GYC | Gregory Crosby | Consultant | 8.7 | $200.86 | $1,747.49 |
| HEF | Heather Fellows | Consultant | 0.9 | $149.42 | $134.48 |
| HUM | Hugo Morales | Consultant | 0.3 | $155.50 | $46.65 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.4 | $143.40 | $57.36 |
| JBU | Joseph Bunning | Senior Consultant | 13.7 | $206.91 | $2,834.66 |
| JCC | Janece Carr | Consultant | 7.1 | $200.86 | $1,426.12 |
| JDG | Jennifer Grageda | Consultant | 0.2 | $149.45 | $29.89 |
| JHM | Joetta Thomas | Consultant | 1.8 | $182.60 | $328.68 |
| JUY | Justin Uy | Consultant | 0.2 | $125.25 | $25.05 |
| JWD | Jada Woodard | Consultant | 10.1 | $200.86 | $2,028.67 |
| KPU | Kenneth Pulliam | Consultant | 11.1 | $200.86 | $2,229.53 |
| LUG | Luis Gonzales | Clerk | 0.3 | $53.80 | $16.14 |
| MAP | Manuel Pastor | Consultant | 3.8 | $200.86 | $763.27 |
| MDO | Matthew Orr | Consultant | 0.8 | $200.88 | $160.70 |
| MVZ | Michael Valadez | Consultant | 0.1 | $200.90 | $20.09 |
| PTI | Portia Ashworth | Consultant | 10.5 | $200.86 | $2,109.05 |
| RHR | Robert Harrison | Consultant | 5.1 | $200.86 | $1,024.39 |
| RIO | Rosemary Ibarra | Clerk | 0.4 | $53.83 | $21.53 |
| STP | Stephanie Paul | Consultant | 0.1 | $125.20 | $12.52 |
| SYU | Susan Yu | Consultant | 9.4 | $203.29 | $1,910.88 |
| TBR | Tara Brown | Consultant | 13.4 | $200.86 | $2,691.56 |
| TFL | Teresa Flores | Consultant | 0.1 | $125.20 | $12.52 |
| THU | Terra Hutson | Consultant | 14.5 | $200.86 | $2,912.43 |
| TTY | Trey Tyson | Consultant | 0.9 | $200.86 | $180.77 |
| VTM | Vien Marquez | Consultant | 2.4 | $200.86 | $482.06 |
| | | | | | |
| | **TOTALS** | | **142.9** | | **$28,531.98** |

**Exhibit B**

**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| Electronic Imaging | 2 | $0.11 | $0.22 |
| Photocopies | 1 | $0.11 | $0.11 |
| First Class Mail | | | $98.29 |
| Reimbursement of case related phone costs | | | $132.48 |
| Printing and Mailing Expenses | | | $850.10 |
| **TOTAL** | | | **$1,081.20** |

**<u>Exhibit C</u>**

**<u>Invoice</u>**

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789KCC | Invoice Date | October 21, 2020 |
|---|---|---|---|
| Invoice Number | US_KCC1927643 | Due Date | Due upon receipt |

### Purdue Pharma L.P. (Creditors' Committee)
### *Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $28,531.98 |
| *Total of Hourly Fees* | $28,531.98 |
| | |
| **Expenses** | |
| Expenses | $1,081.20 |
| *Total Expenses* | $1,081.20 |
| | |
| *Invoice Subtotal* | **$29,613.18** |
| Sales and Use Tax | 32.50 |
| *Total Invoice* | **$29,645.68** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 70789KCC | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| Invoice Number | US_KCC1927643 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $29,645.68 | Dept CH 16639 | HSBC Bank, NA |
| | | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| Amount Paid | $ | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

