**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF ELEVENTH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | September 1, 2020 through September 30, 2020 |
| **Amount of Compensation Requested (after 13% discount):** | $165,274.34 |
| **Less 20% Holdback** | $33,054.87 |
| **Net of Holdback**: | $132,219.47 |
| **Amount of Expense Reimbursement Requested:** | $3,680.56 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Total Compensation (Net of Holdback) and Expense Reimbursement Requested:**     $135,900.03

**This is a**     <u>X</u>__ Monthly _____Interim ___ Final Fee Statement


*[The remainder of this page has been intentionally left blank]*

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this eleventh monthly fee statement (the "Eleventh Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from September 1, 2020 through September 30, 2020 (the "Eleventh Monthly Fee Period"). By this Eleventh Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $135,900.03 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Eleventh Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.        Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Eleventh Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended hourly

---

[2]        Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]        The total amount sought for fees reflects (a) voluntary write offs in the amount of $2,877.50 and (b) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $27,573.67 for the Eleventh Monthly Fee Period), for an overall voluntary reduction of approximately 14.3%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2020, Jones Day is using 2019 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 14.3% reduction.

billing rate of Jones Day timekeepers during the Eleventh Monthly Fee Period is approximately $661.10.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Eleventh Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Eleventh Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Eleventh Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Eleventh Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and

---

[4]     The blended rate is comprised of all Jones Day timekeepers who provided services during the Eleventh Monthly Fee Period.

[5]     The time records included in **Exhibit D** have been minimally redacted to protect privileged information.

(v) the fee examiner, Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.      Objections to this Eleventh Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than November 13, 2020 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7.      If no objections to this Eleventh Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Eleventh Monthly Fee Statement.

8.      To the extent that an objection to this Eleventh Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Eleventh Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this Eleventh Monthly Fee Statement has

been made to this or any other court.

Dated: October 30, 2020                          _/s/ Anna Kordas_____
       New York, NY                        JONES DAY
                                           John J. Normile
                                           Anna Kordas
                                           250 Vesey Street
                                           New York, NY 10281
                                           Telephone:    (212) 326-3939
                                           Facsimile:    (212) 755-7306
                                           Email:        jjnormile@jonesday.com
                                                         akordas@jonesday.com


                                           *Special Counsel to the Debtors and
                                           Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

# JONES DAY
## PROFESSIONAL PERSON SUMMARY
### SEPTEMBER 1, 2020 – SEPTEMBER 30, 2020

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|------|------------------|------|-------------------|-------|--------|
| **PARTNER** | | | | | |
| Matthew W. Johnson | 2007 | $1,075.00 | $935.25 | 7.90 | $6,320.00 |
| Gasper J. LaRosa | 2002 | $1,075.00 | $935.25 | 23.00 | $24,725.00 |
| Christopher Morrison | 2001 | $950.00 | $826.50 | 1.60 | $1,520.00 |
| Dan T. Moss | 2007 | $1,000.00 | $870.00 | 7.40 | $7,400.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | 43.50 | $53,287.50 |
| Kevyn D. Orr | 1984 | $1,350.00 | $1,174.50 | 6.00 | $8,100.00 |
| **TOTAL PARTNER:** | | | | **89.40** | **$101,352.50** |
| **OF COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,125.00 | $978.75 | 0.50 | $562.50 |
| **TOTAL OF COUNSEL:** | | | | **0.50** | **$562.50** |
| **ASSOCIATE** | | | | | |
| Anna Kordas | 2014 | $750.00 | $652.50 | 3.50 | $2,625.00 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | 58.60 | $35,453.00 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | 73.40 | $40,370.00 |
| Joana Soares | 2020 | $525.00 | $456.75 | 5.10 | $2,677.50 |
| Ryan Sims | 2016 | $550.00 | $478.50 | 1.00 | $550.00 |
| **TOTAL ASSOCIATE:** | | | | **141.60** | **$81,675.50** |
| **PARALEGAL & STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $325.00 | $282.75 | 13.6 | $4,420.00 |
| Kristina Horn | N/A | $400.00 | $348.00 | 4.90 | $1,960.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **18.50** | **$6,380.00** |
| **TOTAL:** | | | | **250.00** | **$189,970.50** |

## EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

### SEPTEMBER 1, 2020 – SEPTEMBER 30, 2020

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 90.90 | $68,895.00 |
| Collegium 961 PGR | 91.90 | $72,487.50 |
| Strategic Corporate Advice | 5.20 | $2,860.00 |
| Retention Matters | 3.50 | $2,625.00 |
| Accord Healthcare Inc. | 58.50 | $43,103.00 |
| **TOTAL** | **250.00** | **$189,970.50** |
| **13% DISCOUNT** | | **$24,696.17** |
| **TOTAL FEES** | | **$165,274.34** |

## EXHIBIT C

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2020 – SEPTEMBER 30, 2020**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $3,300.00 |
| Mailing Charges | $122.56 |
| Court Costs | $258.00 |
| **TOTAL** | **$3,680.56** |

