# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| **PURDUE PHARMA L.P., et. al**[1] | ) | |
| | ) | Case No. 19-23649 (RDD) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

## FOURTH COMBINED MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS AUDITORS AND PROVIDERS OF OTHER PROFESSIONAL SERVICES FOR THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH SEPTEMBER 30, 2020

| | |
|---|---|
| Name of applicant: | Ernst & Young LLP ("EY LLP") |
| Authorized to Provide Professional Services To: | The Debtors |
| Date of retention: | December 23, 2019 (*nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | August 1, 2020 through September 30, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $37,500.00 |
| Less 20% Holdback: | $7,500.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $600.00 |
| Total Fees and Expenses Due: | $30,600.00 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated:  November 3, 2020

/s/Amelia M. Caporale
Amelia M. Caporale
Partner, Ernst & Young LLP
20 Church Street
Hartford, CT  06103

# EXHIBIT A

## SUMMARY BY PROFESSIONAL

*Information Security Assessment Services*

| Last Name | First Name | Title | Time |
|---|---|---|---|
| Hoxha | Olga | Senior | 117.0 |
| Bellon | Josephine | Manager | 70.0 |
| Lawson | Olatunde | Senior Manager | 25.5 |
| DePersiis | Brian | Partner | 6.0 |
| | | **Total** | **218.5** |

**Total Fees Sought for Fixed Fee Information Security Assessment Services During Fee Period: $37,500.00**

*Employee Benefit Plan Audit*

| Last Name | First Name | Title | Time |
|---|---|---|---|
| Allinson | Dana | Staff/Assistant | 0.3 |
| Bansal | Swati | Senior | 14.0 |
| Benzel | Florence | Senior Manager | 10.7 |
| Cannavina | Anthony | Executive Director | 4.5 |
| Christodoulakis | Sophia | Manager | 36.1 |
| Chun | Sung Hwan | Staff/Assistant | 33.0 |
| Fox | Nicholas | Manager | 10.0 |
| Nguyen | Dominic Lee | Senior | 0.6 |
| O'Brien | Peter | Senior | 59.3 |
| Savell | Roger | Partner/Principal | 1.3 |
| Yuan | Helen | Senior | 2.6 |
| Zee | Ena | Executive Director | 4.0 |
| | | **Total** | **176.4** |

**Total Fees Sought for Employee Benefit Plan Audit Services During Fee Period: $-0-**

## EXHIBIT B

## SUMMARY BY CATEGORY

*Information Security Assessment Services*

| Project Category | Description | Hours |
|---|---|---|
| Planning | This category includes kick-off, documentation requests, and meeting setup. | 11.5 |
| Current State | This category includes the analysis of the current policies and processes, to determine the maturity of processes across 20 domains. | 207.0 |
| **Total** | | **218.5** |

*Employee Benefit Plan Audit*

| Project Category | Description | Hours |
|---|---|---|
| Employee Benefit Plan Audit | This category includes activities associated with employee benefit plan (Pension and 401(k)) audits | 176.4 |
| **Total** | | **176.4** |

| | | |
|---|---|---|
| **Grand Total** | | **394.9** |

**EXHIBIT C**

**SUMMARY OF EXPENSES**

| Expense Category | Expense Amount |
|---|---|
| Service Organization Control reports | $600.00 |
| **Total** | **$600.00** |

**EXHIBIT D**

**SUMMARY OF HOURS INCURRED BY PROFESSIONAL**

*Information Security Assessment Services*

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Bellon, Josephine | Manager | 31-Aug-2020 | Project Planning | Reviewed the kick-off meeting deck | 1.0 |
| Bellon, Josephine | Manager | 01-Sep-2020 | Project Planning | Reviewed the request list and went over request list items with client for them to understand requests. | 2.0 |
| Bellon, Josephine | Manager | 02-Sep-2020 | Project Planning | Meet with client contact to determine which stakeholders to engage for cyber current state meetings, and go over project plan | 1.0 |
| Bellon, Josephine | Manager | 03-Sep-2020 | Project Planning | Reviewed documentation ahead of cyber current state discussion meeting | 1.0 |
| Bellon, Josephine | Manager | 07-Sep-2020 | Project Planning | Reviewed documentation ahead of cyber current state discussion meeting | 1.0 |
| Bellon, Josephine | Manager | 08-Sep-2020 | Project Planning | Reviewed documentation ahead of cyber current state discussion meeting | 1.0 |
| Bellon, Josephine | Manager | 09-Sep-2020 | Project Planning | Meet with client to go over request list questions and agenda preparation for meetings (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) | 2.0 |
| Bellon, Josephine | Manager | 10-Sep-2020 | Project Planning | Team status update meeting and review of meeting schedule for kickoff | 1.0 |
| Bellon, Josephine | Manager | 14-Sep-2020 | Current State Analysis | Kick of meeting (.5 hours) and current state analysis meetings for 2 domains 3.5 hours each (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) | 4.0 |

