**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **PURDUE PHARMA L.P., et al.,**[1] | ) | **Case No. 19-23649 (RDD)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

**THIRTEENTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | September 1, 2020 through September 30, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
| --- | --- |
| Total Compensation Incurred | $64,025.39[2] |
| Less 20% Holdback | $12,805.08 |
| Total Reimbursement Requested | 0.00 |
| Total Compensation and Reimbursement Requested in this Statement | $51,220.31 |

**This is a(n):**  <u>X</u> Monthly Application  ___  Interim Application  ___  Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from September 1, 2020 Through September 30, 2020* (this "**Fee Statement**").[3]  By this Fee Statement, A&P seeks (i) compensation in the

---

[2]  This amount reflects a reduction in fees in the amount of $11,298.61 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]  The period from September 1, 2020, through and including September 30, 2020, is referred to herein as the "**Fee Period**.".

amount of $51,220.31 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $64,025.39) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $64,025.39 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $51,220.31.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $926.93.[4]  The blended hourly billing rate of all paraprofessionals is $335.75.[5]

3.      A&P did not incur or disburse any expenses during the Fee Period.

4.      Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

## **Notice**

5.       A&P will provide notice of this Fee Statement in accordance with the Interim

Compensation Order. A&P submits that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $51,220.31, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $64,025.39) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

November 3, 2020                                  Respectfully submitted,


                                        By:   /s/ Rory Greiss
                                              **ARNOLD & PORTER KAYE SCHOLER LLP**
                                              Rory Greiss
                                              250 West 55th Street
                                              New York, New York 10019
                                              rory.greiss@arnoldporter.com

                                              **-AND-**

                                              Rosa J. Evergreen
                                              601 Massachusetts Ave, NW
                                              Washington, DC 2001-3743
                                              rosa.evergreen@arnoldporter.com

                                              ***Special Counsel to the Debtors***

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous | 42.90 | $41,060.95 |
| Commercial Contracts Advice | 5.10 | $4,460.80 |
| Project Hawk | 3.60 | $3,610.80 |
| Project Catalyst | 1.80 | $1,614.15 |
| Amendment to Shionogi Collaboration | 3.60 | $2,769.30 |
| Project Plato | 0.20 | $158.95 |
| Retention and Fee Applications | 15.90 | $6,862.47 |
| Project Kelp III | 4.20 | $3,487.97 |
| **Total[6]** | **77.30** | **$64,025.39** |

---

[6]  This amount reflects a reduction in fees in the amount of $11,298.61 on account of voluntary discounts as described in the Retention Application.

## **Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Coutu, Stephanie | Partner | 1997 | 935.00 | 0.2 | $187.00 |
| Evergreen, Rosa J. | Partner | 2005 | 950.00 | 1.40 | $1,330.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,350.00 | 0.90 | $1,215.00 |
| Greiss, Rory | Partner | 1981 | 1,180.00 | 46.30 | $54,634.00 |
| Rothman, Eric | Counsel | 2008 | 905.00 | 9.70 | $8,778.50 |
| Boyce, Monique | Associate | 2016 | 760.00 | 0.90 | $684.00 |
| Clements, Ginger | Associate | 2016 | 700.00 | 0.50 | $350.00 |
| Zausner, Ethan | Associate | 2017 | 700.00 | 4.00 | $2,800.00 |
| Yang, Jae | Associate | 2020 | 500.00 | 0.50 | $250.00 |
| Reddix, Darrell | Legal Assistant | | 395.00 | 12.90 | $5,095.50 |
| **Total** | | | | **77.30** | **$75,324.00** |
| Less 15% Discount and additional voluntary discount | | | | | ($11,298.61) |
| **Discounted Total** | | | | | **$64,025.39** |
| Less 20% Holdback | | | | | ($12,805.08) |
| **Total Amount Requested Herein** | | | | | **$51,220.31** |

**<u>Exhibit C</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

Purdue Pharma L.P.                                    October 31, 2020
Philip C. Strassburger, Esq.                      Invoice # 30118764
One Stamford Forum                                  EIN 53-0208605
Dept. VN: 1008442
Stamford, CT  06901-3431


Client/Matter # 1049218.00001

Miscellaneous

1000000570


| | | |
|---|---|---|
| **For Legal Services Rendered through September 30, 2020** | $ | 48,307.00 |
| Less Discount: | | -7,246.05 |
| **Fee Total** | | 41,060.95 |
| **Total Amount Due** | $ | 41,060.95 |


