| | |
|---|---|
| DAVIS POLK & WARDWELL LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Marshall S. Huebner | Ira S. Dizengoff |
| Benjamin S. Kaminetzky | Arik Preis |
| James I. McClammy | Mitchell P. Hurley |
| Marc J. Tobak | Joseph L. Sorkin |
| Gerard X. McCarthy | Sara L. Brauner |
| Garrett L. Cardillo | One Bryant Park |
| 450 Lexington Avenue | New York, New York 10036 |
| New York, NY 10017 | Telephone: (212) 872-1000 |
| Telephone: (212) 450-4000 | Facsimile: (212) 872-1002 |
| Facsimile: (212) 701-5800 | |
| *Counsel to the Debtors* | *Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

**NOTICE OF AGREEMENT BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING PRIVILEGE MOTIONS AND ADJOURNMENT OF HEARING WITH RESPECT TO REMAINING <u>PRIVILEGE DISPUTES AS TO THE SACKLERS</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE NOTICE** that, on September 30, 2020, the Official Committee of Unsecured Creditors (the "Official Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Failure of the Sacklers and the Debtors to Demonstrate Documents Identified on Logs Are Privileged* [ECF No. 1752] (the "Challenges Motion") and the *Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for* In Camera *Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privilege* [ECF No. 1753] (the "Exceptions Motion" and, together with the Challenges Motion, the "Privilege Motions"), seeking orders of the Court compelling the Debtors, on the one hand, and the Sacklers,[2] on the other hand, to provide to the Official Committee certain documents with respect to which the Debtors and the Sacklers were asserting claims of privilege.

**PLEASE TAKE FURTHER NOTICE** that, on October 15, 2020, the Debtors filed the *Debtors' Omnibus Objection to the Official Committee's Motions to Compel Production of the Debtors' Privileged Documents and Cross-Motion for a Protective Order* [ECF No. 1808] (the "Cross-Motion" and, together with the Privilege Motions, the "Motions"). Between October 14, 2020 and October 15, 2020, the Sacklers filed objections to the Privilege Motions (the "Objections").[3]

---

[2] As used herein, the term "Sacklers" refers collectively to Side A and Side B, in each case as defined in the Privilege Motions.

[3] The Objections are: (i) *Objection of Mortimer Sackler Initial Covered Sackler Persons to the Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for* In Camera *Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privileged* [ECF No. 1804]; (ii) *Objection of Mortimer Sackler Initial Covered Sackler Persons to the Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents or for* In Camera *Review, Based on Failure of the Sacklers and the Debtors to Demonstrate Documents Identified on Logs Are Privileged* [ECF No. 1806]; (iii) *The Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' General Challenges Motion* [ECF No.

2

**PLEASE TAKE FURTHER NOTICE** that, on October 26, 2020, the Court entered the *Stipulation and Agreed Order Regarding Amended Briefing Schedule in the Chapter 11 Cases* [ECF No. 1848] (the "Scheduling Stipulation"), pursuant to which, pending discussion among the parties: (i) the Official Committee was required to file replies in support of the Privilege Motions and objections to the Cross-Motion by 11:59 p.m. on November 5, 2020; (ii) the Debtors and the Sacklers were permitted to file sur-replies with respect to the Privilege Motions, and the Debtors were required to file a reply in support of the Cross-Motion, by 12:00 p.m. on November 13, 2020; and (iii) the hearing on the Motions, which was originally scheduled for October 28, 2020 was adjourned to November 17, 2020.

**PLEASE TAKE FURTHER NOTICE** that, on November 5, 2020, the Official Committee and the Debtors reached an agreement (the "Debtor Privilege Resolution") regarding the relief sought in the Privilege Motions as to the Debtors and the relief sought in the Cross-Motion. Accordingly, the Debtors and the Official Committee intend to file a stipulation setting forth in detail the terms of the Debtor Privilege Resolution in the near term, and the Motions, as they relate to the Debtors, will not proceed to hearing.

**PLEASE TAKE FURTHER NOTICE** that, in light of the Debtor Privilege Resolution, among other things, the Official Committee and the Sacklers have agreed that: (i) the deadline to file replies in support of the Privilege Motions as they relate to the Sacklers shall be November 18, 2020; (ii) the Sacklers' deadline to file sur-replies regarding the Privilege Motions shall be December 9, 2020; and (iii) the hearing on the Privilege Motions as between the Official Committee and the Sacklers, which previously had been scheduled for November 17, 2020 pursuant to the Scheduling Stipulation, shall be adjourned to **10:00 a.m. on December 15, 2020**.

---

1810]; and (iv) *The Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' Exceptions Motion* [ECF No. 1811].

Dated:  New York, New York
November 6, 2020

Respectfully submitted,

| DAVIS POLK & WARDWELL LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| By:  /s/ Benjamin S. Kaminetzky | By:  /s/ *Arik Preis* |
| | |
| Marshall S. Huebner | Ira S. Dizengoff |
| Benjamin S. Kaminetzky | Arik Preis |
| James I. McClammy | Mitchell P. Hurley |
| Marc J. Tobak | Joseph L. Sorkin |
| Gerard X. McCarthy | Sara L. Brauner |
| Garrett L. Cardillo | One Bryant Park |
| 450 Lexington Avenue | New York, New York 10036 |
| New York, NY 10017 | Telephone: (212) 872-1000 |
| Telephone: (212) 450-4000 | Facsimile: (212) 872-1002 |
| Facsimile: (212) 701-5800 | |
| | |
| *Counsel to the Debtors* | *Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.*, et al. |