```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                   WESTERN DISTRICT OF VIRGINIA
                        Abingdon Division

---------------------------------x
                                 :
UNITED STATES OF AMERICA,        :
                                 :
       Plaintiff,                :
                                 :
v.                               :  1:07CR29
                                 :
PURDUE FREDERICK COMPANY, et al.,:
                                 :
       Defendant.                :  Abingdon, Virginia
                                 :  July 20, 2007
---------------------------------x  1:00 p.m.
```

                        SENTENCING
        BEFORE THE HONORABLE JAMES P. JONES
         CHIEF UNITED STATES DISTRICT JUDGE

APPEARANCES:

        S. RANDALL RAMSEYER, Esquire
        RICK A. MOUNTCASTLE, Esquire
        Assistant U.S. Attorneys
        180 West Main Street, Room 104
        Abingdon, Virginia 24210
            For the United States of America.

        HOWARD M. SHAPIRO, Esquire
        KIMBERLY A. PARKER, Esquire
        WilmerHale
        1875 Pennsylvania Avenue, N.W.
        Washington, D.C., 20006
            Counsel for the Defendant Purdue Frederick.

Proceedings recorded by Stenography, transcript
produced by computer.

**BRIDGET A. DICKERT**
**UNITED STATES COURT REPORTER**
**180 WEST MAIN STREET, ROOM 104**
**ABINGDON, VIRGINIA 24210**
**(276) 628-5115**

PDD1712901164

NON-CONFIDENTIAL

1   APPEARANCES (cont.):

2       MARK F. POMERANTZ, Esquire
        Paul, Weiss, Rifkin, Wharton & Garrison
3       1285 Avenue of the Americas
        New York, New York  10019
4           Counsel for the Defendant Friedman.

5

6       MARYJO WHITE, Esquire
        Debevoise & Plimpton
7       919 Third Avenue
        New York, New York  10022
8           Counsel for the Defendant Udell.

9

10      ANDREW GOOD, Esquire
        Good & Cormier
11      83 Atlantic Avenue
        Boston, Massachusetts  02110
12          Counsel for the Defendant Goldenheim.

13

14

15

16

17

18

19

20

21

22

23

24

25

PDD1712901165

NON-CONFIDENTIAL

3

```
1        (Proceedings commenced at 1:00 p.m.)

2             THE COURT:  Good afternoon, ladies and

3   gentlemen.  The clerk will call the case.

4             THE CLERK:  United States of America v. The

5   Purdue Federick Company, Incorporated, and others,

6   Case Number 1:07CR29.

7             THE COURT:  This is the date scheduled for

8   sentencing.  I want to first verify from defense

9   counsel that the defendants and their counsel have

10  read and discussed the pre-sentence reports.  So, if

11  each counsel would confirm that to me?

12            MR. SHAPIRO:  Yes, Your Honor, on behalf of

13  the Purdue Federick Company we have.  Thank you.

14            MR. POMERANTZ:  Your Honor, I'm Mark

15  Pomerantz.  On behalf of Michael Friedman we have

16  received the pre-sentence report.  I've reviewed it,

17  I reviewed it with Dr. Friedman, and we have no

18  objections to it.

19            MS. WHITE:  Your Honor, Maryjo White for

20  Udell.  We also received the pre-sentence report,

21  reviewed it, and we have no objections to it.

22            MR. GOOD:  Your Honor, my name is Andrew

23  Good.  I represent Dr. Paul Goldenheim.  We've

24  received and read the report.

25            THE COURT:  Thank you, very much.  The
```

PDD1712901166

1    court has previously announced it would allow persons

2    to speak to the court, and a number of people have

3    signed up to speak.  And what I'd like to do now is

4    to allow the persons who have signed up to speak, and

5    the process will be as I call their names, if they'll

6    come forward and speak directly to me at the lectern.

7         A number of people have signed up to speak, and

8    so in order to make sure that everybody gets an

9    opportunity to speak to me, I'm going to ask that you

10   limit your comments to two minutes.  I'll ask

11   Mrs. Cook, the clerk, to indicate when that time is

12   up.  I'll call these persons in alphabetical order as

13   I have them.

14        The first person I have is Teresa Ashcraft.

15   Yes, ma'am, if you'll just come forward.  Let me say,

16   also, I have received a number of letters, and many

17   of those who have signed up to speak have also

18   written me, and I have read every letter that has

19   been sent to me.  And so I want to make sure

20   everybody understands that.

21        So, yes, ma'am, Ms. Ashcraft.

22            MS. ASHCRAFT: I'm a little nervous, Your

23   Honor.  Thank you for allowing me to speak.  My name

24   is Teresa Ashcraft.  I come from a small town in

25   DeBary, Florida.  On September 23, 2001 my son,

PDD1712901167

NON-CONFIDENTIAL

1    Robert Lee Ashcraft, Jr. died from an accidental

2    overdose of OxyContin.  I refer to it as heroin in a

3    pill.  He was only 19 years old.  He left behind a

4    brother who was only 16 at the time.

5        He got his OxyContin because of Purdue's

6    criminal actions.  The OxyContin that took my son's

7    life came from a prescription that was given to a

8    mother who must have been so high that she didn't

9    realize that her son was taking her drug into the

10   neighborhood and selling it to the local teens.

11       All deaths are related to a prescription from

12   somewhere which, in turn, came from the lies that

13   Purdue has told the American people.

14       The amount of money that Purdue is being asked

15   to pay is pennies.  Let us not forget that Purdue has

16   made over $10,000,000,000 from OxyContin.  Let us not

17   forget how over the years Purdue Pharma has bragged

18   on how many lawsuits they have won, how they would

19   say that our children were addicts, that we as

20   parents needed to take the responsibility.

21       Our children were not addicts; they were just

22   your typical teenagers.  Purdue, you knew the truth,

23   you started phony drug awareness programs, so please

24   don't sit there and claim you didn't know.

25       The actions of Purdue have not only take the,

PDD1712901168

NON-CONFIDENTIAL

6

1   the life of my son, but the aftermath has slowly

2   taken the life of his little brother.  No, it's not

3   from drugs, but it's from the depression and the

4   guilt and the devastation it has caused him and our

5   family.  His pain some days is so unbearable it

6   scares me.  My husband and I worry every day about

7   each other and our families.

8        The actions of the three criminals have affected

9   so many lives, and it doesn't go away.  We have been

10   given the life sentence due to their lies and their

11   greed.

12        THE COURT:  Thank you, very much, ma'am.

13   Paul and Wanda Begley.

14        MR. BEGLEY:  I want to thank the court for

15   allowing us to do this today.  My wife's not going to

16   speak.  We're here today to talk about the tragic

17   consequences of addiction through the drug,

18   OxyContin, which is readily available from drug

19   dealers on almost any street corner in our

20   neighborhood.

