19-23649-shl Doc 1911-4 Filed 11/10/20 Entered 11/10/20 15:21:31 Exhibit D Pg 1 of 6
Case: 1:17-md-02804-DAP Doc #: 3007-22 Filed: 12/17/19 1 of 208. PageID #: 441293
CONFIDENTIAL

**Expert Report of Professor Meredith Rosenthal**

**March 25, 2019**

TABLE OF CONTENTS

I. Qualifications ................................................................................................................. 2
II. Assignment.................................................................................................................... 5
III. List of Materials Considered......................................................................................... 6
IV. Overview of Structure and Organization of Chapter .................................................... 7
V. Summary of Opinions ................................................................................................... 8
VI. Industry Background................................................................................................... 11
  A. Pharmaceutical Demand...................................................................................... 11
  B. Regulatory Oversight of Pharmaceuticals .......................................................... 15
  C. Pharmaceutical Promotion: Tactics and Evidence of Impact ........................... 16
VII. Promotion and Opioids ............................................................................................... 28
  A. Published Research.............................................................................................. 28
  B. The Defendants' Own Materials Recognize the Effects of Promotion on Opioid Sales.... 29
VIII. Econometric Analysis – Direct Approach .................................................................. 33
  A. Data Source and Trends...................................................................................... 34
  B. Analytic Approach............................................................................................... 41
  C. Results.................................................................................................................. 44
  Calculation of But-For MMEs ..................................................................................... 50
  Sensitivity with Respect to Specific Defendants ........................................................ 52
IX. Econometric Analysis – Indirect Approach................................................................ 53
  A. Data and Methods ............................................................................................... 55
  B. Results.................................................................................................................. 57
X. Does a theory of "under-treated pain" Explain the Growth in Opiate Prescribing?......... 62
  A. Cancer Patients at the End of Life..................................................................... 65
  B. Patients with Acute Pain..................................................................................... 66
  C. Results for Cancer and Acute Pain.................................................................... 68
XI. Summary and Conclusions ......................................................................................... 73

Case: 19-23649-shl Doc 1911-4 Filed 11/10/20 Entered 11/10/20 15:21:31 Exhibit D
Pg 3 of 6
Case: 1:17-md-02804-DAP Doc #: 3001-22 Filed: 12/17/19 3 of 208. PageID #: 441295

CONFIDENTIAL

## I. QUALIFICATIONS

1. My name is Meredith B. Rosenthal. I am the C. Boyden Gray Professor of Health Economics and Policy at the Harvard T.H. Chan School of Public Health and an Academic Affiliate of Greylock McKinnon Associates ("GMA"), a consulting and litigation support firm. My principal research interests concern the economics of the health care industry.

2. At Harvard, I have taught in undergraduate, Masters- and Ph.D.-level health economics and health policy courses. Since 1996, I have worked on a number of consulting matters through GMA, most of which relate to litigation in health care markets generally and the pharmaceutical industry in particular. I have also submitted written testimony in litigation concerning alleged anticompetitive conduct for a variety of drugs, which are listed in Attachment A. Most relevant to the current matter, I have submitted written and in some cases presented oral testimony in litigation concerning allegations of improper marketing of the following prescription drugs: Actiq,[1] Bextra,[2] Celexa and Lexapro,[3] Lyrica and Zyvox,[4] Geodon,[5]

---

[1] *In re: Actiq Sales and Marketing,* United States District Court for the Eastern District of Pennsylvania, No. 07-CV-4492.

[2] *In re: Bextra Marketing Sales Practices and Product Liability Litigation*, United States District Court for the Northern District of California, MDL No. 1699, No. M:05-CV-01699-CRB.

[3] *In re: Celexa and Lexapro and Sales Practices Litigation*, United States District Court for the District of Massachusetts, Case No. 09-MD-2067 (NMG); MDL No. 2067.

[4] *Mary K. Jones v. Pfizer Inc., et al.*, United States District Court for the Southern District of New York, Civil Action No. 1:10-cv-03864-AKH.

