UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, : | |
| : | Case No. 19-23649 (RDD) |
| Debtors : | (Jointly Administered) |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record.

PLEASE TAKE NOTICE that the undersigned attorney, Daniel R. Walfish, of the law firm WALFISH & FISSELL PLLC, who is admitted to practice in this Court, appears as counsel for ten bankruptcy law professors who, as *amici curiae*, seek leave to file a brief opposing the motion to approve the proposed settlement between Purdue Pharma L.P. and the United States [ECF 1828]. The names of the *amici curiae* professors are listed in Appendix A to the proposed brief, which will be filed as Exhibit 1 to a motion seeking leave to file same.

Dated: November 10, 2020
New York, New York

    /s/ Daniel R. Walfish
Daniel R. Walfish
WALFISH & FISSELL PLLC
405 Lexington Ave., 8th Floor
New York, NY 10174
212-672-0521

*Counsel for* Amici Curiae *Bankruptcy Professors*