**REDACTED**

# Exhibits

# Redacted