UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | |
| | : | Case No. 19-23649 (RDD) |
| Debtors | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 9078-1 and paragraph 16 of the Case Management Procedures appended as Exhibit 1 to the Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures [ECF 498], I, Daniel R. Walfish, hereby certify that on November 10, 2020 I served the Motion for Leave to File Brief of Bankruptcy Professors as *Amici Curiae* in Opposition to the Proposed Settlement Between the United States and the Debtors [ECF 1913] and its appended proposed Brief of Bankruptcy Professors as *Amici Curiae* in Opposition to the Proposed Settlement Between the United States and the Debtors [ECF 1913-1] on all parties who are on the master service list maintained by Prime Clerk or who filed a notice of appearance on the electronic docket, and on the U.S. Trustee for the Southern District of New York ("U.S. Trustee") and the Chambers of the Hon. Robert D. Drain, by:

(1) Filing the aforementioned documents on ECF, resulting in electronic notification to all of the parties in Exhibit A hereto;

(2) Emailing a copy of the aforementioned documents to all of the email addresses in Exhibit B hereto, which includes all of the parties for which there are email addresses on the master service list, including the U.S. Trustee;

(3) Sending a copy of the aforementioned documents via FedEx overnight delivery to all of the parties in Exhibit C hereto, being all parties on the master service list for which no email address was listed and there was no consent to notification by ECF;

(4) Sending a copy of the aforementioned documents via U.S. Postal Service Priority Mail to the Office of the U.S. Trustee at 201 Varick Street, New York, NY 10014, Attn: Paul K. Schwartzberg; and

(5) Sending a copy of the aforementioned documents marked "Chambers Copy" via email and overnight FedEx delivery to the chambers of Judge Drain at rdd.chambers@nysb.uscourts.gov and Purdue Pharma L.P. – Chambers Copy, Chambers of Judge Drain, US Bankruptcy Court SDNY, 300 Quarropas Street, White Plains, NY 10601.

Dated: November 11, 2020

    /s/ Daniel R. Walfish

*Counsel for* Amici Curiae *Bankruptcy Professors*

# **Exhibit A**

**19-23649-rdd Notice will be electronically mailed to:**

Jill Abrams on behalf of Creditor The State of Vermont, by and through Attorney General Thomas J. Donovan Jr.
jill.abrams@vermont.gov

Nicklas Arnold Akers on behalf of Creditor The People of the State of California
nicklas.akers@doj.ca.gov

Nicklas Arnold Akers on behalf of Defendant The People of the State of California
nicklas.akers@doj.ca.gov

Sydenham B. Alexander, III on behalf of Creditor Commonwealth of Massachusetts
sandy.alexander@mass.gov

Sydenham B. Alexander, III on behalf of Defendant Commonwealth of Massachusetts
sandy.alexander@mass.gov

Andrew Vincent Alfano on behalf of Creditor Ad Hoc Group of Non-Consenting States
andrew.alfano@pillsburylaw.com

Anne Andrews on behalf of Creditor Ryan Hampton
aa@andrewsthornton.com

Alison Archer on behalf of Creditor Ohio Attorney General
alison.archer@ohioattorneygeneral.gov

Michael I. Baird on behalf of Creditor Pension Benefit Guaranty Corporation
baird.michael@pbgc.gov, efile@pbgc.gov

Jasmine Ball on behalf of Unknown Beacon Company
jball@debevoise.com, cponeal@debevoise.com;nquigley@debevoise.com

Lauren Guth Barnes on behalf of Creditor Blue Cross Blue Shield Association
lauren@hbsslaw.com, purduebankruptcy@hbsslaw.com

Morgan R Bentley on behalf of Attorney Sarasota County Public Hospital District
mbentley@bentleyandbruning.com

Thomas Moultrie Beshere, III on behalf of Creditor Commonwealth of Virginia, ex rel. Mark R. Herring, Attorney General
tbeshere@oag.state.va.us

Thomas D. Bielli on behalf of Examiner David M. Klauder
tbielli@bk-legal.com, dklauder@bk-legal.com;tnobis@bk-legal.com

Kathryn Blake on behalf of Creditor People of the State of New York
kathryn.blake@ag.ny.gov

Kathryn Blake on behalf of Defendant The People of the State of New York, by Letitia James, Attorney General of the State of New York
kathryn.blake@ag.ny.gov

Jordan S. Blask on behalf of Creditor Thermo Fisher Scientific
jblask@fbtlaw.com, agilbert@tuckerlaw.com

Anthony D. Boccanfuso on behalf of Debtor Purdue Pharma L.P.
Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso on behalf of Spec. Counsel Arnold & Porter Kaye Scholer LLP
Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com

James T. Boffetti on behalf of Creditor State of New Hampshire
james.boffetti@doj.nh.gov, janet.demers@doj.nh.gov

Morton R. Branzburg on behalf of Creditor AmerisourceBergen Drug Corporation
mbranzburg@klehr.com, jtaylor@klehr.com

Gary D. Bressler on behalf of Creditor Westchester Fire Insurance Company
gbressler@mdmc-law.com, dwhite@mdmc-law.com;scarney@mdmc-law.com;nleonard@mdmc-law.com

Emily Brown on behalf of Creditor Board of Chicago School District No. 299
ebrown@hsplegal.com

Celeste Brustowicz on behalf of Unknown Kara Trainor Brucato
cbrustowicz@clfnola.com, lrichardson@clfnola.com

Michael Morris Buchman on behalf of Creditor Tucson Medical Center
mbuchman@motleyrice.com

Michiyo Michelle Burkart on behalf of Creditor The People of the State of California
michelle.burkart@doj.ca.gov

Michiyo Michelle Burkart on behalf of Defendant The People of the State of California
michelle.burkart@doj.ca.gov

Ira Burnim on behalf of Unknown Kennedy Forum and other national organizations
irabster@gmail.com

Lori A. Butler on behalf of Creditor Pension Benefit Guaranty Corporation
butler.lori@pbgc.gov, efile@pbgc.gov

CRG Financial LLC on behalf of Creditor CRG Financial LLC
notices@CRGfinancial.com

CRG Financial LLC on behalf of Creditor CRG Financial, LLC as Assignee of Fike Corporation
notices@CRGfinancial.com

Aaron R. Cahn on behalf of Creditor State of West Virginia, ex. rel. Patrick Morrisey, Attorney General
cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

Aaron R. Cahn on behalf of Defendant State of West Virginia, ex rel. Patrick Morrisey, Attorney General
cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com

