BEDELL CRISTIN JERSEY PARTNERSHIP
Edward Drummond
26 New Street
Saint Helier, Jersey JE2 3RA
Tel: +44 (0)1534 814814
edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**FIFTH MONTHLY FEE STATEMENT OF
BEDELL CRISTIN JERSEY PARTNERSHIP
FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED
AS SPECIAL FOREIGN COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR
<u>THE PERIOD OF 1 SEPTEMBER 2020 THROUGH 30 SEPTEMBER 2020</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Bedell Cristin Jersey Partnership |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | 29 June 2020, *nunc pro tunc* to 27 February, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | 1 September 2020 through 30 September 2020 |
| Fees Incurred: | $101,827.00 |
| 20% Holdback: | $20,365.40 |
| Total Compensation Less 20% Holdback: | $81,461.60 |
| Monthly Expenses Incurred: | $1,215.48 |
| Total Fees and Expenses Requested: | **$82,677.08** |

This is the Fifth monthly interim fee statement.

Bedell Cristin Jersey Partnership ("Bedell Cristin"), special foreign counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Fifth Monthly Fee Statement") covering the period from 1 September 2020 through and including 30 September 2020 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023]. The Honourable Robert R Drain, United States Bankruptcy Judge, approved the retention of Bedell Cristin *nun pro tunc* to 27 February 2020 by order dated 29 June 2020.

2

By this Fifth Monthly Fee Statement, Bedell Cristin requests (a) interim allowance and payment of compensation in the amount of $81,461.60 (80% of $101,827.00) for fees on account of reasonable and necessary professional services rendered to the Committee by Bedell Cristin and (b) reimbursement of actual and necessary costs and expenses in the amount of $1,215.48[2] incurred by Bedell Cristin during the Compensation Period.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each Bedell Cristin professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Bedell, Cristin for services rendered to the Committee are the same rates that Bedell Cristin charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bedell Cristin professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Bedell Cristin professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

---

[2] Expense reports or invoices for such amounts are included within Exhibit E.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Fifth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Fifth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on November 25, 2020** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If no objections to this Fifth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees identified herein.

If an objection to this Fifth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fifth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: St Helier, Jersey  
November 11, 2020

Bedell Cristin Jersey Partnership

By: */s/ Edward Drummond*  
26 New Street, St Helier, Jersey, JE2 3RA  
Telephone: +44 (0) 1534 814621  
Edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors Purdue Pharma L.P., et al.*

**Exhibit A**

**Timekeeper Summary**

| Partners | Department | Rate | Hours | Amount ($) |
|---|---|---|---|---|
| Advocate E. Drummond | Litigation | $750.00 | 35 | $26,250.00 |
| Advocate A. Davidson | Litigation | $740.00 | 10.3 | $7,622.00 |
| **Partner Total** | | | **45.3** | **$33,872.00** |
| **Senior Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs E. Shaw | International Private Client | $430.00 | 52.8 | $29,040.00 |
| **Senior Associate Total** | | | **52.8** | **$29,040.00** |
| **Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs C. C. Young | Litigation | $430.00 | 32.1 | $13,803.00 |
| Mr A. Garner | Litigation | $430.00 | 19.4 | $8,342.00 |
| Miss K.F. Brass | International Private Client | $430.00 | 21.7 | 9,331.00 |
| Miss L. Carter | International Private Client | $430.00 | 17.3 | 7,439.00 |
| **Associate Total** | | | **90.5** | **$38,915.00** |
| **Staff Attorneys Total** | | | **188.6** | **$101,827.00** |
| **Total Hours / Fees Requested** | | | **188.6** | **$101,827.00** |

## TOTAL FEES FOR THE COMPENSATION PERIOD

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $747.73 | 45.3 | $33,872.00 |
| Senior Associates | $550 | 52.8 | $29,040.00 |
| Associates | $430 | 90.5 | $38,915.00 |
| **Blended Attorney Rate** | $539.91 | | |
| **Blended Rate for All Timekeepers** | $539.91 | | |
| **Total Hours / Fees Requested:** | | 188.6 | $101,827.00 |

