**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF ELEVENTH MONTHLY FEE STATEMENT OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | September 1, 2020 through September 30, 2020 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $1,065.50 |

This is a(n):   monthly  x    interim  __    final application  __

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**ELEVENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**September 1, 2020 through September 30, 2020**

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 6.0 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 122.5 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 171.5 |
| 10 | Business Plan | - |
| 11 | Case Strategy | 11.5 |
| **Total** | | **311.5** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 34.5 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 12.0 |
| Jaspinder Kanwal | Vice President, Debt Advisory & Restructuring | 47.0 |
| Ben Troester | Associate, Debt Advisory & Restructuring | 57.0 |
| Kevin Chen | Analyst, Debt Advisory & Restructuring | 74.0 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 32.5 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 19.0 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 15.0 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 20.5 |
| **Total** | | **311.5** |

**ELEVENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**September 1, 2020 through September 30, 2020**

| Category | September 2020 |
|---|---|
| Meals | $- |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 1,065.50 |
| General | - |
| **Total Expenses** | **$1,065.50** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**ELEVENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from September 1, 2020 through September 30, 2020 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $1,065.50. In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.  On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.  On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4.  On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2] A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5.  On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6. On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7. By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from September 1, 2020 through September 30, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $1,065.50.

3

8.  All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as Exhibit A.

9.  The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10. Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order. As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $1,065.50, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from September 1, 2020 through September 30, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $1,065.50.

Dated:  November 11, 2020              Respectfully submitted,
        New York, New York

                                       */s/ Leon Szlezinger*
                                       Leon Szlezinger
                                       Managing Director and Joint Global Head of
                                       Debt Advisory & Restructuring
                                       JEFFERIES LLC

