KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                    :
In re:                                              :        Chapter 11
                                                    :
PURDUE PHARMA L.P., *et al.*                        :        Case No. 19-23649 (RDD)
                                                    :
            Debtors.[1]                             :        (Jointly Administered)
                                                    :
-----------------------------------------------------------------x

**TENTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON**
**CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED**
**AND EXPENSES INCURRED AS INFORMATION AGENT FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| General Information | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |

| Summary of Fees and Expenses Sought in the Fee Application | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | September 1, 2020 through September 30, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $8,641.99 (80% of $10,802.49) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $3,283.91 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $12,030.68[2] |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its tenth monthly fee statement (the "Monthly Fee Statement") for the period beginning September 1, 2020 through and including September 30, 2020 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $14,191.18.

---

[2]    This amount includes $104.78 in sales tax.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $12,030.68, which represents 80% of KCC's total fees for reasonable and necessary professional services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**.  A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**.   A schedule of expenses incurred by category.

c. **Exhibit C**.  KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com;  (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on November 25, 2020** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: November 11, 2020
       El Segundo, California

/s/ Sarah Harbuck_____
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah Harbuck
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

**<u>CERTIFICATION</u>**

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

      a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

      b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

      c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  November 11, 2020
      El Segundo, California


                                     /s/ Sarah Harbuck_____

                                     Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| AES | Anitra Eubanks | Consultant | 1.5 | $200.86 | $301.29 |
| AOP | Alfredo Pastor | Consultant | 1.6 | $200.87 | $321.39 |
| BSZ | Bobbie Szlembarska | Consultant | 0.4 | $155.50 | $62.20 |
| BYH | Bryanna Hensley | Consultant | 1.9 | $200.87 | $381.66 |
| CCE | Cerene Credo | Consultant | 0.2 | $149.45 | $29.89 |
| CET | Christopher Estes | Consultant | 0.8 | $203.30 | $162.64 |
| CHD | Christopher Do | Senior Managing Consultant | 2 | $231.55 | $463.09 |
| DYV | Dylan Vazquez | Consultant | 0.2 | $200.90 | $40.18 |
| EGA | Ellis Gatlin | Clerk | 1.4 | $53.84 | $75.38 |
| EJG | Evan Gershbein | Senior Managing Consultant | 2.5 | $231.52 | $578.81 |
| FGZ | Francisco Gonzalez | Clerk | 0.4 | $53.85 | $21.54 |
| FRO | Francisco Rodriquez | Consultant | 0.1 | $155.50 | $15.55 |
| GYC | Gregory Crosby | Consultant | 1.9 | $200.87 | $381.65 |
| HEF | Heather Fellows | Consultant | 0.3 | $149.40 | $44.82 |
| HUM | Hugo Morales | Consultant | 0.6 | $155.50 | $93.30 |
| ICO | Ignacio Corona | Clerk | 1.5 | $53.84 | $80.76 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.8 | $143.40 | $114.72 |
| JBU | Joseph Bunning | Senior Consultant | 1 | $206.90 | $206.90 |
| JCC | Janece Carr | Consultant | 3.8 | $200.86 | $763.27 |
| JDG | Jennifer Grageda | Consultant | 0.1 | $149.40 | $14.94 |
| KDT | Keith Taylor | Clerk | 0.2 | $53.80 | $10.76 |
| KPU | Kenneth Pulliam | Consultant | 5.3 | $200.86 | $1,064.56 |
| LUG | Luis Gonzales | Clerk | 0.4 | $53.80 | $21.52 |
| MAP | Manuel Pastor | Consultant | 1.2 | $200.86 | $241.03 |
| MDO | Matthew Orr | Consultant | 2.5 | $200.87 | $502.17 |
| MVA | Maria Valencia | Clerk | 0.1 | $53.80 | $5.38 |
| MVZ | Michael Valadez | Consultant | 1.9 | $200.86 | $381.64 |
| NBY | Nicole Bishay | Clerk | 0.3 | $53.80 | $16.14 |
| PTI | Portia Ashworth | Consultant | 4.9 | $200.86 | $984.20 |
| RHR | Robert Harrison | Consultant | 1.4 | $200.87 | $281.22 |
| RIO | Rosemary Ibarra | Clerk | 0.1 | $53.80 | $5.38 |
| STO | Sarahi Ramirez | Clerk | 0.7 | $53.86 | $37.70 |
| STP | Stephanie Paul | Consultant | 0.2 | $125.25 | $25.05 |
| SYU | Susan Yu | Consultant | 7.7 | $203.29 | $1,565.31 |
| THU | Terra Hutson | Consultant | 5.9 | $200.86 | $1,185.07 |
| VTM | Vien Marquez | Consultant | 1.6 | $200.86 | $321.38 |
|  |  |  |  |  |  |
|  | **TOTALS** |  | **57.4** |  | **$10,802.49** |

