WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] |  |

**ELEVENTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM <u>SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020</u>**

| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | September 1, 2020 through September 30, 2020 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | $7,633.67[2] (80% of $9,542.09) |
| **Total reimbursement of expenses requested in this statement** | $84.92 |
| **Total compensation and reimbursement requested in this statement** | $7,718.59 |
| **This is a(n):**   _X Monthly Application   __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States

Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order*

*Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as*

*Special Counsel  for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019

[Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21,

2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale

and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in

possession (collectively, the "**Debtors**"), submits this *Eleventh Monthly Fee Statement for*

*Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period*

*from September 1, 2020 Through September 30, 2020* ("**Fee Statement**").[3]  By this Fee

Statement, WilmerHale seeks (i) compensation in the amount of $7,633.67 which is 80% of the

total amount of reasonable compensation for actual, necessary legal services that WilmerHale

---

[2]  This amount reflects an agreed reduction in fees in the aggregate amount of $1,683.91.

[3]  The period from September 1, 2020 through and including September 30, 2020 is referred to herein as the "**Fee Period**."

incurred in connection with such services during the Fee Period (i.e., $9,542.09), and (ii)

payment of $84.92 for the actual, necessary expenses that WilmerHale incurred in connection

with rendering such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees

incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and

paraprofessionals during the Fee Period with respect to each of the project categories

WilmerHale established in accordance with its internal billing procedures.  As reflected in

**Exhibit A**, WilmerHale incurred $11,226.00 in fees during the Fee Period and, pursuant to its

agreement with Purdue Pharma, L.P., reduced that amount to $9,542.09.  Pursuant to this Fee

Statement, WilmerHale seeks compensation for 80% of such fees, totaling $7,633.67.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and

paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who

rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period

and the title, hourly rate, aggregate hours worked and the amount of fees earned by each

professional.  The blended hourly billing rate of attorneys for all services provided during the

Fee Period is $1,446.62.[4]  The blended hourly billing rate of all paraprofessionals is $627.15.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or

disbursed in the amount of $84.92 in connection with providing professional services to the

Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's

direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.

---

[4]  The blended hourly billing rate of $1,446.62 for attorneys is derived by dividing the total fees for attorneys of
$5,352.50 by the total hours of 3.70.

[5]  The blended hourly billing rate of $627.15 for paraprofessionals is similarly derived by dividing the total fees for
paraprofessionals of $5,873.50 by the total hours of 14.20.

Only the clients for whom the services are actually used are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.     Attached hereto as **Exhibit D** are the related invoices showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.     WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $7,633.67 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $9,542.09), and (ii) payment of $84.92 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: November 12, 2020

By:     */s/ George W. Shuster, Jr.*
        WILMER CUTLER PICKERING
        HALE AND DORR LLP

        George W. Shuster, Jr.
        7 World Trade Center
        New York, NY  10007
        Telephone:  (212) 937-7518
        Facsimile:  (212) 230-8888

        Reginald Brown
        Alyssa DaCunha
        1875 Pennsylvania Avenue, N.W.
        Washington, D.C. 20006
        Telephone:  (202) 663-6000
        Facsimile:  (202) 663-6363

        *Special Counsel to the Debtors and Debtors
        in Possession*

## Exhibit A

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (B160) | 5.70 | 3,511.50[1] |
| Analysis/Strategy related to Congressional Investigation (L120) | 12.20 | 7,714.50 |
| **Total** | **17.90** | **$11,226.00** |
| **Less Agreed Reduction** | | **-$1,683.91** |
| **GRAND TOTAL** | **17.90** | **$9,542.09** |

---

[1]  This amount relates to time spent preparing the monthly fee statement for July 2020 (and does not relate to time for this fee statement).  In addition, this amount does not include additional time expended by the partner responsible for supervising the preparation of fee statements and fee applications, which time is not billed to the client but rather absorbed by the firm.

## Exhibit B

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,745.00 | 2.50 | 4,362.50 |
| **Partners Total** | | | **2.50** | **4,362.50** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; joined firm in 2013; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 1,005.00 | 0.30 | 301.50 |
| **Counsel Total** | | | **0.30** | **301.50** |
| **Associates** | | | | |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 905.00 | 0.20 | 181.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 725.00 | 0.70 | 507.50 |
| **Associates Total** | | | **0.90** | **688.50** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 420.00 | 3.20 | 1,344.00 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 290.00 | 6.30 | 1,827.00 |

[1] WilmerHale increased its standard billing rates effective as of September 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 575.00 | 4.70 | 2,702.50 |
| **Paraprofessionals Total** | | | **14.20** | **5,873.50** |
| **TOTAL** | | | **17.90** | **11,226.00** |
| **Less Agreed Reduction** | | | | **-$1,683.91** |
| **GRAND TOTAL** | | | **17.90** | **$9,542.09** |

