November 11, 2020

Honorable Robert Drain
United States Bankruptcy Judge United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140
Re: *In re Purdue Pharma L.P., et al*, Case No. 19-2349 (RDD)

Dear Judge Drain:
 I am "The Pharmacist" Dan Schneider of the Netflix docuseries. I have lost a son and as a Pharmacist saw many die by Purdue's unlawful misleading marketing of OxyContin. To have a settlement that can partially be paid by profits of selling more opioids is an insult to those who have suffered and died. It's also an insult to the families that struggled and died.

I have also reviewed The Motion filed by the Ad Hoc on Accountability's Objection to Purdue's Motion to Authorize and Approve settlements between Purdue and The United States.

I agree with their Position on the issue, and that the Settlement should not be approved.


Respectfully, Dan Schneider Rph "The Pharmacist"

 President, Tunnel of Hope

Mandeville, La. 70471