Kami E. Quinn
Gilbert LLP
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gotofirm.com

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re:* | : | |
| | : | |
| | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | |
| | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**TWELFTH MONTHLY FEE STATEMENT OF GILBERT LLP, FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS CO-COUNSEL TO THE AD HOC COMMITTEE OF
GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS
<u>FOR THE PERIOD SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020</u>**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Name of Applicant:** | **Gilbert LLP** |
| **Authorized to provide professional services to:** | **Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants** |
| **Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant:** | **December 2, 2019 (Docket #553)** |
| **Period for which compensation and reimbursement is sought:** | **September 1, 2020 through September 30, 2020** |
| **Amount of compensation sought as actual, reasonable, and necessary:** | **$152,219.60 (80% of $190,274.50)** |
| **Amount of expense reimbursement sought as actual, reasonable and necessary:** | **$161.32 (100%)** |
| **This is a:** | **Monthly Fee Statement** |

Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* entered by this Court on December 2, 2019 [Docket #553] (the "**Reimbursement Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket #529] (the "**Procedures Order**"), the law firm of Gilbert LLP ("**Gilbert LLP**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**AHC**"), hereby submits this twelfth monthly fee statement (the "**Monthly Fee Statement**") for legal services rendered and reimbursement for expenses incurred for the period commencing September 1, 2020 through September 30, 2020 (the "**Application Period**").

### Itemization of Services Rendered and Expenses Incurred

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Application Period by project category.  As reflected on Exhibit A, Gilbert LLP incurred $190,274.50 in fees during

the Application Period.  Pursuant to this Monthly Fee Statement, Gilbert LLP seeks

reimbursement of 80% of such fees, totaling $152,219.60.

2.      Annexed hereto as **Exhibit B** is a chart of Gilbert LLP's professionals and

paraprofessionals, including title, hourly rate, number of hours billed, and total fees of each

attorney and paraprofessional who rendered services to the AHC in connection with these

chapter 11 proceedings during the Application Period.  The blended hourly rate of the attorneys

during the Application Period is $858.61.  The blended hourly rate of paraprofessionals during

the Application Period is $243.39.

3.      Annexed hereto as **Exhibit C** is the summary of reasonable and necessary

expenses incurred during the Application Period.  As reflected on Exhibit C, Gilbert LLP

incurred $161.32 in expenses during the Application Period.  Pursuant to this Monthly Fee

Statement, Gilbert LLP seeks reimbursement of 100% of such expenses, totaling $161.32.

4.      Annexed hereto as **Exhibit D** are the time records of Gilbert LLP for the

Application Period, organized by project category with a daily log detailing the time spent by

each professional and an itemization of expenses.

5.      Pursuant to the Reimbursement Order, Gilbert LLP has separately recorded

services performed relating to allocation of value among the Debtors' creditors, and to the best of

Gilbert LLP's knowledge, has not included time relating to intercreditor allocation in this

Monthly Fee Statement.

## FILING AND SERVICE

6.      This Monthly Fee Statement will be filed and served in accordance with the

directives in the Procedures Order.

7.      Pursuant to the Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Monthly Fee Statement, serve via email, to the Notice Parties (as defined in the Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue.

8.      If an objection is timely served pursuant to the Procedures Order, the Debtors shall be authorized and directed to pay Gilbert LLP the amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue.  It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Gilbert LLP respectfully requests compensation in the amount of $152,219.60 (80% of $190,274.50) and reimbursement of reasonable and necessary expenses incurred in the amount of $161.32 (100%), for a total amount of $152,380.92, for the Application Period.

Dated:  November 12, 2020
            Washington, DC

Respectfully submitted,

**GILBERT LLP**

 */s/ Kami E. Quinn*
Kami E. Quinn
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
 Tele: 202.772.2200
 Fax: 202.772.3333
 Email: quinnk@gotofirm.com

*Counsel for the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants.*

**Exhibit A**

**Summary of Services by Category**

**SUMMARY OF SERVICES BY PROJECT CATEGORY**

| Project Code | Project Category | Hours Billed in Period | Fees for Period |
|---|---|---|---|
| A001 | Asset Analysis & Recovery | 181.5 | $128,815.50 |
| A003 | Business Operations | 7.6 | $11,070.00 |
| A004 | Case Administration | 20.4 | $23,795.00 |
| A005 | Claims Analysis | 3.0 | $1,734.00 |
| A006 | Employment / Fee Applications | 3.2 | $1,140.00 |
| A009 | Meetings / Communications with AHC & Creditors | 20.9 | $21,040.00 |
| A019 | Plan of Reorganization / Disclosure Statement | 2.8 | $2,680.00 |
| | | **239.4** | **$190,274.50** |

**Exhibit B**

**Summary of Compensation by Professional**

## SUMMARY OF COMPENSATION BY PROFESSIONAL

| Name of Professional | Position / Year Admitted to Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Scott D. Gilbert | Partner / District of Columbia - 1979<br>U.S. Court of Appeals for the District of Columbia – 1980<br>U.S. Court of International Trade - 1984<br>U.S. Supreme Court - 1987<br>U.S. District Court for the District of Columbia – 2008<br>Cherokee Nation - 2017<br>U.S. Court of Federal Claims - 2019 | $1,500.00 | 29.3 | $43,950.00 |
| Kami E. Quinn | Partner / Commonwealth of Virginia – 2000<br>District of Columbia – 2006<br>U.S. Court of Appeals for the Third Circuit – 2009 | $950.00 | 17.6 | $16,720.00 |
| Richard Shore | Partner / State of New York – 1988<br>District of Columbia – 1989<br>U.S. Court of Appeals for the Third Circuit – 2009<br>U.S. Court of Appeals for the Fourth Circuit – 2014<br>U.S. Court of Appeals for the Ninth Circuit – 2014<br>U.S. Court of Appeals for the Fifth Circuit – 2017<br>Cherokee Nation – 2017 | $1,200.00 | 36.1 | $43,320.00 |
| Richard Leveridge | Partner / District of Columbia – 1981<br>State of New York - 1997 | $1,250.00 | 8.5 | $10,625.00 |
| Jenna Hudson | Partner / State of Maryland – 2010<br>State of Massachusetts – 2010<br>District of Columbia - 2011<br>U.S. District Court for the District of Maryland – 2011<br>U.S. Court of Appeals for the First Circuit – 2015<br>U.S. Supreme Court - 2016<br>Cherokee Nation – 2017<br>U.S. District Court for the District of Columbia - 2019 | $675.00 | 51.3 | $34,627.50 |
| Monique Abrishami | Of Counsel / State of Florida – 2009<br>District of Columbia - 2019 | $640.00 | 9.0 | $5,760.00 |
| Emily Grim | Associate / Commonwealth of Pennsylvania – 2010<br>State of Illinois – 2010<br>District of Columbia – 2012<br>U.S. District Court for the District of Columbia - 2016<br>U.S. Court of Federal Claims – 2020 | $600.00 | 15.7 | $9,420.00 |
| Benjamin Massarsky | Associate / New York – 2011<br>District of Columbia – 2012<br>U.S. District Court for the District of Columbia – 2012<br>Maryland - 2016 | $500.00 | 1.4 | $700.00 |
| Alison Gaske | Associate / District of Columbia - 2016 | $450.00 | 25.0 | $11,250.00 |
| Jasmine Chalashtori | Associate / Commonwealth of Virginia – 2016<br>District of Columbia – 2017<br>State of Maryland – 2017 | $380.00 | 5.2 | $1,976.00 |
| Sarah Sraders | Associate / State of New York – 2016<br>District of Columbia – 2017 | $380.00 | 15.5 | $5,890.00 |

| Name of Professional | Position / Year Admitted to Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Lauren Fastenau | Paralegal – Joined firm in 2019 | $300.00 | 7.0 | $2,100.00 |
| Katherine Johnson | Paralegal – Joined firm in 2018 | $225.00 | 10.0 | $2,250.00 |
| Sarah Ogrey | Project Assistant – Joined firm in 2019 | $190.00 | 5.4 | $1,026.00 |
| Peggy Holland | Litigation Specialist – Joined firm in 2002 | $275.00 | 2.4 | $660.00 |
| | **Totals** | | **239.4** | **$190,274.50** |
| | **Attorney Blended Rate** | **$858.52** | | |
| | **Paraprofessional Blended Rate** | **$243.39** | | |

