**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**TWELFTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | September 1, 2020 through September 30, 2020 |
| Monthly Fees Incurred: | $357,546.50 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred: $0.00

Total Fees and Expenses Due: $357,546.50

This is a: __X__ monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

| Docked No./Filed | Compensation Period | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $ 299,802.60 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $357,580.40 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $ - | $ - |

Note: The fee examiner's agreed upon reductions of $30,000 and $17,500 were allocated evenly across fees from the first and second interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from September 1, 2020 through and including September 30, 2020 (the "**Twelfth Fee Period**") amount to:

    | | |
    |---|---|
    | Professional Fees | $357,546.50 |
    | Expenses | 0.00 |
    | **TOTAL** | **$357,546.50** |

2. In accordance with the Orders, FTI has separately recorded its fees in connection with or relating to the allocation of value among the Debtors' creditors (the "**Allocation Fees**") and has not, to the best of its knowledge, included Allocation Fees in this Fee Statement. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

    | | |
    |---|---|
    | Professional Fees at 80% | $286,037.20 |
    | Expenses at 100% | 0.00 |
    | **TOTAL** | **$286,037.20** |

3

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Twelfth Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Twelfth Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Twelfth Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Eleventh Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

7. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than November 27, 2020 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
November 13, 2020

> FTI CONSULTING, INC.
> Financial Advisors to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P.
>
> By: */s/ Matthew Diaz*
> Matthew Diaz, Senior Managing Director
> Three Times Square, 10th Floor
> New York, New York 10036
> Telephone: (212) 499-3611
> Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD SEPTEMBER 1, 2020 TO SEPTEMBER 30, 2020**

| Professional | Position | Specialty | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Diaz, Matthew | Senior Managing Director | Restructuring | 1,085 | 78.1 | 84,738.50 |
| Greenblatt, Matthew | Senior Managing Director | Forensics | 985 | 2.1 | 2,068.50 |
| Joffe, Steven | Senior Managing Director | Tax | 1,125 | 9.4 | 10,575.00 |
| Simms, Steven | Senior Managing Director | Restructuring | 1,295 | 2.2 | 2,849.00 |
| Kyviakidis, Peter | Managing Director | Forensics | 765 | 1.0 | 765.00 |
| Suric, Emil | Senior Director | Healthcare | 820 | 15.0 | 12,300.00 |
| Costaldo, Nicole | Senior Director | Forensics | 700 | 1.0 | 700.00 |
| Bromberg, Brian | Director | Restructuring | 815 | 186.1 | 151,671.50 |
| Kim, Ye Darm | Senior Consultant | Restructuring | 560 | 127.1 | 71,176.00 |
| Mazzari, Meredith | Senior Consultant | Forensics | 530 | 0.9 | 477.00 |
| Kurtz, Emma | Consultant | Restructuring | 415 | 48.4 | 20,086.00 |
| Hellmund-Mora, Marili | Associate | Restructuring | 280 | 0.5 | 140.00 |
| **GRAND TOTAL** | | | | **471.8** | **$ 357,546.50** |

1. Reflects blended hourly rates. Billing rates of international professionals have been translated to USD using the relevant spot rate.

**EXHIBIT B**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD SEPTEMBER 1, 2020 TO SEPTEMBER 30, 2020**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 9.4 | $ 5,576.00 |
| 7 | Analysis of Domestic Business Plan | 40.7 | 34,409.50 |
| 9 | Analysis of Employee Comp Programs | 147.4 | 113,128.00 |
| 10 | Analysis of Tax Issues | 35.7 | 30,332.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 19.1 | 17,413.00 |
| 18 | Review of Historical Transactions | 89.7 | 66,891.50 |
| 19 | Case Management | 10.5 | 7,664.50 |
| 21 | General Meetings with Counsel and/or Ad Hoc Committee | 12.8 | 10,333.00 |
| 24 | Preparation of Fee Application | 25.5 | 15,242.50 |
| 28 | Review of IAC Business Plan | 81.0 | 56,556.00 |
| | **GRAND TOTAL**[1] | **471.8** | **$ 357,546.50** |

1. Billing rates of international professionals have been translated to USD using the relevant spot rate.

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2020 TO SEPTEMBER 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 9/1/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/2/2020 | Diaz, Matthew | 1.4 | Review the Debtors' updated operating results. |
| 1 | 9/2/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/3/2020 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/4/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/8/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/9/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/10/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/11/2020 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/14/2020 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/15/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/16/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/17/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/18/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/21/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/22/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/23/2020 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/24/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/25/2020 | Diaz, Matthew | 1.1 | Review the Debtors' YTD July financial results. |
| 1 | 9/25/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/28/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 9/29/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **9.4** | |
| 7 | 9/1/2020 | Diaz, Matthew | 1.3 | Review open case items and prepare next steps on the business plan and the IAC workstreams. |
| 7 | 9/1/2020 | Bromberg, Brian | 0.9 | Follow up on outstanding business plan diligence items with Debtors. |
| 7 | 9/1/2020 | Bromberg, Brian | 1.4 | Discuss business plan diligence updates with team. |
| 7 | 9/3/2020 | Diaz, Matthew | 0.5 | Participate in a call with the Company to discuss the proposed Rhodes transaction. |
| 7 | 9/3/2020 | Diaz, Matthew | 0.5 | Review the updated analysis on the OxyContin forecast. |
| 7 | 9/3/2020 | Diaz, Matthew | 0.7 | Review the updated OxyContin forecast. |
| 7 | 9/3/2020 | Kim, Ye Darm | 0.5 | Participate in discussion re: FTI OxyContin forecast and differences from the Debtors forecast. |
| 7 | 9/3/2020 | Kim, Ye Darm | 1.1 | Review historical OxyContin forecast assumptions prior to call re: revised forecasts. |
| 7 | 9/3/2020 | Kurtz, Emma | 0.5 | Participate in discussion re: FTI OxyContin forecast and differences from the Debtors forecast. |
| 7 | 9/3/2020 | Bromberg, Brian | 0.6 | Participate in call with Debtors re: Rhodes Tech. |
| 7 | 9/3/2020 | Bromberg, Brian | 0.6 | Participate in discussion re: FTI OxyContin forecast and differences from the Debtors forecast. |

# EXHIBIT C
## PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
### DETAIL OF TIME ENTRIES
### FOR THE PERIOD SEPTEMBER 1, 2020 TO SEPTEMBER 30, 2020

