Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

---------------------------------------------------------- x

### TENTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF JULY 1, 2020 THROUGH AND INCLUDING JULY 31, 2020

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

6285180.1

| Period for Which Compensation is Sought: | July 1, 2020 – July 31, 2020 |
|---|---|
| Total Amount of Fees Incurred: | $223,736.00 |
| Total Fees Requested (80%): | $178,988.80 |
| Total Reimbursement of Expenses Incurred: | $183.70 |
| Total Reimbursement of Expenses Requested (100%): | $183.70 |
| Total compensation and Reimbursement Requested in this Statement: | $179,172.50 |
| This is Applicant's: | Tenth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Ninth Monthly Fee Statement (the "Fee Statement") for the period of July 1, 2020 - July 31, 2020 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $223,736.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $178,988.80.

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and
paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who
rendered services to the Debtors in connection with these chapter 11 cases during the Statement
Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each
professional. The blended hourly billing rate of attorneys for all services provided during the
Statement Period is $1163.10[2]. The Blended hourly rate of all paraprofessionals is $305.00[3]. A
copy of the computer-generated time entries reflecting the time recorded, organized in project
billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses
incurred by the Applicant in the amount of $183.70 in connection with providing professional
services during the Statement Period. A copy of the computer-generated list of expenses is
attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection
with or relating to the allocation of value among the Debtors' creditors (the "Allocation Fees").
Pursuant to the Fee Assumption Order, Applicant may request Allocation Fees through a
separate application at a later date.

<u>**Notice**</u>

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim
Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad
hoc committee of governmental and other contingent litigation claimants, respectfully requests

---

[2]      The blended hourly billing rate of $1163.10 is derived by dividing the total fees for attorneys of
$221,571.00 by the total hours of 190.5.

[3]      The Blended hourly billing rate of $305.00 for paraprofessionals is similarly derived by dividing the total
fees for paraprofessionals of $2,165.50 by the total hours of 7.1.

3

(i) compensation in the amount of $178,988.80which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $223,736.00) and (ii) payment of $183.70 for the actual, necessary expenses that Applicant incurred in connection with such services during the Statement Period.

Dated: November 13, 2020
     New York, New York

OTTERBOURG P.C.

By:   */s/ Melanie L. Cyganowski*
      Melanie L. Cyganowski, Esq.
      Jennifer S. Feeney, Esq.
      230 Park Avenue
      New York, New York 10169
      Telephone:   (212) 661-9100
      Facsimile:   (212) 682-6104

      Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## **EXHIBIT A**

### **Fees By Project Category**

6285180.1

## SUMMARY OF COMPENSATION BY PROJECT CODE
## FOR THE STATEMENT PERIOD

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | 5.6 | $6,201.50 |
| PU03 | Business Operations | .8 | $1,052.00 |
| PU04 | Case Administration | 27.6 | $34,612.00 |
| PU05 | Claims Analysis | 137.4 | $158,275.00 |
| PU06 | Employment and Fee Applications | 10.8 | $5,855.50 |
| PU09 | Meetings and Communications w/ AHC | 15.4 | $17,740.00 |
| | **TOTALS:** | **197.6** | **$223,736.00** |

1

# **EXHIBIT B**

## **Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1315.00 | 140.7 | $185,020.50 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $850.00 | 36.2 | $30,770.00 |
| Michael A. Pantzer ("MAP") Associate | 2017 | $425.00 | 13.6 | $5,780.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $305.00 | 7.1 | $2,165.50 |
| | **TOTAL** | | **197.6** | **$223,736.00** |

1

## **EXHIBIT C**

**Time Detail**

6285180.1

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

November 10, 2020
BILL NO. 213519

Client/Matter No.:     20186/0002
Matter Name:           CHAPTER 11
Billing Partner:       RL STEHL

For Services Rendered Through July 31, 2020:

---

Phase: PU01                                ASSET ANALYSIS AND RECOVERY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/01/20 JSF | Examine Documents Review of UCC Motion Seeking 2004s of IACs and Related Sackler Entites Seeking Diligence | .40 | 340.00 |
| 07/06/20 JSF | Telephone Call(s) Participate in Call with Due Diligence Subcommittee for Houlihan and FTI Update | .30 | 255.00 |
| 07/14/20 MLC | Analysis of Memorandum Review of debtors' proposed redline of changes to protective order | .80 | 1,052.00 |
| 07/16/20 MLC | Analysis of Memorandum Review of Debtors' motion to approve second amended protective order | .80 | 1,052.00 |
| 07/22/20 JSF | Telephone Call(s) Participate in Conference Call - Joint Presentation of Financial Outlook for Debtors | 1.40 | 1,190.00 |

# Otterbourg P.C.

230 Park Avenue

New York, NY   10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 2                                                          BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/22/20 JSF | Examine Documents Review Creditors' Presentation on Distributable Value of Debtors | .40 | 340.00 |
| 07/22/20 MLC | Conference call(s) Joint financial presentation by FTI/Houlihan with DOJ | 1.50 | 1,972.50 |
| TOTAL PHASE PU01 | | 5.60 | $6,201.50 |

Phase: PU03                                                    BUSINESS OPERATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/02/20 MLC | Analysis of Memorandum Review of Debtors motion re intellipharmaceuticals | .80 | 1,052.00 |
| TOTAL PHASE PU03 | | .80 | $1,052.00 |

Phase: PU04                                                    CASE ADMINISTRATION

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/01/20 MLC | Correspondence Correspondence re payment of Dr Hyde fees | .30 | 394.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                     November 10, 2020
Page  3                                                         BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/02/20 MLC | Correspondence<br>Correspondence with AHC counsel re preparation for omnibus hearing | .30 | 394.50 |
| 07/02/20 JKH | Diary & Docket<br>Review motion of insurance claimants and calendar hearing and objection dates | .10 | 30.50 |
| 07/03/20 MLC | Correspondence<br>Correspondence between AHC counsel and DOJ re various deadlines and meetings | .40 | 526.00 |
| 07/09/20 MLC | Conference call(s)<br>Conference call with UCC counsel, AHC and NCSG counsel re article re political contributions | .50 | 657.50 |
| 07/10/20 MLC | Conference call(s)<br>Conference call with Paul Singer and Ken Eckstein re UCC and article re: Debtors' political contributions | .50 | 657.50 |
| 07/10/20 MLC | Correspondence<br>Follow up correspondence re political contributions motion made by UCC | .30 | 394.50 |
| 07/10/20 MLC | Analysis of Memorandum<br>Review of UCC motion re political contributions | .60 | 789.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                November 10, 2020
Page 4                                                     BILL NO. 213519


| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/11/20 MLC | Correspondence<br>Correspondence among AHC counsel re NCSG communications re UCC political contributions motion | .20 | 263.00 |
| 07/12/20 MLC | Correspondence<br>Correspondence by UCC counsel re pending class action motions | .50 | 657.50 |
| 07/12/20 MLC | Correspondence<br>Correspondence by affected parties responding to UCC proposed stipulation Re: Class Action Motions | .30 | 394.50 |
| 07/12/20 MLC | Correspondence<br>Correspondence by rate payers counsel re UCC proposed stipulation re class action motions | .30 | 394.50 |
| 07/12/20 MLC | Correspondence<br>Correspondence among AHC counsel re UCC proposed stipulation Re: Class Certification Motions | .40 | 526.00 |
| 07/13/20 MLC | Conference call(s)<br>Conference call with AHC counsel only to review strategies and pending court motions | 1.20 | 1,578.00 |
| 07/13/20 MLC | Draft/revise<br>Review of draft of second interim fee application | 1.20 | 1,578.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 5                                                         BILL NO. 213519


| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/13/20 MLC | Analysis of Memorandum Review of debtors' motion re extension of non-dischargeability bar date and proposed order re same | .60 | 789.00 |
| 07/13/20 MLC | Correspondence Correspondence with AHC members re PI data review process | .30 | 394.50 |
| 07/13/20 MLC | Telephone Call(s) Telcon with Robert Charbonneau re Florida opposition to various motions | .40 | 526.00 |
| 07/15/20 MLC | Conference call(s) Conference call with Texas concerning proof of claim process and documentation | .40 | 526.00 |
| 07/15/20 MLC | Analysis of Memorandum Review of Debtors' revised opposition to class action motions | .50 | 657.50 |
| 07/17/20 MLC | Conference call(s) Conference call with monitor | .90 | 1,183.50 |
| 07/17/20 MLC | Conference call(s) Conference call with Monitor Vilsack re various matters including political donations by Purdue | .80 | 1,052.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                   November 10, 2020
Page 6                                                        BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/17/20 MLC | Analysis of Memorandum<br>Review of summary of call with Monitor Vilsack re various matters including political donation process implemented by Purdue | .40 | 526.00 |
| 07/17/20 MLC | Analysis of Memorandum<br>Review of draft joint statement with respect to the exclusivity motion | .60 | 789.00 |
| 07/18/20 MLC | Draft/revise<br>Reviewed and revised statement re debtors' motion to extend exclusivity | .60 | 789.00 |
| 07/18/20 MLC | Analysis of Memorandum<br>Review of NCSG comments to draft of statement concerning debtors' exclusivity motion | .40 | 526.00 |
| 07/19/20 MLC | Correspondence<br>Correspondence re withdrawal of tribal class action motion | .30 | 394.50 |
| 07/20/20 MLC | Draft/revise<br>Review of revisions to joinder to debtors motion to extend exclusivity | .50 | 657.50 |
| 07/20/20 MLC | Draft/revise<br>Review of proposed changes to AHC/NCSG memo in support of exclusivity extension | .90 | 1,183.50 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                           November 10, 2020
Page 7                                                                   BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/21/20 JSF | Examine Documents<br>Review of Debtors' Motion to Extend Exclusivity and Responses | .20 | 170.00 |
| 07/21/20 MLC | Correspondence<br>Correspondence with counsel for Debtors, AHC and others re preparation for oral argument at July 23 hearing | .20 | 263.00 |
| 07/22/20 MLC | Conference call(s)<br>Conference call with counsel re response to class action certification motions | .70 | 920.50 |
| 07/22/20 MLC | Correspondence<br>Correspondence with UCC counsel re suggestion to adjourn pending motions for class action certification for filing proofs of claims | .30 | 394.50 |
| 07/23/20 JSF | Telephone Call(s)<br>Telephonic Court Hearing to Consider Motion for Exclusivity and Motions to Adjourn Hearing on Class Certification Requests | 3.20 | 2,720.00 |
| 07/23/20 MLC | Court Appearance - General<br>Court hearing on various matters including class certification motions by private insurance claimants (MLC Portion) | 1.70 | 2,235.50 |

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                  November 10, 2020
Page 8                                                       BILL NO. 213519

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/23/20<br>MLC | Conference call(s)<br>Follow up conference call with debtors counsel and AHC counsel in preparation for court hearing on class action certification motions | .50 | 657.50 |
| 07/23/20<br>MLC | Prepare for Court Appearance<br>Prepared for court hearing on pending motions including political contributions issue | 1.20 | 1,578.00 |
| 07/23/20<br>MLC | Correspondence<br>Correspondence re NAACP intent to intervene in Purdue Pharma case | .40 | 526.00 |
| 07/23/20<br>MLC | Analysis of Memorandum<br>Review of memo summarizing motions pending before the Court in preparation for hearing | .70 | 920.50 |
| 07/24/20<br>MLC | Analysis of Memorandum<br>Review of proposed order submitted by UCC re adjournment of class action motions | .20 | 263.00 |
| 07/24/20<br>MLC | Analysis of Memorandum<br>Review and analysis of presentation to DOJ on overview of PHI | .70 | 920.50 |
| 07/26/20<br>MLC | Analysis of Memorandum<br>Review of certain documents provided by Milbank including Rhodes Board meeting minutes | 1.10 | 1,446.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 9                                                         BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/27/20 MLC | Correspondence Review of draft correspondence re response to NAACP request to intervene | .60 | 789.00 |
| 07/27/20 MLC | Correspondence Correspondence among AHC counsel re NAACP request to intervene | .40 | 526.00 |
| 07/28/20 MLC | Correspondence Correspondence with TN and TX re AHC position re NAACP being allowed to "intervene" in bankruptcy case | .20 | 263.00 |
| 07/31/20 MLC | Analysis of Memorandum Review of data concerning county populations throughout the United States | .60 | 789.00 |
| TOTAL PHASE PU04 | | 27.60 | $34,612.00 |

| Phase: PU05 | | | CLAIMS ANALYSIS |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/01/20 JSF | Telephone Call(s) Call with Pillsbury Firm re: Template for States' Information in Consolidated States' POC | .20 | 170.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 10                                                         BILL NO. 213519

