Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

------------------------------------------------------------ x

**TWELFTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE
AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF
SEPTEMBER 1, 2020 THROUGH AND INCLUDING SEPTEMBER 30, 2020**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Fees and Expenses of Applicant: | |
|---|---|
| Period for Which Compensation is Sought: | September 1, 2020 – September 30, 2020 |
| Total Amount of Fees Incurred: | $164,915.50 |
| Total Fees Requested (80%): | $131,932.40 |
| Total Reimbursement of Expenses Incurred: | $451.45 |
| Total Reimbursement of Expenses Requested (100%): | $451.45 |
| Total compensation and Reimbursement Requested in this Statement: | $132,383.85 |
| This is Applicant's: | Twelfth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Ninth Monthly Fee Statement (the "Fee Statement") for the period of September 1, 2020 - September 30, 2020 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $164,915.50 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks

reimbursement for 80% of such fees, totaling $131,932.40.

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,048.38[2]. The Blended hourly rate of all paraprofessionals is $305.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $451.45 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors (the "Allocation Fees"). Pursuant to the Fee Assumption Order, Applicant may request Allocation Fees through a separate application at a later date.

## Notice

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad

---

[2]      The blended hourly billing rate of $1,048.38 is derived by dividing the total fees for attorneys of $163,756.50 by the total hours of 156.2.

[3]      The Blended hourly billing rate of $305.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $1,159.00 by the total hours of 3.8.

hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $131,932.40 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $164,915.50) and (ii) payment of $451.45 for the actual, necessary expenses that Applicant incurred in connection with such services during the Statement Period.

Dated: November 13, 2020
      New York, New York

OTTERBOURG P.C.

By:    */s/ Melanie L. Cyganowski*
        Melanie L. Cyganowski, Esq.
        Jennifer S. Feeney, Esq.
        230 Park Avenue
        New York, New York 10169
        Telephone:   (212) 661-9100
        Facsimile:   (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

**<u>EXHIBIT A</u>**

**Fees By Project Category**

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU03 | Business Operations | 3.0 | $3,201.00 |
| PU04 | Case Administration | 42.7 | $53,346.00 |
| PU05 | Claims Analysis | 82.2 | $73,168.50 |
| PU06 | Employment and Fee Applications | 4.9 | $2,966.00 |
| PU09 | Meetings and Communications w/ AHC | 19.0 | $22,381.00 |
| PU11 | Plan & Disclosure Statement | 8.2 | $9,853.00 |
| | **TOTALS:** | **160.0** | **$164,915.50** |

## **EXHIBIT B**

**Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1315.00 | 93.6 | $123,084.00 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $850.00 | 29.1 | $24,735.00 |
| Robert C. Yan ("RCY") Associate | 2002 | $625.00 | 8.5 | $5,312.50 |
| Michael A. Pantzer ("MAP") Associate | 2017 | $425.00 | 25.0 | $10,625.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $305.00 | 3.8 | $1,159.00 |
|  | **TOTAL** |  | **160.0** | **$164,915.50** |

1

**<u>EXHIBIT C</u>**

**Time Detail**

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

November 12, 2020
BILL NO. 213595

Client/Matter No.:     20186/0002
Matter Name:           CHAPTER 11
Billing Partner:       RL STEHL

For Services Rendered Through September 30, 2020:

---

Phase: PU03                                          BUSINESS OPERATIONS

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/11/20 JSF | Examine Documents<br>Review of Analysis of Motion for KEIP Program and Non-Insider and Insider Bonuses | .40 | 340.00 |
| 09/16/20 MLC | Analysis of Memorandum<br>Review and analysis of the KEIP/KERP motion and the Rhodes sale motion and supporting declaration | 1.40 | 1,841.00 |
| 09/22/20 JSF | Examine Documents<br>Review of Objections to KEIIP Motion and Update on AHC Position re: KEIP | .40 | 340.00 |
| 09/24/20 JSF | Examine Documents<br>Review of E-Mail Memo Providing Update on KEIP and KERP Negotiations and Counterproposal | .20 | 170.00 |
| 09/24/20 JSF | Examine Documents<br>Review of Draft UCC Objection to KEIP/KERP Motion | .30 | 255.00 |

### OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                  November 12, 2020
Page 2                                                        BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/24/20 JSF | Examine Documents Review of Update on KEIP Motion Discussions and Potential Resolution | .30 | 255.00 |
| TOTAL PHASE PU03 | | 3.00 | $3,201.00 |

Phase: PU04                                           CASE ADMINISTRATION

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/01/20 MAP | Review Documents Review docket and recent docket entries | .30 | 127.50 |
| 09/02/20 MLC | Analysis of Memorandum Review of issues presented by NAACP | .70 | 920.50 |
| 09/03/20 MLC | Conference call(s) Conference call with Troop, Donahue and Brattle re issue raised by Brattle | .50 | 657.50 |
| 09/07/20 MLC | Correspondence Correspondence with Troop re Purdue 2020 compensation | .80 | 1,052.00 |
| 09/07/20 MLC | Correspondence Correspondence re scheduling of various mediation sessions | .40 | 526.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      November 12, 2020
Page 3                                                           BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/09/20 JSF | Telephone Call(s) Telephone Call: Call with Representatives of Arizona to Provide Update on Case Status | .50 | 425.00 |
| 09/09/20 MLC | Conference call(s) Conference call with Arizona, KL and Jenni Peacock re status of case and mediations | .50 | 657.50 |
| 09/09/20 MLC | Conference call(s) Follow up conference call with Andrew Troop and Jim Donahue re Brattle | .30 | 394.50 |
| 09/10/20 MLC | Conference call(s) Conference call with public governments to discuss and prepare for meeting with NAACP | 1.00 | 1,315.00 |
| 09/10/20 MLC | Conference call(s) Conference call meeting with public delegation and NAACP representatives with mediators | 1.00 | 1,315.00 |
| 09/10/20 MLC | Correspondence Correspondence with AHC members re NAACP request to intervene | .30 | 394.50 |
| 09/11/20 MLC | Correspondence Correspondence with AHC and NCSG re response to NAACP request to intervene | .50 | 657.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 12, 2020
Page 4                                                         BILL NO. 213595

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/11/20<br>MLC | Analysis of Memorandum<br>Review of Letter from the NAACP to the<br>Public Entities regarding the Abatement<br>Agreement | .70 | 920.50 |
| 09/13/20<br>MLC | Analysis of Memorandum<br>Review and analysis of certain TPP claims | 1.40 | 1,841.00 |
| 09/14/20<br>MLC | Conference call(s)<br>Conference call meeting with AHC counsel re<br>late filed municipality claims | .50 | 657.50 |
| 09/15/20<br>MLC | Telephone Call(s)<br>Follow up telcon with Ken Eckstein re<br>mediation next steps | .30 | 394.50 |
| 09/16/20<br>MLC | Conference call(s)<br>Conference call with Chambers re various<br>pending discovery motions and settlement<br>issues | 1.10 | 1,446.50 |
| 09/16/20<br>MLC | Correspondence<br>Correspondence re NAACP request to<br>intervene | 1.10 | 1,446.50 |
| 09/16/20<br>MLC | Correspondence<br>Correspondence among AHC counsel re NCSG<br>requests and certain open issues | .80 | 1,052.00 |

