Thomas D. Bielli, Esquire (Admitted *Pro Hac Vice*)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
Facsimile: (215) 754-4177
*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**FIFTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM SEPTEMBER 1, 2020 THROUGH SEPTEMBER 31, 2020**

| | |
|---|---|
| **Name of Applicant** | Bielli & Klauder, LLC |
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | September 1, 2020 through September 31, 2020 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**This is a(n):**   _X_ Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner, Pro Hac Vice to the Petition Date*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("B&K"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Fifth Monthly Statement of Services Rendered and Expenses Incurred for the Period from September 1, 2020 through September 31, 2020* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from September 1, 2020 through and including September 31, 2020, is referred to herein as the "**Fee Period**".

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

### Notice

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

Dated: November 16, 2020

**BIELLI & KLAUDER LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire (Admitted *Pro Hac Vice*)
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 642-8271
Fax: (215) 754-4177
tbielli@bk-legal.com

*Counsel to Fee Examiner*
*David M. Klauder, Esquire*

## Exhibit A

**Project Categories**

| Project Category | Total Hours |
|---|---|
| BK/Fee Examiner- Retention and Fee Applications | 4.8 |
| Case Administration | 7.1 |
| Fee/Employment Applications- Retention Professionals | 10.0 |
| **Total** | **21.9** |

**Exhibit B**

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
| --- | --- | --- | --- |
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted Pennsylvania 2006 | $350.00 | 4.1 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 2.6 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 12.1 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 3.1 |

**<u>Exhibit C</u>**

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---:|
| Monthly Fee for September 2020 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1263
**DATE** 09/30/2020
**DUE DATE** 09/30/2020
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales** Purdue Pharma Bankruptcy - September Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** **$24,250.00**

**<u>Exhibit D</u>**

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
215-642-8271

November 04, 2020

Purdue Pharma, L.P.

