DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Eli J. Vonnegut
Mark J. Tobak
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT
IN FILING OMNIBUS REPLY IN SUPPORT OF MOTION PURSUANT TO
11 U.S.C. § 105 AND FED. R. BANKR. P. 9019 AUTHORIZING AND APPROVING
SETTLEMENTS BETWEEN THE DEBTORS AND THE UNITED STATES**

Purdue Pharma L.P. ("**Purdue Pharma**") and certain affiliated debtors, as debtors and debtors in possession (collectively, "**Debtors**"), respectfully represent as follows in support of this motion ("**Motion**"):

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1.      The *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, entered on November 18, 2019 [Dkt. No. 498] ("**Case Management Order**"), provides that "replies and statements are limited to 20 pages."

2.      Three oppositions ("**Objections**") and a statement ("**Statement**") were filed in response to the proposed settlement between the Debtors and the United States, consisting of 56 pages of briefing and 87 pages of exhibits.

3.      For the convenience of the Court and the parties, the Debtors are filing simultaneously herewith a single omnibus reply that responds to all three of the Objections and the Statement instead of filing as many as three separate reply briefs and a responsive statement of up to 20 pages each (totaling as many as 80 pages) responding to each Objection and the Statement.

4.      To effectively respond to all three Objections and the Statement in a single omnibus reply, the Debtors require more than the twenty pages permitted for replies and statements by the Case Management Order.   The length of Debtors' omnibus reply is 33 pages, exclusive of the table of contents and table of authorities.

5.      For the above reasons, the Debtors respectfully request that this Court grant the Debtors leave to file a single omnibus reply of 33 pages, exclusive of the table of contents and table of authorities, filed simultaneously herewith.

[*Remainder of page intentionally left blank*]

Dated:  November 16, 2020
        New York, New York

By: /s/ *Marshall S. Huebner*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Eli J. Vonnegut
Marc J. Tobak
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*