JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

*Special Counsel to the Debtors*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

### SUMMARY OF JONES DAY'S THIRD INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING RETENTION PERIOD FROM JUNE 1, 2020 THROUGH SEPTEMBER 30, 2020

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services as: | Special Counsel |
| Date of Appointment: | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | June 1, 2020 through and including September 30, 2020 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Amount of Compensation Requested for this Period: | $640,809.81 (after agreed upon discount) |
| Amount of Expense Reimbursement Requested for this Period: | $10,725.56 |
| Total Amount of Compensation and Expense Reimbursement Sought for this Period: | $651,535.37 |
| Total Amount of Compensation Sought for this Period Already Paid Pursuant to Monthly Fee Statements: | $142,112.42 |
| Blended Rate in This Application for all Partners, Of Counsel, and Associates: | $764.67 |
| Blended Rate in This Application for all Timekeepers: | $698.81 |
| Number of Timekeepers Included in this Application: | 25 |
| Number of Timekeepers Billing Fewer Than 15 Hours: | 13 |
| This is a | __ Monthly __X__ Interim ___ Final Fee Application |

**Fee Summary for the Period from June 1, 2020
through and including September 30, 2020**

| NAME | YEAR OF ADMISSION | RATE[1] | EFFECTIVE RATE[2] | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Larissa C. Bergin | 2007 | $950.00 | $826.50 | 1.50 | $1,425.00 |
| Jonathan Berman | 1993 | $1,075.00 | $935.25 | 2.30 | $2,472.50 |
| Pablo D. Hendler | 1995 | $1,125.00 | $978.75 | 16.70 | $18,787.50 |
| Matthew W. Johnson | 2007 | $1,075.00 | $935.25 | 19.50 | $15,600.00 |
| Michael H. Knight | 1994 | $1,075.00 | $935.25 | 51.20 | $55,040.00 |
| Gasper J. LaRosa | 2002 | $1,075.00 | $935.25 | 31.00 | $33,325.00 |
| Christopher Morrison | 2001 | $950.00 | $826.50 | 2.60 | $2,470.00 |
| Dan T. Moss | 2007 | $1,000.00 | $870.00 | 25.70 | $25,700.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | 206.80 | $253,330.00 |
| Kevyn D. Orr | 1984 | $1,350.00 | $1,174.50 | 13.00 | $17,550.00 |
| **TOTAL PARTNER:** | | | | **370.30** | **$425,700.00** |
| **OF COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,125.00 | $978.75 | 1.20 | $1,350.00 |
| Geoff Oliver | 1988 | $1,075.00 | $935.25 | 1.20 | $1,290.00 |
| **TOTAL OF COUNSEL:** | | | | **2.40** | **$2,640.00** |
| **ASSOCIATE** | | | | | |
| Nisha V. Giridhar | 2020 | $525.00 | $456.75 | 1.00 | $525.00 |
| Justin B. Harris | 2020 | $525.00 | $456.75 | 3.20 | $1,680.00 |
| Anna Kordas | 2014 | $750.00 | $652.50 | 49.50 | $37,125.00 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | 168.60 | $102,003.00 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | 88.90 | $48,895.00 |
| Cortney R. Robinson | 2018 | $500.00 | $435.00 | 4.00 | $2,000.00 |
| Joana Soares | 2020 | $525.00 | $456.75 | 5.10 | $2,677.50 |
| Ryan Sims | 2016 | $550.00 | $478.50 | 33.20 | $18,260.00 |
| Furqaan Siddiqui | 2017 | $550.00 | $478.50 | 9.80 | $5,390.00 |
| **TOTAL ASSOCIATE:** | | | | **363.30** | **$218,555.50** |
| **STAFF ATTORNEY** | | | | | |
| Lynne Fischer | 1996 | $525.00 | $456.75 | 151.70 | $79,642.50 |
| **TOTAL STAFF ATTORNEY:** | | | | **151.70** | **$79,642.50** |
| **LEGAL SUPPORT STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $325.00 | $282.75 | 20.20 | $6,565.00 |
| Kristina Horn | N/A | $400.00 | $348.00 | 8.30 | $3,320.00 |
| Alice M. Loan | N/A/ | $175.00 | $152.25 | .80 | $140.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **29.30** | **$10,025.00** |
| | | | **TOTAL:** | 917.00 | $736,563.00 |
| | | | **AFTER 13% DISCOUNT:** | | $640,809.81 |

---

[1] This rate reflects the agreed upon discounted rate arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2020, Jones Day used 2019 standard billable rates in calculating amounts due for legal services performed).

[2] This rate reflects the effective billable rate after application of the thirteen percent (13%) discount.

**<u>Summary of Disbursements and Expenses for the Period from
June 1, 2020 through and including September 30, 2020</u>**

| **<u>Expenses</u>** | **<u>Amount</u>** |
|---|---|
| Consultant Fees | $10,275.00 |
| Mailing Charges | $122.56 |
| Court Costs | $328.00 |
| **Total:** | **$10,725.56** |

**Blended Rate of Professionals – Total (After 13% Discount)**

| Category of Timekeepers | Blended Rate | Total Hours | Total Compensation | Total Compensation (after discount) |
|---|---|---|---|---|
| Partners & Counsel | $999.88 | 372.70 | $428,340.00 | $372,655.80 |
| Associates | $523.38 | 363.30 | $218,555.50 | $190,143.29 |
| Law Clerks | $456.75 | 151.70 | $79,642.50 | $69,288.98 |
| Legal Support | $297.67 | 29.30 | $10,025.00 | $8,721.75 |
| **TOTAL** | **$698.81** | **917.00** | **$736,229.24** | **$640,809.81** |

**Comparable and Customary Compensation Disclosure**

| Category of Timekeepers | Blended Rate[1] Comparable Non-Bankruptcy Invoices[2] | Blended Rate This Compensation Period[3] |
|---|---|---|
| Partners & Counsel | $956 | $999.88 |
| Associates | $600 | $523.38 |
| Law Clerks | $459 | $456.75 |
| Legal Support | $329 | $297.67 |
| **TOTAL** | **$756** | **$698.81** |

---

[1]    Pursuant to ¶ C.3.a.i.b of the Guidelines, "Comparable Non-Bankruptcy Invoices" provides the blended hourly rate for the aggregate of "[a]ll timekeepers in each of [Jones Day's] domestic offices in which timekeepers collectively billed at least 10% of the hours to the bankruptcy case during the [Compensation Period]." During the Compensation Period, no office other than New York and Washington, D.C. offices billed at least 10% of the hours to the bankruptcy case.

[2]    Jones Day calculated the average hourly rate for Comparable Non-Bankruptcy Invoices by dividing the total dollar amount billed by each class of timekeepers during the applicable period by the total amount of hours billed by such timekeepers during the Compensation Period (excluding all data from timekeepers practicing primarily in a bankruptcy group or section).

[3]    Jones Day calculated the average hourly rate for timekeepers who billed the Debtors by dividing the total dollar amount billed by each class of timekeepers by the total number of hours billed by such timekeepers during the Compensation Period.

## Monthly Fee Statements/Interim Fee Applications (Filed)

| Date and ECF No. | Fee Period | Fees Incurred | Fees Requested | Expenses Requested | Allowed Fees | Allowed Expenses | Total Fees/ Expenses Paid | Balance Remaining |
|---|---|---|---|---|---|---|---|---|
| March 16, 2020 ECF No. 948 | September 15, 2019 – January 31, 2020 | $1,067,512.46 | $1,067,512.46 (100%) | $12,001.56 | $1,046,946.21 (reduced by $20,566.25) | $12,001.56 (100%) | $1,058,947.77 | $0.00 |
| July 15, 2020 ECF No. 1406 | February 1, 2020 – May 31, 2020 | $735,002.54 | $735,002.54 (100%) | $40,243.35 | $725,002.54 (reduced by $10,000) | $40,243.35 (100%) | $765,245.89 | $0.00 |
| July 30, 2020 ECF No. 1539 | June 1, 2020 – June 30, 2020 | $177,640.52 | $142,112.41 (80%) | $0.00 | $142,112.41 (80%) | N/A | $142,112.41 | $35,528.10 |
| September 11, 2020 ECF No. 1681 | July 1, 2020 – July 31, 2020 | $149,590.41 | $119,672.33 (80%) | $5,475.00 | $119,672.33 (80%) | $5,475.00 (100%) | $0.00 | $155,065.42 |
| October 8, 2020 ECF No. 1792 | August 1, 2020 – August 31, 2020 | $148,304.55 | $118,643.64 (80%) | $1,570.00 | $118,643.64 (80%) | $1,570.00 (100%) | $0.00 | $149,874.56 |
| October 30, 2020 ECF No. 1881 | September 1, 2020 – September 30, 2020 | $165,274.34 | $132,219.47 (80%) | $3,680.56 | $132,219.47 (80%) | $3,680.56 (100%) | $0.00 | $168,954.90 |
| **TOTAL** | | **$2,443,324.82** | **$2,315,162.85** | **$62,970.47** | **$2,284,596.60** | **$62,970.47** | **$1,966,306.08** | **$539,989.23** |

JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**JONES DAY'S THIRD INTERIM APPLICATION FOR**
**ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF ACTUAL AND**
**NECESSARY EXPENSES INCURRED DURING RETENTION**
**PERIOD FROM JUNE 1, 2020 THROUGH SEPTEMBER 30, 2020**

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Jones Day, special counsel to the above-captioned debtors and debtors in possession

(the "Debtors"), hereby files its third interim application (this "Application"), pursuant to sections

330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the Local

Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local

Bankruptcy Rules"), for (i) allowance of compensation in the amount of $640,809.81 (as

discounted from $736,563.00) for professional services rendered for the Debtors and

(ii) reimbursement of actual and necessary expenses incurred in the amount of $10,725.56, for the

period from June 1, 2020 through and including September 30, 2020 (the "Compensation Period").

In support of this Application, Jones Day respectfully represents as follows:

## Background

### General Background

1.      On September 15, 2019 (the "Petition Date"), each of the Debtors filed a

voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are

authorized to continue to manage and operate their businesses as debtors in possession pursuant

to sections 1107 and 1108 of the Bankruptcy Code.  No trustee has been appointed in the

Debtors' chapter 11 cases (the "Chapter 11 Cases") as of the date hereof.

2.      Background information regarding the Debtors and these Chapter 11 Cases,

including the Debtors' business operations, corporate structure, financial condition and the events

leading up to these Chapter 11 Cases, is set forth in the *Debtors' Informational Brief* filed on

September 16, 2019 [ECF No. 17].

3.      On December 5, 2019, the Debtors filed an *Application of the Debtors for

an Order Authorizing them to Retain and Employ Jones Day as Special Counsel Nunc Pro Tunc

to the Petition Date* [ECF No. 601].

4.      On December 20, 2019, this Court entered an *Order Authorizing the

Debtors to Retain and Employ Jones Day as Special Counsel Nunc Pro Tunc to the Petition Date*

[ECF No. 690].

5.      On April 8, 2020, the Court entered an order appointing an independent fee examiner (the "Fee Examiner") in these Chapter 11 Cases [ECF No. 1023].

6.      Jones Day has been representing the Debtors since 2004 in connection with intellectual property prosecution and litigation, including Hatch-Waxman patent litigation and related matters.  Additionally, over the years Jones Day has provided the Debtors with general intellectual property related counseling and opinion work.  Over the course of the engagement, Jones Day attorneys have worked closely with the Debtors' management and in-house counsel and, as a result, have acquired extensive knowledge of the Debtors' history, intellectual property portfolio, litigation needs and related matters.

7.      During the Compensation Period, Jones Day has continued providing the Debtors with targeted advice on discrete matters of patent and intellectual property law.  Additionally, Jones Day continued representing the Debtors in connection with several active patent litigation matters.  Jones Day now seeks compensation for services rendered and reimbursement of expenses incurred in connection with the aforementioned representation.

## Statements by Jones Day

8.      Jones Day makes the following statements consistent with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "U.S. Trustee Guidelines") and the *General Order M-447, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines").

***Statements by Jones Day Pursuant to Section C(5) of
the U.S. Trustee Guidelines – Certain Fee and Rate Matters***

9.      Consistent with the pre-petition practice, Jones Day agreed to charge the Debtors lower billing rates than the standard rates customarily billed by the firm.  For 2020, Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, Jones Day used 2019 billable rates in calculating amounts due for legal services performed), and the current rates are also subject to a thirteen percent (13%) discount.

10.     None of the hourly rates of Jones Day's professionals and paralegals included in this Application have been varied based on the geographic location of these Chapter 11 Cases.

11.     This Application includes minimal time (1.4 hours) related to reviewing time records to ensure the protection of any privileged or other confidential information and revising invoices that are separate from the reasonable fees incurred for preparing the Monthly Fee Statements (as defined below) or this Application.

12.     This Application does not include any rate increases occurring during the Compensation Period.

***Statements by Jones Day Pursuant to Section C(6) of the
U.S. Trustee Guidelines — Information About Budget and Staffing Plans***

13.     Jones Day and the Debtors agreed to a budget for each significant litigation matter being handled by Jones Day during the Compensation Period.  The fees sought in this Application are in line with the budget discussed with and approved by the Debtors.  For matters for which no budget was agreed upon, the work flow was not as predictable and hours expended were not as susceptible to estimation.

## Jurisdiction and Venue

14.     The Court has subject matter jurisdiction to consider this matter pursuant to
28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper
before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested and Reasons Therefore

### *Authority for Relief*

15.     Jones Day makes this Application (a) pursuant to sections 330(a) and 331
of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1; and
(b) consistent with (i) the U.S. Trustee Guidelines, (ii) Local Guidelines and (iii) the *Order
(I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for
Retained Professionals and (II) Granting Related Relief* [ECF No. 529] (the "Interim
Compensation Procedures Order" and, collectively with the U.S. Trustee Guidelines and the Local
Guidelines, the "Guidelines").

### *Request for Interim Allowance of*
### *Compensation and Reimbursement of Expenses*

16.     Jones Day hereby seeks  interim (i) allowance of compensation in the
amount of $640,809.81 (as discounted from $736,563.00) for professional services rendered for
the Debtors and (ii) reimbursement of actual and necessary expenses incurred in the amount of
$10,725.56 for the Compensation Period.  This is the third application for reimbursement of fees
and expenses filed by Jones Day in connection with the Debtors' Chapter 11 Cases.

17.     Pursuant to Local Bankruptcy Rule 2016-1, section A(3) of the Local
Guidelines and Section C of the U.S. Trustee Guidelines, prefixed to this Application and
incorporated herein are the following:

(a)     a cover sheet summarizing the contents of this Application;

(b)    a schedule identifying all Jones Day professionals and legal support staff who performed services in these Chapter 11 Cases during the Compensation Period, including, with respect to each professional or paraprofessional, as applicable, his or her title or position, date of first admission, number of hours and fees billed, current and initial billing rate and the number of rate increases (if any) since the commencement of these Chapter 11 Cases;

(c)    a summary of actual and necessary expenses that Jones Day incurred during the Compensation Period in connection with the performance of professional services for the Debtors, and for which it seeks reimbursement herein;

(d)    computation of blended hourly rate for persons who billed time during the Compensation Period; and

(e)    a summary of total compensation and expenses previously awarded by the court.

18.    In addition, (a) the certification of John J. Normile with respect to the Application in accordance with the Local Guidelines is attached hereto as <u>Exhibit A</u>; (b) a table identifying the number of hours and amount of fees requested by each Jones Day timekeeper is attached hereto as <u>Exhibit B</u>; (c) a summary of the expenses incurred by Jones Day during the Compensation Period in performing professional services to the Debtors and the bankruptcy estate is attached hereto as <u>Exhibit C</u>; (d) a table identifying, by project category, the number of hours worked and amount of fees requested as compared to the agreed-upon budget is attached hereto as <u>Exhibit D</u>; and (e) detailed time records for the Compensation Period are attached hereto as <u>Exhibit E</u>.[2]

***Prior Payments to Jones Day***

19.    In accordance with the Interim Compensation Procedures Order, Jones Day filed the following first and second interim fee applications (the "<u>Interim Fee Applications</u>") and monthly fee statements (the "<u>Monthly Fee Statements</u>"):

---

[2]    The time records included in <u>Exhibit E</u> have been minimally redacted to protect privileged information.

a.      On March 16, 2020, Jones Day filed the *First Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from September 15, 2019 to January 31, 2020* [ECF No. 948], seeking allowance of $1,067,512.46 (after application of agreed upon discount) in fees for services rendered and reimbursement of $12,001.56 in expenses incurred in connection with the services provided for the Debtors.  The Court approved this application subject to a $20,566.25 reduction agreed upon between Jones Day and the Fee Examiner.

b.      On July 15, 2020, Jones Day filed the *Second Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from February 1, 2020 to May 31, 2020* [ECF No. 1406], seeking allowance of $735,002.54 (after application of agreed upon discount) in fees for services rendered and reimbursement of $40,243.35 in expenses incurred in connection with the services provided for the Debtors.  The Court approved this application subject to a $10,000.00 reduction agreed upon between Jones Day and the Fee Examiner.

c.      On July 30, 2020, Jones Day filed and served the *Eight Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from June 1, 2020 Through June 30, 2020* [ECF No. 1539], seeking allowance of $177,640.52 (after application of agreed upon discount and subject to 20% holdback) in fees in connection with the services provided for the Debtors.

d.      On September 11, 2020, Jones Day filed and served the *Ninth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from July 1, 2020 Through July 31, 2020* [ECF No. 1681], seeking allowance of $149,590.41 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $5,475.00 in expenses incurred in connection with the services provided for the Debtors.

e.      On October 8, 2020, Jones Day filed and served the *Tenth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from August 1, 2020 Through August 31, 2020* [ECF No. 1792], seeking allowance of $148,304.56 (after application of agreed upon discount and subject

to 20% holdback) in fees for services rendered and reimbursement of $1,570.00 in expenses incurred in connection with the services provided for the Debtors.

f.   On October 30, 2020, Jones Day filed and served the *Eleventh Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from September 1, 2020 Through September 30, 2020* [ECF No. 1881], seeking allowance of $165,274.34 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $3,680.56 in expenses incurred in connection with the services provided for the Debtors.

20.   To date, Jones Day has received $1,966,306.08 on account of the aforementioned Interim Fee Applications and Monthly Fee Statements.

***Services Provided by Jones Day by Project Category***

21.   The following is a brief description of the principal activities of Jones Day's professionals during the Compensation Period for each project category, consistent with the requirements of the Interim Compensation Procedures Order, section C(8)(c) of the U.S. Trustee Guidelines and section A(4)(iii) of the Local Guidelines.  For each project category, the narrative summary provides a description of the project, its necessity and benefit to the estate and its status, including any pending litigation for which compensation and reimbursement are requested. Exhibits D and E provide the remaining information required by the Interim Compensation Procedures Order, section C(8)(c) of the U.S. Trustee Guidelines and section A(4)(iii) of the Local Guidelines, including, for each project category, (a) the identity of each person providing services on the project, (b) a statement of the number of hours spent and the amount of compensation requested for each timekeeper on the project, and (c) a detailed description of each individual's activities.

**(1)** ***Purdue Pharma L.P., et al. v Collegium Pharmaceuticals (198 hours)***

22.     During the Compensation Period, Jones Day professionals advised the Debtors with respect to this on-going litigation matter, including drafting the dismissal documents, drafting and revising the lift stay motion, and performing legal research on various topics, including assessment of damages.  Jones Day further advised the Debtors with respect to strategic decisions in connection with this litigation.

**(2)** ***Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. (164.7 hours)***

23.     During the Compensation Period, Jones Day professionals advised the Debtors with respect to this on-going litigation matter, including preparing various stipulations regarding the end of 30-month stay, joint status report and deadline for Intellipharmaceutics's commercial launch, negotiating and drafting the settlement term sheet and dismissal agreement, and drafting various research memoranda, including on antitrust issues.

**(3)** ***Collegium 961 PGR (125.4 hours)***

24.     During this Compensation Period, Jones Day professionals continued representing the Debtors in connection with this on-going matter, including drafting various legal memoranda, such as memoranda on termination of the proceeding based on failure to render a decision within 18 months and ability to file interlocutory appeal.

**(4)** ***Strategic Corporate Advice (168.2)***

25.     During the Compensation Period, Jones Day professionals dedicated time to preparing and participating in numerous meetings and telephonic conferences with the Debtors and their primary counsel and preparing various legal memoranda related to representation of the Debtors.  Jones Day professionals also considered overall litigation strategy and other intellectual property issues in light of the bankruptcy proceedings.

     **(5)**     ***Accord Healthcare Inc. (67.6 hours)***

26.    During the Compensation Period, Jones Day professionals took on a new litigation matter, and spent significant time familiarizing themselves with the matter and educating themselves on precedent involving the litigant.

     **(6)**     ***Retention Matters (193.10 hours)***

27.    During the Compensation Period, Jones Day professionals prepared Jones Day's second interim fee application and four Monthly Fee Statements. Jones Day professionals also spent time reviewing voluminous conflict reports and preparing supplemental disclosures in connection with Jones Day's continued retention as special counsel.

