WILMER CUTLER PICKERING HALE
AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| **Debtors.**[1] | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of November, 2020, I caused a true and correct copy of the *Third Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and Reimbursement of Expenses* to be served via email and first class mail upon the parties listed on the attached Service List.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

      /s/ George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE
 AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

## SERVICE LIST

Purdue Pharma L.P.  
201 Tresser Blvd  
Stamford, CT 06901  
Attn:  Jon Lowne  
Email:  Jon.Lowne@pharma.com

Davis Polk & Wardwell LLP  
450 Lexington Avenue  
New York, New York 10017  
Attn.:  Christopher Robertson  
         Dylan Consla  
Email:  christopher.robertson@davispolk.com  
         dylan.consla@davispolk.com  
*(Counsel to the Debtors)*

Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York, NY 10036-6745  
Attn:  Arik Preis  
         Sara L. Brauner  
Email:  apreis@akingump.com  
         sbrauner@akingump.com  
*(Counsel to the Committee)*

Bayard, P.A.  
600 N. King Street, Suite 400  
Wilmington, DE 19801  
Attn:  Justin R. Alberto  
         Daniel N. Brogan  
Email:  jalberto@bayardlaw.com  
         dbrogan@bayardlaw.com  
*(Counsel to the Committee)*

Bielli & Klauder, LLC  
1204 N. King Street  
Wilmington, Delaware 19801  
Attn:  David M. Klauder  
Email:  dklauder@bk-legal.com

Bielli & Klauder, LLC  
1500 Walnut Street, Suite 900  
Philadelphia, PA 19102  
Attn:  Thomas D. Bielli  
Email:  tbielli@bk-legal.com  
*(Counsel to the Fee Examiner)*

Office of the United States Trustee  
U.S. Federal Office Building  
201 Varick Street, Suite 1006  
New York, New York 10014  
Attn:  Paul K. Schwartzberg  
Email:  Paul.Schwartzberg@usdoj.gov