# APPENDIX B

PJT Partners

PJT

November 13, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of June 1, 2020 through June 30, 2020: | $ | 225,000.00 |
| Less: Payment Received | | (180,000.00) |
| **Total Amount Due**[1] | **$** | **45,000.00** |

**Invoice No. 10013476**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Dept. - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

# PJT Partners

# PJT

November 13, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | | |
|---|---|---|---|
| Monthly Fee for the period of July 1, 2020 through July 31, 2020: | | $ | 225,000.00 |

Out-of-pocket expenses processed through July 29, 2020:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 921.12 | |
| Meals | | 320.20 | 1,241.32 |
| Subtotal | | | 226,241.32 |
| Less: Payment Received | | | (178,919.73) |
| **Total Amount Due** | | $ | **47,321.59** |

**Invoice No. 10013612**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

| | GL Detail Jul-20 | | Total Expenses | |
|---|---|---|---|---|
| Ground Transportation | $ | 921.12 | $ | 921.12 |
| Employee Meals | | 320.20 | | 320.20 |
| **Total Expenses** | **$** | **1,241.32** | **$** | **1,241.32** |
| | | | | |
| **Ground Transportation** | | | **$** | **921.12** |
| **Meals** | | | | **320.20** |
| | | | | |
| **Total Expenses** | | | **$** | **1,241.32** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through July 29, 2020**
**Invoice No. 10013612**

**Ground Transportation**

| | | | | |
|---|---|---|---|---|
| Coleman (car service to client meeting in New York, NY) | 12/06/19 | 56.21 | | |
| Coleman (car service to courthouse in White Plains, NY from office) | 12/19/19 | 133.92 | | |
| Coleman (car service home from courthouse in White Plains, NY) | 12/19/19 | 203.46 | | |
| Coleman (car service to client dinner meeting in New York, NY from office) | 02/20/20 | 50.65 | | |
| Coleman (car service to client meeting in New York, NY from office) | 02/28/20 | 91.85 | | |
| O'Connell (car service to client meeting in New York, NY from home) | 02/28/20 | 233.05 | | |
| Schnitzler (taxi home from client offices from Stamford, CT) | 11/13/19 | 151.98 | | |
| **Subtotal - Ground Transportation** | | | $ | **921.12** |

**Employee Meals**

| | | | | |
|---|---|---|---|---|
| Coleman (working breakfast meal while in White Plains, NY) | 12/19/19 | 8.62 | | |
| Melvin (weeknight working dinner meal) | 03/02/20 | 20.00 | | |
| Schnitzler (weekend working lunch meal) | 02/03/20 | 11.58 | | |
| Sim (weeknight working dinner meal) | 05/21/20 | 20.00 | | |
| Sim (weeknight working dinner meal) | 05/27/20 | 20.00 | | |
| Sim (weeknight working dinner meal) | 05/28/20 | 20.00 | | |
| Sim (weeknight working dinner meal) | 05/29/20 | 20.00 | | |
| Wang (weeknight working dinner meal) | 04/06/20 | 20.00 | | |
| Wang (weeknight working dinner meal) | 04/22/20 | 20.00 | | |
| Wang (weeknight working dinner meal) | 05/04/20 | 20.00 | | |
| Wang (weeknight working dinner meal) | 05/05/20 | 20.00 | | |
| Wang (weeknight working dinner meal) | 05/11/20 | 20.00 | | |
| Wang (weeknight working dinner meal) | 05/12/20 | 20.00 | | |
| Wang (weeknight working dinner meal) | 05/13/20 | 20.00 | | |
| Wang (weeknight working dinner meal) | 05/14/20 | 20.00 | | |
| Wang (weeknight working dinner meal) | 05/18/20 | 20.00 | | |
| Wang (weeknight working dinner meal) | 05/29/20 | 20.00 | | |
| **Subtotal - Employee Meals** | | | | **320.20** |
| **Total Expenses** | | | $ | **1,241.32** |

