**ALIXPARTNERS, LLP**

**Exhibit A**
**Detailed Description of Fees, Hours and Descriptions by Matter Category**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/01/20 | JD | Call with R. Aleali (Purdue) re: catch up on outstanding issues | 0.20 |
| 06/01/20 | JD | Call with R. Aleali (Purdue) re: catch up after ad hoc committee call and catch up on open items and timeline. | 0.30 |
| 06/02/20 | LJD | Call with PJT RE: case status update. | 0.30 |
| 06/04/20 | LJD | Weekly planning meeting with L. Donahue, J. DelConte, G. Koch (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. Turner, J. O'Connell, T. Melvin (all PJT) J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: go forward planning and progress update. | 0.80 |
| 06/04/20 | LJD | Review UCC letter to the court. | 0.50 |
| 06/04/20 | GJK | Weekly planning meeting with L. Donahue, J. DelConte, G. Koch (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. Turner, J. O'Connell, T. Melvin (all PJT) J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: go forward planning and progress update. | 0.80 |
| 06/04/20 | JD | Review Purdue staffing needs. | 0.30 |
| 06/04/20 | JD | Weekly planning meeting with L. Donahue, J. DelConte, G. Koch (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. Turner, J. O'Connell, T. Melvin (all PJT) J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: go forward planning and progress update. | 0.80 |
| 06/04/20 | JD | Review agenda and status updates prior to weekly update call. | 0.20 |
| 06/05/20 | JDH | Call with J. DelConte, L. Donahue, J. Hecht, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon, R. Sublett (all AlixPartners) re: Weekly update call | 0.80 |
| 06/05/20 | JD | Review status of ongoing work streams in advance of weekly call. | 0.20 |
| 06/05/20 | JD | Correspondence with R. Brown (Purdue) re: professional | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Chapter 11 Process/Case Management
Client/Matter #       012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | fee accruals for April. | |
| 06/05/20 | JD | Review latest updated compensation summary from I. Arana (AlixPartners) for Willis Towers Watson. | 0.60 |
| 06/05/20 | JD | Call with J. DelConte, L. Donahue, J. Hecht, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon, R. Sublett (all AlixPartners) re: Weekly update call | 0.80 |
| 06/05/20 | RDS | Call with J. DelConte, L. Donahue, J. Hecht, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon, R. Sublett (all AlixPartners) re: Weekly update call | 0.80 |
| 06/05/20 | MFR | Call with J. DelConte, L. Donahue, J. Hecht, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon, R. Sublett (all AlixPartners) re: Weekly update call | 0.80 |
| 06/05/20 | LJD | Call with J. DelConte, L. Donahue, J. Hecht, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon, R. Sublett (all AlixPartners) re: Weekly update call | 0.80 |
| 06/05/20 | LJD | Call with PJT RE: case status. | 0.30 |
| 06/05/20 | LJD | Review latest Purdue staffing needs. | 0.40 |
| 06/05/20 | GJK | Call with J. DelConte, L. Donahue, J. Hecht, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon, R. Sublett (all AlixPartners) re: Weekly update call | 0.80 |
| 06/05/20 | FOS | Call with J. DelConte, L. Donahue, J. Hecht, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon, R. Sublett (all AlixPartners) re: Weekly update call | 0.80 |
| 06/05/20 | SKL | Call with J. DelConte, L. Donahue, J. Hecht, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon, R. Sublett (all AlixPartners) re: Weekly update call | 0.80 |
| 06/05/20 | NAS | Call with J. DelConte, L. Donahue, J. Hecht, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon, R. Sublett (all AlixPartners) re: Weekly update call | 0.80 |
| 06/08/20 | GJK | Update to draft email to Mundipharma including calls with | 2.50 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | C Oluwole (DPW). | |
| 06/08/20 | GJK | Call with I. McClatchey (Norton Rose) re: overall diligence. | 0.30 |
| 06/08/20 | GJK | Finalize and send email to Mundipharma executives re: outstanding diligence items and need for company responsiveness. | 2.50 |
| 06/08/20 | JD | Correspondence with C. Oluwole, C. Robertson (Davis Polk), J. Turner (PJT), J. DelConte and G. Koch (both AlixPartners) re: Mundipharma diligence. | 0.70 |
| 06/08/20 | JD | Review PII lists for firms to work for the Monitor. | 0.40 |
| 06/09/20 | JD | Call with R. Aleali (Purdue) re: case catch up and go forward planning. | 0.50 |
| 06/09/20 | JD | Provide SAP access list to J. Lowne (Purdue). | 0.20 |
| 06/09/20 | GJK | Walkthrough of recent PJT valuation slide updates. | 1.30 |
| 06/09/20 | GJK | Review of third part debt obligations including review of original settlement framework, email exchanges with N. Simon (AlixPartners) on topic. | 1.60 |
| 06/09/20 | GJK | Walkthrough and provide feedback for updated Mundipharma interim diligence report with new valuation slides. | 2.20 |
| 06/09/20 | LJD | Call with K. Buckfire (Purdue Board Member) RE: case status. | 0.40 |
| 06/09/20 | LJD | Review and discuss Rhodes org doc for presentation to management. | 0.60 |
| 06/10/20 | LJD | Call with L. Donahue and J. DelConte (both AlixPartners) re: Purdue staffing. | 0.60 |
| 06/10/20 | GJK | Review and planning re: B. Lea email and Mundipharma diligence next steps. | 1.50 |
| 06/10/20 | GJK | Review of potential changes to interim report finalization based on further diligence per B. Lea (Mundipharma) | 2.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | email. | |
| 06/10/20 | JD | Call with L. Donahue and J. DelConte (both AlixPartners) re: Purdue staffing. | 0.60 |
| 06/10/20 | JD | Conversation with C. Robertson (Davis Polk) re: open work streams. | 0.30 |
| 06/11/20 | JD | Draft staffing and work stream plan for Purdue. | 0.70 |
| 06/11/20 | JD | Review various materials to be uploaded to the data room in response to AHC diligence questions. | 0.50 |
| 06/11/20 | JD | Call with E. Vonnegut (Davis Polk) re: Mundipharma diligence. | 0.20 |
| 06/11/20 | JD | Call with A. DePalma and J. DelConte (both AlixPartners) re: data room. | 0.20 |
| 06/11/20 | JD | Weekly update call with J. O'Connell, J. Turner (both PJT), E. Vonnegut, C. Robertson (both Davis Polk), J. DelConte, L. Donahue (both AlixPartners) and C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue). | 0.80 |
| 06/11/20 | JD | Call with R. Aleali (Purdue) re: follow up to weekly call. | 0.20 |
| 06/11/20 | ADD | Call with A. DePalma and J. DelConte (both AlixPartners) re: data room. | 0.20 |
| 06/11/20 | GJK | Draft response to B. Lea (Mundipharma) and seek feedback from advisor group. | 2.50 |
| 06/11/20 | GJK | Review and comment on Analgesic slides for Mundipharma interim report appendix. | 0.40 |
| 06/11/20 | GJK | Update diligence planning based on recent IAC events and potential for management discussions. | 3.00 |
| 06/11/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: updates to deck and diligence process. | 0.20 |
| 06/11/20 | LJD | Prepare for and attend weekly update call with J. O'Connell, J. Turner (both PJT), E. Vonnegut, C. Robertson (both Davis Polk), J. DelConte, L. Donahue | 1.10 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Chapter 11 Process/Case Management
Client/Matter #          012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (both AlixPartners) and C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue). | |
| 06/11/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: updates to deck and diligence process. | 0.20 |
| 06/12/20 | RC | Call with S. Canniff, R. Collura, J. DelConte, L. Donahue, J. Hecht, G. Koch, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.70 |
| 06/12/20 | NAS | Call with J. Turner (PJT), A. Lutchen, E. Vonnegut, C. Robertson (all Davis Polk), G. Koch, J. DelConte, N. Simon (all AlixPartners) re: Mundipharma diligence. | 0.60 |
| 06/12/20 | NAS | Call with S. Canniff, R. Collura, J. DelConte, L. Donahue, J. Hecht, G. Koch, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.70 |
| 06/12/20 | SJC | Call with S. Canniff, R. Collura, J. DelConte, L. Donahue, J. Hecht, G. Koch, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.70 |
| 06/12/20 | LJD | Review and discuss revised workstream analysis from team. | 0.60 |
| 06/12/20 | LJD | Call with S. Canniff, R. Collura, J. DelConte, L. Donahue, J. Hecht, G. Koch, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.70 |
| 06/12/20 | GJK | Call with S. Canniff, R. Collura, J. DelConte, L. Donahue, J. Hecht, G. Koch, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.70 |
| 06/12/20 | GJK | Review follow up email and documents from C. Tam (Huron). | 2.20 |
| 06/12/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners), KPMG, and other Mundipharma diligence advisors to review latest draft of KPMG tax analysis. | 1.00 |
| 06/12/20 | GJK | Finalize draft email to B. Lea (Mundipharma) based on inputs/edits from advisors. | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/12/20 | GJK | Prepare for and attend call with J. Turner (PJT), A. Lutchen, E. Vonnegut, C. Robertson (all Davis Polk), G. Koch, J. DelConte, N. Simon (all AlixPartners) re: Mundipharma diligence. | 0.90 |
| 06/12/20 | MFR | Call with S. Canniff, R. Collura, J. DelConte, L. Donahue, J. Hecht, G. Koch, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.70 |
| 06/12/20 | FOS | Call with S. Canniff, R. Collura, J. DelConte, L. Donahue, J. Hecht, G. Koch, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.70 |
| 06/12/20 | JD | Call with J. Turner (PJT), A. Lutchen, E. Vonnegut, C. Robertson (all Davis Polk), G. Koch, J. DelConte, N. Simon (all AlixPartners) re: Mundipharma diligence. | 0.60 |
| 06/12/20 | JD | Prepare agenda for weekly AlixPartners update call. | 0.40 |
| 06/12/20 | JD | Call with S. Canniff, R. Collura, J. DelConte, L. Donahue, J. Hecht, G. Koch, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.70 |
| 06/12/20 | JD | Correspondence with Purdue re: IQVIA data. | 0.30 |
| 06/12/20 | JD | Review Davis Polk workstreams chart. | 0.50 |
| 06/12/20 | JD | Correspondence with N. Simon (AlixPartners) and C. Robertson (Davis Polk) re: claims inquiries. | 0.20 |
| 06/12/20 | JDH | Call with S. Canniff, R. Collura, J. DelConte, L. Donahue, J. Hecht, G. Koch, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.70 |
| 06/15/20 | JD | Call with R. Aleali (Purdue) re: work stream updates. | 0.60 |
| 06/15/20 | JD | Correspondence with AlixPartners team and with Purdue IT re: Purdue IT migration and system issues. | 0.40 |
| 06/15/20 | JD | Correspondence with Skadden re: Project Catalyst timeline. | 0.20 |
| 06/16/20 | JD | Call with C. Robertson (Davis Polk) re: Project Catalyst. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/16/20 | JD | Call with C. Robertson (Davis Polk), J. Doyle, R. Aleali (both Purdue), R. Schnitzler (PJT) re: business development deal. | 0.30 |
| 06/16/20 | JD | Correspondence with Purdue IT and AlixPartners team re: system access. | 0.30 |
| 06/16/20 | JD | Correspondence with L. Donahue (AlixPartners) re: updated work streams. | 0.30 |
| 06/16/20 | JD | Correspondence with AlixPartners legal re: Project Catalyst. | 0.50 |
| 06/17/20 | JD | Review and provide comments on draft agenda for the professional's update call tomorrow. | 0.30 |
| 06/17/20 | JD | Review details re: air service charge schedule from first interim fee app. | 0.30 |
| 06/17/20 | NAS | Purdue IT account migration. | 0.40 |
| 06/18/20 | LJD | Prepare for and attend call with M. Kesselman, R. Aleali, J. Lowne (all Purdue), J. O'Connell, J. Turner, R. Schnitzler (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk) J. DelConte, L. Donahue, G. Koch (all AlixPartners) re: weekly update and planning call. | 1.20 |
| 06/18/20 | JD | Call with M. Kesselman, R. Aleali, J. Lowne (all Purdue), J. O'Connell, J. Turner, R. Schnitzler (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk) J. DelConte, L. Donahue, G. Koch (all AlixPartners) re: weekly update and planning call. | 1.00 |
| 06/19/20 | JDH | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, J. Hecht, G. Koch, S. Lemack, K. McCafferty, M. Rule (all AlixPartners) re: Weekly update call. | 0.50 |
| 06/19/20 | HSB | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, J. Hecht, G. Koch, S. Lemack, K. McCafferty, M. Rule (all AlixPartners) re: Weekly update call. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/19/20 | HSB | Call with H. Bhattal and J. DelConte (both AlixPartners) re: update on current status of case and ongoing work streams. | 1.20 |
| 06/19/20 | KM | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, J. Hecht, G. Koch, S. Lemack, K. McCafferty, M. Rule (all AlixPartners) re: Weekly update call. | 0.50 |
| 06/19/20 | ADD | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, J. Hecht, G. Koch, S. Lemack, K. McCafferty, M. Rule (all AlixPartners) re: Weekly update call. | 0.50 |
| 06/19/20 | LJD | Prepare for and attend call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, J. Hecht, G. Koch, S. Lemack, K. McCafferty, M. Rule (all AlixPartners) re: Weekly update call. | 0.60 |
| 06/19/20 | MFR | Prepare for and attend call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, J. Hecht, G. Koch, S. Lemack, K. McCafferty, M. Rule (all AlixPartners) re: Weekly update call. | 0.60 |
| 06/19/20 | GJK | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, J. Hecht, G. Koch, S. Lemack, K. McCafferty, M. Rule (all AlixPartners) re: Weekly update call. | 0.50 |
| 06/19/20 | SKL | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, J. Hecht, G. Koch, S. Lemack, K. McCafferty, M. Rule (all AlixPartners) re: Weekly update call. | 0.50 |
| 06/19/20 | SKL | Call with S. Lemack and J. DelConte (both AlixPartners) re: open items. | 0.30 |
| 06/19/20 | SJC | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, J. Hecht, G. Koch, S. Lemack, K. McCafferty, M. Rule (all AlixPartners) re: Weekly update call. | 0.50 |
| 06/19/20 | JD | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, J. Hecht, G. Koch, S. Lemack, K. McCafferty, M. Rule (all AlixPartners) re: Weekly update call. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/19/20 | JD | Call with H. Bhattal and J. DelConte (both AlixPartners) re: update on current status of case and ongoing work streams. | 1.20 |
| 06/19/20 | JD | Call with S. Lemack and J. DelConte (both AlixPartners) re: open items. | 0.30 |
| 06/22/20 | LJD | Review and comment on cost of continuing in chapter 11 presentation for UCC. | 0.80 |
| 06/22/20 | HSB | Review Opioid Downside Sensitivity analysis. | 0.50 |
| 06/22/20 | HSB | Review Purdue Business Plan Outline PowerPoint document. | 3.00 |
| 06/22/20 | HSB | Review Purdue Pharma presentation prepared by PJT Partners with side-by-side comparison of possible total value from reorganization versus sale scenarios. | 3.20 |
| 06/22/20 | JD | Correspondence with J. Lowne (Purdue) re: UCC discussion and presentation next steps. | 0.30 |
| 06/23/20 | JD | Call with H. Bhattal, S. Lemack, J. DelConte and A. DePalma (all AlixPartners) re: case status update and go forward planning. | 0.70 |
| 06/23/20 | JD | Review final 1st interim payment amounts in draft order from Davis Polk. | 0.20 |
| 06/23/20 | HSB | Complete review of Purdue Pharma presentation prepared by PJT Partners (with side-by-side comparison of possible total value from reorganization versus sale scenarios). | 1.00 |
| 06/23/20 | HSB | Review draft of Mundipharma Interim Report. | 3.00 |
| 06/23/20 | HSB | Complete review of Purdue Business Plan Outline PowerPoint document. | 1.00 |
| 06/23/20 | HSB | Call with H. Bhattal, S. Lemack, J. DelConte and A. DePalma (all AlixPartners) re: case status update and go forward planning. | 0.70 |
| 06/23/20 | HSB | Review UCC Stipulation and due diligence letter. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Chapter 11 Process/Case Management
Client/Matter #   012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/23/20 | ADD | Call with H. Bhattal, S. Lemack, J. DelConte and A. DePalma (all AlixPartners) re: case status update and go forward planning. | 0.70 |
| 06/23/20 | LJD | Review comments on UCC deck. | 0.30 |
| 06/23/20 | SKL | Call with H. Bhattal, S. Lemack, J. DelConte and A. DePalma (all AlixPartners) re: case status update and go forward planning. | 0.70 |
| 06/24/20 | HSB | Finish review of draft of Mundipharma Interim Report. | 0.50 |
| 06/24/20 | JD | Review and provide comments on latest Nalmafene court reporting. | 0.50 |
| 06/24/20 | JD | Correspondence with management, Davis Polk, PJT, Province, Akin and Jefferies re: scheduling management meetings and delayed emergence presentation and diligence questions. | 1.20 |
| 06/25/20 | JD | Correspondence with FA and IB advisors to set up a call on a potential BD deals. | 0.40 |
| 06/25/20 | HSB | Review document with PJT prepared presentation to the UCC from online data room. | 1.20 |
| 06/25/20 | HSB | Review Company document with Overview of Settlement Proposal dated 6/15/2020 from online data room. | 1.20 |
| 06/25/20 | LJD | Prepare for and attend board call. | 4.30 |
| 06/26/20 | LJD | Call with S. Canniff, R. Collura, J. DelConte, A. DePalma, L. Donahue, M. Rule, F. Silva (all AlixPartners) re: Weekly update call. | 0.60 |
| 06/26/20 | MFR | Call with S. Canniff, R. Collura, J. DelConte, A. DePalma, L. Donahue, M. Rule, F. Silva (all AlixPartners) re: Weekly update call. | 0.60 |
| 06/26/20 | FOS | Call with S. Canniff, R. Collura, J. DelConte, A. DePalma, L. Donahue, M. Rule, F. Silva (all AlixPartners) re: Weekly update call. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                       Chapter 11 Process/Case Management
Client/Matter #           012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/26/20 | RC | Call with S. Canniff, R. Collura, J. DelConte, A. DePalma, L. Donahue, M. Rule, F. Silva (all AlixPartners) re: Weekly update call. | 0.60 |
| 06/26/20 | SJC | Call with S. Canniff, R. Collura, J. DelConte, A. DePalma, L. Donahue, M. Rule, F. Silva (all AlixPartners) re: Weekly update call. | 0.60 |
| 06/26/20 | HSB | Review audited financial statements for Purdue from online data room. | 1.20 |
| 06/26/20 | ADD | Call with S. Canniff, R. Collura, J. DelConte, A. DePalma, L. Donahue, M. Rule, F. Silva (all AlixPartners) re: Weekly update call. | 0.60 |
| 06/26/20 | JD | Prepare agenda for weekly AlixPartners update call. | 0.40 |
| 06/26/20 | JD | Call with S. Canniff, R. Collura, J. DelConte, A. DePalma, L. Donahue, M. Rule, F. Silva (all AlixPartners) re: Weekly update call. | 0.60 |
| 06/29/20 | HSB | Conduct research and review examples of pharmaceutical b/k liquidation analysis. | 1.50 |
| 06/29/20 | JD | Call with R. Aleali (Purdue) re: open diligence items. | 0.30 |
| 06/29/20 | JD | Call with C. Robertson (Davis Polk) re: delayed emergence follow up questions. | 0.20 |
| 06/29/20 | JD | Review correspondence re: IQVIA consent letter. | 0.20 |
| 06/30/20 | HSB | Conduct research and review examples of pharmaceutical b/k liquidation analysis. | 1.00 |
| 07/01/20 | HSB | Review supporting excel worksheets prepared by S. Lemack (AlixPartners) for cash forecast reports. | 2.00 |
| 07/01/20 | HSB | Review relevant first day motions with relevant background on customer programs and vendors. | 0.70 |
| 07/01/20 | JD | Review and provide comments on tomorrow's draft weekly call agenda. | 0.20 |
| 07/01/20 | JD | Create draft decision tree for go forward case strategy to | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | be used for board discussion. | |
| 07/01/20 | JD | Review and comment on updated case timeline from Davis Polk. | 0.30 |
| 07/01/20 | JD | Correspondence with Davis Polk re: sharing certain materials with various creditor constituencies. | 0.40 |
| 07/01/20 | LJD | Update call with K. Buckfire (Board Member). | 0.50 |
| 07/01/20 | LJD | Update call with J. Dubel (Board Member) | 0.50 |
| 07/01/20 | LJD | Update call with R. Aleali (Purdue). | 0.50 |
| 07/02/20 | LJD | Prepare for and attend call with DP and PJT re: board meeting on Friday | 0.30 |
| 07/02/20 | LJD | Call with HS Bhattal,  S. Canniff,  J. DelConte,  A. DePalma,  L. Donahue,  G. Koch, S. Lemack,  K. McCafferty,  M. Rule,  F. Silva (all AlixPartners) re: Weekly update call. | 0.70 |
| 07/02/20 | LJD | Prepare for and attend call with J. DelConte, L. Donahue, G. Koch (all AlixPartners), M. Kesselman, J. Lowne, R. Aleali (all Purdue), E. Vonnegut, C. Robertson (Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT) re: case status and go forward planning. | 1.10 |
| 07/02/20 | MFR | Call with HS Bhattal,  S. Canniff,  J. DelConte,  A. DePalma,  L. Donahue,  G. Koch, S. Lemack,  K. McCafferty,  M. Rule,  F. Silva (all AlixPartners) re: Weekly update call. | 0.70 |
| 07/02/20 | GJK | Call with J. DelConte, L. Donahue, G. Koch (all AlixPartners),  M. Kesselman, J. Lowne, R. Aleali (all Purdue), E. Vonnegut, C. Robertson (Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT) re: case status and go forward planning. | 1.00 |
| 07/02/20 | GJK | Call with HS Bhattal,  S. Canniff,  J. DelConte,  A. DePalma,  L. Donahue,  G. Koch, S. Lemack,  K. McCafferty,  M. Rule,  F. Silva (all AlixPartners) re: | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Weekly update call. | |
| 07/02/20 | FOS | Call with HS Bhattal,  S. Canniff,  J. DelConte,  A. DePalma,  L. Donahue,  G. Koch, S. Lemack,  K. McCafferty,  M. Rule,  F. Silva (all AlixPartners) re: Weekly update call. | 0.70 |
| 07/02/20 | SKL | Call with HS Bhattal,  S. Canniff,  J. DelConte,  A. DePalma,  L. Donahue,  G. Koch, S. Lemack,  K. McCafferty,  M. Rule,  F. Silva (all AlixPartners) re: Weekly update call. | 0.70 |
| 07/02/20 | SJC | Call with HS Bhattal,  S. Canniff,  J. DelConte,  A. DePalma,  L. Donahue,  G. Koch, S. Lemack,  K. McCafferty,  M. Rule,  F. Silva (all AlixPartners) re: Weekly update call. | 0.70 |
| 07/02/20 | JD | Call with J. DelConte, L. Donahue, G. Koch (all AlixPartners),  M. Kesselman, J. Lowne, R. Aleali (all Purdue), E. Vonnegut, C. Robertson (Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT) re: case status and go forward planning. | 1.00 |
| 07/02/20 | JD | Call with R. Aleali (Purdue) re: follow up from all hands call. | 0.30 |
| 07/02/20 | JD | Call with J. Doyle, R. Aleali (both Purdue), C. Robertson (Davis Polk) re: business development deal. | 0.30 |
| 07/02/20 | JD | Review updated draft pacing calendar and exec summary slide. | 0.20 |
| 07/02/20 | JD | Review draft business development agreement motion. | 0.30 |
| 07/02/20 | JD | Prepare agenda for internal AlixPartners weekly update call. | 0.30 |
| 07/02/20 | JD | Call with HS Bhattal,  S. Canniff,  J. DelConte,  A. DePalma,  L. Donahue,  G. Koch, S. Lemack,  K. McCafferty,  M. Rule,  F. Silva (all AlixPartners) re: Weekly update call. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Chapter 11 Process/Case Management |
| --- | --- |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 07/02/20 | JD | Correspondence with J. McClammy (Davis Polk) re: giving LTS access to certain materials. | 0.10 |
| 07/02/20 | KM | Call with HS Bhattal,  S. Canniff,  J. DelConte,  A. DePalma,  L. Donahue,  G. Koch, S. Lemack,  K. McCafferty,  M. Rule,  F. Silva (all AlixPartners) re: Weekly update call. | 0.70 |
| 07/02/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), R. Schnitzler (PJT), D. Fogel, R. Shamblen, J. Doyle, D. Lundie, K. McCarthy (all Purdue) re: Project Catalyst VDR and diligence tracker. | 0.80 |
| 07/02/20 | HSB | Review cash report (for week ending 6/26) prepared by S. Lemack (AlixPartners). | 0.70 |
| 07/02/20 | HSB | Review disclosure statements and liquidation analysis for recent pharmaceutical bankruptcies for purpose of preparing Purdue's liquidation analysis. | 2.00 |
| 07/02/20 | HSB | Call with HS Bhattal,  S. Canniff,  J. DelConte,  A. DePalma,  L. Donahue,  G. Koch, S. Lemack,  K. McCafferty,  M. Rule,  F. Silva (all AlixPartners) re: Weekly update call. | 0.70 |
| 07/02/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), R. Schnitzler (PJT), D. Fogel, R. Shamblen, J. Doyle, D. Lundie, K. McCarthy (all Purdue) re: Project Catalyst VDR and diligence tracker. | 0.80 |
| 07/02/20 | ADD | Call with HS Bhattal,  S. Canniff,  J. DelConte,  A. DePalma,  L. Donahue,  G. Koch, S. Lemack,  K. McCafferty,  M. Rule,  F. Silva (all AlixPartners) re: Weekly update call. | 0.70 |
| 07/03/20 | JD | Review correspondence re: special committee meetings and scheduling. | 0.20 |
| 07/03/20 | LJD | Strategy call with DP to discuss POR and next steps. | 0.80 |
| 07/03/20 | LJD | Update call with PJT. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/03/20 | LJD | Update call with K. Buckfire (Board Member). | 0.80 |
| 07/06/20 | LJD | Update call with K. Buckfire (Board Member). | 0.30 |
| 07/06/20 | LJD | Update call with J. Dubel (Board Member) | 0.40 |
| 07/06/20 | LJD | Prepare for and attend call with L. Donahue, J. DelConte (both AlixPartners), J. O'Connell, T. Coleman, J. Turner (all PJT) re: case progress and go forward planning. | 0.60 |
| 07/06/20 | LJD | Call with L. Donahue and J. DelConte (both AlixPartners) re: go forward planning. | 0.20 |
| 07/06/20 | LJD | Review communication in advance of special committee call on Tuesday. | 0.40 |
| 07/06/20 | JD | Call with C. Oluwole (Davis Polk) re: diligence uploads. | 0.10 |
| 07/06/20 | JD | Call with L. Donahue, J. DelConte (both AlixPartners), J. O'Connell, T. Coleman, J. Turner (all PJT) re: case progress and go forward planning. | 0.40 |
| 07/06/20 | JD | Call with L. Donahue and J. DelConte (both AlixPartners) re: go forward planning. | 0.20 |
| 07/06/20 | KM | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence status update. | 0.90 |
| 07/06/20 | HSB | Prepare excel summary of disclosure statements and liquidation analysis for recent pharmaceutical bankruptcies for comparative purpose of preparing Purdue's liquidation analysis. | 2.80 |
| 07/06/20 | ADD | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence status update. | 0.90 |
| 07/07/20 | HSB | Review minimum cash analysis prepared by S. Lemack (AlixPartners) and evaluated minimum cash balance needed (in response to the AHC question on min cash.) | 0.60 |
| 07/07/20 | HSB | Review AHC diligence question list and the related info on the April Business Plan document. | 1.50 |
| 07/07/20 | HSB | Conduct a search for recent pharma bankruptcies and | 2.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | reviewed underlying liquidation analysis. | |
| 07/07/20 | ADD | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence question discussion. | 0.20 |
| 07/07/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), D. Fogel, R. Shamblen, J. Doyle, W. DiNicola (Purdue) K. McCarthy (Purdue) re: Project Catalyst VDR and diligence tracker. | 2.00 |
| 07/07/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), D. Fogel, R. Shamblen, J. Doyle, W. DiNicola, K. McCarthy (all Purdue) re: Project Catalyst VDR and diligence tracker. | 2.00 |
| 07/07/20 | KM | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence question discussion. | 0.20 |
| 07/07/20 | JD | Correspondence with Davis Polk and PJT re: weekly professionals update call. | 0.40 |
| 07/07/20 | JD | Review and provide comments on ad hoc committee tracker sheet from Davis Polk. | 0.50 |
| 07/07/20 | JD | Call with L. Donahue and J. DelConte (both AlixPartners) re: go forward planning discussions. | 0.30 |
| 07/07/20 | LJD | Review AP and PJT comments for special committee meeting. | 0.40 |
| 07/07/20 | LJD | Call with L. Donahue and J. DelConte (both AlixPartners) re: go forward planning discussions. | 0.30 |
| 07/07/20 | LJD | Call with DP re: special committee issues. | 0.40 |
| 07/08/20 | LJD | Review and comment on IAC report. | 1.50 |
| 07/08/20 | LJD | Update call with PJT. | 0.40 |
| 07/08/20 | LJD | Update call with J. Dubel (Board Member). | 0.60 |
| 07/08/20 | JD | Prepare agenda for weekly update call with management, Davis Polk and PJT tomorrow morning. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 07/08/20 | JD | Review proposed go forward process from Davis Polk. | 0.30 |
| 07/08/20 | JD | Call with E. Vonnegut (Davis Polk) re: case status and go forward planning. | 0.20 |
| 07/08/20 | JD | Call with R. Aleali (Purdue) re: open diligence item approvals and case planning. | 0.50 |
| 07/08/20 | KM | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst preparation for diligence call. | 0.80 |
| 07/08/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), D. Fogel, W. DiNicola (Purdue) re: Project Catalyst Finance due diligence Questions. | 2.00 |
| 07/08/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), D. Fogel, W. DiNicola (Purdue) re: Project Catalyst Finance due diligence Questions. | 2.00 |
| 07/08/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst preparation for diligence call. | 0.80 |
| 07/08/20 | HSB | Review weekly sales report prepared by S. Lemack (AlixPartners). | 0.30 |
| 07/08/20 | HSB | Review monthly Finance Update report for May 2020 prepared by S. Lemack (AlixPartners). | 1.30 |
| 07/08/20 | HSB | Review monthly Finance Update report (full deck) for May 2020. | 0.50 |
| 07/09/20 | HSB | Review Intralinks data room files (Hypothetical Scenario) while preparing for AHC diligence meeting. | 1.10 |
| 07/09/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), D. Fogel, R. Shamblen, J. Doyle, D. Lundie (all Purdue) re: Project Catalyst VDR and diligence tracker. | 0.70 |
| 07/09/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst discussion of outstanding diligence items. | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/09/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst discussion of outstanding diligence items. | 1.40 |
| 07/09/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), D. Fogel, R. Shamblen, J. Doyle, D. Lundie (Purdue) re: Project Catalyst VDR and diligence tracker. | 0.70 |
| 07/09/20 | LJD | Review and discuss board memo re: governance meeting and strategy. | 0.60 |
| 07/09/20 | LJD | Prepare for and attend update call with M. Kesselman (Purdue). | 0.50 |
| 07/09/20 | LJD | Review governance comparison decks and discuss. | 1.50 |
| 07/10/20 | LJD | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.60 |
| 07/10/20 | MFR | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.60 |
| 07/10/20 | GJK | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.60 |
| 07/10/20 | SKL | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.60 |
| 07/10/20 | FOS | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/10/20 | JD | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.60 |
| 07/10/20 | NAS | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.60 |
| 07/10/20 | SJC | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.60 |
| 07/10/20 | KM | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.60 |
| 07/10/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence and data room management. | 2.40 |
| 07/10/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence and data room management. | 2.40 |
| 07/10/20 | ADD | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.60 |
| 07/10/20 | ADD | Prepare for AlixPartners internal team update call. | 0.50 |
| 07/10/20 | HSB | Review excel file with May cash forecasts for Purdue. | 0.50 |
| 07/10/20 | HSB | Review month of April MOR for Purdue. | 0.40 |
| 07/10/20 | HSB | Review April business plan and compared amounts to actual today for Purdue. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Chapter 11 Process/Case Management
Client/Matter #          012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/10/20 | HSB | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update call. | 0.60 |
| 07/10/20 | HSB | Review updated draft of monthly Finance report for May 2020 prepared by S. Lemack (AlixPartners). | 0.40 |
| 07/13/20 | HSB | Review excel file with annual consolidated financial statement forecasts while evaluating minimum cash needs. | 0.70 |
| 07/14/20 | HSB | Call with T. Coleman, J. O'Connell, J. Turner (all PJT), M. Huebner, E. Vonnegut (both Davis Polk) J. DelConte, L. Donahue, HS Bhattal, G. Koch (all AlixPartners) re: go forward planning and catch up. | 1.00 |
| 07/14/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), E. Schnitzler (PJT), D. Fogel, R. Shamblen, J. Doyle, W. DiNicola, K. McCarthy (all Purdue) re: Project Catalyst VDR and diligence tracker. | 1.80 |
| 07/14/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), E. Schnitzler (PJT), D. Fogel, R. Shamblen, J. Doyle, W. DiNicola  (Purdue), and K. McCarthy (Purdue) re: Project Catalyst VDR and diligence tracker. | 1.80 |
| 07/14/20 | JD | Call with T. Coleman, J. O'Connell, J. Turner (all PJT), M. Huebner, E. Vonnegut (both Davis Polk) J. DelConte, L. Donahue, HS Bhattal, G. Koch (all AlixPartners) re: go forward planning and catch up. | 1.00 |
| 07/14/20 | JD | Call with C. Robertson (Davis Polk) re: post-call catch up. | 0.20 |
| 07/14/20 | GJK | Call with T. Coleman, J. O'Connell, J. Turner (all PJT), M. Huebner, E. Vonnegut (both Davis Polk) J. DelConte, L. Donahue, HS Bhattal, G. Koch (all AlixPartners) re: go forward planning and catch up. | 1.00 |
| 07/14/20 | LJD | Call with T. Coleman, J. O'Connell, J. Turner (all PJT), M. | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Huebner, E. Vonnegut (both Davis Polk) J. DelConte, L. Donahue, HS Bhattal, G. Koch (all AlixPartners) re: go forward planning and catch up. | |
| 07/14/20 | LJD | Review and comment on deck discussing confirmation. | 0.70 |
| 07/14/20 | LJD | Review and comment on quarterly fee app. | 0.80 |
| 07/15/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), re: Project Catalyst due diligence status update. | 0.30 |
| 07/15/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), re: Project Catalyst due diligence status update. | 0.30 |
| 07/16/20 | HSB | Compare outline of August business plan draft to April version and evaluated additional descriptions based on ytd financial performance. | 0.40 |
| 07/16/20 | HSB | Review draft of document with K. Buckfire's (Board Member) questions list and corresponding answers. | 0.50 |
| 07/16/20 | HSB | Review framework of August business plan document draft prepared by J.Lowne (Purdue). | 1.00 |
| 07/16/20 | HSB | Review Adhansia forecasts and reported results | 0.60 |
| 07/16/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), J. Wang (PJT), D. Fogel, R. Shamblen, J. Doyle, W. DiNicola, and K. McCarthy (all Purdue) re: Project Catalyst VDR and diligence tracker. | 1.00 |
| 07/16/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract diligence process. | 0.50 |
| 07/16/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), re: Project Catalyst contract diligence process. | 0.50 |
| 07/16/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), J. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #   012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Wang (PJT), D. Fogel, R. Shamblen, J. Doyle, W. DiNicola (Purdue), and K. McCarthy (Purdue) re: Project Catalyst VDR and diligence tracker. | |
| 07/16/20 | JD | Weekly update call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), T. Coleman, J. O'Connell, J. Turner (all PJT), J. Lowne, M. Kesselman, R. Aleali (all Purdue) J. DelConte, L. Donahue, G. Koch (all AlixPartners) re: case status and go forward planning. | 0.80 |
| 07/16/20 | JD | Call with R. Aleali (Purdue) re: group call follow-ups. | 0.20 |
| 07/16/20 | LJD | Weekly update call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), T. Coleman, J. O'Connell, J. Turner (all PJT), J. Lowne, M. Kesselman, R. Aleali (all Purdue) J. DelConte, L. Donahue, G. Koch (all AlixPartners) re: case status and go forward planning. | 0.80 |
| 07/16/20 | LJD | Review and comment on UCC deck. | 1.10 |
| 07/16/20 | LJD | Debrief call with PJT. | 0.50 |
| 07/16/20 | GJK | Weekly update call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), T. Coleman, J. O'Connell, J. Turner (all PJT), J. Lowne, M. Kesselman, R. Aleali (all Purdue) J. DelConte, L. Donahue, G. Koch (all AlixPartners) re: case status and go forward planning. | 0.80 |
| 07/17/20 | GJK | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, and N. Simon (all AlixPartners) re: Weekly Update call. | 0.50 |
| 07/17/20 | LJD | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, and N. Simon (all AlixPartners) re: Weekly Update call. | 0.50 |
| 07/17/20 | LJD | Review UCC / AHC deck and comment. | 1.50 |
| 07/17/20 | MFR | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, and N. Simon (all AlixPartners) re: Weekly Update call. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Chapter 11 Process/Case Management
Client/Matter #          012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/17/20 | FOS | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, and N. Simon (all AlixPartners) re: Weekly Update call. | 0.50 |
| 07/17/20 | SJC | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, and N. Simon (all AlixPartners) re: Weekly Update call. | 0.50 |
| 07/17/20 | SKL | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, and N. Simon (all AlixPartners) re: Weekly Update call. | 0.50 |
| 07/17/20 | NAS | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, and N. Simon (all AlixPartners) re: Weekly Update call. | 0.50 |
| 07/17/20 | JD | Create agenda for the Purdue weekly update call. | 0.30 |
| 07/17/20 | JD | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, and N. Simon (all AlixPartners) re: Weekly Update call. | 0.50 |
| 07/17/20 | HSB | Review list of answers to K. Buckfire's (Board Member) questions. | 0.30 |
| 07/17/20 | HSB | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, and N. Simon (all AlixPartners) re: Weekly Update call. | 0.50 |
| 07/17/20 | HSB | Review sections of the April business plan document for info related to K. Buckfire's (Board Member) questions. | 0.30 |
| 07/17/20 | ADD | Prepare for AlixPartners engagement team update call. | 0.50 |
| 07/17/20 | ADD | Call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, and N. Simon (all AlixPartners) re: Weekly Update call. | 0.50 |
| 07/20/20 | HSB | Review Customer Program Reports prepared by S. Lemack (AlixPartners). | 0.30 |
| 07/20/20 | JD | Review LEK non-reliance letter. | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Chapter 11 Process/Case Management
Client/Matter #         012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/20/20 | JD | Correspondence with PJT and management re: process for sharing the distributable value presentation with the individual creditors. | 0.40 |
| 07/21/20 | JD | Call with J. O'Connell, J. Turner (both PJT), M. Huebner, E. Vonnegut, C. Robertson, B. Kaminetsky (all Davis Polk), G. Koch, HS Bhattal, J. DelConte and L. Donahue (all AlixPartners) re: go forward planning. | 0.60 |
| 07/21/20 | JD | Call with C. Robertson (Davis Polk) re: open issues. | 0.10 |
| 07/21/20 | JD | Review and comment on chart detailing the positions of the various committees in the case. | 0.70 |
| 07/21/20 | LJD | Prepare for and attend call with J. O'Connell, J. Turner (both PJT), M. Huebner, E. Vonnegut, C. Robertson, B. Kaminetsky (all Davis Polk), G. Koch, HS Bhattal, J. DelConte and L. Donahue (all AlixPartners) re: go forward planning. | 0.70 |
| 07/21/20 | HSB | Call with J. O'Connell, J. Turner (both PJT), M. Huebner, E. Vonnegut, C. Robertson, B. Kaminetsky (all Davis Polk), G. Koch, HS Bhattal, J. DelConte and L. Donahue (all AlixPartners) re: go forward planning. | 0.60 |
| 07/21/20 | HSB | Review draft of Management's UCC presentation. | 1.40 |
| 07/22/20 | HSB | Review updated draft of responses to K. Buckfire (Board Member) questions. | 0.30 |
| 07/22/20 | HSB | Review weekly sales report (week ending 07/17) prepared by S. Lemack (AlixPartners). | 0.30 |
| 07/22/20 | JD | Call with M. Kesselman (Purdue), J. O'Connell, J. Turner (both PJT) re: case update. | 0.60 |
| 07/24/20 | JD | Prepare agenda for AlixPartners weekly update call. | 0.30 |
| 07/24/20 | JD | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, N. Simon (all AlixPartners) re: Weekly team update call. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Chapter 11 Process/Case Management
Client/Matter #          012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/24/20 | NAS | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, N. Simon (all AlixPartners) re: Weekly team update call. | 0.60 |
| 07/24/20 | LJD | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, N. Simon (all AlixPartners) re: Weekly team update call. | 0.60 |
| 07/24/20 | MFR | Prepare for and attend call with HS Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, and N. Simon (all AlixPartners) re: Weekly Update call. | 0.60 |
| 07/24/20 | GJK | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, N. Simon (all AlixPartners) re: Weekly team update call. | 0.60 |
| 07/24/20 | FOS | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, N. Simon (all AlixPartners) re: Weekly team update call. | 0.60 |
| 07/24/20 | SKL | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, N. Simon (all AlixPartners) re: Weekly team update call. | 0.60 |
| 07/24/20 | HSB | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, N. Simon (all AlixPartners) re: Weekly team update call. | 0.60 |
| 07/24/20 | HSB | Review updated draft of responses to Purdue Board's strategic questions. | 0.30 |
| 07/24/20 | HSB | Continue to review disclosure statements & liquidation analysis for recent pharma bankruptcies. | 0.40 |
| 07/24/20 | HSB | Review disclosure statements and related liquidation analysis for recent pharma bankruptcies. | 1.00 |
| 07/24/20 | ADD | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, F. Silva, M. Rule, N. Simon (all AlixPartners) re: Weekly team update call. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/24/20 | ADD | Prepare for AlixPartners internal Purdue engagement team update meeting. | 0.30 |
| 07/26/20 | LJD | Prepare for and attend preparation call for UCC meeting tomorrow with M. Kesselman, C. Landau, J. Lowne, R. Aleali (all Purdue), J. O'Connell, J. Turner (both PJT), M. Huebner, E. Vonnegut (both Davis Polk), J. DelConte, and L. Donahue (both AlixPartners). | 1.80 |
| 07/26/20 | JD | Prep call for UCC call tomorrow with M. Kesselman, C. Landau, J. Lowne, R. Aleali (all Purdue), J. O'Connell, J. Turner (both PJT), M. Huebner, E. Vonnegut (both Davis Polk), J. DelConte, and L. Donahue (both AlixPartners). | 1.60 |
| 07/27/20 | HSB | Review final draft of document with responses to strategic questions raised by the Purdue Board. | 0.30 |
| 07/28/20 | HSB | Review weekly cash flow model file prepared by S. Lemack (AlixPartners). | 0.80 |
| 07/28/20 | HSB | Review investments file prepared by S. Lemack (AlixPartners). | 0.50 |
| 07/28/20 | NAS | Diligence call with D. Jefferies (Mundipharma Treasurer), G. Koch (AlixPartners), and other Mundipharma diligence advisors. | 1.10 |
| 07/28/20 | GJK | Diligence call with D. Jefferies (Mundipharma Treasurer), N. Simon (AlixPartners), and other Mundipharma diligence advisors. | 1.10 |
| 07/29/20 | HSB | Review OCP report prepared by S. Lemack (AlixPartners). | 0.30 |
| 07/29/20 | HSB | Review disclosure statements for recent pharma bankruptcies. | 0.60 |
| 07/30/20 | GJK | Mundipharma diligence call with S. Jamieson (Management Revisions), N. Simon (AlixPartners), and other Mundipharma diligence advisors. | 1.80 |
| 07/30/20 | GJK | Discussion with N. Simon (AlixPartners), FTI, and Province re: current status of Mundipharma diligence | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | process and post-call debrief with N. Simon (AlixPartners). | |
| 07/30/20 | NAS | Mundipharma diligence call with S. Jamieson (Management Revisions), G. Koch (AlixPartners), and other Mundipharma diligence advisors. | 1.80 |
| 07/30/20 | NAS | Discussion with G. Koch (AlixPartners), FTI, and Province re: current status of Mundipharma diligence process and post-call debrief with G. Koch (AlixPartners). | 0.80 |
| 07/31/20 | NAS | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly team update call. | 0.50 |
| 07/31/20 | GJK | Provide Mundipharma update on weekly AlixPartners team coordinating call. | 0.50 |
| 07/31/20 | MFR | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly team update call. | 0.50 |
| 07/31/20 | MFR | Calls with F. Silva (AlixPartners) re: UCC Information requests. | 0.30 |
| 07/31/20 | LJD | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly team update call. | 0.50 |
| 07/31/20 | GJK | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly team update call. | 0.50 |
| 07/31/20 | SKL | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly team update | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | call. | |
| 07/31/20 | FOS | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly team update call. | 0.50 |
| 07/31/20 | FOS | Calls with M. Rule (AlixPartners) re: UCC Information requests. | 0.30 |
| 07/31/20 | HSB | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly team update call. | 0.50 |
| 07/31/20 | ADD | Prepare for AlixPartners internal Purdue engagement team update meeting. | 0.40 |
| 07/31/20 | ADD | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly team update call. | 0.50 |
| 07/31/20 | ADD | Call with R. Schnitzler (PJT), K. McCafferty (AlixPartners) and J. Lieberman (SK Capital) re: Interested party diligence update. | 0.60 |
| 07/31/20 | JD | Prepare agenda for AlixPartners weekly update call. | 0.30 |
| 07/31/20 | JD | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly team update call. | 0.50 |
| 07/31/20 | KM | Call with HS Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly team update call. | 0.50 |
| 07/31/20 | KM | Call with R. Schnitzler (PJT), A. DePalma (AlixPartners) and J. Lieberman (SK Capital) re: interested party | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | diligence update. | |
| 08/03/20 | JD | Review and provide comments on draft KEIP / KERP motion. | 0.60 |
| 08/04/20 | GJK | Weekly catch up call with M. Huebner, C. Robertson (both Davis Polk), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), J. O'Connell, J. Turner, T. Melvin (all PJT) re: case status and go forward planning. | 0.60 |
| 08/04/20 | LJD | Prepare for and attend weekly catch up call with M. Huebner, C. Robertson (both Davis Polk), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), J. O'Connell, J. Turner, T. Melvin (all PJT) re: case status and go forward planning. | 0.70 |
| 08/04/20 | JD | Weekly catch up call with M. Huebner, C. Robertson (both Davis Polk), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), J. O'Connell, J. Turner, T. Melvin (all PJT) re: case status and go forward planning. | 0.60 |
| 08/04/20 | JD | Call with L. Donahue and J. DelConte (both AlixPartners) re: post weekly professionals call planning. | 0.50 |
| 08/04/20 | HSB | Weekly catch up call with M. Huebner, C. Robertson (both Davis Polk), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), J. O'Connell, J. Turner, T. Melvin (all PJT) re: case status and go forward planning. | 0.60 |
| 08/06/20 | HSB | Call with J. DelConte, L. Donahue, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), T. Coleman, J. O'Connell, J. Turner, R. Schnitzler (all PJT), C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue) re: case update and go forward planning. | 0.70 |
| 08/06/20 | LJD | Prepare for and attend call with J. DelConte, L. Donahue, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), T. Coleman, J. O'Connell, J. Turner, R. Schnitzler (all PJT), C. Landau, M. Kesselman, | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | J. Lowne, R. Aleali (all Purdue) re: case update and go forward planning. | |
| 08/06/20 | JD | Call with J. DelConte, L. Donahue, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), T. Coleman, J. O'Connell, J. Turner, R. Schnitzler (all PJT), C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue) re: case update and go forward planning. | 0.70 |
| 08/06/20 | JD | Calls with D. Consla (Davis Polk) re: KEIP/KERP motion. | 0.90 |
| 08/07/20 | NAS | Weekly team update with H. Bhattal, S. Canniff, L. Donahue, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon (all AlixPartners). | 0.50 |
| 08/07/20 | SJC | Weekly team update with H. Bhattal, S. Canniff, L. Donahue, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon (all AlixPartners). | 0.50 |
| 08/07/20 | LJD | Weekly team update with H. Bhattal, S. Canniff, L. Donahue, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon (all AlixPartners). | 0.50 |
| 08/07/20 | MFR | Weekly team update with H. Bhattal, S. Canniff, L. Donahue, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon (all AlixPartners). | 0.50 |
| 08/07/20 | GJK | Weekly team update with H. Bhattal, S. Canniff, L. Donahue, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon (all AlixPartners). | 0.50 |
| 08/07/20 | FOS | Weekly team update with H. Bhattal, S. Canniff, L. Donahue, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon (all AlixPartners). | 0.50 |
| 08/07/20 | SKL | Weekly team update with H. Bhattal, S. Canniff, L. Donahue, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon (all AlixPartners). | 0.50 |
| 08/07/20 | HSB | Review agreed order among the UCC, the non-consenting | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | states group and the debtors re: discovery in the Ch 11 Cases. | |
| 08/07/20 | HSB | Weekly team update with H. Bhattal, S. Canniff, L. Donahue, G. Koch, S. Lemack, M. Rule, F. Silva, N. Simon (all AlixPartners). | 0.50 |
| 08/07/20 | JD | Call with D. Consla, E. Vonnegut and S. Brecher (all Davis Polk) re: KEIP/KERP motion. | 0.20 |
| 08/07/20 | JD | Call with S. Brecher, D. Consla (both Davis Polk), S. Hinden, D. Sims, J. Gartrell (all Willis Towers Watson), C. DiStefano, R. Aleali, K. Laurel (all Purdue) re: KEIP/KERP motion drafting. | 3.20 |
| 08/10/20 | JD | Correspondence with C. Oluwole (Davis Polk), R. Collura and G. Koch (AlixPartners) re: Sackler transfers call. | 0.40 |
| 08/11/20 | JD | Weekly catch up call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), M. Huebner, C. Robertson (both Davis Polk), T. Coleman, J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT) re: weekly catch up on case progress. | 0.80 |
| 08/11/20 | JD | Review latest transfer trust checklist prior to call. | 0.70 |
| 08/11/20 | HSB | Update call with L. Donahue, J. DelConte, G. Koch, (all AlixPartners), J.McClammy, E.Vonnegut, B.Kaminetzky, T.Graulich, C.Robertson (all Davis Polk), J.O'Connell, T.Coleman, J.Turner (all PJT Partners). | 0.80 |
| 08/11/20 | GJK | Update Debtor professionals on weekly advisor coordinating call re: IACs. | 0.80 |
| 08/11/20 | LJD | Prepare for and attend weekly advisors call | 0.90 |
| 08/12/20 | JD | Review comments to draft Mundipharma email from the UCC and AHC.  Provide comments re: same. | 0.30 |
| 08/12/20 | JD | Review and provide comments on agenda for tomorrow's call. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/13/20 | JD | Call with J. Lowne, R. Aleali (both Purdue), J. O'Connell, T. Melvin, G. Sim (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), L. Donahue, J. DelConte, G. Koch (all AlixPartners) re: weekly catch up and planning call. | 0.90 |
| 08/13/20 | JD | Attend Sackler distribution history meeting with AHC professionals, UCC professionals, L. Donahue, G. Koch, R. Collura, J. DelConte (all AlixPartners), PJT, Davis Polk and Dechert. | 0.70 |
| 08/13/20 | JD | Review Sackler cash and non-cash activity report shared on the conference call. | 1.20 |
| 08/13/20 | RC | Attend Sackler distribution history meeting with AHC professionals, UCC professionals, L. Donahue, G. Koch, R. Collura, J. DelConte (all AlixPartners), PJT, Davis Polk and Dechert. | 0.70 |
| 08/13/20 | LJD | Attend Sackler distribution history meeting with AHC professionals, UCC professionals, L. Donahue, G. Koch, R. Collura, J. DelConte (all AlixPartners), PJT, Davis Polk and Dechert. | 0.70 |
| 08/13/20 | GJK | Attend Sackler distribution history meeting with AHC professionals, UCC professionals, L. Donahue, G. Koch, R. Collura, J. DelConte (all AlixPartners), PJT, Davis Polk and Dechert. | 0.70 |
| 08/14/20 | GJK | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, N. Simon (all AlixPartners) | 0.60 |
| 08/14/20 | LJD | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, N. Simon (all AlixPartners) | 0.60 |
| 08/14/20 | SKL | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, | 0.60 |

# **AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Chapter 11 Process/Case Management
Client/Matter #         012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | N. Simon (all AlixPartners) | |
| 08/14/20 | NAS | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, N. Simon (all AlixPartners) | 0.60 |
| 08/14/20 | SJC | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, N. Simon (all AlixPartners) | 0.60 |
| 08/14/20 | JD | Create agenda for weekly AlixPartners update call. | 0.40 |
| 08/14/20 | JD | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, N. Simon (all AlixPartners) | 0.60 |
| 08/14/20 | JD | Correspondence with Davis Polk and PJT re: distributable value and insurance proceeds. | 0.40 |
| 08/14/20 | HSB | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, N. Simon (all AlixPartners) | 0.60 |
| 08/14/20 | ADD | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, N. Simon (all AlixPartners) | 0.60 |
| 08/14/20 | ADD | Prepare for AlixPartners Purdue engagement team update meeting. | 0.50 |
| 08/17/20 | HSB | Review sale scenario valuation summary prepared by PJT Partners. | 0.30 |
| 08/17/20 | HSB | Review Avrio section of the April financial statement presentation with financial results | 0.60 |
| 08/17/20 | JD | Call with C. Robertson (Davis Polk) re: case progress. | 0.20 |
| 08/18/20 | JD | Review letter from the Debtors to the mediators re: go forward process. | 0.30 |
| 08/18/20 | HSB | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), T. Coleman, J. O'Connell, J. Turner (all PJT), | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Chapter 11 Process/Case Management
Client/Matter #         012589.00101

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | J. DelConte, L. Donahue, H. Bhattal, G. Koch (all AlixPartners) re: weekly update and go forward planning call. | |
| 08/18/20 | HSB | Review Purdue's recent audited financial statements and related disclosures around intangible assets related to the Purdue tax discussion with Davis Polk. | 0.50 |
| 08/19/20 | HSB | Distributable value call with H. Bhattal, J. DelConte (both AlixPartners), J.Turner, R.Schnitzler, T.Melvin (all PJT Partners), M.Atkinson (Province), K.Sheridan (Jefferies), L.Szlezinger (Jefferies). | 0.30 |
| 08/19/20 | HSB | Compared UCC distributable value analysis to financial results and reviewed for reasonableness. | 0.50 |
| 08/19/20 | JD | Distributable value call with H. Bhattal, J. DelConte (both AlixPartners), J.Turner, R.Schnitzler, T.Melvin (all PJT Partners), M.Atkinson (Province), K.Sheridan (Jefferies), L.Szlezinger (Jefferies). | 0.30 |
| 08/20/20 | JD | Call with M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) re: case update and go forward planning. | 1.20 |
| 08/20/20 | JD | Call with R. Aleali (Purdue) re: pos call follow ups. | 0.20 |
| 08/20/20 | HSB | Call with M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) re: case update and go forward planning. | 1.20 |
| 08/20/20 | HSB | Review Adhansia information in preparation for related team discussion. | 0.60 |
| 08/20/20 | NAS | Review press coverage related to Purdue settlement negotiations. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #   012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 08/20/20 | LJD | Call with M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) re: case update and go forward planning. | 1.20 |
| 08/21/20 | GJK | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, N. Simon (all AlixPartners) | 0.50 |
| 08/21/20 | SKL | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, N. Simon (all AlixPartners) | 0.50 |
| 08/21/20 | NAS | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, N. Simon (all AlixPartners) | 0.50 |
| 08/21/20 | SJC | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, N. Simon (all AlixPartners) | 0.50 |
| 08/21/20 | HSB | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, N. Simon (all AlixPartners) | 0.50 |
| 08/21/20 | ADD | Prepare for AlixPartners Purdue engagement team update meeting. | 0.50 |
| 08/21/20 | ADD | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, N. Simon (all AlixPartners) | 0.50 |
| 08/21/20 | JD | Prepare agenda for weekly team update call. | 0.40 |
| 08/21/20 | JD | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, N. Simon (all AlixPartners) | 0.50 |
| 08/25/20 | JD | Prepare agenda for internal call with DPW, AlixPartners and PJT. | 0.30 |

# **AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/25/20 | JD | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: case update and go forward planning. | 0.90 |
| 08/25/20 | JD | Review proposed revised fee order re: 2nd interim fee applications. Correspondence re: fee order and hearing with E. Kardos (AlixPartners). | 0.30 |
| 08/25/20 | HSB | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: case update and go forward planning. | 0.90 |
| 08/25/20 | GJK | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: case update and go forward planning. | 0.90 |
| 08/25/20 | LJD | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: case update and go forward planning. | 0.90 |
| 08/26/20 | JD | Prepare analysis of professional fee billings. Correspondence with E. Kardos (AlixPartners) re: same. | 0.60 |
| 08/28/20 | JD | Prepare agenda for AlixPartners weekly update call. | 0.30 |
| 08/28/20 | JD | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, L. Donahue, S. Lemack, M. Rule, N. Simon (all AlixPartners) | 0.50 |
| 08/28/20 | HSB | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, L. Donahue, S. Lemack, M. Rule, N. Simon (all AlixPartners) | 0.50 |
| 08/28/20 | LJD | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, L. Donahue, S. Lemack, M. Rule, N. Simon (all AlixPartners) | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Chapter 11 Process/Case Management
Client/Matter #          012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/28/20 | MFR | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, L. Donahue, S. Lemack, M. Rule, N. Simon (all AlixPartners) | 0.50 |
| 08/28/20 | SKL | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, L. Donahue, S. Lemack, M. Rule, N. Simon (all AlixPartners) | 0.50 |
| 08/28/20 | SJC | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, L. Donahue, S. Lemack, M. Rule, N. Simon (all AlixPartners) | 0.50 |
| 08/28/20 | NAS | Weekly team update call with H. Bhattal, S. Canniff, J. DelConte, L. Donahue, S. Lemack, M. Rule, N. Simon (all AlixPartners) | 0.50 |
| 08/31/20 | JD | Call with M. Huebner (Davis Polk) and M. Kesselman (Purdue) re: initial UCC feedback on KEIP/KERP motion. | 0.30 |
| 08/31/20 | JD | Call with R. Aleali (Purdue) re: KEIP/KERP motion. | 0.40 |
| 08/31/20 | JD | Call with J. Lowne (Purdue) re: KEIP/KERP motion. | 0.30 |
| 08/31/20 | JD | Review and provide comments on current draft KEIP/KERP motion. Correspondence with Davis Polk re: same. | 1.30 |
| 09/01/20 | JD | Prepare for and attend update call with L. Donahue, J. DelConte, G. Koch, (all AlixPartners), M. Huebner, J. McClammy, E. Vonnegut, B. Kaminetzky, T. Graulich, C. Robertson (all Davis Polk), J. O'Connell, T. Coleman, J. Turner (all PJT Partners). | 1.00 |
| 09/01/20 | HSB | Update call with L. Donahue, J. DelConte, G. Koch, (all AlixPartners), M.Huebner, J.McClammy, E.Vonnegut, B.Kaminetzky, T.Graulich, C.Robertson (all Davis Polk), J.O'Connell, T.Coleman, J.Turner (all PJT Partners). | 0.60 |
| 09/01/20 | LJD | Update call with L. Donahue, J. DelConte, G. Koch, (all AlixPartners), M.Huebner, J.McClammy, E.Vonnegut, B.Kaminetzky, T.Graulich, C.Robertson (all Davis Polk), | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Chapter 11 Process/Case Management
Client/Matter #            012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | J.O'Connell, T.Coleman, J.Turner (all PJT Partners). | |
| 09/01/20 | GJK | Update call with L. Donahue, J. DelConte, G. Koch, (all AlixPartners), M. Huebner, J. McClammy, E. Vonnegut, B. Kaminetzky, T. Graulich, C. Robertson (all Davis Polk), J. O'Connell, T. Coleman, J. Turner (all PJT Partners). | 0.60 |
| 09/02/20 | JD | Prepare agenda for meeting tomorrow with management, AlixPartners, PJT and Davis Polk. | 0.40 |
| 09/03/20 | JD | Call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (both Davis Polk), T. Coleman, J. Turner, R. Schnitzler (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) re: weekly catch up call with management and advisors. | 1.10 |
| 09/03/20 | HSB | Call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (both Davis Polk), T. Coleman, J. Turner, R. Schnitzler (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) re: weekly catch up call with management and advisors. | 1.10 |
| 09/03/20 | LJD | Call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (both Davis Polk), T. Coleman, J. Turner, R. Schnitzler (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) re: weekly catch up call with management and advisors. | 1.10 |
| 09/04/20 | MFR | Call with H. Bhattal, S. Canniff, J. DelConte, G. Koch, K. McCafferty, M. Rule (all AlixPartners) re: Weekly update. | 0.50 |
| 09/04/20 | GJK | Call with H. Bhattal, S. Canniff, J. DelConte, G. Koch, K. McCafferty, M. Rule (all AlixPartners) re: Weekly update. | 0.50 |
| 09/04/20 | SJC | Call with H. Bhattal, S. Canniff, J. DelConte, G. Koch, K. McCafferty, M. Rule (all AlixPartners) re: Weekly update. | 0.50 |
| 09/04/20 | HSB | Call with H. Bhattal, S. Canniff, J. DelConte, G. Koch, K. McCafferty, M. Rule (all AlixPartners) re: Weekly update. | 0.50 |
| 09/04/20 | JD | Prepare agenda for AlixPartners weekly update call. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/04/20 | JD | Call with H. Bhattal, S. Canniff, J. DelConte, G. Koch, K. McCafferty, M. Rule (all AlixPartners) re: Weekly update. | 0.50 |
| 09/04/20 | KM | Call with H. Bhattal, S. Canniff, J. DelConte, G. Koch, K. McCafferty, M. Rule (all AlixPartners) re: Weekly update. | 0.50 |
| 09/08/20 | HSB | Call with M. Huebner, C. Robertson, B. Kamenetsky (Davis Polk), J. O'Connell, J. Turner, R. Schnitzler (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: case update and planning go-forward. | 0.60 |
| 09/08/20 | JD | Compose agenda for weekly professionals call. | 0.30 |
| 09/08/20 | JD | Call with M. Huebner, C. Robertson, B. Kamenetsky (Davis Polk), J. O'Connell, J. Turner, R. Schnitzler (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: case update and planning go-forward. | 0.60 |
| 09/08/20 | GJK | Call with M. Huebner, C. Robertson, B. Kamenetsky (Davis Polk), J. O'Connell, J. Turner, R. Schnitzler (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: case update and planning go-forward. | 0.60 |
| 09/08/20 | LJD | Call with M. Huebner, C. Robertson, B. Kamenetsky (Davis Polk), J. O'Connell, J. Turner, R. Schnitzler (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: case update and planning go-forward. | 0.60 |
| 09/09/20 | JD | Review draft agenda for tomorrow's call with the company and the professionals. | 0.20 |
| 09/10/20 | JD | Call with J. Lowne (Purdue) re: post-call catch up. | 0.20 |
| 09/10/20 | JD | Review final wages motion and declarations. | 1.50 |
| 09/10/20 | JD | Call with M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte and G. Koch (all AlixPartners) re: weekly update. | 0.50 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/10/20 | LJD | Call with M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte and G. Koch (all AlixPartners) re: weekly update. | 0.50 |
| 09/10/20 | GJK | Call with M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte and G. Koch (all AlixPartners) re: weekly update. | 0.50 |
| 09/11/20 | GJK | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, M. Rule, S. Fernando, N. Simon (all AlixPartners) re: Weekly update: | 0.40 |
| 09/11/20 | LJD | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, M. Rule, S. Fernando, N. Simon (all AlixPartners) re: Weekly update: | 0.40 |
| 09/11/20 | MFR | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, M. Rule, S. Fernando, N. Simon (all AlixPartners) re: Weekly update: | 0.40 |
| 09/11/20 | SKL | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, M. Rule, S. Fernando, N. Simon (all AlixPartners) re: Weekly update: | 0.40 |
| 09/11/20 | FOS | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, M. Rule, S. Fernando, N. Simon (all AlixPartners) re: Weekly update: | 0.40 |
| 09/11/20 | JD | Prepare agenda for weekly AlixPartners call. | 0.40 |
| 09/11/20 | JD | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, M. Rule, S. Fernando, N. Simon (all AlixPartners) re: Weekly update: | 0.40 |
| 09/11/20 | NAS | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, M. Rule, S. Fernando, N. Simon (all AlixPartners) | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| | | re: Weekly update: | |
| 09/11/20 | HSB | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, M. Rule, S. Fernando, N. Simon (all AlixPartners) re: Weekly update: | 0.40 |
| 09/16/20 | JD | Create agenda for all hands call tomorrow morning. | 0.40 |
| 09/17/20 | JD | Call with C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners)  re: case update and go forward planning. | 0.80 |
| 09/17/20 | HSB | Call with C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners)  re: case update and go forward planning. | 0.80 |
| 09/17/20 | LJD | Call with C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners)  re: case update and go forward planning. | 0.80 |
| 09/17/20 | GJK | Call with C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners)  re: case update and go forward planning. | 0.80 |
| 09/18/20 | GJK | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.60 |
| 09/18/20 | MFR | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/18/20 | FOS | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.60 |
| 09/18/20 | SKL | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.60 |
| 09/18/20 | NAS | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.60 |
| 09/18/20 | SJC | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.60 |
| 09/18/20 | ADD | Prepare for Purdue internal team update call. | 0.50 |
| 09/18/20 | ADD | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.60 |
| 09/18/20 | KM | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.60 |
| 09/18/20 | JD | Prepare agenda for weekly AlixPartners call. | 0.30 |
| 09/18/20 | JD | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.60 |
| 09/21/20 | HSB | Review PBGC claims related issues and requested information from Fidelity. | 1.10 |
| 09/22/20 | HSB | Call with M. Huebner, B. Kamenetsky, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners)  re: weekly advisors catch up call. | 0.60 |
| 09/22/20 | JD | Call with M. Huebner, B. Kamenetsky, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: weekly advisors catch up call. | |
| 09/22/20 | LJD | Call with M. Huebner, B. Kamenetsky, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: weekly advisors catch up call. | 0.60 |
| 09/22/20 | GJK | Call with M. Huebner, B. Kamenetsky, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners) re: weekly advisors catch up call. | 0.60 |
| 09/24/20 | GJK | Prepare for and attend weekly call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), L. Donahue, J. DelConte, G. Koch (both AlixPartners), M. Huebner, C. Robertson (all Davis Polk), J. O'Connell, T. Melvin (both PJT) re: go forward planning. | 0.60 |
| 09/24/20 | LJD | Prepare for and attend weekly call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), L. Donahue, J. DelConte, G. Koch (both AlixPartners), M. Huebner, C. Robertson (all Davis Polk), J. O'Connell, T. Melvin (both PJT) re: go forward planning. | 0.60 |
| 09/24/20 | JD | Weekly call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), L. Donahue, J. DelConte, G. Koch (both AlixPartners), M. Huebner, C. Robertson (all Davis Polk), J. O'Connell, T. Melvin (both PJT) re: go forward planning. | 0.50 |
| 09/24/20 | HSB | Review C. Landau (Purdue) UCC presentation dated July 2020. | 1.10 |
| 09/24/20 | HSB | Review C. Landau (Purdue) UCC presentation dated Feb 2020 ahead of meeting re: C. Landau (Purdue) deposition. | 0.90 |
| 09/25/20 | HSB | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, F. Silva, N. Simon (all AlixPartners) | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Chapter 11 Process/Case Management
Client/Matter #   012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | re: Weekly update. | |
| 09/25/20 | LTN | Intro to case call with L. Nguyen and J. DelConte (both AlixPartners). | 0.60 |
| 09/25/20 | ADD | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.70 |
| 09/25/20 | ADD | Prepare for Purdue AlixPartners engagement team update call. | 0.40 |
| 09/25/20 | JD | Prepare agenda for weekly AlixPartners call. | 0.30 |
| 09/25/20 | JD | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.70 |
| 09/25/20 | JD | Intro to case call with L. Nguyen and J. DelConte (both AlixPartners). | 0.60 |
| 09/25/20 | GJK | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.70 |
| 09/25/20 | FOS | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.70 |
| 09/25/20 | SKL | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.70 |
| 09/25/20 | SJC | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.70 |
| 09/25/20 | NAS | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.70 |
| 09/28/20 | JD | Correspondence with A. DePalma and S. Lemack (both | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners)  re: workplan and staffing. | |
| 09/28/20 | HSB | Conduct online research related to request from Davis Polk. | 0.40 |
| 09/29/20 | HSB | Call with M. Huebner, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch and H. Bhattal (all AlixPartners)  re: weekly professionals planning call. | 0.30 |
| 09/29/20 | HSB | Review KERP motion prepared by Davis Polk. | 0.80 |
| 09/29/20 | HSB | Review PBGC claim and prepare response to latest inquiry re: PBGC claim calculation. | 0.80 |
| 09/29/20 | JD | Call with M. Huebner, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch and H. Bhattal (all AlixPartners)  re: weekly professionals planning call. | 0.30 |
| 09/29/20 | NAS | Review motions related to extension of preliminary injunction posted to docket. | 0.70 |
| 09/29/20 | LJD | Call with M. Huebner, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch and H. Bhattal (all AlixPartners)  re: weekly professionals planning call. | 0.30 |
| 09/29/20 | GJK | Call with M. Huebner, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, G. Koch and H. Bhattal (all AlixPartners)  re: weekly professionals planning call. | 0.30 |
| 09/30/20 | LJD | Call with L. Donahue and J. DelConte (both AlixPartners) re: workplan and go forward staffing needs. | 0.40 |
| 09/30/20 | JD | Review motions filed by the UCC  re: discovery and privileged documents. | 1.10 |
| 09/30/20 | JD | Call with L. Donahue and J. DelConte (both AlixPartners) re: workplan and go forward staffing needs. | 0.40 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Chapter 11 Process/Case Management
Client/Matter #          012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/30/20 | JD | Prepare agenda for tomorrow's call with all of the professionals and management. | 0.30 |
| 09/30/20 | HSB | Review recently court filings re: OCP cap raise and new addition. | 0.20 |
| | | **Total** | **351.50** |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Chapter 11 Process/Case Management |
|---|---|
| Client/Matter # | 012589.00101 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Andrew D DePalma | 26.30 | 515.00 | 13,544.50 |
| Sam K Lemack | 9.00 | 515.00 | 4,635.00 |
| Lan T Nguyen | 0.60 | 515.00 | 309.00 |
| Nate A Simon | 13.50 | 515.00 | 6,952.50 |
| Fernando O Silva | 7.50 | 645.00 | 4,837.50 |
| Sam J Canniff | 7.50 | 645.00 | 4,837.50 |
| Jon D Hecht | 2.00 | 690.00 | 1,380.00 |
| Ryan D Sublett | 0.80 | 735.00 | 588.00 |
| Gabe J Koch | 49.30 | 840.00 | 41,412.00 |
| HS Bhattal | 74.60 | 840.00 | 62,664.00 |
| Mark F Rule | 8.40 | 910.00 | 7,644.00 |
| Jesse DelConte | 78.40 | 950.00 | 74,480.00 |
| Kevin M McCafferty | 18.80 | 950.00 | 17,860.00 |
| Richard Collura | 2.00 | 1,090.00 | 2,180.00 |
| Lisa Donahue | 52.80 | 1,195.00 | 63,096.00 |
| **Total Hours & Fees** | **351.50** | | **306,420.00** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Cash Management
Client/Matter #         012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 06/01/20 | SKL | Create accounts payable release file. | 1.30 |
| 06/01/20 | SKL | Review and reconcile list of indemnitee vendors approved for pre and postpetition payment from C. MacDonald (Purdue) and updated the AP tracker accordingly. | 1.10 |
| 06/01/20 | SKL | Finalize updates to the week ended 05/15 cash report based on feedback provided by E. Nowakowski (Purdue) and circulate for final sign-off and production. | 1.60 |
| 06/01/20 | SKL | Finalize updates to the Purdue and Rhodes forecast-to-actuals re: week ended 05/15 cash report. | 1.20 |
| 06/02/20 | SKL | Finalize review of a vendor's executed vendor agreement and updated the AP tracker accordingly so their invoices are released in today's payment run. | 1.30 |
| 06/02/20 | SKL | Finalize review of the docket for the latest restructuring professional fee applications and updated the restructuring fee tracker accordingly. | 2.30 |
| 06/02/20 | SKL | Finalize review of the docket for the latest retained professional fee applications and updated the retained fee tracker accordingly. | 1.90 |
| 06/02/20 | SKL | Prepare updated retained restructuring professional tracker that details the fee applications filed in the second interim fee period and circulate per DPW request. | 2.70 |
| 06/02/20 | SKL | Prepare updated retained professional fee summary and implemented into the latest tracker for DPW review. | 1.50 |
| 06/02/20 | SKL | Create accounts payable release file. | 0.80 |
| 06/03/20 | SKL | Create accounts payable release file. | 0.70 |
| 06/03/20 | SKL | Review the March flash report and prepared a new version that is non-PEO. | 2.00 |
| 06/03/20 | SKL | Review the latest weekly cash report for outstanding inquiries and prepared list of questions/items for E. Nowakowski (Purdue) and J. Liceaga (TXP) to provide | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Cash Management
Client/Matter #          012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | additional insight on. |  |
| 06/03/20 | SKL | Review the latest PrimeClerk claims summary report and began creating the claims database accordingly. | 2.60 |
| 06/04/20 | SKL | Review and reconcile the latest Paysource transaction report and updated the cash report accordingly. | 1.90 |
| 06/04/20 | SKL | Review and reconcile the latest EastWest transaction report provided by J. Liceaga (TXP) and updated the cash report accordingly. | 2.30 |
| 06/04/20 | SKL | Prepare the updated IAC and Investment summaries for the latest weekly cash report and circulate open cash inquiries for E. Nowakowski (Purdue) and J. Liceaga (TXP) to provide additional detail on. | 2.00 |
| 06/05/20 | SKL | Update the Purdue cash summary of the latest weekly cash report and prepared the relevant slides for the cash report accordingly. | 1.60 |
| 06/05/20 | SKL | Update the Rhodes cash summary of the latest weekly cash report and prepared the relevant slides for the cash report accordingly. | 1.30 |
| 06/05/20 | SKL | Continue preparing the final slides of the weekly cash report. | 1.40 |
| 06/05/20 | SKL | Finalize updates to the 05/22 weekly cash report and circulate to J. Lowne and R. Aleali (both Purdue) for final sign-off. | 1.80 |
| 06/05/20 | SKL | Prepare updated reconciliation and summary of the rebate payments made in the last month and followed-up on open rebate related inquiries. | 0.80 |
| 06/05/20 | SKL | Create accounts payable release file. | 0.90 |
| 06/08/20 | SKL | Review the latest list of reporting inquiries provided by Province and provided update accordingly. | 0.80 |
| 06/08/20 | SKL | Finalize updates to the restructuring professional fee | 1.70 |

2101 Cedar Springs Road       **T** 214.647.7500
Suite 1100                     **F** 214.647.7501
Dallas, TX 75201               **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Cash Management
Client/Matter #     012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | tracker based on the latest fee applications filed on the docket. | |
| 06/08/20 | SKL | Finalize updates to the retained professional fee tracker based on the latest fee applications filed on the docket. | 1.50 |
| 06/08/20 | SKL | Begin preparing the next Purdue cash forecast by refreshing the latest summaries and preparing the source files for implementation into the model. | 1.30 |
| 06/09/20 | SKL | Prepare the latest open AP report and updated the OpEx section of the Purdue forecast accordingly. | 2.40 |
| 06/09/20 | SKL | Prepare the latest open AR report and updated the Customer Receipt section of the Purdue forecast accordingly. | 2.20 |
| 06/09/20 | SKL | Review the latest IAC transactions re: weekly cash actuals and updated the latest Purdue 13-week forecast accordingly. | 2.10 |
| 06/09/20 | SKL | Review the March flash report and prepared and non-PEO version of the report accordingly. | 2.20 |
| 06/10/20 | SKL | Review and reconcile the latest EastWest transaction report provided by J. Liceaga (TXP) and updated the cash report accordingly. | 2.20 |
| 06/10/20 | SKL | Review and reconcile the latest Paysource transactions report, reconciled against the EastWest transaction report, and updated the categorization accordingly. | 1.70 |
| 06/10/20 | SKL | Review and reconcile the latest IAC and investment related transactions and prepared list of open cash inquiries for E. Nowakowski (Purdue) accordingly. | 2.10 |
| 06/10/20 | SKL | Finalize updates to the Purdue and Rhodes summaries re: weekly cash actuals. | 1.00 |
| 06/10/20 | SKL | Review latest updates to the SAP and AP release processes and prepared accounts payable release files. | 2.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #   012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/11/20 | SKL | Create accounts payable release file. | 0.80 |
| 06/11/20 | SKL | Prepare for and participate in meeting with C. MacDonald (Purdue) re: indemnitee firms and payment process. | 1.10 |
| 06/11/20 | SKL | Review and reconcile the full April 2020 financial presentation and began preparing the April flash report accordingly. | 2.40 |
| 06/11/20 | SKL | Finalize reconciliation of the full April 2020 financial presentation and finalized and circulate the April flash report accordingly. | 2.70 |
| 06/11/20 | SKL | Continue to make updates to the sales forecast and implement into the latest Purdue cash forecast. | 2.30 |
| 06/12/20 | SKL | Continue to work through and update the Customer Receipts and AR roll-forward section of the latest Purdue forecast. | 1.80 |
| 06/12/20 | SKL | Finalize updates to the Op. Ex. and AP roll-forward section of the latest Purdue cash forecast. | 1.40 |
| 06/12/20 | SKL | Finalize updates to the Retained professional, Restructuring professional, and Legal fee section of the latest Purdue forecast. | 1.90 |
| 06/12/20 | SKL | Create accounts payable release file. | 0.90 |
| 06/12/20 | SKL | Review latest feedback provided by C. Hobbick (Purdue) and updated the rebate section of the latest weekly cash report accordingly. | 1.30 |
| 06/12/20 | SKL | Review and reconcile the latest information provided by P. Phouthasone (Purdue) re: Rhodes sales, and prepared and circulate the latest Rhodes weekly sales report. | 0.90 |
| 06/12/20 | SKL | Review and reconcile the latest information provided by E. Nowakowski (Purdue) re: Purdue sales, and prepared and circulate the latest Purdue weekly sales report. | 1.30 |
| 06/15/20 | SKL | Create accounts payable release file. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/15/20 | SKL | Prepare for and participate in call with I. Arana, S. Lemack (both AlixPartners) re: PPLP rebates in forecast. | 0.80 |
| 06/15/20 | SKL | Continue to finalize review of the latest IAC cash items and followed up with J. Liceaga (TXP) accordingly. | 1.30 |
| 06/15/20 | SKL | Finalize updates to the weekly cash report and circulate the deck for final sign-off. | 2.20 |
| 06/15/20 | SKL | Review and reconcile the latest Purdue rebate tracker and finalized updates to the customer rebate section of the latest cash forecast accordingly. | 2.40 |
| 06/15/20 | SKL | Finalize updates to the Purdue and Rhodes weekly sales reports and circulate to the company for final sign-off. | 1.90 |
| 06/15/20 | JD | Correspondence with J. Lowne (Purdue) and S. Lemack (AlixPartners) re: cash forecast to actual report. | 0.30 |
| 06/15/20 | JD | Review documents uploaded to the Project Catalyst dataroom. | 0.70 |
| 06/15/20 | JD | Review and provide comments on weekly cash forecast to actual report. | 0.40 |
| 06/16/20 | SKL | Review the docket for the latest restructuring professional fee application and updated the Purdue cash forecast accordingly. | 1.80 |
| 06/16/20 | SKL | Review the docket for the latest retained professional fee application and updated the Purdue cash forecast accordingly. | 1.70 |
| 06/16/20 | SKL | Begin to finalize updates to the Op. Ex. portion of the latest 13 week Purdue forecast. | 2.10 |
| 06/16/20 | SKL | Continue to finalize updates to the Op. Ex. portion of the latest 13 week Rhodes forecast. | 1.50 |
| 06/16/20 | SKL | Continue to finalize updates to the customer rebate portion of the latest 13 week Purdue forecast. | 1.70 |
| 06/16/20 | SKL | Create accounts payable release file. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816


Re:                     Cash Management
Client/Matter #         012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/17/20 | SKL | Create accounts payable release file. | 0.80 |
| 06/17/20 | SKL | Continue to finalize updates to the customer rebate portion of the latest 13 week Rhodes forecast. | 1.50 |
| 06/17/20 | SKL | Prepare updated weekly sales report for Rhodes and circulate for final sign-off. | 1.10 |
| 06/17/20 | SKL | Finalize updates to the latest Purdue weekly sales report and circulate for final sign-off. | 1.20 |
| 06/17/20 | SKL | Prepare updated critical vendor analysis and circulate vendor breakdown accordingly. | 1.50 |
| 06/17/20 | SKL | Finalize updates to the Purdue cash forecast and updated the deck accordingly. | 1.60 |
| 06/17/20 | SKL | Finalize updates to the Rhodes cash forecast and updated and circulate the deck accordingly. | 1.80 |
| 06/18/20 | SKL | Create accounts payable release file. | 0.90 |
| 06/18/20 | SKL | Prepare and circulate the latest cash activity report for the May MOR. | 2.30 |
| 06/18/20 | SKL | Prepare and circulate the latest investment activity report for the May MOR. | 2.10 |
| 06/18/20 | SKL | Prepare and circulate the latest retained professional payment activity report for the May MOR. | 2.00 |
| 06/18/20 | SKL | Review and reconcile the latest Paysource transactions report, reconciled against the EastWest transaction report, and updated the categorization accordingly. | 1.60 |
| 06/19/20 | SKL | Review and reconcile the latest EastWest transaction report provided by J. Liceaga (TXP) and updated the cash report accordingly. | 2.10 |
| 06/19/20 | SKL | Review and reconcile the latest IAC and investment related transactions and prepared list of open cash inquiries. | 1.70 |
| 06/19/20 | SKL | Prepare for and participate in call with C. MacDonald | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Cash Management
Client/Matter #              012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (Purdue) to finalize updates and answer questions re: the professional payment piece of the May MOR. | |
| 06/19/20 | SKL | Finalize updates to the professional payment piece of the May MOR following today's call with C. MacDonald (Purdue). | 0.50 |
| 06/19/20 | SKL | Update the customer rebate and restructuring professional piece of the latest cash forecast and recirculated accordingly. | 1.80 |
| 06/19/20 | SKL | Create accounts payable release file. | 0.90 |
| 06/19/20 | JD | Call with B. Soper (Stretto) re: cash management options. | 0.30 |
| 06/19/20 | JD | Review and provide comments on the latest cash flow forecast. | 0.70 |
| 06/22/20 | SKL | Finalize updates to the week ended 06/05 weekly cash report and circulated for final sign-off. | 2.10 |
| 06/22/20 | SKL | Create accounts payable release file. | 0.80 |
| 06/22/20 | SKL | Pulled the latest A/P information from SAP and began updating the Op. Ex. section of the Purdue forecast accordingly. | 2.70 |
| 06/22/20 | SKL | Update the Op. Ex. piece of the Rhodes forecast using the latest A/P information pulled from SAP. | 1.90 |
| 06/22/20 | SKL | Review and reconciled the latest rebate tracker and began updating the rebate section of the Purdue forecast accordingly. | 2.10 |
| 06/22/20 | JD | Review and comment on latest cash forecast to actual report. | 0.70 |
| 06/22/20 | HSB | Review cash forecast prepared by S. Lemack (AlixPartners). | 0.30 |
| 06/23/20 | JD | Call with B. Soper (Stretto) re: cash management options. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 06/23/20 | SKL | Review latest feedback provided on a particular critical vendor's payment inquiry and prepared payment to the vendor accordingly. | 1.60 |
| 06/23/20 | SKL | Pulled the latest A/R information from SAP and began updating the Customer Receipt section of the Purdue forecast accordingly. | 2.20 |
| 06/23/20 | SKL | Update the Customer Receipt section of the Rhodes forecast using the latest A/R information from SAP. | 1.90 |
| 06/23/20 | SKL | Finalize the Customer Rebate and summary sections of the Purdue and Rhodes forecasts and began updating the deck accordingly. | 2.10 |
| 06/23/20 | SKL | Create accounts payable release file. | 0.70 |
| 06/23/20 | SKL | Prepare for and participate in discussion with the Prime Clerk team re: claim image inquiries and claim summary review. | 0.80 |
| 06/24/20 | SKL | Create accounts payable release file. | 1.00 |
| 06/24/20 | SKL | Finalize updates to the IAC and Restructuring/Retained Professional piece of the Purdue and Rhodes forecast and updated the deck accordingly. | 2.40 |
| 06/24/20 | SKL | Review and reconciled the week ended 06/19 East West report and prepared categorizing information accordingly. | 1.80 |
| 06/24/20 | SKL | Finalize review of the latest Paysource report re: week ended 06/19 weekly cash report and updated the report accordingly. | 1.90 |
| 06/24/20 | SKL | Review the latest updates provided for the week ended 06/12 weekly cash report and updated the Purdue and Rhodes cash summaries accordingly. | 2.20 |
| 06/24/20 | JD | Review and provide comments on latest draft 13 week cash flow forecast. | 0.80 |
| 06/25/20 | JD | Review and provide comments on latest 13 week cash | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | flow draft. | |
| 06/25/20 | SKL | Review and reconciled the latest Restructuring/Retained professional holdback tracker provided by C. MacDonald and ensured the latest cash forecast was updated accordingly. | 1.70 |
| 06/25/20 | SKL | Review and reconciled the latest cash information provided by R. Brown (Purdue) and E. Nowakowski (Purdue) and updated the summaries and IAC sections of the cash report accordingly. | 2.40 |
| 06/25/20 | SKL | Prepare for and participate in discussion with J. Liceaga (TXP) re: cash forecast interest rates and updated the forecast with the latest information provided. | 1.10 |
| 06/25/20 | SKL | Create accounts payable release file. | 0.90 |
| 06/26/20 | SKL | Finalize updates to the week ended 06/12 cash report and began putting together the forecast-to-variance slides. | 1.70 |
| 06/26/20 | SKL | Finalize updates to the week ended 06/19 cash report and prepared list of open items for E. Nowakowski and R. Brown (both Purdue) accordingly. | 1.80 |
| 06/26/20 | SKL | Create accounts payable release file. | 0.80 |
| 06/29/20 | SKL | Create accounts payable release file. | 0.90 |
| 06/29/20 | SKL | Continue to follow-up and finalized the IAC transactions and IAC summaries of the latest weekly cash report. | 1.50 |
| 06/29/20 | SKL | Review the latest feedback provided by E. Nowakowski (Purdue) and R. Brown (Purdue) and continued to finalize the Rhodes and Purdue summaries slides re: week ended 06/12 cash actuals. | 1.60 |
| 06/29/20 | SKL | Review the latest feedback provided by E. Nowakowski (Purdue) and R. Brown (Purdue) and prepared and finalized the forecast-to-actuals piece of the week ended 06/12 weekly cash report. | 2.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/29/20 | SKL | Review the latest feedback provided by E. Nowakowski (Purdue) and R. Brown (Purdue) and prepared and finalized the forecast-to-actuals piece of the week ended 06/19 weekly cash report. | 2.10 |
| 06/29/20 | HSB | Review weekly cash reports prepared by S. Lemack (AlixPartners) for weeks ended 6/12 and 06/19. | 0.80 |
| 06/30/20 | SKL | Finalize updates to the Purdue and Rhodes IAC summary slides of the week ended 06/19 cash report. | 1.20 |
| 06/30/20 | SKL | Review the April Financial Board Deck provided by E. Nowakowski (Purdue) and prepared the updated non-PEO version of the April Flash report accordingly. | 2.70 |
| 06/30/20 | SKL | Review latest feedback provided on the non-PEO version of the April Flash report and updated accordingly. | 2.10 |
| 06/30/20 | SKL | Review and reconciled latest feedback provided on the week ended 06/12 and 06/19 weekly cash report and revised and recirculated the reports accordingly. | 2.50 |
| 06/30/20 | SKL | Create accounts payable release file. | 0.80 |
| 06/30/20 | JD | Review and provide comments on 6/12 and 6/19 cash forecast to actual reports. | 0.80 |
| 07/01/20 | SKL | Meeting with HS Bhattal and S. Lemack (both AlixPartners) to discuss cash reporting process and procedures. | 0.90 |
| 07/01/20 | SKL | Create accounts payable release file. | 0.80 |
| 07/01/20 | SKL | Review the latest EastWest cash transaction report and categorized for the week ended 06/26 cash report. | 2.00 |
| 07/01/20 | SKL | Review the latest Paysource cash transaction report and categorized for the week ended 06/26 cash report. | 1.60 |
| 07/01/20 | SKL | Prepare the Purdue and Rhodes IAC summaries and prepared updated to the deck accordingly. | 1.50 |
| 07/01/20 | SKL | Finalize updates to the Purdue and Rhodes cash | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Cash Management |
|-----|-----------------|
| Client/Matter # | 012589.00103 |

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | summaries and prepared list of open items. | |
| 07/01/20 | HSB | Meeting with HS Bhattal and S. Lemack (both AlixPartners) to discuss cash reporting process and procedures. | 0.90 |
| 07/02/20 | JD | Correspondence with HS Bhattal and S. Lemack (both AlixPartners) re: last 2 weekly forecast to actual cash reports with review of the latest reports. | 0.70 |
| 07/02/20 | SKL | Create accounts payable release file. | 0.80 |
| 07/02/20 | SKL | Review updates provided by E. Nowakowski (Purdue) and J. Liceaga (TXP) and finalized updates to the Purdue and Rhodes cash summaries accordingly. | 1.40 |
| 07/02/20 | SKL | Update the latest Purdue forecast with this past week's cash actuals and prepared the Purdue forecast to actual analysis. | 1.90 |
| 07/02/20 | SKL | Update the latest Rhodes forecast with this past week's cash actuals and prepared the Rhodes forecast to actual analysis. | 1.50 |
| 07/02/20 | SKL | Prepare and finalize updates to the weekly cash report deck and circulated for final sign-off. | 1.90 |
| 07/06/20 | SKL | Prepare the latest Monthly Flash reports and provided to R. Aleali (Purdue) per her request. | 0.40 |
| 07/06/20 | SKL | Finalize the Purdue and Rhodes Medicaid piece of the March Customer Programs report. | 2.10 |
| 07/06/20 | SKL | Finalize the Purdue and Rhodes Commercial rebate piece of the March Customer Programs report. | 2.70 |
| 07/06/20 | SKL | Prepare breakdown of June prepetition payments per J. Lowne (Purdue) request. | 0.80 |
| 07/06/20 | SKL | Update the Medicaid by state breakout for the Customer Programs report. | 1.30 |
| 07/06/20 | SKL | Finalize updates to the rebate summary section of the | 1.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #   012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | March Customer Programs report and circulated for final sign-off. | |
| 07/06/20 | SKL | Create accounts payable release file. | 0.90 |
| 07/07/20 | SKL | Prepare operational disbursements through 2020 and began preparing the updated analysis re: min cash balance. | 2.30 |
| 07/07/20 | SKL | Finalize updates to the Medicaid piece of the March Customer Programs report based on the feedback provided by E. Nowakowski (Purdue) and circulated for final sign-off. | 1.80 |
| 07/07/20 | SKL | Prepare analysis of the latest retained professional payments and circulated inquiry to H. Benson (TXP) to help provide additional info. | 0.70 |
| 07/07/20 | SKL | Finalize updates to the week ended 06/26 cash report and circulated to the DPW team to begin the production process. | 1.30 |
| 07/07/20 | SKL | Finalize updates to the Min. Cash Analysis based on the feedback provided by J. DelConte (AlixPartners) and circulated update to the AlixPartners team. | 2.20 |
| 07/07/20 | SKL | Create accounts payable release file. | 0.80 |
| 07/08/20 | SKL | Create accounts payable release file. | 0.70 |
| 07/09/20 | SKL | Call with HS Bhattal, S. Lemack and J. DelConte (all AlixPartners) re: minimum cash balance analysis. | 0.50 |
| 07/09/20 | SKL | Create accounts payable release file. | 0.90 |
| 07/09/20 | SKL | Review the latest EastWest cash transaction report and categorized for the week ended 07/03 cash report. | 2.00 |
| 07/09/20 | SKL | Review the latest Paysource cash transaction report and categorized for the week ended 07/03 cash report. | 1.90 |
| 07/09/20 | SKL | Review and reconcile the latest investment activity files provided by J. Liceaga (TXP) and updated the investment | 1.30 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                         Cash Management
Client/Matter #            012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | section of the week ended 07/03 weekly cash report accordingly. | |
| 07/09/20 | SKL | Review and reconcile the latest IAC cash activity provided by J. Liceaga (TXP) and circulated list of open-items to E. Nowakowski (Purdue). | 1.40 |
| 07/09/20 | JD | Review latest cash flow forecasts, cash actual reporting and business plan cash forecasts to respond to outstanding questions from the AHC on year end cash forecast. | 1.20 |
| 07/09/20 | JD | Call with HS Bhattal, S. Lemack and J. DelConte (all AlixPartners) re: minimum cash balance analysis. | 0.50 |
| 07/09/20 | HSB | Call with HS Bhattal, S. Lemack and J. DelConte (all AlixPartners) re: minimum cash balance analysis. | 0.50 |
| 07/10/20 | SKL | Finalize reconciliation of the IAC feedback provided by J. Liceaga (TXP) and R. Brown (Purdue) and updated the weekly cash report accordingly. | 1.40 |
| 07/10/20 | SKL | Update the latest Rhodes forecast with this past week's cash actuals and prepared the Rhodes forecast to actual analysis. | 1.60 |
| 07/10/20 | SKL | Update the latest Purdue forecast with this past week's cash actuals and prepared the Purdue forecast to actual analysis. | 1.60 |
| 07/10/20 | SKL | Create accounts payable release file. | 0.80 |
| 07/13/20 | SKL | Create accounts payable release file. | 0.80 |
| 07/13/20 | SKL | Review and reconcile the latest feedback provided by J. Liceaga (TXP) and R. Brown (Purdue) re: week ended 07/03 cash report and updated the report accordingly. | 2.30 |
| 07/13/20 | SKL | Finalize updates to the week ended 07/03 weekly cash report deck and circulated internally for final sign-off. | 1.90 |
| 07/13/20 | SKL | Review latest batch of Indemnitee invoices provided by C. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #   012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | MacDonald (Purdue) and included in today's AP release files. | |
| 07/13/20 | SKL | Review the latest Purdue investment activity and prepared the updated Purdue account balances for the June Monthly Operating Report. | 2.20 |
| 07/13/20 | SKL | Finalize updates to the May PEO Flash report and sent to Chris Robertson (Davis Polk) to begin the production process. | 0.50 |
| 07/13/20 | HSB | Review weekly cash actuals report for the week of 7/03 prepared by S. Lemack (AlixPartners). | 0.80 |
| 07/13/20 | HSB | Review underlying excel document for the weekly cash report. | 0.20 |
| 07/13/20 | JD | Review and provide comments on the latest cash report. | 0.50 |
| 07/14/20 | JD | Review minimum cash analysis put together by S. Lemack (AlixPartners). | 0.50 |
| 07/14/20 | SKL | Continue to finalize updates to the Min. Cash Analysis based on the inquiry from FTI. | 1.80 |
| 07/14/20 | SKL | Review and reconcile professional payments made in June and prepared the professional payment section of the Monthly Operating Report accordingly. | 2.10 |
| 07/14/20 | SKL | Finalize review of the cash receipts and disbursements from the month of June and prepared the updated cash activity section the Monthly Operating Report. | 2.60 |
| 07/14/20 | SKL | Create accounts payable release file. | 0.60 |
| 07/15/20 | SKL | Create accounts payable release file. | 0.70 |
| 07/15/20 | SKL | Review updates provided by C. Ostrowski (Purdue) re: Customer Programs and finalized updates to the report. | 1.80 |
| 07/15/20 | SKL | Review the latest EastWest cash transaction report provided by J. Liceaga (TXP) and categorized for the week ended 07/10 cash report. | 2.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 07/15/20 | SKL | Review the latest PaySource cash transaction report and categorized for the week ended 07/10 cash report. | 1.80 |
| 07/15/20 | SKL | Review and reconcile the latest IAC transactions, prepared the updated IAC summaries and prepared list of open IAC inquiries for J. Liceaga (TXP) and E. Nowakowski (Purdue) to review. | 1.50 |
| 07/15/20 | SKL | Review and reconcile the latest Purdue investment activity and updated the weekly cash report accordingly. | 0.90 |
| 07/15/20 | HSB | Review underlying excel file with financial statements for May reporting. | 1.20 |
| 07/15/20 | HSB | Analyze actual ytd financial results per the May flash report and compared against business plan forecasts. | 0.60 |
| 07/16/20 | SKL | Review and reconcile the latest Rhodes Medicaid and Commercial rebate info provided by the Rhodes Pharma team and updated the April Customer Programs report accordingly. | 1.70 |
| 07/16/20 | SKL | Review and reconcile the latest Purdue Medicaid and Commercial rebate info provided by the E. Nowakowski (Purdue) and updated the April Customer Programs report accordingly. | 2.20 |
| 07/16/20 | SKL | Finalize updates to the remaining sections of the April Customer Programs report, Customer Programs deck, and circulated update to C. Ostrowski (Purdue) for final sign-off. | 2.60 |
| 07/16/20 | SKL | Review the latest feedback provided by C. Ostrowski (Purdue) re: April's Customer Programs report, updated the report accordingly, and began preparing a redacted version of the final deck. | 1.60 |
| 07/16/20 | SKL | Create accounts payable release file. | 0.80 |
| 07/17/20 | SKL | Create accounts payable release file. | 1.10 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/17/20 | SKL | Finalize review of the latest weekly cash report feedback provided by J. Liceaga (TXP) and R. Brown (Purdue) and updated the Purdue and Rhodes cash summaries accordingly. | 1.30 |
| 07/17/20 | SKL | Prepare the updated Purdue forecast-to-actuals section of the weekly cash report and prepared and finalized the Purdue slides of the report. | 1.30 |
| 07/17/20 | SKL | Prepare the updated Rhodes forecast-to-actuals section of the weekly cash report and prepared and finalized the Rhodes slides of the report. | 1.30 |
| 07/17/20 | SKL | Finalize Min. Cash Analysis and prepared updated response to the AHC open question list. | 0.80 |
| 07/17/20 | SKL | Review and reconcile prepetition invoices paid in June and prepared updated analysis for J. Lowne (Purdue) review. | 0.60 |
| 07/17/20 | SKL | Review the docket for the latest fee applications filed by Restructuring and Retained Professionals to update our professional tracker accordingly. | 1.30 |
| 07/17/20 | JD | Review and provide comments on the latest cash forecast to actual. | 0.50 |
| 07/17/20 | HSB | Review weekly cash report prepared by S. Lemack (AlixPartners). | 0.70 |
| 07/20/20 | HSB | Review updated weekly cash report (week ended 7/10) prepared by S. Lemack (AlixPartners). | 0.20 |
| 07/20/20 | JD | Review and provide comments on latest draft forecast to actual cash report. | 0.60 |
| 07/20/20 | SKL | Create accounts payable release file. | 1.00 |
| 07/20/20 | SKL | Finalize remaining updates to the week ended 07/10 cash report and circulated for final sign-off. | 0.80 |
| 07/20/20 | SKL | Review the latest OCP payment inquiry and prepared updated OCP breakdown. | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Cash Management
Client/Matter #          012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/20/20 | SKL | Finalize remaining updates to the March and April Customer Program's reports and circulated for final sign-off. | 2.10 |
| 07/20/20 | SKL | Prepare for and participate in OCP discussion with C. MacDonald (Purdue). | 0.50 |
| 07/20/20 | SKL | Begin reconciliation of the latest fee applications filed by retained professionals re: 13-week forecast. | 1.40 |
| 07/20/20 | SKL | Continue reconciliation of the latest fee applications filed by restructuring professionals re: 13-week forecast. | 2.00 |
| 07/21/20 | SKL | Refresh the week ended 07/10 cash report with the latest IAC feedback provided by J. Liceaga (TXP) and recirculated final version of the deck. | 1.50 |
| 07/21/20 | SKL | Review latest feedback and reconciliation of customer deposits re: 13-week cash forecast. | 0.50 |
| 07/21/20 | SKL | Create accounts payable release file. | 0.80 |
| 07/21/20 | SKL | Review the latest EastWest cash transaction report provided by J. Liceaga (TXP) and categorized for the week ended 07/17 cash report. | 2.00 |
| 07/21/20 | SKL | Review the latest Paysource transaction report and categorized for the week ended 07/17 cash report. | 1.80 |
| 07/21/20 | SKL | Review and reconcile the latest Purdue rebate tracker provided by D. Krishnan (Purdue) and updated the week ended 07/17 cash report accordingly. | 1.30 |
| 07/21/20 | SKL | Review and reconcile the latest IAC transactions for Purdue and Rhodes and prepared the updated IAC summaries for the week ended 07/17 cash report accordingly. | 1.20 |
| 07/22/20 | SKL | Finalize updates to the Purdue section of the week ended 07/17 cash report, prepared the forecast-to-actuals analysis and updated the cash report accordingly. | 1.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #   012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/22/20 | SKL | Finalize updates to the Rhodes section of the week ended 07/17 cash report, prepared the forecast-to-actuals analysis and updated the cash report accordingly. | 1.30 |
| 07/22/20 | SKL | Review and reconcile the latest Purdue weekly sales info provided by E. Nowakowski (Purdue) and prepared the updated Purdue weekly sales report accordingly. | 1.20 |
| 07/22/20 | SKL | Review and reconcile the latest Rhodes weekly sales info provided by P. Phouthasone (Rhodes) and prepared the updated Rhodes weekly sales report accordingly. | 1.00 |
| 07/22/20 | SKL | Create accounts payable release file. | 0.80 |
| 07/22/20 | SKL | Prepare for Liquidation analysis meeting. | 0.60 |
| 07/22/20 | SKL | Review and reconcile non-recurring legal fees based on the May 2020 financials provided by the company. | 2.10 |
| 07/22/20 | SKL | Begin preparing updated Liquidation Analysis based on May financials. | 1.30 |
| 07/22/20 | JD | Review and provide comments on latest cash forecast to actual report. | 0.30 |
| 07/22/20 | HSB | Review weekly cash report (week ending 07/17) prepared by S. Lemack (AlixPartners). | 0.40 |
| 07/23/20 | SKL | Finalize updates to the week ended 07/17 weekly cash report based on the feedback provided by J. Liceaga (TXP) and circulated for final sign-off. | 1.40 |
| 07/23/20 | SKL | Finalize review and reconciliation of non-recurring legal fees. | 1.40 |
| 07/23/20 | SKL | Continue to finalize review and reconciliation of the latest fee applications filed by retained professionals re: 13-week forecast. | 2.30 |
| 07/23/20 | SKL | Continue to finalize review and reconciliation of the latest fee applications filed by restructuring professionals re: 13-week forecast. | 2.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Cash Management
Client/Matter #         012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 07/23/20 | SKL | Create accounts payable release file. | 1.20 |
| 07/24/20 | SKL | Create accounts payable release file. | 0.80 |
| 07/24/20 | SKL | Finalize review of the retained professional fee applications, update the retained professional tracker, and circulate list of open inquiries to C. MacDonald (Purdue). | 1.20 |
| 07/24/20 | SKL | Continue to create a refreshed liquidation analysis based on May financials, and began reviewing the underlying assumptions for the high, mid and low case. | 2.70 |
| 07/24/20 | SKL | Finalize review of the restructuring professional fee applications, updated the restructuring professional tracker, and circulated list of open inquiries to C. MacDonald (Purdue). | 1.80 |
| 07/24/20 | SKL | Begin updating the latest Purdue 13-week forecast summary and bringing in the latest A/P and A/R source information. | 1.80 |
| 07/27/20 | SKL | Create accounts payable release file. | 0.70 |
| 07/27/20 | SKL | Review and reconcile the latest receipt forecast and update the Purdue cash forecast accordingly. | 2.40 |
| 07/27/20 | SKL | Pull the latest Purdue A/R detail from SAP and begin updating the receipt section of the Purdue forecast accordingly. | 1.50 |
| 07/27/20 | SKL | Pull the latest Purdue A/P detail from SAP and begin updating the operating expense section of the Purdue forecast accordingly. | 1.80 |
| 07/27/20 | SKL | Review and reconcile the latest Purdue customer rebate forecast and update the Purdue cash forecast accordingly. | 2.60 |
| 07/28/20 | SKL | Finalize review and reconciliation of latest retained professional fee applications filed and update the Purdue cash forecast accordingly. | 1.80 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/28/20 | SKL | Finalize review and reconciliation of latest restructuring professional fee applications filed and update the Purdue cash forecast accordingly. | 1.80 |
| 07/28/20 | SKL | Review the latest EastWest cash transaction report provided by J. Liceaga (TXP) and categorized for the week ended 07/24 cash report. | 1.80 |
| 07/28/20 | SKL | Review the latest Paysource transaction report and Integrated Payables report and categorized for the week ended 07/24 cash report. | 2.40 |
| 07/28/20 | SKL | Review and reconcile latest finance report slides from C. George (Purdue) and redact and recirculate deck to begin the production process. | 1.10 |
| 07/28/20 | SKL | Create accounts payable release file. | 0.60 |
| 07/29/20 | SKL | Create accounts payable release file. | 0.80 |
| 07/29/20 | SKL | Prepare for and participate in discussions with C. MacDonald (Purdue) re: OCP fees/expenses incurred. | 1.10 |
| 07/29/20 | SKL | Review and reconcile latest OCP fee/expense detailed provided by C. MacDonald (Purdue) and updated the OCP report accordingly. | 1.60 |
| 07/29/20 | SKL | Prepare final list of updates for the June OCP report and circulated final report for DPW review. | 2.10 |
| 07/29/20 | SKL | Review and reconcile the latest IAC transactions for Purdue and Rhodes and prepared the updated IAC summaries for the week ended 07/24 cash report accordingly. | 1.10 |
| 07/29/20 | SKL | Review latest feedback provided re: Rhodes customer rebates and update the Rhodes cash forecast accordingly. | 2.60 |
| 07/30/20 | SKL | Pull the latest Rhodes A/P detail from SAP and begin updating the operating expense section of the Rhodes forecast accordingly. | 1.30 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/30/20 | SKL | Pull the latest Purdue A/R detail from SAP and begin updating the receipt section of the Purdue forecast accordingly. | 1.20 |
| 07/30/20 | SKL | Finalize updates to the customer receipt section of the Rhodes cash forecast. | 2.10 |
| 07/30/20 | SKL | Finalize updates to the operating expense section of the Rhodes cash forecast. | 2.40 |
| 07/30/20 | SKL | Finalize updates to the IAC receipts section of the Rhodes cash forecast. | 1.70 |
| 07/30/20 | SKL | Create accounts payable release file. | 0.60 |
| 07/31/20 | SKL | Create accounts payable release file. | 0.90 |
| 07/31/20 | SKL | Finalize updates to the IAC disbursements section of the Rhodes cash forecast. | 1.20 |
| 07/31/20 | SKL | Prepare updated Rhodes forecast-to-actual slides for the week ended 07/24 cash forecast. | 0.60 |
| 07/31/20 | SKL | Prepare updated Purdue forecast-to-actual slides for the week ended 07/24 cash forecast. | 0.60 |
| 07/31/20 | SKL | Finalize updates to the Purdue cash forecast and update the Purdue slides of the latest cash forecast deck accordingly. | 2.40 |
| 07/31/20 | SKL | Finalize updates to the Rhodes cash forecast and update the Rhodes slides of the latest cash forecast deck accordingly. | 2.10 |
| 07/31/20 | SKL | Update the cash forecast with the latest feedback provided and recirculate for final sign-off. | 0.70 |
| 07/31/20 | HSB | Review Cash Forecast report prepared by S. Lemack (AlixPartners). | 0.70 |
| 08/01/20 | JD | Correspondence with C. MacDonald (Purdue) re: professional fee payments. | 0.20 |
| 08/03/20 | JD | Review and provide comments on the latest cash | 0.80 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | forecast. | |
| 08/03/20 | SKL | Create accounts payable release files. | 1.10 |
| 08/03/20 | SKL | Review, reconcile and provide response to the latest Critical Vendor inquiry provided by R. Johansen (Purdue). | 0.80 |
| 08/03/20 | SKL | Review, reconcile and provide updated on latest prepetition invoice queries provided by C. MacDonald (Purdue). | 1.10 |
| 08/03/20 | SKL | Review latest feedback provided re: professional payment forecast and prepare updates to the latest cash forecast accordingly. | 2.40 |
| 08/03/20 | HSB | Review post-petition invoices submitted for payment. | 0.20 |
| 08/04/20 | JD | Review updated cash forecast per management comments. | 0.40 |
| 08/04/20 | SKL | Prepare updated US Trustee payment calculation and support and prepare update for J. Lowne (Purdue) accordingly. | 0.90 |
| 08/04/20 | SKL | Finalize review of final notes and feedback provided on the latest cash forecast and circulated for production. | 0.70 |
| 08/04/20 | SKL | Review final feedback provided internally re: cash forecast and circulate to the Purdue team for final sign-off. | 1.70 |
| 08/04/20 | SKL | Create accounts payable release files. | 0.90 |
| 08/05/20 | SKL | Create accounts payable release files. | 0.60 |
| 08/05/20 | SKL | Prepare updated Critical Vendor breakdown per C. Robertson (Davis Polk) request. | 0.80 |
| 08/05/20 | SKL | Finalize updates to the week ended 07/24 cash report and circulate internally for final sign-off. | 1.80 |
| 08/05/20 | SKL | Review the latest EastWest cash transaction report provided by J. Liceaga (TXP) and categorized for the week ended 07/31 cash report. | 2.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/05/20 | JD | Review and provide comments on latest cash forecast to actual analysis. | 0.50 |
| 08/05/20 | JD | Review material contract analysis from Davis Polk. | 0.70 |
| 08/05/20 | HSB | Review Cash Report (for week ended 07/24) prepared by S. Lemack (AlixPartners). | 0.80 |
| 08/05/20 | HSB | Review excel file with cash actuals tracking activity (for week ended 07/24) prepared by S. Lemack (AlixPartners). | 0.90 |
| 08/06/20 | HSB | Review supporting excel files for weekly cash report. | 0.80 |
| 08/06/20 | SKL | Review the latest Paysource transaction report and Integrated Payables report and categorized for the week ended 07/31 cash report. | 2.20 |
| 08/06/20 | SKL | Review and reconciled the latest investment activity re: East West cash transactions and updated the weekly cash report accordingly. | 1.10 |
| 08/06/20 | SKL | Review and reconcile the latest IAC cash activity and prepare updated list of open items for E. Nowakowski (Purdue) accordingly. | 1.80 |
| 08/06/20 | SKL | Review and reconcile the latest restructuring and retained professional payments against the latest fee application tracker. | 1.10 |
| 08/06/20 | SKL | Create accounts payable release files. | 0.70 |
| 08/07/20 | SKL | Create accounts payable release files. | 0.70 |
| 08/07/20 | SKL | Review and reconcile latest May-PEO Flash report and prepared non-PEO version. | 2.40 |
| 08/07/20 | SKL | Update the Purdue cash forecast with the latest weekly cash actuals and prepared forecast to actual slide of the weekly cash report accordingly. | 1.10 |
| 08/07/20 | SKL | Update the Rhodes cash forecast with the latest weekly cash actuals and prepared the updated forecast to actual | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #   012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | slide of the weekly cash report accordingly. | |
| 08/07/20 | SKL | Update the weekly cash report with the latest feedback provided by J. Liceaga (TXP) and E. Nowakowski (Purdue) and circulated internally for final sign-off. | 1.80 |
| 08/07/20 | HSB | Review list of outstanding government payments in response to query. | 0.20 |
| 08/10/20 | HSB | Review excel file with the PPLP Cash Flow Model | 1.10 |
| 08/10/20 | SKL | Review latest vendor match updates and update the vendor master accordingly. | 2.30 |
| 08/10/20 | SKL | Finalize remaining updates to the 07/31 weekly cash report and circulate for approval. | 0.70 |
| 08/10/20 | SKL | Finalize updates to the non-PEO May Flash report and circulate for final approval. | 1.20 |
| 08/10/20 | SKL | Create accounts payable release files. | 0.70 |
| 08/10/20 | SKL | Review the EastWest cash transactions from July and prepare updated cash activity report for the July MOR. | 1.90 |
| 08/11/20 | SKL | Review and reconcile all July investment activity and prepare updated bank account balances for the July MOR. | 1.90 |
| 08/11/20 | SKL | Review and reconcile professional payments for July and prepare the updated professional payment piece of the July MOR and circulate to C. MacDonald (Purdue) for approval. | 2.20 |
| 08/11/20 | SKL | Review latest feedback provided re: customer deposits and prepare updated list of open items and follow-up questions accordingly. | 0.70 |
| 08/11/20 | SKL | Continue to review the May financial board deck and prepare the non-PEO Flash report accordingly. | 2.10 |
| 08/11/20 | SKL | Finalize updates to the non-PEO Flash report and circulate to J. Lowne (Purdue) and R. Aleali (Purdue) for final approval. | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Cash Management
Client/Matter #     012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/11/20 | SKL | Create accounts payable release files. | 0.60 |
| 08/12/20 | SKL | Prepare for and participate in discussion with C. MacDonald (Purdue) re: OCP firm payments and caps. | 0.60 |
| 08/12/20 | SKL | Reconcile latest OCP firm payments and prepare update for C. MacDonald (Purdue) and DPW team. | 0.50 |
| 08/12/20 | SKL | Create accounts payable release files. | 0.90 |
| 08/12/20 | SKL | Finalize updates to the professional payment piece of the July MOR based on the latest feedback provided by C. MacDonald (Purdue) and circulate accordingly. | 1.90 |
| 08/12/20 | SKL | Prepare final updates to the May non-PEO Flash report based on the latest feedback provided and circulated for final sign-off. | 1.10 |
| 08/12/20 | SKL | Review the latest EastWest cash transaction report provided by J. Liceaga (TXP) and categorized for the week ended 08/07 cash report. | 2.20 |
| 08/12/20 | SKL | Review and reconcile the latest investment activity re: 08/07 cash report and update the IAC summary schedules accordingly. | 1.30 |
| 08/12/20 | HSB | Review revised version of the non-PEO Flash report for May 2020. | 0.30 |
| 08/13/20 | HSB | Review excel file with financial statements for June 2020, prepared by S. Lemack (AlixPartners). | 0.80 |
| 08/13/20 | HSB | Review Financial Statement (full deck) for June 2020. | 1.40 |
| 08/13/20 | HSB | Review PEO Flash report for June 2020, prepared by S. Lemack (AlixPartners) and provided comments. | 1.30 |
| 08/13/20 | SKL | Review the latest Paysource transaction report and Integrated Payables report and categorized for the week ended 08/07 cash report. | 2.20 |
| 08/13/20 | SKL | Review and reconcile the latest restructuring and retained professional payments against the latest fee application | 1.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Cash Management
Client/Matter #     012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | tracker, and update the Restructuring fee schedule accordingly. | |
| 08/13/20 | SKL | Review and reconcile the latest IAC cash activity and prepare updated list of open items for A. Green (Purdue) and T. Gabriele (Purdue) accordingly. | 1.20 |
| 08/13/20 | SKL | Finalize updates to the Purdue cash summary and cash detail and compared forecast-to-actuals for the week ended 08/07. | 2.10 |
| 08/13/20 | SKL | Finalize updates to the Rhodes cash summary and cash detail and compared forecast-to-actuals for the week ended 08/07. | 1.90 |
| 08/13/20 | SKL | Create accounts payable release files. | 0.30 |
| 08/14/20 | SKL | Review and reconcile the Purdue weekly sales report provided by E. Nowakowski (Purdue) and formatted accordingly for production purposes. | 0.90 |
| 08/14/20 | SKL | Review and reconcile the Rhodes weekly sales report provided by P. Phouthasone (Purdue) and formatted accordingly for production purposes. | 0.90 |
| 08/14/20 | SKL | Began review of the June financial board deck and began preparing the June PEO Flash report accordingly. | 2.30 |
| 08/14/20 | SKL | Finalize updates to the June PEO Flash report based on the latest feedback provided and circulate to J. Lowne (Purdue) and R. Aleali (Purdue) for final sign-off. | 2.30 |
| 08/14/20 | SKL | Prepare final updates to the June PEO Flash report based on the feedback provided by J. Lowne (Purdue) and circulate for final approval. | 0.80 |
| 08/14/20 | SKL | Create accounts payable release files. | 0.70 |
| 08/14/20 | HSB | Review weekly Cash Report prepared by S.Lemack (AlixPartners). | 0.70 |
| 08/14/20 | JD | Review and provide comments on this week's cash | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Cash Management
Client/Matter #            012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | forecast to actual report. | |
| 08/17/20 | SKL | Review and reconcile the latest Prime Clerk claims report provided and updated the claims database accordingly re: newly filed claims. | 2.30 |
| 08/17/20 | SKL | Create accounts payable release files. | 0.80 |
| 08/17/20 | SKL | Review latest fee applications filed by Restructuring professionals and update the Restructuring professional fee tracker accordingly. | 1.30 |
| 08/17/20 | SKL | Review latest fee applications filed by Retained professionals and update the Retained professional fee tracker accordingly. | 1.30 |
| 08/18/20 | SKL | Finalize remaining updates to the week ended 08/07 cash report and circulate to J. Lowne (Purdue) for final sign-off. | 1.10 |
| 08/18/20 | SKL | Update the latest liquidation analysis with the June financials provided by E. Nowakowski (Purdue). | 2.20 |
| 08/18/20 | SKL | Continue to refresh the latest liquidation analysis with the June financials and prepare updates to the consolidated summary accordingly. | 1.10 |
| 08/18/20 | SKL | Create accounts payable release files. | 0.70 |
| 08/19/20 | SKL | Review and reconcile latest indemnitee fee invoices provided by C. MacDonald (Purdue) and prepare accounts payable release files. | 1.60 |
| 08/19/20 | SKL | Review the latest EastWest cash transaction report provided by J. Liceaga (TXP) and categorized for the week ended 08/14 cash report. | 2.20 |
| 08/19/20 | SKL | Review the latest Paysource transaction report and Integrated Payables report and categorized for the week ended 08/14 cash report. | 1.90 |
| 08/19/20 | SKL | Review and reconcile latest IAC and investment | 1.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | transactions provided by J. Liceaga (TXP) and provided list of open items and question to E. Nowakowski (Purdue). | |
| 08/19/20 | SKL | Review and reconcile the latest Rhodes critical vendor inquiry provided by R. Haberlin (Purdue) and provide updated breakdown and analysis accordingly. | 0.90 |
| 08/20/20 | SKL | Finalize updates to the IAC cash summary based on the feedback provided by E. Nowakowski's (Purdue) team and updated the Purdue and Rhodes cash summaries accordingly. | 1.70 |
| 08/20/20 | SKL | Review and reconcile latest rebate transactions and provide list of open items to C. Hobbick (Purdue) accordingly. | 0.80 |
| 08/20/20 | SKL | Create accounts payable release files. | 0.70 |
| 08/21/20 | SKL | Finalize updates to the Rhodes cash summary and cash detail and compared forecast-to-actuals for the week ended 08/14. | 1.70 |
| 08/21/20 | SKL | Finalize updates to the Purdue cash summary and cash detail and compared forecast-to-actuals for the week ended 08/14. | 1.80 |
| 08/21/20 | SKL | Finalize updates to the week ended 08/14 cash report and circulated for final sign-off. | 1.80 |
| 08/21/20 | JD | Review and provide comments on weekly cash forecast to actual report. | 0.50 |
| 08/21/20 | HSB | Review Weekly Cash Report for week ended 8/14 prepared by S. Lemack (AlixPartners). | 0.60 |
| 08/24/20 | SKL | Create accounts payable release files. | 0.60 |
| 08/24/20 | SKL | Continued to review the latest claims register provided by Prime Clerk and update the claims database accordingly. | 2.10 |
| 08/24/20 | SKL | Review the latest EastWest cash transaction report | 2.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #   012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | provided by J. Liceaga (TXP) and categorized for the week ended 08/21 cash report. | |
| 08/25/20 | SKL | Create accounts payable release files. | 0.70 |
| 08/25/20 | SKL | Review the latest Paysource transaction report and prepared open list of items for E. Nowakowski (Purdue) to review. | 1.90 |
| 08/25/20 | SKL | Review and reconcile the latest IAC and investment cash transactions and update the IAC summary and investment piece of the cash summary re: weekly cash report. | 1.70 |
| 08/25/20 | SKL | Review and reconcile the latest rebate payments and provide list of open items to C. Hobbick (Purdue) and P. Phouthasone (Purdue). | 0.90 |
| 08/25/20 | SKL | Continue to update the matching between the latest filed proof of claims and the scheduled liabilities. | 1.40 |
| 08/25/20 | SKL | Update the latest Purdue forecast with cash actuals and prepare the latest forecast-to-actuals analysis. | 1.80 |
| 08/26/20 | SKL | Update the latest Rhodes forecast with cash actuals and prepare the latest forecast-to-actuals analysis. | 1.60 |
| 08/26/20 | SKL | Review the latest professional payment info from July and prepare and distribute the OCP report to C. MacDonald (Purdue) for review. | 2.40 |
| 08/26/20 | SKL | Review and reconcile the latest debit balance inquiry provided by H. Benson (Purdue) and prepare updated analysis accordingly. | 1.30 |
| 08/26/20 | SKL | Review the latest information re: cash activity provided by R. Brown (Purdue) and update the week ended 08/21 cash report accordingly. | 1.40 |
| 08/26/20 | SKL | Create accounts payable release files. | 0.70 |
| 08/27/20 | SKL | Create accounts payable release files. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #  012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/27/20 | SKL | Finalize remaining updates to the IAC summary and update the cash summary accordingly. | 0.90 |
| 08/27/20 | SKL | Review and reconcile the latest feedback provided by C. MacDonald (Purdue) and finalized updates to the July OCP report. | 2.60 |
| 08/27/20 | SKL | Continue to review and reconcile the latest claims register provided by Prime Clerk and update the claims database accordingly. | 2.40 |
| 08/27/20 | SKL | Review the latest feedback provided by R. Brown (Purdue) and updated the weekly cash report accordingly. | 0.90 |
| 08/28/20 | SKL | Review the latest Purdue sales report provided by E. Nowakowski (Purdue) and prepare the Purdue sales by product report accordingly. | 0.90 |
| 08/28/20 | SKL | Review the latest Rhodes sales report provided by P. Phouthasone (Purdue) and prepare the Rhodes sales by product report accordingly. | 0.80 |
| 08/28/20 | SKL | Review and reconcile latest critical vendor inquiry provided and prepared updated analysis accordingly. | 1.10 |
| 08/28/20 | SKL | Finalize updates to the weekly cash report and circulate the updated deck for final sign-off. | 1.60 |
| 08/28/20 | SKL | Review the latest fee applications filed on the docket and update the restructuring professional fee tracker accordingly. | 1.80 |
| 08/28/20 | SKL | Review the latest fee applications filed on the docket and update the retained professional fee tracker accordingly. | 1.60 |
| 08/28/20 | HSB | Review Weekly Cash Report for week ended 8/21 prepared by S. Lemack (AlixPartners). | 0.60 |
| 08/28/20 | HSB | Review Weekly Sales Reports for Purdue & Rhodes prepared by S. Lemack (AlixPartners). | 0.40 |
| 08/28/20 | JD | Review and provide comments on weekly cash forecast to | 0.40 |

2101 Cedar Springs Road   T 214.647.7500
Suite 1100                F 214.647.7501
Dallas, TX 75201          alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #   012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | actual reporting. | |
| 08/31/20 | SKL | Finalize remaining updates to cash report and circulate to Davis Polk team for production. | 0.40 |
| 08/31/20 | SKL | Create accounts payable release files. | 0.70 |
| 08/31/20 | SKL | Finalize remaining updates to the latest OCP report and circulate to Davis Polk team. | 1.00 |
| 08/31/20 | SKL | Finalize remaining updates to the restructuring professional fee tracker and brought into the latest cash forecast accordingly. | 1.40 |
| 08/31/20 | SKL | Finalize remaining updates to the retained professional fee tracker and brought into the latest cash forecast accordingly. | 1.20 |
| 08/31/20 | SKL | Pull latest AP information from SAP and create and implement latest analysis into the Purdue and Rhodes cash forecasts accordingly. | 1.40 |
| 08/31/20 | SKL | Pull latest AR information from SAP and create and implement latest analysis into the Purdue and Rhodes cash forecasts accordingly. | 1.20 |
| 08/31/20 | SKL | Carry forward all cash summaries on the latest 13-week cash forecast and begin updating the forecast accordingly. | 2.10 |
| 09/01/20 | SKL | Create accounts payable release files. | 0.60 |
| 09/01/20 | SKL | Prepare and finalize updates to the operating expense section of the latest 13-week cash forecast. | 2.10 |
| 09/01/20 | SKL | Review the latest Purdue rebate tracker and updated the customer rebate section of the Purdue cash forecast accordingly. | 2.10 |
| 09/01/20 | SKL | Prepare and finalize updates to the customer receipt section of the Purdue cash forecast. | 1.90 |
| 09/01/20 | SKL | Review the latest updates to the IAC disbursement | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #  012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | section of the Purdue cash forecast and finalize accordingly. | |
| 09/01/20 | SKL | Review the latest updates to the IAC receipt section of the Purdue cash forecast and finalize accordingly. | 1.40 |
| 09/01/20 | JD | Review draft of settlement cash flow forecast from PJT. Provide comments re: same. | 0.40 |
| 09/02/20 | SKL | Prepare and finalize updates to the operating expense section of the latest Rhodes cash forecast. | 2.20 |
| 09/02/20 | SKL | Prepare and finalize updates to the customer receipt section of the latest Rhodes cash forecast. | 2.00 |
| 09/02/20 | SKL | Review and finalize updates to the customer rebate section of the latest Rhodes cash forecast. | 1.70 |
| 09/02/20 | SKL | Create accounts payable release files. | 0.70 |
| 09/02/20 | SKL | Finalize remaining updates to the Purdue and Rhodes forecast deck and circulate internally for review and sign-off. | 2.30 |
| 09/03/20 | SKL | Create accounts payable release files. | 0.70 |
| 09/03/20 | SKL | Review and prepare update on the restructuring invoice inquiry per C. MacDonald (Purdue) request. | 0.50 |
| 09/03/20 | JD | Review and provide comments on the latest cash forecast file. | 0.70 |
| 09/03/20 | JD | Review comments from Davis Polk on the settlement cash forecast analysis from PJT. | 0.40 |
| 09/03/20 | HSB | Review 13-week cash forecast (for period beginning with week ended 8/28) prepared by S. Lemack (AlixPartners). | 0.80 |
| 09/04/20 | JD | Review latest version of the cash settlement forecast. | 0.30 |
| 09/04/20 | SKL | Review latest restructuring fee approvals and updated invoices for today's AP release file. | 1.50 |
| 09/07/20 | JD | Correspondence with S. Lemack (AlixPartners) re: cash | 0.30 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | forecast and KEIP/KERP amounts. | |
| 09/08/20 | SKL | Review latest KEIP/KERP motion and updated the cash forecast accordingly. | 1.50 |
| 09/08/20 | SKL | Review the latest Paysource transaction report and updated the week ended 08/28 cash report accordingly. | 2.00 |
| 09/08/20 | SKL | Finalize review of the week ended 08/28 EastWest cash report and updated categorizations accordingly. | 2.10 |
| 09/08/20 | SKL | Finalize updates to the Purdue and Rhodes IAC summaries re: week ended 08/28 weekly cash report. | 1.90 |
| 09/08/20 | SKL | Finalize updates to the Purdue forecast-to-actuals analysis re: week ended 08/28 cash report. | 0.60 |
| 09/08/20 | SKL | Finalize updates to the Rhodes forecast-to-actuals analysis re: week ended 08/28 cash report. | 0.40 |
| 09/08/20 | SKL | Create accounts payable release file. | 0.60 |
| 09/08/20 | JD | Review latest draft cash flow forecast. | 0.60 |
| 09/09/20 | JD | Review final cash forecast prior to sending to the company. | 0.50 |
| 09/09/20 | JD | Review updated cash forecast per management comments. | 0.30 |
| 09/09/20 | JD | Review latest cash forecast to actual reporting. | 0.40 |
| 09/09/20 | JD | Review latest draft illustrative settlement cash flow forecast. | 0.40 |
| 09/09/20 | SKL | Review of week ended 09/04 EastWest transactions report and categorizing transactions. | 2.00 |
| 09/09/20 | SKL | Pull latest Paysource transaction report and began matching to the latest EastWest report accordingly. | 1.90 |
| 09/09/20 | SKL | Finalize updates to the IAC and investment summaries re: week ended 09/04 weekly cash report and prepare list of open items for E. Nowakowski (Purdue) accordingly. | 2.10 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/09/20 | SKL | Create accounts payable release file. | 0.70 |
| 09/09/20 | HSB | Review weekly cash report (for week ended 8/28) prepared by S. Lemack (AlixPartners). | 0.70 |
| 09/10/20 | RDS | Review API plant unit economics and resulting cash flow bridge | 0.70 |
| 09/10/20 | SKL | Create accounts payable release file. | 0.90 |
| 09/11/20 | SKL | Prepare updated Purdue forecast-to-actuals analysis re: week ended 09/04 cash report. | 0.90 |
| 09/11/20 | SKL | Prepare updated Rhodes forecast-to-actuals analysis re: week ended 09/04 cash report. | 0.80 |
| 09/14/20 | SKL | Create accounts payable release file. | 0.70 |
| 09/14/20 | SKL | Finalize forecast-to-actuals and prepare and circulate week ended 09/04 cash report. | 2.40 |
| 09/14/20 | SKL | Review and prepare update to the latest critical vendor inquiry provided by R. Haberlin (Purdue). | 0.60 |
| 09/14/20 | GJK | Review Mundipharma new statement of cash flows. | 2.50 |
| 09/14/20 | JD | Review last week's forecast to actual analysis. | 0.30 |
| 09/14/20 | HSB | Review weekly cash report (week ended 9/041) prepared by S. Lemack (AlixPartners). | 0.90 |
| 09/15/20 | GJK | Review Mundipharma updated balance sheet and cash forecast. | 3.00 |
| 09/15/20 | SKL | Create accounts payable release file. | 0.70 |
| 09/15/20 | SKL | Review the latest EastWest transactions report and began categorizing transactions for the week ended 09/11 weekly cash report. | 2.20 |
| 09/15/20 | SKL | Prepare the cash activity, disbursements and credits, section of the August monthly operating report and circulate internally. | 2.10 |
| 09/15/20 | SKL | Review the latest bank account activity for the month of | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | August and prepare and circulate the August bank balances for the August monthly operating report. | |
| 09/16/20 | SKL | Review the latest Paysource transactions report and incorporate into the latest weekly cash report. | 1.70 |
| 09/16/20 | SKL | Review the latest professional payment information and prepare and circulate the latest professional payment piece of the August Monthly Operating Report. | 2.40 |
| 09/16/20 | SKL | Review the latest feedback provided by C. MacDonald (Purdue) and circulate updated report accordingly. | 0.50 |
| 09/16/20 | SKL | Review the latest IAC cash activity and prepare and circulate list of open cash items for T. Gabriele (Purdue) and R. Brown (Purdue). | 1.90 |
| 09/16/20 | SKL | Create accounts payable release file. | 0.70 |
| 09/16/20 | NAS | Build projections of Mundipharma free cash flow by product category. | 1.00 |
| 09/17/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review initial analysis of Mundipharma free cash flow by product category. | 0.40 |
| 09/17/20 | NAS | Finalize analysis of Mundipharma free cash flow by product category across scenarios. | 2.70 |
| 09/17/20 | NAS | Analyze movements in Mundipharma product category free cash flow relative to prior iteration of model. | 1.30 |
| 09/17/20 | SKL | Create accounts payable release file. | 0.90 |
| 09/17/20 | SKL | Reviewed latest cash transaction feedback provided by S. Visciglia (Purdue) and R. Brown (Purdue) and updated the week ended 09/11 cash report accordingly. | 1.60 |
| 09/17/20 | SKL | Update the restructuring professional fee tracker with the latest fee applications files. | 1.10 |
| 09/17/20 | SKL | Review and reconcile latest critical vendor payment inquiry provided by M. Kroese (Purdue) and prepare | 0.70 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | update accordingly. | |
| 09/17/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review initial analysis of Mundipharma free cash flow by product category. | 0.40 |
| 09/17/20 | HSB | Review July Flash report (PEO version) prepared by S. Lemack (AlixPartners) and provide feedback. | 1.90 |
| 09/18/20 | HSB | Review July 2020 full board presentation. | 2.40 |
| 09/18/20 | HSB | Review weekly cash report (week ended 9/11) prepared by S. Lemack (AlixPartners). | 1.20 |
| 09/18/20 | HSB | Call with H. Bhattal, S. Canniff, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, M. Rule, F. Silva, N. Simon (all AlixPartners) re: Weekly update. | 0.50 |
| 09/18/20 | JD | Review and provide comments on latest forecast to actual cash reporting. | 0.60 |
| 09/18/20 | SKL | Create accounts payable release file. | 0.70 |
| 09/18/20 | SKL | Finalize updates to the Purdue forecast-to-actuals and update the weekly cash report accordingly. | 1.30 |
| 09/18/20 | SKL | Finalize updates to the Rhodes forecast-to-actuals and update the weekly cash report accordingly. | 1.20 |
| 09/18/20 | SKL | Finalize review of July board presentation and circulate final July Flash report for review | 2.30 |
| 09/21/20 | SKL | Finalize updates to the weekly cash report and circulate to J. Lowne (Purdue) for final sign-off. | 1.80 |
| 09/21/20 | SKL | Create accounts payable release file. | 0.70 |
| 09/21/20 | NAS | Provide detailed Mundipharma free cash flow projections by product category to PJT. | 0.90 |
| 09/21/20 | JD | Review latest cash forecast to actual report and give final comments. | 0.40 |
| 09/22/20 | SKL | Create accounts payable release files. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Cash Management |
| --- | --- |
| Client/Matter # | 012589.00103 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 09/22/20 | SKL | Review and reconcile the latest East West cash transactions report and began categorizing for the latest weekly cash report. | 2.20 |
| 09/22/20 | SKL | Review and reconcile the latest Paysource transactions report and began categorizing for the latest weekly cash report. | 2.00 |
| 09/22/20 | JD | Review latest version of the settlement cash flows to be sent to the Board. | 0.30 |
| 09/22/20 | HSB | Review weekly sales product reports for Purdue and Rhodes prepared by S. Lemack (AlixPartners). | 0.30 |
| 09/23/20 | SKL | Prepare the latest IAC cash summaries and circulate list of open items to S. Visciglia (Purdue). | 1.50 |
| 09/23/20 | SKL | Review and reconcile latest rebate activity and circulate list of open questions to C. Hobbick (Purdue). | 0.70 |
| 09/23/20 | SKL | Create accounts payable release files. | 0.70 |
| 09/23/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) and J. Arsic (PJT) to review Mundipharma free cash flow by product category analysis. | 0.40 |
| 09/23/20 | JD | Review and comment on the draft email to the Board re: illustrative cash settlement forecast. | 0.30 |
| 09/23/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) and J. Arsic (PJT) to review Mundipharma free cash flow by product category analysis. | 0.40 |
| 09/23/20 | SKL | Review latest critical vendor payment inquiry and next steps. | 0.40 |
| 09/24/20 | LJD | Review board presentation on cash flows | 0.60 |
| 09/24/20 | SKL | Create accounts payable release files. | 0.70 |
| 09/24/20 | SKL | Update the Purdue forecast with the latest format changes made to the Purdue cash actuals and prepare the latest Purdue forecast-to-actuals. | 2.10 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:          Cash Management
Client/Matter #     012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/24/20 | SKL | Finalize updates to the Rhodes section of the weekly cash report and updated the formatting to match the latest Rhodes forecast. | 1.80 |
| 09/24/20 | SKL | Finalize updates to the Purdue section of the weekly cash report and updated the formatting to match the latest Purdue forecast. | 2.10 |
| 09/25/20 | SKL | Update the Rhodes forecast with the latest format changes made to the Purdue cash actuals and prepare the latest Rhodes forecast-to-actuals. | 1.30 |
| 09/25/20 | SKL | Create accounts payable release files. | 0.70 |
| 09/25/20 | SKL | Continue review of the latest critical vendor inquiry provided by R. Haberlin (Purdue) and prepare updated breakdown accordingly. | 0.80 |
| 09/27/20 | HSB | Review July 2020 full board presentation and C. Landau (Purdue) presentation in response to request for info for KERP related data. | 1.30 |
| 09/27/20 | HSB | Compile summary of Purdue operating performance statistics, management initiatives & qualitative data in response to request for info for KERP related data. | 0.80 |
| 09/28/20 | HSB | Review weekly cash report (week ended 9/18) prepared by S. Lemack (AlixPartners). | 0.90 |
| 09/28/20 | JD | Review and provide comments on last week's forecast to actual cash report. | 0.50 |
| 09/28/20 | SKL | Finalize remaining updates to the week ended 09.18 weekly cash report and circulate for final sign-off. | 2.10 |
| 09/28/20 | SKL | Finalize updates to the format of the Purdue cash detail in the 09.18 weekly cash report and circulate for sign-off. | 1.20 |
| 09/28/20 | SKL | Create accounts payable release file. | 0.90 |
| 09/29/20 | SKL | Create accounts payable release file. | 0.70 |
| 09/29/20 | SKL | Review latest OCP fee/expense detail provided by C. | 1.90 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100    F 214.647.7501
Dallas, TX 75201    alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | MacDonald (Purdue) and prepare updated OCP report accordingly. | |
| 09/29/20 | SKL | Review latest A/R activity and prepare open item inquiry for E. Nowakowski (Purdue) and team to provide update re: A/R aging. | 0.50 |
| 09/29/20 | SKL | Review and reconcile latest critical vendor inquiry and prepare list of open items and updates accordingly. | 0.60 |
| 09/29/20 | SKL | Review and reconcile latest East West cash transactions report and began categorizing for the week ended 09.25 cash report accordingly. | 2.10 |
| 09/30/20 | SKL | Review and reconcile latest Paysource transactions report and began categorizing and implemented into the week ended 09.25 cash report accordingly. | 1.80 |
| 09/30/20 | SKL | Finalize updates to the August OCP report based on the feedback provided by C. MacDonald (Purdue) and circulate to the Davis Polk team for sign-off and to submit. | 1.40 |
| 09/30/20 | SKL | Update the no-hold vendor list based on the updates provided by C. MacDonald (Purdue). | 0.40 |
| 09/30/20 | SKL | Finalize review of latest cash transactions and circulate list of open items to T. Gabriele, E. Nowakowski, C. Hobbick and S. Visciglia (all Purdue) to provide updates. | 1.70 |
| 09/30/20 | SKL | Review latest investment related activity and update to Purdue cash summary and Purdue cash detailed summary accordingly. | 1.30 |
| 09/30/20 | SKL | Prepare for and participate in discussion with C. MacDonald (Purdue) re: August OCP activity. | 0.50 |
| 09/30/20 | SKL | Create accounts payable release file. | 0.60 |
| 09/30/20 | SKL | Meeting with A. DePalma, L. Nguyen, S. Lemack (all AlixPartners) re: weekly cash reporting processes and procedures. | 1.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Cash Management |
|-----|-----------------|
| Client/Matter # | 012589.00103 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 09/30/20 | HSB | Review monthly OCP report prepared by S. Lemack and provide comments. | 0.30 |
| 09/30/20 | LTN | Meeting with A. DePalma, L. Nguyen, S. Lemack (all AlixPartners) re: weekly cash reporting processes and procedures. | 1.20 |
| 09/30/20 | ADD | Meeting with A. DePalma, L. Nguyen, S. Lemack (all AlixPartners) re: weekly cash reporting processes and procedures. | 1.20 |
| | | **Total** | **677.00** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Cash Management |
| --- | --- |
| Client/Matter # | 012589.00103 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
| --- | ---: | ---: | ---: |
| Andrew D DePalma | 1.20 | 515.00 | 618.00 |
| Sam K Lemack | 610.00 | 515.00 | 314,150.00 |
| Lan T Nguyen | 1.20 | 515.00 | 618.00 |
| Nate A Simon | 6.70 | 515.00 | 3,450.50 |
| Ryan D Sublett | 0.70 | 735.00 | 514.50 |
| Gabe J Koch | 6.30 | 840.00 | 5,292.00 |
| HS Bhattal | 29.40 | 840.00 | 24,696.00 |
| Jesse DelConte | 20.90 | 950.00 | 19,855.00 |
| Lisa Donahue | 0.60 | 1,195.00 | 717.00 |
| **Total Hours & Fees** | **677.00** | | **369,911.00** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/01/20 | ADD | Compile documentation in support of diligence request and requested approval from the client to produce documents. | 1.20 |
| 06/01/20 | ADD | Review list of third-parties provided by Davis Polk for relationships with third-party confidentiality implications. | 2.40 |
| 06/01/20 | JD | Correspondence with R. Aleali (Purdue), M. Kesselman (Purdue), S. Birnbaum (Dechert), J. Turner (PJT) and A. DePalma (AlixPartners) re: status of side by side presentation data room sharing access. | 0.80 |
| 06/01/20 | JD | Participation in call with M. Kesselman (Purdue), M. Huebner, E. Vonnegut (both Davis Polk), J. O'Connell, J. Turner, R. Schnitzler (all PJT), S. Birnbaum (Dechert) and various ad hoc groups re: side by side analysis presentation. | 1.40 |
| 06/01/20 | JD | Correspondence with A. DePalma (AlixPartners) re: redaction process for diligence materials. | 0.30 |
| 06/01/20 | JD | Review materials from PJT re: AHC diligence requests on latest business plan. | 0.40 |
| 06/02/20 | JD | Review draft responses to Duff & Phelps business plan diligence questions.  Review draft excel files to be shared during the call. | 1.10 |
| 06/02/20 | JD | Prepare for and attend call with J. Turner, R. Schnitzler, M. Thomas (all PJT), R. Schwartz, A. Chrysostomou, R. Levy (all Duff & Phelps) re: business plan assumptions. | 0.90 |
| 06/02/20 | JD | Prepare for and attend call with J. Turner, R. Schnitzler, M. Thomas (all PJT), J. Lowne, D. Fogel, E. Ruiz, D. Rosen (all Purdue), R. Schwartz, B. Bartell, J. Feltman (all Duff & Phelps) re: business plan diligence. | 1.00 |
| 06/02/20 | ADD | Review materials created in response to diligence requests for third party confidential information prior to processing and production. | 1.20 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Communication with Interested Parties
Client/Matter #            012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/02/20 | ADD | Compile wholesaler/distributor agreements for David Polk's review. | 2.30 |
| 06/02/20 | ADD | Review Committee diligence request list for and provided draft responses. | 2.20 |
| 06/02/20 | ADD | Identify and compile categories of information and materials produced in the dataroom for Davis Polk's Review. | 1.60 |
| 06/04/20 | ADD | Identify distribution agreements with Rhodes entities and compile agreements for Davis Polk's diligence team's review. | 1.80 |
| 06/04/20 | ADD | Prepare updated interested parties list and review entities for inclusion. | 1.50 |
| 06/05/20 | ADD | Research material entities for inclusion in third-party entity list requested by Davis Polk. | 1.90 |
| 06/05/20 | ADD | Review list of third-parties provided by Davis Polk for relationships with third-party confidentiality implications. | 2.80 |
| 06/05/20 | JD | Review final AHC April business plan diligence responses. | 0.90 |
| 06/05/20 | JD | Review consolidated model responses from Purdue for AHC questions. | 0.40 |
| 06/05/20 | JD | Review draft question list from FTI for the IACs. | 0.30 |
| 06/05/20 | JD | Call with G. Koch, N. Simon and J. DelConte (all AlixPartners) M. Diaz, B. Bromberg (both FTI), M. Atkinson (Province), J. Turner (PJT) re: IAC diligence response letter. | 0.50 |
| 06/05/20 | NAS | Call with G. Koch, N. Simon and J. DelConte (all AlixPartners) M. Diaz, B. Bromberg (both FTI), M. Atkinson (Province), J. Turner (PJT) re: IAC diligence response letter. | 0.50 |
| 06/05/20 | GJK | Call with G. Koch, N. Simon and J. DelConte (all AlixPartners) M. Diaz, B. Bromberg (both FTI), M. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #   012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Atkinson (Province), J. Turner (PJT) re: IAC diligence response letter. | |
| 06/05/20 | GJK | Plan and prepare for call with Advisor group for Mundipharma diligence re: next steps and process for moving forward | 1.00 |
| 06/08/20 | JD | Review responses from R. Aleali (Purdue) re: documents to post to the data room. | 0.20 |
| 06/08/20 | JD | Review and comment on draft diligence request lists for Mundipharma. | 0.50 |
| 06/08/20 | JD | Review Province diligence questions and status of various reporting work streams. | 0.60 |
| 06/08/20 | JD | Review side by side analysis to prepare non-PEO version of the deck. | 0.50 |
| 06/08/20 | JD | Review draft ad hoc committee diligence responses prior to posting. | 0.30 |
| 06/08/20 | ADD | Compile and review agreements in response to diligence request for distributor information. | 2.50 |
| 06/08/20 | ADD | Review and redact third-party information from Purdue Pharma LP board materials in preparation for production in response to diligence requests. | 2.30 |
| 06/08/20 | ADD | Compile and review diligence information provided by client in response to diligence requests. | 2.60 |
| 06/09/20 | ADD | Review and redact third-party information from Purdue Pharma LP board materials in preparation for production in response to diligence requests. | 2.90 |
| 06/09/20 | ADD | Call with Davis Polk to discuss distributor agreements. | 0.40 |
| 06/09/20 | ADD | Research entity relationships for potential third-party confidentiality implications. | 3.20 |
| 06/09/20 | ADD | Upload documents submitted in response to diligence requests to the data room. | 1.10 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #    012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/09/20 | ADD | Call with PJT, FTI, and HL re: business plan diligence questions. | 0.50 |
| 06/09/20 | ADD | Review and compile information provided by client in response to diligence requests Committees. | 2.10 |
| 06/09/20 | JD | Review files per request from the ad hoc committee to disclose information from certain PEO files to the committee members. | 1.40 |
| 06/09/20 | JD | Review correspondence from K. McCarthy (Purdue) re: Project Catalyst diligence process.  Review updated diligence list and categorization. | 0.80 |
| 06/10/20 | ADD | Compile and review diligence information provided by client in response to diligence requests. | 2.70 |
| 06/10/20 | ADD | Review document for potential redactions of third-party information at request of Davis Polk. | 0.40 |
| 06/10/20 | ADD | Compile and review agreements in response to diligence request for distributor information. | 2.60 |
| 06/10/20 | ADD | Upload documentation processed by the eDiscovery team for the various creditor groups. | 1.30 |
| 06/10/20 | ADD | Review and redact third-party information from Purdue Pharma LP board materials in preparation for production in response to diligence requests. | 2.90 |
| 06/11/20 | ADD | Review and redact third-party information from Purdue Pharma Inc board materials in preparation for production in response to diligence requests. | 2.40 |
| 06/11/20 | ADD | Upload documentation processed by the eDiscovery team for the various creditor groups. | 1.70 |
| 06/11/20 | ADD | Compile and review agreements in response to diligence request for distributor information. | 2.20 |
| 06/11/20 | ADD | Review materials submitted in response to diligence requests to determine responsiveness to Committee | 1.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | request. | |
| 06/11/20 | JD | Correspondence with R. Aleali (Purdue) and J. Turner (PJT) re: NCSG diligence request to share certain information. | 0.30 |
| 06/11/20 | JD | Review and provide comments on initial draft April flash report. | 1.10 |
| 06/12/20 | JD | Review overview of settlement proposal to post to the data room. | 0.50 |
| 06/12/20 | ADD | Upload files provided by Davis Polk to the data room. | 1.80 |
| 06/12/20 | ADD | Review history of diligence requests provided by the committees. | 1.20 |
| 06/15/20 | ADD | Call with B. Ferguson, S. Betik, A. DePalma (all AlixPartners) re: third-party confidentiality review | 0.70 |
| 06/15/20 | ADD | Update third-party confidentiality research materials in preparation for team to conduct additional research. | 1.50 |
| 06/15/20 | ADD | Meeting with R. Collura, A. DePalma, S. Canniff (all AlixPartners) re: diligence requests. | 1.00 |
| 06/15/20 | JD | Correspondence with R. Aleali (Purdue) and T. Melvin (PJT) re: Monitor diligence requests. | 0.90 |
| 06/15/20 | MBB | Call with B. Ferguson, S. Betik, A. DePalma (all AlixPartners) re: third-party confidentiality review | 0.70 |
| 06/15/20 | MBB | Conduct third-party confidentiality review of claims. | 2.10 |
| 06/15/20 | BJF | Call with B. Ferguson, S. Betik, A. DePalma (all AlixPartners) re: third-party confidentiality review. | 0.70 |
| 06/16/20 | MBB | Conduct third-party confidentiality review of claims. | 1.90 |
| 06/16/20 | MBB | Review claims database to identify possible duplicate claims. | 2.70 |
| 06/16/20 | BJF | Third party confidentiality research for due diligence request. | 2.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Communication with Interested Parties
Client/Matter #         012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/16/20 | BJF | Research third party confidentiality for due diligence request. | 2.30 |
| 06/16/20 | JD | Correspondence with AlixPartners team re: audits and transfer pricing. | 0.50 |
| 06/16/20 | JD | Review and provide comments on draft AHC questions and responses. | 0.70 |
| 06/16/20 | ADD | Review documentation submitted in response to diligence requests in preparation for production. | 2.70 |
| 06/16/20 | ADD | Draft correspondence in response to request for files by client. | 0.50 |
| 06/17/20 | JD | Correspondence with PJT and management re: insurance diligence requests from Duff & Phelps. | 0.40 |
| 06/17/20 | JD | Review correspondence from PJT, Davis Polk and management re: updated buyers log. | 0.30 |
| 06/17/20 | BJF | Third party confidentiality research for due diligence request. | 1.80 |
| 06/17/20 | MBB | Review claims database to identify possible duplicate claims. | 2.70 |
| 06/17/20 | MBB | Conduct third-party confidentiality review of claims for matching. | 2.80 |
| 06/18/20 | MBB | Review claims database to identify possible duplicate claims. | 2.40 |
| 06/18/20 | MBB | Review claims database to match with duplicates. | 2.80 |
| 06/18/20 | JD | Review draft AHC diligence questions and responses. Provide comments re: same. | 0.40 |
| 06/18/20 | JD | Correspondence with Davis Polk and PJT re: request from AHC for ability to share certain information with their committee members. | 0.30 |
| 06/18/20 | ADD | Review documentation submitted in response to diligence requests in preparation for production. | 2.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Communication with Interested Parties
Client/Matter #          012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/19/20 | JD | Review latest severance details file per open AHC diligence requests. | 0.40 |
| 06/19/20 | JD | Correspondence with AlixPartners and Purdue re: Project Catalyst diligence request items. | 0.30 |
| 06/19/20 | JD | Review and provide comments on draft ad hoc committee diligence question responses from management. | 0.60 |
| 06/19/20 | MBB | Conduct third-party confidentiality review of claims. | 2.90 |
| 06/19/20 | MBB | Review claims database to identify possible duplicate claims. | 2.60 |
| 06/19/20 | MBB | Review claims database to match with duplicates. | 1.90 |
| 06/21/20 | JD | Correspondence with PJT and Province re: delayed emergence presentation timing. | 0.20 |
| 06/22/20 | MBB | Review claims database to determine duplicate claims and matched. | 2.80 |
| 06/22/20 | MBB | Review claims database to match with duplicates. | 2.40 |
| 06/22/20 | ADD | Add new users to existing creditor groups to the data room and manage data room permissions. | 0.80 |
| 06/22/20 | JD | Review claims report summary data in response to AHC due diligence questions. | 0.50 |
| 06/22/20 | JD | Call with Ad Hoc Committee professionals and committee members, Davis Polk (E. Vonnegut, M. Huebner), PJT (J. O'Connell, R. Schnitzler, J. Turner), Purdue (M. Kesselman), Dechert (S. Birnbaum) re: updated side by side presentation. | 1.10 |
| 06/22/20 | JD | Correspondence with PJT and Davis Polk re: non-PEO version of the side by side deck to share with various creditor advisors. | 0.20 |
| 06/23/20 | JD | Correspondence with various parties in order to schedule a call with the UCC advisors, Debtor advisors and management. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #   012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/23/20 | ADD | Review materials provided in response to diligence requests in preparation for production to the data room. | 2.90 |
| 06/23/20 | ADD | Prepare and format response to HR diligence request. | 0.80 |
| 06/23/20 | MBB | Review claims database to match with duplicates. | 2.90 |
| 06/23/20 | MBB | Review claims database to determine duplicate claims and matched. | 2.60 |
| 06/24/20 | MBB | Review claims database to determine duplicate claims and matched. | 2.80 |
| 06/24/20 | MBB | Review claims database to match with duplicates. | 2.40 |
| 06/24/20 | ADD | Add new creditor group to data room and update access/permissions accordingly. | 2.10 |
| 06/24/20 | ADD | Research and compile information for tax diligence request. | 1.50 |
| 06/24/20 | JD | Review excel diligence files to potentially be shared with the individual victim's group. | 0.30 |
| 06/24/20 | JD | Review and provide comments on various diligence files from Davis Polk that are responsive to outstanding UCC requests. | 0.50 |
| 06/25/20 | ADD | Upload production of diligence files to Intralinks data room for creditor groups. | 0.80 |
| 06/26/20 | ADD | Upload files provided by Davis Polk eDiscovery team for upload to the data room for the creditor committees. | 1.30 |
| 06/26/20 | JD | Prepare for UCC delayed emergence call. | 0.30 |
| 06/26/20 | JD | Participate in a call with J. Lowne, M. Ronning, D. Rosen, R. Aleali, M. Kesselman (all Purdue), J. Turner, T. Melvin (both PJT), E. Vonnegut, C. Robertson (both Davis Polk), S. Brauner, A. Preis (both Akin Gump), M. Atkinson, S. Morrison (both Province), L. Schlezinger, K. Sheridan (both Jefferies) re: delayed emergence. | 1.00 |
| 06/26/20 | MBB | Review claims database to match with duplicates. | 2.60 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Communication with Interested Parties
Client/Matter #              012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/26/20 | MBB | Review claims database to determine duplicate claims and matched. | 2.10 |
| 06/27/20 | JD | Review UCC diligence request and correspondence from management re: same. | 0.70 |
| 06/28/20 | ADD | Upload documents provided by Davis Polk eDiscovery team to the data room. | 1.60 |
| 06/29/20 | HSB | Attended meeting with J.Turner, R.Schnitzler, T.Melvin (All PJT), M.Atkinson, S.Morrison (both Province), S.Morrison, L.Szlezinger, K. Sheridan (all Jefferies), M.Diaz, B.Bromberg (both FTI), G.Coutts, H.Schenk (both HL), H. Bhattal, J.DelConte, K.McCafferty (all AlixPartners). Discussed Rhodes Updates. | 0.90 |
| 06/29/20 | KM | Attended meeting with J.Turner, R.Schnitzler, T.Melvin (All PJT), M.Atkinson, S.Morrison (both Province), S.Morrison, L.Szlezinger, K. Sheridan (all Jefferies), M.Diaz, B.Bromberg (both FTI), G.Coutts, H.Schenk (both HL), H. Bhattal, J.DelConte, K.McCafferty (all AlixPartners). Discussed Rhodes Updates. | 0.90 |
| 06/29/20 | MBB | Review claims database to determine duplicate claims and matched. | 2.80 |
| 06/29/20 | MBB | Matched duplicate claims in claims database. | 2.10 |
| 06/29/20 | MBB | Review and matched duplicate claims in database. | 2.40 |
| 06/29/20 | JD | Attended meeting with J.Turner, R.Schnitzler, T.Melvin (All PJT), M.Atkinson, S.Morrison (both Province), S.Morrison, L.Szlezinger, K. Sheridan (all Jefferies), M.Diaz, B.Bromberg (both FTI), G.Coutts, H.Schenk (both HL), H. Bhattal, J.DelConte, K.McCafferty (all AlixPartners). Discussed Rhodes Updates. | 0.90 |
| 06/29/20 | JD | Correspondence with C. Oluwole (Davis Polk) and R. Aleali (Purdue) re: delayed emergence information sharing with UCC. | 0.80 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Communication with Interested Parties
Client/Matter #      012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/30/20 | JD | Correspondence with Province re: open diligence items. | 0.30 |
| 06/30/20 | MBB | Review claims database to determine duplicate claims and matched. | 2.90 |
| 06/30/20 | MBB | Matched duplicate claims in claims database. | 2.80 |
| 06/30/20 | ADD | Compile and format third-party confidential disclosure agreements to document confidentiality provisions. | 2.90 |
| 06/30/20 | ADD | Compile licensing and assignment agreements at client's request. | 0.90 |
| 07/01/20 | ADD | Call with J. DelConte, A. DePalma, K. McCafferty (all AlixPartners), R. Schnitzler (PJT), D. Fogel, R. Shamblen, J. Doyle, D. Lundie (Purdue) K. McCarthy (Purdue) re: Project Catalyst interview with interested party. | 0.80 |
| 07/01/20 | ADD | Call with J. DelConte, A. DePalma and K. McCafferty (all AlixPartners), R. Schnitzler (PJT), D. Fogel, R. Shamblen, J. Doyle, D. Lundie (Purdue) K. McCarthy (Purdue) re: Project Catalyst interview with a second interested party. | 1.50 |
| 07/01/20 | KM | Call with J. DelConte, A. DePalma and K. McCafferty (all AlixPartners), R. Schnitzler (PJT), D. Fogel, R. Shamblen, J. Doyle, D. Lundie (Purdue) K. McCarthy (Purdue) re: Project Catalyst interview with a second interested party. | 1.50 |
| 07/01/20 | KM | Call with J. DelConte, A. DePalma, K. McCafferty (all AlixPartners), R. Schnitzler (PJT), D. Fogel, R. Shamblen, J. Doyle, D. Lundie (Purdue) K. McCarthy (Purdue) re: Project Catalyst interview with interested party. | 0.80 |
| 07/01/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners), re: Project Catalyst due diligence status update and compilation of diligence responses, and upload materials to the VDR. | 2.00 |
| 07/01/20 | JD | Edit UCC diligence responses and collect and edit various responsive excel files to share. Circulate documents to internal group for approval prior to moving to get | 1.70 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #  012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | processed and uploaded. | |
| 07/01/20 | JD | Correspondence with J. Doyle, R. Aleali (both Purdue) and C. Robertson (Davis Polk) re: Prodrug diligence items. | 0.30 |
| 07/01/20 | JD | Review management comments on non-PEO April flash report. | 0.20 |
| 07/01/20 | JD | Correspondence with PJT and management re: Project Catalyst diligence responses. | 0.40 |
| 07/01/20 | JD | Call with W. Curran, C. Robertson, C. Oluwole (all Davis Polk), T. Melvin, J. Turner (both PJT), M. Florence, J. Bragg (both Skadden), J. Bucholtz (both King & Spalding), R. Aleali, M. Kesselman (both Purdue) re: pre-call for Duff & Phelps call. | 0.40 |
| 07/01/20 | JD | Call with J. DelConte, A. DePalma, K. McCafferty (all AlixPartners), R. Schnitzler (PJT), D. Fogel, R. Shamblen, J. Doyle, D. Lundie (Purdue) K. McCarthy (Purdue) re: Project Catalyst interview with interested party. | 0.80 |
| 07/01/20 | JD | Partial participation in call with J. DelConte, A. DePalma and K. McCafferty (all AlixPartners), R. Schnitzler (PJT), D. Fogel, R. Shamblen, J. Doyle, D. Lundie (Purdue) K. McCarthy (Purdue) re: Project Catalyst interview with a second interested party. | 1.30 |
| 07/01/20 | BJF | Research third party confidentiality for due diligence request. | 1.80 |
| 07/02/20 | JD | Review UCC motion for additional discovery and examinations. | 0.40 |
| 07/02/20 | JD | Review responses to draft UCC diligence responses and correspondence with production team to push to process documents and responses. | 0.50 |
| 07/02/20 | JD | Provide final responses to open business development diligence questions. | 0.30 |
| 07/02/20 | ADD | Prepare and organize files provide by Davis Polk | 2.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #       012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | eDiscovery team for upload to the data room. | |
| 07/02/20 | ADD | Upload files provided by David Polk eDiscovery team to the data room. | 1.30 |
| 07/05/20 | JD | Review correspondence from A. DePalma (AlixPartners) and C. Oluwole (Davis Polk) re: AHC questions on sharing materials. | 0.30 |
| 07/05/20 | JD | Correspondence with Province re: status of open diligence items. | 0.30 |
| 07/05/20 | JD | Correspondence with R. Collura and A. DePalma (both AlixPartners) re: Province diligence question on the chart of accounts. | 0.30 |
| 07/06/20 | ADD | Compile and format materials submitted in response to diligence requests for approval, processing and production. | 1.90 |
| 07/06/20 | JD | Call with R. Aleali (Purdue) re: outstanding UCC diligence request items. | 0.40 |
| 07/06/20 | JD | Correspondence with Purdue and Dechert teams re: monitor requests. | 0.50 |
| 07/06/20 | JD | Review AHC diligence questions and proposed responses. | 0.30 |
| 07/07/20 | SJC | Review and redact board meeting minutes in preparation for processing an upload to data room. | 3.00 |
| 07/07/20 | SJC | Continue to review and redact board meeting minutes in preparation for processing an upload to data room. | 1.00 |
| 07/07/20 | ADD | Review and redact third-party information from board materials submitted in response to diligence requests in preparation for production. | 2.20 |
| 07/08/20 | ADD | Review and redact third-party information from board materials (Rhodes entities) submitted in response to diligence requests in preparation for production. | 2.70 |
| 07/08/20 | KM | Call with R. Schnitzler (PJT), interested party diligence | 0.50 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | team re: environmental response process overview. | |
| 07/08/20 | SJC | Review and redact Rhodes' board meeting minutes in preparation for processing an upload to data room. | 4.00 |
| 07/08/20 | JD | Review final financial tables to be uploaded per UCC request. | 0.20 |
| 07/08/20 | JD | Edit final business development diligence materials and send around to the internal group for final approval. | 0.50 |
| 07/08/20 | JD | Correspondence with J. Lowne (Purdue) and PJT re: OxyContin only scenario request from the UCC and AHC. | 0.60 |
| 07/08/20 | JD | Call with M. Diaz, B. Bromberg (both FTI), G. Coutts, H. Schenk (both Houlihan), J. Turner, R. Schnitzler (both PJT), J. Lowne, M. Ronning, D. Rosen (all Purdue) re: delayed bankruptcy emergence scenario. | 1.00 |
| 07/09/20 | JD | Attend AHC diligence questions meeting with B. Bromberg, C. Kim, M. Diaz (all FTI), J. Turner, T. Melvin (both PJT), J. DelConte, S. Lemack, and HS Bhattal (all AlixPartners). | 0.70 |
| 07/09/20 | JD | Review Project Catalyst proposed diligence responses from D. Fogel (Purdue). | 0.30 |
| 07/09/20 | SJC | Review and redact Rhodes' board meeting minutes in preparation for processing an upload to data room. | 3.00 |
| 07/09/20 | SKL | Attend AHC diligence questions meeting with B. Bromberg, C. Kim, M. Diaz (all FTI), J. Turner, T. Melvin (both PJT), J. DelConte, S. Lemack, and HS Bhattal (all AlixPartners). | 0.70 |
| 07/09/20 | HSB | Attend AHC diligence questions meeting with B. Bromberg, C. Kim, M. Diaz (all FTI), J. Turner, T. Melvin (both PJT), J. DelConte, S. Lemack, and HS Bhattal (all AlixPartners). | 0.70 |
| 07/09/20 | ADD | Review and redact third-party information from files submitted in response to diligence requests in preparation | 1.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Communication with Interested Parties
Client/Matter #              012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | for production. | |
| 07/10/20 | SJC | Review and redact Rhodes board materials from the P drive in preparation for processing an upload to data room. | 2.50 |
| 07/13/20 | SJC | Review and redact board meeting minutes in preparation for processing an upload to data room. | 2.00 |
| 07/13/20 | ADD | Compile and upload files provided in response to diligence request for processing and upload to the data room. | 1.60 |
| 07/13/20 | JD | Call with J. Turner, R. Schnitzler, T. Melvin (all PJT), J. Lowne, E. Ruiz (both Purdue), M. Atkinson, S. Morrison (both Province), L. Szlenzinger (Jefferies), M. Diaz, B. Bromberg, C. Kim (all FTI), G. Coutts (Houlihan) re: OxyContin only scenario. | 1.50 |
| 07/13/20 | JD | Correspondence with management re: FTI diligence request on IMS data. | 0.30 |
| 07/14/20 | JD | Call with M. Diaz (FTI), M. Atkinson (Province), L. Szlenginger (Jefferies), G. Coutts (Houlihan), J. Lowne (Purdue), J. Turner, T. Melvin (PJT) re: business scenarios. | 0.50 |
| 07/14/20 | JD | Correspondence with R. Aleali (Purdue) re: UCC managed care diligence questions. | 0.40 |
| 07/14/20 | ADD | Research employee with insider titles and aggregate data for processing and upload to the dataroom. | 2.40 |
| 07/14/20 | SJC | Review and redact Rhodes board meeting minutes in preparation for processing an upload to data room. | 1.50 |
| 07/15/20 | SJC | Review and redact documents from P drive in preparation for processing an upload to data room. | 1.00 |
| 07/15/20 | SJC | Continue to review and redact documents from P drive in preparation for processing an upload to data room. | 3.00 |
| 07/15/20 | ADD | Research employee with insider titles and aggregate data | 2.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #   012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | for processing and upload to the dataroom. | |
| 07/15/20 | ADD | Compile and upload files provided in response to diligence request for processing and upload to the data room. | 1.80 |
| 07/15/20 | ADD | Upload diligence production provided by Davis Polk's eDiscovery team to the virtual data room. | 2.10 |
| 07/15/20 | ADD | Prepare files processed by Davis Polk's eDiscovery team for upload to the data room. | 1.30 |
| 07/15/20 | JD | Review latest IMS data to be uploaded for creditor advisors. | 0.30 |
| 07/16/20 | JD | Review questions and proposed responses to FTI diligence questions for the distributable value report. | 1.20 |
| 07/16/20 | JD | Review and comment on follow up responses from the company to certain AHC and UCC follow diligence questions. | 0.50 |
| 07/16/20 | JD | Call with J. Lowne, E. Ruiz (both Purdue), J. Turner, T. Melvin (both PJT), M. Atkinson, S. Morrison (both Province), L. Szlenzinger (Jefferies), M. Diaz, B. Bromberg (FTI), G. Coutts (Houlihan) re: distributable value analysis. | 1.00 |
| 07/16/20 | KM | Advisors meeting with R. Schnitzler (PJT), M. Gibson (Skadden), and interested party Diligence Team re: Project Catalyst. | 0.60 |
| 07/16/20 | ADD | Compile and prepare materials submitted in response to diligence requests for upload to data room. | 1.00 |
| 07/16/20 | ADD | Identify documents produced in the data room at the request of Davis Polk. | 0.80 |
| 07/16/20 | SJC | Continue to review and redact documents from P drive in preparation for processing an upload to data room. | 4.00 |
| 07/16/20 | SJC | Review and redact documents from P drive in preparation for processing and upload to data room. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Communication with Interested Parties
Client/Matter #         012589.00104

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| 07/17/20 | SJC | Review and redact documents from P drive in preparation for processing an upload to data room. | 3.50 |
| 07/17/20 | ADD | Compile and prepare materials submitted in response to diligence requests for upload to data room. | 2.40 |
| 07/20/20 | ADD | Review outstanding diligence requests and compile responses for review. | 2.40 |
| 07/20/20 | ADD | Draft approval requests to produce to the Creditor Committees items compiled in response to diligence requests. | 1.10 |
| 07/20/20 | KM | Advisors meeting with R. Schnitzler (PJT), M. Gibson (Skadden), and interested party Diligence Team re: Project Catalyst. | 0.50 |
| 07/20/20 | JD | Provide responses to various questions from the AHC and the UCC on the distributable value deck. | 0.50 |
| 07/20/20 | JD | Review responses from management on various questions from the AHC and UCC. | 0.30 |
| 07/20/20 | JD | Correspondence with management and PJT re: scheduling the UCC and management meeting. | 0.50 |
| 07/21/20 | JD | Review latest distributable value presentation form the UCC/AHC. Provide comments to management on ability to share with specific creditors. | 0.90 |
| 07/21/20 | JD | Correspondence with management, PJT and Davis Polk re: ability to share UCC/AHC with specific creditors. | 0.70 |
| 07/21/20 | JD | Review IAC diligence presentation in advance of board meeting. | 0.50 |
| 07/21/20 | JD | Review open AHC questions on items to disclose to their committee members. | 0.80 |
| 07/21/20 | ADD | Compile list of agreements to create list of third-parties for review of items for production. | 2.40 |
| 07/21/20 | ADD | Review and draft responses to committee diligence | 2.20 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                  F 214.647.7501
Dallas, TX 75201            alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Communication with Interested Parties
Client/Matter #      012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | requests. | |
| 07/21/20 | ADD | Research prior documents production to determine if specific materials were provided. | 1.50 |
| 07/22/20 | ADD | Review data room for materials requested by creditor committee in response to diligence request. | 1.70 |
| 07/22/20 | ADD | Prepare and upload documents provided by Davis Polk's eDiscovery team to the data room for the UCC. | 2.30 |
| 07/22/20 | JD | Participate in the UCC/AHC distributable value presentation to creditors. | 1.40 |
| 07/22/20 | JD | Correspondence with management, Davis Polk and PJT re: sharing the distributable value presentation. | 0.40 |
| 07/23/20 | SJC | Review and redact documents from P drive in preparation for processing an upload to data room. | 4.00 |
| 07/23/20 | SJC | Continue to review and redact documents from P drive in preparation for processing an upload to data room. | 4.00 |
| 07/23/20 | ADD | Research VDR access error at request of committees members. | 0.80 |
| 07/24/20 | ADD | Draft correspondence to request approval to produce diligence request. | 0.80 |
| 07/24/20 | ADD | Review and compile materials submitted in response to diligence request for upload to the data room. | 1.90 |
| 07/27/20 | ADD | Research and document Purdue's tax distribution process for diligence request. | 1.90 |
| 07/27/20 | HSB | Call with J. O'Connell, J. Turner (both PJT), J. DelConte, H. Bhattal, L. Donahue (both AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), M. Kesselman, R. Aleali (both Purdue) RE: board strategic issue questions. | 0.70 |
| 07/27/20 | HSB | Partial participation in a call with A. Preis, S. Brauner (both Akin Gump), M. Atkinson (Province), L. Szlenzinger | 2.00 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | (Jefferies), individual UCC members, J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson (Davis Polk), J. DelConte, L. Donahue, HS Bhattal, G. Koch (all AlixPartners), J. Lowne, M. Kesselman, R. Aleali, C. Landau (all Purdue) Re: business update meeting. | |
| 07/27/20 | JD | Partial participation in a call with A. Preis, S. Brauner (both Akin Gump), M. Atkinson (Province), L. Szlenzinger (Jefferies), individual UCC members, J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson (Davis Polk), J. DelConte, L. Donahue, HS Bhattal, G. Koch (all AlixPartners), J. Lowne, M. Kesselman, R. Aleali, C. Landau (all Purdue) Re: business update meeting. | 1.70 |
| 07/27/20 | GJK | Call with A. Preis, S. Brauner (both Akin Gump), M. Atkinson (Province), L. Szlenzinger (Jefferies), individual UCC members, J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson (Davis Polk), J. DelConte, L. Donahue, HS Bhattal, G. Koch (all AlixPartners), J. Lowne, M. Kesselman, R. Aleali, C. Landau (all Purdue) Re: business update meeting. | 2.00 |
| 07/27/20 | LJD | Prepare for and attend UCC call with A. Preis, S. Brauner (both Akin Gump), M. Atkinson (Province), L. Szlenzinger (Jefferies), individual UCC members, J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson (Davis Polk), J. DelConte, L. Donahue, HS Bhattal, G. Koch (all AlixPartners), J. Lowne, M. Kesselman, R. Aleali, C. Landau (all Purdue) Re: business update meeting. | 2.30 |
| 07/28/20 | ADD | Research and locate historical Purdue contract to review terms. | 0.70 |
| 07/28/20 | ADD | Call with R. Shamblen, A. Soma (both Purdue), R. Schnitzler (PJT), K. McCafferty (AlixPartners), and | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Communication with Interested Parties
Client/Matter #            012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | interested party diligence team re: Ramboll EHS diligence interview for Catalyst. | |
| 07/28/20 | KM | Call with interested party re: project Catalyst site visit plan. | 0.50 |
| 07/28/20 | KM | Meeting with R. Schnitzler (PJT), M. Gibson (Skadden), interested party diligence team re: Catalyst term sheet feedback. | 0.50 |
| 07/28/20 | KM | Call with R. Shamblen, A. Soma (both Purdue), R. Schnitzler (PJT), A. DePalma (AlixPartners), and interested party diligence team re: Ramboll EHS diligence interview for Catalyst. | 1.10 |
| 07/29/20 | ADD | Research former Purdue employee's role at the room using SAP data. | 1.10 |
| 07/30/20 | ADD | Review and redact Rhodes entities board minutes and resolutions for confidential third party information in preparation for production to the creditor committees. | 3.40 |
| 07/30/20 | JD | Call with J. Turner (PJT), M. Atkinson (Province), M. Diaz (FTI), G. Coutts (Houlihan), L. Szlezinger (Jefferies) re: business development deal. | 0.30 |
| 07/31/20 | JD | Call with J. Turner, T. Melvin (both PJT), M. Atkinson (Province), L. Szlezinger, K. Sheridan (both Jefferies), J. Lowne, D. Rosen, M. Ronning, and K. Gadski (all Purdue) re: opioid scenarios. | 0.70 |
| 07/31/20 | ADD | Review outstanding diligence requests and compile responsive materials for production. | 1.10 |
| 08/03/20 | MBB | Review claims detail to determine duplicate claims. | 2.90 |
| 08/03/20 | MBB | Review claims detail and assigned match numbers | 1.90 |
| 08/03/20 | JD | Call with J. Feltman, R. Levy, M. Vitti (all Duff & Phelps), J. Turner, R. Schnitzler, T. Melvin (all PJT), W. Curran (Davis Polk) re: organization structure diligence update. | 1.10 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/03/20 | JD | Review UCC diligence requests re: professional fee payments. | 0.30 |
| 08/04/20 | ADD | Call with A. DePalma, J. DelConte (both AlixPartners), C. Oluwole (Davis Polk) and T. Melvin (PJT) re: UCC professional fee diligence requests. | 0.50 |
| 08/04/20 | JD | Call with M. Atkinson (Province) and J. Turner (PJT) re: adcom. | 0.40 |
| 08/04/20 | JD | Call with J. Turner (PJT) re: next steps on adcom diligence. | 0.20 |
| 08/04/20 | JD | Correspondence with FTI re: diligence questions on Adhansia. | 0.40 |
| 08/04/20 | JD | Review responses to various FTI diligence requests. | 0.50 |
| 08/04/20 | JD | Call with A. DePalma, J. DelConte (both AlixPartners), C. Oluwole (Davis Polk) and T. Melvin (PJT) re: UCC professional fee diligence requests. | 0.50 |
| 08/05/20 | JD | Review second diligence list re: Project Catalyst. | 0.30 |
| 08/06/20 | ADD | Research and locate contracts / agreement for a counter party at the request of Davis Polk. | 0.80 |
| 08/06/20 | JD | Call with M. Huebner, E. Vonnegut, B. Kaminetsky (all Davis Polk) re: UCC pre-call. | 0.30 |
| 08/06/20 | JD | Call with M. Huebner, E. Vonnegut, B. Kaminetzky (all Davis Polk), A. Preis, M. Hurley (both Akin Gump), M. Atkinson (Province) re: claims process. | 1.00 |
| 08/06/20 | JD | Review materials created by PJT in response to request from Shareholders for business plan bridges. | 0.30 |
| 08/07/20 | MBB | Review claims detail to determine duplicate claims. | 2.80 |
| 08/09/20 | ADD | Prepare UCC diligence production provided by Davis Polk eDiscovery team for upload to the data room. | 2.70 |
| 08/09/20 | ADD | Upload UCC diligence production provided by Davis Polk eDiscovery team for upload to the data room. | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Communication with Interested Parties
Client/Matter #      012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/09/20 | JD | Call with M. Atkinson (Province) re: suboxone. | 0.30 |
| 08/10/20 | JD | Review data room for historical sales details per FTI diligence request. | 0.70 |
| 08/10/20 | JD | Call with M. Diaz, B. Bromberg (both FTI) and T. Melvin (PJT) re: future insurance costs. | 0.50 |
| 08/10/20 | JD | Review and provide comments on draft email to Mundipharma re: open diligence requests. Correspondence re: same. | 0.30 |
| 08/10/20 | JD | Review correspondence and input from Purdue and Dechert re: FTI insurance questions. | 0.30 |
| 08/10/20 | ADD | Review and research diligence questions submitted by the FTI, compiling necessary information. | 1.60 |
| 08/10/20 | ADD | Research insurance file production history at the request of Davis Polk. | 1.30 |
| 08/10/20 | ADD | Review and compile documentation submitted in response to diligence requests in preparation for upload to the data room. | 2.20 |
| 08/11/20 | ADD | Research diligence questions submitted by the FTI, compiling necessary information. | 2.40 |
| 08/11/20 | ADD | Research Purdue purchase orders issued under RT agreements and identify potential data elements in SAP to complete the analysis. | 2.60 |
| 08/11/20 | JD | Call with M. Atkinson (Province), A. Preis, S. Brauner (both Akin Gump), J. Turner (PJT), P. Strassburger, R. Silbert (both Purdue) and P. Mathers (Kleinfeld) re: AdCom meeting. | 0.70 |
| 08/12/20 | ADD | Upload approved materials to the data room and update permissions. | 1.50 |
| 08/12/20 | ADD | Review outstanding UCC diligence requests and follow up with outstanding item. | 2.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 08/13/20 | MBB | Review claims detail to determine duplicate claims. | 2.40 |
| 08/13/20 | JD | Review various IAC agreements to be shared with creditor advisors. | 0.30 |
| 08/14/20 | JD | Call with M. Diaz, B. Bromberg (FTI), S. Birnbaum (Dechert), A. Kramer (Reed Smith), C. Ricarte, R. Aleali (Purdue), T. Melvin (PJT) re: Insurance Proceeds. | 0.40 |
| 08/14/20 | JD | Review IAC licensing agreements currently uploaded to the data room per an AHC request. | 0.50 |
| 08/17/20 | JD | Review and comment on draft responses to AHC OxyContin diligence questions. | 0.40 |
| 08/17/20 | ADD | Compile and transfer files provided in response to diligence requests in preparation for review, processing and production to the creditor committees. | 1.90 |
| 08/18/20 | ADD | Research employment history to document debtor employment at the request of Davis Polk. | 0.50 |
| 08/18/20 | ADD | Update insider titles employment diligence request and submit for approval and production in response to creditor diligence request. | 1.40 |
| 08/18/20 | JD | Call with M. Atkinson (Province) re: UCC AdCom discussion follow up. | 0.20 |
| 08/18/20 | JD | Correspondence with Province and PJT re: distributable value. | 0.20 |
| 08/18/20 | JD | Correspondence with Province re: Collegium conversations. | 0.20 |
| 08/18/20 | JD | Review and provide comments on latest draft email to Mundipharma for diligence.  Review latest iterations. | 0.30 |
| 08/18/20 | JD | Review updated responses with management revisions to AHC OxyContin diligence questions. | 0.30 |
| 08/19/20 | JD | Call with M. Atkinson (Province) re: PBGC. | 0.20 |
| 08/19/20 | JD | Call with E. Suric, M. Diaz, B. Bromberg (all FTI), M. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #  012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Atkinson (Province), L. Sczlezinger, K. Sheridan (both Jefferies), J. Turner, T. Melvin, G. Sim (all PJT), A. DePalma, J. DelConte (both AlixPartners), J. Lowne, M. Ronning, D. Rosen, K. Gadski (all Purdue) re: OxyContin scenarios. | |
| 08/19/20 | ADD | Prepare production of diligence materials provide by Davis Polk's eDiscovery team for upload to the data room | 2.30 |
| 08/19/20 | ADD | Upload files to upload to the data room and provide access to the creditor committees. | 1.80 |
| 08/19/20 | ADD | Call with E. Suric, M. Diaz, B. Bromberg (all FTI), M. Atkinson (Province), L. Sczlezinger, K. Sheridan (both Jefferies), J. Turner, T. Melvin, G. Sim (all PJT), A. DePalma, J. DelConte (both AlixPartners), J. Lowne, M. Ronning, D. Rosen, K. Gadski (all Purdue) re: OxyContin scenarios. | 1.00 |
| 08/19/20 | HSB | Review letter from UCC to Mediation parties. | 0.40 |
| 08/19/20 | HSB | Review net distributable value analysis from UCC to mediation parties. | 0.40 |
| 08/20/20 | JD | Review latest draft Mundipharma email per comments from AHC. | 0.20 |
| 08/23/20 | JD | Correspondence with Province and management re: E&Y scope expansion. | 0.30 |
| 08/23/20 | ADD | Prepare and upload materials requested by the creditor committees and processed by the Davis Polk eDiscovery team to the data room. | 1.50 |
| 08/27/20 | ADD | Prepare UCC and Consenting/Non-consenting states productions for upload to the data room and upload files to data room. | 1.10 |
| 08/28/20 | ADD | Compile items in response to creditor diligence requests for approval and production to the data room. | 1.20 |
| 08/30/20 | ADD | Prepare UCC and Consenting/Non-consenting states | 3.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | productions for upload to the data room and upload files to data room. | |
| 08/31/20 | ADD | Prepare UCC and Consenting/Non-consenting states productions for upload to the data room and upload files to data room. | 2.20 |
| 08/31/20 | JD | Call with M. Atkinson (Province) re: initial feedback on KEIP/KERP motion. | 0.20 |
| 09/02/20 | JD | Correspondence with Province and Akin Gump re: responses to open UCC diligence questions on the KEIP/KERP motion. | 0.40 |
| 09/02/20 | JD | Review questions from M. Atkinson (Province) re: KEIP/KERP diligence information. Prepare response re: same. | 1.50 |
| 09/03/20 | JD | Correspondence with Davis Polk and Willis Towers Watson re: questions from Akin Gump on the KEIP/KERP. | 0.70 |
| 09/03/20 | JD | Review responses to AHC diligence requests. | 0.30 |
| 09/04/20 | JD | Correspondence with M. Atkinson (Province) re: KEIP/KERP diligence questions. | 0.70 |
| 09/05/20 | ADD | Prepare and upload documents processed by Davis Polk's eDiscovery team for upload to the data room. | 2.80 |
| 09/08/20 | JD | Call with B. Bromberg, C. Kim (both FTI) re: KEIP/KERP. | 0.70 |
| 09/08/20 | JD | Review open KEIP/KERP questions from the AHC prior to our call. | 0.50 |
| 09/08/20 | JD | Draft responses to additional questions from FTI re: KEIP/KERP calculations and comparisons. | 1.10 |
| 09/08/20 | JD | Draft and send correspondence to FTI with preliminary KEIP/KERP diligence responses. | 0.50 |
| 09/10/20 | JD | Prepare responses to requests from FTI re: KEIP / KERP and correspondence re: same. | 1.20 |
| 09/10/20 | JD | Finalize schedule of Prime Clerk invoices to provide to | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #    012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | creditor advisors. | |
| 09/12/20 | JD | Correspondence with Purdue and Davis Polk re: AG settlement contracts. | 0.30 |
| 09/14/20 | JD | Review diligence question responses to AHC business plan questions. | 0.40 |
| 09/14/20 | JD | Correspondence with Purdue re: HRT follow up questions from the UCC. | 0.70 |
| 09/14/20 | JD | Correspondence with Davis Polk and Purdue re: UCC questions on AG settlements and Project Catalyst. | 0.50 |
| 09/15/20 | JD | Prepare draft set of responses to AHC diligence questions on the KEIP/KERP. | 0.70 |
| 09/15/20 | JD | Prepare responses to Province re: Project Catalyst, HRT and KEIP/KERP. Correspondence with Purdue, Davis Polk and Willis Tower Watson re: same. | 2.60 |
| 09/16/20 | ADD | Upload files provided by Davis Polk's eDiscovery team to the data room for creditor committee review. | 1.30 |
| 09/16/20 | JD | Correspondence with C. DeStefano (Purdue)  re: bonus clawbacks from employee resignations. | 0.30 |
| 09/16/20 | JD | Meeting with B. Bromberg, C. Kim (both FTI) re: KEIP/KERP analysis. | 0.60 |
| 09/16/20 | JD | Finalize analysis and draft final responses to FTI  re: open KEIP/KERP diligence questions. | 2.10 |
| 09/17/20 | ADD | Draft correspondences to request materials responsive to committee diligence requests. | 0.40 |
| 09/18/20 | JD | Correspondence with Purdue and Davis Polk  re: AHC request to share certain KEIP/KERP information. | 0.50 |
| 09/18/20 | JD | Correspondence with Purdue  re: diligence request from Province on AG settlements. | 0.70 |
| 09/18/20 | JD | Call with M. Atkinson (Province)  re: KEIP/KERP response. | 0.20 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/21/20 | ADD | Prepare and upload documents provide by Davis Polk's eDiscovery team for upload to the data room. | 1.20 |
| 09/21/20 | JD | Follow up email with FTI  re: outstanding diligence questions. | 0.30 |
| 09/21/20 | JD | Correspondence with Davis Polk  re: FTI discussion with Bates White. | 0.20 |
| 09/21/20 | JD | Call with M. Huebner (Davis Polk), M. Kesselman (Purdue), J. O'Connell, J. Turner (both PJT) and third party  re: business plans. | 0.80 |
| 09/21/20 | JD | Call with M. Kesselman (Purdue), M. Huebner, C. Robertson (both Davis Polk), J. O'Connell, R. Schnitzler, J. Turner (all PJT)  re: communications with the non-consenting state group. | 1.00 |
| 09/21/20 | JD | Call with M. Kesselman (Purdue), M. Huebner and E. Vonnegut (both Davis Polk)  re: KEIP/KERP responses. | 0.40 |
| 09/22/20 | ADD | Compile and prepare materials submitted in response to diligence requests for upload to the data room. | 2.00 |
| 09/22/20 | JD | Call with M. Diaz (FTI)  re: KEIP/KERP. | 0.40 |
| 09/22/20 | JD | Correspondence with Davis Polk  re: additional AHC requests. | 0.30 |
| 09/22/20 | JD | Review KEIP/KERP objections from the UST and another ad hoc committee. | 0.60 |
| 09/23/20 | ADD | Compile and prepare materials submitted in response to diligence requests for upload to the data room. | 1.60 |
| 09/23/20 | ADD | Prepare and upload documents provide by Davis Polk's eDiscovery team for upload to the data room. | 1.40 |
| 09/24/20 | ADD | Research inquiry from vendor re: outstanding prepetition balance. | 1.70 |
| 09/24/20 | ADD | Compile list of third-party entities for AlixPartners eDiscovery team to redact from board presentation | 1.20 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Communication with Interested Parties
Client/Matter #     012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | materials. |  |
| 09/24/20 | ADD | Compile and prepare materials submitted in response to diligence requests for upload to the data room. | 2.20 |
| 09/25/20 | ADD | Compile and prepare materials submitted in response to diligence requests for upload to the data room. | 1.60 |
| 09/28/20 | ADD | Review board material redactions in preparation for upload to the data room for creditor review. | 1.70 |
| 09/28/20 | JD | Correspondence with Davis Polk and management re: KEIP/KERP objection responses. | 0.40 |
| 09/29/20 | JD | Review final non-PEO business plan refresh file to share with management. | 0.70 |
| 09/29/20 | HSB | Meeting with H. Bhattal, S. Lemack (both AlixPartners) re: latest PBGC inquiry and updates. | 0.40 |
| 09/29/20 | SKL | Meeting with H. Bhattal, S. Lemack (both AlixPartners) re: latest PBGC inquiry and updates. | 0.40 |
| 09/30/20 | ADD | Upload files provided by Davis Polk's eDiscovery team to the data room for creditor committee review. | 0.70 |
| 09/30/20 | JD | Correspondence with PJT and Davis Polk  re: AHC request to share information. | 0.20 |
|      |           | **Total** | **422.10** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #    012589.00104

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Mary B Betik | 69.10 | 315.00 | 21,766.50 |
| Barbara J Ferguson | 9.30 | 315.00 | 2,929.50 |
| Andrew D DePalma | 196.10 | 515.00 | 100,991.50 |
| Sam K Lemack | 1.10 | 515.00 | 566.50 |
| Nate A Simon | 0.50 | 515.00 | 257.50 |
| Sam J Canniff | 37.50 | 645.00 | 24,187.50 |
| HS Bhattal | 5.50 | 840.00 | 4,620.00 |
| Gabe J Koch | 3.50 | 840.00 | 2,940.00 |
| Jesse DelConte | 88.30 | 950.00 | 83,885.00 |
| Kevin M McCafferty | 8.90 | 950.00 | 8,455.00 |
| Lisa Donahue | 2.30 | 1,195.00 | 2,748.50 |
| **Total Hours & Fees** | **422.10** | | **253,347.50** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    U. S. Trustee / Court Reporting Requirements
Client/Matter #        012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/01/20 | JD | Review ordinary course professionals summary materials and correspondence with S. Lemack (AlixPartners) re: same. | 0.70 |
| 06/01/20 | MH | Meeting with M. Hartley, S. Lemack (both AlixPartners) re: and begin preparing the May OCP report. | 0.60 |
| 06/01/20 | MH | Initiate OCP tracking report. | 2.40 |
| 06/01/20 | SKL | Review the latest OCP activity and information provided by C. MacDonald (Purdue) and prepared the updated OCP report accordingly. | 2.70 |
| 06/01/20 | SKL | Meeting with M. Hartley, S. Lemack (both AlixPartners) re: and begin preparing the May OCP report. | 0.60 |
| 06/02/20 | JD | Correspondence with M. Atkinson, C. Cabello (both Province) and S. Lemack (AlixPartners) re: OCP diligence questions. | 0.40 |
| 06/03/20 | ESK | Review of final versions of the AlixPartners' application and Schedule 1. | 0.40 |
| 06/03/20 | SKL | Meeting with M. Hartley, S. Lemack (both AlixPartners) re: the latest OCP report and updates to the OCP tracker. | 0.70 |
| 06/03/20 | MH | Meeting with M. Hartley, S. Lemack (both AlixPartners) re: the latest OCP report and updates to the OCP tracker. | 0.70 |
| 06/04/20 | SKL | Review and reconcile the latest OCP updates and prepared updates to the OCP tracker for next month's report. | 2.00 |
| 06/08/20 | SKL | Finalize OCP reconciliation and prepared and finalized updated OCP fee tracker. | 2.70 |
| 06/08/20 | JD | Review details of the ordinary course professional report per Province diligence questions. | 0.50 |
| 06/10/20 | NAS | Submit data requests for insider payments section of May MOR. | 0.70 |
| 06/11/20 | NAS | Review data sources for insider payments section of May | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                U. S. Trustee / Court Reporting Requirements
Client/Matter #    012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | 2020 MOR. | |
| 06/11/20 | ESK | Review email re: fee application deadlines and procedures. | 0.20 |
| 06/15/20 | NAS | Review data provided for insider payments section of May 2020 MOR. | 0.60 |
| 06/16/20 | NAS | Prepare insider payments section of May MOR. | 0.50 |
| 06/18/20 | NAS | Draft insider payments section of May 2020 MOR. | 2.00 |
| 06/18/20 | NAS | Check insider payments section of May 2020 MOR for accuracy and completeness. | 0.40 |
| 06/18/20 | JD | Review draft May financials for the monthly operating report. | 0.40 |
| 06/19/20 | JD | Review and provide comments on monthly operating report before sending it to the company to sign. | 0.70 |
| 06/19/20 | NAS | Correspondence with J. Lauriat (Purdue) re: insider T&E reimbursements for May MOR. | 0.20 |
| 06/24/20 | ADD | Update Parties in Interest list at request of Davis Polk. | 2.10 |
| 06/24/20 | HSB | Review monthly OCP report prepared by S. Lemack (AlixPartners) and review underlying OCP order. | 0.30 |
| 06/25/20 | SKL | Review and reconciled the latest OCP information provided by C. MacDonald (Purdue) and began preparing the May OCP report accordingly. | 1.30 |
| 06/25/20 | SKL | Finalize updates to the May OCP report and circulated to the team for final sign-off. | 1.90 |
| 06/26/20 | SKL | Review the latest feedback provided on the May OCP report and prepared and circulated updated report accordingly. | 1.30 |
| 06/26/20 | JD | Review and provide comments on monthly ordinary course professional report. | 0.40 |
| 06/29/20 | SKL | Review latest updates provided by D. Consla (DPW) and | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              U. S. Trustee / Court Reporting Requirements
Client/Matter #  012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | revised and circulated updated OCP report accordingly. | |
| 07/10/20 | SKL | Call A. DePalma and S. Lemack (both AlixPartners) re: MOR quarterly fee calculation discussion. | 0.50 |
| 07/10/20 | NAS | Send data requests to Purdue/TXP for insider payments section of June 2020 MOR. | 0.70 |
| 07/10/20 | ADD | Call A. DePalma and S. Lemack (both AlixPartners) re: MOR quarterly fee calculation discussion. | 0.50 |
| 07/13/20 | ADD | Call with A. DePalma, S. Lemack, N. Simon (all AlixPartners) to review reporting process for insider payments section of MOR. | 0.50 |
| 07/13/20 | NAS | Analyze indemnification payments for insider payments section of June 2020 MOR. | 1.70 |
| 07/13/20 | NAS | Call with M. Hartley, N. Simon (both AlixPartners) to review Purdue indemnification payment reporting for June 2020 MOR. | 0.40 |
| 07/13/20 | NAS | Call with A. DePalma, S. Lemack, N. Simon (all AlixPartners) to review reporting process for insider payments section of MOR. | 0.50 |
| 07/13/20 | NAS | Call with C. MacDonald (Purdue), M. Hartley, S. Lemack, N. Simon (all AlixPartners) to discuss indemnification payment reporting for June 2020 MOR. | 0.30 |
| 07/13/20 | SKL | Call with A. DePalma, S. Lemack, N. Simon (all AlixPartners) to review reporting process for insider payments section of MOR. | 0.50 |
| 07/13/20 | SKL | Call with C. MacDonald (Purdue), M. Hartley, S. Lemack, N. Simon (all AlixPartners) to discuss indemnification payment reporting for June 2020 MOR. | 0.30 |
| 07/13/20 | MH | Call with M. Hartley, N. Simon (both AlixPartners) to review Purdue indemnification payment reporting for June 2020 MOR. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     U. S. Trustee / Court Reporting Requirements
Client/Matter #         012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/13/20 | MH | Call with C. MacDonald (Purdue), M. Hartley, S. Lemack, N. Simon (all AlixPartners) to discuss indemnification payment reporting for June 2020 MOR. | 0.30 |
| 07/14/20 | SKL | Review and reconcile Indemnitee firm payments for the June MOR. | 0.90 |
| 07/14/20 | HSB | Review MOR files prepared by S. Lemack (AlixPartners). | 0.80 |
| 07/15/20 | ADD | Meeting with A. DePalma, S. Lemack, N. Simon (all AlixPartners) to walk through insider payments MOR process. | 0.30 |
| 07/15/20 | SKL | Meeting with A. DePalma, S. Lemack, N. Simon (all AlixPartners) to walk through insider payments MOR process. | 0.30 |
| 07/15/20 | NAS | Meeting with A. DePalma, S. Lemack, N. Simon (all AlixPartners) to walk through insider payments MOR process. | 0.30 |
| 07/15/20 | NAS | Review insider payments section of June 2020 MOR for accuracy. | 0.60 |
| 07/15/20 | NAS | Consolidate all data sources into insider payments section of June 2020 MOR. | 0.90 |
| 07/16/20 | JD | Review draft June financials for the MOR. | 0.20 |
| 07/17/20 | ADD | Compile MOR sections and Prepare June MOR for signature. | 2.30 |
| 07/17/20 | JD | Review and sign off on draft MOR. | 0.40 |
| 07/20/20 | JD | Review final signed MOR. | 0.20 |
| 07/30/20 | JD | Review and provide comments on OCP reporting package to be filed with the court. | 0.30 |
| 08/04/20 | JD | Review US Trustee payment schedule against MORs filed to date. | 0.30 |
| 08/10/20 | JD | Correspondence with the US Trustee's Office, Davis Polk and S. Lemack (AlixPartners) re: latest quarterly fee | 0.30 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      U. S. Trustee / Court Reporting Requirements
Client/Matter #          012589.00105

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | payment. | |
| 08/12/20 | NAS | Request data sources for insider payments section of July MOR and analyze data received. | 1.40 |
| 08/13/20 | NAS | Review and analyze data provided for insider payments section of July 2020 MOR. | 0.80 |
| 08/14/20 | NAS | Analyze data for insider payments section of July 2020 MOR. | 0.50 |
| 08/17/20 | NAS | Finalize insider payments section of July MOR and review for accuracy. | 1.50 |
| 08/20/20 | JD | Review and provide comments on July MOR prior to finalizing and filing. | 0.40 |
| 09/09/20 | NAS | Request insider payments information from Purdue for purposes of August 2020 Monthly Operating Report. | 0.60 |
| 09/10/20 | NAS | Coordinate with Purdue/TXP employees re: MOR insider payments data requests. | 0.20 |
| 09/15/20 | NAS | Analyze and consolidate all data received for insider payments section of August 2020 MOR. | 1.20 |
| 09/16/20 | NAS | Finalize insider payments section of August 2020 MOR and review for accuracy. | 0.60 |
| 09/17/20 | ADD | Compile and prepare August MOR for CFO review and signature. | 2.40 |
| 09/18/20 | JD | Review draft MOR prior to sending to the company for signature. | 0.40 |
| 09/21/20 | ADD | Update MOR per review comments in preparation to send to Davis Polk for upload. | 1.40 |
| 09/21/20 | JD | Correspondence with Purdue and Davis Polk re: MOR updates. | 0.30 |
| | | **Total** | **55.20** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    U. S. Trustee / Court Reporting Requirements
Client/Matter #        012589.00105

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Andrew D DePalma | 9.50 | 515.00 | 4,892.50 |
| Sam K Lemack | 16.80 | 515.00 | 8,652.00 |
| Nate A Simon | 16.90 | 515.00 | 8,703.50 |
| Elizabeth S Kardos | 0.60 | 710.00 | 426.00 |
| Michael Hartley | 4.40 | 840.00 | 3,696.00 |
| HS Bhattal | 1.10 | 840.00 | 924.00 |
| Jesse DelConte | 5.90 | 950.00 | 5,605.00 |
| **Total Hours & Fees** | **55.20** | | **32,899.00** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/01/20 | NAS | Review preliminary Mundipharma valuation analysis from PJT. | 2.00 |
| 06/01/20 | NAS | Call with J. Turner, R. Schnitzler, J. Arsic (all PJT), G, Koch, N. Simon (both AlixPartners) re: initial valuation slides for Mundipharma. | 0.80 |
| 06/01/20 | NAS | Consolidate and provide follow-up items related to PJT preliminary Mundipharma valuation discussion. | 0.70 |
| 06/01/20 | NAS | Call with J. Arsic (PJT) re: initial draft of Mundipharma valuation slides. | 0.60 |
| 06/01/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: initial impressions from preliminary PJT Mundipharma valuation analysis. | 0.60 |
| 06/01/20 | NAS | Draft potential upside slides for Mundipharma diligence presentation. | 1.60 |
| 06/01/20 | IA | Update LTRP 2021 and 2022 estimated payments analysis to include adjusted scenarios requested by WTW and Davis Polk. | 2.40 |
| 06/01/20 | GJK | Call with J. Turner, R. Schnitzler, J. Arsic (all PJT), G, Koch, N. Simon (both AlixPartners) re: initial valuation slides for Mundipharma. | 0.80 |
| 06/01/20 | GJK | Calls with G. Koch, N. Simon (both AlixPartners) re: Mundipharma valuation. | 0.60 |
| 06/01/20 | GJK | Review and prepare comments for Mundipharma initial valuation report. | 2.50 |
| 06/01/20 | GJK | Assess potential updates to Mundipharma key findings based on initial valuation deck from PJT. | 2.00 |
| 06/01/20 | GJK | Planning re: Mundipharma interim report draft revisions. | 2.00 |
| 06/01/20 | ADD | Meeting with A DePalma, K. McCafferty, R. Sublett (all AlixPartners), R. Shamblen, D. Fogel (both Purdue), R. Schnitzler, J. Wang, I. Mian (all PJT) re: Project Catalyst | 1.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
|  |  | timeline and VDR index. |  |
| 06/01/20 | ADD | Update business plan team contact list. | 0.40 |
| 06/01/20 | ADD | Review Rhodes critical vendor analysis to identify material counter parties. | 2.30 |
| 06/01/20 | KM | Next phase planning for Rhodes business planning and org structure initiatives. | 0.40 |
| 06/01/20 | KM | Meeting with A DePalma, K. McCafferty, R. Sublett (all AlixPartners), R. Shamblen, D. Fogel (both Purdue), R. Schnitzler, J. Wang, I. Mian (all PJT) re: Project Catalyst timeline and VDR index. | 1.20 |
| 06/01/20 | KM | Meeting with V. Mancinelli (Purdue) re: RP employee mapping. | 0.70 |
| 06/01/20 | KM | Reconcile and augment Rhodes Pharma employee mapping. | 1.80 |
| 06/01/20 | KM | Detailed quality org structure mapping and reconciliation. | 1.90 |
| 06/01/20 | KM | Document and communicate consolidated org changes to D. Lundie (Purdue). | 1.30 |
| 06/01/20 | RDS | Finalize headcount and organizational charts for Rhodes headcount exercise. | 1.40 |
| 06/01/20 | RDS | Review and make changes to October BoD presentation for Catalyst usage. | 0.40 |
| 06/01/20 | RDS | Review Catalyst VDR request list. | 1.10 |
| 06/01/20 | RDS | Update presentation materials for phase 1 project catalyst. | 0.90 |
| 06/01/20 | RDS | Meeting with A DePalma, K. McCafferty, R. Sublett (all AlixPartners), R. Shamblen, D. Fogel (both Purdue), R. Schnitzler, J. Wang, I. Mian (all PJT) re: Project Catalyst timeline and VDR index. | 1.20 |
| 06/01/20 | RDS | Review final V. Mancinelli (Purdue) headcount selections. | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/01/20 | RDS | Correspondence with Catalyst advisors re: process timeline and VDR approval process. | 1.40 |
| 06/01/20 | RDS | Update presentation materials for phase 1 project catalyst. | 0.90 |
| 06/01/20 | JD | Review updated side by side analysis prior to call with various ad hoc groups. | 0.50 |
| 06/01/20 | JD | Review correspondence re: Project Catalyst timeline. | 0.60 |
| 06/01/20 | JD | Review and comment on draft Project Catalyst working group list. | 0.20 |
| 06/02/20 | JD | Review Rhodes transformation presentation. | 0.70 |
| 06/02/20 | JD | Prepare for and attend call with R. Sublett, K. McCafferty, L. Donahue and J. DelConte (all AlixPartners) re: Rhodes transformation plan. | 0.80 |
| 06/02/20 | JD | Review previous business development board presentations. | 0.50 |
| 06/02/20 | JD | Update latest professional fee tracker in response to questions from Davis Polk. Correspondence with S. Lemack (AlixPartners) re: same. | 0.80 |
| 06/02/20 | JD | Call with R. Aleali (Purdue) re: Project Catalyst status update. | 0.50 |
| 06/02/20 | JD | Call with R. Sublett and J. DelConte (both AlixPartners) re: Project Catalyst status update. | 0.30 |
| 06/02/20 | JD | Review side-by-side deck to share with ad hoc committees on PEO and non-PEO basis. | 0.70 |
| 06/02/20 | JD | Correspondence with S. Daniel and R. Aleali (both Purdue) re: outstanding vendor payment. | 0.30 |
| 06/02/20 | RDS | Review VDR uploads for project catalyst. | 1.00 |
| 06/02/20 | RDS | Assemble and refine materials to back up proposed organizational structure and re-engineered processes at RALP. | 3.40 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                  F 214.647.7501
Dallas, TX 75201            alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/02/20 | RDS | Call with D. Fogel (Purdue) re: headcount reconciliation. | 0.20 |
| 06/02/20 | RDS | Call with R. Shamblen (Purdue) re: Project Catalyst data requests. | 0.20 |
| 06/02/20 | RDS | Call with R. Sublett and J. DelConte (both AlixPartners) re: Project Catalyst status update. | 0.30 |
| 06/02/20 | RDS | Call with R. Sublett, K. McCafferty, L. Donahue and J. DelConte (all AlixPartners) re: Rhodes transformation plan. | 0.70 |
| 06/02/20 | RDS | Amendments to presentation for Rhodes. | 1.00 |
| 06/02/20 | RDS | Assemble updated next steps for operational restructuring of Rhodes. | 1.10 |
| 06/02/20 | KM | Next phase planning for Rhodes org structure initiatives. | 0.20 |
| 06/02/20 | KM | Analysis re: Rhodes diligence question response to HR. | 0.50 |
| 06/02/20 | KM | Analysis re: aggressive Rhodes restructuring opportunities. | 1.60 |
| 06/02/20 | KM | Meeting with D. Fogel (Purdue) re: Rhodes diligence question response to HR. | 0.50 |
| 06/02/20 | KM | Rhodes organizational restructuring review presentation edits and augmentation. | 1.00 |
| 06/02/20 | KM | Analysis re: value creation via Rhodes restructuring. | 0.70 |
| 06/02/20 | KM | Call with R. Sublett, K. McCafferty, L. Donahue and J. DelConte (all AlixPartners) re: Rhodes transformation plan. | 0.70 |
| 06/02/20 | KM | Assemble updated next steps for operational restructuring. | 1.30 |
| 06/02/20 | ADD | Review Purdue Pharma LP board minutes from 1999 - 2002 for third-party confidential information. | 2.60 |
| 06/02/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: current draft of Mundipharma presentation. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/02/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: Mundipharma cash position. | 0.40 |
| 06/02/20 | GJK | Plan for next steps in Mundipharma interim diligence process. | 1.80 |
| 06/02/20 | GJK | Analysis of key missing items from diligence request list for Mundipharma. | 2.30 |
| 06/02/20 | GJK | Review inputs for upside and downside case analysis for Mundipharma valuation scenario a. | 1.90 |
| 06/02/20 | LJD | Prepare for and attend call with R. Sublett, K. McCafferty, L. Donahue and J. DelConte (all AlixPartners) re: Rhodes transformation plan. | 0.80 |
| 06/02/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: Mundipharma cash position. | 0.40 |
| 06/02/20 | NAS | Provide Mundipharma diligence items requested by PJT and draft overview slides on KPMG tax analysis. | 1.80 |
| 06/02/20 | NAS | Review prior materials provided related to net debt and cash items and summarize findings for G. Koch (AlixPartners). | 2.90 |
| 06/02/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: current draft of Mundipharma presentation. | 0.70 |
| 06/03/20 | NAS | Review draft of Mundipharma diligence report from PJT and supporting materials. | 1.10 |
| 06/03/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: latest draft of PJT Mundipharma diligence report. | 0.80 |
| 06/03/20 | NAS | Prepare for and attend call with J. Arsic (PJT) re: latest draft of Mundipharma diligence report. | 1.10 |
| 06/03/20 | NAS | Research industry precedents for second adjusted case in Mundipharma business plan model. | 1.80 |
| 06/03/20 | NAS | Calls with G. Koch, N. Simon (both AlixPartners) re: revised draft of valuation section of Mundipharma | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | diligence report from PJT. | |
| 06/03/20 | NAS | Review letter from UCC to Judge re: IAC and other diligence requests. | 0.40 |
| 06/03/20 | NAS | Add second adjusted case to Mundipharma business plan model. | 0.80 |
| 06/03/20 | GJK | Calls with I. McClatchey (Norton Rose) re: Mundipharma diligence process. | 0.90 |
| 06/03/20 | GJK | Call with J. DelConte, G. Koch (both AlixPartners) and J. Turner (PJT) re: Mundipharma diligence planning. | 0.80 |
| 06/03/20 | GJK | Plan and analysis for Mundipharma diligence process, including follow up email with Advisors and review of process since March. | 2.00 |
| 06/03/20 | GJK | Review and planning re: UCC letter to the Court re: IACs. | 1.50 |
| 06/03/20 | GJK | Review valuation draft update for Mundipharma interim diligence and planning for incorporation with key findings. | 2.50 |
| 06/03/20 | GJK | Calls with G. Koch, N. Simon (both AlixPartners) re: revised draft of valuation section of Mundipharma diligence report from PJT. | 0.70 |
| 06/03/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: latest draft of PJT Mundipharma diligence report. | 0.80 |
| 06/03/20 | ADD | Update liabilities subject to compromise calculation for May financial statements. | 2.80 |
| 06/03/20 | ADD | Download and compile data from Client's SAP system to update liabilities subject to compromise calculation for May. | 1.40 |
| 06/03/20 | ADD | Review Purdue Pharma LP board minutes from 2002 - 2005 for third-party confidential information. | 2.80 |
| 06/03/20 | KM | Create phase 1 offer tracker. | 0.70 |
| 06/03/20 | KM | Meeting with D. Fogel (Purdue), K Laurel (Purdue) and K. McCafferty, R. Sublett (AlixPartners) re: Rhodes planning. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/03/20 | KM | Call with K. Laurel, D. Fogel (Purdue), K. McCafferty, R. Sublett (both AlixPartners) re: headcount analysis. | 0.50 |
| 06/03/20 | KM | Meeting with W. DiNicola, D. Fogel (both Purdue), K. McCafferty, R. Sublett (both AlixPartners) re: Rhodes Tech fixed asset review. | 0.50 |
| 06/03/20 | KM | Project Catalyst offer tracking process. | 0.60 |
| 06/03/20 | KM | Analysis re: Project Catalyst tracking approach. | 0.70 |
| 06/03/20 | KM | Analysis re: Project Catalyst payroll tracking. | 0.30 |
| 06/03/20 | KM | Call with D. Fogel, W. DiNicola (Purdue), K. McCafferty, R. Sublett (both AlixPartners) re: data collection for Project Catalyst. | 0.60 |
| 06/03/20 | KM | Meeting with D. Lundie, J. Lowne, R. Aleali, D. Fogel, R. Shamblen, J. Doyle (all Purdue), J. DelConte, K. McCafferty, R. Sublett, (all AlixPartners), R. Schnitzler, J. Turner (both PJT) re: Project Catalyst update. | 1.50 |
| 06/03/20 | RDS | Coordinate diligence requests on Project Catalyst. | 2.10 |
| 06/03/20 | RDS | Review Project Catalyst scoring methodology and prepare recommendations. | 1.90 |
| 06/03/20 | RDS | Call with D. Fogel, W. DiNicola (Purdue), K. McCafferty, R. Sublett (both AlixPartners) re: data collection for Project Catalyst. | 0.60 |
| 06/03/20 | RDS | Call with K. Laurel, D. Fogel (Purdue), K. McCafferty, R. Sublett (both AlixPartners) re: headcount analysis. | 0.50 |
| 06/03/20 | RDS | Meeting with W. DiNicola, D. Fogel (both Purdue), K. McCafferty, R. Sublett (both AlixPartners) re: Rhodes Tech fixed asset review. | 0.50 |
| 06/03/20 | RDS | Assemble and refine materials to back up proposed organizational structure and re-engineered processes at RALP. | 0.80 |
| 06/03/20 | RDS | Meeting with D. Lundie, J. Lowne, R. Aleali, D. Fogel, R. | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
|---|---|
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Shamblen, J. Doyle (all Purdue), J. DelConte, K. McCafferty, R. Sublett, (all AlixPartners), R. Schnitzler, J. Turner (both PJT) re: Project Catalyst update. | |
| 06/03/20 | RDS | Meeting with D. Fogel (Purdue), K Laurel (Purdue) and K. McCafferty, R. Sublett (AlixPartners) re: Rhodes planning. | 0.50 |
| 06/03/20 | ADD | Call with A. DePalma, J. DelConte (both AlixPartners) and C. Oluwole (Davis Polk) re: individual victim's document requests. | 0.20 |
| 06/03/20 | JD | Call with J. DelConte, G. Koch (both AlixPartners) and J. Turner (PJT) re: Mundipharma diligence planning. | 0.80 |
| 06/03/20 | JD | Meeting with D. Lundie, J. Lowne, R. Aleali, D. Fogel, R. Shamblen, J. Doyle (all Purdue), J. DelConte, K. McCafferty, R. Sublett, (all AlixPartners), R. Schnitzler, J. Turner (both PJT) re: Project Catalyst update. | 1.50 |
| 06/03/20 | JD | Call with A. DePalma, J. DelConte (both AlixPartners) and C. Oluwole (Davis Polk) re: individual victim's document requests. | 0.20 |
| 06/03/20 | JD | Review draft materials to provide to the ad hoc individual victims' group. | 0.70 |
| 06/03/20 | JD | Prepare draft business development creditor presentation. | 2.20 |
| 06/03/20 | JD | Review Project Catalyst timeline and index comments from management. | 0.60 |
| 06/04/20 | JD | Discussion with R. Sublett, K. McCafferty and J. DelConte (all AlixPartners) re: Rhodes transformation. | 0.30 |
| 06/04/20 | JD | Correspondence with PJT and Davis Polk re: business development creditor presentation. | 0.50 |
| 06/04/20 | JD | Review UCC letter to Judge Drain re: Sackler discovery efforts. | 0.60 |
| 06/04/20 | JD | Review creditor presentation comments from PJT and Davis Polk.  Revise presentation and send around to | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | management for review and approval. | |
| 06/04/20 | JD | Call with J. Turner (PJT), C. Oluwole, C. Robertson (both Davis Polk), G. Koch and J. DelConte (both AlixPartners) re: UCC letter. | 0.40 |
| 06/04/20 | JD | Review draft presentation to be updated for sharing per AHC diligence questions. | 0.40 |
| 06/04/20 | JD | Review and provide comments on Rhodes transformation presentation. | 1.00 |
| 06/04/20 | JD | Review IAC diligence summary from G. Koch (AlixPartners). | 0.20 |
| 06/04/20 | JD | Review correspondence from PJT and Purdue re: AHC diligence responses. | 0.30 |
| 06/04/20 | JD | Review draft governmental abatement plan term sheet. | 1.60 |
| 06/04/20 | ADD | Meeting with R. Shamblen, D. Fogel, K. McCarthy (all Purdue), A DePalma, K. McCafferty, R. Sublett (all AlixPartners), R. Schnitzler, J. Wang, I. Mian (all PJT) re: Project Catalyst timeline and VDR index. | 0.50 |
| 06/04/20 | RDS | Coordinate diligence requests on Project Catalyst. | 2.50 |
| 06/04/20 | RDS | Review Project Catalyst Scorecard / tracker. | 1.50 |
| 06/04/20 | RDS | Finalize AlixPartners assessment of ongoing organizational restructuring. | 0.40 |
| 06/04/20 | RDS | Meeting with R. Shamblen, D. Fogel, K. McCarthy (all Purdue), K. McCafferty, A. DePalma, R. Sublett (all AlixPartners) and R. Schnitzler, J. Wang (both PJT) re: Catalyst VDR Index. | 0.50 |
| 06/04/20 | RDS | Meeting with D. Lundie (Purdue), K. McCafferty, R. Sublett (both AlixPartners) re: Project Catalyst phase 1 tracker. | 0.50 |
| 06/04/20 | RDS | Review Intralinks data structure and prepare correspondence with Rhodes/Purdue team to address | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | deficiencies. | |
| 06/04/20 | RDS | Discussion with R. Sublett, K. McCafferty and J. DelConte (all AlixPartners) re: Rhodes transformation. | 0.30 |
| 06/04/20 | RDS | Review Catalyst Scorecard with D. Lundie, A. Oliveria (Purdue), K. McCafferty, R. Sublett (both AlixPartners). | 0.80 |
| 06/04/20 | RDS | Refine Catalyst scorecard. | 1.00 |
| 06/04/20 | KM | Update round 1 tracker re: Project Catalyst. | 0.30 |
| 06/04/20 | KM | Map offer details re: Project Catalyst. | 1.10 |
| 06/04/20 | KM | Analysis re: Project Catalyst phase 1 tracker. | 1.40 |
| 06/04/20 | KM | Meeting with D. Lundie (Purdue), K. McCafferty, R. Sublett (both AlixPartners) re: Project Catalyst phase 1 tracker. | 0.50 |
| 06/04/20 | KM | Discussion with R. Sublett, K. McCafferty and J. DelConte (all AlixPartners) re: Rhodes transformation. | 0.30 |
| 06/04/20 | KM | Data review and compilation re: Project Catalyst. | 0.90 |
| 06/04/20 | KM | Analysis re: Rhodes Project Catalyst roster and compensation. | 0.90 |
| 06/04/20 | KM | Meeting with D. Fogel (Purdue) re: Project Catalyst roster and compensation. | 0.20 |
| 06/04/20 | KM | Meeting with D. Fogel (Purdue) re: Rhodes planning. | 0.30 |
| 06/04/20 | KM | Meeting with R. Shamblen, D. Fogel, K. McCarthy (all Purdue), A DePalma, K. McCafferty, R. Sublett (all AlixPartners), R. Schnitzler, J. Wang, I. Mian (all PJT) re: Project Catalyst timeline and VDR index. | 0.50 |
| 06/04/20 | KM | Review Rhodes next steps for operational restructuring. | 0.20 |
| 06/04/20 | KM | Review Catalyst Scorecard with D. Lundie, A. Oliveria (Purdue), K. McCafferty, R. Sublett (both AlixPartners). | 0.80 |
| 06/04/20 | ADD | Review Purdue Pharma LP board minutes from 2006 - 2007 for third-party confidential information. | 2.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/04/20 | ADD | Review third-party entity list for business relationships with Purdue/Rhodes to document potential confidentiality issues. | 2.50 |
| 06/04/20 | GJK | Call with J. Turner (PJT), C. Oluwole, C. Robertson (both Davis Polk), G. Koch and J. DelConte (both AlixPartners) re: UCC letter. | 0.40 |
| 06/04/20 | GJK | Prepare notes and talking point for weekly planning meeting re: UCC letter to the Court. | 0.30 |
| 06/04/20 | GJK | Continue to develop plan for incorporation of valuation information to Mundipharma interim diligence repeat. | 2.00 |
| 06/04/20 | GJK | Plan for advisor diligence coordination and next steps with focus on meeting information requirements for all advisors. | 1.80 |
| 06/04/20 | GJK | Call with I. McClatchey (Norton Rose) and follow up planning re: Mundipharma diligence. | 1.50 |
| 06/04/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: findings from China pharmaceutical pricing research. | 0.40 |
| 06/04/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: Mundipharma diligence process and second adjusted case. | 0.50 |
| 06/04/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to debrief on UCC letter after speaking with counsel. | 0.30 |
| 06/04/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: Mundipharma diligence process and second adjusted case. | 0.50 |
| 06/04/20 | NAS | Finalize second adjusted case in Mundipharma business plan/FCF model. | 1.90 |
| 06/04/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to debrief on UCC letter after speaking with counsel. | 0.30 |
| 06/04/20 | NAS | Finish review of letter from UCC to Judge re: IAC and | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | other diligence requests. | |
| 06/04/20 | NAS | Research historical precedents for pharmaceutical pricing in China. | 1.00 |
| 06/04/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: findings from China pharmaceutical pricing research. | 0.40 |
| 06/04/20 | NAS | Draft adjusted case 2 slides for Mundipharma diligence report. | 1.60 |
| 06/05/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: Advisor Group call and next steps. | 0.40 |
| 06/05/20 | NAS | Prepare subsequent draft of Mundipharma Adjusted Case 2 slides. | 0.50 |
| 06/05/20 | NAS | Call with  G. Koch, N. Simon (both AlixPartners) re: Mundipharma Adjusted Case 2 slides and discuss structure of Executive Summary. | 0.40 |
| 06/05/20 | NAS | Review current draft of Mundipharma diligence report to determine what information should be included in Executive Summary. | 1.40 |
| 06/05/20 | NAS | Draft Mundipharma Executive Summary slides. | 2.80 |
| 06/05/20 | IA | Create LTRP 2021 estimated payments summary by employee to be shared with Purdue HR team. | 1.30 |
| 06/05/20 | GJK | Call with  G. Koch, N. Simon (both AlixPartners) re: Mundipharma Adjusted Case 2 slides and discuss structure of Executive Summary. | 0.40 |
| 06/05/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: Advisor Group call and next steps. | 0.40 |
| 06/05/20 | GJK | Review updates to draft diligence report and direction on process. | 2.00 |
| 06/05/20 | GJK | Walkthrough of Mundipharma open items including review of FTI discussion topics for call with A. Breabout (Purdue). | 2.20 |
| 06/05/20 | ADD | Review materials submitted in response to diligence list | 2.00 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | for upload to the data room. | |
| 06/05/20 | ADD | Compile and upload document to the virtual data room and manage access for interested parties. | 1.50 |
| 06/05/20 | KM | Develop Rhodes org and re-engineering implementation program. | 1.90 |
| 06/05/20 | KM | Review Rhodes Tech data re: Project Catalyst. | 0.60 |
| 06/05/20 | KM | Review Rhodes Tech org charts and employee information re: Project Catalyst. | 0.70 |
| 06/05/20 | KM | Call with J. Lowne, D. Lundie, J. Doyle, K. ,D. Fogel, R. Shamblen (Purdue), K. McCafferty, R. Sublett (both AlixPartners), R. Schnitzler (PJT) re: Project Catalyst scorecard and board-level discussion points. | 1.00 |
| 06/05/20 | KM | Summarize Rhodes org and re-engineering. | 0.30 |
| 06/05/20 | KM | Review Rhodes Tech org charts and employee information re: Project Catalyst. | 1.20 |
| 06/05/20 | RDS | Correspondence with management related to Project Catalyst tracker. | 1.10 |
| 06/05/20 | RDS | Manage accounting data uploads to VDR for Project Catalyst. | 0.10 |
| 06/05/20 | RDS | Call with J. Lowne, D. Lundie, J. Doyle, K. ,D. Fogel, R. Shamblen (Purdue), K. McCafferty, R. Sublett (both AlixPartners), R. Schnitzler (PJT) re: Project Catalyst scorecard and board-level discussion points. | 1.00 |
| 06/05/20 | RDS | Prepare and review updated Org charts for Rhodes Tech. | 0.60 |
| 06/06/20 | KM | Reconciliation of Legal review re: Project Catalyst. | 0.60 |
| 06/06/20 | GJK | Draft email to Mundipharma executives, incorporate feedback from J. Turner (PJT). | 2.30 |
| 06/07/20 | GJK | Finalize draft Mundipharma executives email and send to advisor group for review and edits, follow up email to DPW, follow up response to M. Atkinson (Province) | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 06/07/20 | NAS | Review initial draft of letter to be sent to Mundipharma management. | 0.30 |
| 06/07/20 | RDS | Review Project Catalyst tracker and recent uploads, provide commentary to company-side team. | 1.30 |
| 06/08/20 | RDS | Call with K. McCarthy (Purdue), J. Wang (PJT), K. McCafferty, A. DePalma, R. Sublett (all AlixPartners). | 0.10 |
| 06/08/20 | RDS | Review of register for Project Catalyst and prepare analysis. | 2.10 |
| 06/08/20 | ADD | Call with K. McCarthy (Purdue), J. Wang (PJT), K. McCafferty, A. DePalma, R. Sublett (all AlixPartners). | 0.10 |
| 06/08/20 | ADD | Call with J. DelConte and A. DePalma (AlixPartners) re: diligence process and go forward planning. | 0.60 |
| 06/08/20 | KM | Project planning with D. Lundie (Purdue) re: Rhodes. | 0.60 |
| 06/08/20 | KM | Call with K. McCarthy (Purdue), J. Wang (PJT), K. McCafferty, A. DePalma, R. Sublett (all AlixPartners). | 0.10 |
| 06/08/20 | JD | Call with J. DelConte and A. DePalma (AlixPartners) re: diligence process and go forward planning. | 0.60 |
| 06/08/20 | JD | Review commentary on open diligence items from Province. | 0.30 |
| 06/08/20 | JD | Research historical liquidation analyses in advance of preparing PPLP liquidation analysis. | 0.90 |
| 06/08/20 | NAS | Review drafts of letter to Mundipharma management and correspondence with other advisors. | 1.00 |
| 06/08/20 | NAS | Review draft list of questions for meeting with A. Breabout (Mundipharma) and other diligence requests. | 0.50 |
| 06/08/20 | NAS | Review revised PJT slides for Mundipharma diligence report. | 0.30 |
| 06/08/20 | IA | Participate in call with C. DeStefano (Purdue), S. Lemack and I Arana (both AlixPartners) re: LTRP sensitivities requested by WTW. | 0.80 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| 06/08/20 | SKL | Participate in call with C. DeStefano (Purdue), S. Lemack and I Arana (both AlixPartners) re: LTRP sensitivities requested by WTW. | 0.80 |
| 06/09/20 | GJK | Discussion with G. Koch, N. Simon (both AlixPartners) re: Mundipharma report slides from PJT. | 0.80 |
| 06/09/20 | NAS | Review revised Mundipharma report slides provided by PJT. | 1.80 |
| 06/09/20 | NAS | Discussion with G. Koch, N. Simon (both AlixPartners) re: Mundipharma report slides from PJT. | 0.80 |
| 06/09/20 | NAS | Correspondence with J. Arsic (PJT) re: latest draft of Mundipharma diligence report. | 0.40 |
| 06/09/20 | NAS | Review Mundipharma third party debt to determine treatment in report. | 1.30 |
| 06/09/20 | JD | Review March flash report and comment on non-PEO version edits. | 0.70 |
| 06/09/20 | JD | Review net sales and IMS data from Rhodes per open AHC diligence requests. | 0.30 |
| 06/09/20 | JD | Review final AHC diligence request responses. | 0.30 |
| 06/09/20 | KM | Call with D. Lundie (Purdue), K. McCafferty, R. Sublett (both AlixPartners). | 0.50 |
| 06/09/20 | KM | D. Fogel, R. Shamblen, K. McCarthy (Purdue), K. McCafferty, R. Sublett (both AlixPartners), J. Wang (PJT) re: VDR. | 0.50 |
| 06/09/20 | KM | Review Rhodes org structure document. | 0.80 |
| 06/09/20 | KM | Review Rhodes R&D restructuring recommendations. | 0.90 |
| 06/09/20 | KM | Rhodes project review with K. McCafferty, R. Sublett (both AlixPartners). | 0.60 |
| 06/09/20 | RDS | Rhodes project review with K. McCafferty, R. Sublett (both AlixPartners). | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/09/20 | RDS | Assemble slides for next steps on org structure of Rhodes. | 1.60 |
| 06/09/20 | RDS | D. Fogel, R. Shamblen, K. McCarthy (Purdue), K. McCafferty, R. Sublett (both AlixPartners), J. Wang (PJT) re: VDR. | 0.50 |
| 06/09/20 | RDS | VDR data uploads and management for Project Catalyst. | 1.60 |
| 06/09/20 | RDS | Review Project Catalyst timeline. | 0.80 |
| 06/09/20 | RDS | Call with D. Lundie (Purdue), K. McCafferty, R. Sublett (both AlixPartners). | 0.50 |
| 06/09/20 | RDS | Correspondence with Catalyst team re: VDR status. | 0.40 |
| 06/09/20 | RDS | Review VDR and legal comment to items. | 1.70 |
| 06/09/20 | RDS | Review Catalyst VDR structure changes. | 0.80 |
| 06/10/20 | RDS | Review material agreements Project Catalyst. | 1.40 |
| 06/10/20 | RDS | Review and edit Project Catalyst Background Presentation. | 0.60 |
| 06/10/20 | RDS | Call with J. DelConte and R. Sublett (both AlixPartners) re: Project Catalyst. | 0.30 |
| 06/10/20 | RDS | Meeting with D. Fogel, R. Shamblen, K. McCarthy (all Purdue), R. Schnitzler, J. Wang, I. Mian (all PJT), A. DePalma, K. McCafferty, R. Sublett (all AlixPartners) re: Project Catalyst VDR check-in. | 0.50 |
| 06/10/20 | ADD | Meeting with D. Fogel, R. Shamblen, K. McCarthy (all Purdue), R. Schnitzler, J. Wang, I. Mian (all PJT), A. DePalma, K. McCafferty, R. Sublett (all AlixPartners) re: Project Catalyst VDR check-in. | 0.50 |
| 06/10/20 | KM | Prepare Rhodes re-organization R&D recommendations and proposed structure. | 2.50 |
| 06/10/20 | KM | Meeting with D. Fogel, R. Shamblen, K. McCarthy (all Purdue), R. Schnitzler, J. Wang, I. Mian (all PJT), A. DePalma, K. McCafferty, R. Sublett (all AlixPartners) re: | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Project Catalyst VDR check-in. | |
| 06/10/20 | KM | Review offer analysis re: Project Catalyst. | 0.50 |
| 06/10/20 | KM | Planning for Rhodes initiatives. | 0.50 |
| 06/10/20 | JD | Call with J. DelConte and R. Sublett (both AlixPartners) re: Project Catalyst. | 0.30 |
| 06/10/20 | JD | Review response from Mundipharma re: diligence requests. | 0.20 |
| 06/10/20 | JD | Create draft agenda for the professional's and company catch up call tomorrow. | 0.50 |
| 06/10/20 | JD | Correspondence with M. Huebner (Davis Polk) and J. Lowne (Purdue) re: business plan sensitivities. | 0.50 |
| 06/10/20 | JD | Review draft Avrio dashboard. | 0.70 |
| 06/10/20 | JD | Review diligence materials posted to date in the data room. | 0.80 |
| 06/10/20 | JD | Review summary files provided to date to Willis Towers Watson. | 1.00 |
| 06/10/20 | JD | Review latest professional fee estimates from Purdue. | 0.30 |
| 06/10/20 | JD | Review files to be provided in response to open AHC questions. | 0.40 |
| 06/10/20 | IA | Update LTRP scenarios model to reflect updates requested by WTW. | 1.60 |
| 06/10/20 | IA | Review July retention payments as requested by C. DeStefano (Purdue). | 0.80 |
| 06/10/20 | NAS | Correspondence with Mundipharma management re: diligence process. | 0.80 |
| 06/10/20 | NAS | Revise consolidated Mundipharma diligence report in anticipation of new slides from PJT. | 2.40 |
| 06/10/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: Mundipharma management response to letter sent by | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | diligence advisors. |  |
| 06/10/20 | NAS | Calls with G. Koch, N. Simon (both AlixPartners) to review draft of consolidated Mundipharma diligence report. | 0.60 |
| 06/10/20 | NAS | Analyze Mundipharma third party debt balances. | 0.80 |
| 06/10/20 | GJK | Calls with G. Koch, N. Simon (both AlixPartners) to review draft of consolidated Mundipharma diligence report. | 0.60 |
| 06/10/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: Mundipharma management response to letter sent by diligence advisors. | 0.70 |
| 06/11/20 | NAS | Revise latest draft of Mundipharma diligence report. | 2.30 |
| 06/11/20 | NAS | Correspondence with Mundipharma diligence advisors re: response to letter from management. | 1.00 |
| 06/11/20 | KM | Document identification and request re: Project Catalyst liens and encumbrances. | 0.20 |
| 06/11/20 | KM | Document control process and communication re: Project Catalyst. | 1.80 |
| 06/11/20 | KM | Review IP diligence requirements and communication re: Project Catalyst. | 0.80 |
| 06/11/20 | KM | VDR review for Project Catalyst with D. Fogel, K. McCarthy, R. Shamblen (all Purdue), K. McCafferty, A. DePalma, R. Sublett (all AlixPartners). | 0.60 |
| 06/11/20 | KM | Analysis re: Project Catalyst legal review and identification of mismatched external opinions. | 1.40 |
| 06/11/20 | KM | Rhodes overview for Project Catalyst. | 1.30 |
| 06/11/20 | KM | Call with J. DelConte, A. DePalma, R. Sublett, K. McCafferty (all AlixPartners), M. Boyce (Arnold & Porter), A. Gallogly (Skadden) and K. McCarthy (Purdue) re: data room setup. | 0.40 |
| 06/11/20 | KM | Analysis and distribution re: Project Catalyst review tracker for legal review of initial documents. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/11/20 | KM | Meeting with D. Fogel, R. Shamblen, K. McCarthy (all Purdue), R. Schnitzler, J. Wang, I. Mian (all PJT), A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst VDR check-in. | 0.50 |
| 06/11/20 | KM | Analysis re: Project Catalyst VDR tracker for legal approval. | 0.60 |
| 06/11/20 | KM | Development of VDR tacking process re: Project Catalyst. | 0.80 |
| 06/11/20 | KM | Call with K. McCafferty, A. DePalma, R. Sublett (all AlixPartners) re: Project Catalyst VDR data tracking and progress. | 0.70 |
| 06/11/20 | KM | Organize Intralinks setup. | 0.50 |
| 06/11/20 | JD | Correspondence with R. Aleali and K. McCarthy (both Purdue) re: data room uploads. | 0.40 |
| 06/11/20 | JD | Call with J. DelConte, A. DePalma, R. Sublett, K. McCafferty (all AlixPartners), M. Boyce (Arnold & Porter), A. Gallogly (Skadden) and K. McCarthy (Purdue) re: data room setup. | 0.40 |
| 06/11/20 | JD | Call with R. Aleali (Purdue) re: data room process. | 0.30 |
| 06/11/20 | JD | Review historical business plan sensitivities re: opioid low cases. | 0.70 |
| 06/11/20 | ADD | VDR review for Project Catalyst with D. Fogel, K. McCarthy, R. Shamblen (all Purdue), K. McCafferty, A. DePalma, R. Sublett (all AlixPartners). | 0.60 |
| 06/11/20 | ADD | Call with K. McCafferty, A. DePalma, R. Sublett (all AlixPartners) re: Project Catalyst VDR data tracking and progress. | 0.70 |
| 06/11/20 | ADD | Call with J. DelConte, A. DePalma, R. Sublett, K. McCafferty (all AlixPartners), M. Boyce (Arnold & Porter), A. Gallogly (Skadden) and K. McCarthy (Purdue) re: data room setup. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/11/20 | RDS | Call with K. McCafferty, A. DePalma, R. Sublett (all AlixPartners) re: Project Catalyst VDR data tracking and progress. | 0.70 |
| 06/11/20 | RDS | VDR review for Project Catalyst with D. Fogel, K. McCarthy, R. Shamblen (all Purdue), K. McCafferty, A. DePalma, R. Sublett (all AlixPartners). | 0.60 |
| 06/11/20 | RDS | Call with J. DelConte, A. DePalma, R. Sublett, K. McCafferty (all AlixPartners), M. Boyce (Arnold & Porter), A. Gallogly (Skadden) and K. McCarthy (Purdue) re: data room setup. | 0.40 |
| 06/11/20 | RDS | Update to Project Catalyst timeline and process. | 0.30 |
| 06/11/20 | ADD | Meeting with D. Fogel, R. Shamblen, K. McCarthy (all Purdue), R. Schnitzler, J. Wang, I. Mian (all PJT), A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst VDR check-in. | 0.50 |
| 06/12/20 | RDS | Review correspondence with advisors on investors, gov fundraising efforts and operational cost reduction categories. | 1.10 |
| 06/12/20 | RDS | Continue monthly review of Rhodes dashboard. | 0.30 |
| 06/12/20 | RDS | Call with D. Lundie, D. Fogel (both Purdue), K. McCafferty, R. Sublett (both AlixPartners) re: catalyst catch up. | 0.50 |
| 06/12/20 | RDS | Meeting with N. Davis, D. Fogel (both Purdue), K. McCafferty, R. Sublett (both AlixPartners) re: April dashboard. | 0.30 |
| 06/12/20 | RDS | Meeting with D. Fogel (Purdue) and K. McCafferty, R. Sublett (both AlixPartners) re: Project Catalyst VDR and timing. | 0.70 |
| 06/12/20 | JD | Review latest Project Catalyst diligence tracker. | 0.40 |
| 06/12/20 | JD | Correspondence with PJT and M. Kesselman (Purdue) re: | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | diligence materials re: Rhodes Pharma net sales. | |
| 06/12/20 | JD | Review data uploaded to the data room detailing Rhodes Pharma net sales by product. | 1.70 |
| 06/12/20 | JD | Review outstanding Purdue press releases for product level details per request from Purdue legal. | 0.80 |
| 06/12/20 | JD | Review weekly sales reports to be posted to the data room. | 0.40 |
| 06/12/20 | JD | Draft and send responses to diligence requests from Province. | 0.70 |
| 06/12/20 | JD | Correspondence with R. Aleali (Purdue) re: operating reports for the Monitor. | 0.30 |
| 06/12/20 | KM | Review of IT software list for VDR. | 0.50 |
| 06/12/20 | KM | Review of Project Catalyst EE compensation materials. | 0.70 |
| 06/12/20 | KM | VDR document permissioning re: Project Catalyst. | 0.20 |
| 06/12/20 | KM | Meeting with R. Shamblen (Purdue) re: RT overview presentation edits for VDR inclusion. | 0.60 |
| 06/12/20 | KM | RT overview document re: Project Catalyst. | 1.70 |
| 06/12/20 | KM | Meeting with D. Lundie (Purdue) re: Project Catalyst VDR launch timing and needs. | 0.20 |
| 06/12/20 | KM | Meeting with H. Ghnaimeh, D. Fogel (both Purdue) re: IT infrastructure and support for Rhodes Tech. | 0.60 |
| 06/12/20 | KM | Call with D. Lundie, D. Fogel (both Purdue), K. McCafferty, R. Sublett (both AlixPartners) re: catalyst catch up. | 0.50 |
| 06/12/20 | KM | Meeting with N. Davis, D. Fogel (both Purdue), K. McCafferty, R. Sublett (both AlixPartners) re: April dashboard. | 0.30 |
| 06/12/20 | KM | Reconciliation of Legal review re: Project Catalyst. | 0.60 |
| 06/12/20 | KM | Update Legal review for PPLP Legal team re: Project | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| | | Catalyst. | |
| 06/12/20 | KM | Meeting with D. Fogel (Purdue) and K. McCafferty, R. Sublett (both AlixPartners) re: Project Catalyst VDR and timing. | 0.70 |
| 06/12/20 | KM | Rhodes project planning and communication -- organization restructuring and Project Catalyst. | 1.30 |
| 06/12/20 | KM | Review and edit Rhodes April dashboard. | 0.70 |
| 06/12/20 | NAS | Draft list of questions in advance of call with A. Breabout (Mundipharma). | 0.80 |
| 06/12/20 | NAS | Research and respond to vendor inquiry sent by E. Ruiz (Purdue). | 0.50 |
| 06/12/20 | NAS | Correspondence with Mundipharma management re: diligence process. | 0.60 |
| 06/12/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners), KPMG, and other Mundipharma diligence advisors to review latest draft of KPMG tax analysis. | 1.00 |
| 06/12/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: takeaways from 6/12 meetings and next steps. | 0.60 |
| 06/12/20 | IA | Call with D. Sims (WTW) re: benefit program requests. | 0.50 |
| 06/12/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: takeaways from 6/12 meetings and next steps. | 0.60 |
| 06/13/20 | IA | Update base salary, AIP and LTRP statistics summary as requested by WTW. | 1.20 |
| 06/14/20 | NAS | Review revised Mundipharma valuation slides provided by PJT. | 0.50 |
| 06/15/20 | NAS | Revise latest draft of consolidated Mundipharma diligence report. | 1.90 |
| 06/15/20 | NAS | Review new Mundipharma diligence files including management responses to questions and modified budget. | 1.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/15/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to walkthrough revisions to Mundipharma interim diligence report exec summary and next steps. | 0.70 |
| 06/15/20 | NAS | Call with J. Arsic (PJT) re: latest draft of Mundipharma diligence report. | 0.30 |
| 06/15/20 | IA | Call with I. Arana, S. Lemack (both AlixPartners) re: PPLP rebates in forecast. | 0.50 |
| 06/15/20 | IA | Review employee rosters and AIP and LTRP calculations to provide summary data requested by WTW. | 2.20 |
| 06/15/20 | IA | Update Avrio dashboard for May market share and consumption data. | 0.60 |
| 06/15/20 | NAS | Calls with G. Koch, N. Simon (both AlixPartners) re: edits to interim report for distribution to working group. | 0.20 |
| 06/15/20 | GJK | Edit revised Mundipharma interim diligence report exec summary based on latest valuation slides from PJT. | 1.00 |
| 06/15/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to walkthrough revisions to Mundipharma interim diligence report exec summary and next steps. | 0.70 |
| 06/15/20 | GJK | Review of revised interim report sent to working group for review. | 0.50 |
| 06/15/20 | GJK | Assess 2019 actuals performance in product format as provided by Huron. | 2.00 |
| 06/15/20 | GJK | Walkthrough of revised Malta model. | 3.00 |
| 06/15/20 | GJK | Calls with G. Koch, N. Simon (both AlixPartners) re: edits to interim report for distribution to working group. | 0.20 |
| 06/15/20 | GJK | Review of 2015 to 2017 decisions re: European transformation. | 1.50 |
| 06/15/20 | JD | Correspondence with J. DelConte, K. McCafferty (both AlixPartners) re: Project Catalyst. | 0.30 |
| 06/15/20 | JD | Call with C. Oluwole (Davis Polk), J. Turner (PJT), R. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Aleali, C. George (both Purdue), A. DePalma and J. DelConte (both AlixPartners) re: Monitor data requests. | |
| 06/15/20 | JD | Review data room files for diligence materials re: suboxone sales.  Correspondence with PJT and M. Kesselman (Purdue) re: same. | 1.80 |
| 06/15/20 | JD | Correspondence with PJT re: Project Catalyst process letter. | 0.50 |
| 06/15/20 | JD | Review and send April flash report to R. Aleali (Purdue) re: Monitor request. | 0.30 |
| 06/15/20 | JD | Review PBC value comparison update from PJT. | 0.50 |
| 06/15/20 | JD | Review latest Project Catalyst documents. | 1.00 |
| 06/15/20 | JD | Review Purdue correspondence re: Project Catalyst. | 0.30 |
| 06/15/20 | RDS | Review project catalyst tracker and answer questions. | 0.30 |
| 06/15/20 | ADD | Call with C. Oluwole (Davis Polk), J. Turner (PJT), R. Aleali, C. George (both Purdue), A. DePalma and J. DelConte (both AlixPartners) re: Monitor data requests. | 0.40 |
| 06/15/20 | ADD | Meeting with D. Fogel, D. Lundie, K. McCarthy (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst VDR launch decision. | 0.70 |
| 06/15/20 | ADD | Meeting with D. Fogel, R. Shamblen, K. McCarthy (all Purdue), R. Schnitzler, J. Wang, I. Mian (all PJT), A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst VDR check-in. | 0.50 |
| 06/15/20 | KM | Analysis and updated re: Project Catalyst VDR tracker. | 1.20 |
| 06/15/20 | KM | Meeting with D. Fogel, R. Shamblen, K. McCarthy (all Purdue), R. Schnitzler, J. Wang, I. Mian (all PJT), A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst VDR check-in. | 0.50 |
| 06/15/20 | KM | Update and analysis re: Project Catalyst VDR update process and approach for next phase approval and | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | uploading. | |
| 06/15/20 | KM | Update and refine re: Project Catalyst VDR tracker. | 0.70 |
| 06/15/20 | KM | Review and manage VDR access list re: Project Catalyst. | 0.70 |
| 06/15/20 | KM | Meeting with D. Fogel, D. Lundie, K. McCarthy (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst VDR launch decision. | 0.70 |
| 06/15/20 | KM | Review Rhodes IT document for Project Catalyst. | 0.60 |
| 06/15/20 | KM | Manage Rhodes and Purdue approvals re: Catalyst VDR launch to external interested parties. | 0.90 |
| 06/15/20 | KM | Review Rhodes environmental document re: Project Catalyst. | 1.40 |
| 06/15/20 | KM | Create document tracker for external review of next wave of documents re: Project Catalyst. | 0.90 |
| 06/16/20 | KM | Call with D. Lundie (Purdue) re: communication process and VDR open issues. | 0.20 |
| 06/16/20 | KM | Track and report re: Project Catalyst next priority of documents for VDR. | 0.50 |
| 06/16/20 | KM | Refine and update Rhodes overview re: Project Catalyst. | 0.80 |
| 06/16/20 | KM | Prepare supporting materials re: diligence submission process for Project Catalyst. | 0.70 |
| 06/16/20 | KM | Create diligence request tracker re: Project Catalyst. | 1.30 |
| 06/16/20 | KM | Review and edit VDR file names re: Project Catalyst. | 0.80 |
| 06/16/20 | KM | Review documents handling and access re: Project Catalyst VDR. | 1.30 |
| 06/16/20 | KM | Call with R. Schnitzler, J. Turner (both PJT) , J. DelConte, K. McCafferty, A. DePalma (all and AlixPartners) re:  VDR rules, access and diligence tracker. | 0.40 |
| 06/16/20 | KM | Modify and edit diligence process re: Project Catalyst. | 1.00 |
| 06/16/20 | KM | Pre-call with K. McCafferty and J. DelConte (both | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | AlixPartners) re: VDR status. | |
| 06/16/20 | ADD | Call with R. Schnitzler, J. Turner (both PJT) , J. DelConte, K. McCafferty, A. DePalma (all and AlixPartners) re:  VDR rules, access and diligence tracker. | 0.40 |
| 06/16/20 | ADD | Update project catalyst VDR access list. | 0.80 |
| 06/16/20 | ADD | Call with K. McCarthy, D. Lundi, J. Doyle (all Purdue) and J. DelConte, A. DePalma, K. McCafferty (all AlixPartners) re: VDR status. | 0.40 |
| 06/16/20 | JD | Call with Purdue (K. McCarthy, D. Lundi, J. Doyle) and AlixPartners (J. DelConte, A. DePalma, K. McCafferty) re: VDR status. | 0.40 |
| 06/16/20 | JD | Pre-call with K. McCafferty and J. DelConte (both AlixPartners) re: VDR status. | 0.20 |
| 06/16/20 | JD | Call with R. Schnitzler, J. Turner (both PJT) , J. DelConte, K. McCafferty, A. DePalma (all and AlixPartners) re:  VDR rules, access and diligence tracker. | 0.40 |
| 06/16/20 | JD | Update professional fee tracker. | 1.10 |
| 06/16/20 | JD | Create updated professional fee forecast. | 2.30 |
| 06/16/20 | JD | Correspondence with Purdue re: Project Catalyst timeline. | 0.60 |
| 06/16/20 | JD | Review Duff & Phelps diligence questions re: insurance. Correspondence with PJT re: same. | 0.40 |
| 06/16/20 | KM | Call with K. McCarthy, D. Lundi, J. Doyle (all Purdue) and J. DelConte, A. DePalma, K. McCafferty (all AlixPartners) re: VDR status. | 0.40 |
| 06/16/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: Mundipharma interim diligence report and next steps. | 0.70 |
| 06/16/20 | GJK | Review of PJT edits and updates to Valuation section of Mundipharma interim report. | 1.50 |
| 06/16/20 | GJK | Plan and coordinate next phase of Mundipharma diligence based on meetings noted in exchanges with B. Lea | 3.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | (Mundipharma) and potential transition of AlixPartners business plan model. | |
| 06/16/20 | GJK | Identify and note potential edits/rewrites to Mundipharma interim report for finalization. | 3.00 |
| 06/16/20 | IA | Update Avrio dashboard for May consumption and market share. | 1.00 |
| 06/16/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: Mundipharma interim diligence report and next steps. | 0.70 |
| 06/16/20 | NAS | Review and revise Executive Summary portion of draft Mundipharma diligence report. | 1.90 |
| 06/16/20 | NAS | Review and revise Overview of Diligence Process section of draft Mundipharma diligence report. | 1.30 |
| 06/16/20 | NAS | Review and revise Business Plan Overview portion of draft Mundipharma diligence report. | 1.10 |
| 06/17/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: Mundipharma interim report. | 0.40 |
| 06/17/20 | NAS | Review comments from PJT re: draft of Mundipharma diligence report. | 0.70 |
| 06/17/20 | NAS | Revise draft of Mundipharma diligence report following comments from PJT. | 0.40 |
| 06/17/20 | GJK | Prepare for Mundipharma SEA regional manager call by reviewing market financials and open questions. | 3.00 |
| 06/17/20 | GJK | Review open topics and discussion items for call with A Breabout (Mundipharma). | 2.00 |
| 06/17/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: Mundipharma interim report. | 0.40 |
| 06/17/20 | GJK | Plan and coordinate Mundipharma diligence process re: interim report version control and update process. | 1.00 |
| 06/17/20 | JD | Review Project Catalyst process letter. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/17/20 | JD | Review previous four weeks of net sales reports. Review against forecasts. | 0.50 |
| 06/17/20 | JD | Begin drafting delayed bankruptcy emergence presentation per UCC requests. | 2.70 |
| 06/17/20 | JD | Call with J. DelConte, K. McCafferty, A. DePalma (all AlixPartners), C. Robertson, E. Vonnegut (both Davis Polk), M. Gibson, M. Florence (both Skadden), J. Turner, R. Schnitzler (both PJT), K. McCarthy, D. Lundie, J. Doyle, J. Lowne, R. Aleali (all Purdue), re: Project Catalyst process. | 0.90 |
| 06/17/20 | JD | Revise professional fee tracker for management review. Correspondence with M. Kesselman (Purdue) and Davis Polk re: same. | 0.80 |
| 06/17/20 | JD | Correspondence with PJT and management re: mid-year professional fee forecast and actuals tracker. | 2.20 |
| 06/17/20 | JD | Review draft patent settlement term sheet. | 0.30 |
| 06/17/20 | ADD | Partial participation in a call with J. DelConte, K. McCafferty, A. DePalma (all AlixPartners), C. Robertson, E. Vonnegut (both Davis Polk), M. Gibson, M. Florence (both Skadden), J. Turner, R. Schnitzler (both PJT), K. McCarthy, D. Lundie, J. Doyle, J. Lowne, R. Aleali (all Purdue),  re: Project Catalyst process. | 0.30 |
| 06/17/20 | KM | Communicate and prepare supporting materials re: Project Catalyst DD tracking. | 1.40 |
| 06/17/20 | KM | Discussion with D. Lundie (Purdue) re: Project Catalyst negotiations process. | 0.10 |
| 06/17/20 | KM | Email K. McCarthy (Purdue) re: VDR round 2 of documents. | 0.10 |
| 06/17/20 | KM | Call with J. DelConte, K. McCafferty, A. DePalma (all AlixPartners), C. Robertson, E. Vonnegut (both Davis Polk), M. Gibson, M. Florence (both Skadden), J. Turner, | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | R. Schnitzler (both PJT), K. McCarthy, D. Lundie, J. Doyle, J. Lowne, R. Aleali (all Purdue), re: Project Catalyst process. |  |
| 06/17/20 | KM | Review re: Catalyst process timeline. | 0.50 |
| 06/17/20 | KM | Aggregate feedback and create tracking summary re: Project Catalyst VDR documents. | 1.00 |
| 06/17/20 | KM | Next phase planning re: Rhodes business planning and initiatives. | 0.50 |
| 06/18/20 | KM | Slide creation and deck edits re: presentation to the BOD for D. Lundie (Purdue). | 0.90 |
| 06/18/20 | KM | Analysis re: Project Catalyst. | 1.30 |
| 06/18/20 | KM | Create slide re: Coventry Site and Facilities aerial map for VDR. | 0.60 |
| 06/18/20 | KM | Create support slide re: Project Catalyst process timeline for presentation to the BOD for D. Lundie (Purdue). | 1.10 |
| 06/18/20 | KM | Design approval process re: Project Catalyst process timeline for presentation to the BOD for D. Lundie (Purdue). | 0.10 |
| 06/18/20 | KM | Create summary slide of bidder evaluation process re: presentation to the BOD for D. Lundie (Purdue). | 0.70 |
| 06/18/20 | KM | Analysis and slide creation re: re: presentation to the BOD for D. Lundie (Purdue). | 1.20 |
| 06/18/20 | KM | Call with A. DePalma, K. McCafferty (AlixPartners), D. Fogel, R. Shamblen, J. Doyle (Purdue), K. McCarthy (Purdue) re: Project Catalyst data room. | 0.50 |
| 06/18/20 | KM | Meeting with D. Fogel, A. Oliveira (both Purdue) re: presentation to the BOD for D. Lundie (Purdue). | 0.50 |
| 06/18/20 | KM | Analysis and review re: Project Catalyst VDR access list and file views. | 0.70 |
| 06/18/20 | ADD | Call with A. DePalma, K. McCafferty (AlixPartners), D. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Fogel, R. Shamblen, J. Doyle (Purdue), K. McCarthy (Purdue) re: Project Catalyst data room. | |
| 06/18/20 | KM | Review documents re: Project Catalyst VDR content for external legal review. | 0.30 |
| 06/18/20 | JD | Review latest business development presentation and recirculate it to the group for final sign off. | 0.40 |
| 06/18/20 | JD | Review and provide diligence materials to M. Kesselman (Purdue) re: Suboxone net sales forecasts. | 0.60 |
| 06/18/20 | JD | Correspondence with Davis Polk, PJT, Skadden and K. McCafferty (AlixPartners) re: Project Catalyst timeline. | 0.30 |
| 06/18/20 | JD | Review initial Project Catalyst teasers and correspondence with various parties. Correspondence with R. Aleali (Purdue) re: same. | 0.70 |
| 06/18/20 | GJK | Review and comment on N. Simon (AlixPartners) potential edits to Mundipharma interim report executive summary section. | 1.20 |
| 06/18/20 | GJK | Walkthrough of Malta model and Mundipharma schedule of releases of Balance Sheet and Cash Forecast, EY reports and LEK report. | 2.50 |
| 06/18/20 | GJK | Call with M. Kesselman, R. Aleali, J. Lowne (all Purdue), J. O'Connell, J. Turner, R. Schnitzler (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk) J. DelConte, L. Donahue, G. Koch (all AlixPartners) re: weekly update and planning call. | 1.00 |
| 06/18/20 | GJK | Review and check of financials being presented in draft Mundipharma interim report for finalization. | 3.00 |
| 06/18/20 | NAS | Revise draft of Mundipharma diligence report. | 0.30 |
| 06/18/20 | JD | Review draft Rhodes board presentation slides. | 0.30 |
| 06/18/20 | JD | Finalize first draft of presentation on the potential negative consequences of a delayed bankruptcy | 3.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | emergence. | |
| 06/18/20 | JD | Review updated Project Catalyst process letter. | 0.20 |
| 06/18/20 | JD | Review draft non-PEO version of the side by side deck to be shared with creditors. | 0.50 |
| 06/19/20 | JD | Create updated summary of professional fee actuals per client request. | 0.90 |
| 06/19/20 | JD | Review comments from commercial and market access teams on presentation on the costs of delayed emergence from bankruptcy.  Update presentation to reflect these comments. | 1.00 |
| 06/19/20 | JD | Review updated Project Catalyst diligence request tracker. | 0.20 |
| 06/19/20 | IA | Review and send calculated 2020 severance numbers requested by J. Lowne (Purdue). | 0.80 |
| 06/19/20 | IA | Update cash flow model output tabs to refresh and roll forecast forward as actuals are loaded. | 2.20 |
| 06/19/20 | IA | Update cash flow model to include latest changes on assumption and comments from AlixPartners team. | 1.90 |
| 06/19/20 | GJK | Finalize draft Mundipharma interim diligence report executive summary and valuation sections. | 3.00 |
| 06/19/20 | GJK | Finalize Mundipharma interim report key findings and diligence process sections. | 3.00 |
| 06/19/20 | GJK | Finalize Mundipharma interim report appendix section. | 1.00 |
| 06/19/20 | GJK | Final review and send out of Mundipharma interim report to L Donahue and J. DelConte (both AlixPartners). | 1.10 |
| 06/19/20 | KM | Document management re: Project Catalyst. | 0.30 |
| 06/19/20 | KM | Manage VDR approval and access re: Project Catalyst. | 0.30 |
| 06/19/20 | KM | Discussion with D. Fogel (Purdue) re: historical quarterly financial files for Project Catalyst. | 0.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 06/19/20 | KM | Document tracking and new document planning re: Project Catalyst. | 0.40 |
| 06/19/20 | KM | Analysis re: Project Catalyst VDR access. | 0.30 |
| 06/19/20 | KM | Document management re: Project Catalyst. | 1.20 |
| 06/19/20 | KM | Meeting with D. Lundie (Purdue), R. Schnitzler (PJT), and external party re: Project Catalyst due diligence process. | 0.50 |
| 06/19/20 | KM | Create process and documentation re: Project Catalyst due diligence request and communication process. | 0.80 |
| 06/19/20 | KM | Document management re: Project Catalyst. | 0.70 |
| 06/19/20 | KM | Meeting with D. Lundie (Purdue), R. Schnitzler (PJT), and external party re: Project Catalyst due diligence process. | 0.50 |
| 06/19/20 | KM | Analysis re: external party VDR access summary for calls. | 0.50 |
| 06/19/20 | KM | Meeting with D. Lundie (Purdue), R. Schnitzler (PJT), and third party re: Project Catalyst due diligence process. | 0.50 |
| 06/19/20 | KM | Analysis re: third party VDR access summary for bidder calls. | 0.70 |
| 06/20/20 | JD | Review updated delayed emergence presentation and circulate to the broader group for comment. | 0.80 |
| 06/20/20 | JD | Review updated business development deal presentation. | 0.30 |
| 06/22/20 | NAS | Review updates to Mundipharma diligence process provided by advisors. | 0.30 |
| 06/22/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: diligence process and upcoming interviews. | 0.30 |
| 06/22/20 | GJK | Update planning and coordination for Mundipharma diligence, including new calls/meetings scheduled and new information. | 2.00 |
| 06/22/20 | GJK | Review diligence responses for China market provided by Huron/Mundipharma and open items. | 1.20 |
| 06/22/20 | GJK | Assess Mundipharma business plan model drivers for | 2.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | updates based on upcoming calls and proposed information releases. | |
| 06/22/20 | GJK | Review and note key items from EY QOE/VDD reports as potential discussion points for EY call. | 2.50 |
| 06/22/20 | GJK | Call with I. McClatchey (Norton Rose) re: current diligence status, follow up email to working group. | 0.60 |
| 06/22/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: diligence process and upcoming interviews. | 0.30 |
| 06/22/20 | KM | Update and refine re: Project Catalyst VDR tracker. | 0.40 |
| 06/22/20 | KM | Call with J. Northington (Purdue) re: quality reports and org restructuring. | 0.30 |
| 06/22/20 | KM | Manage VDR document flow and approval re: Project Catalyst. | 0.60 |
| 06/22/20 | KM | Review and edit documentation re: Project Catalyst inspections and APR requests. | 1.10 |
| 06/22/20 | KM | Call with R. Shamblen (Purdue) re: inspections and APR requests. | 0.30 |
| 06/22/20 | KM | Review and edit documentation re: Project Catalyst inspections and APR requests. | 0.30 |
| 06/22/20 | JD | Review pdf version of long term plan model output to be shared with the committee advisors. | 0.30 |
| 06/22/20 | JD | Review updated side by side presentation in advance of AHC meeting. | 0.40 |
| 06/22/20 | JD | Review final business development presentation before uploading for creditor advisors. | 0.50 |
| 06/22/20 | JD | Review and edit latest delayed bankruptcy emergence presentation. | 0.40 |
| 06/22/20 | JD | Correspondence with PJT, Davis Polk and Purdue management re: open questions and comments on delayed bankruptcy emergence presentation. | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/22/20 | JD | Correspondence with Davis Polk and PJT re: tax basis analysis. | 0.30 |
| 06/22/20 | JD | Update delayed bankruptcy presentation per comments from Davis Polk and management. | 0.80 |
| 06/22/20 | JD | Review correspondence re: Project Catalyst data room access. | 0.20 |
| 06/23/20 | JD | Review latest attrition numbers and voluntary resignation data. | 0.40 |
| 06/23/20 | JD | Review draft Mundipharma diligence report from G. Koch, N. Simon (both AlixPartners) and PJT. | 2.20 |
| 06/23/20 | JD | Review and incorporate comments from management into the delayed emergence presentation. Finalize report for production to creditors. | 0.80 |
| 06/23/20 | JD | Correspondence with management re: payment of prepetition amounts owed on behalf of an assumed lease. | 0.30 |
| 06/23/20 | JD | Call with J. Lowne (Purdue) re: delayed emergence scenarios. | 0.20 |
| 06/23/20 | JD | Call with R. Aleali (Purdue) re: open diligence items. | 0.20 |
| 06/23/20 | JD | Review and provide HR SAP information to management. | 0.30 |
| 06/23/20 | JD | Review draft market access question responses in advance of call with the UCC. | 0.50 |
| 06/23/20 | KM | Create and document re: Project Catalyst VDR tracking process and cadence for Purdue and Rhodes team. | 0.40 |
| 06/23/20 | KM | Review VDR process flow with K. McCafferty, R. Sublett (both AlixPartners). | 0.30 |
| 06/23/20 | KM | Manage VDR document flow and approval re: Project Catalyst. | 1.30 |
| 06/23/20 | KM | Call with R. Schnitzler (PJT) re: Project Catalyst diligence document tracking and sharing. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/23/20 | KM | Meeting with D. Lundie (Purdue), R. Schnitzler (PJT) re: data room access for Project Catalyst. | 0.70 |
| 06/23/20 | KM | Review document re: Project Catalyst financial information. | 0.40 |
| 06/23/20 | KM | Call with R. Shamblen, W. DiNicola (both Purdue) re: operations and finance diligence document requests. | 0.60 |
| 06/23/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), D.Fogel, W. DiNicola, R. Shamblen, J. Doyle (Purdue) K. McCarthy (Purdue) re: Project Catalyst VDR Check-In meeting. | 1.00 |
| 06/23/20 | KM | Update due diligence document tracker re: third party inquiries and questions. | 1.20 |
| 06/23/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), D.Fogel, W. DiNicola, R. Shamblen, J. Doyle (Purdue) K. McCarthy (Purdue) re: Project Catalyst VDR Check-In meeting. | 1.00 |
| 06/23/20 | RDS | Review VDR process flow with K. McCafferty (AlixPartners). | 0.30 |
| 06/23/20 | GJK | Call with EY and other advisors re: EY progress on Mundipharma audit and related matters. | 0.50 |
| 06/23/20 | GJK | Call with B. Bromberg (FTI) re: EY progress. | 0.20 |
| 06/23/20 | GJK | Update notes for Mundipharma diligence report phase two. | 1.50 |
| 06/23/20 | GJK | Reassessment and prioritization of open items for Mundipharma diligence finalization. | 3.00 |
| 06/23/20 | GJK | Prepare for call with EY re: Mundipharma. | 0.60 |
| 06/24/20 | GJK | Analysis of 2020 open spend based on Mundipharma spend to date guidance. | 2.00 |
| 06/24/20 | GJK | Update notes and analysis for Mundipharma key findings report based on information provided by A Breabout | 2.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | (Mundipharma). | |
| 06/24/20 | GJK | Call with A Breabout (Mundipharma) re: business plan, 2019 performance and transaction. | 1.70 |
| 06/24/20 | GJK | Call with I. McClatchey (Norton Rose) re: call with Mundipharma CFO and potential next steps based on call. | 0.40 |
| 06/24/20 | GJK | Prepare for call with A Breabout (Mundipharma). | 1.00 |
| 06/24/20 | IA | Update LTRP analysis for edits requested by WTW. | 0.80 |
| 06/24/20 | KM | Call with R. Shamblen (Purdue) re: RT diligence data for capacity utilization and throughput. | 0.80 |
| 06/24/20 | KM | Manage VDR document flow and approval re: Project Catalyst. | 1.60 |
| 06/24/20 | KM | Meeting with D. Lundie, K. McCarthy (both Purdue), R. Schnitzler (PJT) re: Project Catalyst diligence request management. | 1.00 |
| 06/24/20 | KM | Update due diligence document tracker re: third party inquiries and questions. | 1.00 |
| 06/24/20 | KM | Analysis re: Project Catalyst. | 1.50 |
| 06/24/20 | KM | Document and user management re: Project Catalyst. | 1.30 |
| 06/24/20 | JD | Review PPI Board meeting agenda and pre-read materials. | 1.50 |
| 06/24/20 | JD | Correspondence with C. MacDonald (Purdue) re: professional fee payments. | 0.20 |
| 06/24/20 | JD | Correspondence with management and J. Turner (PJT) re: professional fees in a sale scenario. | 0.50 |
| 06/24/20 | JD | Finalize and process delayed emergence presentation to be uploaded to the data room. | 0.60 |
| 06/25/20 | JD | Participate in PPI Board meeting. | 3.50 |
| 06/25/20 | JD | Call with C. Robertson (Davis Polk) re: board meeting follow up. | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/25/20 | JD | Update HR roster for schedule with only VPs and above. | 0.30 |
| 06/25/20 | KM | Call with R. Shamblen (Purdue) re: document approval process. | 0.60 |
| 06/25/20 | KM | Call with K. McCarthy, R. Aleali, J. Doyle, D. Fogel (all Purdue), R. Schnitzler (PJT), Skadden, and Arnold & Porter re: supply contracts for Project Catalyst. | 1.00 |
| 06/25/20 | KM | Manage VDR document flow and approval re: Project Catalyst. | 2.00 |
| 06/25/20 | KM | Document creation re: Project Catalyst. | 0.70 |
| 06/25/20 | KM | Inventory analysis re: Project Catalyst. | 0.80 |
| 06/25/20 | KM | Manage VDR document flow and communications re: Project Catalyst. | 0.60 |
| 06/25/20 | KM | Meeting with D. Fogel, R. Shamblen, J. Doyle (all Purdue) re: Project Catalyst diligence response generation and review. | 1.00 |
| 06/25/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), D.Fogel, W. DiNicola, R. Shamblen, J. Doyle (Purdue) K. McCarthy (Purdue) re: Project Catalyst VDR Check-In meeting. | 1.40 |
| 06/25/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), D. Fogel (Purdue) re: financial information for Project Catalyst. | 0.40 |
| 06/25/20 | KM | Manage VDR document flow and communications re: Project Catalyst. | 0.30 |
| 06/25/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), D.Fogel, W. DiNicola, R. Shamblen, J. Doyle (Purdue) K. McCarthy (Purdue) re: Project Catalyst VDR Check-In meeting. | 1.40 |
| 06/25/20 | ADD | Review business development agreements to compile the list of entities with active confidentiality provisions. | 2.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/25/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), D. Fogel (Purdue) re: financial information for Project Catalyst. | 0.40 |
| 06/25/20 | GJK | Call with Mundipharma Latam management re: Latam performance. | 1.00 |
| 06/25/20 | GJK | Prepare for Mundipharma Latam call. | 0.30 |
| 06/25/20 | GJK | Reevaluate Mundipharma Latam projections based on Latam call. | 1.80 |
| 06/25/20 | GJK | Analysis of Mundipharma projections and findings based on new diligence calls. | 3.00 |
| 06/26/20 | GJK | Plan and coordinate for Mundipharma diligence calls and updated information requests. | 2.50 |
| 06/26/20 | GJK | Call with Mundipharma SEA region GM re: SEA business performance and planning. | 1.00 |
| 06/26/20 | GJK | Prepare for call with Mundipharma SEA region GM re: SEA business performance and planning. | 0.80 |
| 06/26/20 | GJK | Walkthrough and assessment of new Mundipharma material uploaded to data room. | 3.00 |
| 06/26/20 | IA | Prepare 2021 LTRP payment detail by employee for non-insiders requested by WTW. | 0.70 |
| 06/26/20 | ADD | Meeting with D. Fogel, R. Shamblen,W. DiNicola, D. Lundie (Purdue), K. McCafferty, A. DePalma (AlixPartners) re: approval of financial information for VDR. | 0.50 |
| 06/26/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), D.Fogel, W. DiNicola (Purdue) re: Project Catalyst Finance Documents for VDR. | 1.00 |
| 06/26/20 | KM | Communicate VDR document flow and approval re: Project Catalyst. | 0.40 |
| 06/26/20 | KM | Manage VDR document approval re: Project Catalyst. | 0.20 |
| 06/26/20 | KM | Continue review of regulatory documents re: Project | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Catalyst. | |
| 06/26/20 | KM | Call with R. Schnitzler (PJT) re: VDR communication process to Bidders. | 0.30 |
| 06/26/20 | KM | Manage VDR document flow and approval re: Project Catalyst. | 1.00 |
| 06/26/20 | KM | Meeting with D. Fogel, R. Shamblen, W. DiNicola, D. Lundie (Purdue), K. McCafferty, A. DePalma (AlixPartners) re: approval of financial information for VDR. | 0.50 |
| 06/26/20 | KM | Review of financial diligence documents re: Project Catalyst. | 0.30 |
| 06/26/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), D.Fogel, W. DiNicola (Purdue) re: Project Catalyst Finance Documents for VDR. | 1.00 |
| 06/26/20 | KM | Review of regulatory documents re: Project Catalyst. | 0.50 |
| 06/26/20 | JD | Correspondence with K. Gadski and M. Ronning (both Purdue) re: opioid scenarios. | 1.10 |
| 06/26/20 | JD | Correspondence with PJT re: UCC call diligence follow ups. | 0.70 |
| 06/26/20 | JD | Review certain market access materials per UCC diligence requests. | 0.50 |
| 06/26/20 | JD | Call with J. Turner (PJT) re: post-UCC meeting follow ups. | 0.30 |
| 06/26/20 | JD | Call with J. Lowne (Purdue) re: downside sensitivity scenario assumptions. | 0.50 |
| 06/27/20 | GJK | Call with M. Atkinson (Province) re: Mundipharma transaction plans. | 0.30 |
| 06/27/20 | GJK | Review and add to proposed questions to send in advance to Huron for call with A Martinez (Mundipharma). | 1.00 |
| 06/28/20 | JD | Correspondence with Province, PJT and Purdue re: providing certain materials to UCC members under the protective order. | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 06/29/20 | KM | Meeting with D. Lundie, D. Fogel, J. Doyle, K. McCarthy (all Purdue), R. Schnitzler (PJT) re: interview preparation and process. | 1.00 |
| 06/29/20 | KM | Analysis and diligence management re: Project Catalyst diligence process. | 0.80 |
| 06/29/20 | KM | Interview scheduling and coordination re: Project Catalyst interviews. | 1.20 |
| 06/29/20 | KM | Call with D. Fogel (Purdue) re: financial diligence request details and interview expectations. | 0.60 |
| 06/29/20 | KM | Update due diligence document tracker re: new due diligence inquiries and questions. | 0.20 |
| 06/29/20 | KM | Manage and schedule interviews re: Project Catalyst updates. | 0.70 |
| 06/29/20 | KM | Call with D. McGuire (Purdue) re: supply chain org restructuring. | 0.30 |
| 06/29/20 | KM | Call with A. DePalma and K. McCafferty (AlixPartners), E. Schnitzler (PJT), D.Fogel, R. Shamblen, J. Doyle, D. Lundie (Purdue) K. McCarthy (Purdue) re: Project Catalyst VDR and diligence tracker. | 1.00 |
| 06/29/20 | ADD | Review business development agreements from 2010 through 2013 to document parties and confidentiality provisions. | 2.80 |
| 06/29/20 | ADD | Review business development agreements from 2014 through 2016 to document parties and confidentiality provisions. | 3.10 |
| 06/29/20 | ADD | Call with A. DePalma and K. McCafferty (AlixPartners), E. Schnitzler (PJT), D.Fogel, R. Shamblen, J. Doyle, D. Lundie (Purdue) K. McCarthy (Purdue) re: Project Catalyst VDR and diligence tracker. | 1.00 |
| 06/29/20 | GJK | Plan for Mundipharma diligence meetings and next steps | 3.00 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | in process. | |
| 06/29/20 | GJK | Email to/from J. Arsic (PJT) and J. DelConte (AlixPartners) re: interim report draft. | 0.50 |
| 06/29/20 | GJK | Review of Mundipharma draft for edits based on feedback. | 1.50 |
| 06/29/20 | GJK | Analysis of Europe product information and potential model changes for Mundipharma business plan model. | 2.00 |
| 06/29/20 | JD | Review consolidated responses to open UCC delayed emergence diligence questions. | 0.80 |
| 06/29/20 | JD | Call with J. Lowne (Purdue) re: business plan refresh. | 0.30 |
| 06/29/20 | JD | Correspondence with J. Doyle and R. Aleali (both Purdue) re: business development deal next steps. | 0.40 |
| 06/29/20 | JD | Correspondence with C. Oluwole (Davis Polk) and R. Aleali (Purdue) re: definition of market participants under the protective order. | 0.50 |
| 06/29/20 | JD | Review draft responses and materials provided in response to open UCC questions on the delayed emergence presentation. | 1.00 |
| 06/29/20 | JD | Review voluntary attrition details and attrition calculations. | 0.70 |
| 06/29/20 | JD | Correspondence with Davis Polk re: Project Catalyst process. | 0.30 |
| 06/29/20 | JD | Call with J. Lowne (Purdue) re: delayed emergence diligence questions. | 0.20 |
| 06/30/20 | JD | Correspondence with Purdue re: attrition numbers and details on exit interviews. | 0.40 |
| 06/30/20 | JD | Review latest IAC diligence report. | 1.50 |
| 06/30/20 | JD | Correspondence with Davis Polk and management re: responding to UCC diligence requests. | 0.50 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100    F 214.647.7501
Dallas, TX 75201    alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/30/20 | JD | Review various 2018 tax returns. | 0.40 |
| 06/30/20 | JD | Create analysis of attrition rates in response to UCC diligence questions. | 1.00 |
| 06/30/20 | JD | Review latest information posted to the Project Catalyst data room. | 0.50 |
| 06/30/20 | JD | Call with J. Lowne (Purdue) re: open diligence items. | 0.20 |
| 06/30/20 | JD | Call with R. Aleali (Purdue) re: open diligence items and sharing information with certain parties. | 0.50 |
| 06/30/20 | JD | Review and provide comments on April non-PEO monthly flash report. | 0.60 |
| 06/30/20 | JD | Correspondence with J. Lowne (Purdue) and J. Turner, R. Schnitzler (PJT) re: business plan refresh. | 0.70 |
| 06/30/20 | JD | Review and provide comments on updated non-PEO April draft flash report. | 0.30 |
| 06/30/20 | GJK | Call with A Martinez (Mundipharma) re: Europe region performance. | 1.20 |
| 06/30/20 | GJK | Prepare for call with A Martinez (Mundipharma). | 0.50 |
| 06/30/20 | GJK | Calls with I. McClatchey (Norton Rose) re: Mundipharma diligence process. | 1.00 |
| 06/30/20 | GJK | Review of product level Europe market assumptions based on call with A. Martinez (Mundipharma). | 3.00 |
| 06/30/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), J. Wang, E. Schnitzler (both PJT), D.Fogel, W. DiNicola, R. Shamblen, J. Doyle, D. Lundie, K. McCarthy (all Purdue) re: Project Catalyst VDR Check-In meeting. | 0.70 |
| 06/30/20 | HSB | Review monthly PEO and non PEO versions of April Flash report prepared by S. Lemack (AlixPartners). | 0.60 |
| 06/30/20 | KM | Coordinate questions and interview process re: Project Catalyst. | 0.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 06/30/20 | KM | Virtual working session with A. DePalma and K. McCafferty (AlixPartners) re: Project Catalyst due diligence status update and compilation of diligence responses. | 1.80 |
| 06/30/20 | KM | Update, edit and circulate due diligence interview guide to internal team re: Project Catalyst. | 1.20 |
| 06/30/20 | KM | Meeting with D. Lundie, D. Fogel, J. Doyle, K. McCarthy (all Purdue), R. Schnitzler (PJT) re: interview preparation and process. | 1.00 |
| 06/30/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), J. Wang, E. Schnitzler (both PJT), D.Fogel, W. DiNicola, R. Shamblen, J. Doyle, D. Lundie, K. McCarthy (all Purdue) re: Project Catalyst VDR Check-In meeting. | 0.70 |
| 06/30/20 | KM | Manage VDR document flow and communications re: Project Catalyst. | 1.10 |
| 07/01/20 | KM | Coordinate and manage expedited legal document review with Skadden and A&P re: Project Catalyst. | 0.60 |
| 07/01/20 | KM | Update interested parties diligence teams re: Project Catalyst interviews. | 0.60 |
| 07/01/20 | KM | Manage VDR document flow and communications re: Project Catalyst. | 1.30 |
| 07/01/20 | KM | Call with W. DiNicola (Purdue) re: finance documents for VDR. | 0.50 |
| 07/01/20 | KM | Log interview inquiries, update diligence tracker and circulate to team re: Project Catalyst. | 1.10 |
| 07/01/20 | KM | Log interview inquiries to DD tracker re: Project Catalyst. | 0.20 |
| 07/01/20 | KM | Update DD tracker to reflect new uploads re: Project Catalyst. | 0.50 |
| 07/01/20 | KM | Call with R. Schnitzler (PJT) re: interview process and | 0.30 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | management. | |
| 07/01/20 | KM | Update DD tracker to reflect new uploads re: Project Catalyst. | 0.20 |
| 07/01/20 | KM | Interview prep call with D. Fogel, W. DiNicola (both Purdue) re: Project Catalyst. | 0.50 |
| 07/01/20 | KM | Manage VDR document flow and communications re: Project Catalyst. | 0.80 |
| 07/01/20 | JD | Review correspondence from management and Davis Polk re: payment of prepetition monies owed versus set-off. | 0.30 |
| 07/01/20 | JD | Review PBC value comparison to be shared with Duff & Phelps. | 0.20 |
| 07/01/20 | JD | Review timeline and items necessary for business plan refresh from J. Lowne.  Provide comments re: same. | 0.30 |
| 07/01/20 | JD | Call with J. Lowne (Purdue), R. Schnitzler and J. Turner (both PJT) re: business plan refresh. | 0.50 |
| 07/01/20 | JD | Call with J. Turner, J. O'Connell, T. Coleman (all PJT), L. Donahue and J. DelConte (both AlixPartners) re: pre-board meeting discussion. | 0.80 |
| 07/01/20 | JD | Call with J. Turner (PJT) re: timeline and decision tree deliverable. | 0.40 |
| 07/01/20 | JD | Finalize draft attrition analysis in response to UCC diligence questions.  Correspondence with J. Lowne (Purdue) re: same. | 0.60 |
| 07/01/20 | JD | Update latest professional fee tracker and forecast for 2020. | 0.50 |
| 07/01/20 | GJK | Edits to Mundipharma executive summary based on PJT feedback. | 1.20 |
| 07/01/20 | GJK | Review of new Mundipharma presentations and potential impact on business model projections. | 2.00 |
| 07/01/20 | GJK | Follow up related to FTI question re: potential progress on | 0.20 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | transaction process. | |
| 07/01/20 | GJK | Review of Mundipharma Business Plan model and potential updates to working capital. | 1.50 |
| 07/01/20 | GJK | Plan and coordination for July Mundipharma diligence. | 1.50 |
| 07/01/20 | LJD | Call with J. Turner, J. O'Connell, T. Coleman (all PJT), L. Donahue and J. DelConte (both AlixPartners) re: pre-board meeting discussion. | 0.80 |
| 07/02/20 | LJD | Call with L. Donahue, J. DelConte (all AlixPartners), T. Coleman, J. O'Connell, J. Turner (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), M. Kesselman (Purdue) re: planning for call with the Board. | 1.20 |
| 07/02/20 | GJK | Call with R. Schnitzler, J. Turner, J. Arsic (all PJT) G. Koch, and J. DelConte (both AlixPartners) re: IAC diligence report. | 0.50 |
| 07/02/20 | GJK | Finalize draft report edits and share with L Donahue and J DelConte (both AlixPartners). | 0.30 |
| 07/02/20 | GJK | Preparation for Mundipharma diligence including review of HL questions for Deutsche Bank and review of updates presentations. | 1.80 |
| 07/02/20 | GJK | Call with B. Kudlek (Mundipharma Tech Ops) to discuss Mundipharma Tech Ops. | 1.00 |
| 07/02/20 | GJK | Prepare and follow up for Tech Ops call, including review of COGs and Malta business plan. | 2.20 |
| 07/02/20 | GJK | Call with PJT to discuss edits to draft Mundipharma report. | 0.60 |
| 07/02/20 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: follow up on IAC diligence call. | 0.20 |
| 07/02/20 | JD | Call with R. Schnitzler, J. Turner, J. Arsic (all PJT) G. Koch, and J. DelConte (both AlixPartners) re: IAC diligence report. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/02/20 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: follow up on IAC diligence call. | 0.20 |
| 07/02/20 | JD | Call with L. Donahue, J. DelConte (all AlixPartners), T. Coleman, J. O'Connell, J. Turner (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), M. Kesselman (Purdue) re: planning for call with the Board. | 1.20 |
| 07/02/20 | JD | Call with R. Aleali (Purdue) re: outstanding diligence requests. | 0.20 |
| 07/02/20 | JD | Call with E. Vonnegut (Davis Polk) re: board pre-call follow up. | 0.20 |
| 07/02/20 | JD | Correspondence with Davis Polk and PJT re: setting up a call to discuss upcoming board meeting. | 0.60 |
| 07/02/20 | JD | Review draft business development licensing agreement. | 0.50 |
| 07/02/20 | JD | Correspondence with FTI and PJT re: delayed bankruptcy emergence scenario presentation. | 0.40 |
| 07/02/20 | JD | Correspondence with J. Lowne (Purdue) re: 2021 budget process. | 0.20 |
| 07/02/20 | KM | VDR updating and review re: Project Catalyst. | 0.60 |
| 07/02/20 | KM | Analysis and response proposal in collaboration with R. Shamblen (Purdue) re: Project Catalyst environmental inquiry by Ramboll. | 1.30 |
| 07/02/20 | KM | Analysis in collaboration with R. Shamblen (Purdue) re: procurement commitments for VDR. | 1.10 |
| 07/02/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), D. Fogel, and W. DiNicola (both Purdue) re: Review new finance due diligence questions and compilation of responsive materials. | 1.00 |
| 07/02/20 | KM | VDR response management re: Project Catalyst. | 0.50 |
| 07/02/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | diligence process. | |
| 07/02/20 | KM | Communicate VDR tracker and progress to Bidders re: Project Catalyst. | 0.40 |
| 07/02/20 | KM | Create and track VDR changes and responses re: Project Catalyst VDR tracking tool. | 1.50 |
| 07/02/20 | KM | Analysis re: financial responses and edits for Project Catalyst. | 0.90 |
| 07/02/20 | KM | Analysis re: employee tenure tracking for Project Catalyst. | 1.00 |
| 07/02/20 | KM | Update DD tracker to reflect document changes re: Project Catalyst. | 0.80 |
| 07/02/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), D. Fogel, and W. DiNicola (both Purdue) re: Review new finance due diligence questions and compilation of responsive materials. | 1.00 |
| 07/02/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence process. | 1.10 |
| 07/03/20 | JD | Call with J. DelConte, L. Donahue (both AlixPartners), T. Coleman, J. O'Connell, J. Turner (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), M. Kesselman, R. Aleali (both Purdue) and Purdue board members re: go forward case progress. | 1.70 |
| 07/03/20 | JD | Review materials in advance of Board meeting. | 0.40 |
| 07/03/20 | JD | Call with R. Aleali (Purdue) re: post-call follow ups. | 0.20 |
| 07/03/20 | JD | Review and provide comments on updated IAC diligence report. | 1.80 |
| 07/03/20 | LJD | Prepare for and attend call with J. DelConte, L. Donahue (both AlixPartners), T. Coleman, J. O'Connell, J. Turner (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| | | Davis Polk), M. Kesselman, R. Aleali (both Purdue) and Purdue board members re: go forward case progress. | |
| 07/06/20 | GJK | Mundipharma LAM diligence call with R. Singh (Mundipharma), G. Koch, N. Simon (both AlixPartners), and other diligence advisors. | 1.20 |
| 07/06/20 | GJK | Prep for R. Singh (Mundipharma) call re: LAM region. | 0.50 |
| 07/06/20 | GJK | Call with G. Koch and N. Simon (both AlixPartners) to discuss recent Mundipharma diligence developments and upcoming meetings. | 1.00 |
| 07/06/20 | GJK | Email and follow up with Huron re: Deutsch Bank, ManRev and LEK, including review of prior question lists provided to Huron, review HL proposed DB questions. | 1.30 |
| 07/06/20 | GJK | Review recent posted material and prep for discussion of updates to Mundipharma model with N. Simon (AlixPartners). | 3.00 |
| 07/06/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to discuss recent Mundipharma diligence developments and upcoming meetings. | 1.00 |
| 07/06/20 | NAS | Review Mundipharma diligence materials provided by Huron for meetings during weeks of 6/22 and 6/29. | 2.50 |
| 07/06/20 | NAS | Review revised Executive Summary section of Mundipharma diligence report. | 0.40 |
| 07/06/20 | JD | Review proposed questions and responses for Board discussion from PJT.  Provide comments and additions re: same. | 0.80 |
| 07/06/20 | JD | Review executed One Stamford Realty documents. | 0.40 |
| 07/06/20 | JD | Review memo from K. Buckfire (Board Member). | 0.60 |
| 07/06/20 | JD | Review side-by-side per diligence sharing request. Correspondence with PJT and Davis Polk re: same. | 0.50 |
| 07/06/20 | JD | Correspondence with R. Aleali and C. George (both | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Purdue) re: monitor requests. | |
| 07/06/20 | JD | Create a diligence tracker for the latest monitor requests. | 0.70 |
| 07/06/20 | JD | Review materials provided by the managed care team in response to requests from the monitor. | 3.10 |
| 07/06/20 | JD | Prepare written responses to business plan diligence questions from Secretary Vilsack. | 0.60 |
| 07/06/20 | JD | Correspondence with J. Turner, R. Schnitzler (both PJT), J. Lowne and E. Ruiz (both Purdue) re: monitor diligence requests. | 0.30 |
| 07/06/20 | IA | Update Avrio dashboard for June results. | 1.50 |
| 07/06/20 | NAS | Mundipharma LAM diligence call with R. Singh (Mundipharma), G. Koch, N. Simon (both AlixPartners), and other diligence advisors. | 1.20 |
| 07/06/20 | NAS | Correspondence with other advisors involved in Mundipharma diligence re: upcoming meetings. | 0.90 |
| 07/06/20 | KM | Summarize regulatory documents for R. Shamblen (Purdue) re: response to Ramboll inquiries. | 2.20 |
| 07/06/20 | KM | Summarize EHS documents for R. Shamblen (Purdue) re: response to Ramboll inquiries. | 0.50 |
| 07/06/20 | KM | Analysis and document review re: Project Catalyst environmental. | 1.60 |
| 07/06/20 | KM | Assess and add new inquiries to VDR tracker re: Project Catalyst. | 0.60 |
| 07/06/20 | KM | Manage VDR documents and plan/book team communications re: Project Catalyst. | 0.40 |
| 07/06/20 | KM | Call with D. Lundie (Purdue) and R. Schnitzler (PJT) re: response approach for open diligence questions. | 0.60 |
| 07/06/20 | KM | Compile raw materials required response re: due diligence inquiry. | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/06/20 | KM | Call with R. Schnitzler (PJT) re: responses. | 0.30 |
| 07/06/20 | KM | Compile raw materials required response re: third party diligence inquiry. | 0.20 |
| 07/06/20 | KM | Prepare and research responses re: Project Catalyst diligence inquiries. | 0.90 |
| 07/06/20 | ADD | Update liabilities subject to compromise calculation model for June. | 2.80 |
| 07/06/20 | ADD | Review June liabilities subject to compromise spreadsheet for errors. | 1.40 |
| 07/07/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), R. Shamblen re: Project Catalyst Supply Chain Requests. | 1.50 |
| 07/07/20 | KM | Build API growth support materials re: partnership opportunity. | 1.20 |
| 07/07/20 | KM | Review of documents re: Project Catalyst. | 0.60 |
| 07/07/20 | KM | Coordinate and manage diligence inquires and team analysis re: Project Catalyst. | 1.30 |
| 07/07/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), R. Shamblen (Purdue) re: Project Catalyst Supply Chain Requests | 1.50 |
| 07/07/20 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: IAC diligence. | 0.20 |
| 07/07/20 | JD | Prepare for and participate in special committee board meeting with J. DelConte and L. Donahue (both AlixPartners). | 1.10 |
| 07/07/20 | JD | Call with R. Aleali (Purdue) re: board follow up. | 0.30 |
| 07/07/20 | JD | Call with J. Feltman, R. Levy (both Duff & Phelps), W. Curran, C. Robertson (both Davis Polk), J. Turner, T. Melvin (both PJT), J. Bucholtz (King & Spalding), M. Florence (Skadden) re: post-emergence org structure. | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/07/20 | JD | Review draft response edits to monitor business plan diligence questions. | 0.70 |
| 07/07/20 | JD | Provide updated professional fee estimates to management for June month end estimates. | 0.40 |
| 07/07/20 | JD | Correspondence with C. George (Purdue) and D. Gentin Stock (Dechert) re: Secretary Vilsack diligence requests. | 0.40 |
| 07/07/20 | JD | Review updated materials from managed care team re: Secretary Vilsack diligence requests. | 2.30 |
| 07/07/20 | JD | Edit, prepare and send response to Purdue and Dechert re: monitor diligence requests. | 1.40 |
| 07/07/20 | JD | Prepare final documents for production for monitor requests. | 0.60 |
| 07/07/20 | JD | Prepare final set of diligence materials for potential business development deal. | 0.40 |
| 07/07/20 | JD | Correspondence with S. Lemack and HS Bhattal (both AlixPartners) re: min cash. | 0.30 |
| 07/07/20 | NAS | Correspondence with Mundipharma diligence advisors re: upcoming meetings and question lists. | 0.70 |
| 07/07/20 | NAS | Discussion with G. Koch and N. Simon (both AlixPartners) re: Mundipharma diligence status and priorities for day. | 0.60 |
| 07/07/20 | NAS | Transform Mundipharma Europe product profitability data provided by company and match P&L format across different reports. | 1.60 |
| 07/07/20 | NAS | Call with G. Koch and N. Simon (both AlixPartners) to review comparison of Mundipharma product profitability projections vs. current draft of model. | 0.70 |
| 07/07/20 | NAS | Transform Mundipharma LAM product profitability data provided by company. | 0.40 |
| 07/07/20 | NAS | Review differences in Mundipharma Europe product-level projections for specific P&L items and document findings. | 2.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/07/20 | GJK | Discussion with G. Koch and N. Simon (both AlixPartners) re: Mundipharma diligence status and priorities for day. | 0.60 |
| 07/07/20 | GJK | Call with G. Koch and N. Simon (both AlixPartners) to review comparison of Mundipharma product profitability projections vs. current draft of model. | 0.70 |
| 07/07/20 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: IAC diligence. | 0.20 |
| 07/07/20 | GJK | Review and edits for group emails and questions to Mundipharama from Financial Advisor group. | 1.50 |
| 07/07/20 | GJK | Plan and coordinate next steps in diligence process based on revised timeline and meeting schedules from Mundipharma. | 2.80 |
| 07/07/20 | GJK | Identify next phase model upgrades for Mundipharma business plan model and provide example. | 1.80 |
| 07/07/20 | LJD | Participate in special committee board meeting with J. DelConte and L. Donahue (both AlixPartners). | 0.70 |
| 07/08/20 | GJK | Begin outline for revised/final Mundipharma report based on new data and diligence. | 3.00 |
| 07/08/20 | GJK | Draft and send email to Huron re: LEK participation in diligence process. | 1.20 |
| 07/08/20 | GJK | Review provided material for potential impact on cash and working capital. | 1.50 |
| 07/08/20 | GJK | Update diligence planning and potential next steps for monetizing IACs and timing. | 1.30 |
| 07/08/20 | GJK | Review of LAM region market by product profitably compared to original budget. | 1.00 |
| 07/08/20 | SKL | Review and reconcile the May financial presentation and began formatting accordingly for the May PEO Flash report. | 2.30 |
| 07/08/20 | SKL | Finalize review of the May financial presentation as well | 2.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | as updates to the May PEO Flash report and circulated internally for final sign-off. | |
| 07/08/20 | SKL | Review and reconcile the Purdue weekly sales report provided by E. Nowakowski (Purdue) and formatted accordingly for production purposes. | 0.80 |
| 07/08/20 | SKL | Review and reconcile the Rhodes weekly sales report provided by P. Phouthasone (Purdue) and formatted accordingly for production purposes. | 0.80 |
| 07/08/20 | SKL | Finalize updates to the April non-PEO Flash report based on the feedback provided and circulated to R. Aleali (Purdue) for final sign-off. | 1.30 |
| 07/08/20 | NAS | Review comments to latest draft of Mundipharma diligence report. | 1.20 |
| 07/08/20 | NAS | Transform Mundipharma LAM product profitability data provided by company. | 2.40 |
| 07/08/20 | NAS | Detail takeaways from analysis of Mundipharma LAM product profitability data. | 1.60 |
| 07/08/20 | NAS | Revise latest draft of Mundipharma diligence report following comments from J. DelConte (AlixPartners). | 1.20 |
| 07/08/20 | JD | Review Project Catalyst analysis in advance of call. | 0.30 |
| 07/08/20 | JD | Review the Butrans only scenario in preparing the OxyContin only scenario. | 0.40 |
| 07/08/20 | JD | Review strategic questions to be answered in advance of future board meetings. | 0.50 |
| 07/08/20 | JD | Review correspondence re: Project Catalyst contract provisions. | 0.30 |
| 07/08/20 | JD | Call with J. Turner (PJT) re: open diligence items. | 0.20 |
| 07/08/20 | JD | Call with J. Lowne (Purdue) re: AlixPartners professional fee discussion. | 0.40 |
| 07/08/20 | JD | Call with R. Schnitzler, J. Turner (both PJT), J. Doyle, D. | 0.90 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Lundie, D. Fogel, K. McCarthy, R. Shamblen (all Purdue) J. DelConte and K. McCafferty (both AlixPartners) re: Project Catalyst. | |
| 07/08/20 | JD | Call with R. Aleali (Purdue) re: board discussion follow ups. | 0.60 |
| 07/08/20 | JD | Review and provide comments and edits to draft IAC diligence report. | 2.80 |
| 07/08/20 | KM | Update DD tracker for PPLP review and round 2 planning re: Project Catalyst. | 0.70 |
| 07/08/20 | KM | Call with R. Schnitzler, J. Turner (both PJT), J. Doyle, D. Lundie, D. Fogel, K. McCarthy, R. Shamblen (all Purdue) J. DelConte and K. McCafferty (both AlixPartners) re: Project Catalyst. | 0.90 |
| 07/08/20 | KM | Coordinate and manage expedited legal document review with Skadden and A&P re: Project Catalyst. | 0.40 |
| 07/08/20 | KM | Update and refine re: Project Catalyst VDR tracker. | 1.00 |
| 07/08/20 | KM | Review of regulatory documents re: Project Catalyst. | 0.90 |
| 07/08/20 | KM | Analysis re: finance diligence requests. | 1.00 |
| 07/08/20 | KM | Diligence tracker updates and team communications re: Project Catalyst. | 1.60 |
| 07/08/20 | KM | Analysis and slide creation re: prep for partnership growth opportunity discussion points. | 0.80 |
| 07/08/20 | KM | Analysis re: Project Catalyst environmental history and impact for RT. | 0.80 |
| 07/09/20 | KM | Coordinate and process diligence requests re: Project Catalyst. | 0.90 |
| 07/09/20 | KM | Analysis for quota and productivity data re: inquiry for Catalyst. | 1.20 |
| 07/09/20 | KM | Call with D. Fogel (Purdue) re: finance analyses for Catalyst. | 0.90 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/09/20 | KM | Call with R. Schnitzler (PJT) and interested party re: Project Catalyst clarifications and bid process. | 0.50 |
| 07/09/20 | KM | Create and circulate trackers to various parties re: Project Catalyst. | 0.50 |
| 07/09/20 | KM | Update tracker and responses re: Project Catalyst. | 1.00 |
| 07/09/20 | KM | Create documents re: procurement commitments for Project Catalyst. | 1.00 |
| 07/09/20 | KM | Prep materials for VDR internal working team meeting re: Project Catalyst. | 0.40 |
| 07/09/20 | KM | Analysis and document generation re: raw materials inquiries for Project Catalyst. | 0.80 |
| 07/09/20 | KM | Call with J. DelConte, A. DePalma, K. McCafferty (all AlixPartners), D. Lundie, D. Fogel, R. Shamblen, K. McCarthy (all Purdue), R. Schnitzler (PJT), and others re: Project Catalyst. | 1.50 |
| 07/09/20 | KM | Analysis re: procurement commitments through 2021. | 0.10 |
| 07/09/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), R. Shamblen, and A. Nadeau (both Purdue) re: Project Catalyst NRM Supply discussion. | 0.90 |
| 07/09/20 | KM | Analysis re: Catalyst supply chain responses. | 0.40 |
| 07/09/20 | KM | Create response for Rhodes review re: remediation effort summary for Project Catalyst. | 0.30 |
| 07/09/20 | ADD | Call with J. DelConte, A. DePalma, K. McCafferty (all AlixPartners), D. Lundie, D. Fogel, R. Shamblen, K. McCarthy (all Purdue), R. Schnitzler (PJT), and others re: Project Catalyst. | 1.50 |
| 07/09/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), R. Shamblen, and A. Nadeau (both Purdue) re: Project Catalyst NRM Supply discussion. | 0.90 |
| 07/09/20 | JD | Call with J. DelConte, A. DePalma, K. McCafferty (all | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners), D. Lundie, D. Fogel, R. Shamblen, K. McCarthy (all Purdue), R. Schnitzler (PJT), and others re: Project Catalyst. | |
| 07/09/20 | JD | Call with J. Turner, R. Schnitzler, T. Melvin (all PJT), J. Lowne, E. Ruiz (all Purdue) re: OxyContin only scenario. | 0.70 |
| 07/09/20 | JD | Review post-emergence governance structure presentations. | 0.50 |
| 07/09/20 | JD | Call with M. Huebner, C. Robertson (both Davis Polk), T. Coleman, J. O'Connell, J. Turner (all PJT), C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue), J. DelConte and L. Donahue (both AlixPartners) re: case status and strategy go forward. | 1.40 |
| 07/09/20 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: IAC diligence report. | 0.20 |
| 07/09/20 | JD | Call with T. Coleman, J. O'Connell, J. Turner (all PJT), K. Buckfire, J. Dubel (both Purdue Board members), L. Donahue and J. DelConte (both AlixPartners) re: case progress and plan to get to emergence. | 1.00 |
| 07/09/20 | JD | Prepare summary of severance per employee by different Purdue operating company. | 0.50 |
| 07/09/20 | JD | Draft response to Monitor question on business plan presentation to send to C. George (Purdue). | 0.40 |
| 07/09/20 | NAS | Diligence call with L. Reber (Mundipharma Compliance), G. Koch, N. Simon (both AlixPartners), and other Mundipharma diligence advisors. | 0.50 |
| 07/09/20 | NAS | Prepare for diligence call with L. Reber (Mundipharma Compliance). | 0.30 |
| 07/09/20 | NAS | Discussions with G. Koch and N. Simon (both AlixPartners) re: takeaways from Mundipharma Compliance call and cases presented in latest draft of report. | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/09/20 | NAS | Review downside case included in Mundipharma business plan model. | 0.40 |
| 07/09/20 | NAS | Revise latest draft of Mundipharma diligence report following comments from J. DelConte (AlixPartners). | 3.50 |
| 07/09/20 | NAS | Calls with G. Koch and N. Simon (both AlixPartners) to review latest draft of Mundipharma report and strategize best way to incorporate new information to next iteration of model. | 0.50 |
| 07/09/20 | NAS | Call with J. Arsic (PJT) to discuss current draft of Mundipharma diligence report. | 0.30 |
| 07/09/20 | NAS | Review materials provided on Mundipharma licensing agreements. | 0.60 |
| 07/09/20 | GJK | Plan out model revisions based on new market/product level data for Mundipharma model. | 2.00 |
| 07/09/20 | GJK | Continue outlining final draft Mundipharma report based on new data and diligence calls. | 1.80 |
| 07/09/20 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: IAC diligence report. | 0.20 |
| 07/09/20 | GJK | Follow up and coordinate on updates to Mundipharma draft report. | 1.20 |
| 07/09/20 | GJK | Review Celltrion summary provided by Mundipharma. | 0.50 |
| 07/09/20 | GJK | Discussions with G. Koch and N. Simon (both AlixPartners) re: takeaways from Mundipharma Compliance call and cases presented in latest draft of report. | 1.40 |
| 07/09/20 | GJK | Calls with G. Koch and N. Simon (both AlixPartners) to review latest draft of Mundipharma report and strategize best way to incorporate new information to next iteration of model. | 0.50 |
| 07/09/20 | GJK | Diligence call with L. Reber (Mundipharma Compliance), | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | G. Koch, N. Simon (both AlixPartners), and other Mundipharma diligence advisors. | |
| 07/09/20 | LJD | Prepare for and participate in call with T. Coleman, J. O'Connell, J. Turner (all PJT), K. Buckfire, J. Dubel (both Purdue Board members), L. Donahue and J. DelConte (both AlixPartners) re: case progress and plan to get to emergence. | 1.10 |
| 07/09/20 | LJD | Call with M. Huebner, C. Robertson (both Davis Polk), T. Coleman, J. O'Connell, J. Turner (all PJT), C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue), J. DelConte and L. Donahue (both AlixPartners) re: case status and strategy go forward. | 1.40 |
| 07/10/20 | LJD | Participate in informal board discussion on post-emergence governance structure including J. DelConte and L. Donahue (both AlixPartners). | 1.40 |
| 07/10/20 | GJK | Revise Mundipharma draft interim report based on edits from J DelConte (AlixPartners). Review final edits before document released back to PJT. | 1.70 |
| 07/10/20 | GJK | Plan and coordinate for upcoming Mundipharma advisor calls. | 2.00 |
| 07/10/20 | GJK | Review of newly posted Mundipharma materials. | 3.00 |
| 07/10/20 | SKL | Finalize remaining updates to the May PEO-Flash report and circulated to J. Lowne (Purdue) and R. Aleali (Purdue) for final sign-off. | 1.40 |
| 07/10/20 | JD | Continue review of draft IAC diligence report. Edit and provide comments to same. | 2.30 |
| 07/10/20 | JD | Correspondence with Purdue re: Project Catalyst contract analysis. | 0.30 |
| 07/10/20 | JD | Review draft analysis created by J. Lowne and E. Ruiz (both Purdue) re: OxyContin only scenario. Correspondence with management re: same. | 2.50 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100   **F** 214.647.7501
Dallas, TX 75201   **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/10/20 | JD | Participate in informal board discussion on post-emergence governance structure including J. DelConte and L. Donahue (both AlixPartners). | 1.40 |
| 07/10/20 | JD | Prepare agenda for internal AlixPartners weekly update call. | 0.30 |
| 07/10/20 | NAS | Analyze and transform revised product-level raw data provided by Mundipharma for next iteration of model. | 2.30 |
| 07/10/20 | NAS | Revise draft of Mundipharma diligence report following subsequent comments from J. DelConte (AlixPartners). | 1.70 |
| 07/10/20 | ADD | Call with J. Doyle (Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst contract analysis. | 0.50 |
| 07/10/20 | KM | Call with D. Lundie, D. Fogel, R. Shamblen (Purdue), R. Schnitzler (PJT) re: diligence inquiries. | 1.70 |
| 07/10/20 | KM | Team prep and analysis re: diligence inquiries and data links. | 1.00 |
| 07/10/20 | KM | VDR tracker management re: Project Catalyst. | 1.00 |
| 07/10/20 | KM | Create and circulate trackers re: Project Catalyst. | 0.30 |
| 07/10/20 | KM | VDR tracker management re: Project Catalyst. | 0.20 |
| 07/10/20 | KM | Call with R. Shamblen (Purdue) re: manufacturing campaign for Catalyst. | 0.10 |
| 07/10/20 | KM | Analysis re: manufacturing campaign for Catalyst. | 1.20 |
| 07/10/20 | KM | Call with R. Shamblen (Purdue) re: manufacturing campaign for Catalyst. | 0.20 |
| 07/10/20 | KM | Update tracker and responses re: Project Catalyst. | 0.50 |
| 07/10/20 | KM | Call with J. Doyle (Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst contract analysis. | 0.50 |
| 07/10/20 | KM | Analysis re: Oct 2020 inventory position for Project Catalyst | 0.30 |
| 07/13/20 | KM | Update and circulate VDR tracker re: Project Catalyst. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/13/20 | KM | Analysis of Rhodes stand-alone financial model re: Project Catalyst. | 1.60 |
| 07/13/20 | KM | Continue financial analysis re: diligence inquiries. | 0.90 |
| 07/13/20 | KM | Meeting with W. DiNicola, D. Fogel (both Purdue), R. Schnitzler (PJT) and A. DePalma (AlixPartners) re: Repatriate finance inquiries. | 0.60 |
| 07/13/20 | KM | Call with W. DiNicola, D. Fogel (both Purdue), and A. DePalma (AlixPartners) re: prep for Repatriate discussion. | 0.70 |
| 07/13/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence process. | 0.40 |
| 07/13/20 | KM | Financial analysis re: diligence inquiries. | 1.40 |
| 07/13/20 | KM | Assess and add new inquiries to VDR tracker re: Project Catalyst. | 0.70 |
| 07/13/20 | JD | Review responses provided to previous strategic planning questions. | 0.60 |
| 07/13/20 | JD | Review materials provided re: political memberships and dues. | 0.40 |
| 07/13/20 | JD | Review final OxyContin only scenarios and pre-reads for the UCC. | 1.70 |
| 07/13/20 | JD | Review draft May monthly flash report. | 0.70 |
| 07/13/20 | JD | Review draft Nalmafene report to be shared with creditor advisors. | 0.20 |
| 07/13/20 | JD | Review data on betadine in kind donations. | 0.30 |
| 07/13/20 | JD | Call with C. Robertson (Davis Polk) re: political contribution motion. | 0.20 |
| 07/13/20 | JD | Call with J. Lowne (Purdue) re: business sensitivity scenario. | 0.20 |
| 07/13/20 | JD | Correspondence with Purdue team re: post-petition | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | donation information and reviewing files produced. | |
| 07/13/20 | JD | Edit files to be responsive to UCC managed care diligence questions.  Circulate for review and sign off. | 0.80 |
| 07/13/20 | JD | Correspondence with Davis Polk re: UCC political contribution response information. | 0.40 |
| 07/13/20 | ADD | Call with W. DiNicola, D. Fogel (both Purdue), and K. McCafferty (AlixPartners) re: prep for Repatriate discussion. | 0.70 |
| 07/13/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence process. | 0.40 |
| 07/13/20 | ADD | Meeting with W. DiNicola, D. Fogel (both Purdue), R. Schnitzler (PJT) and K. McCafferty (AlixPartners) re: Repatriate finance inquiries. | 0.60 |
| 07/13/20 | NAS | Analyze and transform revised Europe product-level raw data provided by Mundipharma for next iteration of model. | 3.70 |
| 07/13/20 | NAS | Review new Mundipharma diligence materials provided by Huron. | 1.30 |
| 07/13/20 | GJK | Prepare for business development and Deutsch Bank calls for Mundipharma diligence calls, including review of Biosimiliar and Specialty products. | 2.00 |
| 07/13/20 | GJK | Plan and coordinate Mundipharma diligence updates related to draft report revisions. | 2.50 |
| 07/13/20 | GJK | Analyze cost of goods comparison between business plan updates. | 2.80 |
| 07/14/20 | GJK | Calls with G. Koch and N. Simon (both AlixPartners) to discuss current status of case and review takeaways from calls with M. Cerato (Mundipharma) and Deutsche Bank. | 1.10 |
| 07/14/20 | GJK | Call with I McClatchey (Norton Rose) re: Deutsch Bank | 0.50 |

2101 Cedar Springs Road     T 214.647.7500
Suite 1100                   F 214.647.7501
Dallas, TX 75201             alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | diligence call. | |
| 07/14/20 | GJK | Coordinate and follow up for Mundipharma diligence including calls/emails with financial advisors. | 0.60 |
| 07/14/20 | GJK | Outline potential upside overall based on call with M Certo and Deutsch Bank on business development opportunities. | 2.20 |
| 07/14/20 | GJK | Call with Deutsche Bank, G. Koch, N. Simon (both AlixPartners), and other Mundipharma diligence advisors to discuss current status of sale process. | 1.30 |
| 07/14/20 | GJK | Diligence call with M. Cerato (Mundipharma), G. Koch, N. Simon (both AlixPartners), and other diligence advisors to review Mundipharma business development initiatives. | 1.00 |
| 07/14/20 | GJK | Call with J. DelConte and G. Koch (both AlixPartners) re: IAC diligence. | 0.20 |
| 07/14/20 | NAS | Check transformed Mundipharma Europe data for accuracy. | 1.00 |
| 07/14/20 | NAS | Calls with G. Koch and N. Simon (both AlixPartners) to discuss current status of case and review takeaways from calls with M. Cerato (Mundipharma) and Deutsche Bank. | 1.10 |
| 07/14/20 | NAS | Diligence call with M. Cerato (Mundipharma), G. Koch, N. Simon (both AlixPartners), and other diligence advisors to review Mundipharma business development initiatives. | 1.00 |
| 07/14/20 | NAS | Call with Deutsche Bank, G. Koch, N. Simon (both AlixPartners), and other Mundipharma diligence advisors to discuss current status of sale process. | 1.30 |
| 07/14/20 | NAS | Analyze and transform revised LAM product-level raw data provided by Mundipharma for next iteration of model. | 3.00 |
| 07/14/20 | HSB | Review Purdue P&L forecasts by segment. | 0.50 |
| 07/14/20 | JD | Call with J. Lowne, E. Ruiz (both Purdue), J. Turner and | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | R. Schnitzler (both PJT) re: business scenario modeling. | |
| 07/14/20 | JD | Call with J. DelConte and G. Koch (both AlixPartners) re: IAC diligence. | 0.20 |
| 07/14/20 | JD | Review various proposals re: Project Catalyst. | 1.50 |
| 07/14/20 | JD | Review and correspondence with PJT re: restricted cash roll off schedules. | 0.60 |
| 07/14/20 | JD | Review memo re: insurance recoveries. | 0.30 |
| 07/14/20 | JD | Review distributable value presentation put together by the ACH and UCC. | 2.30 |
| 07/14/20 | JD | Call with J. Turner, T. Melvin, R. Schnitzler (all PJT) re: distributable value analysis. | 0.70 |
| 07/14/20 | JD | Review attrition data and calculate as of 6/30. Correspondence with C. DiStefano (Purdue) re: same. | 0.70 |
| 07/14/20 | KM | Circulate revised volume re: Project Catalyst. | 0.10 |
| 07/14/20 | KM | Call with D. Fogel and W. DiNicola (both Purdue) re: volume detail through 2024. | 0.30 |
| 07/14/20 | KM | Review and edit re: Rhodes dashboard for Board review. | 0.40 |
| 07/14/20 | KM | Call with D. Fogel (Purdue) re: CPP analysis and pricing strategy. | 1.00 |
| 07/14/20 | KM | Review and coordinate re: RT supply agreements for Catalyst. | 1.50 |
| 07/14/20 | KM | Analysis re: Project Catalyst inquiries. | 0.40 |
| 07/14/20 | KM | Assess and add new inquiries to VDR tracker re: Project Catalyst. | 1.50 |
| 07/15/20 | KM | Summarize and communicate findings re: Catalyst analysis. | 0.80 |
| 07/15/20 | KM | Analysis re: API pricing analysis by Bidder for Project Catalyst 2021-2024. | 2.70 |
| 07/15/20 | KM | Update and circulate VDR tracker re: Project Catalyst. | 0.30 |

2101 Cedar Springs Road     T 214.647.7500
Suite 1100              F 214.647.7501
Dallas, TX 75201         alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/15/20 | KM | Meeting with R. Sublett (AlixPartners) re: CPP analysis for ClarusONE Oxy-IR product pricing. | 0.40 |
| 07/15/20 | KM | Call with J. DelConte (AlixPartners) re: Project Catalyst bid process. | 0.30 |
| 07/15/20 | KM | Analysis re: Project Catalyst offers. | 1.40 |
| 07/15/20 | KM | Call with D. Fogel (Purdue) re: Catalyst volume scenarios. | 0.80 |
| 07/15/20 | KM | Call with R. Schnitzler (PJT) re: Project Catalyst bid analysis. | 0.30 |
| 07/15/20 | KM | Analysis re: API supply agreement offers. | 1.10 |
| 07/15/20 | JD | Review additional materials re: Project Catalyst. | 0.50 |
| 07/15/20 | JD | Call with K. McCafferty (AlixPartners) re: Project Catalyst bid process. | 0.30 |
| 07/15/20 | JD | Call with J. Turner, T. Melvin (both PJT), J. Lowne and E. Ruiz (both Purdue) re: business scenarios. | 0.20 |
| 07/15/20 | JD | Call with AHC advisors, UCC advisors, J. Lowne, E. Ruiz (both Purdue), J. Turner, T. Melvin, R. Schnitzler (all PJT) re: distributable value presentation. | 1.50 |
| 07/15/20 | JD | Call with R. Aleali (Purdue) re: Project Catalyst. | 0.20 |
| 07/15/20 | JD | Call with R. Schnitzler (PJT) re: Project Catalyst. | 0.20 |
| 07/15/20 | JD | Review updated business scenarios from management for the distributable value presentation. | 2.80 |
| 07/15/20 | JD | Review updated change in working capital calculation for the updated business scenarios. | 0.50 |
| 07/15/20 | JD | Create initial list of post-petition donations to send around to the team for review. | 1.30 |
| 07/15/20 | JD | Review draft outline for the business plan refresh presentation. | 0.60 |
| 07/15/20 | JD | Review Rhodes Tech analysis per open diligence questions. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/15/20 | RDS | Meeting with K. McCafferty (AlixPartners) re: CPP analysis for ClarusONE Oxy-IR product pricing. | 0.40 |
| 07/15/20 | NAS | Analyze and transform revised LAM-META product-level raw data provided by Mundipharma for next iteration of model. | 2.40 |
| 07/15/20 | NAS | Check transformed all Mundipharma LAM data relative to source provided by company. | 1.30 |
| 07/15/20 | NAS | Analyze and transform revised LAM-Asia product-level raw data provided by Mundipharma for next iteration of model. | 2.50 |
| 07/15/20 | IA | Review and confirm projected 2022 payment for LTRP amounts based on scenarios requested by WTW. | 0.70 |
| 07/15/20 | GJK | Review Mundipharma diligence responses and develop next steps. | 2.00 |
| 07/16/20 | GJK | Update Mundipharma diligence planning and next steps. | 2.00 |
| 07/16/20 | GJK | Call with G. Koch and N. Simon (both AlixPartners) to discuss priorities for day and plan for revised Mundipharma model. | 0.40 |
| 07/16/20 | GJK | Review of update Malta model with revised product by market data. | 1.50 |
| 07/16/20 | NAS | Analyze and transform revised Canada product-level and Central Function raw data provided by Mundipharma for next iteration of model. | 2.60 |
| 07/16/20 | NAS | Call with G. Koch and N. Simon (both AlixPartners) to discuss priorities for day and plan for revised Mundipharma model. | 0.40 |
| 07/16/20 | NAS | Check transformed data against raw sources for accuracy and resolve discrepancies. | 1.40 |
| 07/16/20 | NAS | Build second iteration of Mundipharma business plan model based on revised materials provided by | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | management. | |
| 07/16/20 | NAS | Compare versions of Mundipharma business plan model provided by management and investigate changes. | 0.60 |
| 07/16/20 | NAS | Respond to question from J. Arsic (PJT) about price/volume analysis provided by management. | 0.50 |
| 07/16/20 | ADD | Review list of material contracts and cross reference with contract work previously conducted by outside counsel. | 2.50 |
| 07/16/20 | JD | Call with D. Fogel (Purdue) re: recent attrition rates. | 0.20 |
| 07/16/20 | JD | Call with R. Aleali (Purdue) re: distributable value presentation. | 0.30 |
| 07/16/20 | JD | Call with J. Turner (PJT) re: distributable value analysis. | 0.30 |
| 07/16/20 | JD | Review Akin fee statement and correspondence with Davis Polk re: same. | 0.30 |
| 07/16/20 | JD | Review Gilbert insurance presentation and correspondence with C. Ricarte (Purdue) re: same. | 0.50 |
| 07/16/20 | JD | Finalize draft strategic question response draft and circulate to DPW and PJT for comments. | 2.30 |
| 07/16/20 | JD | Review and provide comments on draft business plan refresh presentation. | 0.80 |
| 07/16/20 | JD | Review and edit AHC due diligence responses re: minimum cash. | 0.70 |
| 07/16/20 | JD | Review Project Catalyst proposal analyses. | 0.40 |
| 07/16/20 | KM | Update and circulate VDR tracker re: Project Catalyst. | 1.10 |
| 07/16/20 | KM | Analysis re: prioritization of supply agreements for Project Catalyst VDR. | 1.20 |
| 07/16/20 | KM | Call with D. Fogel (Purdue) re: June 2020 dashboard. | 0.30 |
| 07/16/20 | KM | Analysis re: Rhodes Board dashboard. | 0.80 |
| 07/16/20 | KM | Analysis and communication re: Vendor contracts for RT. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/16/20 | KM | Bid offer analysis and summary re: Project Catalyst. | 2.10 |
| 07/16/20 | KM | Meeting with R. Shamblen (Purdue) re: vendor contract prioritization. | 0.50 |
| 07/17/20 | KM | Analysis re: Project Catalyst summary. | 1.30 |
| 07/17/20 | KM | Advisors call with R. Aleaxi, K. McCarthy (both Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: Project Catalyst transaction documents. | 0.80 |
| 07/17/20 | KM | Refine prioritized list re: Project Catalyst supply agreements review. | 0.60 |
| 07/17/20 | KM | Final prioritization and review prep re: Project Catalyst supply contract review. | 0.70 |
| 07/17/20 | KM | Manage VDR changes re: Project Catalyst. | 0.10 |
| 07/17/20 | KM | Call with R. Schnitzler, J. Turner (both PJT), C. Robertson (Davis Polk), D. Lundie, R. Shamblen, D. Fogel, J. Lowne, R. Aleali (all Purdue), M. Gibson (Skadden) J. DelConte, K. McCafferty, A. DePalma (all AlixPartners) re: Project Catalyst. | 1.40 |
| 07/17/20 | KM | Call with R. Schnitzler (PJT) re: Project Catalyst summaries. | 0.10 |
| 07/17/20 | KM | Coordinate operations team activities re: Project Catalyst diligence. | 0.40 |
| 07/17/20 | KM | Call with J. Turner, R. Schnitzler (both PJT), M. Gibson, R. Schlossberg (both Skadden), J. DelConte, K. McCafferty (both AlixPartners) re: Project Catalyst. | 0.60 |
| 07/17/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), A. DePalma (AlixPartners) re: Catalyst operations and supply chain diligence. | 1.20 |
| 07/17/20 | KM | Analysis re: Project Catalyst supply contract review. | 0.70 |
| 07/17/20 | ADD | Call with R. Schnitzler, J. Turner (both PJT), C. Robertson (Davis Polk), D. Lundie, R. Shamblen, D. Fogel, J. Lowne, | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
|---|---|
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | R. Aleali (all Purdue), M. Gibson (Skadden) J. DelConte, K. McCafferty, A. DePalma (all AlixPartners) re: Project Catalyst. | |
| 07/17/20 | ADD | Review Rhodes contracts in preparation for Project Catalyst diligence requests. | 0.20 |
| 07/17/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), K. McCafferty (AlixPartners) re: Catalyst operations and supply chain diligence. | 1.20 |
| 07/17/20 | JD | Update latest professional fee tracker to provide to Davis Polk. | 0.80 |
| 07/17/20 | JD | Call with R. Schnitzler, J. Turner (both PJT), C. Robertson (Davis Polk), D. Lundie, R. Shamblen, D. Fogel, J. Lowne, R. Aleali (all Purdue), M. Gibson (Skadden) J. DelConte, K. McCafferty, A. DePalma (all AlixPartners) re: Project Catalyst. | 1.40 |
| 07/17/20 | JD | Call with R. Aleali (Purdue) re: Project Catalyst. | 0.20 |
| 07/17/20 | JD | Call with J. Turner, R. Schnitzler (both PJT), M. Gibson, R. Schlossberg (both Skadden), J. DelConte, K. McCafferty (both AlixPartners) re: Project Catalyst. | 0.60 |
| 07/17/20 | JD | Review updated responses to minimum cash diligence questions. | 0.30 |
| 07/17/20 | JD | Review updated joint distributable value presentation from the AHC and UCC. | 1.10 |
| 07/17/20 | JD | Correspondence with Davis Polk re: production materials. | 0.40 |
| 07/17/20 | NAS | Review new Mundipharma diligence materials provided by management/Huron. | 1.10 |
| 07/17/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review new version of Mundipharma business plan model. | 0.70 |
| 07/17/20 | NAS | Revisions to new version of Mundipharma model based on discussion with G. Koch (AlixPartners). | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 07/17/20 | GJK | Review updates Mundipharma diligence responses from S. Jamieson (Management Revisions). | 0.60 |
| 07/17/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review new version of Mundipharma business plan model. | 0.70 |
| 07/17/20 | GJK | Review revised Invokana documents provided by Mundipharma. | 2.50 |
| 07/18/20 | JD | Prepare and send around updated donations diligence response. | 0.60 |
| 07/18/20 | JD | Review and provide comments on diligence questions from AHC and UCC. | 0.50 |
| 07/19/20 | JD | Phone call and correspondence with J. McClammy (Davis Polk) and D. Levy and R. Aleali (both Purdue) re: donations. | 0.50 |
| 07/20/20 | JD | Call with R. Aleali (Purdue) re: open diligence items. | 0.20 |
| 07/20/20 | JD | Call with R. Aleali (Purdue) re: upcoming creditor presentation. | 0.40 |
| 07/20/20 | JD | Review comments from management re: donation info in order to update the diligence schedule. | 1.10 |
| 07/20/20 | JD | Review and edit responses to strategic review questions. | 0.70 |
| 07/20/20 | JD | Review initial draft of the management business update presentation for the UCC meeting on Monday. | 1.80 |
| 07/20/20 | JD | Review draft customer program reports to be posted to the data room. | 0.40 |
| 07/20/20 | JD | Update strategic issues responses memo for comments from Davis Polk and send it around for final review. | 0.90 |
| 07/20/20 | JD | Review latest draft distributable value presentation from the UCC and AHC. | 0.60 |
| 07/20/20 | NAS | Review new Mundipharma diligence materials provided by management. | 0.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 07/20/20 | NAS | Add product/market/region-level analyses to second iteration of Mundipharma business plan model. | 2.90 |
| 07/20/20 | NAS | Review LEK non-reliance letter and correspondence with internal Legal team. | 0.70 |
| 07/20/20 | NAS | Review prior price/volume data and Diabetes segment projections relative to latest Mundipharma model provided. | 1.20 |
| 07/20/20 | NAS | Add product-level benchmarking analyses to new iteration of Mundipharma business plan model. | 1.70 |
| 07/20/20 | GJK | Plan and coordinate for final diligence "push" in August including outline of key outstanding items and next steps. | 2.00 |
| 07/20/20 | GJK | Prep for Special Committee call re Settlement related items. | 1.00 |
| 07/20/20 | GJK | Review and coordinate with Legal re: the review of LEK non-reliance letter. | 0.70 |
| 07/20/20 | GJK | Review and create question list for Mundiapharma business model including revised management case data. | 0.80 |
| 07/20/20 | GJK | Review Mundipharma documents/answers provided to Advisors. | 1.50 |
| 07/20/20 | LJD | Review and comment on draft answers to board strategic questions. | 0.90 |
| 07/20/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), A. DePalma, and K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 1.00 |
| 07/20/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Review and redact documents in response to diligence request for Project Catalyst. | 1.00 |
| 07/20/20 | KM | Call with D. Fogel and W. Dinicola (both Purdue) re: | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
|-----|-------------------------------|
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | inventory planning reporting requirements and process. | |
| 07/20/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), A. DePalma, and K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 1.00 |
| 07/20/20 | KM | Planning re: project Catalyst VDR needs and inquiries. | 0.80 |
| 07/20/20 | KM | Analysis re: API month-end inventory. | 0.50 |
| 07/20/20 | KM | Coordinate responses re: project Catalyst. | 0.20 |
| 07/20/20 | KM | Analysis re: RT reports for VDR. | 1.10 |
| 07/20/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Review and redact documents in response to diligence request for Project Catalyst. | 1.00 |
| 07/20/20 | KM | Call with R. Schnitzler (PJT) re: term sheet response review. | 0.20 |
| 07/20/20 | KM | Manage VDR and inquires re: Project Catalyst round 2. | 0.70 |
| 07/20/20 | KM | Analysis and documentation re: project Catalyst. | 1.30 |
| 07/21/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, D. Fogel, W. DiNicola (all Purdue), A. DePalma, and K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 0.60 |
| 07/21/20 | KM | Call with D. Lundie (Purdue) and R. Schnitzler (PJT) re: project Catalyst messaging prep. | 0.50 |
| 07/21/20 | KM | Analysis and inquiry tracking re: RT environmental questions. | 1.00 |
| 07/21/20 | KM | Create report re: RT org structure for VDR. | 1.20 |
| 07/21/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, J. Lowne, K. McCarthy, R. Aleali (all Purdue), Skadden re: Catalyst APA Discussion. | 1.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/21/20 | KM | Analysis re: supply chain and inventory analysis. | 1.10 |
| 07/21/20 | KM | Call with D. Lundie (Purdue) and R. Schnitzler (PJT) re: call debrief. | 0.30 |
| 07/21/20 | KM | Call with D. Lundie (Purdue), R. Schnitzler (PJT), diligence team re: term sheet feedback. | 0.60 |
| 07/21/20 | KM | Analysis re: Project Catalyst proposal. | 0.40 |
| 07/21/20 | KM | Meeting with R. Schnitzler (PJT) re: term sheet feedback. | 0.60 |
| 07/21/20 | KM | Continue analysis re: Project Catalyst proposal. | 0.50 |
| 07/21/20 | KM | Meeting with R. Schnitzler (PJT) re: term sheet feedback. | 0.70 |
| 07/21/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst due diligence status update. | 0.30 |
| 07/21/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), R. Schnitzler, J. Wang, I. Mian (all PJT), D. Fogel, R. Shamblen, J. Doyle, W. DiNicola, and K. McCarthy (all Purdue) re: Project Catalyst VDR and diligence tracker. | 0.80 |
| 07/21/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, D. Fogel, W. DiNicola (all Purdue), A. DePalma, and K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 0.60 |
| 07/21/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst due diligence status update. | 0.30 |
| 07/21/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), R. Schnitzler, J. Wang, I. Mian (all PJT), D. Fogel, R. Shamblen, J. Doyle, W. DiNicola, and K. McCarthy (all Purdue) re: Project Catalyst VDR and diligence tracker. | 0.80 |
| 07/21/20 | LJD | Prepare for and attend special committee call (partial participation). | 1.10 |
| 07/21/20 | LJD | Review and discuss status deck for board meeting re: | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | settlement progress. | |
| 07/21/20 | GJK | Outline analysis for bridge/walk between Mundipharma business cases based on Mundipharma 2.0 model. | 2.50 |
| 07/21/20 | GJK | Plan follow up activity based on Special Committee and Advisor call including streamline version of draft interim report. | 1.50 |
| 07/21/20 | GJK | Call with J. O'Connell, J. Turner (both PJT), M. Huebner, E. Vonnegut, C. Robertson, B. Kaminetsky (all Davis Polk), G. Koch, HS Bhattal, J. DelConte and L. Donahue (all AlixPartners) re: go forward planning. | 0.60 |
| 07/21/20 | GJK | Call with Special Committee of Purdue Board to discuss Settlement related items. | 1.20 |
| 07/21/20 | GJK | Call with I McClatchey (Norton Rose) to discuss diligence process. | 0.30 |
| 07/21/20 | GJK | Call with G. Koch and N. Simon (both AlixPartners) to discuss developments in Mundipharma diligence process and current priorities. | 0.50 |
| 07/21/20 | GJK | Review question list to Mundipharma Treasurer and emails with N. Simon (AlixPartners) for follow up. | 0.70 |
| 07/21/20 | GJK | Walkthrough updates Mundi Model 2.0 from N Simon (AlixPartners). | 1.00 |
| 07/21/20 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: IAC discussion with the special committee. | 0.20 |
| 07/21/20 | NAS | Add benchmarking analyses for Gross Margin, Selling & Promotion, and Medical Affairs to Mundipharma model. | 3.20 |
| 07/21/20 | NAS | Call with G. Koch and N. Simon (both AlixPartners) to discuss developments in Mundipharma diligence process and current priorities. | 0.50 |
| 07/21/20 | NAS | Review and comment on agendas for upcoming diligence meetings. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/21/20 | NAS | Analyze unallocated costs for each P&L line in latest Mundipharma business plan. | 2.40 |
| 07/21/20 | JD | Review final AHC/UCC distributable value presentation. | 0.70 |
| 07/21/20 | JD | Review response from management on open AHC distributable value questions. | 0.40 |
| 07/21/20 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: IAC discussion with the special committee. | 0.20 |
| 07/21/20 | JD | Prepare for and participate in the special committee board meeting. | 1.40 |
| 07/21/20 | JD | Call with C. Landau, J. Lowne, M. Kesselman, M. Ronning, K. Gadski (all Purdue), J. Turner (PJT) re: OxyContin scenarios. | 0.60 |
| 07/21/20 | JD | Call with R. Aleali, S. Robertson (both Purdue) and J. Turner (PJT) re: Rebranding. | 0.40 |
| 07/21/20 | JD | Call with J. Turner (PJT) re: AHC/UCC presentation. | 0.30 |
| 07/21/20 | JD | Prepare updates professional fee payments to date slide for UCC presentation. | 0.70 |
| 07/21/20 | JD | Prepare responses to open Monitor diligence questions on the latest business plan presentation. | 1.20 |
| 07/22/20 | JD | Call with J. Lowne (Purdue) re: latest UCC deck. | 0.20 |
| 07/22/20 | JD | Participate in Purdue board meeting. | 1.30 |
| 07/22/20 | JD | Call with R. Aleali (Purdue) re: post board meeting follow ups. | 0.20 |
| 07/22/20 | JD | Review and provide comments on Purdue rebranding memo from S. Robertson (Purdue). | 0.70 |
| 07/22/20 | JD | Correspondence with PJT and management re: UCC call and prep scheduling. | 0.50 |
| 07/22/20 | JD | Correspondence with Davis Polk and management re: reporter inquiry on the MOR. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 07/22/20 | JD | Review MOR professional fees and investigate difference in cash versus accrual amounts. | 0.50 |
| 07/22/20 | JD | Call with M. Sharp (Purdue) re: reporter inquiry. | 0.20 |
| 07/22/20 | JD | Review and provide comments on draft memo re: creditor negotiations. | 0.60 |
| 07/22/20 | NAS | Review Purdue business plan update provided to UCC. | 0.70 |
| 07/22/20 | NAS | Analyze non-commercial region product financials in latest budget provided by Mundipharma management. | 1.10 |
| 07/22/20 | NAS | Review new Mundipharma diligence responses from S. Jamieson (Management Revisions) and note additional questions for 7/24 call. | 0.60 |
| 07/22/20 | NAS | Call with G. Koch and N. Simon (both AlixPartners) to review latest iteration of Mundipharma business plan model. | 1.50 |
| 07/22/20 | NAS | Review comments to Mundipharma diligence report provided by Counsel (DPW) and note follow-ups. | 1.00 |
| 07/22/20 | NAS | Build new Net Sales overview page in Mundipharma business plan model. | 0.60 |
| 07/22/20 | GJK | Call with G. Koch and N. Simon (both AlixPartners) to review latest iteration of Mundipharma business plan model. | 1.50 |
| 07/22/20 | GJK | Review comments from DPW on Mundipharma interim report. | 0.60 |
| 07/22/20 | GJK | Review and assessment of LAM region in light of executive departures (ongoing). | 2.00 |
| 07/22/20 | GJK | Walkthrough UCC deck update draft to prepare for UCC-Purdue meeting on Monday. | 2.50 |
| 07/22/20 | LJD | Prepare for and attend board call (partial participation). | 1.10 |
| 07/22/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (all Purdue), A. DePalma, and K. McCafferty (both | 1.00 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners) re: Catalyst operations and supply chain diligence. | |
| 07/22/20 | KM | Coordinate environmental diligence responses re: project Catalyst. | 1.40 |
| 07/22/20 | KM | Analysis re: RT crewing and capacity for Catalyst. | 1.30 |
| 07/22/20 | KM | Call with R. Schnitzler (PJT) re: project Catalyst process. | 0.40 |
| 07/22/20 | KM | Review and coordinate action items re: project Catalyst VDR. | 0.60 |
| 07/22/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, (all Purdue), A. DePalma, and K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 1.00 |
| 07/22/20 | KM | Call with R. Shamblen (Purdue) re: interview prep for Catalyst. | 0.50 |
| 07/22/20 | KM | Analysis re. value creation opportunities. | 1.60 |
| 07/23/20 | KM | Document edits and reporting re: RT org structure for Catalyst VDR. | 0.70 |
| 07/23/20 | KM | VDR management re: project Catalyst. | 0.50 |
| 07/23/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Review and redact documents in response to diligence request for Project Catalyst. | 1.70 |
| 07/23/20 | KM | Analysis re: inventory transition re: project Catalyst. | 0.50 |
| 07/23/20 | KM | Coordination of diligence visit re: project Catalyst. | 0.80 |
| 07/23/20 | KM | Analysis re: environmental diligence for Catalyst. | 1.20 |
| 07/23/20 | KM | Attend Advisors call with D. Lundie, R. Aleali, K. McCarthy (all Purdue), R. Schnitzler (PJT), K. McCafferty, J. DelConte (both AlixPartners), M. Gibson, and A. Gallogly (both Skadden) re: Project Catalyst transaction documents. | 0.50 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/23/20 | KM | Analysis re: excluded liabilities in transaction for project Catalyst. | 0.10 |
| 07/23/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), R. Schnitzler, J. Wang, I. Mian (all PJT), D. Fogel, R. Shamblen, J. Doyle, W. DiNicola, and K. McCarthy (all Purdue) re: Project Catalyst VDR and diligence tracker. | 0.90 |
| 07/23/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, W. DiNicola, D. Fogel (all Purdue), A. DePalma (AlixPartners) re: Catalyst operations and supply chain diligence. | 1.00 |
| 07/23/20 | KM | Analysis re: RT org structure for Catalyst VDR. | 0.30 |
| 07/23/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: VDR activity. | 0.70 |
| 07/23/20 | KM | Update VDR tracking re: project Catalyst. | 1.10 |
| 07/23/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: VDR activity. | 0.70 |
| 07/23/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), A. DePalma, and K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 1.00 |
| 07/23/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Review and redact documents in response to diligence request for Project Catalyst. | 1.70 |
| 07/23/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), R. Schnitzler, J. Wang, I. Mian (all PJT), D. Fogel, R. Shamblen, J. Doyle, W. DiNicola, and K. McCarthy (all Purdue) re: Project Catalyst VDR and diligence tracker. | 0.90 |
| 07/23/20 | LJD | Prepare for and attend board call (partial participation). | 1.10 |
| 07/23/20 | GJK | Call with J Turner (PJT) to discuss diligence report next steps. | 0.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/23/20 | GJK | Project management including reviewing and responding to G&A questions in model, responses from Huron, prep for call with Mundipharma CEO. | 1.50 |
| 07/23/20 | GJK | Review S Jamieson (Management Revisions) responses to open questions on financials. | 1.20 |
| 07/23/20 | GJK | Review and assessment of LAM region in light of executive departures (ongoing). | 2.50 |
| 07/23/20 | GJK | Review of growth product data provided by Huron. | 1.20 |
| 07/23/20 | NAS | Review new Mundipharma diligence responses from S. Jamieson (Management Revisions). | 1.70 |
| 07/23/20 | NAS | Revise Mundipharma business plan model to include new product, category, market, and region-level metrics. | 2.90 |
| 07/23/20 | NAS | Map different product classifications used by Mundipharma across data sources to have common methodology. | 1.60 |
| 07/23/20 | NAS | Update methodology notes and assumptions used in Mundipharma business plan model. | 0.90 |
| 07/23/20 | JD | Participate in Purdue board meeting. | 1.60 |
| 07/23/20 | JD | Call with M. Huebner (Davis Polk) re: reporter inquiry. | 0.20 |
| 07/23/20 | JD | Create analysis of professional fees to send to Davis Polk and management re: reporter inquiry. | 0.70 |
| 07/23/20 | JD | Attend Advisors call with D. Lundie, R. Aleali, K. McCarthy (all Purdue), R. Schnitzler (PJT), K. McCafferty, J. DelConte (both AlixPartners), M. Gibson, and A. Gallogly (both Skadden) re: Project Catalyst transaction documents. | 0.50 |
| 07/23/20 | JD | Call with M. Kesselman (Purdue) re: meeting schedules. | 0.20 |
| 07/23/20 | JD | Call with R. Aleali (Purdue) re: court follow up. | 0.20 |
| 07/23/20 | JD | Review analysis of professional fees post-petition from the company. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/23/20 | JD | Update latest strategic questions memo and send out update to Purdue management. | 0.80 |
| 07/23/20 | JD | Review and edit latest UCC presentation and send around to internal group for review prior to prep call tomorrow. | 0.70 |
| 07/24/20 | JD | Call with C. Landau, M. Kesselman, J. Lowne (Purdue), M. Huebner, E. Vonnegut, C. Robertson (Davis Polk), J. O'Connell, J. Turner (both PJT) re: UCC meeting prep. | 1.30 |
| 07/24/20 | JD | Prepare for and attend call with M. Atkinson (Province), L. Szlezinger, K. Sheridan (both Jefferies), R. Schnitzler, J. Turner (both PJT), J. DelConte, K. McCafferty (both AlixPartners) re: Project Catalyst update. | 0.60 |
| 07/24/20 | JD | Correspondence with PJT and management re: insurance liability post-petition per UCC diligence request. | 0.80 |
| 07/24/20 | JD | Correspondence with PJT and management re: strategic issues memo. | 0.30 |
| 07/24/20 | NAS | Call with M. Princen (Purdue), G. Koch, N. Simon (both AlixPartners), and other diligence advisors re: Mundipharma diligence. | 0.90 |
| 07/24/20 | NAS | Discussion with G. Koch, N. Simon (both AlixPartners) to share takeaways from call with Mundipharma CEO and discuss next steps. | 0.60 |
| 07/24/20 | NAS | Update notes and assumptions pages in revised Mundipharma business plan model. | 0.90 |
| 07/24/20 | NAS | Review new Invokana/Vokanamet market sizing model provided by Mundipharma. | 0.90 |
| 07/24/20 | NAS | Refine product classifications in Mundipharma business plan model and request further detail from company. | 0.60 |
| 07/24/20 | SJC | Review and redact documents from P drive in preparation for processing an upload to data room. | 4.00 |
| 07/24/20 | SJC | Continue to review and redact documents from P drive in | 4.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | preparation for processing an upload to data room. | |
| 07/24/20 | GJK | Review of Europe business plan based on discussion with Mundipharma CEO including potential refocusing of product categories. | 2.00 |
| 07/24/20 | GJK | Call with M. Princen (Purdue), G. Koch, N. Simon (both AlixPartners), and other diligence advisors re: Mundipharma diligence. | 0.90 |
| 07/24/20 | GJK | Plan and coordinate Mundipharma diligence re: report and model updates, including emails from Huron on timing. | 2.50 |
| 07/24/20 | GJK | Discussion with G. Koch and N. Simon (both AlixPartners) to share takeaways from call with Mundipharma CEO and discuss next steps. | 0.60 |
| 07/24/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: VDR updates. | 0.30 |
| 07/24/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, D. Fogel, W. DiNicola (all Purdue), A. DePalma, and K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 1.00 |
| 07/24/20 | KM | Communicate virtual site visit plan re: project Catalyst. | 0.40 |
| 07/24/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, D. Fogel, W. DiNicola (all Purdue), A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 1.00 |
| 07/24/20 | KM | Prepare guidelines for virtual site visit re: project Catalyst. | 1.40 |
| 07/24/20 | KM | Design virtual site visit proposal re: project Catalyst. | 0.60 |
| 07/24/20 | KM | Planning re: project Catalyst. | 0.20 |
| 07/24/20 | KM | Update VDR tracker re: project Catalyst. | 0.80 |
| 07/24/20 | KM | Meeting with D. Lundie, J. Lowne, K. McCarthy, R. Aleaxi (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly, | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | R. Schlossberg (all Skadden) re: project Catalyst catch-up. | |
| 07/24/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: VDR updates. | 0.30 |
| 07/24/20 | KM | Call with R. Schnitzler (PJT) re: edits to project Catalyst presentation to the Board. | 0.20 |
| 07/24/20 | KM | Call with M. Atkinson (Province), L. Szlezinger, K. Sheridan (both Jefferies), R. Schnitzler, J. Turner (both PJT), J. DelConte, K. McCafferty (both AlixPartners) re: Project Catalyst update. | 0.50 |
| 07/24/20 | KM | Meeting with R. Shamblen (Purdue), diligence team re: diligence interview. | 1.00 |
| 07/24/20 | KM | Meeting with D. Lundie, J. Lowne, K. McCarthy, R. Aleai (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly, R. Schlossberg (all Skadden) re: project Catalyst catch-up. | 1.00 |
| 07/24/20 | KM | Analysis re: revised volume forecast. | 0.70 |
| 07/25/20 | LJD | Review and comment on UCC deck. | 1.10 |
| 07/25/20 | JD | Correspondence with management, PJT and Davis Polk re: edits to the UCC deck for Monday. | 0.70 |
| 07/25/20 | JD | Correspondence with management, PJT and Davis Polk re: ability to share the UCC deck with all committee members. | 0.50 |
| 07/27/20 | JD | Call with J. O'Connell, J. Turner (both PJT), J. DelConte, H. Bhattal, L. Donahue (both AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), M. Kesselman, R. Aleali (both Purdue) RE: board strategic issue questions. | 0.70 |
| 07/27/20 | NAS | Review new Mundipharma diligence materials provided by management/Huron. | 0.70 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/27/20 | NAS | Further research into Mundipharma income statement items to ensure all appropriate lines are incorporated in model. | 2.90 |
| 07/27/20 | NAS | Correspondence with other Mundipharma diligence advisors re: latest requests for company. | 0.50 |
| 07/27/20 | NAS | Call with G. Koch (AlixPartners) re: findings from research into Mundipharma P&L structure. | 1.00 |
| 07/27/20 | LJD | Call with J. O'Connell, J. Turner (both PJT), J. DelConte, H. Bhattal, L. Donahue (both AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), M. Kesselman, R. Aleali (both Purdue) RE: board strategic issue questions. | 0.70 |
| 07/27/20 | LJD | Prepare for and attend call with M. Kesselman and M Heubner (both Purdue) re: board questions and issues | 0.40 |
| 07/27/20 | GJK | Call with N. Simon (AlixPartners) re: findings from research into Mundipharma P&L structure. | 1.00 |
| 07/27/20 | GJK | Working capital analysis and prep for call with Mundipharma Treasurer. | 2.50 |
| 07/27/20 | GJK | Review of updates Mundipharma Malta 2.0 model. | 0.80 |
| 07/27/20 | GJK | Comparison and analysis of updates to Malta Model 2.0 and original EY VDD. | 2.20 |
| 07/27/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Review outstanding diligence request redact documents in response to diligence request for Project Catalyst. | 1.10 |
| 07/27/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, J. Lowne, D. McGuire, K. McCarthy, R. Aleali (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst supply agreement discussion. | 1.60 |
| 07/27/20 | KM | Coordinate interested party diligence visits re: project | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Catalyst. | |
| 07/27/20 | KM | Structure response re: project Catalyst diligence questions. | 0.40 |
| 07/27/20 | KM | Review and establish virtual site visit guidelines re: project Catalyst. | 0.90 |
| 07/27/20 | KM | Design virtual site visit platform re: project Catalyst. | 1.50 |
| 07/27/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: APR redactions. | 0.80 |
| 07/27/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst supply agreements management. | 0.30 |
| 07/27/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 0.80 |
| 07/27/20 | KM | Update VDR re: project Catalyst. | 0.10 |
| 07/27/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst daily updates. | 0.90 |
| 07/27/20 | KM | Create and circulate trackers to all bidders re: project Catalyst. | 0.80 |
| 07/27/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst supply agreements management. | 0.80 |
| 07/27/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst supply agreements management. | 0.30 |
| 07/27/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Review outstanding | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | diligence request redact documents in response to diligence request for Project Catalyst. | |
| 07/27/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 0.80 |
| 07/27/20 | ADD | Compile bank statements provided by Purdue's accounting service provider TXP for Purdue's accounting team review. | 1.50 |
| 07/28/20 | ADD | Compile additional historical bank statements provided by Purdue's accounting service provider TXP for Purdue's accounting team review and transfer files to file transfer program. | 1.40 |
| 07/28/20 | ADD | Meeting with D. Fogel, R. Shamblen, J. Doyle, W. DiNicola, K. McCarthy (all Purdue), R. Schnitzler, J. Wang, I. Mian (all PJT), K. McCafferty, and A. DePalma (both AlixPartners) re: project Catalyst VDR. | 0.50 |
| 07/28/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), re: Project Catalyst due diligence status update. | 0.20 |
| 07/28/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst status update meeting. | 0.30 |
| 07/28/20 | KM | Analysis re: site visit strategy for Catalyst. | 1.00 |
| 07/28/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst daily updates. | 0.50 |
| 07/28/20 | KM | Call with A. DePalma and K. McCafferty (AlixPartners) re: Project Catalyst due diligence status update. | 0.20 |
| 07/28/20 | KM | Call with D. Lundie (Purdue) re: project Catalyst legal | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | progress. | |
| 07/28/20 | KM | Analysis and VDR updates re: project Catalyst. | 1.10 |
| 07/28/20 | KM | Meeting with D. Fogel, R. Shamblen, J. Doyle, W. DiNicola, K. McCarthy (all Purdue), R. Schnitzler, J. Wang, I. Mian (all PJT), and A. DePalma (AlixPartners) re: project Catalyst VDR. | 0.50 |
| 07/28/20 | KM | Prepare for and attend meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), and A. DePalma (AlixPartners) re: Catalyst operations and supply chain diligence. | 0.50 |
| 07/28/20 | KM | Review Supply agreement re: project Catalyst. | 0.70 |
| 07/28/20 | KM | Analysis and preparation re: EHS and diligence site visits for project Catalyst. | 1.80 |
| 07/28/20 | KM | Meeting with R. Schnitzler (PJT) diligence team re: Catalyst offer feedback. | 0.30 |
| 07/28/20 | KM | VDR updates re: project Catalyst. | 0.40 |
| 07/28/20 | GJK | Review and walkthrough of updates to Malta 2.0 model and inclusions into EBITDA including EY VDD, work ok tie into potential cash flows. | 2.00 |
| 07/28/20 | GJK | Review of transaction perimeter and settlement framework language as it relates to Mundipharma joint ventures. | 0.80 |
| 07/28/20 | GJK | Coordinate work stream activities, including exchanges with Province and FTI on state of diligence and next steps/priority open items. | 2.60 |
| 07/28/20 | GJK | Calls with N. Simon (AlixPartners) to discuss takeaways from D. Jefferies (Mundipharma) meeting and review current draft of business plan model. | 1.00 |
| 07/28/20 | GJK | Call with J Turner (PJT) re: call with Province and FTI on current state of Mundipharma diligence responses. | 0.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/28/20 | NAS | Prepare for diligence call with D. Jefferies (Mundipharma Treasurer). | 0.30 |
| 07/28/20 | NAS | Calls with G. Koch (AlixPartners) to discuss takeaways from D. Jefferies (Mundipharma) meeting and review current draft of business plan model. | 1.00 |
| 07/28/20 | NAS | Arrange source data in Mundipharma business plan model to run more efficiently. | 1.90 |
| 07/28/20 | NAS | Build product category standalone P&Ls in revised Mundipharma business plan model. | 2.80 |
| 07/29/20 | NAS | Call with G. Koch (AlixPartners) to discuss current version of Mundipharma business plan model and next steps. | 0.40 |
| 07/29/20 | NAS | Build business line-level standalone scenario in Mundipharma business plan model. | 1.20 |
| 07/29/20 | NAS | Refine allocation methodology in Mundipharma business plan model for standalone scenarios. | 2.10 |
| 07/29/20 | NAS | Revise Mundipharma business plan model to include category and business line-level standalone scenarios. | 2.20 |
| 07/29/20 | NAS | Build check function for category standalone scenarios in Mundipharma business plan model. | 1.10 |
| 07/29/20 | JD | Follow up correspondence with management, PJT and Davis Polk RE: business development deal. | 0.50 |
| 07/29/20 | GJK | Prepare for call with Management Revisions and walkthrough of open items to be addressed by S. Jamieson (Management Revisions). | 2.00 |
| 07/29/20 | GJK | Call with N. Simon (AlixPartners) to discuss current version of Mundipharma business plan model and next steps. | 0.40 |
| 07/29/20 | GJK | Review of VDD relative to Malta 2.0 model categories. | 2.60 |
| 07/29/20 | GJK | Review of Consumer Health VDD to compare against implied Consumer Health categorization in Malta model. | 2.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/29/20 | LJD | Call with M. Kesselman (Purdue) re: Board Meeting. | 0.30 |
| 07/29/20 | LJD | Call with K Buckfire (board member) and M. Kesselman (Purdue) re: board meeting and outstanding issues. | 0.30 |
| 07/29/20 | LJD | Review draft board deck and comment. | 0.70 |
| 07/29/20 | KM | Analysis and review of site surveys re: project Catalyst. | 0.70 |
| 07/29/20 | KM | Call with D. Lundie (Purdue), R. Schnitzler (PJT) re: response for project Catalyst. | 0.30 |
| 07/29/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst Supply Agreement. | 1.00 |
| 07/29/20 | KM | Update virtual site documentation re: interested party specific requests. | 0.40 |
| 07/29/20 | KM | Update diligence requests and tracker re: project Catalyst. | 0.30 |
| 07/29/20 | KM | Upload and edit site visit documents re: project Catalyst. | 2.30 |
| 07/29/20 | KM | Create site visit documents re: project Catalyst. | 1.50 |
| 07/29/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (Rhodes), A. DePalma (AlixPartners) re: Catalyst operations and supply chain diligence. | 0.50 |
| 07/29/20 | KM | Prepare response re: proposal. | 0.50 |
| 07/29/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst daily updates. | 1.00 |
| 07/29/20 | KM | Review long form documents re: project Catalyst. | 0.80 |
| 07/29/20 | ADD | Prepare and upload documentation to AlixPartners eDiscovery team for upload to Relativity. | 0.80 |
| 07/29/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (all | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Purdue), A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst status update meeting. | |
| 07/30/20 | ADD | Meeting with A. Nadeau, (Purdue), A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst operations and virtual site visit preparations. | 1.80 |
| 07/30/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst status update meeting. | 0.50 |
| 07/30/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, and A. Gallogly (both Skadden) re: project Catalyst Supply Agreement. | 1.50 |
| 07/30/20 | KM | Update diligence progress re: project Catalyst. | 0.60 |
| 07/30/20 | KM | Coordinate and communicate re: project Catalyst diligence. | 0.60 |
| 07/30/20 | KM | Call with R. Schnitzler (PJT) re: project Catalyst coordination for interested party diligence. | 0.10 |
| 07/30/20 | KM | Review of additional site visit photos re: project Catalyst. | 0.70 |
| 07/30/20 | KM | Call with A. Nadeau (Purdue) re: virtual site visit for project Catalyst. | 1.10 |
| 07/30/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), A. DePalma, and K. McCafferty (both AlixPartners) re: Catalyst status update meeting. | 0.50 |
| 07/30/20 | KM | Update environmental diligence requests re: project Catalyst. | 0.90 |
| 07/30/20 | KM | Create virtual visit overview and tour route map re: project Catalyst. | 0.80 |
| 07/30/20 | KM | Meeting with A. Nadeau (Purdue), A. DePalma, and K. McCafferty (both AlixPartners) re: Catalyst operations and virtual site visit preparations. | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/30/20 | KM | Participate in Purdue BOD meeting (partial participation). | 0.40 |
| 07/30/20 | JD | Call with M. Huebner (Davis Polk) RE: UCC meeting recap. | 0.10 |
| 07/30/20 | JD | Review board material pre-reads in advance of board call. | 0.80 |
| 07/30/20 | LJD | Prepare for and attend Purdue board meeting (partial participation). | 3.50 |
| 07/30/20 | LJD | Review and comment on chart for board strategic questions. | 0.40 |
| 07/30/20 | GJK | Walkthrough of updates to Malta 2.0 model and outline comparative approaches to bridging to previous base case. | 2.00 |
| 07/30/20 | GJK | Review of revised standalone cases in Mundipharma business plan model with N. Simon (AlixPartners). | 0.60 |
| 07/30/20 | GJK | Plan and coordinate next steps in diligence process based on week's calls and proposed timeline for release of new information. | 2.40 |
| 07/30/20 | GJK | Call with N. Simon (AlixPartners) to review takeaways from diligence meeting with S. Jamieson (Management Revisions). | 0.50 |
| 07/30/20 | JD | Participate in PPI Board meeting. | 4.70 |
| 07/30/20 | JD | Participate in final session of PPI Board meeting. | 1.00 |
| 07/30/20 | JD | Correspondence with management RE: business development deal follow ups. | 0.20 |
| 07/30/20 | JD | Review final board strategic issues draft from PJT. | 0.70 |
| 07/30/20 | NAS | Review of revised standalone cases in Mundipharma business plan model with G. Koch (AlixPartners). | 0.60 |
| 07/30/20 | NAS | Consolidate and review notes/follow-ups from meetings with S. Jamieson (Management Revisions) and other Mundipharma diligence advisors (FTI, Province). | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| 07/30/20 | NAS | Compare EY Consumer Health VDD report to latest model and revise allocation methodologies as appropriate. | 2.90 |
| 07/30/20 | NAS | Call with G. Koch (AlixPartners) to review takeaways from diligence meeting with S. Jamieson (Management Revisions). | 0.50 |
| 07/31/20 | JD | Call with J. DelConte, G. Koch, N. Simon (AlixPartners), J. Turner (PJT), R. Schnitzler (PJT), J. Arsic (PJT), and I. Mian (PJT) to provide update on information received during 7/30 discussion with FTI and Province. | 0.50 |
| 07/31/20 | NAS | Coordination with other Mundipharma diligence advisors re: current status of diligence process. | 0.50 |
| 07/31/20 | NAS | Call with G. Koch (AlixPartners) to review Consumer Health figures in latest Mundipharma business plan model relative to EY VDD. | 0.40 |
| 07/31/20 | NAS | Call with J. DelConte, G. Koch, N. Simon (AlixPartners), J. Turner (PJT), R. Schnitzler (PJT), J. Arsic (PJT), and I. Mian (PJT) to provide update on information received during 7/30 discussion with FTI and Province. | 0.50 |
| 07/31/20 | NAS | Compare latest draft of Mundipharma business plan model to version used in prior iteration of report. | 0.50 |
| 07/31/20 | GJK | Call with J. DelConte, G. Koch, N. Simon (AlixPartners), J. Turner (PJT), R. Schnitzler (PJT), J. Arsic (PJT), and I. Mian (PJT) to provide update on information received during 7/30 discussion with FTI and Province. | 0.50 |
| 07/31/20 | GJK | Call with N. Simon (AlixPartners) to review Consumer Health figures in latest Mundipharma business plan model relative to EY VDD. | 0.40 |
| 07/31/20 | GJK | Plan for updates to Mundipharma review deck. | 1.50 |
| 07/31/20 | GJK | Review of interim Mundipharma report and back up detail related to other Financial Advisor challenges with developing reports. | 1.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 07/31/20 | LJD | Call with M Kesselman (Purdue) re: board meeting. | 0.40 |
| 07/31/20 | JD | Review docket for recently filed fee apps to update latest professional fee tracker for Davis Polk. | 0.60 |
| 07/31/20 | JD | Review materials created and provided to the UCC RE: opioid scenarios. | 1.20 |
| 07/31/20 | KM | Editing re: project Catalyst site tour agenda and plan. | 0.50 |
| 07/31/20 | KM | Create presentation documents re: virtual site visit for project Catalyst. | 1.40 |
| 07/31/20 | KM | Coordinate VDR updates with Rhodes Operations and Finance re: project Catalyst. | 0.80 |
| 07/31/20 | KM | Call with A. Soma (Purdue) and A. DePalma (AlixPartners) re: manufacturing presentation materials for virtual site tour. | 0.70 |
| 07/31/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), and A. DePalma (AlixPartners) re: Catalyst operations and supply chain diligence. | 1.50 |
| 07/31/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, and A. Gallogly (both Skadden) re: project Catalyst daily updates. | 1.00 |
| 07/31/20 | KM | Analysis and presentation prep re: virtual site visit for project Catalyst. | 1.80 |
| 07/31/20 | ADD | Call with A. Soma (Purdue) and K. McCafferty (AlixPartners) re: manufacturing presentation materials for virtual site tour. | 0.70 |
| 08/03/20 | KM | Create and populate site visit folder re: virtual site visits. | 0.90 |
| 08/03/20 | KM | Coordinate retained liabilities analysis re: diligence request. | 0.10 |
| 08/03/20 | KM | Edit and augment Building 5 and 7 site visit materials re: project Catalyst. | 1.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 08/03/20 | KM | Call with A. Nadeau (Purdue) re: project Catalyst virtual tour of warehousing and upper mill. | 1.00 |
| 08/03/20 | KM | Analysis and presentation creation re: Upper Mill site tour for project Catalyst. | 0.80 |
| 08/03/20 | KM | Meeting with J. Doyle, K. McCarthy (both Purdue), M. Gibson (Skadden), A. DePalma, K. McCafferty (both AlixPartners) re: project Catalyst assigned contracts plan. | 0.70 |
| 08/03/20 | KM | Analysis re: project Catalyst supply contracts. | 0.50 |
| 08/03/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), A. DePalma. K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 1.50 |
| 08/03/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: contract review and process. | 0.10 |
| 08/03/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst daily updates. | 0.90 |
| 08/03/20 | KM | Coordinate VDR updates with Rhodes Operations and Finance re: project Catalyst. | 0.40 |
| 08/03/20 | KM | Prepare presentation documents re: virtual site visit for project Catalyst. | 2.40 |
| 08/03/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: contract review and process. | 0.10 |
| 08/03/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), A. DePalma. K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 1.50 |
| 08/03/20 | ADD | Meeting with J. Doyle, K. McCarthy (both Purdue), M. Gibson (Skadden), A. DePalma, K. McCafferty (both | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners) re: project Catalyst assigned contracts plan. | |
| 08/03/20 | JD | Update and check latest attrition data. | 0.50 |
| 08/03/20 | LJD | Review staffing and work on transition plan | 0.70 |
| 08/03/20 | LJD | Call with M. Kesselman (Purdue) re: case status update. | 0.30 |
| 08/03/20 | LJD | Call with K. Buckfire - board member RE: update on case progress. | 0.50 |
| 08/03/20 | GJK | Prepare for walkthrough of Mundipharma report and adjustments, including outlining outstanding information needs. | 1.50 |
| 08/03/20 | GJK | Coordinate and follow up on Mundipharma diligence. | 1.50 |
| 08/03/20 | GJK | Prep for PJT, DPW call. | 0.30 |
| 08/03/20 | GJK | Review Mundipharma report re: potential walkthrough of process with other advisors. | 1.50 |
| 08/03/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: current Mundipharma diligence priorities. | 0.30 |
| 08/03/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to determine necessary updates within first four sections of Mundipharma diligence report. | 2.10 |
| 08/03/20 | GJK | Call with J. Turner, J. Arsic (both PJT), G. Koch, N. Simon, J. DelConte (all AlixPartners), C. Robertson, C. Oluwole, A. Lutchen (Davis Polk) re: Mundipharma diligence update. | 0.60 |
| 08/03/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review takeaways from discussion with PJT and DPW and discuss implications for Mundipharma diligence process. | 0.40 |
| 08/03/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: current Mundipharma diligence priorities. | 0.30 |
| 08/03/20 | NAS | Review notes and follow up items from prior discussions with other Mundipharma diligence advisors. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/03/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to determine necessary updates within first four sections of Mundipharma diligence report. | 2.10 |
| 08/03/20 | NAS | Call with J. Turner, J. Arsic (both PJT), G. Koch, N. Simon, J. DelConte (all AlixPartners), C. Robertson, C. Oluwole, A. Lutchen (Davis Polk) re: Mundipharma diligence update. | 0.60 |
| 08/03/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review takeaways from discussion with PJT and DPW and discuss implications for Mundipharma diligence process. | 0.40 |
| 08/03/20 | NAS | Review raw data provided by Mundipharma to ensure that all product/market pairs have cost information. | 1.50 |
| 08/03/20 | JD | Review weekly IMS data prior to posting. | 0.40 |
| 08/03/20 | JD | Review opioid sensitivity case back up data. Review commentary from PJT re: same. | 0.60 |
| 08/03/20 | JD | Review final files that are responsive to UCC opioid case diligence questions. | 0.70 |
| 08/03/20 | JD | Call with P. Strassburger (Purdue) re: upcoming advisory committee meeting. | 0.30 |
| 08/03/20 | JD | Call with E. Vonnegut (Davis Polk) re: claims process. | 0.20 |
| 08/03/20 | JD | Call with J. Turner, J. Arsic (both PJT), G. Koch, N. Simon, J. DelConte (all AlixPartners), C. Robertson, C. Oluwole, A. Lutchen (Davis Polk) re: Mundipharma diligence update. | 0.60 |
| 08/03/20 | JD | Correspondence with management re: professional fee payments. | 0.30 |
| 08/03/20 | JD | Review and mark-up distributable value presentation so that it can be shared with market participants from the UCC. | 1.20 |
| 08/04/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review | 1.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | necessary revisions to prior draft of Mundipharma diligence report. |  |
| 08/04/20 | NAS | Analyze product/market-level variances between latest Mundipharma sales forecast and prior price/volume data. | 2.10 |
| 08/04/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review necessary revisions to prior draft of Mundipharma diligence report. | 1.60 |
| 08/04/20 | GJK | Review documents and outstanding country level items and Canada projections and outstanding questions. | 2.30 |
| 08/04/20 | GJK | Analyze working capital and excess cash needs at Mundipharma. | 1.80 |
| 08/04/20 | LJD | Call with L. Donahue and J. DelConte (both AlixPartners) re: post weekly professionals call planning. | 0.50 |
| 08/04/20 | JD | Review updated bridges for the various OxyContin scenarios. | 0.70 |
| 08/04/20 | JD | Call with P. Strassburger, R. Fanelli (both Purdue) and P. Mathers (Kleinfield Kaplan) re: adcom. | 0.50 |
| 08/04/20 | JD | Correspondence with M. Kesselman (Purdue) re: responses to UCC questions on the AdCom. | 0.60 |
| 08/04/20 | JD | Review presentation presented to the shareholders in order to prepare a bridge to the latest business plan. | 1.20 |
| 08/04/20 | ADD | Meeting with J. Doyle, K. McCarthy (both Purdue), M. Gibson (Skadden) and A. DePalma, K. McCarthy (both AlixPartners) re: project Catalyst assigned contracts plan. | 0.80 |
| 08/04/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (Purdue), A. DePalma, K. McCarthy (AlixPartners) re: Catalyst operations and supply chain diligence. | 0.50 |
| 08/04/20 | ADD | Meeting with D. Fogel, R. Shamblen, J. Doyle, W. DiNicola, K. McCarthy (all Purdue), R. Schnitzler, J. Wang, I. Mian (both PJT), A. DePalma, K. McCafferty (both | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                       Business Analysis & Operations
Client/Matter #           012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners) re: project Catalyst VDR. | |
| 08/04/20 | KM | Review, edit and upload VDR documents re: project Catalyst. | 0.40 |
| 08/04/20 | KM | Analysis re: payroll, benefits and taxes in support of Catalyst. | 0.60 |
| 08/04/20 | KM | Call with R. Schnitzler (PJT) re: diligence process and management. | 0.20 |
| 08/04/20 | KM | Create virtual site visit tour materials re: RTC and grounds and Building 9. | 1.10 |
| 08/04/20 | KM | Create virtual site visit tour materials re: RTC and grounds. | 2.20 |
| 08/04/20 | KM | Review and analysis re: supply agreement diligence for Catalyst. | 1.10 |
| 08/04/20 | KM | Meeting with D. Fogel, R. Shamblen, J. Doyle, W. DiNicola, K. McCarthy (all Purdue), R. Schnitzler, J. Wang, I. Mian (both PJT), A. DePalma, K. McCafferty (both AlixPartners) re: project Catalyst VDR. | 0.50 |
| 08/04/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (Purdue), A. DePalma, K. McCarthy (AlixPartners) re: Catalyst operations and supply chain diligence. | 0.50 |
| 08/04/20 | KM | Coordinate site visits re: project Catalyst. | 0.10 |
| 08/04/20 | KM | Meeting with J. Doyle, K. McCarthy (both Purdue), M. Gibson (Skadden) and A. DePalma, K. McCarthy (both AlixPartners) re: project Catalyst assigned contracts plan. | 0.80 |
| 08/04/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst daily updates. | 0.60 |
| 08/04/20 | KM | Create Grounds overview presentation re: virtual site visit. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/04/20 | KM | Analysis re: supply agreements for diligence. | 1.10 |
| 08/05/20 | KM | Analysis re: projected inventory coverage for Catalyst. | 0.60 |
| 08/05/20 | KM | Meeting with D. Lundie, D. Fogel, J. Doyle, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: review of project Catalyst bidders questions. | 1.00 |
| 08/05/20 | KM | Analysis and editing re: virtual site tour for project Catalyst. | 1.50 |
| 08/05/20 | KM | Review, edit and upload VDR documents re: project Catalyst. | 1.00 |
| 08/05/20 | KM | Call with D. Fogel (Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: compensation, payroll and benefits re: project Catalyst. | 0.60 |
| 08/05/20 | KM | Call with J. Doyle, K. McCarthy (both Purdue), M. Gibson, A. Gallogly (both Skadden), A. DePalma, K. McCafferty (both AlixPartners) re: assigned contracts workplan and activities. | 1.00 |
| 08/05/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 1.00 |
| 08/05/20 | KM | Meeting with J. DelConte, K. McCafferty, A. DePalma (all AlixPartners) re: cure costs. | 0.50 |
| 08/05/20 | KM | Call with D. Lundie (Purdue) re: project Catalyst. | 0.30 |
| 08/05/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst daily updates. | 0.70 |
| 08/05/20 | KM | Coordinate supply agreement review re: diligence in support of project Catalyst. | 0.60 |
| 08/05/20 | KM | Virtual site visit document editing re: project Catalyst. | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 08/05/20 | ADD | Research Purdue client repositories and prior efforts to compile material contracts. | 1.40 |
| 08/05/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 1.00 |
| 08/05/20 | ADD | Call with J. Doyle, K. McCarthy (both Purdue), M. Gibson, A. Gallogly (both Skadden), A. DePalma, K. McCafferty (both AlixPartners) re: assigned contracts workplan and activities. | 1.00 |
| 08/05/20 | ADD | Call with D. Fogel (Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: compensation, payroll and benefits re: project Catalyst. | 0.60 |
| 08/05/20 | ADD | Meeting with J. DelConte, K. McCafferty, A. DePalma (all AlixPartners) re: cure costs. | 0.50 |
| 08/05/20 | ADD | Call with K. McCarthy, B. Miller (both Purdue), A. Lele, W. Taylor, E. Diggs, C. Robertson (all Davis Polk), J. DelConte and A. DePalma (both AlixPartners) re: material contracts. | 0.60 |
| 08/05/20 | JD | Catch up call with R. Aleali (Purdue) re: open diligence items. | 0.30 |
| 08/05/20 | JD | Catch up call with J. DelConte and G. Koch (both AlixPartners) re: Mundipharma diligence. | 0.20 |
| 08/05/20 | JD | Call with K. McCarthy, B. Miller (both Purdue), A. Lele, W. Taylor, E. Diggs, C. Robertson (all Davis Polk), J. DelConte and A. DePalma (both AlixPartners) re: material contracts. | 0.60 |
| 08/05/20 | JD | Meeting with J. DelConte, K. McCafferty, A. DePalma (all AlixPartners) re: cure costs. | 0.50 |
| 08/05/20 | JD | Review materials to produce to the UCC re: AdCom. Correspondence with Davis Polk re: same. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
|---|---|
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/05/20 | JD | Draft biweekly agenda for the professionals call tomorrow. | 0.40 |
| 08/05/20 | JD | Review list of critical vendors per request from Davis Polk. | 0.50 |
| 08/05/20 | JD | Review Project Catalyst diligence request questions. | 0.40 |
| 08/05/20 | JD | Review list of material contracts to provide to Davis Polk. | 1.50 |
| 08/05/20 | JD | Review final details re: UCC insurance diligence response. | 0.30 |
| 08/05/20 | GJK | Calls with G. Koch, N. Simon (both AlixPartners) re: latest developments in Purdue case and current status of Mundipharma diligence. | 0.90 |
| 08/05/20 | GJK | Catch up call with J. DelConte and G. Koch (both AlixPartners) re: Mundipharma diligence. | 0.20 |
| 08/05/20 | GJK | Call with I. McClatchey (Norton Rose) re: Mundipharma diligence. | 1.10 |
| 08/05/20 | GJK | Follow up planning on diligence based on Norton Rose discussion. | 0.80 |
| 08/05/20 | GJK | Analyze major movements in cost structure between COGS and review previous Tech Ops presentation and VDD comments. | 2.50 |
| 08/05/20 | GJK | Identify potential cost reduction impact areas from reducing footprint. | 1.20 |
| 08/05/20 | NAS | Calls with G. Koch, N. Simon (both AlixPartners) re: latest developments in Purdue case and current status of Mundipharma diligence. | 0.90 |
| 08/05/20 | NAS | Review press coverage about new reported DOJ Purdue charges. | 0.50 |
| 08/05/20 | NAS | Finalize revised sales forecast vs. price/volume comparison and provide summary to G. Koch (AlixPartners). | 0.80 |
| 08/06/20 | JD | Call with K. McCafferty, J. DelConte (both AlixPartners), R. Schnitzler, J. Wang (both PJT), M. Gibson, R. | 0.70 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100    F 214.647.7501
Dallas, TX 75201    alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Business Analysis & Operations
Client/Matter #              012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Schlossberg, A. Gallogly (all Skadden), D. Lundie, K. McCarthy (both Purdue) re: Project Catalyst. | |
| 08/06/20 | JD | Call with P. Strassburger, R. Fanelli (both Purdue) and P. Mathers (Kleinfield) re: AdCom presentation. | 0.50 |
| 08/06/20 | JD | Review and provide comments on latest draft KEIP/KERP motion. | 1.20 |
| 08/06/20 | JD | Review latest draft KEIP/KERP LTRP analysis. Update analysis from last year for 2021 and 2022. | 2.70 |
| 08/06/20 | JD | Finalize initial list of material contracts to provide to Davis Polk to review. | 0.80 |
| 08/06/20 | JD | Correspondence with M. Kesselman (Purdue) and M. Huebner (Davis Polk) re: questions from the UCC on Suboxone. | 0.60 |
| 08/06/20 | JD | Review updated materials from the company re: AdCom. | 0.50 |
| 08/06/20 | JD | Review AdCom executive summary to potentially share with the UCC. | 0.40 |
| 08/06/20 | IA | Call with J. Tran (Avrio) re: process for updating monthly dashboard and pushing through July results. | 1.20 |
| 08/06/20 | GJK | Draft updates to Key Finding slides for Mundipharma report based on CEO transformation initiatives. | 2.00 |
| 08/06/20 | GJK | Outline revisions to Mundipharma report potential risk adjustments. | 2.50 |
| 08/06/20 | GJK | Outline new sections for updated Mundipharma report. | 2.00 |
| 08/06/20 | GJK | Review Mundipharma PV data variance analysis. | 0.50 |
| 08/06/20 | LJD | Prepare for and attend coordination call with Prime Clerk | 0.30 |
| 08/06/20 | LJD | Prepare for and attend call with team re: claims reconciliation process and staffing | 0.20 |
| 08/06/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (Purdue), A. DePalma, K. McCafferty (AlixPartners) re: virtual site | 0.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | visit practice and tech check. | |
| 08/06/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: cure costs for term sheets. | 0.50 |
| 08/06/20 | ADD | Meeting with R. Shamblen, A. Soma, R. Deady, A. Nadeau (all Purdue), K. McCafferty, A. DePalma (both AlixPartners), Ramboll diligence team re: Catalyst Phase I site interview. | 2.50 |
| 08/06/20 | ADD | Call with J. Doyle, K. McCarthy (both Purdue), M. Gibson, A. Gallogly (both Skadden), A. DePalma, K. McCafferty (both AlixPartners) re: assigned contracts workplan and activities. | 0.80 |
| 08/06/20 | ADD | Call with W. DiNicola (Purdue), A. DePalma, K. McCafferty (AlixPartners) re: payroll-benefits-pension-taxes diligence inquiry. | 0.50 |
| 08/06/20 | KM | Review, edit and upload VDR documents re: project Catalyst. | 0.30 |
| 08/06/20 | KM | Communication with third party re: virtual site tour. | 0.30 |
| 08/06/20 | KM | Call with W. DiNicola (Purdue), A. DePalma, K. McCafferty (AlixPartners) re: payroll-benefits-pension-taxes diligence inquiry. | 0.50 |
| 08/06/20 | KM | Prepare support materials re:  molecules of interest on virtual visit. | 0.20 |
| 08/06/20 | KM | Call with J. Doyle, K. McCarthy (both Purdue), M. Gibson, A. Gallogly (both Skadden), A. DePalma, K. McCafferty (both AlixPartners) re: assigned contracts workplan and activities. | 0.80 |
| 08/06/20 | KM | Meeting with D. Lundie, D. Fogel, K. McCarthy (all Purdue), R. Schnitzler (PJT), third party diligence team re: business diligence inquiries. | 0.50 |
| 08/06/20 | KM | Meeting with D. Lundie, D. Fogel, K. McCarthy (all | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Purdue), R. Schnitzler (PJT) re: preparation for third party business diligence call. | |
| 08/06/20 | KM | Meeting with R. Shamblen, A. Soma, R. Deady, A. Nadeau (all Purdue), K. McCafferty, A. DePalma (both AlixPartners), Ramboll diligence team re: Catalyst Phase I site interview. | 2.50 |
| 08/06/20 | KM | Prepare presentation re: Phase I diligence meeting. | 0.40 |
| 08/06/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: cure costs for term sheets. | 0.50 |
| 08/06/20 | KM | Update documents re: virtual site visit for Catalyst. | 0.30 |
| 08/06/20 | KM | Call with K. McCafferty, J. DelConte (both AlixPartners), R. Schnitzler, J. Wang (both PJT), M. Gibson, R. Schlossberg, A. Gallogly (all Skadden), D. Lundie, K. McCarthy (both Purdue) re: Project Catalyst. | 0.70 |
| 08/06/20 | KM | Call with R. Schnitzler (PJT), M. Gibson, A. Gallogly (Skadden), diligence team re: project Catalyst transaction documents. | 0.80 |
| 08/06/20 | KM | Call with R. Schnitzler (PJT), M. Gibson, A. Gallogly (Skadden), diligence team re: project Catalyst transaction documents. | 0.50 |
| 08/06/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst daily updates. | 0.90 |
| 08/06/20 | KM | Analysis re: cure costs for project Catalyst. | 0.40 |
| 08/06/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (Purdue), A. DePalma, K. McCafferty (AlixPartners) re: virtual site visit practice and tech check. | 0.60 |
| 08/06/20 | KM | Analysis and editing re: virtual site tour for project Catalyst. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/07/20 | KM | Analysis re: materials agreements for project Catalyst. | 0.70 |
| 08/07/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: project Catalyst material agreements schedules. | 1.30 |
| 08/07/20 | KM | Call with R. Shamblen (Purdue) re: project Catalyst site visit debrief. | 0.10 |
| 08/07/20 | KM | Continue virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: project Catalyst material agreements schedules. | 0.30 |
| 08/07/20 | KM | Meeting with K. McCarthy (Purdue), PJT, M. Gibson (Skadden), A. DePalma, K. McCafferty (both AlixPartners) re: project Catalyst material agreements schedules. | 1.20 |
| 08/07/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson (Skadden),K. McCafferty, A. DePalma (both AlixPartners) re: project Catalyst APA schedules. | 0.80 |
| 08/07/20 | KM | Call with J. Lieberman (SK Capital), R. Schnitzler (PJT), A. DePalma, K. McCafferty (both AlixPartners) re: diligence follow up. | 0.50 |
| 08/07/20 | KM | Virtual Site Visit with D. Lundie, D. Fogel, R. Shamblen, A. Soma, A. Nadeau, W. DiNicola (all Purdue), R. Schnitzler (PJT), A. DePalma, K. McCafferty, J. DelConte (all AlixPartners), Bidder diligence team re: Rhodes Technologies plant tour part 2. | 1.50 |
| 08/07/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue) re: virtual site visit afternoon session prep. | 0.50 |
| 08/07/20 | KM | Call with D. Lundie (Purdue) re: approach for virtual site visit. | 0.20 |
| 08/07/20 | KM | Document edits and corrections re: project Catalyst virtual site visit. | 0.40 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
|---|---|
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 08/07/20 | KM | Virtual Site Visit with D. Lundie, D. Fogel, R. Shamblen, A. Soma, A. Nadeau, W. DiNicola (all Purdue), R. Schnitzler (PJT), K. McCafferty, A. DePalma, J. DelConte (all AlixPartners), bidder diligence team re: Rhodes Technologies plant tour part 1. | 2.40 |
| 08/07/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst daily updates. | 0.50 |
| 08/07/20 | KM | Edits and final document preparation re: Catalyst virtual site visit. | 0.90 |
| 08/07/20 | ADD | Virtual Site Visit with D. Lundie, D. Fogel, R. Shamblen, A. Soma, A. Nadeau, W. DiNicola (all Purdue), R. Schnitzler (PJT), K. McCafferty, A. DePalma, J. DelConte (all AlixPartners), bidder diligence team re: Rhodes Technologies plant tour part 1. | 2.40 |
| 08/07/20 | ADD | Meeting with K. McCarthy (Purdue), PJT, M. Gibson (Skadden), A. DePalma, K. McCafferty (both AlixPartners) re: project Catalyst material agreements schedules. | 1.20 |
| 08/07/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: project Catalyst material agreements schedules. | 1.30 |
| 08/07/20 | ADD | Continue virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: project Catalyst material agreements schedules. | 0.30 |
| 08/07/20 | ADD | Call with J. Lieberman (SK Capital), R. Schnitzler (PJT), A. DePalma, K. McCafferty (both AlixPartners) re: diligence follow up. | 0.50 |
| 08/07/20 | ADD | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson (Skadden),K. McCafferty, A. DePalma (both | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | | |
|---|---|---|
| Re: | | Business Analysis & Operations |
| Client/Matter # | | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners) re: project Catalyst APA schedules. | |
| 08/07/20 | ADD | Update July liability subject to compromise calculation for Purdue accounting team used for monthly financial statement close process. | 2.80 |
| 08/07/20 | ADD | Virtual Site Visit with D. Lundie, D. Fogel, R. Shamblen, A. Soma, A. Nadeau, W. DiNicola (all Purdue), R. Schnitzler (PJT), A. DePalma, K. McCafferty, J. DelConte (all AlixPartners), Bidder diligence team re: Rhodes Technologies plant tour part 2. | 1.50 |
| 08/07/20 | JD | Call with E. Vonnegut, D. Consla, S. Brecher (Davis Polk), S. Hinden, D. Sims, J. Gartrell (all Wilis Towers Watson) re: KEIP/KERP. | 0.90 |
| 08/07/20 | JD | Review estimates for month end professional accruals. | 0.40 |
| 08/07/20 | JD | Virtual Site Visit with D. Lundie, D. Fogel, R. Shamblen, A. Soma, A. Nadeau, W. DiNicola (all Purdue), R. Schnitzler (PJT), K. McCafferty, A. DePalma, J. DelConte (all AlixPartners), bidder diligence team re: Rhodes Technologies plant tour part 1. | 2.40 |
| 08/07/20 | JD | Virtual Site Visit with D. Lundie, D. Fogel, R. Shamblen, A. Soma, A. Nadeau, W. DiNicola (all Purdue), R. Schnitzler (PJT), A. DePalma, K. McCafferty, J. DelConte (all AlixPartners), Bidder diligence team re: Rhodes Technologies plant tour part 2. | 1.50 |
| 08/07/20 | GJK | Plan and coordinate for follow up with other financial advisors re: Mundipharma next steps and information needs. | 2.30 |
| 08/07/20 | GJK | Assess data source files in preparation for call with G. Koch, N. Simon (both AlixPartners). | 0.60 |
| 08/07/20 | GJK | Calls with G. Koch, N. Simon (both AlixPartners) re: data source completeness testing, price/volume vs. revised forecast, and priorities moving forward. | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/07/20 | NAS | Calls with G. Koch, N. Simon (both AlixPartners) re: data source completeness testing, price/volume vs. revised forecast, and priorities moving forward. | 1.10 |
| 08/07/20 | NAS | Correspondence with Province and FTI re: Mundipharma diligence process. | 0.20 |
| 08/07/20 | NAS | Compare cost structure in first and second iteration of Mundipharma business plan models. | 1.60 |
| 08/07/20 | NAS | Test Mundipharma business plan source data to ensure completeness. | 1.50 |
| 08/07/20 | NAS | Analyze source data variances for product/market pairs in price/volume and revised forecast files. | 0.70 |
| 08/07/20 | NAS | Compare product/market benchmarking data across first and second iteration of Mundipharma business plan model. | 0.80 |
| 08/09/20 | JD | Correspondence with M. Huebner, J. McClammy, C. Robertson (all Davis Polk) and P. Strassburger, R. Fanelli, R. Silbert, M. Kesselman (all Purdue) re: committee suboxone response. | 0.60 |
| 08/09/20 | JD | Correspondence with M. Huebner, C. Robertson (Davis Polk) and J. Turner (PJT) re: conversation with Province. | 0.30 |
| 08/09/20 | KM | Analysis re: compensation benefits details for project Catalyst. | 2.50 |
| 08/10/20 | KM | Upload and review re: schedules and exhibits for project Catalyst. | 0.10 |
| 08/10/20 | KM | Analysis re: R&D portfolio for project Catalyst diligence. | 0.80 |
| 08/10/20 | KM | Review, edit and upload VDR documents re: project Catalyst. | 2.20 |
| 08/10/20 | KM | Call with R. Schnitzler (PJT), diligence team re: project Catalyst diligence and submission timing. | 0.70 |
| 08/10/20 | KM | Benefits analysis re: project Catalyst. | 1.20 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/10/20 | KM | Analysis and tracking re: open diligence requests. | 1.70 |
| 08/10/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 0.60 |
| 08/10/20 | KM | Analysis re: employee compensation. | 0.30 |
| 08/10/20 | KM | Call with R. Schnitzler (PJT) re: project Catalyst offer process. | 0.20 |
| 08/10/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst APA schedules. | 0.60 |
| 08/10/20 | KM | Review APA disclosure schedules re: project Catalyst. | 0.80 |
| 08/10/20 | JD | Call with J. Turner (PJT), C. Robertson and M. Huebner (Davis Polk) re: UCC Suboxone discussions. | 0.30 |
| 08/10/20 | JD | Call with J. Lowne (Purdue) re: suboxone discussions with UCC and next steps. | 0.30 |
| 08/10/20 | JD | Call with P. Strassburger, R. Silbert (Purdue), C. Robertson (Davis Polk) and P. Mathers (Kleinfeld) re: UCC AdCom discussion. | 0.50 |
| 08/10/20 | JD | Correspondence with D. Fogel (Purdue) re: Suboxone historical and financial details. | 0.40 |
| 08/10/20 | JD | Edit memo on Suboxone historical and forecast financial details. | 0.60 |
| 08/10/20 | JD | Review latest UCC AdCom materials.  Edit and prepare for production. | 0.70 |
| 08/10/20 | JD | Review materials collected re: insurance costs in the forecast in advance of the call with FTI. | 0.60 |
| 08/10/20 | JD | Review May non-PEO monthly flash report to provide to creditors. | 0.70 |
| 08/10/20 | JD | Review weekly IMS details to provide to creditor advisors. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/10/20 | JD | Review updated AdCom slides from R. Silbert (Purdue) for UCC call. | 0.30 |
| 08/10/20 | JD | Review diligence questions from FTI re: OxyContin only scenario. | 0.40 |
| 08/10/20 | JD | Review draft responses to FTI diligence questions re: OxyContin only scenarios. | 0.50 |
| 08/10/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 0.60 |
| 08/10/20 | ADD | Review and compile material contracts and submit contracts to Purdue for review. | 2.30 |
| 08/10/20 | NAS | Review new diligence files uploaded to Purdue data room. | 0.50 |
| 08/10/20 | NAS | Call with Province, FTI professionals and G. Koch, N. Simon (both AlixPartners) re: outstanding Mundipharma diligence items. | 0.50 |
| 08/10/20 | NAS | Calls with G. Koch, N. Simon (both AlixPartners) to prepare for and discuss call with Province and FTI professionals. | 0.50 |
| 08/10/20 | NAS | Build comparison of product/market-level cost structure in first and second iterations of Mundipharma management forecast. | 3.50 |
| 08/10/20 | NAS | Review Mundipharma diligence request letter drafted by G. Koch (AlixPartners) and provide comments. | 0.60 |
| 08/10/20 | NAS | Prepare for Mundi diligence process strategy call with FTI and Province. | 0.30 |
| 08/10/20 | GJK | Correspondence with J. DelConte (AlixPartners) re: Mundipharma diligence. | 0.20 |
| 08/10/20 | GJK | Calls with G. Koch, N. Simon (both AlixPartners) to prepare for and discuss call with Province and FTI professionals. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 08/10/20 | GJK | Call with Province, FTI professionals and G. Koch, N. Simon (both AlixPartners) re: outstanding Mundipharma diligence items. | 0.50 |
| 08/10/20 | GJK | Draft Mundipharma email and notes from Province and FTI. | 2.50 |
| 08/10/20 | GJK | Update analysis framework for Malta model review. | 2.00 |
| 08/10/20 | GJK | Plan and coordinate Mundipharma diligence. | 1.50 |
| 08/11/20 | GJK | Calls with G. Koch, N. Simon (both AlixPartners) to walk through changes in product/market pair cost structures between versions of Mundipharma management's forecasts. | 1.00 |
| 08/11/20 | GJK | Assess diligence information provided for support for Mundipharma projected cost improvements. | 2.50 |
| 08/11/20 | GJK | Review open LAM Region items and available diligence information (including VDD). | 2.40 |
| 08/11/20 | LJD | Review and comment on OTC combination analysis | 0.80 |
| 08/11/20 | NAS | Finalize comparison of product/market pair cost structures between iterations of Mundipharma management forecast. | 1.60 |
| 08/11/20 | NAS | Calls with G. Koch, N. Simon (both AlixPartners) to walk through changes in product/market pair cost structures between versions of Mundipharma management's forecasts. | 1.00 |
| 08/11/20 | ADD | Compile system access instructions for new users and provided information to Davis Polk team members. | 1.20 |
| 08/11/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst status update meeting. | 0.50 |
| 08/11/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), R. Schnitzler, J. Wang (both PJT), D. Fogel, | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | R. Shamblen, J. Doyle, W. DiNicola (all Purdue) re: Project Catalyst VDR and diligence tracker. | |
| 08/11/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: diligence tracking and VDR updates. | 0.50 |
| 08/11/20 | ADD | Call with E. Diggs, D. Lojac, W. Taylor, J. Schwartz (all Davis Polk), R. Aleali, K. McCarthy, B. Miller (Purdue), J. Bragg, M. Florence (both Skadden), T. Melvin (PJT), J. DelConte and A. DePalma (both AlixPartners) re: Trust Transfer process. | 0.70 |
| 08/11/20 | JD | Call with E. Diggs, D. Lojac, W. Taylor, J. Schwartz (all Davis Polk), R. Aleali, K. McCarthy, B. Miller (Purdue), J. Bragg, M. Florence (both Skadden), T. Melvin (PJT), J. DelConte and A. DePalma (both AlixPartners) re: Trust Transfer process. | 0.70 |
| 08/11/20 | JD | Correspondence with M. Ronning and B. Shank (both Purdue) re: managed care updates. | 0.30 |
| 08/11/20 | JD | Review materials and prepare for AdCom meeting. | 0.40 |
| 08/11/20 | JD | Correspondence with PJT and Davis Polk re: Suboxone next steps. | 0.50 |
| 08/11/20 | JD | Correspondence with D. Fogel (Purdue) and update memo on historical and forecasted Suboxone financials. | 0.30 |
| 08/11/20 | JD | Review request from the Ad Hoc Committee to share various PEO materials with their committee members. | 0.80 |
| 08/11/20 | KM | Analysis re: inventory scenarios for project Catalyst. | 1.80 |
| 08/11/20 | KM | Review and document management re: benefits diligence for project Catalyst. | 1.60 |
| 08/11/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: diligence tracking and VDR updates. | 0.50 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Business Analysis & Operations
Client/Matter #              012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/11/20 | KM | Analysis re: transition services for project Catalyst. | 0.30 |
| 08/11/20 | KM | Meeting with D. Fogel, W. DiNicola, J. Lowne (all Purdue), R. Schnitzler (PJT) re: transitions services analysis for Catalyst. | 0.80 |
| 08/11/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), R. Schnitzler, J. Wang (both PJT), D. Fogel, R. Shamblen, J. Doyle, W. DiNicola (all Purdue) re: Project Catalyst VDR and diligence tracker. | 0.50 |
| 08/11/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst status update meeting. | 0.50 |
| 08/11/20 | KM | Analysis and documentation re: R&D portfolio for project Catalyst diligence. | 0.40 |
| 08/11/20 | KM | Analysis and update diligence tracker and open items re: project Catalyst. | 2.20 |
| 08/12/20 | KM | Diligence updates to VDR re: project Catalyst. | 1.30 |
| 08/12/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners), re: Review approved documents and upload materials to Project Catalyst VDR | 1.20 |
| 08/12/20 | KM | Coordination of diligence tracking re: project Catalyst. | 0.30 |
| 08/12/20 | KM | Call with D. Fogel (Purdue) re: project Catalyst. | 0.30 |
| 08/12/20 | KM | Detailed compensation analysis re: project Catalyst VDR. | 1.60 |
| 08/12/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (Purdue), A. DePalma (AlixPartners) re: Catalyst operations and supply chain diligence. | 0.50 |
| 08/12/20 | KM | Analysis and document management re: environmental due diligence. | 1.30 |
| 08/12/20 | KM | Analysis and coordination re: benefits policies for VDR. | 1.50 |
| 08/12/20 | JD | Review and provide comments on PJT OTC analysis. | 1.20 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201              **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/12/20 | JD | Review updated PJT materials pulled together in response to open shareholder diligence requests. | 0.70 |
| 08/12/20 | JD | Review draft updated Adhansia forecast presentation materials. | 0.80 |
| 08/12/20 | JD | Review management comments to draft Adhansia slides. | 0.30 |
| 08/12/20 | JD | Call with J. Lowne (Purdue) re: business plan refresh. | 0.20 |
| 08/12/20 | JD | Call with R. Aleali (Purdue) re: open diligence items and trust transfer process. | 0.40 |
| 08/12/20 | JD | Meeting with J. Lowne, K. Gadski, D. Rosen, M. Ronning (all Purdue), R. Schnitzler, T. Melvin, J. Turner (PJT) re: Adhansia business plan. | 0.70 |
| 08/12/20 | JD | Call with J. Turner (PJT) re: Adhansia business plan. | 0.30 |
| 08/12/20 | JD | Call with J. Lowne (Purdue) re: Adhansia business plan. | 0.20 |
| 08/12/20 | JD | Review and process Nalmafene report. | 0.30 |
| 08/12/20 | JD | Review and update the latest Suboxone draft memo. | 0.40 |
| 08/12/20 | ADD | Compile material contracts for review by Purdue and Davis Polk. | 1.30 |
| 08/12/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners), re: Review approved documents and upload materials to Project Catalyst VDR | 1.20 |
| 08/12/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue), A. DePalma K. McCafferty (AlixPartners) re: Catalyst status update meeting. | 0.50 |
| 08/12/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to walk through changes in market/product level financials across management forecasts. | 2.40 |
| 08/12/20 | NAS | Correspondence with FTI and Province re: current state of Mundipharma diligence process. | 0.60 |
| 08/12/20 | GJK | Analyze and assess market comparisons compared to | 2.50 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | prior management and base case and potential upside scenario. | |
| 08/12/20 | GJK | Coordinate follow up activities for Mundipharma diligence including letter from counsel. | 1.00 |
| 08/12/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to walk through changes in market/product level financials across management forecasts. | 2.40 |
| 08/13/20 | GJK | Call with J. Lowne, R. Aleali (both Purdue), J. O'Connell, T. Melvin, G. Sim (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), L. Donahue, J. DelConte, G. Koch (all AlixPartners) re: weekly catch up and planning call. | 0.90 |
| 08/13/20 | GJK | Review Mundipharma June diligence files for support of cost of sales and S&P revisions. | 2.20 |
| 08/13/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: latest case developments detailed on advisor group call. | 0.30 |
| 08/13/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to complete review of changes from current and prior iterations of Mundipharma management business plan. | 1.50 |
| 08/13/20 | LJD | Call with J. Lowne, R. Aleali (both Purdue), J. O'Connell, T. Melvin, G. Sim (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), L. Donahue, J. DelConte, G. Koch (all AlixPartners) re: weekly catch up and planning call. | 0.90 |
| 08/13/20 | NAS | Call with G. Koch (AlixPartners) re: latest case developments detailed on advisor group call. | 0.30 |
| 08/13/20 | NAS | Review mark-up to Mundi diligence letter provided by UCC. | 0.30 |
| 08/13/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to complete review of changes from current and prior iterations of Mundipharma management business plan. | 1.50 |

2101 Cedar Springs Road      T 214.647.7500
Suite 1100                   F 214.647.7501
Dallas, TX 75201             alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 08/13/20 | NAS | Draft product/market diligence question list and supporting exhibits for Huron/Mundipharma. | 1.90 |
| 08/13/20 | JD | Correspondence with J. Lowne and D. Fogel (both Purdue) re: Suboxone fact sheet. | 0.50 |
| 08/13/20 | JD | Update Suboxone memo in advance of discussion with the UCC. | 0.60 |
| 08/13/20 | JD | Review correspondence from PJT and management re: costs of liability insurance post-emergence. | 0.40 |
| 08/13/20 | JD | Review comments from management re: latest distributor agreements. | 0.30 |
| 08/13/20 | JD | Review monthly IMS data to be shared with creditors. | 0.40 |
| 08/13/20 | JD | Review and provide comments on June draft monthly flash report. | 0.70 |
| 08/13/20 | JD | Update professional fee actual amounts and 2020 forecast. | 0.80 |
| 08/13/20 | ADD | Meeting with A. Nadeau, A. Soma, D. Lundie, R. Shamblen (Purdue), A. DePalma. K. McCafferty (AlixPartners) re: RT R&D Discussion. | 1.30 |
| 08/13/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), R. Schnitzler, J. Wang (PJT), D. Fogel, R. Shamblen, J. Doyle, W. DiNicola (Purdue) A. Gallogly K. McCarthy (Purdue) re: Project Catalyst VDR and diligence tracker. | 0.50 |
| 08/13/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: diligence tracking and VDR updates. | 0.90 |
| 08/13/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue), A. DePalma K. McCafferty (AlixPartners) re: Catalyst operations and supply chain diligence. | 0.50 |
| 08/13/20 | KM | Virtual working session with A. DePalma and K. | 0.90 |

# **AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | McCafferty (both AlixPartners) re: diligence tracking and VDR updates. | |
| 08/13/20 | KM | Analysis re: transition planning for project Catalyst. | 0.70 |
| 08/13/20 | KM | Meeting with A. Nadeau, A. Soma, D. Lundie, R. Shamblen (Purdue), A. DePalma. K. McCafferty (AlixPartners) re: RT R&D Discussion. | 1.30 |
| 08/13/20 | KM | Analysis re: working capital and inventory scenarios for project Catalyst. | 1.30 |
| 08/13/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), R. Schnitzler, J. Wang (PJT), D. Fogel, R. Shamblen, J. Doyle, W. DiNicola (Purdue) A. Gallogly K. McCarthy (Purdue) re: Project Catalyst VDR and diligence tracker. | 0.50 |
| 08/13/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue), A. DePalma K. McCafferty (AlixPartners) re: Catalyst operations and supply chain diligence. | 0.50 |
| 08/13/20 | KM | Analysis re: R&D portfolio planning for Catalyst. | 0.30 |
| 08/13/20 | KM | Call with D. Lundie (Purdue) re: project Catalyst. | 0.60 |
| 08/13/20 | KM | Call with W. DiNicola, D. Fogel (Purdue) re: cost center detail schedules for Catalyst. | 0.60 |
| 08/13/20 | KM | Update VDR tracking and analyses re: project Catalyst. | 0.90 |
| 08/13/20 | KM | Analysis and response re: inquires to recently posted diligence documents. | 1.60 |
| 08/14/20 | KM | Call with third party re: project Catalyst diligence. | 0.30 |
| 08/14/20 | KM | Analysis re: key agreements and terms and impact on Catalyst options. | 0.60 |
| 08/14/20 | KM | Call with D. Lundie (Purdue) and R. Schnitzler (PJT) re: diligence and negotiation next steps. | 1.00 |
| 08/14/20 | KM | Coordinate RM/WIP/FG inventory analysis re: project Catalyst diligence. | 1.40 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/14/20 | KM | Analysis and document management re: environmental diligence for project Catalyst. | 1.90 |
| 08/14/20 | KM | Call with R. Schnitzler (PJT) re: project Catalyst. | 0.30 |
| 08/14/20 | KM | Document approval and management re: benefits programs for project Catalyst. | 0.70 |
| 08/14/20 | KM | Analysis re: product mapping for tech transfer requirements. | 0.80 |
| 08/14/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst bi-weekly update. | 0.70 |
| 08/14/20 | KM | Analysis re: transition planning for project Catalyst. | 0.90 |
| 08/14/20 | JD | Review opioid forecasts and WAC details for OxyContin, Butrans and Hysingla per diligence request from Province. Correspondence with Province re: same. | 0.80 |
| 08/14/20 | JD | Review and provide comments on weekly cash by product reports for Purdue and Rhodes prior to sharing with creditor advisors. | 0.40 |
| 08/14/20 | JD | Review list of active insurance policies re: AHC request. | 0.20 |
| 08/14/20 | JD | Review special committee presentation re: OSR shared services agreement. | 0.40 |
| 08/14/20 | JD | Call with E. Diggs, D. Lojac (both Davis Polk), T. Melvin (PJT), A. DePalma and J. DelConte (both AlixPartners) re: material contract review. | 0.40 |
| 08/14/20 | JD | Review and sort through list of material contracts in advance of material contract review call with Davis Polk. | 1.40 |
| 08/14/20 | JD | Call with M. Huebner, C. Robertson (Davis Polk), S. Birnbaum, D. Gentin Stock (both Dechert), J. Bragg (Skadden), J. Bucholtz (King & Spalding), J. O'Connell, T. Melvin (PJT), L. Donahue and J. DelConte (AlixPartners) | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | re: next Monitor report. | |
| 08/14/20 | JD | Call with R. Aleali (Purdue) re: Monitor report. | 0.30 |
| 08/14/20 | JD | Correspondence with Davis Polk re: Subutex. | 0.30 |
| 08/14/20 | ADD | Research and compile active, material contracts and submit materials to Purdue contact for review. | 2.20 |
| 08/14/20 | ADD | Research sources of material contracts and identify potential documents for review. | 2.50 |
| 08/14/20 | ADD | Call with E. Diggs, D. Lojac (both Davis Polk), T. Melvin (PJT), A. DePalma and J. DelConte (both AlixPartners) re: material contract review. | 0.40 |
| 08/14/20 | HSB | Review OxyContin sales forecasts prepared in response to UCC advisors' request for OxyContin only scenario data. | 0.40 |
| 08/14/20 | HSB | Review OxyContin sales forecasts prepared in response to UCC advisors' request for OxyContin only scenario data (continued). | 0.40 |
| 08/14/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: latest case developments and priorities moving forward. | 0.30 |
| 08/14/20 | NAS | Build new cost structure adjustments for latest iteration of Mundipharma business plan model. | 2.20 |
| 08/14/20 | NAS | Draft follow-up market product-level questions for Mundipharma and send to Huron. | 0.40 |
| 08/14/20 | LJD | Prepare for and attend call with M. Huebner, C. Robertson (Davis Polk), S. Birnbaum, D. Gentin Stock (both Dechert), J. Bragg (Skadden), J. Bucholtz (King & Spalding), J. O'Connell, T. Melvin (PJT), L. Donahue and J. DelConte (AlixPartners) re: next Monitor report. | 0.60 |
| 08/14/20 | GJK | Follow up and planning for outstanding diligence items and next steps for Mundipharma diligence. | 2.00 |
| 08/14/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: latest case developments and priorities moving forward. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/14/20 | GJK | Outline outstanding key items and potential impact on diligence findings, brain storm potential walkthrough with groups. | 1.50 |
| 08/17/20 | GJK | Plan and coordination for Mundipharma diligence. | 2.00 |
| 08/17/20 | NAS | Finalize upload from first iteration of Mundipharma business plan model for base case cost structure. | 1.80 |
| 08/17/20 | NAS | Build Other Europe and Other LAM cost structure for markets outside of top 15 provided by Mundipharma. | 2.40 |
| 08/17/20 | NAS | Conform Management Revisions product terminology across January and June files provided. | 0.80 |
| 08/17/20 | NAS | Check initial draft of Mundipharma business plan base case and resolve discrepancies. | 2.10 |
| 08/17/20 | NAS | Build preliminary Mundipharma business plan 2.0 P&L using certain cost data from 1.0 model. | 0.90 |
| 08/17/20 | HSB | Call with T. Matlock, A. Hendin (both Davis Polk), J. Turner, T. Melvin (both PJT), J. DelConte and H. Bhattal (both AlixPartners) re: tax analysis. | 0.50 |
| 08/17/20 | ADD | Review and compile agreements for contract materiality analysis. | 2.60 |
| 08/17/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Review approved documents and upload materials to Project Catalyst VDR | 0.70 |
| 08/17/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (all Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst status update meeting. | 0.30 |
| 08/17/20 | KM | Meeting with D. Lundie, K. McCarthy (both Purdue), R. Schnitzler (PJT) and third party re: project Catalyst inquiries. | 1.00 |
| 08/17/20 | KM | Review supply agreements re: project Catalyst. | 0.80 |
| 08/17/20 | KM | Review supply agreements re: project Catalyst. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/17/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Review approved documents and upload materials to Project Catalyst VDR | 0.70 |
| 08/17/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst APA schedules. | 1.00 |
| 08/17/20 | KM | Manage VDR document re: material agreements. | 0.50 |
| 08/17/20 | KM | Call with R. Schnitzler (PJT) re: diligence follow up. | 0.30 |
| 08/17/20 | KM | Meeting with D. Fogel (Purdue) re: tech transfers for project Catalyst. | 0.40 |
| 08/17/20 | KM | Analysis re: product and API mapping for Catalyst. | 1.10 |
| 08/17/20 | KM | Call with D. Fogel (Purdue) re: tech transfers for project Catalyst. | 0.40 |
| 08/17/20 | KM | Product and API mapping re: project Catalyst. | 0.80 |
| 08/17/20 | KM | VDR and diligence tracking updates re: project Catalyst. | 1.20 |
| 08/17/20 | JD | Finalize LTRP analysis file to send across to Purdue HR team to double check numbers. | 0.70 |
| 08/17/20 | JD | Call with S. Hinden (Willis Towers Watson), S. Brecher, E. Vonnegut (both Davis Polk), R. Aleali, C. DiStefano, K. Laurel (all Purdue) re: KEIP/KERP plans. | 0.70 |
| 08/17/20 | JD | Call with T. Matlock, A. Hendin (both Davis Polk), J. Turner, T. Melvin (both PJT), J. DelConte and H. Bhattal (both AlixPartners) re: tax analysis. | 0.50 |
| 08/17/20 | JD | Call with M. Huebner (Davis Polk) re: Suboxone discussion with UCC. | 0.20 |
| 08/17/20 | JD | Review updated draft Adhansia board slides in advance of call. | 0.60 |
| 08/17/20 | JD | Meeting with J. Lowne, C. Landau, M. Kesselman (all Purdue), J. Turner, R. Schnitzler (both PJT) re: updated | 0.90 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Adhansia projections. | |
| 08/17/20 | JD | Review AHC advisor diligence questions re: updated OxyContin forecast.  Review potential responses from UCC presentation. | 0.60 |
| 08/17/20 | JD | Review correspondence between Davis Polk and R. Aleali (Purdue) re: material contract review. | 0.40 |
| 08/17/20 | JD | Review listing of active insurance policies and correspondence with Purdue re: same. | 0.30 |
| 08/17/20 | JD | Correspondence with Purdue re: professional fee payments. | 0.20 |
| 08/17/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, (all Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst status update meeting. | 0.30 |
| 08/18/20 | JD | Call with C. DeStefano (Purdue) re: KEIP / KERP calculations. | 0.50 |
| 08/18/20 | JD | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), T. Coleman, J. O'Connell, J. Turner (all PJT), J. DelConte, L. Donahue, H. Bhattal, G. Koch (all AlixPartners) re: weekly update and go forward planning call. | 0.80 |
| 08/18/20 | JD | Review forecasts to provide to Davis Polk for tax modeling purposes.  Review audited financials re: same. | 0.80 |
| 08/18/20 | JD | Review distributable value analysis and interim OxyContin updated business case. | 0.60 |
| 08/18/20 | JD | Review Monitor's second report. | 0.70 |
| 08/18/20 | JD | Review existing materials re: state by state sales information and managed care contract timing per Davis Polk request. | 1.00 |
| 08/18/20 | JD | Call with E. Vonnegut (Davis Polk) re: upcoming case progress. | 0.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/18/20 | JD | Call with M. Huebner (Davis Polk) re: distributable value calculations. | 0.20 |
| 08/18/20 | JD | Call with J. Lowne (Purdue) re: business plan refresh. | 0.40 |
| 08/18/20 | JD | Call with D. Lojac, C. Robertson, E. Diggs (all Davis Polk), K. McCarthy, R. Aleali (both Purdue), J. Turner, T. Melvin (both PJT), A. DePalma and J. DelConte (both AlixPartners) re: material contract review. | 0.80 |
| 08/18/20 | KM | Analysis and response re: additional diligence requests. | 0.40 |
| 08/18/20 | KM | Edit ACP map diligence document re: project Catalyst. | 0.60 |
| 08/18/20 | KM | Refine, edit and circulate ACP map re: project Catalyst. | 1.30 |
| 08/18/20 | KM | Call with D. Fogel (Purdue) re: API volume mapping and prioritization for Catalyst. | 0.40 |
| 08/18/20 | KM | Analysis re: API-customer-Product mapping for Catalyst. | 0.40 |
| 08/18/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, K. Kolar, T. Delahant, D. McGuire, G. Sparta (all Purdue) re: API-Customer-Product mapping for Catalyst. | 1.10 |
| 08/18/20 | KM | Analysis and response re: due diligence inquiries. | 2.10 |
| 08/18/20 | KM | Coordinate diligence and VDR requirements re: environmental inquiries for Catalyst. | 0.80 |
| 08/18/20 | KM | Call A. DePalma and K. McCafferty (both AlixPartners), re: diligence status update. | 0.30 |
| 08/18/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue), A. DePalma K. McCafferty (AlixPartners) re:Catalyst operations and supply chain diligence. | 0.30 |
| 08/18/20 | KM | VDR and diligence tracking updates re: project Catalyst. | 1.20 |
| 08/18/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst APA schedules. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/18/20 | KM | Planning for urgent diligence needs re: project Catalyst. | 0.70 |
| 08/18/20 | ADD | Call with D. Lojac, C. Robertson, E. Diggs (all Davis Polk), K. McCarthy, R. Aleali (both Purdue), J. Turner, T. Melvin (both PJT), A. DePalma and J. DelConte (both AlixPartners) re: material contract review. | 0.80 |
| 08/18/20 | ADD | Call A. DePalma and K. McCafferty (both AlixPartners), re: diligence status update. | 0.30 |
| 08/18/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue), A. DePalma K. McCafferty (AlixPartners) re:Catalyst operations and supply chain diligence. | 0.30 |
| 08/18/20 | ADD | Review liquidation analysis and draft assumption for various accounts. | 1.70 |
| 08/18/20 | NAS | Build roll-up tabs for 2.0 Mundipharma base case. | 0.90 |
| 08/18/20 | NAS | Incorporate adjustments to original Management Revisions data in Mundipharma business plan model. | 1.30 |
| 08/18/20 | NAS | Compare product/market-level COGS figures across Base and Management cases in Mundipharma business plan model. | 1.80 |
| 08/18/20 | NAS | Calls with G. Koch, N. Simon (both AlixPartners) to review initial draft of new Mundipharma Base Case. | 0.90 |
| 08/18/20 | NAS | Compare product/market-level S&P figures across Base and Management cases in Mundipharma business plan model. | 2.40 |
| 08/18/20 | NAS | Finalize revised cost structure for inclusion in Mundipharma Base Case. | 0.80 |
| 08/18/20 | GJK | Calls with G. Koch, N. Simon (both AlixPartners) to review initial draft of new Mundipharma Base Case. | 0.90 |
| 08/18/20 | GJK | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), T. Coleman, J. O'Connell, J. Turner (all PJT), J. DelConte, L. Donahue, H. Bhattal, G. Koch (all | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners) re: weekly update and go forward planning call. | |
| 08/18/20 | GJK | Review open diligence items and Mundipharma responses, plan for business review updates based on revised timetable from Mundipharma. | 2.50 |
| 08/18/20 | GJK | Walkthrough of model revisions and open items for slide updates. | 2.00 |
| 08/18/20 | GJK | Review non-top 15 market product breakouts from Mundipharma. | 2.00 |
| 08/18/20 | LJD | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), T. Coleman, J. O'Connell, J. Turner (all PJT), J. DelConte, L. Donahue, H. Bhattal, G. Koch (all AlixPartners) re: weekly update and go forward planning call. | 0.80 |
| 08/19/20 | LJD | Review correspondence between debtors counsel and committee counsel | 0.50 |
| 08/19/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review latest drafts of Mundipharma 2.0 Base Case. | 1.10 |
| 08/19/20 | GJK | Review and assess variances between Mundipharma models and potential next steps. | 2.50 |
| 08/19/20 | NAS | Apply adjustments from Mundipharma 1.0 model to base case in 2.0 model. | 1.10 |
| 08/19/20 | NAS | Investigate variances between management and base cases from Mundipharma 1.0 and 2.0 models. | 1.70 |
| 08/19/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review latest drafts of Mundipharma 2.0 Base Case. | 1.10 |
| 08/19/20 | NAS | Analyze large journal entries included in Mundipharma source data. | 1.30 |
| 08/19/20 | NAS | Implement risk adjustments to Base Case in Mundipharma 2.0 model. | 3.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 08/19/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue), A. DePalma K. McCafferty (AlixPartners) re: Catalyst operations and supply chain diligence. | 0.40 |
| 08/19/20 | ADD | Call A. DePalma and K. McCafferty (both AlixPartners), re: date room and pending approvals. | 0.50 |
| 08/19/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne, P. Strassburger, B. Koch (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly, (both Skadden) re: project Catalyst MSA review. | 2.00 |
| 08/19/20 | KM | Call A. DePalma and K. McCafferty (both AlixPartners), re: date room and pending approvals. | 0.50 |
| 08/19/20 | KM | VDR and diligence tracking updates re: project Catalyst. | 0.60 |
| 08/19/20 | KM | Call with J. Doyle (Purdue) re: legal changes to support ACP document for Catalyst. | 0.60 |
| 08/19/20 | KM | Planning for urgent diligence needs re: project Catalyst. | 0.30 |
| 08/19/20 | KM | Analysis re: ACP anonymity for project Catalyst API and FD suppliers. | 1.20 |
| 08/19/20 | JD | Review and provide comments to management on the draft Board slides re: Adhansia and Opioid update. | 2.20 |
| 08/19/20 | JD | Review PJT edits and comments to draft Board slides. | 0.30 |
| 08/19/20 | JD | Review and check LTRP performance and pro forma calculations from J. Lowne and C. DiStefano (both Purdue). | 0.80 |
| 08/19/20 | JD | Review final responses to AHC OxyContin diligence questions prior to the call. | 0.30 |
| 08/19/20 | JD | Review Xtampza IMS data to be provided to the committee. | 0.40 |
| 08/19/20 | JD | Correspondence with R. Aleali (Purdue) and Skadden re: sales by state and managed care renewals. | 0.40 |
| 08/19/20 | JD | Review letter from the UCC to mediation parties and the | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | corresponding distributable value calculations. | |
| 08/19/20 | JD | Bridge UCC distributable value calculations back to updated business plan materials provided to date. | 0.70 |
| 08/19/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (Purdue), A. DePalma (AlixPartners) re: Catalyst operations and supply chain diligence. | 0.40 |
| 08/19/20 | KM | Analysis and ACP map diligence document re: project Catalyst. | 0.80 |
| 08/19/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst weekly status updates. | 0.70 |
| 08/19/20 | KM | Analysis and coordination re: outstanding diligence requests. | 1.10 |
| 08/20/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue), A. DePalma K. McCafferty (AlixPartners) re: Catalyst status update meeting. | 0.30 |
| 08/20/20 | KM | Update and manage VDR tracker and Intralinks re: project Catalyst. | 0.60 |
| 08/20/20 | KM | Call with D. Fogel (Purdue) re: APA issues. | 0.10 |
| 08/20/20 | KM | Call A. DePalma and K. McCafferty (both AlixPartners), re: diligence status update. | 0.20 |
| 08/20/20 | KM | Analysis for third party mapping re: project Catalyst. | 0.70 |
| 08/20/20 | KM | Analysis and response re: ACP mapping for Catalyst. | 1.10 |
| 08/20/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: APA review cont'd. | 2.00 |
| 08/20/20 | KM | Update and refresh diligence tracking and management re: project Catalyst. | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/20/20 | KM | Meeting with R. Schnitzler (PJT), M. Gibson, A. Gallogly, R. Schlossberg, M. Sumner (all Skadden) re: MSA review. | 1.10 |
| 08/20/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: APA review. | 1.50 |
| 08/20/20 | KM | Analysis re: proposed changes to terms in MSA from bidders. | 0.60 |
| 08/20/20 | JD | Review LTRP and AIP details from Purdue HR for purposes of KEIP/KERP calculations. | 1.60 |
| 08/20/20 | JD | Review correspondence from PJT and management re: bridge of April business plan to latest business plan refresh with respect to total distributable value. | 0.50 |
| 08/20/20 | JD | Review insurance recovery presentation from Gilbert. | 0.80 |
| 08/20/20 | JD | Update latest professional fee tracker and forecast for 2020 | 0.30 |
| 08/20/20 | JD | Review revised draft Board slides prior to finalizing and sending them out as prereads. | 0.60 |
| 08/20/20 | JD | Review potential materials to provide to shareholder's re: updated business plan. Correspondence re: same. | 0.70 |
| 08/20/20 | JD | Correspondence with management and PJT re: OxyContin AG modeling in Rhodes forecast. | 0.40 |
| 08/20/20 | JD | Call with J. Lowne (Purdue) re: business plan refresh and Project Catalyst. | 0.30 |
| 08/20/20 | JD | Call with J. Turner, T. Melvin (both PJT), H. Bhattal, J. DelConte (both AlixPartners) re: Adhansia planning. | 0.40 |
| 08/20/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue), A. DePalma K. McCafferty (AlixPartners) re: Catalyst status update meeting. | 0.30 |
| 08/20/20 | ADD | Call A. DePalma and K. McCafferty (both AlixPartners), | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | re: diligence status update. | |
| 08/20/20 | HSB | Call with J. Turner, T. Melvin (both PJT), H. Bhattal, J. DelConte (both AlixPartners) re: Adhansia planning. | 0.40 |
| 08/20/20 | NAS | Build roll-up and check functionality for standalone cases in Mundipharma business plan model and review takeaways. | 1.70 |
| 08/20/20 | NAS | Send follow-up diligence question re: Mundipharma budget journal entries to Huron/Mundipharma. | 0.30 |
| 08/20/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: priorities for revisions to Mundipharma business plan model and diligence report. | 0.50 |
| 08/20/20 | NAS | Incorporate revised allocations to build product category standalone P&Ls in Mundipharma business plan model. | 2.70 |
| 08/20/20 | NAS | Analyze line item detail underlying revised Mundipharma business plan model variances. | 2.40 |
| 08/20/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: priorities for revisions to Mundipharma business plan model and diligence report. | 0.50 |
| 08/20/20 | GJK | Assess risk adjustment impact on base case. | 2.50 |
| 08/20/20 | GJK | Review prior Mundipharma working capital information for potential changes to revised model. | 2.40 |
| 08/20/20 | GJK | Review corporate/non-commercial entity charges and variances to previous model. | 2.00 |
| 08/20/20 | LJD | Call with Ken Buckfire RE: case update. | 0.40 |
| 08/21/20 | LJD | Review and comment on response to fee examiner | 0.50 |
| 08/21/20 | LJD | Review and comment on response letter for mediation parties | 0.30 |
| 08/21/20 | GJK | Review updates to model product category projections. | 2.00 |
| 08/21/20 | GJK | Plan for report revisions based on current diligence status | 2.00 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                  F 214.647.7501
Dallas, TX 75201            alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | and model updates. | |
| 08/21/20 | NAS | Build check functionality for Base/Adjusted cases of Mundipharma business plan model. | 2.40 |
| 08/21/20 | NAS | Compare new Mundipharma Base/Adjusted standalone cases with prior iteration of model and note takeaways. | 0.80 |
| 08/21/20 | ADD | Call with M. Florence, J. Bragg (both Skadden), T. Melvin, G. Sim (both PJT), J. DelConte, A. DePalma (both AlixPartners), W. Shank, R. Aleali, M. Kesselman (all Purdue) re: managed care contracts. | 0.80 |
| 08/21/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 0.50 |
| 08/21/20 | JD | Correspondence with management and Davis Polk re: suboxone donations. | 0.60 |
| 08/21/20 | JD | Review initial Betadine Gargle store list and sales date. | 0.30 |
| 08/21/20 | JD | Review final mediation letter sent to all parties in response to the UCC letter. | 0.30 |
| 08/21/20 | JD | Call with M. Florence, J. Bragg (both Skadden), T. Melvin, G. Sim (both PJT), J. DelConte, A. DePalma (both AlixPartners), W. Shank, R. Aleali, M. Kesselman (all Purdue) re: managed care contracts. | 0.80 |
| 08/21/20 | JD | Call with C. DeStefano (Purdue) re: KEIP/KERP calculations. | 0.50 |
| 08/21/20 | JD | Review draft mark-ups re: Project Catalyst materials. | 1.20 |
| 08/21/20 | JD | Review correspondence from PJT and Davis Polk re: distributable value bridge. | 0.70 |
| 08/21/20 | KM | Analysis of shared services and intercompany transactions re: project Catalyst. | 1.40 |
| 08/21/20 | KM | Analysis of supply agreements and payables re: project Catalyst. | 1.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/21/20 | KM | Analysis and review of shared services re: project Catalyst. | 0.90 |
| 08/21/20 | KM | Analysis and responses re: environmental diligence inquiries. | 0.60 |
| 08/21/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 0.50 |
| 08/21/20 | KM | Meeting with R. Schnitzler (PJT), M. Gibson, A. Gallogly, R. Schlossberg (all Skadden), diligence team re: APA/MSA submission review. | 1.50 |
| 08/21/20 | KM | Prepare for APA/MSA submission review. | 0.20 |
| 08/21/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: APA review. | 0.80 |
| 08/21/20 | KM | Analysis and coordination re: outstanding diligence requests. | 0.70 |
| 08/22/20 | JD | Correspondence with PJT re: Opioid only scenario wind down costs. | 0.40 |
| 08/23/20 | JD | Call with E. Vonnegut (Davis Polk) re: Suboxone donations. | 0.20 |
| 08/23/20 | JD | Correspondence with PJT re: Avrio business plan. | 0.20 |
| 08/24/20 | JD | Call with R. Aleali (Purdue) re: donations. | 0.40 |
| 08/24/20 | JD | Correspondence with management re: analysis of potential donations.  Review cost benefit analysis of donation and underlying reasoning. | 0.60 |
| 08/24/20 | JD | Correspondence with team re: pension assumptions. | 0.30 |
| 08/24/20 | JD | Correspondence with Province re: E&Y expansion of services. | 0.20 |
| 08/24/20 | JD | Correspondence with J. Lowne and M. Kesselman (both | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Purdue) re: Nalmafene reporting. | |
| 08/24/20 | ADD | Call M. Gibson, A. Gallogly (Skadden), J. Doyle, E. Ruta, K. McCarthy (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst contracts Schedule Meeting | 1.50 |
| 08/24/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue), A. DePalma K. McCafferty (AlixPartners) re: Catalyst status update meeting. | 0.40 |
| 08/24/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: analysis of supply contracts. | 1.10 |
| 08/24/20 | ADD | Meeting with D. Fogel (Purdue), A. DePalma K. McCafferty (AlixPartners) re: PO-SOW-Contracts for RT used by RP or PPLP. | 1.60 |
| 08/24/20 | KM | Meeting with D. Fogel (Purdue), A. DePalma K. McCafferty (AlixPartners) re: PO-SOW-Contracts for RT used by RP or PPLP. | 1.60 |
| 08/24/20 | KM | Analysis re: procurement spend for TTM, 2018 and 2019 for project Catalyst. | 2.40 |
| 08/24/20 | KM | Analysis re: consolidation of all RT agreements and match to SAP spend analysis. | 1.60 |
| 08/24/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue), A. DePalma K. McCafferty (AlixPartners) re: Catalyst status update meeting. | 0.40 |
| 08/24/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: analysis of supply contracts. | 1.10 |
| 08/24/20 | KM | Analysis re: supply content tracking for project Catalyst. | 0.20 |
| 08/24/20 | KM | Call M. Gibson, A. Gallogly (Skadden), J. Doyle, E. Ruta, K. McCarthy (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst contracts Schedule | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Meeting | |
| 08/24/20 | KM | Analysis re: top suppliers and customers for 2018/2019 re: project Catalyst schedule and reps requirements. | 2.10 |
| 08/24/20 | NAS | Review new Purdue diligence files uploaded to data room. | 0.50 |
| 08/24/20 | NAS | Review new standalone P&Ls for Base Case with Risk Adjustments. | 0.80 |
| 08/24/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review new Mundipharma Base Case with Risk Adjustments. | 0.80 |
| 08/24/20 | NAS | Review changes to consolidated P&L between first and second iterations of Mundipharma business plan model and identify drivers. | 2.60 |
| 08/24/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review changes in consolidated Mundipharma P&L from first to second iteration of business plan model. | 0.80 |
| 08/24/20 | NAS | Analyze product-level changes between first and second iteration of Mundipharma business plan model and identify drivers. | 2.10 |
| 08/24/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review changes in Mundipharma Analgesics standalone P&L from first to second iteration of business plan model. | 0.60 |
| 08/24/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review new Mundipharma Base Case with Risk Adjustments. | 0.80 |
| 08/24/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review changes in consolidated Mundipharma P&L from first to second iteration of business plan model. | 0.80 |
| 08/24/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review changes in Mundipharma Analgesics standalone P&L from first to second iteration of business plan model. | 0.60 |
| 08/24/20 | GJK | Review of Malta 2.0 variances with direct allocations. | 2.00 |
| | | Review Mundipharma model updates. | 2.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/24/20 | GJK | Plan and coordinate for Mundipharma diligence. | 1.00 |
| 08/25/20 | GJK | Assess Mundipharma product category P&Ls. | 2.00 |
| 08/25/20 | GJK | Review variances in product categories based on Mundipharma June model. | 2.50 |
| 08/25/20 | GJK | Discussions with G. Koch, N. Simon (both AlixPartners) to review detailed reconciliations across first and second iterations of Mundipharma management forecasts. | 2.30 |
| 08/25/20 | LJD | Review and comment on Oxy and adhansia slides for board presentation | 0.70 |
| 08/25/20 | NAS | Compare and conform allocation methodology across first and second iterations of Mundipharma business plan model. | 1.30 |
| 08/25/20 | NAS | Discussions with G. Koch, N. Simon (both AlixPartners) to review detailed reconciliations across first and second iterations of Mundipharma management forecasts. | 2.30 |
| 08/25/20 | NAS | Build detailed bridge from first and second iterations of Mundipharma management forecasts for Net Sales line. | 1.20 |
| 08/25/20 | NAS | Build detailed bridge from first and second iterations of Mundipharma management forecasts for Cost of Sales line. | 1.80 |
| 08/25/20 | NAS | Build detailed bridge from first and second iterations of Mundipharma management forecasts for Other Revenue and Royalties Receivable lines. | 0.80 |
| 08/25/20 | KM | Meeting with D. Fogel, R. Shamblen, D. Lundie, J. Lowne (all Purdue), R. Schnitzler (PJT) re: inventory plans and impact on credit for Catalyst. | 0.50 |
| 08/25/20 | KM | Analysis re: RT inventory valuation by type for project Catalyst. | 0.20 |
| 08/25/20 | KM | Call with R. Shamblen (Purdue) re: technology transfer requirements for product portfolio. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 08/25/20 | KM | Analysis re: API-product qualification mapping and planning for project Catalyst. | 0.60 |
| 08/25/20 | KM | Call with R. Schnitzler (PJT) re: project Catalyst. | 0.20 |
| 08/25/20 | KM | Analysis re: RT inventory valuation by type for project Catalyst. | 0.20 |
| 08/25/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly, R. Schlossberg, M. Sumner (all Skadden) re: Catalyst proposals review. | 3.00 |
| 08/25/20 | KM | Update diligence tracking and analyses re: project Catalyst. | 0.40 |
| 08/25/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, (all Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst status update meeting. | 1.10 |
| 08/25/20 | KM | Analysis re: Rhodes Tech agreements for Catalyst. | 0.30 |
| 08/25/20 | KM | Call with D. Fogel (Purdue), J. Carlisle (Purdue) re: Wilson purchasing per Rhodes Technologies agreements. | 0.70 |
| 08/25/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly, R. Schlossberg, M. Sumner (all Skadden) re: Catalyst supply agreement. | 0.50 |
| 08/25/20 | KM | Call M. Gibson, A. Gallogly (Skadden), J. Doyle, E. Ruta (Purdue), K. McCarthy (Purdue), K. McCafferty, A. DePalma (AlixPartners) re: Catalyst contracts Schedule Meeting | 1.00 |
| 08/25/20 | KM | Review and gap analysis re: environmental diligence requests for project Catalyst. | 0.90 |
| 08/25/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (all Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst status update meeting. | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/25/20 | ADD | Call A. DePalma, J. DelConte (both AlixPartners), R. Aleali, B. Miller (both Purdue), C. Robertson (Davis Polk), and Skadden team re: Purdue Material contract analysis. | 1.00 |
| 08/25/20 | ADD | Call M. Gibson, A. Gallogly (Skadden), J. Doyle, E. Ruta (Purdue), K. McCarthy (Purdue), K. McCafferty, A. DePalma (AlixPartners) re: Catalyst contracts Schedule Meeting | 1.00 |
| 08/25/20 | JD | Review pre-read slides in advance of Board meeting on Thursday. | 1.00 |
| 08/25/20 | JD | Call A. DePalma, J. DelConte (both AlixPartners), R. Aleali, B. Miller (both Purdue), C. Robertson (Davis Polk), and Skadden team re: Purdue Material contract analysis. | 1.00 |
| 08/26/20 | JD | Call with R. Aleali (Purdue) re: material contracts. | 0.30 |
| 08/26/20 | JD | Call with J. Lowne, R. Aleali (both Purdue), J. O'Connell, J. Turner (both PJT), M. Huebner, C. Robertson, S. Brecher, J. Crandall (all Davis Polk) re: pension plan assumptions and status. | 0.40 |
| 08/26/20 | JD | Prepare and provide draft responses to various questions from the monitor on the June flash report. | 1.80 |
| 08/26/20 | JD | Correspondence with Davis Polk re: questions from Province on the KEIP/KERP proposal. | 0.50 |
| 08/26/20 | JD | Correspondence with management and Davis Polk re: old license agreement diligence questions. | 0.40 |
| 08/26/20 | JD | Review Intellipharmaceutics IPD Analytics report prior to sharing with creditors. | 0.30 |
| 08/26/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (all Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 0.50 |
| 08/26/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners), re: Project Catalyst | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | contract analysis. | |
| 08/26/20 | KM | Analysis of Rhodes Tech MSA re: contracts sharing between PPLP entities. | 0.40 |
| 08/26/20 | KM | Call with third party re: shared services diligence inquiries. | 0.40 |
| 08/26/20 | KM | Meeting with T. Delehant, D. Fogel (both Purdue) re: Rhodes Pharma tech transfer requirements for project Catalyst. | 0.80 |
| 08/26/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: APA/MSA review. | 1.50 |
| 08/26/20 | KM | Call with D. Fogel (Purdue) , J. Lowne (Purdue), R. Schnitzler (PJT) re: project Catalyst proposal savings review for PPLP Board meeting. | 0.50 |
| 08/26/20 | KM | Analysis re: transition services for project Catalyst. | 1.00 |
| 08/26/20 | KM | Call with R. Schnitzler (PJT) and third party re: APA and MSA feedback for project Catalyst. | 0.50 |
| 08/26/20 | KM | Analysis re: inventory transition planning for project Catalyst. | 0.40 |
| 08/26/20 | KM | Call with D. Fogel (Purdue) re: inventory valuation for APA. | 0.60 |
| 08/26/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, (all Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 0.50 |
| 08/26/20 | KM | Analysis re: environmental due diligence inquiries. | 0.60 |
| 08/26/20 | KM | Analysis, documentation and review re: APA rep Section 3.21 for project Catalyst. | 1.70 |
| 08/26/20 | KM | Analysis re: quality agreements currently in place. | 0.50 |
| 08/26/20 | KM | Virtual working session with A. DePalma and K. | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | McCafferty (both AlixPartners), re: Project Catalyst contract analysis. | |
| 08/26/20 | NAS | Build detailed reconciliations across Mundipharma management forecasts for Deductions line items. | 1.50 |
| 08/26/20 | NAS | Build detailed reconciliations across Mundipharma management forecasts for Selling & Promotion, Medical Affairs, and General & Administrative line items. | 1.70 |
| 08/26/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review detailed management forecast variance for Analgesics segment. | 0.40 |
| 08/26/20 | NAS | Review new diligence files uploaded to Purdue data room. | 0.40 |
| 08/26/20 | NAS | Finalize detailed reconciliation file covering different versions of Mundipharma management forecasts. | 1.10 |
| 08/26/20 | NAS | Add toggle functionality for Journal entries to Mundipharma business plan model. | 1.30 |
| 08/26/20 | NAS | Build summary variances between versions of Mundipharma management forecasts for all individual product categories. | 1.10 |
| 08/26/20 | GJK | Review product category variances and bridge to Malta 1.0 and May Management Case. | 2.00 |
| 08/26/20 | GJK | Review Management Revisions responses to diligence questions. | 1.00 |
| 08/26/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review detailed management forecast variance for Analgesics segment. | 0.40 |
| 08/26/20 | GJK | Review Mundipharma variances and open questions, planning for report update. | 2.00 |
| 08/27/20 | GJK | Review Mundipharma variances and potential adjustments to base cases. | 2.00 |
| 08/27/20 | GJK | Discussions with G. Koch, N. Simon (both AlixPartners) to | 1.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | review Mundipharma management forecast product category variances and note takeaways. | |
| 08/27/20 | GJK | Assess risk adjustment shifts based on product category variances. | 2.50 |
| 08/27/20 | LJD | Review agenda and board materials | 0.30 |
| 08/27/20 | LJD | Partial participation in PPI board meeting. | 4.20 |
| 08/27/20 | NAS | Build product category and region-level breakdowns of variance between Mundipharma management forecasts for Cost of Sales line item. | 1.30 |
| 08/27/20 | NAS | Discussions with G. Koch, N. Simon (both AlixPartners) to review Mundipharma management forecast product category variances and note takeaways. | 1.60 |
| 08/27/20 | NAS | Build product category and region-level breakdowns of variance between Mundipharma management forecasts for Selling & Promotion line item. | 0.90 |
| 08/27/20 | NAS | Build product category and region-level breakdowns of variance between Mundipharma management forecasts for General & Administrative line item. | 1.40 |
| 08/27/20 | KM | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence status. | 0.20 |
| 08/27/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst supply agreement discussion. | 1.70 |
| 08/27/20 | KM | Analysis and document summary re: environmental due diligence requests and reporting for Catalyst. | 1.50 |
| 08/27/20 | KM | Participation in PPLP Board Meeting re: project Catalyst update. | 1.00 |
| 08/27/20 | KM | Analysis and document creation re: APA Schedule A amendments. | 0.70 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/27/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, (all Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst status update meeting. | 0.30 |
| 08/27/20 | KM | Call with D. Fogel (Purdue) re: PPLP and Rhodes Pharma tech transfer planning for Catalyst transition. | 0.30 |
| 08/27/20 | KM | Analysis re: environmental due diligence inquiries. | 0.20 |
| 08/27/20 | KM | Analysis re: PPLP and Rhodes Pharma tech transfer planning for Catalyst transition. | 1.10 |
| 08/27/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (all Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst status update meeting. | 0.30 |
| 08/27/20 | ADD | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence status. | 0.20 |
| 08/27/20 | ADD | Analyze material Purdue agreements and create a tracker for client review. | 2.50 |
| 08/27/20 | JD | Participate in PPI Board meeting. | 5.00 |
| 08/27/20 | JD | Review Board pre-reads prior to Board meeting. | 0.50 |
| 08/27/20 | JD | Call with R. Schnitzler (PJT) re: Project Catalyst. | 0.30 |
| 08/27/20 | JD | Correspondence with Davis Polk re: UCC KEIP/KERP requests. | 0.40 |
| 08/27/20 | JD | Review validation files from D. Warren (Purdue) re: compensation arrangement information. | 0.30 |
| 08/27/20 | JD | Review initial draft list of material contracts from A. DePalma (AlixPartners). Make edits and provide comments re: same. | 0.60 |
| 08/27/20 | JD | Review updated bridge analyses from management for the fully updated business plan refresh. | 1.00 |
| 08/28/20 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: IAC catch up. | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/28/20 | JD | Call with J. Lowne (Purdue) re: KEIP/KERP declaration. | 0.40 |
| 08/28/20 | JD | Call with J. O'Connell, J. Turner, R. Schnitzler (all PJT) and M. Cola (Board member) re: business plan refresh follow ups. | 0.60 |
| 08/28/20 | JD | Begin work on pulling together a summary wage file that includes all historical wage information as well as future AIP/LTRP/Retention payments by employee per UCC request. | 2.80 |
| 08/28/20 | JD | Finalize pulling together initial draft comprehensive wage tracker in response to UCC request. | 1.90 |
| 08/28/20 | JD | Correspondence with Davis Polk and PJT re: request for updated financial projection information from the NCSG. Review materials posted to the data room to be responsive. | 0.60 |
| 08/28/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (all Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 0.30 |
| 08/28/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: material agreements. | 0.20 |
| 08/28/20 | ADD | Call M. Gibson, A. Gallogly (both Skadden), J. Doyle, E. Ruta, K. McCarthy (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst contracts Schedule Meeting | 3.10 |
| 08/28/20 | KM | Analysis edits and review re: MSA and APA for third party negotiations. | 0.90 |
| 08/28/20 | KM | Analysis re: materials agreements for project Catalyst. | 1.10 |
| 08/28/20 | KM | Call M. Gibson, A. Gallogly (both Skadden), J. Doyle, E. Ruta, K. McCarthy (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst contracts Schedule Meeting | 3.10 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100               F 214.647.7501
Dallas, TX 75201         alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/28/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: material agreements. | 0.20 |
| 08/28/20 | KM | Call with R. Schnitzler (PJT) re: project Catalyst. | 0.30 |
| 08/28/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, (all Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 0.30 |
| 08/28/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: project Catalyst update. | 1.00 |
| 08/28/20 | NAS | Revise Mundipharma model to incorporate Foundation product terminology to product/region/market metrics. | 1.30 |
| 08/28/20 | LJD | Debrief call with Ken Buckfire (board member) following PPI board meeting. | 0.40 |
| 08/28/20 | GJK | Review Mundipharma responses to country diligence questions. | 0.30 |
| 08/28/20 | GJK | Review open diligence questions. | 1.00 |
| 08/28/20 | GJK | Walkthrough of latest Mundipharma updated model. | 2.00 |
| 08/28/20 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: IAC catch up. | 0.20 |
| 08/29/20 | KM | Analysis re: API pricing schedules for APA. | 0.30 |
| 08/29/20 | KM | Debrief session with D. Lundie, J. Lowne, K. McCarthy, R. Aleali (all Purdue), R. Schnitzler (PJT), M. Gibson (Skadden), and third party diligence team re: project Catalyst discussion. | 1.50 |
| 08/29/20 | KM | Call with D. Lundie (Purdue), J. Lowne, K. McCarthy (Purdue), R. Schnitzler (PJT), M. Gibson (Skadden), and third party re: project Catalyst APA and MSA negotiations. | 1.00 |
| 08/29/20 | KM | Analysis re: API pricing schedules for APA. | 0.10 |
| 08/29/20 | KM | Call with D. Lundie (Purdue), J. Lowne, K. McCarthy | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | (Purdue), R. Schnitzler (PJT), M. Gibson (Skadden) re: project Catalyst prep call for third party discussion. | |
| 08/29/20 | ADD | Review and update project Catalyst contract materiality analysis in preparation for client review. | 1.60 |
| 08/30/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners), re: Project Catalyst contract analysis review. | 0.80 |
| 08/30/20 | JD | Review and eddit draft employee wage tracker given comments from management. | 0.70 |
| 08/30/20 | JD | Correspondence with management re: open KEIP / KERP items. | 0.50 |
| 08/30/20 | KM | Analysis re: API pricing schedules for APA. | 0.40 |
| 08/30/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners), re: Project Catalyst contract analysis review. | 0.80 |
| 08/31/20 | KM | Analysis and coordination re: outstanding diligence requests. | 0.50 |
| 08/31/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (both Skadden) re: Catalyst document review. | 1.40 |
| 08/31/20 | KM | Analysis re: MSA pricing. | 0.60 |
| 08/31/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, (all Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst status update meeting. | 0.20 |
| 08/31/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Rhodes Technologies agreements. | 1.70 |
| 08/31/20 | KM | Call M. Gibson, A. Gallogly (Skadden), J. Doyle, E. Ruta (Purdue), K. McCarthy (Purdue), K. McCafferty, A. | 0.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | DePalma (AlixPartners) re: Catalyst contracts Schedule Meeting. | |
| 08/31/20 | KM | Analysis re: supply agreements for project Catalyst. | 0.90 |
| 08/31/20 | KM | Review details of project Catalyst materials contracts. | 0.90 |
| 08/31/20 | KM | Analysis re: transition services and transfer costs for project Catalyst. | 1.10 |
| 08/31/20 | KM | Analysis re: quota and inventory management and scenarios re: project Catalyst. | 0.70 |
| 08/31/20 | KM | Call with R. Schnitzler (PJT) re: transition services net costs for project Catalyst. | 0.30 |
| 08/31/20 | KM | Analysis re: WIP inventory valuation for transfer to third party. | 0.40 |
| 08/31/20 | KM | Analysis re: employee retention for project Catalyst proposal. | 0.90 |
| 08/31/20 | KM | Analysis re: proposed retention by third party by role. | 0.40 |
| 08/31/20 | JD | Review and edit latest wage tracker for latest information. Send around to internal group for review. | 0.60 |
| 08/31/20 | JD | Prepare attrition analysis for J. Lowne (Purdue). | 1.10 |
| 08/31/20 | JD | Review updated compensation validation files from D. Warren (Purdue). | 0.70 |
| 08/31/20 | JD | Update source files and wage tracker for comments from C. DeStefano (Purdue). Correspondence with C. DeStefano (Purdue) re: same. | 1.70 |
| 08/31/20 | JD | Review and edit final material contract analysis from A. DePalma (AlixPartners).  Send around to internal Purdue group for review and discussion. | 0.60 |
| 08/31/20 | JD | Review analysis of historical termed employees from Purdue from 2017 to present. Cross reference against existing analyses and review for omissions. Correspondence with Purdue HR team re: same. | 0.80 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                  F 214.647.7501
Dallas, TX 75201            alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/31/20 | JD | Correspondence with D. Consla (Davis Polk) re: KEIP/KERP motion and outstanding diligence items. | 0.40 |
| 08/31/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (all Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst status update meeting. | 0.20 |
| 08/31/20 | ADD | Call M. Gibson, A. Gallogly (Skadden), J. Doyle, E. Ruta (Purdue), K. McCarthy (Purdue), K. McCafferty, A. DePalma (AlixPartners) re: Catalyst contracts Schedule Meeting. | 0.60 |
| 08/31/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Rhodes Technologies agreements. | 1.70 |
| 08/31/20 | HSB | Reviewed UCC letter to Judge Drain regarding discovery undertaken by the UCC. | 0.30 |
| 08/31/20 | GJK | Discussion with G. Koch, N. Simon (both AlixPartners) to review variances between Base Cases in different versions of Mundipharma model and key drivers. | 2.40 |
| 08/31/20 | GJK | Discussion with G. Koch, N. Simon (both AlixPartners) to review changes in projected Mundipharma Selling & Promotion expense and underlying methodology. | 2.80 |
| 08/31/20 | GJK | Review of Mundipharma Sales and Promotion drivers. | 1.80 |
| 08/31/20 | GJK | Update commentary for Mundipharma consolidated bridge. | 0.50 |
| 08/31/20 | GJK | Review of updates EBITDA drivers in Mundipharma model. | 1.00 |
| 08/31/20 | NAS | Review new Mundipharma diligence responses provided by Huron. | 0.40 |
| 08/31/20 | NAS | Build consolidated Base Case to Base Case variance across first and second iteration of Mundipharma models. | 0.60 |
| 08/31/20 | NAS | Draft guide to drivers of Base Case to Base Case | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | variances between versions of Mundipharma models. | |
| 08/31/20 | NAS | Revise S&P in Mundipharma Base Case to project based on variable methodology (as opposed to fixed). | 0.90 |
| 08/31/20 | NAS | Discussion with G. Koch, N. Simon (both AlixPartners) to review variances between Base Cases in different versions of Mundipharma model and key drivers. | 2.40 |
| 08/31/20 | NAS | Discussion with G. Koch, N. Simon (both AlixPartners) to review changes in projected Mundipharma Selling & Promotion expense and underlying methodology. | 2.80 |
| 09/01/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: projected Selling & Promotion expense in Mundipharma Base Case. | 1.30 |
| 09/01/20 | NAS | Analyze region- and product-level drivers behind Marketing expense change across Mundipharma forecasts. | 1.30 |
| 09/01/20 | NAS | Review new diligence responses provided by Huron/Mundipharma. | 0.50 |
| 09/01/20 | NAS | Review revised Mundipharma business plan model for accuracy and completeness. | 1.00 |
| 09/01/20 | NAS | Build P&L variance analysis for Mundipharma Risk-Adjusted Base Cases. | 0.80 |
| 09/01/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: proposed risk adjustments to Mundipharma Base Case. | 1.00 |
| 09/01/20 | NAS | Revise Mundipharma business plan risk adjustments to align with latest findings and updated forecasts. | 3.30 |
| 09/01/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: proposed risk adjustments to Mundipharma Base Case. | 1.00 |
| 09/01/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: projected Selling & Promotion expense in Mundipharma Base Case. | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/01/20 | GJK | Review Mundipharma model variances and adjustments. | 2.00 |
| 09/01/20 | GJK | Review Mundipharma diligence responses to support model adjustments. | 2.50 |
| 09/01/20 | ADD | Call with E. Vonnegut, W. Taylor, A. Lele, C. Robertson (Davis Polk) R. Aleali, K. McCarthy, B. Miller (Purdue), T. Melvin (PJT), A. DePalma, J. DelConte (both AlixPartners) re: trust transfer process. | 1.20 |
| 09/01/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst status update meeting. | 0.20 |
| 09/01/20 | ADD | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract diligence status. | 0.70 |
| 09/01/20 | JD | Call with J. Lowne (Purdue) re: attrition rates. | 0.10 |
| 09/01/20 | JD | Call with J. Lowne, R. Aleali, C. DeStefano, K. Laurel (all Purdue), E. Vonnegut, D. Consla, S. Brecher (all Davis Polk), D. Sims, S. Hinden (both Willis Towers Watson) re: KEIP/KERP. | 0.50 |
| 09/01/20 | JD | Call with E. Vonnegut, W. Taylor, A. Lele, C. Robertson (Davis Polk) R. Aleali, K. McCarthy, B. Miller (Purdue), T. Melvin (PJT), A. DePalma, J. DelConte (both AlixPartners) re: trust transfer process. | 1.20 |
| 09/01/20 | JD | Review updated employee roster and resignation and terminations information.  Prepare analysis to create historical employee rosters. | 1.80 |
| 09/01/20 | JD | Review and edit draft KEIP / KERP motion. | 0.80 |
| 09/01/20 | JD | Finalize initial draft Wage Summary analysis. Tie back historical AIP and LTRP information against source files. Review analysis for employees who have left the company. | 3.10 |
| 09/01/20 | JD | Prepare analysis of LTRP reductions to share with the | 2.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | various creditor advisors. | |
| 09/01/20 | JD | Review updated attrition calculations from J. Lowne (Purdue) | 0.30 |
| 09/01/20 | JD | Review status of LTS invoices and correspondence with R. Aleali (Purdue) re: same. | 0.50 |
| 09/01/20 | JD | Correspondence with PJT re: scheduling a call re: Catalyst. | 0.20 |
| 09/01/20 | KM | Analysis re: supply agreements for project Catalyst. | 2.10 |
| 09/01/20 | KM | Analysis and document management re: environmental diligence for Catalyst. | 0.80 |
| 09/01/20 | KM | Analysis re: APA schedules for project Catalyst. | 2.50 |
| 09/01/20 | KM | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract diligence status | 0.70 |
| 09/01/20 | KM | Analysis re: IT agreements and approvals for project Catalyst. | 1.70 |
| 09/01/20 | KM | Call with R. Schnitzler (PJT) re: project Catalyst. | 0.40 |
| 09/01/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst status update meeting. | 0.20 |
| 09/01/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (Skadden) re: Catalyst document review. | 0.90 |
| 09/01/20 | KM | Update diligence requests re: project Catalyst. | 0.70 |
| 09/02/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Rhodes Technologies post-petition supply agreements. | 1.80 |
| 09/02/20 | KM | Analysis and document management re: schedules for Catalyst. | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 09/02/20 | KM | Analysis re: material supply agreements and spend for project Catalyst. | 0.50 |
| 09/02/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Rhodes Technologies IT agreements for assignment. | 0.40 |
| 09/02/20 | KM | Continue analysis re: material supply agreements and spend for project Catalyst. | 0.40 |
| 09/02/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (Skadden) re: Catalyst document review. | 2.30 |
| 09/02/20 | KM | Call with D. Fogel (Purdue) re: material IT agreements transfer status for project Catalyst. | 0.40 |
| 09/02/20 | KM | Analysis re: material IT agreements transfer status for project Catalyst. | 0.60 |
| 09/02/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (Skadden) re: APA review. | 1.50 |
| 09/02/20 | KM | Manage and post materials agreements re: project catalyst. | 1.10 |
| 09/02/20 | JD | Review updated termed employee files from D. Warren (Purdue). | 0.50 |
| 09/02/20 | JD | Review and update employee wage summary file for latest information from the company. | 1.70 |
| 09/02/20 | JD | Call with R. Schnitzler, J. Turner (both PJT) and third party re: go forward planning. | 0.80 |
| 09/02/20 | JD | Call with J. Turner and R. Schnitzler (both PJT) re: follow up to third party call. | 0.30 |
| 09/02/20 | JD | Correspondence with PJT, Province, FTI, Jefferies and Houlihan re: scheduling a Catalyst call | 0.60 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/02/20 | JD | Correspondence with C. MacDonald (Purdue) re: professional fee payments. | 0.20 |
| 09/02/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Rhodes Technologies IT agreements for assignment. | 0.40 |
| 09/02/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Rhodes Technologies post-petition supply agreements. | 1.80 |
| 09/02/20 | GJK | Review and assess Mundipharma model comparisons. | 2.50 |
| 09/02/20 | GJK | Review S&P adjustments between Mundipharma models. | 2.00 |
| 09/02/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review risk adjustments made to Mundipharma Base Case. | 1.00 |
| 09/02/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: Mundipharma business plan update materials to be provided to PJT. | 0.30 |
| 09/02/20 | LJD | Update call with J. Dubel (Board Member) | 0.40 |
| 09/02/20 | NAS | Review Mundipharma risk-adjusted case for accuracy and comprehensiveness. | 1.70 |
| 09/02/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review risk adjustments made to Mundipharma Base Case. | 1.00 |
| 09/02/20 | NAS | Review new diligence documents provided by Huron/Mundipharma. | 0.40 |
| 09/02/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: Mundipharma business plan update materials to be provided to PJT. | 0.30 |
| 09/02/20 | NAS | Build annotated variances between Base and Risk-Adjusted Cases for first and second iteration of Mundipharma business plan model to share with PJT. | 1.80 |
| 09/02/20 | IA | Review KEIP/KERP analysis and payments by employee detailed file. | 1.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/03/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: prep for call with J Turner (PJT). | 0.20 |
| 09/03/20 | NAS | Finalize Mundipharma Risk-Adjusted Case variance analysis to share with PJT. | 1.20 |
| 09/03/20 | NAS | Draft list of key Mundipharma information provided since first iteration of diligence report. | 0.30 |
| 09/03/20 | GJK | Review updated variances by product category in revised Mundipharma model. | 1.00 |
| 09/03/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: prep for call with J Turner (PJT). | 0.20 |
| 09/03/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 0.30 |
| 09/03/20 | ADD | Compile SAP data and update liabilities subject to compromise report for August. | 1.10 |
| 09/03/20 | ADD | Call J. DelConte, K. McCafferty, A. DePalma (AlixPartners), R. Schnitzler (PJT) and Creditor Committee members re: Project Catalyst. | 0.50 |
| 09/03/20 | ADD | Call M. Gibson, A. Gallogly (Skadden), J. Doyle, E. Ruta (Purdue), K. McCarthy (Purdue), K. McCafferty, A. DePalma (AlixPartners) re: materials agreements and excluded contracts for schedules. | 0.20 |
| 09/03/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: RT/RP agreements. | 2.50 |
| 09/03/20 | HSB | Review KEIP/KERP motion. | 0.40 |
| 09/03/20 | JD | Call with J. Lowne (Purdue) re: team call follow-up. | 0.50 |
| 09/03/20 | JD | Call with J. Lowne, E. Ruiz, S. Danil (all Purdue) re: contract analysis. | 0.50 |
| 09/03/20 | JD | Call with R. Schnitzler, J. Turner, T. Melvin (all PJT), M. Atkinson (Province), M. Diaz, B. Bromberg (both FTI), L. | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Szlenzinger (Jefferies), G. Couts, H. Schenk (Houlihan), J. DelConte, K. McCafferty, A. DePalma (all AlixPartners) re: Catalyst update. | |
| 09/03/20 | JD | Review draft professional fees for August accruals. | 0.40 |
| 09/03/20 | KM | Analyze and edit APA and MSA schedule re: Catalyst. | 1.90 |
| 09/03/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: RT/RP agreements. | 2.50 |
| 09/03/20 | KM | Updates and analysis re: project Catalyst APA and MSA supporting documents. | 2.60 |
| 09/03/20 | KM | Call with D. Fogel (Purdue) re: RT employee retention. | 0.30 |
| 09/03/20 | KM | Analysis and document creation re: Catalyst agreement schedules. | 1.90 |
| 09/03/20 | KM | Call M. Gibson, A. Gallogly (Skadden), J. Doyle, E. Ruta (Purdue), K. McCarthy (Purdue), K. McCafferty, A. DePalma (AlixPartners) re: materials agreements and excluded contracts for schedules. | 0.20 |
| 09/03/20 | KM | Analysis re: RT/RP agreements. | 0.10 |
| 09/03/20 | KM | Advisors call with J. DelConte (AlixPartners), R. Schnitzler (PJT), Jeffries, FTI, HL re: project Catalyst. | 0.50 |
| 09/03/20 | KM | Analysis re: RT/RP agreements. | 0.40 |
| 09/03/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 0.30 |
| 09/03/20 | KM | Call with D. Fogel, W. DiNicola (both Purdue) re: supply agreements schedules review. | 0.10 |
| 09/03/20 | KM | Analysis re: employee retention costs. | 0.60 |
| 09/03/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (Skadden) re: document and negotiations review. | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/03/20 | KM | Call with D. Fogel (Purdue) re: analysis of offered employees. | 0.30 |
| 09/04/20 | KM | Analysis re: COVID pay premium for RT employees. | 0.40 |
| 09/04/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (Skadden) re: Project Catalyst document and negotiations review. | 1.60 |
| 09/04/20 | KM | Analysis re: COVID pay premium for RT employees. | 1.10 |
| 09/04/20 | KM | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract diligence status. | 0.20 |
| 09/04/20 | KM | Analysis and updates re: project Catalyst schedules and exhibits. | 1.70 |
| 09/04/20 | KM | Meeting with D. Lundie, K. McCarthy, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (Skadden) re: Project Catalyst call debrief. | 0.80 |
| 09/04/20 | KM | Call with R. Aleali (Purdue) re: compensation schedules and VDR files for Catalyst. | 0.30 |
| 09/04/20 | KM | Analysis re: supply agreements for Catalyst. | 0.50 |
| 09/04/20 | KM | Call with R. Shamblen (Purdue) and A. Gallogly (Skadden) re: APA schedules for project Catalyst. | 0.50 |
| 09/04/20 | KM | Call with J. Lowne (Purdue) and R. Schnitzler (PJT) re: COVID pay premium programmed. | 0.20 |
| 09/04/20 | KM | Respond and update schedules re: project Catalyst. | 1.10 |
| 09/04/20 | KM | Analysis re: cure costs and RT purchases for project Catalyst. | 2.40 |
| 09/04/20 | KM | Manage and edit schedules and file for VDR re: project Catalyst. | 1.20 |
| 09/04/20 | KM | Call with R. Schnitzler (PJT), Project Catalyst diligence team re: COVID pay premium and other updates. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Business Analysis & Operations
Client/Matter #              012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/04/20 | JD | Update professional fee accruals for June and July. | 0.40 |
| 09/04/20 | JD | Review and provide comments to the latest Lowne declaration re: KEIP. | 0.80 |
| 09/04/20 | JD | Calculate pre-2018 performance amounts for Insiders. | 0.60 |
| 09/04/20 | JD | Discussion with D. Sims (Willis Towers) re: KEIP/KERP motion. | 0.90 |
| 09/04/20 | JD | Discussion with J. Lowne (Purdue) re: KEIP/KERP reductions. | 0.30 |
| 09/04/20 | JD | Correspondence with Davis Polk re: comments on the latest KEIP/KERP motions and declaration. | 0.80 |
| 09/04/20 | JD | Update the wage summary analysis to capture additional LTRP participants. Correspondence with Province re: same. | 1.30 |
| 09/04/20 | JD | Correspondence with K. Laurel (Purdue) re: remote working. Review employee roster re: same. | 0.40 |
| 09/04/20 | JD | Correspondence with J. Lowne (Purdue) re: LTRP reduction analysis. | 0.70 |
| 09/04/20 | JD | Mark-up of the latest KEIP motion and send out to the group. | 0.60 |
| 09/04/20 | ADD | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract diligence status. | 0.20 |
| 09/04/20 | ADD | Compile SAP data and update liabilities subject to compromise report for August. | 2.60 |
| 09/04/20 | GJK | Call with J Turner (PJT) re: Mundipharma model updates, include prep time. | 0.50 |
| 09/05/20 | JD | Correspondence with C. DeStefano (Purdue) and D. Consla (Davis Polk) re: KEIP/KERP questions. | 0.30 |
| 09/06/20 | JD | Correspondence with R. Aleali (Purdue) re: material contract review. | 0.30 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/06/20 | JD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: APA and MSA schedules. | 0.60 |
| 09/06/20 | JD | Mark-up of the latest version of the Lowne declaration re: KEIP. | 0.70 |
| 09/06/20 | JD | Discussion with M. Huebner (Davis Polk) re: KEIP motion. | 0.10 |
| 09/06/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: APA and MSA schedules. | 0.60 |
| 09/07/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: APA and MSA schedules. | 1.30 |
| 09/07/20 | ADD | Meeting with K. McCafferty, A. DePalma (both AlixPartners), D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (Skadden) re: Project Catalyst document and negotiations review. | 0.50 |
| 09/07/20 | ADD | Meeting with W. DiNicola, D. Fogel, (Purdue), A. DePalma K. McCafferty (AlixPartners) re: prorated expenses and cure costs for Catalyst. | 0.50 |
| 09/07/20 | KM | Analysis re: RT 2020 purchases and agreements for project Catalyst. | 1.60 |
| 09/07/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: APA and MSA schedules. | 1.30 |
| 09/07/20 | KM | Meeting with K. McCafferty, A. DePalma (both AlixPartners), D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (Skadden) re: Project Catalyst document and negotiations review. | 0.50 |
| 09/07/20 | KM | Meeting with W. DiNicola, D. Fogel, (Purdue), A. DePalma | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | K. McCafferty (AlixPartners) re: prorated expenses and cure costs for Catalyst. |  |
| 09/07/20 | KM | Analysis re: APA prorated expenses. | 0.30 |
| 09/07/20 | KM | Call with R. Schnitzler (PJT) re: employee compensation for project Catalyst. | 0.10 |
| 09/07/20 | KM | Analysis re: open RT POs. | 1.80 |
| 09/07/20 | KM | Coordinate and update VDR and supplier contracts re: project Catalyst. | 2.00 |
| 09/07/20 | JD | Analyze break down of compensation agreements by company. | 1.10 |
| 09/07/20 | JD | Correspondence with M. Atkinson (Province) re: KEIP/KERP diligence questions. | 0.40 |
| 09/07/20 | JD | Correspondence with Davis Polk and Purdue re: Project Catalyst. | 0.50 |
| 09/07/20 | JD | Correspondence with Davis Polk and Willis Towers Watson re: open diligence questions from FTI and Province. | 0.60 |
| 09/07/20 | LJD | Review prereads for board meeting | 1.20 |
| 09/08/20 | LJD | Participate in PPI Board meeting including L. Donahue and J. DelConte (both AlixPartners) in attendance. | 1.10 |
| 09/08/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review latest draft of Mundipharma business plan model and plan priorities for week. | 0.80 |
| 09/08/20 | GJK | Plan and coordinate for updating Mundipharma final report. | 2.50 |
| 09/08/20 | GJK | Review Mundipharma model variances and potential updates to report. | 2.80 |
| 09/08/20 | GJK | Review strong opioids across markets. | 2.00 |
| 09/08/20 | NAS | Add downside case to Mundipharma business plan model. | 1.20 |
| 09/08/20 | NAS | Draft cover note for Mundipharma business plan model | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | and share materials with PJT. | |
| 09/08/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review latest draft of Mundipharma business plan model and plan priorities for week. | 0.80 |
| 09/08/20 | NAS | Implement final revisions to Mundipharma business plan model prior to sharing with PJT. | 2.00 |
| 09/08/20 | JD | Participate in PPI Board meeting including L. Donahue and J. DelConte (both AlixPartners) in attendance. | 1.10 |
| 09/08/20 | JD | Call with J. Lowne (Purdue) re: Project Catalyst. | 0.30 |
| 09/08/20 | JD | Meeting with K. McCafferty, J. DelConte and A. DePalma (all AlixPartners) re: cure costs for project Catalyst. | 0.50 |
| 09/08/20 | JD | Correspondence with Davis Polk and PJT re: long term bonuses and Project Catalyst. | 0.30 |
| 09/08/20 | JD | Review latest draft of the APA and Supply Agreement for Project Catalyst. | 1.00 |
| 09/08/20 | JD | Review latest draft Project Catalyst sale order. | 0.60 |
| 09/08/20 | JD | Correspondence with Davis Polk, Willis Towers Watson and Province re: open KEIP/KERP questions. | 0.80 |
| 09/08/20 | JD | Correspondence with Davis Polk re: getting Project Catalyst and KEIP/KERP documents uploaded to the dataroom. | 0.40 |
| 09/08/20 | KM | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence questions review. | 0.20 |
| 09/08/20 | KM | Call with D. Fogel (Purdue) re: Project Catalyst deal analysis and bridge to April 2020 business plan. | 1.10 |
| 09/08/20 | KM | Analysis re: volume and pricing impact of Catalyst offer versus April 2020 budget. | 0.90 |
| 09/08/20 | KM | Meeting with J .Doyle, D. Fogel, E. Ruta, K. McCarthy (all Purdue), A. Gallogly, M. Gibson, M. Sumner, R. Schlossberg (all Skadden), and A. DePalma, K. McCafferty | 1.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | (both AlixPartners) re: Catalyst schedules. |  |
| 09/08/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue) re: A. DePalma K. McCafferty (AlixPartners) re: vendor activities associated with cure costs. | 0.70 |
| 09/08/20 | KM | Analysis re: project Catalyst savings. | 0.50 |
| 09/08/20 | KM | Meeting with W. DiNicola, D. Fogel, (Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Cure Costs Discussion. | 0.40 |
| 09/08/20 | KM | Review re: outstanding purchases and cure costs for project Catalyst. | 0.70 |
| 09/08/20 | KM | Call with J. Lowne (Purdue) re: cure costs for Catalyst. | 0.10 |
| 09/08/20 | KM | Analysis re: outstanding purchases and cure costs for project Catalyst. | 1.70 |
| 09/08/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue), A. DePalma K. McCafferty (AlixPartners) re: Catalyst operations and supply chain diligence. | 1.00 |
| 09/08/20 | KM | Meeting with K. McCafferty, J. DelConte and A. DePalma (all AlixPartners) re: cure costs for project Catalyst. | 0.50 |
| 09/08/20 | KM | Analysis re: open RT POs. | 1.80 |
| 09/08/20 | ADD | Compile, review and request approval to upload document to the Project Catalyst data room. | 2.10 |
| 09/08/20 | ADD | Meeting with K. McCafferty, J. DelConte and A. DePalma (all AlixPartners) re: cure costs for project Catalyst. | 0.50 |
| 09/08/20 | ADD | Meeting with W. DiNicola, D. Fogel, (Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Cure Costs Discussion. | 0.40 |
| 09/08/20 | ADD | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence questions review. | 0.20 |
| 09/08/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue), A. DePalma K. McCafferty (AlixPartners) re: | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Catalyst operations and supply chain diligence. | |
| 09/08/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue), A. DePalma K. McCafferty (AlixPartners) re: vendor activities associated with cure costs. | 0.70 |
| 09/08/20 | ADD | Meeting with J .Doyle, D. Fogel, E. Ruta, K. McCarthy (all Purdue), A. Gallogly, M. Gibson, M. Sumner, R. Schlossberg (all Skadden), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst schedules. | 1.20 |
| 09/09/20 | ADD | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly, M. Gibson (all Skadden), A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst update and document review. | 0.90 |
| 09/09/20 | ADD | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence status update discussion. | 0.40 |
| 09/09/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (Purdue), A. DePalma K. McCafferty (AlixPartners) re: re: open POs in SAP and Ariba for Catalyst. | 1.40 |
| 09/09/20 | ADD | Review and compile contracts for external counsel review. | 1.90 |
| 09/09/20 | KM | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence status update discussion. | 0.40 |
| 09/09/20 | KM | Analysis and schedule updates re: project Catalyst. | 1.20 |
| 09/09/20 | KM | Call with D. Fogel, W. DiNicola (both Purdue) re: Api pricing versus base case. | 1.30 |
| 09/09/20 | KM | Analysis re: API pricing and volume impact of Catalyst savings. | 0.50 |
| 09/09/20 | KM | Create schedule of critical open RT POs re: project Catalyst. | 1.10 |
| 09/09/20 | KM | Analysis re: open PO data for schedules for Catalyst. | 1.70 |
| 09/09/20 | KM | Call with D. Fogel, W. DiNicola (both Purdue) re: offer | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | versus Base Case analysis for Catalyst. | |
| 09/09/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, D. Fogel, W. DiNicola (Purdue), A. DePalma (AlixPartners) re: open POs in SAP and Ariba for Catalyst. | 1.40 |
| 09/09/20 | KM | Analysis re: API pricing and volume impact of Catalyst savings. | 1.00 |
| 09/09/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly, M. Gibson (all Skadden), A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst update and document review. | 0.90 |
| 09/09/20 | KM | Review of disclosure schedules re: project Catalyst. | 0.70 |
| 09/09/20 | JD | Update employee and compensation trackers in order to capture recent hires. | 0.80 |
| 09/09/20 | JD | Review HRT updates prior to uploading them to the dataroom. | 0.80 |
| 09/09/20 | JD | Meeting with R. Aleali, J. Lowne, E. Ruiz and S. Daniel (all Purdue) re: contract review. | 0.60 |
| 09/09/20 | JD | Call with C. Oluwole (Davis Polk) re: UCC presentation. | 0.10 |
| 09/09/20 | JD | Review Purdue compensation committee presentation. | 0.70 |
| 09/09/20 | JD | Review CTC board resolutions. | 0.30 |
| 09/09/20 | JD | Correspondence with C. DeStefano (Purdue) re: process for updating AIP and LTRP trackers. | 0.50 |
| 09/09/20 | JD | Review list of termed employees and previous bonus payments. | 1.00 |
| 09/09/20 | JD | Review and edit responses from management to various open KEIP/KERP creditor inquiries. | 0.50 |
| 09/09/20 | JD | Review latest WTW declaration to be filed with the KEIP/KERP motion. | 0.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/09/20 | JD | Review the latest J. Lowne (Purdue) declaration re: KEIP/KERP motion. | 0.70 |
| 09/09/20 | NAS | Respond to diligence question re: Mundipharma Board structure. | 0.40 |
| 09/09/20 | NAS | Prepare for Mundipharma model walk-through with PJT. | 0.40 |
| 09/09/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners), J. Turner (PJT), and J. Arsic (PJT) to review latest draft of Mundipharma business plan model. | 0.70 |
| 09/09/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review necessary changes to Key Findings section of draft Mundipharma diligence report. | 0.50 |
| 09/09/20 | NAS | Revise Key Findings section of Mundipharma diligence report per latest model. | 1.90 |
| 09/09/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review edits to Mundipharma diligence report and note additional changes to be made. | 1.30 |
| 09/09/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners), J. Turner (PJT), and J. Arsic (PJT) to review latest draft of Mundipharma business plan model. | 0.70 |
| 09/09/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review necessary changes to Key Findings section of draft Mundipharma diligence report. | 0.50 |
| 09/09/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review edits to Mundipharma diligence report and note additional changes to be made. | 1.30 |
| 09/09/20 | GJK | Review of Mundipharma slides for updates. | 2.50 |
| 09/10/20 | GJK | Review key findings slides for potential updates. | 2.50 |
| 09/10/20 | GJK | Review prior working capital/cash flows/balance sheet information to plan for updated projections from Mundipharma. | 1.50 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/10/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to walk through risk adjustment slides. | 1.20 |
| 09/10/20 | NAS | Build comparison of Mundipharma 2020 Original Budget to latest forecast for inclusion in diligence report. | 1.60 |
| 09/10/20 | JD | Correspondence with Davis Polk and PJT re: comments on the illustrative settlement cash flow forecast. | 0.40 |
| 09/10/20 | JD | Review presentations presented to the UCC per a Davis Polk request. | 0.70 |
| 09/10/20 | JD | Follow up correspondence with WTW re: open FTI diligence questions on KEIP/KERP. | 0.50 |
| 09/10/20 | JD | Correspondence with PJT re: draft illustrative settlement cash flow forecast. | 0.30 |
| 09/10/20 | JD | Discussion with C. DeStefano (Purdue) re: KERP promo calculation examples. | 0.60 |
| 09/10/20 | JD | Correspondence with PJT and Purdue re: follow-up conversation with M. Burke. | 0.30 |
| 09/10/20 | NAS | Revisions to Mundipharma Business Plan Overview section of diligence report. | 2.90 |
| 09/10/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to walk through risk adjustment slides. | 1.20 |
| 09/10/20 | NAS | Add individual product P&Ls to latest draft of Mundipharma business plan model. | 0.70 |
| 09/10/20 | KM | Analysis and review re: association of Cure POs to supply agreements for Catalyst. | 1.10 |
| 09/10/20 | KM | Analysis and review re: documentation of supply agreements for schedules. | 0.50 |
| 09/10/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract review and analysis. | 1.50 |
| 09/10/20 | KM | Analysis or RT versus RT contracts re: project Catalyst. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/10/20 | KM | Meeting with D. Fogel (Purdue) re: Catalyst savings impact over April budget. | 0.70 |
| 09/10/20 | KM | Update savings calculations re: project Catalyst. | 0.40 |
| 09/10/20 | KM | Call with K. McCafferty, R. Sublett (both AlixPartners) re: April Rt closure plan and impact on project Catalyst savings. | 0.50 |
| 09/10/20 | KM | Analysis and savings bridge re: project Catalyst versus April 2020 Budget. | 2.30 |
| 09/10/20 | KM | Call with A. Gallogly (Skadden) re: purchase orders required for project Catalyst. | 0.20 |
| 09/10/20 | KM | Meeting with D. Fogel (Purdue) re: savings bridge from April budget to current catalyst proposal. | 0.50 |
| 09/10/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, D. Fogel (all Purdue), A. DePalma K. McCafferty (AlixPartners) re: Catalyst status update meeting. | 1.20 |
| 09/10/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly, R. Schlossberg (Skadden) re: Catalyst update and document review. | 1.00 |
| 09/10/20 | KM | Analysis API pricing impact re:  offer for project Catalyst. | 0.90 |
| 09/10/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract review and analysis. | 1.50 |
| 09/10/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, D. Fogel (all Purdue), A. DePalma K. McCafferty (AlixPartners) re: Catalyst status update meeting. | 1.20 |
| 09/10/20 | RDS | Call with K. McCafferty, R. Sublett (both AlixPartners) re: April Rt closure plan and impact on project Catalyst savings. | 0.50 |
| 09/11/20 | ADD | Virtual working session with A. DePalma and K. | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | McCafferty (both AlixPartners) re: Project Catalyst diligence production | |
| 09/11/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, D. Fogel, W. DiNicola (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: open POs in SAP and Ariba for Catalyst. | 1.40 |
| 09/11/20 | ADD | Call M. Gibson, A. Gallogly (Skadden), J. Doyle, E. Ruta, R. Shamblen, A. Soma, A. Nadeau (Purdue), K. McCarthy (Purdue), A. DePalma (AlixPartners) re: Finalization of the contract list. | 1.10 |
| 09/11/20 | ADD | Call M. Gibson, A. Gallogly (Skadden), J. Doyle, K. McCarthy (both Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst - Revised APA (IP Comments) and supply agreements. | 0.80 |
| 09/11/20 | ADD | Research contracts/agreements for potential inclusion in the schedules and release to the bidders as part of diligence. | 2.80 |
| 09/11/20 | ADD | Compile and upload materials in response to diligence requests for upload to the Project Catalyst data room. | 2.30 |
| 09/11/20 | KM | Call M. Gibson, A. Gallogly (Skadden), J. Doyle, K. McCarthy (both Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst - Revised APA (IP Comments) and supply agreements. | 0.80 |
| 09/11/20 | KM | Call with D. Fogel, J. Dolye, R. Shamblen (all Purdue) re: agreements and materiality for project Catalyst. | 0.70 |
| 09/11/20 | KM | Analysis re: project Catalyst material supply agreements. | 0.40 |
| 09/11/20 | KM | Call with R. Schnitzler (PJT) re: project Catalyst financial impact and savings. | 0.60 |
| 09/11/20 | KM | Update schedules re: project Catalyst. | 0.30 |
| 09/11/20 | KM | Call with R. Shamblen, D. Fogel, J. Doyle, A. Nadeau, A. Soma (Purdue), K. McCarthy (Purdue), A. Gallogly (Skadden), and A. DePalma (AlixPartners) re: finalization | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| | | of schedules for project Catalyst. | |
| 09/11/20 | KM | Analysis and research re: RT agreements for project Catalyst. | 0.70 |
| 09/11/20 | KM | Call with D. Fogel, J. Lowne (both Purdue), and R. Schnitzler (PJT) re: Catalyst savings impact review. | 0.50 |
| 09/11/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, D. Fogel, W. DiNicola (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: open POs in SAP and Ariba for Catalyst. | 1.40 |
| 09/11/20 | KM | Analysis re: project Catalyst supply schedules. | 0.80 |
| 09/11/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence production. | 1.30 |
| 09/11/20 | KM | Review and editing re: project Catalyst schedules and exhibits. | 1.20 |
| 09/11/20 | JD | Correspondence with Purdue re: KEIP/KERP calculation questions. | 0.40 |
| 09/11/20 | JD | Call with B. Leuchter, R. Schnitzler, J. Turner (all PJT) and T. McDonnell (BW Health) re: Adhansia. | 0.50 |
| 09/11/20 | JD | Correspondence with Province re: open KEIP/KERP calculation questions. | 0.30 |
| 09/11/20 | JD | Call with S. Hinden (Willis Towers) re: open FTI KEIP/KERP questions. | 0.20 |
| 09/11/20 | JD | Call with R. Aleali (Purdue) re: open KEIP/KERP questions. | 0.50 |
| 09/11/20 | JD | Review draft business plan to present to the creditors per the August business plan refresh. | 0.60 |
| 09/11/20 | JD | Review this month's Nalmafene reporting and correspondence from Purdue re: same. | 0.40 |
| 09/11/20 | JD | Review updated draft Project Catalyst sale motion and declaration. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/11/20 | NAS | Analyze key products not assessed in Summary Mundipharma/LEK Commercial Due Diligence Report. | 1.00 |
| 09/11/20 | NAS | Build overview of working capital ratios included in latest Mundipharma management forecast. | 0.80 |
| 09/11/20 | NAS | Review summary Mundipharma/LEK Commercial Due Diligence Report. | 2.50 |
| 09/11/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to share initial takeaways from review of Summary LEK/Mundipharma Commercial Due Diligence Report. | 1.50 |
| 09/11/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to share initial takeaways from review of Summary LEK/Mundipharma Commercial Due Diligence Report. | 1.50 |
| 09/11/20 | GJK | Review LEK commercial report for Mundipharma. | 3.00 |
| 09/11/20 | GJK | Review updates Tech Ops cost reduction targets and compare to original Tech Ops plan provided to BoardZ | 1.60 |
| 09/11/20 | GJK | Scan updated Malta model for variances. | 2.00 |
| 09/12/20 | JD | Correspondence with Davis Polk and Purdue re: contract notice parties. | 0.30 |
| 09/12/20 | JD | Review new KEIP/KERP questions from FTI.  Draft and send an initial set of responses. | 0.80 |
| 09/12/20 | JD | Prepare responses to certain business questions from the Monitor. | 0.50 |
| 09/12/20 | JD | Correspondence with PJT re: open questions from the UCC on Project Catalyst. | 0.20 |
| 09/12/20 | KM | Analysis re: materials contracts for project Catalyst. | 1.30 |
| 09/12/20 | KM | Analysis re: post-petition POs for Catalyst. | 2.20 |
| 09/13/20 | KM | Analysis re: PO obligations for project Catalyst. | 0.70 |
| 09/13/20 | KM | Analysis re: post-petition POs for Catalyst. | 2.40 |
| 09/13/20 | KM | Analysis re: identifying notice parties. | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/14/20 | KM | Call with K. McCafferty and J. DelConte (both AlixPartners) re: Project Catalyst PMO. | 0.30 |
| 09/14/20 | KM | Manage supply agreements re: project Catalyst. | 1.10 |
| 09/14/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract review and analysis. | 0.80 |
| 09/14/20 | KM | Review of documents and schedules re: project Catalyst. | 1.30 |
| 09/14/20 | KM | Analysis and tracking re: post-petition contracts for Catalyst. | 1.70 |
| 09/14/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, D. Fogel, W. DiNicola (Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: open POs in SAP and Ariba for Catalyst. | 0.40 |
| 09/14/20 | KM | Analysis and research re: post-petition contracts. | 1.10 |
| 09/14/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne (all Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly, M. Gibson (all Skadden) re: pre-signing review call. | 0.40 |
| 09/14/20 | KM | Review and edits re: project Catalyst schedules. | 1.10 |
| 09/14/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract review and analysis. | 0.80 |
| 09/14/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, D. Fogel, W. DiNicola (Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: open POs in SAP and Ariba for Catalyst. | 0.40 |
| 09/14/20 | JD | Review analysis of API's to be sourced from Project Catalyst per UCC requests. | 0.30 |
| 09/14/20 | JD | Review updated August plan refresh to be shared with the creditor advisors. | 0.60 |
| 09/14/20 | JD | Prepare draft responses to the AHC diligence questions on the KEIP / KERP and correspondence with Davis Polk and | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Willis Towers Watson re: same. | |
| 09/14/20 | JD | Prepare analysis of retention participants by subarea and 2020 insider bonus payments. | 1.00 |
| 09/14/20 | JD | Review details on investigation hours per Davis Polk request. | 0.50 |
| 09/14/20 | JD | Review list of contract counterparties and notice addresses for Project Catalyst. | 0.30 |
| 09/14/20 | JD | Call with J. Lowne, C. DeStefano (both Purdue) re: LTRP accounting. | 0.40 |
| 09/14/20 | JD | Call with M. Kesselman, R. Aleali, J. Lowne (both Purdue), M. Huebner, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, R. Schnitzler (all PJT), L. Donahue, J. DelConte (both AlixPartners) re: follow-up with M. Burke (BTCP Pharma). | 0.60 |
| 09/14/20 | JD | Call with K. McCafferty and J. DelConte (both AlixPartners) re: Project Catalyst PMO. | 0.30 |
| 09/14/20 | JD | Review and provide comments on the August business plan refresh presentation to share with creditors. | 0.70 |
| 09/14/20 | NAS | Review working capital projections in latest Mundipharma Balance Sheet/Cash Flow Statement. | 1.40 |
| 09/14/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: takeaways from initial review of revised Mundipharma working capital projections. | 1.10 |
| 09/14/20 | NAS | Compare Mundipharma working capital projections from latest forecast to prior version provided in March. | 1.60 |
| 09/14/20 | NAS | Draft Mundipharma net working capital overview for PJT. | 1.60 |
| 09/14/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: takeaways from initial review of revised Mundipharma working capital projections. | 1.10 |
| 09/14/20 | GJK | Review new Mundipharma balance sheets. | 2.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/14/20 | GJK | Review Mundipharma model updates. | 2.00 |
| 09/14/20 | LJD | Call with M. Kesselman, R. Aleali, J. Lowne (both Purdue), M. Huebner, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, R. Schnitzler (all PJT), L. Donahue, J. DelConte (both AlixPartners) re: follow-up with M. Burke (BTCP Pharma). | 0.60 |
| 09/15/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review net working capital overview to be sent to PJT. | 0.60 |
| 09/15/20 | GJK | Plan and coordinate Mundipharma analysis updates. | 2.50 |
| 09/15/20 | NAS | Draft list of questions for 9/16 call with A. Breabout (Purdue). | 0.40 |
| 09/15/20 | NAS | Draft Mundipharma FCF overview for PJT based on latest management Balance Sheet and Cash Flow Statement. | 2.50 |
| 09/15/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review net working capital overview to be sent to PJT. | 0.60 |
| 09/15/20 | JD | Prepare list of employees related to Project Catalyst. | 0.70 |
| 09/15/20 | JD | Call with A. DePalma, J. DelConte and K. McCafferty (all AlixPartners) re: Project Catalyst status discussion | 0.50 |
| 09/15/20 | JD | Correspondence with Province re: Project Catalyst API sourcing questions. | 0.40 |
| 09/15/20 | JD | Correspondence with C. DeStefano (Purdue) re: KEIP/KERP calculations. | 0.30 |
| 09/15/20 | JD | Review go-forward plan from C. DeStefano (Purdue) re: remainder of 2020 LTRP and AIP calculations. | 0.60 |
| 09/15/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst schedule follow ups. | 0.40 |
| 09/15/20 | ADD | Call with A. DePalma, J. DelConte and K. McCafferty (all AlixPartners) re: Project Catalyst status discussion | 0.50 |
| 09/15/20 | KM | Prepare transition planning workplan re: project Catalyst. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/15/20 | KM | Call with A. DePalma, J. DelConte and K. McCafferty (all AlixPartners) re: Project Catalyst status discussion | 0.50 |
| 09/15/20 | KM | Analysis re: project Catalyst post-signing activities. | 0.90 |
| 09/15/20 | KM | Analysis re: final API sourcing outcome and financial impact. | 1.50 |
| 09/15/20 | KM | Update and review operations and supply chain transition activities re: project Catalyst. | 1.70 |
| 09/15/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst schedule follow ups. | 0.40 |
| 09/15/20 | KM | Develop required action list re: post signing for Rhodes and Purdue. | 1.20 |
| 09/15/20 | ADD | Review accounting data to develop liquidation analysis assumption. | 2.10 |
| 09/15/20 | ADD | Review Rhodes vendor analysis to identify and classify by entity any Rhodes contracts. | 3.10 |
| 09/15/20 | ADD | Download and compile source data for Purdue liquidation analysis model. | 1.60 |
| 09/16/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst post signing work plan development discussion. | 1.20 |
| 09/16/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, (all Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 0.30 |
| 09/16/20 | ADD | Call D. Fogel (Purdue), A. DePalma and K. McCafferty (AlixPartners) re: RT and RP contracts for Chapter 11 emergence. | 0.70 |
| 09/16/20 | ADD | Call with D. Lundie, D. Fogel, J. Lowne (all Purdue), J. DelConte, A. DePalma, K. McCafferty (all AlixPartners) re: project Catalyst transition planning. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/16/20 | ADD | Call with A. DePalma, J. DelConte (both AlixPartners)  re: next steps for Project Catalyst. | 0.30 |
| 09/16/20 | ADD | Call with R. Aleali, K. McCarthy, B. Miller (all Purdue), A. Lele, E. Diggs, E. Vonnegut, C. Robertson, W. Taylor (all Davis Polk), M. Florence, J. Bragg (both Skadden), J. Turner, T. Melvin (both PJT), J. DelConte, A. DePalma (both AlixPartners)  re: contract transfers. | 0.60 |
| 09/16/20 | KM | Call D. Fogel (Purdue), A. DePalma and K. McCafferty (AlixPartners) re: RT and RP contracts for Chapter 11 emergence. | 0.70 |
| 09/16/20 | KM | Analysis and document preparation re: Catalyst transition plan and program management structure. | 2.50 |
| 09/16/20 | KM | Call with D. Lundie, D. Fogel, J. Lowne (all Purdue), J. DelConte, A. DePalma, K. McCafferty (all AlixPartners) re: project Catalyst transition planning. | 0.50 |
| 09/16/20 | KM | Analysis and workplan development re: project Catalyst transition plan. | 1.40 |
| 09/16/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst post signing work plan development discussion. | 1.20 |
| 09/16/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, (all Purdue), A. DePalma K. McCafferty (both AlixPartners) re: Catalyst operations and supply chain diligence. | 0.30 |
| 09/16/20 | KM | Call with K. McCafferty, J. DelConte (both AlixPartners) re: Project Catalyst work plan. | 0.40 |
| 09/16/20 | KM | Creation documents re: Catalyst transition plan. | 0.70 |
| 09/16/20 | KM | Analysis and coordination re: outstanding diligence requests. | 1.30 |
| 09/16/20 | JD | Call with R. Aleali, K. McCarthy, B. Miller (all Purdue), A. Lele, E. Diggs, E. Vonnegut, C. Robertson, W. Taylor (all Davis Polk), M. Florence, J. Bragg (both Skadden), J. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Turner, T. Melvin (both PJT), J. DelConte, A. DePalma (both AlixPartners)  re: contract transfers. | |
| 09/16/20 | JD | Prepare for and participate in call with J. Lowne, D. Lundie, D. Fogel (all Purdue), K. McCafferty, J. DelConte, A. DePalma (all AlixPartners)  re: Project Catalyst transition planning. | 0.70 |
| 09/16/20 | JD | Correspondence with Davis Polk and Purdue  re: Nalmafene reporting. | 0.30 |
| 09/16/20 | JD | Review and calculate annual AIP accruals for Purdue, Rhodes Pharma and Rhodes Tech. | 0.70 |
| 09/16/20 | JD | Correspondence with E. Vonnegut (Davis Polk) re: UCC KEIP/KERP feedback. | 0.30 |
| 09/16/20 | JD | Draft list of ongoing company workstreams in advance of potential KEIP/KERP objection reply. | 0.80 |
| 09/16/20 | JD | Analyze differences between current 2020 retention award amounts and amounts provided to creditors last year. | 1.00 |
| 09/16/20 | JD | Update LTRP tracker for 3 additional participants / payments. | 0.40 |
| 09/16/20 | JD | Update latest professional fee tracker for Davis Polk in advance of the preliminary injunction hearing. | 0.50 |
| 09/16/20 | JD | Call with J. Lowne (Purdue)  re: KEIP/KERP accounting. | 0.30 |
| 09/16/20 | JD | Call with A. DePalma, J. DelConte (both AlixPartners)  re: next steps for Project Catalyst. | 0.30 |
| 09/16/20 | JD | Call with K. McCafferty, J. DelConte (both AlixPartners) re: Project Catalyst work plan. | 0.40 |
| 09/16/20 | NAS | Prepare for meeting with A. Breabout (Purdue). | 0.70 |
| 09/16/20 | NAS | Mundipharma diligence call with A. Breabout (Purdue), G. Koch, N. Simon (both AlixPartners), and other diligence advisors. | 1.10 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 09/16/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners), J. Turner, J. Arsic, I. Mian (all PJT) to review changes in Mundipharma net working capital implied by latest management forecast. | 0.70 |
| 09/16/20 | NAS | Build variance between latest versions of Mundipharma management forecast and investigate changes. | 1.40 |
| 09/16/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: variance between latest iterations of Mundipharma management forecast. | 0.30 |
| 09/16/20 | GJK | Prepare for call with A Breabout (Purdue) to recede 2Q 2020 performance. | 1.50 |
| 09/16/20 | GJK | Mundipharma diligence call with A. Breabout (Purdue), G. Koch, N. Simon (both AlixPartners), and other diligence advisors. | 1.10 |
| 09/16/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners), J. Turner, J. Arsic, I. Mian (all PJT) to review changes in Mundipharma net working capital implied by latest management forecast. | 0.70 |
| 09/16/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: variance between latest iterations of Mundipharma management forecast. | 0.30 |
| 09/16/20 | GJK | Analyze 2H performance trend to Mundipharma business plan. | 2.00 |
| 09/16/20 | GJK | Review product category trends in Mundipharma model and business update. | 2.00 |
| 09/17/20 | GJK | Review Mundipharma diligence documents for product category working capital assumptions. | 2.20 |
| 09/17/20 | GJK | Review Mundipharma FCF assumptions. | 2.00 |
| 09/17/20 | GJK | Compare market level balance sheet and cash flows. | 2.50 |
| 09/17/20 | LJD | Preread materials for special committee call | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/17/20 | LJD | Attend special committee call | 0.40 |
| 09/17/20 | NAS | Draft and send follow-up questions re: latest Mundipharma forecast provided by company. | 0.60 |
| 09/17/20 | JD | Call with R. Aleali (Purdue) re: post-call catch up. | 0.20 |
| 09/17/20 | JD | Call led by Debevoise re: Side A Sackler distributions. | 0.80 |
| 09/17/20 | JD | Prepare for and participate in PPI board meeting. | 0.60 |
| 09/17/20 | JD | Update professional fee tracker for M. Huebner (Davis Polk). | 0.30 |
| 09/17/20 | JD | Correspondence with Davis Polk re: additional AIP related to OT and shift differentials for hourly employees. | 0.50 |
| 09/17/20 | JD | Correspondence with C. DeStefano and D. Warren (both Purdue) re: additional AIP for OT and shift differential. | 0.60 |
| 09/17/20 | JD | Correspondence with M. Kesselman (Purdue) re: latest bankruptcy costs. | 0.20 |
| 09/17/20 | JD | Review latest Project Catalyst workplan. | 0.30 |
| 09/17/20 | JD | Correspondence with Purdue re: open critical vendor invoices. | 0.30 |
| 09/17/20 | JD | Review draft July monthly flash report prior to providing to creditors. | 0.60 |
| 09/17/20 | KM | Call with D. Fogel (Purdue) and A. DePalma., K. McCafferty (AlixPartners) re: RP contract analysis results. | 0.90 |
| 09/17/20 | KM | Analysis and tracking re: post-petition contracts for Catalyst. | 0.10 |
| 09/17/20 | KM | Review documents re: project Catalyst transition plan. | 1.60 |
| 09/17/20 | KM | Analysis and workplan development re: project Catalyst transition plan. | 2.20 |
| 09/17/20 | KM | Analysis re: RP active contracts. | 2.80 |
| 09/17/20 | ADD | Review and analyze Rhodes contracts for materiality and relative importance. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/18/20 | ADD | Download and compile accounting data for liquidation analysis. | 1.70 |
| 09/18/20 | KM | Create transition kickoff documents re: project Catalyst. | 0.60 |
| 09/18/20 | KM | Edit documents re: Catalyst transition plan. | 1.10 |
| 09/18/20 | KM | Create milestone tracker re: Catalyst transition. | 1.60 |
| 09/18/20 | KM | Analysis re: executory contracts and supply agreements for Catalyst. | 1.20 |
| 09/18/20 | JD | Call with E. Vonnegut (Davis Polk)  re: UCC KEIP/KERP response. | 0.20 |
| 09/18/20 | JD | Correspondence with Purdue and Davis Polk  re: LTRP for retirees. | 0.80 |
| 09/18/20 | JD | Review draft responses from the creditors on KEIP/KERP. Analyze effects on various employee groups. | 1.00 |
| 09/18/20 | JD | Review latest draft Project Catalyst transition work plan. | 0.30 |
| 09/18/20 | JD | Review Side A distribution detail excels. | 0.50 |
| 09/18/20 | JD | Prepare KEIP/KERP accounting summary for Purdue for J. Lowne (Purdue) | 2.60 |
| 09/18/20 | JD | Prepare KEIP/KERP accounting summary for Rhodes for J. Lowne (Purdue). | 1.50 |
| 09/18/20 | NAS | Review discrepancy in Mundipharma Other Charges P&L line in data provided. | 0.70 |
| 09/18/20 | NAS | Review new files posted to Purdue data room. | 0.40 |
| 09/18/20 | NAS | Review Mundipharma diligence documents for information on inventory by product line. | 1.70 |
| 09/18/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review Mundipharma net working capital analysis. | 0.70 |
| 09/18/20 | IA | Reviewed Purdue retention information to validate participant payments to be made in October. | 1.10 |
| 09/18/20 | LJD | Update call with J. Dubel (Board Member) | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/18/20 | GJK | Plan and coordinate for Mundipharma risk adjustment section of report. | 1.90 |
| 09/18/20 | GJK | Review Mundipharma net working capital trends and supporting historical information. | 3.00 |
| 09/18/20 | GJK | Review key open questions for diligence. | 1.50 |
| 09/18/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review Mundipharma net working capital analysis. | 0.70 |
| 09/18/20 | SKL | Review July financials presentation and began making updates to the July Flash report accordingly. | 2.10 |
| 09/20/20 | JD | Finalize accounting summary and send it over to Purdue management team for review. | 0.80 |
| 09/21/20 | JD | Call with J. Lowne and C. DeStefano (both Purdue)  re: bonus accounting accruals. | 0.80 |
| 09/21/20 | JD | Prepare for call with Purdue management  re: bonus accruals. | 0.40 |
| 09/21/20 | JD | Call with J. Turner (PJT)  re: call follow up. | 0.20 |
| 09/21/20 | JD | Discussion with A. DePalma and J. DelConte (both AlixPartners)  re: open diligence items. | 0.20 |
| 09/21/20 | JD | Call with J. Lowne, E. Ruiz, S. Daniel (all Purdue), J. DelConte and A. DePalma (both AlixPartners)  re: contract review status. | 0.50 |
| 09/21/20 | JD | Correspondence with Davis Polk and PJT  re: cost of delayed bankruptcy emergence materials. | 0.50 |
| 09/21/20 | JD | Update latest professional fee actuals and forecast through Q1 2021. | 0.80 |
| 09/21/20 | JD | Assemble different attrition analyses for KEIP/KERP. | 2.60 |
| 09/21/20 | JD | Follow up correspondence with Purdue  re: AG settlements and bonus clawbacks. | 0.60 |
| 09/21/20 | JD | Draft responses to UCC HRT diligence questions. | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/21/20 | JD | Follow up and edit Nalmafene reporting for the month. | 0.30 |
| 09/21/20 | JD | Finalize Prime Clerk schedule to be posted to the dataroom. | 0.20 |
| 09/21/20 | JD | Update information to provide to the company for immigration. | 0.30 |
| 09/21/20 | JD | Correspondence with Fidelity  re: pension termination estimates. | 0.20 |
| 09/21/20 | NAS | Review prior Mundipharma diligence files for additional information on inventory levels. | 0.90 |
| 09/21/20 | NAS | Draft risk adjustment slides and supporting materials related to Mundipharma COGS, S&P, and MA cost structure. | 2.40 |
| 09/21/20 | NAS | Draft risk adjustment slides and supporting materials related to Mundipharma operational risks. | 2.20 |
| 09/21/20 | GJK | Call with I McClatchey (Norton Rose) re: general state of diligence. | 0.30 |
| 09/21/20 | GJK | Plan and coordinate diligence report updates. | 2.50 |
| 09/21/20 | GJK | Review Mundipharma model cases bridges. | 1.50 |
| 09/21/20 | GJK | Review Mundipharma net working capital historical and current model analysis. | 2.40 |
| 09/21/20 | KM | Develop transition team structure and approach re: project Catalyst. | 1.90 |
| 09/21/20 | KM | Edit and update transition plan for steering review re: project Catalyst. | 2.50 |
| 09/21/20 | ADD | Call with J. Lowne, E. Ruiz, S. Daniel (all Purdue), J. DelConte and A. DePalma (both AlixPartners)  re: contract review status. | 0.50 |
| 09/21/20 | ADD | Discussion with A. DePalma and J. DelConte (both AlixPartners)  re: open diligence items. | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/22/20 | ADD | Download and organize data for liquidation analysis. | 1.80 |
| 09/22/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst transition planning | 0.90 |
| 09/22/20 | ADD | Call J. Doyle, D. Fogel, and D. Lundie, K. McCarthy, R. Aleali, J. Lowne (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) and Arnold & Porter legal team. re: Transition Planning and Legal Considerations. | 1.00 |
| 09/22/20 | HSB | Review UST objection to KEIP/KERP in preparation for meeting with Davis Polk team. | 0.60 |
| 09/22/20 | HSB | Review AHC memo (KEIP/KERP) in preparation for meeting with Davis Polk team. | 0.80 |
| 09/22/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst transition planning | 0.90 |
| 09/22/20 | KM | Discussion with D. Lundie (Purdue) re: project Catalyst transition. | 0.80 |
| 09/22/20 | KM | Transition tracking process design and smartsheet editing re: project catalyst. | 1.60 |
| 09/22/20 | KM | Call J. Doyle, D. Fogel, and D. Lundie, K. McCarthy, R. Aleali, J. Lowne (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) and Arnold & Porter legal team. re: Transition Planning and Legal Considerations. | 1.00 |
| 09/22/20 | KM | Edit transition planning introduction re: project Catalyst. | 0.70 |
| 09/22/20 | KM | Transition planning and legal considerations re: project Catalyst. | 1.10 |
| 09/22/20 | JD | Call with R. Kreppel (Purdue)  re: AG settlements. | 0.50 |
| 09/22/20 | JD | Call with J. Lowne (Purdue), J. Turner, T. Melvin (both PJT)  re: business plan sensitivities. | 0.50 |
| 09/22/20 | JD | Review business plan overview deck to create a non-PEO | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Business Analysis & Operations
Client/Matter #              012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | version. |  |
| 09/22/20 | JD | Correspondence with Davis Polk  re: AHC feedback on the KEIP/KERP. | 0.40 |
| 09/22/20 | JD | Correspondence with management and Davis Polk re: AIP calculations. | 0.30 |
| 09/22/20 | JD | Correspondence with R. Aleali (Purdue) and C. Oluwole (Davis Polk)  re: AHC request to share certain wage information. | 0.60 |
| 09/22/20 | JD | Create list of employees per UCC proposal for Skadden. | 0.70 |
| 09/22/20 | JD | Correspondence with management and Davis Polk re: Nalmafene reporting. | 0.30 |
| 09/22/20 | JD | Finalize attrition numbers and send around to Davis Polk. | 2.00 |
| 09/22/20 | JD | Review updated term list for latest attrition details. | 0.30 |
| 09/22/20 | JD | Review Side A net asset report. | 0.70 |
| 09/22/20 | JD | Review latest comments to the latest transition plan. | 0.30 |
| 09/22/20 | JD | Review professional fee budget template for 2021 budgeting. Work on preliminary budget estimates. | 1.30 |
| 09/22/20 | GJK | Review key findings slides for report updates. | 1.90 |
| 09/22/20 | GJK | Assess COS and Opex ratios between model cases. | 2.50 |
| 09/22/20 | SKL | Review and reconcile August business plan deck and began redaction process for non-PEO report. | 2.40 |
| 09/22/20 | SKL | Finalize redaction of the non-PEO August business plan update. | 1.20 |
| 09/22/20 | NAS | Draft new Mundipharma diligence report slides related to product-level risk adjustments. | 2.90 |
| 09/22/20 | NAS | Correspondence with J. Arsic (PJT) re: analysis of Mundipharma free cash flow by product category. | 0.50 |
| 09/22/20 | NAS | Draft new Mundipharma diligence report slides related to region-level cost reduction adjustments. | 2.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/23/20 | JD | Review mediators report that was filed. | 0.40 |
| 09/23/20 | JD | Review attrition survey stats from Willis Towers Watson. | 0.20 |
| 09/23/20 | JD | Review detailed Project Catalyst savings file. | 0.50 |
| 09/23/20 | JD | Review notes from Purdue and Davis Polk  re: go forward compensation planning. | 0.30 |
| 09/23/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review draft of Mundipharma risk adjustment slides. | 1.20 |
| 09/23/20 | NAS | Revise Mundipharma risk adjustment slides following comments from G. Koch (AlixPartners). | 2.90 |
| 09/23/20 | NAS | Review latest draft of Mundipharma risk adjustment slides. | 1.70 |
| 09/23/20 | SKL | Prepare for and attend call with D. Consla, E. Vonnegut, S. Brecher (all Davis Polk), J. Gartrell, S. Hinden (Willis Towers Watson), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners)  re: KEIP/KERP hearing status call. | 0.60 |
| 09/23/20 | SKL | Finalize latest Purdue weekly sales by product report and circulate for production. | 1.20 |
| 09/23/20 | SKL | Finalize latest Rhodes weekly sales by product report and circulate for production. | 1.00 |
| 09/23/20 | SKL | Call with J. McClammy, C. Oluwole (both Davis Polk), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners)  re: Landau deposition prep. | 0.30 |
| 09/23/20 | GJK | Prepare and review for risk adjustment discussion. | 1.00 |
| 09/23/20 | GJK | Review Mundipharma diligence open items including LEK, DB and CFO questions. | 2.00 |
| 09/23/20 | GJK | Develop edits to Mundipharma overview slides. | 2.00 |
| 09/23/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review draft of Mundipharma risk adjustment slides. | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/23/20 | JD | Begin preparing analysis of historical LTRP grant amounts by year by level by company. | 1.70 |
| 09/23/20 | JD | Call with D. Consla, E. Vonnegut, S. Brecher (all Davis Polk), J. Gartrell, S. Hinden (Willis Towers Watson), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: KEIP/KERP hearing status call. | 0.50 |
| 09/23/20 | JD | Call with J. McClammy, C. Oluwole (both Davis Polk), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) re: Landau deposition prep. | 0.30 |
| 09/23/20 | JD | Review latest weekly sales report by product for Rhodes and Purdue.  Analyze latest sales trends. | 0.60 |
| 09/23/20 | JD | Review bonus repayment tracker and compare it to the latest wage file. | 0.80 |
| 09/23/20 | JD | Review retention detail sheet and repayment obligations. | 0.40 |
| 09/23/20 | KM | Call E. Ruta (Purdue), K. McCafferty, A. DePalma (AlixPartners) re Post-signing contract management discussion | 0.40 |
| 09/23/20 | KM | Analysis re: contract information and reporting requirements. | 0.50 |
| 09/23/20 | KM | Call J. Giordano (Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Post-signing contract management discussion | 0.50 |
| 09/23/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst transition planning presentation review. | 0.80 |
| 09/23/20 | KM | PMO process management re: project Catalyst needs and requirements. | 1.40 |
| 09/23/20 | KM | Meeting with D. Lundie, R. Shamblen, V. Mancinelli, J. Doyle, D. McGuire, J. Northington, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners) re: business integration planning for Catalyst. | |
| 09/23/20 | KM | Follow up with Rhodes Tech re: operations and supply chain analyses for Catalyst. | 1.00 |
| 09/23/20 | KM | Update transition plan for Leadership launch re: project Catalyst. | 0.40 |
| 09/23/20 | HSB | Call with J. McClammy, C. Oluwole (both Davis Polk), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners)  re: Landau deposition prep. | 0.30 |
| 09/23/20 | HSB | Call with D. Consla, E. Vonnegut, S. Brecher (all Davis Polk), J. Gartrell, S. Hinden (Willis Towers Watson), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners)  re: KEIP/KERP hearing status call. | 0.50 |
| 09/23/20 | ADD | Call with J. McClammy, C. Oluwole (both Davis Polk), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners)  re: Landau deposition prep. | 0.30 |
| 09/23/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst transition planning presentation review. | 0.80 |
| 09/23/20 | ADD | Meeting with D. Lundie, R. Shamblen, V. Mancinelli, J. Doyle, D. McGuire, J. Northington, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: business integration planning for Catalyst. | 1.00 |
| 09/23/20 | ADD | Call E. Ruta (Purdue), K. McCafferty, A. DePalma (AlixPartners) re Post-signing contract management discussion | 0.40 |
| 09/23/20 | ADD | Call J. Giordano (Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Post-signing contract management | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | discussion | |
| 09/24/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition planning. | 0.60 |
| 09/24/20 | ADD | Meeting with J. Giordano (Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition PMO planning. | 0.60 |
| 09/24/20 | ADD | Call with C. Oluwole, J. McClammy (both Davis Polk), J. Turner, T. Melvin (both PJT), L. Imes, C. Dysard (both Spears Imes), J. DelConte and A. DePalma (both AlixPartners)  re: Landau deposition. | 0.40 |
| 09/24/20 | HSB | Call with D. Consla, E. Vonnegut, S. Brecher (Davis Polk), S. Hinden (Willis Towers Watson), H. Bhattal, J. DelConte, S. Lemack (all AlixPartners)  re: KEIP/KERP responses. | 0.50 |
| 09/24/20 | KM | Create preliminary tracking report re: Catalyst implementation. | 0.70 |
| 09/24/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition planning. | 0.60 |
| 09/24/20 | KM | Analysis and document editing re: transition PMO for Catalyst. | 1.70 |
| 09/24/20 | KM | Create transition team onboarding materials re: project Catalyst transition. | 1.50 |
| 09/24/20 | KM | Meeting with J. Giordano, D. McGuire, J. Northington (Purdue) re: Catalyst transition planning for Wilson NC. | 0.40 |
| 09/24/20 | KM | Analysis re: contracts for Catalyst. | 0.90 |
| 09/24/20 | KM | Meeting with J. Giordano (Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition PMO planning. | 0.60 |
| 09/24/20 | KM | Create documents for Kickoff re: Catalyst transition | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | planning. | |
| 09/24/20 | JD | Call with C. Oluwole, J. McClammy (both Davis Polk), J. Turner, T. Melvin (both PJT), L. Imes, C. Dysard (both Spears Imes), J. DelConte and A. DePalma (both AlixPartners)  re: Landau deposition. | 0.40 |
| 09/24/20 | JD | Call with D. Consla, E. Vonnegut, S. Brecher (Davis Polk), S. Hinden (Willis Towers Watson), H. Bhattal, J. DelConte, S. Lemack (all AlixPartners)  re: KEIP/KERP responses. | 0.50 |
| 09/24/20 | JD | Correspondence with Purdue  re: HRT diligence questions. | 0.30 |
| 09/24/20 | JD | Review presentations sent around for C. Landau (Purdue) deposition prep. | 0.50 |
| 09/24/20 | JD | Correspondence with Davis Polk and management re: response to KEIP/KERP proposals. | 0.80 |
| 09/24/20 | GJK | Frame out new findings pages for Mundipharma report update. | 2.50 |
| 09/24/20 | GJK | Review Mundipharma documents for support for revised key findings. | 3.00 |
| 09/24/20 | SKL | Prepare for and participate in call with D. Consla, E. Vonnegut, S. Brecher (Davis Polk), S. Hinden (Willis Towers Watson), H. Bhattal, J. DelConte, S. Lemack (all AlixPartners)  re: KEIP/KERP responses. | 0.60 |
| 09/24/20 | NAS | Review revisions to Mundipharma risk adjustment diligence report slides. | 0.20 |
| 09/25/20 | NAS | Revise risk adjustment section of draft Mundipharma diligence report. | 2.90 |
| 09/25/20 | JD | Participate in PPI Board meeting, J. DelConte, L. Donahue (both AlixPartners) in attendance | 3.50 |
| 09/25/20 | SKL | Participate in call with S. Hinden, J. Gartrell (both Willis Towers Watson), D. Consla, S. Brecher (both Davis Polk), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners)  re: | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | KEIP/KERP responses. | |
| 09/25/20 | GJK | Review latest Mundipharma modeling. | 2.50 |
| 09/25/20 | GJK | Plan and coordinate upcoming calls and completion of draft final report. | 2.90 |
| 09/25/20 | LJD | Participate in PPI Board meeting, J. DelConte, L. Donahue (both AlixPartners) in attendance | 3.50 |
| 09/25/20 | JD | Review materials in advance of board meeting. | 0.70 |
| 09/25/20 | JD | Participate in call with S. Hinden, J. Gartrell (both Willis Towers Watson), D. Consla, S. Brecher (both Davis Polk), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: KEIP/KERP responses. | 0.50 |
| 09/25/20 | JD | Call with S. Hinden and J. Gartrell (both Willis Towers Watson) re: KEIP/KERP reductions. | 0.30 |
| 09/25/20 | JD | Prepare summary schedule of reductions by group in the KEIP/KERP motion. | 1.40 |
| 09/25/20 | JD | Prepare revised version of the summary KEIP/KERP reduction schedule after discussion with Willis Towers Watson. | 1.80 |
| 09/25/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst update. | 0.20 |
| 09/25/20 | KM | Call with D. Lundie (Purdue) re: Catalyst transition and Rhodes Pharma going forward. | 0.60 |
| 09/25/20 | KM | Process tracking and development re: project Catalyst. | 0.80 |
| 09/25/20 | KM | Transition milestone update re: project Catalyst. | 1.80 |
| 09/25/20 | KM | Meeting with E. Ruta, K. McCarthy (both Purdue), A. Gallogly, M. Gibson (both Skadden) and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst continuing contract review. | 0.50 |
| 09/25/20 | KM | Milestone tracking development re: Catalyst transition planning. | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/25/20 | HSB | Participate in call with S. Hinden, J. Gartrell (both Willis Towers Watson), D. Consla, S. Brecher (both Davis Polk), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: KEIP/KERP responses. | 0.50 |
| 09/25/20 | ADD | Meeting with E. Ruta, K. McCarthy (both Purdue), A. Gallogly, M. Gibson (both Skadden) and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst continuing contract review. | 0.50 |
| 09/25/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst update. | 0.20 |
| 09/25/20 | ADD | Upload materials provided by Davis Polk's eDiscovery team to the Intralinks data room. | 2.30 |
| 09/26/20 | JD | Correspondence with Willis Towers Watson and Davis Polk re: KEIP/KERP reductions. | 0.30 |
| 09/26/20 | JD | Prepare final KEIP/KERP analysis and provide responses to the UCC. | 0.80 |
| 09/27/20 | JD | Correspondence with management and Davis Polk re: proposals from the UCC on the KEIP/KERP. | 0.80 |
| 09/27/20 | JD | Prepare summary response for KEIP/KERP negotiations including analysis of business performance to date and other qualitative reasons for the necessity of the compensation programs. | 1.30 |
| 09/28/20 | JD | Call with J. Lowne, J. Doyle, D. Fogel (all Purdue), J. Turner, T. Melvin (both PJT) re: potential BD deals. | 0.30 |
| 09/28/20 | JD | Call with J. DelConte and K. McCafferty (both AlixPartners) re: transition planning. | 0.50 |
| 09/28/20 | JD | Correspondence with Davis Polk re: discussions with Bates White. | 0.30 |
| 09/28/20 | JD | Review and provide comments on the draft non-PEO version of the August refresh business plan presentation | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | to share with various creditors. | |
| 09/28/20 | JD | Review Rhodes BD deal opportunity presentation. | 0.30 |
| 09/28/20 | JD | Review revised August business plan refresh files to be posted to the data room for the creditor advisors. | 0.40 |
| 09/28/20 | JD | Review and provide comments on the debtor KEIP/KERP objection reply. | 0.90 |
| 09/28/20 | KM | Call with J. DelConte and K. McCafferty (both AlixPartners)  re: transition planning. | 0.50 |
| 09/28/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst update. | 0.60 |
| 09/28/20 | KM | Link milestone tracking re: project Catalyst. | 0.50 |
| 09/28/20 | KM | Meeting with V. Mancinelli, R. Shamblen, A. Nadeau, J. Gibbs, E. Ruta (Purdue), D. McGuire, B. Evans, J. Giordano (Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - supply chain kickoff. | 1.20 |
| 09/28/20 | KM | Preliminary milestone identification re: Catalyst core supply chain and procurement activities. | 1.10 |
| 09/28/20 | KM | Preliminary milestone identification re: Catalyst tech transfers. | 1.30 |
| 09/28/20 | KM | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, A. Soma, A. Nadeau, J. Doyle, E. Ruta, D. Shell, J. Gibbs, S. Yates, D. McGuire, J. Northington, J. Fox, D. Eades, B. Evans, S. Aschmann, B. Purdon, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - kick off and orientation - Operations, Tech Transfers, Supply Chain, Quality / Regulatory | 0.60 |
| 09/28/20 | KM | Call with J. Giordano (Purdue) re: Catalyst transition kickoff. | 0.30 |
| 09/28/20 | KM | Workstream edits and improvements re: project Catalyst | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | transition kickoff. | |
| 09/28/20 | KM | Prepare documents re: project Catalyst transition kickoff. | 2.20 |
| 09/28/20 | ADD | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, A. Soma, A. Nadeau, J. Doyle, E. Ruta, D. Shell, J. Gibbs, S. Yates, D. McGuire, J. Northington, J. Fox, D. Eades, B. Evans, S. Aschmann, B. Purdon, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - kick off and orientation - Operations, Tech Transfers, Supply Chain, Quality / Regulatory | 0.60 |
| 09/28/20 | ADD | Meeting with V. Mancinelli, R. Shamblen, A. Nadeau, J. Gibbs, E. Ruta (Purdue), D. McGuire, B. Evans, J. Giordano (Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - supply chain kickoff. | 1.20 |
| 09/28/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst update. | 0.60 |
| 09/28/20 | SKL | Review the April non-PEO business plan and continue to make updates to the non-PEO August business plan refresh. | 2.40 |
| 09/28/20 | SKL | Continue to finalize redactions to the August business plan refresh and circulate for final sign-off. | 1.50 |
| 09/28/20 | NAS | Revise risk adjustment section of Mundipharma diligence report following comments from G. Koch (AlixPartners). | 1.20 |
| 09/28/20 | NAS | Draft qualitative risk factor slides for Mundipharma diligence report. | 1.40 |
| 09/28/20 | NAS | Draft Downside Case risk adjustment slides for Mundipharma diligence report. | 1.20 |
| 09/28/20 | NAS | Update latest draft of Mundipharma diligence report with latest Base Case. | 0.90 |
| 09/29/20 | NAS | Analyze new product-level support for September Model provided by Huron/Mundipharma. | 1.30 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/29/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review risk adjustment slides | 1.20 |
| 09/29/20 | NAS | Revisions to latest draft of Mundipharma diligence report following comments from G. Koch (AlixPartners). | 3.20 |
| 09/29/20 | SKL | Review latest inquiry re: PBGC termination claim and prepare updated breakdown accordingly. | 0.60 |
| 09/29/20 | SKL | Finalize remaining redactions to the August business plan refresh based on the feedback provided, and circulated updated deck and list of changes to T. Melvin (PJT) to review and sign-off. | 2.30 |
| 09/29/20 | GJK | Call with G. Koch and J. DelConte (both AlixPartners)  re: IAC update. | 0.20 |
| 09/29/20 | GJK | Develop Mundipharma diligence final report notes. | 2.00 |
| 09/29/20 | GJK | Assess Mundipharma diligence items - LAM region. | 2.10 |
| 09/29/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review risk adjustment slides | 1.20 |
| 09/29/20 | GJK | Review risk adjustment slide updates and prep for call with N Simon (AlixPartners) | 0.40 |
| 09/29/20 | ADD | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, D. McGuire, J. Fox, D. Eades, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - tech transfers and qualifications. | 1.10 |
| 09/29/20 | ADD | Meeting with V. Mancinelli, R. Shamblen, A. Soma, A. Nadeau, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Coventry operations. | 1.10 |
| 09/29/20 | ADD | Call with A. DePalma, K. McCafferty, J. DelConte (all AlixPartners) and D. Fogel (Purdue)  re: material contract analysis and Project Catalyst savings. | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/29/20 | ADD | Review material Rhodes Pharma relationships to identify material contracts for additional review and analysis. | 1.60 |
| 09/29/20 | KM | Milestone tracking approach and technology management re: project Catalyst transition. | 2.10 |
| 09/29/20 | KM | Transition PMO management re: project Catalyst transition. | 2.10 |
| 09/29/20 | KM | Call with A. DePalma, K. McCafferty, J. DelConte (all AlixPartners) and D. Fogel (Purdue)  re: material contract analysis and Project Catalyst savings. | 0.80 |
| 09/29/20 | KM | Meeting with V. Mancinelli, R. Shamblen, A. Soma, A. Nadeau, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Coventry operations. | 1.10 |
| 09/29/20 | KM | Prepare for Coventry operations transition workstream launch meeting re: project Catalyst transition. | 0.10 |
| 09/29/20 | KM | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, D. McGuire, J. Fox, D. Eades, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - tech transfers and qualifications. | 1.10 |
| 09/29/20 | KM | Prepare for transition workstream launch meetings re: project Catalyst transition. | 1.40 |
| 09/29/20 | JD | Call with J. Lowne (Purdue)  re: open items. | 0.20 |
| 09/29/20 | JD | Call with A. DePalma, K. McCafferty, J. DelConte (all AlixPartners) and D. Fogel (Purdue)  re: material contract analysis and Project Catalyst savings. | 0.80 |
| 09/29/20 | JD | Call with J. Lowne, E. Ruiz and S. Daniel (all Purdue)  re: material contract analysis. | 0.40 |
| 09/29/20 | JD | Call with J. Turner (PJT), E. Vonnegut, C. Robertson (Davis Polk)  re: BD deals. | 0.20 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/29/20 | JD | Call with G. Koch and J. DelConte (both AlixPartners)  re: IAC update. | 0.20 |
| 09/29/20 | JD | Prepare quick reference sheets for the hearing on the KERP for Davis Polk outlining the top 41 paid employees. | 2.20 |
| 09/29/20 | JD | Correspondence with management  re: contract cure costs for a Rhodes Tech vendor. | 0.30 |
| 09/29/20 | JD | Correspondence with Fidelity and with H. Bhattal (AlixPartners)  re: pension claim calculations. | 0.40 |
| 09/29/20 | JD | Prepare analysis of the KERP less the 8 employee deferred employees for potential negations. | 0.50 |
| 09/29/20 | JD | Review bonus accrual accounting file from management. | 0.60 |
| 09/30/20 | JD | Finalize updated professional fee forecast for the remainder of 2020 and 2021 for DPW and PJT review. | 0.80 |
| 09/30/20 | JD | Prepare update of bonus accrual accounting file re: with management on Friday. | 1.80 |
| 09/30/20 | JD | Call with J. Lowne (Purdue)  re: prep for court hearing. | 0.20 |
| 09/30/20 | JD | Call with J. Turner (PJT)  re: OxyContin sensitivities. | 0.20 |
| 09/30/20 | KM | Activity tracking and transition planning re: RP and Wilson supply chain. | 2.10 |
| 09/30/20 | KM | Meeting with J. Giordano (Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition PMO planning. | 0.50 |
| 09/30/20 | KM | Update Coventry operations transition planning re: project Catalyst. | 1.20 |
| 09/30/20 | KM | Update/edit supply chain transition planning re: project Catalyst. | 1.30 |
| 09/30/20 | KM | Edit, update and circulate tech transfer mapping re: project Catalyst transfer requirements. | 1.30 |
| 09/30/20 | ADD | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, | 1.10 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | K. McCarthy, R. Aleali, J. Lowne, D. McGuire (all Purdue), M. Gibson, A. Gallogly, R. Schlossberg (all Skadden), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst closing checklist. |  |
| 09/30/20 | ADD | Meeting with J. Giordano (Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition PMO planning. | 0.50 |
| 09/30/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, K. McCarthy, R. Aleali, J. Lowne, D. McGuire (all Purdue), M. Gibson, A. Gallogly, R. Schlossberg (all Skadden), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst closing checklist. | 1.10 |
| 09/30/20 | KM | Tracking dashboard edits re: project Catalyst. | 0.80 |
| 09/30/20 | GJK | Review Appendix slides for updates. | 2.00 |
| 09/30/20 | GJK | Review overview materials for updates. | 2.00 |
| 09/30/20 | NAS | Review list of Mundipharma diligence questions for 10/12 call with Deutsche Bank. | 0.70 |
| | | **Total** | **2,426.40** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
|-----|-------------------------------|
| Client/Matter # | 012589.00106 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|------------|------:|-----:|-------:|
| Sam K Lemack | 26.20 | 515.00 | 13,493.00 |
| Andrew D DePalma | 230.20 | 515.00 | 118,553.00 |
| Nate A Simon | 371.30 | 515.00 | 191,219.50 |
| Sam J Canniff | 8.00 | 645.00 | 5,160.00 |
| Isabel Arana de Uriarte | 25.20 | 690.00 | 17,388.00 |
| Ryan D Sublett | 56.10 | 735.00 | 41,233.50 |
| Gabe J Koch | 501.50 | 840.00 | 421,260.00 |
| HS Bhattal | 6.70 | 840.00 | 5,628.00 |
| Jesse DelConte | 439.20 | 950.00 | 417,240.00 |
| Kevin M McCafferty | 718.70 | 950.00 | 682,765.00 |
| Lisa Donahue | 43.30 | 1,195.00 | 51,743.50 |
| **Total Hours & Fees** | **2,426.40** | | **1,965,683.50** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/22/20 | JD | Participate in Liquidation analysis meeting with J. DelConte, HS Bhattal and S. Lemack (all AlixPartners). | 0.50 |
| 07/22/20 | SKL | Participate in Liquidation analysis meeting with J. DelConte, HS Bhattal and S. Lemack (all AlixPartners). | 0.50 |
| 07/22/20 | ADD | Compile materials for liquidation analysis and review representative examples. | 2.30 |
| 07/22/20 | HSB | Participate in Liquidation analysis meeting with J. DelConte, HS Bhattal and S. Lemack (all AlixPartners). | 0.50 |
| 08/17/20 | ADD | Virtual working session A. DePalma and S. Lemack (both AlixPartners) to update liquidation analysis spreadsheet with new data | 1.00 |
| 08/17/20 | SKL | Virtual working session A. DePalma and S. Lemack (both AlixPartners) to update liquidation analysis spreadsheet with new data | 1.00 |
| 08/18/20 | SKL | Virtual working session A. DePalma and S. Lemack (AlixPartners) to review liquidation analysis spreadsheet and identify next steps. | 1.50 |
| 08/18/20 | ADD | Virtual working session A. DePalma and S. Lemack (AlixPartners) to review liquidation analysis spreadsheet and identify next steps. | 1.50 |
| 08/19/20 | ADD | Virtual working session with A. DePalma and S. Lemack (both AlixPartners) to review and update liquidation analysis assumptions | 1.30 |
| 08/19/20 | HSB | Review updated excel file with liquidation analysis for all debtor entities. | 0.60 |
| 08/19/20 | SKL | Virtual working session with A. DePalma and S. Lemack (both AlixPartners) to review and update liquidation analysis assumptions | 1.30 |
| 08/20/20 | SKL | Meeting with J. DelConte, HS Bhattal, A. DePalma and S. Lemack (all AlixPartners) re: liquidation analysis and next | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | steps | |
| 08/20/20 | SKL | Prepare updated professional fee breakout to the liquidation analysis and update the consolidated summary accordingly. | 1.60 |
| 08/20/20 | SKL | Prepare updated Purdue/Rhodes payroll breakout to the liquidation analysis and update the consolidated summary accordingly. | 1.30 |
| 08/20/20 | SKL | Finalize remaining updates to the latest liquidation analysis and distribute prior to today's liquidation meeting. | 1.80 |
| 08/20/20 | HSB | Meeting with J. DelConte, HS Bhattal, A. DePalma and S. Lemack (all AlixPartners) re: liquidation analysis and next steps | 0.90 |
| 08/20/20 | ADD | Meeting with J. DelConte, HS Bhattal, A. DePalma and S. Lemack (all AlixPartners) re: liquidation analysis and next steps. | 0.90 |
| 08/20/20 | JD | Meeting with J. DelConte, HS Bhattal, A. DePalma and S. Lemack (all AlixPartners) re: liquidation analysis and next steps. | 0.90 |
| 08/21/20 | SKL | Continue to update the liquidation analysis based on the latest feedback provided and provided additional notes and detail behind the assumptions. | 2.30 |
| 08/24/20 | SKL | Continue to review and update underlying assumptions in the latest liquidation analysis. | 1.40 |
| 08/24/20 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) re: liquidation analysis next steps. | 0.40 |
| 08/24/20 | GJK | Participate in a call with AHC and NCSG groups, Brattle Group, M. Huebner, B. Kaminetsky, M. Tobak (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), H. Bhattal, A. DePalma, G. Koch, R. Collura, S. Lemack and J. DelConte (all AlixPartners) re: state claim. | 1.70 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 08/24/20 | RC | Participate in a call with AHC and NCSG groups, Brattle Group, M. Huebner, B. Kaminetsky, M. Tobak (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), H. Bhattal, A. DePalma, G. Koch, R. Collura, S. Lemack and J. DelConte (all AlixPartners) re: state claim. | 1.70 |
| 08/24/20 | JD | Participate in a call with AHC and NCSG groups, Brattle Group, M. Huebner, B. Kaminetsky, M. Tobak (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), H. Bhattal, A. DePalma, G. Koch, R. Collura, S. Lemack and J. DelConte (all AlixPartners) re: state claim. | 1.70 |
| 08/24/20 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) re: liquidation analysis next steps. | 0.40 |
| 08/24/20 | ADD | Participate in a call with AHC and NCSG groups, Brattle Group, M. Huebner, B. Kaminetsky, M. Tobak (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), H. Bhattal, A. DePalma, G. Koch, R. Collura, S. Lemack and J. DelConte (all AlixPartners) re: state claim. | 1.70 |
| 08/26/20 | HSB | Review excel file with liquidation analysis for Purdue. | 0.90 |
| 08/28/20 | JD | Correspondence with management and Davis Polk re: ongoing settlement discussions. | 0.30 |
| 09/01/20 | HSB | Review PJT's valuation of Purdue and conducted related research for liquidation analysis. | 1.30 |
| 09/03/20 | HSB | Review liquidation analysis comments. | 0.40 |
| 09/03/20 | HSB | Review updated excel file with draft of liquidation analysis. | 0.80 |
| 09/03/20 | HSB | Review disclosure statements for recent pharma b/k filings for liquidation analysis assumptions. | 1.70 |
| 09/03/20 | JD | Review and provide comments on the draft liquidation analysis.  Review previous liquidation analyses for context. | 2.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/03/20 | JD | Correspondence with Davis Polk re: plan confirmation issues. | 0.30 |
| 09/04/20 | HSB | Review draft of liquidation analysis and prepared comments for updates. | 1.30 |
| 09/08/20 | HSB | Meeting with H. Bhattal, A. DePalma and S. Lemack (all AlixPartners) to review and discuss liquidation analysis. | 0.90 |
| 09/08/20 | ADD | Meeting with H. Bhattal, A. DePalma and S. Lemack (all AlixPartners) to review and discuss liquidation analysis. | 0.90 |
| 09/08/20 | SKL | Meeting with H. Bhattal, A. DePalma and S. Lemack (all AlixPartners) to review and discuss liquidation analysis. | 0.90 |
| 09/09/20 | SKL | Continue review of latest feedback and comments received re: liquidation analysis and prepared updated assumptions accordingly. | 2.10 |
| 09/09/20 | HSB | Review updated liquidation analysis and prepare comments ahead of working session. | 0.70 |
| 09/09/20 | HSB | Review recent liquidation analysis comps and related issues. | 1.20 |
| 09/10/20 | HSB | Meeting with HS Bhattal, A. DePalma and S. Lemack (all AlixPartners) final meeting to review latest updates made to the liquidation analysis and discuss next steps. | 3.20 |
| 09/10/20 | HSB | Meeting with HS Bhattal, A. DePalma and S. Lemack (all AlixPartners) follow up meeting to review latest updates made to the liquidation analysis and discuss next steps. | 1.20 |
| 09/10/20 | HSB | Meeting with HS Bhattal, A. DePalma and S. Lemack (all AlixPartners) initial meeting to review latest updates made to the liquidation analysis and discuss next steps. | 1.10 |
| 09/10/20 | ADD | Meeting with HS Bhattal, A. DePalma and S. Lemack (all AlixPartners) final meeting to review latest updates made to the liquidation analysis and discuss next steps. | 3.20 |
| 09/10/20 | ADD | Meeting with HS Bhattal, A. DePalma and S. Lemack (all | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                         POR Development
Client/Matter #             012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners) initial meeting to review latest updates made to the liquidation analysis and discuss next steps. | |
| 09/10/20 | ADD | Meeting with HS Bhattal, A. DePalma and S. Lemack (all AlixPartners) follow up meeting to review latest updates made to the liquidation analysis and discuss next steps. | 1.20 |
| 09/10/20 | SKL | Meeting with HS Bhattal, A. DePalma and S. Lemack (all AlixPartners) follow up meeting to review latest updates made to the liquidation analysis and discuss next steps. | 1.20 |
| 09/10/20 | SKL | Meeting with HS Bhattal, A. DePalma and S. Lemack (all AlixPartners) initial meeting to review latest updates made to the liquidation analysis and discuss next steps. | 1.10 |
| 09/10/20 | SKL | Meeting with HS Bhattal, A. DePalma and S. Lemack (all AlixPartners) final meeting to review latest updates made to the liquidation analysis and discuss next steps. | 3.20 |
| 09/10/20 | SKL | Continue to work through the latest feedback received on the liquidation analysis and prepare update and breakdown for internal review. | 2.50 |
| 09/10/20 | JD | Review latest liquidation analysis edits and open questions. | 0.80 |
| 09/14/20 | SKL | Update inventory and PPE sections of the liquidation analysis and flow through to the consolidated level. | 2.10 |
| 09/14/20 | SKL | Update liquidation analysis with asset and claim level checks on both the consolidated level and debtor by debtor level. | 1.80 |
| 09/14/20 | SKL | Continue to update the liquidation analysis with the latest postpetition AP detail and begin preparing the administrative claim portion of the analysis. | 1.40 |
| 09/15/20 | SKL | Incorporate the latest accrued rebate detail into the administrative claim component of the liquidation analysis. | 1.40 |
| 09/15/20 | HSB | Review recent pharma bankruptcy disclosure statements | 2.10 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        POR Development
Client/Matter #            012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | and related assumptions for liquidation analysis and prepare excel summary worksheet. | |
| 09/16/20 | HSB | Meeting with J. DelConte, HS Bhattal, A. DePalma (all AlixPartners) re: latest liquidation analysis and discuss next steps. | 0.70 |
| 09/16/20 | HSB | Review APA and assessed impact on liquidation analysis. | 1.30 |
| 09/16/20 | ADD | Meeting with J. DelConte, HS Bhattal, A. DePalma (all AlixPartners) re: latest liquidation analysis and discuss next steps. | 0.70 |
| 09/16/20 | JD | Meeting with J. DelConte, HS Bhattal, A. DePalma (all AlixPartners) re: latest liquidation analysis and discuss next steps. | 0.70 |
| 09/16/20 | SKL | Meeting with J. DelConte, HS Bhattal, A. DePalma (all AlixPartners) re: latest liquidation analysis and discuss next steps. | 0.70 |
| 09/17/20 | SKL | Update the consolidated piece of the liquidation analysis with the new assumptions for PPLP, Rhodes and Avrio. | 2.10 |
| 09/17/20 | SKL | Finalize updates to the PPE and accrued rebate section of the latest liquidation analysis. | 1.40 |
| 09/21/20 | SKL | Continue review of latest balance sheet detail provided and begin updating the liquidation analysis accordingly. | 2.30 |
| 09/21/20 | SKL | Review latest feedback provided on the Rhodes balance sheet detail and continue updating the debtor entity and consolidated tabs accordingly. | 2.60 |
| 09/21/20 | SKL | Meeting with A. DePalma and S. Lemack (both AlixPartners) to pull Rhodes balance sheet detail and discuss updates to the liquidation analysis accordingly. | 0.70 |
| 09/21/20 | HSB | Review excel draft of liquidation analysis. | 0.40 |
| 09/21/20 | ADD | Meeting with A. DePalma and S. Lemack (both AlixPartners) to pull Rhodes balance sheet detail and | 0.70 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
|  |  | discuss updates to the liquidation analysis accordingly. |  |
| 09/23/20 | ADD | Call with A. DePalma and S. Lemack (AlixPartners) re: liquidation analysis follow up items. | 0.30 |
| 09/23/20 | SKL | Call with A. DePalma and S. Lemack (AlixPartners) re: liquidation analysis follow up items. | 0.30 |
| 09/23/20 | SKL | Continue to update the liquidation analysis with the latest Rhodes balance sheet detail and claims estimates. | 2.20 |
| 09/28/20 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) re: liquidation analysis and follow-up items. | 0.40 |
| 09/28/20 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) re: liquidation analysis and follow-up items. | 0.40 |
|  |  | **Total** | **94.40** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Andrew D DePalma | 17.60 | 515.00 | 9,064.00 |
| Sam K Lemack | 44.40 | 515.00 | 22,866.00 |
| Gabe J Koch | 1.70 | 840.00 | 1,428.00 |
| HS Bhattal | 21.20 | 840.00 | 17,808.00 |
| Jesse DelConte | 7.80 | 950.00 | 7,410.00 |
| Richard Collura | 1.70 | 1,090.00 | 1,853.00 |
| **Total Hours & Fees** | **94.40** | | **60,429.00** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Executory Contracts
Client/Matter #            012589.00108

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 08/06/20 | JD | Review draft cure costs analysis. | 0.20 |
| 08/24/20 | ADD | Call with J. DelConte and A. DePalma (AlixPartners) re: material contracts. | 0.30 |
| 08/24/20 | JD | Call with J. DelConte and A. DePalma (AlixPartners) re: material contracts. | 0.30 |
| | | **Total** | **0.80** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Executory Contracts
Client/Matter #        012589.00108

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Andrew D DePalma | 0.30 | 515.00 | 154.50 |
| Jesse DelConte | 0.50 | 950.00 | 475.00 |
| **Total Hours & Fees** | **0.80** | | **629.50** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Claims Process
Client/Matter #         012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 06/03/20 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) to review the PrimeClerk claims summary report and discuss next steps re: claims management. | 1.20 |
| 06/03/20 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) to review the PrimeClerk claims summary report and discuss next steps re: claims management. | 1.20 |
| 06/18/20 | BJF | Meeting with A. DePalma, S. Betik, B. Ferguson, S. Lemack (all AlixPartners) re: claims and matching updates. | 0.50 |
| 06/18/20 | MBB | Meeting with A. DePalma, S. Betik, B. Ferguson, S. Lemack (all AlixPartners) re: claims and matching updates. | 0.50 |
| 06/18/20 | SKL | Meeting with A. DePalma, S. Betik, B. Ferguson, S. Lemack (all AlixPartners) re: claims and matching updates. | 0.50 |
| 06/18/20 | ADD | Meeting with A. DePalma, S. Betik, B. Ferguson, S. Lemack (all AlixPartners) re: claims and matching updates. | 0.50 |
| 06/19/20 | SKL | Meeting with S. Betik, B. Ferguson, S. Lemack (all AlixPartners) re: status of claims and matching project. | 0.40 |
| 06/19/20 | BJF | Match vendor names for claims reconciliation. | 2.80 |
| 06/19/20 | BJF | Meeting with S. Betik, B. Ferguson, S. Lemack (all AlixPartners) re: status of claims and matching project. | 0.40 |
| 06/19/20 | MBB | Meeting with S. Betik, B. Ferguson, S. Lemack (all AlixPartners) re: status of claims and matching project. | 0.40 |
| 06/22/20 | BJF | Third party confidentiality research for due diligence request. | 2.80 |
| 06/23/20 | BJF | Third party confidentiality research for due diligence request. | 2.90 |
| 06/23/20 | BJF | Research third party confidentiality for due diligence request. | 2.60 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Claims Process
Client/Matter #   012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/23/20 | BJF | Continue third party confidentiality research for due diligence request. | 2.10 |
| 06/23/20 | BJF | Correspond with S. Betik, B. Ferguson, S. Lemack (all AlixPartners) re: matching updates. | 0.40 |
| 06/25/20 | BJF | Third party confidentiality research for due diligence request. | 2.40 |
| 06/25/20 | BJF | Research third party confidentiality for due diligence request. | 2.70 |
| 06/26/20 | BJF | Third party confidentiality research for due diligence request. | 2.70 |
| 06/26/20 | BJF | Research third party confidentiality for due diligence request. | 2.40 |
| 06/26/20 | BJF | Continue third party confidentiality research for due diligence request. | 1.80 |
| 06/29/20 | BJF | Third party confidentiality research for due diligence request. | 2.70 |
| 06/29/20 | BJF | Research third party confidentiality for due diligence request. | 1.80 |
| 06/30/20 | BJF | Third party confidentiality research for due diligence request. | 2.90 |
| 06/30/20 | BJF | Research third party confidentiality for due diligence request. | 1.40 |
| 07/01/20 | BJF | Match vendor names for claims reconciliation. | 2.40 |
| 07/01/20 | BJF | Match vendors for claims resolution. | 1.90 |
| 07/01/20 | MBB | Review claims database to determine duplicate claims and matched. | 2.70 |
| 07/01/20 | MBB | Review claims database and matched duplicate filings. | 2.40 |
| 07/01/20 | SKL | Review and reconcile the claims summary report and continued matching updates accordingly. | 0.90 |
| 07/02/20 | MBB | Review claims database to determine duplicate claims and | 1.80 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Claims Process |
|---|---|
| Client/Matter # | 012589.00109 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | matched. | |
| 07/02/20 | MBB | Search filed claims for duplicate filings. | 2.60 |
| 07/02/20 | BJF | Research third party confidentiality for due diligence request. | 1.10 |
| 07/06/20 | MBB | Review claims database to determine duplicate claims and assigned match numbers to new claims. | 2.70 |
| 07/06/20 | MBB | Review claims database to determine duplicate claims and matched. | 2.90 |
| 07/06/20 | MBB | Search filed claims for duplicate filings. | 2.90 |
| 07/07/20 | MBB | Search filed claims for duplicate filings. | 2.20 |
| 07/07/20 | MBB | Review claims database to determine duplicate claims and assigned match numbers to new claims. | 2.90 |
| 07/07/20 | MBB | Review claims database to determine duplicate claims and matched. | 2.70 |
| 07/07/20 | BJF | Match vendor names for claims reconciliation. | 2.60 |
| 07/08/20 | BJF | Match vendor names for claims reconciliation. | 2.90 |
| 07/08/20 | BJF | Match vendors for claims resolution. | 2.80 |
| 07/08/20 | MBB | Review claims database to determine duplicate claims and assigned match numbers to new claims. | 2.90 |
| 07/08/20 | MBB | Review claims database to determine duplicate claims and matched. | 2.60 |
| 07/08/20 | MBB | Search filed claims for duplicate filings. | 2.70 |
| 07/09/20 | MBB | Search filed claims for duplicate filings. | 2.40 |
| 07/10/20 | BJF | Match vendor names for claims reconciliation. | 1.30 |
| 07/13/20 | BJF | Match vendor names for claims reconciliation. | 2.90 |
| 07/13/20 | BJF | Match vendors for claims resolution. | 2.40 |
| 07/13/20 | BJF | Continue to match vendor names for claims reconciliation. | 1.70 |
| 07/15/20 | JD | Review claims estimation presentation. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Claims Process
Client/Matter #   012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/03/20 | ADD | Call with A. DePalma and S. Lemack (both AlixPartners) re: claims process status and determine next steps | 0.40 |
| 08/03/20 | SKL | Call with A. DePalma and S. Lemack (both AlixPartners) re: claims process status and determine next steps | 0.40 |
| 08/04/20 | SKL | Review and reconcile latest Prime Clark claims register and prepare list of open items/questions for the Prime Clerk team. | 2.20 |
| 08/04/20 | SKL | Meeting with A. DePalma (AlixPartners) and S. Lemack (AlixPartners) to review and reconcile latest claims register provided by Prime Clerk. | 2.20 |
| 08/04/20 | ADD | Meeting with A. DePalma (AlixPartners) and S. Lemack (AlixPartners) to review and reconcile latest claims register provided by Prime Clerk. | 2.20 |
| 08/05/20 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) Update claims database and reconcile latest claims register provided by Prime Clerk. | 2.10 |
| 08/05/20 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) Update claims database and reconcile latest claims register provided by Prime Clerk. | 2.10 |
| 08/05/20 | SKL | Review and reconcile latest match updates provided and circulate updated match table for review. | 2.20 |
| 08/06/20 | SKL | Continue review and reconciliation of the latest Prime Clerk claims register and provide updates list of open items and questions to the Prime Clerk team. | 2.40 |
| 08/06/20 | BJF | Match vendor names for claims reconciliation. | 2.80 |
| 08/06/20 | BJF | Vendor matching for claims resolution. | 2.40 |
| 08/06/20 | JD | Correspondence with L. Donahue (AlixPartners) re: claims process. | 0.20 |
| 08/06/20 | JD | Call with B. Schrag (Prime Clerk) re: claims reconciliation process. | 0.30 |
| 08/06/20 | JD | Call with C. Robertson (Davis Polk) re: claims | 0.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Claims Process
Client/Matter #      012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | reconciliation process. | |
| 08/07/20 | BJF | Match vendor names for claims reconciliation. | 2.80 |
| 08/07/20 | BJF | Vendor matching for claims resolution. | 1.70 |
| 08/07/20 | SKL | Finalize import of scheduled liabilities into the claims database. | 1.80 |
| 08/07/20 | JD | Call with C. Robertson (Davis Polk) re: claims process. | 0.20 |
| 08/10/20 | JD | Review latest claims match table re: claims reconciliation process. | 0.20 |
| 08/10/20 | SKL | Review the latest Prime Clerk claims register and prepare updated match table accordingly. | 1.70 |
| 08/10/20 | SKL | Review latest feedback re: payment info for UST and work with the AP team to prepare update for future payments. | 0.60 |
| 08/11/20 | SKL | Call with S. Lemack and J. DelConte (both AlixPartners) re: claims process. | 0.20 |
| 08/11/20 | JD | Call with S. Lemack and J. DelConte (both AlixPartners) re: claims process. | 0.20 |
| 08/13/20 | BJF | Match vendor names for claims reconciliation. | 2.80 |
| 08/13/20 | BJF | Vendor matching for claims resolution. | 2.40 |
| 08/13/20 | BJF | Continue to match vendor names for claims reconciliation. | 1.70 |
| 08/17/20 | SKL | Review latest match updates provided by S. Betik (AlixPartners) and B. Ferguson (AlixPartners) and update the claims database accordingly. | 2.00 |
| 08/18/20 | SKL | Continue to review and reconcile the latest Prime Clerk claims register and update the claims database accordingly. | 2.50 |
| 08/24/20 | SKL | Participate in a call with AHC and NCSG groups, Brattle Group, M. Huebner, B. Kaminetsky, M. Tobak (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), H. Bhattal, A. DePalma, G. Koch, R. Collura, S. Lemack and | 1.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Claims Process
Client/Matter #  012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | J. DelConte (all AlixPartners) re: state claim. | |
| 08/24/20 | HSB | Participate in a call with AHC and NCSG groups, Brattle Group, M. Huebner, B. Kaminetsky, M. Tobak (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), H. Bhattal, A. DePalma, G. Koch, R. Collura, S. Lemack and J. DelConte (all AlixPartners) re: state claim. | 1.70 |
| 08/26/20 | ADD | Meeting with A. DePalma and S. Lemack (both AlixPartners) Update claims database and reconcile latest claims register provided by Prime Clerk. | 1.20 |
| 08/26/20 | SKL | Meeting with A. DePalma and S. Lemack (both AlixPartners) Update claims database and reconcile latest claims register provided by Prime Clerk. | 1.20 |
| 08/27/20 | SKL | Virtual Working Session with A. DePalma, S. Lemack (both AlixPartners) Update claims database and review new claims. | 1.00 |
| 08/27/20 | ADD | Virtual Working Session with A. DePalma, S. Lemack (both AlixPartners) Update claims database and review new claims. | 1.00 |
| 09/24/20 | SKL | Update claims database with the latest Prime Clerk claims report and circulate Rhodes Tech claims for review. | 1.10 |
| | | **Total** | **151.60** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Claims Process
Client/Matter #          012589.00109

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Mary B Betik | 37.30 | 315.00 | 11,749.50 |
| Barbara J Ferguson | 73.90 | 315.00 | 23,278.50 |
| Andrew D DePalma | 8.60 | 515.00 | 4,429.00 |
| Sam K Lemack | 28.30 | 515.00 | 14,574.50 |
| HS Bhattal | 1.70 | 840.00 | 1,428.00 |
| Jesse DelConte | 1.80 | 950.00 | 1,710.00 |
| **Total Hours & Fees** | **151.60** | | **57,169.50** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Special Projects
Client/Matter #    012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/12/20 | KG | Prepare eleventh production for delivery. | 2.20 |
| 06/15/20 | ADD | Review and compile materials for Project Catalyst data room. | 2.10 |
| 06/15/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence process. | 1.60 |
| 06/15/20 | ADD | Prepare project catalyst data room for internal and third-parties review. | 1.60 |
| 06/15/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence process. | 1.60 |
| 06/16/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst data room management. | 1.20 |
| 06/16/20 | ADD | Prepare Project catalyst data room to open outside parties. | 2.80 |
| 06/16/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst data room management. | 1.20 |
| 06/16/20 | KG | Load third party production into Relativity. Update/overlay data and index for search/retrieval. Update SPOT tracking documentation. | 2.20 |
| 06/17/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence process and coordination of next steps. | 1.70 |
| 06/17/20 | ADD | Research and compile agreements in response to diligence requests for approval and production. | 1.80 |
| 06/17/20 | ADD | Research origination of corrupted file provided in response to diligence requests to produce file to the committee. | 0.60 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Special Projects
Client/Matter #         012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/17/20 | ADD | Review and compile results of third-party entity review for Davis Polk review team. | 2.60 |
| 06/17/20 | ADD | Review and compile materials in response to diligence request for upload to the data room. | 2.90 |
| 06/17/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence process and coordination of next steps. | 1.70 |
| 06/18/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence process and coordination of next steps. | 0.80 |
| 06/18/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence status update. | 0.80 |
| 06/18/20 | ADD | Review and compile materials in response to diligence request for upload to the data room. | 2.40 |
| 06/19/20 | ADD | Compile documentation submitted for project catalyst data room and request necessary approvals. | 2.80 |
| 06/19/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence process and coordination of next steps. | 1.50 |
| 06/19/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence status update and discussion of outstanding items. | 1.50 |
| 06/19/20 | KG | Load third party production into Relativity. Update/overlay data and index for search/retrieval. Update SPOT tracking documentation. | 1.80 |
| 06/22/20 | KG | Create file listing of new documents loaded and send to A. DePalma (AlixPartners). | 0.60 |
| 06/22/20 | ADD | Review and index materials provided in response to | 3.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Special Projects
Client/Matter #  012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | diligence tax requests. | |
| 06/22/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst data room, diligence status and review of outstanding items. | 1.50 |
| 06/22/20 | ADD | Review and prepare materials submitted in response to Project Catalyst diligence request for upload to the data room. | 2.60 |
| 06/22/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence process. | 1.50 |
| 06/23/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence process. | 1.20 |
| 06/23/20 | ADD | Compile and review Project Catalysts diligence materials diligence materials to request approval by internal and external counsel for upload to the data room. | 2.40 |
| 06/23/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence status update. | 1.20 |
| 06/24/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst review of requests for data room access and outstanding diligence requests. | 1.30 |
| 06/24/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst review of requests for data room access and outstanding diligence requests. | 1.30 |
| 06/24/20 | KG | Process data for loading. Perform quality control review of processed data. Export and import into Relativity. Image documents, update/overlay data and index for search/retrieval. Update SPOT tracking documentation. | 2.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Special Projects
Client/Matter #  012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/25/20 | KG | Process data for loading. Export and import into Relativity. Load third party production into Relativity. Image documents, update/overlay data and index for search/retrieval. Update SPOT tracking documentation. Generate document listing. | 2.20 |
| 06/25/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence process status discussion and review of submitted information in response to diligence request. | 1.60 |
| 06/25/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence process status discussion and review of submitted information in response to diligence request. | 1.60 |
| 06/25/20 | ADD | Compile and review materials submitted in response to Project Catalyst diligence requests in preparation for upload to the data room. | 2.10 |
| 06/26/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence status and analyses of new inquiries. | 1.80 |
| 06/26/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst preparation of responses to diligence questions and compilation responses to questionnaires. | 2.70 |
| 06/26/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst preparation of responses to diligence questions and compilation responses to questionnaires. | 2.70 |
| 06/26/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence status and analyses of new inquiries. | 1.80 |
| 06/29/20 | ADD | Review and recommend redactions in preparation for | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Special Projects
Client/Matter #  012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | document production and upload to the data room. | |
| 06/29/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), D.Fogel, W. DiNicola (Purdue) re: Finance due diligence questions review discussion. | 2.10 |
| 06/29/20 | ADD | Call with A. DePalma and K. McCafferty(AlixPartners); re: Project catalyst due diligence question. | 0.20 |
| 06/29/20 | ADD | Compile and review responses to Project Catalyst diligence requests and upload files to the data room. | 2.70 |
| 06/29/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), D.Fogel, W. DiNicola (Purdue) re: Finance due diligence questions review discussion. | 2.10 |
| 06/29/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst diligence process. | 0.20 |
| 06/29/20 | KG | Process data for loading. Export and import into Relativity. Image documents, update/overlay data and index for search/retrieval. Update SPOT tracking documentation. | 0.80 |
| 06/30/20 | KG | Process data for loading. Export and import into Relativity. Image documents, update/overlay data and index for search/retrieval. Update SPOT tracking documentation. | 0.40 |
| 06/30/20 | KM | Call and analysis with W. DiNicola, D. Fogel (Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: finance DD interview questions for third parties. | 1.50 |
| 06/30/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), D.Fogel, W. DiNicola (Purdue) re: Continuation of finance due diligence questions review discussion. | 2.00 |
| 06/30/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), R. Shamblen (Purdue) re: Operations due | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Special Projects
Client/Matter #  012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | diligence questions review. | |
| 06/30/20 | ADD | Redaction documents submitted in response to diligence requests. | 2.20 |
| 06/30/20 | ADD | Call and analysis with W. DiNicola, D. Fogel (Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: finance DD interview questions for third parties. | 1.50 |
| 06/30/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), R. Shamblen (Purdue) re: Operations due diligence questions review. | 1.50 |
| 06/30/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), D.Fogel, W. DiNicola (Purdue) re: Continuation of finance due diligence questions review discussion. | 2.00 |
| 06/30/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (AlixPartners) re: Project Catalyst due diligence status update and compilation of diligence responses. | 1.80 |
| 07/01/20 | ADD | Compile and review responses to Project Catalyst diligence requests and upload files to the data room. | 1.90 |
| 07/01/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners), re: Project Catalyst due diligence status update and compilation of diligence responses, and upload materials to the VDR. | 2.00 |
| 07/01/20 | ADD | Compile materials provided in response to Project Catalyst diligence request and submit materials for legal and business approval, | 2.40 |
| 07/01/20 | KG | Process data for loading including export and import into Relativity. | 0.40 |
| 07/01/20 | KG | Load third party production into Relativity including image documents, update/overlay data and index for search/retrieval. | 0.40 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Special Projects
Client/Matter #  012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/01/20 | KG | Update SPOT tracking documentation and generate document listing. | 0.40 |
| 07/06/20 | ADD | Compile documents and request approval to upload files to the Project Catalyst VDR. | 1.60 |
| 07/06/20 | ADD | Download accounts payable data to update liabilities subject to compromise calculation. | 0.50 |
| 07/07/20 | ADD | Review and compile materials produced in response to diligence requests for Project Catalyst | 2.30 |
| 07/07/20 | KG | Load image documents and update/overlay data and index for search/retrieval. | 0.30 |
| 07/07/20 | KG | Update SPOT tracking documentation including import third party production and update/overlay data and index for search/retrieval. | 0.30 |
| 07/07/20 | KG | Process data for loading including export and import into Relativity. | 0.30 |
| 07/08/20 | ADD | Compile materials and request approval to upload files to the Project Catalyst data room. | 2.60 |
| 07/09/20 | ADD | Review and compile materials produced in response to diligence requests for debtor entities. | 1.80 |
| 07/10/20 | ADD | Compile materials and request approval to upload files to the Project Catalyst data room. | 2.10 |
| 07/13/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), re: Project Catalyst VDR and diligence progress. | 0.40 |
| 07/13/20 | ADD | Review and compile debtor entity employee title history for upload to the data room. | 1.90 |
| 07/13/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), re: Project Catalyst VDR and diligence progress. | 0.40 |
| 07/14/20 | ADD | Download and compile Rhodes Tech agreements from the | 3.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Special Projects
Client/Matter #    012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | contract database with entities (A though L) for review and analysis. |  |
| 07/14/20 | ADD | Download and compile Rhodes Tech agreements from the contract database with entities (J though Z) for review and analysis. | 3.10 |
| 07/16/20 | ADD | Compile Rhodes contracts in preparation for Project Catalyst diligence requests. | 2.60 |
| 07/20/20 | ADD | Compile and format items submitted in response to diligence requests for upload to the Project Catalyst data room. | 2.70 |
| 07/21/20 | ADD | Compile and upload Project catalyst diligence materials for external legal review. | 1.40 |
| 07/22/20 | ADD | Upload documents submitted in response to diligence requests and request approval from external legal counsel. | 1.80 |
| 07/23/20 | ADD | Compile files submitted in response to diligence requests for Project Catalyst. | 1.30 |
| 07/23/20 | ADD | Request approval to release files to the Project Catalyst data room. | 0.90 |
| 07/24/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Review approved documents and upload materials to Project Catalyst VDR. | 0.60 |
| 07/24/20 | ADD | Request approval to provide documents to interested parties in response to Project Catallyst diligence requests. | 0.40 |
| 07/24/20 | ADD | Compile list of material agreements to request consent to disclose for Project Catalyst. | 1.90 |
| 07/24/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Review approved documents and upload materials to Project Catalyst VDR. | 0.60 |
| 07/24/20 | KG | Export and re-image documents in LAW database | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Special Projects
Client/Matter #        012589.00110

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | including export and email correspondence to replace corrupt images with new ones. | |
| 07/24/20 | KG | Stage and load data into Relativity including perform quality control review of loaded data, update/overlay data and index for search/retrieval and create file listing of new documents. | 1.20 |
| 07/27/20 | ADD | Compile list of third-parties to request consent to disclose relationship details including agreements. | 1.50 |
| 07/27/20 | ADD | Review and redact documents in preparation to produce in response to Project Catalyst diligence request. | 1.10 |
| 07/28/20 | ADD | Update with additional data elements the list of third-parties used by Rhodes to request consent to disclose relationship details including agreements. | 1.10 |
| 07/28/20 | ADD | Update Project Catalyst data room, removing users that no longer require access. | 0.40 |
| 07/29/20 | ADD | Prepare files submitted in response to Project Catalyst diligence request and upload files to data room. | 2.20 |
| 07/29/20 | KG | Stage and process data including perform quality control review of processed data. | 0.60 |
| 07/29/20 | KG | Export and import data into Relativity including perform quality control review of loaded data, update/overlay data and index for search/retrieval, and update SPOT tracking documentation. | 1.00 |
| 07/31/20 | ADD | Request approval to upload files compiled in response to diligence request to Project Catalyst data room. | 0.70 |
| 07/31/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (all Purdue), A. DePalma and K. McCafferty (AlixPartners) re: Catalyst status update meeting. | 1.50 |
| 07/31/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Review approved documents and upload materials to Project Catalyst VDR. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Special Projects
Client/Matter #     012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/31/20 | ADD | Review outstanding materials responsive to project catalyst diligence request and prepare documents for upload to data room. | 0.30 |
| 07/31/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Review approved documents and upload materials to Project Catalyst VDR. | 1.00 |
| 08/03/20 | ADD | Identity and review Rhodes Tech materials contracts for potential assignment. | 2.80 |
| 08/03/20 | ADD | Research agreements entered and updated since September 2019 for review and analysis. | 1.30 |
| 08/03/20 | ADD | Review outstanding diligence requests and follow up with outstanding items. | 1.70 |
| 08/03/20 | ADD | Review material Rhodes Tech relationships and compile corresponding agreements into a spreadsheet for review by external counsel and client. | 2.70 |
| 08/04/20 | ADD | Review compile corresponding agreements into a spreadsheet for review by external counsel and client and extract relevant data elements necessary for review. | 2.70 |
| 08/04/20 | ADD | Compare contract tracker to clients iContracts database to identify missing agreements. | 2.90 |
| 08/04/20 | ADD | Research and identify Rhodes Tech business development counter parties at request of Davis Polk to determine potential confidentiality issues. | 1.80 |
| 08/05/20 | ADD | Compile materials submitted in response to diligence requests for processing by Davis Polk's eDiscovery team. | 2.30 |
| 08/06/20 | ADD | Calculate Rhodes Tech cure costs for material entities and distribute spreadsheet for review | 2.70 |
| 08/06/20 | KG | Stage and process data. Perform quality control review of processed data. Export and import data into Relativity. Perform quality control review of loaded data. Generate TIF images, update/overlay data and index for | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Special Projects
Client/Matter #    012589.00110

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | search/retrieval.  Update SPOT tracking documentation. | |
| 08/08/20 | ADD | Compile contracts for review by external counsel and upload to the Project Catalyst data room | 2.80 |
| 08/11/20 | ADD | Review outstanding Project Catalysts diligence questions and compile status update. | 1.40 |
| 08/12/20 | ADD | Review outstanding supply contract and request approval to upload materials. | 1.40 |
| 08/12/20 | KG | Stage and process data for loading. Perform quality control review of processed data. Export and import data into Relativity. Perform quality control review of loaded data. Generate TIF images, update/overlay data and index for search/retrieval.  Update SPOT tracking documentation. | 2.20 |
| 08/13/20 | ADD | Compile and upload approved contracts to data room for review by counter parties. | 2.90 |
| 08/13/20 | ADD | Compile documentation in response to diligence requests in preparation for approval and upload to the data room. | 2.60 |
| 08/14/20 | ADD | Compile material IT contracts for legal review and upload to the data room. | 1.70 |
| 08/14/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) re: diligence status update | 0.20 |
| 08/14/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners) re: diligence status update | 0.20 |
| 08/17/20 | ADD | Review and compile materials submitted in response to project Catalyst Diligence request. | 2.30 |
| 08/18/20 | ADD | Compile and upload to data room documents submitted in response to Project Catalyst diligence requests. | 2.40 |
| 08/18/20 | KG | Stage and process data for loading. Perform quality control review of processed data. Export and import data into Relativity. Load third party production into Relativity. | 2.40 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Special Projects
Client/Matter #        012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Perform quality control review of loaded data. Generate TIF images, update/overlay data and index for search/retrieval.  Update SPOT tracking documentation. | |
| 08/19/20 | ADD | Compile and prepare Project Catalyst diligence materials for approval and release. | 2.20 |
| 08/20/20 | ADD | Identify and compile material contracts for review and upload to the Project Catalyst data room. | 3.20 |
| 08/20/20 | ADD | Continue to identify and compile material contracts for review and upload to the Project Catalyst data room. | 2.60 |
| 08/20/20 | ADD | Compile and upload documents provided in response to Project Catalyst diligence request in preparation for legal review. | 1.80 |
| 08/20/20 | KG | Stage and process data for loading. Perform quality control review of processed data. Export and import data into Relativity. Perform quality control review of loaded data. Generate TIF images, update/overlay data and index for search/retrieval.  Update SPOT tracking documentation. | 1.20 |
| 08/21/20 | ADD | Identify and compile material contracts for review and upload to the Project Catalyst data room. | 3.00 |
| 08/21/20 | ADD | Prepare approval trackers and request approval to release files compile to response to diligence request. | 1.40 |
| 08/21/20 | ADD | Compile and upload documents provided in response to Project Catalyst diligence request in preparation for legal review. | 2.30 |
| 08/23/20 | ADD | Identify and review Rhodes tech contracts for review by external legal counsel in preparation for production in the Project Catalyst data room. | 2.70 |
| 08/24/20 | ADD | Compile and upload project Catalyst diligence requests for external legal and client review prior to production. | 2.20 |
| 08/25/20 | ADD | Review and analyze Rhodes Tech contracts to understand | 2.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Special Projects
Client/Matter #   012589.00110

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | and categorize material agreements. | |
| 08/26/20 | ADD | Organize and upload Project Catalyst diligence items to the data room for third-party review | 1.80 |
| 08/27/20 | ADD | Prepare and upload project Catalyst diligence request for upload to the data room for review. | 2.60 |
| 08/27/20 | KG | Stage and process data for loading. Perform quality control review of processed data. Export and import data into Relativity. Perform quality control review of loaded data. Generate TIF images, update/overlay data and index for search/retrieval.  Update SPOT tracking documentation. | 1.20 |
| 08/28/20 | ADD | Review and analyze Rhodes Tech contracts to understand and categorize material agreements. | 2.60 |
| 08/28/20 | ADD | Organize and upload Project Catalyst diligence items to the data room for third-party review | 2.80 |
| 08/29/20 | ADD | Review contract schedules Project Catalyst in preparation for submission for legal review. | 1.80 |
| 08/30/20 | ADD | Review and analysis of history of Rhodes Tech agreements by entity for Project Catalyst diligence request. | 2.30 |
| 08/31/20 | ADD | Identify and research missing agreements for Project Catalyst contract schedules. | 2.30 |
| 08/31/20 | ADD | Compile items submitted in response to project Catalyst diligence questions and request approval to post materials. | 1.20 |
| 09/01/20 | ADD | Review Research Purdue IAC agreement list to determine if the list is incomplete. | 0.70 |
| 09/01/20 | ADD | Compile agreements for Project Catalyst's external counsel's review. | 1.20 |
| 09/01/20 | ADD | Compile and upload materials submitted in response | 2.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                          **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Special Projects
Client/Matter #   012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | diligence requests for upload to the Project Catalyst data room. | |
| 09/01/20 | ADD | Review material contracts list and compile newly executed agreements for upload to the Project Catalyst data room. | 1.20 |
| 09/01/20 | ADD | Request approval from external counsel and internal counsel to upload documents to the data room and release to external parties. | 0.60 |
| 09/01/20 | ADD | Redact documents in preparation for upload to the Project Catalyst data room. | 1.80 |
| 09/01/20 | KG | Stage and process data for loading. Perform quality control review of processed data. Export and import data into Relativity. Perform quality control review of loaded data. Generate TIF images, update/overlay data and index for search/retrieval.  Update SPOT tracking documentation. | 0.80 |
| 09/02/20 | ADD | Review consent requirements to share agreements with third parties for project catalyst. | 0.50 |
| 09/02/20 | ADD | Research and compile agreements for external legal review. | 2.90 |
| 09/02/20 | ADD | Compile and upload materials submitted in response diligence requests for upload to the Project Catalyst data room. | 2.80 |
| 09/02/20 | ADD | Work with external legal counsel to identify agreements to share in the Project Catalyst data room. | 1.20 |
| 09/02/20 | ADD | Request approval from external counsel and internal counsel to upload documents to the data room and release to external parties. | 0.80 |
| 09/03/20 | ADD | Research and analyze Rhodes Tech contractual relationships to assist external counsel with schedule creation. | 2.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Special Projects
Client/Matter #   012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/03/20 | ADD | Compile and upload documents submitted in response to diligence request for upload to the data room. | 2.60 |
| 09/03/20 | ADD | Request approval from external counsel and internal counsel to upload documents to the data room and release to external parties. | 1.20 |
| 09/04/20 | ADD | Compile and agreements in response to Project Catalyst diligence request and request approval to upload. | 2.30 |
| 09/06/20 | ADD | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle (Purdue), K. McCarthy, R. Aleali, J. Lowne (Purdue), R. Schnitzler (PJT), M. Gibson, A. Gallogly (Skadden) re: MSA review. | 3.30 |
| 09/08/20 | ADD | Compile data and update cure cost calculation to determine entities with pre-petition liabilities. | 3.10 |
| 09/14/20 | ADD | Compile and upload documents responsive to diligence request to the Project Catalyst data room. | 1.80 |
| 09/14/20 | ADD | Research possible addresses for noticing purposes for Rhodes Tech counter parties with missing contact information. | 0.80 |
| 09/14/20 | ADD | Review and analysis of Rhodes Tech contracts for project catalyst term sheet schedules. | 2.40 |
| 09/14/20 | ADD | Research and compile noticing addresses to notify Rhodes Tech counter parties re: project catalyst. | 3.30 |
| 09/15/20 | ADD | Research possible addresses for noticing purposes for Rhodes Tech counter parties with missing contact information. | 0.50 |
| 09/15/20 | ADD | Prepare and upload ad hoc committee diligence requests to the data room for review by the committees. | 1.90 |
| 09/16/20 | ADD | Review and analyze Rhodes contracts for materiality and relative importance. | 1.00 |
| 09/16/20 | ADD | Research Rhodes' counter party addresses for noticing | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Special Projects
Client/Matter #     012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | purposes. | |
| 09/17/20 | ADD | Call with D. Fogel (Purdue) and A. DePalma., K. McCafferty (AlixPartners) re: RP contract analysis results. | 0.90 |
| 09/17/20 | ADD | Research Rhodes' counter party addresses for noticing purposes. | 1.60 |
| 09/17/20 | ADD | Compile materials submitted in response to diligence requests in preparation for processing and upload to the data room | 1.80 |
| 09/18/20 | ADD | Research Rhodes' counter party addresses for noticing purposes. | 0.60 |
| 09/18/20 | ADD | Draft correspondence to follow up on outstanding diligence requests. | 0.50 |
| 09/18/20 | KG | Coordinate with ETS to reactivate Relativity credentials for S. Canniff (AlixPartners). | 0.10 |
| 09/21/20 | ADD | Research Rhodes' counter party addresses for noticing purposes. | 0.70 |
| 09/22/20 | KG | Stage and import third party productions into Relativity. Troubleshoot load file issues and import errors into Relativity. | 3.30 |
| 09/23/20 | KG | Export and create copies of documents as requested by A. DePalma (AlixPartners). Perform quality control review of new data. Generate TIF images. | 1.80 |
| 09/25/20 | KG | Run Blackout process across requested documents. Batch documents that need review. | 1.20 |
| 09/25/20 | ADD | Review and compile Rhodes agreements to update contract database for Project Catalyst. | 1.90 |
| 09/27/20 | ADD | Review Purdue employment data and prepare information requested by Davis Polk. | 2.40 |
| 09/30/20 | ADD | Review agreements shared with Rhodes Tech bidders and identify additional agreements to be shared via the data | 1.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Special Projects
Client/Matter #   012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | room. | |
| 09/30/20 | ADD | Compile and review Rhodes Technologies contracts in preparation for closing. | 3.20 |
| | | **Total** | **308.50** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Special Projects
Client/Matter #   012589.00110

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Andrew D DePalma | 249.80 | 515.00 | 128,647.00 |
| Kristina Galbraith | 32.70 | 645.00 | 21,091.50 |
| Kevin M McCafferty | 26.00 | 950.00 | 24,700.00 |
| **Total Hours & Fees** | **308.50** | | **174,438.50** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Retention and Engagement Administration
Client/Matter #        012589.00112

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/01/20 | ESK | Attend to disclosure matters. | 0.40 |
| 06/02/20 | ESK | Call with L. Donahue, E. Kardos, G. Koch and J. DelConte (all AlixPartners) re: disclosure matters. | 1.00 |
| 06/02/20 | ESK | Email J. Fee (AlixPartners) re: disclosure matter. | 0.30 |
| 06/02/20 | JD | Call with L. Donahue, E. Kardos, G. Koch and J. DelConte (all AlixPartners) re: disclosure matters. | 1.00 |
| 06/02/20 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: disclosure matters. | 0.20 |
| 06/02/20 | LJD | Call with L. Donahue, E. Kardos, G. Koch and J. DelConte (all AlixPartners) re: disclosure matters. | 1.00 |
| 06/02/20 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: disclosure matters. | 0.20 |
| 06/02/20 | GJK | Call with L. Donahue, E. Kardos, G. Koch and J. DelConte (all AlixPartners) re: disclosure matters. | 1.00 |
| 06/03/20 | LJD | Prepare for and attend call with M. Huebner (Davis Polk), M. Kesselman (Purdue), L. Donahue and J. DelConte (both AlixPartners) re: disclosure matters. | 0.60 |
| 06/03/20 | LJD | Call L. Donahue, J. DelConte and E. Kardos (all AlixPartners) re: addressing possible disclosure matter. | 1.00 |
| 06/03/20 | JD | Call L. Donahue, J. DelConte and E. Kardos (all AlixPartners) re: addressing possible disclosure matter. | 1.00 |
| 06/03/20 | JD | Call with J. DelConte and E. Kardos (all AlixPartners) re: various disclosure matters. | 0.60 |
| 06/03/20 | ESK | Call with J. DelConte and E. Kardos (all AlixPartners) re: various disclosure matters. | 0.60 |
| 06/03/20 | ESK | Call L. Donahue, J. DelConte and E. Kardos (all AlixPartners) re: addressing possible disclosure matter. | 1.00 |
| 06/03/20 | ESK | Email J. Fee (AlixPartners) re: disclosure matter. | 0.30 |
| 06/03/20 | ESK | Prepare disclosure report. | 0.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Retention and Engagement Administration
Client/Matter #      012589.00112

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 06/03/20 | ESK | Email to/from T. Antisdel (AlixPartners) re: disclosure report. | 0.30 |
| 06/03/20 | JD | Correspondence with Davis Polk re: SOFA/SOAL disclosures. | 0.40 |
| 06/03/20 | JD | Review correspondence re: potential disclosures. | 0.30 |
| 06/03/20 | JD | Call with M. Huebner (Davis Polk), M. Kesselman (Purdue), L. Donahue and J. DelConte (both AlixPartners) re: disclosure matters. | 0.50 |
| 09/03/20 | ESK | Work on the Purdue disclosure matter | 0.30 |
| | | **Total** | **12.30** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Retention and Engagement Administration
Client/Matter #  012589.00112

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Elizabeth S Kardos | 4.50 | 710.00 | 3,195.00 |
| Gabe J Koch | 1.20 | 840.00 | 1,008.00 |
| Jesse DelConte | 4.00 | 950.00 | 3,800.00 |
| Lisa Donahue | 2.60 | 1,195.00 | 3,107.00 |
| **Total Hours & Fees** | **12.30** | | **11,110.00** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Fee Statements and Fee Applications
Client/Matter #         012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/01/20 | JD | Begin reviewing draft April fee statement. | 1.50 |
| 06/01/20 | JD | Finalize reviewing and editing draft April fee statement. | 2.70 |
| 06/01/20 | MSM | Prepare professional fees for May 2020 monthly fee statement. | 3.50 |
| 06/01/20 | MSM | Continue to prepare professional fees for May 2020 monthly fee statement. | 1.50 |
| 06/02/20 | JD | Review final April 2020 professional fees and expenses. | 0.30 |
| 06/03/20 | TB | Prepare eighth monthly fee statement for April 2020 and exhibits. | 1.30 |
| 06/05/20 | JD | Conversation with J. Lowne (Purdue) re: AlixPartners fee statement review. | 0.30 |
| 06/08/20 | JD | Review draft April fee statement and provide comments. | 0.40 |
| 06/08/20 | TB | Update April monthly fee statement and exhibits. | 0.40 |
| 06/08/20 | MSM | Prepare professional fees for May 2020 monthly fee statement. | 3.40 |
| 06/09/20 | MSM | Prepare professional fees for May 2020 monthly fee statement. | 3.10 |
| 06/10/20 | MSM | Prepare professional fees for May 2020 monthly fee statement. | 3.70 |
| 06/10/20 | MSM | Continue to prepare professional fees for May 2020 monthly fee statement. | 2.90 |
| 06/10/20 | MSM | Further preparation of professional fees for May 2020 monthly fee statement. | 3.00 |
| 06/11/20 | MSM | Prepare professional fees for May 2020 monthly fee statement. | 3.30 |
| 06/11/20 | MSM | Continue to prepare professional fees for May 2020 monthly fee statement. | 3.10 |
| 06/12/20 | MSM | Prepare professional fees for May 2020 monthly fee statement. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Fee Statements and Fee Applications
Client/Matter #         012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/12/20 | ESK | Review eighth monthly fee statement for the period April 1, 2020 through April 30, 2020. | 0.30 |
| 06/13/20 | ESK | Review email from Davis Polk re: fee examiner request and email response internally re: same. | 0.10 |
| 06/15/20 | ESK | Review eighth monthly fee statement for the period of April 1, 2020 through April 30, 2020. | 0.30 |
| 06/15/20 | JD | Correspondence with accounting re: fee examiner requests. | 0.20 |
| 06/15/20 | MSM | Prepare professional fees for May 2020 monthly fee statement. | 2.00 |
| 06/16/20 | MSM | Prepare professional fees for May 2020 monthly fee statement. | 2.70 |
| 06/16/20 | MSM | Continue to prepare professional fees for May 2020 monthly fee statement. | 2.10 |
| 06/16/20 | TB | Review professional fees for May 2020 monthly fee statement. | 1.20 |
| 06/16/20 | JD | Review initial fee examiner report and back up materials. | 1.30 |
| 06/16/20 | ESK | Review fee examiner report and began to consider responses. | 0.50 |
| 06/16/20 | ESK | Review emails from M. Pera (Davis Polk) re: objection to AlixPartners' first interim fee application. | 0.30 |
| 06/16/20 | ESK | Call with J. DelConte, E. Kardos (both AlixPartners) re: various Purdue matters, including objection to first interim fee application. | 0.40 |
| 06/16/20 | JD | Call with J. DelConte, E. Kardos (both AlixPartners) re: various Purdue matters, including objection to first interim fee application. | 0.40 |
| 06/16/20 | JD | Correspondence with Davis Polk and AlixPartners legal re: fee examiner. | 0.60 |
| 06/17/20 | ESK | Review and provide comments to Fee Examiners' | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Fee Statements and Fee Applications
Client/Matter #        012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | objection to the first interim fee application. | |
| 06/17/20 | JD | Call with B. Filler, E. Kardos and J. DelConte (all AlixPartners) re: fee examiner report. | 0.70 |
| 06/17/20 | JD | Draft responses to the fee examiner initial report. | 0.90 |
| 06/17/20 | ESK | Call J. DelConte and B. Fuller (both AlixPartners) to review fee examiner report and prepare response to same. | 0.70 |
| 06/17/20 | ESK | Internal calls re: various case administration matters. | 0.50 |
| 06/17/20 | BFF | Updates/revisions to draft response to Fee Examiner. | 1.90 |
| 06/17/20 | BFF | Call with E. Kardos and J. DelConte (both AlixPartners) re: preparation of response to Fee Examiner report re: first interim fee application. | 0.70 |
| 06/17/20 | BFF | Prepare draft response to Fee Examiner's report re: first interim fee application. | 2.80 |
| 06/18/20 | BFF | Review air travel receipts in connection with Fee Examiner report re: first interim fee application. | 0.60 |
| 06/18/20 | ESK | Review and revise Response to Fee Examiner objection to first interim fee application. | 1.20 |
| 06/18/20 | JD | Review and edit fee examiner response letter. Review underlying data per fee examiner letter. | 0.80 |
| 06/19/20 | JD | Update fee examiner response. Correspondence with E. Kardos and L. Donahue (both AlixPartners) re: same. | 0.90 |
| 06/19/20 | JD | Call with E. Kardos, B. Filler and J. DelConte (both AlixPartners) re: finalizing response to Fee Examiner report re: first interim fee application. | 0.60 |
| 06/19/20 | JD | Check and finalize fee examiner response. Draft correspondence re: same. | 0.70 |
| 06/19/20 | TB | Review professional fees for May 2020 monthly fee statement. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Fee Statements and Fee Applications
Client/Matter #              012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/19/20 | ESK | Call with E. Kardos, B. Filler and J. DelConte (both AlixPartners) re: finalizing response to Fee Examiner report re: first interim fee application. | 0.60 |
| 06/19/20 | ESK | Emails to/from L. Donahue (AlixPartners) re: fee examiner response. | 0.30 |
| 06/19/20 | ESK | Review and revise response to fee examiner report. | 0.90 |
| 06/19/20 | BFF | Call with E. Kardos, B. Filler and J. DelConte (both AlixPartners) re: finalizing response to Fee Examiner report re: first interim fee application. | 0.60 |
| 06/19/20 | BFF | Update response to Fee Examiner report re: first interim fee application. | 2.10 |
| 06/22/20 | BFF | Call with D. Klauder. T. Bielli (both Bielli & Klauder), J. DelConte, E. Kardos and B. Filler (all AlixPartners) re: response to first fee examiner report. | 0.50 |
| 06/22/20 | ESK | Call with D. Klauder. T. Bielli (both Bielli & Klauder), J. DelConte, E. Kardos and B. Filler (all AlixPartners) re: response to first fee examiner report. | 0.50 |
| 06/22/20 | ESK | Review and respond to emails re: response to Fee Examiner objection to first interim application. | 0.50 |
| 06/22/20 | ESK | Emails to/from J. DelConte and L. Donahue (both AlixPartners) re: settlement of reduction of fees/expenses. | 0.20 |
| 06/22/20 | JD | Review fee examiner response letter and fee examiner flagged time entries to prepare for call. | 0.40 |
| 06/22/20 | JD | Correspondence with E. Kardos and L. Donahue (both AlixPartners) re: fee examiner response and settlement. | 0.40 |
| 06/22/20 | JD | Call with D. Klauder. T. Bielli (both Bielli & Klauder), J. DelConte, E. Kardos and B. Filler (all AlixPartners) re: response to first fee examiner report. | 0.50 |
| 06/22/20 | TB | Review professional fees for May 2020 monthly fee | 1.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Fee Statements and Fee Applications
Client/Matter #        012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | statement. | |
| 06/24/20 | MSM | Prepare professional fees for May 2020 monthly fee statement. | 2.50 |
| 06/24/20 | MSM | Prepare professional fees for June 2020 monthly fee statement. | 1.50 |
| 06/24/20 | JD | Begin reviewing and providing comments to draft May 2020 professional fees and expenses. | 2.20 |
| 06/25/20 | JD | Finalize review of draft May fee application. | 1.50 |
| 07/01/20 | TB | Prepare ninth monthly fee statement May 2020 and exhibits. | 1.80 |
| 07/02/20 | TB | Update ninth monthly fee statement for May 2020. | 0.60 |
| 07/02/20 | JD | Review final version of the May fee statement to be filed with the court. | 0.30 |
| 07/06/20 | LJD | Review and comment on 9th monthly fee statement. | 0.40 |
| 07/06/20 | MSM | Prepare professional fees for June 2020 fee statement. | 2.50 |
| 07/06/20 | MSM | Continue to prepare professional fees for June 2020 fee statement. | 3.00 |
| 07/07/20 | MSM | Prepare professional fees for June 2020 fee statement. | 1.50 |
| 07/08/20 | TB | Prepare workbook for the second interim. | 1.90 |
| 07/09/20 | TB | Prepare second interim fee application and exhibits. | 3.20 |
| 07/09/20 | TB | Continue to prepare second interim fee application and exhibits. | 1.40 |
| 07/09/20 | MSM | Prepare professional fees for June 2020 fee statement. | 2.50 |
| 07/10/20 | MSM | Prepare professional fees for June 2020 fee statement. | 2.80 |
| 07/10/20 | JD | Review and provide comments on the 2nd interim fee application draft. | 1.00 |
| 07/13/20 | MSM | Prepare professional fees for June 2020 fee statement. | 1.70 |
| 07/13/20 | TB | Update fee and expense status chart.  Update the second | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Fee Statements and Fee Applications
Client/Matter #         012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | interim fee application. |       |
| 07/14/20 | JD | Review final second interim fee application. | 0.50 |
| 07/16/20 | MSM | Prepare professional fees for June 2020 fee statement. | 3.80 |
| 07/17/20 | MSM | Prepare professional fees for June 2020 fee statement. | 3.50 |
| 07/17/20 | MSM | Continue to prepare professional fees for June 2020 fee statement. | 3.10 |
| 07/17/20 | MSM | Further preparation of professional fees for June 2020 fee statement. | 2.40 |
| 07/18/20 | MSM | Prepare professional fees for June 2020 fee statement. | 2.80 |
| 07/19/20 | MSM | Prepare professional fees for June 2020 fee statement. | 2.80 |
| 07/19/20 | MSM | Continue to prepare professional fees for June 2020 fee statement. | 1.80 |
| 07/23/20 | MSM | Prepare professional fees for July 2020 fee statement. | 2.50 |
| 07/24/20 | MSM | Prepare professional fees for July 2020 fee statement. | 3.40 |
| 07/27/20 | MSM | Prepare professional fees for July 2020 fee statement. | 1.80 |
| 07/28/20 | MSM | Prepare professional fees for July 2020 fee statement. | 2.50 |
| 07/31/20 | MSM | Prepare professional fees for July 2020 fee statement. | 1.50 |
| 07/31/20 | JD | Begin initial review of June fee statement for filing with the court. | 1.80 |
| 07/31/20 | JD | Finalize review of June fee statement. | 2.30 |
| 08/01/20 | MSM | Prepare professional fees for July 2020 fee statement. | 3.10 |
| 08/02/20 | MSM | Prepare professional fees for July 2020 fee statement. | 2.90 |
| 08/04/20 | AML | Prepare professional fees for July 2020 fee statement. | 2.00 |
| 08/04/20 | TB | Prepare June 2020 monthly fee statement and exhibits. | 2.10 |
| 08/04/20 | JD | Correspondence with J. Lowne (Purdue) re: AlixPartners May invoice. | 0.30 |
| 08/05/20 | ESK | Review June monthly fee statement | 0.30 |

2101 Cedar Springs Road     T 214.647.7500
Suite 1100                  F 214.647.7501
Dallas, TX 75201            alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Fee Statements and Fee Applications
Client/Matter #        012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/05/20 | AML | Prepare professional fees for July 2020 fee statement. | 1.50 |
| 08/06/20 | AML | Prepare professional fees for July 2020 fee statement. | 3.50 |
| 08/07/20 | AML | Email correspondence with J. DelConte (AlixPartners) re: Professional Fees | 0.20 |
| 08/07/20 | JD | Review final fee application to be filed with the court. | 0.70 |
| 08/08/20 | AML | Prepare professional fees for July 2020 fee statement. | 3.00 |
| 08/13/20 | JD | Initial review of second interim fee app review from the Fee Examiner. | 0.80 |
| 08/13/20 | LCV | Review Fee Examiner's Report of AlixPartners' Second Interim Fee Application | 0.20 |
| 08/13/20 | LCV | Draft exhibits and response to Fee Examiner re: AlixPartners' Second Interim Fee Application | 2.40 |
| 08/14/20 | LCV | Correspondence with E. Kardos (AlixPartners) re: response to Fee Examiner's Report of AlixPartners 2nd Interim Fee App | 0.30 |
| 08/17/20 | LCV | Emails with J. DelConte (AlixPartners) re: status of response to fee examiner for AlixPartners 2nd Interim Fee Application | 0.10 |
| 08/17/20 | JD | Edit draft response to the fee examiner's interim report on AlixPartners's 2nd interim fee application. | 1.20 |
| 08/18/20 | JD | Call with J. DelConte, E. Kardos and L. Verry (all AlixPartners) re: response to fee examiners report of AlixPartners 2nd Interim Fee Application | 0.50 |
| 08/18/20 | JD | Finish review of fee examiner report and finish drafting initial draft response. | 1.50 |
| 08/18/20 | LCV | Call with J. DelConte, E. Kardos and L. Verry (all AlixPartners) re: response to fee examiners report of AlixPartners 2nd Interim Fee Application | 0.50 |
| 08/18/20 | LCV | Emails with Travel Services and Engagement Accounting re: response to Fee Examiner's Report of AlixPartners 2nd | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Fee Statements and Fee Applications
Client/Matter #      012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Interim Fee Application | |
| 08/18/20 | ESK | Call with J. DelConte, E. Kardos and L. Verry (all AlixPartners) re: response to fee examiners report of AlixPartners 2nd Interim Fee Application | 0.50 |
| 08/19/20 | TB | Analyze expenses noted in the Fee Examiners' objection to second interim fee application. | 0.50 |
| 08/20/20 | ESK | Prepare response to UST objection to interim fee application | 1.00 |
| 08/20/20 | ESK | Provide comments to UST objection to interim fee application | 1.30 |
| 08/20/20 | ESK | Emails to/from J. DelConte (AlixPartners) re: Review UST objection to interim fee application | 0.30 |
| 08/20/20 | LCV | Emails with T. Brewer, C. Mosher, J. DelConte (all AlixPartners) re: to follow up on information for response to Fee Examiner's Report on AlixPartners 2nd Interim Fee Application | 0.20 |
| 08/20/20 | JD | Correspondence with Concur and accounting re: flight details re: fee examiner questions. | 0.60 |
| 08/21/20 | JD | Finalize draft Fee Examiner response and send to L. Donahue (AlixPartners) for final review. | 1.60 |
| 08/21/20 | ESK | Provide comments to UST objection to interim fee application | 1.30 |
| 08/21/20 | ESK | Emails to/from J. DelConte (AlixPartners) re: Review UST objection to interim fee application | 0.30 |
| 08/24/20 | JD | Review final response to the fee examiner and send across to D. Klauder (Bielli & Klauder). | 0.40 |
| 08/24/20 | JD | Review response from the fee examiner. Correspondence with L. Donahue and E. Kardos (both AlixPartners) re: same. | 0.40 |
| 08/25/20 | JD | Begin review of July fee statement. | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Fee Statements and Fee Applications
Client/Matter #        012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/26/20 | ESK | Review proposed interim fee order | 0.20 |
| 08/28/20 | JD | Continue review of July fee application. | 1.40 |
| 09/01/20 | MSM | Prepare professional fees for August 2020 fee statement. | 0.80 |
| 09/02/20 | JD | Finalize review of draft July fee statement to file with the court. | 2.60 |
| 09/03/20 | MSM | Prepare professional fees for August 2020 fee statement. | 2.00 |
| 09/04/20 | TB | Prepare the eleventh monthly fee statement for July 2020 and exhibits. | 1.40 |
| 09/04/20 | JD | Review final mark up and final version of the July fee statement. | 0.30 |
| 09/08/20 | TB | Email to M. Pera, D. Consla, C. Robertson (all David Polk) attaching the eleventh monthly fee statement July 2020 for filing with the court. | 0.20 |
| 09/08/20 | MSM | Prepare professional fees for August 2020 fee statement. | 3.80 |
| 09/12/20 | MSM | Prepare professional fees for August 2020 fee statement. | 3.20 |
| 09/12/20 | MSM | Continue to prepare professional fees for August 2020 fee statement. | 2.80 |
| 09/13/20 | MSM | Prepare professional fees for August 2020 fee statement. | 1.20 |
| 09/13/20 | MSM | Continue to prepare professional fees for August 2020 fee statement. | 3.60 |
| 09/13/20 | MSM | Further preparation of professional fees for August 2020 fee statement. | 2.70 |
| 09/14/20 | MSM | Prepare professional fees for August 2020 fee statement. | 3.90 |
| 09/15/20 | MSM | Prepare professional fees for August 2020 fee statement. | 4.00 |
| 09/19/20 | MSM | Prepare professional fees for September 2020 fee statement. | 2.20 |
| 09/28/20 | TB | Prepare monthly fee statement and exhibits for August 2020. | 1.40 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Fee Statements and Fee Applications
Client/Matter #    012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/28/20 | JD | Start the initial review of the August fee statement to be filed with the court. | 2.20 |
| 09/28/20 | JD | Finish review of the August fee statement to be provided to the court and provide comments for the next turn of the draft. | 2.10 |
| 09/29/20 | TB | Update of exhibit A on the August monthly fee statement. | 0.20 |
| | | **Total** | **220.10** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Fee Statements and Fee Applications
Client/Matter #        012589.00113

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Andrea M LeBar | 10.20 | 375.00 | 3,825.00 |
| Melanie McCabe | 121.40 | 415.00 | 50,381.00 |
| Brooke F Filler | 9.20 | 445.00 | 4,094.00 |
| Tammy Brewer | 20.60 | 450.00 | 9,270.00 |
| Laurie C Verry | 4.10 | 510.00 | 2,091.00 |
| Elizabeth S Kardos | 13.30 | 710.00 | 9,443.00 |
| Jesse DelConte | 40.90 | 950.00 | 38,855.00 |
| Lisa Donahue | 0.40 | 1,195.00 | 478.00 |
| **Total Hours & Fees** | **220.10** | | **118,437.00** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Court Hearings
Client/Matter #    012589.00114

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 06/03/20 | MFR | Participate in the Court hearing. | 2.50 |
| 06/03/20 | RC | Dial into Purdue court hearing re: bar date. | 1.70 |
| 06/03/20 | JD | Participate telephonically in court hearing on bar date extension. | 2.50 |
| 06/23/20 | JD | Dial in to Purdue hearing on HRT. | 1.00 |
| 07/23/20 | JD | Participate in Purdue court hearing. | 3.20 |
| 08/26/20 | NAS | Partial attendance of telephonic court hearing. | 0.50 |
| 08/26/20 | JD | Participate telephonically in court hearing. | 1.60 |
| 08/26/20 | HSB | Attend telephonic court hearing. | 1.60 |
| 09/30/20 | HSB | Court hearing (dialed in) re: KERP. | 1.80 |
| 09/30/20 | JD | Listen in to telephonic court hearing. | 4.00 |
| 09/30/20 | NAS | Attend 9/30 telephonic hearing (partial). | 3.40 |
| | | **Total** | **23.80** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Court Hearings |
|---|---|
| Client/Matter # | 012589.00114 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Nate A Simon | 3.90 | 515.00 | 2,008.50 |
| HS Bhattal | 3.40 | 840.00 | 2,856.00 |
| Mark F Rule | 2.50 | 910.00 | 2,275.00 |
| Jesse DelConte | 12.30 | 950.00 | 11,685.00 |
| Richard Collura | 1.70 | 1,090.00 | 1,853.00 |
| **Total Hours & Fees** | **23.80** | | **20,677.50** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #   012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 06/01/20 | SJC | Review of email and files from Haug Partners for 2008 and 2009 Ex-US distributions. | 2.50 |
| 06/01/20 | SJC | Update distribution samples selected by Province new bank statements received from Haug Partners. | 3.00 |
| 06/01/20 | SJC | Continue to update distribution samples selected by Province new bank statements received from Haug Partners. | 2.50 |
| 06/01/20 | RC | Review distribution related documentation gathered in response to requests from the UCC. | 1.60 |
| 06/01/20 | MFR | Review and organization of supporting documents related to Report 1B Intercompany Non-Cash Transfers of Value. | 3.10 |
| 06/01/20 | MFR | Review and analysis of documentation supporting accounts payable analyses. | 2.80 |
| 06/01/20 | MFR | Review and analysis of workpapers supporting Report 1B, Intercompany Non-Cash Transfers of Value. | 2.70 |
| 06/01/20 | ADD | Review UCC tax requests and compared to responses received from TXP to determine outstanding items. | 2.60 |
| 06/02/20 | JDH | Finalization of 2008 distribution documentation. | 2.30 |
| 06/02/20 | RC | Review additional documentation gathered in response to requests from the UCC's advisors. | 0.60 |
| 06/02/20 | SJC | Update distribution samples selected by Province new bank statements received from Haug Partners. | 3.00 |
| 06/02/20 | SJC | Continue to update distribution samples selected by Province new bank statements received from Haug Partners. | 2.00 |
| 06/02/20 | SJC | Update distributions with new bank statements received from Haug Partners (years 2017, 2015, 2013, 2011, and 2009). | 3.00 |
| 06/03/20 | SJC | Review and redact 2017 board meeting minutes in preparation for processing an upload to data room. | 1.00 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #    012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/03/20 | SJC | Review and redact 2016 board meeting minutes in preparation for processing an upload to data room. | 3.00 |
| 06/03/20 | SJC | Review and redact 2015 board meeting minutes in preparation for processing an upload to data room. | 3.00 |
| 06/03/20 | SJC | Review and redact 2014 board meeting minutes in preparation for processing an upload to data room. | 1.00 |
| 06/03/20 | RC | Review letter from UCC to the court re: discovery issues with the Sacklers. | 0.50 |
| 06/03/20 | MFR | Review and organization of Report 1B supporting documentation and analyses. | 2.50 |
| 06/04/20 | SJC | Review and redact 2018 board meeting minutes in preparation for processing an upload to data room. | 3.00 |
| 06/04/20 | SJC | Review and redact 2017 board meeting minutes in preparation for processing an upload to data room. | 1.00 |
| 06/05/20 | RC | Review SAP information related to tax and distribution requests. | 0.80 |
| 06/05/20 | MFR | Review and organization of Report 1B supporting documentation and analyses. | 2.80 |
| 06/07/20 | RC | Review and update comments related to the status of diligence requests. | 0.40 |
| 06/07/20 | RC | Review and prepare comments related to the summary status of diligence requests and communications with TXP. | 0.60 |
| 06/07/20 | RC | Call with R. Collura, A. DePalma (both AlixPartners) re: comments re: status of diligence requests. | 0.50 |
| 06/07/20 | ADD | Call with R. Collura, A. DePalma (both AlixPartners) re: comments re: status of diligence requests. | 0.50 |
| 06/08/20 | RC | Review documentation gathered in response to the UCC's requests for tax and distribution information. | 1.10 |
| 06/08/20 | SJC | Review and redact Rhodes board materials in preparation for processing an upload to data room. | 4.00 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Forensic Analysis
Client/Matter #     012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 06/08/20 | SJC | Continue review and redaction of Rhodes board materials in preparation for processing an upload to data room. | 4.00 |
| 06/08/20 | MFR | Review and organization of Report 1B supporting documentation and analyses. | 3.20 |
| 06/09/20 | MFR | Review and organization of Report 1B supporting documentation and analyses. | 2.40 |
| 06/09/20 | SJC | Review and redact Rhodes board materials from the P drive in preparation for processing an upload to data room. | 4.00 |
| 06/09/20 | SJC | Continue review and redaction of  Rhodes board materials from the P drive in preparation for processing an upload to data room. | 4.00 |
| 06/09/20 | RC | Review available information gathered in response to additional tax information related requests made by the UCC. | 1.40 |
| 06/10/20 | RC | Review status of information provided by TXP in response to special committee and UCC requests and identify additional follow-up items. | 1.30 |
| 06/10/20 | RC | Review updated TXP diligence request tracker. | 0.30 |
| 06/10/20 | NAS | Research and respond to question from R. Collura (AlixPartners) re: payroll information for admin professionals. | 0.40 |
| 06/10/20 | SJC | Continue review and redaction of  Rhodes board materials from the P drive in preparation for processing an upload to data room. | 4.00 |
| 06/10/20 | SJC | Review and redact Rhodes board materials from the P drive in preparation for processing an upload to data room. | 4.00 |
| 06/10/20 | MFR | Review and organization of Report 1B supporting documentation and analyses. | 2.70 |
| 06/11/20 | SJC | Continue review and redaction of  Rhodes board materials | 4.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Forensic Analysis
Client/Matter #      012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | from the P drive in preparation for processing an upload to data room. | |
| 06/11/20 | SJC | Review and redact Rhodes board materials from the P drive in preparation for processing an upload to data room. | 4.00 |
| 06/11/20 | RC | Review cash distribution support documentations gathered in response to information requests. | 1.30 |
| 06/11/20 | RC | Outline next steps re: responding to the UCC's requests related to distributions support. | 0.40 |
| 06/12/20 | RC | Review communications from FTI and coordinate with Davis Polk re: next steps and related responses. | 0.20 |
| 06/12/20 | RC | Coordinate with team on responding to requests made by FTI related to the cash and non-cash transfers of value reports. | 0.30 |
| 06/12/20 | RC | Review status of compiling cash distribution support documentation related to requests from the UCC. | 0.90 |
| 06/12/20 | RC | Review information provided by TXP to the UCC. | 0.40 |
| 06/12/20 | RC | Review summary of distribution support documentation gathered in connection with the UCC's requests. | 0.50 |
| 06/12/20 | RC | Review SAP information related to the UCC's requests for tax information. | 0.40 |
| 06/12/20 | RC | Review cash distribution support documentation in response to requests from the UCC. | 0.70 |
| 06/12/20 | SJC | Review and redact Rhodes board materials from the P drive in preparation for processing an upload to data room. | 4.00 |
| 06/12/20 | SJC | Continue review and redaction of Rhodes board materials from the P drive in preparation for processing an upload to data room. | 3.50 |
| 06/14/20 | RC | Review summary of work performed in connection with gathering the distribution support documentation. | 0.80 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #   012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/15/20 | RC | Meeting with R. Collura, A. DePalma, S. Canniff (all AlixPartners) re: diligence requests. | 1.00 |
| 06/15/20 | RC | Review documentation related to cash distributions and other diligence requests from the UCC and provide comments to team. | 1.30 |
| 06/15/20 | RC | Review documentation provided by TXP and provide comments related to the diligence tracker. | 0.80 |
| 06/15/20 | SJC | Meeting with R. Collura, A. DePalma, S. Canniff (all AlixPartners) re: diligence requests. | 1.00 |
| 06/15/20 | SJC | Review and redact Rhodes board materials from the P drive in preparation for processing an upload to data room. | 4.00 |
| 06/15/20 | SJC | Review and organization of 2017-2008 distributions. | 3.00 |
| 06/15/20 | FOS | Compose email to M. Rule (AlixPartners) re: information requests relating to Report 1B. | 1.50 |
| 06/16/20 | SJC | Review of 2008, 2010, 2012, 2014, and 2016 distributions. | 3.00 |
| 06/16/20 | SJC | Review and redact Rhodes board materials from the P drive in preparation for processing an upload to data room. | 3.00 |
| 06/16/20 | SJC | Continue review and redaction of Rhodes board materials from the P drive in preparation for processing an upload to data room. | 2.00 |
| 06/16/20 | RC | Review distribution related information compiled in response to requests from the UCC. | 1.20 |
| 06/16/20 | RC | Review information related to transactions with the IACs. | 0.50 |
| 06/17/20 | RC | Review summary of supporting information related to requests from the UCC. | 1.20 |
| 06/17/20 | RC | Review additional information provided by TXP to the UCC. | 0.60 |
| 06/17/20 | RC | Review and comment on summary of distribution support | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Forensic Analysis
Client/Matter #       012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | documentation. | |
| 06/17/20 | SJC | Review and redact Rhodes board materials from the P drive in preparation for processing an upload to data room. | 4.00 |
| 06/17/20 | SJC | Review of distribution completeness testing. | 4.00 |
| 06/17/20 | FOS | Call with M. Rule, F. Silva (both AlixPartners) re: Intercompany and non-cash transfers report information requests. | 0.20 |
| 06/17/20 | MFR | Call with M. Rule, F. Silva (both AlixPartners) re: Intercompany and non-cash transfers report information requests. | 0.20 |
| 06/18/20 | MFR | Prepare for call with FTI re: Report 1B Intercompany Non-Cash Transfers of Value Report. | 2.20 |
| 06/18/20 | FOS | Review documents received re: supply agreements between debtor companies and IACs. | 0.20 |
| 06/18/20 | SJC | Review of distribution completeness testing. | 3.50 |
| 06/18/20 | SJC | Review and redact Rhodes board materials from the P drive in preparation for processing an upload to data room. | 3.00 |
| 06/18/20 | SJC | Continue review and redaction of Rhodes board materials from the P drive in preparation for processing an upload to data room. | 1.00 |
| 06/18/20 | SJC | Working session with S. Canniff, A. DePalma (both AlixPartners) to review TXP/UCC diligence items . | 1.00 |
| 06/18/20 | RC | Review and comment on summary of distribution testing analysis. | 0.90 |
| 06/18/20 | RC | Coordinate and schedule calls with FTI re: the cash and non-cash transfers of value reports. | 0.10 |
| 06/18/20 | RC | Review detail transactions related to distribution completeness testing analysis. | 0.80 |
| 06/18/20 | ADD | Working session with S. Canniff, A. DePalma (both | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #   012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners) to review TXP/UCC diligence items . | |
| 06/19/20 | ADD | Compile and prepare May MOR for review, signature and upload. | 2.90 |
| 06/19/20 | ADD | Call with R. Collura, S. Canniff and A. DePalma (all AlixPartners) to review TXP/UCC diligence items and distribution completeness testing. | 1.30 |
| 06/19/20 | RC | Review transactions related to distributions completeness testing and provide comments to team. | 0.40 |
| 06/19/20 | RC | Review outline of topics provided by FTI and prepare for upcoming calls re: the transfers of value reports. | 0.60 |
| 06/19/20 | RC | Call with R. Collura, S. Canniff and A. DePalma (all AlixPartners) to review TXP/UCC diligence items and distribution completeness testing. | 1.30 |
| 06/19/20 | RC | Review summary of distribution completeness testing and provide comments and next steps. | 1.10 |
| 06/19/20 | RC | Review status update provided by TXP's counsel related to tax returns provided. | 0.20 |
| 06/19/20 | RC | Review support documentation related to the non-cash transfers of value report. | 1.00 |
| 06/19/20 | SJC | Review of distribution completeness testing. | 2.00 |
| 06/19/20 | SJC | Review and redact Rhodes board materials from the P drive in preparation for processing an upload to data room. | 2.00 |
| 06/19/20 | SJC | Continue review of distribution completeness testing. | 2.20 |
| 06/19/20 | SJC | Call with R. Collura, S. Canniff and A. DePalma (all AlixPartners) to review TXP/UCC diligence items and distribution completeness testing. | 1.30 |
| 06/19/20 | MFR | Prepare for call with FTI re: Report 1B Intercompany Non-Cash Transfers of Value Report. | 1.10 |
| 06/22/20 | MFR | Prepare for call with FTI re: Report 1B Intercompany Non-Cash Transfers of Value Report. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re: Forensic Analysis
Client/Matter # 012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/22/20 | MFR | Call with M. Rule, F. Silva (both AlixPartners) re: completeness testing for Report 1B. | 0.30 |
| 06/22/20 | FOS | Attend call with S. Canniff, R. Collura, A. DePalma, M. Rule, F. Silva (AlixPartners) re: 1A and 1B reports. | 3.20 |
| 06/22/20 | FOS | Review SAP data and documents re: preparation for discussion with FTI on report 1B. | 3.50 |
| 06/22/20 | FOS | Call with M. Rule, F. Silva (both AlixPartners) re: completeness testing for Report 1B. | 0.30 |
| 06/22/20 | FOS | Compose email to R. Collura (AlixPartners) re: completeness testing for Report 1B. | 0.20 |
| 06/22/20 | SJC | Review and discussion of distribution completeness testing. | 3.00 |
| 06/22/20 | SJC | Continue review of distribution completeness testing. | 2.60 |
| 06/22/20 | SJC | Review and redact Rhodes board materials from the P drive in preparation for processing an upload to data room. | 2.00 |
| 06/22/20 | SJC | Call with R. Collura, S. Canniff (both AlixPartners) re: distributions testing. | 0.40 |
| 06/22/20 | RC | Review additional testing analysis related to transactions with IACs. | 1.10 |
| 06/22/20 | RC | Call with R. Collura, S. Canniff (both AlixPartners) re: distributions testing. | 0.40 |
| 06/22/20 | RC | Draft outline and related responses to questions from FTI re: the cash transfers of value report. | 1.30 |
| 06/22/20 | RC | Review and comment on responses to FTI's questions related to the non-cash transfers of value report. | 0.60 |
| 06/22/20 | RC | Review summary of tax returns provided by TXP. | 0.10 |
| 06/22/20 | RC | Prepare additional responses to questions from FTI and provide draft to Davis Polk. | 0.70 |
| 06/23/20 | RC | Call with R. Collura, M. Rule, F. Silva (all AlixPartners) re: | 0.80 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #  012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | discussion with FTI re: Reports 1A and 1B. | |
| 06/23/20 | RC | Review various testing analyses related to the non-cash transfers of value report. | 0.30 |
| 06/23/20 | RC | Attend call with S. Canniff, R. Collura, A. DePalma, M. Rule, F. Silva (AlixPartners) re: 1A and 1B reports. | 0.80 |
| 06/23/20 | RC | Call with R. Collura and J. DelConte (both AlixPartners) re: case status update prior to diligence calls with FTI on the investigative reports. | 0.30 |
| 06/23/20 | RC | Update outline of responses to questions received from FTI re: the cash transfers and intercompany non-cash transfers of value report. | 0.70 |
| 06/23/20 | SJC | Attend call with S. Canniff, R. Collura, A. DePalma, M. Rule, F. Silva (AlixPartners) re: 1A and 1B reports. | 0.80 |
| 06/23/20 | SJC | Continue review and integration of Province samples into distribution sample population. | 3.00 |
| 06/23/20 | SJC | Review and integration of Province samples into distribution sample population. | 2.20 |
| 06/23/20 | SJC | Review of distribution completeness testing. | 2.00 |
| 06/23/20 | FOS | Call with R. Collura, M. Rule, F. Silva (all AlixPartners) re: discussion with FTI re: Reports 1A and 1B. | 0.80 |
| 06/23/20 | FOS | Attend call with S. Canniff, R. Collura, A. DePalma, M. Rule, F. Silva (AlixPartners) re: 1A and 1B reports. | 0.80 |
| 06/23/20 | MFR | Attend call with S. Canniff, R. Collura, A. DePalma, M. Rule, F. Silva (AlixPartners) re: 1A and 1B reports. | 0.80 |
| 06/23/20 | MFR | Prepare for call with FTI re: Report 1B Intercompany Non-Cash Transfers of Value Report. | 1.50 |
| 06/23/20 | MFR | Prepare for and participate in call with R. Collura, M. Rule, F. Silva (all AlixPartners) re: discussion with FTI re: Reports 1A and 1B. | 1.20 |
| 06/23/20 | ADD | Attend call with S. Canniff, R. Collura, A. DePalma, M. Rule, F. Silva (AlixPartners) re: 1A and 1B reports. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Forensic Analysis
Client/Matter #         012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/23/20 | JD | Call with R. Collura and J. DelConte (both AlixPartners) re: case status update prior to diligence calls with FTI on the investigative reports. | 0.30 |
| 06/24/20 | ADD | Call with R. Collura, M. Rule, S. Canniff, F. Silva and A. DePalma (AlixPartners) and FTI (M. Greenblatt, B. Broomberg, P. Kyviakidis and N. Costalso) re: the cash transfers of value report. | 1.10 |
| 06/24/20 | ADD | Call with R. Collura, A. DePalma (both AlixPartners) re: cash transfers of value report and status of diligence requests. | 0.20 |
| 06/24/20 | MFR | Prepare for and participate in call with R. Collura, M. Rule, S. Canniff, F. Silva and A. DePalma (AlixPartners) and FTI (M. Greenblatt, B. Broomberg, P. Kyviakidis and N. Costalso) re: the cash transfers of value report. | 1.50 |
| 06/24/20 | MFR | Conference call with R. Collura, M. Rule, and F. Silva (all AlixPartners) re: FTI requests on Reports 1A and 1B. | 0.70 |
| 06/24/20 | MFR | Prepare for call with FTI re: Report 1B (Intercompany/Non-Cash Transfers of Value Report). | 2.00 |
| 06/24/20 | FOS | Conference call with R. Collura, M. Rule, and F. Silva (all AlixPartners) re: FTI requests on Reports 1A and 1B. | 0.70 |
| 06/24/20 | FOS | Call with R. Collura, M. Rule, S. Canniff, F. Silva and A. DePalma (AlixPartners) and FTI (M. Greenblatt, B. Broomberg, P. Kyviakidis and N. Costalso) re: the cash transfers of value report. | 1.10 |
| 06/24/20 | SJC | Review and integration of Province samples into distribution sample population. | 3.00 |
| 06/24/20 | SJC | Continue review and integration of Province samples into distribution sample population. | 2.90 |
| 06/24/20 | SJC | Call with R. Collura, M. Rule, S. Canniff, F. Silva and A. DePalma (AlixPartners) and FTI (M. Greenblatt, B. Broomberg, P. Kyviakidis and N. Costalso) re: the cash transfers of value report. | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Forensic Analysis
Client/Matter #        012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/24/20 | RC | Review cash transfers of value report and prepare for call with FTI. | 1.20 |
| 06/24/20 | RC | Conference call with R. Collura, M. Rule, and F. Silva (all AlixPartners) re: FTI requests on Reports 1A and 1B. | 0.70 |
| 06/24/20 | RC | Call with R. Collura, A. DePalma (both AlixPartners) re: cash transfers of value report and status of diligence requests. | 0.20 |
| 06/24/20 | RC | Call with R. Collura, M. Rule, S. Canniff, F. Silva and A. DePalma (AlixPartners) and FTI (M. Greenblatt, B. Broomberg, P. Kyviakidis and N. Costalso) re: the cash transfers of value report. | 1.10 |
| 06/25/20 | RC | Call with R. Collura, M. Rule (both AlixPartners) re: call with FTI re: the intercompany and non-cash transfers of value report. | 0.50 |
| 06/25/20 | RC | Provide update to Davis Polk re: call with FTI re: the special committee reports. | 0.10 |
| 06/25/20 | RC | Review tax information provided byTXP's counsel and identify follow-up work to perform. | 0.30 |
| 06/25/20 | RC | Review intercompany and non-cash transfers of value report in Prepare for call with FTI. | 0.60 |
| 06/25/20 | RC | Attend call with S. Canniff, R. Collura, A. DePalma, M. Rule, F. Silva (all AlixPartners), M. Greenblatt, B. Broomberg, P. Kyviakidis and N. Costalso (all FTI) re: Project Windsor - Cash Transfers of Value Report Discussion. | 1.10 |
| 06/25/20 | SJC | Continue review and integration of Province samples into distribution sample population. | 3.40 |
| 06/25/20 | SJC | Review and integration of Province samples into distribution sample population. | 3.50 |
| 06/25/20 | SJC | Attend call with S. Canniff, R. Collura, A. DePalma, M. Rule, F. Silva (all AlixPartners), M. Greenblatt, B. Broomberg, P. Kyviakidis and N. Costalso (all FTI) re: | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #    012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Project Windsor - Cash Transfers of Value Report Discussion. | |
| 06/25/20 | FOS | Attend call with S. Canniff, R. Collura, A. DePalma, M. Rule, F. Silva (all AlixPartners), M. Greenblatt, B. Broomberg, P. Kyviakidis and N. Costalso (all FTI) re: Project Windsor - Cash Transfers of Value Report Discussion. | 1.10 |
| 06/25/20 | MFR | Call with R. Collura, M. Rule (both AlixPartners) re: call with FTI re: the intercompany and non-cash transfers of value report. | 0.50 |
| 06/25/20 | MFR | Prepare for and participate in call with S. Canniff, R. Collura, A. DePalma, M. Rule, F. Silva (all AlixPartners), M. Greenblatt, B. Broomberg, P. Kyviakidis and N. Costalso (all FTI) re: Project Windsor - Cash Transfers of Value Report Discussion. | 1.50 |
| 06/25/20 | MFR | Prepare for call with FTI re: Report 1B Intercompany Non-Cash Transfers of Value Report. | 1.20 |
| 06/25/20 | ADD | Attend call with S. Canniff, R. Collura, A. DePalma, M. Rule, F. Silva (all AlixPartners), M. Greenblatt, B. Broomberg, P. Kyviakidis and N. Costalso (all FTI) re: Project Windsor - Cash Transfers of Value Report Discussion. | 1.10 |
| 06/26/20 | ADD | Working session with A. DePalma, S. Canniff (both AlixPartners) to review PPLP distributions and tax returns. | 0.80 |
| 06/26/20 | SJC | Working session with A. DePalma, S. Canniff (both AlixPartners) to review PPLP distributions and tax returns. | 0.80 |
| 06/26/20 | SJC | Pulling support for 2017 and 2016 tax distributions for data room. | 3.50 |
| 06/26/20 | SJC | Analysis of distributions contained within tax filings. | 3.50 |
| 06/26/20 | RC | Review support documentation compiled for tax distributions and provide comments to team. | 0.80 |
| 06/29/20 | RC | Review support documentation for tax distributions and | 0.70 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Forensic Analysis
Client/Matter #     012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | provide comments to team. | |
| 06/29/20 | SJC | Review of 2016 tax distributions for upload to data room. | 0.60 |
| 06/29/20 | SJC | Review and redact Rhodes board materials from the P drive in preparation for processing an upload to data room. | 3.00 |
| 06/29/20 | SJC | Continue to review and redact Rhodes board materials from the P drive in preparation for processing an upload to data room. | 1.00 |
| 06/29/20 | SJC | Review and integration of Province samples into distribution sample population. | 3.50 |
| 06/30/20 | SJC | Adding distribution support to 2016 tax distribution samples. | 1.00 |
| 06/30/20 | SJC | Review 2017 tax distributions. | 2.00 |
| 06/30/20 | SJC | Review and redact Rhodes board materials from the P drive in preparation for processing an upload to data room. | 1.60 |
| 06/30/20 | SJC | Review and analysis of all distributions with supporting documentation. | 1.50 |
| 06/30/20 | SJC | Review of 2016 tax distributions. | 2.00 |
| 06/30/20 | SJC | Call with S. Canniff, R. Collura (both AlixPartners) re: tax distribution support documentation. | 0.40 |
| 06/30/20 | RC | Review tax distribution support gathered in response to requests from the UCC and provide comments to team. | 1.30 |
| 06/30/20 | RC | Call with S. Canniff, R. Collura (both AlixPartners) re: tax distribution support documentation. | 0.40 |
| 06/30/20 | RC | Call with R. Collura, A. DePalma (both AlixPartners) re: tax distribution support documentation and next steps. | 0.20 |
| 06/30/20 | RC | Review support documentation available in the SAP system related to tax distribution requests from the UCC. | 1.20 |
| 06/30/20 | ADD | Call with R. Collura, A. DePalma (both AlixPartners) re: | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #   012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | tax distribution support documentation and next steps. | |
| 06/30/20 | ADD | Review tax distribution support compiled in preparation for upload to the data room. | 2.20 |
| 07/01/20 | ADD | Meeting with A. DePalma and S. Canniff (both AlixPartners) re: diligence requests. | 0.50 |
| 07/01/20 | ADD | Call with S. Canniff, R. Collura, and A. DePalma (all AlixPartners) to review information available in SAP and discuss responses to the UCC's tax diligence requests. | 0.50 |
| 07/01/20 | RC | Call with S. Canniff, R. Collura (both AlixPartners) to review and discuss responses to tax diligence requests. | 1.00 |
| 07/01/20 | RC | Call with S. Canniff, R. Collura, and A. DePalma (all AlixPartners) to review information available in SAP and discuss responses to the UCC's tax diligence requests. | 0.50 |
| 07/01/20 | RC | Review tax distribution support documentation gathered in response to requests from the UCC. | 0.90 |
| 07/01/20 | RC | Review and respond to requests from Davis Polk about tax distributions. | 0.40 |
| 07/01/20 | SJC | Pulling support for 2014 tax distributions for data room. | 2.50 |
| 07/01/20 | SJC | Pulling support for 2015 tax distributions for data room. | 2.00 |
| 07/01/20 | SJC | Pulling support for 2009 tax distributions for data room. | 1.50 |
| 07/01/20 | SJC | Meeting with A. DePalma and S. Canniff (both AlixPartners) re: diligence requests. | 0.50 |
| 07/01/20 | SJC | Call with S. Canniff, R. Collura, and A. DePalma (all AlixPartners) to review information available in SAP and discuss responses to the UCC's tax diligence requests. | 0.50 |
| 07/01/20 | SJC | Call with S. Canniff, R. Collura (both AlixPartners) to review and discuss responses to tax diligence requests. | 1.00 |
| 07/02/20 | SJC | Pulling support for 2013 tax distributions for data room. | 2.00 |
| 07/02/20 | SJC | Pulling support for 2011 tax distributions for data room. | 1.00 |
| 07/02/20 | SJC | Review and analysis of 2014 tax distribution. | 1.00 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #    012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/02/20 | RC | Call with M. Clarens (Davis Polk) to discuss information related to the tax distributions. | 0.30 |
| 07/02/20 | RC | Review and respond to Davis Polk re: information related to tax distribution calculations. | 0.40 |
| 07/02/20 | MFR | Call with M. Rule and F. Silva (both AlixPartners) re: UCC filings and information requests. | 0.20 |
| 07/02/20 | FOS | Call with M. Rule and F. Silva (both AlixPartners) re: UCC filings and information requests. | 0.20 |
| 07/06/20 | RC | Review documentation related the tax distributions requested by the UCC. | 1.20 |
| 07/06/20 | SJC | Review and analysis of 2014 tax distribution. | 3.00 |
| 07/06/20 | SJC | Continue review and analysis of 2014 tax distribution. | 2.00 |
| 07/07/20 | SJC | Review and analysis of 2014 tax distribution. | 1.00 |
| 07/07/20 | SJC | Review and analysis of 2012 tax distribution. | 3.00 |
| 07/07/20 | RC | Review and comment on responses to requests from the UCC re: SAP information. | 0.20 |
| 07/07/20 | RC | Review documentation related to tax distributions in response to requests from the UCC. | 0.90 |
| 07/07/20 | RC | Review status of outstanding requests from the UCC. | 0.20 |
| 07/07/20 | FOS | Compose email to A. DePalma (AlixPartners) re: Information request from Province. | 0.20 |
| 07/08/20 | RC | Review documents gathered in response to requests from the UCC. | 0.20 |
| 07/08/20 | RC | Review support documentation gathered in response to the UCC's requests for tax distribution information. | 0.80 |
| 07/08/20 | RC | Review and respond to diligence questions from Davis Polk re: Rhodes information. | 0.20 |
| 07/08/20 | SJC | Review and analysis of 2012 tax distribution. | 1.00 |
| 07/08/20 | SJC | Review and analysis of 2014 tax distribution. | 3.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #   012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/09/20 | SJC | Review and analysis of 2010 tax distribution. | 3.00 |
| 07/09/20 | SJC | Continue review and analysis of 2010 tax distribution. | 2.00 |
| 07/09/20 | RC | Review and provide comments re: tax distributions support documentation. | 1.40 |
| 07/09/20 | RC | Review and respond to questions from Davis Polk re: tax information requests. | 0.10 |
| 07/09/20 | RC | Coordinate with team and responding to additional requests made by the UCC's advisors. | 0.10 |
| 07/10/20 | RC | Review tax information gathered in response to requests from the UCC's advisors. | 0.60 |
| 07/10/20 | RC | Review and comment on responses to requests from the UCC's advisors related to tax withholding information. | 0.30 |
| 07/10/20 | RC | Review and comment on tax distribution support documentation. | 0.60 |
| 07/10/20 | SJC | Review and analysis of 2012 tax distribution. | 1.00 |
| 07/10/20 | SJC | Pulling support for 2014 tax distributions for data room. | 2.00 |
| 07/10/20 | SJC | Pulling support for 2012 tax distributions for data room. | 1.50 |
| 07/10/20 | SJC | Call A. DePalma, S. Canniff, and M. Hartley (all AlixPartners) discussion of UCC request for real estate taxes and payroll withholding taxes. | 0.50 |
| 07/10/20 | MH | Finalize report info for creditors | 1.00 |
| 07/10/20 | MH | Call A. DePalma, S. Canniff, and M. Hartley (all AlixPartners) discussion of UCC request for real estate taxes and payroll withholding taxes. | 0.50 |
| 07/10/20 | ADD | Compile investigation support materials in response to creditor diligence requests. | 1.90 |
| 07/10/20 | ADD | Call A. DePalma, S. Canniff, and M. Hartley (all AlixPartners) discussion of UCC request for real estate taxes and payroll withholding taxes. | 0.50 |
| 07/13/20 | ADD | Review of tax materials provided by TXP to identify | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Forensic Analysis
Client/Matter #     012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | materials produced in the data room. | |
| 07/13/20 | SJC | Review and analysis of 2010 tax distribution. | 3.00 |
| 07/13/20 | SJC | Continue review and analysis of 2010 tax distribution. | 3.00 |
| 07/13/20 | RC | Review tax distribution information and respond to requests from Davis Polk. | 0.40 |
| 07/14/20 | RC | Review and comment on tax distribution support documentation. | 1.20 |
| 07/14/20 | SJC | Review and analysis of 2008 tax distribution. | 2.50 |
| 07/14/20 | SJC | Review and analysis of 2010 tax distribution. | 4.00 |
| 07/15/20 | SJC | Review and analysis of 2010 tax distribution. | 2.00 |
| 07/15/20 | SJC | Review and analysis of 2008 tax distribution. | 2.00 |
| 07/16/20 | SJC | Review and analysis of 2010 tax distribution. | 3.00 |
| 07/17/20 | SJC | Review and analysis of 2008 tax distribution. | 3.00 |
| 07/17/20 | SJC | Continue Review and analysis of 2008 tax distribution. | 1.00 |
| 07/19/20 | RC | Review and respond to email from FTI re: the intercompany and non-cash transfers of value report. | 0.10 |
| 07/20/20 | RC | Review documentation related to tax distribution support. | 0.60 |
| 07/20/20 | SJC | Pulling support for 2010 tax distributions for data room. | 1.50 |
| 07/20/20 | SJC | Pulling support for 2008 tax distributions for data room. | 1.00 |
| 07/20/20 | SJC | Review and analysis of 2010 tax distribution. | 2.50 |
| 07/20/20 | SJC | Review and analysis of 2008 tax distribution. | 2.00 |
| 07/20/20 | FOS | Call with M. Rule and F. Silva (both AlixPartners) re: follow-up questions from counsel on Report 1B. | 0.70 |
| 07/20/20 | FOS | Review documents re: Tax equalization payments for D. Lundie (Purdue). | 0.30 |
| 07/20/20 | MFR | Call with M. Rule and F. Silva (both AlixPartners) re: follow-up questions from counsel on Report 1B. | 0.70 |
| 07/20/20 | MFR | Review of documents and analyses re: follow-up | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #    012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | questions from counsel on Report 1B. | |
| 07/21/20 | SJC | Pulling support for 2014 ex us distributions. | 3.00 |
| 07/21/20 | SJC | Analyze and review support for 2014 ex us distributions. | 1.50 |
| 07/22/20 | SJC | Pulling support for 2014 ex us distributions. | 3.00 |
| 07/22/20 | SJC | Analyze and review support for 2014 ex us distributions. | 3.00 |
| 07/22/20 | SJC | Continue to analyze and review support for 2014 ex us distributions. | 2.00 |
| 07/22/20 | FOS | Compose email to M. Clarens (Davis Polk) re: D. Lundie (Purdue) secondment agreement. | 0.10 |
| 07/23/20 | RC | Review additional tax distribution support and research questions from the UCC. | 1.20 |
| 07/23/20 | RC | Call with R. Collura, A. DePalma (both AlixPartners), C. Oluwole, T. Matlock and A. Guo (all Davis Polk) re: tax distribution support and questions from the UCC. | 0.40 |
| 07/23/20 | RC | Call with R. Collura and A. DePalma (both AlixPartners) re: tax diligence status. | 0.40 |
| 07/23/20 | RC | Review T&E information and respond to questions from Davis Polk. | 0.30 |
| 07/23/20 | ADD | Call with R. Collura, A. DePalma (both AlixPartners), C. Oluwole, T. Matlock and A. Guo (all Davis Polk) re: tax distribution support and questions from the UCC. | 0.40 |
| 07/23/20 | ADD | Call with R. Collura and A. DePalma (both AlixPartners) re: tax diligence status. | 0.40 |
| 07/24/20 | ADD | Call with R. Collura and A. DePalma (both AlixPartners) to discuss additional work to perform based on diligence requests from Davis Polk. | 0.50 |
| 07/24/20 | RC | Review information gathered in connection with reports 1a and 1b in preparation for call with Davis Polk. | 0.50 |
| 07/24/20 | RC | Call with K. Wolfgang and E. Kim (both Davis Polk) to discuss additional diligence requests re: reports 1A and | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Forensic Analysis
Client/Matter #    012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | 1B. | |
| 07/24/20 | RC | Call with R. Collura and A. DePalma (both AlixPartners) to discuss additional work to perform based on diligence requests from Davis Polk. | 0.50 |
| 07/27/20 | RC | Research information related to additional questions from Davis Polk re: T&E expenses. | 1.10 |
| 07/27/20 | RC | Call with A. DePalma (AlixPartners) re: outstanding diligence requests and research questions from Davis Polk. | 1.40 |
| 07/27/20 | RC | Review and analysis of tax distribution related information in response to diligence requests. | 1.30 |
| 07/27/20 | RC | Review communications from Davis Polk re: tax distributions and bank statements. | 0.10 |
| 07/27/20 | ADD | Call with R. Collura and A. DePalma (both AlixPartners) re: Outstanding diligence requests and research of questions from Davis Polk. | 1.40 |
| 07/28/20 | ADD | Research historical board materials to understand historical corporate actions. | 2.60 |
| 07/28/20 | RC | Review documents gathered in response to the UCC's diligence requests. | 0.60 |
| 07/28/20 | RC | Review documents related to tax distributions. | 0.70 |
| 07/28/20 | RC | Research information related to diligence related questions from Davis Polk. | 1.00 |
| 07/28/20 | RC | Review support information gathered in response to cash distributions diligence requests. | 0.60 |
| 07/28/20 | RC | Review tax information in response to diligence questions from Davis Polk. | 0.50 |
| 07/29/20 | RC | Call with R. Collura and A. DePalma (both AlixPartners) re: Outstanding diligence requests and Purdue/TXP tax distribution procedures. | 1.20 |
| 07/29/20 | RC | Review various partnership agreements related to | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Forensic Analysis
Client/Matter #    012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | diligence requests from Davis Polk. | |
| 07/29/20 | RC | Draft email to Davis Polk re: responses to IAC diligence requests. | 0.50 |
| 07/29/20 | RC | Perform additional research and prepare email to Davis Polk re: responses to diligence requests related to the family members. | 0.60 |
| 07/29/20 | RC | Call with R. Collura, A. DePalma (both AlixPartners), K. Wolfgang and E. Kim (both Davis Polk) re: responses to family related diligence requests and additional follow-up. | 0.50 |
| 07/29/20 | RC | Review board materials in response to diligence requests from the UCC. | 0.80 |
| 07/29/20 | RC | Review documents related to partnership ownership structure in response to diligence questions. | 1.10 |
| 07/29/20 | RC | Review information related to tax distributions in response to diligence requests. | 1.00 |
| 07/29/20 | NAS | Research and respond to IAC question posed by R. Collura (AlixPartners). | 0.80 |
| 07/29/20 | FOS | Review documents from client re: specific Purdue personnel. | 0.20 |
| 07/29/20 | ADD | Research historical board materials to understand change in directors and offices and other corporate actions. | 1.80 |
| 07/29/20 | ADD | Call with R. Collura, A. DePalma (both AlixPartners), K. Wolfgang and E. Kim (both Davis Polk) re: responses to family related diligence requests and additional follow-up. | 0.50 |
| 07/29/20 | ADD | Call with R. Collura and A. DePalma (both AlixPartners) re: Outstanding diligence requests and Purdue/TXP tax distribution procedures. | 1.20 |
| 07/30/20 | ADD | Call with R. Collura and A. DePalma (both AlixPartners) re: Outstanding diligence requests and review of AP activity. | 0.70 |
| 07/30/20 | ADD | Document Purdue tax distribution process at request of | 2.80 |

2101 Cedar Springs Road      T 214.647.7500
Suite 1100                   F 214.647.7501
Dallas, TX 75201             alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #  012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Davis Polk to understand process and changes over time. | |
| 07/30/20 | FOS | Call with M. Rule (AlixPartners) re: information requests from Davis Polk. | 0.10 |
| 07/30/20 | MFR | Call with F. Silva (AlixPartners) re: information requests from Davis Polk. | 0.10 |
| 07/30/20 | SJC | Review and redact documents from Finance Folder(s) in preparation for processing an upload to data room. | 2.50 |
| 07/30/20 | RC | Call with R. Collura and A. DePalma (both AlixPartners) re: Outstanding diligence requests and review of AP activity. | 0.70 |
| 07/30/20 | RC | Review documents provided Davis Polk and prepare questions re: tax distribution process. | 0.50 |
| 07/30/20 | RC | Review tax related documentation and update questions for Purdue and TXP. | 1.30 |
| 07/30/20 | RC | Review cash transfer of value report in connection with responding to diligence requests. | 0.80 |
| 07/30/20 | RC | Review support documentation related to tax distributions and update questions for Purdue and TXP. | 0.60 |
| 07/31/20 | RC | Review information related to tax calculations in response to requests from the UCC. | 1.30 |
| 07/31/20 | RC | Review additional tax distributions support gathered in response to the UCC's requests. | 1.70 |
| 07/31/20 | RC | Review additional support gathered in response to the UCC's requests related to tax calculations and tax distributions. | 1.20 |
| 07/31/20 | RC | Call with J. DelConte and R. Collura (both AlixPartners) re: status of creditor investigation diligence. | 0.20 |
| 07/31/20 | RC | Call with A. DePalma and R. Collura (both AlixPartners) to discuss outstanding diligence requests and review of vendor payment activity. | 1.00 |
| 07/31/20 | RC | Call with A. DePalma and R. Collura (both AlixPartners) to | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Forensic Analysis
Client/Matter #   012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | discuss additional outstanding tax information diligence requests. | |
| 07/31/20 | JD | Call with J. DelConte and R. Collura (both AlixPartners) re: status of creditor investigation diligence. | 0.20 |
| 07/31/20 | FOS | Prepare responsive documents re: UCC information requests. | 0.50 |
| 07/31/20 | ADD | Call with A. DePalma and R. Collura (both AlixPartners) to discuss additional outstanding tax information diligence requests. | 0.80 |
| 07/31/20 | ADD | Call with A. DePalma and R. Collura (both AlixPartners) to discuss outstanding diligence requests and review of vendor payment activity. | 1.00 |
| 08/02/20 | RC | Review and provide comments related to tax distribution support compiled in response to requests from the UCC. | 1.40 |
| 08/03/20 | RC | Review distribution analysis and respond to questions from Davis Polk. | 0.50 |
| 08/03/20 | RC | Review additional information related to tax distribution support. | 1.00 |
| 08/03/20 | RC | Review documents gathered in responses to the UCC's request for tax related information. | 0.70 |
| 08/03/20 | SJC | Analyze and review support for 2009 tax distributions. | 1.00 |
| 08/03/20 | SJC | Pull support for 2016 Rhodes distributions. | 0.50 |
| 08/03/20 | SJC | Pull support for 2012 ex us distributions. | 3.50 |
| 08/03/20 | SJC | Review support for and analyzing 2012 ex us distributions. | 2.50 |
| 08/03/20 | FOS | Call with M. Rule, F. Silva, and A. DePalma (all AlixPartners) re: UCC information requests on cash transactions. | 0.50 |
| 08/03/20 | FOS | Prepare Report 1B documentation re: UCC information requests. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Forensic Analysis
Client/Matter #      012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/03/20 | MFR | Call with M. Rule, F. Silva, and A. DePalma (all AlixPartners) re: UCC information requests on cash transactions. | 0.50 |
| 08/03/20 | MFR | Review and analysis of supporting data and documentation for Report 1B re: UCC information requests. | 1.50 |
| 08/03/20 | ADD | Call with M. Rule, F. Silva, and A. DePalma (all AlixPartners) re: UCC information requests on cash transactions. | 0.50 |
| 08/04/20 | MFR | Review and analysis of supporting data and documentation for Report 1B re: UCC information requests. | 1.80 |
| 08/04/20 | FOS | Prepare Report 1B documentation re: UCC information requests. | 4.00 |
| 08/04/20 | SJC | Review support for and analyzing 2012 ex us distributions. | 1.50 |
| 08/04/20 | SJC | Pull support for 2012 partner distributions. | 3.50 |
| 08/04/20 | SJC | Review and redact documents from Finance Folder(s) in preparation for processing an upload to data room. | 3.00 |
| 08/04/20 | RC | Review additional years of tax distribution support in response to requests from the UCC. | 1.20 |
| 08/04/20 | RC | Review documentation related to tax information in response to requests from the UCC. | 0.90 |
| 08/05/20 | RC | Review distributions related support documentation. | 1.40 |
| 08/05/20 | SJC | Pull support for 2015 Rhodes distributions. | 0.50 |
| 08/05/20 | SJC | Analyzing support for 2012 Partner Distributions. | 2.50 |
| 08/05/20 | SJC | Pull support for 2010 ex us distributions. | 2.00 |
| 08/05/20 | SJC | Review and redact documents from David Fogel folder in preparation for processing an upload to data room. | 1.00 |
| 08/05/20 | MFR | Review and analysis of supporting data and | 2.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816


Re:                    Forensic Analysis
Client/Matter #        012589.00115


| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | documentation for Report 1B re: UCC information requests. | |
| 08/06/20 | MFR | Review and analysis of supporting data and documentation for Report 1B re: UCC information requests. | 2.00 |
| 08/06/20 | SJC | 2010 ex us distribution analysis. | 3.00 |
| 08/06/20 | SJC | 2010 Partner distribution analysis and pulling documentation from SAP. | 3.00 |
| 08/06/20 | SJC | Review and redact documents from Finance Folder(s) in preparation for processing an upload to data room. | 2.00 |
| 08/06/20 | RC | Review support documentation related to tax calculations. | 1.00 |
| 08/07/20 | RC | Review additional documentation related distributions gathered in response to the UCC's request. | 0.80 |
| 08/07/20 | SJC | 2012 Partner distribution analysis and pulling documentation from SAP. | 1.00 |
| 08/07/20 | SJC | Review of 2010 ex us distribution analysis. | 2.00 |
| 08/07/20 | SJC | Review 2012 Partner distribution analysis. | 1.50 |
| 08/07/20 | SJC | Review and redact documents from David Fogel folder in preparation for processing an upload to data room. | 1.50 |
| 08/07/20 | MFR | Review and analysis of supporting data and documentation for Report 1B re: UCC information requests. | 1.60 |
| 08/10/20 | MFR | Review of source data and work papers related to Report 1B and the UCC's request. | 2.70 |
| 08/10/20 | SJC | Pull and organize support for 2017 non-tax distributions for data room. | 3.50 |
| 08/10/20 | SJC | 2008 Partner distribution analysis and pulling documentation from SAP. | 1.00 |
| 08/10/20 | SJC | Final review of 2012 distribution analysis. | 0.50 |
| 08/10/20 | SJC | 2010 ex us and partner distribution analysis and review. | 3.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Forensic Analysis
Client/Matter #      012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 08/10/20 | RC | Review and analysis of documentation related to tax information. | 1.20 |
| 08/10/20 | RC | Review support documentation related to non-tax distributions. | 1.40 |
| 08/11/20 | RC | Review additional tax information in connection with responding to the UCC's requests. | 1.20 |
| 08/11/20 | RC | Review and update status of special committee related tasks. | 0.30 |
| 08/11/20 | SJC | Pull support for 2016 ex us and partner distributions. | 2.00 |
| 08/11/20 | SJC | Update and pulling bank statements for 2016 ex us and partner distributions. | 3.50 |
| 08/11/20 | SJC | Pull and organize support for 2015 non-tax distributions for data room. | 2.50 |
| 08/11/20 | MFR | Review of source data and work papers related to Report 1B and the UCC's request. | 2.30 |
| 08/12/20 | MFR | Review of source data and work papers related to Report 1B and the UCC's request. | 2.50 |
| 08/12/20 | SJC | Pull support for 2016 ex us and partner distributions. | 3.00 |
| 08/12/20 | SJC | Update and pulling bank statements for 2016 ex us and partner distributions. | 3.00 |
| 08/12/20 | SJC | Pull and organize support for 2016 non-tax distributions for data room. | 2.00 |
| 08/12/20 | RC | Review non-tax distribution support documentation compiled in response to UCC's requests. | 1.40 |
| 08/12/20 | RC | Review documentation gathered in response to the UCC's request for tax related information. | 0.40 |
| 08/13/20 | RC | Review documents compiled in response to the UCC's requests related to distributions. | 1.10 |
| 08/13/20 | SJC | Pull and organize support for 2016 non-tax distributions for data room. | 3.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #   012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/13/20 | SJC | Continue to pull and organize support for 2016 non-tax distributions for data room. | 3.00 |
| 08/13/20 | SJC | Pull and organize support for 2013 non-tax distributions for data room. | 2.00 |
| 08/13/20 | MFR | Review of source data and work papers related to Report 1B and the UCC's request. | 2.80 |
| 08/14/20 | MFR | Review of source data and work papers related to Report 1B and the UCC's request. | 3.10 |
| 08/14/20 | MFR | Review and analysis of agreement between PPLP and Terramar.  Correspondence with A. DePalma (AlixPartners) re: the same. | 0.70 |
| 08/14/20 | SJC | Pull and organize support for 2013 non-tax distributions for data room. | 3.00 |
| 08/14/20 | SJC | Pull and organize support for 2014 non-tax distributions for data room. | 3.00 |
| 08/14/20 | SJC | Continue to pull and organize support for 2014 non-tax distributions for data room. | 1.50 |
| 08/14/20 | RC | Review additional information in the BSA's data room and update related financial analyses. | 0.70 |
| 08/14/20 | RC | Review documentation provided by the Raymond Sackler family's counsel. | 0.80 |
| 08/14/20 | RC | Review documentation related to royalty information. | 0.20 |
| 08/14/20 | RC | Review documentation gathered in response to requests related to cash distributions. | 0.60 |
| 08/14/20 | HSB | Review excel file with liquidation analysis template, prepared by S. Lemack (AlixPartners). | 0.40 |
| 08/17/20 | RC | Review documents gathered in response to the UCC's request for support for non-tax distributions. | 1.20 |
| 08/17/20 | RC | Review support documentation related to Ex-US distributions. | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #   012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/17/20 | RC | Review additional documentation related to non-tax distributions in response to the UCC's requests. | 1.00 |
| 08/17/20 | SJC | Pull and organize support for 2014 non-tax distributions for data room. | 3.50 |
| 08/17/20 | SJC | Pull and organize support for 2011 non-tax distributions for data room. | 2.50 |
| 08/17/20 | MFR | Review of source data and work papers related to Report 1B and the UCC's request. | 1.40 |
| 08/18/20 | MFR | Review of source data and work papers related to Report 1B and the UCC's request. | 2.20 |
| 08/18/20 | SJC | Pull and organize support for 2011 non-tax distributions for data room. | 1.50 |
| 08/18/20 | SJC | Pull and organize support for 2009 non-tax distributions for data room. | 3.50 |
| 08/18/20 | RC | Review and comment on information gathered in response to non-tax distribution related requests. | 0.80 |
| 08/18/20 | RC | Review additional tax-related information provided by TXP. | 0.60 |
| 08/19/20 | RC | Review documents related to the non-tax distribution requests. | 1.00 |
| 08/19/20 | RC | Review additional information provided by TXP's counsel. | 0.80 |
| 08/19/20 | RC | Continue to review non-tax distribution related documentation. | 0.90 |
| 08/19/20 | SJC | 2008 Partner distribution analysis and pulling documentation from SAP. | 3.50 |
| 08/19/20 | SJC | Review of 2008 Partner distribution analysis and related supporting documents. | 1.50 |
| 08/19/20 | SJC | Pull and organize support for 2008 non-tax distributions for data room. | 1.50 |
| 08/19/20 | SJC | 2010 Partner distribution and ex-us analysis and pulling | 1.50 |

2101 Cedar Springs Road      T 214.647.7500
Suite 1100                   F 214.647.7501
Dallas, TX 75201             alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #   012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | documentation from SAP. | |
| 08/19/20 | MFR | Review of source data and work papers related to Report 1B and the UCC's request. | 1.70 |
| 08/20/20 | MFR | Review of source data and work papers related to Report 1B and the UCC's request. | 2.00 |
| 08/20/20 | SJC | 2010 Partner distribution and ex-us analysis and pulling documentation from SAP. | 3.00 |
| 08/20/20 | RC | Review documentation gathered in response to the UCC's request for tax information. | 0.80 |
| 08/20/20 | RC | Review support documentation related to non-tax distributions. | 1.30 |
| 08/20/20 | RC | Review information provided by the Sackler Family related to distributions. | 1.20 |
| 08/21/20 | RC | Review non-tax distribution related support documentation. | 1.20 |
| 08/21/20 | RC | Additional review of support documentation related to non-tax distributions. | 1.50 |
| 08/21/20 | RC | Review additional documentation related to distributions. | 0.70 |
| 08/21/20 | RC | Review documentation related to Ex-US distributions. | 1.30 |
| 08/21/20 | RC | Review support documentation gathered in response to the UCC's request for distribution related information. | 1.00 |
| 08/21/20 | RC | Review documentation from SAP gathered in response to requests from the UCC. | 0.70 |
| 08/21/20 | SJC | 2016 Rhodes distribution analysis and pulling documentation from SAP. | 2.00 |
| 08/21/20 | MFR | Review of source data and work papers related to Report 1B and the UCC's request. | 1.80 |
| 08/23/20 | RC | Review documentation compiled in response to requests from the UCC related to cash transfers of value report. | 0.60 |
| 08/24/20 | RC | Review support documentation related to the Ex-US | 1.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Forensic Analysis |
| Client/Matter # | 012589.00115 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Distributions. | |
| 08/24/20 | RC | Review support documentation related to the non-tax distributions and provide comments to review team. | 1.30 |
| 08/24/20 | RC | Additional review of support documentation related to Ex-US distributions. | 1.10 |
| 08/24/20 | RC | Review support documentation gathered in response to non-tax distribution requests from the UCC. | 0.90 |
| 08/24/20 | SJC | 2016 Rhodes distribution analysis and pulling documentation from SAP. | 3.00 |
| 08/24/20 | SJC | 2014 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 3.00 |
| 08/25/20 | SJC | 2016 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 3.00 |
| 08/25/20 | SJC | 2014 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 3.00 |
| 08/26/20 | SJC | Call with R. Collura, A. DePalma and S. Canniff (all AlixPartners) re: various diligence requests and status update. | 0.50 |
| 08/26/20 | SJC | Prepare for internal meeting re: diligence requests status. | 0.70 |
| 08/26/20 | SJC | Review of 2016 Rhodes distribution analysis and related documentation. | 0.60 |
| 08/26/20 | SJC | 2014 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 3.50 |
| 08/26/20 | SJC | Continue 2014 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 2.00 |
| 08/26/20 | RC | Call with R. Collura, A. DePalma and S. Canniff (all AlixPartners) re: various diligence requests and status update. | 0.50 |
| 08/26/20 | RC | Review and comment on non-tax distribution support documentation related to requests from the UCC. | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Forensic Analysis
Client/Matter #    012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/26/20 | RC | Additional review of the non-tax distribution support documentation gathered in response to requests from the UCC. | 1.10 |
| 08/26/20 | ADD | Call with R. Collura, A. DePalma and S. Canniff (all AlixPartners) re: various diligence requests and status update. | 0.50 |
| 08/27/20 | RC | Review support documentation re: distribution requests made by the UCC. | 1.30 |
| 08/27/20 | SJC | 2014 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 3.20 |
| 08/28/20 | SJC | 2013 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 2.00 |
| 08/28/20 | SJC | 2012 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 2.00 |
| 08/28/20 | MFR | Review of source data and work papers related to Report 1B. | 1.60 |
| 08/28/20 | HSB | Review OCP report prepared by S. Lemack (AlixPartners). | 0.50 |
| 08/31/20 | FOS | Correspondence with M. Rule (AlixPartners) re: 2019 MITS (UK) and PPLP IT Services Agreement. | 0.30 |
| 08/31/20 | FOS | Review documentation and SAP records re: 2019 MITS (UK) and PPLP IT Services Agreement. | 2.00 |
| 08/31/20 | FOS | Compose email to R. Collura and M. Rule (all AlixPartners) re: 2019 MITS (UK) and PPLP IT Services Agreement. | 0.10 |
| 08/31/20 | SJC | 2015 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 4.00 |
| 08/31/20 | SJC | 2018 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 0.50 |
| 08/31/20 | SJC | 2017 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 0.50 |
| 08/31/20 | SJC | 2009 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                       Forensic Analysis
Client/Matter #           012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 08/31/20 | SJC | 2008 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 2.30 |
| 08/31/20 | RC | Review questions from Province and setup team on additional next steps. | 0.20 |
| 09/01/20 | SJC | 2012 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 0.40 |
| 09/01/20 | SJC | 2011 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 1.60 |
| 09/01/20 | SJC | 2010 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 3.20 |
| 09/01/20 | SJC | 2009 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 2.70 |
| 09/02/20 | SJC | 2015 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 3.60 |
| 09/02/20 | SJC | Organizing support for 2008 Rhodes/Coventry tax distributions for data room. | 2.20 |
| 09/02/20 | SJC | Review of Rhodes/Coventry 2009 Tax Distributions and supporting documentation including funding. | 3.00 |
| 09/02/20 | RC | Review and comment on response to questions received from the UCC re: the non-cash transfers of value report. | 0.80 |
| 09/02/20 | FOS | Compose emails to R. Collura and M. Rule (AlixPartners) re: 2019 MITS (UK) and PPLP IT Services Agreement. | 1.00 |
| 09/03/20 | SJC | Review of Rhodes/Coventry 2010 Tax Distributions and supporting documentation including funding. | 0.70 |
| 09/03/20 | SJC | Review of Rhodes/Coventry 2011 Tax Distributions and supporting documentation including funding. | 1.90 |
| 09/03/20 | SJC | Review of Rhodes/Coventry 2013 Tax Distributions and supporting documentation including funding. | 3.10 |
| 09/03/20 | SJC | Review of Rhodes/Coventry 2012 Tax Distributions and supporting documentation including funding. | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #    012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/04/20 | SJC | 2012 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 1.10 |
| 09/04/20 | SJC | 2017 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 0.10 |
| 09/04/20 | SJC | 2018 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 0.60 |
| 09/04/20 | SJC | 2016 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 1.00 |
| 09/04/20 | SJC | 2015 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 0.50 |
| 09/08/20 | SJC | 2015 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 1.90 |
| 09/08/20 | SJC | 2014 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 3.00 |
| 09/08/20 | SJC | Continue 2014 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 3.30 |
| 09/08/20 | FOS | Compose email to R. Collura and M. Rule (All AlixPartners) re: question from Province re: RSJ assignment and assumption transaction. | 1.00 |
| 09/08/20 | MFR | Review and analysis of documents related to RSJ transfer. Discussion with F. Silva (AlixPartners) re: the same and internal email re: the same. | 1.20 |
| 09/08/20 | REO | Review non cash transfers from PPLP to PRA re: Lucien, New Suffolk and RSJ transfers | 1.50 |
| 09/09/20 | SJC | 2014 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 1.70 |
| 09/09/20 | SJC | 2010 Rhodes distribution analysis and pulling documentation from SAP and bank statements. | 4.40 |
| 09/10/20 | RC | Review documentation related to responses to requests from the UCC. | 1.30 |
| 09/10/20 | RC | Review summary of information gathered in response to | 0.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Forensic Analysis
Client/Matter #   012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | requests from the UCC. | |
| 09/11/20 | RC | Review and summarize information related to non-cash transfers value of report and respond to requests from Davis Polk. | 0.60 |
| 09/11/20 | RC | Review information related to tax distributions. | 0.50 |
| 09/11/20 | RC | Review support documentation related to non-tax distributions. | 1.20 |
| 09/11/20 | RC | Review information gathered in response to the UCC's requests related to the cash transfers of value report. | 1.40 |
| 09/11/20 | FOS | Compose email to R. Collura (AlixPartners) re: Davis Polk request for documents reviewed for Report 1B and hours billed. | 0.70 |
| 09/14/20 | RC | Review and research information requests received from the UCC re: S. Baker. | 1.30 |
| 09/14/20 | RC | Prepare summary of compensation related requests made by the UCC's advisors. | 1.40 |
| 09/14/20 | SJC | Pull and organize support for 2009 Coventry tax distributions for data room. | 1.20 |
| 09/14/20 | SJC | Review of compensation data in response to request from DPW. | 2.30 |
| 09/14/20 | SJC | Pull and organize support for 2010 Coventry tax distributions for data room. | 1.50 |
| 09/14/20 | SJC | Pull and organize support for 2011 Coventry tax distributions for data room. | 2.20 |
| 09/15/20 | SJC | Pull and organize support for 2012 Coventry tax distributions for data room. | 1.00 |
| 09/15/20 | SJC | Pull and organize support for 2013 Coventry tax distributions for data room. | 1.20 |
| 09/15/20 | SJC | Pull and organize support for 2014 Coventry tax distributions for data room. | 2.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Forensic Analysis
Client/Matter #     012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/15/20 | SJC | Pull and organize support for 2016 Coventry tax distributions for data room. | 1.60 |
| 09/15/20 | SJC | Pull and organize support for 2017 Coventry tax distributions for data room. | 1.00 |
| 09/15/20 | RC | Review documents gathered in response to the UCC's requests related to the cash transfers of value report. | 0.80 |
| 09/15/20 | RC | Review source documents related to information requests made by the UCC's advisors. | 1.00 |
| 09/16/20 | RC | Review support documentation related to non-tax distributions in response to requests from the UCC. | 0.90 |
| 09/16/20 | RC | Review documentation gathered in response to the UCC's cash distribution requests. | 1.20 |
| 09/16/20 | SJC | Pull and organize support for 2018 Coventry tax distributions for data room. | 0.50 |
| 09/16/20 | SJC | Pull and organize support for 2015 Coventry tax distributions for data room. | 3.00 |
| 09/16/20 | SJC | Continue to pull and organize support for 2015 Coventry tax distributions for data room. | 1.20 |
| 09/16/20 | ADD | Draft correspondences to request materials responsive to committee diligence requests. | 0.30 |
| 09/16/20 | ADD | Prepare distribution support documentation to send to Davis Polk for processing and upload to the data room. | 1.10 |
| 09/17/20 | ADD | Call with A. DePalma, S. Canniff (AlixPartners) re: re: Coventry/Rhodes distributions and Purdue tax support. | 1.30 |
| 09/17/20 | SJC | Call to with S. Canniff, A. DePalma (both AlixPartners) re: Coventry/Rhodes distributions and Purdue tax support. | 1.30 |
| 09/17/20 | RC | Review information gathered in response to the UCC's requests for tax related information. | 0.40 |
| 09/18/20 | RC | Review support documentation gathered in response to requests from Province. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #      012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 09/18/20 | RC | Review and comment on support documentation gathered in response to distribution related requests. | 1.10 |
| 09/18/20 | RC | Review of information produced by Debevoise re: distributions. | 0.50 |
| 09/18/20 | SJC | Review of tax returns in Relativity. | 3.20 |
| 09/18/20 | ADD | Review and categorize tax materials submitted by TXP counsel. | 2.30 |
| 09/21/20 | ADD | Review outstanding diligence requests and draft request from appropriate client contacts. | 2.10 |
| 09/21/20 | RC | Review and comment on support documentation related US and Ex-US distributions. | 1.30 |
| 09/21/20 | RC | Review information related to distributions provided by the Sackler's counsel. | 0.90 |
| 09/21/20 | RC | Review support documentation gathered in response to request from the UCC's advisors. | 1.10 |
| 09/22/20 | RC | Review support documentation gathered in response to requests from the UCC's advisors. | 1.20 |
| 09/22/20 | RC | Review US distribution support documentation. | 0.70 |
| 09/22/20 | RC | Review Ex-US distribution support documentation. | 1.30 |
| 09/23/20 | RC | Review support documentation related to Ex-US distributions. | 0.80 |
| 09/23/20 | RC | Review support documentation related to non-tax distributions. | 0.70 |
| 09/23/20 | RC | Review and comment on documents gathered in response to the UCC's requests. | 1.40 |
| 09/23/20 | FOS | Organize and prepare supporting documentation re: Report 1B document requests. | 1.60 |
| 09/23/20 | ADD | Review tax materials submitted by TXP Services in response to committee diligence requests. | 1.80 |
| 09/24/20 | ADD | Call with A. DePalma, S. Canniff (both AlixPartners) re: | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Forensic Analysis
Client/Matter #         012589.00115

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | Purdue tax support and Purdue tax distributions | |
| 09/24/20 | FOS | Organize and prepare supporting documentation re: Report 1B document requests. | 3.30 |
| 09/24/20 | RC | Review support documentation gathered in response to requests from the UCC's advisors. | 1.30 |
| 09/24/20 | RC | Review distribution information provided by the Sackler's counsel. | 0.90 |
| 09/24/20 | SJC | Call with A. DePalma, S. Canniff (both AlixPartners) re: Purdue tax support and Purdue tax distributions. | 1.30 |
| 09/24/20 | SJC | Review of support provided for Ardsley distribution and related SAP review. | 2.10 |
| 09/25/20 | SJC | Review and redaction of September Board Materials. | 3.80 |
| 09/25/20 | RC | Review and comment on documentation gathered in response to the UCC's requests. | 1.10 |
| 09/25/20 | RC | Review distribution information produced by the Sacklers. | 1.20 |
| 09/25/20 | FOS | Organize and prepare supporting documentation re: Report 1B document requests. | 3.00 |
| 09/28/20 | FOS | Organize and prepare supporting documentation re: Report 1B document requests. | 1.20 |
| 09/28/20 | RC | Review documentation gathered in response to requests from the UCC's advisors. | 1.20 |
| 09/28/20 | RC | Perform additional review of the non-tax distribution support documentation | 0.80 |
| 09/28/20 | SJC | Review and redaction of September Board Materials. | 3.50 |
| 09/28/20 | SJC | Continue review and redaction of September Board Materials. | 3.50 |
| 09/29/20 | SJC | Review and redaction of September Board Materials. | 3.00 |
| 09/29/20 | SJC | Continue review and redaction of September Board Materials. | 2.00 |
| 09/29/20 | RC | Review support documentation gathered in response to | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #  012589.00115

| Date | Consultant | Description of Services | | Hours |
|------|-----------|------------------------|---|-------|
| | | the UCC's requests for non-tax distributions. | | |
| | | | **Total** | **791.50** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Forensic Analysis
Client/Matter #         012589.00115

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Roy Ellis Ochoa | 1.50 | 420.00 | 630.00 |
| Andrew D DePalma | 45.20 | 515.00 | 23,278.00 |
| Nate A Simon | 1.20 | 515.00 | 618.00 |
| Sam J Canniff | 461.80 | 645.00 | 297,861.00 |
| Fernando O Silva | 35.60 | 645.00 | 22,962.00 |
| Jon D Hecht | 2.30 | 690.00 | 1,587.00 |
| HS Bhattal | 0.90 | 840.00 | 756.00 |
| Michael Hartley | 1.50 | 840.00 | 1,260.00 |
| Mark F Rule | 75.60 | 910.00 | 68,796.00 |
| Jesse DelConte | 0.50 | 950.00 | 475.00 |
| Richard Collura | 165.40 | 1,090.00 | 180,286.00 |
| **Total Hours & Fees** | **791.50** | | **598,509.00** |