**ALIXPARTERS, LLP**

**Exhibit B**
**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Expense

Client/Matter #        012589.00150

| Date | Disbursement Description | Amount |
|---|---|---|
| 02/04/20 | Conference Calls Vendor: Vodafone Fernando Silva | 1.73 |
| 02/11/20 | Conference Calls Vendor: Vodafone Fernando Silva | 2.08 |
| 02/13/20 | Conference Calls Vendor: Vodafone Fernando Silva | 2.13 |
| 02/18/20 | Conference Calls Vendor: Vodafone Jesse DelConte | 7.37 |
| 02/19/20 | Conference Calls Vendor: Vodafone Ryan Sublett | 0.12 |
| 02/19/20 | Conference Calls Vendor: Vodafone Fernando Silva | 2.81 |
| 02/20/20 | Conference Calls Vendor: Vodafone Jesse DelConte | 21.12 |
| 02/20/20 | Conference Calls Vendor: Vodafone Fernando Silva | 2.30 |
| 02/21/20 | Conference Calls Vendor: VODAFONE Nate Simon | 2.82 |
| 02/21/20 | Conference Calls Vendor: VODAFONE Nate Simon | 14.88 |
| 02/24/20 | Conference Calls Vendor: VODAFONE Nate Simon | 1.36 |
| 03/05/20 | Conference Calls Vendor: Vodafone Nate Simon | 2.52 |
| 03/24/20 | Conference Calls Vendor: Vodafone Nate Simon | 4.82 |
| 03/26/20 | Conference Calls Vendor: Vodafone Nate Simon | 11.06 |
| 03/31/20 | Conference Calls Vendor: Vodafone Nate Simon | 8.07 |
| 05/13/20 | Conference Calls Vendor: Vodafone Jesse DelConte | 8.53 |
| 05/14/20 | Conference Calls Vendor: Vodafone Jesse DelConte | 31.50 |
| 05/18/20 | Conference Calls Vendor: Vodafone Jesse DelConte | 4.75 |
| 05/20/20 | Conference Calls Vendor: Vodafone Ryan Sublett | 15.45 |
| 05/21/20 | Conference Calls Vendor: Vodafone Jesse DelConte | 11.93 |
| 05/22/20 | Conference Calls Vendor: Vodafone Jesse DelConte | 5.45 |
| 05/22/20 | Conference Calls Vendor: Vodafone Ryan Sublett | 14.98 |
| 05/23/20 | Conference Calls Vendor: Vodafone Jesse DelConte | 14.87 |
| 06/16/20 | Copy Costs (Outside Source) Nathaniel Simon Print Draft Mundi Report For Review | 95.70 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Expense

Client/Matter #         012589.00150

| Date | Disbursement Description | Amount |
|---|---|---|
| 06/19/20 | Copy Costs (Outside Source) Gabriel Koch Print Out 230 Pages Of A Draft Diligence Report For Editing | 138.35 |
| 06/30/20 | Client Research PACER Service Center / Pacer: court records access/downloads | 12.90 |
| 07/01/20 | Conference Calls Vendor:  Jesse DelConte | 4.59 |
| 07/02/20 | Conference Calls Vendor:  Jesse DelConte | 2.79 |
| 07/02/20 | Conference Calls Vendor:  Jesse DelConte | 19.92 |
| 07/09/20 | Conference Calls Vendor:  Jesse DelConte | 44.27 |
| 07/24/20 | Conference Calls Vendor:  Jesse DelConte | 13.39 |
| 07/30/20 | Conference Calls Vendor: Vodafone Kevin McCafferty | 0.27 |
| 07/31/20 | Conference Calls Vendor: Vodafone Kevin McCafferty | 1.29 |
| 08/04/20 | Conference Calls Vendor: Vodafone Jesse DelConte | 2.68 |
| 08/06/20 | Conference Calls Vendor: Vodafone Jesse DelConte | 23.36 |
| 08/10/20 | Conference Calls Vendor: Vodafone Jesse DelConte | 2.59 |
| 08/20/20 | Conference Calls Vendor: Vodafone Jesse DelConte | 3.38 |
| 08/20/20 | Conference Calls Vendor: Vodafone Jesse DelConte | 31.23 |
| 08/26/20 | Legal Fees Jesse DelConte | 70.00 |
| 09/22/20 | Conference Calls - - VENDOR: Vodafone US Inc | 3.13 |
| 09/25/20 | Conference Calls - - VENDOR: Vodafone US Inc | 1.76 |
| | **Total Disbursements** | **659.36** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                          **F** 214.647.7501
Dallas, TX 75201                alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Expense

Client/Matter #      012589.00150

**Disbursement Recap:**

| Description | Amount |
|---|---|
| Legal Fees | 70.00 |
| Other | 589.36 |
| **Total Disbursements** | **659.36** |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**