**ALIXPARTERS, LLP**

**Exhibit C**
**Certification of Lisa Donahue**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br>PURDUE PHARMA L.P., *et al.*[1]<br>　　　　　　　Debtors. | Chapter 11<br>Case No. 19-23649 (RDD)<br>(Jointly Administered) |

**CERTIFICATION OF LISA DONAHUE**

I, Lisa Donahue, declare under the penalty of perjury as follows:

1.　　I am a Managing Director in the firm of AlixPartners, LLP ("AlixPartners"), with offices at 909 Third Avenue, 30th Floor, New York, New York 10022.  AlixPartners serves as financial advisor to Purdue Pharma L.P. and its affiliated debtors-in-possession (the "Debtors") in the above-captioned Chapter 11 Cases.  In compliance with the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases, adopted January 25, 2013* (the "Local Guidelines"), and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted June 17, 2013* (the "UST Guidelines"), I hereby certify as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901

1

2. I have reviewed *AlixPartners LLP'S Third Interim Application for the Period June 1, 2020 through September 30, 2020 for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Financial Advisor to the Chapter 11 Debtors* (the "Application").

3. As required by Section A.1 of the Local Guidelines, I certify that:

   a) I have read the Application;

   b) To the best of my knowledge, information and belief formed after reasonable inuiry, the fees and disbursements sought in the Application fall within the Local Guidelines;

   c) The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by AlixPartners and are generally accepted by AlixPartners's clients; and

   d) In providing reimbursable services, AlixPartners does not make a profit on such service, whether the service is performed by AlixPartners in-house or through a third party.

4. In accordance with Section B.3 of the Local Guidelines, I certify that copies of the Application are being provided to (i) Debtors; (ii) the Committee; (ii) the Application Recipients (as defined in ¶2(i) of the Interim Compensation Order); and (iv) all parties who have requested and are receiving notices in these Chapter 11 Cases through the Court's electronic filing system.

5. I have reviewed Southern District of New York Bankruptcy Local Rule 2016(a) and submit that the Application substantially complies with such Rule. In accordance with Federal Rule of Bankruptcy Procedure 2016(a) and section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm or any professional thereof, on the one hand, and any other person, on the other hand, for the division of such compensation as my firm may receive from the Court herein, nor will any division of fees prohibited by section 504 of the Bankruptcy Code be made by me, or any professional of my firm.

6.     To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with UST Guidelines.

7.     I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated:    November 16, 2020

                                               /s/ *Lisa Donahue*
                                             Lisa Donahue
                                             Managing Director