# EXHIBIT A
## DETAIL OF HOURS INCURRED BY PROFESSIONAL

*Information Security Assessment Services*

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Bellon, Josephine | Manager | 31-Aug-20 | Project Planning | 1.0 | Reviewed the kick-off meeting deck |
| Bellon, Josephine | Manager | 1-Sep-20 | Project Planning | 2.0 | Reviewed the request list and went over request list items with client for them to understand requests. |
| Bellon, Josephine | Manager | 2-Sep-20 | Project Planning | 1.0 | Meet with client contact to determine which stakeholders to engage for cyber current state meetings, and go over project plan |
| Bellon, Josephine | Manager | 3-Sep-20 | Project Planning | 1.0 | Reviewed documentation ahead of cyber current state discussion meeting |
| Bellon, Josephine | Manager | 7-Sep-20 | Project Planning | 1.0 | Reviewed documentation ahead of cyber current state discussion meeting |
| Bellon, Josephine | Manager | 8-Sep-20 | Project Planning | 1.0 | Reviewed documentation ahead of cyber current state discussion meeting |
| Bellon, Josephine | Manager | 9-Sep-20 | Project Planning | 2.0 | Meet with client to go over request list questions and agenda preparation for meetings (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) |
| Bellon, Josephine | Manager | 10-Sep-20 | Project Planning | 1.0 | Team status update meeting and review of meeting schedule for kickoff |
| Bellon, Josephine | Manager | 14-Sep-20 | Current State Analysis | 4.0 | Kick of meeting (.5 hours) and current state analysis meetings for 2 domains 3.5 hours each (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) |
| Bellon, Josephine | Manager | 14-Sep-20 | Current State Analysis | 1.0 | Schedule follow-up meetings with client representative, and client stakeholder weekly status update (Client Contacts present: Kimberly Takwa, Hussein Ghnaimeh) |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Hoxha,Olger | Senior | 14-Sep-20 | Current State Analysis | 2.0 | Preparation for kick-off meeting, Policy and Standard meeting, and Strategy and Governance meetings, and documentation review |
| Hoxha,Olger | Senior | 14-Sep-20 | Current State Analysis | 1.0 | Kick off meeting |
| Hoxha,Olger | Senior | 14-Sep-20 | Current State Analysis | 0.5 | Kick off meeting debrief, and prep for Policy and Standards, Strategy, and Governance meetings. |
| Hoxha,Olger | Senior | 14-Sep-20 | Current State Analysis | 1.5 | Policy and standards meeting as part of initial set of meetings. |
| Hoxha,Olger | Senior | 14-Sep-20 | Current State Analysis | 1.5 | Strategy, Governance and Organization, and Architecture as part of initial set of meetings. |
| Hoxha,Olger | Senior | 14-Sep-20 | Current State Analysis | 2.5 | Review and note clean up from initial set of meetings (Policies and Standards, Strategy, Governance, Organization, and Architecture) |
| Lawson,Olatunde | Senior Manager | 14-Sep-20 | Project Planning | 1.5 | attended meetings with client / process owners for project kick off and to understand current state capabilities for cyber domains (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) |
| Bellon, Josephine | Manager | 15-Sep-20 | Current State Analysis | 4.0 | Current state analysis meetings for 2 information security domains 2 hours each (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) |
| Hoxha,Olger | Senior | 15-Sep-20 | Current State Analysis | 3.0 | Further review and analysis of the policies, standards, strategy, and governance meetings. Preparation and documentation review for Daily Meetings (Third Party & Asset Management, and BCP/DR) |
| Hoxha,Olger | Senior | 15-Sep-20 | Current State Analysis | 2.5 | Third Party, Asset Management, and BCP/DR meetings held as part of initial set of meetings. |
| Hoxha,Olger | Senior | 15-Sep-20 | Current State Analysis | 3.5 | Debrief, Review and note clean up from daily meetings (Third Party, Asset Management, and BCP/DR) |
| Lawson,Olatunde | Senior Manager | 15-Sep-20 | Current State Analysis | 2.0 | attended meetings with client / process owners to understand current state capabilities for cyber domains (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Bellon, Josephine | Manager | 16-Sep-20 | Current State Analysis | 4.0 | Current state analysis meetings for 2 information security domains 2 hours each (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) |
| Bellon, Josephine | Manager | 16-Sep-20 | Current State Analysis | 1.0 | Current state analysis meetings for 1 information security domains1 hour (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) |
| Hoxha,Olger | Senior | 16-Sep-20 | Current State Analysis | 2.5 | Software Security, Network Security, and Host Security meetings as part of initial set of meetings. |
| Hoxha,Olger | Senior | 16-Sep-20 | Current State Analysis | 1.5 | Preparation for the software, network, and host security meetings by reviewing documentation provided |
| Hoxha,Olger | Senior | 16-Sep-20 | Current State Analysis | 1.0 | Debrief, Review and note clean up from the Software, Network, and Host security meetings. Prep for Privacy and Data Protection Meetings |
| Hoxha,Olger | Senior | 16-Sep-20 | Current State Analysis | 1.0 | Privacy Meeting as part of the initial set of meetings and debrief and note clean up stemming from the meeting notes. |
| Hoxha,Olger | Senior | 16-Sep-20 | Current State Analysis | 3.0 | Data Protection Meeting as part of the initial set of meetings and debrief and note clean up stemming from the meeting notes. |
| Lawson,Olatunde | Senior Manager | 16-Sep-20 | Current State Analysis | 3.0 | attended meetings with client / process owners to understand current state capabilities for cyber domains (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) |
| Bellon, Josephine | Manager | 17-Sep-20 | Current State Analysis | 4.0 | Current state analysis meetings for 2 information security domains 2 hours each (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) |
| Hoxha,Olger | Senior | 17-Sep-20 | Current State Analysis | 1.0 | Preparation for Incident Response and Vulnerability Identification meeting |
| Hoxha,Olger | Senior | 17-Sep-20 | Current State Analysis | 1.5 | Incident Response and Vulnerability Identification meeting as part of initial set of meetings |
| Hoxha,Olger | Senior | 17-Sep-20 | Current State Analysis | 1.0 | Debrief, Note Clean Up, and Analysis of the Incident Response and Vulnerability Identification meeting. |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Hoxha,Olger | Senior | 17-Sep-20 | Current State Analysis | 4.0 | Follow Up meeting, continuation of the incident response and vulnerability identification meeting, debrief of this meeting, and note clean up. |
| Hoxha,Olger | Senior | 17-Sep-20 | Current State Analysis | 1.5 | Preparation of the weekly status report delivered to Purdue Management on Fridays. |
| Lawson,Olatunde | Senior Manager | 17-Sep-20 | Current State Analysis | 3.0 | attended meetings with client / process owners to understand current state capabilities for cyber domains (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) |
| Bellon, Josephine | Manager | 18-Sep-20 | Current State Analysis | 4.0 | Current state analysis meetings for 2 information security domains 2 hours each (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) |
| Hoxha,Olger | Senior | 18-Sep-20 | Current State Analysis | 3.0 | IAM, Operations, and Metrics and Reporting meetings as part of initial set of meetings. |
| Hoxha,Olger | Senior | 18-Sep-20 | Current State Analysis | 2.0 | Debrief of the IAM, Operations, and Metrics and Reporting meetings, note clean up, and analysis. |
| Hoxha,Olger | Senior | 18-Sep-20 | Current State Analysis | 0.5 | Weekly Status Report with Purdue Management |
| Hoxha,Olger | Senior | 18-Sep-20 | Current State Analysis | 3.5 | Analysis of Purdue Current State, finalized clean up of notes, and identified initial set of observations. |
