**EXHIBIT B**
**EXPENSE DETAIL**

|  | Transaction Date | Category Description | Expense Amount | Description |
|---|---|---|---|---|
| Intra-firm billing | 03 Sep 2020 | Other | $300.00 | Engagement of internal specialist to review Service Organization reports to rely on third-party controls |
| Intra-firm billing | 03 Sep 2020 | Other | $300.00 | Engagement of internal specialist to review Service Organization reports to rely on third-party controls |
|  |  | **Total** | **$600.00** |  |