## Exhibit D

### Fees by Project Category for Fee Period

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Claims Valuation | 3,179.30 | $ 1,428,766.50 |
| Settlement Issues | 11.40 | $15,617.50 |
| Preparation of Fee Statements/Interim Application | 54.30 | $30,434.00 |
| **Total** | 3,245.00 | $1,474,818.00 |