**Exhibit F**

**Expense Summary**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---:|---:|
| Court and Related Fees | CourtSolutions | $ 70.00 |
| Computer Research | Westlaw | $ 175.00 |
| Document/Data Acquisition | Journal Articles | $ 346.47 |
| **Total** | | $ 591.47 |