**Exhibit G**

**Customary and Comparable Compensation Disclosures for the Fee Period**

| CATEGORY OF TIMEKEEPER | Standard Rates for Professionals and Paraprofessionals at Cornerstone Research for the Fee Period[2] | Purdue Application Blended Hourly Rate |
|---|---|---|
| Vice President/ Senior Vice President | $820-$1,250 | $845.42 |
| Principal | $705-$775 | $708.35 |
| Manager/ Senior Manager | $605-$680 | $626.41 |
| Associate | $495-$575 | $524.93 |
| Research Associate | $410-$495 | $415.83 |
| Senior Analyst | $380-$390 | $380.00 |
| Analyst | $320-$350 | $329.02 |
| Data Analytics | $360-$580 | $395.00 |
| **Paraprofessionals** | | |
| Information Resources | $200-$410 | $392.16 |
| Litigation Support | $155-$170 | $155.00 |

---

[2] Rates differ within a level due to the relative experience of the staff.