DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Eli J. Vonnegut
Marc J. Tobak
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF FILING OF FURTHER REVISED PROPOSED ORDER REGARDING
THE MOTION OF DEBTORS PURSUANT TO 11 U.S.C. § 105 AND
FED. R. BANKR. P. 9019 AUTHORIZING AND APPROVING SETTLEMENTS
BETWEEN THE DEBTORS AND THE UNITED STATES**

**PLEASE TAKE NOTICE** that on October 21, 2020, Purdue Pharma L.P. and certain of

its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases

(collectively, the "**Debtors**"), filed the *Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed.*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*R. Bankr. P. 9019 Authorizing and Approving Settlements between the Debtors and the United States* [Dkt. No. 1828] ("**Motion**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a further revised proposed *Order Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Settlements between the Debtors and the United States*, attached hereto as **Exhibit A** (the "**Order**").

**PLEASE TAKE FURTHER NOTICE** that a blackline reflecting changes from the proposed order filed with the Motion on October 21, 2020 is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that a changed-pages-only blackline reflecting changes from the revised proposed order filed on November 17, 2020 [Dkt. No. 1997] is attached hereto as **Exhibit C**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion and entry of the proposed Order will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on **November 17, 2020 at 10:00 a.m.** (**prevailing Eastern Time**) (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted telephonically. Any parties wishing to participate must do so telephonically by making arrangements through CourtSolutions online at https://www.court-solutions.com.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and all related papers may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

| | |
|---|---|
| Dated: November 17, 2020<br>New York, New York | Respectfully submitted,<br><br>/s/ *Marshall S. Huebner*<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>Marshall S. Huebner<br>Benjamin S. Kaminetzky<br>James I. McClammy<br>Eli J. Vonnegut<br>Marc J. Tobak<br>Christopher S. Robertson<br><br>*Counsel to the Debtors*<br>*and Debtors in Possession* |

**<u>Exhibit A</u>**

**Revised Proposed Order**

**<u>Exhibit B</u>**

**Blackline of Revised Proposed Order and Proposed Order filed with the Motion**

**Exhibit C**

**Blackline of Revised Proposed Order and Proposed Order filed at Docket No. 1997**