UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P. et al.,[1] | Case No. 19-23649 (RDD) |
| Debtors | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Marc P. Gertz, hereby request admission *pro hac vice* in the above-referenced chapter 11 cases to represent the Northeast Ohio School Board Group. I certify that I am a member in good standing of the bar of the State of Ohio. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Date: 11/11/2020

Marc P. Gertz, Esq.
Gertz & Rosen, Ltd.
11 South Forge Street
Akron, Ohio 44304
Direct Dial: 330.255.0727
Direct Fax: 330.932.2366
mpgertz@gertzrosen.com

*Attorney for Northeast Ohio School Board Group*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7584), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.