**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P. *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Marc P. Gertz to be admitted *pro hac vice* to represent the Northeast Ohio School Board Group in the above-referenced chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar of the State of Ohio, it is hereby

**ORDERED** that Marc P Gertz, Esq. is admitted to practice *pro hac vice* in the above-captioned cases to represent the Northeast Ohio School Board Group in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Date: November 18, 2020            */s/Robert D. Drain*
White Plains, New York             THE HONORABLE ROBERT D. DRAIN
                                   UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7584), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.