## **Exhibit 2**[3]

Supplemental Client Match List for Past Two Years

| Matched Entity | Relationship to Debtors |
|---|---|
| DREYFUS FUNDS | Bank |
| LEGACY PHARMACEUTICAL | Customer |
| KURTZMAN CARSON CONSULTANTS LLC | Creditor Committee Professional |
| ERNST & YOUNG (CANADA), COURT APPOINTED INFORMATION OFFICER | Other Professional |
| INTRALINKS INC | Vendor |
| MALVERN PANALYTICAL INC | Vendor |

---

[3] Davis Polk currently represents, or has represented within the past two years, the entities listed on this Schedule 2 or one or more of their affiliates.

1

#93806829v5