**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

## NOTICE OF TWELFTH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | October 1, 2020 through October 31, 2020 |
| **Amount of Compensation Requested (after 13% discount):** | $101,843.51 |
| **Less 20% Holdback** | $20,368.70 |
| **Net of Holdback**: | $81,474.80 |
| **Amount of Expense Reimbursement Requested:** | $3,092.10 |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $84,566.90 |

**This is a**     <u>X</u>__ Monthly _____Interim ___ Final Fee Statement

*[The remainder of this page has been intentionally left blank]*

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this twelfth monthly fee statement (the "Twelfth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from October 1, 2020 through October 31, 2020 (the "Twelfth Monthly Fee Period"). By this Twelfth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $84,566.90 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Twelfth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

### SERVICES RENDERED AND EXPENSES INCURRED

1.    Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Twelfth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended hourly

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]    The total amount sought for fees reflects (a) voluntary write offs in the amount of $650.00 and (b) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $15,868.00 for the Twelfth Monthly Fee Period), for an overall voluntary reduction of approximately 13.5%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2020, Jones Day is using 2019 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13.5% reduction.

billing rate of Jones Day timekeepers during the Twelfth Monthly Fee Period is approximately $674.46.[4]

2.     Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Twelfth Monthly Fee Period.

3.     Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Twelfth Monthly Fee Period.

4.     Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Twelfth Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.     Notice of this Twelfth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and

---

[4]     The blended rate is comprised of all Jones Day timekeepers who provided services during the Twelfth Monthly Fee Period.

[5]     The time records included in **Exhibit D** have been minimally redacted to protect privileged information.

(v) the fee examiner, Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.     Objections to this Twelfth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than December 4, 2020 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7.     If no objections to this Twelfth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Twelfth Monthly Fee Statement.

8.     To the extent that an objection to this Twelfth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Twelfth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Twelfth Monthly Fee Statement has

been made to this or any other court.

Dated: November 20, 2020                    _/s/  Anna Kordas_____
      New York, NY                         JONES DAY
                                    John J. Normile
                                    Anna Kordas
                                    250 Vesey Street
                                    New York, NY 10281
                                    Telephone:      (212) 326-3939
                                    Facsimile:      (212) 755-7306
                                    Email:            jjnormile@jonesday.com
                                                          akordas@jonesday.com

                                    *Special Counsel to the Debtors and*
                                    *Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

## JONES DAY
### PROFESSIONAL PERSON SUMMARY
### OCTOBER 1, 2020 – OCTOBER 31, 2020

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|------|------|------|------|------|------|
| **PARTNER** | | | | | |
| Christopher Morrison | 2001 | $950.00 | $826.50 | 0.30 | $285.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | 46.50 | $56,962.50 |
| **TOTAL PARTNER:** | | | | **46.80** | **$57,247.50** |
| **ASSOCIATE** | | | | | |
| Anna Kordas | 2014 | $750.00 | $652.50 | 10.10 | $7,575.00 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | 61.80 | $37,389.00 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | 8.40 | $4,620.00 |
| Furqaan Siddiqui | 2017 | $550.00 | $478.50 | 7.40 | $4,070.00 |
| **TOTAL ASSOCIATE:** | | | | **87.70** | **$53,654.00** |
| **PARALEGAL & STAFF** | | | | | |
| Barbara M. Burke | N/A | $175.00 | $152.25 | 0.70 | $122.50 |
| Jason J. Darensbourg | N/A | $325.00 | $282.75 | 3.50 | $1,137.50 |
| Kristina Horn | N/A | $400.00 | $348.00 | 11.50 | $4,600.00 |
| Marguerite Melvin | N/A | $375.00 | $326.25 | 0.80 | $300.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **16.50** | **$6,160.00** |
| **TOTAL:** | | | | **151.00** | **$117,061.50** |

## EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

## OCTOBER 1, 2020 – OCTOBER 31, 2020

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 35.60 | $31,934.00 |
| Strategic Corporate Advice | 9.00 | $8,130.00 |
| Retention Matters | 20.30 | $14,395.00 |
| Accord Healthcare Inc. | 86.10 | $62,602.50 |
| **TOTAL** | **151.00** | **$117,061.50** |
| **13% DISCOUNT** | | **$15,218.00** |
| **TOTAL FEES** | | **$101,843.51** |

## EXHIBIT C

**EXPENSE SUMMARY**
**OCTOBER 1, 2020 – OCTOBER 31, 2020**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $3,000.00 |
| Printing Charges | $92.10 |
| **TOTAL** | **$3,092.10** |

# **EXHIBIT D**

## **TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

November 16, 2020                                                    305158-610005

                                                                          Invoice: 33437236

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2020:

| | | |
|---|---|---:|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 31,934.00 |
| Less 13% Fee Discount | | (4,151.42) |
| | USD | 27,782.58 |
| **TOTAL** | **USD** | **27,782.58** |

Please remit payment to:

**ACH Transfer (preferred)**  **Wire Transfer**
Citibank, N.A.     Citibank, N.A.
New York, NY      New York, NY
Account Name: Jones Day  Account Name: Jones Day
Account No: 37026407   Account No: 37026407
ABA No: 021000089    ABA No: 021000089
          Swift Code: CITIUS33

PLEASE REFERENCE 305158-610005/33437236 WITH YOUR PAYMENT

JONES DAY

305158-610005

Page 2

November 16, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice:  33437236

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| C M MORRISON | 0.30 | 950.00 | 285.00 |
| J J NORMILE | 17.50 | 1,225.00 | 21,437.50 |
| ASSOCIATE | | | |
| K MCCARTHY | 15.30 | 605.00 | 9,256.50 |
| PARALEGAL | | | |
| J J DARENSBOURG | 0.60 | 325.00 | 195.00 |
| LEGAL SUPPORT | | | |
| K HORN | 1.90 | 400.00 | 760.00 |
| **TOTAL** | **35.60** | **USD** | **31,934.00** |

JONES DAY

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 3
November 16, 2020
Invoice:  33437236

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/01/20 | K MCCARTHY | 0.80 |

Draft/revise letter authorizing removal of client files (0.3) and communicate with paralegal team regarding same (0.5).

| 10/05/20 | K HORN | 0.60 |

Review files for correspondence regarding '919 claim construction per K. McCarthy (0.2); compile Wuest Expert Reports for P. Hendler (0.4).

| 10/05/20 | K MCCARTHY | 1.80 |

Review/analyze parties supplemental claim construction positions (0.8) ███████ (0.2); prepare for and participate in teleconference with J. Normile, B. Koch, R. Kreppel, R. Inz, and R. Silbert regarding weekly litigation status updates (0.6), including review of litigation status tracker (0.2).

| 10/05/20 | J J NORMILE | 1.00 |

Review of background materials relating to various claim construction briefs (0.5) and rulings and related teleconference with K. McCarthy (0.5).

| 10/06/20 | K MCCARTHY | 0.60 |

Review/analyze parties' supplemental claim construction positions (0.4) ████████████ (0.2).

| 10/06/20 | J J NORMILE | 1.30 |

█████████████████████████████ (.50); ████████████ (.80).

| 10/07/20 | K HORN | 0.50 |

Compile L. Rider and G. Hon transcripts for P. Hendler.

| 10/07/20 | K MCCARTHY | 1.00 |

Attention to correspondence with J. Normile, B. Koch, and P. Hendler regarding disposition of certain client files (0.6); attention to correspondence with outside testing laboratory regarding outstanding invoices (0.4).

| 10/07/20 | J J NORMILE | 1.50 |

Various teleconferences regarding strategy for upcoming Status Conference before Judge Saylor and review of relevant background materials.

| 10/08/20 | J J DARENSBOURG | 0.20 |

Manage shared database for attorneys of correspondence regarding transfer of case files to P Hendler.

| 10/08/20 | K HORN | 0.80 |

Compile electronic files and transmit to P. Hendler for review per K. McCarthy.

