IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD) |

**NOTICE OF APPEARANCE**

To: Clerk of court and all parties of record.

PLEASE TAKE NOTICE that the undersigned attorney, Katie Townsend, of the Reporters Committee for Freedom of the Press, who is admitted to practice before this Court, appears as counsel for Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc., who seek leave to intervene in these proceedings for the limited purpose of seeking public access to sealed and redacted documents filed with the Court (ECF 2022).

Date:   November 23, 2020

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
ktownsend@rcfp.org

*Counsel for Proposed Intervenors
Dow Jones & Company, Inc.,
Boston Globe Media Partners, LLC,
and Reuters News & Media, Inc.*