SRF 41900
PackID: 34
MMLID: 7930524

19-23649

Anderson, Eric Eugene
11161 Rios Road
Boca Raton FL 33498

RECEIVED

NOV 24 2020

U.S. BANKRUPTCY COURT
POUGHKEEPSIE, NY

In re: Purdue Pharma L.P., et al.
Case No. 19-23549 (RDD)
United States Bankruptcy Court for the Southern District of New York

## PRIME CLERK RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the Purdue Pharma L.P. jointly administered chapter 11 bankruptcy cases has been received by Prime Clerk LLC ("Prime Clerk") on 4/13/2020.

Your claim has been assigned claim number __5661__ .

Please do not discard this letter as you may need to refer to it in the future.

*Note to Personal Injury Claimants:*

Pursuant to an order entered by the United States Bankruptcy Court, all personal injury claimant proof of claim forms, and any supporting documentation submitted with such forms, shall remain <u>highly confidential</u> and shall not be made available to the public. If you submitted a personal injury proof of claim form and would like additional information about your claim, please call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at https://restructuring.primeclerk.com/purduepharma. Please have this letter with you when you call or submit your inquiry.

*Note to Non-Personal Injury Claimants:*

For further information regarding a submitted proof of claim form that is not a personal injury claimant proof of claim form, you may contact Prime Clerk via the above identified channels, or you may visit the claims page located at https://restructuring.primeclerk.com/purduepharma/ to view the current status of your claim.

**The processing of your claim by Prime Clerk and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

Claim proof / EQCBW 27465

I am sending more proff of what Happen to my Life got divorced after being married for 25 years That Happend being in jail got my Paper Lost my home Value over $750,000.°° spend 2 years in jail see court paper for being on OXY codone

Eric Anderson
Case # 19-23649

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA
CRIMINAL DIVISION "X"

STATE OF FLORIDA,    CASE NO. 09CF008039AMB

vs.

ERIC ANDERSON,
Defendant.

_____

### AGREED ORDER

**THIS CAUSE** having come before the Court and it having been agreed between the parties, it is hereby

**ORDERED AND ADJUDGED** that the outstanding costs of probation and/or supervision and any future costs of probation and/or supervision are hereby waived. The Defendant is permitted to substitute community service hours at a rate of $10 per hour for the court costs. Community service hours were not an original condition of his probation.

**DONE AND ORDERED** at West Palm Beach, Palm Beach County, Florida this 30th day of November, 2011.

KAREN MILLER
Circuit Judge

Copies furnished:

Marcy Rex, Assistant State Attorney
Megan Eaton, Assistant Public Defender