November 20, 2020

Maria Ecke
8 Glenbrook Dr.
West Simsbury, CT 06092

Judge Robert D. Drain
U.S. Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

In re: Purdue Pharma L.P., et all.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

Dear Judge Drain:

## MOTION FOR CLAIM PAYMENT

1. Under my Claim No.16810 for Maria Zekoff Ecke, Richard Robert Ecke's Claim No. 22855, Andrew Richard Ecke's Claim No. 23016, and Peter F. Sottile's Claim No. 16817, we would like to recover personal injury damages on behalf of David Jonathan Ecke in the amount of $242,000,000 from the initial ingestion of OxyContin and Oxycodone until his death.

2. There is clear and convincing evidence of Purdue Pharma's "gross negligence" and "reckless indifference" to the patient's health, well being, and suffering. My dear son David Jonathan Ecke had such potential in his life to help everyone with his study of Botany only to be maimed and killed by these devil drugs.

Thank you from a heartbroken bereaved mother.

Sincerely,

*Maria Ecke*

Maria Ecke

THIS IS TO CERTIFY THAT I HAVE MAILED A COPY ON NOV. 20, 2020
TO:
Marshall Huebner
Davis Polk and Wardwell
450 Lexington Ave.
New York, NY 10017