# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: | Date Created: 11/25/2020 |
| Case: 19−23649−rdd | Form ID: 143 | Total: 6 |

**Recipients of Notice of Electronic Filing:**
aty    Eli J. Vonnegut    eli.vonnegut@davispolk.com
aty    Leslie A. Eaton    leslie.eaton@coag.gov
aty    Marshall Scott Huebner    marshall.huebner@davispolk.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Purdue Pharma L.P.    One Stamford Forum    201 Tresser Boulevard    Stamford, CT 06901
ptcrd    Maria Ecke    8 Glenbrook Dr.    West Simsbury, CT 06092
aty    Adam M. Adler    Prime Clerk LLC    One Grand Central Place    60 East 42nd Street    Suite 1440    New York, NY 10165

TOTAL: 3