**Exhibit A**

**OCP Statement**

In re: PURDUE PHARMA L.P., et al.

Case No.: 19-23649 (RDD)

**OCP Payment Report - Three Month Fee Average**
**October 2020**

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 6,112,929 | N/A | N/A | 444,303 | 497,770 | 414,395 | 452,051 | 458,568 | 465,986 | 524,304 | 493,536 | 494,492 | 414,297 | 374,351 | 333,490 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 3,778,524 | N/A | N/A | 236,111 | 262,122 | 236,336 | 247,119 | 252,421 | 285,211 | 322,349 | 311,607 | 269,210 | 272,075 | 269,210 | 261,182 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 221,123 | N/A | N/A | 12,141 | 19,148 | 25,677 | 17,486 | 15,383 | 12,860 | 11,890 | 9,387 | 8,211 | 14,973 | 18,569 | 26,960 |
| OCP Total | Total | | 25,000,000 | 10,112,576 | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 2,131 | | | | | | | | | | | | | | |
| Angell Unger Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,160 | | | | | | | 326 | 524 | 198 | 289 | 91 | 91 | 95 | 95 |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | 47 | 47 | | | | | | | | | |
| Brinks, Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 2,193 | | | 135 | 270 | 270 | 135 | | | | | | | | 450 |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 325,000 | | | 584 | 1,001 | 1,001 | 417 | 433 | 433 | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 2 | 5,000 | 60,000 | 8,458 | | | 16,667 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | 737 | 893 | 1,006 | 878 | 1,261 | 1,615 | 1,034 | 496 | 28 | 28 | 142 | 170 |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 65,055 | | | 744 | 1,333 | 4,154 | 3,410 | 2,820 | | | | | 8,305 | 11,043 | 17,531 |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 602 | | | 201 | 201 | 201 | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 7,591 | | | 269 | 581 | 1,097 | 963 | 805 | 425 | 402 | 714 | 657 | 646 | 431 | 351 |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 3,196 | | | 1,773 | 345 | 405 | 497 | 182 | 122 | 326 | 295 | 336 | 81 | 243 | 203 |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | | | 6,424 | 8,250 | 8,390 | 3,879 | 1,917 | 140 | 104 | 826 | 826 | 723 | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Davidson Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 41,431 | | | 1,106 | 3,177 | 5,726 | 9,192 | 8,501 | 5,930 | 2,328 | 1,524 | 1,300 | 1,184 | 345 | 214 |
| Davis, Hartley, Hafferman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | 54 | 54 | 54 | 17 | 17 | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 50 | | | | | | 17 | 17 | 17 | | | | | | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 900,000 | 650,000 | | | 33,333 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinsmore & Shohl LLP | OCP Tier 3 | 5,000 | 60,000 | 416 | | | 80 | 80 | 107 | 59 | 59 | 32 | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 33,819 | | | 3,336 | 5,410 | 5,410 | 2,357 | 796 | 796 | 751 | 347 | 347 | 152 | 1,423 | 4,721 |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 81,818 | | | 1,189 | 2,068 | 3,511 | 4,835 | 7,069 | 9,778 | 11,320 | 8,935 | 5,846 | 2,803 | 4,253 | 7,398 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 2,637 | | | 422 | 740 | 852 | 431 | 139 | 27 | 27 | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 421 | | | 140 | 140 | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 5,000 | 60,000 | 2,474 | | | 369 | | | | 456 | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 2 | 75,000 | 900,000 | 18,283 | | | | 380 | 569 | 836 | 970 | 1,448 | 2,091 | 2,399 | 2,386 | 2,207 | 1,890 | 1,692 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 14,001 | | | 36 | 36 | 458 | 983 | 1,659 | 1,680 | 1,761 | 1,665 | 1,740 | 1,492 | 913 | 789 |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 2 | 10,000 | 120,000 | 2,088 | | | | | | | 60 | 70 | 70 | 10 | | | | 105 |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 6,240 | | | 521 | 521 | 521 | 422 | 87 | 93 | 20 | 114 | 154 | 184 | 838 | 778 |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | 2,122 | | | 705 | 1,041 | 1,054 | 28 | 28 | 28 | | | | 23 | 28 | 28 |
| Hinckley, Allen & Snyder LLP | OCP Tier 3 | 5,000 | 60,000 | | | | 651 | 651 | 651 | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | 1,281 | | | 134 | 400 | 427 | 293 | 27 | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | 75,000 | 900,000 | 35,561 | | | | | | 68 | 793 | 793 | 1,974 | 3,376 | 7,339 | 7,738 | 6,821 | 3,722 |