# Kurtzman Carson Consultants LLC

08/01/2020 - 08/31/2020

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| AOP | Alfredo Pastor | CON | 1.30 | $200.86 | $261.12 |
| BIF | Bianca Barrera | CON | 0.10 | $200.90 | $20.09 |
| BSZ | Bobbie Szlembarska | CON | 0.30 | $155.50 | $46.65 |
| BYH | Bryanna Hensley | CON | 13.30 | $200.86 | $2,671.39 |
| CET | Christopher Estes | CON | 5.20 | $203.28 | $1,057.08 |
| CHD | Christopher Do | SMC | 3.30 | $209.40 | $691.02 |
| DAK | Dayna Kosinski | CON | 0.20 | $155.50 | $31.10 |
| EGA | Ellis Gatlin | CL | 0.40 | $53.83 | $21.53 |
| EJG | Evan Gershbein | SMC | 2.20 | $231.53 | $509.36 |
| FGZ | Francisco Gonzalez | CL | 0.30 | $53.83 | $16.15 |
| GYC | Gregory Crosby | CON | 8.70 | $200.86 | $1,747.49 |
| HEF | Heather Fellows | CON | 0.90 | $149.42 | $134.48 |
| HUM | Hugo Morales | CON | 0.30 | $155.50 | $46.65 |
| IRJ | Ivan Rios Jimenez | CON | 0.40 | $143.40 | $57.36 |
| JBU | Joseph Bunning | SC | 13.70 | $206.91 | $2,834.66 |
| JCC | Janece Carr | CON | 7.10 | $200.86 | $1,426.12 |
| JDG | Jennifer Grageda | CON | 0.20 | $149.45 | $29.89 |
| JHM | Joetta Thomas | CON | 1.80 | $182.60 | $328.68 |
| JUY | Justin Uy | CON | 0.20 | $125.25 | $25.05 |
| JWD | Jada Woodard | CON | 10.10 | $200.86 | $2,028.67 |
| KPU | Kenneth Pulliam | CON | 11.10 | $200.86 | $2,229.53 |
| LUG | Luis Gonzales | CL | 0.30 | $53.80 | $16.14 |
| MAP | Manuel Pastor | CON | 3.80 | $200.86 | $763.27 |
| MDO | Matthew Orr | CON | 0.80 | $200.88 | $160.70 |
| MVZ | Michael Valadez | CON | 0.10 | $200.90 | $20.09 |
| PTI | Portia Ashworth | CON | 10.50 | $200.86 | $2,109.05 |
| RHR | Robert Harrison | CON | 5.10 | $200.86 | $1,024.39 |
| RIO | Rosemary Ibarra | CL | 0.40 | $53.83 | $21.53 |
| STP | Stephanie Paul | CON | 0.10 | $125.20 | $12.52 |
| SYU | Susan Yu | CON | 9.40 | $203.29 | $1,910.88 |
| TBR | Tara Brown | CON | 13.40 | $200.86 | $2,691.56 |
| TFL | Teresa Flores | CON | 0.10 | $125.20 | $12.52 |
| THU | Terra Hutson | CON | 14.50 | $200.86 | $2,912.43 |
| TTY | Trey Tyson | CON | 0.90 | $200.86 | $180.77 |
| VTM | Vien Marquez | CON | 2.40 | $200.86 | $482.06 |

**Total** **$28,531.98**

## *Kurtzman Carson Consultants LLC*

### 08/01/2020 - 08/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 8/3/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 1.10 |
| 8/3/2020 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| 8/3/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/3/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/3/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.70 |
| 8/3/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/3/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/3/2020 | JWD | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 2.20 |
| 8/3/2020 | TTY | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/3/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/3/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Filing of Stipulation [DN 1319] | SMC | Noticing | 0.20 |
| 8/3/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.80 |
| | | | *Total for 8/3/2020* | | *10.00* |
| 8/4/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.90 |
| 8/4/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.00 |
| 8/4/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/4/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/4/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.70 |
| 8/4/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/4/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/4/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/4/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supp Preis Declaration & Statement [DNs 1336, 1337] | SMC | Noticing | 0.20 |
| 8/4/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.90 |
| | | | *Total for 8/4/2020* | | *7.40* |