## **EXHIBIT D**

**TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

October 28, 2020                                         305158-610005

                                                         Invoice: 33434275

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 68,895.00 |
| Less 13% Fee Discount | | (8,956.35) |
| | USD | 59,938.65 |

## DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 3,300.00 | |
| United Parcel Service Charges | 122.56 | |
| | | 3,422.56 |

| | | |
|---|---|---|
| **TOTAL** | USD | **63,361.21** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/33434275 WITH YOUR PAYMENT

**JONES DAY**

305158-610005                                  Page 2

October 28, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals         Invoice:  33434275

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| C M MORRISON | 1.60 | 950.00 | 1,520.00 |
| J J NORMILE | 27.60 | 1,225.00 | 33,810.00 |
| **ASSOCIATE** | | | |
| K MCCARTHY | 47.00 | 605.00 | 28,435.00 |
| **PARALEGAL** | | | |
| J J DARENSBOURG | 10.00 | 325.00 | 3,250.00 |
| **LEGAL SUPPORT** | | | |
| K HORN | 4.70 | 400.00 | 1,880.00 |
| **TOTAL** | **90.90** | **USD** | **68,895.00** |

JONES DAY

305158-610005                                                                    Page 3
                                                                         October 28, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice: 33434275

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**09/01/20     C M MORRISON                                             0.20**
Confer with clerk and Collegium counsel regarding hearing.

**09/01/20     J J NORMILE                                              1.00**
Review various background materials for upcoming teleconference with the PTAB (.50); related
correspondence with P. Strassburger and G. LaRosa (.50).

**09/02/20     J J DARENSBOURG                                          0.30**
Manage shared database for attorneys of correspondence and pleadings regarding teleconference to discuss
Motion to Dismiss.

**09/02/20     J J NORMILE                                              1.50**
Preparation for and participation in teleconference with P. Strassburger, B. Koch, R. Inz, G. LaRosa, K.
Orr and D. Moss regarding upcoming PTAB hearing and review of Bankruptcy Court Order and briefs.

**09/03/20     K MCCARTHY                                               1.00**
Draft/revise motion to terminate Collegium PGR.

**09/04/20     K HORN                                                   0.20**
Compile documents in response to K. McCarthy request.

**09/04/20     K MCCARTHY                                               4.00**
Meet and confer with opposing counsel (0.5); draft/revise summary of meet and confer and communicate
with G. LaRosa regarding same (1.5); perform follow-up legal research in preparation for Board call and
communicate with G. LaRosa, M. Johnson, and B. Koch regarding same (1.0); participate in Board call (0.8)
and communicate with P. Strassburger, B. Koch, J. Normile, G. LaRosa regarding same (0.2).

**09/04/20     J J NORMILE                                              2.30**
Preparation for and participation in teleconference with counsel for Collegium regarding upcoming PTAB
hearing (1.0); preparation for and participation in teleconference with PTAB and review of related
correspondence and teleconference with B. Koch (1.3).

**09/06/20     J J NORMILE                                              1.00**
Review of recent correspondence and background materials regarding draft motion to terminate PGR
proceedings ███████████████████████████.

**09/07/20     K MCCARTHY                                               2.00**
Draft/revise motion to terminate PGR.

**09/08/20     J J DARENSBOURG                                          0.70**
Manage shared database for attorneys of correspondence regarding transcript for teleconference with
PTAB.

**09/08/20     K MCCARTHY                                               2.00**
Prepare for and participate in teleconference with J. Normile, P. Strassburger, B. Koch, R. Kreppel, and R.
Inz regarding weekly litigation status updates (0.4), including review of Purdue litigation status tracker (0.1);
draft/revise motion to terminate Collegium PGR (1.3) and communicate with A. Nicolais regarding same
(0.2).

**09/08/20     J J NORMILE                                              2.00**
Preparation for and participation in weekly team teleconference with P. Strassburger, B. Koch, R. Kreppel,
R. Inz, R. Silbert, P. Hendler, K. McCarthy and A. Nicolais (.50); preparation for upcoming status
conference with Judge Saylor including review of relevant pleadings and correspondence (1.5).

**09/09/20     K MCCARTHY                                               5.00**
Draft/revise motion to terminate PGR.

**JONES DAY**

305158-610005                                                                                   Page 4
                                                                              October 28, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                        Invoice:  33434275

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**09/09/20    J J NORMILE                                                                  1.60**
Review and revision of motion to terminate PGR proceedings and review of correspondence from K. McCarty regarding same and proposed revisions by G. LaRosa (.80); preparation for upcoming status conference with Judge Saylor including review of summary judgment order and claim construction order and review of email from J. Holdreith (counsel for Collegium) (.80).

**09/10/20    J J DARENSBOURG                                                              0.20**
Manage shared database for attorneys of correspondence regarding agenda for status conference with Judge Saylor.