6

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Bellon, Josephine | Manager | 14-Sep-2020 | Current State Analysis | Schedule follow-up meetings with client representative, and client stakeholder weekly status update (Client Contacts present: Kimberly Takwa, Hussein Ghnaimeh) | 1.0 |
| Bellon, Josephine | Manager | 15-Sep-2020 | Current State Analysis | Current state analysis meetings for 2 information security domains 2 hours each (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) | 4.0 |
| Bellon, Josephine | Manager | 16-Sep-2020 | Current State Analysis | Current state analysis meetings for 2 information security domains 2 hours each (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) | 4.0 |
| Bellon, Josephine | Manager | 16-Sep-2020 | Current State Analysis | Current state analysis meetings for 1 information security domains1 hour (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) | 1.0 |
| Bellon, Josephine | Manager | 17-Sep-2020 | Current State Analysis | Current state analysis meetings for 2 information security domains 2 hours each (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) | 4.0 |
| Bellon, Josephine | Manager | 18-Sep-2020 | Current State Analysis | Current state analysis meetings for 2 information security domains 2 hours each (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) | 4.0 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Hoxha,Olger | Senior | 14-Sep-2020 | Current State Analysis | Preparation for kick-off meeting, Policy and Standard meeting, and Strategy and Governance meetings, and documentation review | 2.0 |
| Hoxha,Olger | Senior | 14-Sep-2020 | Current State Analysis | Kick off meeting | 1.0 |
| Hoxha,Olger | Senior | 14-Sep-2020 | Current State Analysis | Kick off meeting debrief, and prep for Policy and Standards, Strategy, and Governance meetings. | 0.5 |
| Hoxha,Olger | Senior | 14-Sep-2020 | Current State Analysis | Policy and standards meeting as part of initial set of meetings. | 1.5 |
| Hoxha,Olger | Senior | 14-Sep-2020 | Current State Analysis | Strategy, Governance and Organization, and Architecture as part of initial set of meetings. | 1.5 |
| Hoxha,Olger | Senior | 14-Sep-2020 | Current State Analysis | Review and note clean up from initial set of meetings (Policies and Standards, Strategy, Governance, Organization, and Architecture) | 2.5 |
| Hoxha,Olger | Senior | 15-Sep-2020 | Current State Analysis | Further review and analysis of the policies, standards, strategy, and governance meetings. Preparation and documentation review for Daily Meetings (Third Party & Asset Management, and BCP/DR) | 3.0 |
| Hoxha,Olger | Senior | 15-Sep-2020 | Current State Analysis | Third Party, Asset Management, and BCP/DR meetings held as part of initial set of meetings. | 2.5 |
| Hoxha,Olger | Senior | 15-Sep-2020 | Current State Analysis | Debrief, Review and note clean up from daily meetings (Third Party, Asset Management, and BCP/DR) | 3.5 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Hoxha,Olger | Senior | 16-Sep-2020 | Current State Analysis | Software Security, Network Security, and Host Security meetings as part of initial set of meetings. | 2.5 |
| Hoxha,Olger | Senior | 16-Sep-2020 | Current State Analysis | Preparation for the software, network, and host security meetings by reviewing documentation provided | 1.5 |
| Hoxha,Olger | Senior | 16-Sep-2020 | Current State Analysis | Debrief, Review and note clean up from the Software, Network, and Host security meetings. Prep for Privacy and Data Protection Meetings | 1.0 |
| Hoxha,Olger | Senior | 16-Sep-2020 | Current State Analysis | Privacy Meeting as part of the initial set of meetings and debrief and note clean up stemming from the meeting notes. | 1.0 |
| Hoxha,Olger | Senior | 16-Sep-2020 | Current State Analysis | Data Protection Meeting as part of the initial set of meetings and debrief and note clean up stemming from the meeting notes. | 3.0 |
| Hoxha,Olger | Senior | 17-Sep-2020 | Current State Analysis | Preparation for Incident Response and Vulnerability Identification meeting | 1.0 |
| Hoxha,Olger | Senior | 17-Sep-2020 | Current State Analysis | Incident Response and Vulnerability Identification meeting as part of initial set of meetings | 1.5 |
| Hoxha,Olger | Senior | 17-Sep-2020 | Current State Analysis | Debrief, Note Clean Up, and Analysis of the Incident Response and Vulnerability Identification meeting. | 1.0 |
| Hoxha,Olger | Senior | 17-Sep-2020 | Current State Analysis | Follow Up meeting, continuation of the incident response and vulnerability identification meeting, debrief of this meeting, and note clean up. | 4.0 |
| Hoxha,Olger | Senior | 17-Sep-2020 | Current State Analysis | Preparation of the weekly status report delivered to Purdue Management on Fridays. | 1.5 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Hoxha,Olger | Senior | 18-Sep-2020 | Current State Analysis | IAM, Operations, and Metrics and Reporting meetings as part of initial set of meetings. | 3.0 |
| Hoxha,Olger | Senior | 18-Sep-2020 | Current State Analysis | Debrief of the IAM, Operations, and Metrics and Reporting meetings, note clean up, and analysis. | 2.0 |
| Hoxha,Olger | Senior | 18-Sep-2020 | Current State Analysis | Weekly Status Report with Purdue Management | 0.5 |
| Hoxha,Olger | Senior | 18-Sep-2020 | Current State Analysis | Analysis of Purdue Current State, finalized clean up of notes, and identified initial set of observations. | 3.5 |
| Lawson,Olatunde | Senior Manager | 14-Sep-2020 | Project Planning | attended meetings with client / process owners for project kick off and to understand current state capabilities for cyber domains (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) | 1.5 |
| Lawson,Olatunde | Senior Manager | 15-Sep-2020 | Current State Analysis | attended meetings with client / process owners to understand current state capabilities for cyber domains (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) | 2.0 |
| Lawson,Olatunde | Senior Manager | 16-Sep-2020 | Current State Analysis | attended meetings with client / process owners to understand current state capabilities for cyber domains (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) | 3.0 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Lawson,Olatunde | Senior Manager | 17-Sep-2020 | Current State Analysis | attended meetings with client / process owners to understand current state capabilities for cyber domains (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) | 3.0 |
| Lawson,Olatunde | Senior Manager | 18-Sep-2020 | Current State Analysis | attended meetings with client / process owners to understand current state capabilities for cyber domains (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) + review of meetings notes | 3.0 |
| Hoxha,Olger | Senior | 21-Sep-2020 | Current State Analysis | Documentation Review for newly requested documents that arose from meetings | 3.0 |
| Hoxha,Olger | Senior | 21-Sep-2020 | Current State Analysis | Preparation for the follow up Architecture Meeting | 1.0 |
| Hoxha,Olger | Senior | 21-Sep-2020 | Current State Analysis | Architecture meeting as part of follow up meetings required to obtain more information from the client | 0.5 |
| Hoxha,Olger | Senior | 21-Sep-2020 | Current State Analysis | Debrief and note clean up from the Architecture follow up meeting | 1.0 |
| Hoxha,Olger | Senior | 21-Sep-2020 | Current State Analysis | Spent time entering in maturity scores and observations within workplan for multiple domains that were covered as part of the initial set of interviews and documents reviewed. | 3.5 |
| Hoxha,Olger | Senior | 22-Sep-2020 | Current State Analysis | Documentation Review for newly requested documents that arose from meetings | 3.0 |
| Hoxha,Olger | Senior | 22-Sep-2020 | Current State Analysis | Preparation for the follow up Network Security Meeting | 1.0 |