**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 31, 2020                                                                    Invoice # 30118764

**(1049218.00001)**
Miscellaneous

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 09/02/20 | 0.80 | Correspondence re: sublicense agreement with R. Inz and R. Kreppel (.4); review sublicense draft (.4). |
| Rory Greiss | 09/03/20 | 3.50 | Correspondence with R. Kreppel re: preparing Quality Agreement and Pharmacovigilance Agreement (.3); review precedents (1.0) and correspondence with R. Inz re: same (.2); draft Pharmacovigilance Agreement (2.0). |
| Rory Greiss | 09/04/20 | 4.70 | Prepare draft of Pharmacovigilance Agreement (2.5); prepare draft of Quality Agreement (1.8); correspondence with R. Kreppel and R. Inz re: drafts (.4). |
| Rory Greiss | 09/08/20 | 2.30 | Review, revise drafts of Quality Agreement (1.5) and review, revise drafts of Pharmacovigilance Agreement (.8). |
| Rory Greiss | 09/10/20 | 4.20 | Correspondence with P. Strassburger, R. Kreppel re: original formulation (.6); telephone conferences with R. Kreppel re: settlement agreements (.7); review settlement agreements, patent license agreements and distribution and supply agreements (2.1); draft memos to P. Strassburger and R. Kreppel re: answers to questions (.8). |
| Rory Greiss | 09/14/20 | 1.20 | Review materials re: questions on original formulation settlement agreements (.9); correspondence with R. Inz and others re: same (.3). |
| Rory Greiss | 09/15/20 | 1.40 | Teleconference with R. Kreppel re: various open matters (.8) and correspondence with E. Rothman, R. Aleali and K. McCarthy re: same (.6). |
| Rory Greiss | 09/16/20 | 0.60 | Update call with E. Rothman, R. Aleali and K. McCarthy re: open matters we're handling. |
| Rory Greiss | 09/16/20 | 3.80 | Review, revise sublicense agreement draft (1.9); correspondence with R. Inz and E. Zausner re: revisions (.4); review, revise license agreement template (.7); correspondence with E. Rothman, J. Yang re: same (.8). |
| Rory Greiss | 09/17/20 | 1.50 | Review, analyze sections of sublicense agreement draft to compare with underlying license agreement with respect to royalties and reporting issues (1.1); correspondence with E. Zausner re: revising draft in accordance with R. Inz comments (.4). |
| Ethan Zausner | 09/17/20 | 0.70 | Review, analyze updated draft of sublicense agreement in light of client email (.5); draft email response re same to team (.2). |

October 31, 2020                                                        Invoice # 30118764

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 09/18/20 | 2.60 | Review, analyze revised draft of sublicense prepared by E. Zausner to provide feedback (.9); review further revised draft prepared by E. Zausner after comments (1.0); correspondence with R. Inz and R. Kreppel re: revisions (.7). |
| Ethan Zausner | 09/18/20 | 2.50 | Review, revise draft of sublicense (1.9); correspondence with A&P team re: same (.6). |
| Rory Greiss | 09/21/20 | 1.50 | Correspondence with R. Inz regarding open matters including whether bankruptcy court approval may be required for various agreements being negotiated (.5); review amendment draft (.9) forward to R. Inz (.1). |
| Rory Greiss | 09/21/20 | 2.20 | Review, revise Sublicense Agreement (1.0); review, revise license agreement template (1.2). |
| Ethan Zausner | 09/21/20 | 0.80 | Review, revise sublicense (.5); correspondence with A&P team re: same (.3). |
| Jae Yang | 09/21/20 | 0.10 | Review, analyze latest draft of amended and restated license agreement. |
| Rory Greiss | 09/22/20 | 1.50 | Correspondence with R. Inz re: confidentiality agreements (.5); review various CDAs entered into by Purdue (1.0). |
| Rory Greiss | 09/23/20 | 2.30 | Review, revise pharmacovigilance agreement (1.1); review, revise quality agreement (1.2). |
| Rory Greiss | 09/24/20 | 0.70 | Correspondence with R. Inz re: license agreement and sublicense agreement provisions. |
| Rory Greiss | 09/25/20 | 0.40 | Correspondence with R. Aleali and E. Rothman re: possible licensing transaction. |
| Rory Greiss | 09/26/20 | 0.50 | Correspondence with R. Inz re: potential revisions to licenses and sublicenses. |
| Rory Greiss | 09/26/20 | 1.10 | Telephone conference with E. Rothman re: potential licensing deal (.4); review draft term sheet provided by potential licensor (.7). |
| Rory Greiss | 09/29/20 | 0.90 | Correspond with E. Rothman re: certain provisions of draft agreement (.4); videoconference with R. Inz, R. Kreppel, B. Koch, E. Rothman, J. Yang re: license agreements with IACs (.5). |
| Eric Rothman | 09/29/20 | 0.20 | Teleconference with R. Greiss, R. Inz, J. Yang, R. Kreppel, and Bruce Koch to discuss licenses. |
| Jae Yang | 09/29/20 | 0.40 | Teleconference with R. Greiss, R. Inz, E. Rothman, R. Kreppel, and Bruce Koch to discuss licenses (in part). |
| Rory Greiss | 09/30/20 | 0.50 | Review, revise license agreements (.5). |