21        We lost our grandson, who was 21 years old, from

22   a drug overdose.  I went to his bedroom to wake him,

23   and I couldn't get him awake.  We started CPR, called

24   911.  He died at the hospital at 2:00 p.m. on June 8,

25   2006.

PDD1712901169

1    Josh was an outstanding young man, never in

2    trouble.  He excelled in sports.  He won a football

3    scholarship to the University of Virginia at Wise.

4    He did something that most kids who play football

5    never do.  He won the state, all state title in

6    Virginia and Tennessee, because he finished his

7    senior year in Tennessee, and he also won the state

8    shot put championship.

9    Unfortunately, Josh will never finish college.

10   His dreams will never be realized.  They'll go

11   forever unrealized.  Your children are special, your

12   grandchildren are special, but when you raise your

13   grandchildren, they're extra special, and we raised

14   Josh from the age of five.  So, we used to go to his

15   football games and cheer him on.  Now we go to his

16   grave and weep.  Thank you.

17          THE COURT:  Thank you, sir.  Edward Bisch,

18   is it?

19          MR. BISCH:  Thank you, Your Honor.  My name

20   is Ed Bisch.  The first time I heard the word

21   OxyContin, my 18 year old honor student son was dead

22   from it after taking it at a party.

23   I started a website to warn kids about this

24   drug.  Soon Purdue contacted me.  I told Purdue that

25   a lot of death and addiction stories I am getting

PDD1712901170

1   through my website were from patients.  Their

2   response was less than one percent of patients get

3   addicted, which was a lie.  They also said there was

4   a study where if a patient is not receiving a high

5   enough dose, they will exhibit all symptoms of an

6   addict.  All they really need is a higher dose.

7       The sales force also used this story on doctors,

8   but they did not even know the whole theory was based

9   on a single patient.

10      Patients easily wean off OxyContin, I was told.

11  Another lie.  I have met the three criminals before.

12  I was at the first Congressional hearing on

13  OxyContin.  There it came out that Purdue knew of all

14  the top prescribing doctors, even those who went off

15  the charts, when asked at the time that they did not

16  report these top prescribers they took the Fifth

17  Amendment.

18      At a later trial the Purdue lawyer responded to

19  this same question that Purdue was under no legal

20  obligation to report these top prescribers.  Where

21  was your moral obligation?

22      This corporate policy insured millions of pills

23  would reach the streets.  By the way, Purdue referred

24  to these doctors as whales, but I call them pill mill

25  doctors.

PDD1712901171

NON-CONFIDENTIAL

1    For these three men to claim it was only a few

2    rogue individuals guilty of crimes is ludicrous.

3    Purdue painted themselves as champions of chronic

4    pain patients.  I'm sure you will hear from some

5    today with severe injuries which warrant Oxys, and

6    you'll also hear from so called pain experts who

7    Purdue funds, but the fact was Purdue spent hundreds

8    of millions of dollars on marketing this heroin like

9    drug for moderate pain.  Two hundred million, alone,

10   was spent in 2001, the year my son died.

11   In the summer of 2001 OxyContin was front page

12   news, and there was Congressional hearings scheduled

13   for the fall.  By the way, Purdue was denying this

14   epidemic existed.  I was optimistic something

15   concrete would be done to stop the death and

16   destruction that this epidemic was causing.

17   Unfortunately, on 9/11/01 everything changed and the

18   OxyContin was no longer a priority, understandably

19   so.

20   THE COURT:  Excuse me, Mr. Bisch.

21   Mr. Bisch?  Mr. Bisch, let me interrupt you.  I

22   really want to give everybody a chance.  If you'll

23   just sum up now.

24   MR. BISCH:  On 9/12/01 they sent out

25   company-wide voice mail stating since the terrorists

PDD1712901172

1  had taken Oxy out of the headlines, let's get to the

2  top prescribers and push the Oxy.  The lies and

3  deceits started at the top and caused to ruin

4  countless lives.  Please do not allow this plea

5  bargain to proceed.  These criminals deserve jail

6  time.

7          THE COURT:  Thank you, sir.  Victor Del

8  Regno.

9          MR. DEL REGNO:  Thank you, Your Honor.  I

10  will go to my grave believing with every fiber of my

11  body that my son, Andrew, would be alive today if

12  OxyContin wasn't illegally marketed and misbranded,

13  and therefore made so readily available on the

14  college campuses, in our high schools, and on the

15  streets.  And to you, James W. Heins, if you are in

16  the courtroom, you are quoted in today's *Providence*

17  *Journal*, today's lead cover story, I quote, "We do

18  not believe that our promotion of OxyContin to health

19  care professionals has resulted in injury to anyone."

20  Yet, Mr. Heins, in the *Roanoke Times* there's a quote

21  that Purdue top three officers pleaded guilty to

22  charges of over promoting OxyContin.

23          Our son was a great kid.  He was in college.  He

24  was at St. Michael's College.  He was a junior.  We

25  were close, we're a close family.  He was planning on

PDD1712901173

NON-CONFIDENTIAL

1   going to Italy for his spring semester, Your Honor.

2   We spoke to him the night before he died.  Everything

3   was fine.  He went out with some friends.  He made a

4   mistake, we know that.  He took OxyContin with some

5   alcohol.  He didn't wake up.

6        When the State Policeman came to our house the

7   next morning he said, "Your son had died."  I said,

8   "What?  No, not Andrew.  Car accident?"  They said,

9   "No, drug overdose."  So, when they talk about these

10  kids and make these statements that they make bad

11  decisions because they're bad people, I think they

12  better evaluate a little further.  We told him we

13  loved him before he died and thank God we had that.

14       I would like to ask Mr. Friedman, Mr. Udell and

15  Mr. Goldenheim what if it was your son or daughter

16  you saw in the morgue when we went there and he was

17  autopsied, sliced and diced?  Then what would they do

18  if they were confronted by donor people with just

19  minutes to make a decision, they wanted his skin and

20  his bones.  Well, we had him skinned, and he was

21  cremated.  I know you received the letter, so I won't

22  go over with it.  I would, with the court's

23  permission, just one paragraph that a detective wrote

24  after 15 months.

25            THE COURT:  All right.  You may read that.

PDD1712901174

NON-CONFIDENTIAL

1          MR. DEL REGNO:  "I began this investigation

2    not knowing anything about Andrew.  Now that the

3    investigation has concluded I feel in a way I have

4    come to know Andrew quite well, and know what kind of

5    person he was.  I found that he comes from a very

6    supportive and caring family who loved him dearly.  I

7    found that every person he came into contact with he

8    touched in some way.  I found that those who had the

9    pleasure of knowing him knew that he was caring and

10   committed to his friends and family.  He was someone

11   that if you met just once you would always remember."

12          Closing comment.  Oh, yes, our son did make a

13   bad decision by his own choice, and it cost him his

14   life.  What should it really cost each of you for

15   your bad decisions and choices?  I know if the roles

16   were reversed, Your Honor, and those three men were

17   standing where I am right now, and it was their loved

18   one who had died from fraudulent marketing of a

19   lethal drug, they, you, those men would want more

20   punishment than a company check being written to pay

21   a fine.  You would want true justice to be served.