[5] *In re United States of America v. Pfizer, Inc.*, United States District Court for the District of Massachusetts, Case No. 1:10-CV-11166-DPW.

Ketek,[6] Lupron,[7] Neurontin,[8] Nexium,[9] Premarin, Prempro and Premphase,[10] Risperdal,[11] Rituxan,[12] Vioxx[13] and Zyprexa.[14]

3. I have conducted research on a wide variety of health economics topics, with a focus on the financing and organization of the U.S. health care system. Specific topics I have studied include the effect of payment incentives on provider behavior,[15] payment and delivery system

---

[6] *Sergeants Benevolent Association Health and Welfare Fund v. Sanofi-Aventis U.S. LLP*, United States District Court for the Eastern District of New York, No. 08-CV-179.

[7] *In re: Lupron Marketing and Sales Practices Litigation*, United States District Court for the District of Massachusetts, MDL No. 1430, No. 01-CV-10861.

[8] In re: Neurontin Marketing and Sales Practices Litigation, United States District Court for the District of Massachusetts, MDL No. 1629, No. 04-10981; Gregory Clark and Linda Meashey v. Pfizer Inc., and Warner-Lambert Company, LLC, Philadelphia County Court of Common Pleas, No. 1819; Elizabeth Judy and Stephen Brown v. Pfizer, Inc., individually and as successor in interest to Parke-Davis and Warner-Lambert, Inc., Circuit Court of the City of St. Louis, State of Missouri, Cause No. 042-01946, Division No. 1; and In re: Neurontin Marketing and Sales Practices Litigation, as it relates to: Kaiser Foundation Health Plan v. Pfizer, Inc., United States District Court for the District of Massachusetts, MDL No. 1629, No. 04-10981-PBS, No. 04-10739-PBS.

[9] Commonwealth Care Alliance and Glen Crenshaw v. AstraZeneca Pharmaceuticals L.P. and Zeneca Holdings, Inc., Commonwealth of Massachusetts, Superior Court, Trial Court Department, No. 05-CV-0269 BLS.

[10] *Krueger v. Wyeth, Inc.*, United States District Court for the Southern District of California, Civil Action No. 03CV2496 JAH (AJB).

[11] Charles Foti, Attorney General ex rel. State of Louisiana v. Janssen Pharmaceutica, Inc., 27th Judicial District Court, Parish of St. Landry, No. 04-C-3967-D and The State of Texas, ex rel. Allen Jones v. Janssen, L.P., District Court, 250th Judicial District, Travis County, Texas, No. D-1GV-04-001288.

[12] *United States ex rel. John Underwood v. Genentech, Inc.*, United States District Court for the Eastern District of Pennsylvania, No. 03-CV-3983.

[13] *Kleinman v. Merck & Co.*, No. ATL-L-3954-04 and *Martin v. Merck & Co.*, No. ATL-L24-05, Superior Court of New Jersey, Law Division, Camden County.

[14] *In re: Zyprexa Products Liability Litigation*, United States District Court for the Eastern District of New York, MDL No. 1596, Civil Action No. 05-CV-4115. I also submitted testimony in related state matters.

[15] See M. Rosenthal, "Risk Sharing and the Supply of Mental Health Services," *Journal of Health Economics*, 19(6), November 2000, pp. 1047-65; M. Rosenthal, R. Frank, Z. Li, and A. Epstein, "From Concept to Practice: Early Experience with Pay-for-Performance," *Journal of the American Medical Association*, 294(14), October 2005, pp. 1788-93; and M. Rosenthal, Z. Li, A. Robertson, and A. Milstein, "Impact of Financial Incentives for Prenatal Care on Birth Outcomes and Spending," *Health Services Research*, 44(5), Part 1, October 2009, pp. 1465-79.

19-23649-shl Doc 1911-4 Filed 11/10/20 Entered 11/10/20 15:21:31 Exhibit D
Pg 5 of 6
Case: 1:17-md-02804-DAP Doc #: 3007-22 Filed: 12/17/19 5 of 208. PageID #: 441297

CONFIDENTIAL

reform,[16] and advertising and promotion of prescription drugs.[17] I have published more than 150 peer-reviewed journal articles, essays, and book chapters.