George Calhoun, IV on behalf of Unknown Ironshore Specialty Insurance Company
george@ifrahlaw.com

Robert P. Charbonneau on behalf of Creditor Attorney General, State of Florida
rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.

schristianson@buchalter.com, cmcintire@buchalter.com

Marvin E. Clements, Jr. on behalf of Creditor Tennessee Attorney General's Office
agbanknewyork@ag.tn.gov

Julie Elizabeth Cohen on behalf of Debtor Purdue Pharma L.P.
julie.cohen@skadden.com

Daniel S. Connolly on behalf of Unknown Beverly Sackler
daniel.connolly@bracewell.com, mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly on behalf of Unknown David Sackler
daniel.connolly@bracewell.com, mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly on behalf of Unknown Jonathan Sackler
daniel.connolly@bracewell.com, mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly on behalf of Unknown Richard Sackler
daniel.connolly@bracewell.com, mco@bracewell.com;joseph.lasher@bracewell.com

John Michael Connolly on behalf of Creditor Attorney General, State of Arizona
mike@consovoymccarthy.com

William S Consovoy on behalf of Creditor Attorney General, State of Arizona
will@consovoymccarthy.com

Linda J Conti on behalf of Creditor State of Maine
linda.conti@maine.gov

Merrida Coxwell on behalf of Attorney Merrida P Coxwell
lenah@coxwelllaw.com

Ashley Crawford on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.
avcrawford@akingump.com

Heather M Crockett on behalf of Creditor State of Indiana
heather.crockett@atg.in.gov, marie.baker@atg.in.gov

Heather M Crockett on behalf of Defendant State of Indiana
heather.crockett@atg.in.gov, marie.baker@atg.in.gov

Jonathan Watson Cuneo on behalf of Creditor Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
jonc@cuneolaw.com

Melanie L. Cyganowski on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
mcyganowski@oshr.com,
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melanie L. Cyganowski on behalf of Creditor State of Texas, acting by and through the Attorney General of Texas, Ken Paxton
mcyganowski@oshr.com,
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melanie L. Cyganowski on behalf of Creditor the State of Texas, acting by and through the Attorney General of Texas, Ken Paxton
mcyganowski@oshr.com,
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Peter D'Apice on behalf of Creditor Certain Native American Tribes and Others
dapice@sbep-law.com

Peter D'Apice on behalf of Creditor Tiffany Dunford
dapice@sbep-law.com

Scott I. Davidson on behalf of Debtor Purdue Pharma L.P.
sdavidson@kslaw.com, jcmccullough@kslaw.com

Brett T DeLange on behalf of Creditor State of Idaho, Through Attorney General Lawrence G. Wasden
brett.delange@ag.idaho.gov

Brett T DeLange on behalf of Defendant State of Idaho, Through Attorney General Lawrence G. Wasden
brett.delange@ag.idaho.gov

Ira S. Dizengoff on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.
idizengoff@akingump.com, apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Mark S. Dym on behalf of Creditor Board of Chicago School District No. 299
mdym@hsplegal.com

Mark S. Dym on behalf of Creditor Board of Education of East Aurora School District 131
mdym@hsplegal.com

Mark S. Dym on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215
mdym@hsplegal.com

Mark S. Dym on behalf of Creditor Board of Education of Thornton Township High School District 205
mdym@hsplegal.com

Leslie A. Eaton on behalf of Creditor Colorado Attorney General
leslie.eaton@coag.gov

Leslie A. Eaton on behalf of Creditor Colorado Department of Law
leslie.eaton@coag.gov

Kenneth H. Eckstein on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants

keckstein@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

Kenneth H. Eckstein on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
keckstein@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com

Brian Edmunds on behalf of Creditor State Of Maryland
bedmunds@oag.state.md.us

Leah M. Eisenberg on behalf of Creditor CVS Caremark Part D Services, L.L.C.
leisenberg@foley.com, leisenberg@foley.com

Leah M. Eisenberg on behalf of Creditor CaremarkPCS Health, L.L.C.
leisenberg@foley.com, leisenberg@foley.com

Susan Ellis on behalf of Unknown State of Illinois
sellis@atg.state.il.us

Bernard Ardavan Eskandari on behalf of Creditor The People of the State of California
bernard.eskandari@doj.ca.gov

Bernard Ardavan Eskandari on behalf of Defendant The People of the State of California
bernard.eskandari@doj.ca.gov

Gillian Feiner on behalf of Creditor Commonwealth of Massachusetts
gillian.feiner@mass.gov

Gillian Feiner on behalf of Defendant Commonwealth of Massachusetts
gillian.feiner@mass.gov

Jamie Fell on behalf of Interested Party PJT Partners LP
jamie.fell@stblaw.com

Lowell W. Finson on behalf of Creditor Anne Alexander, et al.
lowellwfinson@gmail.com

Judith Aurora Yosepha Fiorentini on behalf of Creditor The People of the State of California
judith.fiorentini@doj.ca.gov

Lara J Fogel on behalf of Creditor State of New Jersey
lfogel@levinelee.com

Lara J Fogel on behalf of Defendant State of New Jersey
lfogel@levinelee.com

Lawrence Fogelman on behalf of Unknown United States of America
lawrence.fogelman@usdoj.gov

Joseph D. Frank on behalf of Interested Party Walgreen Co. and certain corporate affiliates and subsidiaries
jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

George Robert Gage, Jr on behalf of Unknown Allergan Finance LLC

grgage@gagespencer.com

Richard R Gan on behalf of Attorney Richard R Gan
richlaw1@comcast.net

Jeffrey K. Garfinkle on behalf of Creditor McKesson Corporation
jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com

Jeffrey K. Garfinkle on behalf of Creditor McKesson Corporation, on behalf of itself and certain corporate affiliates
jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com

Scott F. Gautier on behalf of Unknown Collegium Pharmaceutical, Inc.
sgautier@robinskaplan.com, kmeek@robinskaplan.com;mdelaney@robinskaplan.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
sdnyecf@dor.mo.gov

Eric M. Gold on behalf of Creditor Commonwealth of Massachusetts
eric.gold@state.ma.us

Eric M. Gold on behalf of Defendant Commonwealth of Massachusetts
eric.gold@state.ma.us

Matthew J. Gold on behalf of Defendant State of Washington
mgold@kkwc.com

Matthew J. Gold on behalf of Interested Party State of Washington
mgold@kkwc.com

Eric Goldstein on behalf of Interested Party United HealthCare Services, Inc.
egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Michael Goldstein on behalf of Creditor Anda, Inc.
mgoldstein@goodwinlaw.com