2

## Exhibit B

### Task Code Summary

| Task Code | Matter | Hours | Value($) |
|---|---|---|---|
| 3 | Bedell Cristin Fees | 7.4 | $4,043.00 |
| 6 | Retention of Professionals | 20.2 | $9,368.00 |
| 13 | Analysis of Pre-Petition Transactions | 161 | $88,416.00 |
| | **TOTAL:** | **188.6** | **$101,827.00** |

## **Exhibit C**

**Itemized Fees**

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036

**Our ref** EBD/CCY/136744.0001  
**Invoice No** 359608  
**Tax date** 06 November 2020  
**GST No.** 0009162  
**Tel:** +44 (0) 1534 814814

**INVOICE**  
Advice re: Purdue Pharma LP

|  | Charge | GST Rate |
|---|---|---|
| **Professional Fees** | | |
| To professional services rendered from 1 September to 30 September 2020 in connection with Advice re: Purdue Pharma LP. | 101,827.00 | 0.0% |
| **Expenses** | | |
| LoopUp - conference call C Young 14/08/20 | 17.34 | 0.0% |
| Search Administration Fee | 33.17 | 0.0% |
| Jersey Registry Search Fee | 1,164.97 | 0.0% |
| **Third Party Charges** | | |
|  | 0.00 | 0.0% |
| Total excluding GST | US$ 103,042.48 | |
| Total GST | US$ 0.00 | |
| **INVOICE TOTAL** | **US$ 103,042.48** | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  
Account Name: Bedell Group Services Offices  USD  
Swift Code: BARCGB22

Sort Code: 20-45-05  
Account Number: 62384922  
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28863278-1

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036

**Our ref** EBD/CCY/136744.0001  
**Invoice No** 359608  
**Tax date** 06 November 2020  
**GST No.** 0009162  
**Tel:** +44 (0) 1534 814814

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate E. Drummond** | | |
| 01/09/20 | 0013 - Guernsey discovery - Reviewing email from Akin Gump with attachments (0.6). Email to AD in Guernsey office (0.1). Call with AD (0.4). Emails with Akin Gump to arrange call (0.3). Call with Akin Gump (0.8). Drafting follow up email (0.5). Approved AD, sending (0.1). | 2:48 | 2,100.00 |
| 02/09/20 | 0013 – Claim: Review email re: Guernsey discovery instruction. | 0:06 | 75.00 |
| 03/09/20 | 0013 – Claim - Call with CY re: next steps re: discovery, DD and agreement. | 0:18 | 225.00 |
| | 0003 - Emails with Bedell team re: billing Aug and codes | 0:06 | 75.00 |
| 04/09/20 | 0003 - Fees - Review CYY time guide (0.2) and email comments to her (0.1). Emails with CY re: August billing issues (0.7). Speak NCC re: IPC team billing issues (0.1). | 1:06 | 825.00 |