# Exhibit A

**Time Records of Jefferies Professionals**

# Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | | **September 1, 2020 - September 30, 2020 Hours for Case Administration / General** | **6.0** | |
| 09/01/20 | Benjamin Troester | Review Jefferies fee app | 1.0 | 1 |
| 09/01/20 | Kevin Chen | Prepare Jefferies fee application | 4.0 | 1 |
| 09/02/20 | Leon Szlezinger | Review Jefferies fee application | 0.5 | 1 |
| 09/17/20 | Kevin Chen | Various administrative and billing-related work | 0.5 | 1 |
| | | **September 1, 2020 - September 30, 2020 Hours for Creditor Communication** | **122.5** | |
| 09/03/20 | Leon Szlezinger | Weekly UCC Update Call | 1.0 | 3 |
| 09/03/20 | Robert White | Weekly UCC Update Call | 1.0 | 3 |
| 09/03/20 | Jaspinder Kanwal | Weekly UCC Update Call | 1.0 | 3 |
| 09/03/20 | Benjamin Troester | Weekly UCC Update Call | 1.0 | 3 |
| 09/03/20 | Kevin Chen | Weekly UCC Update Call | 1.0 | 3 |
| 09/03/20 | Kevin Sheridan | Weekly UCC Update Call | 1.0 | 3 |
| 09/08/20 | Leon Szlezinger | Weekly UCC Update Call | 1.0 | 3 |
| 09/08/20 | Jaspinder Kanwal | Weekly UCC Update Call | 1.0 | 3 |
| 09/08/20 | Benjamin Troester | Weekly UCC Update Call | 1.0 | 3 |
| 09/08/20 | Kevin Chen | Weekly UCC Update Call | 1.0 | 3 |
| 09/08/20 | Kevin Sheridan | Prepare for weekly UCC update call | 0.5 | 3 |
| 09/08/20 | Kevin Sheridan | Weekly UCC Update Call | 1.0 | 3 |
| 09/10/20 | Leon Szlezinger | Weekly UCC Update Call | 1.0 | 3 |
| 09/10/20 | Jaspinder Kanwal | Weekly UCC Update Call | 1.0 | 3 |
| 09/10/20 | Benjamin Troester | Weekly UCC Update Call | 1.0 | 3 |
| 09/10/20 | Kevin Chen | Weekly UCC Update Call | 1.0 | 3 |
| 09/10/20 | Kevin Sheridan | Weekly UCC Update Call | 1.0 | 3 |
| 09/13/20 | Kevin Chen | Prepare IAC presentation to UCC | 4.0 | 3 |
| 09/14/20 | Leon Szlezinger | Weekly UCC Update Call | 1.0 | 3 |
| 09/14/20 | Jaspinder Kanwal | Weekly UCC Update Call | 1.0 | 3 |
| 09/14/20 | Benjamin Troester | Weekly UCC Update Call | 1.0 | 3 |
| 09/14/20 | Kevin Chen | Weekly UCC Update Call | 1.0 | 3 |
| 09/14/20 | Kevin Chen | Prepare IAC presentation to UCC | 2.5 | 3 |
| 09/14/20 | Kevin Sheridan | Weekly UCC Update Call | 1.0 | 3 |
| 09/15/20 | Jaspinder Kanwal | Review IAC presentation to UCC | 1.5 | 3 |
| 09/15/20 | Benjamin Troester | Prepare IAC presentation to UCC | 2.5 | 3 |
| 09/15/20 | Kevin Chen | Prepare IAC presentation to UCC | 2.0 | 3 |
| 09/15/20 | Kevin Sheridan | Review IAC presentation to UCC | 0.5 | 3 |
| 09/16/20 | Leon Szlezinger | Internal discussion re: IAC presentation to UCC | 0.5 | 3 |
| 09/16/20 | Leon Szlezinger | Review IAC presentation to UCC | 2.0 | 3 |
| 09/16/20 | Jaspinder Kanwal | Review IAC presentation to UCC | 1.0 | 3 |
| 09/16/20 | Jaspinder Kanwal | Internal discussion re: IAC presentation to UCC | 0.5 | 3 |
| 09/16/20 | Benjamin Troester | Internal discussion re: IAC presentation to UCC | 0.5 | 3 |
| 09/16/20 | Kevin Chen | Internal discussion re: IAC presentation to UCC | 0.5 | 3 |
| 09/16/20 | Kevin Chen | Prepare IAC presentation to UCC | 3.5 | 3 |
| 09/16/20 | Kevin Sheridan | Internal discussion re: IAC presentation to UCC | 0.5 | 3 |
| 09/17/20 | Leon Szlezinger | Weekly UCC Update Call | 1.0 | 3 |
| 09/17/20 | Robert White | Weekly UCC Update Call | 1.0 | 3 |
| 09/17/20 | Jaspinder Kanwal | Review IAC presentation to UCC | 1.0 | 3 |
| 09/17/20 | Jaspinder Kanwal | Weekly UCC Update Call | 1.0 | 3 |