**Exhibit B**

**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $346.50 |
| Reimbursement of case related phone costs | | | $199.41 |
| Printing and Mailing Expenses | | | $2,738.00 |
| **TOTAL** | | | **$3,283.91** |

**<u>Exhibit C</u>**

**<u>Invoice</u>**



October 21, 2020

<u>Copy Parties</u>

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789KCC | Invoice Date | October 21, 2020 |
|---|---|---|---|
| Invoice Number | US_KCC1926659 | Due Date | Due upon receipt |

### Purdue Pharma L.P. (Creditors' Committee)
### *Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $10,802.49 |
| ***Total of Hourly Fees*** | $10,802.49 |
| | |
| **Expenses** | |
| Expenses | $3,283.91 |
| ***Total Expenses*** | $3,283.91 |
| | |
| ***Invoice Subtotal*** | **$14,086.40** |
| Sales and Use Tax | 104.78 |
| ***Total Invoice*** | **$14,191.18** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| Account Number | 70789KCC | **Check Payments to:** | **Wire Payments to:** |
| Invoice Number | US_KCC1926659 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $14,191.18 | Dept CH 16639 | HSBC Bank, NA |
| | | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| Amount Paid | $ | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

# Kurtzman Carson Consultants LLC

09/01/2020 - 09/30/2020

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AES | Anitra Eubanks | CON | 1.50 | $200.86 | $301.29 |
| AOP | Alfredo Pastor | CON | 1.60 | $200.87 | $321.39 |
| BSZ | Bobbie Szlembarska | CON | 0.40 | $155.50 | $62.20 |
| BYH | Bryanna Hensley | CON | 1.90 | $200.87 | $381.66 |
| CCE | Cerene Credo | CON | 0.20 | $149.45 | $29.89 |
| CET | Christopher Estes | CON | 0.80 | $203.30 | $162.64 |
| CHD | Christopher Do | SMC | 2.00 | $231.55 | $463.09 |
| DYV | Dylan Vazquez | CON | 0.20 | $200.90 | $40.18 |
| EGA | Ellis Gatlin | CL | 1.40 | $53.84 | $75.38 |
| EJG | Evan Gershbein | SMC | 2.50 | $231.52 | $578.81 |
| FGZ | Francisco Gonzalez | CL | 0.40 | $53.85 | $21.54 |
| FRO | Francisco Rodriquez | CON | 0.10 | $155.50 | $15.55 |
| GYC | Gregory Crosby | CON | 1.90 | $200.87 | $381.65 |
| HEF | Heather Fellows | CON | 0.30 | $149.40 | $44.82 |
| HUM | Hugo Morales | CON | 0.60 | $155.50 | $93.30 |
| ICO | Ignacio Corona | CL | 1.50 | $53.84 | $80.76 |
| IRJ | Ivan Rios Jimenez | CON | 0.80 | $143.40 | $114.72 |
| JBU | Joseph Bunning | SC | 1.00 | $206.90 | $206.90 |
| JCC | Janece Carr | CON | 3.80 | $200.86 | $763.27 |
| JDG | Jennifer Grageda | CON | 0.10 | $149.40 | $14.94 |
| KDT | Keith Taylor | CL | 0.20 | $53.80 | $10.76 |
| KPU | Kenneth Pulliam | CON | 5.30 | $200.86 | $1,064.56 |
| LUG | Luis Gonzales | CL | 0.40 | $53.80 | $21.52 |
| MAP | Manuel Pastor | CON | 1.20 | $200.86 | $241.03 |
| MDO | Matthew Orr | CON | 2.50 | $200.87 | $502.17 |
| MVA | Maria Valencia | CL | 0.10 | $53.80 | $5.38 |
| MVZ | Michael Valadez | CON | 1.90 | $200.86 | $381.64 |
| NBY | Nicole Bishay | CL | 0.30 | $53.80 | $16.14 |
| PTI | Portia Ashworth | CON | 4.90 | $200.86 | $984.20 |
| RHR | Robert Harrison | CON | 1.40 | $200.87 | $281.22 |
| RIO | Rosemary Ibarra | CL | 0.10 | $53.80 | $5.38 |
| STO | Sarahi Ramirez | CL | 0.70 | $53.86 | $37.70 |
| STP | Stephanie Paul | CON | 0.20 | $125.25 | $25.05 |
| SYU | Susan Yu | CON | 7.70 | $203.29 | $1,565.31 |
| THU | Terra Hutson | CON | 5.90 | $200.86 | $1,185.07 |
| VTM | Vien Marquez | CON | 1.60 | $200.86 | $321.38 |