## **Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| Court Services | 70.00 |
| Federal Express | 14.92 |
| **TOTAL** | **$84.92** |

**Exhibit D**

**Detailed Time Records and Expenses**

# WILMERHALE  [WH]

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 11/04/20 |
| Invoice No. | 2611238 |
| Matter No. | 1653300-00137 |

FOR LEGAL SERVICES RENDERED through September 30, 2020 in connection with the Fee and
Retention Applications matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 3,511.50 |
| Less 15% Discount | | -526.73 |
| Total Disbursements | | 84.92 |
| **Total Amount Due** | **$** | **3,069.69** |

**PLEASE NOTE:**
**In preparation for our fiscal year-end, please remit payment by Monday December 28, 2020.**
**If you have a fiscal year-end billing deadline, please advise us by emailing**
**WHFinanceClientAccounting@wilmerhale.com.  Thank you, in advance.**

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ███████

Routing Number: ███████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2611238
Invoice Date 11/04/20
Legal Services through September 30, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/01/20 | Pierce, Allyson | 0.10 | Email LEDES data for eighth monthly fee statement as requested |
| 09/01/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re LEDES file for June 2020 |
| 09/01/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re data for June 2020 requested by fee examiner |
| 09/01/20 | Thompson, Yolande | 0.20 | Review LEDES file for June 2020 |
| 09/01/20 | Thompson, Yolande | 0.10 | Review email from Ms. Pierce transmitting data for June 2020 to Ms. Nobis |
| 09/02/20 | Thompson, Yolande | 0.10 | Email to Ms. MacDonald at Purdue re omnibus order approving agreed reduction in fees |
| 09/02/20 | Thompson, Yolande | 0.10 | Review Omnibus Order Granting Second Interim Fee Applications |
| 09/14/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re July 2020 Fee Statement with exhibits for attorney review |
| 09/14/20 | Thompson, Yolande | 1.60 | Prepare Monthly Fee Statement with related exhibits for July 2020 |
| 09/14/20 | Thompson, Yolande | 0.60 | Review invoices to ensure compliance with bankruptcy guidelines |
| 09/15/20 | Pierce, Allyson | 0.20 | Review draft of July fee statement |
| 09/15/20 | Pierce, Allyson | 0.10 | Email draft of July fee statement to Messrs. Byrnes, Shuster, and Ms. DaCunha |
| 09/15/20 | Thompson, Yolande | 0.10 | Review email from Ms. Pierce transmitting July 2020 fee statement with exhibits to other attorneys for review |
| 09/23/20 | Byrnes, John T. | 0.30 | Review draft fee statement |
| 09/24/20 | Pierce, Allyson | 0.10 | Review and respond to email from Mr. Byrnes with edits to monthly fee statement |
| 09/24/20 | Pierce, Allyson | 0.20 | Review and respond to emails from Ms. Thompson |

Client No. 1653300                      Purdue Pharma, L.P.
Matter No. 1653300-00137                Fee and Retention Applications

Invoice No. 2611238
Invoice Date 11/04/20
Legal Services through September 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | and Mr. Shuster re edits to monthly fee statement |
| 09/24/20 | Thompson, Yolande | 0.10 | Serve fee statement upon notice parties via email |
| 09/24/20 | Thompson, Yolande | 0.10 | Download, update files with filed fee statement and related Certificate of Service |
| 09/24/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 09/24/20 | Thompson, Yolande | 0.20 | E-file Ninth Monthly Fee Statement |
| 09/24/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re revised fee statement |
| 09/24/20 | Thompson, Yolande | 0.10 | Review email from Mr. Byrnes re July fee statement |
| 09/24/20 | Thompson, Yolande | 0.30 | Revise, finalize July 2020 fee statement |
| 09/24/20 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re revisions to fee statement |
| 09/24/20 | Thompson, Yolande | 0.20 | Prepare Certificate of Service for fee statement |
| 09/24/20 | Thompson, Yolande | 0.10 | Email finalized fee statement to attorneys for approval |
| 09/24/20 | Thompson, Yolande | 0.10 | Coordinate with Office Services re sending hard copies of filed fee statement to Chambers and notice parties |
| 09/24/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| **Total** | | **5.70** | |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00137               Fee and Retention Applications

Invoice No. 2611238
Invoice Date 11/04/20
Legal Services through September 30, 2020

| Date | Cost | Description |
|---|---|---|
| 09/10/20 | 70.00 | Court Costs, Yolande Thompson, 08/26/20, INV: 4266645609101328; Payment for Mr. Shuster's telephonic participation in August 26, 2020 hearing. COURTSOLUTIONS NEW YORK NY |
| 09/14/20 | 14.92 | Federal Express Corp; Invoice# 710299893 (Aug-25,2020); Inv#710299893 395934531520 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| Total | **84.92** | |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00137                    Fee and Retention Applications