**<u>Exhibit C</u>**

**<u>Summary of Expenses Incurred</u>**

## SUMMARY OF EXPENSES INCURRED

| DESCRIPTION | Total Expenses for Period |
|---|---|
| PACER | $5.60 |
| Westlaw | $155.72 |
| | **$161.32** |

**Exhibit D**

**Time and Expense Detail**



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

November 12, 2020

Ad Hoc Committee
c/o Marshall S. Huebner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

Invoice Number:    11321306
Client Number:            1599
Tax ID:            52-2283869

**FOR PROFESSIONAL SERVICES RENDERED through September 30, 2020**

**Re:   Ad Hoc Committee (Purdue)**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Purdue Bankruptcy | 190,274.50 | 161.32 | 190,435.82 |
| **Total** | **190,274.50** | **161.32** | **190,435.82** |

| | |
|---|---|
| TOTAL FEES | $ 190,274.50 |
| TOTAL EXPENSES | $ 161.32 |
| **TOTAL FEES AND EXPENSES** | **$ 190,435.82** |



**FOR PROFESSIONAL SERVICES RENDERED through September 30, 2020**

**Purdue Bankruptcy**

**A001:  Asset Analysis & Recovery**

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Shore, R. | 9/01/20 | Confer with R. Leveridge, J. Hudson and A. Gaske re next steps for insurance analysis. | .80 | 960.00 |
| Shore, R. | 9/01/20 | Review and revise document requests re insurance (1.8); confer with UCC counsel re same (0.2). | 2.00 | 2,400.00 |
| Shore, R. | 9/01/20 | Analyze policies in Sections 6B and 6D of Document A. | 1.00 | 1,200.00 |
| Hudson, J. | 9/01/20 | Confer with R. Shore, R. Leveridge and A. Gaske re insurance analysis next steps. | .80 | 540.00 |
| Hudson, J. | 9/01/20 | Communicate with A. Kramer and C. Ricarte re searches relevant to Insurance Issues #46 and #47. | .10 | 67.50 |
| Hudson, J. | 9/01/20 | Review updates to Document A. | .20 | 135.00 |
| Hudson, J. | 9/01/20 | Formulate strategy for responding to insurer correspondence. | .10 | 67.50 |
| Hudson, J. | 9/01/20 | Analyze policies for Sections 6C and 6D of Document A. | 2.00 | 1,350.00 |
| Gaske, A. | 9/01/20 | Confer with J. Hudson, R. Shore, and R. Leveridge re insurance analysis. | .80 | 360.00 |
| Leveridge, R. | 9/01/20 | Confer wih R. Shore, J. Hudson and A. Gaske re insurance strategy. | .80 | 1,000.00 |
| Ogrey, S. | 9/01/20 | Update MDL and non-MDL portions of cases master tracking sheet. | .90 | 171.00 |
| Shore, R. | 9/02/20 | Confer with J. Hudson re Document A. | .10 | 120.00 |
| Hudson, J. | 9/02/20 | Review analysis of broker communications potentially bearing on insurance strategy. | 1.00 | 675.00 |
| Hudson, J. | 9/02/20 | Revise Document A. | .60 | 405.00 |
| Hudson, J. | 9/02/20 | Confer with R. Shore re options for Document A. | .10 | 67.50 |
| Abrishami, M. | 9/02/20 | Revise memorandum re Insurance Issue #47. | .40 | 256.00 |
| Abrishami, M. | 9/03/20 | Communicate with J. Hudson and J. Chalashtori re Insurance Issue #47. | .10 | 64.00 |
| Chalashtori, J. | 9/03/20 | Correspond with J. Hudson and M. Abrishami re Insurance Issue #47. | .20 | 76.00 |
| Shore, R. | 9/04/20 | Communicate with B. Kaminetzky re Document F. | .10 | 120.00 |
| Hudson, J. | 9/04/20 | Confer with team re status of negotiations and potential recovery efforts. | .10 | 67.50 |

Invoice Number: 11321306
November 12, 2020

| Name | Date | Services | Hours | Amount |
| --- | --- | --- | --- | --- |
| Massarsky, B. | 9/04/20 | Confer with team re status of insurer negotiations. | .10 | 50.00 |
| Johnson, K. | 9/04/20 | Revise tracking sheet of correspondence re Document C responses. | .30 | 67.50 |
| Abrishami, M. | 9/04/20 | Confer with J. Hudson, A. Gaske, and B. Massarsky re Document A. | .10 | 64.00 |
| Gaske, A. | 9/04/20 | Confer with M. Abrishami, J. Hudson, and B. Massarsky re insurance status update. | .10 | 45.00 |
| Shore, R. | 9/08/20 | Confer with R. Leveridge, J. Hudson, and A. Gaske re next steps for insurance recovery strategy. | .20 | 240.00 |
| Shore, R. | 9/08/20 | Communicate with S. Gilbert re Document F. | .20 | 240.00 |
| Hudson, J. | 9/08/20 | Confer with R. Leveridge, R. Shore, and A. Gaske re next steps for insurance recovery strategy. | .20 | 135.00 |
| Hudson, J. | 9/08/20 | Review proposed terms of agreement between public and private entities in connection with insurance strategy. | .10 | 67.50 |
| Hudson, J. | 9/08/20 | Review update on draft Document F. | .10 | 67.50 |
| Hudson, J. | 9/08/20 | Review previous Insurer #3 settlement to evaluate impact on insurance strategy. | .20 | 135.00 |
| Massarsky, B. | 9/08/20 | Analyze newly produced documents in Intralinks site re relevance to insurance coverage issues. | .40 | 200.00 |
| Johnson, K. | 9/08/20 | Revise tracking sheet of correspondence re responses to Document C. | .30 | 67.50 |
| Abrishami, M. | 9/08/20 | Revise memorandum re Insurance Issues #42 and #43. | 2.60 | 1,664.00 |
| Abrishami, M. | 9/08/20 | Revise memorandum re Insurance Issue #47. | .20 | 128.00 |
| Gaske, A. | 9/08/20 | Confer with J. Hudson, R. Leveridge, and R. Shore re insurance update. | .20 | 90.00 |
| Leveridge, R. | 9/08/20 | Confer with R. Shore, J. Hudson and A. Gaske re status of insurance recovery efforts. | .20 | 250.00 |
| Shore, R. | 9/09/20 | Revise Document A. | 4.00 | 4,800.00 |
| Hudson, J. | 9/09/20 | Suggest revisions to summary of research on Insurance Issue #46. | 1.50 | 1,012.50 |
| Hudson, J. | 9/09/20 | Confer with M. Abrishami and S. Sraders re research on Insurance Issue #46. | .40 | 270.00 |
| Hudson, J. | 9/09/20 | Review insurer responses received to date. | .10 | 67.50 |
| Hudson, J. | 9/09/20 | Analyze strategy for responding to insurer responses received to date. | .30 | 202.50 |
| Hudson, J. | 9/09/20 | Communicate with A. Gaske re status of inter-creditor negotiations and potential impact on insurance recovery efforts. | .10 | 67.50 |