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 9/3/2020 | Suric, Emil | 2.8 | Prepare for and present on OxyContin due diligence and summary of findings. |
| 7 | 9/10/2020 | Bromberg, Brian | 0.5 | Review diligence documents re: proposed Rhodes transaction. |
| 7 | 9/10/2020 | Suric, Emil | 0.5 | Review IPD analytics report re: OxyContin forecasts. |
| 7 | 9/11/2020 | Diaz, Matthew | 1.3 | Review materials re: proposed Rhodes transaction. |
| 7 | 9/12/2020 | Diaz, Matthew | 1.2 | Review the proposed Rhodes transaction due diligence materials. |
| 7 | 9/13/2020 | Diaz, Matthew | 0.6 | Participate in a call with the Debtors and the UCC to discuss the Rhodes transaction. |
| 7 | 9/18/2020 | Bromberg, Brian | 0.4 | Prepare diligence requests for the updated Debtors' domestic business plan. |
| 7 | 9/21/2020 | Kim, Ye Darm | 1.8 | Review the Debtors' latest August business plan presentation. |
| 7 | 9/21/2020 | Bromberg, Brian | 0.3 | Follow up on outstanding business plan diligence items with Debtors. |
| 7 | 9/21/2020 | Bromberg, Brian | 1.2 | Review new domestic business plan files uploaded to dataroom. |
| 7 | 9/21/2020 | Suric, Emil | 0.5 | Review Management's responses to questions on OxyContin assumptions and summary to FTI team. |
| 7 | 9/22/2020 | Suric, Emil | 0.5 | Review IPD analytics report for OxyContin. |
| 7 | 9/24/2020 | Diaz, Matthew | 1.3 | Review the updated Purdue domestic business plan. |
| 7 | 9/25/2020 | Bromberg, Brian | 1.0 | Participate in discussion re: OxyContin forecast with team. |
| 7 | 9/25/2020 | Bromberg, Brian | 0.7 | Follow up on outstanding business plan dilgience items with Debtors and counsel. |
| 7 | 9/25/2020 | Suric, Emil | 0.5 | Review materials on OxyContin to prepare UCC presentation on sensitivities. |
| 7 | 9/28/2020 | Bromberg, Brian | 0.5 | Coordinate OxyContin forecast call with Debtors. |
| 7 | 9/28/2020 | Suric, Emil | 2.9 | Conduct OxyContin competitive landscape research. |
| 7 | 9/28/2020 | Suric, Emil | 2.8 | Prepare OyxContin sensitivity scenario summary and presentation. |
| 7 | 9/28/2020 | Suric, Emil | 1.5 | Process updates to OxyContin sensitivity Power Point presentation deliverable. |
| 7 | 9/29/2020 | Diaz, Matthew | 1.3 | Review the OxyContin sensitivity scenarios and related presentation materials. |
| 7 | 9/29/2020 | Kurtz, Emma | 0.7 | Participate in call re: OxyContin forecast and sensitivity analyses. |
| 7 | 9/29/2020 | Bromberg, Brian | 0.7 | Review source files for OxyContin forecast and sensitivity scenarios. |
| 7 | 9/29/2020 | Bromberg, Brian | 0.5 | Review OxyContin forecast slides. |
| 7 | 9/29/2020 | Bromberg, Brian | 1.1 | Review OxyContin forecast model. |
| 7 | 9/29/2020 | Bromberg, Brian | 0.7 | Participate in discussion re: OxyContin forecasts with team. |
| 7 | 9/29/2020 | Suric, Emil | 2.2 | Process additional updates to OxyContin deliverable based on internal discussion. |
| 7 | 9/29/2020 | Suric, Emil | 0.8 | Participate in internal discussion to prepare for presentation on OxyContin sensitivity analysis and deliverable review. |
| 7 | 9/30/2020 | Diaz, Matthew | 0.6 | Review the updated OxyContin forecast presentation to the Debtors. |
| 7 | 9/30/2020 | Bromberg, Brian | 0.7 | Finalize and transmit final OxyContin sensitivity presentation to Debtors. |
| **7 Total** | | | **40.7** | |
| 9 | 9/4/2020 | Diaz, Matthew | 0.5 | Participate in call with the Debtors re: the employee compensation plan. |
| 9 | 9/4/2020 | Diaz, Matthew | 1.4 | Review the proposed updates to the employee compensation plan. |
| 9 | 9/4/2020 | Kim, Ye Darm | 0.6 | Participate in call with the Debtors re: the employee compensation plan issues. |
| 9 | 9/4/2020 | Kim, Ye Darm | 1.2 | Review WTW presentation and prior diligence documents re: KEIP KERP and compensation plans. |
| 9 | 9/4/2020 | Kim, Ye Darm | 0.5 | Participate in internal discussion re: KEIP KERP diligence. |
| 9 | 9/4/2020 | Kim, Ye Darm | 3.3 | Prepare draft presentation re: KEIP KERP diligence overview. |
| 9 | 9/4/2020 | Kurtz, Emma | 0.3 | Participate in call re: Debtors' proposed 2020 KEIP and KERP plans. |
| 9 | 9/4/2020 | Bromberg, Brian | 0.7 | Participate in discussion re: KEIP and KERP with Debtors' counsel. |
| 9 | 9/4/2020 | Bromberg, Brian | 1.0 | Review KEIP and KERP diligence materials sent by Debtors. |
| 9 | 9/4/2020 | Bromberg, Brian | 1.8 | Continue review of KEIP and KERP information provided by Debtors. |
| 9 | 9/4/2020 | Bromberg, Brian | 0.5 | Participate in internal discussion re: KEIP and KERP with team. |
| 9 | 9/4/2020 | Bromberg, Brian | 1.3 | Continue review of KEIP and KERP diligence documents provided by Debtors. |
| 9 | 9/5/2020 | Bromberg, Brian | 2.1 | Review and process revisions to presentation on KEIP and KERP. |
| 9 | 9/5/2020 | Bromberg, Brian | 3.7 | Review supporting data provided for KEIP and KERP compensation figures. |
| 9 | 9/7/2020 | Kim, Ye Darm | 1.7 | Process revisions to KEIP KERP diligence presentation. |
| 9 | 9/7/2020 | Kim, Ye Darm | 2.3 | Review Debtor provided KEIP KERP diligence materials. |
| 9 | 9/7/2020 | Bromberg, Brian | 0.4 | Review latest presentation on KERP KEIP diligence. |
| 9 | 9/7/2020 | Bromberg, Brian | 0.5 | Correspond with Debtors on KEIP KERP issues. |
| 9 | 9/8/2020 | Diaz, Matthew | 1.4 | Review the proposed employee compensation programs re: KEIP KERP. |
| 9 | 9/8/2020 | Diaz, Matthew | 1.1 | Review the latest presentation on the employee compensation plans diligence re: KEIP KERP. |
| 9 | 9/8/2020 | Kim, Ye Darm | 1.8 | Process updates to KEIP KERP diligence presentation. |
| 9 | 9/8/2020 | Kim, Ye Darm | 1.6 | Review historical compensation plans for comparable analyses. |