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/01/20<br>JSF | Examine Documents<br>Review Changes and Updates to Consolidated<br>States' Proof of Claim Form and Schedules<br>for Distribution to States for Review | 1.40 | 1,190.00 |
| 07/01/20<br>JSF | Telephone Call(s)<br>Call with State Reps and NCSG and AHC<br>Attorneys re: Consolidated Claim Issues | .70 | 595.00 |
| 07/01/20<br>MLC | Conference call(s)<br>Working session with Pillsbury re<br>revisions to draft consolidated proof of<br>claim | .80 | 1,052.00 |
| 07/01/20<br>MLC | Conference call(s)<br>Call with Brattle and Pillsbury and Brown<br>Rudnick re inter-relationship of<br>States/Non-States Proofs of Claim | .70 | 920.50 |
| 07/01/20<br>MLC | Correspondence<br>Correspondence re non-opioid claims | .40 | 526.00 |
| 07/01/20<br>MLC | Analysis of Memorandum<br>Review of summary of Class Action<br>stipulation of certain Canadian claims and<br>related motions pending before Court | 1.10 | 1,446.50 |
| 07/01/20<br>MLC | Draft/revise<br>Reviewed revisions by Pillsbury of States'<br>Consolidated Claims | 1.20 | 1,578.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 11                                                        BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/01/20 MLC | Correspondence<br>Correspondence with Brattle and Pillsbury concerning West Virginia description of claims | .20 | 263.00 |
| 07/01/20 MLC | Correspondence<br>Correspondence with States concerning revisions to Consolidated States Claims | .20 | 263.00 |
| 07/01/20 MAP | Review Documents<br>Review Bar Date Orders and Government POC Form in preperation of Conference Call with Pillsbury regarding consolidated claim | .60 | 255.00 |
| 07/01/20 MAP | Telephone Call(s)<br>Phone call with Pillsbury regarding consolidated Proof of Claim | .20 | 85.00 |
| 07/01/20 MAP | Review Documents<br>Review Pillsbury's edits to Consolidated Proof of Claim Supplement & Authorization | .40 | 170.00 |
| 07/02/20 MLC | Conference call(s)<br>Call with Brattle and Pillsbury re working session on State's consolidated proof of claim | 1.00 | 1,315.00 |
| 07/02/20 MLC | Correspondence<br>Correspondence with States concerning Brattle's analysis of each State | .20 | 263.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          November 10, 2020
Page 12                                                              BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/02/20 MLC | Analysis of Memorandum Review of class action motions filed by private insurance claimants | 1.30 | 1,709.50 |
| 07/02/20 MLC | Correspondence Correspondence re estimation of claims of municipalities | .40 | 526.00 |
| 07/02/20 MLC | Correspondence Correspondence with Debtors' counsel, NCSG and MSGE counsel, and AHC counsel re meeting to discuss class action motions | .20 | 263.00 |
| 07/02/20 MLC | Correspondence Correspondence with Ted Miller re estimation of municipal claims | .20 | 263.00 |
| 07/02/20 MLC | Review Financial Documents Review of Brattle estimation of damages for U.S. states and territories, including federal disbursements and excluding municipalities | 1.10 | 1,446.50 |
| 07/02/20 MLC | Draft/revise Review of Pillsbury proposed changes to draft of Consolidated States claims | .80 | 1,052.00 |
| 07/02/20 MLC | Review Financial Documents Review of Brattle's proposed changes to working draft | .60 | 789.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                            November 10, 2020
Page 13                                                BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/02/20 MLC | Correspondence<br>Correspondence between Troop, Donahue and Brattle concerning calculations of certain damages | .30 | 394.50 |
| 07/03/20 MLC | Conference call(s)<br>Conference call with Purdue counsel re class action certification motions | .70 | 920.50 |
| 07/03/20 MLC | Conference call(s)<br>Conference call with Purdue AHC counsel re proofs of claims | 1.00 | 1,315.00 |
| 07/06/20 MLC | Conference call(s)<br>Conference call with Purdue AHC counsel and DPW re response to Class Claims motions | 1.10 | 1,446.50 |
| 07/07/20 JSF | Examine Documents<br>Review of Comments from States re: Consolidated Claim Submission | .20 | 170.00 |
| 07/07/20 MLC | Conference call(s)<br>Conference call with KY and Paul Singer re proof of claim process | .50 | 657.50 |
| 07/07/20 MLC | Conference call(s)<br>Conference call with Brattle and Pillsbury with States re preparation of consolidated proof of claim | .80 | 1,052.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 14                                                          BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/08/20 JSF | Examine Documents Review Documents: Revisions to States' Consolidated Claim | .30 | 255.00 |
| 07/08/20 MLC | Conference call(s) Conference call with Alabama outside counsel re proof of claim process | .60 | 789.00 |
| 07/08/20 MAP | Draft/revise Revise reservation of rights language to reflect severability of claims | .80 | 340.00 |
| 07/09/20 MLC | Conference call(s) Conference call with KL and DPW re stipulation entered into between Debtors and certain Canadian classes | .80 | 1,052.00 |
| 07/09/20 MLC | Analysis of Memorandum Review and analysis of motion concerning Canadian class stipulation | 1.40 | 1,841.00 |
| 07/09/20 MLC | Correspondence Correspondence with Troop re different approaches suggested by different States' Consolidated Claim | .20 | 263.00 |
| 07/10/20 MLC | Conference call(s) Conference call in which Dr Hyde describes nature of hospitals' claims | .80 | 1,052.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 15                                                        BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/10/20 MLC | Analysis of Memorandum<br>Analysis of nature of hospital claims | .30 | 394.50 |
| 07/10/20 MLC | Conference call(s)<br>Conference call with DOJ, AHC, NCSG and MSG re overview of HHS potential claims and related matters | 1.00 | 1,315.00 |
| 07/10/20 MLC | Conference call(s)<br>Conference call with Alabama outside counsel re proof of claim process | .50 | 657.50 |
| 07/10/20 MLC | Conference call(s)<br>Conference call with KY counsel re proof of claim process | .50 | 657.50 |
| 07/10/20 MLC | Analysis of Memorandum<br>Review of analysis prepared by Dr Hyde Re: Hospital Claims | .60 | 789.00 |
| 07/10/20 MLC | Correspondence<br>Correspondence with Ringer re Ted Miller's analysis | .20 | 263.00 |
| 07/10/20 MLC | Analysis of Memorandum<br>Review of motion filed by Tribe re class action certification | .50 | 657.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:    20186/0002                                      November 10, 2020
Page 16                                                            BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/11/20 MLC | Correspondence Review of email from MSGE to Brown Rudnick concerning filing of claims by municipalities | .40 | 526.00 |
| 07/12/20 MLC | Telephone Call(s) Telcon with Troop re drafting of consolidated states claim | .40 | 526.00 |
| 07/12/20 MLC | Correspondence Correspondence with Troop and Donahue re consolidated states claim | .30 | 394.50 |
| 07/13/20 JSF | Telephone Call(s) Call with Pillsbury Firm and State Reps re: Revisions to States' Consolidated POC and Process for Filing | .50 | 425.00 |
| 07/13/20 JSF | Examine Documents Review of Updated Consolidated States' POC Forms | .40 | 340.00 |
| 07/13/20 MLC | Conference call(s) Working session conference call with Pillsbury to review and revise consolidated proof of claim draft | .50 | 657.50 |
| 07/13/20 MLC | Correspondence Response to MSGE re claims of municipalities | .30 | 394.50 |