# Otterbourg P.C.

### 230 Park Avenue
### New York, NY  10169-0075

Client/Matter:   20186/0002                                November 12, 2020
Page 5                                                      BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/17/20 MLC | Correspondence<br>Correspondence re scheduling of future mediation sessions | .50 | 657.50 |
| 09/22/20 MLC | Conference call(s)<br>Deposition of Steven Ives (partial attendance) | 1.50 | 1,972.50 |
| 09/22/20 MLC | Analysis of Memorandum<br>Review of debtors' draft of Debtors' objection to the ER Doctors' class claim motion | 1.40 | 1,841.00 |
| 09/22/20 MLC | Correspondence<br>Correspondence with Troop re adjournment of NAS and other claimants class action motions | .40 | 526.00 |
| 09/23/20 MLC | Analysis of Memorandum<br>review of draft objection to the ER physicians' class claim | 1.10 | 1,446.50 |
| 09/23/20 MLC | Analysis of Memorandum<br>Review of preliminary summary of the Ilene Sackler Lefcourt deposition | .90 | 1,183.50 |
| 09/23/20 MLC | Analysis of Memorandum<br>Review of Stephen Ives Depo Summary | .90 | 1,183.50 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                             November 12, 2020
Page 6                                                   BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/23/20 MLC | Correspondence<br>Correspondence among AHC counsel re compensation motion | .60 | 789.00 |
| 09/23/20 MLC | Correspondence<br>Correspondence with West Virginia counsel re pending KEIP motion | .30 | 394.50 |
| 09/23/20 MLC | Analysis of Memorandum<br>Review of Dr Grossman analysis on how best to use NAS funds (provided by NCSG) | .70 | 920.50 |
| 09/24/20 MLC | Correspondence<br>Correspondence from debtors counsel concerning possible resolution of pending KEIP motion | .80 | 1,052.00 |
| 09/25/20 JSF | Examine Documents<br>Review Summary of Theresa Sackler Deposition | .20 | 170.00 |
| 09/25/20 MLC | Analysis of Memorandum<br>Review of summary of deposition of Theresa Sackler | 1.20 | 1,578.00 |
| 09/25/20 MLC | Analysis of Memorandum<br>Review of draft mediation expansion order prepared by debtors | 1.10 | 1,446.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                        November 12, 2020
Page 7                                              BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/25/20 MAP | Review Documents<br>Read 6th cir decision in connection with negotiating class in MDL and related issues | .50 | 212.50 |
| 09/26/20 MLC | Analysis of Memorandum<br>Correspondence concerning debtors' modification to its 2020 compensation motion | .70 | 920.50 |
| 09/26/20 MLC | Correspondence<br>Correspondence with AHC members concerning NCSG request to defer approval for a narrowed list of non-insider employees of debtors for compensation motion | .60 | 789.00 |
| 09/26/20 MLC | Correspondence<br>Correspondence re debtors' draft mediation order | .50 | 657.50 |
| 09/27/20 MLC | Analysis of Memorandum<br>Reviewed suggested changes to debtors' mediation order and sign off by various parties | .80 | 1,052.00 |
| 09/28/20 MLC | Correspondence<br>Correspondence re various pending motions and resolutions reached by parties | 1.10 | 1,446.50 |
| 09/28/20 MLC | Correspondence<br>Correspondence re update to pending class action motions | .80 | 1,052.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                   November 12, 2020
Page 8                                                        BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/28/20 MLC | Correspondence<br>Correspondence re proposed changes to mediation order | .60 | 789.00 |
| 09/29/20 MLC | Conference call(s)<br>Conference call with Ringer, Eckstein and Singer re discovery platform usage and costs | .60 | 789.00 |
| 09/29/20 MLC | Analysis of Memorandum<br>Review of debtors' statement/objection in response to the ER Doctor's request to adjourn | .60 | 789.00 |
| 09/29/20 MLC | Analysis of Memorandum<br>Review of UCC proposed changes to draft of debtors' mediation expansion order | 1.20 | 1,578.00 |
| 09/29/20 MLC | Correspondence<br>Review of proposed changes to mediation order provided by AHC members | .80 | 1,052.00 |
| 09/29/20 MLC | Correspondence<br>Correspondence re proposed changes re NAACP and mediation order | .60 | 789.00 |
| 09/29/20 MLC | Correspondence<br>Correspondence with debtors' counsel, UCC counsel, NCSG, MSGE and AHC counsel re proposed changes to mediation order | .70 | 920.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                November 12, 2020
Page 9                                                     BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/29/20 MLC | Conference call(s) Conference call with Debtors', AHC, UCC and NCSG counsel re mediation order | .50 | 657.50 |
| 09/30/20 JSF | Telephone Call(s) Participate in Telephonic Omnibus Court Hearing re: KERP, Injunction Extension, Sale Motion | 3.80 | 3,230.00 |
| 09/30/20 MLC | Court Appearance - General Attended omnibus hearing by remote conference call | 4.00 | 5,260.00 |
| TOTAL PHASE PU04 | | 42.70 | $53,346.00 |