**Invoice Number: 2204**
Invoice Period: 09-01-2020 - 09-30-2020

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 09-01-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Receipt of PJT's 6th monthly fee statement; Receipt of King & Spalding's 11th monthly fee statement and data; Correspondence with Dechert re: data; email correspondence with Legal Decoder re: published data | | | |
| 09-01-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 195.00 | 234.00 |
| | | Review of Alix Partners' 10th monthly data | | | |
| 09-01-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |
| | | Review of Arnold & Porter's 10th month fee data | | | |
| 09-01-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Review of Bayard's 4th monthly fee data; correspondence with Legal Decoder re: analysis issues | | | |
| 09-01-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 195.00 | 214.50 |
| | | Begin review of Davis Polk's 10th monthly data | | | |
| 09-01-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Receipt of data for Dechert's 10th monthly, Brown Rudnick's 9th monthly, and Wilmer Hale's 8th monthly; correspondence with Legal Decoder re: same | | | |
| 09-01-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails with debtor's counsel re: status of interim fee order | | | |
| 09-02-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Review Interim Fee Order; correspond with Debtors counsel re same | | | |
| 09-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review Gilbert Data | | | |
| 09-03-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Receipt of Gilbert's 9th monthly fee statement, data and key; Receipt of FTI's 9th monthly fee statement; Receipt of Cornerstone's 3rd monthly fee statement | | | |
| 09-03-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Continue review of Davis Polk's 10th monthly fee data | | | |
| 09-03-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 100.00 | 30.00 |
| | | Create July monthly fee application | | | |
| 09-04-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 100.00 | 40.00 |
| | | Work on July monthly fee application | | | |
| 09-04-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 100.00 | 30.00 |
| | | Create exhibits for July monthly fee application. | | | |
| 09-04-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 100.00 | 30.00 |
| | | Update exhibits and send to Dave and Tom for further review. | | | |
| 09-04-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Attention to BK July fee app | | | |
| 09-04-2020 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | | overview of draft July invoice | | | |
| 09-04-2020 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | | Review LD invoices | | | |
| 09-04-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Attention to BK Fee Application | | | |
| 09-04-2020 | Thomas Bielli | [ALL] Case Administration | 0.20 | 350.00 | 70.00 |
| | | Attention to BK time entries | | | |
| 09-05-2020 | Tracey Nobis | B110 - Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of KPMG's 7th monthly fee statement; Receipt of Arnold & Porter's 11th monthly fee statement; correspondence to DK/TB re: update | | | |
| 09-05-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Finish review of Davis Polk's 10th monthly fee statement | | | |
| 09-05-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |
| | | Review of Jones Day's 8th monthly fee data | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 09-06-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to BK Fee Application | | | |
| 09-06-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 100.00 | 20.00 |
| | | Make Edits to July monthly fee app | | | |
| 09-06-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 100.00 | 20.00 |
| | | Make final edits to July monthly fee app and send to Dave for review. | | | |
| 09-06-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 100.00 | 40.00 |
| | | Change wording for July Fee App, send to Tom for review. | | | |
| 09-08-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 100.00 | 30.00 |
| | | Make edits to July fee app and send to Dave for review. | | | |
| 09-08-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to BK July monthly fee app and coordinate filing of same | | | |
| 09-08-2020 | Thomas Bielli | [ALL] BK Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Review, revise and edit July Monthly Fee Statement; electronically file and serve same | | | |
| 09-09-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review receipt of KPMG's data | | | |
| 09-09-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Bi-weekly call with Legal Decoder re: status and issues | | | |
| 09-10-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Discussion with T. Nobis and T. Bielli re: fee review and triage | | | |
| 09-16-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of KPMG's 7th monthly fee data; Receipt of Alix Partners' 11th monthly fee statement and corresponding data; review of Houlihan Lokey Capital's 1st monthly fee statement, search of docket for retention application/order, and correspondence to DK re: same; Receipt of Jones Day's 9th Monthly fee statement; Receipt of Dechert's 11th monthly fee statement | | | |
| 09-16-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Correspondence to professionals requesting fee data including: Arnold & Porter (11th monthly); Dechert (11th monthly); FTI (9th monthly); PJT (6th monthly) | | | |
| 09-16-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Legal Decoder fee audit | | | |
| 09-16-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with T. Nobis re: Houlihan Lokey | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-21-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of Jones Day's 9th monthly fee data; receipt of PJT's 6th monthly fee data; Receipt of Bedell Cristin's 3rd monthly fee statement; Receipt of Kurtzman's 8th monthly fee statement; Receipt of Jefferies 9th monthly fee statement; Receipt of Province's 10th monthly fee statement; Receipt of Cole Schotz's 5th monthly fee statement; Receipt of Akin Gump's 10th monthly fee statement; Correspondence to Kramer Levin re: retention of Houlihan Lokey Capital; Receipt of Arnold Porter's 11th month data; Receipt of FTI's 9th monthly fee data; Receipt of Dechert's 11th monthly fee data | | | |
| 09-21-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Receipt of data from UCC Professional filings from 9/16/2020; Receipt of Skadden's 10th monthly fee statement; correspondence to Legal Decoder re: data uploads and Jefferies data format | | | |
| 09-22-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Receipt of email from Kramer re: Houlihan Lokey retention; review of Supplemental Order Authorizing Reimbursement for Houlihan; preparation of review report template; receipt of 1-5 monthly fee statements | | | |
| 09-22-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 195.00 | 39.00 |
| | | Email correspondence with Legal Decoder re: Jefferies data issues; receipt of Skadden's 10th monthly fee data; Receipt of Brown Rudnick's 10th monthly fee statement | | | |
| 09-22-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | review expansion of Houlihan Lokey's scope | | | |
| 09-23-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Houlihan Lokey retention order | | | |
| 09-28-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails with T. Nobis re: McGuire Woods | | | |
| 09-28-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with T. Nobis and T. Bielli re: FTI cap | | | |
| 09-28-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Attention to MaGuire Woods Fee Cap increase | | | |
| 09-28-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Attention to FTI's Fee Statement | | | |
| 09-28-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | | Receipt and review of E&Y's Second Notice of Expansion of Scope; Review of Notice of Increase of Case Cap for Tier 1 Ordinary Course Professional McGuire Woods and correspondence to Fee Examiner re: same; Correspondence with Legal Decoder re: published data; Receipt of Wilmer Hale's 9th monthly fee statement; Receipt of King & Spalding's 12th monthly fee statement and corresponding data; Receipt of Kramer's 9th monthly fee statement; Receipt of Otterbourg's 9th monthly fee statement; Receipt of FTI's 10th monthly fee statement and notification of limit exceed | | | |
| 09-28-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.70 | 100.00 | 70.00 |
| | | Create August monthly fee application and exhibits. | | | |
| 09-29-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee | 0.50 | 375.00 | 187.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Applications | | | |

Attention to BK monthly fee app for August

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 09-29-2020 | David Klauder | B110 - Case Administration | 0.10 | 375.00 | 37.50 |

Review hearing agenda

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 09-30-2020 | Tracey Nobis | B110 - Case Administration | 0.40 | 195.00 | 78.00 |

Receipt of PJT's 7th monthly fee statement; Receipt of Davis Polk's 11th monthly fee statement; Email correspondence with Legal Decoder re: published data and correspondence to IB re: same; Receipt of corrected Jefferies data file and correspondence to Legal Decoder re: same

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 09-30-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 195.00 | 253.50 |

Review of King & Spalding's 10th and 11th monthly data