***The Requested Fees Are Reasonable***

28.    The amount of fees sought by Jones Day is appropriate given the issues presented by the Debtors' Chapter 11 Cases. In addition, these fees are commensurate with fees that other attorneys of comparable experience and expertise have charged and been awarded in similar chapter 11 cases. Jones Day's work on the aforementioned active litigation matters, including advising the Debtors with respect to preservation of rights in pending litigation matters in light of the bankruptcy proceedings, is beneficial to the Debtors, the Debtors' estates and other parties in interest and furthers the Debtors' ultimate goal of maximizing the value of the estates for the benefit of all parties in interest.

## Expenses Incurred By Jones Day

29.    Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals employed in a chapter 11 case. 11 U.S.C. § 330. Accordingly, Jones Day seeks interim allowance of reimbursement of expenses incurred during the Compensation Period, in the amount of $10,725.56. During the Compensation Period, the bulk of expenses was incurred in connection with (a) storage of sensitive chemical samples for

the Debtors in connection with certain litigation matters and (b) retaining an independent

consultant to assist the Debtors on technical matters related to an upcoming Food and Drug

Administration Advisory Committee meeting relating to the Debtors' OxyContin product.

Incurrence of these expenses was essential to the preservation of the Debtors' assets during the

bankruptcy proceedings.  The expenses for which Jones Day seeks reimbursement are

reasonable, actual and necessary, and are of the kind customarily billed to non-bankruptcy

clients.

   30. Consistent with section C(13) of the U.S. Trustee Guidelines and sections

A(4)(vi) and A(5)(iii) of the Local Guidelines, the expense details attached as <u>Exhibits C</u> and <u>E</u>

hereto identify the expenses sought to be reimbursed herein in chronological order, including for

each expense (a) the amount, (b) a description and pertinent detail, (c) the date(s) incurred, (d) the

Jones Day professional or paralegal that incurred the expense (if relevant) and (e) the reason for

the expense.

   31. In accordance with the requirements of the Bankruptcy Code, the

Bankruptcy Rules and the Guidelines, Jones Day maintains the following policies with respect to

expenses for which reimbursement is sought herein:

  (a) No amortization of the cost of any investment, equipment or capital outlay is included in the expenses.  In addition, for those items or services that Jones Day purchased or contracted from a third party (such as consultants), Jones Day seeks reimbursement only for the exact amount billed to Jones Day by the third party vendor and paid by Jones Day to the third party vendor.

  (b) Photocopying by Jones Day, to the extent charged, was charged at 10 cents per page.  To the extent practicable, Jones Day utilized less expensive outside copying services.

  (c) The time pressures associated with the services rendered by Jones Day frequently required Jones Day's professionals and paralegals to devote substantial amounts of time during the evenings and on weekends.  Jones

Day has not charged the Debtors for secretarial and other staff overtime expense.

32.     Jones Day believes that this Application reflects all expenses incurred during the Compensation Period.  To the extent any such expenses have not yet been billed as of the date of filing of this Application, however, due to, for example, delays in the applicable billing cycle, Jones Day reserves the right to supplement this Application to include such expenses at or prior to the hearing thereon or to seek reimbursement of such expenses in connection with the next interim compensation period.

## **Adjustment to Fees and Expenses**

33.     Consistent with its own internal policies and to comply with the "reasonableness" requirements of section 330 of the Bankruptcy Code, Jones Day has reviewed the service descriptions and expense detail associated with the Compensation Period and has determined that certain fees should not be charged to the Debtors.  Jones Day wrote off a total sum of $4,341.50 during the Compensation Period.  The adjustments made by Jones Day result from, among other things:  (a) the reduction (or elimination) of fees where the time charged for the particular services exceeded the amount of time that, in Jones Day's estimation, it should have taken the lawyer or the paraprofessional to render the services; (b) the deletion of charges for duplicative or nonproductive services; and (c) other adjustments considered appropriate by Jones Day or required by applicable rules.

## **The Requested Compensation Should Be Allowed**

34.     Section 330(a)(1) of the Bankruptcy Code provides that the Court may award a professional person employed under section 327 or 1103 of the Bankruptcy Code:

> (A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)     reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).  Section 330(a)(3)(A) further provides the following standards for the Court's review of a fee application:

> In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> 1.     the time spent on such services;
>
> 2.     the rates charged for such services;
>
> 3.     whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> 4.     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> 5.     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> 6.     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A).

35.     Jones Day respectfully submits that it has satisfied the requirements for the allowance of the compensation and reimbursement of expenses sought herein.  The services described above were necessary to the administration of the Debtors' Chapter 11 Cases and were beneficial to the Debtors and parties in interest.  Jones Day's services were often performed in a minimum amount of time and commensurate with the complexity of the matters facing the Debtors.  Further, the compensation sought by Jones Day is reasonable because it is based on the customary compensation charged by comparably skilled practitioners outside of bankruptcy.

### Review by the Debtors

36.     The Debtors and the U.S. Trustee have received copies of the Monthly Fee Statements filed in these Chapter 11 Cases and had the opportunity to review the invoices for the Compensation Period.

### Notice

37.     Notice of this Application has been provided in accordance with procedures set forth in the Interim Compensation Procedures Order and the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* [ECF No. 498]. Jones Day respectfully submits that no other or further notice need be provided.

WHEREFORE, Jones Day respectfully requests that the Court enter an order: (i) approving this Application; (ii) allowing on an interim basis compensation in the amount of $640,809.81 for professional services rendered by Jones Day during the Compensation Period; (iii) allowing on an interim basis reimbursement of expenses of $10,725.56 incurred by Jones Day during the Compensation Period; (iv) authorizing and directing the Debtors to pay the approved fees and expenses to Jones Day; and (v) granting such other and further relief to Jones Day as is just and proper.

Dated:  November 16, 2020
       New York, New York

Respectfully submitted,

/s/ Anna Kordas
John J. Normile
Anna Kordas
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: 212.326.3939
Facsimile:  212.755.7306
Email:     jnormile@jonesday.com
            akordas@jonesday.com

*Special Counsel to the Debtors*

# EXHIBIT A

**Certification of John J. Normile**

JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

## <u>CERTIFICATION OF JOHN J. NORMILE</u>

I, John J. Normile, hereby certify as follows:

1.    I am a partner in the law firm of Jones Day.  I submit this certification with respect

to *Jones Day's Third Interim Application for Allowance of Compensation for Services Rendered and*

*Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from June 1, 2020*

*through September 30, 2020* (the "<u>Application</u>").[2]

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable
jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal
Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034),
Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven
Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140),
Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc.
(7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584),
Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and
SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser
Boulevard, Stamford, CT 06901.

[2]    All capitalized terms used but not defined herein have the meanings given to them in the Application.

2.      I make this certification in accordance with the Local Guidelines and the U.S. Trustee Guidelines.

3.      In connection therewith, I hereby certify that:

(a)     I have read the Application;

(b)     To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Local Guidelines and the U.S. Trustee Guidelines;

(c)     Except to the extent that fees or disbursements are prohibited by the Local Guidelines or the U.S. Trustee Guidelines, the disbursements sought are billed at rates customarily employed by Jones Day and generally accepted by Jones Day's clients;

(d)     The fees sought are billed at the rates lower than the rates customarily employed by Jones Day and generally accepted by Jones Day's clients as an accommodation to the Debtors and upon mutual agreement;

(e)     In providing a reimbursable service included in its expense reimbursement request, Jones Day does not make a profit on that service, whether the service is performed by Jones Day in-house or through a third party;

(f)     With respect to B.2 of the Local Guidelines, I certify that Jones Day has previously provided monthly statements of Jones Day's fees and disbursements in accordance with section B.2 of the Local Guidelines by filing and serving monthly statements in accordance with the Interim Compensation Procedures Order; and

(g)     With respect to section B.3 of the Local Guidelines, I certify that the Debtors and the U.S. Trustee have received copies of the Monthly Fee Statements filed in these Chapter 11 Cases.

Statements by Jones Day Pursuant to Section C.5 of the U.S. Trustee Guidelines

        4.    The following statement is provided pursuant to section C.5 of the U.S. Trustee

Guidelines:

(a)    **Question:**  Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

    **Answer:**  Prior to the Petition Date, the Debtors and Jones Day agreed to a discounted fee arrangement. Jones Day and the Debtors agreed to maintain this discounted fee arrangement following the Petition Date.

(b)    **Question:**  If the fees sought in the fee application as compared to the fees budgeted for the time period covered by the fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

    **Answer:**  The fees sought in this Application do not exceed the budget contemplated for each significant matter (to the extent agreed upon) during the Compensation Period discussed with and approved by the Debtors, as shown on Exhibit D attached hereto.  For matters for which no budget was agreed upon, the work flow was not as predictable and hours expended were not susceptible to estimation.

(c)    **Question:**  Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

    **Answer:**  No.

(d)    **Question:**  Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices other than reasonable fees for preparing fee applications?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.)  If so, please quantify by hours and fees.

    **Answer:**  No.

(e)    **Question:**  Does the fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

    **Answer:**  Yes, the application includes 1.4 hours spent on redacting privileged and confidential information from the time records.

(f)    **Question:**  If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did

your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**Answer:**  This Application does not include any rate increases for Jones Day's professionals' fees implemented during this Compensation Period.

Dated:  November 16, 2020
       New York, New York

Respectfully submitted,

*/s/ John J. Normile*
John J. Normile
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: 212.326.3939
Facsimile:  212.755.7306
Email:      jnormile@jonesday.com

*Special Counsel to the Debtors*

## **EXHIBIT B**

**Summary of Professionals for Compensation Period**

## SUMMARY OF PROFESSIONALS/STAFF FOR COMPENSATION PERIOD

| NAME | YEAR OF ADMISSION | RATE[1] | EFFECTIVE RATE[2] | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Larissa C. Bergin | 2007 | $950.00 | $826.50 | 1.50 | $1,425.00 |
| Jonathan Berman | 1993 | $1,075.00 | $935.25 | 2.30 | $2,472.50 |
| Pablo D. Hendler | 1995 | $1,125.00 | $978.75 | 16.70 | $18,787.50 |
| Matthew W. Johnson | 2007 | $1,075.00 | $935.25 | 19.50 | $15,600.00 |
| Michael H. Knight | 1994 | $1,075.00 | $935.25 | 51.20 | $55,040.00 |
| Gasper J. LaRosa | 2002 | $1,075.00 | $935.25 | 31.00 | $33,325.00 |
| Christopher Morrison | 2001 | $950.00 | $826.50 | 2.60 | $2,470.00 |
| Dan T. Moss | 2007 | $1,000.00 | $870.00 | 25.70 | $25,700.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | 206.80 | $253,330.00 |
| Kevyn D. Orr | 1984 | $1,350.00 | $1,174.50 | 13.00 | $17,550.00 |
| **TOTAL PARTNER:** | | | | **370.30** | **$425,700.00** |
| **OF COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,125.00 | $978.75 | 1.20 | $1,350.00 |
| Geoff Oliver | 1988 | $1,075.00 | $935.25 | 1.20 | $1,290.00 |
| **TOTAL OF COUNSEL:** | | | | **2.40** | **$2,640.00** |
| **ASSOCIATE** | | | | | |
| Nisha V. Giridhar | 2020 | $525.00 | $456.75 | 1.00 | $525.00 |
| Justin B. Harris | 2020 | $525.00 | $456.75 | 3.20 | $1,680.00 |
| Anna Kordas | 2014 | $750.00 | $652.50 | 49.50 | $37,125.00 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | 168.60 | $102,003.00 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | 88.90 | $48,895.00 |
| Cortney R. Robinson | 2018 | $500.00 | $435.00 | 4.00 | $2,000.00 |
| Joana Soares | 2020 | $525.00 | $456.75 | 5.10 | $2,677.50 |
| Ryan Sims | 2016 | $550.00 | $478.50 | 33.20 | $18,260.00 |
| Furqaan Siddiqui | 2017 | $550.00 | $478.50 | 9.80 | $5,390.00 |
| **TOTAL ASSOCIATE:** | | | | **363.30** | **$218,555.50** |
| **STAFF ATTORNEY** | | | | | |
| Lynne Fischer | 1996 | $525.00 | $456.75 | 151.70 | $79,642.50 |
| **TOTAL STAFF ATTORNEY:** | | | | **151.70** | **$79,642.50** |
| **LEGAL SUPPORT STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $325.00 | $282.75 | 20.20 | $6,565.00 |
| Kristina Horn | N/A | $400.00 | $348.00 | 8.30 | $3,320.00 |
| Alice M. Loan | N/A/ | $175.00 | $152.25 | .80 | $140.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **29.30** | **$10,025.00** |
| | | | **TOTAL:** | 917.00 | $736,563.00 |
| | | | **AFTER 13% DISCOUNT:** | | $640,809.81 |

---

[1]    This rate reflects the agreed upon discounted rate arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2020, Jones Day used 2019 standard billable rates in calculating amounts due for legal services performed).

[2]    This rate reflects the effective billable rate after application of the thirteen percent (13%) discount.

# EXHIBIT C

**Summary of Disbursements and Expenses for Compensation Period**

NAI-1514866555v1

## SUMMARY OF DISBURSEMENTS AND EXPENSES
## FOR COMPENSATION PERIOD

| Expenses | Amount |
|---|---|
| Consultant Fees | $10,275.00 |
| Mailing Charges | $122.56 |
| Court Costs | $328.00 |
| **Total:** | **$10,725.56** |

## EXHIBIT D

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND COMPLIANCE WITH THE BUDGET

| Matter | Hours Billed this Compensation Period | Fees Incurred this Compensation Period (after application of 13% discount) | Agreed Upon Budget for this Compensation Period |
|---|---|---|---|
| Collegium Pharmaceuticals | 198.00 | $144,383.03 | $300,000.00 |
| Intellipharmaceutics Corp. | 164.70 | $144,657.51 | $145,000.00 |
| Collegium 961 PGR | 125.40 | $93,433.65 | $150,000.00 |
| Strategic Corporate Advice | 168.20 | $113,993.49 | N/A |
| Accord Healthcare Inc. | 67.60 | $45,388.34 | $125,000.00 |
| Retention Matters | 193.10 | $98,953.80 | N/A |
| **Total:** | **917.00** | **$640,809.81** | **$720,000.00** |

# **EXHIBIT E**

**Time Detail for June 1, 2020 through September 30, 2020**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

July 24, 2020                                                                    305158-610005

Invoice: 33402849

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through June 30, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 9,864.50 |
| Less 13% Fee Discount | | (1,282.38) |
| | USD | 8,582.12 |
| **TOTAL** | **USD** | **8,582.12** |

Please remit payment to:

**ACH Transfer (preferred)**                    **Wire Transfer**
Citibank, N.A.                                              Citibank, N.A.
New York, NY                                              New York, NY
Account Name: Jones Day                        Account Name: Jones Day
Account No: 37026407                              Account No: 37026407
ABA No: 021000089                                  ABA No: 021000089
                                                                    Swift Code: CITIUS33

PLEASE REFERENCE 305158-610005/33402849 WITH YOUR PAYMENT

JONES DAY

305158-610005

July 24, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice:  33402849

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P D HENDLER | 0.90 | 1,125.00 | 1,012.50 |
| J J NORMILE | 5.30 | 1,225.00 | 6,492.50 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 3.90 | 605.00 | 2,359.50 |
| **TOTAL** | **10.10** | **USD** | **9,864.50** |

305158-610005                                                                    Page 3
                                                                       July 24, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33402849

SERVICES DETAIL SCHEDULE

*Date of Service*      *Timekeeper Name*                              *Hours*

06/01/20      P D HENDLER                                              0.30
         Preparation for, participation in and attention to teleconference with client regarding status of proceedings.

06/02/20      K MCCARTHY                                               0.50
         Review bankruptcy court motion to lift stay (.30) and communicate with J. Normile re: same (.20).

06/02/20      J J NORMILE                                              1.50
         Review correspondence from B. Koch regarding status of proceedings and upcoming action items
         including email from P. Strassburger (.50); review of correspondence from C. Robertson of DPW regarding
         status of the proceedings and upcoming action items (1.00).

06/03/20      K MCCARTHY                                               2.00
         Draft/revise bankruptcy court motion to lift stay (1.70) and communicate with J. Normile re: same (.30).

06/03/20      J J NORMILE                                              2.00
         Review of memorandum forwarded by C. Robertson of DPW regarding status of proceedings and future
         action items (1.00); review various correspondence from R. Inz and K. McCarthy regarding same (1.00).

06/05/20      K MCCARTHY                                               0.40
         Attention to correspondence with J. Normile and P. Hendler re: Collegium's API supplier.

06/05/20      J J NORMILE                                              0.50
         Review correspondence from P. Strassburger regarding Collegium's Xtampza product and various emails
         regarding same.

06/22/20      P D HENDLER                                              0.30
         Preparation for, attention to and participation in status call with client (including B. Koch).

06/27/20      J J NORMILE                                              1.30
         Review and revision of draft motion provided by DPW to lift the stay in the bankruptcy proceeding (1.00);
         review of comments from R. Inz, P. Strassburger and C. Robertson regarding same (.30).

06/29/20      P D HENDLER                                              0.30
         Preparation for, participation in and attention to call with client (including B. Koch).

06/30/20      K MCCARTHY                                               1.00
         Prepare for and participate in teleconference with J. Normile and M. Johnson regarding B. Koch legal
         research questions (.20), including review of related memorandum (.30); perform follow-up legal research
         regarding same (.50).

**TOTAL**                                                            **10.10**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

July 24, 2020                                                        305158-610013

Invoice: 33402851

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through June 30, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 89,165.00 |
| Less 13% Fee Discount | | (11,591.45) |
| | USD | 77,573.55 |
| **TOTAL** | **USD** | **77,573.55** |

Please remit payment to:

<u>**ACH Transfer (preferred)**</u>              <u>**Wire Transfer**</u>
Citibank, N.A.                                      Citibank, N.A.
New York, NY                                        New York, NY
Account Name: Jones Day                    Account Name: Jones Day
Account No: 37026407                          Account No: 37026407
ABA No: 021000089                              ABA No: 021000089
                                                             Swift Code: CITIUS33

PLEASE REFERENCE 305158-610013/33402851 WITH YOUR PAYMENT

305158-610013                                                    Page 2
                                                              July 24, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.        Invoice:  33402851

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P D HENDLER | 7.10 | 1,125.00 | 7,987.50 |
| M H KNIGHT | 8.60 | 1,075.00 | 9,245.00 |
| D T MOSS | 3.80 | 1,000.00 | 3,800.00 |
| J J NORMILE | 41.40 | 1,225.00 | 50,715.00 |
| K D ORR | 2.50 | 1,350.00 | 3,375.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 21.00 | 605.00 | 12,705.00 |
| R SIMS | 1.90 | 550.00 | 1,045.00 |
| PARALEGAL | | | |
| J J DARENSBOURG | 0.90 | 325.00 | 292.50 |
| **TOTAL** | **87.20** | **USD** | **89,165.00** |

305158-610013                                                                    Page 3
                                                                        July 24, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.              Invoice:  33402851

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

06/01/20     J J DARENSBOURG                                                0.10
Manage shared database for attorneys of Stipulation and Order to Continue Stay and File Joint Status
Report.

06/01/20     P D HENDLER                                                    1.50
Preparation for, participation in and attention to teleconference with client regarding status (.30); attention
to IPC financial report and communications regarding same (1.20).

06/01/20     K MCCARTHY                                                     4.00
Preparation for and participation in teleconference with J. Normile, P. Hendler, P. Strassburger, B. Koch,
R. Silbert, R. Inz, and R. Kreppel re: litigation status updates (1.00); draft/revise litigation status tracker and
communicate with J. Normile and A. Nicolais re: same (1.00); review/analyze patent assignment and related
materials (1.00) and communicate with J. Normile re: same (.10); draft/revise stipulation and proposed
order re: schedule (.60) and communicate with J. Normile, P. Hendler, and P. Strassburger re: same (.30).

06/01/20     J J NORMILE                                                    3.50
Preparation for and participation in weekly status teleconference with P. Strassburger, R. Kreppel, B. Koch,
R. Silbert, R. Inz, P. Hendler and K. McCarthy (1.00); review of various OxyContin license agreements
(1.00); review of correspondence from counsel for IPC regarding term sheet and related emails and
teleconferences with R. Kreppel and R. Greiss (1.50).

06/02/20     P D HENDLER                                                    1.00
Attention to IPC financial reports.

06/03/20     K MCCARTHY                                                     0.50
Draft/revise stipulation and proposed order (.30); attention to correspondence from R. Kreppel and
opposing counsel re: same (.20).

06/03/20     J J NORMILE                                                    1.50
Review of various draft correspondence and stipulations between the parties including various emails and
teleconferences with R. Kreppel.

06/04/20     K MCCARTHY                                                     0.50
Draft/revise stipulation and proposed order (.30); attention to correspondence with R. Kreppel, J. Normile,
J. Roscetti (co-counsel), and R. Smith (local counsel) re: same (.20).

06/04/20     J J NORMILE                                                    1.00
Attention to preparation of various stipulations relating to end of 30 month stay, joint status report and
deadline for IPC commercial launch.

06/05/20     K MCCARTHY                                                     0.60
Draft/revise stipulation re: schedule (.30) and attention to correspondence with J. Normile, R. Smith, and
opposing counsel re: same (.30).

06/05/20     J J NORMILE                                                    2.10
Review of correspondence with IPC including various emails from B. Koch, R. Inz, R. Greiss and P.
Mathers (1.30); attention to finalizing and filing various stipulations (.50); teleconference with local counsel,
R. Smith regarding same (.30).