PJT Partners



November 13, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

Monthly Fee for the period of August 1, 2020 through August 31, 2020:        $            225,000.00

Less: Payment Received                                                                                    (180,000.00)

**Total Amount Due**[1]                                                                        **$            45,000.00**

**Invoice No. 10015483**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

PJT Partners



November 13, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | | |
|---|---|---|---|
| Monthly Fee for the period of September 1, 2020 through September 30, 2020: | $ | | 225,000.00 |

Out-of-pocket expenses processed through October 12, 2020:[1]

| | | | |
|---|---|---|---|
| Communications | $ | 18.99 | |
| Meals | | 740.00 | |
| Research | | 15.00 | 773.99 |
| | | | |
| Subtotal | | | 225,773.99 |
| | | | |
| Less: Payment Received | | | (181,241.32) |
| | | | |
| **Total Amount Due** | **$** | | **44,532.67** |

**Invoice No. 10015738**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Oct-20 | Total Expenses |
|---|---|---|
| Communications | $        18.99 | $        18.99 |
| Employee Meals | 740.00 | **740.00** |
| Research | 15.00 | **15.00** |
| **Total Expenses** | $      **773.99** | $      **773.99** |
|  |  |  |
| **Communications** |  | $        18.99 |
| **Meals** |  | **740.00** |
| **Research** |  | **15.00** |
|  |  |  |
| **Total Expenses** |  | $      **773.99** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through October 12, 2020**
**Invoice No. 10015738**

**Communications**

| | | | |
|---|---|---|---|
| Melvin (wi-fi access while traveling) | 07/18/20 | 18.99 | |
| | **Subtotal - Communications** | **$** | **18.99** |

**Employee Meals**

| | | |
|---|---|---|
| Melvin (weeknight working dinner meal) | 05/12/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 05/20/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 05/26/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 05/27/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 05/28/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/20/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/21/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/22/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/23/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/27/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/28/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/29/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/30/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/31/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/03/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/04/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/05/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/06/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/10/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/11/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/12/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/13/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/14/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/17/20 | 20.00 |
| Mian (weeknight working dinner meal) | 04/01/20 | 20.00 |
| Mian (weeknight working dinner meal) | 04/02/20 | 20.00 |
| Mian (weeknight working dinner meal) | 04/27/20 | 20.00 |
| Mian (weeknight working dinner meal) | 05/04/20 | 20.00 |
| Mian (weeknight working dinner meal) | 05/05/20 | 20.00 |
| Mian (weeknight working dinner meal) | 05/11/20 | 20.00 |
| Mian (weeknight working dinner meal) | 05/12/20 | 20.00 |
| Mian (weeknight working dinner meal) | 05/13/20 | 20.00 |
| Mian (weeknight working dinner meal) | 05/14/20 | 20.00 |
| Mian (weeknight working dinner meal) | 06/17/20 | 20.00 |
| Turner (weeknight working dinner meal) | 06/16/20 | 20.00 |
| Turner (weeknight working dinner meal) | 08/27/20 | 20.00 |
| Turner (weeknight working dinner meal) | 09/14/20 | 20.00 |
| | **Subtotal - Employee Meals** | **740.00** |

**Research - Online Database**

| | | |
|---|---|---|
| de Almeida (retrieved documents from Corut docket via P.A.C.E.R.) | 01/27/20 | 3.00 |
| de Almeida (retrieved documents from Corut docket via P.A.C.E.R.) | 03/02/20 | 3.00 |
| de Almeida (retrieved documents from Corut docket via P.A.C.E.R.) | 03/10/20 | 3.00 |
| de Almeida (retrieved documents from Corut docket via P.A.C.E.R.) | 03/22/20 | 6.00 |
| | **Subtotal - Research - Online Database** | **15.00** |
| | **Total Expenses** | **$    773.99** |