| Lawson,Olatunde | Senior Manager | 18-Sep-20 | Current State Analysis | 3.0 | attended meetings with client / process owners to understand current state capabilities for cyber domains (Client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) + review of meetings notes |
| Hoxha,Olger | Senior | 21-Sep-20 | Current State Analysis | 3.0 | Documentation Review for newly requested documents that arose from meetings |
| Hoxha,Olger | Senior | 21-Sep-20 | Current State Analysis | 1.0 | Preparation for the follow up Architecture Meeting |
| Hoxha,Olger | Senior | 21-Sep-20 | Current State Analysis | 0.5 | Architecture meeting as part of follow up meetings required to obtain more information from the client |
| Hoxha,Olger | Senior | 21-Sep-20 | Current State Analysis | 1.0 | Debrief and note clean up from the Architecture follow up meeting |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Hoxha,Olger | Senior | 21-Sep-20 | Current State Analysis | 3.5 | Spent time entering in maturity scores and observations within workplan for multiple domains that were covered as part of the initial set of interviews and documents reviewed. |
| Bellon, Josephine | Manager | 21-Sep-20 | Current State Analysis | 4.0 | Review meeting notes and current state analysis for 2 domains |
| Lawson,Olatunde | Senior Manager | 21-Sep-20 | Current State Analysis | 2.0 | Review meeting notes based on current state interviews + supporting evidences provided in Teams site |
| DePersiis, Brian | Partner/Principal | 21-Sep-20 | Current State Analysis | 2.0 | Review draft project kick-off materials for cyber maturity assessment engagement |
| Hoxha,Olger | Senior | 22-Sep-20 | Current State Analysis | 3.0 | Documentation Review for newly requested documents that arose from meetings |
| Hoxha,Olger | Senior | 22-Sep-20 | Current State Analysis | 1.0 | Preparation for the follow up Network Security Meeting |
| Hoxha,Olger | Senior | 22-Sep-20 | Current State Analysis | 0.5 | Network Security meeting as part of follow up meetings required to obtain more information from the client |
| Hoxha,Olger | Senior | 22-Sep-20 | Current State Analysis | 1.0 | Debrief and note clean up from the Network Security follow up meeting |
| Hoxha,Olger | Senior | 22-Sep-20 | Current State Analysis | 3.5 | Spent time entering in maturity scores and observations within workplan for multiple domains that were covered as part of the initial set of interviews and documents reviewed. |
| Bellon, Josephine | Manager | 22-Sep-20 | Current State Analysis | 1.0 | Conduct follow up Network Security Meeting with network team and Greg Dzurinda |
| Bellon, Josephine | Manager | 22-Sep-20 | Current State Analysis | 3.0 | Review maturity scores for 2 domains and review clarification evidence |
| Bellon, Josephine | Manager | 22-Sep-20 | Current State Analysis | 1.0 | Review maturity scores for 1 domains and review clarification evidence |
| Lawson,Olatunde | Senior Manager | 22-Sep-20 | Current State Analysis | 2.0 | Review meeting notes based on current state interviews + supporting evidences provided in Teams site |
| Hoxha,Olger | Senior | 23-Sep-20 | Current State Analysis | 2.0 | Documentation review for newly obtained documents as they are received from the client |
| Hoxha,Olger | Senior | 23-Sep-20 | Current State Analysis | 2.0 | Internal review session with Josephine to review maturity scoring and initial set of observations within the workplan |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Hoxha,Olger | Senior | 23-Sep-20 | Current State Analysis | 1.5 | Additional internal review session with Josephine to review maturity scoring and initial set of observations within the workplan |
| Hoxha,Olger | Senior | 23-Sep-20 | Current State Analysis | 1.0 | Preparation for the Privileged Access Management follow up meeting |
| Hoxha,Olger | Senior | 23-Sep-20 | Current State Analysis | 0.5 | Privileged Access Management follow up meeting as requested to finalize understanding of their access management policies |
| Hoxha,Olger | Senior | 23-Sep-20 | Current State Analysis | 2.0 | Debrief, Note Clean Up, and Analysis of the Privileged Access Management meeting. In addition, updated maturity scoring based on the meeting. |
| Bellon, Josephine | Manager | 23-Sep-20 | Current State Analysis | 2.0 | Review evidence provided for Privileged Access Management processes |
| Bellon, Josephine | Manager | 23-Sep-20 | Current State Analysis | 1.0 | Conduct followup meeting for Privileged Access Management meeting |
| Bellon, Josephine | Manager | 23-Sep-20 | Current State Analysis | 1.0 | Review maturity scores for 2 domains and review clarification evidence |
| Lawson,Olatunde | Senior Manager | 23-Sep-20 | Current State Analysis | 2.0 | - Team meeting to draft and review status update reporting for activities to date<br>- attended meetings with client / process owners to understand current state capabilities for cyber domains (client Contacts present: Kimberly Takwa, Greg Dzurinda, Manish Gupta, Hussein Ghnaimeh) + review of meetings notes |
| Hoxha,Olger | Senior | 24-Sep-20 | Current State Analysis | 1.0 | Preparation for the Security Monitoring meeting as part of initial set of interviews requested. |
| Hoxha,Olger | Senior | 24-Sep-20 | Current State Analysis | 1.0 | Security Monitoring meeting with Greg, Manish, and HCL technologies was conducted |
| Hoxha,Olger | Senior | 24-Sep-20 | Current State Analysis | 2.0 | Debrief, Note Clean Up, and Analysis of the Security Monitoring meeting. In addition, updated maturity scoring based on the meeting. |
| Hoxha,Olger | Senior | 24-Sep-20 | Current State Analysis | 1.0 | Preparation for the Purdue meeting with the business, specifically the CFO |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Hoxha,Olger | Senior | 24-Sep-20 | Current State Analysis | 0.5 | Business meeting with CFO to understand company goals for the information security department |
| Hoxha,Olger | Senior | 24-Sep-20 | Current State Analysis | 1.0 | Debrief of the Business meeting with the CFO and updated maturity scoring |
| Hoxha,Olger | Senior | 24-Sep-20 | Current State Analysis | 2.5 | Spent time entering in maturity scores and observations within workplan for multiple domains that were covered as part of the initial set of interviews and documents reviewed. |
| Bellon, Josephine | Manager | 24-Sep-20 | Current State Analysis | 1.0 | Conducted Security Monitoring meeting with Greg, Manish, and HCL technologies |
| Bellon, Josephine | Manager | 24-Sep-20 | Current State Analysis | 2.0 | Review maturity scores for 2 domains and review clarification evidence |
| Bellon, Josephine | Manager | 24-Sep-20 | Current State Analysis | 0.5 | Prep for Business meeting with CFO to understand company goals for the information security department |
| Bellon, Josephine | Manager | 24-Sep-20 | Current State Analysis | 0.5 | Business meeting with CFO to understand company goals for the information security department |
| Lawson,Olatunde | Senior Manager | 24-Sep-20 | Current State Analysis | 1.0 | Preparation for and meeting held with CFO to provide overview on project and obtain feedback on security enabling business functions |
| Hoxha,Olger | Senior | 25-Sep-20 | Current State Analysis | 2.0 | Prepared and finalized the weekly status report for Purdue Management |
| Hoxha,Olger | Senior | 25-Sep-20 | Current State Analysis | 0.5 | Held and attended the Weekly Status meeting with Purdue Management |
| Hoxha,Olger | Senior | 25-Sep-20 | Current State Analysis | 1.0 | Debrief of the Weekly Status meeting with Purdue Management |
| Hoxha,Olger | Senior | 25-Sep-20 | Current State Analysis | 2.0 | Spent time entering in maturity scores and observations within workplan for multiple domains that were covered as part of the initial set of interviews and documents reviewed. |