| 10/08/20 | J J NORMILE | 1.50 |

Various teleconferences regarding upcoming status conference before Judge Saylor (0.5) and review of background materials regarding same (1.0).

| 10/09/20 | J J NORMILE | 1.00 |

Preparation for and participation in teleconference with J. Holdreith regarding upcoming status conference with Judge Saylor (0.5) and preparation of letter to the Court regarding same (0.5).

| 10/12/20 | K MCCARTHY | 1.60 |

Draft/revise joint letter to Court regarding schedule (1.0) and finalize same for filing (0.3); communicate with J. Normile, P. Hendler, and C. Morrison regarding same (0.3).

| 10/12/20 | C M MORRISON | 0.30 |

Confer with J. Normile regarding PTAB status and upcoming status conference with J. Saylor; review and file letter to Judge Saylor; communicate with clerk regarding same.

JONES DAY

305158-610005                                                                    Page 4
                                                                      November 16, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33437236

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**10/12/20    J J NORMILE    2.00**
Preparation for upcoming status conference before Judge Saylor including review and revision of letter to the Court (1.0) and various teleconferences with B. Koch, K. McCarthy, C. Morrison and J. Holdreith (1.0).

**10/13/20    J J NORMILE    1.60**
Preparation for status conference before Judge Saylor (.80); preparation for and participation in weekly team teleconference with R. Inz, R. Silbert, R. Kreppel, A. Nicolais, K. McCarthy and P. Hendler (.80).

**10/14/20    J J NORMILE    1.00**
Review of correspondence regarding stay of appeal from bankruptcy order and review of background materials for proposed case management schedule.

**10/15/20    K MCCARTHY    0.50**
Draft/revise Purdue's proposed consolidated case schedule for ongoing District Court actions (0.5).

**10/16/20    J J NORMILE    1.50**
Review of relevant background materials for proposed case management schedule with and without 961 patent in the case.

**10/21/20    K MCCARTHY    0.50**
Draft/revise proposed consolidated schedule.

**10/25/20    K MCCARTHY    1.50**
Draft/revise Purdue's proposed consolidated schedule and communicate with J. Normile regarding same (1.5).

**10/25/20    J J NORMILE    1.00**
Preparation for and participation in teleconference with K. McCarthy regarding case management schedules under various scenarios.

**10/26/20    K MCCARTHY    3.00**
Draft/revise parties' proposed schedules (2.0); perform follow-up research regarding same (0.7); communicate with J. Normile regarding same (0.3).

**10/26/20    J J NORMILE    0.50**
Preparation of case management schedules under various scenarios.

**10/27/20    K MCCARTHY    2.00**
Draft/revise proposed consolidated schedule (1.5) and communicate with J. Normile and P. Hendler regarding same (0.5).

**10/27/20    J J NORMILE    1.00**
Preparation for and participation in teleconference with K. McCarthy regarding draft case management schedules (0.8); correspondence for P. Hendler regarding same (0.2).

**10/28/20    J J NORMILE    1.00**
Preparation for and participation in teleconference with K. McCarthy and P. Hendler regarding proposed case management schedules and review of various correspondence regarding same.

**10/29/20    J J NORMILE    0.80**
Participate in District of Massachusetts webinar presented by Judge Saylor relating to civil jury trials in the District.

**10/30/20    J J DARENSBOURG    0.40**
Manage shared database for attorneys of Joint Status Letter to Judge Saylor and Text Notice regarding Scheduling Conference.

**10/30/20    K MCCARTHY    2.00**
Draft/revise Purdue's proposed consolidated schedule (0.6); draft/revise letter to opposing counsel regarding proposed schedule (0.7) and communicate with J. Normile regarding same (0.3); finalize and serve letter and proposed schedule on opposing counsel (0.4).

JONES DAY

305158-610005                                                                          Page 5

                                                                         November 16, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                    Invoice:  33437236

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/30/20 | J J NORMILE | 0.80 |

Finalizing proposed and modified case management schedule and related teleconference with K. McCarthy.