| Jackson Lewis P.C. | OCP Tier 2 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | 710,776 | | | 31,013 | 30,237 | 32,049 | 41,055 | 53,492 | 66,078 | 77,399 | 72,744 | 64,244 | 66,907 | 62,935 | 48,745 |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 36,011 | | | 2,160 | 1,199 | 4,901 | 4,901 | 4,901 | | | | | | | |
| Larson & O'Brien | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 2 | 5,000 | 60,000 | 13,748 | | | 533 | 1,330 | 1,638 | 1,514 | 1,342 | 2,126 | 1,853 | 1,468 | 678 | 586 | 444 | 141 |
| London Court of International Arbitration | OCP Tier 2 | 10,000 | 120,000 | 3,891 | | | | | | | | | 80 | | | | | |
| Lowenstein Sandler LLP | OCP Tier 2 | 75,000 | 900,000 | 370,755 | | | 32,896 | 40,935 | 39,961 | 30,312 | 38,085 | 32,702 | 32,386 | 24,428 | 22,082 | 22,917 | 18,555 | 13,586 |
| Lynch & Pine | OCP Tier 3 | 75,000 | 900,000 | 2,650 | | | | | 883 | 883 | 883 | | | | | | | |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 2 | 150,000 | 1,800,000 | 31,785 | | | 9,711 | 3,924 | 1,645 | 884 | | | | | | | 43 | 43 |
| Malwald | OCP Tier 2 | 150,000 | 1,800,000 | 586,720 | | | 19,672 | 29,919 | 35,935 | 46,163 | 50,083 | 56,869 | 60,776 | 62,966 | 54,983 | 55,372 | 44,044 | 37,216 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 40,553 | | | | | | 1,445 | 5,239 | 9,862 | 8,486 | 5,522 | 1,379 | 1,504 | 782 | 2,277 |
| McCorriston Miller Mukai MacKinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | |
| McGure Woods, LLP | OCP Tier 1 | 225,000 | 2,700,000 | 1,911,000 | | | 98,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | 300 | | | 70 | 70 | 100 | 30 | 30 | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 3 | 75,000 | 900,000 | 38,768 | | | 4,523 | 4,031 | 3,672 | 3,065 | 2,441 | 4,632 | 4,109 | 606 | 4,943 | 4,943 | 4,337 | |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 2 | 10,000 | 120,000 | 3,891 | | | | | | 333 | 293 | 293 | | 93 | 93 | 93 | | |
| Nyemaster Goode | OCP Tier 3 | 5,000 | 60,000 | 1,725 | | | 870 | 910 | 910 | 468 | 220 | | | | | | | 99 |
| Oliverio & Marciaccio LLP | OCP Tier 3 | 10,000 | 120,000 | | | | 107 | 355 | 575 | | | | | | | | 611 | |
| O'Melveny & Myers LLP | OCP Tier 3 | 5,000 | 60,000 | 218 | | | | 30 | 30 | 30 | 30 | 80 | 80 | | | | | |
| O'Neill & Borges | OCP Tier 3 | 10,000 | 120,000 | 52,542 | | | 3,670 | 4,299 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 |
| Patrick J. Rogers LLC | OCP Tier 3 | 75,000 | 900,000 | 1,430 | | | 108 | 152 | 206 | 98 | 206 | 152 | 271 | 119 | 119 | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| PillieroMazza PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 3 | 5,000 | 60,000 | 60,098 | | | 5,271 | 2,315 | 396 | 396 | 396 | | | 546 | 546 | 248 | 6,593 | 20,033 |
| Potomac Law Group, PLLC | OCP Tier 3 | 75,000 | 900,000 | 24,960 | | | 1,339 | 1,525 | 1,548 | | | 1,199 | 1,284 | 1,468 | 1,261 | 959 | 2,107 | 2,107 |
| Poyner Spruill LLP | OCP Tier 2 | 75,000 | 900,000 | 280,486 | | | 16,326 | 16,035 | 12,219 | 17,040 | 23,559 | 22,509 | 28,561 | 28,775 | 29,684 | 21,168 | 15,176 | 16,279 |
| Pryor Cashman LLP | OCP Tier 2 | 150,000 | 1,800,000 | 888,913 | | | 62,297 | 44,256 | 54,895 | 50,600 | 51,981 | 35,569 | 95,107 | 88,296 | 99,640 | 53,658 | 60,452 | 55,785 |
| Reed Smith, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | 1,343 | | | 368 | 368 | 368 | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 275 | | | 92 | 92 | 92 | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | 12,025 | | | | | | 209 | 817 | 1,199 | | 491 | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | 1,176 | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 818,229 | | | 56,615 | 97,489 | 75,851 | 86,404 | 78,250 | 99,003 | 83,838 | 60,272 | 50,360 | 45,887 | 25,764 | 14,924 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 504,169 | | | 68,473 | 54,871 | 36,323 | 31,086 | 27,873 | 27,515 | 26,293 | 24,855 | 25,123 | 26,983 | 28,083 | 24,498 |
| Smith Anderson | OCP Tier 3 | 75,000 | 900,000 | 52,000 | | | 2,667 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 2 | 5,000 | 60,000 | 9,472 | | | | | | 2,319 | 2,393 | 1,591 | 839 | 765 | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 86,577 | | | | | 1,566 | | 28,348 | 28,348 | 28,804 | 28,804 | 456 | 35 | 55 | 55 |