# *Kurtzman Carson Consultants LLC*

### 08/01/2020 - 08/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 8/5/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 3.20 |
| 8/5/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 8/5/2020 | SYU | Prepare Certificate of Service re Amended Discovery Stipulation Order [DN 1543] mailing | CON | Noticing | 0.70 |
| 8/5/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 8/5/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/5/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 1.30 |
| 8/5/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/5/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 8/5/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/5/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/5/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/5/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Motion to Shorten & Political Contribution Motion [DNs. 1372, 1373] | SMC | Noticing | 0.20 |
| 8/5/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.80 |
| | | | | *Total for 8/5/2020* | *10.30* |
| 8/6/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.60 |
| 8/6/2020 | SYU | Review mail report for 2nd Stipulation for IAC Discovery & Jefferies Supp Declaration [DNs 1490, 1494] | CON | Noticing | 0.10 |
| 8/6/2020 | SYU | Review mail report for Amended Discovery Stipulation [DN 1440] | CON | Noticing | 0.10 |
| 8/6/2020 | SYU | Review mail report for Response to Adjournment of Claim Motion [DN 1425] | CON | Noticing | 0.10 |
| 8/6/2020 | SYU | Review mail report for KCC, Jefferies, Province, Cole Schotz, Bedell, and Akin Interim Fee Apps [DNs 1401-1405, 1407] | CON | Noticing | 0.10 |
| 8/6/2020 | BIF | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 8/6/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/6/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/6/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/6/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for KCC, Jefferies, Province, Cole Schotz, Bedell, and Akin Interim Fee Apps [DNs 1401-1405, 1407] | SMC | Noticing | 0.20 |
| 8/6/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Response to Adjournment of Claim Motion [DN 1425] | SMC | Noticing | 0.20 |

# *Kurtzman Carson Consultants LLC*

## 08/01/2020 - 08/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 8/6/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.90 |
| | | | | *Total for 8/6/2020* | *5.00* |
| 8/7/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.50 |
| 8/7/2020 | SYU | Review mail report for Order Adjourning Claim Motions [DN 1514] | CON | Noticing | 0.10 |
| 8/7/2020 | SYU | Review mail report for 2nd Stipulation and Agreed Order [DN 1518] | CON | Noticing | 0.10 |
| 8/7/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 8/7/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 8/7/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 8/7/2020 | JHM | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/7/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/7/2020 | JWD | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 2.40 |
| 8/7/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/7/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Amended Discovery Stipulation [DN 1440] | SMC | Noticing | 0.20 |
| 8/7/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 8/7/2020* | *7.40* |
| 8/10/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.80 |
| 8/10/2020 | SYU | Update the case calendar and the description for Cole Schotz to the public access website | CON | Maintenance of Public Access Website | 0.40 |
| 8/10/2020 | TFL | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 8/10/2020 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 8/10/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 8/10/2020 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Political Contributions Order [DN 1529] - MSL | CON | Noticing | 0.20 |
| 8/10/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/10/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/10/2020 | JWD | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 1.70 |
| 8/10/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |

# *Kurtzman Carson Consultants LLC*

08/01/2020 - 08/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 8/10/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for 2nd Stipulation for IAC Discovery & Jefferies Supp Declaration [DNs 1490, 1494] | SMC | Noticing | 0.20 |
| | | | ***Total for 8/10/2020*** | | ***5.40*** |
| 8/11/2020 | EJG | Attention to Akin, Bedell, Jefferies, KCC & Province Fee Statements [DNs 1559-1564] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 8/11/2020 | EJG | Attention to Second Supp Preis Declaration [DN 1564] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 8/11/2020 | LUG | Assist with Second Supp Preis Declaration [DN 1564] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 8/11/2020 | VTM | Assist with Second Supp Preis Declaration [DN 1564] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 8/11/2020 | MDO | Assist with Second Supp Preis Declaration [DN 1564] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 8/11/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.90 |
| 8/11/2020 | BSZ | Assist with Second Supp Preis Declaration [DN 1564] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 8/11/2020 | IRJ | Assist with Second Supp Preis Declaration [DN 1564] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 8/11/2020 | HUM | Assist with Second Supp Preis Declaration [DN 1564] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 8/11/2020 | MAP | Assist with Second Supp Preis Declaration [DN 1564] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 8/11/2020 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Political Contributions Order [DN 1529] - Affected Party | CON | Noticing | 0.10 |
| 8/11/2020 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Amended Discovery Stipulation Order [DN 1543] | CON | Noticing | 0.30 |
| 8/11/2020 | EGA | Assist with Second Supp Preis Declaration [DN 1564] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 8/11/2020 | RIO | Assist with Second Supp Preis Declaration [DN 1564] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 8/11/2020 | SYU | Coordinate and generate Akin, Bedell, Jefferies, KCC & Province Fee Statements [DNs 1559-1564] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.50 |
| 8/11/2020 | SYU | Coordinate and generate Second Supp Preis Declaration [DN 1564] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 8/11/2020 | SYU | Review mail report for Amended Discovery Stipulation Order [DN 1543] | CON | Noticing | 0.10 |
| 8/11/2020 | SYU | Review mail report for Political Contributions Order [DN 1529] - Affected Party | CON | Noticing | 0.10 |
| 8/11/2020 | SYU | Review mail report for Political Contributions Order [DN 1529] - MSL | CON | Noticing | 0.10 |
| 8/11/2020 | SYU | Correspond with counsel re service of Akin, Bedell, Jefferies, KCC & Province Fee Statements and Second Supp Preis Declaration | CON | Noticing | 0.10 |
| 8/11/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Second Supp Preis Declaration [DN 1564] | CON | Noticing | 0.10 |
| 8/11/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |

# *Kurtzman Carson Consultants LLC*

## 08/01/2020 - 08/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 8/11/2020 | JHM | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/11/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 8/11/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/11/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.70 |
| 8/11/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/11/2020 | CHD | Assist with Second Supp Preis Declaration [DN 1564] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.20 |
| 8/11/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Order Adjourning Claim Motions [DN 1514] | SMC | Noticing | 0.20 |
| 8/11/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for 2nd Stipulation and Agreed Order [DN 1518] | SMC | Noticing | 0.20 |
| | | | | *Total for 8/11/2020* | *11.50* |
| 8/12/2020 | EJG | Attention to Insurance Broker Motion [DN 1569] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 8/12/2020 | LUG | Assist with Insurance Broker Motion [DN 1569] - Affected Parties mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 8/12/2020 | LUG | Assist with Insurance Broker Motion [DN 1569] - MSL mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 8/12/2020 | VTM | Assist with Insurance Broker Motion [DN 1569] - MSL mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 8/12/2020 | VTM | Assist with Insurance Broker Motion [DN 1569] - Affected Parties mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 8/12/2020 | MDO | Assist with Insurance Broker Motion [DN 1569] - MSL mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 8/12/2020 | MDO | Assist with Insurance Broker Motion [DN 1569] - Affected Parties mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 8/12/2020 | DAK | Assist with Insurance Broker Motion [DN 1569] - MSL mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 8/12/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.90 |
| 8/12/2020 | BSZ | Assist with Insurance Broker Motion [DN 1569] - Affected Parties mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 8/12/2020 | BSZ | Assist with Insurance Broker Motion [DN 1569] - MSL mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 8/12/2020 | IRJ | Assist with Insurance Broker Motion [DN 1569] - Affected Parties mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 8/12/2020 | HUM | Assist with Insurance Broker Motion [DN 1569] - Affected Parties mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |

## *Kurtzman Carson Consultants LLC*

### 08/01/2020 - 08/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 8/12/2020 | HUM | Assist with Insurance Broker Motion [DN 1569] - MSL mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 8/12/2020 | MAP | Assist with Insurance Broker Motion [DN 1569] - Affected Parties mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.90 |
| 8/12/2020 | MAP | Assist with Insurance Broker Motion [DN 1569] - MSL mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 8/12/2020 | EGA | Assist with Insurance Broker Motion [DN 1569] - MSL mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 8/12/2020 | EGA | Assist with Insurance Broker Motion [DN 1569] - Affected Parties mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 8/12/2020 | FGZ | Assist with Insurance Broker Motion [DN 1569] - Affected Parties mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 8/12/2020 | FGZ | Assist with Insurance Broker Motion [DN 1569] - MSL mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 8/12/2020 | RIO | Assist with Insurance Broker Motion [DN 1569] - Affected Parties mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 8/12/2020 | RIO | Assist with Insurance Broker Motion [DN 1569] - MSL mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 8/12/2020 | SYU | Correspond with counsel re service of Insurance Broker Motion | CON | Noticing | 0.10 |
| 8/12/2020 | SYU | Coordinate and generate Insurance Broker Motion [DN 1569] - MSL mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 8/12/2020 | SYU | Coordinate and generate Insurance Broker Motion [DN 1569] - Affected Parties mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.40 |
| 8/12/2020 | SYU | Update the Master Service List per recent correspondence | CON | Noticing | 0.20 |
| 8/12/2020 | SYU | Review mail report for Cole Schotz Fee Statement [DN 1469] | CON | Noticing | 0.10 |
| 8/12/2020 | SYU | Review mail report for Akin, Bayard, Bedell, Jefferies, KCC, and Province Monthly Fee Statements [DNs 1382-1387] | CON | Noticing | 0.10 |
| 8/12/2020 | HEF | Manage and review tracking of undeliverable mail re Second Supp Preis Declaration [DN 1564] | CON | Undeliverable Mail Processing | 0.10 |
| 8/12/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 8/12/2020 | AOP | Assist with Insurance Broker Motion [DN 1569] - Affected Parties mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 8/12/2020 | AOP | Assist with Insurance Broker Motion [DN 1569] - MSL mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 8/12/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/12/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/12/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/12/2020 | CHD | Assist with Insurance Broker Motion [DN 1569] - Affected Parties mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.10 |

# Kurtzman Carson Consultants LLC

### 08/01/2020 - 08/31/2020

## Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 8/12/2020 | CHD | Assist with Insurance Broker Motion [DN 1569] - MSL mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.20 |
| 8/12/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Political Contributions Order [DN 1529] - MSL | SMC | Noticing | 0.20 |
| 8/12/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Political Contributions Order [DN 1529] - Affected Party | SMC | Noticing | 0.20 |
| 8/12/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Cole Schotz Fee Statement [DN 1469] | SMC | Noticing | 0.10 |
| 8/12/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Akin, Bayard, Bedell, Jefferies, KCC, and Province Monthly Fee Statements [DNs 1382-1387] | SMC | Noticing | 0.10 |
| 8/12/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.90 |
| | | | | *Total for 8/12/2020* | *12.30* |
| 8/13/2020 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Political Contributions Order [DN 1529] - Affected Party | CON | Noticing | 0.20 |
| 8/13/2020 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Political Contributions Order [DN 1529] - MSL | CON | Noticing | 0.20 |
| 8/13/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.70 |
| 8/13/2020 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 8/13/2020 | SYU | Prepare Certificate of Service re Akin, Bedell, Jefferies, KCC & Province Fee Statements [DNs 1559-1564] & Second Supp Preis Declaration [DN 1564] mailing | CON | Noticing | 0.80 |
| 8/13/2020 | SYU | Prepare Certificate of Service re Insurance Broker Motion [DN 1569] mailing | CON | Noticing | 0.70 |
| 8/13/2020 | SYU | Electronically file 2 Certificates of Service with the court | CON | Noticing | 0.20 |
| 8/13/2020 | HEF | Manage and review tracking of undeliverable mail re Insurance Broker Motion [DN 1569] - MSL | CON | Undeliverable Mail Processing | 0.10 |
| 8/13/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 8/13/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/13/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 8/13/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/13/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/13/2020 | JWD | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 1.90 |
| 8/13/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/13/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Amended Discovery Stipulation Order [DN 1543] | SMC | Noticing | 0.20 |