**09/10/20    K MCCARTHY                                                                   1.00**
Draft/revise summary materials for Court status conference (0.3) and communicate with A. Nicolais regarding same (0.2); review and provide comments to updated draft of motion to terminate PGR (0.5).

**09/10/20    C M MORRISON                                                                 0.90**
Phone call with J. Normile regarding status and strategy; phone call with Collegium counsel regarding agenda for status conference.

**09/10/20    J J NORMILE                                                                  2.30**
Preparation for upcoming status conference with Judge Saylor including review of relevant background materials and teleconference with Collegium's counsel regarding same (1.5); attention to draft motion to terminate including comments from R. Inz, B. Koch and G. LaRosa (.80).

**09/11/20    J J DARENSBOURG                                                              2.00**
Manage/prepare/file/serve Patent Owners' Motion to Terminate with accompanying exhibits.

**09/11/20    K HORN                                                                       2.20**
Cite check, Shepehardize and Bluebook Motion to Terminate PGR per A. Nicolais.

**09/11/20    K MCCARTHY                                                                   3.00**
Draft/revise motion to terminate PGR (1.1) and communicate with J. Normile, G. LaRosa, and A. Nicolais regarding same (0.6); coordinate finalizing and filing of same (0.9); attention to correspondence with client regarding same (0.4).

**09/11/20    C M MORRISON                                                                 0.50**
Status conference with J. Saylor.

**09/11/20    J J NORMILE                                                                  3.30**
Preparation for and participation in status teleconference before Judge Saylor (1.3); review and revise motion to terminate PGR proceedings including various emails and teleconferences with K. McCarthy, G. LaRosa and A. Nicolais and review of B. Koch edits (1.5); preparation for and participation in teleconference with B. Koch regarding status conference before Judge Saylor (.50).

**09/14/20    K MCCARTHY                                                                   0.80**
Prepare for and participate in teleconference with J. Normile, P. Hendler, in-house counsel B. Koch, R. Silbert, R. Inz and R. Kreppel regarding litigation status updates.

**09/14/20    J J NORMILE                                                                  1.50**
Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, K. McCarthy, A. Nicolais and P. Hendler including review of relevant materials relating to pending Collegium cases.

**09/16/20    J J DARENSBOURG                                                             0.60**
Manage shared database for attorneys of Electronic Notice of Status Conference for 2020-10-13, Patent Owners' Motion To Terminate, Updated Mandatory Notices, and accompanying exhibits.

**09/17/20    K MCCARTHY                                                                   0.60**
Communicate with expert ████████ (0.2); attention to internal correspondence regarding same (0.4).

JONES DAY

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 5
October 28, 2020
Invoice:  33434275

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**09/18/20    K MCCARTHY    1.80**
Review/analyze Collegium's opposition to motion to terminate (0.8), and communicate with G. LaRosa, J. Normile, A. Nicolais and client regarding same (0.7); ████████████████████████ (0.3).

**09/18/20    J J NORMILE    1.00**
Review of Collegium's opposition to Purdue's motion to terminate PGR proceedings and related emails regarding preparation of reply to same.

**09/19/20    K MCCARTHY    2.00**
Review Collegium's opposition to motion to terminate PGR (0.3) and draft internal summary regarding same (0.6); draft/revise outline of reply arguments (0.8) and communicate with A. Nicolais regarding same (0.3).

**09/19/20    J J NORMILE    1.50**
Continued review of Collegium's opposition to Purdue's motion to terminate PGR (1.00); correspondence from B. Koch, R. Inz and G. LaRosa and review of draft reply (.50).

**09/20/20    K MCCARTHY    8.00**
Draft/revise reply ISO motion to terminate IPR (5.4); perform legal research in support of same (1.9) and communicate with J. Normile, G. LaRosa, and A. Nicolais regarding same (0.7).

**09/20/20    J J NORMILE    1.60**
Preparation for and participation in teleconference with G. LaRosa, K. McCarthy and A. Nicolais regarding preparation of reply brief in support of Purdue's motion to terminate PGR (1.3); review of various correspondence from B. Koch, R. Inz, G. LaRosa and K. McCarthy regarding same (.30).

**09/21/20    J J DARENSBOURG    1.10**
Manage shared database for attorneys of Petitioner's Opposition to Patent Owners' Motion to Terminate, Updated Exhibit List and Exhibit 1094.

**09/21/20    K MCCARTHY    5.00**
████████████████████████████ (0.3); ████████ ████████ (0.2); prepare for and participate in teleconference with J. Normile, G. LaRosa, B. Koch, R. Silbert, R. Kreppel, and R. Inz regarding litigation status updates (0.9), including review of weekly litigation status updates tracker (0.1); draft/revise Reply in support of Motion to Terminate PGR (3.0); attention to correspondence with J. Normile, G. LaRosa, A. Nicolais, and paralegal team regarding same (0.5).