11

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Hoxha,Olger | Senior | 22-Sep-2020 | Current State Analysis | Network Security meeting as part of follow up meetings required to obtain more information from the client | 0.5 |
| Hoxha,Olger | Senior | 22-Sep-2020 | Current State Analysis | Debrief and note clean up from the Network Security follow up meeting | 1.0 |
| Hoxha,Olger | Senior | 22-Sep-2020 | Current State Analysis | Spent time entering in maturity scores and observations within workplan for multiple domains that were covered as part of the initial set of interviews and documents reviewed. | 3.5 |
| Hoxha,Olger | Senior | 23-Sep-2020 | Current State Analysis | Documentation review for newly obtained documents as they are received from the client | 2.0 |
| Hoxha,Olger | Senior | 23-Sep-2020 | Current State Analysis | Internal review session with Josephine to review maturity scoring and initial set of observations within the workplan | 2.0 |
| Hoxha,Olger | Senior | 23-Sep-2020 | Current State Analysis | Additional internal review session with Josephine to review maturity scoring and initial set of observations within the workplan | 1.5 |
| Hoxha,Olger | Senior | 23-Sep-2020 | Current State Analysis | Preparation for the Privileged Access Management follow up meeting | 1.0 |
| Hoxha,Olger | Senior | 23-Sep-2020 | Current State Analysis | Privileged Access Management follow up meeting as requested to finalize understanding of their access management policies | 0.5 |
| Hoxha,Olger | Senior | 23-Sep-2020 | Current State Analysis | Debrief, Note Clean Up, and Analysis of the Privileged Access Management meeting. In addition, updated maturity scoring based on the meeting. | 2.0 |
| Hoxha,Olger | Senior | 24-Sep-2020 | Current State Analysis | Preparation for the Security Monitoring meeting as part of initial set of | 1.0 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| | | | | interviews requested. | |
| Hoxha,Olger | Senior | 24-Sep-2020 | Current State Analysis | Security Monitoring meeting with Greg, Manish, and HCL technologies was conducted | 1.0 |
| Hoxha,Olger | Senior | 24-Sep-2020 | Current State Analysis | Debrief, Note Clean Up, and Analysis of the Security Monitoring meeting. In addition, updated maturity scoring based on the meeting. | 2.0 |
| Hoxha,Olger | Senior | 24-Sep-2020 | Current State Analysis | Preparation for the Purdue meeting with the business, specifically the CFO | 1.0 |
| Hoxha,Olger | Senior | 24-Sep-2020 | Current State Analysis | Business meeting with CFO to understand company goals for the information security department | 0.5 |
| Hoxha,Olger | Senior | 24-Sep-2020 | Current State Analysis | Debrief of the Business meeting with the CFO and updated maturity scoring | 1.0 |
| Hoxha,Olger | Senior | 24-Sep-2020 | Current State Analysis | Spent time entering in maturity scores and observations within workplan for multiple domains that were covered as part of the initial set of interviews and documents reviewed. | 2.5 |
| Hoxha,Olger | Senior | 25-Sep-2020 | Current State Analysis | Prepared and finalized the weekly status report for Purdue Management | 2.0 |
| Hoxha,Olger | Senior | 25-Sep-2020 | Current State Analysis | Held and attended the Weekly Status meeting with Purdue Management | 0.5 |
| Hoxha,Olger | Senior | 25-Sep-2020 | Current State Analysis | Debrief of the Weekly Status meeting with Purdue Management | 1.0 |
| Hoxha,Olger | Senior | 25-Sep-2020 | Current State Analysis | Spent time entering in maturity scores and observations within workplan for multiple domains that were covered as part of the initial set of interviews and documents reviewed. | 2.0 |