**Total Hours**          **42.90**

October 31, 2020                                                                          Invoice # 30118764

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 38.20 | 1,180.00 | 45,076.00 |
| Eric Rothman | 0.20 | 905.00 | 181.00 |
| Jae Yang | 0.50 | 500.00 | 250.00 |
| Ethan Zausner | 4.00 | 700.00 | 2,800.00 |
| **TOTAL** | **42.90** | | **48,307.00** |

**Total Current Amount Due**                                              **$41,060.95**

# Arnold&Porter

Purdue Pharma L.P.                                                      October 31, 2020
Attn: Maria Barton                                                  Invoice # 30118765
General Counsel                                                      EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00117

Commercial Contracts Advice

20170001233


| | | |
|---|---|---|
| **For Legal Services Rendered through September 30, 2020** | $ | 5,248.00 |
| Discount: | | -787.20 |
| **Fee Total** | | 4,460.80 |
| **Total Amount Due** | $ | 4,460.80 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                     Arnold & Porter Kaye Scholer LLP
                                      P.O. Box 759451
                                      Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 31, 2020                                                                    Invoice # 30118765

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 09/29/20 | 0.30 | Review correspondence from K. McCarthy re: review of Master Services Agreement (.3). |
| Eric Rothman | 09/29/20 | 1.20 | Review, analyze CRO Master Services Agreement (1.2). |
| Rory Greiss | 09/30/20 | 2.00 | Review Master Services Agreement as revised by E. Rothman (.8); add revisions to Master Services Agreement draft (1.2). |
| Eric Rothman | 09/30/20 | 1.60 | Review, analyze CRO Master Services Agreement. |
| **Total Hours** | | **5.10** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 2.30 | 1,180.00 | 2,714.00 |
| Eric Rothman | 2.80 | 905.00 | 2,534.00 |
| **TOTAL** | **5.10** | | **5,248.00** |

**Total Current Amount Due**                                          $4,460.80

# Arnold&Porter

Purdue Pharma L.P.
Attn: Maria Barton
General Counsel
One Stamford Forum
Dept. VN:  1008442
Stamford, CT  06901-3431

October 31, 2020
Invoice # 30118766
EIN 53-0208605

Client/Matter # 1049218.00128

Project Hawk

20200002836

| | | |
|---|---|---|
| For Legal Services Rendered through September 30, 2020 | $ | 4,248.00 |
| Discount: | | -637.20 |
| Fee Total | | 3,610.80 |
| Total Amount Due | $ | 3,610.80 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:
Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

October 31, 2020

**(1049218.00128)**
Project Hawk

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 09/11/20 | 2.40 | Review correspondence from R. Inz (.3); review files re: various HRT agreements (.5); review HRT agreement provisions(1.0); prepare list of agreements for R. Inz (.6). |
| Rory Greiss | 09/22/20 | 1.20 | Review, revise amendment to agreement (.5); correspondence with R. Inz re same (.7) and review amendment provisions (.5). |

**Total Hours**      **3.60**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 3.60 | 1,180.00 | 4,248.00 |
| **TOTAL** | **3.60** | | **4,248.00** |

**Total Current Amount Due**      **$3,610.80**

# Arnold&Porter

Purdue Pharma L.P.                                  October 31, 2020
Philip Strassburger, Esq.                        Invoice # 30118767
One Stamford Forum                                EIN 53-0208605
Stamford, CT  06901-3431