22          THE COURT:  Peter Jackson.

23          MR. JACKSON:  Thank you, Your Honor, for

24   the opportunity to address the court in this

25   proceeding.  My name is Peter W. Jackson, and my wife

PDD1712901175

1   and I reside in Arlington Heights, Illinois where we

2   have raised one boy and one girl.

3      On August 18, 2006 our daughter, Emily, only 18

4   years of age, three days from her first day in

5   college, was killed accidentally when she consumed

6   OxyContin that had been prescribed for a relative.

7      Emily was not an experienced drug user, and all

8   it took was one encounter with this drug.  She had no

9   chance to learn from this one time experience.  Had

10  she any idea how deadly this heroin-like drug was,

11  she would still be alive.

12     Emily's tragedy can be traced to the aggressive

13  and dishonest marketing campaign of Purdue Pharma

14  that began when the drug was first put on the market

15  in 1996.

16     Purdue chose to expand the use of OxyContin for

17  profit, in spite of possessing the knowledge that

18  OxyContin was prone to abuse, addiction and death.

19     Given its widespread distribution in the years

20  that followed, and the resultant ready access to the

21  drug, teenagers across the country soon became aware

22  of the drug's heroin-like high and how to circumvent

23  the time release mechanism.  Oxys became a household

24  word in the vernacular of our young people, who too

25  often make the assumption that any drug that has been

PDD1712901176

NON-CONFIDENTIAL

1   FDA approved and prescribed by a doctor is safe.

2   They have no idea how lethal this drug is.  Purdue

3   Pharma knew.

4       In light of the plea agreement for the three

5   executives for Purdue Pharma, brings me to ask this

6   question:  Why does a person in this country who

7   gives someone, by giving them OxyContin in prison

8   would get off under the plea agreements by simply

9   paying the fine for what was an intentional crime

10  that resulted in, directly and indirectly, in

11  thousands of deaths and addictions?

12      I would like to close by telling you a few

13  things about our daughter, and I'll make it short.

14  She was a bright, funny, artistic, loving friendly,

15  compassionate person who cared more about the people

16  around her than herself.  She suffered from thyroid

17  cancer and went through three major surgeries in her

18  last four years of life.  Nonetheless, she supported

19  the people around her who she cared more about.  Her

20  sweet disposition gave meaning and life to family and

21  friends.  We could not be more proud of our daughter.

22      The three executives of Purdue Pharma who are

23  defendants in this proceeding deserve to be punished

24  severely for what they have done.  They marketed this

25  drug to the American public as though it was safe.

PDD1712901177

1    And they knew better.  Thank you, Your Honor.

2                THE COURT:  Thank you, sir.  Larry Golbom.

3                MR. GOLBOM:  Thank you, sir.  Larry Golbom.

4    Many people in this courtroom have lost their loved

5    ones because of OxyContin being implicated in their

6    lives.  My wife and I grieve for these families.  It

7    appears our son may have the same, may have a

8    terminal illness of addiction which started with

9    oxycodone.

10        Before these three men started peddling

11   oxycodone in 1995 few people had heard of it.  My

12   wife and I will never know if our lives would be

13   different if the actions of those three men would

14   have been different.

15        Sir, I know you have seen a diagram of OxyContin

16   and heroin.  I sent it to you.  Sir, if it quacks

17   like a duck it is a duck.  If it smells like a skunk,

18   it is a skunk.

19        Today this venue is not to talk about the

20   personal responsibility of my son and the other

21   children; today is not the venue to talk about the

22   personal responsibility of my wife and I as parents;

23   today is not even the venue to ask why our government

24   has allowed such a dangerous drug to remain on the

25   market; today I am here to talk about the personal

PDD1712901178

NON-CONFIDENTIAL

1    responsibility of the three executives in this

2    courtroom.

3        You have seen the diagram and proof before you.

4    The three of them were part of a coordinated and

5    ingenious effort to unleash a drug that is chemically

6    similar to heroin.  I hope that your actions today

7    will help us stop the lies surrounding the drug

8    OxyContin.

9        As a pharmacist, I can stand before any one of

10    the Purdue experts or attorneys and explain the half

11    truths and mistruths surrounding the drug.  It is not

12    a miracle drug as these three executives paid so many

13    people to tell you.

14        But most importantly, even though this case of

15    misbranding ends in 2001, these executives brazenly

16    continued to market the drug OxyContin aggressively

17    after 2001.  The number of so-called experts who have

18    either been paid directly or indirectly by this

19    company to expound upon the virtue of the drug that

20    is addicting and killing thousands is shameful.

21        The selling and marketing of OxyContin continues

22    today, just not as blatantly and misleadingly as in

23    2001 and before.

24        The people who are taking the drugs and

25    expounding the attributes of OxyContin are also

PDD1712901179

1  unfortunately possibly addicted to the drug, and at

2  the very least must plead for the drug to prevent

3  violent withdrawal from the effects of oxycodone.

4  That may sound like a callous statement, but the

5  total truth about this drug must be told.  Today,

6  sir, you have a chance to save many people.  Thank

7  you.

8           THE COURT:  Thank you, sir.  Gary Harney.

9           MR. HARNEY:  Thank you, Judge.  Gary

10  Harney.  I lost my son August 20th.  I'm from

11  Sarasota, Florida, and in Manatee County we lost

12  about 1,700 that year.

13      I want to talk about Dr. Frederick -- not

14  Frederick, Dr. Friedman.  Dr. Friedman isn't a

15  medical doctor.  He has his Ph.D. in sales and

16  marketing.  He's an expert in sales, and he's an

17  expert in marketing.  He's a regular P.T. Barnum.  He

18  has got this drug across this country.  We in Florida

19  are swamped with it.  Lives are being destroyed.  And

20  as the person in front of me so eloquently said, they

21  have not stopped their marketing of the way it was.

22  They're still marketing it.

23      This trial is nothing more than a play on chess.

24  It's just another move.  They haven't changed a

25  thing.  They're working it just as hard as ever.

PDD1712901180

NON-CONFIDENTIAL

18

1  They're going to take money out of the checkbook, pay

2  it, keep going.

3      We're having deaths every day down there in

4  Florida.  Three a day on just Oxy, five a day on

5  prescription drugs.  I kind of wish it was manatees

6  washing up on the beach because maybe we'd get a lot

7  more attention.  But that amount of people that are

8  dying, the sheer numbers show a total back of

9  responsibility from that company, and I hope they

10 never have to feel that type of pain because it's

11 never ending.  Thank you.