4. I received an A.B. in International Relations from Brown University in 1990 and a Ph.D. in Health Policy (Economics Track) from Harvard University in 1998. A more complete description of my qualifications is found in my *Curriculum Vitae*, which is included as Attachment A to this Report.

5. I am being compensated at a rate of $825 per hour for my time. The compensation due to me is for the work performed and it is not contingent upon my opinions, my conclusions, or the outcome of this matter. The opinions I state in this report are stated within a reasonable degree of professional certainty in the areas of healthcare economics and econometrics. I reserve the right to respond to, rebut, opine on, or incorporate opinions offered by other experts in these matters.

---

[16] See M. Rosenthal, "Beyond Pay for Performance: Emerging Models of Provider-Payment Reform," *The New England Journal of Medicine*, 359(12), September 2008, pp. 1197-1200; M. Rosenthal, M. Friedberg, S. Singer, D. Eastman, Z. Li, and E. Schneider, "Effect of a Multipayer Patient-Centered Medical Home on Health Care Utilization and Quality: The Rhode Island Chronic Care Sustainability Initiative Pilot Program," *JAMA Internal Medicine*, September 2013, PMCID: 24018613; and S. Edwards, M. Abrams, M. Rosenthal, *et al.*, "Structuring Payment to Medical Homes After the Affordable Care Act," *Journal of General Internal Medicine*, 2014, PMCID: 417661.

[17] M. Rosenthal, *et al.*, "Promotion of Prescription Drugs to Consumers," *The New England Journal of Medicine*, 346(7), February 2002, pp. 498-505; M. Rosenthal, *et al.*, "Demand Effects of Recent Changes in Prescription Drug Promotion," *Forum for Health Economics & Policy*, 6(1), January 2003, pp. 1-26; M. Mello, M. Rosenthal, and P. Neumann, "Direct-to-Consumer Advertising and Shared Liability for Pharmaceutical Manufacturers," *Journal of the American Medical Association*, 289(4), January 2003, pp. 477-81; J. Donohue, E. Berndt, M. Rosenthal, A. Epstein, and R. Frank, "Effects of Pharmaceutical Promotion on Adherence to the Treatment Guidelines for Depression," *Medical Care*, 42(12), December 2004, pp. 1176-85.