Michael Goldstein on behalf of Creditor Teva Canada Limited
mgoldstein@goodwinlaw.com

Michael Goldstein on behalf of Creditor Teva Pharmaceuticals USA, Inc.
mgoldstein@goodwinlaw.com

Leslie A. Goller on behalf of Creditor Board of Chicago School District No. 299
lgoller@terrellhogan.com

Alexander M Gormley on behalf of Attorney Alexander Michael Gormley
agormley@slevinhart.com, ssavitsky@slevinhart.com

Gary A. Gotto on behalf of Creditor Ada County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Adams County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Arapahoe County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Arizona Counties Insurance Pool
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Arizona Municipal Risk Retention Pool
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Arizona School Alliance for Workers' Compensation
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Boulder County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Chelan County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City and County of Broomfield
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City and County of Denver
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Anacortes
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Aurora
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Bainbridge
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Black Hawk
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Brighton
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Burlington
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Commerce City
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Eureka
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Greeley
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Kent
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Kingman
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Lakewood
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Mount Vernon
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Northglenn
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Olympia
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Sedro-Woolley
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Sheridan
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Spokane
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Tacoma
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Thornton
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Vancouver
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor City of Westminster
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Clallam County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Clark County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Cochise County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Franklin County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Fremont County

ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Humboldt County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Island County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Jefferson County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor King County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Kitsap County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Kittitas County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor La Conner School District
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Larimer County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Lincoln County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Lummi Tribe of the Lummi Reservation
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Maricopa County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Mesa County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Missoula County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Mohave County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Mount Vernon School District
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Navajo County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Nez Perce Tribe
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Northwest Arizona Employee Benefit Trust
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Pierce County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Saint Regis Mohawk Tribe
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor San Juan County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Santa Barbara County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Sedro-Woolley School District
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Skagit County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Spokane County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Teller County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor The Makah Indian Tribe
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Thurston County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Town of Hudson
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Tri-County Health Department
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Tulalip Tribes
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Walla Walla County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Whatcom County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Whitman County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Creditor Yuma County
ggotto@kellerrohrback.com

Gary A. Gotto on behalf of Unknown City of Federal Heights
ggotto@kellerrohrback.com

Elisha D. Graff on behalf of Interested Party PJT Partners LP
egraff@stblaw.com

Timothy E. Graulich on behalf of Debtor Purdue Pharma L.P.
ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Mawerdi Hamid on behalf of Creditor State of Minnesota
mawerdi.hamid@ag.state.mn.us

William Hao on behalf of Creditor OptumRX, Inc.
william.hao@alston.com, leslie.salcedo@alston.com

Ben Harrington on behalf of Creditor City of Seattle
benh@hbsslaw.com

Neil L Henrichsen on behalf of Unknown Board of Chicago School District No. 299
nhenrichsen@hslawyers.com

John Wayne Hogan on behalf of Creditor Board of Chicago School District No. 299
hogan@terrellhogan.com

Jake Holdreith on behalf of Unknown Collegium Pharmaceutical, Inc.
jholdreith@robinskaplan.com, bmiller@robinskaplan.com;tbarrett@robinskaplan.com;cmay@robinskaplan.com

Chiung-Hui Huang on behalf of Creditor Board of Chicago School District No. 299
chuang@hslawyers.com

Chiung-Hui Huang on behalf of Creditor Board of Education of East Aurora School District 131
chuang@hslawyers.com

Chiung-Hui Huang on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215
chuang@hslawyers.com

Chiung-Hui Huang on behalf of Creditor Board of Education of Thornton Township High School District 205
chuang@hslawyers.com

Chiung-Hui Huang on behalf of Creditor The Board of Education of East Aurora School District 131
chuang@hslawyers.com

Chiung-Hui Huang on behalf of Creditor The Board of Education of Thornton Fractional Township High School District 215
chuang@hslawyers.com

Chiung-Hui Huang on behalf of Creditor The Board of Education of Thornton Township High School District 205
chuang@hslawyers.com

Evan M. Jones on behalf of Interested Party Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.
ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Evan M. Jones on behalf of Interested Party Janssen Pharmaceuticals, Inc.
ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Evan M. Jones on behalf of Interested Party Johnson & Johnson
ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Evan M. Jones on behalf of Interested Party Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.
ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Gregory P. Joseph on behalf of Unknown Beverly Sackler
gjoseph@jha.com

Gregory P. Joseph on behalf of Unknown David Sackler
gjoseph@jha.com

Gregory P. Joseph on behalf of Unknown Jonathan Sackler
gjoseph@jha.com

Gregory P. Joseph on behalf of Unknown Richard Sackler
gjoseph@jha.com

Nicholas F. Kajon on behalf of Creditor Al Marino, Inc.
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Attorney General, State of Arizona
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor MSI Corporation
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Marketing Services of Indiana, Inc.
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Amel Eiland
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Barbara Rivers
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Darcy Sherman
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Deborah Green-Kuchta
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Debra Dawsey
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Dora Lawrence
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Edward Grace
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Eli Medina
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Eric Hestrup, et al.
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor F. Kirk Hopkins
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Glenn Golden
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Gretta Golden
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Heather Enders
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Jason Reynolds
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Jordan Chu
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Kevin Wilk
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Kimberly Brand
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Lou Sardella
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Michael Christy
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Michael Klodzinski
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Michael Konig
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Michael Lopez
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Nadja Streiter

nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Ronald D. Stracener
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor W. Andrew Fox
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor William Stock
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor William Taylor
nfk@stevenslee.com

Nicholas F. Kajon on behalf of Creditor Zachary R. Schneider
nfk@stevenslee.com

Benjamin S. Kaminetzky on behalf of Debtor Purdue Pharma L.P.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Avrio Health L.P.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Purdue Pharma Inc.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Purdue Pharma L.P.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Purdue Pharma Manufacturing L.P.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Purdue Pharma of Puerto Rico
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Purdue Pharmaceutical Products L.P.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Purdue Pharmaceuticals L.P.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Purdue Transdermal Technologies L.P.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Rhodes Pharmaceuticals L.P.
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky on behalf of Plaintiff Rhodes Technologies
kaminet@dpw.com, ecf.ct.papers@davispolk.com

Nickolas Karavolas on behalf of Interested Party Her Majesty in Right of the Province of British Columbia
nkaravolas@phillipslytle.com, ddrons@phillipslytle.com