| | 0013 - Claims - call with Bedell team re: DD exercise and next steps. (0.6). Emails with CY and KLB re: company searches (0.4) | 1:00 | 750.00 |
| 07/09/20 | 0003- Fees - review (0.3) and approve with minor amends August combined invoice (0.1). | 0:24 | 300.00 |
| | 0013 - Claim. Email re: B trusts (0.3). Review co searches (0.7). | 1:00 | 750.00 |
| 08/09/20 | 0013 - Claims - Guernsey discovery - email from EL at Akin Gump (0.2). Email to AD (0.2). | 0:24 | 300.00 |
| | 0013 - Claims - Review email from EH re: B trusts (0.4). Call with EH (0.4). Review co searches (0.2). Review trust docs from EH (0.5). Email to Akin Gump (0.4). | 1:54 | 1,425.00 |
| | 0013 - Claims - legal research for substantive advice. | 0:30 | 375.00 |
| 09/09/20 | 0013 - Claim - research re: Guernsey discovery. | 1:06 | 825.00 |
| | 0013 - Claim - review email from EH at Akin Gump re ACSP (0.3). Email to her (0.5). review Akin Gump emails re: Jersey agreement (0.1) | 0:54 | 675.00 |
| 10/09/20 | 0013 - Claim - Guernsey discovery - review email from Akin Gump (0.1); email exchange with AD (0.3). | 0:24 | 300.00 |
| 11/09/20 | 0013 - Claim - research | 0:36 | 450.00 |
| 14/09/20 | 0013 - Claim - emails with IPC team re: DD (0.3); contact English counsel (0.3). | 0:36 | 450.00 |
| 15/09/20 | 0013 - Claim - Speak CY re: counsel rates (0.2). Email from CY (0.2). Email exchange with counsel's clerk (0.3). Email exchange with Akin Gump (0.5). | 1:12 | 900.00 |
| | 0013 - Claim - call with Akin Gump (0.7). Call with AD (0.4). Research (0.4). Speak CY (0.2). | 1:42 | 1,275.00 |
| 16/09/20 | 0003 - Fees - Speak CY re: counsel (0.1). Call with counsel's clerk (0.2). Review email from him (0.2). | 0:30 | 375.00 |
| | 0013 - Claim - research (0.8). | 0:48 | 600.00 |
| | 0003 - Fees - review Aug monthly fee statement (0.1), comments to CY (0.1). | 0:12 | 150.00 |
| | 0013 - Claim - review email from ES attaching DD report and Jersey agreement (0.3). Send email to ES in response (0.4). Send email to Akin Gump team re: DD (0.5). Review emails from JS at Akin Gump (0.1). | 1:18 | 975.00 |
| 17/09/20 | 0013 - Claim - Review counsel proposal drafted by CY (0.1), amending and emailing to CY (0.3). | 0:24 | 300.00 |
| | 0013 - Claim - speak CY re: next steps. | 0:06 | 75.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  
Account Name: Bedell Group Services Offices   USD  
Swift Code: BARCGB22