| 09/17/20 | Benjamin Troester | Weekly UCC Update Call | 1.0 | 3 |
| 09/17/20 | Benjamin Troester | Prepare IAC presentation to UCC | 4.0 | 3 |
| 09/17/20 | Kevin Chen | Weekly UCC Update Call | 1.0 | 3 |
| 09/17/20 | Kevin Chen | Prepare IAC presentation to UCC | 2.5 | 3 |
| 09/17/20 | Kevin Sheridan | Weekly UCC Update Call | 1.0 | 3 |
| 09/17/20 | Kevin Sheridan | Review IAC presentation to UCC | 1.0 | 3 |
| 09/18/20 | Leon Szlezinger | Internal discussion re: IAC presentation to UCC | 0.5 | 3 |
| 09/18/20 | Jaspinder Kanwal | Internal discussion re: IAC presentation to UCC | 0.5 | 3 |
| 09/18/20 | Jaspinder Kanwal | Review IAC presentation to UCC | 0.5 | 3 |
| 09/18/20 | Benjamin Troester | Internal discussion re: IAC presentation to UCC | 0.5 | 3 |
| 09/18/20 | Benjamin Troester | Prepare IAC presentation to UCC | 3.0 | 3 |
| 09/18/20 | Kevin Chen | Internal discussion re: IAC presentation to UCC | 0.5 | 3 |
| 09/18/20 | Kevin Chen | Prepare IAC presentation to UCC | 2.0 | 3 |
| 09/18/20 | Kevin Chen | Continue to prepare IAC presentation to UCC | 1.5 | 3 |
| 09/18/20 | Kevin Sheridan | Internal discussion re: IAC presentation to UCC | 0.5 | 3 |
| 09/18/20 | Kevin Sheridan | Review IAC presentation to UCC | 1.0 | 3 |
| 09/19/20 | Leon Szlezinger | Review IAC presentation to UCC | 2.5 | 3 |
| 09/19/20 | Jaspinder Kanwal | Review IAC presentation to UCC | 2.0 | 3 |
| 09/19/20 | Benjamin Troester | Prepare IAC presentation to UCC | 1.5 | 3 |
| 09/19/20 | Kevin Chen | Prepare IAC presentation to UCC | 2.0 | 3 |
| 09/19/20 | Kevin Sheridan | Continue to review IAC presentation to UCC | 1.5 | 3 |
| 09/21/20 | Leon Szlezinger | Weekly UCC Update Call | 1.0 | 3 |
| 09/21/20 | Robert White | Weekly UCC Update Call | 1.0 | 3 |
| 09/21/20 | Jaspinder Kanwal | Weekly UCC Update Call | 1.0 | 3 |
| 09/21/20 | Benjamin Troester | Weekly UCC Update Call | 1.0 | 3 |
| 09/21/20 | Kevin Chen | Weekly UCC Update Call | 1.0 | 3 |
| 09/21/20 | Kevin Sheridan | Prepare for weekly UCC update call | 0.5 | 3 |
| 09/21/20 | Kevin Sheridan | Weekly UCC Update Call | 1.0 | 3 |
| 09/22/20 | Leon Szlezinger | Internal discussion re: IAC presentation to UCC | 0.5 | 3 |
| 09/22/20 | Leon Szlezinger | Review IAC presentation to UCC | 3.0 | 3 |
| 09/22/20 | Jaspinder Kanwal | Internal discussion re: IAC presentation to UCC | 0.5 | 3 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 09/22/20 | Jaspinder Kanwal | *Review IAC presentation to UCC* | 1.0 | 3 |
| 09/22/20 | Benjamin Troester | *Internal discussion re: IAC presentation to UCC* | 0.5 | 3 |
| 09/22/20 | Kevin Chen | *Internal discussion re: IAC presentation to UCC* | 0.5 | 3 |
| 09/22/20 | Kevin Chen | *Prepare IAC presentation to UCC* | 4.0 | 3 |
| 09/22/20 | Kevin Sheridan | *Internal discussion re: IAC presentation to UCC* | 0.5 | 3 |
| 09/22/20 | Kevin Sheridan | *Review IAC presentation to UCC* | 0.5 | 3 |
| 09/23/20 | Robert White | *Review IAC presentation to UCC* | 2.0 | 3 |
| 09/23/20 | Benjamin Troester | *Prepare IAC presentation to UCC* | 3.0 | 3 |
| 09/23/20 | Kevin Chen | *Prepare IAC presentation to UCC* | 2.5 | 3 |
| 09/23/20 | Kevin Sheridan | *Continue to review IAC presentation to UCC* | 0.5 | 3 |
| 09/24/20 | Leon Szlezinger | *Review IAC presentation to UCC* | 1.0 | 3 |
| 09/24/20 | Leon Szlezinger | *Prepare for weekly UCC update call* | 1.0 | 3 |