|  |  |  | *Total* | | *$10,802.49* |

# *Kurtzman Carson Consultants LLC*

### 09/01/2020 - 09/30/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 9/1/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.30 |
| 9/1/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 9/1/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 9/1/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 9/1/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/1/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/1/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| 9/1/2020 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | | ***Total for 9/1/2020*** | ***2.80*** |
| 9/2/2020 | JDG | Coordinate and log creditor calls to ensure timely responses | CON | Communications / Call Center | 0.10 |
| 9/2/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.40 |
| 9/2/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (2) | CON | Communications / Call Center | 0.20 |
| 9/2/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 9/2/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/2/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 9/2/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 9/2/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/2/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Second Supp Preis Declaration [DN 1564] | SMC | Noticing | 0.20 |
| 9/2/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.80 |
| | | | | ***Total for 9/2/2020*** | ***3.30*** |
| 9/3/2020 | EJG | Attention to Supp Declaration of Alberto [DN 1654] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 9/3/2020 | KDT | Assist with Supp Declaration of Alberto [DN 1654] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 9/3/2020 | LUG | Assist with Supp Declaration of Alberto [DN 1654] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 9/3/2020 | VTM | Assist with Supp Declaration of Alberto [DN 1654] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 9/3/2020 | MDO | Assist with Supp Declaration of Alberto [DN 1654] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |

# *Kurtzman Carson Consultants LLC*

09/01/2020 - 09/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 9/3/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.10 |
| 9/3/2020 | BSZ | Assist with Supp Declaration of Alberto [DN 1654] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 9/3/2020 | IRJ | Assist with Supp Declaration of Alberto [DN 1654] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 9/3/2020 | HUM | Assist with Supp Declaration of Alberto [DN 1654] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 9/3/2020 | MAP | Assist with Supp Declaration of Alberto [DN 1654] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.90 |
| 9/3/2020 | RIO | Assist with Supp Declaration of Alberto [DN 1654] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 9/3/2020 | SYU | Correspond with counsel re service of Supp Declaration of Alberto | CON | Noticing | 0.10 |
| 9/3/2020 | SYU | Coordinate and generate Supp Declaration of Alberto [DN 1654] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 9/3/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/3/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/3/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 9/3/2020 | CHD | Assist with Supp Declaration of Alberto [DN 1654] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.20 |
| 9/3/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Insurance Broker Motion [DN 1569] - Affected Parties | SMC | Noticing | 0.20 |
| 9/3/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Insurance Broker Motion [DN 1569] - MSL | SMC | Noticing | 0.20 |
| 9/3/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 9/3/2020* | *5.70* |
| 9/4/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Second Supp Preis Declaration [DN 1564] | CON | Noticing | 0.10 |
| 9/4/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Insurance Broker Motion [DN 1569] - Affected Parties | CON | Noticing | 0.10 |
| 9/4/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Insurance Broker Motion [DN 1569] - MSL | CON | Noticing | 0.10 |
| 9/4/2020 | JBU | Respond to creditor inquiries regarding the claim filing procedures; explanation of the Chapter 11 process | SC | Communications / Call Center | 0.20 |
| 9/4/2020 | SYU | Review mail report for Insurance Broker Motion [DN 1569] - MSL | CON | Noticing | 0.10 |
| 9/4/2020 | SYU | Review mail report for Insurance Broker Motion [DN 1569] - Affected Parties | CON | Noticing | 0.10 |
| 9/4/2020 | SYU | Review mail report for Second Supp Preis Declaration [DN 1564] | CON | Noticing | 0.10 |
| 9/4/2020 | HEF | Manage and review tracking of undeliverable mail re Supp Declaration of Alberto [DN 1654] | CON | Undeliverable Mail Processing | 0.10 |