Invoice No. 2611238
Invoice Date 11/04/20
Legal Services through September 30, 2020

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|------------|------:|-----:|------:|
| Byrnes, John T. | 0.30 | 1,005.00 | 301.50 |
| Pierce, Allyson | 0.70 | 725.00 | 507.50 |
| Thompson, Yolande | 4.70 | 575.00 | 2,702.50 |
| **Total Legal Services** | **5.70** | | **$3,511.50** |

**DISBURSEMENTS**

| Description | Total |
|-------------|------:|
| FEDERAL EXPRESS | 14.92 |
| COURT SERVICES | 70.00 |
| **Total Disbursements** | **$84.92** |

# WILMERHALE  WH

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

|   |   |
|---|---|
| Invoice Date | 11/04/20 |
| Invoice No. | 2611239 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through September 30, 2020 in connection with the Post
Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 7,714.50 |
| Less 15% Discount | | -1,157.18 |
| **Total Amount Due** | **$** | **6,557.32** |

**PLEASE NOTE:**
**In preparation for our fiscal year-end, please remit payment by Monday December 28, 2020.**
**If you have a fiscal year-end billing deadline, please advise us by emailing**
**WHFinanceClientAccounting@wilmerhale.com.  Thank you, in advance.**

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ███

Routing Number: ███

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing     Berlin     Boston     Brussels     Denver     Frankfurt     London     Los Angeles     New York     Palo Alto     San Francisco     Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                      Purdue Pharma, L.P.
Matter No. 1653300-00136                Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2611239
Invoice Date 11/04/20
Legal Services through September 30, 2020


Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **L120 - Analysis/Strategy** | | | |
| 09/01/20 | Brown, Reginald | 0.50 | Participate in ███████ |
| 09/01/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████ |
| 09/02/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████ |
| 09/03/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████ |
| 09/08/20 | Brown, Reginald | 0.50 | Participate in ███████ |
| 09/08/20 | Rockett, Elizabeth W. | 0.40 | Complete ███████ |
| 09/09/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████ |
| 09/10/20 | Rockett, Elizabeth W. | 0.40 | Complete ███████ |
| 09/11/20 | Rockett, Elizabeth W. | 0.40 | Complete ███████ |
| 09/14/20 | Rockett, Elizabeth W. | 0.40 | Complete ███████ |
| 09/15/20 | Brown, Reginald | 0.60 | Participate in ███████ |
| 09/15/20 | Rockett, Elizabeth W. | 0.20 | Complete ███████ |
| 09/16/20 | Lannon, William E. | 0.40 | File ███████ |
| 09/16/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████ |
| 09/17/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2611239
Invoice Date 11/04/20
Legal Services through September 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/18/20 | Rockett, Elizabeth W. | 0.30 | Complete █████████████████ |
| 09/20/20 | Menz, Sheila E. | 0.10 | Strategize with ███████████████ |
| 09/21/20 | Lannon, William E. | 2.80 | Analyze ███████████ |
| 09/21/20 | Menz, Sheila E. | 0.10 | Confer with ████████████████ |
| 09/21/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████████ |
| 09/22/20 | Brown, Reginald | 0.50 | Participate in ██████ |
| 09/22/20 | Rockett, Elizabeth W. | 0.30 | Complete ██████████ |
| 09/23/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████████ |
| 09/24/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 09/25/20 | Rockett, Elizabeth W. | 0.30 | Complete █████████████ |
| 09/28/20 | Rockett, Elizabeth W. | 0.30 | Complete █████████████ |
| 09/29/20 | Brown, Reginald | 0.10 | Emails re ████████ |
| 09/29/20 | Brown, Reginald | 0.30 | Participate in ██████ |
| 09/29/20 | Rockett, Elizabeth W. | 0.30 | Complete ██████████████ |
| 09/30/20 | Rockett, Elizabeth W. | 0.30 | Complete ██████████████ |

**12.20**

Client No. 1653300

Matter No. 1653300-00136

Purdue Pharma, L.P.

Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2611239
Invoice Date 11/04/20
Legal Services through September 30, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 2.50 | 1,745.00 | 4,362.50 |
| Menz, Sheila E. | 0.20 | 905.00 | 181.00 |
| Lannon, William E. | 3.20 | 420.00 | 1,344.00 |
| Rockett, Elizabeth W. | 6.30 | 290.00 | 1,827.00 |
| **Total Legal Services** | **12.20** | | **$7,714.50** |

| Task | Description | Hours | Value |
|---|---|---|---|
| L120 | Analysis/Strategy | 12.20 | 7,714.50 |
| **Total Legal Services** | | **12.20** | **$7,714.50** |