Invoice Number: 11321306
November 12, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Hudson, J. | 9/09/20 | Communicate with C. Ricarte and A. Kramer re document search related to Insurance Issues #46 and #47. | .10 | 67.50 |
| Hudson, J. | 9/09/20 | Review and provide suggested revisions to summary of research on Insurance Issue #43. | 2.20 | 1,485.00 |
| Massarsky, B. | 9/09/20 | Analyze recent uploads to Intralinks site re relevance to insurance coverage issues. | .20 | 100.00 |
| Abrishami, M. | 9/09/20 | Revise memorandum re Insurance Issue #47. | .30 | 192.00 |
| Abrishami, M. | 9/09/20 | Confer with J. Hudson and S. Sraders re revisions to Insurance Issue #47 memorandum. | .40 | 256.00 |
| Gaske, A. | 9/09/20 | Revise tracking sheet for responses to Document C re additional responses. | .70 | 315.00 |
| Gaske, A. | 9/09/20 | Communicate with J. Hudson re response to responses to Document C. | .30 | 135.00 |
| Sraders, S. | 9/09/20 | Confer with J. Hudson and M. Abrishami re Insurance Issues #43 and #46. | .40 | 152.00 |
| Sraders, S. | 9/09/20 | Prepare for meeting with J. Hudson and M. Abrishami re Insurance Issues #43 and #46. | 1.20 | 456.00 |
| Shore, R. | 9/10/20 | Communicate with S. Gilbert re status of insurance analysis. | .10 | 120.00 |
| Shore, R. | 9/10/20 | Continue revising Document A. | 6.50 | 7,800.00 |
| Shore, R. | 9/10/20 | Confer with A. Preis and J. Hudson re Document A. | .10 | 120.00 |
| Hudson, J. | 9/10/20 | Confer with A. Kramer re progress on document search related to Insurance Issues #46 and #47. | .10 | 67.50 |
| Hudson, J. | 9/10/20 | Communicate with M. Abrishami re document search related to Insurance Issues #46 and #47. | .10 | 67.50 |
| Hudson, J. | 9/10/20 | Provide additional suggested revisions to summary of research on Insurance Issue #43. | .70 | 472.50 |
| Hudson, J. | 9/10/20 | Confer with A. Preis and R. Shore re impact of Insurance Issues #46 and #47 on Document A. | .10 | 67.50 |
| Gaske, A. | 9/10/20 | Draft correspondence in response to responses to Document C. | 1.00 | 450.00 |
| Chalashtori, J. | 9/10/20 | Revise Insurance Issue #47 memorandum per J. Hudson comments. | 1.60 | 608.00 |
| Shore, R. | 9/11/20 | Communicate with J. Hudson and A. Gaske re insurer correspondence. | .10 | 120.00 |
| Hudson, J. | 9/11/20 | Review sample policies in connection with Document A. | .10 | 67.50 |
| Hudson, J. | 9/11/20 | Finalize suggested revisions to summary of research on Insurance Issue #43. | .30 | 202.50 |
| Hudson, J. | 9/11/20 | Confer with team re details of insurance status and strategy. | .20 | 135.00 |

Invoice Number: 11321306
November 12, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Hudson, J. | 9/11/20 | Review latest round of insurer correspondence. | .10 | 67.50 |
| Hudson, J. | 9/11/20 | Communicate with R. Shore and A. Gaske re responding to latest round of insurer correspondence. | .10 | 67.50 |
| Abrishami, M. | 9/11/20 | Confer with J. Hudson and team re Document A updates. | .20 | 128.00 |
| Gaske, A. | 9/11/20 | Draft communications in response to the responses to Document C. | 1.70 | 765.00 |
| Gaske, A. | 9/11/20 | Revise tracking sheet re additional responses to Document C. | .30 | 135.00 |
| Gaske, A. | 9/11/20 | Confer with J. Hudson and team re insurance related updates. | .20 | 90.00 |
| Chalashtori, J. | 9/11/20 | Continue revising memorandum re Insurance Issue #47. | 2.40 | 912.00 |
| Chalashtori, J. | 9/11/20 | Research re Insurance Issue #47. | .90 | 342.00 |
| Shore, R. | 9/13/20 | Correspond with A. Preis, S. Gilbert, and J. Hudson re insurance strategy. | .20 | 240.00 |
| Gilbert, S. | 9/14/20 | Confer with R. Shore and J. Hudson re insurance strategy. | .80 | 1,200.00 |
| Shore, R. | 9/14/20 | Confer with S. Gilbert and J. Hudson re insurance next steps. | .80 | 960.00 |
| Shore, R. | 9/14/20 | Confer with J. Hudson re insurance strategy. | .20 | 240.00 |
| Shore, R. | 9/14/20 | Confer with A. Preis re insurance depos (0.2); review materials from A. Preis re same (0.8). | 1.00 | 1,200.00 |
| Shore, R. | 9/14/20 | Review and revise outline of insurance next steps. | 1.00 | 1,200.00 |
| Hudson, J. | 9/14/20 | Confer with S. Gilbert and R. Shore re next steps and insurance recovery strategy. | .80 | 540.00 |
| Hudson, J. | 9/14/20 | Confer with R. Shore re insurance recovery strategy and next steps. | .20 | 135.00 |
| Hudson, J. | 9/14/20 | Analyze next steps in insurance recovery strategy. | .60 | 405.00 |
| Hudson, J. | 9/14/20 | Summarize next steps in insurance recovery strategy for review team. | .40 | 270.00 |
| Johnson, K. | 9/14/20 | Revise tracking sheet of correspondence re responses to Document C. | .30 | 67.50 |
| Abrishami, M. | 9/14/20 | Revise memorandum re Insurance Issues #42 and #43. | .40 | 256.00 |
| Gaske, A. | 9/14/20 | Revise tracking spreadsheet re responses to Document C. | .80 | 360.00 |
| Sraders, S. | 9/14/20 | Communicate with M. Abrishami re memoranda on Insurance Issues #42, #43, and #46. | .20 | 76.00 |
| Shore, R. | 9/15/20 | Confer with J. Hudson, R. Leveridge and A. Gaske re insurance recovery strategy. | .60 | 720.00 |