| 9 | 9/8/2020 | Kim, Ye Darm | 0.6 | Participate in internal meeting re: KEIP/KERP diligence presentation. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2020 TO SEPTEMBER 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 9/8/2020 | Kim, Ye Darm | 2.3 | Prepare updated format for KEIP KERP diligence presentation. |
| 9 | 9/8/2020 | Kurtz, Emma | 1.0 | Participate in call with Debtors to discuss proposed KEIP/KERP plans for 2020. |
| 9 | 9/8/2020 | Bromberg, Brian | 1.4 | Prepare for call with Debtors on KEIP KERP support files. |
| 9 | 9/8/2020 | Bromberg, Brian | 0.8 | Participate in discussion re: KEIP KERP deck with team. |
| 9 | 9/8/2020 | Bromberg, Brian | 1.8 | Review latest presentation on KERP KEIP diligence. |
| 9 | 9/8/2020 | Bromberg, Brian | 1.3 | Compile question list for Debtors on KEIP KERP issues. |
| 9 | 9/8/2020 | Bromberg, Brian | 0.7 | Participate in call with Debtors on KERP KEIP plans. |
| 9 | 9/8/2020 | Bromberg, Brian | 0.8 | Review newly provided answers and support files on KEIP KERP plans. |
| 9 | 9/9/2020 | Diaz, Matthew | 1.9 | Review the updated employee compensation comparable analysis. |
| 9 | 9/9/2020 | Kim, Ye Darm | 2.4 | Prepare updates to the KEIP KERP diligence analysis and prepare responses to questions. |
| 9 | 9/9/2020 | Kim, Ye Darm | 2.2 | Process revisions to KEIP KERP diligence presentation per internal comments. |
| 9 | 9/9/2020 | Bromberg, Brian | 1.7 | Review updates and provide revisions to presentation on KEIP KERP diligence. |
| 9 | 9/9/2020 | Bromberg, Brian | 2.1 | Review KEIP and KERP presentation and supporting documents sent by Debtors. |
| 9 | 9/10/2020 | Diaz, Matthew | 0.7 | Review the UCC's presentation on the employee incentive plans. |
| 9 | 9/10/2020 | Diaz, Matthew | 1.0 | Participate in call with the UCC"s professionals to discuss their opinion on the employee incentive plans. |
| 9 | 9/10/2020 | Diaz, Matthew | 2.4 | Review the employee compensation plan motion re: KEIP KERP. |
| 9 | 9/10/2020 | Kim, Ye Darm | 0.5 | Participate in internal discussion re: KEIP KERP diligence analysis. |
| 9 | 9/10/2020 | Kim, Ye Darm | 1.5 | Process revisions to KEIP KERP diligence presentation. |
| 9 | 9/10/2020 | Bromberg, Brian | 0.7 | Review UCC presentation on wages diligence re: KEIP KERP. |
| 9 | 9/10/2020 | Bromberg, Brian | 0.6 | Conduct analysis on wages files provided by Debtors re: KEIP KERP Diligence. |
| 9 | 9/10/2020 | Bromberg, Brian | 1.1 | Participate in call with UCC advisors on KEIP KERP motion. |
| 9 | 9/10/2020 | Bromberg, Brian | 0.8 | Review latest changes to presentation re: KEIP KERP diligence. |
| 9 | 9/10/2020 | Bromberg, Brian | 0.6 | Discuss KEIP KERP motion and related issues with Counsel. |
| 9 | 9/10/2020 | Bromberg, Brian | 1.4 | Review Debtor responses to KEIP KERP diligence question list. |
| 9 | 9/11/2020 | Diaz, Matthew | 2.1 | Review of the updated employee comp analysis re: KEIP KERP diligence. |
| 9 | 9/11/2020 | Kim, Ye Darm | 2.3 | Review KEIP KERP motion and update latest diligence presentation. |
| 9 | 9/11/2020 | Kim, Ye Darm | 1.2 | Review the UCC's KEIP KERP diligence analysis. |
| 9 | 9/11/2020 | Kim, Ye Darm | 0.5 | Participate on internal call re: KEIP KERP diligence analysis. |
| 9 | 9/11/2020 | Kim, Ye Darm | 0.6 | Participate in call with UCC re: UCC analysis of KEIP KERP. |
| 9 | 9/11/2020 | Kim, Ye Darm | 3.4 | Prepare additional analysis and revisions to the KEIP KERP Diligence presentation. |
| 9 | 9/11/2020 | Bromberg, Brian | 0.8 | Review comparable KERP KEIP motions for comparison of terms. |
| 9 | 9/11/2020 | Bromberg, Brian | 1.3 | Participate on internal call re: KEIP KERP diligence analysis. |
| 9 | 9/11/2020 | Bromberg, Brian | 2.4 | Revise and process updates to KEIP KERP presentation based on commentary. |
| 9 | 9/11/2020 | Bromberg, Brian | 2.3 | Review KEIP KERP motion and prepare diligence questions for Debtors. |
| 9 | 9/11/2020 | Bromberg, Brian | 0.5 | Discuss KEIP KERP motion diligence with UCC advisors. |
| 9 | 9/12/2020 | Bromberg, Brian | 1.7 | Revise and process updates to KEIP KERP presentation based on internal comments. |
| 9 | 9/13/2020 | Diaz, Matthew | 0.9 | Participate in a call with the UCC and the Non Debtor states to discuss the proposed KEIP KERP plans. |
| 9 | 9/13/2020 | Diaz, Matthew | 0.7 | Review of the KERP recommendations and related analysis. |
| 9 | 9/13/2020 | Bromberg, Brian | 0.6 | Participate in call with UCC advisors and Debtors on KEIP KERP diligence. |
| 9 | 9/13/2020 | Bromberg, Brian | 1.0 | Review KEIP KERP analysis calculations and performance metrics. |
| 9 | 9/14/2020 | Diaz, Matthew | 2.5 | Review the updated KEIP KERP comp diligence presentation. |
| 9 | 9/14/2020 | Diaz, Matthew | 1.2 | Review Willis Towers Watson KEIP KERP benchmarking analysis. |
| 9 | 9/14/2020 | Kim, Ye Darm | 1.8 | Review UCC analysis of KEIP KERP awards and create analysis of comp calculations. |
| 9 | 9/14/2020 | Kim, Ye Darm | 2.2 | Process revisions to the KEIP KERP presentation per internal discussion. |
| 9 | 9/14/2020 | Kim, Ye Darm | 0.9 | Update KEIP KERP presentation to reflect counterproposals. |
| 9 | 9/14/2020 | Kim, Ye Darm | 1.0 | Participate in call re: revisions to the KEIP KERP diligence presentation. |
| 9 | 9/14/2020 | Kim, Ye Darm | 1.9 | Process revisions to KEIP KERP diligence presentation. |
| 9 | 9/14/2020 | Kim, Ye Darm | 0.9 | Process additional revisions to KEIP KERP diligence presentation. |
| 9 | 9/14/2020 | Kim, Ye Darm | 1.2 | Process additional revisions to KEIP KERP diligence presentation per latest comments. |
| 9 | 9/14/2020 | Bromberg, Brian | 2.2 | Review and process updates to KEIP KERP presentation based on discussion. |
| 9 | 9/14/2020 | Bromberg, Brian | 1.3 | Participate in discussion re: KEIP KERP diligence with internal team. |