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter:  20186/0002                                      November 10, 2020
Page 17                                                          BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/13/20 MLC | Correspondence<br>Correspondence with Emily Grimm re Ted Miller analysis | .30 | 394.50 |
| 07/13/20 MLC | Draft/revise<br>Review of Pillsbury revisions to consolidated state claim | 1.10 | 1,446.50 |
| 07/13/20 MLC | Analysis of Memorandum<br>Review of draft of Florida opposition to class action motions | .50 | 657.50 |
| 07/13/20 MLC | Analysis of Memorandum<br>Review of Brattle update of analysis of claims | .40 | 526.00 |
| 07/13/20 MLC | Analysis of Memorandum<br>Review of draft of opposition by AHC/NCSG/MSGE to class action motions | .80 | 1,052.00 |
| 07/13/20 MLC | Correspondence<br>Correspondence with States re proposed changes to draft of consolidated states claim | .70 | 920.50 |
| 07/13/20 MAP | Conference call(s)<br>Conference call with Pillsbury and J Donahue regarding status of State Consolidated Proof of Claim | .50 | 212.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      November 10, 2020
Page 18                                                          BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/14/20 MLC | Conference call(s)<br>Conference call with Brattle and the States re preparation of the consolidated proof of claim | 1.00 | 1,315.00 |
| 07/14/20 MLC | Conference call(s)<br>Conference call with Troop and Brattle re number of deaths from opioid's and related metrics | .50 | 657.50 |
| 07/14/20 MLC | Correspondence<br>Correspondence with Jim Donahue and Troop re Brattle analysis and follow up changes | .40 | 526.00 |
| 07/14/20 MLC | Prepare for Meeting<br>Prepared for meeting with States and Brattle | .80 | 1,052.00 |
| 07/14/20 MLC | Correspondence<br>Correspondence with Brattle and Pillsbury re opioid death data | .80 | 1,052.00 |
| 07/15/20 JSF | Examine Documents<br>Comments from States to Consolidated Claim Materials | .50 | 425.00 |
| 07/15/20 JSF | Telephone Call(s)<br>Call with Pillsbury re: Revisions to Consolidated State Claim | .30 | 255.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 19                                                        BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/15/20 MLC | Telephone Call(s) Telcon with Paul Singer and Pillsbury re Texas proof of claim Data for Consolidated Claim | .50 | 657.50 |
| 07/15/20 MLC | Telephone Call(s) Call with Virgin Islands re proof of claim process | .50 | 657.50 |
| 07/15/20 MLC | Correspondence Correspondence with States to collect data for Brattle computations | .80 | 1,052.00 |
| 07/15/20 MLC | Draft/revise Reviewed and revised draft of Consolidated States Claim | 1.30 | 1,709.50 |
| 07/15/20 MLC | Analysis of Memorandum Review of Pillsbury comments and proposed revisions to draft opposition re class action motions | .60 | 789.00 |
| 07/15/20 MLC | Analysis of Memorandum Review of Texas draft of Consolidated State Claim | .60 | 789.00 |
| 07/15/20 MLC | Correspondence Review of Bratte's communications with States re State calculations estimates | .60 | 789.00 |

# Otterbourg P.C.

### 230 Park Avenue
### New York, NY  10169-0075

Client/Matter:   20186/0002                                          November 10, 2020
Page 20                                                              BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/15/20 MLC | Correspondence<br>Email with Carol Jacobs from Virgin Islands re POC process | .20 | 263.00 |
| 07/15/20 MLC | Correspondence<br>Correspondence with States' working group re next steps | .40 | 526.00 |
| 07/15/20 JKH | Review/analyze<br>Review of state schedules | .60 | 183.00 |
| 07/15/20 MAP | Conference call(s)<br>Conference Call with Otterbourg Team & Pillsbury regarding State Consolidated Proof of Claim | .30 | 127.50 |
| 07/15/20 MAP | Draft/revise<br>Review latest draft of State Consolidated Proof of Claim form and comments from states regarding POC Form | .20 | 85.00 |
| 07/16/20 JSF | Examine Documents<br>Review AHC Objection to Motions to File Consolidated Claim | .40 | 340.00 |
| 07/16/20 JSF | Examine Documents<br>Revised Consolidated Claim Form and Supporting Information Delivered to States | .60 | 510.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                   November 10, 2020
Page 21                                                       BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/16/20 MLC | Conference call(s) Conference call meeting with Pillsbury re revisions to proof of claim draft | 1.10 | 1,446.50 |
| 07/16/20 MLC | Conference call(s) Conference call with Molton, Cicero, Eckstein and Ringer re certain changes proposed to States' collective theories in POC | .50 | 657.50 |
| 07/16/20 MLC | Draft/revise Revised narrative in States' draft POC re focus on municipalities | .70 | 920.50 |
| 07/16/20 MLC | Correspondence Review of Brattle email describing proposed narrative re States' POC | .60 | 789.00 |
| 07/16/20 MLC | Correspondence Correspondence by David Nachman re proposed narrative description in POC | .30 | 394.50 |
| 07/16/20 MLC | Analysis of Memorandum Review of draft opposition to motion for class certification | .90 | 1,183.50 |
| 07/16/20 MLC | Draft/revise Reviewed and revised drafts prepared by Brattle of each State's summary | 1.70 | 2,235.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  20186/0002                                    November 10, 2020
Page 22                                                        BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/16/20 MLC | Correspondence<br>Correspondence involving Alabama POC issues | .40 | 526.00 |
| 07/16/20 MLC | Analysis of Memorandum<br>Review of Florida's opposition to class action motion | .80 | 1,052.00 |
| 07/16/20 MLC | Correspondence<br>Correspondence with AHC counsel re opposition to pending class action motion | .30 | 394.50 |
| 07/16/20 MLC | Analysis of Memorandum<br>Review of UCC statement re class action motions and request for adjournment | .50 | 657.50 |
| 07/16/20 MLC | Correspondence<br>Correspondence with AHC counsel and counsel for MSGE and NCSG re proposed changes to opposition to class action motions | .60 | 789.00 |
| 07/16/20 JKH | Review/analyze<br>Review revised schedules of States Consolidated Claim | .30 | 91.50 |
| 07/16/20 MAP | Review Documents<br>Review latest draft of Proof of Claim Edits sent to states | .50 | 212.50 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 23                                                        BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/17/20 JSF | Examine Documents<br>Review State Supplied Information and Suggested Revisions for Consolidated State POC Information | 1.20 | 1,020.00 |
| 07/17/20 MLC | Conference call(s)<br>Conference call with AHC counsel re class action certification motions and potential responses | 1.00 | 1,315.00 |
| 07/17/20 MLC | Correspondence<br>Correspondence among AHC counsel re debtors' opposition to class action motions | .30 | 394.50 |
| 07/17/20 MLC | Correspondence<br>Correspondence re authorization requirement for filing of consolidated proof of claim | .80 | 1,052.00 |
| 07/17/20 MLC | Correspondence<br>Correspondence among counsel for AHC and NCSG re UCC request for adjournment of class action motions | .40 | 526.00 |
| 07/17/20 MLC | Correspondence<br>Correspondence re SC suggested revisions to proof of claim narrative | .30 | 394.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 24                                                        BILL NO. 213519