| Phase: PU05 | | | CLAIMS ANALYSIS |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/01/20 MLC | Conference call(s) Conference call with States and Brattle re preparation of presentation to Debtors' counsel | .80 | 1,052.00 |
| 09/01/20 MLC | Draft/revise Reviewed and revised draft of Information Sharing Protocol | 1.60 | 2,104.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                November 12, 2020
Page 10                                                     BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/01/20 MLC | Telephone Call(s)<br>Telcon with Andrew Troop re Information Sharing Protocol | .30 | 394.50 |
| 09/01/20 MLC | Correspondence<br>correspondence with various States' attorneys re their respective State Law claims' analyses | .70 | 920.50 |
| 09/01/20 JKH | Review/analyze<br>Review of state responses re: claims questions | .20 | 61.00 |
| 09/01/20 MAP | Review Documents<br>Review State Responses to PI Claimants' Objections to State POCs | 4.70 | 1,997.50 |
| 09/02/20 MLC | Conference call(s)<br>Conference call with DPW and AHC counsel and Troop re analysis of States/Public claims | .90 | 1,183.50 |
| 09/02/20 RCY | Telephone Call(s)<br>Call with MAP re: State proofs of claim.and analysis of same. | 1.70 | 1,062.50 |
| 09/02/20 RCY | Examine Documents<br>Review memo re: NY opioid litigation and related documents re: states' consolidated claim | 1.50 | 937.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 12, 2020
Page 11                                                        BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/02/20 JKH | Review/analyze Review of State Responses to Claims Questions | .40 | 122.00 |
| 09/02/20 MAP | Correspondence Review of status of States POC and Informal objections to States' POC | .70 | 297.50 |
| 09/02/20 MAP | Telephone Call(s) Phone Call with RCY regarding status of States' POC and Informal Objections to States' POC | 1.70 | 722.50 |
| 09/02/20 MAP | Review Documents Review materials regarding States' POC and informal objections | .30 | 127.50 |
| 09/03/20 MLC | Correspondence Correspondence with Troop re changes to draft of information sharing protocol | .40 | 526.00 |
| 09/03/20 RCY | Examine Documents Revised presentation materials re: public claims. | .30 | 187.50 |
| 09/03/20 JKH | Review/analyze Review of state responses to fee questions | .20 | 61.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                November 12, 2020
Page 12                                                     BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/03/20 MAP | Review Documents<br>Review revised powerpoint on States' responses to Debtors' informal objections to States' POC | .20 | 85.00 |
| 09/03/20 MAP | Review Documents<br>Review Debtors' further questions regarding States' POC | .30 | 127.50 |
| 09/03/20 MAP | Review Documents<br>Review edits to Information Sharing Protocol in connection with Debtors' objections to states' poc. | .50 | 212.50 |
| 09/04/20 MLC | Correspondence<br>Correspondence with states re information sharing protocol | .50 | 657.50 |
| 09/04/20 RCY | Examine Documents<br>Florida response to claim inquiry. | .20 | 125.00 |
| 09/04/20 RCY | Examine Documents<br>Continue examine State claim materials for further analysis. | 1.70 | 1,062.50 |
| 09/04/20 JKH | Review/analyze<br>Review state responses to claims questions | .30 | 91.50 |
| 09/04/20 MAP | Review Documents<br>Review State Responses to Debtors' Informal objections to states' POC | .80 | 340.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 12, 2020
Page 13                                                        BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/07/20 MLC | Correspondence<br>Correspondence with Troop re coordination of responses to debtors' due diligence questions re consolidated state POC | .70 | 920.50 |
| 09/08/20 JSF | Examine Documents<br>Review of Current Draft of Information Sharing Protocol with Debtors for Sharing of Claim Information | .60 | 510.00 |
| 09/08/20 JSF | Telephone Call(s)<br>Call with Counsel for AHC and NCSG re: Presentation to Debtors on Legal Issues Surrounding States' Claim | 1.00 | 850.00 |
| 09/08/20 JSF | Examine Documents<br>Examine Documents: Review of Filed Claim Breakdown Initial Report from Claims Agent | .20 | 170.00 |
| 09/08/20 MLC | Correspondence<br>Correspondence re follow up call with Arizona and settling states | .30 | 394.50 |
| 09/08/20 MLC | Conference call(s)<br>Conference call with NCSG and KL re preparation for meeting with Debtors re claims estimation | 1.00 | 1,315.00 |
| 09/08/20 MLC | Conference call(s)<br>Conference call with subcommittee members of AHC re personal injury claimants | .60 | 789.00 |