06/08/20     J J DARENSBOURG                                                0.20
Manage shared database for attorneys of Stipulation and Order to Continue Stay and File Joint Status
Report.

06/08/20     K MCCARTHY                                                     1.50
Preparation for and participation in teleconference with J. Normile, P. Strassburger, B. Koch, R. Silbert, R.
Inz, and R. Kreppel re: litigation status updates (.90); draft/revise litigation status tracker (.30) and
communicate with A. Nicolais re: same (.30).

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**06/08/20   J J NORMILE**   1.00
Preparation for and participation in weekly team teleconference with P. Strassburger, R. Inz, R. Kreppel and K. McCarthy (.50); review of background materials for same (.50).

**06/10/20   J J NORMILE**   1.50
Continued review of relevant background materials relating to divestiture of ▮▮▮▮ and implications of same on current and future ANDA litigations.

**06/11/20   D T MOSS**   1.00
Communicate with client regarding settlement agreement strategy (.90); cursory review of settlement term sheet in advance of client call (.10).

**06/11/20   J J NORMILE**   1.00
Preparation for and participation in teleconference with P. Strassburger, R. Kreppel, D. Moss and K. Orr regarding various terms of proposed IPC settlement.

**06/11/20   K D ORR**   1.00
Discussion regarding IPC settlement terms.

**06/12/20   D T MOSS**   1.00
Review (.70) and markup (.30) settlement term sheet.

**06/12/20   J J NORMILE**   1.50
Review of relevant background materials to IPC term sheet and consideration of various bankruptcy issues (1.00); review of correspondence from D. Moss and K. Orr regarding same (.50).

**06/12/20   K D ORR**   0.50
Review of draft IPC proposed terms and term sheet.

**06/12/20   R SIMS**   1.90
Call with D. Moss regarding revisions to settlement term sheet (.10); review and analyze settlement term sheet (.30) and research regarding same (.80); revise settlement agreement (.40); further revisions to settlement term sheet (.20) and correspond regarding same (.10).

**06/13/20   J J NORMILE**   0.80
Review of comments from R. Simms relating to bankruptcy issues and the IPC term sheet.

**06/15/20   K MCCARTHY**   0.50
Preparation for and participation in teleconference with J. Normile, P. Strassburger, B. Koch, R. Kreppel, R. Inz re: weekly litigation status updates, including review of litigation tracker.

**06/15/20   J J NORMILE**   0.80
Preparation for and participation in weekly status teleconference with P. Strassburger, R. Kreppel, R. Silbert, R. Inz and K. McCarthy.

**06/16/20   P D HENDLER**   0.50
Attention to IPC's formulation and public disclosures regarding same.

**06/16/20   K MCCARTHY**   0.50
Review/analyze case materials regarding accused products and communicate with J. Normile and P. Hendler regarding same.

**06/16/20   J J NORMILE**   1.50
Review various correspondence and comments regarding IPC recent draft of the term sheet including correspondence from R. Kreppel, P. Strassburger, B. Koch and R. Inz.

**06/17/20   P D HENDLER**   0.50
Attention to patents in suit including teleconference with client (including B. Koch).

**06/17/20   K MCCARTHY**   1.50
Preparation for and participation in teleconference with J. Normile and B. Koch regarding case budget (.40), including review of draft budget (.20); draft/revise budget per teleconference discussion (.90).

305158-610013                                                                                    Page 5
                                                                                          July 24, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                        Invoice:  33402851

*Date of Service*      *Timekeeper Name*                                                  *Hours*

06/19/20        K MCCARTHY                                                                  1.00
        Draft/revise proposed case schedule (.60) and communicate with J. Normile regarding same (.40).

06/20/20        K MCCARTHY                                                                  2.00
        Draft/revise proposed consolidated case schedule (1.00); prepare for and participate in teleconference with
        J. Normile and R. Kreppel regarding same (.50); revise proposed consolidated case schedule per
        teleconference and send draft to client (.50).

06/20/20        J J NORMILE                                                                 3.00
        Review and revise draft stipulated dismissal agreement including attachment to litigation schedule including
        various correspondence from B. Koch, R. Kreppel, K. McCarthy and P. Strassburger (2.00); attention to
        preparation of stipulation regarding ECSA and related teleconference with P. Strassburger (1.00).

06/20/20        K D ORR                                                                     1.00
        Review and analysis of IPCI draft settlement agreement; preparation of revisions to draft agreement.

06/21/20        D T MOSS                                                                    1.30
        Review stipulated settlement and dismissal papers (.80) and comment on same (.40) and communicate (.10)
        with Orr and Normile.

06/21/20        J J NORMILE                                                                 1.00
        Continued attention to review and revision of stipulated dismissal agreement and related correspondence
        with D. Moss.

06/22/20        P D HENDLER                                                                 0.30
        Preparation for, attention to and participation in status call with client (including B. Koch).

06/22/20        K MCCARTHY                                                                  2.00
        Review weekly litigation status tracker and communicate with A. Nicolais regarding same (.20); attention to
        miscellaneous case correspondence from P. Strassburger, B. Koch, and R. Inz (.30); prepare for and
        participate in teleconference with J. Normile, P. Hendler, P. Strassburger, B. Koch, R. Inz,, and R. Kreppel
        regarding weekly litigation status updates (.50); draft/revise stipulations dismissing plaintiff Euro-Celtique
        S.A. (1.00).

06/22/20        J J NORMILE                                                                 3.50
        Preparation for and participation in weekly status teleconference with P. Strassburger, R. Kreppel, B. Koch,
        R. Inz, R. Silbert, P. Hendler, K. McCarthy and R. Greiss (1.00); continued review and revision of stipulated
        dismissal including review of various correspondence from P. Mathers, R. Greiss, B. Koch and R. Inz
        (1.50); attention to various matters relating to stipulation to dismiss ECSA from IPC I and II (1.00).

06/23/20        M H KNIGHT                                                                  1.00
        Begin reviewing draft dismissal agreement (.50); teleconference with J. Normile to discuss ██████████████
        ███████████████ (.50).

06/23/20        D T MOSS                                                                    0.50
        Review stipulated dismissal (.20) and communicate with Orr, Normile, and Purdue regarding same (.30).

06/23/20        J J NORMILE                                                                 2.80
        Review and revise draft Stipulated Dismissal Agreement and review of various comments relating to same
        from P. Strassburger, R. Inz and P. Mathers (1.50); preparation for and participation in teleconference with
        P. Strassburger, R. Kreppel, K. Orr and D. Moss regarding various bankruptcy issues relating to draft
        Stipulated Dismissal Agreement (.80); preparation for and participation in teleconference with M. Knight
        regarding ██████████████ relating to draft Stipulated Dismissal Agreement (.50).

06/24/20        P D HENDLER                                                                 1.00
        Consideration of patents to be asserted in potential future litigation (.50); teleconference with J. Normile
        and K. McCarthy regarding same (.50).

305158-610013                                                                                    Page 6
                                                                                              July 24, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                          Invoice:  33402851


| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**06/24/20    M H KNIGHT    3.70**

Continue review of draft dismissal agreement (.70); review ███████████████████ ██████████████ (1.00); prepare summary of agreement and key issues and communicate with J. Normile regarding same (1.00); prepare for and attend teleconference with J. Normile, P. Strassburger, R. Kreppel to discuss agreement and potential modifications to same (.50); ████████████ (.50).

**06/24/20    K MCCARTHY    1.00**

Review/analyze asserted claims of patents in suit (.80) and communicate with P. Hendler and J. Normile regarding same (.20).

**06/24/20    J J NORMILE    3.50**

Continued review and revision of draft Stipulated Dismissal Agreement (1.00); preparation for and participation in teleconference with P. Strassburger, R. Kreppel and M. Knight regarding draft Stipulated Dismissal Agreement and review M. Knight memorandum regarding same (1.00); various correspondence with K. Reinker of Clearly Gottlieb regarding review of draft Stipulated Dismissal Agreement (.50); preparation for and participation in teleconference with K. McCarthy and P. Hendler regarding Orange Book listed patents asserted against IPC and review of relevant background materials (1.00).

**06/25/20    P D HENDLER    1.50**

Consideration of patents to be asserted in potential future litigation.

**06/25/20    M H KNIGHT    2.20**

Prepare proposed edits to draft agreement, along with summary of preliminary key issues (.90); communicate with J. Normile regarding same (.30); telephone calls with L. Bergin and J. Berman to discuss ██████████████████████ (.50); review additional background materials regarding same (.50).

**06/25/20    J J NORMILE    1.00**

Continued review and revision of Stipulated Dismissal Agreement and related teleconference with counsel for Grunenthal regarding same.

**06/26/20    P D HENDLER    0.50**

Consideration of patents to be asserted in potential future litigation including teleconference with J. Normile and K. McCarthy regarding same.

**06/26/20    K MCCARTHY    0.50**

Review patents in suit and communicate with J. Normile and P. Hendler regarding same.

**06/26/20    J J NORMILE    1.50**

Continued review and revision of Stipulated Dismissal Agreement and Stipulation to Dismiss ECSA from IPC I and II (1.00); preparation for and participation in teleconference with K. McCarthy regarding patents to be included in Stipulated Dismissal Agreement and review of background materials regarding same (.50).

**06/27/20    K MCCARTHY    1.70**

Review/analyze IPC edits to proposed stipulated dismissal agreement (.50); communicate with J. Normile, P. Strassburger, R.Kreppel, and R.Inz regarding same (.50); draft/revise proposed stipulated dismissal agreement and communicate with J. Normile regarding same (.70).

**06/27/20    J J NORMILE    2.00**

Review and revise draft Stipulated Dismissal Agreement and various teleconferences with R. Kreppel, P. Strassburger, B. Koch, R. Inz and K. McCarthy regarding same and in particular definition of "major change" (1.50); review of relevant background materials regarding same (.50).

**06/28/20    M H KNIGHT    1.70**

Review and comment on revised draft dismissal agreement (.50); ████████████████████ ██████████ (.70); communicate with P. Strassburger, R. Kreppel, J. Normile regarding draft agreement (.50).

JONES DAY

305158-610013                                                                                    Page 7
                                                                                            July 24, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                    Invoice:  33402851

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

06/28/20    K MCCARTHY                                                                     0.20
Communicate with J. Normile and R. Smith regarding filing joint stipulations dismissing Euro-Celtique S.A. from ongoing litigations (.20).

06/28/20    J J NORMILE                                                                     1.50
Review and revision of current draft of Stipulated Dismissal Agreement including review of comments from P. Strassburger, M. Knight, R. Inz, R. Greiss and B. Koch (1.00); attention to preparation and filing of stipulations to dismiss ECSA including teleconferences with R. Kreppel and K. McCarthy (.50).

06/29/20    J J DARENSBOURG                                                                 0.60
Manage shared database for attorneys of correspondence and pleadings relating to Stipulation and (Proposed) Order Regarding Dismissal of Euro-Celtique S.A. (including Judge's Order).

06/29/20    P D HENDLER                                                                     0.30
Preparation for, participation in and attention to call with client (including B. Koch).

06/29/20    K MCCARTHY                                                                      2.50
Prepare for and participate in teleconference with J. Normile, P. Hendler, P. Strassburger, B.Koch, R. Silbert, R. Kreppel, and R. Inz regarding weekly litigation status updates (.50) including providing comments to weekly tracker (.10); review recent IPC public press releases and filings in response to P. Strassburger request (.50) and communicate with J. Normile regarding same (.20); draft/revise letter to Court regarding recent case developments (.90) and attention to client correspondence regarding comments and edits to same (.30).

06/29/20    J J NORMILE                                                                     2.90
Preparation for and participation in weekly team status teleconference including P. Strassburger, R. Kreppel, B. Koch, R. Inz, R. Silbert, P. Hendler and K. McCarthy (.80); continued review and revision of draft Stipulated Dismissal Agreement including review of various correspondence with comments on same (1.00); attention to filing stipulations dismissing ECSA from proceedings (.30); review and revise letter to Judge Andrews regarding potential settlement including various teleconferences with K. McCarthy (.80).

06/30/20    K MCCARTHY                                                                      0.50
Draft/revise letter to Court regarding case status (.30) and communicate with J. Normile and R. Smith regarding same (.20).

06/30/20    J J NORMILE                                                                     2.50
Preparation for and participation in various teleconferences with P. Strassburger, M. Knight, C. Robertson, J. Davidson, P. Mathers and R. Kreppel regarding various ▆▆▆▆▆▆▆▆▆▆ issues pertaining to Stipulated Dismissal Agreement (1.50); review of background materials regarding same (1.00).

**TOTAL**                                                                                  **87.20**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

July 24, 2020                                                   305158-610022

Invoice: 33402853

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through June 30, 2020:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 1,225.00 |
| Less 13% Fee Discount | | (159.25) |
| | USD | 1,065.75 |
| **TOTAL** | **USD** | **1,065.75** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610022/33402853 WITH YOUR PAYMENT

JONES DAY
J J NORMILE

305158-610022

Collegium 961 PGR

Page 2
July 24, 2020
Invoice:  33402853

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 1.00 | 1,225.00 | 1,225.00 |
| **TOTAL** | **1.00** | **USD** | **1,225.00** |

JONES DAY

305158-610022                                                          Page 3
                                                                    July 24, 2020
Collegium 961 PGR                                          Invoice:  33402853

SERVICES DETAIL SCHEDULE

*Date of Service*    *Timekeeper Name*                              *Hours*

06/30/20     J J NORMILE                                            1.00
     Review of materials forwarded by B. Koch regarding legal research pertaining to the status of Collegium's
     '961 PGR (.50); related teleconference with K. McCarthy and M. Johnson (.50).

**TOTAL**                                                          **1.00**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street

New York, NY 10281-1047

**(212) 326-3939**

Federal Identification Number: 34-0319085

July 24, 2020                                                                          305158-640002

Invoice: 33402860

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through June 30, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 57,107.50 |
| Less 13% Fee Discount | | (7,423.97) |
| | USD | 49,683.53 |
| **TOTAL** | **USD** | **49,683.53** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33402860 WITH YOUR PAYMENT

JONES DAY

305158-640002

Strategic Corporate Advice

Page 2

July 24, 2020

Invoice:  33402860

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 26.10 | 1,225.00 | 31,972.50 |
| ASSOCIATE | | | |
| K MCCARTHY | 37.00 | 605.00 | 22,385.00 |
| A M NICOLAIS | 5.00 | 550.00 | 2,750.00 |
| **TOTAL** | **68.10** | **USD** | **57,107.50** |

305158-640002                                                                          Page 3
                                                                              July 24, 2020
Strategic Corporate Advice                                          Invoice:  33402860


SERVICES DETAIL SCHEDULE


*Date of Service*      *Timekeeper Name*                                          *Hours*

06/01/20        A M NICOLAIS                                              1.00
     Weekly team meeting regarding Purdue litigations (.50); edits/revisions/updates to Purdue weekly tracker
     (.30); communication in firm with K. McCarthy and J. Normile re same (.20).

06/04/20        A M NICOLAIS                                              0.50
     Revise/update Purdue Patents-in-Suit summary and ownership chart in re to potential assignments;
     communication in firm with J. Normile re same.

06/04/20        J J NORMILE                                              3.00
     Preparation for and participation in teleconference with P. Strassburger, B. Koch and R. Inz regarding
     various potential procedural motions and status of various low ABUK patents (1.50); review and revise
     draft procedural motion prepared by Davis Polk (1.00); related teleconference with C. Robertson and K.
     McCarthy (.50).

06/05/20        A M NICOLAIS                                              0.30
     Edits/revisions to Purdue weekly tracker.

06/08/20        A M NICOLAIS                                              1.10
     Edits/revisions to Purdue weekly tracker (.40); communication in firm with K. McCarthy re same (.20);
     Purdue weekly update meeting (.50).

06/09/20        K MCCARTHY                                              2.00
     Preparation for and participation for teleconference with J. Normile re: planned asset divestiture and related
     patent law issues (.50), including review of legal research re: implied licenses provided by B. Koch (.50);
     perform legal research re: rights of patent co-owners and involuntary joinder of patent co-owners (1.00).

06/09/20        J J NORMILE                                              2.50
     Preparation for and participation in teleconference with K. McCarthy and A. Simms regarding ███████
     ████████████████████████████████ and implications of same on pending and future ANDA
     cases and review of relevant background materials (2.00); preparation for and participation in
     teleconference with P. Strassburger regarding same (.50).

06/10/20        K MCCARTHY                                              2.00
     Review legal research regarding patent exhaustion and perform follow-up research re: same (1.00);
     draft/revise memo outline (.80); correspondence with J. Normile re: memo (.20).

06/11/20        K MCCARTHY                                              4.00
     Draft/revise memo outline (.50); review legal research regarding patent co-ownership, patent exhaustion,
     and implied license, and perform follow-up legal research regarding same (2.50); draft/revise internal
     summary of legal research regarding patent co-ownership issues (1.00).

06/11/20        J J NORMILE                                              1.00
     Review of various materials relating to the potential sale of ████████████████████████
     and implications of same on current and future ANDA litigations.

06/12/20        K MCCARTHY                                              7.00
     Draft/revise memorandum of law regarding patent co-ownership, patent exhaustion, and implied license
     (5.00) and communicate internally with J. Normile regarding same (.50); preparation for and participation in
     teleconferences with P. Strassburger, B. Koch, J. Normile, and deal team in-house and outside counsel
     regarding potential asset purchase agreement (1.50).

06/13/20        K MCCARTHY                                              7.00
     Draft/revise memorandum of law regarding patent co-ownership, patent exhaustion, and implied license
     (5.00) and perform related legal research (2.00).



305158-640002                                                                                          Page 4
                                                                                             July 24, 2020
Strategic Corporate Advice                                                           Invoice:  33402860

*Date of Service*      *Timekeeper Name*                                            *Hours*

06/13/20      J J NORMILE                                                3.50
    Review of various deal documents relating to the potential sale of ▇▇▇▇▇▇
    ▇▇▇ (1.00); review of correspondence from R. Schlossberg and M. Sumner regarding same (.50); review
    and revision of legal memorandum relating to exhaustion and implied license issues and review of related
    case law (1.00); review of legal memorandum prepared by Skadden Arps and relevant cited cases therein
    (1.00).

06/14/20      K MCCARTHY                                                 5.50
    Draft/revise memorandum of law regarding patent co-ownership, patent exhaustion, and implied license
    (4.00); preparation for and participation in teleconferences with P. Strassburger, B. Koch, J. Normile, and
    deal team in-house and outside counsel regarding potential asset purchase agreement (1.50).

06/14/20      J J NORMILE                                                3.00
    Preparation for and participation in teleconference with P. Strassburger and B. Koch relating to potential
    sale of ▇▇▇▇▇▇▇▇ (.50); preparation for and participation in
    teleconference with P. Strassburger, B. Koch, K. McCarthy (Purdue), K. McCarthy (Jones Day), R. Aleali,
    R. Schlossberg, M. Sumner, E. Tulin and D. Feinstein regarding ▇▇▇▇▇▇▇▇▇▇▇▇
    ▇▇▇ (1.00); review and revise draft deal documents and review P. Strassburger edits to
    same (1.50).

06/15/20      K MCCARTHY                                                 0.50
    Review updated Catalyst term sheet (.20); attention to correspondence with J. Normile, P. Strassburger, and
    B. Koch re: same (.30).

06/15/20      A M NICOLAIS                                               0.60
    Edits/revisions to Purdue weekly tracker (.20); weekly Purdue team strategy call (.40).

06/15/20      J J NORMILE                                                3.30
    Preparation for and participation in various teleconferences with P. Strassburger, B. Koch and Skadden
    Arps relating to the potential sale of ▇▇▇▇▇▇▇▇ and review of various
    revised deal documents including comments from P. Strassburger, B. Koch and Skadden Arps (2.50);
    preparation for and participation in teleconference with G. Castanias and J. Swize regarding Judge
    Martinotti's decision in the Teva/Narcon matter and review of P. Strassburger email regarding same (.80).

06/17/20      K MCCARTHY                                                 0.50
    Preparation for and participation in teleconference with P. Hendler, B. Koch, and R. Inz regarding patent
    analysis with respect to OxyContin.

06/22/20      A M NICOLAIS                                               0.80
    Edits/revisions to weekly tracker (.20); weekly Purdue update/status call (.60).

06/22/20      J J NORMILE                                                2.00
    Preparation for and participation in teleconference with P. Strassburger regarding Mundipharma EDO
    assets investigation (1.00); review various memos and related materials from Davis Polk and Jones Day
    (1.00).

06/23/20      K MCCARTHY                                                 5.00
    Draft/revise letter to Mundipharma regarding certain intellectual property assets and communicate with J.
    Normile and P. Strassburger regarding same (2.50), review relevant agreements, background materials, and
    legal memoranda regarding same (2.00); revise draft letter in response to P. Strassburger comments and
    edits (.50).

06/23/20      J J NORMILE                                                2.50
    Preparation for and participation in various teleconferences with P. Strassburger and K. McCarthy
    regarding preparation of letter to ▇▇▇▇▇▇▇▇▇▇ (1.50); review of relevant
    background materials including underlying collaboration agreements (1.00).

06/24/20      K MCCARTHY                                                 1.70
    Draft/revise proposed budgets (.70); draft/revise proposed letter to ▇▇▇▇▇▇▇▇▇▇
    (1.00).