| Hoxha,Olger | Senior | 25-Sep-20 | Current State Analysis | 3.5 | Drafted Report Template and Reviewed with Josephine Bellon to align on what executive summary and observations slides should resemble. |
| Bellon, Josephine | Manager | 25-Sep-20 | Current State Analysis | 2.0 | Review maturity scores for 2 domains and review clarification evidence |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Bellon, Josephine | Manager | 25-Sep-20 | Current State Analysis | 2.0 | Review maturity scores for 2 domains and review clarification evidence |
| Bellon, Josephine | Manager | 25-Sep-20 | Current State Analysis | 1.0 | Debrief of the Weekly Status meeting with Purdue Management |
| Lawson,Olatunde | Senior Manager | 25-Sep-20 | Current State Analysis | 1.0 | Status update meetings with client and engagement team to discuss activities for upcoming week |
| Hoxha,Olger | Senior | 28-Sep-20 | Current State Analysis | 3.0 | Updated the draft report template based on feedback |
| Hoxha,Olger | Senior | 28-Sep-20 | Current State Analysis | 2.0 | Entered initial observations into the draft report |
| Hoxha,Olger | Senior | 28-Sep-20 | Current State Analysis | 2.0 | Reviewed maturity assessment scores with Josephine |
| Hoxha,Olger | Senior | 28-Sep-20 | Current State Analysis | 2.0 | Entered more initial observations into the draft report |
| Bellon, Josephine | Manager | 28-Sep-20 | Current State Analysis | 2.0 | Review current state benchmarking for 2 domains |
| Bellon, Josephine | Manager | 28-Sep-20 | Current State Analysis | 2.0 | Review current state benchmarking for 2 domains |
| Bellon, Josephine | Manager | 28-Sep-20 | Current State Analysis | 1.0 | Review current state benchmarking for 1 domain |
| Lawson,Olatunde | Senior Manager | 28-Sep-20 | Current State Analysis | 2.0 | Review of artifacts provided by clients to demonstrate / support processes described in meetings from previous week |
| Hoxha,Olger | Senior | 29-Sep-20 | Current State Analysis | 1.0 | Prepared for the Threat intelligence and security operations meeting |
| Hoxha,Olger | Senior | 29-Sep-20 | Current State Analysis | 1.5 | Held the threat intelligence and security operations meeting |
| Hoxha,Olger | Senior | 29-Sep-20 | Current State Analysis | 1.0 | Debrief and note clean up from the threat intelligence and security operations meeting |
| Hoxha,Olger | Senior | 29-Sep-20 | Current State Analysis | 0.5 | Reviewed the draft report template with Tunde and team and obtained further feedback and received approval |
| Hoxha,Olger | Senior | 29-Sep-20 | Current State Analysis | 1.0 | Preparation for the architecture follow up meeting. |
| Hoxha,Olger | Senior | 29-Sep-20 | Current State Analysis | 0.5 | Attended the architecture follow up meeting |
| Hoxha,Olger | Senior | 29-Sep-20 | Current State Analysis | 1.0 | Debrief, note clean up, and maturity ranking update from the architecture follow up meeting. |
| Hoxha,Olger | Senior | 29-Sep-20 | Current State Analysis | 1.0 | Internal review session with Josephine to review observations within the draft report. |
| Hoxha,Olger | Senior | 29-Sep-20 | Current State Analysis | 1.5 | Entered more initial observations into the draft report |
| Bellon, Josephine | Manager | 29-Sep-20 | Current State Analysis | 1.0 | Review evidence and conduct follow-up meeting on Architecture |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Bellon, Josephine | Manager | 29-Sep-20 | Current State Analysis | 1.0 | Review and answer questions with Senior on current state analysis |
| Bellon, Josephine | Manager | 29-Sep-20 | Current State Analysis | 2.0 | Review current state benchmarking for 2 domains |
| Bellon, Josephine | Manager | 29-Sep-20 | Current State Analysis | 2.0 | Review current state benchmarking for 2 domains |
| Lawson,Olatunde | Senior Manager | 29-Sep-20 | Current State Analysis | 1.0 | Review of findings with teams across domains |
| DePersiis, Brian | Partner/Principal | 29-Sep-20 | Current State Analysis | 2.0 | Regroup with EY engagement team members to discuss proposed strategy and execution approach for cyber maturity assessment engagement deliverables and scope of overall work |
| Hoxha,Olger | Senior | 30-Sep-20 | Current State Analysis | 4.0 | Entered more initial observations into the draft report. Finalized observations for 4 additional domains. |
| Hoxha,Olger | Senior | 30-Sep-20 | Current State Analysis | 0.5 | Preparation for the data privacy follow up meeting. |
| Hoxha,Olger | Senior | 30-Sep-20 | Current State Analysis | 0.5 | Attended the data privacy follow up meeting |
| Hoxha,Olger | Senior | 30-Sep-20 | Current State Analysis | 1.0 | Debrief, note clean up, and maturity ranking update from the data privacy follow up meeting. |
| Hoxha,Olger | Senior | 30-Sep-20 | Current State Analysis | 1.0 | Internal review session with Josephine to review observations within the draft report. |
| Hoxha,Olger | Senior | 30-Sep-20 | Current State Analysis | 2.0 | Entered more initial observations into the draft report |
| Bellon, Josephine | Manager | 30-Sep-20 | Current State Analysis | 2.0 | Review current state benchmarking for 2 domains |
| Bellon, Josephine | Manager | 30-Sep-20 | Current State Analysis | 2.0 | Review current state benchmarking for 2 domains |
| Bellon, Josephine | Manager | 30-Sep-20 | Current State Analysis | 1.0 | Privacy follow-up meeting and current state analysis question clarifications |
| Lawson,Olatunde | Senior Manager | 30-Sep-20 | Current State Analysis | 2.0 | Attended meetings with client / process owners to understand current state capabilities for cyber domains (Client Contacts present: Kimberly Takwa, Trenille Brewer-Moore) |
| DePersiis, Brian | Partner/Principal | 30-Sep-20 | Current State Analysis | 2.0 | Review draft notes and outcomes from cyber maturity assessment meetings held to date with Purdue management points of contact re: cyber maturity assessment engagement scope and agreed upon deliverables |
| | | **Total** | | **218.5** | |

*Employee Benefit Plan Audit*

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| O'Brien,Peter | Senior | 1-Jun-20 | Employee Benefit Plan Audit | 2.0 | Completed making selections and documenting the selections workbook for Contributions testing. |
| O'Brien,Peter | Senior | 1-Jun-20 | Employee Benefit Plan Audit | 2.0 | Completed making selections and documenting the selections workbook for Individual Participant Account testing. |
| O'Brien,Peter | Senior | 1-Jun-20 | Employee Benefit Plan Audit | 2.0 | Completed making selections and documenting the selections workbook for Benefit testing. |
| O'Brien,Peter | Senior | 1-Jun-20 | Employee Benefit Plan Audit | 2.0 | Completed the documentation of the Preliminary Audit Strategies Addendum. |
| O'Brien,Peter | Senior | 2-Jun-20 | Employee Benefit Plan Audit | 1.0 | Set up the kickoff meeting agenda for the defined benefit plan audit. |
| O'Brien,Peter | Senior | 2-Jun-20 | Employee Benefit Plan Audit | 0.5 | Call to discuss GDS scope of work for the audit. Those that attended were Shweta Jain, Sruthi Francis, Dana R Allinson and Sophia Christodoulakis |
| O'Brien,Peter | Senior | 2-Jun-20 | Employee Benefit Plan Audit | 1.0 | Set up the kickoff meeting agenda for the 401K plan audit. |
| Sruthi Francis | Staff/Assistant | 2-Jun-20 | Employee Benefit Plan Audit | 0.5 | Touchbase call with P. O'Brien, S. Christodoulakis |
| Allinson,Dana Robyn | Staff/Assistant | 2-Jun-20 | Employee Benefit Plan Audit | 2.2 | Worked on the Summary of Plan Operations work paper today, tieing the totals to the corresponding tabs, as well as editing the tabs within the document to assure the totals were correctly calculated. I then tied the Shares and Market Value totals to the totals in our Summary of Net Trust Assets workpaper to make sure the totals were the same within both workpapers. I had a meeting at 9:30 for 30 minutes with Peter O'Brien, Sophia Christodoulakis, and our GDS team members Shweta Jain and Sruthi Francis to discuss the time they had available to help with our workpapers, as well as expectations for the audit. |