**TOTAL**                                                                    **35.60**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

November 16, 2020                                                      305158-610013

                                                            Invoice: 33437239

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 0.00 |

## DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Hosting Charges | 3,000.00 | |
| | | 3,000.00 |
| **TOTAL** | **USD** | **3,000.00** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33437239 WITH YOUR PAYMENT

JONES DAY

305158-610013                                                                   Page 2
                                                                   November 16, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.           Invoice:  33437239


DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|

**HOSTING CHARGES**

| 10/06/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
|----------|----------------|-----|----------|--|

Hosting Charges - EMERSON RESOURCES, INC. for September storage (Invoice 23867 9/29/20).

| 10/29/20 | NYC ACCOUNTING | NYC | 1,500.00 | |

Hosting Charges - EMERSON RESOURCES, INC. for August storage (Invoice 23780 9/22/20).

**Hosting Charges Subtotal**                                                **3,000.00**

**TOTAL**                                                          **USD**   **3,000.00**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

November 16, 2020                                                      305158-610028

                                                                Invoice: 33437242

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2020:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 62,602.50 |
| Less 13% Fee Discount | | (8,138.32) |
| | USD | 54,464.18 |

## DISBURSEMENTS & CHARGES

| | |
|---|---|
| Document Reproduction Charges | 92.10 |
| | 92.10 |

**TOTAL**                                             **USD**        **54,556.28**

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610028/33437242 WITH YOUR PAYMENT

**JONES DAY**

305158-610028                                                                         Page 2

November 16, 2020

Accord Healthcare Inc.                                                    Invoice:  33437242

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 21.90 | 1,225.00 | 26,827.50 |
| ASSOCIATE | | | |
| K MCCARTHY | 46.50 | 605.00 | 28,132.50 |
| A M NICOLAIS | 5.20 | 550.00 | 2,860.00 |
| PARALEGAL | | | |
| J J DARENSBOURG | 2.90 | 325.00 | 942.50 |
| LEGAL SUPPORT | | | |
| K HORN | 9.60 | 400.00 | 3,840.00 |
| **TOTAL** | **86.10** | **USD** | **62,602.50** |

**JONES DAY**

305158-610028                                                                                              Page 3
                                                                                              November 16, 2020

Accord Healthcare Inc.                                                                      Invoice:  33437242


SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

10/01/20        K MCCARTHY                                                              1.70
Draft/revise patent infringement complaint (1.4) and communicate internally and with client regarding edits
to same (0.3).

10/01/20        J J NORMILE                                                             2.00
Review and revision of draft Complaint (1.0); attention to stipulation regarding personal jurisdiction and
venue including various teleconferences (1.0).

10/02/20        K MCCARTHY                                                              4.00
Draft/revise patent infringement complaint (2.0) and communicate internally regarding edits to same (0.5);
draft/revise preliminary infringement contentions (1.0); draft/revise stipulation regarding jurisdiction and
venue (0.3) and communicate internally regarding same (0.2).

10/02/20        J J NORMILE                                                             2.00
Review of various pleadings regarding Collegium's motion to stay appeal (1.0); attention to various pre-
filing matters including communication with local counsel (1.0).

10/03/20        J J NORMILE                                                             1.50
Continued review of draft Complaint and related background materials (1.5).

10/04/20        J J NORMILE                                                             1.00
Continued review of draft Complaint and related background materials (1.0).

10/05/20        J J DARENSBOURG                                                         0.20
Manage shared database for attorneys of correspondence regarding ANDA production, designation of in
house counsel, and confirmation of no contest of personal jurisdiction or venue.

10/05/20        K MCCARTHY                                                              5.20
Draft/revise patent infringement complaint (2.0) and communicate with J. Normile and A. Nicolais
regarding same (0.4); draft/revise stipulation as to jurisdiction and venue (0.8) and communicate with
opposing counsel regarding related issues (0.2); draft/revise preliminary infringement contention claim
charts (1.5) and communicate with A. Nicolais regarding same (0.3).