In re: PURDUE PHARMA L.P., et al.

Case No.: 19-23649 (RDD)

OCP Payment Report - Three Month Fee Average
October 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 275,201 | | | 10,786 | 12,669 | 10,299 | 9,635 | 16,431 | 21,419 | 25,811 | 20,256 | 16,658 | 26,599 | 33,784 | 35,298 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 889,119 | | | 162,256 | 133,274 | 46,122 | 61,967 | 55,212 | 47,820 | 42,012 | 30,580 | 30,607 | 16,600 | 19,082 | 15,486 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 160 | | | | | | | | 53 | 53 | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | 53 | 53 | 80 | 112 | 730 | 703 | 618 | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 54,000 | | | 3,333 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 3 | 5,000 | 60,000 | 14,344 | | | 417 | 393 | 1,370 | 1,800 | 3,680 | 3,134 | 2,565 | 618 | 153 | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 5,000 | 60,000 | 3,103 | | | | 312 | 312 | 623 | 312 | 312 | 411 | 411 | 411 | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 1 | 150,000 | 1,800,000 | 987,164 | | | 35,751 | 41,908 | 52,948 | 59,033 | 76,042 | 79,726 | 95,571 | 104,422 | 111,902 | 95,780 | 78,009 | 63,079 |
| Wiggin and Dana, LLP | | | | | | | | | | | | | | | | | | |