# *Kurtzman Carson Consultants LLC*

### 08/01/2020 - 08/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 8/13/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 8/13/2020* | *9.60* |
| 8/14/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.70 |
| 8/14/2020 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.30 |
| 8/14/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/14/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/14/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/14/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.70 |
| 8/14/2020 | JWD | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 1.90 |
| 8/14/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/14/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 8/14/2020* | *6.70* |
| 8/17/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.50 |
| 8/17/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/17/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/17/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 8/17/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/17/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/17/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.90 |
| | | | | *Total for 8/17/2020* | *5.30* |
| 8/18/2020 | JDG | Organize and file general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |
| 8/18/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.40 |
| 8/18/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 8/18/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/18/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |

# *Kurtzman Carson Consultants LLC*

## 08/01/2020 - 08/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 8/18/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 8/18/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/18/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/18/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 1.90 |
| 8/18/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/18/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.90 |
| | | | | ***Total for 8/18/2020*** | **7.20** |
| 8/19/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.40 |
| 8/19/2020 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 8/19/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 8/19/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 8/19/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/19/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/19/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 8/19/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 1.30 |
| 8/19/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/19/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | | ***Total for 8/19/2020*** | **5.70** |
| 8/20/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.40 |
| 8/20/2020 | SYU | Reach out to counsel re possible service | CON | Noticing | 0.10 |
| 8/20/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.70 |
| 8/20/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/20/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/20/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/20/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |

# *Kurtzman Carson Consultants LLC*

08/01/2020 - 08/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | | Total for 8/20/2020 | *3.50* |
| 8/21/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.30 |
| 8/21/2020 | SYU | Upload the case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 8/21/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/21/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/21/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/21/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/21/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.90 |
| | | | | Total for 8/21/2020 | *4.20* |
| 8/23/2020 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.30 |
| | | | | Total for 8/23/2020 | *0.30* |
| 8/24/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.20 |
| 8/24/2020 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Second Supp Preis Declaration [DN 1564] | CON | Noticing | 0.20 |
| 8/24/2020 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Insurance Broker Motion [DN 1569] - Affected Parties | CON | Noticing | 0.10 |
| 8/24/2020 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Insurance Broker Motion [DN 1569] - MSL | CON | Noticing | 0.20 |
| 8/24/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 8/24/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/24/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/24/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/24/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 8/24/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/24/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/24/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |

# *Kurtzman Carson Consultants LLC*

08/01/2020 - 08/31/2020

## *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| | | | | *Total for 8/24/2020* | *5.50* |
| 8/25/2020 | EJG | Attention to Discovery Stipulation & Letter to Judge Drain [DNs 1609, 1613] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 8/25/2020 | VTM | Assist with Discovery Stipulation & Letter to Judge Drain [DNs 1609, 1613] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 8/25/2020 | MDO | Assist with Discovery Stipulation & Letter to Judge Drain [DNs 1609, 1613] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 8/25/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.20 |
| 8/25/2020 | SYU | Coordinate and generate Discovery Stipulation & Letter to Judge Drain [DNs 1609, 1613] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.80 |
| 8/25/2020 | SYU | Correspond with counsel re service of Letter to Judge Drain | CON | Noticing | 0.10 |
| 8/25/2020 | SYU | Correspond with counsel re service of Discovery Stipulation | CON | Noticing | 0.10 |
| 8/25/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 8/25/2020 | AOP | Assist with Discovery Stipulation & Letter to Judge Drain [DNs 1609, 1613] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.90 |
| 8/25/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 8/25/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/25/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/25/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/25/2020 | CHD | Assist with Discovery Stipulation & Letter to Judge Drain [DNs 1609, 1613] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.20 |
| 8/25/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| | | | | *Total for 8/25/2020* | *7.50* |
| 8/26/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.20 |
| 8/26/2020 | SYU | Review docket for possible mailing service and reach out to counsel | CON | Noticing | 0.30 |
| 8/26/2020 | HEF | Manage and review tracking of undeliverable mail re Discovery Stipulation & Letter to Judge Drain [DNs 1609, 1613] | CON | Undeliverable Mail Processing | 0.10 |
| 8/26/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 8/26/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/26/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/26/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |

# *Kurtzman Carson Consultants LLC*

### 08/01/2020 - 08/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 8/26/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/26/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.90 |
| | | | | *Total for 8/26/2020* | *4.50* |
| 8/27/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.20 |
| 8/27/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 8/27/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/27/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/27/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/27/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 8/27/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/27/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/27/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| | | | | *Total for 8/27/2020* | *4.50* |
| 8/28/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.20 |
| 8/28/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 8/28/2020 | SYU | Prepare Certificate of Service re Discovery Stipulation & Letter to Judge Drain [DNs 1609, 1613] mailing | CON | Noticing | 0.70 |
| 8/28/2020 | JUY | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |
| 8/28/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 8/28/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.70 |
| 8/28/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/28/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 8/28/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 8/28/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.70 |
| 8/28/2020 | TBR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/28/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |

## *Kurtzman Carson Consultants LLC*

08/01/2020 - 08/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | | *Total for 8/28/2020* | *5.10* |
| 8/31/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.40 |
| 8/31/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 8/31/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 8/31/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.70 |
| 8/31/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.70 |
| 8/31/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 8/31/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 8/31/2020* | *4.00* |
| | | | | *Total Hours* | *142.90* |

## *Kurtzman Carson Consultants LLC*

08/01/2020 - 08/31/2020

### *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| Electronic imaging | 2 | $0.11 | $0.22 |
| Photocopies | 1 | $0.11 | $0.11 |
| First Class Mail | | | $98.29 |
| Reimbursement of case related phone costs | | | $132.48 |
| Printing and Mailing Expenses (See Exhibit) | | | $850.10 |
| | | *Total Expenses* | *$1,081.20* |

# *Kurtzman Carson Consultants LLC*

08/01/2020 - 08/31/2020

## *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|-----------|--------------|----------|-------------|------|-------|
| 8/11/2020 | Second Supp Preis Declaration [DN 1564] | 186 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 186 Recipients | $250.00 | $250.00 |
| | | 49 | First Class Mail | | |
| | | 196 | Image notice printing for 1 document, including Purdue 1564 - Second Supplemental Preis Declaration re Akin Retention.pdf | $0.11 | $21.56 |
| | | 49 | Standard Envelopes | $0.14 | $6.86 |
| 8/12/2020 | Insurance Broker Motion [DN 1569] - Affected Parties | 2 | First Class Mail | | |
| | | 36 | Image notice printing for 1 document, including Purdue 1569 - Rule 2004 Motion of Insurance Brokers.pdf | $0.11 | $3.96 |
| | | 2 | Non-Standard Envelopes | $0.36 | $0.72 |
| 8/12/2020 | Insurance Broker Motion [DN 1569] - MSL | 186 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 186 Recipients | $250.00 | $250.00 |
| | | 50 | First Class Mail | | |
| | | 900 | Image notice printing for 1 document, including Purdue 1569 - Rule 2004 Motion of Insurance Brokers.pdf | $0.11 | $99.00 |
| | | 50 | Non-Standard Envelopes | $0.36 | $18.00 |

| | | |
|---|---|---|
| | ***Total Printing and Mailing Expenses*** | ***$850.10*** |