**09/21/20    J J NORMILE    1.50**
Preparation for and participation in weekly team teleconference including B. Koch, R. Silbert, R. Inz, R. Kreppel, K. McCarthy, A. Nicolais, G. LaRosa and P. Hendler (.50); review and revision of draft reply in support of motion to terminate PGR proceedings and various teleconferences and correspondence with G. LaRosa and K. McCarthy regarding same (1.0).

**09/22/20    J J DARENSBOURG    2.60**
Manage/cite check Reply in Support of Motion to Terminate PGR action.

**09/22/20    K HORN    2.30**
Bluebook and Shephardize Collegium PGR - Reply ISO Motion to Terminate per K. McCarthy (1.30); compile Kupper deposition materials for attorney review (1.00).

**09/22/20    K MCCARTHY    4.80**
Draft/revise Reply ISO Motion to Terminate PGR in response to internal and client comments (4.0), and attention to internal and client correspondence regarding same (0.8).

**09/22/20    J J NORMILE    1.50**
Review and revision of draft reply memorandum in support of motion to terminate PGR (1.00); including various emails from G. LaRosa, K. McCarthy, M. Johnson, B. Koch, R. Kreppel, D. Moss and P. Hendler (.50).

JONES DAY

305158-610005                                                                                    Page 6
                                                                                        October 28, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                        Invoice:  33434275

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

09/23/20        J J DARENSBOURG                                            2.00
Manage/cite check/file/serve Reply in Support of Motion to Terminate PGR action.

09/23/20        K MCCARTHY                                                 3.00
Draft/revise Reply ISO Motion to Terminate PGR in response to internal and client comments (2.2);
coordinate finalizing and filing of same (0.8).

09/23/20        J J NORMILE                                                1.50
Final review and revision of reply brief in support of motion to terminate (1.00); review of various emails
from B. Koch, R. Inz, K. McCarthy, A. Nicolais and P. Hendler (.50).

09/24/20        J J DARENSBOURG                                            0.10
Manage shared database for attorneys of correspondence regarding Collegium's intent to file Motion to Stay
Appeal.

09/24/20        J J NORMILE                                                0.50
Review of correspondence from counsel for Collegium regarding motion to stay bankruptcy appeal and
related correspondence with B. Koch and P. Hendler.

09/28/20        K MCCARTHY                                                 2.00
Attention to correspondence with P. Hendler and paralegal team regarding disposition of certain client case
files (0.5); review/analyze Collegium's sur-reply in opposition to Purdue's motion to terminate PGR and
communicate internally and with client regarding same (1.2); attention to case files regarding PGR motion
briefing (0.3).

09/28/20        J J NORMILE                                                1.00
Review of Collegium's sur-reply in opposition to Purdue's motion to terminate PGR including various
teleconferences.

09/29/20        K MCCARTHY                                                 1.00
Prepare for and participate in teleconference with Jones Day team, in-house counsel, and co-counsel P.
Hendler regarding litigation status updates (0.9), including review of litigation status tracker (0.1).

09/30/20        J J DARENSBOURG                                            0.40
Manage shared database for attorneys of Petitioner's Sur-Reply in Opposition to Patent Owners' Motion to
Terminate, Updated Exhibit List and Exhibit 1095.

09/30/20        J J NORMILE                                                1.00
Review of background materials in preparation for upcoming case management conference before Judge
Saylor.

**TOTAL**                                                                  **90.90**

JONES DAY

305158-610005                                                              Page 7
                                                                   October 28, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice: 33434275

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|

**CONSULTANTS FEES**

| 09/23/20 | NYC ACCOUNTING | NYC | 1,700.00 | |
| 09/23/20 | NYC ACCOUNTING | NYC | 1,600.00 | |
| | **Consultants fees Subtotal** | | | **3,300.00** |

**UNITED PARCEL SERVICE CHARGES**

| 09/02/20 | NYC ACCOUNTING | NYC | 8.76 | |
| | United Parcel Services Charges, RICHARD INZ, PURDUE PHARMA, 1Z10445E0396001324 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0396174246 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0395039939 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0399527056 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0395972297 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0399379314 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0398322108 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0398539929 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0396207264 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0395410876 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0398173887 | | | |
| | **United Parcel Service charges Subtotal** | | | 122.56 |

|   | **TOTAL** | | **USD** | **3,422.56** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

October 28, 2020                                              305158-610022

                                                        Invoice: 33434277

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2020:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 72,487.50 |
| Less 13% Fee Discount | | (9,423.37) |
| | USD | 63,064.13 |

DISBURSEMENTS & CHARGES

| | |
|---|---|
| Court Reporter Fees | 258.00 |
| | 258.00 |

**TOTAL**                          **USD**        **63,322.13**

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610022/33434277 WITH YOUR PAYMENT