13

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Hoxha,Olger | Senior | 25-Sep-2020 | Current State Analysis | Drafted Report Template and Reviewed with Josephine Bellon to align on what executive summary and observations slides should resemble. | 3.5 |
| Bellon, Josephine | Manager | 21-Sep-2020 | Current State Analysis | Review meeting notes and current state analysis for 2 domains | 4.0 |
| Bellon, Josephine | Manager | 22-Sep-2020 | Current State Analysis | Conduct follow up Network Security Meeting with network team and Greg Dzurinda | 1.0 |
| Bellon, Josephine | Manager | 22-Sep-2020 | Current State Analysis | Review maturity scores for 2 domains and review clarification evidence | 3.0 |
| Bellon, Josephine | Manager | 22-Sep-2020 | Current State Analysis | Review maturity scores for 1 domains and review clarification evidence | 1.0 |
| Bellon, Josephine | Manager | 23-Sep-2020 | Current State Analysis | Review evidence provided for Privileged Access Management processes | 2.0 |
| Bellon, Josephine | Manager | 23-Sep-2020 | Current State Analysis | Conduct followup meeting for Privileged Access Management meeting | 1.0 |
| Bellon, Josephine | Manager | 23-Sep-2020 | Current State Analysis | Review maturity scores for 2 domains and review clarification evidence | 1.0 |
| Bellon, Josephine | Manager | 24-Sep-2020 | Current State Analysis | Conducted Security Monitoring meeting with Greg, Manish, and HCL technologies | 1.0 |
| Bellon, Josephine | Manager | 24-Sep-2020 | Current State Analysis | Review maturity scores for 2 domains and review clarification evidence | 2.0 |
| Bellon, Josephine | Manager | 24-Sep-2020 | Current State Analysis | Prep for Business meeting with CFO to understand company goals for the information security department | 0.5 |
| Bellon, Josephine | Manager | 24-Sep-2020 | Current State Analysis | Business meeting with CFO to understand company goals for the information security department | 0.5 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Bellon, Josephine | Manager | 25-Sep-2020 | Current State Analysis | Review maturity scores for 2 domains and review clarification evidence | 2.0 |
| Bellon, Josephine | Manager | 25-Sep-2020 | Current State Analysis | Review maturity scores for 2 domains and review clarification evidence | 2.0 |
| Bellon, Josephine | Manager | 25-Sep-2020 | Current State Analysis | Debrief of the Weekly Status meeting with Purdue Management | 1.0 |
| Lawson,Olatunde | Senior Manager | 21-Sep-2020 | Current State Analysis | Review meeting notes based on current state interviews + supporting evidences provided in Teams site | 2.0 |
| Lawson,Olatunde | Senior Manager | 22-Sep-2020 | Current State Analysis | Review meeting notes based on current state interviews + supporting evidences provided in Teams site | 2.0 |
| Lawson,Olatunde | Senior Manager | 23-Sep-2020 | Current State Analysis | - Team meeting to draft and review status update reporting for activities to date<br>- attended meetings with client / process owners to understand current state capabilities for cyber domains (client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) + review of meetings notes | 2.0 |
| Lawson,Olatunde | Senior Manager | 24-Sep-2020 | Current State Analysis | Preparation for and meeting held with CFO to provide overview on project and obtain feedback on security enabling business functions | 1.0 |
| Lawson,Olatunde | Senior Manager | 25-Sep-2020 | Current State Analysis | Status update meetings with client and engagement team to discuss activities for upcoming week | 1.0 |
| Hoxha,Olger | Senior | 28-Sep-2020 | Current State Analysis | Updated the draft report template based on feedback | 3.0 |
| Hoxha,Olger | Senior | 28-Sep-2020 | Current State Analysis | Entered initial observations into the draft report | 2.0 |

15

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Hoxha,Olger | Senior | 28-Sep-2020 | Current State Analysis | Reviewed maturity assessment scores with Josephine | 2.0 |
| Hoxha,Olger | Senior | 28-Sep-2020 | Current State Analysis | Entered more initial observations into the draft report | 2.0 |
| Hoxha,Olger | Senior | 29-Sep-2020 | Current State Analysis | Prepared for the Threat intelligence and security operations meeting | 1.0 |
| Hoxha,Olger | Senior | 29-Sep-2020 | Current State Analysis | Held the threat intelligence and security operations meeting | 1.5 |
| Hoxha,Olger | Senior | 29-Sep-2020 | Current State Analysis | Debrief and note clean up from the threat intelligence and security operations meeting | 1.0 |