Client/Matter # 1049218.00132

Project Catalyst

20200002830

| | | |
|---|---|---|
| **For Legal Services Rendered through September 30, 2020** | $ | 1,899.00 |
| Discount: | | -284.85 |
| **Fee Total** | | 1,614.15 |
| **Total Amount Due** | $ | 1,614.15 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

October 31, 2020

Invoice # 30118767

## (1049218.00132)
Project Catalyst

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Deborah L. Feinstein | 09/05/20 | 0.20 | Review, comment on APA. |
| Monique Boyce | 09/06/20 | 0.50 | Review documents for clean room designations. |
| Monique Boyce | 09/08/20 | 0.10 | Project Catalyst: Review documents for clean room designations. |
| Monique Boyce | 09/11/20 | 0.20 | Project Catalyst: Review documents for clean room designations. |
| Deborah L. Feinstein | 09/12/20 | 0.70 | Review bankruptcy filing re: sale of plant. |
| Monique Boyce | 09/12/20 | 0.10 | Review documents for clean room designations. |
| **Total Hours** | | **1.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Deborah L. Feinstein | 0.90 | 1,350.00 | 1,215.00 |
| Monique Boyce | 0.90 | 760.00 | 684.00 |
| **TOTAL** | **1.80** | | **1,899.00** |

**Total Current Amount Due**                                         $1,614.15

# Arnold&Porter

Purdue Pharma L.P.
Attn: Phillip C. Strassburger
Vice President & General Counsel
Purdue Pharma L.P.
One Stamford Forum
Stamford, CT  06901

October 31, 2020
Invoice # 30118768
EIN 53-0208605

**Client/Matter # 1049218.00144**

Amendment to Shionogi Collaboration

20190002605

| | | |
|---|---|---|
| **For Legal Services Rendered through September 30, 2020** | $ | 3,258.00 |
| Discount: | | <u>-488.70</u> |
| **Fee Total** | | 2,769.30 |
| **Total Amount Due** | $ | <u>2,769.30</u> |

**Wire Transfer Instructions:**

Account Name:     Arnold & Porter Kaye Scholer LLP
Bank Info:          Wells Fargo Bank NA
                        420 Montgomery Street
                        San Francisco, CA  94104
Account Number:  4127865475
ABA Number:       121000248
Swift Code:         WFBIUS6S

**Or Remit To:**
Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  <u>**Invoice@arnoldporter.com**</u>

October 31, 2020                                                                 Invoice # 30118768

## (1049218.00144)
Amendment to Shionogi Collaboration

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 09/01/20 | 1.30 | Review, revise Amendment to Agreement. |
| Eric Rothman | 09/02/20 | 1.10 | Review, revise Amendment to Agreement. |
| Eric Rothman | 09/03/20 | 1.20 | Review, revise Amendment to Agreement. |
| **Total Hours** | | **3.60** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 3.60 | 905.00 | 3,258.00 |
| **TOTAL** | **3.60** | | **3,258.00** |

**Total Current Amount Due**                                          $2,769.30

# Arnold&Porter

Purdue Pharma L.P.                                          October 31, 2020
Attn: Roxana Aleali                                     Invoice # 30118769
Associate General Counsel                               EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431


Client/Matter #  1049218.00146

Project Plato

20190002672


| | | |
|---|---|---|
| For Legal Services Rendered through September 30, 2020 | $ | 187.00 |
| Discount: | | -28.05 |
| Fee Total | | 158.95 |
| Total Amount Due | $ | 158.95 |


Wire Transfer Instructions:

|  | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

Please include invoice number on all remittances

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

October 31, 2020                                                                 Invoice # 30118769

(1049218.00146)
Project Plato

Legal Services:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Stephanie W. Coutu | 09/21/20 | 0.20 | Correspondence with client re beneficial ownership. |
| Total Hours | | 0.20 | |

Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Stephanie W. Coutu | 0.20 | 935.00 | 187.00 |
| TOTAL | 0.20 | | 187.00 |

Total Current Amount Due                                                         $158.95

Page 1

# Arnold&Porter

Purdue Pharma L.P.
Attn: Philip Strassburger
Vice President and General Counsel
One Stamford Forum
Stamford, CT  06901-3431

October 31, 2020
Invoice # 30118770
EIN 53-0208605

Client/Matter # 1049218.00148

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| For Legal Services Rendered through September 30, 2020 | $ | 8,073.50 |
| Discount: | | -1,211.03 |
| Fee Total | | 6,862.47 |
| Total Amount Due | $ | 6,862.47 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