12         THE COURT:  Thank you, sir.  Kenny Keith.

13         MR. KEITH:  Your Honor, I have nothing

14 written down here.  I thank you for allowing me to

15 come.  I am a blessed person because I am one of the

16 patients who got addicted to OxyContin, who lived

17 through it.  I was given it for chronic pain, which I

18 still have.  My doctors thought that it was right,

19 and because of the information they had been given.

20     It took very little time for me to be addicted

21 to this drug because whenever I tried to stop it the

22 withdrawals were worse than the pain that I was

23 having.  It took me over two and a half to three

24 years to get off this drug.

25     I kept getting more from the doctor.  The

PDD1712901181

NON-CONFIDENTIAL

1   doctors would give them to me, but I could get more

2   off the street, and it was to match what I needed to

3   take because of the addiction I had.

4       Your Honor, I had a family, I had a home, I had

5   motorcycles, I had a car.  Those are worldly

6   possessions, except for my family, but Your Honor, I

7   lost all of that because I spent every cent of our

8   family's money on it, including my daughter's

9   Christmas money, the last thing that happened.  My

10  wife left me and took my daughter, rightly so,

11  because I was a man and I was an animal out of

12  control.

13      It took me still after that a month or two that

14  I had to do something right, and finally I figured I

15  had nothing to live for, and I just wanted to die.

16  And I tried to commit suicide because I knew I could

17  not get off the OxyContin without the horrible pain

18  of withdrawals.  And if anyone says it's not, they're

19  a liar.

20      Thank you.  One little thing more, sir.  I went

21  through a program, drug court in Roanoke, Virginia.

22  I was arrested for the first time, and at 48 years

23  old, and I went through that process, and now I'm

24  clean, and I'm taking non-narcotic medicines for my

25  pain.  And you can live through it, but very few do.

PDD1712901182

20

1    Thank you, sir.

2            THE COURT:  Thank you, sir.  Lynn Locascio.

3            MS. LOCASCIO:  Thank you, Judge.  My name

4    is Lynn Locascio.  I'm from Palm Harbor, Florida.  I

5    should be at work today, but I'm here.  My 22 year

6    old son is a recovering Oxy addict.

7        Michael Friedman, Howard Udell, Paul Goldenheim,

8    you are responsible for my son's life being trashed.

9    He should be a firefighter right now, and he should

10    be a paramedic right now, and he's not.  He had a car

11    accident, he had surgery, he was prescribed

12    OxyContin.  When he became addicted the doctor

13    dropped him.  The doctor was not educated enough

14    about this.

15        Gentlemen, you are responsible for a modern day

16    plague.  It is killing our children every day.  Every

17    day.  On Sunday before we made our journey to come up

18    here, we had a reporter come to my house, she did a

19    great story.  The next day I went to work, the very

20    first e-mail I got was this:  "My son committed

21    suicide on June 23, 2007 from this terrible

22    addiction.  He purchased $800 worth of OxyContin the

23    night before his death from the streets.  Kids are

24    getting prescriptions for this drug and selling them

25    for $50 a pill.  I want to know what I can do to get

PDD1712901183

1  this off the streets.  My son was 24 years old.  My

2  only child.  He shot himself because he couldn't get

3  off the drugs.  He spent $5,500 in five weeks on

4  these drugs in Pinellas County, Florida."

5      This lady's heart is broken, and will be

6  forever.  We refuse to suffer in silence, and to be

7  told our beloved children are not victims.  We are

8  parents that placed our children in proper child

9  safety seats, parents that read labels on toys to

10  make sure they were age appropriate, parents that

11  participated in the Just Say No to Drugs campaign --

12  by the way, mine graduated that with honors and

13  received an award from the Sheriff's Department -- it

14  didn't work ten years later because of your drug.

15      I could go on and on.  I do want to say one

16  thing.  I think jail is too good for you guys.  I

17  think you should go spend some time in a rehab

18  facility like my son did and watch that.  Maybe

19  you'll change your minds.  Thank you.

20          THE COURT:  Thank you ma'am.  Leona Nuss.

21          MS. NUSS:  Thank you, Your Honor.  Thank

22  you for allowing me to be here.  My name is Leona

23  Nuss.  I live in Palm Coast, Florida.  On May 1, the

24  year 2003, my husband and I lost our only child, an

25  18 year old son named Randall.  The cause of his

1   death was an accidental overdose of OxyContin.

2        Your Honor, right before this happened to my son

3   he was getting ready to go to college.  His college

4   was paid for.  Four months after he graduated he had

5   an overdose of this OxyContin.  His pre-paid college

6   ended up paying for his funeral.

7        For me to conceive Randall it took 11 years with

8   the help of modern technology and miracle drugs.  How

9   ironic can life be that 18 years later Purdue dumped

10  OxyContin as their miracle drug and it took my son's

11  life.

12       I feel, I feel that you are illegal drug users,

13  nothing more than a large corporate drug cartel.  You

14  created this drug, you promoted it, you pushed it,

15  you lied about it, you even had the ex-mayor of New

16  York City defend it.  You have killed and continue to

17  kill our future of tomorrow.  You killed my son, and

18  many others, and continue to do so as I speak.

19       OxyContin has caused addiction, crimes,

20  destruction of families and the ultimate, death.  You

21  and your drug, OxyContin, have caused legal genocide

22  in this country.  Illegal drug pushers get jail time,

23  and so should you.

24       Your Honor, please reject the plea agreement.

25  Money means nothing to them.  Let the punishment fit

PDD1712901185

NON-CONFIDENTIAL

1  the crime.

2      And one more thing, Your Honor, this is the

3  remains of my son, Randall.  This is from your drug,

4  OxyContin, and here he is in this courtroom, which I

5  thank you, Your Honor, because he was put out of the

6  courtroom in the year 2005 at Karen White's trial

7  against Purdue Pharma.  They made my son, in this

8  little jar, Your Honor, leave the courtroom and go

9  out of the building, or they were going to call for a

10 mistrial.  And I had wrote in my son's book, "You

11 weren't there in body, but you were there in spirit,

12 and you will return."  And here he is.  Thank you.

13      THE COURT:  Thank you, ma'am.  Robert

14 Palmisano.

15      MR. PALMISANO:  Thank you for letting me

16 speak, Your Honor.  My name is Robert Palmisano, and

17 I'm an addict.  At least I am now, or I have to say I

18 am when I go to meetings.  I'm a recovering addict.

19 I'm 17 months clean.

20      OxyContin destroyed my life.  I was prescribed,

21 and I almost died.  I was prescribed the drugs from

22 approximately 19 to 21 years old.  I was doctor

23 shopping to get more of the drug once I got addicted

24 because I couldn't get enough.  I was taking it for

25 physical pain, emotional pain, and for fun.  It

PDD1712901186

NON-CONFIDENTIAL

1  wasn't worth it.

2      I got charged with possession and doctor

3  shopping of the drug.  I was sentenced to a year in

4  county jail.  I was still hooked on the drugs when I

5  got sentenced.  I was given no medical treatment in

6  there, and I withdrew for about 45 days.  I did not

7  sleep for ten of those days.  I was miserable.  I

8  wished I had a weapon; I would have killed myself.  I

9  would not want to go through that misery again, ever.