CONFIDENTIAL

## TABLE 6
### MAXIMUM PERCENT OF MMEs EXPLAINED BY CLINICALLY JUSTIFIABLE USES

| | National Estimates, 1993-2018 | | | | | | Percent in Excess of Maximum Clinically Justifiable Opioid Uses |
|---|---|---|---|---|---|---|---|
| Year | Cancer | Trauma | Surgery | Total | Total + 50% | Actual MMEs Sold | |
| 1995 | 2,861,525,677 | 4,625,186,038 | 6,409,923,310 | 13,896,635,025 | 20,844,952,537 | 18,772,080,876 | 25.97% |
| 1996 | 2,855,148,549 | 4,617,967,501 | 6,382,363,792 | 13,855,479,842 | 20,783,219,763 | 21,873,462,479 | 36.66% |
| 1997 | 2,841,460,557 | 4,610,748,965 | 6,354,804,274 | 13,807,013,795 | 20,710,520,693 | 25,920,208,524 | 46.73% |
| 1998 | 2,836,327,442 | 4,603,530,428 | 6,327,244,756 | 13,767,102,626 | 20,650,653,940 | 32,696,110,786 | 57.89% |
| 1999 | 2,867,658,186 | 4,596,311,892 | 6,299,685,238 | 13,763,655,315 | 20,645,482,973 | 43,216,719,992 | 68.15% |
| 2000 | 2,871,862,451 | 4,589,093,355 | 6,272,125,720 | 13,733,081,526 | 20,599,622,289 | 57,661,469,498 | 76.18% |
| 2001 | 2,863,952,129 | 4,581,874,819 | 6,244,566,202 | 13,690,393,149 | 20,535,589,724 | 63,769,859,807 | 78.53% |
| 2002 | 2,862,225,094 | 4,574,656,282 | 6,217,006,684 | 13,653,888,060 | 20,480,832,090 | 84,394,141,166 | 83.82% |
| 2003 | 2,835,389,288 | 4,567,437,746 | 6,189,447,166 | 13,592,274,199 | 20,388,411,299 | 99,538,252,112 | 86.34% |
| 2004 | 2,801,036,403 | 4,560,219,209 | 6,161,887,648 | 13,523,143,260 | 20,284,714,890 | 113,467,432,097 | 88.08% |
| 2005 | 2,802,613,239 | 4,553,000,673 | 6,070,634,430 | 13,426,248,341 | 20,139,372,512 | 126,316,338,351 | 89.37% |
| 2006 | 2,780,881,572 | 4,527,506,760 | 6,066,004,644 | 13,374,392,976 | 20,061,589,464 | 142,567,094,664 | 90.62% |
| 2007 | 2,764,733,691 | 4,509,337,560 | 6,061,374,858 | 13,335,446,109 | 20,003,169,164 | 159,468,968,951 | 91.64% |
| 2008 | 2,745,234,129 | 4,553,328,570 | 6,056,745,072 | 13,355,307,771 | 20,032,961,656 | 178,153,878,388 | 92.50% |
| 2009 | 2,723,541,919 | 4,502,250,900 | 6,052,115,286 | 13,277,908,105 | 19,916,862,157 | 190,797,575,017 | 93.04% |
| 2010 | 2,720,139,135 | 4,598,301,120 | 6,047,485,500 | 13,365,925,755 | 20,048,888,632 | 211,124,683,303 | 93.67% |
| 2011 | 2,692,447,190 | 4,499,305,860 | 5,996,996,250 | 13,188,749,300 | 19,783,123,950 | 224,787,125,832 | 94.13% |
| 2012 | 2,674,157,851 | 4,553,358,810 | 5,946,507,000 | 13,174,023,661 | 19,761,035,491 | 215,174,297,180 | 93.88% |
| 2013 | 2,642,242,973 | 4,427,317,230 | 5,896,017,750 | 12,965,577,953 | 19,448,366,929 | 204,476,610,735 | 93.66% |
| 2014 | 2,631,363,034 | 4,481,465,100 | 5,845,528,500 | 12,958,356,634 | 19,437,534,950 | 198,407,257,313 | 93.47% |
| 2015 | 2,608,260,888 | 4,480,815,308 | 5,858,732,950 | 12,947,809,145 | 19,421,713,718 | 187,924,913,913 | 93.11% |
| 2016 | 2,594,425,251 | 4,473,596,771 | 5,831,173,432 | 12,899,195,454 | 19,348,793,181 | 176,998,684,608 | 92.71% |
| 2017 | 2,575,445,358 | 4,466,378,235 | 5,803,613,914 | 12,845,437,506 | 19,268,156,259 | 154,743,694,586 | 91.70% |
| 2018 | 2,556,465,464 | 4,459,159,698 | 5,776,054,396 | 12,791,679,558 | 19,187,519,338 | 55,937,815,582 | 77.13% |
| Total | 66,008,537,468 | 109,012,148,826 | 146,168,038,772 | 321,188,725,066 | 481,783,087,599 | 2,988,188,675,761 | 89.25% |

Source: Epidemiological Data: AHRQ HCUP, CDC SEER, HRSA AHRF
Sales Data: IQVIA NPA, ARCOS, CDC

Notes: Total = sum of MMEs needed to appropriately treat 100% of cancer, trauma, and surgery given clinical parameters (Cancer: 80 MMEs/day over 64 days; Surgery and Trauma: 30 MMEs/day over 7 days). Actual MMEs nationally from IQVIA NPA, ARCOS, CDC. Percent in Excess of Maximum Clinical Justifiable Opioid Use = (Actual MMEs Sold - Total Appropriate MMEs)/Actual MMEs Sold. Years for which epidemiological data was not available, linear estimation was used.