Joshua Karsh on behalf of Creditor Board of Chicago School District No. 299
pleadings@findjustice.com

Joshua Karsh on behalf of Creditor Board of Education of East Aurora School District 131
pleadings@findjustice.com

Joshua Karsh on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215
pleadings@findjustice.com

Joshua Karsh on behalf of Creditor Board of Education of Thornton Township High School District 205
pleadings@findjustice.com

Joshua Karsh on behalf of Creditor Independent Public School Districts
pleadings@findjustice.com

Michael J Kasen on behalf of Creditor Fredrick Hill
mkasen@kasenlaw.com

Beth Kaswan on behalf of Creditor City of Cambridge
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor City of Chicopee
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor City of Framingham
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor City of Gloucester
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor City of Haverhill
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor City of Salem
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor City of Springfield, Mass.
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor City of Worcester
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor Town of Canton
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor Town of Lynnfield
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor Town of Natick
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor Town of Randolph
bkaswan@scott-scott.com

Beth Kaswan on behalf of Creditor Town of Wakefield
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City Of Paterson, New Jersey
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Cambridge
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Chicopee
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Framingham
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Gloucester
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Haverhill
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Middletown
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Norwich
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Portsmouth
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Salem
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Trenton
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant City of Worcester
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant Town of Canton
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant Town of Enfield
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant Town of Lynnfield
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant Town of Natick

bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant Town of Randolph
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant Town of Springfield
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant Town of Wakefield
bkaswan@scott-scott.com

Beth Kaswan on behalf of Defendant Town of Wethersfield
bkaswan@scott-scott.com

Ashley Keller on behalf of Defendant State of Arizona, ex rel. Mark Brnovich, Attorney General
ack@kellerlenkner.com

Nicolas G. Keller on behalf of Unknown New York State Department of Financial Services
nicolas.keller@dfs.ny.gov

Neil Francis Xavier Kelly on behalf of Unknown STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
nkelly@riag.ri.gov, mdifonzo@riag.ri.gov

Muhammad Umair Khan on behalf of Creditor People of the State of New York
umair.khan@ag.ny.gov

Michael S. Kimm on behalf of Creditor Jung U. Kim
msk@kimmlaw.com, law@kimmlaw.com;proh@kimmlaw.com

Jeremy C. Kleinman on behalf of Interested Party Walgreen Co. and certain corporate affiliates and subsidiaries
jkleinman@fgllp.com

Anna Kordas on behalf of Debtor Purdue Pharma L.P.
akordas@jonesday.com, cbuck@jonesday.com

Mark Krueger on behalf of Creditor State of Nevada
mkrueger@ag.nv.gov, dpotnar@ag.nv.gov,jwhitson@ag.nv.gov,lmtucker@ag.nv.gov

Thomas Lauria on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P.
tlauria@whitecase.com

Andrea Law on behalf of Unknown State of Illinois
alaw@atg.state.il.us

Trish Lazich on behalf of Creditor Ohio Attorney General
trish.lazich@ohioattorneygeneral.gov

Alexander Lees on behalf of Interested Party Raymond Sackler Family
alees@milbank.com, alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com

Nicole A Leonard on behalf of Creditor Westchester Fire Insurance Company
nleonard@mdmc-law.com, sshidner@mdmc-law.com

Richard B. Levin on behalf of Creditor McKesson Corporation
rlevin@jenner.com

Michael G Louis on behalf of Unknown Joan E. Vasko
mlouis@macelree.com

Donald K. Ludman on behalf of Unknown SAP America, Inc.
dludman@brownconnery.com

Timothy Lundgren on behalf of Creditor The People of the State of California
timothy.lundgren@doj.ca.gov

Michael Luskin on behalf of Interested Party Old Republic Insurance Company
luskin@lsellp.com

Jennifer B Lyday on behalf of Creditor State of North Carolina
notice@waldrepwall.com

Joanna Lydgate on behalf of Creditor Commonwealth of Massachusetts
joanna.lydgate@mass.gov

Christopher A. Lynch on behalf of Creditor AmerisourceBergen Drug Corporation
clynch@reedsmith.com

Kevin C. Maclay on behalf of Unknown Multi-State Governmental Entities Group
kmaclay@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com

Eric John Maloney on behalf of Creditor State of Minnesota
eric.maloney@ag.state.mn.us

Eric John Maloney on behalf of Defendant State of Minnesota by its Attorney General, Keith Ellison
eric.maloney@ag.state.mn.us

Scott S. Markowitz on behalf of Creditor Ad Hoc Committee of NAS Babies
smarkowitz@tarterkrinsky.com, snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com

Kimberly P. Massicotte on behalf of Creditor State of Connecticut
kimberly.massicotte@ct.gov

Brian S. Masumoto on behalf of U.S. Trustee United States Trustee
nysbnotice@gmail.com

Clayton Matheson, I on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma
L.P., et al.
cmatheson@akingump.com

Annemarie Belanger Mathews on behalf of Creditor State of South Carolina, by and through Attorney General Alan
Wilson
amathews@scag.gov

James I. McClammy on behalf of Debtor Purdue Pharma L.P.

james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Avrio Health L.P.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Purdue Pharma Inc.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Purdue Pharma L.P.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Purdue Pharma Manufacturing L.P.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Purdue Pharma of Puerto Rico
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Purdue Pharmaceutical Products L.P.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Purdue Pharmaceuticals L.P.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Purdue Transdermal Technologies L.P.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Rhodes Pharmaceuticals L.P.
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

James I. McClammy on behalf of Plaintiff Rhodes Technologies
james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com

Katherine McCraw on behalf of Creditor NC Dept. of Health and Human Services
kmccraw@ncdoj.gov, kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov

Laura McFarlane on behalf of Interested Party State of Wisconsin
mcfarlanele@doj.state.wi.us

Patrick Francis McTernan on behalf of Creditor State of Hawaii ex rel. Clare E. Connors, Attorney General
pmcternan@croninfried.com, cfskf@croninfried.com

Patrick Francis McTernan on behalf of Defendant State of Hawaii, ex rel. Clare E. Connors, Attorney General
pmcternan@croninfried.com, cfskf@croninfried.com

Cyrus Mehri on behalf of Creditor Board of Chicago School District No. 299
cmehri@findjustice.com

Cyrus Mehri on behalf of Creditor Board of Education of East Aurora School District 131
cmehri@findjustice.com