Sort Code: 20-45-05  
Account Number: 62384922  
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office

bedellcristin.com

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28863278-1

# BEDELL CRISTIN

LEGAL SERVICES

Advice re: Purdue Pharma LP

| | |
|---|---|
| Our ref | KLB/CCY/136744.0001 |
| Invoice No | 359608 |
| Tax date | 06 November 2020 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate E. Drummond** | | |
| 18/09/20 | 0013 - Claim - Review CY table re: PTC ownership (0.1). Comments to CY (0.1). Email exchange with Akin Gump re: media (0.1). Email exchange with ES re: DD review (0.2). Research re: Jersey legal issues (1.6). | 2:06 | 1,575.00 |
| | 0003 - Fee - Approve Aug fee statement. | 0:06 | 75.00 |
| 20/09/20 | 0013 - Claim. Email from Debevoise (0.1). Emails with Akin Gump re: calls (0.1). | 0:12 | 150.00 |
| 21/09/20 | 0013 - Claim. Jersey agreement. Review email from Debevoise attaching amended agreement (0.8). Call with Bedell team (0.7). Email to Akin Gump (0.3). Call with Akin Gump (0.5). Call with Davis Polk (0.5). | 2:48 | 2,100.00 |
| 24/09/20 | 0013 - Claim - Prep for call with Akin Gump, Davis Polk and Debevoise (0.4). Call with them (1.0). | 1:24 | 1,050.00 |
| 25/09/20 | 0013 - Claim - Work on note of next steps arising from call with US attorneys yesterday (1.0). Two calls with Bedell team (ES and CY) to discuss Jersey legal issues (1.1). | 2:06 | 1,575.00 |
| 28/09/20 | 0013 - Research (0.2). Work on draft instructions to leading counsel (4.6). | 4:48 | 3,600.00 |
| 29/09/20 | 0013 - Claim - Speak CY re: Guernsey conflict issues (0.1). | 0:06 | 75.00 |
| | 0013 - Claim - speak CY re: instructions (0.2); final amendments to instructions (1.2). Emails with AD and AG re: Guernsey elements (0.2). | 1:36 | 1,200.00 |
| 30/09/20 | 0013 - Claim - research re: claims (0.4). | 0:24 | 300.00 |
| | **Mrs C. C. Young** | | |
| 01/09/20 | 0013 – Guernsey Law Issues: Call with ED and AD on Subpoena to produce documents | 0:48 | 344.00 |
| | 0013 – Guernsey Law Issues: Review material from Akin Gump on Subpoena to produce documents | 0:24 | 172.00 |
| | 0013 – Guernsey Law Issues: Call with Akin Gump - regarding Subpoena on information | 0:48 | 344.00 |
| | 0006 - Retention: (Guernsey) - Review of engagement terms | 0:24 | 172.00 |
| 03/09/20 | 0003 - Fee: email to fee earners re: guidance on fee | 0:24 | 172.00 |
| | 0003 - Fee: E-mail to Akin Gump re: Fee Application | 0:06 | 43.00 |
| | 0013 – Guernsey law Issues: Telephone call with ED re: Guernsey Subpoena | 0:12 | 86.00 |
| | 0003 - Fee: E-mail to internal team re: Fee requirements requests | 0:12 | 86.00 |
| 04/09/20 | 0003 - Fee Application: Billing report/invoice | 0:42 | 301.00 |
| | 0013 - Jersey trust law issues: telephone call with LC (0.1), telephone call with ED (0.1) | 0:12 | 86.00 |
| | 0013 - Jersey Trust issues: internal Bedell Cristin Discussion on due diligence | 0:36 | 258.00 |
| 07/09/20 | 0003 - Fees: bill reports/narrative and monthly fee statement | 0:36 | 258.00 |
| 09/09/20 | 0003 - Fees: Monthly Fee Statement | 0:36 | 258.00 |
| | 0013 - Jersey trust Issues: Internal discussion with ED (0.1), | 0:06 | 43.00 |
| | 0013 – Guernsey law issues: internal team call re conflicts (0.1), e-mail to internal team (0.1), review conflict list (0.2) | 0:24 | 172.00 |
| | 0013: Guernsey legal advice: call with AG | 0:18 | 129.00 |
| 10/09/20 | 0006 - Retention (Guernsey Conflict check) | 0:18 | 129.00 |
| 14/09/20 | 0003 Fees: Monthly interim fee payment | 0:48 | 344.00 |
| 15/09/20 | 0013 – Jersey Law Issues: Enquiry regarding English counsels | 0:24 | 172.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

| | |
|---|---|
| Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE | Sort Code: 20-45-05 |
| Account Name:  Bedell Group Services Offices  USD | Account Number: 62384922 |
| Swift Code: BARCGB22 | IBAN: GB88 BARC 2045 0562 3849 22 |