| 09/24/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 09/24/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 09/24/20 | Jaspinder Kanwal | *Review IAC presentation to UCC* | 2.5 | 3 |
| 09/24/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 09/24/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 09/24/20 | Kevin Chen | *Prepare IAC presentation to UCC* | 1.0 | 3 |
| 09/24/20 | Kevin Sheridan | *Prepare for weekly UCC update call* | 1.5 | 3 |
| 09/24/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 09/29/20 | Leon Szlezinger | *Weekly UCC Update Call* | 1.0 | 3 |
| 09/29/20 | Robert White | *Weekly UCC Update Call* | 1.0 | 3 |
| 09/29/20 | Jaspinder Kanwal | *Weekly UCC Update Call* | 1.0 | 3 |
| 09/29/20 | Benjamin Troester | *Weekly UCC Update Call* | 1.0 | 3 |
| 09/29/20 | Kevin Chen | *Weekly UCC Update Call* | 1.0 | 3 |
| 09/29/20 | Kevin Sheridan | *Weekly UCC Update Call* | 1.0 | 3 |
| 09/29/20 | Connor Hattersley | *Weekly UCC Update Call* | 1.0 | 3 |
| | **September 1, 2020 - September 30, 2020 Hours for Due Diligence** | | **171.5** | |
| 09/04/20 | Connor Hattersley | *Review PPLP data room* | 1.0 | 9 |
| 09/05/20 | Benjamin Troester | *Review PPLP data room* | 1.5 | 9 |
| 09/05/20 | Kevin Chen | *Review PPLP data room* | 2.0 | 9 |
| 09/06/20 | Benjamin Troester | *Review IAC data room* | 1.5 | 9 |
| 09/06/20 | Benjamin Troester | *Review IAC diligence tracker* | 1.0 | 9 |
| 09/09/20 | Kevin Chen | *Review Project Catalyst materials* | 4.0 | 9 |
| 09/09/20 | Kevin Sheridan | *Review Project Catalyst materials* | 2.0 | 9 |
| 09/09/20 | James Wiltshire | *Review Project Catalyst materials* | 1.5 | 9 |
| 09/09/20 | William Maselli | *Review Project Catalyst materials* | 1.0 | 9 |
| 09/09/20 | Connor Hattersley | *Review Project Catalyst materials* | 1.0 | 9 |
| 09/10/20 | Leon Szlezinger | *Review project catalyst materials* | 2.5 | 9 |
| 09/10/20 | Leon Szlezinger | *Continue to review project catalyst materials* | 1.0 | 9 |
| 09/10/20 | Jaspinder Kanwal | *Review Project Catalyst materials* | 2.0 | 9 |
| 09/10/20 | Benjamin Troester | *Review Project Catalyst materials* | 2.5 | 9 |
| 09/10/20 | Benjamin Troester | *Continue to review Project Catalyst materials* | 1.0 | 9 |
| 09/10/20 | Connor Hattersley | *Review PPLP financials* | 1.0 | 9 |
| 09/11/20 | Benjamin Troester | *Review PPLP data room* | 1.5 | 9 |
| 09/11/20 | Kevin Chen | *Review IAC data room* | 2.0 | 9 |
| 09/12/20 | Leon Szlezinger | *Internal discussion re: IAC financials* | 0.5 | 9 |
| 09/12/20 | Robert White | *Review Project Catalyst materials* | 1.5 | 9 |
| 09/12/20 | Jaspinder Kanwal | *Internal discussion re: IAC financials* | 0.5 | 9 |
| 09/12/20 | Jaspinder Kanwal | *Review latest IAC financial model* | 4.0 | 9 |
| 09/12/20 | Benjamin Troester | *Internal discussion re: IAC financials* | 0.5 | 9 |
| 09/12/20 | Kevin Chen | *Review latest IAC financial model* | 3.0 | 9 |
| 09/12/20 | Kevin Chen | *Internal discussion re: IAC financials* | 0.5 | 9 |
| 09/12/20 | Kevin Chen | *Review PPLP data room* | 2.0 | 9 |
| 09/12/20 | Kevin Sheridan | *Internal discussion re: IAC financials* | 0.5 | 9 |
| 09/12/20 | Kevin Sheridan | *Review latest IAC financial model* | 2.0 | 9 |
| 09/12/20 | James Wiltshire | *Review latest IAC financial model* | 2.5 | 9 |
| 09/12/20 | Connor Hattersley | *Review latest IAC financial model* | 2.0 | 9 |
| 09/13/20 | Leon Szlezinger | *Review latest IAC financial model* | 4.0 | 9 |
| 09/13/20 | Jaspinder Kanwal | *Review latest IAC financial model* | 2.5 | 9 |