# *Kurtzman Carson Consultants LLC*

09/01/2020 - 09/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 9/4/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/4/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/4/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 9/4/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 9/4/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| | | | | ***Total for 9/4/2020*** | ***2.50*** |
| 9/8/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 9/8/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/8/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| | | | | ***Total for 9/8/2020*** | ***0.50*** |
| 9/9/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Discovery Stipulation & Letter to Judge Drain [DNs 1609, 1613] | CON | Noticing | 0.10 |
| 9/9/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 9/9/2020 | SYU | Prepare Certificate of Service re  Supp Declaration of Alberto [DN 1654] | CON | Noticing | 0.70 |
| 9/9/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/9/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 9/9/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 9/9/2020 | DYV | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 9/9/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.10 |
| | | | | ***Total for 9/9/2020*** | ***2.30*** |
| 9/10/2020 | SYU | Review mail report for Discovery Stipulation & Letter to Judge Drain [DNs 1609, 1613] | CON | Noticing | 0.10 |
| 9/10/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/10/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/10/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 9/10/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 9/10/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |

## *Kurtzman Carson Consultants LLC*

09/01/2020 - 09/30/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | | *Total for 9/10/2020* | *1.80* |
| 9/11/2020 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supp Declaration of Alberto [DN 1654] | CON | Noticing | 0.20 |
| 9/11/2020 | SYU | Upload the updated case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 9/11/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 9/11/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/11/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/11/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 9/11/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 9/11/2020* | *1.80* |
| 9/14/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/14/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/14/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.10 |
| 9/14/2020 | AES | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.10 |
| | | | | *Total for 9/14/2020* | *0.50* |
| 9/15/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 9/15/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/15/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/15/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/15/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 9/15/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 9/15/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 9/15/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| 9/15/2020 | AES | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| | | | | *Total for 9/15/2020* | *3.50* |

# *Kurtzman Carson Consultants LLC*

### 09/01/2020 - 09/30/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 9/16/2020 | EJG | Attention to Akin, Cole Schotz, Province, Jefferies, KCC & Bedell Fee Statements [DNs 1696-1701] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 9/16/2020 | SYU | Correspond with counsel re service of Akin, Cole Schotz, Province, Jefferies, KCC & Bedell Fee Statements | CON | Noticing | 0.10 |
| 9/16/2020 | SYU | Coordinate and generate Akin, Cole Schotz, Province, Jefferies, KCC & Bedell Fee Statements [DNs 1696-1701] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 9/16/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/16/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/16/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/16/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Discovery Stipulation & Letter to Judge Drain [DNs 1609, 1613] | SMC | Noticing | 0.30 |
| 9/16/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| 9/16/2020 | AES | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | | ***Total for 9/16/2020*** | ***2.60*** |
| 9/17/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 9/17/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/17/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/17/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| 9/17/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| 9/17/2020 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| 9/17/2020 | AES | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| | | | | ***Total for 9/17/2020*** | ***1.90*** |
| 9/18/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/18/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 9/18/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| | | | | ***Total for 9/18/2020*** | ***0.60*** |
| 9/21/2020 | SYU | Prepare Certificate of Service re Akin, Cole Schotz, Province, Jefferies, KCC & Bedell Fee Statements [DNs 1696-1701] mailing | CON | Noticing | 0.70 |
| 9/21/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 9/21/2020 | SYU | Review mail report for Supp Declaration of Alberto [DN 1654] | CON | Noticing | 0.10 |

# *Kurtzman Carson Consultants LLC*

### 09/01/2020 - 09/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 9/21/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/21/2020 | GYC | Participate in training sessions for review and discussion of communications materials in preparation for responding to creditor inquiries | CON | Communications / Call Center | 0.20 |
| 9/21/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/21/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/21/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 9/21/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.50 |
| 9/21/2020 | AES | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.50 |
| | | | | ***Total for 9/21/2020*** | ***2.90*** |
| 9/22/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/22/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/22/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/22/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/22/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| 9/22/2020 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | | ***Total for 9/22/2020*** | ***1.10*** |
| 9/23/2020 | EJG | Attention to Response to ER Physician's Motion [DN1718]  mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 9/23/2020 | KDT | Assist with Response to ER Physician's Motion [DN1718] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 9/23/2020 | LUG | Assist with Response to ER Physician's Motion [DN1718] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 9/23/2020 | MDO | Assist with Response to ER Physician's Motion [DN1718] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 9/23/2020 | BSZ | Assist with Response to ER Physician's Motion [DN1718] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 9/23/2020 | IRJ | Assist with Response to ER Physician's Motion [DN1718] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 9/23/2020 | STO | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.70 |
| 9/23/2020 | ICO | Assist with Response to ER Physician's Motion [DN1718] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 9/23/2020 | FRO | Assist with Response to ER Physician's Motion [DN1718] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 9/23/2020 | SYU | Correspond with counsel re service of Response to ER Physician's Motion | CON | Noticing | 0.10 |