Invoice Number: 11321306
November 12, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Hudson, J. | 9/15/20 | Confer with R. Shore, R. Leveridge and A. Gaske re insurance recovery strategy. | .60 | 405.00 |
| Hudson, J. | 9/15/20 | Communicate with team re coverage of depositions for potential impact on insurance recovery. | .30 | 202.50 |
| Hudson, J. | 9/15/20 | Communicate with R. Ringer re coverage of depositions for potential impact on insurance recovery. | .50 | 337.50 |
| Grim, E. | 9/15/20 | Communicate with J. Hudson re insurance issues relevant to Sackler depositions. | .20 | 120.00 |
| Gaske, A. | 9/15/20 | Confer with J. Hudson, R. Shore, and R. Leveridge re insurance updates and next steps. | .60 | 270.00 |
| Leveridge, R. | 9/15/20 | Confer with R. Shore, J. Hudson and A. Gaske re insurance recovery strategy. | .60 | 750.00 |
| Sraders, S. | 9/15/20 | Revise memorandum re Insurance Issue #46. | 2.10 | 798.00 |
| Gilbert, S. | 9/16/20 | Confer with S. Birnbaum, A. Kramer, R. Shore and J. Hudson re insurance (0.6); confer with AHC re insurance (1.0). | 1.60 | 2,400.00 |
| Shore, R. | 9/16/20 | Confer with J. Hudson re next steps in insurance strategy. | .10 | 120.00 |
| Shore, R. | 9/16/20 | Confer with S. Birnbaum, A. Kramer, S. Gilbert, and J. Hudson re insurance strategy. | .60 | 720.00 |
| Shore, R. | 9/16/20 | Confer with J. Hudson re Document I. | .10 | 120.00 |
| Shore, R. | 9/16/20 | Review and revise draft Document I. | 1.20 | 1,440.00 |
| Shore, R. | 9/16/20 | Communicate with A. Preis re Document I. | .20 | 240.00 |
| Hudson, J. | 9/16/20 | Communicate with S. Birnbaum and A. Kramer re insurance issues. | .10 | 67.50 |
| Hudson, J. | 9/16/20 | Revise drafts of Document I. | 2.70 | 1,822.50 |
| Hudson, J. | 9/16/20 | Confer with S. Schinfeld re process for attending depositions for insurance purposes. | .20 | 135.00 |
| Hudson, J. | 9/16/20 | Confer with H. Blain re attending depositions for insurance purposes. | .10 | 67.50 |
| Hudson, J. | 9/16/20 | Communicate with team re coverage of depositions for potential impact on insurance recovery. | .20 | 135.00 |
| Hudson, J. | 9/16/20 | Confer with R. Shore re next steps in insurance recovery strategy. | .10 | 67.50 |
| Hudson, J. | 9/16/20 | Communicate with team re drafts of Document I. | .30 | 202.50 |
| Hudson, J. | 9/16/20 | Analyze interaction between term sheets and Document A | .10 | 67.50 |
| Hudson, J. | 9/16/20 | Confer with S. Birnbaum, A. Kramer, S. Gilbert, and R. Shore re insurance recovery stategy. | .60 | 405.00 |
| Hudson, J. | 9/16/20 | Confer with R. Shore strategy for Document I. | .10 | 67.50 |

Invoice Number: 11321306
November 12, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|------:|-------:|
| Hudson, J. | 9/16/20 | Communicate with S. Birnbaum and A. Kramer on Document F. | .30 | 202.50 |
| Grim, E. | 9/16/20 | Confer with A. Gaske and S. Sraders re issues relating to Document I. | .40 | 240.00 |
| Massarsky, B. | 9/16/20 | Analyze recent uploads to Intralinks site re relevance to insurance coverage issues. | .20 | 100.00 |
| Gaske, A. | 9/16/20 | Confer with E. Grim and S. Sraders re drafting updates related to Document I. | .40 | 180.00 |
| Gaske, A. | 9/16/20 | Review deposition transcript of D. Sackler for insurance-related questions. | .70 | 315.00 |
| Sraders, S. | 9/16/20 | Revise memorandum re Insurance Issues #42 and #43. | .60 | 228.00 |
| Sraders, S. | 9/16/20 | Confer with E. Grim and A. Gaske re Document I. | .40 | 152.00 |
| Quinn, K. | 9/17/20 | Confer with insurance team re bankruptcy update. | .50 | 475.00 |
| Quinn, K. | 9/17/20 | Communicate with other governmental claimant representatives re insurance issues. | .20 | 190.00 |
| Shore, R. | 9/17/20 | Confer with K. Quinn and J. Hudson re next steps. | .50 | 600.00 |
| Shore, R. | 9/17/20 | Confer with J. Hudson re insurance strategy and next steps. | .10 | 120.00 |
| Shore, R. | 9/17/20 | Confer with A. Kramer and J. Hudson re Document F. | .10 | 120.00 |
| Shore, R. | 9/17/20 | Communicate with R. Leveridge and J. Hudson re Document K strategy. | .40 | 480.00 |
| Shore, R. | 9/17/20 | Analyze Document K issues. | .80 | 960.00 |
| Shore, R. | 9/17/20 | Confer with A. Preis re Document K (0.3); review same (0.6); communicate with S. Gilbert re same (0.1). | 1.00 | 1,200.00 |
| Hudson, J. | 9/17/20 | Confer with A. Preis re Document I . | .10 | 67.50 |
| Hudson, J. | 9/17/20 | Confer with K. Quinn and R. Shore re next steps in insurance recovery. | .50 | 337.50 |
| Hudson, J. | 9/17/20 | Confer with R. Shore re insurance recovery strategy. | .10 | 67.50 |
| Hudson, J. | 9/17/20 | Review revisions to Document A. | .20 | 135.00 |
| Hudson, J. | 9/17/20 | Communicate with R. Shore and R. Leveridge re coverage of depositions for potential impact on insurance recovery. | .40 | 270.00 |
| Hudson, J. | 9/17/20 | Communicate with deposing counsel re coverage of depositions for potential impact on insurance recovery. | .60 | 405.00 |
| Hudson, J. | 9/17/20 | Revise Document I. | 1.30 | 877.50 |
| Hudson, J. | 9/17/20 | Confer with A. Kramer and R. Shore re Document F. | .10 | 67.50 |

Invoice Number: 11321306
November 12, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Hudson, J. | 9/17/20 | Communicate with team re insurance recovery update to governmental creditor groups. | .10 | 67.50 |
| Massarsky, B. | 9/17/20 | Analyze recent uploads to Intralinks site re relevance to insurance coverage issues. | .10 | 50.00 |
| Johnson, K. | 9/17/20 | Draft spreadsheet re insurer contacts re update letters from Purdue. | 4.20 | 945.00 |
| Gaske, A. | 9/17/20 | Review information in preparation for correspondence related to Document C. | 4.10 | 1,845.00 |
| Gaske, A. | 9/17/20 | Review deposition transcript of D. Sackler for insurance-related questions. | 1.20 | 540.00 |
| Leveridge, R. | 9/17/20 | Communications with R. Shore and J. Hudson re insurance issues and upcoming depositions. | .90 | 1,125.00 |
| Sraders, S. | 9/17/20 | Revise memorandum re Insurance Issues #42 and #43. | 3.30 | 1,254.00 |
| Shore, R. | 9/18/20 | Confer with J. Hudson re Document F. | .10 | 120.00 |
| Shore, R. | 9/18/20 | Review and revise Document K (1.1); communicate with A. Preis re same (0.4); communicate with J. Hudson and R. Leveridge re same (0.6); communicate with counsel for creditor groups re Document K (0.4). | 2.50 | 3,000.00 |
| Shore, R. | 9/18/20 | Further revisions to draft of Document I. | .40 | 480.00 |
| Hudson, J. | 9/18/20 | Revise Document I to reflect developments. | .40 | 270.00 |
| Hudson, J. | 9/18/20 | Review summary of insurance discussion at deposition of D. Sackler. | .20 | 135.00 |
| Hudson, J. | 9/18/20 | Communicate with R. Ringer re summary of insurance discussion at deposition of M. Sackler. | .10 | 67.50 |
| Hudson, J. | 9/18/20 | Communicate with A. Kramer re search for documents relevant to Insurance Issue #46. | .10 | 67.50 |
| Hudson, J. | 9/18/20 | Communicate with counsel for non-consenting states and UCC re depositions for potential impact on insurance recovery. | .20 | 135.00 |
| Hudson, J. | 9/18/20 | Review and provide comments on Document K. | .40 | 270.00 |
| Hudson, J. | 9/18/20 | Confer with R. Shore re Document F. | .10 | 67.50 |
| Hudson, J. | 9/18/20 | Review revisions to Document A. | .70 | 472.50 |
| Hudson, J. | 9/18/20 | Attend deposition of I. Sackler Lefcourt for potential insurance implications. | 8.70 | 5,872.50 |
| Johnson, K. | 9/18/20 | Revise spreadsheet re insurer contacts for Document I. | 1.20 | 270.00 |
| Abrishami, M. | 9/18/20 | Revise memorandum re Insurance Issue #47. | .80 | 512.00 |
| Abrishami, M. | 9/18/20 | Revise memorandum re Insurance Issues #42 and #43. | .10 | 64.00 |