| 9 | 9/14/2020 | Bromberg, Brian | 1.2 | Review KEIP KERP supporting diligence materials. |
| 9 | 9/14/2020 | Bromberg, Brian | 0.9 | Review updated KEIP KERP proposal presentation. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2020 TO SEPTEMBER 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 9 | 9/14/2020 | Bromberg, Brian | 2.5 | Review and incorporate UCC KEIP KERP proposal into presentation. |
| 9 | 9/14/2020 | Bromberg, Brian | 1.6 | Process revisions to KEIP KERP diligence presentation. |
| 9 | 9/15/2020 | Diaz, Matthew | 0.8 | Participate in call with counsel to discuss the proposed employee compensation plans and related recommendations. |
| 9 | 9/15/2020 | Diaz, Matthew | 1.6 | Perform detailed review and provide revisions for the updated presentation on the KEIP and KERP plans. |
| 9 | 9/15/2020 | Diaz, Matthew | 1.9 | Perform review of the updated KEIP and KERP plans. |
| 9 | 9/15/2020 | Kim, Ye Darm | 2.3 | Process updates to KEIP KERP diligence presentation per advisor call. |
| 9 | 9/15/2020 | Kim, Ye Darm | 1.0 | Participate in discussion with AHC advisors re: KEIP KERP diligence. |
| 9 | 9/15/2020 | Kim, Ye Darm | 1.6 | Process revisions to the KEIP KERP diligence presentation. |
| 9 | 9/15/2020 | Kim, Ye Darm | 0.9 | Continue processing revisions to the KEIP KERP diligence presentation. |
| 9 | 9/15/2020 | Kim, Ye Darm | 1.1 | Review prior year's wage settlement impact to compare with current proposal. |
| 9 | 9/15/2020 | Kim, Ye Darm | 0.9 | Participate in internal discussion re: KEIP KERP presentation updates per call with advisors. |
| 9 | 9/15/2020 | Kim, Ye Darm | 0.3 | Participate in internal discussion re: KEIP KERP diligence next steps. |
| 9 | 9/15/2020 | Bromberg, Brian | 2.3 | Review and provide revisions to KEIP KERP presentation based on latest discussions. |
| 9 | 9/15/2020 | Bromberg, Brian | 0.6 | Finalize draft KEIP KERP presentation to send to Counsel for discussion. |
| 9 | 9/15/2020 | Bromberg, Brian | 0.8 | Participate in discussion re: KEIP KERP proposal with Counsel. |
| 9 | 9/15/2020 | Bromberg, Brian | 1.0 | Discuss KEIP KERP proposal with internal team after discussion with Counsel. |
| 9 | 9/15/2020 | Bromberg, Brian | 1.0 | Prepare KEIP KERP diligence questions for Debtors. |
| 9 | 9/16/2020 | Diaz, Matthew | 0.8 | Participate in a call with the AHC professionals to discuss recommendations to the KEIP KERP compensation plans. |
| 9 | 9/16/2020 | Diaz, Matthew | 0.6 | Participate in a call with the UCC's financial advisors to discuss the proposed KEIP KERP compensation plans. |
| 9 | 9/16/2020 | Diaz, Matthew | 1.5 | Finalize written materials for the AHC on the proposed KEIP KERP compensation plans. |
| 9 | 9/16/2020 | Kim, Ye Darm | 0.8 | Process revisions to the KEIP KERP presentation. |
| 9 | 9/16/2020 | Kim, Ye Darm | 0.6 | Continue processing revisions to the KEIP KERP presentation. |
| 9 | 9/16/2020 | Kim, Ye Darm | 0.5 | Participate in internal call re: KEIP KERP diligence presentation. |
| 9 | 9/16/2020 | Kim, Ye Darm | 2.1 | Perform detailed QC of KEIP KERP diligence presentation. |
| 9 | 9/16/2020 | Kim, Ye Darm | 0.7 | Participate in discussion re: updates to KEIP KERP deck per UCC comments. |
| 9 | 9/16/2020 | Kim, Ye Darm | 0.5 | Participate in call with AHC advisors re: KEIP KERP presentation. |
| 9 | 9/16/2020 | Bromberg, Brian | 2.0 | Review newly provided files by Debtors on KEIP KERP diligence. |
| 9 | 9/16/2020 | Bromberg, Brian | 2.1 | Finalize presentation on KEIP KERP for Committee Call. |
| 9 | 9/16/2020 | Bromberg, Brian | 0.7 | Discuss KEIP KERP proposal with UCC advisors. |
| 9 | 9/16/2020 | Bromberg, Brian | 1.8 | Perform detailed QC of KEIP KERP diligence presentation. |
| 9 | 9/16/2020 | Bromberg, Brian | 0.7 | Discuss diligence questions with Debtors on KEIP and KERP. |
| 9 | 9/17/2020 | Diaz, Matthew | 0.3 | Draft recommendations to the proposed KEIP KERP compensation plans. |
| 9 | 9/17/2020 | Diaz, Matthew | 0.3 | Participate in a call with counsel to discuss the AHC recommendations to the proposed employee compensation plans. |
| 9 | 9/17/2020 | Kim, Ye Darm | 0.3 | Process minor revisions to KEIP KERP presentation before distribution to Counsel. |
| 9 | 9/17/2020 | Bromberg, Brian | 0.5 | Review latest version of presentation on KEIP KERP diligence. |
| 9 | 9/18/2020 | Diaz, Matthew | 0.6 | Coordinate and revise proposed joint creditor "ask" re changes to the Debtors' proposed employee compensation plans. |
| 9 | 9/22/2020 | Bromberg, Brian | 0.4 | Review the latest KERP proposal detail. |
| 9 | 9/24/2020 | Diaz, Matthew | 0.8 | Participate in a call with key creditor professionals to discuss a coordinate response to the Debtors' propose KEIP/KERP motion. |
| 9 | 9/24/2020 | Diaz, Matthew | 0.4 | Review of the updated KEIP/KERP proposal. |
| 9 | 9/24/2020 | Diaz, Matthew | 0.7 | Review the UCC's draft KERP/KEIP objection. |
| 9 | 9/24/2020 | Kim, Ye Darm | 0.7 | Review UCC draft pleading re: KEIP KERP proposal. |
| 9 | 9/25/2020 | Diaz, Matthew | 0.4 | Review correspondence on revisions to the proposed KEIP KERP settlements. |
| 9 | 9/28/2020 | Kim, Ye Darm | 0.9 | Review Counsel's update re: KEIP KERP negotiations, mediation, and injunction extension. |
| **9 Total** | | | **147.4** | |
| 10 | 9/3/2020 | Bromberg, Brian | 0.6 | Participate in discussion with Counsel re: tax structure charts. |
| 10 | 9/4/2020 | Bromberg, Brian | 0.5 | Review tax structure charts sent by Counsel. |
| 10 | 9/8/2020 | Joffe, Steven | 2.0 | Perform review of latest tax issue documents from Counsel. |