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/17/20<br>MLC | Analysis of Memorandum<br>Review of draft of joinder statement to<br>debtors' opposition to shorten time re<br>class action motions | .50 | 657.50 |
| 07/17/20<br>MLC | Analysis of Memorandum<br>Review and analysis of memorandum<br>describing obtaining requisite<br>authorization from debtors and UCC | 1.10 | 1,446.50 |
| 07/17/20<br>MLC | Correspondence<br>Correspondence with Maine re proposed<br>changes to consolidated POC narrative | .40 | 526.00 |
| 07/17/20<br>MLC | Correspondence<br>Correspondence with Michigan re proposed<br>changes to consolidated POC narrative | .70 | 920.50 |
| 07/17/20<br>MLC | Correspondence<br>Correspondence with Colorado re proposed<br>changes to consolidated POC narrative | .80 | 1,052.00 |
| 07/18/20<br>MLC | Correspondence<br>Correspondence with TPP counsel re<br>adjournment of class action motions | .20 | 263.00 |
| 07/19/20<br>MLC | Draft/revise<br>Review of revised draft of opposition to<br>the C&A tribe motion as well as to the<br>Dunford motion | .70 | 920.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                          November 10, 2020
Page 25                                              BILL NO. 213519

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/19/20<br>MLC | Draft/revise<br>Review of revised draft to tribal motion<br>for class certification | .40 | 526.00 |
| 07/20/20<br>JSF | Examine Documents<br>Consolidated Claim - Review Updated Claim<br>Form and Supplement for Each State | .70 | 595.00 |
| 07/20/20<br>MLC | Correspondence<br>Correspondence with Pillsbury re proposed<br>changes to draft of consolidated States<br>proof of claim | .60 | 789.00 |
| 07/20/20<br>MLC | Correspondence<br>Correspondence with KL re revised paradigm<br>for presentation of States consolidated<br>proof of claim | .60 | 789.00 |
| 07/20/20<br>MLC | Draft/revise<br>Review of proposed revisions to states<br>consolidated POC narrative | .60 | 789.00 |
| 07/20/20<br>MLC | Draft/revise<br>Review of proposed changes by Arkansas to<br>its POC narrative | .80 | 1,052.00 |
| 07/20/20<br>MLC | Analysis of Memorandum<br>Review of Hospital Claimants' Omnibus<br>Reply to the Objections/Responses | .80 | 1,052.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                        November 10, 2020
Page 26                                                            BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/20/20 MLC | Correspondence<br>Correspondence with New Mexico concerning participation in consolidated states POC narrative | .40 | 526.00 |
| 07/20/20 MLC | Draft/revise<br>Review of Pillsbury proposed changes to consolidated states POC narrative | .60 | 789.00 |
| 07/21/20 JSF | Examine Documents<br>Review Bar Date Order and Consolidated Proof of Claim Documents | 1.60 | 1,360.00 |
| 07/21/20 JSF | Correspondence<br>Draft E-Mail to Debtors re: Authorizations for Consolidated States' Claim | 1.20 | 1,020.00 |
| 07/21/20 MLC | Conference call(s)<br>Conference call meeting with States and Brattle re preparation of consolidated proof of claim | .70 | 920.50 |
| 07/21/20 MLC | Conference call(s)<br>Conference call meeting with Brattle and States re proof of claim | 1.00 | 1,315.00 |
| 07/21/20 MLC | Analysis of Memorandum<br>Review and analysis of Court bar date orders | 1.10 | 1,446.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                           November 10, 2020
Page 27                                                                   BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/21/20 MLC | Correspondence<br>Correspondence with Troop, Eckstein and States (Nachman) re proposed revisions to consolidated states narrative | .80 | 1,052.00 |
| 07/21/20 MLC | Draft/revise<br>Review and revision to draft email to UCC and Debtors counsel seeking authorization to file consolidated claim | .80 | 1,052.00 |
| 07/21/20 MLC | Correspondence<br>Correspondence with SD re joining consolidated states POC | .20 | 263.00 |
| 07/21/20 MLC | Correspondence<br>Correspondence with Gerard Cicero re coordinating authorization requests to UCC/Debtors | .30 | 394.50 |
| 07/21/20 MLC | Analysis of Memorandum<br>Review of Reply of The Private Insurance Class Claimants In Further Support of Motion For Leave To File Class Proofs of Claim | .60 | 789.00 |
| 07/21/20 MLC | Analysis of Memorandum<br>Review of court hearing transcripts (January 24 and June 3, 2020) re court colloquy re filing of consolidated proofs of claims | 1.30 | 1,709.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                November 10, 2020
Page 28                                                    BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/21/20 MLC | Analysis of Memorandum Review of Independent Public School Districts of Omnibus Reply in Support of Motion for Class Certification and a Classwide Proof of Claim | .40 | 526.00 |
| 07/21/20 MLC | Correspondence Correspondence with debtors seeking authorization to file consolidated proof of claim | .20 | 263.00 |
| 07/21/20 MLC | Draft/revise Review of NCSG proposed revisions to draft Dunford objection | .30 | 394.50 |
| 07/21/20 MAP | Draft/revise Draft Memo regarding Bar Date Motion, Bar Date Hearings and Bar Date Orders re: POC Requirements | 4.90 | 2,082.50 |
| 07/22/20 JSF | Examine Documents Review of Memo Analyzing Court Transcripts and Bar Date Order re: Filing Consolidated Claim | .40 | 340.00 |
| 07/22/20 JSF | Examine Documents Review of Replies Submitted in Support of Motions for Class Status for Filing POCS | .40 | 340.00 |
| 07/22/20 JSF | Examine Documents Review of Canadian Litigation Class Stipulation with Debtors | .20 | 170.00 |

## OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      November 10, 2020
Page 29                                                          BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/22/20 MLC | Analysis of Memorandum Review of MAP memorandum re structure of filing consolidated proof of claim for states | .80 | 1,052.00 |
| 07/22/20 MLC | Correspondence Follow up correspondence with SD re filing consolidated POC state claims | .40 | 526.00 |
| 07/22/20 MLC | Correspondence Correspondence with GA re consolidated States POC narrative revisions | .40 | 526.00 |
| 07/22/20 MLC | Correspondence Correspondence from Jim Donahue to Brattle suggesting various revisions to Consolidated States POC analysis draft | .60 | 789.00 |
| 07/22/20 MLC | Analysis of Memorandum Review of Brattle's presentation re states consolidated POC analysis and medicaid/medicare reimbursements | .70 | 920.50 |
| 07/22/20 MAP | Draft/revise Revise Draft Memo regarding Bar Date Motion, Hearing Transcripts and Bar Date Orders | 2.90 | 1,232.50 |
| 07/23/20 JSF | Telephone Call(s) Call with P. Singer, J. Donahue and Counsel for NCSG and AHC re: States' Consolidated POC | .80 | 680.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 30                                                        BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/23/20 JSF | Examine Documents<br>Review of Latest Updates to Consolidated Claim Information for States | .90 | 765.00 |
| 07/23/20 MLC | Correspondence<br>Correspondence with Donahue and Pillsbury re States consent to file consolidated states POC | .60 | 789.00 |
| 07/23/20 MLC | Conference call(s)<br>Conference call with Pillsbury and certain State Reps re coordinating response to States consolidated POC | .50 | 657.50 |
| 07/23/20 MLC | Correspondence<br>Follow up correspondence with Brattle re description of States' narrative and description in consolidated POC | .40 | 526.00 |
| 07/23/20 MLC | Correspondence<br>Follow up correspondence with Debtors' counsel and UCC counsel re authorization to file consolidated claim | .30 | 394.50 |
| 07/23/20 MAP | Telephone Call(s)<br>Phone Call with Pillsbury, Brown Rudnick,and Kramer Regarding  States' Consolidated Claim | .80 | 340.00 |
| 07/23/20 MAP | Correspondence<br>Draft of E-Mail to Debtors' and UCC re: States' Consolidated Claim | .30 | 127.50 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                          November 10, 2020
Page 31                                              BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/24/20 JSF | Examine Documents<br>Review of Correspondence with States re:<br>Procedures for Finalizing and Confirming<br>Information in States' Consolidated Claim | .40 | 340.00 |
| 07/24/20 JSF | Examine Documents<br>Review of Memo with Summry of Bar Date<br>Hearing Transcript and Bar Date Orders re:<br>Consolidated Claim Filing | .40 | 340.00 |
| 07/24/20 JSF | Examine Documents<br>Additional Comments from Certain States<br>re: Consolidated Claim Submission | .40 | 340.00 |
| 07/24/20 MLC | Conference call(s)<br>Conference call with Troop and PrimeClerk<br>concerning consolidated proof of claim<br>filed by States | .80 | 1,052.00 |
| 07/24/20 MLC | Correspondence<br>Correspondence with Debtors' and UCC<br>counsel re authorization to file<br>consolidated POC | .40 | 526.00 |
| 07/24/20 MLC | Correspondence<br>Correspondence with Pillsbury re drafting<br>revisions to POC narrative | .30 | 394.50 |
| 07/24/20 MLC | Correspondence<br>Correspondence with Prime Clerk re<br>mechanics of filing consolidated POC | .30 | 394.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 32                                                        BILL NO. 213519

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/24/20<br>MLC | Correspondence<br>Correspondence with Alabama re<br>consolidated States POC | .30 | 394.50 |
| 07/24/20<br>MLC | Correspondence<br>Follow up correspondence with States re<br>mechanics of filing consolidated POC and<br>related issues | .60 | 789.00 |
| 07/25/20<br>MLC | Correspondence<br>Correspondence with MD re their comments to<br>narrative of consolidated proof of claim | .30 | 394.50 |
| 07/25/20<br>MLC | Correspondence<br>Correspondence with Brattle re New Mexico<br>comments on POC analytics | .30 | 394.50 |
| 07/25/20<br>MLC | Correspondence<br>Correspondence with UCC counsel re<br>authorization to file consolidated state<br>POC | .60 | 789.00 |
| 07/26/20<br>MLC | Correspondence<br>Responsive correspondence to UCC follow up<br>questions re authorization required | .80 | 1,052.00 |
| 07/26/20<br>MLC | Correspondence<br>Correspondence with Pillsbury and Brown<br>Rudnick re agency relationship and<br>authorizations | .40 | 526.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 33                                                        BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/26/20 MLC | Draft/revise<br>Drafted and revised response to UCC counsel re authorization and agency relationships | .50 | 657.50 |
| 07/26/20 MLC | Correspondence<br>Response to MD questions re consolidated POC | .20 | 263.00 |
| 07/27/20 JSF | Examine Documents<br>Updates to Documents Supporting Consolidated States' POC | .70 | 595.00 |
| 07/27/20 MLC | Conference call(s)<br>Conference call with Brattle and Pillsbury re proof of claim drafting | 1.00 | 1,315.00 |
| 07/27/20 MLC | Correspondence<br>Response by non-states to questions raised by UCC counsel re authorizations | .50 | 657.50 |
| 07/27/20 MLC | Draft/revise<br>Further review and revisions to consolidated states POC narrative | 1.70 | 2,235.50 |
| 07/27/20 MLC | Correspondence<br>Correspondence with Brattle re calls with individual States re POC | .30 | 394.50 |
| 07/27/20 MLC | Conference call(s)<br>Conference call with Pillsbury and Brattle re changes to consolidated POC | .60 | 789.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter:  20186/0002                                        November 10, 2020
Page 34                                                            BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/27/20 MLC | Correspondence<br>Correspondence with Utah re narrative POC | .20 | 263.00 |
| 07/27/20 MLC | Correspondence<br>Correspondence re individual state claim numbers | .60 | 789.00 |
| 07/27/20 MLC | Correspondence<br>Review of TN's proposed changes to consolidated states POC narrative | .30 | 394.50 |
| 07/28/20 JSF | Examine Documents<br>Review of Additional Comments from States re: Consolidated Claim and Updated Claim Submission | .80 | 680.00 |
| 07/28/20 MLC | Telephone Call(s)<br>Telcon with Gil Gelreich (TN) re Tennessee proof of claim | .50 | 657.50 |
| 07/28/20 MLC | Conference call(s)<br>Conference call with Brattle and States re status of consolidated proof of claim | 1.00 | 1,315.00 |
| 07/28/20 MLC | Correspondence<br>Correspondence with Pillsbury concerning RI evidentiary issues | .40 | 526.00 |
| 07/28/20 MLC | Correspondence<br>Correspondence with TN re POC narrative | .30 | 394.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      November 10, 2020
Page 35                                                          BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/28/20 MLC | Correspondence<br>Follow up correspondence re RI questions with possible solutions | .20 | 263.00 |
| 07/28/20 MLC | Analysis of Memorandum<br>Review of list of States joining the consolidated POC | .20 | 263.00 |
| 07/28/20 MLC | Correspondence<br>Correspondence with Carol Jacobs of the Virgin Islands re completing information sufficient to join consolidated states' POC | .80 | 1,052.00 |
| 07/28/20 MLC | Correspondence<br>Correspondence with Guam re need for signature block to join consolidated states' POC | .20 | 263.00 |
| 07/28/20 MLC | Correspondence<br>Correspondence with N Mexico and Brattle re POC numbers and Ted Miller analysis | .40 | 526.00 |
| 07/28/20 MLC | Correspondence<br>Correspondence with Prime Clerk and Brown Rudnick re actual manner of filing consolidated POC | .30 | 394.50 |
| 07/28/20 MLC | Analysis of Memorandum<br>Analysis of memo prepared by Pillsbury concerning status of information provided and consents given state by state | .80 | 1,052.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter: 20186/0002                                          November 10, 2020
Page 36                                                             BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/28/20 MLC | Correspondence<br>Correspondence with Brattle, Pillsbury and Prime Clerk re mechanics of filing consolidated state POC | .30 | 394.50 |
| 07/28/20 MLC | Draft/revise<br>Reviewed and revised draft narrative re consolidated states POC | .60 | 789.00 |
| 07/28/20 MLC | Analysis of Memorandum<br>Review of death data provided by Brattle as part of consolidated POC | .40 | 526.00 |
| 07/28/20 MLC | Correspondence<br>Correspondence together with Pillsbury with all the states re latest version of consolidated states POC | .30 | 394.50 |
| 07/28/20 MLC | Correspondence<br>Follow up correspondence with states re various revisions to their state numbers | .40 | 526.00 |
| 07/29/20 JSF | Telephone Call(s)<br>Call with Pillsbury Firm re: States' Consolidated Claim Submission | .50 | 425.00 |
| 07/29/20 JSF | Examine Documents<br>Consolidated State Claim Submissions and Supplements | 1.30 | 1,105.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                November 10, 2020
Page 37                                                     BILL NO. 213519