# Otterbourg P.C.

230 Park Avenue
New York, NY  10169-0075

Client/Matter:   20186/0002                                       November 12, 2020
Page 14                                                            BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/08/20 MLC | Correspondence<br>correspondence with Arizona re status of case and general catch up | .50 | 657.50 |
| 09/08/20 MLC | Correspondence<br>Follow up correspondence scheduling call with NCSG re claims analysis | .30 | 394.50 |
| 09/08/20 MLC | Analysis of Memorandum<br>Review of Hawaii state law re claims | .40 | 526.00 |
| 09/08/20 RCY | Examine Documents<br>Continue review of State materials and research memo. | 1.40 | 875.00 |
| 09/08/20 MAP | Review Documents<br>Prepare for zoom meeting - review states' responses to questions regarding states' POC | .50 | 212.50 |
| 09/08/20 MAP | Conference call(s)<br>Zoom meeting regarding states' presentation to Debtors regarding states' POC | .90 | 382.50 |
| 09/08/20 MAP | Draft/revise<br>Complete notes from 9/8 call on states' presentation to debtors regarding states' POC | .10 | 42.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 12, 2020
Page 15                                                         BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/09/20 JSF | Examine Documents<br>Review of Additional Responses from States re: Legal Inquiries from Debtors Relevant to Each States' Claims and Supporting Law | .80 | 680.00 |
| 09/09/20 MLC | Conference call(s)<br>Conference call with Brattle, Jim Donahue and Andrew Troop re certain open issues | .60 | 789.00 |
| 09/09/20 MLC | Correspondence<br>Correspondence with Jenni Peacock, Paul Singer and John Guard re presentation preparation for Debtors and DPW | .80 | 1,052.00 |
| 09/09/20 RCY | Examine Documents<br>Claims analysis and draft of presentation materials. | 1.70 | 1,062.50 |
| 09/09/20 MAP | Research<br>Rsearch State Court Orders on Public Nuisance Claims | 3.10 | 1,317.50 |
| 09/09/20 MAP | Review Documents<br>Review states responses to questions regarding States' POC | .50 | 212.50 |
| 09/10/20 JSF | Telephone Call(s)<br>Participate in Conference Call with All States to Prepare for Presentation to Debtors re: Claim Analysis | .50 | 425.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                November 12, 2020
Page 16                                                     BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/10/20 JSF | Examine Documents<br>Examine Documents: Review of Updated Presentation to Debtors with Legal Analysis in Support of Claims | 1.70 | 1,445.00 |
| 09/10/20 MLC | Conference call(s)<br>Conference call with NCSG, Jim Donahue and AHC counsel re presentation of legal issues in support of State Consolidated POC | .50 | 657.50 |
| 09/10/20 MLC | Conference call(s)<br>Conference call with working group to prepare for presentation in support of states consolidated POC to debtors counsel | 1.00 | 1,315.00 |
| 09/10/20 MLC | Correspondence<br>Correspondence with Singer re presentation to debtors' counsel in support of States consolidated POC | .30 | 394.50 |
| 09/10/20 MLC | Correspondence<br>Correspondence with debtors' counsel re Sacklers' depositions and state case law | .40 | 526.00 |
| 09/10/20 MLC | Analysis of Memorandum<br>Review of changes by DPW to draft information sharing protocol | .60 | 789.00 |
| 09/10/20 JKH | Review/analyze<br>Review state responses to legal issues to present to Debtor re: states' claim | .20 | 61.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                    November 12, 2020
Page 17                                                         BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/10/20 JKH | Review Documents<br>Review of states' presentation to Debtors and review comments regarding same | .30 | 91.50 |
| 09/10/20 MAP | Draft/revise<br>Revise PowerPoint Presentation to Debtors on States' POC | 2.70 | 1,147.50 |
| 09/10/20 MAP | Review Documents<br>Review State Responses to Questions Regarding States' POC | .50 | 212.50 |
| 09/10/20 MAP | Research<br>Research State Court Orders concerning public nuisance claims in connection with States' responses to Debtors' questions | 1.40 | 595.00 |
| 09/11/20 JSF | Examine Documents<br>Review of Overview of Response to Legal Isses in Support of States' Claim | 1.40 | 1,190.00 |
| 09/12/20 MLC | Analysis of Memorandum<br>Review of Purdue liability slides | .60 | 789.00 |
| 09/13/20 JSF | Examine Documents<br>Examine Documents: Review of Claims Filed by TPPs | 1.60 | 1,360.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                          November 12, 2020
Page 18                                               BILL NO. 213595


| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/13/20 MLC | Correspondence<br>Correspondence with NCSG re coordinating responses to motion to allow late filed municipality claims | .30 | 394.50 |
| 09/14/20 MLC | Analysis of Memorandum<br>Review of memorandum re West Virginia state laws | .60 | 789.00 |
| 09/14/20 MLC | Correspondence<br>Review of list of priority legal issues with NSCG | .50 | 657.50 |
| 09/14/20 MAP | Review Documents<br>Review states' responses to questions regarding States' POC | .70 | 297.50 |
| 09/14/20 MAP | Correspondence<br>Correspondence regarding states' responses to questions on states' POC. | .30 | 127.50 |
| 09/15/20 MLC | Correspondence<br>Follow up correspondence re meeting with DPW and States re consolidated state claim | .40 | 526.00 |
| 09/15/20 MAP | Correspondence<br>Email correspondence with Melissa Van Eck regarding exhibits to states' responses to states' POC | .10 | 42.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 12, 2020
Page 19                                                         BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/17/20 MLC | Conference call(s) Conference call with public governments on issue of private abatement | .70 | 920.50 |
| 09/17/20 MLC | Analysis of Memorandum Review of certain data re POC Break Down By Claim Type | .40 | 526.00 |
| 09/18/20 MLC | Conference call(s) Conference call meeting re TPP/Public entities | 1.00 | 1,315.00 |
| 09/18/20 MAP | Correspondence Email correspondence with MLC re state POC | .10 | 42.50 |
| 09/21/20 MLC | Draft/revise Reviewed, studied and revised KL prepared slide deck for presentation to DPW in support of Consolidated State POC | 1.80 | 2,367.00 |
| 09/21/20 MLC | Draft/revise Review of appendix to mediation report and revisions thereto | .60 | 789.00 |
| 09/22/20 MLC | Analysis of Memorandum Review of proposed changes to information sharing protocol by DPW | 1.10 | 1,446.50 |
| 09/22/20 MLC | Analysis of Memorandum Review of slide presentation re Purdue liability to States | 1.40 | 1,841.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                    November 12, 2020
Page 20                                                        BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/22/20 MLC | Analysis of Memorandum Review of draft of appendix to mediation report prepared by Gilbert | .60 | 789.00 |
| 09/23/20 JSF | Telephone Call(s) Participate in Conference Meeting with States and Professionals to Prepare for Meeting with Debtors to Review States' Consolidated Claim | 1.10 | 935.00 |
| 09/23/20 MLC | Conference call(s) Conference call preparing for presentation to Debtors' counsel re States' consolidated claims | 1.30 | 1,709.50 |
| 09/23/20 MLC | Analysis of Memorandum Review of UCC opposition to class action motion by certain hospitals | .60 | 789.00 |
| 09/23/20 MLC | Prepare for Meeting Review of draft slide presentation in preparation for presentation to Debtors | 2.20 | 2,893.00 |
| 09/23/20 MLC | Analysis of Memorandum Final review of mediators' report to court | .80 | 1,052.00 |
| 09/23/20 MAP | Correspondence Email MLC regarding question on States' POC | .20 | 85.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                              November 12, 2020
Page 21                                                  BILL NO. 213595