305158-640002                                                                          Page 5
                                                                                 July 24, 2020
Strategic Corporate Advice                                                 Invoice:  33402860


*Date of Service*        *Timekeeper Name*                                        *Hours*


06/24/20      J J NORMILE                                                          3.30
              Review multiple drafts and revise letter to ███████████████ (1.50); preparation for
              and participation in various teleconferences with K. McCarthy and P. Strassburger regarding same and
              review of various emails regarding same (1.00); review of redacted Narcan opinion by Judge Martinotti
              (.80).

06/27/20      J J NORMILE                                                          1.00
              Review and revision of draft letter to ███████████████ (.50); review related email
              from P. Strassburger and teleconference with K. McCarthy regarding same (.50).

06/28/20      K MCCARTHY                                                           1.80
              Draft/revise letter to ███████████████ (1.50); attention to correspondence with J.
              Normile and P. Strassburger regarding same (.30).

06/28/20      J J NORMILE                                                          1.00
              Review and revise draft letter to ███████████████ (.50); related teleconferences with
              P. Strassburger and K. McCarthy (.50).

06/29/20      A M NICOLAIS                                                         0.70
              Edits/revisions to Purdue weekly tracker (.20); weekly Purdue client call meeting (.30); communication in
              firm with K. McCarthy re Purdue updates and planning (.20).


      **TOTAL**                                                                  **68.10**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

July 24, 2020                                                                                    305158-999007

                                                                                    Invoice: 33402861

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through June 30, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 46,822.50 |
| Less 13% Fee Discount | | (6,086.92) |
| | USD | 40,735.58 |
| **TOTAL** | **USD** | **40,735.58** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33402861 WITH YOUR PAYMENT

JONES DAY

305158-999007                                                                 Page 2
                                                                      July 24, 2020
Retention Matters                                              Invoice:  33402861

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| **PARTNER** | | | |
| J J NORMILE | 1.40 | 1,225.00 | 1,715.00 |
| **ASSOCIATE** | | | |
| A KORDAS | 10.30 | 750.00 | 7,725.00 |
| F SIDDIQUI | 6.40 | 550.00 | 3,520.00 |
| **STAFF ATTY** | | | |
| L C FISCHER | 64.50 | 525.00 | 33,862.50 |
| **TOTAL** | **82.60** | **USD** | **46,822.50** |

305158-999007                                                                                    Page 3
                                                                                          July 24, 2020
Retention Matters                                                                  Invoice:  33402861

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

06/01/20        L C FISCHER                                                    4.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

06/02/20        L C FISCHER                                                    4.50
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

06/04/20        L C FISCHER                                                    5.50
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

06/05/20        L C FISCHER                                                    5.00
Review and analyze updated conflict reports covering all interested parties in conjunction with preparing
the Firm's first supplemental disclosure as special litigation counsel to the debtors.

06/07/20        L C FISCHER                                                    4.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

06/08/20        L C FISCHER                                                    6.50
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

06/10/20        L C FISCHER                                                    5.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

06/10/20        A KORDAS                                                       1.00
Draft/revise monthly fee statement worksheet (.50); review fee examiner report (.40); confer with J.
Normile regarding same (.10).

06/11/20        L C FISCHER                                                    7.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

06/12/20        A KORDAS                                                       1.00
Draft/revise monthly fee statement and worksheet (.80); correspond with F. Siddiqui regarding same (.20).

06/12/20        F SIDDIQUI                                                     6.00
Review April invoices and input information into excel worksheet (3.00); draft monthly fee statement re
same (2.50); redact April invoices (.50).

06/13/20        L C FISCHER                                                    4.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

06/14/20        L C FISCHER                                                    6.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

06/15/20        L C FISCHER                                                    3.00
Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

06/15/20        A KORDAS                                                       1.80
Draft/revise fee statement (1.00); coordinate filing/service of same (.50); correspond with fee examiner's
office regarding back up files (.20); correspond with debtors' counsel regarding same (.10).

305158-999007                                                                    Page 4
                                                                          July 24, 2020
Retention Matters                                                   Invoice:  33402861

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

06/15/20       F SIDDIQUI                                                         0.40
        File sixth monthly fee statement.

06/17/20       A KORDAS                                                           2.50
        Call with J. Normile regarding monthly fee statements and fee examiner's report (.30); prepare response to
        fee examiner's letter (2.0); internal research in connection with same (.20).

06/17/20       J J NORMILE                                                        0.60
        Preparation for and participation in teleconference with B. Koch and K. McCarthy regarding litigation
        budgets (.30); preparation of May bills (.30).

06/18/20       L C FISCHER                                                        4.00
        Review and analyze conflict inquiry reports covering all interested parties in conjunction with preparing the
        Firm's first supplemental disclosure as special litigation counsel to the debtors.

06/18/20       J J NORMILE                                                        0.80
        Preparation of correspondence to court-appointed fee examiner and review of underlying First Interim Fee
        Application.

06/19/20       A KORDAS                                                           0.80
        Prepare for and participate in call with fee examiner.

06/23/20       L C FISCHER                                                        1.00
        Review and analyze conflict inquiry reports covering all interested parties in conjunction with preparing the
        Firm's first supplemental disclosure as special litigation counsel to the debtors.

06/24/20       L C FISCHER                                                        5.00
        Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
        preparing the Firm's first supplemental disclosure as special litigation counsel for the debtors.

06/26/20       A KORDAS                                                           2.20
        Draft/revise May invoices in connection with fee application (2.00); correspond with J. Normile regarding
        same (.20).

06/30/20       A KORDAS                                                           1.00
        Draft/revise monthly fee statement (.50); confer with J. Normile and J. McCarthy regarding May invoices
        (.50).

**TOTAL**                                                                        **82.60**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

August 31, 2020                                                         305158-610005

Invoice: 33414462

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through July 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 30,663.00 |
| Less 13% Fee Discount | | (3,986.19) |
| | USD | 26,676.81 |
| **TOTAL** | **USD** | **26,676.81** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610005/33414462 WITH YOUR PAYMENT

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** |  |  |  |
| P D HENDLER | 7.50 | 1,125.00 | 8,437.50 |
| J J NORMILE | 11.80 | 1,225.00 | 14,455.00 |
| **OF COUNSEL** |  |  |  |
| K I NIX | 0.40 | 1,125.00 | 450.00 |
| **ASSOCIATE** |  |  |  |
| K MCCARTHY | 12.10 | 605.00 | 7,320.50 |
| **TOTAL** | **31.80** | **USD** | **30,663.00** |

305158-610005                                                                    Page 3
                                                                         August 31, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33414462

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

07/02/20        K MCCARTHY                                                        0.50
Review PGR legal research in response to client requests and provide comments.

07/06/20        P D HENDLER                                                       0.30
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding
matter.

07/06/20        K MCCARTHY                                                        0.50
Review PGR legal research requested by client and communicate with J. Normile and M. Johnson regarding
same.

07/07/20        P D HENDLER                                                       0.50
Consideration of lifting stay.

07/07/20        K MCCARTHY                                                        2.00
Review PGR legal research requested by client and draft/revise internal summary regarding same (1.00);
prepare for and participate in teleconference with J. Normile and A. Simms regarding PGR legal research
(.50); perform follow-up legal research ███████████ and communicate with J. Normile
regarding same (.50).

07/07/20        J J NORMILE                                                       1.00
Preparation for and participation in various teleconferences with C. Robertson (DPW), G. LaRosa and P.
Hendler regarding motion to lift stay in the Massachusetts proceeding.

07/08/20        P D HENDLER                                                       0.50
Consideration of lifting the stay.

07/08/20        K MCCARTHY                                                        3.00
Review legal research conducted in response to client requests and discuss with J. Normile and M. Johnson
(1.00); prepare for and participate in teleconference with J. Normile, M. Johnson, P. Strassburger, B. Koch,
R. Inz and others regarding said research (1.00); perform follow up legal research regarding interplay
between bankruptcy and intellectual property law based on new issues raised on said teleconference (1.00).

07/09/20        P D HENDLER                                                       0.50
Teleconference with opposing counsel regarding lifting stay.

07/09/20        J J NORMILE                                                       1.70
Preparation for and participation in various teleconferences with C. Robertson (DPW) regarding various
procedural issues relating to the 961 PGR (.40); preparation for and participation in teleconference with J.
Holdreith, P. Hendler, G. LaRosa, O. Langer, C. Pinahs and S. Gautier regarding various procedural aspects
of the District of Massachusetts litigation and the 961 PGR (.50); review of relevant background materials
relating to PTAB orders regarding extending the one-year deadline for issuance of final written decision
(.40); preparation for and participation in teleconference with K. Orr and D. Moss regarding the procedural
history of the 961 PGR (.40).

07/13/20        P D HENDLER                                                       0.50
Preparation for, participation in and attention to teleconference with client (including P. Strassburger)
regarding matter.

07/13/20        K MCCARTHY                                                        1.00
Prepare for and participate in teleconference with J. Normile, P. Hendler, P. Strassburger, B. Koch, R.
Silbert, R. Inz, and R. Kreppel regarding litigation status updates (.50), including reviewing and providing
comments to litigation tracker (.20); attention to correspondence from B. Koch regarding case strategy
(.30).

305158-610005                                                                                    Page 4
                                                                                         August 31, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                          Invoice: 33414462

| *Date of Service* | *Timekeeper Name* | *Hours* |
| --- | --- | --- |

07/13/20      J J NORMILE                                                                      1.00
Preparation for and participation in various teleconferences with C. Robertson (DPW) and P. Strassburger regarding upcoming teleconference with the UCC (.50); review of correspondence from K. Orr, D. Moss and R. Simms regarding status of the 961 PGR (.50).

07/14/20      J J NORMILE                                                                      1.80
Preparation for and participation in various teleconferences with P. Strassburger, C. Robertson (DPW) and E. Vonnegut (DPW) regarding pending Motion to Lift Stay and upcoming call with counsel for Collegium regarding same (1.00); preparation for and participation in teleconference with counsel for Collegium, C. Robertson (DPW) and E. Vonnegut (DPW) regarding potential stipulations relating to Massachusetts action and 961 PGR (.80).

07/15/20      P D HENDLER                                                                     0.70
Preparation for teleconference with client regarding case strategy.

07/16/20      P D HENDLER                                                                     0.50
Teleconference with client (B. Koch) regarding strategy concerning case.

07/16/20      K MCCARTHY                                                                    1.80
Prepare for and participate in teleconference with B. Koch, J. Normile, and P. Hendler regarding case strategy (.80); including review of patent analyses and related case materials (.50); perform follow-up legal research regarding patent damages and communicate with B. Koch regarding same (.50).

07/16/20      J J NORMILE                                                                      1.00
Preparation for and participation in teleconference with B. Koch, P. Hendler and K. McCarthy regarding Xtampza.

07/20/20      P D HENDLER                                                                     1.30
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding matter (.30); attention to Collegium's filings in the bankruptcy court (1.00).

07/20/20      K MCCARTHY                                                                    0.10
Review and provide comments to Purdue litigation status tracker.

07/20/20      K I NIX                                                                               0.40
Attention to damages issues and email to J. Normile regarding same.

07/20/20      J J NORMILE                                                                      1.00
Review of Collegium's motion to lift the stay in the 961 PGR and response to Purdue's motion to lift the stay in the District of Massachusetts action (.50); various teleconferences and emails with P. Strassburger, C. Robertson (DPW) and B. Koch (.50).

07/23/20      K MCCARTHY                                                                    0.50
Review/analyze Collegium bankruptcy motion papers regarding automatic stay and communicate with M. Johnson regarding same.

07/24/20      P D HENDLER                                                                     0.50
Attention to article regarding market analysis.

07/27/20      P D HENDLER                                                                     0.20
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding matter.

07/27/20      K MCCARTHY                                                                    0.50
Participate in teleconference with B. Koch and P. Hendler regarding litigation testing issues (.20); communicate internally and with outside testing expert regarding same (.30).

07/27/20      J J NORMILE                                                                      1.00
Preparation for and participation in weekly team teleconference with P. Strassburger, B. Koch, R. Kreppel, R. Silbert, R. Inz, P. Hendler and K. McCarthy (.50); review and discussion regarding Judge Saylor's Order regarding stay (.50).

305158-610005                                                              Page 5
                                                                August 31, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33414462


*Date of Service*      *Timekeeper Name*                        *Hours*

07/29/20      K MCCARTHY                                        0.20
       Communicate with M. Johnson regarding Collegium PGR memorandum.

07/29/20      J J NORMILE                                       0.80
       Review of various correspondence from C. Robertson (DPW) regarding preparation of PTAB and District
       Court riders for memo in support of objections/reply for lift stay motion.

07/30/20      P D HENDLER                                       1.00
       Preparation of response to Collegium's submission regarding stay.

07/30/20      J J NORMILE                                       1.00
       Preparation for and participation in teleconference with P. Hendler and M. Johnson regarding preparation
       for memorandum in support of objections/reply on lift stay motions.

07/31/20      P D HENDLER                                       1.00
       Work in connection with Purdue's response to Collegium's bankruptcy submission.

07/31/20      K MCCARTHY                                        2.00
       Draft/revise memorandum of law regarding ███████████████ and communicate with M.
       Johnson regarding same (2.00).

07/31/20      J J NORMILE                                       1.50
       Review and revision of draft objection/reply of various lift stay motions and review of correspondence
       from C. Robertson (DPW) regarding same.


       **TOTAL**                                                **31.80**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

August 31, 2020                                                                 305158-610013

Invoice: 33414463

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through July 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 34,333.00 |
| Less 13% Fee Discount | | (4,463.29) |
| | USD | 29,869.71 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| Consultants and Agents Fees | 2,475.00 |
| Hosting Charges | 3,000.00 |
| | 5,475.00 |

**TOTAL**                                          **USD**          **35,344.71**

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33414463 WITH YOUR PAYMENT

JONES DAY

305158-610013                                                              Page 2
                                                                    August 31, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.              Invoice:  33414463

TIMEKEEPER DETAIL SCHEDULE

|                   | Hours | Rate     | Amount    |
|-------------------|-------|----------|-----------|
| PARTNER           |       |          |           |
| L R BERGIN        | 1.50  | 950.00   | 1,425.00  |
| J B BERMAN        | 2.30  | 1,075.00 | 2,472.50  |
| P D HENDLER       | 0.80  | 1,125.00 | 900.00    |
| M H KNIGHT        | 6.20  | 1,075.00 | 6,665.00  |
| J J NORMILE       | 13.10 | 1,225.00 | 16,047.50 |
| OF COUNSEL        |       |          |           |
| K I NIX           | 0.30  | 1,125.00 | 337.50    |
| G D OLIVER        | 1.20  | 1,075.00 | 1,290.00  |
| ASSOCIATE         |       |          |           |
| K MCCARTHY        | 6.60  | 605.00   | 3,993.00  |
| PARALEGAL         |       |          |           |
| J J DARENSBOURG   | 3.70  | 325.00   | 1,202.50  |
| **TOTAL**         | **35.70** | **USD**  | **34,333.00** |

305158-610013                                                                      Page 3
                                                                          August 31, 2020

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                 Invoice:  33414463

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| | | |

06/30/20     M H KNIGHT                                                            4.70
Continue preparing ███████████████████████████ (3.70); confer with J. Normile
regarding aspects of same (.50); telephone call with P. Strassburger regarding same (.50).

07/01/20     J J NORMILE                                                           2.00
Continued attention to draft Standstill Litigation Agreement including various teleconferences with R.
Kreppel and R. Greiss (1.00); preparation of letter to Judge Andrews regarding same (1.00).

07/02/20     J J DARENSBOURG                                                       0.10
Manage shared database for attorneys of Letter to Judge Andrews regarding Settlement Agreement.

07/02/20     M H KNIGHT                                                            1.50
Review prior FTC statements in connection with matter (1.00); telephone call with J. Normile regarding
current litigation and proposed dismissal agreement (.50).

07/06/20     P D HENDLER                                                           0.30
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding
matter.

07/06/20     K MCCARTHY                                                            0.50
Prepare for and participate in teleconference with J. Normile, P. Hendler, R. Silbert, B. Koch, R. Kreppel,
and R. Inz regarding litigation status updates (.50).

07/07/20     J J NORMILE                                                           0.50
Review of various emails from R. Kreppel and K. McCarthy regarding waiver of service of process forms
for IPC III matter including review of relevant background materials.

07/08/20     J J DARENSBOURG                                                       0.20
Manage shared database for attorneys of Defendants' Waiver of Service for Summons.

07/08/20     K MCCARTHY                                                            1.00
Draft/revise waiver of service materials (.50); attention to correspondence with opposing counsel, co-
counsel, and local counsel regarding executing and filing same (.50).

07/08/20     J J NORMILE                                                           1.00
Review of correspondence from R. Kreppel regarding various service issues in IPC III (.50); various
teleconferences with K. McCarthy regarding same (.50).

07/09/20     J J NORMILE                                                           0.80
Review of █████████████████████████████████████████████

07/13/20     J J NORMILE                                                           1.60
Preparation for and participation in teleconference with R. Kreppel and M. Knight regarding ██████
(.80); preparation for and participation in weekly team teleconference with P. Strassburger, R. Kreppel, B.
Koch, R. Inz, R. Silbert, P. Hendler and K. McCarthy (.80).

07/14/20     J B BERMAN                                                            1.30
Review draft memo analyzing █████████████████████████ (1.00); draft and circulate
email-memo commenting on same (.30).

07/14/20     J J DARENSBOURG                                                       0.20
Manage/docket pending deadlines for IPC III matter.

07/15/20     L R BERGIN                                                            1.50
Analyze ████████████████████ (1.00); communications with M. Knight regarding same (.50).

07/15/20     J B BERMAN                                                            1.00
Further analysis and emails regarding draft memo regarding █████████████████████

305158-610013                                                                          Page 4
                                                                              August 31, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                Invoice:  33414463

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

07/15/20    G D OLIVER                                                          1.20
Review of draft memo and email exchanges with M. Knight and J. Berman.

07/16/20    J J DARENSBOURG                                                     0.20
Manage deposition transcript and errata files of D Kyle for review by B Koch.

07/19/20    J J NORMILE                                                         0.50
Review of various correspondence from P. Mathers, R. Inz and P. Strassburger regarding ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and review of various background materials.

07/20/20    P D HENDLER                                                         0.30
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding
matter.

07/20/20    J J NORMILE                                                         0.50
Preparation for and participation in weekly team teleconference including P. Strassburger, R. Kreppel, B.
Koch, R. Inz, R. Silbert, K. McCarthy and P. Hendler.

07/21/20    J J NORMILE                                                         1.30
Review various correspondence from M. Knight regarding ▮▮▮▮▮▮▮▮ (.50); review
R. Kreppel comments to ▮▮▮▮▮▮ (.80).

07/22/20    K MCCARTHY                                                          0.50
Attention to correspondence with J. Normile and P. Hendler regarding patents asserted and dismissed in
ongoing litigations.

07/22/20    J J NORMILE                                                         2.00
Preparation for and participation in teleconference with R. Kreppel and M. Knight regarding ▮▮▮▮
▮▮▮▮ on IPC Stipulated Dismissal Agreement (1.00); preparation for and participation in teleconference
with M. Johnson regarding Collegium lift stay motion and related correspondence with K.. McCarthy and
P. Hendler (1.00).

07/23/20    J J NORMILE                                                         0.80
Review of various emails regarding Bankruptcy Court approval of IPC lift stay motion to enter Stipulated
Dismissal Agreement and review of various budgets relating to IPC litigations.

07/27/20    J J DARENSBOURG                                                     0.50
Manage/prepare procedure for destruction of Defendant's confidential material.

07/27/20    P D HENDLER                                                         0.20
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding
matter.

07/27/20    K MCCARTHY                                                          2.30
Prepare for and participate in teleconference with P. Strassburger, B. Koch, R. Silbert, R. Inz, R. Kreppel, J.
Normile, and P. Hendler regarding litigation status updates (.50), including review of litigation status tracker
(.20); coordinate filing of IPC stipulated dismissals (.60) and attention to miscellaneous correspondence
with client, opposing counsel, co-counsel, and local counsel regarding same (1.00).

07/27/20    K I NIX                                                             0.30
Reviewed letter to Delaware court regarding dismissal and order of bankruptcy court.

07/27/20    J J NORMILE                                                         1.00
Review of draft ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and relevant litigation
budgets relating to same.

07/28/20    J J DARENSBOURG                                                     2.40
Manage/prepare procedure for destruction of Defendant's confidential material; manage shared database
for attorneys of Letter to Judge Andrews regarding Bankruptcy Order and Stipulated Dismissals.

JONES DAY

305158-610013

Page 5

August 31, 2020

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Invoice: 33414463

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 07/28/20 | K MCCARTHY | 2.00 |

Communicate with J. Normile and J. Darensbourg regarding post-dismissal compliance with protective order (.50); draft/revise document destruction memo (.50); review personal case files and delete Defendants' highly confidential information in compliance with the protective order (1.00).

| 07/28/20 | J J NORMILE | 1.10 |
|---|---|---|

Review of various ECF orders regarding dismissal of IPC I, II and III (.30); review correspondence from R. Kreppel regarding 30-month stay orders and forwarding same (.30); review of M. Knight final draft of ███████████ (.50).

| 07/29/20 | K MCCARTHY | 0.30 |
|---|---|---|

Communicate with outside experts regarding case status and protective order compliance.

| 07/30/20 | J J DARENSBOURG | 0.10 |
|---|---|---|

Manage shared database for attorneys of Report to Commissioner of Patents and Trademarks.