| Sruthi Francis | Staff/Assistant | 4-Jun-20 | Employee Benefit Plan Audit | 2.0 | Purdue Federick  Benefit Testing |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Shweta Jain | Senior | 4-Jun-20 | Employee Benefit Plan Audit | 1.0 | Review of Audit planning documents prepared by S. Francis |
| Sruthi Francis | Staff/Assistant | 5-Jun-20 | Employee Benefit Plan Audit | 2.5 | Purdue Federick Participant Data Workbook preparation |
| Sruthi Francis | Staff/Assistant | 5-Jun-20 | Employee Benefit Plan Audit | 2.5 | Purdue Federick  Contribution Testing |
| Sruthi Francis | Staff/Assistant | 5-Jun-20 | Employee Benefit Plan Audit | 2.5 | Purdue Federick  Benefit Testing |
| Shweta Jain | Senior | 5-Jun-20 | Employee Benefit Plan Audit | 2.0 | Review of Audit planning documents prepared by S. Francis |
| O'Brien,Peter | Senior | 8-Jun-20 | Employee Benefit Plan Audit | 0.5 | Independence procedures relating to the Purdue Employee Benefit Plan |
| O'Brien,Peter | Senior | 8-Jun-20 | Employee Benefit Plan Audit | 0.5 | Prepared the draft opinion based on EY guidance |
| O'Brien,Peter | Senior | 8-Jun-20 | Employee Benefit Plan Audit | 0.5 | Reviewed and documented  May 2019 and October 2019 minutes for potential impacts. |
| O'Brien,Peter | Senior | 8-Jun-20 | Employee Benefit Plan Audit | 0.5 | prepared forms for all team members to get access to Fidelity |
| Yuan,Helen | Senior | 9-Jun-20 | Employee Benefit Plan Audit | 0.3 | Confirmed audit engagement requirements. |
| O'Brien,Peter | Senior | 9-Jun-20 | Employee Benefit Plan Audit | 2.0 | Matched the Fiduciaries and Services excel to the audit strategies document |
| O'Brien,Peter | Senior | 9-Jun-20 | Employee Benefit Plan Audit | 0.5 | Topic: To discuss GDS staffing changes for the week and tasks for the current week. Attendees: Shweta Jain, Sruthi Francis, Sophia Christodoulakis, Peter O'Brien |
| O'Brien,Peter | Senior | 9-Jun-20 | Employee Benefit Plan Audit | 0.5 | drafted the opinion letter based on EY guidance |
| Christodoulakis,Sophia Alexis | Manager | 9-Jun-20 | Employee Benefit Plan Audit | 0.3 | GDS weekly call. Attendees S. Jain, S. Francis, P. O'Brien |
| Christodoulakis,Sophia Alexis | Manager | 9-Jun-20 | Employee Benefit Plan Audit | 1.2 | Review of planning documents for 401k plan. initiate client email in order to set up Fidelity access and schedule a kick off call. |
| O'Brien,Peter | Senior | 10-Jun-20 | Employee Benefit Plan Audit | 1.5 | Matched the Fiduciaries and Services excel to the audit strategies document |
| O'Brien,Peter | Senior | 10-Jun-20 | Employee Benefit Plan Audit | 1.0 | Designed the audit tasks for each of the phased of the audit. |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| O'Brien,Peter | Senior | 10-Jun-20 | Employee Benefit Plan Audit | 0.5 | Set up quality reviewer checklist and review files relating to the planning portion of the audit |
| Allinson,Dana Robyn | Staff/Assistant | 10-Jun-20 | Employee Benefit Plan Audit | 4.3 | Matched the Fiduciaries and Services excel to the audit strategies document |
| O'Brien,Peter | Senior | 11-Jun-20 | Employee Benefit Plan Audit | 0.5 | Matched the Fiduciaries and Services excel to the audit strategies document |
| Srinidhi Kyatsandra Suresh | Senior | 11-Jun-20 | Employee Benefit Plan Audit | 1.0 | Review of Management Representation Letter |
| Srinidhi Kyatsandra Suresh | Senior | 11-Jun-20 | Employee Benefit Plan Audit | 0.5 | Task Employer Contributions and Employer Contributions Receivable  Review of B01.01 System Walkthrough |
| Reyno Manoj | Staff/Assistant | 11-Jun-20 | Employee Benefit Plan Audit | 0.2 | populate forms A01.04b  IL602 Tax rev checklist. Part of Income tax procedures. |
| Reyno Manoj | Staff/Assistant | 11-Jun-20 | Employee Benefit Plan Audit | 1.0 | Populate form  A01.04  PPLP Plan Tax Qualification U113  Tax. Part of Income Tax Procedures. |
| Reyno Manoj | Staff/Assistant | 11-Jun-20 | Employee Benefit Plan Audit | 0.3 | Populated Form  A01.04a  U113  Tax Appendices. Part of Income Tax Procedures. |
| Srinidhi Kyatsandra Suresh | Senior | 11-Jun-20 | Employee Benefit Plan Audit | 1.0 | Review of financial statement tie outs |
| Reyno Manoj | Staff/Assistant | 11-Jun-20 | Employee Benefit Plan Audit | 2.0 | Populated form A03.01b  Brokerage link Asset Detail Report 2019. The report involved certain calculations and tieouts. |
| Srinidhi Kyatsandra Suresh | Senior | 11-Jun-20 | Employee Benefit Plan Audit | 1.0 | Review of audit conclusion documentation |
| O'Brien,Peter | Senior | 11-Jun-20 | Employee Benefit Plan Audit | 0.5 | Set up the Partner task for all planning matters. |
| O'Brien,Peter | Senior | 11-Jun-20 | Employee Benefit Plan Audit | 0.5 | Prepared independence forms related to the employee benefit plans. |
| Srinidhi Kyatsandra Suresh | Senior | 11-Jun-20 | Employee Benefit Plan Audit | 0.5 | Review of audit execution documents |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Allinson,Dana Robyn | Staff/Assistant | 11-Jun-20 | Employee Benefit Plan Audit | 4.2 | Today I looked over the work that M. Reyno had done for us, including looking over the management rep letter, form 367US, from 5500 of the financials, the workpapers of the tax checklist, Purdue pharma LP Plan Tax Qualification, Form U113 Tax Appendices. I also reviewed audit conclusion documents for accuracy. |
| Reyno Manoj | Staff/Assistant | 11-Jun-20 | Employee Benefit Plan Audit | 1.8 | Updated the representation letter |
| Reyno Manoj | Staff/Assistant | 11-Jun-20 | Employee Benefit Plan Audit | 0.5 | Populated form Summary Review Memorandum |
| Reyno Manoj | Staff/Assistant | 11-Jun-20 | Employee Benefit Plan Audit | 0.2 | Populated form Review and Approval Summary. |
| Reyno Manoj | Staff/Assistant | 11-Jun-20 | Employee Benefit Plan Audit | 1.0 | Rollforward of Audit planning documents. |
| Reyno Manoj | Staff/Assistant | 12-Jun-20 | Employee Benefit Plan Audit | 0.8 | Performed testing for B01.01  System Walkthrough. |
| Srinidhi Kyatsandra Suresh | Senior | 12-Jun-20 | Employee Benefit Plan Audit | 1.5 | Review of P01.00 Participant data testing |
| Srinidhi Kyatsandra Suresh | Senior | 12-Jun-20 | Employee Benefit Plan Audit | 2.0 | Review of Benefit Testing |
| Reyno Manoj | Staff/Assistant | 12-Jun-20 | Employee Benefit Plan Audit | 3.5 | Performed testing for Benefit testing. |
| Reyno Manoj | Staff/Assistant | 12-Jun-20 | Employee Benefit Plan Audit | 3.0 | Performed Participant data testing |
| Christodoulakis,Sophia Alexis | Manager | 18-Jun-20 | Employee Benefit Plan Audit | 0.8 | Matched the Fiduciaries and Services excel to the audit strategies document |
| Benzel,Florence Gail | Senior Manager | 18-Jun-20 | Employee Benefit Plan Audit | 0.4 | Matched the Fiduciaries and Services excel to the audit strategies document |
| Allinson,Dana Robyn | Staff/Assistant | 18-Jun-20 | Employee Benefit Plan Audit | 0.3 | Had a meeting with Peter O'Brien, Florence Benzel, Sophia Christodoulakis, Lynn Kusinski, Jennifer Annunziata, Linda Tullo and Dinah Warren that was split between both benefit plans discussing our planning for the benefit plans and to see if any changes had taken place between the last benefit plans Audits and this year. |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Christodoulakis,Sophia Alexis | Manager | 18-Jun-20 | Employee Benefit Plan Audit | 0.4 | Call with P. O'Brien - Discussion of Agenda and walkthrough testing items. Split between both codes. |
| Christodoulakis,Sophia Alexis | Manager | 18-Jun-20 | Employee Benefit Plan Audit | 0.3 | Client Planning call with EY: F. Orlovsky, D. Allinson, P. O'Brien Client: L. Kusinski, L. Tullo, D. Warren, J. Annuziata Time split between Defined contribution and Defined Benefit code. |