10/05/20        A M NICOLAIS                                                            2.50
Review/analyze and edits/revisions to Purdue complaint v. Accord (1.25); communication in firm with J.
Normile and K. McCarthy re same (.25); review/analyze Accord patent infringement charts (1.0).

10/05/20        J J NORMILE                                                             3.30
Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, R.
Kreppel, K. McCarthy, A. Nicolais and P. Hendler (.80); various teleconferences with A. Nicolais and K.
McCarthy regarding draft Complaint and infringement charts and review same (2.0); communicate with
local counsel (.50).

10/06/20        K MCCARTHY                                                              3.00
Draft/revise patent infringement complaint (1.5) and communicate with J. Normile, A. Nicolais, and B.
Koch regarding same (0.5); draft/revise preliminary infringement contention claim charts and review
underlying ANDA documents (1.0).

10/07/20        K HORN                                                                  1.80
Cite check Complaint per K. McCarthy (1.3); compile related pleadings and patent (0.5).

10/07/20        K MCCARTHY                                                              2.00
Draft/revise patent infringement complaint and related filing forms (1.5); attention to internal, client, and
local counsel correspondence regarding same (0.5).

10/07/20        J J NORMILE                                                             1.00
Final review of draft Complaint and various correspondence with B. Koch and K. McCarthy regarding
filing same (1.0).

JONES DAY

305158-610028                                                                            Page 4
                                                                              November 16, 2020
Accord Healthcare Inc.                                                    Invoice:  33437242

*Date of Service*        *Timekeeper Name*                                          *Hours*

10/08/20        J J DARENSBOURG                                                      0.10
Manage shared database for attorneys of correspondence regarding draft Initial Infringement Contentions.

10/08/20        K MCCARTHY                                                           5.50
Draft/revise patent infringement complaint (2.3) and communicate internally and with client and local
counsel regarding same (0.5); draft/revise related filing forms for complaint (0.5) and communicate with
local counsel regarding same (0.3); attention to internal, client, and co-counsel correspondence regarding
disposition of certain client files (0.5); draft/revise stipulation regarding jurisdiction and venue and
communicate with opposing counsel regarding same (0.4); finalize initial infringement contentions (1.0).

10/08/20        A M NICOLAIS                                                         0.90
█████████████████████████████████████████████████████ (.5);
███████████████████████████████████ (.4).

10/08/20        J J NORMILE                                                          2.50
Final review and revision of draft Complaint and related filing documents including teleconferences and
emails with K. McCarthy and R. Smith (local counsel) (1.5); various correspondence regarding stipulation
on personal jurisdiction and venue (1.0).

10/09/20        K HORN                                                               1.20
Compile filed versions of Complaint and supporting documents (.50); draft Waivers of Service re: same
(.70) per K. McCarthy.

10/09/20        K MCCARTHY                                                           1.50
Draft/revise stipulation re: jurisdiction and venue and waiver of service forms (1.0); communicate internally
and with opposing counsel, local counsel, and client regarding same (0.5).

10/09/20        J J NORMILE                                                          1.00
Review and revision of draft stipulation regarding personal jurisdiction and venue and review of emails
from K. McCarthy, G. LaRosa and A. Barkoff regarding same (1.0).

10/10/20        J J NORMILE                                                          0.50
Review of additional correspondence relating to draft stipulation on personal jurisdiction and venue.

10/12/20        K MCCARTHY                                                           1.10
Draft/revise stipulation as to jurisdiction and venue (0.3); draft/revise waiver of service forms (0.2);
communicate with J. Normile regarding stipulation and waiver of service forms (0.2); communicate with
opposing counsel regarding same (0.4).

10/12/20        J J NORMILE                                                          0.30
Attention to finalizing stipulation relating to personal jurisdiction and venue.

10/13/20        K MCCARTHY                                                           1.50
Prepare for and participate in weekly client teleconference with J. Normile, R. Inz, R. Kreppel, R. Silbert,
and P. Hendler (0.7), including reviewing litigation status tracker (0.3); attention to P. Hendler case files and
miscellaneous related correspondence (0.5).