In re: PURDUE PHARMA L.P., et al.  
Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Fees (as Incurred)  
October 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | N/A | N/A | 6,112,929 | 314,917 | 672,925 | 345,068 | 475,317 | 422,800 | 458,036 | 494,868 | 445,055 | 632,990 | 402,564 | 447,920 | 392,406 | 282,728 | 325,336 |
| OCP Tier 2 Total | OCP Tier 2 | N/A | 12,000,000 | 3,778,524 | 171,153 | 307,789 | 229,390 | 249,187 | 229,187 | 245,296 | 347,556 | 374,197 | 289,694 | 270,930 | 300,914 | 268,306 | 214,326 |
| OCP Tier 3 Total | OCP Tier 3 | N/A | 7,560,000 | 221,123 | | | 36,422 | 21,020 | 19,587 | 11,850 | 14,713 | 12,018 | 8,939 | 7,203 | 8,490 | 29,226 | 17,991 | 33,663 |
| OCP Total | Total | | 25,000,000 | 10,112,576 | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 75,000 | 900,000 | 2,131 | | | | | | 979 | | 594 | | 273 | | | 285 | |
| Angell Unger Law Group LLC | OCP Tier 3 | 10,000 | 120,000 | 140 | | | 140 | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,160 | | | 405 | 405 | | | | | | | | | | 1,350 |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | | 1,250 | | | | | | | | | | |
| Brinks, Gilson & Lione | OCP Tier 2 | 75,000 | 900,000 | 2,193 | | | 1,753 | 895 | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 2 | 75,000 | 900,000 | 325,000 | | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | 5,000 | 60,000 | 8,458 | | | 2,210 | 468 | 340 | 1,828 | 1,615 | 1,403 | 85 | | | 85 | 340 | 85 |
| Camacho Calvo Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 20,000 | 240,000 | 65,055 | | | 2,231 | 1,769 | 8,461 | | | | | | | 24,914 | 8,216 | 19,464 |
| Cipriani & Werner PC | OCP Tier 3 | 10,000 | 120,000 | 602 | | | 602 | | | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 7,591 | | | 808 | 935 | 1,547 | 408 | 459 | 408 | 340 | 1,394 | 238 | 306 | 748 | |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 3,196 | | 409 | | 1,034 | 182 | 274 | 91 | | 885 | 312 | 122 | 122 | 486 | |
| Dannemann Siemsen Advogados | OCP Tier 2 | 75,000 | 900,000 | 33,389 | | 1,135 | 4,910 | 13,952 | 5,887 | 5,330 | 421 | | | | 2,168 | 642 | | |
| Davidson Davidson & Kappel, LLC | OCP Tier 2 | 75,000 | 900,000 | 41,431 | 790 | 1,135 | 1,394 | 7,002 | 8,781 | 11,792 | 4,929 | 1,067 | 987 | 2,517 | 395 | | | |
| Davis, Hartley, Haffenman & Tighe, P.C. | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | 163 | | | | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 50 | | | | | | 50 | | | | | | | | |
| Dentons US LLP | OCP Tier 2 | 75,000 | 900,000 | 650,000 | | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinse, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 416 | | | 240 | | 80 | 96 | | | | | | | | |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 33,819 | | | 10,009 | 6,220 | | 850 | 1,538 | | 715 | 325 | | 130 | 4,138 | 9,895 |
| Dorsey & Whitney LLP | OCP Tier 2 | 75,000 | 900,000 | 81,818 | | 2,218 | 1,350 | 2,636 | 6,547 | 5,323 | 9,336 | 14,675 | 9,948 | 2,181 | 5,411 | 819 | 6,331 | 14,845 |
| Duke Scanlan | OCP Tier 3 | 20,000 | 240,000 | 2,637 | | | 1,265 | 956 | 336 | | 80 | | | | | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 2 | 75,000 | 900,000 | 2,474 | 1,106 | 421 | | | 1,368 | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 3 | 5,000 | 60,000 | 421 | | 421 | | | | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 2 | 75,000 | 900,000 | 18,283 | | | | 1,139 | 569 | 801 | 1,540 | 2,002 | 2,732 | 2,464 | 1,964 | 2,195 | 1,511 | 1,369 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 14,001 | | | 108 | | 1,267 | 1,683 | 2,028 | 1,329 | 1,927 | 1,739 | 1,554 | 1,184 | | 1,184 |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 3 | 5,000 | 60,000 | 2,088 | | | 1,562 | | | 205 | 180 | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 6,240 | | | 2,116 | 1,006 | 41 | 220 | | 30 | | | | 89 | | 316 |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | 5,000 | 60,000 | 2,122 | | | 1,953 | | | 85 | | 60 | | | | 70 | 14 | |
| Hepler Broom LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 3 | 20,000 | 240,000 | | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | 5,000 | 60,000 | 1,281 | | | 402 | 799 | 80 | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 3 | 75,000 | 900,000 | 35,561 | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | 40,000 | 480,000 | 710,776 | 45,546 | 31,883 | 15,610 | 43,218 | 37,318 | 42,630 | 80,527 | 75,078 | 76,593 | 66,560 | 49,579 | 84,583 | 54,643 | 7,008 |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 3 | 150,000 | 1,800,000 | 36,011 | 2,882 | 3,598 | | | 14,702 | | | | | 1,819 | 13,011 | | | |