JONES DAY

305158-610022

Collegium 961 PGR

Page 2

October 28, 2020

Invoice:  33434277

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| M W JOHNSON | 7.90 | 800.00 | 6,320.00 |
| G J LAROSA | 22.00 | 1,075.00 | 23,650.00 |
| D T MOSS | 7.40 | 1,000.00 | 7,400.00 |
| K D ORR | 6.00 | 1,350.00 | 8,100.00 |
| OF COUNSEL | | | |
| K I NIX | 0.50 | 1,125.00 | 562.50 |
| ASSOCIATE | | | |
| A M NICOLAIS | 47.10 | 550.00 | 25,905.00 |
| R SIMS | 1.00 | 550.00 | 550.00 |
| **TOTAL** | **91.90** | **USD** | **72,487.50** |

JONES DAY

305158-610022                                                                                  Page 3
                                                                                    October 28, 2020
Collegium 961 PGR                                                          Invoice:  33434277


SERVICES DETAIL SCHEDULE


*Date of Service*      *Timekeeper Name*                                         *Hours*

09/01/20        R SIMS                                                           0.20
        Review order granting relief from automatic stay related to Collegium.

09/02/20        G J LAROSA                                                       2.00
        Communicate regarding call with the Board and ███████████████████

09/02/20        D T MOSS                                                         0.70
        Communicate with client regarding PTAB argument strategy.

09/02/20        K D ORR                                                          0.70
        Communicate with client regarding PTAB argument strategy.

09/03/20        G J LAROSA                                                       1.00
        Review/analyze legal research (.50); prepared for conference with Board (.50).

09/03/20        D T MOSS                                                         0.20
        Communicate with Orr regarding PTAB hearing.

09/03/20        K D ORR                                                          1.00
        Review and analysis of Judge Drain's revised Lift stay order (.20); analysis of legal issues for board
        presentation (.50); communicate with D. Moss regarding PTAB hearing (.30).

09/04/20        M W JOHNSON                                                      2.80
        Research Hitachi and other authorities indicated by Collegium in meet and confer call in preparation for
        Board call regarding motion to dismiss.

09/04/20        G J LAROSA                                                       4.50
        Appear for/attend conference with the Board (1.50); prepared for same and communicated with client and
        team regarding same(2.00); draft/revise motion papers (1.00).

09/04/20        D T MOSS                                                         1.50
        Review notes from Collegium meet and confer (.30); participate in PTAB hearing (.80) and debrief from
        same (.40).

09/04/20        K D ORR                                                          1.30
        Preparation of email regarding briefing analysis (.20); review emails regarding briefing strategy (.20);
        participate in PTAB hearing (.70); and debrief from same (.20).

09/08/20        M W JOHNSON                                                      1.40
        ████████████████████████████████████████████████████████████
        ███████████████████████████████████████

09/08/20        G J LAROSA                                                       1.00
        Draft/revise motion to terminate and conferred with team and client regarding same.

09/08/20        A M NICOLAIS                                                     8.40
        Communication in firm with K. McCarthy re research and drafting of motion to terminate PGR (.3);
        reviewing legislative history of post-grant review proceedings (1.5); drafting summary and motion insert re
        same (1.25); reviewing 9/4 meeting with PTAB board transcript (.75); drafting summary re same (.5);
        reviewing caselaw cited by Collegium in support of petitioners opposition to motion to terminate (2.0);
        drafting motion to terminate insert re distinguishing Collegium's caselaw (2.1).

09/08/20        K D ORR                                                          0.50
        Review of RTAB board order.

JONES DAY

305158-610022                                                              Page 4
                                                              October 28, 2020

Collegium 961 PGR                                            Invoice: 33434277

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 09/09/20 | M W JOHNSON | 2.20 |

████████████████████████████████████████████
████████

| 09/09/20 | G J LAROSA | 2.00 |

Draft/revise motion to terminate (1.50); conferred with team regarding same (.50).

| 09/09/20 | D T MOSS | 0.50 |

Review PTAB brief.

| 09/09/20 | K D ORR | 0.50 |

Review of PGR drafts of motion to terminate.

| 09/10/20 | G J LAROSA | 1.00 |

Draft/revise motion to terminate and conferred with team regarding same.

| 09/10/20 | D T MOSS | 0.70 |

Review revisions to PTAB brief.

| 09/10/20 | A M NICOLAIS | 7.00 |

Drafting PGR motion to terminate (3.8); communication in firm with K. McCarthy and G. LaRosa re same (.5); incorporating edits/comments from client (1.0); summarizing edits/revisions to motion re same (.5); preparing supporting exhibits re same (.5); drafting updated mandatory disclosures (.7).

| 09/10/20 | K I NIX | 0.50 |

Review/analyze draft motion to terminate and client's proposed insert.

| 09/11/20 | M W JOHNSON | 1.50 |

████████████████████████████████████████████

| 09/11/20 | G J LAROSA | 1.50 |

Draft/revise motion to terminate and conferred in firm and with client regarding same.

| 09/11/20 | D T MOSS | 0.80 |

Review turns of PTAB brief.