| Hoxha,Olger | Senior | 29-Sep-2020 | Current State Analysis | Reviewed the draft report template with Tunde and team and obtained further feedback and received approval | 0.5 |
| Hoxha,Olger | Senior | 29-Sep-2020 | Current State Analysis | Preparation for the architecture follow up meeting. | 1.0 |
| Hoxha,Olger | Senior | 29-Sep-2020 | Current State Analysis | Attended the architecture follow up meeting | 0.5 |
| Hoxha,Olger | Senior | 29-Sep-2020 | Current State Analysis | Debrief, note clean up, and maturity ranking update from the architecture follow up meeting. | 1.0 |
| Hoxha,Olger | Senior | 29-Sep-2020 | Current State Analysis | Internal review session with Josephine to review observations within the draft report. | 1.0 |
| Hoxha,Olger | Senior | 29-Sep-2020 | Current State Analysis | Entered more initial observations into the draft report | 1.5 |
| Hoxha,Olger | Senior | 30-Sep-2020 | Current State Analysis | Entered more initial observations into the draft report. Finalized observations for 4 additional domains. | 4.0 |
| Hoxha,Olger | Senior | 30-Sep-2020 | Current State Analysis | Preparation for the data privacy follow up meeting. | 0.5 |
| Hoxha,Olger | Senior | 30-Sep-2020 | Current State Analysis | Attended the data privacy follow up | 0.5 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| | | | Analysis | meeting | |
| Hoxha,Olger | Senior | 30-Sep-2020 | Current State Analysis | Debrief, note clean up, and maturity ranking update from the data privacy follow up meeting. | 1.0 |
| Hoxha,Olger | Senior | 30-Sep-2020 | Current State Analysis | Internal review session with Josephine to review observations within the draft report. | 1.0 |
| Hoxha,Olger | Senior | 30-Sep-2020 | Current State Analysis | Entered more initial observations into the draft report | 2.0 |
| Bellon, Josephine | Manager | 28-Sep-2020 | Current State Analysis | Review current state benchmarking for 2 domains | 2.0 |
| Bellon, Josephine | Manager | 28-Sep-2020 | Current State Analysis | Review current state benchmarking for 2 domains | 2.0 |
| Bellon, Josephine | Manager | 28-Sep-2020 | Current State Analysis | Review current state benchmarking for 1 domain | 1.0 |
| Bellon, Josephine | Manager | 29-Sep-2020 | Current State Analysis | Review evidence and conduct follow-up meeting on Architecture | 1.0 |
| Bellon, Josephine | Manager | 29-Sep-2020 | Current State Analysis | Review and answer questions with Senior on current state analysis | 1.0 |
| Bellon, Josephine | Manager | 29-Sep-2020 | Current State Analysis | Review current state benchmarking for 2 domains | 2.0 |
| Bellon, Josephine | Manager | 29-Sep-2020 | Current State Analysis | Review current state benchmarking for 2 domains | 2.0 |
| Bellon, Josephine | Manager | 30-Sep-2020 | Current State Analysis | Review current state benchmarking for 2 domains | 2.0 |
| Bellon, Josephine | Manager | 30-Sep-2020 | Current State Analysis | Review current state benchmarking for 2 domains | 2.0 |
| Bellon, Josephine | Manager | 30-Sep-2020 | Current State Analysis | Privacy follow-up meeting and current state analysis question clarifications | 1.0 |
| Lawson,Olatunde | Senior Manager | 28-Sep-2020 | Current State Analysis | Review of artifacts provided by clients to demonstrate / support processes described in meetings from previous | 2.0 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| | | | | week | |
| Lawson,Olatunde | Senior Manager | 29-Sep-2020 | Current State Analysis | Review of findings with teams across domains | 1.0 |
| Lawson,Olatunde | Senior Manager | 30-Sep-2020 | Current State Analysis | attended meetings with client / process owners to understand current state capabilities for cyber domains (Client Contacts present: Kimberly Takwa, Trenille Brewer-Moore) | 2.0 |
| DePersiis, Brian | Partner/Principal | 21-Sep-2020 | Current State Analysis | Review draft project kick-off materials for cyber maturity assessment engagement | 2.0 |
| DePersiis, Brian | Partner/Principal | 29-Sep-2020 | Current State Analysis | Regroup with EY engagement team members to discuss proposed strategy and execution approach for cyber maturity assessment engagement deliverables and scope of overall work | 2.0 |
| DePersiis, Brian | Partner/Principal | 30-Sep-2020 | Current State Analysis | Review draft notes and outcomes from cyber maturity assessment meetings held to date with Purdue management points of contact re: cyber maturity assessment engagement scope and agreed upon deliverables | 2.0 |
| | | | | **Total Hours** | **218.5** |