October 31, 2020                                                              Invoice # 30118770

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rosa J. Evergreen | 09/02/20 | 0.20 | Review, analyze fee statement. |
| Darrell B. Reddix | 09/02/20 | 3.30 | Prepare eleventh monthly fee statement including exhibits. |
| Rory Greiss | 09/03/20 | 0.50 | Review, revise August diary narratives. |
| Rosa J. Evergreen | 09/03/20 | 0.20 | Review monthly fee statement filing. |
| Darrell B. Reddix | 09/03/20 | 1.10 | Prepare eleventh monthly fee statement for filing (.9); serve same (.2). |
| Ginger Clements | 09/04/20 | 0.10 | Correspond with D. Reddix re fee statement. |
| Rosa J. Evergreen | 09/09/20 | 0.30 | Review fee application order (.2); correspond with A&P team on fee statements (.1). |
| Darrell B. Reddix | 09/09/20 | 2.50 | Prepare Twelfth monthly fee statement including exhibits. |
| Darrell B. Reddix | 09/10/20 | 2.00 | Prepare Twelfth monthly fee statement including exhibits. |
| Rosa J. Evergreen | 09/17/20 | 0.20 | Review fee application procedures (.1) correspond with A&P team re: deadlines (.1). |
| Ginger Clements | 09/21/20 | 0.10 | Correspond with A&P team re invoice review. |
| Rosa J. Evergreen | 09/21/20 | 0.10 | Review, analyze August fee statement. |
| Ginger Clements | 09/22/20 | 0.30 | Review, analyze invoices re compliance with U.S. Trustee guidelines. |
| Rosa J. Evergreen | 09/22/20 | 0.10 | Correspond with A&P team re August invoices. |
| Darrell B. Reddix | 09/22/20 | 1.00 | Prepare twelfth monthly fee report, including exhibits. |
| Rory Greiss | 09/30/20 | 0.60 | Review draft of monthly statement for August (.4); correspondence with D. Reddix re: draft (.2). |
| Rosa J. Evergreen | 09/30/20 | 0.30 | Review, analyze August fee statement. |
| Darrell B. Reddix | 09/30/20 | 3.00 | Prepare Twelfth monthly fee statement including exhibits. |
| **Total Hours** | | **15.90** | |

Page 1

October 31, 2020                                                                      Invoice # 30118770

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 1.40 | 950.00 | 1,330.00 |
| Rory Greiss | 1.10 | 1,180.00 | 1,298.00 |
| Ginger Clements | 0.50 | 700.00 | 350.00 |
| Darrell B. Reddix | 12.90 | 395.00 | 5,095.50 |
| **TOTAL** | **15.90** | | **8,073.50** |

**Total Current Amount Due**                                                              **$6,862.47**

# Arnold&Porter

Purdue Pharma L.P.                                           October 31, 2020
Attn: Roxana Aleali                                      Invoice # 30118771
Associate General Counsel                                  EIN 53-0208605
One Stamford Forum
Stamford, CT  06901

Client/Matter # 1049218.00151

Project Kelp III

| | | |
|---|---|---|
| **For Legal Services Rendered through September 30, 2020** | **$** | **4,103.50** |
| Discount: | | <u>-615.53</u> |
| **Fee Total** | | **3,487.97** |
| **Total Amount Due** | **$** | <u>**3,487.97**</u> |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**        Arnold & Porter Kaye Scholer LLP
                        P.O. Box 759451
                        Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **<u>Invoice@arnoldporter.com</u>**

October 31, 2020

**(1049218.00151)**
Project Kelp III

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 09/25/20 | 1.40 | Review of Project Kelp III materials. |
| Eric Rothman | 09/28/20 | 1.70 | Review of Project Kelp III materials. |
| Rory Greiss | 09/29/20 | 1.10 | Review provisions of prior agreements with Kelp in connection with potential development agreement (.5); discuss structure with E. Rothman (.3); correspondence with K. McCarthy re: same (.3). |

**Total Hours**            4.20

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Partner** | | | | |
| Rory Greiss | | 1.10 | 1,180.00 | 1,298.00 |
| Eric Rothman | | 3.10 | 905.00 | 2,805.50 |
| | Subtotal: | **4.20** | | **4,103.50** |
| **TOTAL** | | **4.20** | | **4,103.50** |

**Total Current Amount Due**                                    $3,487.97