10  That's why I am recovering.

11      I think it would be ridiculous to see a slap on

12  the wrist and a misdemeanor charge in a plea

13  agreement for money.  Money can't buy all the lives

14  that were lost, nor the years of my life that I have

15  lost back.  They have tons of it.  Money doesn't make

16  you a person, and you can't get respect for it,

17  either.

18      I have no respect for those three executives

19  there at all.  It's a cop out, and I would be

20  absolutely appalled to see them walk away with a

21  misdemeanor crime and a fine.  That's all, Your

22  Honor.

23          THE COURT:  Thank you, sir.  Joanne

24  Peterson.

25          MS. PETERSON:  Good afternoon, Your Honor.

PDD1712901187

1  Thank you for allowing us the opportunity for our

2  voices to be heard today.  My name is Joanne

3  Peterson, and I'm from Massachusetts.  I'm standing

4  to speak for 400 strong in our group in the southern

5  part of Massachusetts.  Some of them are here today

6  outside, families who grieve for the sons and

7  daughters, families are, are trying to save their

8  sons and daughters, families who will lose their sons

9  and daughters.  It is not over.  We all grieve for

10 the losing of the future they were meant to have.

11     A tsunami hit our state in 2001 in the form of a

12 little white pill.  Thank you.  There was no warning,

13 no defense, and it snuffed out lives, destroyed

14 families, and today it continues.  Just in the past

15 two weeks two young men and one young woman have been

16 buried, and we've had to deal with that, and it just

17 continues daily.  The fourth funeral was today in

18 Massachusetts, and that family today is grieving, and

19 they're in the beginning of the pain that was

20 suffered by the other families you're hearing from.

21 All in their twenties, all gone.

22     Every Monday I've had a support meeting in

23 Massachusetts, and every Monday there's new

24 heartbroken mothers and fathers coming to our

25 meeting, desperately seeking help for their children.

PDD1712901188

NON-CONFIDENTIAL

26

1    Some are as young as 15 years old.  In 28 communities

2    a year long investigation from death certificates

3    revealed from January, '04 through August of '06, 74

4    people lost their lives, but the numbers are even

5    higher than that.  These are just the reported cases.

6    Shame and stigma prevent families from speaking out

7    about it like myself.

8        Irresponsible corporate greed led to horrific

9    pain  and loss that affects generations to come.  It

10   leads to millions in costs.  Every one has paid a

11   price for greed.

12       I'm here in honor of Mikey today, my friend,

13   Carol's, son.  No parent should have to find their

14   child barely breathing.  No parent should have to

15   bury their child.  My son today is a survivor.  He

16   has two years clean.  But his life will never be the

17   same, nor will my family's, my younger children.

18       To be sentenced to pay pennies for people's

19   lives doesn't fit the crime.  We feel you should be

20   sentenced to work in a detox and deal with the

21   families as they are turned away because there are no

22   more beds available because they're all full, or you

23   should have to attend the wakes that I have to attend

24   all the time, and that wouldn't be enough.  The price

25   is too high.  God love my son, God bless my son, and

PDD1712901189

NON-CONFIDENTIAL

1  God bless my family and ever person in this

2  courtroom.  Thank you.

3          THE COURT:  Julie Rinaldi.

4          MS. RINALDI:  Thank you for letting us

5  speak today.  My name is Julie Rinaldi.  I'm from

6  Tampa, Florida.  I lost my only child, my daughter,

7  Sarah.  She was 17.  She died June 30, 2006, just a

8  little over a year ago.  I'm just here as a mom, a

9  mom that will never be called Grandma, I'll never see

10  my daughter walk down the aisle.  I didn't even get

11  to see my daughter graduate high school.  She died of

12  an accidental overdose of OxyContin.

13      We're losing kids in Florida daily.  Our drive

14  up here yesterday, we got a phone call, lost another

15  19 year old girl a couple of days ago due to

16  OxyContin.

17      I just want to see Purdue Pharma be held

18  accountable for their actions.  Nobody is being held

19  responsible for anything these days, and whatever you

20  decide to do I know it will be the right thing.  But

21  I just wanted to come here and tell you my story

22  about my daughter.  Thank you.

23          THE COURT:  Thank you, ma'am.  Marianne

24  Skolek.

25          MS. SKOLEK:  Thank you, Your Honor.  My

PDD1712901190

NON-CONFIDENTIAL

28

 1  name is Marianne Skolek.  I had a beautiful 29 year

 2  old daughter named Jill who had the misfortune of

 3  being prescribed OxyContin in January, 2002 and being

 4  killed in April of 2002.  She left behind her son,

 5  Brian, who was six years old at the time of her

 6  death.  Brian is here in the courtroom with me today

 7  because he needed to see that bad things do happen to

 8  bad people.

 9      My initial research on Purdue Pharma began four

10  and a half years ago, and focused on David Haddox,

11  dentist turned psychiatrist and Senior Medical

12  Director of Purdue Pharma, as well as Robin Hogan,

13  former P.R. spokesman for Purdue Pharma.

14  Unfortunately they were not charged for their

15  involvement in the criminal activities of OxyContin.

16      Pain patients from pain societies will speak of

17  the merits of OxyContin and their quality of life

18  being restored.  These pain societies throughout the

19  country are funded by Purdue Pharma.  Let the pain

20  patient not part of any pain society funded by Purdue

21  Pharma speak about the quality of their life after

22  they become addicted by this less than addictive drug

23  and have to go out on the street and purchase it.

24      I would like to know why the FDA allowed

25  OxyContin to cause such destruction to victims, why

PDD1712901191

1   12 warning letters were sent to the FDA about their

2   marketing of the drug, and to this day they are not

3   required to put addictive or highly addictive on the

4   label of the drug.  I just want to know why Attorney

5   General Blumenthal of Connecticut's citizen petition

6   which requests strengthened warnings on the OxyContin

7   label as a result of their investigation has been

8   sitting at the FDA without any action since 2004.  I

9   wanted to know how Rudy Giuliani could be hired by

10  Purdue Pharma to play down the abuse of OxyContin and

11  also get paid by the DEA.

12       I will be working to have Paul (sic) Udell

13  disbarred for his activities, and I will also be

14  working that the three criminals not being able to

15  work in the pharmaceutical industry again because

16  they are criminals who criminally marketed OxyContin.

17  I will accomplish this.  Do not doubt me in being

18  successful in achieving this.

19       I will reach out to any organization that

20  Mr. Friedman speaks to about having a member of his

21  family survive the Holocaust, and contact that group

22  and say to them that Friedman is no better than

23  Adolph Hitler who killed and destroyed countless

24  lives; Hitler through death and torture, Friedman

25  through death and addiction.