Cyrus Mehri on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215
cmehri@findjustice.com

Cyrus Mehri on behalf of Creditor Board of Education of Thornton Township High School District 205
cmehri@findjustice.com

Cyrus Mehri on behalf of Creditor Bullitt County School District, Kentucky
cmehri@findjustice.com

Cyrus Mehri on behalf of Creditor La Rue County School District, Kentucky
cmehri@findjustice.com

Seth Adam Meyer on behalf of Creditor Attorney General, State of Arizona
sam@kellerlenkner.com, docket@kellerlenkner.com

Seth Adam Meyer on behalf of Creditor State of Arizona
sam@kellerlenkner.com, docket@kellerlenkner.com

Seth Adam Meyer on behalf of Defendant State of Arizona, ex rel. Mark Brnovich, Attorney General
sam@kellerlenkner.com, docket@kellerlenkner.com

Samuel Mitchell on behalf of Creditor Tucson Medical Center
sam@mitchellspeights.com

Carol E. Momjian on behalf of Creditor Commonwealth of Pennsylvania
cmomjian@attorneygeneral.gov

Denise Mondell on behalf of Creditor State of Connecticut
denise.mondell@ct.gov

Eleanor M. Mullen on behalf of Creditor State of Connecticut
eleanor.mullen@ct.gov

Sean Michael Murphy on behalf of Defendant State of Wisconsin
murphysm@doj.state.wi.us, radkeke@doj.state.wi.us

Sean Michael Murphy on behalf of Interested Party State of Wisconsin
murphysm@doj.state.wi.us, radkeke@doj.state.wi.us

David Eli Nachman on behalf of Creditor People of the State of New York
david.nachman@ag.ny.gov

David Eli Nachman on behalf of Defendant The People of the State of New York, by Letitia James, Attorney General of
the State of New York
david.nachman@ag.ny.gov

Edward E. Neiger on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P.
eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Darlene M. Nowak on behalf of Creditor Giant Eagle, Inc.
nowak@marcus-shapira.com

Sean A. O'Neal on behalf of Interested Party Norton Rose Fulbright US LLP
soneal@cgsh.com, maofiling@cgsh.com

Brendan O'Neil on behalf of Creditor State of Maine
brendan.oneil@maine.gov

Steven P Ordaz on behalf of Unknown BMC Group, Inc
sordaz@bmcgroup.com

Norma E. Ortiz on behalf of Unknown The National Association for the Advancement of Colored People
email@ortizandortiz.com,
bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com

Robert Padjen on behalf of Creditor Colorado Department of Law
robert.padjen@coag.gov

Robert Padjen on behalf of Defendant State of Colorado
robert.padjen@coag.gov

Jeremy Pearlman on behalf of Creditor State of Connecticut
jeremy.pearlman@ct.gov

William R Pearson on behalf of Creditor State of Iowa, Ex Rel
william.pearson@ag.iowa.gov

William R Pearson on behalf of Defendant State of Iowa, Thomas J. Miller, Attorney General of Iowa
william.pearson@ag.iowa.gov

Justino D Petrarca on behalf of Creditor Board of Education of East Aurora School District 131
jpetrarca@edlawyer.com, emcnulty@edlawyer.com

Justino D Petrarca on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215
jpetrarca@edlawyer.com, emcnulty@edlawyer.com

Justino D Petrarca on behalf of Creditor Board of Education of Thornton Township High School District 205
jpetrarca@edlawyer.com, emcnulty@edlawyer.com

Todd E. Phillips on behalf of Unknown Multi-State Governmental Entities Group
tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com,cguerrero@capdale.com

Matthew J. Piers on behalf of Creditor Board of Chicago School District No. 299
mpiers@hsplegal.com, rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers on behalf of Creditor Board of Education of East Aurora School District 131
mpiers@hsplegal.com, rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215
mpiers@hsplegal.com, rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers on behalf of Creditor Board of Education of Thornton Township High School District 205
mpiers@hsplegal.com, rortiz@hsplegal.com;docketing@hsplegal.com

Constantine Dean Pourakis on behalf of Creditor Eric Hestrup, et al.
cp@stevenslee.com

Amanda Quick on behalf of Creditor State of Indiana
amanda.quick@atg.in.gov, marie.baker@atg.in.gov

Amanda Quick on behalf of Defendant State of Indiana
amanda.quick@atg.in.gov, marie.baker@atg.in.gov

Paul A. Rachmuth on behalf of Creditor Ad Hoc Committee on Accountability
paul@paresq.com

Aisha Rich on behalf of Creditor Board of Chicago School District No. 299
arich@findjustice.com

Mai Lan G. Rodgers on behalf of Creditor Pension Benefit Guaranty Corporation
rodgers.mailan@pbgc.gov, efile@pbgc.gov

Laurel D. Roglen on behalf of Creditor DuPont de Nemours, Inc.
roglenl@ballardspahr.com

Evan Romanoff on behalf of Creditor State of Minnesota
evan.romanoff@ag.state.mn.us

Paul S Rothstein on behalf of Attorney Paul S Rothstein
psr@rothsteinforjustice.com

Paul S Rothstein on behalf of Unknown Paul S Rothstein
psr@rothsteinforjustice.com

Corey Roush on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.
croush@akingump.com

Laurie Rubinow on behalf of Unknown Ad Hoc Group of Self-Funded Health Plans
lrubinow@sfmslaw.com

Vadim J. Rubinstein on behalf of Creditor Nevada Counties and Municipalities
vrubinstein@loeb.com, vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com

Vadim J. Rubinstein on behalf of Defendant Nevada Counties and Municipalities
vrubinstein@loeb.com, vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com

Megan Paris Rundlet on behalf of Creditor Colorado Attorney General
megan.rundlet@coag.gov

Megan Paris Rundlet on behalf of Defendant State of Colorado
megan.rundlet@coag.gov

Elizabeth Scott on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.
edscott@akingump.com

Joel Shafferman on behalf of Creditor Casey David Nadolski

shaffermanjoel@gmail.com

Pearl Shah on behalf of Creditor Ad Hoc Group of Hospitals
pshah@mcgrailbensinger.com

Pearl Shah on behalf of Creditor Hospital Claimants
pshah@mcgrailbensinger.com

J. Christopher Shore on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P.
cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

George W. Shuster, Jr. on behalf of Debtor Purdue Pharma L.P.
george.shuster@wilmerhale.com, WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Steven A Skalet on behalf of Creditor Board of Chicago School District No. 299
sskalet@findjustice.com