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

bedellcristin.com

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28863278-1

# BEDELL CRISTIN

LEGAL SERVICES

Advice re: Purdue Pharma LP

| | Our ref | KLB/CCY/136744.0001 |
|---|---|---|
| | Invoice No | 359608 |
| | Tax date | 06 November 2020 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs C. C. Young** | | |
| | 0013: Guernsey legal advice: telephone conference with Akin Gump (.7), internal discussion on remedies with ED, (.2) | 0:54 | 387.00 |
| | 003: Fees - review rates | 0:06 | 43.00 |
| 16/09/20 | 0013: Jersey legal trusts issues: drafting Opinion/instructions to counsel on potential claims and reviewing documents | 1:36 | 688.00 |
| | 0013: Jersey legal trusts issues: English Counsel: phone call with clerk (0.2), internal discussions (0.1), email to counsel's clerk (0.1), Putting together information pack on counsel for Akin Gump (0.7) | 1:06 | 473.00 |
| 17/09/20 | 0013: Jersey legal trusts issues: drafting/collating information pack for debtor's approval of instruction of English QC (0.3), email to Akin Gump (0.1) | 0:24 | 172.00 |
| | 0013: Jersey Trust Issues - Reviewing Company Searches of various trusts documents | 2:42 | 1,161.00 |
| 18/09/20 | 0013: Jersey Trusts Issues - Review Company Search documents | 1:48 | 774.00 |
| | 0013: Jersey and Guernsey trust issues - instructions to counsel | 1:42 | 731.00 |
| | 0003: Fees - interim fee application exhibit for itemized disbursements, (0.3), Emails to Akin Gump (0.2) | 0:30 | 215.00 |
| 21/09/20 | 0013: Jersey Trust issues - review incoming correspondences on Jersey Agreement (.3), e-mail to Akin Gump (.1), review amendments of Jersey Agreement (.3), Instructions to English Counsel (2.8). research legal position of foreign recognition (1.2) | 4:42 | 2,021.00 |
| | 0013: Jersey law issues: Internal telephone call with Bedell Team (.8), call with Akin Gump only (.5), call with Davis Polk and Akin Gump (.5) | 1:48 | 774.00 |
| 22/09/20 | 0003: Fees - Compile data sample information for fee examiner | 0:42 | 301.00 |
| 24/09/20 | 0013: Jersey trust issues: telephone call with Akin Gump, Davis Polk, Mourant, Carey Olsen, Debevoise | 0:54 | 387.00 |
| 25/09/20 | 0013: Jersey trusts issues: internal call with ESH and ED (1.0), correspondence to Akin Gump, (0.1) | 1:06 | 473.00 |
| 28/09/20 | 0013 - Jersey Trust issues - instructions to counsel | 0:54 | 387.00 |
| 29/09/20 | 0013: Jersey trusts issues - communication to clerk of counsel (0.2), calls with ed (.4), email to Akin Gump (0.1), instructions to counsel (2.1) | 2:48 | 1,204.00 |
| | 0006: Retention – telephone call with AGA | 0:06 | 43.00 |
| | **Miss K. F. Brass** | | |
| 04/09/20 | 0013- Jersey Trust issue Bedell Team call | 0:30 | 215.00 |
| 07/09/20 | 0013- Jersey trust issue- telephone attendance with ES re due diligence | 0:30 | 215.00 |
| | 0013 Jersey Trust - review of due diligence docs | 5:00 | 2,150.00 |
| 08/09/20 | 0013 Jersey Trust- discuss ES | 0:24 | 172.00 |
| | 0013 Jersey Trust- due diligence review | 5:24 | 2,322.00 |
| 09/09/20 | 0013 Jersey Trust- working on due diligence | 6:00 | 2,580.00 |
| | 0013 Jersey Trust - working on due diligence | 0:30 | 215.00 |
| 10/09/20 | 0013 Jersey Trust- working on DD (3.0) and discuss with ES (0.4) | 3:24 | 1,462.00 |
| | **Miss L. Carter** | | |
| 01/09/20 | 0013 – Jersey law trust Issues: DD project | 3:00 | 1,290.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE
Account Name: Bedell Group Services Offices  USD
Swift Code: BARCGB22

Sort Code: 20-45-05
Account Number: 62384922
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