| 09/13/20 | Benjamin Troester | *Review latest IAC financial model* | 4.0 | 9 |
| 09/13/20 | Kevin Chen | *Review latest IAC financial model* | 1.5 | 9 |
| 09/13/20 | William Maselli | *Review latest IAC financial model* | 1.5 | 9 |
| 09/13/20 | Connor Hattersley | *Continue to review latest IAC financial model* | 2.5 | 9 |
| 09/14/20 | James Wiltshire | *Review latest IAC financial model* | 1.0 | 9 |
| 09/14/20 | William Maselli | *Review latest IAC financial model* | 0.5 | 9 |
| 09/15/20 | Jaspinder Kanwal | *Review latest IAC financial model* | 3.5 | 9 |
| 09/15/20 | Benjamin Troester | *Review latest IAC financial model* | 2.5 | 9 |
| 09/15/20 | William Maselli | *Review IAC diligence tracker* | 2.0 | 9 |
| 09/15/20 | William Maselli | *Review PPLP diligence tracker* | 1.5 | 9 |
| 09/16/20 | Leon Szlezinger | *Diligence call with IAC CFO* | 1.0 | 9 |
| 09/16/20 | Leon Szlezinger | *Review notes from diligence call with IAC CFO* | 1.0 | 9 |
| 09/16/20 | Robert White | *Diligence call with IAC CFO* | 1.0 | 9 |
| 09/16/20 | Robert White | *Review notes from diligence call with IAC CFO* | 1.0 | 9 |
| 09/16/20 | Jaspinder Kanwal | *Diligence call with IAC CFO* | 1.0 | 9 |
| 09/16/20 | Jaspinder Kanwal | *Review notes from diligence call with IAC CFO* | 0.5 | 9 |
| 09/16/20 | Benjamin Troester | *Diligence call with IAC CFO* | 1.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 09/16/20 | Benjamin Troester | Review notes from diligence call with IAC CFO | 1.0 | 9 |
| 09/16/20 | Kevin Chen | Diligence call with IAC CFO | 1.0 | 9 |
| 09/16/20 | Kevin Chen | Organize notes from diligence call with IAC CFO | 1.0 | 9 |
| 09/16/20 | Kevin Sheridan | Diligence call with IAC CFO | 1.0 | 9 |
| 09/16/20 | Kevin Sheridan | Review notes from call with IAC CFO | 1.0 | 9 |
| 09/16/20 | Kevin Sheridan | Review IAC financials | 2.5 | 9 |
| 09/16/20 | Kevin Sheridan | Prepare IAC presentation to UCC | 1.0 | 9 |
| 09/16/20 | James Wiltshire | Review IAC diligence tracker | 1.0 | 9 |
| 09/16/20 | James Wiltshire | Diligence call with IAC CFO | 1.0 | 9 |
| 09/16/20 | James Wiltshire | Review notes from call with IAC CFO | 0.5 | 9 |
| 09/16/20 | William Maselli | Diligence call with IAC CFO | 1.0 | 9 |
| 09/16/20 | William Maselli | Review notes from call with IAC CFO | 1.0 | 9 |
| 09/16/20 | William Maselli | Review PPLP financials | 1.0 | 9 |
| 09/16/20 | Connor Hattersley | Diligence call with IAC CFO | 1.0 | 9 |
| 09/16/20 | Connor Hattersley | Prepare notes from call with IAC CFO | 1.0 | 9 |
| 09/17/20 | Benjamin Troester | Review PPLP data room | 1.0 | 9 |
| 09/17/20 | James Wiltshire | Review updated business plan | 3.0 | 9 |
| 09/17/20 | James Wiltshire | Continue to review updated business plan | 2.5 | 9 |
| 09/18/20 | Benjamin Troester | Review PPLP diligence tracker | 1.0 | 9 |
| 09/20/20 | Jaspinder Kanwal | Review IAC diligence tracker | 1.5 | 9 |
| 09/20/20 | Jaspinder Kanwal | Review PPLP diligence tracker | 1.5 | 9 |
| 09/20/20 | Kevin Chen | Review PPLP data room | 1.5 | 9 |
| 09/20/20 | Kevin Chen | Review IAC data room | 1.5 | 9 |
| 09/21/20 | Kevin Chen | Review updated business plan | 2.5 | 9 |
| 09/22/20 | Benjamin Troester | Review updated business plan | 1.5 | 9 |
| 09/22/20 | Benjamin Troester | Continue to review updated business plan | 3.5 | 9 |
| 09/22/20 | Connor Hattersley | Review updated business plan | 3.0 | 9 |