# *Kurtzman Carson Consultants LLC*

09/01/2020 - 09/30/2020

## *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| 9/23/2020 | SYU | Coordinate and generate Response to ER Physician's Motion [DN1718] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 9/23/2020 | AOP | Assist with Response to ER Physician's Motion [DN1718] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 9/23/2020 | MVZ | Assist with Response to ER Physician's Motion [DN1718] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.80 |
| 9/23/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 9/23/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/23/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 9/23/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 9/23/2020 | CHD | Assist with Response to ER Physician's Motion [DN1718]  mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.20 |
| 9/23/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 9/23/2020* | *6.00* |
| 9/24/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supp Declaration of Alberto [DN 1654] | CON | Noticing | 0.10 |
| 9/24/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/24/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 9/24/2020 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | | *Total for 9/24/2020* | *0.70* |
| 9/25/2020 | HEF | Manage and review tracking of undeliverable mail re Response to ER Physician's Motion [DN1718] | CON | Undeliverable Mail Processing | 0.10 |
| 9/25/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/25/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 9/25/2020 | CHD | Correspond with case team re mailing deadline | SMC | Noticing | 0.20 |
| 9/25/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 9/25/2020* | *1.10* |
| 9/28/2020 | EJG | Attention to Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734]  mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 9/28/2020 | LUG | Assist with Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 9/28/2020 | VTM | Assist with Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734]  mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |

## *Kurtzman Carson Consultants LLC*

09/01/2020 - 09/30/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 9/28/2020 | MDO | Assist with Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 9/28/2020 | BSZ | Assist with Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 9/28/2020 | IRJ | Assist with Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 9/28/2020 | HUM | Assist with Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 9/28/2020 | EGA | Assist with Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.50 |
| 9/28/2020 | FGZ | Assist with Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 9/28/2020 | ICO | Assist with Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.50 |
| 9/28/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 9/28/2020 | SYU | Correspond with counsel re service of Notice of Filing of Amended Stipulation | CON | Noticing | 0.10 |
| 9/28/2020 | SYU | Coordinate and generate Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 9/28/2020 | SYU | Prepare Certificate of Service re Response to ER Physician's Motion [DN1718] mailing | CON | Noticing | 0.70 |
| 9/28/2020 | SYU | Review docket and consult counsel re possible mailing service | CON | Noticing | 0.20 |
| 9/28/2020 | AOP | Assist with Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 9/28/2020 | MVZ | Assist with Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734]  mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.80 |
| 9/28/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 9/28/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/28/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 9/28/2020 | CHD | Assist with Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734]  mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.20 |
| 9/28/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Akin, Bedell, Jefferies, KCC & Province Fee Statements [DNs 1559-1564] | SMC | Noticing | 0.10 |
| 9/28/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |

*Total for 9/28/2020*                    *7.50*

# *Kurtzman Carson Consultants LLC*

09/01/2020 - 09/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 9/29/2020 | CCE | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.20 |
| 9/29/2020 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 9/29/2020 | SYU | Correspond with counsel re service of Motions to Compel & Declaration of Hurley | CON | Noticing | 0.10 |
| 9/29/2020 | SYU | Coordinate and generate Motions to Compel & Declaration of Hurley [DNs 1752-1754] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.50 |
| 9/29/2020 | HEF | Manage and review tracking of undeliverable mail re Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] | CON | Undeliverable Mail Processing | 0.10 |
| 9/29/2020 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Motions to Compel & Declaration of Hurley [DNs 1752-1754] | CON | Noticing | 0.30 |
| 9/29/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Response to ER Physician's Motion [DN1718] | CON | Noticing | 0.30 |
| 9/29/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 9/29/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 9/29/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| | | | *Total for 9/29/2020* | | *2.20* |
| 9/30/2020 | EJG | Attention to Motions to Compel & Declaration of Hurley [DNs 1752-1754] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 9/30/2020 | LUG | Assist with Motions to Compel & Declaration of Hurley [DNs 1752-1754] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 9/30/2020 | VTM | Assist with Motions to Compel & Declaration of Hurley [DNs 1752-1754] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.60 |
| 9/30/2020 | MDO | Assist with Motions to Compel & Declaration of Hurley [DNs 1752-1754] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 9/30/2020 | BSZ | Assist with Motions to Compel & Declaration of Hurley [DNs 1752-1754] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 9/30/2020 | IRJ | Assist with Motions to Compel & Declaration of Hurley [DNs 1752-1754] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 9/30/2020 | HUM | Assist with Motions to Compel & Declaration of Hurley [DNs 1752-1754] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 9/30/2020 | MAP | Assist with Motions to Compel & Declaration of Hurley [DNs 1752-1754] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 9/30/2020 | EGA | Assist with Motions to Compel & Declaration of Hurley [DNs 1752-1754] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.90 |