Invoice Number: 11321306
November 12, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gaske, A. | 9/18/20 | Draft summary of D. Sackler deposition and compile related pages re insurance-related portions. | .80 | 360.00 |
| Gaske, A. | 9/18/20 | Revise tracking spreadsheet re responses to Document C. | 1.00 | 450.00 |
| Gaske, A. | 9/18/20 | Communicate with J. Hudson and K. Johnson re status of correspondence related to Document C. | .20 | 90.00 |
| Gaske, A. | 9/18/20 | Review portion of deposition transcript of M. Sackler for any insurance-related portions. | .40 | 180.00 |
| Leveridge, R. | 9/18/20 | Review communication between R. Shore and A. Preis from UCC (0.5); communicate with R. Shore and J. Hudson re insurance issues (0.4); review additional communications re deposition and plans for follow-up communications with other stakeholders (0.3). | 1.20 | 1,500.00 |
| Chalashtori, J. | 9/18/20 | Analyze issues re Insurance Issue #47. | .10 | 38.00 |
| Sraders, S. | 9/18/20 | Revise memorandum re Insurance Issues #42 and #43. | .60 | 228.00 |
| Shore, R. | 9/21/20 | Prepare for insurance discovery call. | .10 | 120.00 |
| Shore, R. | 9/21/20 | Communicate with J. Hudson re references to insurance in depositions. | .20 | 240.00 |
| Hudson, J. | 9/21/20 | Review final research memorandum on Insurance Issue #46. | .60 | 405.00 |
| Hudson, J. | 9/21/20 | Confer with A. Gaske re references to insurance in depositions. | .40 | 270.00 |
| Hudson, J. | 9/21/20 | Communicate with R. Shore re references to insurance in depositions. | .20 | 135.00 |
| Hudson, J. | 9/21/20 | Communicate with AHC co-counsel re timing on Document I. | .10 | 67.50 |
| Hudson, J. | 9/21/20 | Analyze potential insurance implications re Sackler depositions. | .10 | 67.50 |
| Hudson, J. | 9/21/20 | Suggest revisions to Document P to reflect applicable law on Insurance Issue #43. | .20 | 135.00 |
| Hudson, J. | 9/21/20 | Review materials for Document K. | .60 | 405.00 |
| Massarsky, B. | 9/21/20 | Analyze recent uploads to Intralinks site re relevance to insurance coverage issues. | .20 | 100.00 |
| Johnson, K. | 9/21/20 | Review documents referenced in Document K. | 1.00 | 225.00 |
| Abrishami, M. | 9/21/20 | Revise memorandum re Insurance Issues #42 and #43. | .70 | 448.00 |
| Gaske, A. | 9/21/20 | Confer with J. Hudson re Document K. | .30 | 135.00 |
| Gaske, A. | 9/21/20 | Review Document K. | 1.00 | 450.00 |

Invoice Number: 11321306
November 12, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Gaske, A. | 9/21/20 | Review remaining portion of M. Sackler deposition re insurance-related questions. | .70 | 315.00 |
| Shore, R. | 9/22/20 | Confer with J. Hudson, R. Leveridge, and A. Gaske re status, strategy, next steps. | .60 | 720.00 |
| Hudson, J. | 9/22/20 | Confer with R. Shore, R. Leveridge and A. Gaske re insurance strategy. | .60 | 405.00 |
| Hudson, J. | 9/22/20 | Confer with M. Abrishami and S. Sraders re research on Insurance Issues #42 and #43. | .30 | 202.50 |
| Hudson, J. | 9/22/20 | Communicate with non-consenting states, UCC, and AHC re potential insurance implications re Sackler depositions. | .20 | 135.00 |
| Hudson, J. | 9/22/20 | Communicate with A. Preis re insurance implications of Sackler depositions. | .20 | 135.00 |
| Hudson, J. | 9/22/20 | Communicate with S. Gilbert, R. Shore and D. Wolf re insurance recovery issues. | .10 | 67.50 |
| Massarsky, B. | 9/22/20 | Analyze recent uploads to intralinks site re relevance to insurance coverage issues. | .10 | 50.00 |
| Johnson, K. | 9/22/20 | Review and prepare spreadsheet re claims filed in bankruptcy for purposes of insurance analysis. | .30 | 67.50 |
| Abrishami, M. | 9/22/20 | Revise memorandum re Insurance Issues #42 and #43. | .90 | 576.00 |
| Abrishami, M. | 9/22/20 | Revise memorandum re Insurance Issue #47. | .60 | 384.00 |
| Abrishami, M. | 9/22/20 | Confer with J. Hudson and S. Sraders re memorandum re Insurance Issues #42 and #43. | .30 | 192.00 |
| Gaske, A. | 9/22/20 | Review Document K and analyze potential impact. | .30 | 135.00 |
| Gaske, A. | 9/22/20 | Confer with J. Hudson, R. Shore, and R. Leveridge re insurance-related status updates. | .60 | 270.00 |
| Leveridge, R. | 9/22/20 | Confer with J. Hudson, R. Shore, and A. Gaske re insurance update. | .60 | 750.00 |
| Fastenau, L. | 9/22/20 | Revise citations in memorandum re Insurance Issue #47. | 3.80 | 1,140.00 |
| Sraders, S. | 9/22/20 | Communicate with S. Martinez re Intralinks document review. | .10 | 38.00 |
| Sraders, S. | 9/22/20 | Revise memorandum re Insurance Issues #42 and #43 (1.0); confer with J. Hudson and M. Abrishami re same (0.3). | 1.30 | 494.00 |
| Sraders, S. | 9/22/20 | Revise memorandum re Insurance Issue #46. | .10 | 38.00 |
| Gilbert, S. | 9/23/20 | Confer with R. Shore and others re insurance strategy and discovery. | .70 | 1,050.00 |