| 10 | 9/8/2020 | Joffe, Steven | 0.9 | Participate in discussion with Counsel re: latest tax issue documents. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2020 TO SEPTEMBER 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 9/8/2020 | Bromberg, Brian | 0.4 | Prepare summary of cash flow projections for tax group. |
| 10 | 9/8/2020 | Bromberg, Brian | 0.5 | Review tax structuring diagrams presentation. |
| 10 | 9/8/2020 | Bromberg, Brian | 0.5 | Participate in tax call on post emergence structure. |
| 10 | 9/9/2020 | Joffe, Steven | 1.0 | Review presentations on tax structuring diagrams and post-emergence structure. |
| 10 | 9/9/2020 | Bromberg, Brian | 0.5 | Discuss tax considerations on distributable value with team. |
| 10 | 9/10/2020 | Joffe, Steven | 0.4 | Participate in tax call on post emergence structure. |
| 10 | 9/10/2020 | Bromberg, Brian | 0.4 | Participate in tax call on post emergence structure. |
| 10 | 9/17/2020 | Joffe, Steven | 0.8 | Participate in weekly tax call with Counsel. |
| 10 | 9/17/2020 | Bromberg, Brian | 0.6 | Participate in weekly tax call with Counsel. |
| 10 | 9/18/2020 | Joffe, Steven | 0.6 | Participate in discussion with team regarding tax stakes in setting up trusts. |
| 10 | 9/18/2020 | Diaz, Matthew | 0.5 | Review go-forward tax structuring issues. |
| 10 | 9/18/2020 | Kim, Ye Darm | 0.9 | Update sale proceeds/operational cash flow tax impact analysis. |
| 10 | 9/18/2020 | Kim, Ye Darm | 1.5 | Prepare tax impact analysis of sale proceeds and operational cash flow. |
| 10 | 9/18/2020 | Kim, Ye Darm | 0.8 | Process updates to sale proceeds/operational cash flow tax impact analysis. |
| 10 | 9/18/2020 | Kim, Ye Darm | 1.0 | Update tax impact analysis for untaxed cash flow assumptions. |
| 10 | 9/18/2020 | Kim, Ye Darm | 1.1 | Process updates to the tax impact analysis for new assumptions. |
| 10 | 9/18/2020 | Bromberg, Brian | 0.9 | Revise tax impact analysis for new assumptions. |
| 10 | 9/18/2020 | Bromberg, Brian | 1.4 | Work on creating draft tax impact analysis slide. |
| 10 | 9/18/2020 | Bromberg, Brian | 0.6 | Discuss trust structure analysis slides with internal team. |
| 10 | 9/18/2020 | Bromberg, Brian | 1.3 | Review updates and changes to tax impact analysis. |
| 10 | 9/19/2020 | Bromberg, Brian | 2.0 | Continue reviewing updates and changes to tax impact analysis. |
| 10 | 9/21/2020 | Joffe, Steven | 0.5 | Discuss tax structuring issues with internal team. |
| 10 | 9/21/2020 | Diaz, Matthew | 1.1 | Review the trust tax analysis and related presentation to the AHC counsel. |
| 10 | 9/21/2020 | Kim, Ye Darm | 0.6 | Participate in discussion re: tax impact analysis. |
| 10 | 9/21/2020 | Kim, Ye Darm | 1.3 | Process revisions to the tax impact analysis per internal discussion. |
| 10 | 9/21/2020 | Bromberg, Brian | 0.5 | Process revisions and changes to tax impact analysis slide and send to Counsel. |
| 10 | 9/21/2020 | Bromberg, Brian | 0.5 | Review the trust tax analysis and related slide. |
| 10 | 9/21/2020 | Bromberg, Brian | 1.0 | Participate in discussion re: tax impact analysis. |
| 10 | 9/22/2020 | Joffe, Steven | 0.6 | Review of revised tax impact analysis slide and supporting analysis. |
| 10 | 9/22/2020 | Diaz, Matthew | 0.5 | Review the updated trust tax analysis and related presentation slide. |
| 10 | 9/22/2020 | Kim, Ye Darm | 0.6 | Participate in internal discussion re: tax impact analysis. |
| 10 | 9/22/2020 | Kim, Ye Darm | 0.3 | Process revisions to the tax impact analysis slide. |
| 10 | 9/22/2020 | Kim, Ye Darm | 0.7 | Continue processing revisions to the tax impact analysis slide. |
| 10 | 9/22/2020 | Bromberg, Brian | 0.6 | Participate in internal discussion re: tax impact analysis. |
| 10 | 9/22/2020 | Bromberg, Brian | 1.2 | Review updates and revisions to tax impact analysis slides. |
| 10 | 9/23/2020 | Joffe, Steven | 0.6 | Review presentation from Counsel re: tax issues. |
| 10 | 9/23/2020 | Joffe, Steven | 0.8 | Participate in weekly Committee call re: tax issues. |
| 10 | 9/23/2020 | Bromberg, Brian | 1.1 | Review distributable value analysis to process updates to tax impact analysis slide. |
| 10 | 9/25/2020 | Bromberg, Brian | 0.3 | Review tax commentary re: meeting with Davis Polk. |
| 10 | 9/30/2020 | Joffe, Steven | 1.2 | Participate in conference call with DPW re: tax impact issues. |
| **10 Total** | | | **35.7** | |
| 16 | 9/1/2020 | Kim, Ye Darm | 1.2 | Update distributable value spreadsheet model for additional toggles. |
| 16 | 9/2/2020 | Bromberg, Brian | 1.3 | Review updated distributable value scenario figures. |
| 16 | 9/2/2020 | Bromberg, Brian | 3.7 | Review spreadsheet with updated 2020 methodology for distributable value. |
| 16 | 9/2/2020 | Diaz, Matthew | 1.9 | Review the updated distributable value recovery analysis. |
| 16 | 9/3/2020 | Bromberg, Brian | 0.6 | Process updates to spreadsheet analysis on distributable value. |
| 16 | 9/3/2020 | Diaz, Matthew | 1.2 | Review the updated distributable value recovery analysis. |
| 16 | 9/4/2020 | Diaz, Matthew | 1.5 | Review the updated distributable value recovery analysis. |
| 16 | 9/4/2020 | Diaz, Matthew | 0.6 | Participate in call with Counsel to discuss the updated distributable value recovery analysis. |
| 16 | 9/4/2020 | Diaz, Matthew | 1.2 | Review the source materials to the distributable value recovery analysis. |
| 16 | 9/4/2020 | Kim, Ye Darm | 0.9 | Continue updating distributable value spreadsheet model for revised term sheets. |
| 16 | 9/4/2020 | Kim, Ye Darm | 0.4 | Update distributable value spreadsheet model based on internal comments. |
| 16 | 9/8/2020 | Diaz, Matthew | 0.6 | Review the updated distributable value analysis. |
| 16 | 9/30/2020 | Diaz, Matthew | 0.7 | Develop outline on presentation re: strategic alternatives for distributable value. |