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/29/20<br>MLC | Telephone Call(s)<br>Telcon with Andrew Troop re consolidated states POC | .50 | 657.50 |
| 07/29/20<br>MLC | Conference call(s)<br>Conference call with Singer, Eckstein and KY counsel re KY proof of claim | .50 | 657.50 |
| 07/29/20<br>MLC | Correspondence<br>Correspondence with GA re consolidated state POC | .30 | 394.50 |
| 07/29/20<br>MLC | Correspondence<br>Correspondence with WVA re consolidated states POC | .20 | 263.00 |
| 07/29/20<br>MLC | Conference call(s)<br>Conference call with WVA and Brattle and Pillsbury re revisions to consolidated proof of claim | .30 | 394.50 |
| 07/29/20<br>MLC | Correspondence<br>Correspondence with Brattle and Pillsbury re Alabama and Kentucky proposed changes to consolidated POC | .40 | 526.00 |
| 07/29/20<br>MLC | Draft/revise<br>Review of proposed changes to New Mexico part of consolidated POC | .30 | 394.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 38                                                        BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/29/20 MLC | Correspondence<br>Correspondence with Texas re its state narrative in consolidated POC | .30 | 394.50 |
| 07/29/20 MLC | Draft/revise<br>Review of proposed Pillsbury revisions to consolidated states POC narrative | .60 | 789.00 |
| 07/29/20 MLC | Correspondence<br>Follow up correspondence with WVA and Brattle re WVA narrative portion of consolidated POC | .40 | 526.00 |
| 07/29/20 MLC | Telephone Call(s)<br>Telcon with Robert Charbonneau re FL narrative part of consolidated POC | .30 | 394.50 |
| 07/29/20 MLC | Correspondence<br>Correspondence with Pillsbury and States re press releases and media issues re consolidated POC once filed | .40 | 526.00 |
| 07/29/20 MLC | Draft/revise<br>Review of proposed changes by WVA to consolidated state narrative | .20 | 263.00 |
| 07/29/20 MLC | Draft/revise<br>Further review of changes and revisions to Brattle and Pillsbury portions of consolidated states POC | .80 | 1,052.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      November 10, 2020
Page 39                                                          BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/30/20 JSF | Examine Documents Final Consolidated States' Claim for Submission to Claims Agent and Correspondence to Claims Agent | 2.40 | 2,040.00 |
| 07/30/20 JSF | Examine Documents Review of Correspondence with States re: States' Claim and Filing by Bar Date Deadline | .40 | 340.00 |
| 07/30/20 MLC | Conference call(s) Conference call with Pillsbury re data compilation for POC | .70 | 920.50 |
| 07/30/20 MLC | Conference call(s) Conference call re West Virginia proof of claim | .50 | 657.50 |
| 07/30/20 MLC | Correspondence Correspondence with WVA re final proposed changes to POC narrative | .70 | 920.50 |
| 07/30/20 MLC | Correspondence Follow up correspondence re mechanics of filing consolidated POC with Prime Clerk | .20 | 263.00 |
| 07/30/20 MLC | Analysis of Memorandum Review of Brattle's "final" numbers and tables to be included in consolidated states POC | 1.20 | 1,578.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 40                                                         BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/30/20 MLC | Correspondence Correspondence with Brattle and Pillsbury re Rhode Island proposed revisions to its narrative in consolidated POC | .30 | 394.50 |
| 07/30/20 MLC | Analysis of Memorandum Review of tables prepared by Brattle for Arkansas, Alaska and Arizona in consolidated POC | .60 | 789.00 |
| 07/30/20 MLC | Correspondence Correspondence with Pillsbury re cross checking of state numbers against overall total | .40 | 526.00 |
| 07/30/20 MLC | Draft/revise Drafting of transmittal memorandum to Prime Clerk re filing of consolidated POC | .40 | 526.00 |
| 07/30/20 MLC | Correspondence Correspondence with states re need for "wet" signatures in support of filing of states consolidated POC | .30 | 394.50 |
| 07/30/20 MLC | Correspondence Correspondence with states re change in tables for individual states in connection with consolidated state POC | .50 | 657.50 |
| 07/30/20 MLC | Correspondence Follow up correspondence with South Dakota re change in state's tables | .20 | 263.00 |

## OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 41                                                         BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/30/20 MLC | Draft/revise<br>Final review of Brattle tables and states' narratives included in consolidated POC | 1.30 | 1,709.50 |
| 07/30/20 MLC | Correspondence<br>Correspondence with Pillsbury and Jim Donahue re finalizing consolidated POC for filing | .30 | 394.50 |
| 07/30/20 MLC | Correspondence<br>Correspondence with Prime Clerk and DPW re confirmation of filing of consolidated states POC | .40 | 526.00 |
| 07/30/20 MLC | Correspondence<br>Correspondence with Brown Rudnick re filing of non-state consolidated POC | .30 | 394.50 |
| 07/30/20 MLC | Correspondence<br>Correspondence with States re timely filing of consolidated POC | .40 | 526.00 |
| 07/30/20 MLC | Analysis of Memorandum<br>Review of proofs of claim filed by the Federal Government in case | .70 | 920.50 |
| 07/30/20 MAP | Draft/revise<br>Review Final Draft of Governmental Claimant Proof of Claim Form and Attachments for States' POC | .60 | 255.00 |

## OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  20186/0002                              November 10, 2020
Page 42                                                  BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/30/20 MAP | Draft/revise Review final draft of Schedule 1 and Schedule 10 of States' Consolidated Proof of Claim - Territory Supplement to Consolidated Claim and Authorization Form | .60 | 255.00 |
| TOTAL PHASE PU05 | | 137.40 | $158,275.00 |

Phase: PU06                              EMPLOYMENT & FEE APPLICATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/08/20 JSF | Prepare Legal Papers Preparation of Second Interim Fee Application | .40 | 340.00 |
| 07/08/20 JKH | Prepare Legal Papers Prepare Second Interim Fee Application | 2.90 | 884.50 |
| 07/12/20 JSF | Prepare Legal Papers Prepare Second Interim Fee Application | 2.80 | 2,380.00 |
| 07/13/20 JSF | Prepare Legal Papers Revise Interim Fee Application and Exhibits | 1.20 | 1,020.00 |
| 07/13/20 JKH | Prepare Chart(s) Prepare exhibits for second interim application | 2.70 | 823.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                     November 10, 2020
Page 43                                                         BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/14/20 JKH | Prepare Legal Papers Review and finalize second interim fee application | .50 | 152.50 |
| 07/15/20 JSF | Examine Documents Review Second Interim Fee Application for Filing | .30 | 255.00 |
| TOTAL PHASE PU06 | | 10.80 | $5,855.50 |

Phase: PU09                          MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/01/20 JSF | Examine Documents Review of E-Mail to AHC Providing Updates on Filed Motions | .40 | 340.00 |
| 07/08/20 JSF | Telephone Call(s) Participate in AHC Weekly Update Call (JSF portion) | .50 | 425.00 |
| 07/08/20 MLC | Conference call(s) Conference Call: Weekly meeting of AHC committee | 1.50 | 1,972.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 44                                                         BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/09/20 MLC | Correspondence<br>Correspondence with AHC counsel re payments to various political organizations | .80 | 1,052.00 |
| 07/09/20 MLC | Correspondence<br>Correspondence with AHC members re motions pending before Court | .30 | 394.50 |
| 07/10/20 MLC | Correspondence<br>Correspondence with AHC members re pending class action motions | .40 | 526.00 |
| 07/14/20 MLC | Telephone Call(s)<br>Telcon with Robert Charbonneau re Florida's proof of claim | .50 | 657.50 |
| 07/14/20 MLC | Correspondence<br>Correspondence with AHC committee members re opposition to pending class action motions | .70 | 920.50 |
| 07/15/20 JSF | Telephone Call(s)<br>Participate in Weekly Ad Hoc Commitee Conference Call | 1.50 | 1,275.00 |
| 07/15/20 JSF | Examine Documents<br>Review of Case Updates to AHC re: Pending Motions, Responses and Amended Protective Order | .40 | 340.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 45                                                        BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/15/20 MLC | Conference call(s) Conference call weekly meeting with AHC | 1.40 | 1,841.00 |
| 07/16/20 MLC | Correspondence Review of email to AHC by KL concerning status of various pending matters | .60 | 789.00 |
| 07/16/20 MLC | Correspondence Correspondence by Molton re DOJ request for meeting | .20 | 263.00 |
| 07/17/20 JSF | Correspondence E-Mail: Respond to Inquiries from Rep from State of Michigan re: POC Form and Information | .40 | 340.00 |
| 07/17/20 MLC | Correspondence Correspondence among AHC members re AHC filing joinder to debtors' opposition to motion to shorten re class action motions | .80 | 1,052.00 |
| 07/20/20 MLC | Correspondence Correspondence with AHC re revisions to draft in support of debtors' motion for exclusivity | .50 | 657.50 |
| 07/22/20 MLC | Correspondence Correspondence with AHC members and counsel re follow up to FTI presentation | .30 | 394.50 |

OTTERBOURG P.C.
230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                          November 10, 2020
Page 46                                              BILL NO. 213519

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/22/20 MLC | Correspondence<br>Correspondence with AHC re PEC filing of response re Judge Polster rulings | .30 | 394.50 |
| 07/27/20 JSF | Examine Documents<br>Review of Updates to AHC re: NAACP Motion and Discovery Issues | .40 | 340.00 |
| 07/27/20 MLC | Correspondence<br>Review of KL correspondence with AHC members re NAACP and filing of consolidated claims | .60 | 789.00 |
| 07/29/20 JSF | Telephone Call(s)<br>Weekly Status Conference Call with Ad Hoc Committee | 1.60 | 1,360.00 |
| 07/29/20 JSF | Examine Documents<br>Review of Agenda Items for AHC Weekly Meeting | .20 | 170.00 |
| 07/29/20 MLC | Conference call(s)<br>Weekly meeting of AHC and its counsel (MLC Portion) | 1.10 | 1,446.50 |

TOTAL PHASE PU09                              15.40        $17,740.00

                          TOTAL FOR SERVICES          $223,736.00

## **EXHIBIT D**

**Summary of Actual and Necessary Expenses**

## SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD

| Expense Category | Total Expenses |
|---|---|
| Conference Call(s) | $120.14[1] |
| Electronic Research | $63.56 |
| **TOTAL:** | **$183.70** |

---

[1] This relates to the following conference calls: (1) conference call held on June 8, 2020, lasting approximately 25 minutes, in which 3 people participated; (2) conference call held on June 8, 2020, lasting approximately 5 minutes, in which 2 people participated; and (3) conference call held on June 24, 2020, lasting approximately 35 minutes, in which 3 people participated.

## **EXHIBIT E**

**Expense Detail**

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 10, 2020
Page 47                                                        BILL NO. 213519


DISBURSEMENTS FOR YOUR ACCOUNT

        Conference Call(s)                                           120.14

        Electronic Research                                          63.56

                                                              _____

                              TOTAL DISBURSEMENTS                    183.70