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/24/20<br>JSF | Telephone Call(s)<br>Participate in Conference Call with<br>Members of AHC and NCSG to Prepare for<br>Presentation to Debtors | .90 | 765.00 |
| 09/24/20<br>JSF | Examine Documents<br>Review Revised Presentation to Debtors | 1.30 | 1,105.00 |
| 09/24/20<br>JSF | Telephone Call(s)<br>Participate in Conference with Debtors,<br>AHC and NCSG re: States' Claim | 1.60 | 1,360.00 |
| 09/24/20<br>MLC | Conference call(s)<br>Conference call with KL and certain State<br>representatives to prepare for<br>presentation to debtors re consolidated<br>state POC | 1.00 | 1,315.00 |
| 09/24/20<br>MLC | Conference call(s)<br>Conference call meeting with State and<br>Local Governments with debtors' counsel re<br>consolidated state POC | 1.80 | 2,367.00 |
| 09/24/20<br>MLC | Prepare for Meeting<br>Prepared for presentation to debtors re<br>States' Consolidated POC | .80 | 1,052.00 |
| 09/24/20<br>MLC | Draft/revise<br>Reviewed and revised draft outline for<br>presentation | .40 | 526.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                   November 12, 2020
Page 22                                                        BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/24/20 MLC | Analysis of Memorandum Compared Debtors' list of priority legal issues against draft States' presentation of legal liability theories | 1.30 | 1,709.50 |
| 09/24/20 MLC | Correspondence Follow up correspondence among NCSG and AHC re States' presentation to debtors' representatives addressing legal liability of debtors | .50 | 657.50 |
| 09/24/20 MAP | Conference call(s) Presentation to Debtors on States' POC | 1.60 | 680.00 |
| 09/24/20 MAP | Conference call(s) Meeting in preperation of presentation to Debtors on States' POC | .80 | 340.00 |
| 09/24/20 MAP | Review Documents Review presentation slides & legal citations in preperation of presentation to Debtors regarding states' poc | 1.50 | 637.50 |
| 09/25/20 MLC | Analysis of Memorandum Review of draft NAS term sheet | .70 | 920.50 |
| 09/29/20 MLC | Correspondence Correspondence re Emergency Doctor putative class | .60 | 789.00 |

TOTAL PHASE PU05                                              82.20        $73,168.50

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                              November 12, 2020
Page 23                                                  BILL NO. 213595

---

| Phase: PU06 | | EMPLOYMENT & FEE APPLICATIONS |
|---|---|---|

---

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/02/20<br>JKH | Review/analyze<br>Review of order re: fee applications | .20 | 61.00 |
| 09/09/20<br>JSF | Examine Documents<br>Review of June Time Detail for Preparation<br>of Fee Statement | .80 | 680.00 |
| 09/10/20<br>JSF | Prepare Legal Papers<br>Review and Revise Ninth Monthly Fee<br>Statement | .70 | 595.00 |
| 09/10/20<br>JKH | Prepare Legal Papers<br>Prepare draft June statement | .60 | 183.00 |
| 09/11/20<br>JSF | Examine Documents<br>Review of Ninth Monthly Fee Statement and<br>Expense Back-Up | 1.20 | 1,020.00 |
| 09/17/20<br>JKH | Prepare Legal Papers<br>Prepare monthly statement for July | .80 | 244.00 |
| 09/18/20<br>JKH | Prepare Legal Papers<br>Prepare final June statement | .60 | 183.00 |
| TOTAL PHASE PU06 | | 4.90 | $2,966.00 |

---

| Phase: PU09 | MEETINGS & COMMUNICATIONS W/ AD HOC |
|---|---|

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 12, 2020
Page 24                                                         BILL NO. 213595

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/02/20 MLC | Conference call(s)<br>Conference call with counsel in preparation for call with DPW re claims | .30 | 394.50 |
| 09/02/20 MLC | Conference call(s)<br>Conference call with AHC counsel and PEC counsel re claims analysis | .80 | 1,052.00 |
| 09/03/20 MLC | Conference call(s)<br>Weekly meeting of AHC | 1.40 | 1,841.00 |
| 09/07/20 MLC | Correspondence<br>Correspondence with AHC members concerning mediation sessions | .30 | 394.50 |
| 09/08/20 JSF | Telephone Call(s)<br>Participate in Full AHC Update Call | .80 | 680.00 |
| 09/09/20 JSF | Telephone Call(s)<br>Participate in Telephonic Weekly Update Call with Full AHC | 1.10 | 935.00 |
| 09/09/20 JSF | Examine Documents<br>Prepare for AHC Meeting: Review of Agenda and Open Items for Discussion with AHC | .20 | 170.00 |
| 09/09/20 MLC | Conference call(s)<br>Weekly AHC meeting | 1.20 | 1,578.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                November 12, 2020
Page 25                                                    BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/14/20 MLC | Correspondence<br>Correspondence re meeting with AHC re specific issues | .50 | 657.50 |
| 09/14/20 MLC | Correspondence<br>Correspondence with AHC members re status of various negotiations in the mediations | .80 | 1,052.00 |
| 09/15/20 MLC | Conference call(s)<br>Conference call with Ringer, Eckstein, Singer, Leftwich and Guard re open mediation issues and next steps | .90 | 1,183.50 |
| 09/16/20 JSF | Telephone Call(s)<br>Participate in Telephone Conference for Weekly AHC Meeting | 1.10 | 935.00 |
| 09/16/20 JSF | Examine Documents<br>Review of Updates Sent to AHC re: KERP and Sale Motion | .40 | 340.00 |
| 09/16/20 MLC | Conference call(s)<br>Weekly conference call meeting of AHC | 1.10 | 1,446.50 |
| 09/16/20 MLC | Analysis of Memorandum<br>Review and changes to draft AHC committee agenda | .40 | 526.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 12, 2020
Page 26                                                        BILL NO. 213595


| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/17/20 MLC | Correspondence<br>Correspondence among counsel and certain AHC members re mediations with certain private groups and plan formulation | .80 | 1,052.00 |
| 09/18/20 JSF | Examine Documents<br>Review of E-Mail to AHC re: Report on Chambers Conference Regarding Mediation | .20 | 170.00 |
| 09/18/20 MLC | Draft/revise<br>Reviewed and revised draft of chambers conference drafted by KL to send to AHC members | .80 | 1,052.00 |
| 09/18/20 MLC | Correspondence<br>Correspondence with AHC members re status of supporting states positions | .60 | 789.00 |
| 09/21/20 MLC | Correspondence<br>Updated summary correspondence to all AHC members re status of various pending matters | .70 | 920.50 |
| 09/22/20 MLC | Conference call(s)<br>Conference call with AHC counsel and Singer, Peacock re discussions with debtors | .90 | 1,183.50 |
| 09/23/20 JSF | Telephone Call(s)<br>Participate in Weekly Update Conference Call of AHC | 1.20 | 1,020.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                          November 12, 2020
Page 27                                              BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/23/20 MLC | Conference call(s) Weekly meeting of AHC members and counsel | 1.10 | 1,446.50 |
| 09/29/20 JSF | Examine Documents Review of Updates to AHC re: KEIP Motion, Voluntary Injunction Extension and Expansion of Mediation | .60 | 510.00 |
| 09/29/20 MLC | Correspondence Correspondence to AHC members providing update re various pending motions | .80 | 1,052.00 |
| TOTAL PHASE PU09 | | 19.00 | $22,381.00 |

| Phase: PU11 | PLAN & DISCLOSURE STATEMENT |
|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/01/20 MLC | Analysis of Memorandum Review of order extending mediation Re: Plan and Sacklers | .20 | 263.00 |
| 09/10/20 MLC | Conference call(s) Conference call with AHC counsel re Sacklers' issues and settlement discussions | 1.00 | 1,315.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    November 12, 2020
Page 28                                                        BILL NO. 213595

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/16/20 MLC | Correspondence<br>Correspondence re upcoming negotiations with certain third parties on next steps to formulate a plan | .70 | 920.50 |
| 09/17/20 JSF | Telephone Call(s)<br>Participate in Conference With Court re: Next Steps for Plan Formulation; Plan and Requests to Continue Mediation | 2.00 | 1,700.00 |
| 09/17/20 MLC | Conference call(s)<br>Conference call with Vonnegut, Ringer and AHC counsel re chambers conference on mediation next steps | 1.00 | 1,315.00 |
| 09/17/20 MLC | Court Appearance - General<br>Court hearing re certain discovery and other issues on mediation and next steps to get to plan | 1.80 | 2,367.00 |
| 09/21/20 MLC | Correspondence<br>Correspondence with counsel re settlement negotiations for plan formulation | .50 | 657.50 |
| 09/23/20 MLC | Conference call(s)<br>Conference call re abatement programming session for NAS babies | 1.00 | 1,315.00 |
| TOTAL PHASE PU11 | | 8.20 | $9,853.00 |
| | TOTAL FOR SERVICES | | $164,915.50 |

# **EXHIBIT D**

**Summary of Actual and Necessary Expenses**

## SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD

| Expense Category | Total Expenses |
|---|---|
| Conference Call(s) | $215.52 |
| Electronic Research | $235.93 |
| **TOTAL:** | **$451.45** |

**<u>EXHIBIT E</u>**

**Expense Detail**

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                         November 12, 2020
Page 30                                             BILL NO. 213595


DISBURSEMENTS FOR YOUR ACCOUNT

    Conference Call(s)                                    215.52

    Electronic Research                                   235.93

                                                   _____

                        TOTAL DISBURSEMENTS               451.45