**TOTAL** **35.70**

305158-610013                                                              Page 6
                                                                    August 31, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.        Invoice:  33414463

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **CONSULTANTS FEES** | | | | |
| 07/16/20 | NYC ACCOUNTING | NYC | 1,800.00 | |
| | Consultants fees - RICHARD O MANNION for professional services rendered - April 2020. | | | |
| 07/16/20 | NYC ACCOUNTING | NYC | 675.00 | |
| | Consultants fees - RICHARD O MANNION for professional services rendered - May 2020. | | | |
| | **Consultants fees Subtotal** | | | **2,475.00** |
| **HOSTING CHARGES** | | | | |
| 07/06/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Hosting Charges - EMERSON RESOURCES, INC. for May 2020 storage. | | | |
| 07/16/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Hosting Charges - EMERSON RESOURCES, INC. for June storage | | | |
| | **Hosting Charges Subtotal** | | | **3,000.00** |
| | **TOTAL** | | **USD** | **5,475.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

August 31, 2020                                                          305158-610022

                                                                  Invoice: 33414464

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through July 31, 2020:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 26,560.00 |
| Less 13% Fee Discount | | (3,452.80) |
| | USD | 23,107.20 |
| **TOTAL** | **USD** | **23,107.20** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610022/33414464 WITH YOUR PAYMENT

JONES DAY

305158-610022

Collegium 961 PGR

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| M W JOHNSON | 7.40 | 800.00 | 5,920.00 |
| G J LAROSA | 4.50 | 1,075.00 | 4,837.50 |
| J J NORMILE | 12.90 | 1,225.00 | 15,802.50 |
| **TOTAL** | **24.80** | **USD** | **26,560.00** |

305158-610022                                                                                    Page 3
                                                                                        August 31, 2020

Collegium 961 PGR                                                               Invoice:  33414464

## SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

07/01/20        J J NORMILE                                          2.00
Continued review and revision of Lift Stay Motion including various correspondence from C. Robertson
(DPW) and P. Strassburger and teleconference with P. Strassburger (1.50); various teleconferences with B.
Koch, M. Johnson and K. McCarthy regarding status of 961 PGR (.50).

07/04/20        J J NORMILE                                          0.80
Review correspondence from K. McCarthy regarding status of 961 PGR and related background materials.

07/07/20        G J LAROSA                                          1.50
Communicate with client regarding strategy concerning motion to lift stay and reviewed related legal
research.

07/07/20        J J NORMILE                                          1.00
Review of relevant legal research regarding the status of Collegium's 961 PGR (.50)including teleconference
with K. McCarthy and A. Simms regarding same (.50).

07/08/20        M W JOHNSON                                          1.80
Draft/revise memorandum on termination of PGR based on failure to render decision within 18 months
(1.30); brief client regarding the same (.50).

07/08/20        G J LAROSA                                          1.00
Communicate regarding PGR strategy.

07/08/20        J J NORMILE                                          2.80
Preparation for and participation in teleconference with B. Koch, R. Inz, P. Hendler, K. McCarthy, A.
Simms, M. Johnson and G. LaRosa regarding current status of Collegium 961 PGR (1.00); review of legal
research regarding statutory requirements to complete PGRs in an 18-month period including related
teleconferences (1.30); review recent correspondence with J. Holdreith regarding bankruptcy stipulations
regarding bankruptcy stays (.50).

07/09/20        G J LAROSA                                          1.00
Communicate in firm regarding motion to lift stay.

07/09/20        J J NORMILE                                          1.70
Preparation for and participation in various teleconferences with C. Robertson (DPW) regarding various
procedural issues relating to the 961 PGR (.40); preparation for and participation in teleconference with J.
Holdreith, P. Hendler, G. LaRosa, O. Langer, C. Pinahs and S. Gautier regarding various procedural aspects
of the District of Massachusetts litigation and the 961 PGR (.50); review of relevant background materials
relating to PTAB orders regarding extending the one-year deadline for issuance of final written decision
(.40); preparation for and participation in teleconference with K. Orr and D. Moss regarding the procedural
history of the 961 PGR (.40).

07/10/20        J J NORMILE                                          1.00
Continued attention to various issues relating to the status of the 961 PGR including review of relevant
PTO rules and regulations and various provisions of the U.S. Bankruptcy Code (.80); related teleconference
with B. Koch (.20).

07/13/20        J J NORMILE                                          1.00
Preparation for and participation in various teleconferences with C. Robertson (DPW) and P. Strassburger
regarding upcoming teleconference with the UCC (.50); review of correspondence from K. Orr, D. Moss
and R. Simms regarding status of the 961 PGR (.50).

07/14/20        G J LAROSA                                          1.00
Communicate with Collegium's counsel and in firm regarding termination of PGR and motion to lift stay.

305158-610022                                                               Page 4
                                                                    August 31, 2020
Collegium 961 PGR                                           Invoice:  33414464


| Date of Service | Timekeeper Name | Hours |
|---|---|---|

07/20/20    J J NORMILE                                                     1.00
Review of Collegium's motion to lift the stay in the 961 PGR and response to Purdue's motion to lift the stay in the District of Massachusetts action and various teleconferences and emails with P. Strassburger, C. Robertson (DPW) and B. Koch.

07/21/20    M W JOHNSON                                                     0.50
Review/analyze Collegium brief regarding lifting of PTAB stay; discuss with J. Normile.

07/21/20    J J NORMILE                                                     1.60
Preparation for and participation in teleconference with P. Strassburger, B. Koch, C. Robertson (DPW), E. Vonnegut (DPW), M. Tobac, K. Benedict and S. Sandhu regarding Collegium's submission to the bankruptcy court regarding various automatic stay issues (.50); related correspondence with D. Moss and P. Strassburger (.30); preparation for and participation in teleconference with P. Strassburger, B. Koch, C. Robertson (DPW), E. Vonnegut (DPW), M. Tobac, K. Benedict and S. Sandhu regarding Collegium's submission to the bankruptcy court regarding various automatic stay issues (.50); related correspondence with D. Moss and P. Strassburger (.30).

07/22/20    M W JOHNSON                                                     1.00
Draft/revise memorandum regarding authority for PTAB to terminate PGR more than 18 months post-institution.

07/30/20    M W JOHNSON                                                     4.10
Draft/revise bankruptcy court Reply regarding lifting of PTAB stay, particularly arguing that it is inappropriate for the bankruptcy court to compel the PTAB to issue a final written decision.

**TOTAL**                                                                  **24.80**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

August 31, 2020                                                              305158-640002

Invoice: 33414465

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through July 31, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 26,924.50 |
| Less 13% Fee Discount | | (3,500.18) |
| | USD | 23,424.32 |
| **TOTAL** | **USD** | **23,424.32** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                           Citibank, N.A.
New York, NY                            New York, NY
Account Name: Jones Day          Account Name: Jones Day
Account No: 37026407             Account No: 37026407
ABA No: 021000089               ABA No: 021000089
                                        Swift Code: CITIUS33

PLEASE REFERENCE 305158-640002/33414465 WITH YOUR PAYMENT

305158-640002                                                              Page 2
                                                                   August 31, 2020
Strategic Corporate Advice                                    Invoice:  33414465

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER | | | |
| D T MOSS | 1.60 | 1,000.00 | 1,600.00 |
| J J NORMILE | 12.10 | 1,225.00 | 14,822.50 |
| K D ORR | 1.00 | 1,350.00 | 1,350.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 4.40 | 605.00 | 2,662.00 |
| A M NICOLAIS | 3.10 | 550.00 | 1,705.00 |
| R SIMS | 8.70 | 550.00 | 4,785.00 |
| **TOTAL** | **30.90** | **USD** | **26,924.50** |

305158-640002                                                              Page 3
                                                                August 31, 2020

Strategic Corporate Advice                                  Invoice:  33414465


### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 07/02/20 | J J NORMILE | 1.50 |

Preparation for and participation in teleconference with P. Strassburger, C. Robertson (DPW), B. Koch, E. Rothman and R. Kreppel regarding potential due diligence teleconferences on various pending motions (1.00); teleconference with M. Knight regarding preparation of memorandum relating to IPC Standstill Dismissal Agreement (.50).

| 07/03/20 | J J NORMILE | 1.00 |
|---|---|---|

Various correspondence with C. Robertson (DPW) regarding UCC inquiries regarding procedural status of Collegium litigation and review of background materials regarding same.

| 07/06/20 | A M NICOLAIS | 0.70 |
|---|---|---|

Edits/revisions to Purdue weekly tracker (.20); communication in firm re same (.10); Purdue all matters weekly status update meeting (.40).

| 07/09/20 | D T MOSS | 1.00 |
|---|---|---|

Communicate with Normile and Orr regarding automatic stay considerations (.50); review PTAB orders (.20) and bankruptcy precedent re section 108(c) (.10) and communicate with Sims (.20) regarding further research.

| 07/09/20 | K D ORR | 1.00 |
|---|---|---|

Communicate with Normile and Moss regarding automatic stay considerations.

| 07/09/20 | R SIMS | 0.50 |
|---|---|---|

Call with D. Moss regarding research related IP prosecution and automatic stay; review correspondence and documents regarding same.

| 07/10/20 | R SIMS | 6.20 |
|---|---|---|

Review and analyze PTAB opinion and order (.20); review correspondence from D. Moss and J. Normile regarding Collegium position on section 108 and automatic stay (.20); research regarding application of section 108 and automatic stay (5.30); draft research memo regarding same (.50).

| 07/11/20 | D T MOSS | 0.30 |
|---|---|---|

Communicate with Sims regarding research points (.20) and review PTAB decision regarding same (.10).

| 07/11/20 | R SIMS | 0.50 |
|---|---|---|

Review and analyze PTAB opinion (.10); research regarding application of section 108 to appeal deadline (.20); draft email memo regarding same (.10); further correspondence with D. Moss regarding same (.10).

| 07/13/20 | K MCCARTHY | 0.50 |
|---|---|---|

Draft/revise projected budget (.30) and communicate with J. Normile and B. Koch regarding same (.20).

| 07/13/20 | D T MOSS | 0.30 |
|---|---|---|

Review Sims memo regarding 108 application (.20); communicate with Sims regarding same (.10).

| 07/13/20 | A M NICOLAIS | 1.00 |
|---|---|---|

Edits/revisions to Purdue weekly tracker (.20); communication in firm with K. McCarthy re same (.10); updates to Collegium litigation timeline at request of J. Normile (.30); weekly Purdue meeting (.40).

| 07/13/20 | R SIMS | 1.50 |
|---|---|---|

Research regarding PTAB proceeding and application of automatic stay and section 108 (.90); draft memo regarding research (.20); review and analyze PTAB opinion (.10); call with D. Moss regarding research (.10); further draft and revise research memo (.20).

| 07/14/20 | J J NORMILE | 1.00 |
|---|---|---|

Preparation for and participation in teleconference regarding Collegium Lift Stay Motion with Akin Gump (counsel for the unsecured creditors committee), P. Strassburger, C. Robertson (DPW) and E. Vonnegut (DPW).

305158-640002                                                                      Page 4
                                                                          August 31, 2020
Strategic Corporate Advice                                          Invoice:  33414465


*Date of Service*      *Timekeeper Name*                                    *Hours*

07/15/20      J J NORMILE                                                    1.50
          Review of various correspondence regarding UCC request for an extension of time to file objections (.50);
          attention to submission of various litigation budgets to the UCC including various emails with P.
          Strassburger, C. Robertson (DPW) and B. Koch (.50); review of correspondence from M. Knight and R.
          Kreppel regarding ██████████████ (.50).

07/16/20      J J NORMILE                                                    0.50
          Review of MMA cover letter and submission and various correspondence from P. Strassburger regarding
          same.

07/17/20      J J NORMILE                                                    0.80
          Review of various correspondence from C. Robertson (DPW) regarding objections to motion to lift stay
          for IPC settlements and to resume proceedings in the MA court against Collegium.

07/20/20      A M NICOLAIS                                                   0.80
          Edits/revisions/preparation of Purdue weekly tracker (.30); communication in firm with K. McCarthy re
          same (.10); Purdue weekly update and strategy meeting (.40).

07/22/20      K MCCARTHY                                                     3.50
          Draft/revise proposed litigation budget summary per B. Koch comments and communicate with J.
          Normile regarding same.

07/23/20      J J NORMILE                                                    1.30
          Attention to various matters relating to Project Catalyst including various emails from Skadden Arps and B.
          Koch relating to various IP matters.

07/24/20      J J NORMILE                                                    1.50
          Preparation for and participation in teleconference relating to draft APA including A. Gallogly, B. Koch, K.
          McCarthy, J. Doyle, M. Gibson, M. Summer and R. Schlossberg (1.00); review of draft APA and
          correspondence with B. Koch regarding same (.50).

07/25/20      J J NORMILE                                                    0.50
          Various correspondence to and from P. Strassburger and B. Koch regarding Project Catalyst.

07/27/20      K MCCARTHY                                                     0.40
          Draft/revise projected litigation budgets and communicate with J. Normile and B. Koch regarding same
          (.40).

07/27/20      A M NICOLAIS                                                   0.60
          Edits/revisions to Purdue weekly tracker (.30); weekly Purdue update call (.30).

07/27/20      J J NORMILE                                                    1.50
          Preparation for and participation in teleconference with A. Gallogly, B. Koch, K. McCarthy, J. Doyle, M.
          Gibson, M. Summer and R. Schlossberg regarding APA and various IP issues including review of relevant
          background materials.

07/29/20      J J NORMILE                                                    1.00
          Preparation for and participation in teleconference with P. Strassburger and B. Koch regarding revised
          Catalyst APA.

**TOTAL**                                                                   **30.90**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

August 31, 2020                                                                   305158-999007

                                                                                         Invoice: 33414466

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through July 31, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 53,462.50 |
| Less 13% Fee Discount | | (6,950.12) |
| | USD | 46,512.38 |
| **TOTAL** | **USD** | **46,512.38** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-999007/33414466 WITH YOUR PAYMENT

305158-999007                                                        Page 2
                                                                August 31, 2020
Retention Matters                                          Invoice:  33414466


TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| ASSOCIATE |  |  |  |
| A KORDAS | 27.00 | 750.00 | 20,250.00 |
| F SIDDIQUI | 3.40 | 550.00 | 1,870.00 |
| STAFF ATTY |  |  |  |
| L C FISCHER | 59.70 | 525.00 | 31,342.50 |
| **TOTAL** | **90.10** | **USD** | **53,462.50** |

305158-999007                                                                                              Page 3
                                                                                              August 31, 2020

Retention Matters                                                                   Invoice: 33414466

SERVICES DETAIL SCHEDULE

*Date of Service*      *Timekeeper Name*                                                       *Hours*

07/02/20        L C FISCHER                                                                     4.00
        Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
        preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

07/02/20        A KORDAS                                                                        2.80
        Finalize and coordinate filing the monthly fee statement.

07/03/20        A KORDAS                                                                        1.00
        Draft/revise second interim fee application.

07/03/20        F SIDDIQUI                                                                      1.20
        Finalize and file seventh monthly fee statement.

07/04/20        A KORDAS                                                                        2.00
        Draft/revise second interim fee application.

07/06/20        L C FISCHER                                                                     0.50
        Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
        preparing the Firm's disclosure as special litigation counsel to the debtors.

07/06/20        A KORDAS                                                                        2.00
        Draft/revise second interim fee application.

07/07/20        L C FISCHER                                                                     5.00
        Review and analyze updated conflict inquiry reports covering all interested parties in connection with
        preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

07/08/20        L C FISCHER                                                                     4.50
        Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
        preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

07/08/20        A KORDAS                                                                        2.60
        Draft/revise fee application and worksheet in connection with same.

07/09/20        A KORDAS                                                                        4.00
        Draft/revise second interim fee application (2.60); correspond with J. Normile and J. McCarthy regarding
        same (.40); review June invoices for compliance with UST guidelines (1.00).

07/10/20        A KORDAS                                                                        2.70
        Draft/revise second interim fee application (2.40); correspond with J. Normile regarding same (.30).

07/14/20        L C FISCHER                                                                     1.50
        Review and analyze updated conflict reports covering all interested parties in conjunction with preparing
        the Firm's first supplemental disclosure as special litigation counsel for the debtors.

07/15/20        L C FISCHER                                                                     1.80
        Review and analyze updated conflict inquiry reports covering all interested parties in conjunction with
        preparing the Firm's first supplemental disclosure as special litigation counsel to the debtors.

07/15/20        A KORDAS                                                                        3.60
        Draft/revise fee application and coordinate filing of same (3.10); correspond with D. Consla (DPW)
        regarding service (.20); calls with J. Normile regarding matter (.30).

07/15/20        F SIDDIQUI                                                                      2.20
        Compile feb-may redacted invoices and check against as-filed version (.90); finalize and file the second
        interim fee application (1.20).

305158-999007                                                                                    Page 4

                                                                                        August 31, 2020

Retention Matters                                                                Invoice:  33414466

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

07/16/20          L C FISCHER                                                          5.50
    Review and analyze updated conflict inquiry reports covering all interested parties, including additional new
    parties in interest, in conjunction with preparing the Firm's first supplemental disclosure as special litigation
    counsel to the debtors.

07/17/20          L C FISCHER                                                          7.50
    Review and analyze updated conflict inquiry reports covering all interested parties, including additional new
    parties in interest, in conjunction with preparing the Firm's first supplemental disclosure as special litigation
    counsel to the debtors.

07/20/20          L C FISCHER                                                          8.10
    Review and analyze updated conflict inquiry reports covering all interested parties, including new interested
    parties in conjunction with preparing the Firm's first supplemental disclosure as special litigation counsel.

07/21/20          L C FISCHER                                                          6.30
    Review and analyze updated conflict inflict reports covering all interested parties, including new interested
    parties, in conjunction with preparing the Firm's disclosure as special litigation counsel to the debtors.

07/22/20          A KORDAS                                                             2.40
    Draft/revise June invoices to comply with UST guidelines (1.90); draft/revise monthly fee statement (.50).

07/24/20          L C FISCHER                                                          2.00
    Draft and revise supplemental disclosure schedule for the Firm's third supplemental disclosure.

07/24/20          A KORDAS                                                             2.20
    Draft/revise monthly fee statement and accompanying worksheet (2.00); confer with J. Normile regarding
    matter (.20).

07/25/20          L C FISCHER                                                          2.00
    Draft and revise supplemental disclosure schedule for the Firm's third supplemental disclosure.

07/27/20          L C FISCHER                                                          3.00
    Draft and revise supplemental disclosure schedule for the Firm's third supplemental disclosure.

07/28/20          L C FISCHER                                                          8.00
    Draft and revise disclosure documents in conjunction with preparing the Firm's first supplemental
    disclosure (5.80); research regarding parent companies and other related issues for same (1.20); email
    communication with Firm New Matter Services regarding same (1.00).

07/29/20          A KORDAS                                                             1.70
    Finalize monthly fee statement and coordinate filing and service of same.

**TOTAL**                                                                          **90.10**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

September 16, 2020                                                                 305158-610005

Invoice: ******

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through August 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 56,535.00 |
| Less 13% Fee Discount | | (7,349.55) |
| | USD | 49,185.45 |
| **TOTAL** | **USD** | **49,185.45** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                         Citibank, N.A.
New York, NY                          New York, NY
Account Name: Jones Day               Account Name: Jones Day
Account No: 37026407                  Account No: 37026407
ABA No: 021000089                     ABA No: 021000089
                                      Swift Code: CITIUS33

PLEASE REFERENCE 305158-610005/****** WITH YOUR PAYMENT

305158-610005                                                                                    Page 2

September 16, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                          Invoice:  *****

TIMEKEEPER DETAIL SCHEDULE

|                    | Hours | Rate     | Amount    |
|--------------------|-------|----------|-----------|
| **PARTNER**        |       |          |           |
| P D HENDLER        | 0.40  | 1,125.00 | 450.00    |
| C M MORRISON       | 1.00  | 950.00   | 950.00    |
| J J NORMILE        | 29.40 | 1,225.00 | 36,015.00 |
| **ASSOCIATE**      |       |          |           |
| J B HARRIS         | 3.20  | 525.00   | 1,680.00  |
| K MCCARTHY         | 20.50 | 605.00   | 12,402.50 |
| A M NICOLAIS       | 5.80  | 550.00   | 3,190.00  |
| **PARALEGAL**      |       |          |           |
| J J DARENSBOURG    | 1.50  | 325.00   | 487.50    |
| **LEGAL SUPPORT**  |       |          |           |
| K HORN             | 3.40  | 400.00   | 1,360.00  |
| **TOTAL**          | **65.20** | **USD** | **56,535.00** |

305158-610005                                                                                                   Page 3
                                                                                              September 16, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                          Invoice:  *****

SERVICES DETAIL SCHEDULE

*Date of Service*        *Timekeeper Name*                                              *Hours*

08/02/20        K MCCARTHY                                                          0.40
Review case pleadings regarding applicability of summary judgment arguments to other asserted patents
(0.3) and communicate with P. Hendler regarding same (0.1).