| Allinson,Dana Robyn | Staff/Assistant | 18-Jun-20 | Employee Benefit Plan Audit | 0.4 | Matched the Fiduciaries and Services excel to the audit strategies document |
| Benzel,Florence Gail | Senior Manager | 18-Jun-20 | Employee Benefit Plan Audit | 0.3 | Client audit planning meeting for both benefit plans (time split between the two).  EY attendees Sophia Christodoulakas, Dana Allinson, Peter O'Brien.  Client attendees:  Lynn Kusinski, Jennifer Annunziata, Linda Tullo, Dinah Warren. |
| Christodoulakis,Sophia Alexis | Manager | 18-Jun-20 | Employee Benefit Plan Audit | 0.4 | Review of Agenda file for team planning event. |
| O'Brien,Peter | Senior | 25-Jun-20 | Employee Benefit Plan Audit | 2.3 | Matched the Fiduciaries and Services excel to the audit strategies document |
| Christodoulakis,Sophia Alexis | Manager | 25-Jun-20 | Employee Benefit Plan Audit | 1.1 | Matched the Fiduciaries and Services excel to the audit strategies document |
| O'Brien,Peter | Senior | 25-Jun-20 | Employee Benefit Plan Audit | 1.1 | Reviewed Contribution, participant and benefit testing performed. To be completed once receive additional support from company |
| O'Brien,Peter | Senior | 25-Jun-20 | Employee Benefit Plan Audit | 0.9 | Reviewed tie out to the company's filed 5500. |
| Allinson,Dana Robyn | Staff/Assistant | 25-Jun-20 | Employee Benefit Plan Audit | 1.8 | Matched the Fiduciaries and Services excel to the audit strategies document |
| Allinson,Dana Robyn | Staff/Assistant | 26-Jun-20 | Employee Benefit Plan Audit | 5.3 | I edited the work that Manoj did for the testing of Participant data testing, Benefit Testing and Contributions . |
| Christodoulakis,Sophia Alexis | Manager | 6-Jul-20 | Employee Benefit Plan Audit | 0.8 | Download information received from the client and upload into canvas for staff. |
| Yuan,Helen | Senior | 6-Jul-20 | Employee Benefit Plan Audit | 1.5 | Reviewed scoping document and ASC 960 report |
| Allinson,Dana Robyn | Staff/Assistant | 6-Jul-20 | Employee Benefit Plan Audit | 1.9 | Worked on testing for benefit payment testing on setting up workpaper and choosing selections for testing. |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Chun,Sung Hwan | Staff/Assistant | 6-Jul-20 | Employee Benefit Plan Audit | 2.0 | People Advisory Services - scoping and data request documents. Scoping document prepared for submission to core team to confirm scoping of ASC 960 review. Data request document lists items needed for ASC 960 review |
| Allinson,Dana Robyn | Staff/Assistant | 7-Jul-20 | Employee Benefit Plan Audit | 2.2 | I sent out requests to Linda Tullo regarding information we need for testing, as well as the financial data. I also requested checks through fidelity for samples we have chosen |
| Chun,Sung Hwan | Staff/Assistant | 7-Jul-20 | Employee Benefit Plan Audit | 1.0 | People Advisory Services - audit analysis (numerical review of disclosure report) |
| Christodoulakis,Sophia Alexis | Manager | 8-Jul-20 | Employee Benefit Plan Audit | 0.5 | Review of plan documents provided to support custodial transfer. Draft email to discuss differences noted. |
| O'Brien,Peter | Senior | 8-Jul-20 | Employee Benefit Plan Audit | 0.5 | Reviewed Benefit payment selections from Fidelity |
| Allinson,Dana Robyn | Staff/Assistant | 8-Jul-20 | Employee Benefit Plan Audit | 1.2 | I requested documentation in collaboration from the client as well as support needed for testing |
| Allinson,Dana Robyn | Staff/Assistant | 8-Jul-20 | Employee Benefit Plan Audit | 0.9 | I went into Fidelity to look at the cancelled check support we were given, and updated our testing documentation to annotate the results from the support given by the client for our selections that were made |
| Chun,Sung Hwan | Staff/Assistant | 8-Jul-20 | Employee Benefit Plan Audit | 0.5 | People Advisory Services - form 442 specialist form |
| Christodoulakis,Sophia Alexis | Manager | 9-Jul-20 | Employee Benefit Plan Audit | 0.3 | Scheduling update |
| O'Brien,Peter | Senior | 10-Jul-20 | Employee Benefit Plan Audit | 0.2 | Reconciled items to the Fidelity Trust Statement |
| Christodoulakis,Sophia Alexis | Manager | 10-Jul-20 | Employee Benefit Plan Audit | 0.8 | Discussion regarding the transfer with P. O'Brien and review of transfer documentation sent |
| Christodoulakis,Sophia Alexis | Manager | 13-Jul-20 | Employee Benefit Plan Audit | 1.3 | Discussion of transfer with P. O'Brien & separately with F Benzel and review docs |
| Christodoulakis,Sophia Alexis | Manager | 13-Jul-20 | Employee Benefit Plan Audit | 0.6 | Agreed on due dates for the remainder of open items External (Purdue) Lynn Kusinski Jennifer Annunziata Dinah Warren; EY Sophia Christodoulakis, Senior Manager Peter O'Brien, Senior Dana Allinson, Staff Caroline Coughlin, Intern |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| O'Brien,Peter | Senior | 13-Jul-20 | Employee Benefit Plan Audit | 0.6 | Agreed on due dates for the remainder of open items External (Purdue) Lynn Kusinski Jennifer Annunziata Dinah Warren; EY Sophia Christodoulakis, Senior Manager Peter O'Brien, Senior Dana Allinson, Staff Caroline Coughlin, Intern |
| Coughlin,Caroline Patricia | Intern | 13-Jul-20 | Employee Benefit Plan Audit | 0.6 | Agreed on due dates for the remainder of open items External (Purdue) Lynn Kusinski Jennifer Annunziata Dinah Warren; EY Sophia Christodoulakis, Senior Manager Peter O'Brien, Senior Dana Allinson, Staff Caroline Coughlin, Intern |
| Christodoulakis,Sophia Alexis | Manager | 13-Jul-20 | Employee Benefit Plan Audit | 0.3 | Internal: Dana Allinson, Sophia Christodoulakis, Peter O'Brien External: Jennifer Annunziata, Dee Cabral Topic: Discussed current and future Payroll Requests required for audit |
| O'Brien,Peter | Senior | 13-Jul-20 | Employee Benefit Plan Audit | 0.3 | Topic: Discussed current and future Payroll Requests required for audit Internal: Dana Allinson, Sophia Christodoulakis, Peter O'Brien External: Jennifer Annunziata, Dee Cabral |
| Allinson,Dana Robyn | Staff/Assistant | 13-Jul-20 | Employee Benefit Plan Audit | 0.6 | Agreed on due dates for the remainder of open items External (Purdue) Lynn Kusinski Jennifer Annunziata Dinah Warren; EY Sophia Christodoulakis, Senior Manager Peter O'Brien, Senior Dana Allinson, Staff Caroline Coughlin, Intern |
| Allinson,Dana Robyn | Staff/Assistant | 13-Jul-20 | Employee Benefit Plan Audit | 0.3 | Internal: Dana Allinson, Sophia Christodoulakis, Peter O'Brien External: Jennifer Annunziata, Dee Cabral Topic: Discussed current and future Payroll Requests required for audit |
| Allinson,Dana Robyn | Staff/Assistant | 13-Jul-20 | Employee Benefit Plan Audit | 1.3 | Sent items in collaboration to Dee Cabral as well as rerouting items from Linda Tullo to Jennifer Annunziata. |
| Coughlin,Caroline Patricia | Intern | 13-Jul-20 | Employee Benefit Plan Audit | 0.2 | Matched the Fiduciaries and Services excel to the audit strategies document |
| Allinson,Dana Robyn | Staff/Assistant | 14-Jul-20 | Employee Benefit Plan Audit | 1.8 | Worked on walkthroughs and setting up the papers to ensure they were correct. |
| Allinson,Dana Robyn | Staff/Assistant | 14-Jul-20 | Employee Benefit Plan Audit | 0.9 | Peter O'Brien and I spoke about the walkthroughs and we showed me what I was looking for and how to execute them |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Allinson,Dana Robyn | Staff/Assistant | 14-Jul-20 | Employee Benefit Plan Audit | 0.6 | Spoke with new Intern Caroline Coughlin showing her the sampling form we have and explained what testing we are doing for testing and explained materiality |