10/14/20        K MCCARTHY                                                           1.50
████████████████████████████████████ (0.9) and communicate with paralegal team
regarding same (0.4); communicate with client regarding case assignment to Judge Andrews (0.2).

10/15/20        J J DARENSBOURG                                                      1.10
Manage shared database for attorneys of correspondence regarding Initial Infringement Contentions draft,
designation of in-house counsel, filed complaint documents, draft Stipulation regarding Jurisdiction and
Venue, and Waiver of Service forms.

10/15/20        K HORN                                                               0.80
Review files, compile and transmit L. Rider Lab Notebooks for P. Hendler.

**JONES DAY**

305158-610028                                                                                    Page 5
                                                                                    November 16, 2020
Accord Healthcare Inc.                                                          Invoice:  33437242

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/15/20 | K MCCARTHY | 3.50 |

███████████████████████████████ (1.0) and communicate internally regarding same (0.5); draft/revise stipulation regarding personal jurisdiction and venue (0.5) and communicate with local counsel regarding finalizing and filing same (0.5); communicate with client regarding recent case filings (0.4); communicate with opposing counsel and local counsel regarding waiver of service forms and filing of same (0.3); communicate with J. Normile and A. Nicolais re: updating Accord answer deadlines in Purdue litigation status tracker (0.3).

| 10/15/20 | J J NORMILE | 1.00 |

Review various correspondence from K. McCarthy and A. Barkoff regarding waiver of service forms and stipulation regarding personal jurisdiction and venue.

| 10/16/20 | K HORN | 0.50 |

Updates to pleading and docket; send pre-trial materials to P. Hendler.

| 10/16/20 | K MCCARTHY | 0.50 |

Attention to disposition of certain prosecution history case files (0.5).

| 10/19/20 | K MCCARTHY | 2.00 |

Draft/revise Purdue weekly litigation status updates (0.5); draft/revise proposed litigation budgets received from Purdue (0.5); prepare for and participate in weekly client teleconference regarding litigation status updates with J. Normile, P. Hendler, and A. Nicolais (0.5); perform factual research regarding current status of certain Purdue independent associated companies (0.5).

| 10/19/20 | A M NICOLAIS | 0.80 |

Researching typical FDA response period between ANDA submission and FDA response letter (.6); drafting summary for K. McCarthy re same (.2).

| 10/19/20 | J J NORMILE | 2.00 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, K. McCarthy, A. Nicolais and P. Hendler (1.0); various teleconferences relating to litigation and settlement strategy (1.0).

| 10/20/20 | K HORN | 3.00 |

Review files for materials requested by P. Hendler (1.0); highlight and flag lab notebook of same (0.5); review electronic files for ANDA cover letters and CRLs per K. McCarthy (1.50).

| 10/20/20 | K MCCARTHY | 1.50 |

Attention to case files and correspondence (0.4); perform research regarding certain Purdue independent associated companies (0.4); review research regarding time to CRL issuance (0.5) and communicate with A. Nicolais regarding same (0.2).

| 10/21/20 | K MCCARTHY | 2.50 |

Perform factual research regarding Purdue independent associated companies (0.4) and communicate with J. Normile regarding same (0.3); perform factual research regarding FDA complete response letter deadlines (0.8) and attention to correspondence with J. Normile, A. Nicolais, and paralegal team regarding same (0.5); attention to miscellaneous internal correspondence regarding disposition of case files (0.5).

| 10/21/20 | A M NICOLAIS | 1.00 |

Communication in firm with K. McCarthy re Judge Saylor scheduling orders and FDA response letter timelines (.3): researching re same (.7).

| 10/22/20 | J J DARENSBOURG | 1.30 |

Manage ANDA/CRL/settlement documents from prior OxyContin litigation cases for attorney review.

| 10/22/20 | K HORN | 1.50 |

Review electronic files for ANDA materials (0.8) and Complete Response Letters per K. McCarthy (0.7).