| Leason Ellis LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | 128 | | |
| London Court of International Arbitration | OCP Tier 2 | 75,000 | 900,000 | 370,755 | 4,747 | 41,014 | 52,927 | 28,863 | 38,094 | 23,978 | 52,182 | 21,947 | 23,029 | 28,308 | 14,909 | 25,536 | 15,222 | |
| Lowenstein Sandler LLP | OCP Tier 3 | 5,000 | 60,000 | 2,650 | | | 2,282 | 2,652 | 2,650 | | | | | | | | | |
| Lynch & Pine | OCP Tier 1 | 150,000 | 1,800,000 | 31,785 | 20,012 | 6,839 | | | | | | | | | | | | |
| Malwald | OCP Tier 1 | 150,000 | 1,800,000 | 586,720 | 10,704 | 21,005 | 27,308 | 41,445 | 39,054 | 57,989 | 53,204 | 59,412 | 69,712 | 59,775 | 35,464 | 70,878 | 25,790 | 14,980 |
| McCarter & English | OCP Tier 2 | 75,000 | 900,000 | 40,553 | | | | | | 4,335 | 11,382 | 13,868 | 208 | 2,490 | 1,439 | 585 | 323 | 5,924 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| McDonald Veon P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 225,000 | 2,700,000 | 1,911,000 | | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | 300 | | | | | 90 | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | 5,000 | 60,000 | | | | 210 | 120 | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 3 | 75,000 | 900,000 | 38,768 | | 1,231 | 5,171 | 5,692 | 153 | 3,351 | 3,819 | 6,725 | 1,784 | 1,843 | 1,537 | 297 | | |
| Morrison & Foerster LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | 747 | | 880 | | | | | | | | |
| Mourant Ozannes | OCP Tier 3 | 10,000 | 120,000 | 13,748 | | | 1,600 | 2,390 | 924 | 1,229 | 1,872 | 3,276 | 410 | 718 | 907 | 132 | 293 | |
| Neal & Harwell | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | 90 | | | | | | 280 | | | | |
| Nixon Peabody | OCP Tier 3 | 10,000 | 120,000 | 3,891 | | | 2,611 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 |
| Nyemaster Goode | OCP Tier 3 | 5,000 | 60,000 | 1,725 | | | 320 | 747 | 659 | | 455 | | 358 | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 3 | 10,000 | 120,000 | 218 | | | | | 163 | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 3 | 10,000 | 120,000 | 52,542 | | 5,347 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 |
| O'Neill & Borges | OCP Tier 3 | 5,000 | 60,000 | 1,430 | | | 325 | 130 | | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 3 | 5,000 | 60,000 | 1,343 | | | 1,103 | | | | 240 | | | | | | | |
| Porzio Bromberg & Newman P.C. | OCP Tier 3 | 75,000 | 900,000 | 60,098 | | 6,944 | | | 1,187 | | | | | 1,639 | | 743 | 19,035 | 40,320 |
| Potomac Law Group, PLLC | OCP Tier 3 | 5,000 | 60,000 | 24,960 | 8,868 | | | | | | | | | | | 1,238 | 5,085 | |
| Poyner Spruill LLP | OCP Tier 3 | 75,000 | 900,000 | 280,486 | 12,080 | 26,331 | 10,566 | 11,210 | 14,882 | 25,028 | 30,766 | 11,733 | 43,182 | 31,408 | 14,462 | 17,635 | 13,431 | 17,772 |
| Pryor Cashman LLP | OCP Tier 2 | 150,000 | 1,800,000 | 888,913 | 74,685 | 76,560 | 35,645 | 20,561 | 108,478 | 22,761 | 24,703 | 59,243 | 201,376 | 4,271 | 93,273 | 63,429 | 24,655 | 79,271 |
| Reed Smith, LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Reichard & Escalera LLC | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | 5,000 | 60,000 | 275 | | | 275 | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | 12,025 | | | 4,018 | 558 | 70 | | 2,380 | 1,218 | 255 | | 3,528 | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | 40,000 | 480,000 | | | | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Sidley Austin, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 818,229 | 32,902 | 64,915 | 72,029 | 155,522 | 28,288 | 103,689 | 131,062 | 62,258 | 58,193 | 60,366 | 32,521 | 44,773 | 28,403 | 17,263 |
| Skarzynski Black | OCP Tier 2 | 75,000 | 900,000 | 504,169 | 79,858 | 83,933 | 41,629 | 39,053 | 29,415 | 25,918 | 27,213 | 22,253 | 25,100 | 28,018 | 27,830 | | | |
| Smith Anderson | OCP Tier 3 | 5,000 | 60,000 | 52,000 | | 76,560 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Snell & Wilmer | OCP Tier 2 | 75,000 | 900,000 | 9,472 | | | | | 4,699 | 2,257 | 222 | 2,294 | 1,367 | | | | 62 | |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 86,577 | | | | | | | 85,045 | | | | | 104 | | |