| 09/11/20 | A M NICOLAIS | 6.00 |

Edits/revisions to motion to terminate PGR (3.0); communication in firm with K. McCarthy and G. LaRosa re same (.8); conducting/incorporating citation check re same (.7); edits/revisions to support materials/exhibits re same (.8) finalizing papers and coordinating filing (.7).

| 09/11/20 | K D ORR | 0.50 |

Analysis of termination motion drafts.

| 09/18/20 | G J LAROSA | 1.00 |

Review/analyze opposition to motion to terminate the PGR (.60); conferred in firm regarding same (.40).

| 09/18/20 | A M NICOLAIS | 4.80 |

Review/analyze Collegium opposition to Purdue's motion to terminate (1.8); begin outlining and drafting reply brief (2.5); communication in firm with K. McCarthy re same (.5).

| 09/19/20 | A M NICOLAIS | 3.40 |

Drafting reply to Collegium's opposition to Purdue's motion to terminate (3.4).

| 09/20/20 | G J LAROSA | 2.00 |

Draft/revise reply in support of motion to terminate (1.7); conferred in firm regarding same (.3).

| 09/20/20 | A M NICOLAIS | 8.30 |

Drafting reply to Collegium's opposition to Purdue's Motion to Terminate (5.5); communication in firm with K. McCarthy re same (.5); researching supporting caselaw re jurisdictional consequences of non-compliance with agency deadlines (1.8); researching caselaw re statutory interpretation of "shall" (.5).

JONES DAY

305158-610022                                                              Page 5
                                                                 October 28, 2020
Collegium 961 PGR                                        Invoice:  33434277

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/21/20 | G J LAROSA | 3.50 |

Draft/revise reply in support of motion to terminate (3.0); conferred with client and team regarding same (.5).

| 09/21/20 | D T MOSS | 1.40 |
|---|---|---|

Review Collegium response in PTAB action (.70); review rules regarding notice of case commencement (.60) and communicate with J. Normile regarding same (.10).

| 09/21/20 | A M NICOLAIS | 5.00 |
|---|---|---|

Continue draft/edits/revisions to draft reply to Collegium's opposition to motion to terminate (2.75); communication in firm with K. McCarthy re same (.5); researching case law re priority of statutes/regulations (1.0); ███████████████████ (.75).

| 09/21/20 | R SIMS | 0.60 |
|---|---|---|

Call with D. Moss regarding notice requirements for litigation in non-bankruptcy forum (.20); research regarding section 342 and Rule 2002 (.40).

| 09/22/20 | G J LAROSA | 1.50 |
|---|---|---|

Draft/revise Reply in support of motion to terminate.

| 09/22/20 | D T MOSS | 0.90 |
|---|---|---|

Review PTAB sur-reply (.30) and revise same (.40) and communicate with JD team regarding edits (.20).

| 09/22/20 | A M NICOLAIS | 2.80 |
|---|---|---|

Edits/revisions/drafting Purdue's reply to Collegium's opposition to motion to terminate PGR (1.0); incorporating edits/revisions from others re same (.6); communication in firm re same (.4); review/analyze Collegium's cited caselaw and distinguishing (.8).

| 09/22/20 | K D ORR | 0.50 |
|---|---|---|

Review of draft reply and research regarding 326 and 362 arguments.

| 09/22/20 | R SIMS | 0.20 |
|---|---|---|

Review and research regarding Collegium proceeding.

| 09/23/20 | G J LAROSA | 1.00 |
|---|---|---|

Draft/revise Reply in support of motion to terminate and conferred in firm regarding same.

| 09/23/20 | D T MOSS | 0.70 |
|---|---|---|

Review finalized PTAB reply (.50) and communicate with team regarding same (.20).

| 09/23/20 | A M NICOLAIS | 1.00 |
|---|---|---|

Final review/edits to Purdue's reply to Collegium's Opposition to motion to terminate (.8); communication in firm with K. McCarthy re same (.2).

| 09/23/20 | K D ORR | 1.00 |
|---|---|---|

Draft/review reply regarding motion to terminate.

| 09/28/20 | A M NICOLAIS | 0.40 |
|---|---|---|

Review/analyze Collegium's sur-reply brief re motion to terminate.

**TOTAL**                                                          **91.90**

**JONES DAY**

305158-610022

Collegium 961 PGR

Page 6
October 28, 2020
Invoice:  33434277

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|----------------|----------|--------|-------|
| | **COURT REPORTER FEES** | | | |
| 09/17/20 | NYC ACCOUNTING | NYC | 258.00 | |
| | Court reporter fees - DEPO INTERNATIONAL, INC. For professional services rendered on 09/04/2020: Certified transcript teleconference. | | | |
| | **Court reporter fees Subtotal** | | | **258.00** |
| | **TOTAL** | | **USD** | **258.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

October 28, 2020

305158-610028

Invoice: 33434280

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2020:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 43,103.00 |
| Less 13% Fee Discount | | (5,603.39) |
| | USD | 37,499.61 |
| **TOTAL** | **USD** | **37,499.61** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610028/33434280 WITH YOUR PAYMENT

**JONES DAY**

305158-610028

October 28, 2020

Accord Healthcare Inc.