*Employee Benefit Plan Audit*

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Christodoulakis,Sophia Alexis | Manager | 06 Aug 2020 | Employee Benefit Plan Audit | Review of planning items. | 3.4 |
| O'Brien,Peter | Senior | 06 Aug 2020 | Employee Benefit Plan Audit | Set up the Team Planning event for the plans | 0.6 |
| Benzel,Florence Gail | Senior Manager | 07 Aug 2020 | Employee Benefit Plan Audit | Participants: Tony Cannavina, Engagement Partner Roger Savell – EQR Florence Benzel – Senior Manager Sophia Christodoulakis – Manager Peter O'Brien - Senior Dana R Allinson - Staff Description: Team planning event, to review and approve the teams planning (including materiality, estimates, and testing approach) for the 2019 Purdue 401(k) plan audit | 0.3 |
| Cannavina,Anthony | Executive Director | 07 Aug 2020 | Employee Benefit Plan Audit | Team planning event, to review and approve the teams planning (including materiality, estimates, and testing approach) for the 2019Purdue plan audits.  Attendees: Roger Savell, Flo Benzel, Sophia Christodoulakis, Peter O'Brien, Dana Allinson. | 0.3 |
| Christodoulakis,Sophia Alexis | Manager | 07 Aug 2020 | Employee Benefit Plan Audit | Participants: Tony Cannavina, Engagement Partner Roger Savell – EQR Florence Benzel – Senior Manager Sophia Christodoulakis – Manager Peter O'Brien - Senior Dana R Allinson - Staff Description: Team planning event, to review and approve the teams | 0.3 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| | | | | planning (including materiality, estimates, and testing approach) for the 2019 Purdue 401(k) plan audit | |
| Christodoulakis,Sophia Alexis | Manager | 07 Aug 2020 | Employee Benefit Plan Audit | Review of planning & execution sections. | 3.5 |
| Christodoulakis,Sophia Alexis | Manager | 07 Aug 2020 | Employee Benefit Plan Audit | Creation of Billing schedule. | 2.7 |
| Chun,Sung Hwan | Staff/Assistant | 07 Aug 2020 | Employee Benefit Plan Audit | Actuary Scoping template review and update | 1.0 |
| O'Brien,Peter | Senior | 07 Aug 2020 | Employee Benefit Plan Audit | Participants: Tony Cannavina, Engagement Partner Roger Savell - EQR Florence Benzel – Senior Manager Sophia Christodoulakis – Manager Peter O'Brien - Senior Dana R Allinson - Staff Description: Team planning event, to review and approve the teams planning (including materiality, estimates, and testing approach) for the 2019 Purdue 401(k) plan audit | 0.3 |
| Savell,Roger B | Partner/Principal | 07 Aug 2020 | Employee Benefit Plan Audit | Participants: Tony Cannavina, Engagement Partner Roger Savell - EQR Florence Benzel – Senior Manager Sophia Christodoulakis – Manager Peter O'Brien - Senior Dana R Allinson - Staff Description: Team planning event, to review and approve the teams planning (including materiality, estimates, and testing approach) for the | 0.3 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| | | | | 2019 Purdue 401(k) plan audit | |
| Allinson, Dana R | Staff/Assistant | 07 Aug 2020 | Employee Benefit Plan Audit | Participants: Tony Cannavina, Engagement Partner Roger Savell - EQR Florence Benzel – Senior Manager Sophia Christodoulakis – Manager Peter O'Brien - Senior Dana R Allinson - Staff Description: Team planning event, to review and approve the teams planning (including materiality, estimates, and testing approach) for the 2019 Purdue 401(k) plan audit | 0.3 |
| Christodoulakis,Sophia Alexis | Manager | 10 Aug 2020 | Employee Benefit Plan Audit | Billing and engagement metrics | 2.0 |
| Chun,Sung Hwan | Staff/Assistant | 10 Aug 2020 | Employee Benefit Plan Audit | Actuary - analysis (mortality assumption) | 1.0 |
| Benzel,Florence Gail | Senior Manager | 11 Aug 2020 | Employee Benefit Plan Audit | Performed the general review of the audit planning including selections for testing, scoping of accounts, analytical review of account balances, and independence documents. | 2.6 |
| Benzel,Florence Gail | Senior Manager | 11 Aug 2020 | Employee Benefit Plan Audit | Call with Sophia Christodoulakis and Peter O'Brien to review the details of the transfer of assets from USBank to Fidelity in May 2019. | 0.5 |
| Christodoulakis,Sophia Alexis | Manager | 11 Aug 2020 | Employee Benefit Plan Audit | Billing and engagement metrics | 0.8 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Christodoulakis,Sophia Alexis | Manager | 11 Aug 2020 | Employee Benefit Plan Audit | Review of transfer calculation | 0.5 |
| Christodoulakis,Sophia Alexis | Manager | 11 Aug 2020 | Employee Benefit Plan Audit | EY Internal Meeting to discuss the transfer of assets from US bank to Fidelity. EY Team members: Florence Benzel Sophia Christodoulakis Peter O'Brien | 0.8 |
| Chun,Sung Hwan | Staff/Assistant | 11 Aug 2020 | Employee Benefit Plan Audit | Actuary - memo template | 1.2 |
| O'Brien,Peter | Senior | 11 Aug 2020 | Employee Benefit Plan Audit | Description: EY Internal Meeting to discuss the transfer of assets from US bank to Fidelity. EY Team members: Florence Benzel Sophia Christodoulakis Peter O'Brien | 0.5 |
| Yuan,Helen | Senior | 11 Aug 2020 | Employee Benefit Plan Audit | Review of Actuary analysis | 1.1 |
| Christodoulakis,Sophia Alexis | Manager | 12 Aug 2020 | Employee Benefit Plan Audit | Billing and engagement metrics | 1.0 |
| Christodoulakis,Sophia Alexis | Manager | 13 Aug 2020 | Employee Benefit Plan Audit | Reviewed status of planning items | 0.5 |
| Chun,Sung Hwan | Staff/Assistant | 13 Aug 2020 | Employee Benefit Plan Audit | Actuary - core team correspondence (follow-up items for the actuary; outstanding items) | 0.3 |
| Fox,Nicholas K. | Manager | 13 Aug 2020 | Employee Benefit Plan Audit | Review followups and analysis to date | 3.0 |
| O'Brien,Peter | Senior | 13 Aug 2020 | Employee Benefit Plan Audit | Reviewed Testing documents post EY executive review. Included requesting and performing additional benefit payment selections. | 2.6 |