PDD1712901192

NON-CONFIDENTIAL

30

1        I would like to thank U.S. Attorney Brownlee and

2   all that were involved in this long process of

3   proving Purdue Pharma guilty, and these criminals

4   guilty.  In particular, I would like to thank a very

5   special person who knows who he is for never letting

6   us down.  Her name was Jill Carol Skolek.  Purdue

7   will never forget the name Jill Carol Skolek.  The

8   criminal activities of Friedman, Udell, Goldenheim,

9   Haddox and Hogan are absolute monsters in every sense

10  of the word.  Jill was all about good; they are all

11  about sheer evil.

12        THE COURT:  Thank you, ma'am.  Edward

13  Swain.

14        MR. SWAIN:  Judge Jones, I appreciate the

15  opportunity to speak before you today.  My name is Ed

16  Swain.  I speak on behalf of myself and my wife, who

17  his a board certified family practitioner, who is now

18  in federal prison incarcerated in Alderson, West

19  Virginia.  She prescribed OxyContin before the

20  horrific publicity on the drug.  Purdue

21  representatives stressed that OxyContin time release

22  formulation provided -- sir?

23        THE COURT:  Sir, let me interrupt you.

24  It's a little hard for me to hear you.  If you'll

25  speak right up to that microphone, and relax.  You

PDD1712901193

NON-CONFIDENTIAL

1    don't need to -- you just tell me your story.

2              MR. SWAIN:  I'm sorry, sir.  Purdue

3    represented OxyContin as the ideal drugs for

4    treatment of chronic pain; safe, and effective, and

5    unabusable.  They flooded doctors' offices with

6    graphs and charts to prove it, placed full page ads

7    in every medical journal.  Purdue reps lied to these

8    physicians when they claimed that OxyContin was

9    specifically formulated to prevent the possibility of

10   abuse. OxyContin's actually the most dangerous drug

11   ever approved for use in the United States.

12   OxyContin is the only drug ever approved by FDA for

13   the treatment of pain which can kill a normal,

14   healthy adult with just one pill.

15       Purdue physicians who prescribed this product

16   and the enormity of the crimes correlated directly

17   with the astronomical profits.  They did not only

18   sell their souls, but also the souls of thousands of

19   unsuspecting patients who are forever scarred.  These

20   crimes committed by them will last for generations.

21       It's ironic that prosecutors who demanded prison

22   time for physicians who were duped by Purdue and

23   their reps, and their reps misrepresented to those

24   physicians who prescribed OxyContin in good faith,

25   are now asking the court for only a slap on the wrist

PDD1712901194

1  for the men who created the whole OxyContin hoax.

2      Your Honor, we urge you to reject the plea

3  agreement and hold accountable for criminal

4  prosecution these Purdue executives who are men

5  without honor, and are motivated solely by greed.

6          THE COURT:  Thank you, sir.

7          MR. SWAIN:  Thank you, Your Honor.

8          THE COURT:  Donnie Trent.

9          MR. TRENT:  Thank you, Your Honor, for

10  letting me speak today.  I'm a grateful recovering

11  addict, recovering from OxyContin.  I've been in

12  recovery for approximately a year and a half.  First

13  time I -- I never will forget the first time I tried

14  OxyContin.  I was at Fort Bragg, North Carolina,

15  stationed there.  And it's safe to say I was hooked

16  right from the very beginning, the first time I tried

17  it, the whole euphoria, the feeling of it, and

18  everything; and two, I will never forget the first

19  day I went into withdrawals from not having OxyContin

20  in my system, just like it was yesterday.  I

21  struggled with addiction to OxyContin for a period of

22  five years, in and out of detoxes, trying to get off

23  the drug, and actually went through a treatment

24  center for about ten months before I was able to

25  actually establish some kind of recovery.

PDD1712901195

1    I had lost all hope.  I had lost all

2 self-respect, all my values.  I lost my family's

3 trust, and I was spiritually dead due to the drug

4 OxyContin.

5    But I am grateful to say today that I am in

6 recovery.  But, you know, the drug, itself, has

7 changed so many lives, and it's hurt so many people

8 and so many families, and I just can't see that there

9 can be any amount of money or dollar sign that could

10 be compared for the loss.  And just probation or

11 community service, I don't see how that can be

12 accountable for their actions, and how they misled

13 doctors and the public.

14    And also, too, you know, if there is some kind

15 of -- the monies, you would think it would be

16 important for some of the monies that are going to be

17 paid, if they are, would go toward treatment because

18 jails are not the answer to addiction.  Treatment is

19 the answer to addiction.  And otherwise, I just thank

20 you for your time.

21       THE COURT:  Thank you, sir.  Barbara Van

22 Rooyan.

23       MS. VAN ROOYAN:  Hello, Your Honor.  Thank

24 you for allowing me to be here today.  My husband and

25 I have come from California to be here today because

PDD1712901196

NON-CONFIDENTIAL

34

1   my son, Patrick Stuart, had his life cut short at age

2   24 with just one OxyContin.  And you heard previously

3   from a gentleman about a healthy, normal individual

4   losing their life to one OxyContin.  My son was

5   another example of that.

6       You know from my letter that he was a San Diego

7   State University graduate.  He was an artist, and he

8   was a certified personal trainer.  What I learned

9   after Patrick's death about OxyContin and Purdue

10  shocked and sickened me, enough that almost every day

11  for a year I wasn't sure I wanted to be alive.  But I

12  got up, and two months after Patrick's death I went

13  back to work because, as a college counselor, I knew

14  that I had a platform, a platform for educating

15  others about the dangers of OxyContin, and about the

16  life taking campaign of deception that Purdue Pharma

17  has engaged in.

18      I told Patrick's story in classrooms, in

19  auditoriums, in meeting rooms and at college fairs.

20  I talked to thousands of people between the ages of

21  16 and 90.  We have a student as old as 90.  And

22  because I was a counselor, and because I was willing

23  to talk about Patrick's story, people responded to me

24  with their own tragic OxyContin stories, or those of

25  a friend or relative.

PDD1712901197

NON-CONFIDENTIAL

1    Purdue would like you to believe that those who

2  died or become addicted have only themselves to

3  blame.  But here's what I learned firsthand from

4  talking to thousands of students.  Many, many, many

5  people were routinely being prescribed OxyContin for

6  minor to moderate pain from minor sports injuries,

7  removal of skin cancers, wisdom teeth, arthritis and

8  bursitis, and I heard that people put their trust in

9  their doctors, and these same doctors put their trust

10  in Purdue Pharma's drug dealers.  And I mean drug

11  dealers who were, as they've admitted, lying to the

12  doctors.

13    The result of that broken trust has been

14  addiction and/or death.  It doesn't take a smart

15  person to figure out where the blame lies.  It lies

16  on the shoulders of the people who put a narcotic

17  strong enough to kill with just one pill into

18  hundreds of thousands of medicine cabinets across the

19  nation and the continent.  For this they're being

20  fined.