Steven A Skalet on behalf of Creditor Board of Education of East Aurora School District 131
sskalet@findjustice.com

Steven A Skalet on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215
sskalet@findjustice.com

Steven A Skalet on behalf of Creditor Board of Education of Thornton Township High School District 205
sskalet@findjustice.com

Daniel H. Slate on behalf of Creditor McKesson Corporation
dslate@buchalter.com

Eric J. Snyder on behalf of Creditor State of Alabama
esnyder@wilkauslander.com, jstauder@wilkauslander.com

Christopher B Spuches on behalf of Creditor Attorney General, State of Florida
cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches on behalf of Defendant State of Florida, Office of the Attorney General, Department of Legal Affairs
cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Katherine Stadler on behalf of Creditor Arkansas Plaintiffs
kstadler@gklaw.com, kboucher@gklaw.com

Katherine Stadler on behalf of Creditor Tennessee Plaintiffs
kstadler@gklaw.com, kboucher@gklaw.com

Katherine Stadler on behalf of Defendant Arkansas Plaintiffs
kstadler@gklaw.com, kboucher@gklaw.com

Katherine Stadler on behalf of Defendant Tennessee Plaintiffs
kstadler@gklaw.com, kboucher@gklaw.com

Catherine Steege on behalf of Creditor McKesson Corporation

csteege@jenner.com, jeffrey_cross@discovery.com

James Stempel on behalf of Interested Party Noramco Coventry LLC
jstempel@kirkland.com

Dawn Stewart on behalf of Creditor Board of Chicago School District No. 299
dstewart@thestewartlawfirm.com

Aaron H. Stulman on behalf of Interested Party Walmart, Inc.
astulman@potteranderson.com, bankruptcy@potteranderson.com

Mark Tate on behalf of Attorney Village of Amityville, NY, et al.
wkell@tatelawgroup.com

Jay Teitelbaum on behalf of Creditor Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary
Health System, Inc. et al
jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Jay Teitelbaum on behalf of Unknown Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary
Health System, Inc. et al
jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Louis J. Testa on behalf of Creditor People of the State of New York
louis.testa@ag.ny.gov

Louis J. Testa on behalf of Defendant The People of the State of New York, by Letitia James, Attorney General of the
State of New York
louis.testa@ag.ny.gov

Wendy Tien on behalf of Defendant State of Minnesota by its Attorney General, Keith Ellison
wendy.tien@ag.state.mn.us

Marc Joseph Tobak on behalf of Debtor Purdue Pharma L.P.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Avrio Health L.P.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Purdue Pharma Inc.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Purdue Pharma L.P.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Purdue Pharma Manufacturing L.P.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Purdue Pharma of Puerto Rico
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Purdue Pharmaceutical Products L.P.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Purdue Pharmaceuticals L.P.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Purdue Transdermal Technologies L.P.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Rhodes Pharmaceuticals L.P.
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Marc Joseph Tobak on behalf of Plaintiff Rhodes Technologies
mtobak@dpw.com, ecf.ct.papers@davispolk.com

Lawrence L. Tong on behalf of Creditor State of Hawaii ex rel. Clare E. Connors, Attorney General
lawrence.l.tong@hawaii.gov, mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov

Sara Tonnesen on behalf of Defendant Consumer Protection Division Office of the Attorney General (Md.)
stonnesen@oag.state.md.us

Andrew M. Troop on behalf of Creditor Ad Hoc Group of Non-Consenting States
andrew.troop@pillsburylaw.com

Margaret Truesdale on behalf of Creditor Board of Chicago School District No. 299
mtruesdale@hsplegal.com

Marshall C. Turner on behalf of Creditor Ascent Health Services
marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner on behalf of Creditor Express Scripts Senior Care Holdings, Inc.
marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner on behalf of Creditor Express Scripts, Inc.
marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Gerard Uzzi on behalf of Interested Party Raymond Sackler Family
guzzi@milbank.com, jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi on behalf of Interested Party The Raymond Sackler Family
guzzi@milbank.com, jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi on behalf of Unknown Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler
guzzi@milbank.com, jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi on behalf of Unknown Jonathan Sackler
guzzi@milbank.com, jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi on behalf of Unknown Beverly Sackler
guzzi@milbank.com, jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi on behalf of Unknown David Sackler
guzzi@milbank.com, jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi on behalf of Unknown Jonathan Sackler
guzzi@milbank.com, jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi on behalf of Unknown Richard Sackler
guzzi@milbank.com, jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com;mmuscara@Milbank.com

Melissa L. Van Eck on behalf of Creditor Commonwealth of Pennsylvania
mvaneck@attorneygeneral.gov

Melissa L. Van Eck on behalf of Defendant Commonwealth of Pennsylvania
mvaneck@attorneygeneral.gov

Jennifer Lynn Vandermeuse on behalf of Defendant State of Wisconsin
vandermeusejl@doj.state.wi.us, radkeke@doj.state.wi.us

Jennifer Lynn Vandermeuse on behalf of Interested Party State of Wisconsin
vandermeusejl@doj.state.wi.us, radkeke@doj.state.wi.us

Shmuel Vasser on behalf of Attorney Dechert LLP
shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com

Ilana Volkov on behalf of Creditor Ad Hoc Group of Hospitals
ivolkov@mcgrailbensinger.com, ivolkov@mcgrailbensinger.com

Eli J. Vonnegut on behalf of Debtor Adlon Therapeutics L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Avrio Health L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Button Land L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Greenfield BioVentures L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Imbrium Therapeutics L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Nayatt Cove Lifescience Inc.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Ophir Green Corp.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Paul Land Inc.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Purdue Neuroscience Company
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Purdue Pharma Inc.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Purdue Pharma L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Purdue Pharma Manufacturing L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Purdue Pharma of Puerto Rico
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Purdue Pharmaceutical Products L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Purdue Pharmaceuticals L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Purdue Transdermal Technologies L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Quidnick Land L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Rhodes Associates L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Rhodes Pharmaceuticals L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Rhodes Technologies
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor SVC Pharma Inc.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor SVC Pharma LP
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor Seven Seas Hill Corp.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Debtor UDF LP
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Interested Party PJT Partners LP
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Avrio Health L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Purdue Pharma Inc.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Purdue Pharma L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Purdue Pharma Manufacturing L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Purdue Pharma of Puerto Rico
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Purdue Pharmaceutical Products L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Purdue Pharmaceuticals L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Purdue Transdermal Technologies L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Rhodes Pharmaceuticals L.P.
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Eli J. Vonnegut on behalf of Plaintiff Rhodes Technologies
eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com