bedellcristin.com

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28863278-1

# BEDELL CRISTIN

LEGAL SERVICES

| | | | |
|---|---|---|---|
| Advice re: Purdue Pharma LP | | Our ref | KLB/CCY/136744.0001 |
| | | Invoice No | 359608 |
| | | Tax date | 06 November 2020 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Miss L. Carter** | | |
| 03/09/20 | 0003 - email to CY re: fee earner information | 0:12 | 86.00 |
| 04/09/20 | 0013 - Jersey trust issues (0.1), discussions (0.6) | 0:42 | 301.00 |
| | 0013 - Jersey trust issues (0.2), discussions (0.1) | 0:12 | 86.00 |
| | 0003 - billing issues (0.1), discussions (0.1) | 0:12 | 86.00 |
| | 0013 - Jersey trust issues, discussions (0.1) | 0:12 | 86.00 |
| 08/09/20 | 0013 - Jersey Trust issue - Due diligence review of documents | 1:12 | 516.00 |
| 09/09/20 | 0013 - Jersey trust issue - discussions | 0:12 | 86.00 |
| | 0013 - Jersey Trust issue - due diligence review of documents | 6:00 | 2,580.00 |
| 10/09/20 | 0013 - Jersey Trust issue - due diligence review of documents | 4:00 | 1,720.00 |
| 11/09/20 | 0013 - Jersey Trust issue - due diligence review of documents | 1:24 | 602.00 |
| | **Mrs E. Shaw** | | |
| 01/09/20 | 0013 – Jersey law trust Issues: Review of emails (0.2); catch up with team and agreeing next steps (0.6). | 0:48 | 440.00 |
| 02/09/20 | 0013 – Jersey law trust Issues: Arranging for master DD spreadsheet to be prepared. | 0:12 | 110.00 |
| 03/09/20 | 0013 – Jersey law trust Issues: DD exercise | 1:30 | 825.00 |
| 04/09/20 | 0013 – Jersey law trust Issues: Reviewing master spreadsheet and noting themes (1.5); discussions re purpose trust (0.4) | 1:54 | 1,045.00 |
| | 0013 – Jersey law trust Issues: call re due diligence | 0:42 | 385.00 |
| | 0013 – Jersey law trust Issues: DD exercise | 1:30 | 825.00 |
| 07/09/20 | 0013 – Jersey law trust Issues: Calls and discussions re completion of initial DD (0.5) and moving to review phase (1.0) | 1:30 | 825.00 |
| | 0013 – Jersey law trust Issues: reviewing DD master spreadsheet | 2:30 | 1,375.00 |
| 08/09/20 | 0013 – Jersey law trust Issues: DD exercise (8.0) and responding to queries (0.2). | 8:12 | 4,510.00 |
| 09/09/20 | 0013 – Jersey law trust Issues: continuing DD review exercise | 4:30 | 2,475.00 |
| 10/09/20 | 0013: Jersey Trust Issue - reviewing trust DD | 5:30 | 3,025.00 |
| 11/09/20 | 0013 - Trust Review Exercise - DD review | 2:00 | 1,100.00 |
| | 0013 - Trust Review Exercise - noting conclusions | 0:30 | 275.00 |
| | 0013 - Trust Review Exercise - DD review | 1:00 | 550.00 |
| 14/09/20 | 0013 - Trust Issues - finalising DD review | 3:30 | 1,925.00 |
| 15/09/20 | 0013 - Trust Issues: preparing note re DD summary | 5:00 | 2,750.00 |
| 16/09/20 | 0013: Trust Issues - review documents and updating DD table | 1:00 | 550.00 |
| | 0013: Trust Issues - considering review points amends to DD table and identified parties list | 1:42 | 935.00 |
| | 0013: Trust Issues - email re DD findings and comments | 0:30 | 275.00 |
| 18/09/20 | 0013 - Trust issues - email exchange | 0:12 | 110.00 |
| 20/09/20 | 0013 - Trust Issues - reviewing revised Agreement and email ex re same. | 0:24 | 220.00 |
| 21/09/20 | 0013 – Jersey law trust Issues: Further consideration re revisions to standstill agreement | 0:30 | 275.00 |
| | 0013 - Jersey Trust Issues - internal call to discuss issues arising from the amendments to Agreement | 0:54 | 495.00 |
| | 0013 - Jersey Trust Issues - call with Akin Gump | 0:30 | 275.00 |
| | 0013 - Jersey Trust Issues - call with Akin Gump & Davis Polk | 0:30 | 275.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE          Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD                         Account Number: 62384922
Swift Code: BARCGB22                                                     IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,                **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA                         A list of Partners is available for inspection at the principal office

bedellcristin.com                                BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28863278-1