| 09/23/20 | Leon Szlezinger | Review updated business plan | 2.5 | 9 |
| 09/23/20 | Kevin Chen | Review updated business plan | 3.0 | 9 |
| 09/24/20 | Robert White | Review updated business plan | 2.5 | 9 |
| 09/24/20 | Connor Hattersley | Review updated business plan | 1.5 | 9 |
| 09/25/20 | Benjamin Troester | Review PPLP data room | 1.0 | 9 |
| 09/25/20 | Kevin Chen | Review PPLP data room | 2.0 | 9 |
| 09/25/20 | James Wiltshire | Review IAC diligence tracker | 1.0 | 9 |
| 09/26/20 | Benjamin Troester | Review IAC data room | 1.0 | 9 |
| 09/26/20 | Benjamin Troester | Review IAC diligence tracker | 1.0 | 9 |
| 09/26/20 | Kevin Sheridan | Review updated business plan | 4.0 | 9 |
| 09/26/20 | James Wiltshire | Review IAC data room | 1.0 | 9 |
| 09/26/20 | James Wiltshire | Review PPLP data room | 1.0 | 9 |
| 09/26/20 | William Maselli | Review updated business plan | 2.5 | 9 |
| 09/27/20 | Jaspinder Kanwal | Review PPLP data room | 4.0 | 9 |
| 09/27/20 | Kevin Chen | Review IAC data room | 2.0 | 9 |
| 09/27/20 | William Maselli | Review PPLP data room | 1.0 | 9 |
| 09/27/20 | Connor Hattersley | Review IAC data room | 2.0 | 9 |
| 09/28/20 | Jaspinder Kanwal | Review IAC data room | 4.0 | 9 |
| 09/28/20 | Benjamin Troester | Review PPLP data room | 0.5 | 9 |
| 09/28/20 | Benjamin Troester | Review PPLP diligence tracker | 1.0 | 9 |
| 09/28/20 | Kevin Sheridan | Review Opioid prescription trends | 1.5 | 9 |
| 09/28/20 | James Wiltshire | Review Opioid prescription trends | 3.0 | 9 |
| 09/28/20 | William Maselli | Review Opioid prescription trends | 2.0 | 9 |
| 09/28/20 | Connor Hattersley | Review Opioid prescription trends | 3.5 | 9 |
| | **September 1, 2020 - September 30, 2020 Hours for Case Strategy** | | **11.5** | |
| 09/07/20 | Leon Szlezinger | Internal workstreams discussion | 0.5 | 11 |
| 09/07/20 | Jaspinder Kanwal | Weekly FA Coordination call | 0.5 | 11 |
| 09/07/20 | Jaspinder Kanwal | Internal workstreams discussion | 0.5 | 11 |
| 09/07/20 | Benjamin Troester | Weekly FA Coordination call | 0.5 | 11 |
| 09/07/20 | Benjamin Troester | Internal workstreams discussion | 0.5 | 11 |
| 09/07/20 | Kevin Chen | Weekly FA Coordination call | 0.5 | 11 |
| 09/07/20 | Kevin Chen | Internal workstreams discussion | 0.5 | 11 |
| 09/14/20 | Leon Szlezinger | Internal workstreams discussion | 0.5 | 11 |
| 09/14/20 | Jaspinder Kanwal | Internal workstreams discussion | 0.5 | 11 |
| 09/14/20 | Benjamin Troester | Internal workstreams discussion | 0.5 | 11 |
| 09/14/20 | Kevin Chen | Internal workstreams discussion | 0.5 | 11 |
| 09/15/20 | Leon Szlezinger | Prepare for weekly FA coordination call | 0.5 | 11 |
| 09/15/20 | Leon Szlezinger | Weekly FA Coordination call | 0.5 | 11 |
| 09/15/20 | Jaspinder Kanwal | Weekly FA Coordination call | 0.5 | 11 |
| 09/15/20 | Benjamin Troester | Weekly FA Coordination call | 0.5 | 11 |
| 09/15/20 | Kevin Chen | Weekly FA Coordination call | 0.5 | 11 |
| 09/21/20 | Leon Szlezinger | Internal workstreams discussion | 0.5 | 11 |
| 09/21/20 | Jaspinder Kanwal | Weekly FA Coordination call | 0.5 | 11 |
| 09/21/20 | Jaspinder Kanwal | Internal workstreams discussion | 0.5 | 11 |
| 09/21/20 | Benjamin Troester | Weekly FA Coordination call | 0.5 | 11 |
| 09/21/20 | Benjamin Troester | Internal workstreams discussion | 0.5 | 11 |
| 09/21/20 | Kevin Chen | Weekly FA Coordination call | 0.5 | 11 |
| 09/21/20 | Kevin Chen | Internal workstreams discussion | 0.5 | 11 |