# *Kurtzman Carson Consultants LLC*

09/01/2020 - 09/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 9/30/2020 | FGZ | Assist with Motions to Compel & Declaration of Hurley [DNs 1752-1754] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 9/30/2020 | ICO | Assist with Motions to Compel & Declaration of Hurley [DNs 1752-1754] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.90 |
| 9/30/2020 | SYU | Coordinate and generate Motions to Compel & Declaration of Hurley [DNs 1752-1754] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 9/30/2020 | AOP | Assist with Motions to Compel & Declaration of Hurley [DNs 1752-1754] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.10 |
| 9/30/2020 | DYV | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 9/30/2020 | CHD | Assist with Motions to Compel & Declaration of Hurley [DNs 1752-1754] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.20 |

*Total for 9/30/2020*    **6.10**

**Total Hours**    **57.40**

# *Kurtzman Carson Consultants LLC*

## 09/01/2020 - 09/30/2020

### *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| Reimbursement of case related phone costs | | | $199.41 |
| First Class Mail | | | $346.50 |
| Printing and Mailing Expenses (See Exhibit) | | | $2,738.00 |
| | | ***Total Expenses*** | ***$3,283.91*** |

# *Kurtzman Carson Consultants LLC*

### 09/01/2020 - 09/30/2020

### *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 9/3/2020 | Supp Declaration of Alberto [DN 1654] | 186 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 186 Recipients | $250.00 | $250.00 |
| | | 50 | First Class Mail | | |
| | | 200 | Image notice printing for 1 document, including Purdue 1654 - Supplemental Declaration of Justin Alberto re Cole Schotz Retention Motion.pdf | $0.11 | $22.00 |
| | | 50 | Standard Envelopes | $0.14 | $7.00 |
| 9/16/2020 | Akin, Cole Schotz, Province, Jefferies, KCC & Bedell Fee Statements [DNs 1696-1701] | 6 | Email Parties | $0.00 | $100.00 |
| 9/23/2020 | Response to ER Physician's Motion [DN1718] | 186 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 186 Recipients | $250.00 | $250.00 |
| | | 50 | First Class Mail | | |
| | | 400 | Image notice printing for 1 document, including Purdue 1718 - UCC Response to ER Physicians Class Claim Motion.pdf | $0.11 | $44.00 |
| | | 50 | Standard Envelopes | $0.14 | $7.00 |
| 9/28/2020 | Notice of FIling of Amended Stipulation and Agreed Order [DNs 1730, 1734] | 186 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 186 Recipients | $250.00 | $250.00 |
| | | 50 | First Class Mail | | |
| | | 3,300 | Image notice printing for 2 documents, including Purdue 1730 - Notice of Filing Amended Stipulation and Agreed Order re Discovery Deadlines.pdf, Purdue 1734 - Amended Stipulation and Agreed Order re Discovery Deadlines.pdf | $0.11 | $363.00 |
| | | 50 | Non-Standard Envelopes | $0.36 | $18.00 |
| 9/30/2020 | Motions to Compel & Declaration of Hurley [DNs 1752-1754] | 188 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 188 Recipients | $250.00 | $250.00 |
| | | 50 | First Class Mail | | |
| | | 6,900 | Image notice printing for 3 documents, including Purdue 1752 - Motion to Compel - Challenge Motion.pdf, Purdue 1753 - Motion to Compel - Exceptions Motion.pdf, Purdue 1754 - Mitchell Hurley Declaration.pdf | $0.11 | $759.00 |
| | | 50 | Non-Standard Envelopes | $0.36 | $18.00 |

### *Total Printing and Mailing Expenses*  *$2,738.00*