Invoice Number: 11321306
November 12, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Shore, R. | 9/23/20 | Confer with S. Gilbert, J. Hudson, R. Leveridge, and A. Gaske re insurance issues and status of Document F (0.7); communicate with team re Rite-Aid decision on what constitutes a product liability claim and known loss (0.2); revise Document F (0.3). | 1.20 | 1,440.00 |
| Shore, R. | 9/23/20 | Confer with creditor groups re Document K. | .70 | 840.00 |
| Hudson, J. | 9/23/20 | Summarize potential insurance implications re Sackler depositions. | 1.90 | 1,282.50 |
| Hudson, J. | 9/23/20 | Confer with S. Gilbert, R. Shore, R. Leveridge and A. Gaske re potential insurance implications re Sackler depositions. | .70 | 472.50 |
| Hudson, J. | 9/23/20 | Conferw with R. Shore, R. Leveridge and A. Gaske re potential insurance implications re Sackler depositions. | .50 | 337.50 |
| Hudson, J. | 9/23/20 | Review finalized memorandum on Insurance Issue #46. | .10 | 67.50 |
| Hudson, J. | 9/23/20 | Confer with claimant constituencies, R. Shore, R. Leveridge and A. Gaske re potential insurance implications re Sackler depositions. | .70 | 472.50 |
| Hudson, J. | 9/23/20 | Confer with R. Shore and R. Leveridge re call with claimant constituencies re potential insurance implications re Sackler depositions. | .30 | 202.50 |
| Hudson, J. | 9/23/20 | Revise Document I. | .50 | 337.50 |
| Hudson, J. | 9/23/20 | Prepare for discussion with claimant constituencies re potential insurance implications re Sackler depositions. | .10 | 67.50 |
| Hudson, J. | 9/23/20 | Communicate with S. Gilbert re finalizing Document F. | .20 | 135.00 |
| Hudson, J. | 9/23/20 | Summarize insurance recovery status and strategy for Ad Hoc Committee meeting. | .10 | 67.50 |
| Hudson, J. | 9/23/20 | Analyze next steps for insurance recovery. | .30 | 202.50 |
| Abrishami, M. | 9/23/20 | Revise memorandum re Insurance Issues #42 and #43. | .50 | 320.00 |
| Gaske, A. | 9/23/20 | Confer with various Debtors' groups and team re insurance-related deposition questions. | .70 | 315.00 |
| Gaske, A. | 9/23/20 | Confer with S. Gilbert, J. Hudson, R. Leveridge, and R. Shore re deposition insurance-related questions. | .70 | 315.00 |
| Gaske, A. | 9/23/20 | Confer with J. Hudson, R. Leveridge, and R. Shore re deposition insurance-related questions. | .50 | 225.00 |
| Gaske, A. | 9/23/20 | Review recent caselaw re insurance coverage of opioid claims. | 1.00 | 450.00 |

Invoice Number: 11321306
November 12, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Leveridge, R. | 9/23/20 | Confer with R. Shore, J. Hudson and A. Gaske re plan for interacting with other stakeholders re insurance coverage issue. | .50 | 625.00 |
| Leveridge, R. | 9/23/20 | Confer with S. Gilbert, R. Shore, and J. Hudson re interaction with other stakeholders on insurance coverage matters. | .70 | 875.00 |
| Leveridge, R. | 9/23/20 | Confer with stakeholders re insurance coverage issues. | .70 | 875.00 |
| Quinn, K. | 9/24/20 | Confer with insurance team re schedule and letters to insurers. | .50 | 475.00 |
| Shore, R. | 9/24/20 | Confer with S. Gilbert, K. Quinn, and J. Hudson bankruptcy developments for reference in Document I. | .50 | 600.00 |
| Shore, R. | 9/24/20 | Revise draft Document I. | 2.00 | 2,400.00 |
| Hudson, J. | 9/24/20 | Communicate with A. Gaske re addressing insurer responses. | .10 | 67.50 |
| Hudson, J. | 9/24/20 | Revise Document I. | .80 | 540.00 |
| Hudson, J. | 9/24/20 | Communicate with S. Roitman re Document I. | .10 | 67.50 |
| Hudson, J. | 9/24/20 | Confer with S. Gilbert, K. Quinn, and R. Shore re bankruptcy developments for reference in Document I. | .50 | 337.50 |
| Hudson, J. | 9/24/20 | Communicate with team re additional research on Insurance Issue #46, including based on policy language. | .10 | 67.50 |
| Johnson, K. | 9/24/20 | Revise tracking sheet of correspondence re insurer responses to Document C. | .10 | 22.50 |
| Abrishami, M. | 9/24/20 | Revise memorandum re Insurance Issues #42 and #43. | .40 | 256.00 |
| Leveridge, R. | 9/24/20 | Review communications from R. Shore and J. Hudson re insurance recovery efforts (0.2); review Document I (0.4). | .60 | 750.00 |
| Fastenau, L. | 9/24/20 | Review and revise memorandum re Insurance Issue #47. | .20 | 60.00 |
| Sraders, S. | 9/24/20 | Research re Insurance Issue #46. | 1.20 | 456.00 |
| Sraders, S. | 9/24/20 | Confer with M. Abrishami, M. Glaeberman, and T. Jones re analysis of insurance policies. | 1.20 | 456.00 |
| Gilbert, S. | 9/25/20 | Confer with team re Document F. | .60 | 900.00 |
| Quinn, K. | 9/25/20 | Review deposition digest of Mrs. Sackler. | .30 | 285.00 |
| Quinn, K. | 9/25/20 | Confer with team re proposed revisions to Document F. | .60 | 570.00 |
| Shore, R. | 9/25/20 | Confer with S. Gilbert, K. Quinn, and J. Hudson re status and finalizing Document F. | .60 | 720.00 |

Invoice Number: 11321306
November 12, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Shore, R. | 9/25/20 | Review S. Gilbert edits to Document I (0.3); communicate with Debtor and Akin re same (0.1); communicate with J. Hudson re same (0.1); review A. Preis mark-up (0.2). | .70 | 840.00 |
| Hudson, J. | 9/25/20 | Communicate with S. Roitman re confirming proof of claim numbers for Document I. | .10 | 67.50 |
| Hudson, J. | 9/25/20 | Review additional research on Insurance Issue #46. | .10 | 67.50 |
| Hudson, J. | 9/25/20 | Communicate with S. Gilbert, K. Quinn, and R. Shore re status and finalizing Document F. | .60 | 405.00 |
| Hudson, J. | 9/25/20 | Communicate with team re finalizing Document I. | 1.30 | 877.50 |
| Johnson, K. | 9/25/20 | Communicate with J. Hudson re status of Document I. | .30 | 67.50 |
| Leveridge, R. | 9/25/20 | Review communications from R. Shore re contact with the insurers. | .20 | 250.00 |
| Sraders, S. | 9/25/20 | Review policies (0.8); confer with A. Vegliante @ KCIC re same (0.3). | 1.10 | 418.00 |
| Hudson, J. | 9/27/20 | Revise Document I. | .20 | 135.00 |
| Hudson, J. | 9/27/20 | Communicate with S. Birnbaum and A. Kramer re revisions to Document I. | .10 | 67.50 |
| Hudson, J. | 9/27/20 | Communicate with A. Preis re revisions to Document I. | .10 | 67.50 |
| Hudson, J. | 9/28/20 | Confer with R. Leveridge and M. Rush re status of insurance review and next steps in recovery strategy. | .10 | 67.50 |
| Hudson, J. | 9/28/20 | Review Insurer #9 correspondence. | .10 | 67.50 |
| Hudson, J. | 9/28/20 | Confer with A. Kramer re Document I. | .10 | 67.50 |
| Johnson, K. | 9/28/20 | Revise tracking spreadsheet re additional correspondence related to Document C. | .30 | 67.50 |
| Gaske, A. | 9/28/20 | Revise tracking spreadsheet re additional correspondence related to Document C. | .70 | 315.00 |
| Fastenau, L. | 9/28/20 | Review insurance policies for language relevant to Insurance Issue #46. | 2.10 | 630.00 |
| Gilbert, S. | 9/29/20 | Confer with S. Birnbaum re insurance. | .50 | 750.00 |
| Shore, R. | 9/29/20 | Confer with team re status. | .40 | 480.00 |
| Shore, R. | 9/29/20 | Review and comment on Document K by UCC (1.6); send mark-up of same to A. Preis (0.4). | 2.00 | 2,400.00 |
| Hudson, J. | 9/29/20 | Review draft document K. | .10 | 67.50 |
| Hudson, J. | 9/29/20 | Communicate with R. Shore re draft document K. | .30 | 202.50 |
| Hudson, J. | 9/29/20 | Communicate with S. Gilbert, R. Shore, and R. Leveridge re revisions to Document I. | .70 | 472.50 |
| Hudson, J. | 9/29/20 | Revise Document I. | 1.20 | 810.00 |