| 16 | 9/30/2020 | Diaz, Matthew | 0.6 | Participate in a call with Houlihan to discuss presentation to the AHC on strategic alternatives for distributable value. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2020 TO SEPTEMBER 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 9/30/2020 | Diaz, Matthew | 0.9 | Participate in a call with Counsel to discuss strategic alternatives in connection with the Sackler mediation. |
| 16 | 9/30/2020 | Bromberg, Brian | 1.8 | Participate in discussion and outline mediation preparation materials. |
| **16 Total** | | | **19.1** | |
| 18 | 9/1/2020 | Kurtz, Emma | 1.2 | Prepare comparison analysis of distributions received from IACs by B Side entities and IAC distributions captured in the IAC cash flow statement. |
| 18 | 9/1/2020 | Bromberg, Brian | 1.7 | Continue review of Sackler net asset reports and transfers report. |
| 18 | 9/1/2020 | Bromberg, Brian | 1.8 | Review Sackler net asset reports and transfers report. |
| 18 | 9/1/2020 | Bromberg, Brian | 1.4 | Review IAC transfers comparison analysis to cash flow statements. |
| 18 | 9/3/2020 | Kurtz, Emma | 1.3 | Review files received from Counsel re: Sackler B-Side report diligence. |
| 18 | 9/3/2020 | Kurtz, Emma | 0.7 | Prepare revisions to cash distribution comparison between the IAC financial statements and the Sackler B-Side report. |
| 18 | 9/3/2020 | Bromberg, Brian | 0.8 | Review IAC historical distributions to Sacklers. |
| 18 | 9/3/2020 | Bromberg, Brian | 0.4 | Discuss transfers and net assets discovery review with Counsel. |
| 18 | 9/3/2020 | Bromberg, Brian | 1.7 | Review discovery files produced by Milbank. |
| 18 | 9/3/2020 | Bromberg, Brian | 1.4 | Compare IAC distributions to IAC cash flow statements. |
| 18 | 9/9/2020 | Kurtz, Emma | 0.7 | Participate in call with Huron and other advisors to review Sackler B side cash transfers report. |
| 18 | 9/9/2020 | Diaz, Matthew | 2.1 | Review the Side B model on the historical transfers. |
| 18 | 9/9/2020 | Diaz, Matthew | 0.8 | Participate in call with Huron to discuss their report on the historical transfers. |
| 18 | 9/9/2020 | Kim, Ye Darm | 1.0 | Participate in call re: Sackler side B questions. |
| 18 | 9/9/2020 | Bromberg, Brian | 1.9 | Continue to review supporting model on Side B transfers. |
| 18 | 9/9/2020 | Bromberg, Brian | 1.5 | Review newly provided model for Side B transfers. |
| 18 | 9/9/2020 | Bromberg, Brian | 0.9 | Participate in call with Huron re: Side B transfers. |
| 18 | 9/17/2020 | Diaz, Matthew | 1.3 | Review the historical IAC cash transfers. |
| 18 | 9/21/2020 | Diaz, Matthew | 0.9 | Review the Side B transfers analysis supporting model. |
| 18 | 9/21/2020 | Bromberg, Brian | 1.3 | Continue review of the Side B transfers analysis support. |
| 18 | 9/22/2020 | Greenblatt, Matthew | 0.5 | Prepare summary of observations from review of Alix Partners Transfers Reports. |
| 18 | 9/22/2020 | Diaz, Matthew | 1.5 | Review the historical cash tracing analysis. |
| 18 | 9/22/2020 | Kim, Ye Darm | 1.8 | Review analyses of Sackler transfers and assets summaries. |
| 18 | 9/22/2020 | Kim, Ye Darm | 1.9 | Prepare skeleton presentation re: Sackler asset reports and transfer analyses. |
| 18 | 9/22/2020 | Bromberg, Brian | 3.2 | Review Sackler net asset reports for Side A and Side B. |
| 18 | 9/22/2020 | Bromberg, Brian | 2.8 | Prepare outline of Side B Assets and Transfers deck. |
| 18 | 9/23/2020 | Kim, Ye Darm | 0.5 | Participate in call re: Sackler Assets and Transfers deck workplan. |
| 18 | 9/23/2020 | Kurtz, Emma | 1.2 | Analyze Raymond side net asset value for initial covered Sackler persons and trusts to tie out the total net asset value. |
| 18 | 9/23/2020 | Kurtz, Emma | 1.3 | Review net asset reports prepared for the Mortimer and Raymond Sackler sides to evaluate net asset value. |
| 18 | 9/23/2020 | Kurtz, Emma | 1.7 | Prepare slides re: Sackler net asset reports to include in Sackler assets and transfers update presentation to Committee. |
| 18 | 9/23/2020 | Bromberg, Brian | 3.0 | Review and process revisions to outline the net asset report and create diligence request list. |
| 18 | 9/24/2020 | Kim, Ye Darm | 1.6 | Review latest draft of the Sackler assets and transfer presentation. |
| 18 | 9/24/2020 | Kim, Ye Darm | 1.8 | Review FTI forensic team's workproduct re: reconciliation of cash transfers and excel support. |
| 18 | 9/24/2020 | Kim, Ye Darm | 0.9 | Update draft Sackler asset and transfers presentation for FTI forensic team workproduct. |
| 18 | 9/24/2020 | Kim, Ye Darm | 0.9 | Process revisions to the Sackler assets and transfers presentation. |
| 18 | 9/24/2020 | Kurtz, Emma | 0.9 | Prepare revisions to slides re: Sackler net asset reports. |
| 18 | 9/24/2020 | Bromberg, Brian | 0.3 | Prepare summary of transfer report analysis call for team. |
| 18 | 9/24/2020 | Bromberg, Brian | 1.4 | Review draft version of transfers presentation and process revisions. |
| 18 | 9/24/2020 | Bromberg, Brian | 2.3 | Review Huron reports and backup Excel on historical transfers. |
| 18 | 9/24/2020 | Bromberg, Brian | 2.8 | Review FTI forensic team workproduct on historical distributions. |
| 18 | 9/24/2020 | Bromberg, Brian | 0.6 | Participate in call with Huron re: Side B transfers. |
| 18 | 9/25/2020 | Diaz, Matthew | 0.6 | Review the deposition notes of Theresa Sackler re: historical transfers. |
| 18 | 9/25/2020 | Kim, Ye Darm | 1.9 | Review Huron's side B reconciliation analysis. |
| 18 | 9/25/2020 | Kim, Ye Darm | 1.3 | Review historical licensing agreements with Napp Pharmaceutical Holding Ltd. |
| 18 | 9/25/2020 | Kim, Ye Darm | 1.3 | Continue review of Huron's side-B reconciliation analysis. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2020 TO SEPTEMBER 30, 2020