08/02/20        A M NICOLAIS                                                        0.40
Communication in firm with P. Hendler re '919 patent status in Collegium matter; reviewing Collegium
pleadings/docket re same.

08/02/20        J J NORMILE                                                         1.00
Review and revision of Omnibus Reply in Support of Debtor's Lift Stay Motion including correspondence
from M. Johnson and various emails with K. Orr and D. Moss.

08/03/20        P D HENDLER                                                        0.40
Preparation for, participation in and attention to teleconference with client (including B. Koch) regarding
matter.

08/03/20        K MCCARTHY                                                          0.20
Participate in part of weekly client teleconference regarding litigation status updates (0.2).

08/03/20        J J NORMILE                                                         2.80
Preparation for and participation in weekly team teleconference with P. Strassburger, R. Silbert, B. Koch, R.
Inz, P. Hendler and K. McCarthy (.50); preparation for and participation in teleconference with P.
Strassburger regarding Collegium's response to lift stay motions and review of various correspondence
from P. Hendler, A. Nicolais and K. McCarthy regarding same (1.0); review and revise same (.50);
preparation for and participation in teleconference with K. Orr and D. Moss regarding same (.80).

08/08/20        J J NORMILE                                                         0.50
Preparation for and participation in teleconference with P. Strassburger regarding reply brief on lift stay
motion.

08/10/20        K MCCARTHY                                                          1.00
Review/analyze draft response to Collegium liftstay motion (0.2); review analyze Collegium SJ motion
briefing and decision (0.5) and draft/revise internal summary regarding same (0.3).

08/10/20        J J NORMILE                                                         1.90
Preparation for and participation in weekly team teleconference with P. Strassburger, R. Kreppel, R. Silbert,
B. Koch, R. Inz and K. McCarthy (.30); preparation for and participation in teleconference with K. Orr, D.
Moss, P. Strassburger, B. Koch, R. Inz and R. Sims regarding preparation of reply/opposition brief relating
to various motions to lift stay (.80); review draft of same prepared by DPW and B. Koch's comments to
same (.80).

08/11/20        J J NORMILE                                                         1.00
Review and revision of reply/opposition to various lift stay motions including correspondence with R.
Sims, M. Johnson and D. Moss.

08/12/20        J J NORMILE                                                         1.50
Continued review and revision of opposition to reply/objection to various lift stay motions and review
correspondence regarding same.

08/13/20        K MCCARTHY                                                          5.50
Draft/revise memorandum of law (4.50) and perform legal research in support of same (1.0).

08/13/20        J J NORMILE                                                         1.50
Continued attention to preparation of reply/objection to various lift stay motions including correspondence
with R. Sims, K. Orr and P. Strassburger.

08/14/20        C M MORRISON                                                        0.50
Phone call with P. Hendler and follow up with J. Normile regarding Massachusetts case.

305158-610005                                                                                    Page 4
                                                                                      September 16, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                            Invoice:  *****

*Date of Service*      *Timekeeper Name*                                              *Hours*

08/17/20        J J NORMILE                                                            0.50
         Preparation for and participation in weekly team teleconference with P. Strassburger, R. Kreppel, B. Koch,
         R. Inz and K. McCarthy and review of recent correspondence regarding pending matters.

08/18/20        J J NORMILE                                                            1.50
         Review and revision of draft reply/objection memorandum to various lift stay motions including comments
         from various team members and teleconference with P. Strassburger.

08/23/20        J J NORMILE                                                            0.80
         Review of various correspondence relating to the upcoming oral argument on various lift stay motions and
         review of draft correspondence to the FDA regarding Xtampza.

08/24/20        J J NORMILE                                                            3.10
         Attention to various matters regarding pending lift stay motions and upcoming August 26 hearing before
         Judge Drain including various teleconferences with B. Koch, P. Strassburger, R. Inz and C. Robertson
         (1.50); preparation of questionnaire for same including various emails with K. Orr and D. Moss (.80);
         various correspondence with M. Johnson regarding various PTAB procedural issues (.80).

08/25/20        K HORN                                                                 0.90
         Review PGR papers and pleadings to devise list of relevant dates in preparation for hearing per K.
         McCarthy.

08/25/20        K MCCARTHY                                                             0.90
         Draft/revise timeline of key Collegium PGR events (0.4); attention to miscellaneous correspondence with J.
         Normile, M. Johnson, and paralegals regarding same (0.5).

08/25/20        J J NORMILE                                                            1.50
         Preparation for upcoming hearing before Judge Drain including preparation of questions, PTAB timeline
         and investigation of various statistics relating to PTAB proceedings.

08/26/20        J J NORMILE                                                            2.50
         Preparation for and participation in hearing before Judge Drain regarding various lift stay motions (1.5);
         various teleconferences with C. Robertson and the client regarding same and review of various emails
         regarding same (1.0).

08/27/20        J J DARENSBOURG                                                        0.10
         Manage shared database for attorneys of correspondence regarding request for lifting of stay by Defendant.

08/27/20        K HORN                                                                 1.50
         Compile references cited in Motion to Terminate Collegium PGR2018-00048 per K. McCarthy.

08/27/20        K MCCARTHY                                                             6.50
         Draft/revise memorandum regarding motion to terminate PGR2018-00048 (5.7); attention to
         miscellaneous correspondence regarding bankruptcy court ruling on Purdue's and Collegium's liftstay
         motions and related issued (0.8).

08/27/20        A M NICOLAIS                                                           4.80
         Communication in firm with K. McCarthy re Collegium PGR/Bankruptcy Motion to Terminate
         proceeding and research; research re PGR extensions due to Patent Owner's bankruptcy filing;
         review/analyze AIA legislative history re 18-month deadline; review/analyze prior extended IPR/PGRs
         with granted extensions due to bankruptcy filing; drafting summaries re same; drafting memo re motion to
         terminate.

08/27/20        J J NORMILE                                                            2.00
         Review of various correspondence regarding 8/26/20 bankruptcy hearing regarding various lift stay
         motions (1.0); preparation for and participation in teleconference with K. McCarthy and G. LaRosa
         regarding same (.50); review of Collegium's email to the PTAB and related teleconferences (.50).

08/28/20        J J DARENSBOURG                                                        1.00
         Manage/prepare filed Complaint and Protective Orders for attorney and client review; manage shared
         database for attorneys of correspondence regarding request for motion to terminate.

305158-610005                                                                Page 5
                                                                      September 16, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                 Invoice:  ******

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

08/28/20   **J B HARRIS**                                                    3.20
Review and revise memo regarding the motion to terminate.

08/28/20   **K HORN**                                                        1.00
Cite check Memorandum in Support of Motion to Terminate PGR per K. McCarthy.

08/28/20   **K MCCARTHY**                                                    3.00
Draft/revise memorandum regarding motion to terminate PGR2018-00048 (2.5); communicate internally
regarding same (0.2); coordinate cite check of draft memo (0.3).

08/28/20   **C M MORRISON**                                                  0.20
Phone call with J. Normile regarding D.Mass. hearing; confer with Collegium's counsel regarding same.

08/28/20   **J J NORMILE**                                                   2.80
Preparation for and participation in various teleconferences with G. LaRosa and C. Robertson regarding
proposed bankruptcy order (1.0); review of transcript of 8/26/20 hearing before Judge Drain and various
correspondence with B. Koch, C. Robertson and G. LaRosa regarding same (1.0); review of draft
memorandum regarding motion to terminate PTAB proceedings and related correspondence from K.
McCarthy and G. LaRosa (.80).

08/29/20   **K MCCARTHY**                                                    1.20
Perform legal research regarding ███████████████████████ (1.0) and communicate
with G. LaRosa regarding same (0.2). ██████████████████

08/29/20   **J J NORMILE**                                                   1.50
Continued review and revisions of draft memorandum relating to motion to terminate PTAB proceedings
and related authorities.

08/30/20   **K MCCARTHY**                                                    1.30
Draft/revise memorandum regarding motion to terminate PGR (1.0) and communicate with J. Normile
and G. LaRosa regarding same (0.3).

08/30/20   **J J NORMILE**                                                   1.00
Review of correspondence from D. Consla and P. Strassburger relating to draft bankruptcy order and
review of transcript from 8/26/20 hearing.

08/31/20   **J J DARENSBOURG**                                               0.40
Manage shared database for attorneys of correspondence regarding teleconference requests with PTAB
Board.

08/31/20   **K MCCARTHY**                                                    0.50
Draft/revise memorandum regarding Collegium PGR and communicate internally regarding same (0.5).

08/31/20   **C M MORRISON**                                                  0.30
Confer with Collegium regarding hearing scheduling; review proposed communication to PTAB and
provide comments.

08/31/20   **A M NICOLAIS**                                                  0.60
Drafting memo re motion to terminate PGR (.3); reviewing prior email communications re same (.2);
communication in firm with K. McCarthy re same (.1).

08/31/20   **J J NORMILE**                                                   2.00
Preparation for and participation in weekly team teleconference with P. Strassburger, B. Koch, R. Inz, R.
Silbert, R. Kreppel, A. Nicolais and P. Hendler (.50); review of recent correspondence regarding bankruptcy
hearing and upcoming teleconference with the PTAB including emails from D. Moss and G. LaRosa (1.0);
review and revise memorandum relating to motion to terminate PGR proceedings (.50).

**TOTAL**                                                                    **65.20**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

September 16, 2020                                                      305158-610013

Invoice: ******

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through August 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 42,775.00 |
| Less 13% Fee Discount | | (5,560.75) |
| | USD | 37,214.25 |

## DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 1,500.00 | |
| | | 1,500.00 |
| **TOTAL** | **USD** | **38,714.25** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                              Citibank, N.A.
New York, NY                              New York, NY
Account Name:  Jones Day          Account Name:  Jones Day
Account No:  37026407                Account No:  37026407
ABA No:  021000089                   ABA No:  021000089
                                                Swift Code:  CITIUS33

PLEASE REFERENCE 305158-610013/****** WITH YOUR PAYMENT

305158-610013                                                            Page 2
                                                                September 16, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.          Invoice:  *****

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| M H KNIGHT | 36.40 | 1,075.00 | 39,130.00 |
| J J NORMILE | 1.00 | 1,225.00 | 1,225.00 |
| ASSOCIATE |  |  |  |
| N V GIRIDHAR | 1.00 | 525.00 | 525.00 |
| K MCCARTHY | 2.50 | 605.00 | 1,512.50 |
| A M NICOLAIS | 0.40 | 550.00 | 220.00 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 0.50 | 325.00 | 162.50 |
| **TOTAL** | **41.80** | **USD** | **42,775.00** |

305158-610013                                                                              Page 3
                                                                            September 16, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                    Invoice:  *****

SERVICES DETAIL SCHEDULE

*Date of Service*        *Timekeeper Name*                                        *Hours*

07/09/20         M H KNIGHT                                                       4.20
         Prepare draft memorandum regarding antitrust analysis of proposed settlement agreement.

07/10/20         M H KNIGHT                                                       5.00
         Continue preparing draft memorandum regarding antitrust analysis of proposed settlement agreement.

07/13/20         M H KNIGHT                                                       4.50
         Review draft opinion regarding merits of ongoing patent litigation; teleconference with J. Normile and R.
         Kreppel regarding same; continue preparing draft memorandum regarding antitrust analysis of proposed
         settlement agreement.

07/14/20         M H KNIGHT                                                       4.30
         Prepare for and attend teleconference with R. Kreppel to discuss ███████████████████████
         ██████ ; finalize initial draft of memorandum regarding antitrust analysis of proposed settlement
         agreement; communicate with J. Berman, G. Oliver, J. Normile regarding same. ██████████████
         ██████

07/15/20         M H KNIGHT                                                       2.00
         Communicate with G. Oliver, J. Berman and L. Bergin regarding comments on draft memorandum on
         ████████████████████████████████████████ ; research
         additional background information with respect to voluntary notice filings and communicate with R.
         Kreppel regarding same.

07/16/20         M H KNIGHT                                                       1.50
         Draft notice letters and cover sheets for voluntary notice filing under ███████████████████ ;
         correspond with R. Kreppel, P. Strassburger regarding same.

07/21/20         M H KNIGHT                                                       1.70
         Review edits to notice letter and cover sheet under ████████████████ and revise same to
         incorporate edits; review edits to draft memorandum regarding antitrust analysis of proposed settlement
         agreement and begin revising same; communicate with R. Kreppel, J. Normile regarding same.

07/22/20         M H KNIGHT                                                       3.80
         Teleconference with R. Kreppel, J. Normile to discuss draft opinion; continue revising same.

07/23/20         M H KNIGHT                                                       2.00
         Continue revising draft memorandum regarding antitrust analysis of proposed settlement agreement;
         communicate with R. Kreppel regarding same.

07/24/20         M H KNIGHT                                                       0.80
         Teleconference with J. Normile, R. Kreppel and P. Strassburger to discuss revised memorandum regarding
         antitrust analysis of proposed settlement agreement; begin making final edits to same.

07/25/20         M H KNIGHT                                                       4.40
         Revise memorandum regarding antitrust analysis of proposed settlement agreement to reflect additional
         comments received; correspond with P. Strassburger, R. Kreppel regarding same.

07/29/20         M H KNIGHT                                                       2.20
         Review additional budgeting information provided by J. Normile; revise and finalize memorandum
         regarding antitrust analysis of proposed settlement agreement.

08/02/20         K MCCARTHY                                                       0.10
         Communicate with A. Nicolais regarding updates to litigation status tracker (0.1).

08/03/20         A M NICOLAIS                                                     0.40
         Edits/revision to Purdue weekly tracker (.2); weekly Purdue meeting (.2).

305158-610013                                                                          Page 4
                                                                            September 16, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                     Invoice: *****

*Date of Service*      *Timekeeper Name*                                   *Hours*

08/10/20        K MCCARTHY                                                  1.00
        Prepare for and participate in teleconference with P. Strassburger, B. Koch, R. Inz regarding litigation status
        updates (0.1), including review of litigation status tracker (0.2); communicate with J. Normile and A.
        Nicolais regarding proposed modifications to protective order (0.4); attention to correspondence with
        expert Bugay regarding case status (0.3).

08/10/20        J J NORMILE                                                 0.50
        Various teleconferences and emails with K. McCarthy regarding preparation of stipulation to extend certain
        provisions of case protective order and review of same.

08/11/20        K MCCARTHY                                                  0.50
        Attention to miscellaneous correspondence with Jones Day team and opposing counsel regarding
        modification to protective order (0.3); attention to correspondence with expert D. Bugay and B. Koch
        regarding testing issues (0.2).

08/12/20        J J DARENSBOURG                                             0.10
        Manage shared database for attorneys of correspondence regarding extending the deadline for document
        destruction and certification.

08/13/20        N V GIRIDHAR                                                1.00
        Draft/revise proposed stipulated order extending protective order deadlines.

08/13/20        K MCCARTHY                                                  0.70
        Revise draft stipulation regarding modifying certain protective order deadlines (0.3) and communicate with
        J. Normile (0.1) and N. Giridhar (0.3) regarding same.

08/14/20        J J NORMILE                                                 0.50
        Review and revision of draft stipulation regarding protective order and review of correspondence from K.
        McCarthy, Y. Tang and E. Ormond regarding same.

08/19/20        J J DARENSBOURG                                             0.40
        Manage shared database for attorneys of correspondence and pleadings regarding Stipulation and Order
        regarding document destruction.

08/20/20        K MCCARTHY                                                  0.20
        Attention to expert correspondence regarding case status (0.2).

        **TOTAL**                                                          41.80

305158-610013                                                                    Page 5
                                                                        September 16, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.              Invoice:  ******

### DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **CONSULTANTS FEES** | | | | |
| 08/18/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Consultants fees - EMERSON RESOURCES, INC. for professional services rendered - July 2020. | | | |
| | **Consultants fees Subtotal** | | | **1,500.00** |
| **TOTAL** | | | **USD** | **1,500.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street

New York, NY  10281-1047

**(212) 326-3939**

Federal Identification Number:  34-0319085

September 16, 2020                                             305158-610022

                                                              Invoice: ******

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through August 31, 2020:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 7,122.50 |
| Less 13% Fee Discount | | (925.92) |
| | USD | 6,196.58 |

DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Court Costs | | 70.00 |
| | | 70.00 |
| **TOTAL** | **USD** | **6,266.58** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610022/****** WITH YOUR PAYMENT

JONES DAY

305158-610022

Collegium 961 PGR

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** |  |  |  |
| M W JOHNSON | 4.20 | 800.00 | 3,360.00 |
| G J LAROSA | 3.50 | 1,075.00 | 3,762.50 |
| **TOTAL** | **7.70** | **USD** | **7,122.50** |

305158-610022                                                          Page 3
                                                           September 16, 2020
Collegium 961 PGR                                          Invoice:  ******

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 08/02/20 | M W JOHNSON | 2.10 |
| | Draft/revise Bankruptcy Court brief regarding PTAB stay/termination. | |
| 08/13/20 | M W JOHNSON | 0.30 |
| | Draft/revise Bankruptcy Court brief. | |
| 08/27/20 | G J LAROSA | 1.50 |
| | Review/analyze legal research regarding motion to terminate and conferred in firm regarding same; and prepared correspondence to the Board regarding same. | |
| 08/28/20 | M W JOHNSON | 1.30 |
| | Draft/revise memo regarding motion to terminate Post Grant Review proceeding at Patent Trial and Appeal Board regarding '961 Patent. | |
| 08/28/20 | G J LAROSA | 1.00 |
| | Communicate with Bankruptcy counsel regarding motion to lift the stay and terminate the PGR; and prepared correspondence to the Board regarding same. | |
| 08/30/20 | M W JOHNSON | 0.50 |
| | Research and draft memo regarding ability to file interlocutory appeal to Federal Circuit upon adverse ruling by PTAB regarding forthcoming Motion to Terminate. | |
| 08/31/20 | G J LAROSA | 1.00 |
| | Draft/revise legal memo regarding motion to terminate the PGR, and conferred in firm regarding same. | |

**TOTAL**                                                          **7.70**

JONES DAY

305158-610022

Collegium 961 PGR

Page 4
September 16, 2020
Invoice:  *****

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **COURT COSTS** | | | | |
| 08/27/20 | J J NORMILE | NYC | 70.00 | |
| | Court Costs 8/26/20 Hearing with Judge Robert Drain (CourtSolutions) 26-Aug-2020 | | | |
| | **Court costs Subtotal** | | | **70.00** |
| | **TOTAL** | | **USD** | **70.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

September 16, 2020                                                            305158-610028

                                                                              Invoice: ******

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through August 31, 2020:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 9,067.50 |
| Less 13% Fee Discount | | (1,178.77) |
| | USD | 7,888.73 |
| **TOTAL** | **USD** | **7,888.73** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610028/****** WITH YOUR PAYMENT

305158-610028

Accord Healthcare Inc.

Page 2

September 16, 2020

Invoice:  *****

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
|   J J NORMILE | 6.30 | 1,225.00 | 7,717.50 |
| ASSOCIATE | | | |
|   K MCCARTHY | 2.00 | 605.00 | 1,210.00 |
| STAFF | | | |
|   A M LOAN | 0.80 | 175.00 | 140.00 |
| **TOTAL** | **9.10** | **USD** | **9,067.50** |

305158-610028                                                                  Page 3
                                                                    September 16, 2020

Accord Healthcare Inc.                                               Invoice:  *****

SERVICES DETAIL SCHEDULE

*Date of Service*        *Timekeeper Name*                                *Hours*

08/27/20        J J NORMILE                                               1.00
        Review of Accord Healthcare Inc.'s Paragraph IV certification letter and review correspondence from R.
        Inz regarding same.

08/28/20        K MCCARTHY                                               1.00
        Attention to miscellaneous correspondence with J. Normile, A. Nicolais, and docketing and paralegal team
        regarding new case intake processes, including calendaring of initial deadlines, etc. (0.5); review/analyze
        Accord's letter regarding Paragraph IV certification (0.5).

08/28/20        J J NORMILE                                               1.30
        Continued review of Accord Healthcare Inc.'s Paragraph IV certification letter and teleconference with B.
        Koch regarding same (1.0); review of various Hatch-Waxman complaints and protective orders, and
        correspondence from K. McCarthy (.30).

08/29/20        J J NORMILE                                               1.00
        Review various correspondence relating to Accord Healthcare Inc. Paragraph IV certification letter and
        consideration of issues relating to venue, proper parties and OCA.

08/30/20        J J NORMILE                                               2.00
        Review various correspondence relating to Accord Healthcare Inc. Paragraph IV certification letter and
        consideration of issues relating to venue, proper parties and OCA.

08/31/20        A M LOAN                                                  0.80
        Research to locate and obtain a list of affiliated companies, state of incorporation, and any recent cases in
        District of Delaware or Middle District of North Carolina for K. McCarthy.

08/31/20        K MCCARTHY                                               1.00
        Review/analyze Accord's letter regarding PIV certification (0.5); communicate with G. LaRosa regarding
        same and Accord's Offer of Confidential Access (0.3); draft revised version of Accord OCA (0.2).

08/31/20        J J NORMILE                                               1.00
        Review of library resources background materials relating to corporate structure of Accord and analysis of
        various jurisdiction and venue issues.