| Allinson,Dana Robyn | Staff/Assistant | 14-Jul-20 | Employee Benefit Plan Audit | 0.9 | Peter O'Brien and I spoke regarding a new request that needed to be made in Collaboration as well – I sent the request while we were on the phone to ensure it was correct – we also discussed testing for participant data that could be populated |
| Allinson,Dana Robyn | Staff/Assistant | 14-Jul-20 | Employee Benefit Plan Audit | 2.3 | I calculated the testing for P01.00 Participant Data Testing in which I recalculated the contribution payments as well as Employer Match Contributions and ensured they tied to the paystubs that were provided as well as Transaction History on Fidelity's website |
| Allinson,Dana Robyn | Staff/Assistant | 14-Jul-20 | Employee Benefit Plan Audit | 1.0 | Spoke with Peter regarding questions after my testing. Asked him about some numbers that I was confused about and he helped understanding the support for me to finish the testing required for the audit. |
| Coughlin,Caroline Patricia | Intern | 14-Jul-20 | Employee Benefit Plan Audit | 0.2 | Footed and Cross footed on the 401k |
| Coughlin,Caroline Patricia | Intern | 14-Jul-20 | Employee Benefit Plan Audit | 1.0 | Reconciled Contribution selections to the payroll and bank statements. |
| O'Brien,Peter | Senior | 14-Jul-20 | Employee Benefit Plan Audit | 2.1 | Reviewed 401K Financial statements |
| Chun,Sung Hwan | Staff/Assistant | 14-Jul-20 | Employee Benefit Plan Audit | 1.4 | People Advisory Services - memo template update (multiple sections) |
| Srinidhi Kyatsandra Suresh | Senior | 14-Jul-20 | Employee Benefit Plan Audit | 3.0 | Prepared Financial Statement tie out |
| Sruthi Francis | Staff/Assistant | 14-Jul-20 | Employee Benefit Plan Audit | 6.0 | Prepared Financial Statement tie out |
| Coughlin,Caroline Patricia | Intern | 15-Jul-20 | Employee Benefit Plan Audit | 0.2 | Recalculated summary of net assets to flow through |
| Yuan,Helen | Senior | 20-Jul-20 | Employee Benefit Plan Audit | 1.1 | Reviewed scoping document and identified outstanding data items |
| Chun,Sung Hwan | Staff/Assistant | 20-Jul-20 | Employee Benefit Plan Audit | 0.5 | Actuary scoping update (scoped assumptions change) |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| O'Brien,Peter | Senior | 22-Jul-20 | Employee Benefit Plan Audit | 1.0 | Client - EY meeting to discuss open participant data selections Participants: EY- Dana Allinson; Purdue- Dinah Warren, Lynn Kusinski |
| Allinson,Dana Robyn | Staff/Assistant | 22-Jul-20 | Employee Benefit Plan Audit | 0.4 | Meeting with Peter O'Brien and Dinah Warren. We discussed questions Dinah had regarding differences we found within our testing. |
| Allinson,Dana Robyn | Staff/Assistant | 22-Jul-20 | Employee Benefit Plan Audit | 0.5 | Reviewed support sent to us for our testing of personnel files for date of hire and termination to compare it to those in our workbooks. |
| O'Brien,Peter | Senior | 23-Jul-20 | Employee Benefit Plan Audit | 1.0 | Reviewed staff prepared walkthrough workpapers around contributions |
| Allinson,Dana Robyn | Staff/Assistant | 23-Jul-20 | Employee Benefit Plan Audit | 3.1 | Using support given by client regarding explanations for differences in workpaper, I was editing our testing. I uploaded a new summary plan description. I looked over work regarding the Disclosure Checklist the summary as well as the top sheet. I uploaded our Going Concerns we have for the audit as well. |
| Coughlin,Caroline Patricia | Intern | 23-Jul-20 | Employee Benefit Plan Audit | 1.4 | Ran the Collaboration Detail Report and formatted the excel. |
| Coughlin,Caroline Patricia | Intern | 23-Jul-20 | Employee Benefit Plan Audit | 0.8 | Worked on the C01.00 file by filling in numbers on the payroll reports |
| Allinson,Dana Robyn | Staff/Assistant | 23-Jul-20 | Employee Benefit Plan Audit | 0.8 | I looked at our minutes that were given and uploaded them to canvas |
| Coughlin,Caroline Patricia | Intern | 23-Jul-20 | Employee Benefit Plan Audit | 0.2 | Matched the Fiduciaries and Services excel to the audit strategies document |
| O'Brien,Peter | Senior | 24-Jul-20 | Employee Benefit Plan Audit | 1.0 | Reviewed staff prepared walkthrough workpapers around contributions |
| Christodoulakis,Sophia Alexis | Manager | 24-Jul-20 | Employee Benefit Plan Audit | 0.3 | Review of engagement status. |
| Coughlin,Caroline Patricia | Intern | 24-Jul-20 | Employee Benefit Plan Audit | 0.1 | Deleted draft requests in EY Canvas |
| Coughlin,Caroline Patricia | Intern | 24-Jul-20 | Employee Benefit Plan Audit | 0.4 | Rolled forward and signed off on documents |
| Christodoulakis,Sophia Alexis | Manager | 24-Jul-20 | Employee Benefit Plan Audit | 0.7 | Review of engagement status. |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Coughlin,Caroline Patricia | Intern | 24-Jul-20 | Employee Benefit Plan Audit | 0.9 | Worked on the C01.00 excel and filled in numbers off of payroll reports |
| Coughlin,Caroline Patricia | Intern | 24-Jul-20 | Employee Benefit Plan Audit | 0.1 | Signed off on documents. |
| Coughlin,Caroline Patricia | Intern | 24-Jul-20 | Employee Benefit Plan Audit | 0.4 | Edited the Collaboration Detail Report |
| Christodoulakis,Sophia Alexis | Manager | 27-Jul-20 | Employee Benefit Plan Audit | 0.5 | Review of benefit payments difference with P O'Brien |
| Christodoulakis,Sophia Alexis | Manager | 28-Jul-20 | Employee Benefit Plan Audit | 0.5 | Review of engagement budget to actual. |
| Christodoulakis,Sophia Alexis | Manager | 28-Jul-20 | Employee Benefit Plan Audit | 1.2 | Review of 401k file. Scheduling of team planning event and client inquiry call |
| Allinson,Dana Robyn | Staff/Assistant | 29-Jul-20 | Employee Benefit Plan Audit | 1.6 | I worked on the financial statements and tying them to our other workpapers in order to ensure accuracy |
| Christodoulakis,Sophia Alexis | Manager | 29-Jul-20 | Employee Benefit Plan Audit | 3.5 | Review of planning for 401k file |
| Allinson,Dana Robyn | Staff/Assistant | 29-Jul-20 | Employee Benefit Plan Audit | 3.7 | I worked on the testing for the Benefit payments. I made the selections and filled out the testing that we could do as well as populate the information needed for sending our selections to the clients at Purdue |
| Allinson,Dana Robyn | Staff/Assistant | 30-Jul-20 | Employee Benefit Plan Audit | 2.8 | After getting the new check register I added to the benefit payment testing workbook. I checked for any new payees and fixed testing for current period to match what was done in prior years |
| Christodoulakis,Sophia Alexis | Manager | 30-Jul-20 | Employee Benefit Plan Audit | 0.5 | Follow up with P O'Brien on the status of the benefit plan audit testing |
| O'Brien,Peter | Senior | 31-Jul-20 | Employee Benefit Plan Audit | 1.5 | Reconcile the Company's Fidelity benefits Register to the trust and document our process in making selections |
| O'Brien,Peter | Senior | 31-Jul-20 | Employee Benefit Plan Audit | 1.5 | Reconcile the Company's US Bank benefits Register to the trust and document our process in making selections |
| Christodoulakis,Sophia Alexis | Manager | 6-Aug-20 | Employee Benefit Plan Audit | 3.4 | Review of planning items. |
| O'Brien,Peter | Senior | 6-Aug-20 | Employee Benefit Plan Audit | 0.6 | Set up the Team Planning event for the plans |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Benzel,Florence Gail | Senior Manager | 7-Aug-20 | Employee Benefit Plan Audit | 0.3 | Participants: Tony Cannavina, Engagement Partner Roger Savell - EQR Florence Benzel – Senior Manager Sophia Christodoulakis – Manager Peter O'Brien - Senior Dana R Allinson - Staff  Description: Team planning event, to review and approve the teams planning (including materiality, estimates, and testing approach) for the 2019 Purdue 401(k) plan audit |
| Cannavina, Anthony | Executive Director | 7-Aug-20 | Employee Benefit Plan Audit | 0.3 | Team planning event, to review and approve the teams planning (including materiality, estimates, and testing approach) for the 2019Purdue plan audits.  Attendees: Roger Savell, Flo Benzel, Sophia Christodoulakis, Peter O'Brien, Dana Allinson. |