**JONES DAY**

305158-610028                                                                                    Page 6

                                                                                 November 16, 2020

Accord Healthcare Inc.                                                    Invoice:  33437242

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

10/22/20       K MCCARTHY                                                     1.00
Review research and underlying documents regarding time to CRL issuance (0.7) and communicate with paralegal team regarding follow-up requests to same (0.3).

10/25/20       K MCCARTHY                                                     4.00
Draft/revise Purdue proposed litigation budgets and communicate with J. Normile regarding same (3.0); perform research regarding FDA complete response letter timelines and communicate with J. Normile regarding same (1.0).

10/26/20       K MCCARTHY                                                     4.50
Draft/revise internal summary of research regarding time to FDA CRL issuance (1.0) and communicate with J. Normile regarding same (0.5); ███████████████████████ (0.5); draft/revise Purdue litigation budgets (1.6) and communicate with J. Normile regarding same (0.4); prepare for and participate in client teleconference with J. Normile, P. Hendler, and A. Nicolais regarding litigation status updates (0.5).

10/26/20       J J NORMILE                                                    3.80
Preparation for and participation in teleconference with B. Koch regarding status of prosecution of Accord matter (.50); preparation for and participation in teleconference with M. Kesselman, B. Koch, R. Silbert, R. Kreppel, R. Inz and P. Hendler and review of background materials regarding Accord ANDA (1.5); preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Kreppel, R. Inz, K. McCarthy, A. Nicolais and P. Hendler (.80); review of background materials relating to the potential filing of Suggestion of Bankruptcy (1.0).

10/27/20       K HORN                                                         0.80
Review documents requested by P. Hendler and coordinate delivery of same per K. McCarthy.

10/28/20       J J DARENSBOURG                                               0.20
Manage shared database for attorneys of correspondence regarding Stipulation and Order as to Jurisdiction and Venue.

**TOTAL**                                                                  **86.10**

**JONES DAY**

305158-610028                                                                      Page 7
                                                                    November 16, 2020
Accord Healthcare Inc.                                          Invoice:  33437242

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **DUPLICATION CHARGES** | | | | |
| 10/29/20 | NYC ACCOUNTING | NYC | 92.10 | |
| | Duplication charges through 10/29/2020 | | | |
| | **Duplication charges Subtotal** | | | **92.10** |
| | **TOTAL** | | **USD** | **92.10** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

November 16, 2020                                                    305158-640002

Invoice: 33437247

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 8,130.00 |
| Less 13% Fee Discount | | (1,056.90) |
| | USD | 7,073.10 |
| **TOTAL** | **USD** | **7,073.10** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33437247 WITH YOUR PAYMENT

**JONES DAY**

305158-640002                                                          Page 2
                                                           November 16, 2020
Strategic Corporate Advice                              Invoice:  33437247

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 5.10 | 1,225.00 | 6,247.50 |
| ASSOCIATE | | | |
| A M NICOLAIS | 3.20 | 550.00 | 1,760.00 |
| STAFF | | | |
| B M BURKE | 0.70 | 175.00 | 122.50 |
| **TOTAL** | **9.00** | **USD** | **8,130.00** |

# JONES DAY

305158-640002 Page 3
November 16, 2020
Strategic Corporate Advice Invoice: 33437247

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

10/05/20    A M NICOLAIS    1.00
Drafting weekly Purdue tracker (0.4); weekly Purdue meeting (0.6).

10/13/20    A M NICOLAIS    0.60
Drafting weekly Purdue matters update (0.3); weekly Purdue meeting (0.3).

10/19/20    A M NICOLAIS    0.60
Drafting Purdue weekly tracker (0.3); weekly Purdue meeting (0.3).

10/20/20    B M BURKE    0.70
Research in the Lexis, Bloomberg Law, and Lexis Securities Mosaic databases to determine if The P.F. Laboratories is an ongoing entity, for K. McCarthy.

10/21/20    J J NORMILE    2.00
Attention to various matters relating to the Company's agreement with the U.S. Department of Justice including review of DOJ's press conference (1.0); related teleconferences with R. Silbert, B. Koch and P. Hendler (1.0).