In re: PURDUE PHARMA L.P., et al.  
Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Fees (as Incurred)  
October 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 275,201 | 3,951 | 20,228 | 8,179 | 9,601 | 13,117 | 6,188 | 29,988 | 28,081 | 19,363 | 13,324 | 17,288 | 49,185 | 34,880 | 21,830 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 889,119 | 151,158 | 317,858 | 17,752 | 64,211 | 56,402 | 65,289 | 43,947 | 34,224 | 47,866 | 9,649 | 34,306 | 5,846 | 17,093 | 23,517 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 160 | | | | | | | 160 | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | 159 | | 81 | 256 | 1,853 | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 75,000 | 900,000 | 54,000 | 2,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 14,344 | 272 | 99 | 879 | 200 | 3,032 | 2,167 | 5,840 | 1,395 | 459 | | | | | |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | 3,103 | | | | 935 | | 935 | | | 1,234 | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 987,164 | 25,455 | 38,748 | 43,052 | 43,926 | 71,866 | 61,308 | 94,951 | 82,917 | 108,844 | 121,504 | 105,358 | 60,480 | 68,189 | 60,567 |

In re: PURDUE PHARMA L.P., et al.  
Case No.: 19-23649 (RDD)

**OCP Payment Report - Monthly Expenses Incurred**
**October 2020**

| Name | Tier | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | 711,756 | 33,410 | 35,924 | 81,277 | 32,616 | 65,609 | 39,609 | 62,403 | 94,391 | 72,687 | 63,097 | 36,785 | 32,865 | 46,174 | 14,909 |
| OCP Tier 2 Total | OCP Tier 2 | 388,537 | 13,674 | 21,382 | 58,561 | 60,173 | 26,410 | 11,579 | 47,146 | 32,924 | 19,906 | 36,103 | 16,142 | 14,580 | 12,623 | 17,333 |
| OCP Tier 3 Total | OCP Tier 3 | 1,922 | | | 795 | 716 | 15 | 32 | 15 | 31 | | 36 | 26 | 82 | 149 | 25 |
| OCP Total | Total | 1,102,215 | | | | | | | | | | | | | | |
| Abe Ikubo & Katayama | OCP Tier 2 | 181 | | | | | | | | 81 | | | | | 100 | |
| Angell Ungar Law Group LLC | OCP Tier 3 | | | | | | | | | | | | | | | |
| Bassford Remele | OCP Tier 3 | | | | | | | | | | | | | | | |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | | | | | | | | | | | | | | | |
| Brinks Gilson & Lione | OCP Tier 2 | | | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 3 | 42 | | | | 42 | | | | | | | | | | |
| Brunini Grantham Grower Hewes, PLLC | OCP Tier 3 | | | | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 3 | | | | | | | | | | | | | | | |
| Cetrulo LLP | OCP Tier 3 | 80 | | | | | 3 | | | | | | | 76 | | |
| Cipriani & Werner PC | OCP Tier 3 | 350 | | | 350 | | | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 3 | | | | | | | | | | | | | | | |
| Conyers Dill & Pearman Limited | OCP Tier 2 | 90 | | | 90 | | | | | | | | | | | |
| Crowe & Dunlevy | OCP Tier 2 | 315 | | | | 267 | 48 | | | | | | | | | |
| Dannemann Siemsen Advogados | OCP Tier 2 | | | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 7,747 | 1,000 | | 781 | 160 | | 1,320 | 2,550 | 1,000 | 150 | 786 | | | | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 3 | | | | | | | | | | | | | | | |
| Davis, Hatley, Haffeman & Tighe, P.C. | OCP Tier 3 | 45 | | | 15 | 15 | | | 15 | | | | | | | |
| DeHay & Elliston LLP | OCP Tier 3 | 17,983 | | 2,190 | 1,203 | 554 | 10,540 | 2,761 | 735 | | | | | | | |