Invoice:  33434280

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| G J LAROSA | 1.00 | 1,075.00 | 1,075.00 |
| J J NORMILE | 15.90 | 1,225.00 | 19,477.50 |
| ASSOCIATE | | | |
| K MCCARTHY | 11.60 | 605.00 | 7,018.00 |
| A M NICOLAIS | 21.10 | 550.00 | 11,605.00 |
| J SOARES | 5.10 | 525.00 | 2,677.50 |
| PARALEGAL | | | |
| J J DARENSBOURG | 3.60 | 325.00 | 1,170.00 |
| LEGAL SUPPORT | | | |
| K HORN | 0.20 | 400.00 | 80.00 |
| **TOTAL** | **58.50** | **USD** | **43,103.00** |

**JONES DAY**

305158-610028
Accord Healthcare Inc.

Page 3
October 28, 2020
Invoice: 33434280

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**09/01/20    J J NORMILE    1.10**
Preparation for and participation in teleconference with R. Kreppel regarding ████████████ ████████████ (.30); related teleconference with K. McCarthy and review of background materials regarding same (.80).

**09/02/20    K MCCARTHY    2.00**
Draft/revise edits to Accord's Offer for Confidential Access (0.8) and communicate with J. Normile and G. LaRosa regarding same (0.2); draft/revise summary chart of Accord ANDA actions (0.5) and communicate with J. Normile and J. Soares regarding same (0.5).

**09/02/20    J J NORMILE    1.30**
████████████████████████████ (.80); review of correspondence regarding same and teleconference with K. McCarthy regarding same (.50).

**09/02/20    J SOARES    5.10**
Perform detailed analysis of ANDA litigation precedent (4.1); draft memo regarding same (1.0)..

**09/03/20    K MCCARTHY    1.00**
Draft/revise edits to Accord's Offer for Confidential Access (0.2); draft/revise summary chart of Accord ANDA actions (0.8).

**09/03/20    J J NORMILE    1.00**
Preparation for and participation in teleconference with G. LaRosa and K. McCarthy regarding draft OCA.

**09/04/20    K MCCARTHY    0.50**
Draft/revise Accord Revised OCA (0.2) and communicate with J. Normile and G. LaRosa regarding same (0.2); coordinate paralegal tasks (0.1).

**09/04/20    J J NORMILE    0.80**
Continued attention to draft OCA and related correspondence with K. McCarthy and G. LaRosa.

**09/08/20    K HORN    0.20**
Coordinate set up of distribution list per K. McCarthy.

**09/09/20    J J NORMILE    0.50**
Attention to review and revision of draft OCA and related correspondence.

**09/10/20    G J LAROSA    1.00**
Communicate regarding OCA (.5) ; revised OCA and conferred with team regarding same (.5).

**09/11/20    J J DARENSBOURG    3.60**
Manage ANDA document production for attorney review (2.0); set up shared database for attorneys of initial correspondence (1.6).

**09/11/20    J J NORMILE    1.00**
Preparation for and participation in teleconference with B. Koch regarding OCA and preparation of infringement contentions and complaint including review of background materials.

**09/14/20    K MCCARTHY    0.20**
Attention to correspondence with document discovery vendor regarding Accord's ANDA production (0.2).

**09/16/20    A M NICOLAIS    6.30**
Review/analyze Accord ANDA production (4.5); drafting summary of review re same (1.0); collecting/organizing relevant documents re same (.8).

**09/17/20    K MCCARTHY    0.70**
Review/analyze ANDA production documents (0.6) and communicate with A. Nicolais regarding same (0.1).

**JONES DAY**

305158-610028                                                                                               Page 4
                                                                                                October 28, 2020

Accord Healthcare Inc.                                                                     Invoice:  33434280

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/17/20 | A M NICOLAIS | 4.10 |

Continue review of Accord ANDA document production (2.0); drafting index and collection/organization of relevant documents (.6); communication in firm with K. McCarthy re review (.3); review/analyze production re Noramco impurity specification (.4); review/analyze production re human abuse studies (.3); edits/revisions to summary of review (.5).

| 09/17/20 | J J NORMILE | 1.00 |

Review of documents selected from Accord's ANDA for infringement analysis.

| 09/18/20 | K MCCARTHY | 0.20 |

Review/analyze ANDA production documents (0.2).

| 09/23/20 | A M NICOLAIS | 1.70 |

██████████████████████████████████████████ (.5).

| 09/23/20 | J J NORMILE | 1.00 |

Review of B. Koch infringement analysis and related correspondence from B. Koch and A. Nicolais.

| 09/24/20 | A M NICOLAIS | 4.60 |

████████ (3.4); drafting summary of analysis re same (1.0); communication in firm with J. Normile and K. McCarthy re same (.2).