| O'Brien,Peter | Senior | 13 Aug 2020 | Employee Benefit Plan Audit | Reviewed Walkthrough documents post EY executive review. | 4.7 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Chun,Sung Hwan | Staff/Assistant | 14 Aug 2020 | Employee Benefit Plan Audit | Actuary - core team follow-up items for initial analysis | 0.2 |
| O'Brien,Peter | Senior | 14 Aug 2020 | Employee Benefit Plan Audit | Reviewed walkthrough documents prepared by the staff. | 3.7 |
| O'Brien,Peter | Senior | 14 Aug 2020 | Employee Benefit Plan Audit | Review planning docs prior to executive review. | 2.3 |
| O'Brien,Peter | Senior | 14 Aug 2020 | Employee Benefit Plan Audit | Prepared EY required testing phase documents. | 2.0 |
| Yuan,Helen | Senior | 14 Aug 2020 | Employee Benefit Plan Audit | Review of Actuary analysis | 0.5 |
| Cannavina,Anthony | Executive Director | 17 Aug 2020 | Employee Benefit Plan Audit | Review of audit planning workpapers for the Purdue 401(k) Plan. | 4.2 |
| Chun,Sung Hwan | Staff/Assistant | 17 Aug 2020 | Employee Benefit Plan Audit | Actuary - discussion with core team (data request for benefit calculations), form 114 request | 0.7 |
| O'Brien,Peter | Senior | 17 Aug 2020 | Employee Benefit Plan Audit | Prepared the reconciliation of Assets workpaper. | 4.5 |
| O'Brien,Peter | Senior | 17 Aug 2020 | Employee Benefit Plan Audit | Reviewed the support received for the benefit payment testing for fidelity | 2.5 |
| Christodoulakis,Sophia Alexis | Manager | 18 Aug 2020 | Employee Benefit Plan Audit | Review of transfer details and differences to return comments to the client. | 1.0 |
| O'Brien,Peter | Senior | 18 Aug 2020 | Employee Benefit Plan Audit | Documented and reviewed our staff prepared SOC1 report reconciliations to our workpapers. | 3.7 |
| O'Brien,Peter | Senior | 18 Aug 2020 | Employee Benefit Plan Audit | Description: To go over open items for the Defined Contribution plan Participants: Sophia Christodoulakis, EY Peter O'Brien, EY | 0.3 |
| O'Brien,Peter | Senior | 18 Aug 2020 | Employee Benefit Plan Audit | Prepared the tie-out workbook for the financial statements | 4.0 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Christodoulakis,Sophia Alexis | Manager | 19 Aug 2020 | Employee Benefit Plan Audit | Review of issues related to 5500 reconciliation and transfer | 1.0 |
| Chun,Sung Hwan | Staff/Assistant | 19 Aug 2020 | Employee Benefit Plan Audit | Actuary - review of benefit calculation support from Fidelity, scoping template update for data items received, correspondence with core team for additional data | 4.0 |
| O'Brien,Peter | Senior | 19 Aug 2020 | Employee Benefit Plan Audit | Prepared workpapers for the reconciliation to the schedule 5500 | 3.5 |
| O'Brien,Peter | Senior | 19 Aug 2020 | Employee Benefit Plan Audit | Reviewed remaining benefit payment selections received 8-19-2020. Sent client updated open items relating to these. | 0.8 |
| O'Brien,Peter | Senior | 19 Aug 2020 | Employee Benefit Plan Audit | Client meeting to discuss benefit payment selections for the pension plan. Participants: Peter O'Brien, EY Lynn Kusinski, Purdue Dinah Warren, Purdue | 0.5 |
| Chun,Sung Hwan | Staff/Assistant | 20 Aug 2020 | Employee Benefit Plan Audit | Actuary - update with core team on timing; Deloitte sample benefit calculation analysis; Scoping template update (data items for Deloitte sample lives) | 6.0 |
| Yuan,Helen | Senior | 20 Aug 2020 | Employee Benefit Plan Audit | Reviewing benefit calculations | 1.0 |
| Benzel,Florence Gail | Senior Manager | 21 Aug 2020 | Employee Benefit Plan Audit | Re-reviewed documents to ensure comments were addressed and then either closed or re-opened those comments. Performed review over several additional planning documents | 1.2 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Benzel,Florence Gail | Senior Manager | 21 Aug 2020 | Employee Benefit Plan Audit | Team call with Sophia Christodoulakis and Peter O'Brien. We discussed how information technology systems tested by the corporate audit team and by third party service providers impacted audit strategies | 1.5 |
| Benzel,Florence Gail | Senior Manager | 21 Aug 2020 | Employee Benefit Plan Audit | Reviewed available planning documents related to a general understanding of the plan and our audit approach as well as our testing strategy. | 1.4 |
| Christodoulakis,Sophia Alexis | Manager | 21 Aug 2020 | Employee Benefit Plan Audit | Call with P. Obrien and subsequently F. Benzel regarding control testing | 0.7 |
| Christodoulakis,Sophia Alexis | Manager | 21 Aug 2020 | Employee Benefit Plan Audit | Clear 401k comments | 1.0 |
| Christodoulakis,Sophia Alexis | Manager | 21 Aug 2020 | Employee Benefit Plan Audit | Call with P. Obrien and subsequently F. Benzel regarding control testing | 0.8 |
| Christodoulakis,Sophia Alexis | Manager | 21 Aug 2020 | Employee Benefit Plan Audit | Review of planning pension | 4.0 |
| Chun,Sung Hwan | Staff/Assistant | 21 Aug 2020 | Employee Benefit Plan Audit | Actuary - benefit calculation review (sample lives Laskowski, Sloan, Tevlin, Toth, Philbrook, Treglia) | 4.0 |
| O'Brien,Peter | Senior | 21 Aug 2020 | Employee Benefit Plan Audit | Call with S. Christodoulakis and subsequently F. Benzel regarding control testing | 0.7 |
| O'Brien,Peter | Senior | 21 Aug 2020 | Employee Benefit Plan Audit | Call with S. Christodoulakis and subsequently F. Benzel regarding control testing | 0.8 |
| Christodoulakis,Sophia Alexis | Manager | 22 Aug 2020 | Employee Benefit Plan Audit | Review of 401k file | 2.0 |
| Christodoulakis,Sophia Alexis | Manager | 22 Aug 2020 | Employee Benefit Plan Audit | Review of defined benefit plan file | 0.5 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Benzel,Florence Gail | Senior Manager | 23 Aug 2020 | Employee Benefit Plan Audit | Reviewed key testing areas of benefit payments and participant contributions | 1.0 |