21    There is no justice that can atone for Patrick's

22  death or all the other deaths.  I am here today not

23  just for justice, but to help to protect future

24  victims, and a fine is not enough to insure that

25  protection.  The message needs to be sent that money

PDD1712901198

36

1  cannot be made by taking or destroying lives.  I

2  don't know what it will take, exactly, to get that

3  message across.  I am trusting that you will know the

4  right thing to do.  A fine, alone, will not send the

5  message that can prevent future victims.

6            THE COURT:  Thank you, ma'am.  Kirk Van

7  Rooyan.

8            MR. VAN ROOYAN:  Your Honor, I appreciate

9  the opportunity to speak today.  My comments today

10  will be made as a physician, as a consultant to the

11  Medical Board of California.  Even though it had no

12  proper clinical data documenting OxyContin's

13  indications and line of toxicity, Purdue's marketing

14  practices purposely violated the essential medical

15  principle of no treatment without a specific

16  scientific diagnosis.

17      It unconscionably promoted the drug as safe for

18  chronic moderate pain of all types.  In fact,

19  targeted physicians with less expertise in pain

20  management.  The result was a tremendous volume of

21  legitimately prescribed but improperly directed

22  OxyContin, inevitably followed by substantial

23  diversion and abuse, and substantial reports of

24  adverse side effects, addictions and deaths.

25  Purdue's response to these highly troubling events

PDD1712901199

NON-CONFIDENTIAL

1   should have been ethical and professional.  Instead,

2   it has been a highly organized and financed campaign

3   of deception.  In the face of overwhelming

4   documentation to the contrary, Purdue has arrogantly

5   and feloniously maintained the validity of their

6   shotgun approach to chronic pain as a disease unto

7   itself; that the addiction and deaths is due to

8   illicit, not prescription, use of OxyContin.

9        They claim chemical reformulation is a daunting

10  task and a minor issue, and taking a pill every 12

11  hours instead of every four somehow eliminates break

12  through pain.

13       A substantial number, as you've heard today, of

14  the persons harmed by OxyContin were responsible,

15  productive, law abiding individuals who did nothing

16  wrong except trust their physicians or their friends'

17  reassurances that it was a safe prescription drug.

18       The OxyContin issue is not mutually exclusive.

19  You will hear, undoubtedly, from patients today who

20  have benefitted from the drug.  There is an

21  appropriate medical use for the drug, and we here

22  praise the positive outcomes, but only in the proper

23  medical situation.  That's an important

24  consideration.

25       As a medical professional, Your Honor, I am

PDD1712901200

1    demeaned and outraged by the disrespect for medical

2    ethics and science so wilfully and repeatedly

3    demonstrated by these men.

4         As a citizen I cannot agree that monetary

5    sanctions without incarceration, parole or community

6    service is a punishment consistent with their crimes.

7    But most important, as a physician committed to the

8    relief of suffering, I am appalled at the harm -- and

9    yes, Mr. Heins, there was harm -- the individual

10   devastation and heartache that these men have

11   perpetrated on so many in this court today, and

12   throughout the country.

13        THE COURT:  Thank you, sir.  Ed Vanicky.

14        MR. VANICKY:  Afternoon, Your Honor.  Thank

15   you for allowing me the opportunity this afternoon to

16   address the court.

17        My wife was involved in an auto accident in

18   January of 2000.  Among her injuries she was

19   diagnosed with a herniated disc.  After referral to a

20   pain management physician in late February, 2000 she

21   was prescribed OxyContin.  A drug as powerful as

22   OxyContin never should have been prescribed for that

23   type of injury.  Although she complained about the

24   side effects of the OxyContin, itching and shortness

25   of breath, the doctor convinced her the OxyContin was

PDD1712901201

NON-CONFIDENTIAL

1   necessary for treatment, and subsequently increased

2   her dosage from ten milligrams to 20, and then

3   finally 40 milligrams.  He was writing prescriptions

4   for her to take the OxyContin every six to eight

5   hours, and also giving her oxycodone for break

6   through pain.

7       I woke up to discover my wife unresponsive next

8   to me on the morning of January 27, 2000.  After

9   repeated attempts myself using CPR, the emergency

10  technicians failed to resuscitate her.  She was

11  pronounced at 5:55 a.m.  She had been taking

12  OxyContin as prescribed for five months, and it

13  killed her.

14      Besides myself she left behind a daughter, two

15  sons and a granddaughter.  I found out after her

16  death that this particular pain management physician

17  was one of the doctors initially targeted and

18  referred to as a whale by Purdue.

19      The emotional pain and suffering I've endured

20  since my wife's sudden death, and continue to

21  struggle with now, will never compare to the pain and

22  suffering my wife endured when she died as a direct

23  result of your drug, OxyContin.  If anyone abused

24  anything it was this criminal organization, and these

25  three criminal defendants.  They abused the

PDD1712901202

NON-CONFIDENTIAL

40

1    government's trust for their own monetary gain.  They

2    abused the government's trust in an effort to get

3    OxyContin approved for sale.  Once they had that

4    approval and OxyContin sales skyrocketed, along with

5    the death toll, they sat in their plush Stamford,

6    Connecticut offices watching the money roll in while

7    wives, husband, fathers and mothers are burying

8    citizens across this country.

9        As with all dishonest acts, it all catches up

10   with you.  It has caught up with Purdue.  Although we

11   are grateful these prayers have been answered, our

12   work is not done.  This is a despicable company, and

13   they will be allowed to hawk OxyContin.  I can

14   promise them we will continue to speak, and write our

15   elected national and state official, as well as law

16   enforcement on both levels, as well as call for

17   further investigations.  Also we will continue to

18   petition the FDA to reclassify OxyContin and tighten

19   its restrictions for use.  It should just be

20   prescribed for terminal severe medical conditions,

21   also.

22       In closing, we appreciate the fact that Purdue

23   Frederick Company will carry its conviction

24   permanently as part of the criminal record, but we

25   also pray that each and every one of these people

PDD1712901203

1  will be forever haunted by the victims of their many

2  crimes.  When the end comes for each of you and you

3  stand before God to be judged, you better pray that

4  he forgives you because none of us ever will.  Thank

5  you, very much.

6        THE COURT:  Thank you, sir.  Now, attorney

7  Russell Butler has filed a motion, and Mr. Butler, if

8  you wish to come forward and I will be glad to hear

9  you.

10        MR. BUTLER:  May it please the court, my

11  name is Russell Butler, and I represent the victim

12  Jane Doe.  And I thank you for allowing her to

13  maintain her name in privacy.

14        THE COURT:  Yes, sir.

15        MR. BUTLER:  But on behalf of my client we

16  have filed a motion under the Crime Victim Rights Act

17  to assert her right as a victim under federal law.