Daniel Walfish on behalf of Unknown Bankruptcy Professors as Amici Curiae
dwalfish@walfishfissell.com

Anne Gilbert Wallice on behalf of Interested Party Noramco Coventry LLC
anne.wallice@kirkland.com

Peter H Weinberger on behalf of Unknown Plaintiffs' Co-Leads and Plaintiffs' Executive Committee in MDL 2804
sschebek@spanglaw.com

William P. Weintraub on behalf of Creditor Anda, Inc.
wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

William P. Weintraub on behalf of Creditor Teva Canada Limited
wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

William P. Weintraub on behalf of Creditor Teva Pharmaceuticals USA, Inc.

wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

Erin West on behalf of Creditor Arkansas Plaintiffs
ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com

Erin West on behalf of Creditor Tennessee Plaintiffs
ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com

Dorothy White-Coleman on behalf of Unknown City of Bellefontaine Neighbors, Missouri
whitecoleman@whitecoleman.net

Gregory Dale Willard on behalf of Creditor State of Missouri, by its Attorney General Eric S. Schmitt
gwillard@dubllc.com

Brady C. Williamson on behalf of Creditor Arkansas Plaintiffs
bwilliamson@gklaw.com

Brady C. Williamson on behalf of Creditor Tennessee Plaintiffs
bwilliamson@gklaw.com

Dennis Windscheffel on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma
L.P., et al.
dwindscheffel@akingump.com

Charles Wysong on behalf of Creditor Board of Chicago School District No. 299
cwysong@hsplegal.com

Dina L. Yunker Frank on behalf of Interested Party Washington State Department of Revenue
bcuyunker@atg.wa.gov

David Zwally on behalf of Interested Party Avrio Health Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party BR Holdings Associates Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party BR Holdings Associates L.P.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Caas Leasing, Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Connecticut Avenue Realty Co., Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Coventry Technologies L.P.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party E.R.G. Realty, Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Essential Raw Materials

dzwally@haugpartners.com

David Zwally on behalf of Interested Party Hospice Provident LLC
dzwally@haugpartners.com

David Zwally on behalf of Interested Party IAF Corporation
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Midvale Chemical Company
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Nappwood Land Corporation
dzwally@haugpartners.com

David Zwally on behalf of Interested Party New Suffolk Holdings LLP
dzwally@haugpartners.com

David Zwally on behalf of Interested Party One Stamford Land Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party One Stamford Realty L.P.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party PLP Associates Holding Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party PLP Associates Holdings L.P.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party PRA Holdings, Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Pharma Associates Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Pharma Associates L.P.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Pharma Technologies Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Pharmaceutical Research Associates L.P.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Pharmaceutical Research Associates, Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Purdue Biopharma Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Purdue Biopharma L.P.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Purdue Healthcare Technologies Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Purdue Healthcare Technologies L.P.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Purdue Pharma Technologies Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party RSJ Company L.P.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Rhodes Pharmaceuticals Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Rhodes Technologies Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Sawwood Land Corporation
dzwally@haugpartners.com

David Zwally on behalf of Interested Party TXP Services, Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party The P.F. Laboratories, Inc
dzwally@haugpartners.com

David Zwally on behalf of Interested Party The Purdue Frederick Company Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party The Seven Hundred Realty Corporation
dzwally@haugpartners.com

David Zwally on behalf of Interested Party The Terramar Foundation, Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Vitamerican Chemicals, Inc.
dzwally@haugpartners.com

David Zwally on behalf of Interested Party Vitamerican Corporation
dzwally@haugpartners.com

# Exhibit B

cbs@agentislaw.com; idizengoff@akingump.com; apreis@akingump.com;
mhurley@akingump.com; sbrauner@akingump.com; elisovicz@akingump.com;
william.hao@alston.com; will.sugden@alston.com; jacob.johnson@alston.com;
gspizer@anapolweiss.com; aa@andrewsthornton.com; shiggins@andrewsthornton.com;
rsiko@andrewsthornton.com; eneiger@askllp.com; jchristian@askllp.com;
vandermeusejl@doj.state.wi.us; dina.yunker@atg.wa.gov; daluzt@ballardspahr.com;
roglenl@ballardspahr.com; DonBarrettPA@gmail.com; mbentley@bentleyandbruning.com;
dwallace@bentleyandbruning.com; Klaw@bbslaw.com; tbielli@bk-legal.com;
bmc@ecfAlerts.com; daniel.connolly@bracewell.com; robert.burns@bracewell.com;
dludman@brownconnery.com; GCicero@brownrudnick.com; DMolton@brownrudnick.com;
spohl@brownrudnick.com; jgarfinkle@buchalter.com; dslate@buchalter.com;
bernard.eskandari@doj.ca.gov; michelle.burkart@doj.ca.gov; timothy.lundgren@doj.ca.gov;
judith.fiorentini@doj.ca.gov; kmaclay@capdale.com; jwehner@capdale.com;
jliesemer@capdale.com; tphillips@capdale.com; bankruptcy@clm.com;
jalberto@coleschotz.com; eric.gold@mass.gov; cmomjian@attorneygeneral.gov;
mike@consovoymccarthy.com; cbrustowicz@clfnola.com; jdetty@clfnola.com;
lrichardson@clfnola.com; donald@creadorelawfirm.com; jonc@cuneolaw.com;
jonc@cuneolaw.com; Purdue.noticing@dpw.com; GWillard@dubllc.com;
badams@egletlaw.com; aham@egletlaw.com; eentsminger@egletlaw.com;
ggoodman@foley.com; leisenberg@foley.com; panderson@foxswibel.com; jfrank@fgllp.com;
jkleinman@fgllp.com; fredhill70@gmail.com; litherlandc@gilbertlegal.com;
quinnk@gilbertlegal.com; gilberts@gilbertlegal.com; kstadler@gklaw.com;
mgoldstein@goodwinlaw.com; wweintraub@goodwinlaw.com; hsteel@goodwinlaw.com;
benh@hbsslaw.com; purduebankruptcy@hbsslaw.com; dzwally@haugpartners.com;
jdougherty@haugpartners.com; Caleb.Holzaepfel@huschblackwell.com;
marshall.turner@huschblackwell.com; CSteege@jenner.com; rlevin@jenner.com;
mleventhal@jha.com; dpepe@jha.com; pjerdee@jha.com; cstanley@jha.com;
gjoseph@jha.com; sam@kellerlenkner.com; Anne.Wallice@Kirkland.com;
James.Stempel@Kirkland.Com; mgold@kkwc.com; rtuchman@kkwc.com;
keckstein@kramerlevin.com; rringer@kramerlevin.com; vrubinstein@loeb.com;
luskin@lsellp.com; stern@lsellp.com; mlouis@macelree.com; nowak@marcus-shapira.com;
rbarnes@marcus-shapira.com; gbressler@mdmc-law.com; mmorano@mdmc-law.com;
nleonard@mdmc-law.com; ivolkov@mcgrailbensinger.com; guzzi@milbank.com;
estodola@milbank.com; alees@milbank.com; sdnyecf@dor.mo.gov;
sam@mitchellspeights.com; jyoung@forthepeople.com; juanmartinez@forthepeople.com;
mbuchman@motleyrice.com; kmccraw@ncdoj.gov; kcordry@naag.org;
nicolas.keller@dfs.ny.gov; Heather.Crockett@atg.in.gov; lara.fogel@law.njoag.gov;
David.Nachman@ag.ny.gov; Kathryn.Blake@ag.ny.gov; Umair.Khan@ag.ny.gov;
amathews@scag.gov; jlibet@scag.gov; Denise.Mondell@ct.gov; brett.delange@ag.idaho.gov;
william.pearson@ag.iowa.gov; Jill.abrams@vermont.gov; paul.schwartzberg@usdoj.gov;
Alison.Archer@ohioattorneygeneral.gov; Trish.Lazich@ohioattorneygeneral.gov;
mcyganowski@otterbourg.com; jfeeney@otterbourg.com; mvaneck@attorneygeneral.gov;
andrew.troop@pillsburylaw.com; andrew.alfano@pillsburylaw.com;
jason.sharp@pillsburylaw.com; jryan@potteranderson.com; astulman@potteranderson.com;
rslaugh@potteranderson.com; purduepharmateam@primeclerk.com;