# BEDELL CRISTIN

LEGAL SERVICES

Advice re: Purdue Pharma LP

| | | Our ref | KLB/CCY/136744.0001 |
|---|---|---|---|
| | | Invoice No | 359608 |
| | | Tax date | 06 November 2020 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs E. Shaw** | | |
| | 0013 - Jersey Trust Issues - consider changes to Agreement and legal issues (2.0); internal discussions (0.5) | 2:30 | 1,375.00 |
| 24/09/20 | 0013: Jersey Trusts Issue - emails re call scheduled | 0:12 | 110.00 |
| | 0013: Jersey Trust Issue - all parties call | 1:00 | 550.00 |
| 25/09/20 | 0013 - Jersey Trust Matters - internal discussions/considerations following all parties call. | 1:12 | 660.00 |
| 29/09/20 | 0013 - Jersey Trust Issues- review and comments re instruction to counsel. | 0:54 | 495.00 |
| | **Advocate A.M. Davidson** | | |
| 01/09/20 | 0013: Guernsey legal issues – Telephone conference with Akin Gump team and Bedell (Jersey team) | 0:48 | 592.00 |
| | 0013: Guernsey legal issues - Follow up work from call including call with ED re retainer | 0:36 | 444.00 |
| | 013: Guernsey legal issues - Review legal issues and consideration of latest Guernsey cases | 1:18 | 962.00 |
| | 0013: Guernsey legal issues – Attendance with ED | 0:48 | 592.00 |
| 08/09/20 | 0006: Retention - Read email from ED (.1): internal email to ED (.2) | 0:18 | 222.00 |
| 09/09/20 | 0013: Guernsey legal issues - Prep for call with ED (0.2) and call with Akin G (0.5) | 0:42 | 518.00 |
| | 0006: Retention - Review internal email | 0:06 | 74.00 |
| 10/09/20 | 0006: Retention- Amending declaration (0.6), Terms of Conditions and Letter of Engagement requirements (0.5); attendance with ED (email) (0.3); attending AGA re conflict checks (0.2) | 1:36 | 1,184.00 |
| 14/09/20 | 0013: Guernsey legal issues - Correspondence with Akin Gump and Bedell Jersey Team | 0:18 | 222.00 |
| 15/09/20 | 0013: Guernsey legal issues – internal phone call with ED discussing legal issues | 0:18 | 222.00 |
| | 0013: Guernsey legal issues – Telephone conference with Akin Gump and Jersey team | 1:06 | 814.00 |
| | 0013: Guernsey legal issues – Review incoming e-mail from Akin Gump (0.2); review relevant further authorities in readiness for provision of advice (1.0) | 1:12 | 888.00 |
| 17/09/20 | 0003: Fees - Read email from CY | 0:18 | 222.00 |
| 25/09/20 | 0013: Guernsey legal issues - Emails in CY and SB of Akin Gump re instruction of counsel | 0:06 | 74.00 |
| 29/09/20 | 0013: Guernsey legal issues - Review emails and enclosures re instructions to counsel | 0:36 | 444.00 |
| | 0006: Retention - Further emails in/out with Akin Gump team re latest conflict list and review same | 0:12 | 148.00 |
| | **Mr A. G. E. Garner** | | |
| 09/09/20 | 0006: Retention - Conflict checks | 0:12 | 86.00 |
| | 0013: Guernsey legal issues - Strategy call | 0:30 | 215.00 |
| 10/09/20 | 0013: Guernsey legal issues - Reviewing email correspondence | 0:06 | 43.00 |
| 15/09/20 | 0013: Guernsey legal issues - reviewing email correspondence | 0:12 | 86.00 |
| | 0006: Retention conflict checks | 3:54 | 1,677.00 |
| | 0013: Guernsey legal issues - all parties call (1.1) and follow up internal Bedell Cristin call (0.2) | 1:18 | 559.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE        Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD             Account Number: 62384922
Swift Code: BARCGB22                         IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