# **Exhibit B**

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Baker Botts LLP | 1,065.50 | 09/30/20 | Legal | Invoice from legal counsel |

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|

# BAKER BOTTS LLP

Austin London
Beijing Moscow
Brussels New York
Dallas Palo Alto
Dubai Riyadh
Hong Kong San Francisco
**Houston** Washington

TAX ID 74-1195457

Jefferies LLC  
520 Madison Avenue  
New York, NY  10022  
Attn:  Leon Szlezinger

Invoice Number: 1718619  
Invoice Date: October 9, 2020  
Attorney: R L Spigel

Total fees for services and expenses for the matter shown below through September 30, 2020.

**082383.0108**  
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 09/02/20 | J R Herz | 0.2 | Review July fee statement |
| 09/03/20 | J R Herz | 0.3 | Finalize July Fee Statement (.2); email Jefferies team regarding second interim fee app (.1) |
| 09/08/20 | J R Herz | 0.1 | Email Akin concerning payment of holdbacks |
| 09/28/20 | J R Herz | 0.3 | Draft August fee statement (.3). |
| 09/29/20 | J R Herz | 0.2 | Email K. Chen regarding August fee statement and completing same (.2) |
| 09/29/20 | R L Spigel | 0.1 | Brief reivew of 12th monthly fee statement; email with J. Herz re same |

**Matter Hours**     **1.20**  
**Matter Fees**     **$1,065.50**

**BAKER BOTTS LLP**

JEFFERIES LLC  
Purdue Retention

Invoice No:      1718619  
Invoice Date:    October 9, 2020  
Matter:          082383.0108

**2020 Lawyer Summary**

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 1.1 | 865.00 | 951.50 |
| Spigel, R L | 0.1 | 1,140.00 | 114.00 |
| | **1.2** | | **$1,065.50** |

| | |
|---|---|
| Total Current Fees | $1,065.50 |
| **Total Due This Invoice** | **$1,065.50** |

Page 2