Invoice Number: 11321306
November 12, 2020

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Hudson, J. | 9/29/20 | Communicate with team re analysis of documents concerning insurance-related questioning of Sackler witnesses. | .10 | 67.50 |
| Hudson, J. | 9/29/20 | Confer with A. Preis and J. Sorkin re documents and outline concerning insurance-related questioning of Sackler witnesses. | .10 | 67.50 |
| Hudson, J. | 9/29/20 | Communicate with A. Kramer and A. Preis re revised draft of Document I. | .20 | 135.00 |
| Hudson, J. | 9/29/20 | Confer with R. Shore, R. Leveridge, and A. Gaske re insurance strategy. | .40 | 270.00 |
| Johnson, K. | 9/29/20 | Review and organize materials re Document K. | .40 | 90.00 |
| Johnson, K. | 9/29/20 | Confer with L. Simmonds re information needed re correspondence related to Document C. | .20 | 45.00 |
| Gaske, A. | 9/29/20 | Confer with R. Leveridge, R. Shore, and J. Hudson re insurance-related updates. | .40 | 180.00 |
| Gaske, A. | 9/29/20 | Review insurance-related documents used in depositions. | .40 | 180.00 |
| Gaske, A. | 9/29/20 | Communicate with K. Johnson re contacts for correspondence related to Document C. | .30 | 135.00 |
| Leveridge, R. | 9/29/20 | Confer with R. Shore, J. Hudson, and A. Gaske re status of proceedings relevant to insurance recovery issues (0.4); review Document I and propose edits to same (0.7). | 1.10 | 1,375.00 |
| Ogrey, S. | 9/29/20 | Review policies for certain language included in exhibit A to Document A. | 4.50 | 855.00 |
| Fastenau, L. | 9/29/20 | Review insurance policies and compare with master tracking sheet. | .90 | 270.00 |
| Sraders, S. | 9/29/20 | Review status of insurance policy review. | .90 | 342.00 |
| Sraders, S. | 9/29/20 | Revise memorandum re Insurance Issue #43. | .50 | 190.00 |
| Gilbert, S. | 9/30/20 | Confer with M. Huebner re Document F. | .50 | 750.00 |
| Hudson, J. | 9/30/20 | Communicate with counsel re final approvals for Document I. | .20 | 135.00 |
| Massarsky, B. | 9/30/20 | Analyze recent Interlinks uploads re relevance to insurance coverage issues. | .10 | 50.00 |
| Johnson, K. | 9/30/20 | Revise correspondence related to Document C. | 1.10 | 247.50 |
| Gaske, A. | 9/30/20 | Review changes to contact spreadsheet for correspondences related to Document C. | 1.90 | 855.00 |
| Leveridge, R. | 9/30/20 | Review insurance-related issues. | .40 | 500.00 |
| | | **Project Total:** | **181.50** | **$ 128,815.50** |

Invoice Number: 11321306
November 12, 2020

### A003:  Business Operations

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 9/04/20 | Confer with FTI re cash flow. | .50 | 750.00 |
| Gilbert, S. | 9/24/20 | Confer with M. Huebner re future of Purdue and Phase II mediation. | 2.00 | 3,000.00 |
| Quinn, K. | 9/24/20 | Review follow-up materials from Kramer re Committee call on Debtors' financial issues. | .30 | 285.00 |
| Gilbert, S. | 9/25/20 | Confer with D. Nachman re issues relating to future of Purdue. | 1.00 | 1,500.00 |
| Gilbert, S. | 9/25/20 | Confer with K. Feinberg re issues relating to future of Purdue and attorney fees. | .50 | 750.00 |
| Quinn, K. | 9/28/20 | Confer with B. Kelly re tax issues and structure. | .30 | 285.00 |
| Gilbert, S. | 9/30/20 | Confer with D. Nachman re Sackler negotiations and future of Purdue. | 1.00 | 1,500.00 |
| Gilbert, S. | 9/30/20 | Confer and correspond with AHC professionals re future of Purdue, including review of final information. | 2.00 | 3,000.00 |
| | | **Project Total:** | **7.60** | **$ 11,070.00** |

### A004:  Case Administration

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 9/10/20 | Confer with co-counsel re overall case strategy. | 1.00 | 950.00 |
| Gilbert, S. | 9/17/20 | Attend Chambers conference re Sackler-related issues. | 2.00 | 3,000.00 |
| Quinn, K. | 9/18/20 | Review summary of Chambers conference. | .20 | 190.00 |
| Quinn, K. | 9/21/20 | Review correspondence from co-counsel re compensation motion. | .20 | 190.00 |
| Grim, E. | 9/21/20 | Review proposal re non-insiders compensation plan. | .10 | 60.00 |
| Gilbert, S. | 9/22/20 | Confer with S. Birnbaum and K. Feinberg re Phase II of mediation. | 1.00 | 1,500.00 |
| Gilbert, S. | 9/22/20 | Confer with M. Kesselman and S. Birnbaum re Phase II of mediation. | 1.00 | 1,500.00 |
| Gilbert, S. | 9/23/20 | Confer with D. Nachman and other public creditors re open issues for mediation Phase II. | 1.00 | 1,500.00 |
| Gilbert, S. | 9/23/20 | Confer with T. Phillips re issues for mediation Phase II. | .50 | 750.00 |
| Grim, E. | 9/23/20 | Review draft objection to ER doctor class motion. | .10 | 60.00 |

Invoice Number: 11321306
November 12, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 9/24/20 | Confer with D. Nachman re Phase II mediation issues. | 1.00 | 1,500.00 |
| Gilbert, S. | 9/24/20 | Confer with mediators re Phase II issues. | .70 | 1,050.00 |
| Quinn, K. | 9/28/20 | Review Kramer Levin update on class claims motions. | .10 | 95.00 |
| Gilbert, S. | 9/29/20 | Confer with M. Kesselman and S. Birnbaum re Phase II of medition. | .50 | 750.00 |
| Gilbert, S. | 9/29/20 | Confer with D. Nachman re attorney fee issues and Sackler negotiations. | 1.00 | 1,500.00 |
| Gilbert, S. | 9/30/20 | Attend court hearing re discovery. | 2.00 | 3,000.00 |
| Quinn, K. | 9/30/20 | Participate in telephonic hearing re discovery issues. | 4.00 | 3,800.00 |
| Grim, E. | 9/30/20 | Attend omnibus hearing re Sackler discovery and other issues. | 4.00 | 2,400.00 |
| | | **Project Total:** | **20.40** | **$ 23,795.00** |

### A005:  Claims Analysis

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Grim, E. | 9/04/20 | Review legal support for public claims for purposes of potential estimation proceedings. | .10 | 60.00 |
| Grim, E. | 9/08/20 | Research legal support for public claims for purposes of potential estimation proceedings. | .60 | 360.00 |
| Grim, E. | 9/09/20 | Continue researching legal support for public claims for purposes of potential estimation proceedings. | 1.10 | 660.00 |
| Grim, E. | 9/09/20 | Review potential templates for implementation of private creditor settlements. | .90 | 540.00 |
| Sraders, S. | 9/17/20 | Review number of proofs of claim filed in the bankruptcy. | .30 | 114.00 |
| | | **Project Total:** | **3.00** | **$ 1,734.00** |