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 9/25/2020 | Kurtz, Emma | 0.7 | Analyze historical licensing agreements to evaluate reasonability of IAC royalty rates. |
| 18 | 9/25/2020 | Bromberg, Brian | 1.3 | Review and process revisions to Sackler net asset report presentation. |
| 18 | 9/25/2020 | Bromberg, Brian | 0.8 | Discuss workplan with team re: transfers and net asset diligence. |
| 18 | 9/25/2020 | Bromberg, Brian | 3.3 | Continue review and processing revisions to Sackler net asset report presentation. |
| 18 | 9/28/2020 | Kim, Ye Darm | 1.1 | Process revisions to Sackler assets and transfers update presentation. |
| 18 | 9/28/2020 | Kim, Ye Darm | 1.9 | Process revisions to Sackler asset and transfer presentation. |
| 18 | 9/28/2020 | Bromberg, Brian | 1.6 | Review latest version of Sackler asset report presentation. |
| 18 | 9/28/2020 | Bromberg, Brian | 1.5 | Continue review of the latest Sackler asset transfer report presentation. |
| 18 | 9/29/2020 | Greenblatt, Matthew | 1.6 | Participate in discussions with team re: summary of observations of Alix Partners Cash Report. |
| 18 | 9/29/2020 | Diaz, Matthew | 0.9 | Review the cash reconciliation analysis re: historical transfers. |
| 18 | 9/29/2020 | Diaz, Matthew | 0.4 | Review the reconciliation between the Alix report and the Side B report. |
| 18 | 9/29/2020 | Costaldo, Nicole | 1.0 | Participate in conference with team re: cash distribution reconciliation analysis. |
| 18 | 9/29/2020 | Mazzari, Meredith | 0.5 | Participate in conference with team re: cash distribution reconciliation analysis. |
| 18 | 9/29/2020 | Mazzari, Meredith | 0.4 | Participate in call to prepare for meeting re: Reconciliation of AlixPartners Cash Transfers Report |
| 18 | 9/29/2020 | Kyviakidis, Peter | 0.5 | Participate in conference with team re: cash distribution reconciliation analysis. |
| 18 | 9/29/2020 | Kyviakidis, Peter | 0.5 | Participate in call to prepare for meeting re: Reconciliation of AlixPartners Cash Transfers Report |
| 18 | 9/29/2020 | Bromberg, Brian | 3.7 | Process revisions to the historical transfers and net assets presentation. |
| 18 | 9/29/2020 | Bromberg, Brian | 0.6 | Participate in discussion re: historical cash transfers with internal team. |
| 18 | 9/30/2020 | Bromberg, Brian | 2.3 | Process revisions to the net asset and historical transfers presentation. |
| 18 | 9/30/2020 | Bromberg, Brian | 0.5 | Participate in discussion re: historical cash transfers with internal team. |
| 18 | 9/30/2020 | Bromberg, Brian | 1.8 | Continue review and revisions to the net asset and historical transfers presentation. |
| **18 Total** | | | **89.7** | |
| 19 | 9/1/2020 | Simms, Steven | 0.4 | Participate in correspondence on case items re: outstanding workstreams. |
| 19 | 9/1/2020 | Kurtz, Emma | 1.0 | Participate in internal discussion re: outstanding case items and next steps. |
| 19 | 9/9/2020 | Simms, Steven | 0.6 | Participate in discussion re: next steps for mediation. |
| 19 | 9/15/2020 | Kurtz, Emma | 0.6 | Update dataroom index to incorporate recently uploaded documents to share with team. |
| 19 | 9/18/2020 | Bromberg, Brian | 1.1 | Participate in discussion with team re: outstanding workstreams. |
| 19 | 9/18/2020 | Simms, Steven | 0.4 | Participate in meeting re: ongoing Purdue workstreams. |
| 19 | 9/18/2020 | Kim, Ye Darm | 0.8 | Participate in meeting re: ongoing Purdue workstreams. |
| 19 | 9/18/2020 | Kurtz, Emma | 1.0 | Participate in meeting re: ongoing Purdue workstreams. |
| 19 | 9/22/2020 | Simms, Steven | 0.4 | Review updates on case issues of current workstreams. |
| 19 | 9/25/2020 | Diaz, Matthew | 1.0 | Participate in internal call re: IAC business plan update presentation, Sackler assets and transfers update, and additional upcoming deliverables. |
| 19 | 9/25/2020 | Kim, Ye Darm | 1.0 | Participate in internal call re: IAC business plan update presentation, Sackler assets and transfers update, and additional upcoming deliverables. |
| 19 | 9/25/2020 | Kurtz, Emma | 0.7 | Participate in internal call re: IAC business plan update presentation, Sackler assets and transfers update, and additional upcoming deliverables. |
| 19 | 9/28/2020 | Kurtz, Emma | 1.1 | Review recently received dataroom documents to update dataroom index to share with team. |
| 19 | 9/30/2020 | Simms, Steven | 0.4 | Participate in discussion re: next steps for mediation. |
| **19 Total** | | | **10.5** | |
| 21 | 9/3/2020 | Bromberg, Brian | 1.4 | Participate in weekly Committee call re: case updates. |
| 21 | 9/3/2020 | Kim, Ye Darm | 1.1 | Participate in weekly Committee call re: case updates. |
| 21 | 9/9/2020 | Bromberg, Brian | 1.1 | Participate in weekly Committee call re: compensation matters. |
| 21 | 9/9/2020 | Diaz, Matthew | 1.3 | Participate in weekly Committee call re: compensation matters. |
| 21 | 9/9/2020 | Kim, Ye Darm | 1.0 | Participate in weekly Committee call re: compensation matters. |
| 21 | 9/16/2020 | Bromberg, Brian | 1.3 | Participate in weekly Committee call re: KEIP KERP issues. |
| 21 | 9/16/2020 | Diaz, Matthew | 1.1 | Participate in weekly Committee call re: KEIP KERP issues. |
| 21 | 9/16/2020 | Kim, Ye Darm | 1.1 | Participate in weekly Committee call re: KEIP KERP issues. |
| 21 | 9/23/2020 | Diaz, Matthew | 1.2 | Participate in weekly Committee call re: go forward mediation with the Sacklers, the employee compensation plans and the IAC current results. |
| 21 | 9/23/2020 | Kim, Ye Darm | 1.0 | Participate in weekly Committee call re: diligence updates. |
| 21 | 9/23/2020 | Bromberg, Brian | 1.2 | Participate in weekly Committee call re: IAC performance. |
| **21 Total** | | | **12.8** | |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2020 TO SEPTEMBER 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 9/1/2020 | Kim, Ye Darm | 3.1 | Prepare the July Fee Application. |
| 24 | 9/1/2020 | Kim, Ye Darm | 2.2 | Review the July Fee Application. |
| 24 | 9/1/2020 | Kim, Ye Darm | 2.9 | Continue review of the July Fee Application. |
| 24 | 9/2/2020 | Diaz, Matthew | 1.4 | Review the July bill. |
| 24 | 9/2/2020 | Kim, Ye Darm | 1.3 | Finalize draft of the July Fee Application. |
| 24 | 9/2/2020 | Kim, Ye Darm | 0.8 | Process revisions to the draft of the July Fee Application. |
| 24 | 9/23/2020 | Kim, Ye Darm | 1.8 | Prepare draft of the August fee app. |
| 24 | 9/23/2020 | Kim, Ye Darm | 2.0 | Prepare exhibits for the August fee app. |
| 24 | 9/23/2020 | Kim, Ye Darm | 2.8 | Review the August fee app. |
| 24 | 9/23/2020 | Kim, Ye Darm | 2.6 | Review the August fee app. |
| 24 | 9/25/2020 | Diaz, Matthew | 0.7 | Review the August bill. |
| 24 | 9/25/2020 | Hellmund-Mora, Marilu | 0.5 | Finalize the July fee application. |
| 24 | 9/25/2020 | Kim, Ye Darm | 0.5 | Correspond with Counsel re: fee application updates. |
| 24 | 9/28/2020 | Kim, Ye Darm | 0.6 | Prepare draft August fee application. |
| 24 | 9/28/2020 | Kim, Ye Darm | 2.3 | Process revisions to August fee app. |
| **24 Total** | | | **25.5** | |
| 28 | 9/1/2020 | Kurtz, Emma | 0.8 | Review recently received diligence responses from the Company to evaluate responsiveness to outstanding questions. |
| 28 | 9/1/2020 | Kurtz, Emma | 0.4 | Update outstanding diligence request list to incorporate responses received from the Company and follow up queries. |
| 28 | 9/2/2020 | Diaz, Matthew | 1.3 | Review updated IAC due diligence summaries. |
| 28 | 9/8/2020 | Kurtz, Emma | 1.1 | Prepare updates to dataroom index to incorporate documents recently uploaded to share with team. |