**TOTAL**                                                                **9.10**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

September 16, 2020                                                                             305158-640002

                                                                                          Invoice: ******

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through August 31, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 44,135.00 |
| Less 13% Fee Discount | | (5,737.55) |
| | USD | 38,397.45 |
| **TOTAL** | **USD** | **38,397.45** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-640002/****** WITH YOUR PAYMENT

JONES DAY

305158-640002                                                                                    Page 2
                                                                                    September 16, 2020
Strategic Corporate Advice                                                            Invoice:  *****

TIMEKEEPER DETAIL SCHEDULE

|                | Hours | Rate | Amount |
|----------------|-------|------|--------|
| PARTNER        |       |      |        |
| D T MOSS       | 12.90 | 1,000.00 | 12,900.00 |
| J J NORMILE    | 1.50  | 1,225.00 | 1,837.50 |
| K D ORR        | 3.50  | 1,350.00 | 4,725.00 |
| ASSOCIATE      |       |      |        |
| A M NICOLAIS   | 1.20  | 550.00 | 660.00 |
| C R ROBINSON   | 4.00  | 500.00 | 2,000.00 |
| R SIMS         | 21.60 | 550.00 | 11,880.00 |
| STAFF ATTY     |       |      |        |
| L C FISCHER    | 19.30 | 525.00 | 10,132.50 |
| **TOTAL**      | **64.00** | **USD** | **44,135.00** |

305158-640002                                                                    Page 3
                                                                      September 16, 2020
Strategic Corporate Advice                                            Invoice:  *****

## SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**08/03/20    D T MOSS    1.80**
Review PTAB precedent (.6), Collegium motions (.3), and draft response to the same (.40); communicate with Normile and Orr regarding same (.50).

**08/03/20    K D ORR    1.50**
Review of draft stay relief motion; analysis of section 108 and 362 strategy issues; conference call with J. Normile and D. Moss regarding 108 and 362 strategy tactics.

**08/06/20    D T MOSS    1.00**
Communicate with Orr regarding 108 issues (.2); review prior pleadings by objector (.4); review draft response (.4).

**08/07/20    J J NORMILE    0.50**
Review of various correspondence from K. McCarthy, B. Koch, R. Inz and P. Strassburger relating to low ABUK assets and Project Catalyst.

**08/07/20    R SIMS    0.20**
Call with D. Moss regarding section 108 related to IP litigation.

**08/08/20    J J NORMILE    0.50**
Review of various correspondence from P. Strassburger and R. Inz regarding Project Catalyst.

**08/10/20    L C FISCHER    5.50**
Draft and revise disclosure for the Firm's first supplemental disclosure as special litigation counsel to the debtors.

**08/10/20    D T MOSS    1.60**
Communicate with Orr, Sims, Strassberger, regarding Collegium (.40); review lift stay motion (.60) and draft of response to same (.60).

**08/10/20    K D ORR    1.00**
Conference call with team regarding brief revisions; review of draft brief.

**08/10/20    R SIMS    3.10**
Review and analyze Collegium reply and correspond regarding same; prepare for call with K. Orr, J. Normile, P. Strassburger, and D. Moss regarding Collegium reply and participate in call; revise Collegium reply; research regarding section 108 and advisory opinions.

**08/11/20    L C FISCHER    5.00**
Draft and revise disclosure for the Firm's first supplemental disclosure as special litigation counsel to the debtors.

**08/11/20    D T MOSS    2.60**
Review Collegium filings regarding automatic stay (1.1) and draft response to same (.60); outline responsive arguments (.40) and communicate with Normile and Sims regarding same (.50).

**08/11/20    C R ROBINSON    1.00**
Research application of section 108(c) to administrative actions and limitations on advisory opinions in the Second Circuit.

**08/11/20    R SIMS    6.50**
Call with D. Moss regarding Collegium response; research regarding section 108 and prohibition on advisory opinions; review and analyze PTAB order, Collegium liftstay motion and objection to Purdue liftstay motion, and Purdue liftstay motion; draft and revise Collegium response; coordinate additional research assignments with C. Robinson; draft email correspondence regarding draft response and next steps.

305158-640002                                                              Page 4
                                                            September 16, 2020
Strategic Corporate Advice                                  Invoice:  *****

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**08/12/20    L C FISCHER                                                    6.30**
Draft and revise disclosure for the Firm's first supplemental disclosure as special litigation counsel to the debtors.

**08/12/20    D T MOSS                                                       2.60**
Review revised Collegium papers and redrafts of same (1.40) and multiple communications with Sims regarding same (1.20).

**08/12/20    C R ROBINSON                                                   3.00**
Research application of section 108(c) to administrative actions and limitations on advisory opinions in the Second Circuit.

**08/12/20    R SIMS                                                         6.00**
Research regarding section 108 and advisory opinions; call with D. Moss regarding Collegium reply and research; draft and revise Collegium reply; further revisions to collegium reply; call with D. Moss regarding further revisions to Collegium reply; review research from C. Robinson regarding section 108 and advisory opinions.

**08/13/20    L C FISCHER                                                    2.50**
Draft and revise disclosure document for the Firm's first supplemental disclosure as special litigation counsel to the debtors.

**08/13/20    D T MOSS                                                       1.00**
Review revised response to Collegium (.50) and communicate with Sims regarding same (.50).

**08/13/20    J J NORMILE                                                    0.50**
Attention to various matters relating to second interim fee application and related correspondence with A. Kordas.

**08/13/20    K D ORR                                                        1.00**
Review of draft brief in preparation of edits to brief.

**08/13/20    R SIMS                                                         3.90**
Review and revise Collegium reply; proofread and cite check Collegium reply; further revisions to Collegium reply at request of K. Orr and J. Normile; correspond regarding collegium reply.

**08/14/20    R SIMS                                                         0.60**
Review client revisions to response to Collegium lift stay motion (0.2); revise response to lift stay motion (0.3) and correspond regarding same (0.1).

**08/17/20    A M NICOLAIS                                                   0.20**
Edits/revisions to weekly Purdue tracker.

**08/24/20    D T MOSS                                                       0.30**
Review Collegium response (.2) and communicate with Normile regarding same (.1).

**08/24/20    R SIMS                                                         0.30**
Review and analyze Collegium reply and correspondence regarding same.

**08/25/20    D T MOSS                                                       1.20**
Review Collegium response (.40) and develop challenge questions for oral argument (.60); review Orr comments to same (.20).

**08/26/20    D T MOSS                                                       0.30**
Communicate with Sims regarding Collegium response and argument.

**08/26/20    R SIMS                                                         0.70**
Research regarding ability of PTAB to ender Final Written Decision (0.5) and draft memo regarding same (0.2).

**08/27/20    D T MOSS                                                       0.20**
Communicate with Orr and Normile regarding PTAB transmission and related items.

305158-640002                                                              Page 5
                                                              September 16, 2020
Strategic Corporate Advice                                    Invoice:  ******

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 08/31/20 | D T MOSS | 0.30 |
| | Communicate with Normile and LaRosa regarding scope of automatic stay and policy provisions regarding same. | |
| 08/31/20 | A M NICOLAIS | 1.00 |
| | Edits/revisions to Purdue weekly status update (.4); weekly client call update (.6). | |
| 08/31/20 | R SIMS | 0.30 |
| | Review and analyze reply brief regarding PTAB proceeding and correspondence regarding same. | |
| **TOTAL** | | **64.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

September 16, 2020                                          305158-999007

Invoice: ******

PURDUE PHARMA L.P.
Attention: Philip C. Strassburger, Esq.
Vice President, General Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through August 31, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 10,830.00 |
| Less 13% Fee Discount | | (1,407.90) |
| | USD | 9,422.10 |
| **TOTAL** | **USD** | **9,422.10** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/****** WITH YOUR PAYMENT

305158-999007

Retention Matters

Page 2
September 16, 2020
Invoice: *****

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| ASSOCIATE |  |  |  |
| A KORDAS | 8.70 | 750.00 | 6,525.00 |
| STAFF ATTY |  |  |  |
| L C FISCHER | 8.20 | 525.00 | 4,305.00 |
| **TOTAL** | **16.90** | **USD** | **10,830.00** |

305158-999007                                                                    Page 3
                                                                    September 16, 2020
Retention Matters                                                   Invoice: ******

SERVICES DETAIL SCHEDULE

*Date of Service*      *Timekeeper Name*                                    *Hours*

08/06/20        A KORDAS                                              0.70
         Review/analyze fee examiner letter (.3); correspond with L. Fischer and J. Normile regarding same (.4).

08/07/20        L C FISCHER                                           6.00
         Draft and revise disclosure documents for the Firm's first supplemental disclosure as special litigation
         counsel to the debtors.

08/14/20        A KORDAS                                              0.80
         Review/analyze supplemental disclosures (.3); correspond with J. Normile regarding same and fee examiner
         report (.5).

08/17/20        L C FISCHER                                           2.20
         Draft and revise disclosure for the Firm's first supplemental disclosure as special litigation counsel for the
         debtors (2.00); email communication with A. Kordas regarding same (.20).

08/17/20        A KORDAS                                              1.70
         Draft/revise response to fee examiner (1.5); correspond with J. Normile regarding same (.2).

08/18/20        A KORDAS                                              0.90
         Draft/revise fee examiner report (.7); correspond with J. Normile regarding same (.2).

08/20/20        A KORDAS                                              1.50
         Call with fee examiner and J. Normile regarding second interim fee application (.3); correspond with J.
         Normile regarding same (.2); review July invoices (1.0).

08/26/20        A KORDAS                                              1.80
         Appear for/attend court hearing.

08/31/20        A KORDAS                                              1.30
         Draft/revise monthly fee statement.

**TOTAL**                                                            **16.90**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

October 28, 2020                                                            305158-610005

Invoice: 33434275

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 68,895.00 |
| Less 13% Fee Discount | | (8,956.35) |
| | USD | 59,938.65 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| Consultants and Agents Fees | 3,300.00 |
| United Parcel Service Charges | 122.56 |
| | 3,422.56 |

**TOTAL**                                        **USD**        **63,361.21**

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/33434275 WITH YOUR PAYMENT

JONES DAY

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 2
October 28, 2020
Invoice:  33434275

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| C M MORRISON | 1.60 | 950.00 | 1,520.00 |
| J J NORMILE | 27.60 | 1,225.00 | 33,810.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 47.00 | 605.00 | 28,435.00 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 10.00 | 325.00 | 3,250.00 |
| LEGAL SUPPORT |  |  |  |
| K HORN | 4.70 | 400.00 | 1,880.00 |
| **TOTAL** | **90.90** | **USD** | **68,895.00** |

305158-610005                                                                    Page 3
                                                                        October 28, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33434275

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/01/20 | C M MORRISON | 0.20 |

Confer with clerk and Collegium counsel regarding hearing.

| 09/01/20 | J J NORMILE | 1.00 |

Review various background materials for upcoming teleconference with the PTAB (.50); related correspondence with P. Strassburger and G. LaRosa (.50).

| 09/02/20 | J J DARENSBOURG | 0.30 |

Manage shared database for attorneys of correspondence and pleadings regarding teleconference to discuss Motion to Dismiss.

| 09/02/20 | J J NORMILE | 1.50 |

Preparation for and participation in teleconference with P. Strassburger, B. Koch, R. Inz, G. LaRosa, K. Orr and D. Moss regarding upcoming PTAB hearing and review of Bankruptcy Court Order and briefs.

| 09/03/20 | K MCCARTHY | 1.00 |

Draft/revise motion to terminate Collegium PGR.

| 09/04/20 | K HORN | 0.20 |

Compile documents in response to K. McCarthy request.

| 09/04/20 | K MCCARTHY | 4.00 |

Meet and confer with opposing counsel (0.5); draft/revise summary of meet and confer and communicate with G. LaRosa regarding same (1.5); perform follow-up legal research in preparation for Board call and communicate with G. LaRosa, M. Johnson, and B. Koch regarding same (1.0); participate in Board call (0.8) and communicate with P. Strassburger, B. Koch, J. Normile, G. LaRosa regarding same (0.2).

| 09/04/20 | J J NORMILE | 2.30 |

Preparation for and participation in teleconference with counsel for Collegium regarding upcoming PTAB hearing (1.0); preparation for and participation in teleconference with PTAB and review of related correspondence and teleconference with B. Koch (1.3).

| 09/06/20 | J J NORMILE | 1.00 |

Review of recent correspondence and background materials regarding draft motion to terminate PGR proceedings ████████████████████.

| 09/07/20 | K MCCARTHY | 2.00 |

Draft/revise motion to terminate PGR.

| 09/08/20 | J J DARENSBOURG | 0.70 |

Manage shared database for attorneys of correspondence regarding transcript for teleconference with PTAB.

| 09/08/20 | K MCCARTHY | 2.00 |

Prepare for and participate in teleconference with J. Normile, P. Strassburger, B. Koch, R. Kreppel, and R. Inz regarding weekly litigation status updates (0.4), including review of Purdue litigation status tracker (0.1); draft/revise motion to terminate Collegium PGR (1.3) and communicate with A. Nicolais regarding same (0.2).

| 09/08/20 | J J NORMILE | 2.00 |

Preparation for and participation in weekly team teleconference with P. Strassburger, B. Koch, R. Kreppel, R. Inz, R. Silbert, P. Hendler, K. McCarthy and A. Nicolais (.50); preparation for upcoming status conference with Judge Saylor including review of relevant pleadings and correspondence (1.5).

| 09/09/20 | K MCCARTHY | 5.00 |

Draft/revise motion to terminate PGR.

305158-610005                                                                    Page 4
                                                                        October 28, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                  Invoice:  33434275

| *Date of Service* | *Timekeeper Name* | *Hours* |

**09/09/20    J J NORMILE                                                    1.60**
Review and revision of motion to terminate PGR proceedings and review of correspondence from K.
McCarty regarding same and proposed revisions by G. LaRosa (.80); preparation for upcoming status
conference with Judge Saylor including review of summary judgment order and claim construction order
and review of email from J. Holdreith (counsel for Collegium) (.80).

**09/10/20    J J DARENSBOURG                                                0.20**
Manage shared database for attorneys of correspondence regarding agenda for status conference with Judge
Saylor.

**09/10/20    K MCCARTHY                                                     1.00**
Draft/revise summary materials for Court status conference (0.3) and communicate with A. Nicolais
regarding same (0.2); review and provide comments to updated draft of motion to terminate PGR (0.5).

**09/10/20    C M MORRISON                                                   0.90**
Phone call with J. Normile regarding status and strategy; phone call with Collegium counsel regarding
agenda for status conference.

**09/10/20    J J NORMILE                                                    2.30**
Preparation for upcoming status conference with Judge Saylor including review of relevant background
materials and teleconference with Collegium's counsel regarding same (1.5); attention to draft motion to
terminate including comments from R. Inz, B. Koch and G. LaRosa (.80).

**09/11/20    J J DARENSBOURG                                                2.00**
Manage/prepare/file/serve Patent Owners' Motion to Terminate with accompanying exhibits.

**09/11/20    K HORN                                                         2.20**
Cite check, Shepehardize and Bluebook Motion to Terminate PGR per A. Nicolais.

**09/11/20    K MCCARTHY                                                     3.00**
Draft/revise motion to terminate PGR (1.1) and communicate with J. Normile, G. LaRosa, and A. Nicolais
regarding same (0.6); coordinate finalizing and filing of same (0.9); attention to correspondence with client
regarding same (0.4).

**09/11/20    C M MORRISON                                                   0.50**
Status conference with J. Saylor.

**09/11/20    J J NORMILE                                                    3.30**
Preparation for and participation in status teleconference before Judge Saylor (1.3); review and revise
motion to terminate PGR proceedings including various emails and teleconferences with K. McCarthy, G.
LaRosa and A. Nicolais and review of B. Koch edits (1.5); preparation for and participation in
teleconference with B. Koch regarding status conference before Judge Saylor (.50).

**09/14/20    K MCCARTHY                                                     0.80**
Prepare for and participate in teleconference with J. Normile, P. Hendler, in-house counsel B. Koch, R.
Silbert, R. Inz and R. Kreppel regarding litigation status updates.

**09/14/20    J J NORMILE                                                    1.50**
Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, R.
Kreppel, K. McCarthy, A. Nicolais and P. Hendler including review of relevant materials relating to
pending Collegium cases.

**09/16/20    J J DARENSBOURG                                                0.60**
Manage shared database for attorneys of Electronic Notice of Status Conference for 2020-10-13, Patent
Owners' Motion To Terminate, Updated Mandatory Notices, and accompanying exhibits.

**09/17/20    K MCCARTHY                                                     0.60**
Communicate with expert ██████████ (0.2); attention to internal correspondence regarding same (0.4).

305158-610005                                                              Page 5
                                                                   October 28, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice: 33434275

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**09/18/20     K MCCARTHY                                              1.80**
Review/analyze Collegium's opposition to motion to terminate (0.8), and communicate with G. LaRosa, J. Normile, A. Nicolais and client regarding same (0.7); ██████████████████ (0.3).

**09/18/20     J J NORMILE                                             1.00**
Review of Collegium's opposition to Purdue's motion to terminate PGR proceedings and related emails regarding preparation of reply to same.

**09/19/20     K MCCARTHY                                              2.00**
Review Collegium's opposition to motion to terminate PGR (0.3) and draft internal summary regarding same (0.6); draft/revise outline of reply arguments (0.8) and communicate with A. Nicolais regarding same (0.3).

**09/19/20     J J NORMILE                                             1.50**
Continued review of Collegium's opposition to Purdue's motion to terminate PGR (1.00); correspondence from B. Koch, R. Inz and G. LaRosa and review of draft reply (.50).

**09/20/20     K MCCARTHY                                              8.00**
Draft/revise reply ISO motion to terminate IPR (5.4); perform legal research in support of same (1.9) and communicate with J. Normile, G. LaRosa, and A. Nicolais regarding same (0.7).

**09/20/20     J J NORMILE                                             1.60**
Preparation for and participation in teleconference with G. LaRosa, K. McCarthy and A. Nicolais regarding preparation of reply brief in support of Purdue's motion to terminate PGR (1.3); review of various correspondence from B. Koch, R. Inz, G. LaRosa and K. McCarthy regarding same (.30).

**09/21/20     J J DARENSBOURG                                         1.10**
Manage shared database for attorneys of Petitioner's Opposition to Patent Owners' Motion to Terminate, Updated Exhibit List and Exhibit 1094.

**09/21/20     K MCCARTHY                                              5.00**
██████████████████████████████ (0.3); ██████████
██████████ (0.2); prepare for and participate in teleconference with J. Normile, G. LaRosa, B. Koch, R. Silbert, R. Kreppel, and R. Inz regarding litigation status updates (0.9), including review of weekly litigation status updates tracker (0.1); draft/revise Reply in support of Motion to Terminate PGR (3.0); attention to correspondence with J. Normile, G. LaRosa, A. Nicolais, and paralegal team regarding same (0.5).

**09/21/20     J J NORMILE                                             1.50**
Preparation for and participation in weekly team teleconference including B. Koch, R. Silbert, R. Inz, R. Kreppel, K. McCarthy, A. Nicolais, G. LaRosa and P. Hendler (.50); review and revision of draft reply in support of motion to terminate PGR proceedings and various teleconferences and correspondence with G. LaRosa and K. McCarthy regarding same (1.0).

**09/22/20     J J DARENSBOURG                                         2.60**
Manage/cite check Reply in Support of Motion to Terminate PGR action.

**09/22/20     K HORN                                                  2.30**
Bluebook and Shephardize Collegium PGR - Reply ISO Motion to Terminate per K. McCarthy (1.30); compile Kupper deposition materials for attorney review (1.00).

**09/22/20     K MCCARTHY                                              4.80**
Draft/revise Reply ISO Motion to Terminate PGR in response to internal and client comments (4.0), and attention to internal and client correspondence regarding same (0.8).

**09/22/20     J J NORMILE                                             1.50**
Review and revision of draft reply memorandum in support of motion to terminate PGR (1.00); including various emails from G. LaRosa, K. McCarthy, M. Johnson, B. Koch, R. Kreppel, D. Moss and P. Hendler (.50).

305158-610005                                                                    Page 6
                                                                    October 28, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33434275

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

09/23/20       J J DARENSBOURG                                                2.00
Manage/cite check/file/serve Reply in Support of Motion to Terminate PGR action.

09/23/20       K MCCARTHY                                                     3.00
Draft/revise Reply ISO Motion to Terminate PGR in response to internal and client comments (2.2);
coordinate finalizing and filing of same (0.8).

09/23/20       J J NORMILE                                                    1.50
Final review and revision of reply brief in support of motion to terminate (1.00); review of various emails
from B. Koch, R. Inz, K. McCarthy, A. Nicolais and P. Hendler (.50).

09/24/20       J J DARENSBOURG                                                0.10
Manage shared database for attorneys of correspondence regarding Collegium's intent to file Motion to Stay
Appeal.

09/24/20       J J NORMILE                                                    0.50
Review of correspondence from counsel for Collegium regarding motion to stay bankruptcy appeal and
related correspondence with B. Koch and P. Hendler.

09/28/20       K MCCARTHY                                                     2.00
Attention to correspondence with P. Hendler and paralegal team regarding disposition of certain client case
files (0.5); review/analyze Collegium's sur-reply in opposition to Purdue's motion to terminate PGR and
communicate internally and with client regarding same (1.2); attention to case files regarding PGR motion
briefing (0.3).