| Christodoulakis, Sophia Alexis | Manager | 7-Aug-20 | Employee Benefit Plan Audit | 0.3 | Participants: Tony Cannavina, Engagement Partner Roger Savell - EQR Florence Benzel – Senior Manager Sophia Christodoulakis – Manager Peter O'Brien - Senior Dana R Allinson - Staff Description: Team planning event, to review and approve the teams planning (including materiality, estimates, and testing approach) for the 2019 Purdue 401(k) plan audit |
| Christodoulakis,Sophia Alexis | Manager | 7-Aug-20 | Employee Benefit Plan Audit | 3.5 | Review of planning & execution sections. |
| Christodoulakis,Sophia Alexis | Manager | 7-Aug-20 | Employee Benefit Plan Audit | 2.7 | Creation of Billing schedule. |
| Chun,Sung Hwan | Staff/Assistant | 7-Aug-20 | Employee Benefit Plan Audit | 1.0 | Actuary  Scoping template review and update |
| O'Brien,Peter | Senior | 7-Aug-20 | Employee Benefit Plan Audit | 0.3 | Participants: Tony Cannavina, Engagement Partner Roger Savell - EQR Florence Benzel – Senior Manager Sophia Christodoulakis – Manager Peter O'Brien - Senior Dana R Allinson - Staff Description: Team planning event, to review and approve the teams planning (including materiality, estimates, and testing approach) for the 2019 Purdue 401(k) plan audit |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Savell,Roger B | Partner/Principal | 7-Aug-20 | Employee Benefit Plan Audit | 0.3 | Participants: Tony Cannavina, Engagement Partner Roger Savell - EQR Florence Benzel – Senior Manager Sophia Christodoulakis – Manager Peter O'Brien - Senior Dana R Allinson - Staff Description: Team planning event, to review and approve the teams planning (including materiality, estimates, and testing approach) for the 2019 Purdue 401(k) plan audit |
| Allinson, Dana | Staff/Assistant | 7-Aug-20 | Employee Benefit Plan Audit | 0.3 | Participants: Tony Cannavina, Engagement Partner Roger Savell - EQR Florence Benzel – Senior Manager Sophia Christodoulakis – Manager Peter O'Brien - Senior Dana R Allinson - Staff Description: Team planning event, to review and approve the teams planning (including materiality, estimates, and testing approach) for the 2019 Purdue 401(k) plan audit |
| Christodoulakis,Sophia Alexis | Manager | 10-Aug-20 | Employee Benefit Plan Audit | 2.0 | Billing and engagement metrics |
| Chun,Sung Hwan | Staff/Assistant | 10-Aug-20 | Employee Benefit Plan Audit | 1.0 | Actuary  - analysis (mortality assumption) |
| Benzel,Florence Gail | Senior Manager | 11-Aug-20 | Employee Benefit Plan Audit | 2.6 | Performed the general review of the audit planning including selections for testing, scoping of accounts, analytical review of account balances, and independence documents. |
| Benzel,Florence Gail | Senior Manager | 11-Aug-20 | Employee Benefit Plan Audit | 0.5 | Call with Sophia Christodoulakis and Peter O'Brien to review the details of the transfer of assets from USBank to Fidelity in May 2019. |
| Christodoulakis,Sophia Alexis | Manager | 11-Aug-20 | Employee Benefit Plan Audit | 0.8 | Billing and engagement metrics |
| Christodoulakis,Sophia Alexis | Manager | 11-Aug-20 | Employee Benefit Plan Audit | 0.5 | Review of transfer calculation |
| Christodoulakis,Sophia Alexis | Manager | 11-Aug-20 | Employee Benefit Plan Audit | 0.8 | Description: EY Internal Meeting to discuss the transfer of assets from US bank to Fidelity. EY Team members: Florence Benzel Sophia Christodoulakis Peter O'Brien |
| Chun,Sung Hwan | Staff/Assistant | 11-Aug-20 | Employee Benefit Plan Audit | 1.2 | Actuary  - memo template |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| O'Brien,Peter | Senior | 11-Aug-20 | Employee Benefit Plan Audit | 0.5 | Description: EY Internal Meeting to discuss the transfer of assets from US bank to Fidelity. EY Team members: Florence Benzel Sophia Christodoulakis Peter O'Brien |
| Yuan,Helen | Senior | 11-Aug-20 | Employee Benefit Plan Audit | 1.1 | Review of Actuary  analysis |
| Christodoulakis,Sophia Alexis | Manager | 12-Aug-20 | Employee Benefit Plan Audit | 1.0 | Billing and engagement metrics |
| Christodoulakis,Sophia Alexis | Manager | 13-Aug-20 | Employee Benefit Plan Audit | 0.5 | Reviewed status of planning items |
| Chun,Sung Hwan | Staff/Assistant | 13-Aug-20 | Employee Benefit Plan Audit | 0.3 | Actuary  - core team correspondence (follow-up items for the actuary; outstanding items) |
| Fox,Nicholas K. | Manager | 13-Aug-20 | Employee Benefit Plan Audit | 3.0 | Review followups and analysis to date |
| O'Brien,Peter | Senior | 13-Aug-20 | Employee Benefit Plan Audit | 2.6 | Reviewed Testing documents post EY executive review. Included requesting and performing additional benefit payment selections. |
| O'Brien,Peter | Senior | 13-Aug-20 | Employee Benefit Plan Audit | 4.7 | Reviewed Walkthrough documents post EY executive review. |
| Chun,Sung Hwan | Staff/Assistant | 14-Aug-20 | Employee Benefit Plan Audit | 0.2 | Actuary  - core team follow-up items for initial analysis |
| O'Brien,Peter | Senior | 14-Aug-20 | Employee Benefit Plan Audit | 3.7 | Reviewed walkthrough documents prepared by the staff. |
| O'Brien,Peter | Senior | 14-Aug-20 | Employee Benefit Plan Audit | 2.3 | Review planning docs prior to executive review. |
| O'Brien,Peter | Senior | 14-Aug-20 | Employee Benefit Plan Audit | 2.0 | Prepared EY required testing phase documents. |
| Yuan,Helen | Senior | 14-Aug-20 | Employee Benefit Plan Audit | 0.5 | Review of Actuary  analysis |
| Cannavina,Anthony | Executive Director | 17-Aug-20 | Employee Benefit Plan Audit | 4.2 | Review of audit planning workpapers for the Purdue 401(k) Plan. |
| Chun,Sung Hwan | Staff/Assistant | 17-Aug-20 | Employee Benefit Plan Audit | 0.7 | Actuary  - discussion with core team (data request for benefit calculations), form 114 request |
| O'Brien,Peter | Senior | 17-Aug-20 | Employee Benefit Plan Audit | 4.5 | Prepared the reconciliation of Assets workpaper. |
| O'Brien,Peter | Senior | 17-Aug-20 | Employee Benefit Plan Audit | 2.5 | Reviewed the support received for the benefit payment testing for fidelity |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Christodoulakis,Sophia Alexis | Manager | 18-Aug-20 | Employee Benefit Plan Audit | 1.0 | Review of transfer details and differences to return comments to the client. |
| O'Brien,Peter | Senior | 18-Aug-20 | Employee Benefit Plan Audit | 3.7 | Documented and reviewed our staff prepared SOC1 report reconciliations to our workpapers. |
| O'Brien,Peter | Senior | 18-Aug-20 | Employee Benefit Plan Audit | 0.3 | Description: To go over open items for the Defined Contribution plan Participants: Sophia Christodoulakis, EY Peter O'Brien, EY |
| O'Brien,Peter | Senior | 18-Aug-20 | Employee Benefit Plan Audit | 4.0 | Prepared the tie-out workbook for the financial statements |
| Christodoulakis,Sophia Alexis | Manager | 19-Aug-20 | Employee Benefit Plan Audit | 1.0 | Review of issues related to 5500 reconciliation and transfer |
| Chun,Sung Hwan | Staff/Assistant | 19-Aug-20 | Employee Benefit Plan Audit | 4.0 | Actuary  - review of benefit calculation support from Fidelity, scoping template update for data items received, correspondence with core team for additional data |
| O'Brien,Peter | Senior | 19-Aug-20 | Employee Benefit Plan Audit | 3.5 | Prepared workpapers for the reconciliation to the schedule 5500 |
| O'Brien,Peter | Senior | 19-Aug-20 | Employee Benefit Plan Audit | 0.8 | Reviewed remaining benefit payment selections received 8-19-2020. Sent client updated open items relating to these. |
| O'Brien,Peter | Senior | 19-Aug-20 | Employee Benefit Plan Audit | 0.5 | Client meeting to discuss benefit payment selections for the pension plan. Participants: Peter O'Brien, EY Lynn Kusinski, Purdue Dinah Warren, Purdue |