10/26/20    A M NICOLAIS    1.00
Drafting weekly Purdue update (0.5); weekly Purdue meeting (0.5).

10/27/20    J J NORMILE    1.10
Preparation for and participation in teleconference with B. Koch regarding preparation of ███ consulting agreement (0.3); preparation of ███ consulting agreement (0.8).

10/28/20    J J NORMILE    1.00
Preparation for and participation in teleconference with J. Lowne, K. McCarthy, B. Lundie, D. Fogel, R. Shamblen, R. Aleali, B. Koch, R. Schlossberg and W. McConagha █████████████

10/31/20    J J NORMILE    1.00
█████████████

**TOTAL**    **9.00**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

November 16, 2020                                                      305158-999007

                                                                   Invoice: 33437252

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2020:

| | | |
|---|---|---:|
| Retention Matters | USD | 14,395.00 |
| Less 13% Fee Discount | | (1,871.35) |
| | USD | 12,523.65 |
| **TOTAL** | **USD** | **12,523.65** |

Please remit payment to:

**ACH Transfer (preferred)**              **Wire Transfer**
Citibank, N.A.                              Citibank, N.A.
New York, NY                               New York, NY
Account Name: Jones Day            Account Name: Jones Day
Account No: 37026407                 Account No: 37026407
ABA No: 021000089                     ABA No: 021000089
                                              Swift Code: CITIUS33

PLEASE REFERENCE 305158-999007/33437252 WITH YOUR PAYMENT

**JONES DAY**

305158-999007                                                           Page 2
                                                               November 16, 2020
Retention Matters                                              Invoice:  33437252

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| J J NORMILE | 2.00 | 1,225.00 | 2,450.00 |
| **ASSOCIATE** | | | |
| A KORDAS | 10.10 | 750.00 | 7,575.00 |
| F SIDDIQUI | 7.40 | 550.00 | 4,070.00 |
| **PARALEGAL** | | | |
| M M MELVIN | 0.80 | 375.00 | 300.00 |
| **TOTAL** | **20.30** | **USD** | **14,395.00** |

**JONES DAY**

305158-999007                                                                                       Page 3
                                                                                          November 16, 2020
Retention Matters                                                                   Invoice:  33437252

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

10/05/20        F SIDDIQUI                                                              4.40
Review invoice (1.0); update excel fee worksheet (1.9); draft tenth monthly fee statement (1.5).

10/06/20        F SIDDIQUI                                                              2.00
Redact invoice (.5); update tenth monthly fee statement (1.5).

10/08/20        A KORDAS                                                                2.00
Draft/revise fee application (1.5); coordinate filing/service of same (.5).

10/08/20        M M MELVIN                                                              0.20
Serve Jones Day's Tenth monthly fee statement.

10/08/20        F SIDDIQUI                                                              1.00
Finalize file and coordinate service of monthly fee statement.

10/20/20        J J NORMILE                                                             1.00
Review of various correspondence from B. Koch regarding annual litigation budget for patent litigation
matters and preparation of timelines for same.

10/26/20        J J NORMILE                                                             1.00
Review and revision of various draft budgets for current and anticipated patent litigation matters and
teleconference with K. McCarthy regarding same.

10/27/20        A KORDAS                                                                2.00
Review/revise invoices for UST compliance (1.5); draft/revise monthly fee statement (.5).

10/29/20        A KORDAS                                                                1.20
Draft/revise monthly fee statement.

10/30/20        A KORDAS                                                                4.90
Draft/revise monthly fee statement and corresponding worksheet (3.2); review/redact invoices for filing
(.5); coordinate filing and service of same (.2); draft/revise fee application (1.0).

10/30/20        M M MELVIN                                                              0.60
Redact portions of Jones Day's invoices, per A. Kordas (0.20); assemble invoices with Jones Day's eleventh
monthly fee statement (0.10); review and e-file Jones Day's eleventh monthly fee statement (0.20); serve the
same by e-mail (0.10).

**TOTAL**                                                                              **20.30**