| Dentons US LLP | OCP Tier 3 | 367 | | | 51 | 270 | | | | | | | | | 3 | 25 |
| Dinse, Knapp & McAndrew | OCP Tier 2 | 11,516 | | 250 | | -241 | | | 2,400 | 1,700 | 1,565 | 250 | 940 | 125 | 1,125 | 3,402 |
| DLA Piper LLP | OCP Tier 2 | 2 | | | | 2 | | | | | | 18 | | | | |
| Dorsey & Whitney LLP | OCP Tier 2 | | | | | | | | | | | | | | | |
| Duke Scanlan | OCP Tier 3 | 31 | | | | | | | | 27 | | | 4 | | | |
| Durbin, Larimore & Bialick, PC | OCP Tier 3 | | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 3 | 5 | | | | | | 5 | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | | | | | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | | | | | | | | | | | | | | | |
| Frost Brown Todd LLC | OCP Tier 3 | | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 83 | | | 60 | 23 | | | | | | | | | | |
| Gibson Dunn & Crutcher LLP | OCP Tier 2 | 406 | | | 138 | 65 | 3 | 14 | | 4 | | 18 | 12 | 6 | 146 | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 2 | | | | 2 | | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | | | | | | | | | | | | | | | |
| Hepler Broom LLC | OCP Tier 3 | | | | | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | | | | | | | | | | | | | | | |
| Hirst Applegate, LLP | OCP Tier 3 | | | | | | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 19 | | | | 19 | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | | | | | | | | | | | | | | | |
| Husch Blackwell LLP | OCP Tier 2 | | | | | | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 2 | 13 | | | | 13 | | | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 3 | | | | | | | | | | | | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 3 | 1,329 | 575 | 227 | 204 | | | 323 | | | | | | | | |
| Larson & O'Brien | OCP Tier 3 | | | | | | | | | | | | | | | |
| Leason Ellis LLP | OCP Tier 3 | 4,240 | | 1,400 | | | 600 | | | | | | 2,240 | | | |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | | | | | | | | | | | | | | | |
| London Court of International Arbitration | OCP Tier 3 | 191,833 | 3,503 | 8,465 | 46,301 | 51,656 | 7,682 | 1,321 | 5,828 | 18,698 | 2,096 | 23,424 | 5,957 | 11,758 | 5,144 | |
| Lowenstein Sandler LLP | OCP Tier 2 | 11,819 | 2,186 | 3,408 | 42 | | 6,182 | | | | | | | | | |
| Lynch & Pine | OCP Tier 1 | 544,646 | 18,665 | 20,632 | 26,648 | 28,970 | 32,166 | 33,549 | 61,149 | 60,190 | 72,595 | 60,049 | 36,242 | 32,789 | 46,134 | 14,868 |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 2 | 10,540 | | | | | | | 3,600 | 2,700 | | 400 | 1,160 | | 1,000 | 1,680 |
| Maiwald | OCP Tier 1 | | | | | | | | | | | | | | | |
| McCarter & English | OCP Tier 2 | 33,673 | 3,568 | 9,166 | 4,954 | 3,052 | 7,512 | 5,421 | | | | | | | | |
| McCorriston Miller Mukai MacKinnon LLP | OCP Tier 3 | | | | | | | | | | | | | | | |
| McDonald Voon P.A. | OCP Tier 2 | | | | | | | | | | | | | | | |
| McGuire Woods, LLP | OCP Tier 1 | 38 | | | 18 | | 8 | 13 | | | | | | | | |
| Meltzer, Purtill & Stelle, LLC | OCP Tier 2 | 502 | 39 | | 15 | 41 | | | 7 | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | | | | | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | | | | | | | | | | | | | | | |
| Morris Nichols Arsht and Tunnell LLP | OCP Tier 2 | | | | | | | | | 400 | | | | | | |