| 09/25/20 | A M NICOLAIS | 1.40 |

████████████████████████████████████████ (.5).

| 09/25/20 | J J NORMILE | 1.60 |

████████ (.80); preparation for and participation in teleconference with B. Koch and A. Nicolais regarding same (.80).

| 09/28/20 | J J NORMILE | 2.00 |

██████████████████ (1.0); review of relevant background materials regarding same (1.0).

| 09/29/20 | K MCCARTHY | 2.00 |

Draft/revise summary of potential asserted patents and claims (1.6) and communicate with J. Normile and A. Nicolais regarding same (0.4).

| 09/29/20 | J J NORMILE | 1.80 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, P. Hendler, K. McCarthy and A. Nicolais (.80); various emails and teleconferences with K. McCarthy regarding ████████████████████████ (1.0).

| 09/30/20 | K MCCARTHY | 5.00 |

████████████████████ (4.0) and communicate with J. Normile, A. Nicolais, and B. Koch regarding same (0.5); draft/revise stipulation regarding jurisdiction and venue (0.3) and communicate internally regarding same (0.2).

| 09/30/20 | A M NICOLAIS | 3.00 |

████████████████████████████ (2.80); communication in firm with K. McCarthy re same (.20).

| 09/30/20 | J J NORMILE | 2.80 |

Preparation for and participation in teleconference with A. Barkoff (counsel for Accord) regarding jurisdiction and venue stipulation and general case management issues (1.0); related teleconference with B. Koch and ████████████████████████████████ (1.5); review of correspondence from K. McCarthy and B. Koch regarding same (.30).

JONES DAY

305158-610028                                                                                    Page 5
                                                                                        October 28, 2020
Accord Healthcare Inc.                                                          Invoice:  33434280

**TOTAL**                                                              **58.50**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

October 28, 2020

305158-640002

Invoice: 33434282

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2020:

| | | |
|---|---|---:|
| Strategic Corporate Advice | USD | 2,860.00 |
| Less 13% Fee Discount | | (371.80) |
| | USD | 2,488.20 |
| **TOTAL** | **USD** | **2,488.20** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-640002/33434282 WITH YOUR PAYMENT

**JONES DAY**

305158-640002                                                                          Page 2
October 28, 2020
Strategic Corporate Advice                                      Invoice:  33434282

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| ASSOCIATE | | | |
| A M NICOLAIS | 5.20 | 550.00 | 2,860.00 |
| **TOTAL** | **5.20** | **USD** | **2,860.00** |

JONES DAY

305158-640002                                                              Page 3
                                                              October 28, 2020
Strategic Corporate Advice                                    Invoice:  33434282

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/01/20 | A M NICOLAIS | 0.80 |

Review/analyze/edit/revise Purdue litigation history tracker (.6); communication in firm with K. McCarthy re same (.2).

| 09/08/20 | A M NICOLAIS | 1.00 |

Drafting weekly Purdue litigation updates (.5); weekly Purdue teleconference meeting (.5).

| 09/14/20 | A M NICOLAIS | 1.10 |

Edits/revisions to weekly Purdue tracker (.4); weekly Purdue meeting (.6).

| 09/21/20 | A M NICOLAIS | 1.40 |

Drafting/edits to Purdue weekly status updates (.7); weekly Purdue client meeting (.7).

| 09/29/20 | A M NICOLAIS | 0.90 |

Drafting weekly Purdue status updates (.3); communication in firm with K. McCarthy re same (.2); weekly Purdue conference call (.4).

**TOTAL**                                                          **5.20**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

October 28, 2020                                             305158-999007

                                                        Invoice: 33434283

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 2,625.00 |
| Less 13% Fee Discount | | (341.25) |
| | USD | 2,283.75 |
| **TOTAL** | **USD** | **2,283.75** |

Please remit payment to:

**ACH Transfer (preferred)**            **Wire Transfer**
Citibank, N.A.                          Citibank, N.A.
New York, NY                            New York, NY
Account Name: Jones Day                 Account Name: Jones Day
Account No: 37026407                    Account No: 37026407
ABA No: 021000089                       ABA No: 021000089
                                        Swift Code: CITIUS33

PLEASE REFERENCE 305158-999007/33434283 WITH YOUR PAYMENT

**JONES DAY**

305158-999007                                                            Page 2
                                                                October 28, 2020
Retention Matters                                          Invoice:  33434283

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| ASSOCIATE |  |  |  |
| A KORDAS | 3.50 | 750.00 | 2,625.00 |
| **TOTAL** | **3.50** | **USD** | **2,625.00** |

**JONES DAY**

305158-999007                                                             Page 3
                                                               October 28, 2020
Retention Matters                                            Invoice:  33434283

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/11/20 | A KORDAS | 3.50 |

Draft/revise monthly fee statement and accompanying worksheet (3.0); coordinate filing and service of same (.5).

**TOTAL**                                                          **3.50**