| Benzel,Florence Gail | Senior Manager | 23 Aug 2020 | Employee Benefit Plan Audit | Reviewed testing strategy planned by the team as documented in the audit file as well as execution of such procedures | 1.5 |
| Christodoulakis,Sophia Alexis | Manager | 24 Aug 2020 | Employee Benefit Plan Audit | Clear comments in file | 2.0 |
| Chun,Sung Hwan | Staff/Assistant | 24 Aug 2020 | Employee Benefit Plan Audit | Actuary - sample life benefit calculations | 3.4 |
| Bansal,Swati | Senior | 26 Aug 2020 | Employee Benefit Plan Audit | Checking Benefit Calculations provided by Actuary | 2.0 |
| Chun,Sung Hwan | Staff/Assistant | 26 Aug 2020 | Employee Benefit Plan Audit | Actuary - scoping and tracking tool updated for additional benefit calculation support | 2.0 |
| O'Brien,Peter | Senior | 26 Aug 2020 | Employee Benefit Plan Audit | Reviewed and addressed executive comments left in the workpapers. | 3.5 |
| O'Brien,Peter | Senior | 26 Aug 2020 | Employee Benefit Plan Audit | Reviewed executive comments left in the workpapers. | 4.0 |
| Bansal,Swati | Senior | 27 Aug 2020 | Employee Benefit Plan Audit | Checking Benefit Calculations provided by Actuary | 3.0 |
| Bansal,Swati | Senior | 27 Aug 2020 | Employee Benefit Plan Audit | Checking Mortality Assumption support | 1.0 |
| Chun,Sung Hwan | Staff/Assistant | 27 Aug 2020 | Employee Benefit Plan Audit | Actuary - mortality analysis, memo template update for mortality section, benefit calculation update (sample life Cullen) | 1.5 |
| Fox,Nicholas K. | Manager | 27 Aug 2020 | Employee Benefit Plan Audit | Actuary executive review | 2.0 |
| O'Brien,Peter | Senior | 28 Aug 2020 | Employee Benefit Plan Audit | Reviewed and addressed executive comments left in the workpapers. | 4.0 |
| Chun,Sung Hwan | Staff/Assistant | 31 Aug 2020 | Employee Benefit | Actuary - benefit calculation (Fidelity | 1.5 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| | | | Plan Audit | sample lives) | |
| Nguyen,Dominic Lee | Senior | 31 Aug 2020 | Employee Benefit Plan Audit | Actuary - memo template | 0.6 |
| Bansal,Swati | Senior | 01 Sep 2020 | Employee Benefit Plan Audit | Checking Pending Benefit Calculations | 2.0 |
| Chun,Sung Hwan | Staff/Assistant | 03 Sep 2020 | Employee Benefit Plan Audit | Actuary - memo template | 1.5 |
| Christodoulakis,Sophia Alexis | Manager | 05 Sep 2020 | Employee Benefit Plan Audit | Respond to client email. | 0.5 |
| Chun,Sung Hwan | Staff/Assistant | 08 Sep 2020 | Employee Benefit Plan Audit | Actuary - memo template, form 442, work papers | 2.0 |
| Bansal,Swati | Senior | 09 Sep 2020 | Employee Benefit Plan Audit | Reviewing final memo and work papers to deliver to core team | 4.5 |
| Chun,Sung Hwan | Staff/Assistant | 10 Sep 2020 | Employee Benefit Plan Audit | Actuary - internal discussion (timing, findings) | 1.0 |
| Fox,Nicholas K. | Manager | 10 Sep 2020 | Employee Benefit Plan Audit | Actuary executive review | 5.0 |
| Zee,Ena | Executive Director | 10 Sep 2020 | Employee Benefit Plan Audit | Retirement plan review of plan accounting | 0.5 |
| Bansal,Swati | Senior | 14 Sep 2020 | Employee Benefit Plan Audit | Updating final deliverable as per Reviewer comments | 1.0 |
| Chun,Sung Hwan | Staff/Assistant | 14 Sep 2020 | Employee Benefit Plan Audit | Actuary - submission process (work papers, memo template update) | 1.0 |
| Zee,Ena | Executive Director | 14 Sep 2020 | Employee Benefit Plan Audit | Retirement plan - review of analyses for the assumptions, reconciliation of benefit obligation and retirement benefit calculation. related review of the memo and work papers | 3.5 |
| Bansal,Swati | Senior | 15 Sep 2020 | Employee Benefit Plan Audit | Reviewing final deliverable before sending to core team | 0.5 |
| Chun,Sung Hwan | Staff/Assistant | 15 Sep 2020 | Employee Benefit | Actuary - work paper and memo | 0.7 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| | | | Plan Audit | submission | |
| Savell,Roger B | Partner/Principal | 15 Sep 2020 | Employee Benefit Plan Audit | Quality review - planning section of 401k plan. | 1.0 |
| Christodoulakis,Sophia Alexis | Manager | 21 Sep 2020 | Employee Benefit Plan Audit | Review audit file | 1.0 |
| Christodoulakis,Sophia Alexis | Manager | 27 Sep 2020 | Employee Benefit Plan Audit | Review planning and execution stages of the file | 2.4 |
| Christodoulakis,Sophia Alexis | Manager | 28 Sep 2020 | Employee Benefit Plan Audit | Update with P. O'Brien regarding open items. | 1.0 |
| O'Brien,Peter | Senior | 28 Sep 2020 | Employee Benefit Plan Audit | Update with S. Christodoulakis regarding open items | 1.0 |
| Benzel,Florence Gail | Senior Manager | 29 Sep 2020 | Employee Benefit Plan Audit | Reviewed the draft financial statements | 0.7 |
| Christodoulakis,Sophia Alexis | Manager | 29 Sep 2020 | Employee Benefit Plan Audit | Review financial statement ballots | 0.5 |
| Christodoulakis,Sophia Alexis | Manager | 29 Sep 2020 | Employee Benefit Plan Audit | Discussion re open items. | 1.0 |
| O'Brien,Peter | Senior | 29 Sep 2020 | Employee Benefit Plan Audit | Performed updated independence procedures | 8.8 |
| Christodoulakis,Sophia Alexis | Manager | 30 Sep 2020 | Employee Benefit Plan Audit | Review of financial statements and provide comments to the client. | 1.2 |
| | | | | **Total** | **176.4** |

**EXHIBIT E**

**EXPENSE DETAIL**

|  | Transaction Date | Category Description | Expense Amount | Description |
|---|---|---|---|---|
| Intra-firm billing | 03 Sep 2020 | Other | $300.00 | Engagement of internal specialist to review Service Organization reports to rely on third-party controls |
| Intra-firm billing | 03 Sep 2020 | Other | $300.00 | Engagement of internal specialist to review Service Organization reports to rely on third-party controls |
|  |  | **Total** | **$600.00** |  |