18     And I think it's clear, Your Honor, from what

19  we've set forth in our motion, and I know that Your

20  Honor does not have a lot of time so I will try to

21  not repeat, but we would ask the court to very

22  carefully look at all the legal arguments, and we

23  believe for those legal arguments the court, at least

24  at this point, should not accept the plea.

25     I believe that the law is very clear.  I think

PDD1712901204

1   the defendants have admitted that as a condition of

2   probation this court has the ability to order

3   restitution against other persons.  I think there are

4   other provisions of the Code that we've cited that

5   allows it to do that, as well.  I don't think there's

6   any doubt under the statute that the statute requires

7   that in order for the corporate defendant, as they've

8   pled guilty, that they have, have intent to deceive

9   the public.

10       There are victims, these people who came before

11   Your Honor in two minutes, or a little more, and I'm

12   sure they're grateful for the court allowing them to

13   have a little additional time, have clearly stated it

14   was the intent to deceive in terms of the misbranding

15   this caused harm to a great number of people,

16   including my client.

17       Your Honor has her written victim impact

18   statement in her affidavit.  I only wish she could be

19   here because she is now currently addicted, and she

20   believes after going through one course of treatment,

21   detoxification she's going to be okay.  I'm not sure,

22   after hearing all these people, that that's even

23   going to be true.

24       Your Honor, we believe that the plea is not in

25   the interests of justice.  Is the plea to punish,

PDD1712901205

NON-CONFIDENTIAL

1    protect, deter?  I think Purdue Frederick, in

2    response to Blue Cross/Blue Shield said exactly what

3    the purpose of this plea is, and it is to provide

4    significant resources to federal and state

5    governments; $600,000,000 from the corporate

6    defendant, 34.5 million dollars from the individual

7    defendants, only to have the state and federal

8    government have that money instead of the victims.

9         We've cited the statute that the court needs to

10   protect the interests of victims and not the monetary

11   sanctions that go to governments.

12        Your Honor, is there acceptance of

13   responsibility in this case?  From my practice, I

14   represented criminal defendants, I talked to my

15   clients about mea culpa and what it meant to talk

16   from the heart and accept responsibility.  Your

17   Honor, I think by the pleadings of the corporate

18   defendant and the individual defendants they have

19   clearly not accepted responsibility.  They have

20   agreed to pay this money, it's in their corporate

21   interests, it's in their individual interests, but

22   they say there's no victims.  Well, if there are no

23   victims then what are they?  Casualties of corporate

24   greed?  They say bring on the civil suits.  These

25   people can't profit.  We've got lots of money.  This

PDD1712901206

44

1   is only -- the money we're giving is from the

2   proceeds of the periods of information.  We have

3   plenty of money for selling OxyContin after that

4   time, and for other medications.

5        You know, to agree with their argument, the drug

6   laws that our Congress passed would be that they do

7   not protect the citizens, and of course the reason

8   for those drugs laws were to protect these citizens,

9   and all these people and my client have been harmed

10  by the actions of the individual and corporate

11  defendants.

12       They got tremendous plea offers from the

13  Government, misdemeanor offenses for the individual

14  defendants.  You know, I heard these other people say

15  that, you know, this is payment, this is get out of

16  jail money, you know.  You can hear the pain of these

17  victims, you can hear in my client's statement her

18  pain of being addicted, and what it was like to try

19  to get off of OxyContin.  Clearly, my client has a

20  long row to hoe, but she does not have the money for

21  treatment.  She's trying to get her family members to

22  borrow to be able to do this.  I can only imagine,

23  unlike a lot of these people that have spoken before

24  you, I am glad that neither I nor my family have had

25  to deal with this drug.

PDD1712901207

1       But I will tell you, Your Honor, what rings loud

2  and clear to me is that the severity of the

3  punishment needs to fit the crime.  It is a travesty

4  of justice if this court allows these individual

5  defendants not to be on probation.  Think of the pain

6  of all these people who are suffering the

7  consequences of OxyContin, and they get off with

8  disgorgement of money that they benefitted as a

9  result of what they somewhat have admitted as their

10 wrongful conduct.

11      Is this plea fair to my client, Jane Doe?  No.

12 She's been harmed by the statute.  We have cited the

13 law.  It may be fair to the defendants, it may be

14 fair to the Government, the state government, the

15 federal government for the money they get, but that

16 is not the standard of being in the interests of

17 justice.

18      So, Your Honor, on behalf of my client, we would

19 ask the court not to accept the plea, or modify the

20 plea, at least to the extent that the individual

21 victims of this drug are compensated, and not just

22 the state and federal government entities.  And if

23 the court rejects it, this court, a jury will speak

24 and the defendants will have to suffer the

25 consequences of their conviction.  If they really do

PDD1712901208

NON-CONFIDENTIAL

46

1   agree, they would agree to pay, and not, and make it

2   very clear that they plan to litigate, and litigate,

3   and litigate.  One can only imagine the millions and

4   billions of dollars they have spent in attorneys'

5   fees, not in this case, but defending all these

6   cases.

7        Mea culpa, Your Honor, says we're wrong, we're

8   sorry for our wrong, we admit that we've harmed

9   people, and we're going to take action and not just

10  make a corporate decision to pay money so that the

11  corporation can go on and that the individual

12  defendants don't go to jail.

13       I would be happy to address the legal arguments

14  if the court would like, but my understanding is that

15  was not the purpose of this hearing.

16            THE COURT:  Mr. Butler, I have read your

17  memorandum, and your pleadings, and thank you, very

18  much.

19            MR. BUTLER:  Thank you, Your Honor.  Have a

20  good day.

21            THE COURT:  Now, other third parties have

22  filed pleadings in this case by counsel.  I know

23  Mr. Bragg is local counsel.  Is there anything else

24  those attorneys wish to say?  I take it not.  Now, as

25  I am advised the defendant, Purdue, would like to

PDD1712901209

NON-CONFIDENTIAL

D. Walker - Direct

1  present some witnesses, and I'll be glad to hear

2  those persons at this time.

3          MR. SHAPIRO:  Thank you, Your Honor.  Your

4  Honor, Purdue would call for purposes of the

5  sentencing hearing Mr. Dillie Walker to the stand,

6  please.

7          THE COURT:  Mr. Walker, if you'd come

8  forward and face the clerk and be sworn, please.

9        DILLIE WALKER, DEFENDANT'S WITNESS, SWORN

10                DIRECT EXAMINATION

11 BY MR. SHAPIRO:

12 Q   Mr. Walker, could you state your name clearly

13 and spell your last name for the record?

14 A   Dillie R. Walker.

15 Q   Where do you live, sir?

16 A   Bay City, Michigan.

17 Q   How old are you?

18 A   I'm 48.

19 Q   Did you serve in the military, Mr. Walker?

20 A   Yes, sir.

21 Q   And when was that?

22 A   From 1976 to 1978.

23 Q   After you were discharged from the military what

24 sort of job did you do?

25 A   I became a tool and die maker apprentice.

PDD1712901210

NON-CONFIDENTIAL