serviceqa@primeclerk.com; Jon.Lowne@pharma.com; mdf@rawlingsandassociates.com;
clynch@reedsmith.com; cspringer@reedsmith.com; jshafferman@swc-law.com;
bkaswan@scott-scott.com; jscolnick@scott-scott.com; egoldstein@goodwin.com;
bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com; jamie.fell@stblaw.com;
egraff@stblaw.com; attorney.general@alaska.gov; aginfo@azag.gov; oag@ArkansasAG.gov;
bankruptcy@coag.gov; Attorney.General@ct.gov; Attorney.General@state.DE.US;
hawaiiag@hawaii.gov; webmaster@atg.state.il.us; ConsumerInfo@ag.state.la.us;
consumer.mediation@maine.gov; oag@oag.state.md.us; ago@state.ma.us; miag@michigan.gov;
attorney.general@ago.mo.gov; contactdoj@mt.gov; ago.info.help@nebraska.gov;
attorneygeneral@doj.nh.gov; askconsumeraffairs@lps.state.nj.us; Louis.Testa@ag.ny.gov;
jsutton2@ncdoj.gov; ndag@nd.gov; consumer.hotline@doj.state.or.us;
consumerhelp@state.sd.us; reg.boards@tn.gov; paul.singer@oag.texas.gov; bk-
robaldo@oag.texas.gov; public.information@oag.state.tx.us; uag@utah.gov;
ago.info@vermont.gov; mailoag@oag.state.va.us; emailago@atg.wa.gov;
Abby.G.Cunningham@wvago.gov; nfk@stevenslee.com; cp@stevenslee.com;
esserman@sbeplaw.com; dapice@sbep-law.com; smarkowitz@tarterkrinsky.com;
rcavaliere@tarterkrinsky.com; mbrownstein@tarterkrinsky.com; Marvin.Clements@ag.tn.gov;
jblask@tuckerlaw.com; twaldrep@waldrepllp.com; jlyday@waldrepllp.com;
jlanik@waldrepllp.com; cshore@whitecase.com; michele.meises@whitecase.com;
alice.tsier@whitecase.com; ashley.chase@whitecase.com; tlauria@whitecase.com;
laura.femino@whitecase.com; esnyder@wilkauslander.com; Lawrence.fogelman@usdoj.gov;
danielle.levine@usdoj.gov; peter.aronoff@usdoj.gov

# Exhibit C

Air Liquide Industrial U.S. L.P.
Attn: President or General Counsel
9811 Katy Freeway Suite 100
Houston TX 77024

Alabama Attorney General
Attn: Bankruptcy Department
PO Box 300152
Montgomery AL 36130

Ronald George Dandar
Legal Mail Department
50 Overlook Dr
La Belle PA 15450

District of Columbia Attorney General
Attn: Bankruptcy Department
441 4th Street NW
Washington DC 20001

Brian Fetzko
Fetzko Law Offices, P.C.
12 Evergreen Dr Suite 102
Middletown NY 10940

Florida Attorney General
Attn: Bankruptcy Department
The Capitol, PL 01
Tallahassee FL 32399

Georgia Attorney General
Attn: Bankruptcy Department
40 Capitol Square SW
Atlanta GA 30334

Ikon Financial Services
Attn: President or General Counsel
1738 Bass Rd
Macon GA 31210

IRS
Central Insolvency Operation
2970 Market St
Mail Stop 5 Q30 133
Philadelphia PA 19104

Kansas Attorney General
Attn: Bankruptcy Department
120 SW 10th Ave 2nd floor
Topeka KS 66612

Kentucky Attorney General
Attn: Bankruptcy Department
700 Capitol Ave Suite 118
Frankfort KY 40601

Mississippi Attorney General
Attn: Bankruptcy Department
550 High Street Suite 1200
Walter Sillers Building
Jackson MS 39201

New Mexico Attorney General
Attn: Bankruptcy Department
PO Drawer 1508
Santa Fe, NM 87504

Oklahoma Attorney General
Attn: Bankruptcy Department
313 NE 21st Street
Oklahoma City OK 73105

Puerto Rico Secretary of Justice
Attn: Bankruptcy Department
Calle Teniente Cesar Gonzalez 677
Esq. Ave. Jesus T. Pinero
San Juan PR 00918

U.S. Bank Equipment Finance
Attn: President or General Counsel
1310 Madrid Street
Marshall MN 56258

Wyoming Attorney General
Attn: Bankruptcy Department
123 Capitol Building
200 W. 24th Street
Cheyenne WY 82002