bedellcristin.com

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28863278-1

# BEDELL CRISTIN

LEGAL SERVICES

| | | | |
|---|---|---|---|
| Advice re: Purdue Pharma LP | | Our ref | KLB/CCY/136744.0001 |
| | | Invoice No | 359608 |
| | | Tax date | 06 November 2020 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mr A. G. E. Garner** | | |
| 16/09/20 | 0006: Retention - conflict checks | 1:42 | 731.00 |
| 17/09/20 | 0006: Retention - conflict checks | 0:48 | 344.00 |
| 18/09/20 | 0006: Retention - conflict checks | 2:18 | 989.00 |
| 21/09/20 | 0006: Retention - conflict checks | 5:36 | 2,408.00 |
| 22/09/20 | 0006: Retention - conflict checks | 1:00 | 430.00 |
| 23/09/20 | 0006: Retention - conflict checks | 0:42 | 301.00 |
| 25/09/20 | 0006: Retention - conflict checks | 0:12 | 86.00 |
| 29/09/20 | 0006: Retention - conflict checks | 0:30 | 215.00 |
| 30/09/20 | 0006: Retention - conflict checks | 0:18 | 129.00 |
| | 0013: Guernsey legal issues - email correspondence | 0:06 | 43.00 |
| | Total:- | 188:36 | 101,827.00 |
| | Advocate E. Drummond | 35:00 | 26,250.00 |
| | Mrs C. C. Young | 32:06 | 13,803.00 |
| | Miss L. Carter | 17:18 | 7,439.00 |
| | Mrs E. Shaw | 52:48 | 29,040.00 |
| | Miss K. F. Brass | 21:42 | 9,331.00 |
| | Advocate A.M. Davidson | 10:18 | 7,622.00 |
| | Mr A. G. E. Garner | 19:24 | 8,342.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE           Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD           Account Number: 62384922
Swift Code: BARCGB22           IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,           **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA           A list of Partners is available for inspection at the principal office

**bedellcristin.com**           BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28863278-1

## Exhibit D

**Disbursement Summary**

| Disbursement Activity | Amount ($) |
|---|---:|
| LoopUp - conference call C Young 14/08/20 | $17.34 |
| Jersey Registry Search Fee (£878) | $1,164.97 |
| Search Administration Fee (£25) | $33.17 |
| **TOTAL** | **$1,215.48** |

5

## Exhibit E

**Itemized Disbursements**

# BEDELL CRISTIN

LEGAL SERVICES

| | |
|---|---|
| Mitchell Hurley | |
| Akin Gump Strauss Hauer & Feld LLP | |
| One Bryant Park | |
| Bank of America Tower | |
| New York | |
| NY 10036 | |

| | |
|---|---|
| **Our ref** | EBD/CCY/136744.0001 |
| **Invoice No** | 358484 |
| **Tax date** | 07 September 2020 |
| **GST No.** | 0009162 |
| **Tel:** | +44 (0) 1534 814814 |

**INVOICE**

Advice re: Purdue Pharma LP

| | Charge | GST Rate |
|---|---:|---:|
| **Expenses** | | |
| LoopUp - conference call on 06/07/2020 | 28.70 | 0.0% |
| LoopUp - conference call on 16/07/2020 | 55.07 | 0.0% |
| LoopUp - conference call on 22/07/2020 | 12.40 | 0.0% |
| Total excluding GST | US$ 96.17 | |
| Total GST | US$ 0.00 | |
| **TOTAL BALANCE DUE** | **US$ 96.17** | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE   Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD                Account Number: 62384922
Swift Code: BARCGB22                                             IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,          **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA                   A list of Partners is available for inspection at the principal office

**bedellcristin.com**                      BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28690129-1

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036

**Our ref** EBD/CCY/136744.0001  
**Invoice No** 359588  
**Tax date** 04 November 2020  
**GST No.** 0009162  
**Tel:** +44 (0) 1534 814814

**INVOICE**  
Advice re: Purdue Pharma LP

|  | Charge | GST Rate |
|---|---|---|
| **Expenses** | | |
| LoopUp - conference call C Young 14/08/20 | 17.34 | 0.0% |
| **Third Party Charges** | | |
|  | 0.00 | 0.0% |
| Total excluding GST | US$ 17.34 | |
| Total GST | US$ 0.00 | |
| **INVOICE TOTAL** | US$ 17.34 | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE  
Account Name: Bedell Group Services Offices  USD  
Swift Code: BARCGB22

Sort Code: 20-45-05  
Account Number: 62384922  
IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28854549-1