### A006:  Employment / Fee Applications

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Holland, P. | 9/01/20 | Revise / finalize June fee statement; communicate with C. Gange re same. | .80 | 220.00 |
| Grim, E. | 9/01/20 | Communicate with P. Holland re June fee statement. | .20 | 120.00 |
| Holland, P. | 9/02/20 | Communicate with US Trustee and Fee Examiner re June fee statement and LEDES file. | .20 | 55.00 |

Invoice Number: 11321306
November 12, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Holland, P. | 9/15/20 | Draft July monthly fee statement and exhibits (1.3); communicate with K. Quinn re same (.1). | 1.40 | 385.00 |
| Grim, E. | 9/23/20 | Communicate with P. Holland re August fee application. | .20 | 120.00 |
| Grim, E. | 9/28/20 | Revise August fee application. | .40 | 240.00 |
| | | **Project Total:** | **3.20** | **$ 1,140.00** |

## A009:  Meetings / Communications with AHC & Creditors

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 9/01/20 | Confer with non-state group re NAACP and attorney fee issues. | .60 | 570.00 |
| Grim, E. | 9/01/20 | Confer with non-state group re NAACP and attorney fee issues. | .60 | 360.00 |
| Quinn, K. | 9/02/20 | Participate in call with working group re presentation of claims. | 1.00 | 950.00 |
| Gilbert, S. | 9/03/20 | Confer with AHC re strategy. | .50 | 750.00 |
| Gilbert, S. | 9/03/20 | Attend AHC meeting re Sackler depositions and other issues. | 1.00 | 1,500.00 |
| Quinn, K. | 9/03/20 | Participate in weekly client update meeting re Sackler depositions and other pending matters. | 1.30 | 1,235.00 |
| Grim, E. | 9/03/20 | Confer with AHC re Sackler depositions, NAACP issues, and mediation status. | 1.30 | 780.00 |
| Quinn, K. | 9/09/20 | Confer with government entities group re NAACP meeting. | 1.30 | 1,235.00 |
| Quinn, K. | 9/09/20 | Participate in weekly Committee call (partial). | .50 | 475.00 |
| Grim, E. | 9/09/20 | Confer with public creditor groups re response to NAACP motion and abatement proposals. | 1.20 | 720.00 |
| Grim, E. | 9/09/20 | Confer with AHC re response to NAACP motion, potential Rhodes sale, and other issues. | .80 | 480.00 |
| Gilbert, S. | 9/10/20 | Confer with AHC counsel re Sacklers. | 1.00 | 1,500.00 |
| Quinn, K. | 9/10/20 | Participate in pre-call re NAACP conversation. | .60 | 570.00 |
| Quinn, K. | 9/10/20 | Participate in meeting re NAACP requests. | 1.00 | 950.00 |
| Quinn, K. | 9/15/20 | Participate in conference call with Committee re weekly update. | 1.00 | 950.00 |
| Grim, E. | 9/16/20 | Confer with AHC re updated financial data and revisions to mediator status report. | 1.00 | 600.00 |
| Gilbert, S. | 9/23/20 | Attend AHC meeting re insurance recovery and other issues. | 1.30 | 1,950.00 |
| Quinn, K. | 9/23/20 | Participate in weekly update call with client re insurance strategy and various other matters. | 1.30 | 1,235.00 |

Invoice Number: 11321306
November 12, 2020

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Grim, E. | 9/23/20 | Confer with AHC re insurance recovery strategy, ER doctors class cert motion, and other issues. | 1.30 | 780.00 |
| Gilbert, S. | 9/25/20 | Confer with AHC co-counsel re AHC strategy. | .80 | 1,200.00 |
| Gilbert, S. | 9/28/20 | Correspond and confer with mediators and public creditor counsel re issues and process for Phase II of mediation. | 1.50 | 2,250.00 |
| | | **Project Total:** | **20.90** | **$ 21,040.00** |

### A019:  Plan of Reorganization

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 9/01/20 | Confer with AHC subcommittee re TDP re strategy. | .80 | 1,200.00 |
| Quinn, K. | 9/01/20 | Confer with TDP group and TPP representatives re settlement. | .80 | 760.00 |
| Grim, E. | 9/01/20 | Confer with TDP subcommittee and TPP representatives re TDP terms and criteria. | .80 | 480.00 |
| Grim, E. | 9/22/20 | Communicate with D. Molton re TDP negotiations and next steps. | .10 | 60.00 |
| Grim, E. | 9/22/20 | Communicate with full TDP subcommittee re TDP negotiations and next steps. | .10 | 60.00 |
| Grim, E. | 9/22/20 | Communicate with G. Cicero re talking points for non-state update call. | .10 | 60.00 |
| Grim, E. | 9/29/20 | Communicate with TDP subcommittee re status of negotiations. | .10 | 60.00 |
| | | **Project Total:** | **2.80** | **$ 2,680.00** |
| | | **TOTAL CHARGEABLE HOURS** | **239.40** | |
| | | **TOTAL FEES** | | **$ 190,274.50** |

Invoice Number: 11321306
November 12, 2020

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Gilbert, S. | 29.30 | 1,500.00 | 43,950.00 |
| Quinn, K. | 17.60 | 950.00 | 16,720.00 |
| Shore, R. | 36.10 | 1,200.00 | 43,320.00 |
| Holland, P. | 2.40 | 275.00 | 660.00 |
| Hudson, J. | 51.30 | 675.00 | 34,627.50 |
| Grim, E. | 15.70 | 600.00 | 9,420.00 |
| Massarsky, B. | 1.40 | 500.00 | 700.00 |
| Johnson, K. | 10.00 | 225.00 | 2,250.00 |
| Abrishami, M. | 9.00 | 640.00 | 5,760.00 |
| Gaske, A. | 25.00 | 450.00 | 11,250.00 |
| Leveridge, R. | 8.50 | 1,250.00 | 10,625.00 |
| Chalashtori, J. | 5.20 | 380.00 | 1,976.00 |
| Ogrey, S. | 5.40 | 190.00 | 1,026.00 |
| Fastenau, L. | 7.00 | 300.00 | 2,100.00 |
| Sraders, S. | 15.50 | 380.00 | 5,890.00 |
| **TOTALS** | **239.40** | | **$ 190,274.50** |

**TASK SUMMARY**

| Task | Description | Hours | Amount |
|---|---|---|---|
| A001 | Asset Analysis & Recovery | 181.50 | 128,815.50 |
| A003 | Business Operations | 7.60 | 11,070.00 |
| A004 | Case Administration | 20.40 | 23,795.00 |
| A005 | Claims Analysis | 3.00 | 1,734.00 |
| A006 | Employment / Fee Applications | 3.20 | 1,140.00 |
| A009 | Meetings / Communications with AHC & Creditors | 20.90 | 21,040.00 |
| A019 | Plan of Reorganization / Disclosure Statement | 2.80 | 2,680.00 |

**EXPENSE DETAILS**

**E106:  Online Research**

| Date | Description | Task | Amount |
|---|---|---|---|
| 9/30/20 | Westlaw | E106 | 155.72 |
| 9/30/20 | PACER | E106 | 5.60 |
| | **Sub-Total of Expenses:** | | **$ 161.32** |
| | **TOTAL EXPENSES** | | **$ 161.32** |
| | **TOTAL FEES AND EXPENSES** | | **$ 190,435.82** |