| 28 | 9/11/2020 | Kurtz, Emma | 0.7 | Review LEK summary report re: assessment of IAC business plan projections. |
| 28 | 9/11/2020 | Bromberg, Brian | 1.5 | Review newly provided financial model for IACs. |
| 28 | 9/11/2020 | Bromberg, Brian | 1.5 | Review LEK summary report on the IAC business plan. |
| 28 | 9/12/2020 | Diaz, Matthew | 1.6 | Review of the updated IAC model received from Mundipharma. |
| 28 | 9/14/2020 | Kurtz, Emma | 0.8 | Build out summary analysis of product level P&L line items in revised business plan to evaluate impact of top products. |
| 28 | 9/14/2020 | Kurtz, Emma | 1.3 | Prepare analysis of revised business plan cash flow line items by legal entity. |
| 28 | 9/14/2020 | Kurtz, Emma | 1.1 | Prepare analysis of revised business plan balance sheet line items by legal entity. |
| 28 | 9/14/2020 | Kurtz, Emma | 1.4 | Review revised IAC business plan to evaluate changes from June business plan. |
| 28 | 9/14/2020 | Bromberg, Brian | 2.6 | Review newly provided financial model for IACs. |
| 28 | 9/15/2020 | Kurtz, Emma | 1.3 | Prepare summary analysis of detailed P&L line items by entity to evaluate information not included in the main P&L tabs. |
| 28 | 9/15/2020 | Kurtz, Emma | 1.8 | Prepare analysis re: tie out of net income to EBITDA by entity. |
| 28 | 9/15/2020 | Bromberg, Brian | 1.4 | Continue review of the newly provided financial model for IACs. |
| 28 | 9/15/2020 | Bromberg, Brian | 1.2 | Review FTI summary analysis of the latest IAC financials. |
| 28 | 9/16/2020 | Diaz, Matthew | 1.0 | Participate in a call with the CFO of Mundipharma and the other case financial advisors to discuss 6 months 2020 financial performance. |
| 28 | 9/16/2020 | Diaz, Matthew | 0.7 | Review the presentation materials re: current IAC performance. |
| 28 | 9/16/2020 | Kim, Ye Darm | 0.8 | Participate in call with IAC CFO re: 2Q20 performance. |
| 28 | 9/16/2020 | Kurtz, Emma | 1.9 | Prepare analysis re: revised cash flow line items to Steve Jamieson support schedules re: other investing activities, other financing activities, and capital contributions to evaluate differences. |
| 28 | 9/16/2020 | Kurtz, Emma | 1.0 | Participate in call with Arnaud Breabout, Mundipharma CFO, to discuss 1H 2020 results and risks for 2H 2020. |
| 28 | 9/16/2020 | Kurtz, Emma | 1.4 | Prepare analysis re: tie out of revised balance sheet line items to Steve Jamieson support schedules re: loans receivable and loans payable. |
| 28 | 9/16/2020 | Kurtz, Emma | 1.1 | Prepare comparison analysis of revised P&L to Steve Jamieson support schedules re: net interest expense to evaluate differences. |
| 28 | 9/16/2020 | Bromberg, Brian | 1.0 | Participate in call with Arnaud Breabout, Mundipharma CFO, to discuss 1H 2020 results. |
| 28 | 9/17/2020 | Kim, Ye Darm | 0.6 | Participate in call re: updated IAC model. |
| 28 | 9/17/2020 | Kurtz, Emma | 1.6 | Prepare presentation re: IAC 1H 2020 results and risks for 2H 2020 for Committee. |
| 28 | 9/17/2020 | Kurtz, Emma | 0.2 | Discuss internally re: revised IAC budget, IAC 1H 2020 results, and potential reporting to the Committee. |
| 28 | 9/17/2020 | Kurtz, Emma | 1.4 | Prepare analysis re: IAC 1H 2020 results to evaluate budget to actual variance. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2020 TO SEPTEMBER 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 9/17/2020 | Bromberg, Brian | 3.3 | Create initial diligence questions list on new IAC model. |
| 28 | 9/17/2020 | Bromberg, Brian | 0.5 | Discuss updated IAC model summary slides with team. |
| 28 | 9/17/2020 | Bromberg, Brian | 2.5 | Review the FTI summary analysis of the latest IAC model. |
| 28 | 9/17/2020 | Bromberg, Brian | 1.3 | Review prior IAC diligence responses to prepare new request list. |
| 28 | 9/18/2020 | Diaz, Matthew | 1.1 | Review of updated IAC financials summary analysis and discuss related next steps. |
| 28 | 9/18/2020 | Kim, Ye Darm | 0.9 | Process revisions to the IAC 1H20 performance summary slides. |
| 28 | 9/18/2020 | Kim, Ye Darm | 1.6 | Process revisions to the IAC 1H20 performance summary slides. |
| 28 | 9/18/2020 | Kim, Ye Darm | 1.0 | Review IAC 1H20 performance summary slides. |
| 28 | 9/18/2020 | Kurtz, Emma | 0.4 | Prepare updates to the IAC diligence request list to incorporate questions surrounding the revised IAC business plan. |
| 28 | 9/18/2020 | Kurtz, Emma | 0.4 | Prepare revisions to analysis re: revised IAC budget to incorporate internal comments. |
| 28 | 9/18/2020 | Bromberg, Brian | 2.4 | Review and process revisions to the IAC diligence update slides. |
| 28 | 9/21/2020 | Diaz, Matthew | 1.2 | Review the updated IAC diligence analysis. |
| 28 | 9/21/2020 | Diaz, Matthew | 0.9 | Review the presentation to the AHC on the IAC year to date performance. |
| 28 | 9/21/2020 | Kim, Ye Darm | 0.9 | Review diligence responses for product data provided by IACs. |
| 28 | 9/21/2020 | Kim, Ye Darm | 1.2 | Process updates to IAC 1H20 performance summary slides per internal comments. |
| 28 | 9/21/2020 | Bromberg, Brian | 1.8 | Review IAC diligence materials provided in dataroom. |
| 28 | 9/21/2020 | Bromberg, Brian | 1.5 | Finalize draft of IAC update to send to Houlihan Lokey. |
| 28 | 9/22/2020 | Diaz, Matthew | 1.1 | Review the LEK report on the IAC business plan. |
| 28 | 9/22/2020 | Diaz, Matthew | 0.9 | Participate in a call with Houlihan to discuss the IAC presentation to the AHC. |
| 28 | 9/22/2020 | Kim, Ye Darm | 0.6 | Participate in call re: IAC financial update presentation. |
| 28 | 9/22/2020 | Kurtz, Emma | 0.8 | Participate in call with Houlihan to discuss IAC update presentation to Committee. |
| 28 | 9/22/2020 | Bromberg, Brian | 0.5 | Participate in disucssion re: IAC updates with Houlihan Lokey. |
| 28 | 9/22/2020 | Bromberg, Brian | 1.2 | Finalize the IAC update deck to send to Counsel. |
| 28 | 9/23/2020 | Bromberg, Brian | 2.2 | Review IAC provided materials on new product forecasts. |
| 28 | 9/23/2020 | Bromberg, Brian | 0.5 | Work on clearance for IAC update deck to the Committee. |
| 28 | 9/24/2020 | Bromberg, Brian | 0.8 | Review the IAC financial support materials provided in the dataroom. |
| 28 | 9/25/2020 | Diaz, Matthew | 0.6 | Review the agenda for the DB call re: IAC sale process. |
| 28 | 9/25/2020 | Kurtz, Emma | 0.4 | Prepare updates to outstanding diligence request list to reflect recent responses and additional requests re: revised business plan. |
| 28 | 9/25/2020 | Bromberg, Brian | 0.9 | Create diligence question list for call with Deutsche Bank re: IAC sale process. |
| 28 | 9/28/2020 | Kim, Ye Darm | 0.5 | Review topic list for call with Deustche Bank re: IAC sale process. |
| 28 | 9/28/2020 | Kim, Ye Darm | 1.9 | Review latest IAC financial model provided by Huron. |
| 28 | 9/28/2020 | Kurtz, Emma | 1.4 | Review revised business plan model to evaluate follow up questions for Steve Jamieson. |
| 28 | 9/28/2020 | Bromberg, Brian | 1.9 | Create outline of IAC presentation based on new diligence information. |
| 28 | 9/29/2020 | Diaz, Matthew | 0.9 | Review the updated IAC due diligence materials. |
| 28 | 9/29/2020 | Kurtz, Emma | 2.2 | Prepare analysis of revised budget product P&L to evaluate changes to financial projections. |
| 28 | 9/29/2020 | Bromberg, Brian | 1.6 | Review newly provided product-level files from IACs. |
| 28 | 9/30/2020 | Bromberg, Brian | 0.5 | Prepare revised question list for Deutsche Bank re: IAC sale process. |
| 28 | 9/30/2020 | Bromberg, Brian | 2.2 | Review of the worldwide product P&L files re: IAC forecasts. |
| **28 Total** | | | **81.0** | |
| **Grand Total** | | | **471.8** | |