09/28/20       J J NORMILE                                                    1.00
Review of Collegium's sur-reply in opposition to Purdue's motion to terminate PGR including various
teleconferences.

09/29/20       K MCCARTHY                                                     1.00
Prepare for and participate in teleconference with Jones Day team, in-house counsel, and co-counsel P.
Hendler regarding litigation status updates (0.9), including review of litigation status tracker (0.1).

09/30/20       J J DARENSBOURG                                                0.40
Manage shared database for attorneys of Petitioner's Sur-Reply in Opposition to Patent Owners' Motion to
Terminate, Updated Exhibit List and Exhibit 1095.

09/30/20       J J NORMILE                                                    1.00
Review of background materials in preparation for upcoming case management conference before Judge
Saylor.

**TOTAL**                                                                    **90.90**

JONES DAY

305158-610005                                                                  Page 7
                                                                      October 28, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33434275

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **CONSULTANTS FEES** | | | | |
| 09/23/20 | NYC ACCOUNTING | NYC | 1,700.00 | |
| 09/23/20 | NYC ACCOUNTING | NYC | 1,600.00 | |
| | **Consultants fees Subtotal** | | | **3,300.00** |

**UNITED PARCEL SERVICE CHARGES**

| 09/02/20 | NYC ACCOUNTING | NYC | 8.76 | |
|------|-----------------|----------|--------|-------|
| | United Parcel Services Charges, RICHARD INZ, PURDUE PHARMA, 1Z10445E0396001324 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0396174246 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0395039939 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0399527056 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0395972297 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0399379314 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0398322108 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0398539929 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0396207264 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0395410876 | | | |
| 09/22/20 | K HORN | NYC | 11.38 | |
| | United Parcel Services Charges, PABLO HENDLER, 1Z10445E0398173887 | | | |
| | **United Parcel Service charges Subtotal** | | | 122.56 |

**TOTAL**                                              **USD**       **3,422.56**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

October 28, 2020                                                                                    305158-610022

Invoice: 33434277

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2020:

| | | |
|---|---|---|
| Collegium 961 PGR | USD | 72,487.50 |
| Less 13% Fee Discount | | (9,423.37) |
| | USD | 63,064.13 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| Court Reporter Fees | 258.00 |
| | 258.00 |

| **TOTAL** | **USD** | **63,322.13** |
|---|---|---|

Please remit payment to:

**ACH Transfer (preferred)**            **Wire Transfer**
Citibank, N.A.                                   Citibank, N.A.
New York, NY                                   New York, NY
Account Name: Jones Day                Account Name: Jones Day
Account No: 37026407                     Account No: 37026407
ABA No: 021000089                         ABA No: 021000089
                                                        Swift Code: CITIUS33

PLEASE REFERENCE 305158-610022/33434277 WITH YOUR PAYMENT

305158-610022

Collegium 961 PGR

Page 2
October 28, 2020
Invoice:  33434277

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| M W JOHNSON | 7.90 | 800.00 | 6,320.00 |
| G J LAROSA | 22.00 | 1,075.00 | 23,650.00 |
| D T MOSS | 7.40 | 1,000.00 | 7,400.00 |
| K D ORR | 6.00 | 1,350.00 | 8,100.00 |
| OF COUNSEL |  |  |  |
| K I NIX | 0.50 | 1,125.00 | 562.50 |
| ASSOCIATE |  |  |  |
| A M NICOLAIS | 47.10 | 550.00 | 25,905.00 |
| R SIMS | 1.00 | 550.00 | 550.00 |
| **TOTAL** | **91.90** | **USD** | **72,487.50** |

305158-610022                                                                    Page 3
                                                                        October 28, 2020

Collegium 961 PGR                                               Invoice:  33434277

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 09/01/20 | R SIMS | 0.20 |

Review order granting relief from automatic stay related to Collegium.

| 09/02/20 | G J LAROSA | 2.00 |

Communicate regarding call with the Board and ▌▌▌▌▌▌▌▌▌▌▌

| 09/02/20 | D T MOSS | 0.70 |

Communicate with client regarding PTAB argument strategy.

| 09/02/20 | K D ORR | 0.70 |

Communicate with client regarding PTAB argument strategy.

| 09/03/20 | G J LAROSA | 1.00 |

Review/analyze legal research (.50); prepared for conference with Board (.50).

| 09/03/20 | D T MOSS | 0.20 |

Communicate with Orr regarding PTAB hearing.

| 09/03/20 | K D ORR | 1.00 |

Review and analysis of Judge Drain's revised Lift stay order (.20); analysis of legal issues for board
presentation (.50); communicate with D. Moss regarding PTAB hearing (.30).

| 09/04/20 | M W JOHNSON | 2.80 |

Research Hitachi and other authorities indicated by Collegium in meet and confer call in preparation for
Board call regarding motion to dismiss.

| 09/04/20 | G J LAROSA | 4.50 |

Appear for/attend conference with the Board (1.50); prepared for same and communicated with client and
team regarding same(2.00); draft/revise motion papers (1.00).

| 09/04/20 | D T MOSS | 1.50 |

Review notes from Collegium meet and confer (.30); participate in PTAB hearing (.80) and debrief from
same (.40).

| 09/04/20 | K D ORR | 1.30 |

Preparation of email regarding briefing analysis (.20); review emails regarding briefing strategy (.20);
participate in PTAB hearing (.70); and debrief from same (.20).

| 09/08/20 | M W JOHNSON | 1.40 |

▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌

| 09/08/20 | G J LAROSA | 1.00 |

Draft/revise motion to terminate and conferred with team and client regarding same.

| 09/08/20 | A M NICOLAIS | 8.40 |

Communication in firm with K. McCarthy re research and drafting of motion to terminate PGR (.3);
reviewing legislative history of post-grant review proceedings (1.5); drafting summary and motion insert re
same (1.25); reviewing 9/4 meeting with PTAB board transcript (.75); drafting summary re same (.5);
reviewing caselaw cited by Collegium in support of petitioners opposition to motion to terminate (2.0);
drafting motion to terminate insert re distinguishing Collegium's caselaw (2.1).

| 09/08/20 | K D ORR | 0.50 |

Review of RTAB board order.

305158-610022                                                                    Page 4
                                                                        October 28, 2020
Collegium 961 PGR                                                Invoice:  33434277

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

09/09/20        M W JOHNSON                                         2.20

██████████████████████████████████████████████
██████████

09/09/20        G J LAROSA                                          2.00
Draft/revise motion to terminate (1.50); conferred with team regarding same (.50).

09/09/20        D T MOSS                                            0.50
Review PTAB brief.

09/09/20        K D ORR                                             0.50
Review of PGR drafts of motion to terminate.

09/10/20        G J LAROSA                                          1.00
Draft/revise motion to terminate and conferred with team regarding same.

09/10/20        D T MOSS                                            0.70
Review revisions to PTAB brief.

09/10/20        A M NICOLAIS                                        7.00
Drafting PGR motion to terminate (3.8); communication in firm with K. McCarthy and G. LaRosa re same (.5); incorporating edits/comments from client (1.0); summarizing edits/revisions to motion re same (.5); preparing supporting exhibits re same (.5); drafting updated mandatory disclosures (.7).

09/10/20        K I NIX                                             0.50
Review/analyze draft motion to terminate and client's proposed insert.

09/11/20        M W JOHNSON                                         1.50

██████████████████████████████████████████████

09/11/20        G J LAROSA                                          1.50
Draft/revise motion to terminate and conferred in firm and with client regarding same.

09/11/20        D T MOSS                                            0.80
Review turns of PTAB brief.

09/11/20        A M NICOLAIS                                        6.00
Edits/revisions to motion to terminate PGR (3.0); communication in firm with K. McCarthy and G. LaRosa re same (.8); conducting/incorporating citation check re same (.7); edits/revisions to support materials/exhibits re same (.8) finalizing papers and coordinating filing (.7).

09/11/20        K D ORR                                             0.50
Analysis of termination motion drafts.

09/18/20        G J LAROSA                                          1.00
Review/analyze opposition to motion to terminate the PGR (.60); conferred in firm regarding same (.40).

09/18/20        A M NICOLAIS                                        4.80
Review/analyze Collegium opposition to Purdue's motion to terminate (1.8); begin outlining and drafting reply brief (2.5); communication in firm with K. McCarthy re same (.5).

09/19/20        A M NICOLAIS                                        3.40
Drafting reply to Collegium's opposition to Purdue's motion to terminate (3.4).

09/20/20        G J LAROSA                                          2.00
Draft/revise reply in support of motion to terminate (1.7); conferred in firm regarding same (.3).

09/20/20        A M NICOLAIS                                        8.30
Drafting reply to Collegium's opposition to Purdue's Motion to Terminate (5.5); communication in firm with K. McCarthy re same (.5); researching supporting caselaw re jurisdictional consequences of non-compliance with agency deadlines (1.8); researching caselaw re statutory interpretation of "shall" (.5).

305158-610022                                                            Page 5
                                                                October 28, 2020
Collegium 961 PGR                                          Invoice:  33434277

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**09/21/20    G J LAROSA                                          3.50**
Draft/revise reply in support of motion to terminate (3.0); conferred with client and team regarding same (.5).

**09/21/20    D T MOSS                                            1.40**
Review Collegium response in PTAB action (.70); review rules regarding notice of case commencement (.60) and communicate with J. Normile regarding same (.10).

**09/21/20    A M NICOLAIS                                        5.00**
Continue draft/edits/revisions to draft reply to Collegium's opposition to motion to terminate (2.75); communication in firm with K. McCarthy re same (.5); researching case law re priority of statutes/regulations (1.0); ████████████████████████ (.75).

**09/21/20    R SIMS                                              0.60**
Call with D. Moss regarding notice requirements for litigation in non-bankruptcy forum (.20); research regarding section 342 and Rule 2002 (.40).

**09/22/20    G J LAROSA                                          1.50**
Draft/revise Reply in support of motion to terminate.

**09/22/20    D T MOSS                                            0.90**
Review PTAB sur-reply (.30) and revise same (.40) and communicate with JD team regarding edits (.20).

**09/22/20    A M NICOLAIS                                        2.80**
Edits/revisions/drafting Purdue's reply to Collegium's opposition to motion to terminate PGR (1.0); incorporating edits/revisions from others re same (.6); communication in firm re same (.4); review/analyze Collegium's cited caselaw and distinguishing (.8).

**09/22/20    K D ORR                                             0.50**
Review of draft reply and research regarding 326 and 362 arguments.

**09/22/20    R SIMS                                              0.20**
Review and research regarding Collegium proceeding.

**09/23/20    G J LAROSA                                          1.00**
Draft/revise Reply in support of motion to terminate and conferred in firm regarding same.

**09/23/20    D T MOSS                                            0.70**
Review finalized PTAB reply (.50) and communicate with team regarding same (.20).

**09/23/20    A M NICOLAIS                                        1.00**
Final review/edits to Purdue's reply to Collegium's Opposition to motion to terminate (.8); communication in firm with K. McCarthy re same (.2).

**09/23/20    K D ORR                                             1.00**
Draft/review reply regarding motion to terminate.

**09/28/20    A M NICOLAIS                                        0.40**
Review/analyze Collegium's sur-reply brief re motion to terminate.

**TOTAL                                                          91.90**

JONES DAY

305158-610022                                                        Page 6
                                                          October 28, 2020

Collegium 961 PGR                                    Invoice:  33434277

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|

**COURT REPORTER FEES**

| 09/17/20 | NYC ACCOUNTING | NYC | 258.00 | |

Court reporter fees - DEPO INTERNATIONAL, INC. For professional services rendered on 09/04/2020: Certified transcript teleconference.

**Court reporter fees Subtotal**                                  **258.00**

**TOTAL**                                          **USD**       **258.00**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

October 28, 2020                                                                   305158-610028

                                                                                            Invoice: 33434280

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2020:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 43,103.00 |
| Less 13% Fee Discount | | (5,603.39) |
| | USD | 37,499.61 |
| **TOTAL** | **USD** | **37,499.61** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610028/33434280 WITH YOUR PAYMENT

**JONES DAY**

305158-610028

Accord Healthcare Inc.

Page 2
October 28, 2020
Invoice:  33434280

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| G J LAROSA | 1.00 | 1,075.00 | 1,075.00 |
| J J NORMILE | 15.90 | 1,225.00 | 19,477.50 |
| ASSOCIATE | | | |
| K MCCARTHY | 11.60 | 605.00 | 7,018.00 |
| A M NICOLAIS | 21.10 | 550.00 | 11,605.00 |
| J SOARES | 5.10 | 525.00 | 2,677.50 |
| PARALEGAL | | | |
| J J DARENSBOURG | 3.60 | 325.00 | 1,170.00 |
| LEGAL SUPPORT | | | |
| K HORN | 0.20 | 400.00 | 80.00 |
| **TOTAL** | **58.50** | **USD** | **43,103.00** |

305158-610028                                                                                           Page 3
                                                                                        October 28, 2020
Accord Healthcare Inc.                                                        Invoice:  33434280

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**09/01/20    J J NORMILE    1.10**
Preparation for and participation in teleconference with R. Kreppel regarding ███████████ ████████████████████ (.30); related teleconference with K. McCarthy and review of background materials regarding same (.80).

**09/02/20    K MCCARTHY    2.00**
Draft/revise edits to Accord's Offer for Confidential Access (0.8) and communicate with J. Normile and G. LaRosa regarding same (0.2); draft/revise summary chart of Accord ANDA actions (0.5) and communicate with J. Normile and J. Soares regarding same (0.5).

**09/02/20    J J NORMILE    1.30**
███████████████████████████████████████ (.80); review of correspondence regarding same and teleconference with K. McCarthy regarding same (.50).

**09/02/20    J SOARES    5.10**
Perform detailed analysis of ANDA litigation precedent (4.1); draft memo regarding same (1.0)..

**09/03/20    K MCCARTHY    1.00**
Draft/revise edits to Accord's Offer for Confidential Access (0.2); draft/revise summary chart of Accord ANDA actions (0.8).

**09/03/20    J J NORMILE    1.00**
Preparation for and participation in teleconference with G. LaRosa and K. McCarthy regarding draft OCA.

**09/04/20    K MCCARTHY    0.50**
Draft/revise Accord Revised OCA (0.2) and communicate with J. Normile and G. LaRosa regarding same (0.2); coordinate paralegal tasks (0.1).

**09/04/20    J J NORMILE    0.80**
Continued attention to draft OCA and related correspondence with K. McCarthy and G. LaRosa.

**09/08/20    K HORN    0.20**
Coordinate set up of distribution list per K. McCarthy.

**09/09/20    J J NORMILE    0.50**
Attention to review and revision of draft OCA and related correspondence.

**09/10/20    G J LAROSA    1.00**
Communicate regarding OCA (.5) ; revised OCA and conferred with team regarding same (.5).

**09/11/20    J J DARENSBOURG    3.60**
Manage ANDA document production for attorney review (2.0); set up shared database for attorneys of initial correspondence (1.6).

**09/11/20    J J NORMILE    1.00**
Preparation for and participation in teleconference with B. Koch regarding OCA and preparation of infringement contentions and complaint including review of background materials.

**09/14/20    K MCCARTHY    0.20**
Attention to correspondence with document discovery vendor regarding Accord's ANDA production (0.2).

**09/16/20    A M NICOLAIS    6.30**
Review/analyze Accord ANDA production (4.5); drafting summary of review re same (1.0); collecting/organizing relevant documents re same (.8).

**09/17/20    K MCCARTHY    0.70**
Review/analyze ANDA production documents (0.6) and communicate with A. Nicolais regarding same (0.1).

305158-610028                                                                    Page 4
                                                                    October 28, 2020
Accord Healthcare Inc.                                              Invoice: 33434280

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

09/17/20    A M NICOLAIS                                                    4.10
Continue review of Accord ANDA document production (2.0); drafting index and collection/organization of relevant documents (.6); communication in firm with K. McCarthy re review (.3); review/analyze production re Noramco impurity specification (.4); review/analyze production re human abuse studies (.3); edits/revisions to summary of review (.5).

09/17/20    J J NORMILE                                                     1.00
Review of documents selected from Accord's ANDA for infringement analysis.

09/18/20    K MCCARTHY                                                     0.20
Review/analyze ANDA production documents (0.2).

09/23/20    A M NICOLAIS                                                    1.70
██████████████████████████████████████ (.5).

09/23/20    J J NORMILE                                                     1.00
Review of B. Koch infringement analysis and related correspondence from B. Koch and A. Nicolais.

09/24/20    A M NICOLAIS                                                    4.60
████████ (3.4); drafting summary of analysis re same (1.0); communication in firm with J. Normile and K. McCarthy re same (.2).

09/25/20    A M NICOLAIS                                                    1.40
██████████████████████████████████████ (.5).

09/25/20    J J NORMILE                                                     1.60
████████ (.80); preparation for and participation in teleconference with B. Koch and A. Nicolais regarding same (.80).

09/28/20    J J NORMILE                                                     2.00
███████████████████ (1.0); review of relevant background materials regarding same (1.0).

09/29/20    K MCCARTHY                                                     2.00
Draft/revise summary of potential asserted patents and claims (1.6) and communicate with J. Normile and A. Nicolais regarding same (0.4).

09/29/20    J J NORMILE                                                     1.80
Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, P. Hendler, K. McCarthy and A. Nicolais (.80); various emails and teleconferences with K. McCarthy regarding ████████████████████████████ (1.0).

09/30/20    K MCCARTHY                                                     5.00
████████████████████ (4.0) and communicate with J. Normile, A. Nicolais, and B. Koch regarding same (0.5); draft/revise stipulation regarding jurisdiction and venue (0.3) and communicate internally regarding same (0.2).

09/30/20    A M NICOLAIS                                                    3.00
██████████████████████████(2.80); communication in firm with K. McCarthy re same (.20).

09/30/20    J J NORMILE                                                     2.80
Preparation for and participation in teleconference with A. Barkoff (counsel for Accord) regarding jurisdiction and venue stipulation and general case management issues (1.0); related teleconference with B. Koch and █████████████████████████████████ (1.5); review of correspondence from K. McCarthy and B. Koch regarding same (.30).

JONES DAY

305158-610028

Accord Healthcare Inc.

Page 5
October 28, 2020
Invoice: 33434280

**TOTAL**                                                    **58.50**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

October 28, 2020                                                    305158-640002

                                                          Invoice: 33434282

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 2,860.00 |
| Less 13% Fee Discount | | (371.80) |
| | USD | 2,488.20 |
| **TOTAL** | **USD** | **2,488.20** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33434282 WITH YOUR PAYMENT

305158-640002                                                              Page 2
                                                                    October 28, 2020

Strategic Corporate Advice                                     Invoice:  33434282

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| ASSOCIATE |  |  |  |
| A M NICOLAIS | 5.20 | 550.00 | 2,860.00 |
| **TOTAL** | **5.20** | **USD** | **2,860.00** |

305158-640002                                                              Page 3
                                                                  October 28, 2020
Strategic Corporate Advice                                    Invoice: 33434282

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 09/01/20 | A M NICOLAIS | 0.80 |
| | Review/analyze/edit/revise Purdue litigation history tracker (.6); communication in firm with K. McCarthy re same (.2). | |
| 09/08/20 | A M NICOLAIS | 1.00 |
| | Drafting weekly Purdue litigation updates (.5); weekly Purdue teleconference meeting (.5). | |
| 09/14/20 | A M NICOLAIS | 1.10 |
| | Edits/revisions to weekly Purdue tracker (.4); weekly Purdue meeting (.6). | |
| 09/21/20 | A M NICOLAIS | 1.40 |
| | Drafting/edits to Purdue weekly status updates (.7); weekly Purdue client meeting (.7). | |
| 09/29/20 | A M NICOLAIS | 0.90 |
| | Drafting weekly Purdue status updates (.3); communication in firm with K. McCarthy re same (.2); weekly Purdue conference call (.4). | |
| **TOTAL** | | **5.20** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

October 28, 2020                                                                          305158-999007

Invoice: 33434283

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through September 30, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 2,625.00 |
| Less 13% Fee Discount | | (341.25) |
| | USD | 2,283.75 |
| **TOTAL** | **USD** | **2,283.75** |

Please remit payment to:

**ACH Transfer (preferred)**                    **Wire Transfer**
Citibank, N.A.                                  Citibank, N.A.
New York, NY                                    New York, NY
Account Name:  Jones Day                        Account Name:  Jones Day
Account No:  37026407                           Account No:  37026407
ABA No:  021000089                              ABA No:  021000089
                                                Swift Code:  CITIUS33

PLEASE REFERENCE 305158-999007/33434283 WITH YOUR PAYMENT

**JONES DAY**

305158-999007

Retention Matters

Page 2
October 28, 2020
Invoice:  33434283

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| ASSOCIATE | | | |
| A KORDAS | 3.50 | 750.00 | 2,625.00 |
| **TOTAL** | **3.50** | **USD** | **2,625.00** |

**JONES DAY**

305158-999007

Page 3
October 28, 2020

Retention Matters

Invoice: 33434283

SERVICES DETAIL SCHEDULE

*Date of Service*       *Timekeeper Name*                                          *Hours*

09/11/20        A KORDAS                                          3.50
    Draft/revise monthly fee statement and accompanying worksheet (3.0); coordinate filing and service of
    same (.5).

**TOTAL**                                              **3.50**