| Chun,Sung Hwan | Staff/Assistant | 20-Aug-20 | Employee Benefit Plan Audit | 6.0 | Actuary  - update with core team on timing; Deloitte sample benefit calculation analysis; Scoping template update (data items for Deloitte sample lives) |
| Yuan,Helen | Senior | 20-Aug-20 | Employee Benefit Plan Audit | 1.0 | Reviewing benefit calculations |
| Benzel,Florence Gail | Senior Manager | 21-Aug-20 | Employee Benefit Plan Audit | 1.2 | Re-reviewed documents to ensure comments were addressed and then either closed or re-opened those notes. Performed review over several  additional planning documents |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Benzel,Florence Gail | Senior Manager | 21-Aug-20 | Employee Benefit Plan Audit | 1.5 | Team call with Sophia Christodoulakis and Peter O'Brien. We discussed how information technology systems tested by the corporate audit team and by third party service providers impacted audit strategies |
| Benzel,Florence Gail | Senior Manager | 21-Aug-20 | Employee Benefit Plan Audit | 1.4 | Reviewed available planning documents related to a general understanding of the plan and our audit approach as well as our testing strategy. |
| Christodoulakis,Sophia Alexis | Manager | 21-Aug-20 | Employee Benefit Plan Audit | 0.7 | Call with P. Obrien and subsequently F. Benzel regarding control testing |
| Christodoulakis,Sophia Alexis | Manager | 21-Aug-20 | Employee Benefit Plan Audit | 1.0 | Clear 401k comments |
| Christodoulakis,Sophia Alexis | Manager | 21-Aug-20 | Employee Benefit Plan Audit | 0.8 | Call with P. Obrien and subsequently F. Benzel regarding control testing |
| Christodoulakis,Sophia Alexis | Manager | 21-Aug-20 | Employee Benefit Plan Audit | 4.0 | Review of planning pension |
| Chun,Sung Hwan | Staff/Assistant | 21-Aug-20 | Employee Benefit Plan Audit | 4.0 | Actuary  - benefit calculation review (sample lives Laskowski, Sloan, Tevlin, Toth, Philbrook, Treglia) |
| O'Brien,Peter | Senior | 21-Aug-20 | Employee Benefit Plan Audit | 0.7 | Call with S. Christodoulakis and subsequently F. Benzel regarding control testing |
| O'Brien,Peter | Senior | 21-Aug-20 | Employee Benefit Plan Audit | 0.8 | Call with S. Christodoulakis and subsequently F. Benzel regarding control testing |
| Christodoulakis,Sophia Alexis | Manager | 22-Aug-20 | Employee Benefit Plan Audit | 2.0 | Review of 401k file |
| Christodoulakis,Sophia Alexis | Manager | 22-Aug-20 | Employee Benefit Plan Audit | 0.5 | Review of defined benefit plan file |
| Benzel,Florence Gail | Senior Manager | 23-Aug-20 | Employee Benefit Plan Audit | 1.0 | Reviewed key testing areas of benefit payments and participant contributions |
| Benzel,Florence Gail | Senior Manager | 23-Aug-20 | Employee Benefit Plan Audit | 1.5 | Reviewed testing strategy planned by the team as documented in the audit file as well as execution of such procedures |
| Christodoulakis,Sophia Alexis | Manager | 24-Aug-20 | Employee Benefit Plan Audit | 2.0 | Clear comments in file |
| Chun,Sung Hwan | Staff/Assistant | 24-Aug-20 | Employee Benefit Plan Audit | 3.4 | Actuary  - sample life benefit calculations |
| Bansal,Swati | Senior | 26-Aug-20 | Employee Benefit Plan | 2.0 | Checking Benefit Calculations provided by Actuary |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| | | | Audit | | |
| Chun,Sung Hwan | Staff/Assistant | 26-Aug-20 | Employee Benefit Plan Audit | 2.0 | Actuary - scoping and tracking tool updated for additional benefit calculation support |
| O'Brien,Peter | Senior | 26-Aug-20 | Employee Benefit Plan Audit | 3.5 | Reviewed and addressed executive comments left in the workpapers. |
| O'Brien,Peter | Senior | 26-Aug-20 | Employee Benefit Plan Audit | 4.0 | Reviewed executive comments left in the workpapers. |
| Bansal,Swati | Senior | 27-Aug-20 | Employee Benefit Plan Audit | 3.0 | Checking Benefit Calculations provided by Actuary |
| Bansal,Swati | Senior | 27-Aug-20 | Employee Benefit Plan Audit | 1.0 | Checking Mortality Assumption support |
| Chun,Sung Hwan | Staff/Assistant | 27-Aug-20 | Employee Benefit Plan Audit | 1.5 | Actuary - mortality analysis, memo template update for mortality section, benefit calculation update (sample life Cullen) |
| Fox,Nicholas K. | Manager | 27-Aug-20 | Employee Benefit Plan Audit | 2.0 | Actuary executive review |
| O'Brien,Peter | Senior | 28-Aug-20 | Employee Benefit Plan Audit | 4.0 | Reviewed and addressed executive comments left in the workpapers. |
| Chun,Sung Hwan | Staff/Assistant | 31-Aug-20 | Employee Benefit Plan Audit | 1.5 | Actuary - benefit calculation (Fidelity sample lives) |
| Nguyen,Dominic Lee | Senior | 31-Aug-20 | Employee Benefit Plan Audit | 0.6 | Actuary - memo template |
| Bansal,Swati | Senior | 1-Sep-20 | Employee Benefit Plan Audit | 2.0 | Checking Pending Benefit Calculations |
| Chun,Sung Hwan | Staff/Assistant | 3-Sep-20 | Employee Benefit Plan Audit | 1.5 | Actuary - memo template |
| Christodoulakis,Sophia Alexis | Manager | 5-Sep-20 | Employee Benefit Plan Audit | 0.5 | Respond to client email. |
| Chun,Sung Hwan | Staff/Assistant | 8-Sep-20 | Employee Benefit Plan Audit | 2.0 | Actuary - memo template, form 442, work papers |
| Bansal,Swati | Senior | 9-Sep-20 | Employee Benefit Plan Audit | 4.5 | Reviewing final memo and work papers to deliver to core team |
| Chun,Sung Hwan | Staff/Assistant | 10-Sep-20 | Employee Benefit Plan Audit | 1.0 | Actuary - internal discussion (timing, findings) |
| Fox,Nicholas K. | Manager | 10-Sep-20 | Employee Benefit Plan Audit | 5.0 | Actuary executive review |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Zee,Ena | Executive Director | 10-Sep-20 | Employee Benefit Plan Audit | 0.5 | Retirement plan review of plan accounting |
| Bansal,Swati | Senior | 14-Sep-20 | Employee Benefit Plan Audit | 1.0 | Updating final deliverable as per Reviewer comments |
| Chun,Sung Hwan | Staff/Assistant | 14-Sep-20 | Employee Benefit Plan Audit | 1.0 | Actuary  - submission process (work papers, memo template update) |
| Zee,Ena | Executive Director | 14-Sep-20 | Employee Benefit Plan Audit | 3.5 | Retirement plan -review of analyses for the assumptions, reconciliation of benefit obligation and retirement benefit calculation. related review of the memo and work papers |
| Bansal,Swati | Senior | 15-Sep-20 | Employee Benefit Plan Audit | 0.5 | Reviewing final deliverable before sending to core team |
| Chun,Sung Hwan | Staff/Assistant | 15-Sep-20 | Employee Benefit Plan Audit | 0.7 | Actuary  - work paper and memo submission |
| Savell,Roger B | Partner/Principal | 15-Sep-20 | Employee Benefit Plan Audit | 1.0 | Quality review - planning section of 401k plan. |
| Christodoulakis,Sophia Alexis | Manager | 21-Sep-20 | Employee Benefit Plan Audit | 1.0 | Review audit file |
| Christodoulakis,Sophia Alexis | Manager | 27-Sep-20 | Employee Benefit Plan Audit | 2.4 | Review planning and execution stages of the file |
| Christodoulakis,Sophia Alexis | Manager | 28-Sep-20 | Employee Benefit Plan Audit | 1.0 | Update with P. Obrien regarding open items. |
| O'Brien,Peter | Senior | 28-Sep-20 | Employee Benefit Plan Audit | 1.0 | Update with S. Christodoulakis regarding open items. |
| Benzel,Florence Gail | Senior Manager | 29-Sep-20 | Employee Benefit Plan Audit | 0.7 | Reviewed the draft financial statements |
| Christodoulakis,Sophia Alexis | Manager | 29-Sep-20 | Employee Benefit Plan Audit | 0.5 | Review financial statement ballots |
| Christodoulakis,Sophia Alexis | Manager | 29-Sep-20 | Employee Benefit Plan Audit | 1.0 | Discussion re open items. |
| O'Brien,Peter | Senior | 29-Sep-20 | Employee Benefit Plan Audit | 8.8 | Performed updated independence procedures |
| Christodoulakis,Sophia Alexis | Manager | 30-Sep-20 | Employee Benefit Plan Audit | 1.2 | Review of financial statements and provide comments to the client. |
| | | **Total** | | **333.3** | |