| Morrison & Foerster LLP | OCP Tier 2 | | | | | | | | | | | | | | | |
| Mourant Ozannes | OCP Tier 2 | 60 | | | | 60 | | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | | | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 2 | | | | | | | | | | | | | | | |
| Nixon Peabody | OCP Tier 3 | | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 13 | | | 6 | 6 | 1 | | | | | | | | | |
| Oliverio & Marcaccio LLP | OCP Tier 2 | | | | | | | | | | | | | | | |
| O'Melveny & Myers LLP | OCP Tier 2 | | | | | | | | | | | | | | | |
| O'Neill & Borges | OCP Tier 3 | | | | | | | | | | | | | | | |
| Patrick J. Rogers LLC | OCP Tier 2 | | | | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | | | | | | | | | | | | | | | |
| PilieroMazza PLLC | OCP Tier 3 | | | | | | | | | | | | | | | |
| Porzio Bromberg & Newman P.C | OCP Tier 3 | | | | | | | | | | | | | | | |
| Potomac Law Group, PLLC | OCP Tier 2 | 401 | 160 | 125 | | | 22 | | | | | | | | 94 | |
| Poyner Spruill LLP | OCP Tier 2 | 67,140 | 7,076 | 2,508 | 6,437 | 5,335 | 2,159 | 2,382 | 3,425 | 2,991 | 9,476 | 7,663 | 2,286 | 912 | 4,239 | 10,251 |
| Pryor Cashman LLP | OCP Tier 1 | 758 | 63 | -319 | 31 | 106 | 116 | 31 | 60 | 30 | | 30 | 469 | 61 | 40 | 40 |
| Reed Smith, LLP | OCP Tier 3 | 68 | | | 68 | | | | | | | | | | | |
| Reichard & Escalera LLC | OCP Tier 3 | | | | | | | | | | | | | | | |
| Reilly, McDevitt & Henrich, P.C. | OCP Tier 3 | | | | | | | | | | | | | | | |
| Reminger Co., L.P.A. | OCP Tier 2 | | | | | | | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 3 | | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | | | | | | | | | | | | | | | |
| Semmes Bowen & Semmes | OCP Tier 3 | | | | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | 3,661 | | | 2,291 | 106 | | 2 | 1,177 | 40 | 13 | 2 | | | | |
| Sidley Austin, LLP | OCP Tier 2 | 4,404 | 13 | 16 | | | 23 | 146 | | | | | | | | |
| Skarzynski Black | OCP Tier 2 | 252 | 1,321 | 1,858 | | 1,051 | 252 | | | | | | | | 6 | |
| Smith Anderson | OCP Tier 3 | | | | | | | | | | | | | | | |
| Snell & Wilmer | OCP Tier 3 | 557 | | | | | | | | 399 | 157 | | | | | |
| Steptoe & Johnson, LLP | OCP Tier 2 | | | | | | | | | | | | | | | |

In re: PURDUE PHARMA L.P., et al.

Case No.: 19-23649 (RDD)

**OCP Payment Report - Monthly Expenses Incurred**
**October 2020**

| Name | Tier | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 40,659 | | 4,360 | 160 | 1,350 | 1,300 | 51 | 13,497 | 1,640 | 6,462 | 3,580 | 3,560 | 1,785 | 915 | 2,000 |
| Stikeman Elliott, LLP | OCP Tier 1 | 7,571 | 680 | 2,980 | | 383 | 2,913 | 584 | | | 26 | | | 3 | | 1 |
| Stites & Harbison, PLLC | OCP Tier 2 | | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 200 | | | | 200 | | | | | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | | | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | 28,938 | | | 3,460 | | 3,785 | 3,275 | 15,103 | 3,315 | | | | | | |
| Troutman Sanders LLP | OCP Tier 3 | | | | | | | | | | | | | | | |
| Vogel Law Firm, Ltd | OCP Tier 3 | 11 | | | | | | | | | | | 11 | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 1 | 109,629 | 8,234 | 40 | 47,310 | | 16,720 | 23 | 17 | 34,131 | 52 | 3,016 | 73 | 12 | | |
| Wiggin and Dana, LLP | | | | | | | | | | | | | | | | |