# Notice Recipients

| District/Off: 0208–7 | User: | Date Created: 11/30/2020 |
|---|---|---|
| Case: 19–23649–rdd | Form ID: 143 | Total: 720 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | Zachary R. Schneider |
| cr | Michael Lopez |
| cr | Dora Lawrence |
| cr | W. Andrew Fox |
| cr | Deborah Green–Kuchta |
| cr | MSI Corporation |
| cr | Jason Reynolds |
| cr | Heather Enders |
| cr | Kevin Wilk |
| cr | Michael Klodzinski |
| cr | Lou Sardella |
| cr | Kimberly Brand |
| cr | Darcy Sherman |
| cr | Debra Dawsey |
| cr | Edward Grace |
| cr | Michael Christy |
| cr | Gretta Golden |
| cr | Glenn Golden |
| cr | Marketing Services of Indiana, Inc. |
| cr | Barbara Rivers |
| cr | Eli Medina |
| cr | Michael Konig |
| cr | Nadja Streiter |
| cr | Amel Eiland |
| cr | Jordan Chu |
| cr | F. Kirk Hopkins |
| cr | Ronald D. Stracener |
| cr | Tennessee Plaintiffs |
| cr | Arkansas Plaintiffs |
| cr | Pension Benefit Guaranty Corporation |
| cr | The People of the State of California |
| cr | OptumRX, Inc. |
| intp | The Raymond Sackler Family |
| cr | Westchester Fire Insurance Company |
| cr | the State of Texas, acting by and through the Attorney General of Texas, Ken Paxton |
| cr | McKesson Corporation |
| unk | Multi–State Governmental Entities Group |
| cr | AmerisourceBergen Drug Corporation |
| cr | CaremarkPCS Health, L.L.C. |
| cr | CVS Caremark Part D Services, L.L.C. |
| cr | Teva Canada Limited |
| cr | Anda, Inc. |
| cr | Teva Pharmaceuticals USA, Inc. |
| cr | City of Worcester |
| cr | Town of Wakefield |
| cr | City of Springfield, Mass. |
| cr | City of Salem |
| cr | Town of Randolph |
| cr | Town of Natick |
| cr | Town of Lynnfield |
| cr | City of Haverhill |
| cr | City of Gloucester |
| cr | City of Framingham |
| cr | City of Chicopee |
| cr | City of Cambridge |
| cr | State of Alabama |
| cr | Thermo Fisher Scientific |
| intp | State of Washington |
| cr | Tulalip Tribes |
| cr | Tri–County Health Department |
| cr | Sedro–Woolley School District |
| cr | Northwest Arizona Employee Benefit Trust |
| cr | The Makah Indian Tribe |
| cr | Lummi Tribe of the Lummi Reservation |
| cr | Arizona School Alliance for Workers' Compensation |
| cr | Arizona Municipal Risk Retention Pool |
| cr | Arizona Counties Insurance Pool |
| cr | Ascent Health Services |
| cr | Express Scripts Senior Care Holdings, Inc. |

| | |
|---|---|
| cr | Express Scripts, Inc. |
| cr | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| cr | McKesson Corporation, on behalf of itself and certain corporate affiliates |
| intp | Walgreen Co. and certain corporate affiliates and subsidiaries |
| cr | State of Connecticut |
| cr | State of West Virginia, ex. rel. Patrick Morrisey, Attorney General |
| crcm | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. |
| cr | Nevada Counties and Municipalities |
| unk | Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler |
| unk | Richard Sackler |
| unk | Beverly Sackler |
| unk | David Sackler |
| unk | Jonathan Sackler |
| cr | Ad Hoc Group of Non−Consenting States |
| cr | State of Arizona |
| intp | Old Republic Insurance Company |
| cr | Certain Native American Tribes and Others |
| unk | Edward J. Bisch |
| cr | State of Missouri, by its Attorney General Eric S. Schmitt |
| cr | Ryan Hampton |
| cr | Giant Eagle, Inc. |
| cr | Blue Cross Blue Shield Association |
| cr | Al Marino, Inc. |
| cr | William Stock |
| cr | William Taylor |
| cr | Ad Hoc Committee of NAS Babies |
| unk | Ad Hoc Group of Individual Victims of Purdue Pharma L.P. |
| cr | City of Seattle |
| unk | Michael Julian |
| unk | Marcia Julian |
| aty | Dechert LLP |
| cr | NC Dept. of Health and Human Services |
| cr | DuPont de Nemours, Inc. |
| cr | Ad Hoc Group of Hospitals |
| intp | PJT Partners LP |
| intp | Various Parties in Support of Massachusetts Attorney General Maura Healey |
| unk | Beacon Company |
| unk | Mike Sacca |
| unk | Kara Trainor Brucato |
| cr | Board of Chicago School District No. 299 |
| unk | Board of Chicago School District No. 299 |
| intp | Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. |
| intp | Ortho−McNeil−Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc. |
| intp | Janssen Pharmaceuticals, Inc. |
| intp | Johnson & Johnson |
| cr | The Board of Education of Thornton Township High School District 205 |
| cr | The Board of Education of East Aurora School District 131 |
| cr | The Board of Education of Thornton Fractional Township High School District 215 |
| cr | Board of Education of East Aurora School District 131 |
| cr | Board of Education of Thornton Fractional Township High School District 215 |
| cr | Board of Education of Thornton Township High School District 205 |
| intp | Walmart, Inc. |
| ex | David M. Klauder |
| cr | Eric Hestrup, et al. |
| unk | Harrison Cullen |
| unk | Barbara Van Rooyan |
| unk | Cynthia Munger |
| unk | Dan Schneider |
| unk | Ed Vanicky |
| sp | Arnold & Porter Kaye Scholer LLP |
| unk | Maryanne Frangules MOAR Executive Director |
| unk | On behalf of the Farash Family Barbara Farash |
| cr | Ad Hoc Committee on Accountability |
| unk | Ad Hoc Group of Self−Funded Health Plans |
| cr | Jung U. Kim |
| cr | La Rue County School District, Kentucky |
| cr | Bullitt County School District, Kentucky |
| unk | Jonathan Sackler |
| cr | Hospital Claimants |
| unk | Ronald Bass, Sr. |
| intp | Her Majesty in Right of the Province of British Columbia |
| cr | Tiffany Dunford |
| cr | Independent Public School Districts |
| unk | Charlotte Bismuth |
| unk | Plaintiffs' Co−Leads and Plaintiffs' Executive Committee in MDL 2804 |
| intp | Peter W. Jackson |
| intp | Vitamerican Corporation |
| intp | Vitamerican Chemicals, Inc. |

| | | |
|---|---|---|
| intp | The Terramar Foundation, Inc. | |
| intp | The Seven Hundred Realty Corporation | |
| intp | The Purdue Frederick Company Inc. | |
| intp | The P.F. Laboratories, Inc | |
| intp | Sawwood Land Corporation | |
| intp | RSJ Company L.P. | |
| intp | Rhodes Technologies Inc. | |
| intp | Rhodes Pharmaceuticals Inc. | |
| intp | Purdue Pharma Technologies Inc. | |
| intp | Purdue Healthcare Technologies L.P. | |
| intp | Purdue Healthcare Technologies Inc. | |
| intp | Purdue Biopharma L.P. | |
| intp | Purdue Biopharma Inc. | |
| intp | PRA Holdings, Inc. | |
| intp | Pharmaceutical Research Associates, Inc. | |
| intp | Pharma Technologies Inc. | |
| intp | Pharma Associates L.P. | |
| intp | Pharma Associates Inc. | |
| intp | One Stamford Realty L.P. | |
| intp | One Stamford Land Inc. | |
| intp | New Suffolk Holdings LLP | |
| intp | Nappwood Land Corporation | |
| intp | Midvale Chemical Company | |
| intp | IAF Corporation | |
| intp | Hospice Provident LLC | |
| intp | Essential Raw Materials | |
| intp | E.R.G. Realty, Inc. | |
| intp | Coventry Technologies L.P. | |
| intp | Connecticut Avenue Realty Co., Inc. | |
| intp | Caas Leasing, Inc. | |
| intp | Avrio Health Inc. | |
| unk | Brown Rudnick LLP | |
| cr | Darryl Lee Haan | |
| cr | James Harry Rand | |
| unk | Clerk's Office Office, U.S.Bankruptcy, S.D.N.Y | |
| intp | Noramco Coventry LLC | |
| intp | Norton Rose Fulbright US LLP | |
| unk | Bankruptcy Professors as Amici Curiae | |
| unk | State of Utah | |
| cr | Northeast Ohio School Board Group | |
| inv | Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. | |
| 7625167 | Al Marino, Inc. | |
| 7624303 | Attorney for Creditor, Ryan Hampton | |
| 7707453 | BR Holding Associates Inc. | |
| 7707454 | BR Holdings Associates L.P. | |
| 7598583 | Community Health Systems, Inc., et al | |
| 7597039 | Notice of Appearance and Request for Service of Pa | |
| 7707456 | PLP Associates Holdings Inc. | |
| 7707457 | PLP Associates Holdings L.P. | |
| 7707455 | Pharmaceutical Research Associates L.P. | |
| 7624477 | The State of Vermont, by and through Attorney Gene | |
| 7625166 | William Stock | |
| 7625165 | William Taylor | |

TOTAL: 200

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | CRG Financial LLC | notices@CRGfinancial.com |
| aty | Aaron H. Stulman | astulman@potteranderson.com |
| aty | Aaron R. Cahn | cahn@clm.com |
| aty | Aisha Rich | arich@findjustice.com |
| aty | Alexander M Gormley | agormley@slevinhart.com |
| aty | Alison Archer | alison.archer@ohioattorneygeneral.gov |
| aty | Amanda Quick | amanda.quick@atg.in.gov |
| aty | Andrea Law | alaw@atg.state.il.us |
| aty | Andrew M. Troop | andrew.troop@pillsburylaw.com |
| aty | Anna Kordas | akordas@jonesday.com |
| aty | Anne Andrews | aa@andrewsthornton.com |
| aty | Anne Gilbert Wallice | anne.wallice@kirkland.com |
| aty | Annemarie Belanger Mathews | amathews@scag.gov |
| aty | Anthony D. Boccanfuso | Anthony.Boccanfuso@apks.com |
| aty | Ashley Crawford | avcrawford@akingump.com |
| aty | Ben Harrington | benh@hbsslaw.com |
| aty | Benjamin S. Kaminetzky | kaminet@dpw.com |
| aty | Bernard Ardavan Eskandari | bernard.eskandari@doj.ca.gov |
| aty | Beth Kaswan | bkaswan@scott−scott.com |
| aty | Brady C. Williamson | bwilliamson@gklaw.com |

| | | |
|---|---|---|
| aty | Brendan O'Neil | brendan.oneil@maine.gov |
| aty | Brett T DeLange | brett.delange@ag.idaho.gov |
| aty | Brian Edmunds | bedmunds@oag.state.md.us |
| aty | Brian S. Masumoto | nysbnotice@gmail.com |
| aty | Carol E. Momjian | cmomjian@attorneygeneral.gov |
| aty | Catherine Steege | csteege@jenner.com |
| aty | Celeste Brustowicz | cbrustowicz@clfnola.com |
| aty | Charles Wysong | cwysong@hsplegal.com |
| aty | Chiung–Hui Huang | chuang@hslawyers.com |
| aty | Christopher A. Lynch | clynch@reedsmith.com |
| aty | Christopher B Spuches | cbs@ecclegal.com |
| aty | Clayton Matheson, I | cmatheson@akingump.com |
| aty | Constantine Dean Pourakis | cp@stevenslee.com |
| aty | Corey Roush | croush@akingump.com |
| aty | Cyrus Mehri | cmehri@findjustice.com |
| aty | Daniel Walfish | dwalfish@walfishfissell.com |
| aty | Daniel H. Slate | dslate@buchalter.com |
| aty | Daniel S. Connolly | daniel.connolly@bracewell.com |
| aty | Darlene M. Nowak | nowak@marcus–shapira.com |
| aty | David Zwally | dzwally@haugpartners.com |
| aty | David Eli Nachman | david.nachman@ag.ny.gov |
| aty | Dawn Stewart | dstewart@thestewartlawfirm.com |
| aty | Denise Mondell | denise.mondell@ct.gov |
| aty | Dennis Windscheffel | dwindscheffel@akingump.com |
| aty | Dina L. Yunker Frank | bcuyunker@atg.wa.gov |
| aty | Donald K. Ludman | dludman@brownconnery.com |
| aty | Dorothy White–Coleman | whitecoleman@whitecoleman.net |
| aty | Edward E. Neiger | eneiger@askllp.com |
| aty | Eleanor M. Mullen | eleanor.mullen@ct.gov |
| aty | Eli J. Vonnegut | eli.vonnegut@davispolk.com |
| aty | Elisha D. Graff | egraff@stblaw.com |
| aty | Elizabeth Scott | edscott@akingump.com |
| aty | Emily Brown | ebrown@hsplegal.com |
| aty | Eric Goldstein | egoldstein@goodwin.com |
| aty | Eric J. Snyder | esnyder@wilkauslander.com |
| aty | Eric John Maloney | eric.maloney@ag.state.mn.us |
| aty | Eric M. Gold | eric.gold@state.ma.us |
| aty | Erin West | ewest@gklaw.com |
| aty | Evan Romanoff | evan.romanoff@ag.state.mn.us |
| aty | Evan M. Jones | ejones@omm.com |
| aty | Gary A. Gotto | ggotto@kellerrohrback.com |
| aty | Gary D. Bressler | gbressler@mdmc–law.com |
| aty | George Calhoun, IV | george@ifrahlaw.com |
| aty | George Robert Gage, Jr | grgage@gagespencer.com |
| aty | George W. Shuster, Jr. | george.shuster@wilmerhale.com |
| aty | Gerard Uzzi | guzzi@milbank.com |
| aty | Gillian Feiner | gillian.feiner@mass.gov |
| aty | Gregory Dale Willard | gwillard@dubllc.com |
| aty | Gregory P. Joseph | gjoseph@jha.com |
| aty | Heather M Crockett | heather.crockett@atg.in.gov |
| aty | Ilana Volkov | ivolkov@mcgrailbensinger.com |
| aty | Ira Burnim | irabster@gmail.com |
| aty | Ira S. Dizengoff | idizengoff@akingump.com |
| aty | J. Christopher Shore | cshore@whitecase.com |
| aty | Jake Holdreith | jholdreith@robinskaplan.com |
| aty | James Stempel | jstempel@kirkland.com |
| aty | James I. McClammy | james.mcclammy@davispolk.com |
| aty | James T. Boffetti | james.boffetti@doj.nh.gov |
| aty | Jamie Fell | jamie.fell@stblaw.com |
| aty | Jasmine Ball | jball@debevoise.com |
| aty | Jay Teitelbaum | jteitelbaum@tblawllp.com |
| aty | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| aty | Jennifer B Lyday | notice@waldrepwall.com |
| aty | Jennifer Lynn Vandermeuse | vandermeusejl@doj.state.wi.us |
| aty | Jeremy Pearlman | jeremy.pearlman@ct.gov |
| aty | Jeremy C. Kleinman | jkleinman@fgllp.com |
| aty | Jill Abrams | jill.abrams@vermont.gov |
| aty | Joanna Lydgate | joanna.lydgate@mass.gov |
| aty | Joel Shafferman | shaffermanjoel@gmail.com |
| aty | John Michael Connolly | mike@consovoymccarthy.com |
| aty | John Wayne Hogan | hogan@terrellhogan.com |
| aty | Jonathan Watson Cuneo | jonc@cuneolaw.com |
| aty | Jordan S. Blask | jblask@fbtlaw.com |
| aty | Joseph D. Frank | jfrank@fgllp.com |
| aty | Joshua Karsh | pleadings@findjustice.com |
| aty | Judith Aurora Yosepha Fiorentini | judith.fiorentini@doj.ca.gov |
| aty | Julie Elizabeth Cohen | julie.cohen@skadden.com |
| aty | Justino D Petrarca | jpetrarca@edlawyer.com |

| | | |
|---|---|---|
| aty | Katherine McCraw | kmccraw@ncdoj.gov |
| aty | Katherine Stadler | kstadler@gklaw.com |
| aty | Kathryn Blake | kathryn.blake@ag.ny.gov |
| aty | KatieLynn B Townsend | ktownsend@rcfp.org |
| aty | Kenneth H. Eckstein | keckstein@kramerlevin.com |
| aty | Kenneth T. Law | klaw@bbslaw.com |
| aty | Kevin C. Maclay | kmaclay@capdale.com |
| aty | Kimberly P. Massicotte | kimberly.massicotte@ct.gov |
| aty | Lara J Fogel | lfogel@levinelee.com |
| aty | Laura Femino | laura.femino@whitecase.com |
| aty | Laura McFarlane | mcfarlanele@doj.state.wi.us |
| aty | Laurel D. Roglen | roglenl@ballardspahr.com |
| aty | Lauren Guth Barnes | lauren@hbsslaw.com |
| aty | Laurie Rubinow | lrubinow@sfmslaw.com |
| aty | Lawrence Fogelman | lawrence.fogelman@usdoj.gov |
| aty | Lawrence L. Tong | lawrence.l.tong@hawaii.gov |
| aty | Leah M. Eisenberg | leisenberg@foley.com |
| aty | Leslie A. Eaton | leslie.eaton@coag.gov |
| aty | Leslie A. Goller | lgoller@terrellhogan.com |
| aty | Linda Singer | lsinger@motleyrice.com |
| aty | Linda J Conti | linda.conti@maine.gov |
| aty | Lori A. Butler | butler.lori@pbgc.gov |
| aty | Louis J. Testa | louis.testa@ag.ny.gov |
| aty | Lowell W. Finson | lowellwfinson@gmail.com |
| aty | Mai Lan G. Rodgers | rodgers.mailan@pbgc.gov |
| aty | Marc Joseph Tobak | mtobak@dpw.com |
| aty | Margaret Truesdale | mtruesdale@hsplegal.com |
| aty | Mark Krueger | mkrueger@ag.nv.gov |
| aty | Mark Tate | wkell@tatelawgroup.com |
| aty | Mark S. Dym | mdym@hsplegal.com |
| aty | Marshall C. Turner | marshall.turner@husch.com |
| aty | Marshall Scott Huebner | marshall.huebner@davispolk.com |
| aty | Marvin E. Clements, Jr. | agbanknewyork@ag.tn.gov |
| aty | Matthew J. Gold | mgold@kkwc.com |
| aty | Matthew J. Piers | mpiers@hsplegal.com |
| aty | Mawerdi Hamid | mawerdi.hamid@ag.state.mn.us |
| aty | Megan Paris Rundlet | megan.rundlet@coag.gov |
| aty | Melanie L. Cyganowski | mcyganowski@oshr.com |
| aty | Melissa L. Van Eck | mvaneck@attorneygeneral.gov |
| aty | Merrida Coxwell | lenah@coxwelllaw.com |
| aty | Michael Goldstein | mgoldstein@goodwinlaw.com |
| aty | Michael Luskin | luskin@lsellp.com |
| aty | Michael G Louis | mlouis@macelree.com |
| aty | Michael I. Baird | baird.michael@pbgc.gov |
| aty | Michael J Kasen | mkasen@kasenlaw.com |
| aty | Michael Morris Buchman | mbuchman@motleyrice.com |
| aty | Michael S. Kimm | msk@kimmlaw.com |
| aty | Michiyo Michelle Burkart | michelle.burkart@doj.ca.gov |
| aty | Mimi Liu | mliu@motleyrice.com |
| aty | Morgan R Bentley | mbentley@bentleyandbruning.com |
| aty | Morton R. Branzburg | mbranzburg@klehr.com |
| aty | Muhammad Umair Khan | umair.khan@ag.ny.gov |
| aty | Neil Francis Xavier Kelly | nkelly@riag.ri.gov |
| aty | Neil L Henrichsen | nhenrichsen@hslawyers.com |
| aty | Nicholas F. Kajon | nfk@stevenslee.com |
| aty | Nicklas Arnold Akers | nicklas.akers@doj.ca.gov |
| aty | Nickolas Karavolas | nkaravolas@phillipslytle.com |
| aty | Nicolas G. Keller | nicolas.keller@dfs.ny.gov |
| aty | Nicole A Leonard | nleonard@mdmc−law.com |
| aty | Norma E. Ortiz | email@ortizandortiz.com |
| aty | Patrick Francis McTernan | pmcternan@croninfried.com |
| aty | Paul A. Rachmuth | paul@paresq.com |
| aty | Paul S Rothstein | psr@rothsteinforjustice.com |
| aty | Pearl Shah | pshah@mcgrailbensinger.com |
| aty | Peter D'Apice | dapice@sbep−law.com |
| aty | Peter H Weinberger | sschebek@spanglaw.com |
| aty | Richard B. Levin | rlevin@jenner.com |
| aty | Richard R Gan | richlaw1@comcast.net |
| aty | Robert Padjen | robert.padjen@coag.gov |
| aty | Robert P. Charbonneau | rpc@agentislaw.com |
| aty | Samuel Mitchell | sam@mitchellspeights.com |
| aty | Scott F. Gautier | sgautier@robinskaplan.com |
| aty | Scott I. Davidson | sdavidson@kslaw.com |
| aty | Scott S. Markowitz | smarkowitz@tarterkrinsky.com |
| aty | Sean A. O'Neal | soneal@cgsh.com |
| aty | Sean Michael Murphy | murphysm@doj.state.wi.us |
| aty | Seth Adam Meyer | sam@kellerlenkner.com |
| aty | Shawn M. Christianson | schristianson@buchalter.com |

| | | |
|---|---|---|
| aty | Shmuel Vasser | shmuel.vasser@dechert.com |
| aty | Steven A Skalet | sskalet@findjustice.com |
| aty | Steven A. Ginther | sdnyecf@dor.mo.gov |
| aty | Steven P Ordaz | sordaz@bmcgroup.com |
| aty | Susan Ellis | sellis@atg.state.il.us |
| aty | Sydenham B. Alexander, III | sandy.alexander@mass.gov |
| aty | Thomas Lauria | tlauria@whitecase.com |
| aty | Thomas D. Bielli | tbielli@bk−legal.com |
| aty | Thomas Moultrie Beshere, III | tbeshere@oag.state.va.us |
| aty | Timothy Lundgren | timothy.lundgren@doj.ca.gov |
| aty | Timothy E. Graulich | timothy.graulich@davispolk.com |
| aty | Todd E. Phillips | tphillips@capdale.com |
| aty | Trish Lazich | trish.lazich@ohioattorneygeneral.gov |
| aty | Vadim J. Rubinstein | vrubinstein@loeb.com |
| aty | William Hao | william.hao@alston.com |
| aty | William P. Weintraub | wweintraub@goodwinprocter.com |
| aty | William R Pearson | william.pearson@ag.iowa.gov |
| aty | William S Consovoy | will@consovoymccarthy.com |

TOTAL: 195

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db      Purdue Pharma L.P.      One Stamford Forum      201 Tresser Boulevard      Stamford, CT 06901
unk     BMC Group, Inc      3732 West 120th Street      Hawthorne, CA 90250
cr      Attorney General, State of Florida      Christopher B. Spuches, Esq.      Agentis PLLC      55 Alhambra Plaza,
        Suite 800      Coral Gables, FL 33134
cr      Tennessee Attorney General's Office      Attn: Marvin Clements, Jr.      Bankruptcy Division      P.O. Box
        20207      Nashville, TN 37202−0207
cr      State of Indiana      Office of the Attorney General      IGCS−5th Floor      302 W. Washington
        St.      Indianapolis, IN 46204
cna     Prime Clerk LLC Claims Agent      One Grand Central Place      60 East 42nd Street, Suite
        1440      www.primeclerk.com      New York, NY 10165
cr      Commonwealth of Massachusetts      Office of the Attorney General      1 Ashburton Place      Boston, MA
        02108
cr      Attorney General, State of Arizona      2005 N Central Avenue      Phoenix, AZ 85004
cr      Colorado Attorney General      1300 Broadway, 7th Floor      denver, co 80218
cr      Colorado Department of Law      1300 Broadway, 8th Floor      Denver, CO 80203
cna     Prime Clerk LLC      One Grand Central Place      60 East 42nd Street, Suite 1440      New York, NY 10165
cr      State of Minnesota      Minnesota Attorney General's Office      445 Minnesota Street      Suite 1200      St.
        Paul, MN 55101
cr      State of Iowa, Ex Rel      Thomas J. Miller Attorney General      Hoover Building 2nd Fl      1305 E. Walnut
        Street      Des Moines, IA 50319
cr      People of the State of New York      Office of the New York State Attorney Ge      28 Liberty Street      new
        York, NY 10005
cr      Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al      c/o
        Teitelbaum Law Group LLC      1 Barker Ave      White Plains, NY 10601
unk     Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al      c/o
        Teitelbaum Law Group LLC      1 Barker Ave      White Plains, NY 10601
cr      Commonwealth of Pennsylvania      Pennsylvania Office of Attorney General      Strawberry Square      15th
        Floor      Harrisburg, PA 17120
cr      United Parcel Service, Inc.      Bialson, Bergen & Schwab      633 Menlo Ave.      Suite 100      Menlo Park,
        CA 94025
cr      Town of Canton      801 Washington Street      Canton, MA 02021
unk     New York State Department of Financial Services      One State Street      New York, NY 10004
unk     Dan Colucci      467 Beech Street      Township of Washington, NJ 07676
cna     Prime Clerk, LLC      One Grand Central Place      60 East 42nd Street, Suite 1440      New York, NY 10165
intp    State of Wisconsin      Wisconsin Department of Justice      17 West Main Street      P.O. Box
        7857      Madison, WI 53703
cr      Ohio Attorney General      615 West Superior Avenue      11th Floor      Cleveland, OH 44113
unk     John Farrell      P.O. Box 19803      Ashville, NC 28815
unk     The State of West Virginia, ex el. Patrick Morrisey, Attorney General      State of West Virginia      Office of the
        Attorney General      269 Aikens Center      Martinsburg, WV 25404
cr      City of Spokane      , WA
cr      City of Vancouver      , WA
cr      City of Greeley      , CO
cr      Mesa County      , CO
cr      Lincoln County      , WA
cr      City of Bainbridge      , WA
cr      Yuma County      , AZ
cr      Whitman County      , WA
cr      Whatcom County      , WA
cr      City of Westminster      , CO
cr      Walla Walla County      , WA
cr      Town of Hudson      , CO
cr      Thurston County      , WA
cr      City of Thornton      , CO
cr      Teller County      , CO
```

| | | |
|---|---|---|
| cr | City of Tacoma | , WA |
| cr | Saint Regis Mohawk Tribe | , NY |
| cr | Spokane County | , WA |
| cr | Skagit County | , WA |
| cr | City of Sheridan | , WA |
| cr | City of Sedro−Woolley | , WA |
| cr | Santa Barbara County | , CA |
| cr | San Juan County | , WA |
| cr | Pierce County | , WA |
| cr | City of Olympia | , WA |
| cr | City of Northglenn | , CO |
| cr | Nez Perce Tribe | , ID |
| cr | Navajo County | , AZ |
| cr | City of Mount Vernon | , WA |
| cr | Mount Vernon School District | , WA |
| cr | Mohave County | , AZ |
| cr | Missoula County | , MT |
| cr | Maricopa County | , AZ |
| cr | Larimer County | , CO |
| cr | City of Lakewood | , WA |
| cr | La Conner School District | , WA |
| cr | Kittitas County | , WA |
| cr | Kitsap County | , WA |
| cr | City of Kingman | , AZ |
| cr | King County | , WA |
| cr | City of Kent | , WA |
| cr | Jefferson County | , WA |
| cr | Jefferson County | , CO |
| cr | Island County | , WA |
| cr | Humboldt County | , CA |
| cr | Fremont County | , CO |
| cr | Franklin County | , WA |
| unk | City of Federal Heights | , CO |
| cr | City of Eureka | , CA |
| cr | City of Commerce City | , CO |
| cr | Cochise County | , AZ |
| cr | Clark County | , WA |
| cr | Clallam County | , WA |
| cr | City and County of Denver | , CO |
| cr | City and County of Broomfield | , CO |
| cr | Chelan County | , WA |
| cr | City of Burlington | , WA |
| cr | City of Brighton | , CO |
| cr | Boulder County | , CO |
| cr | City of Black Hawk | , CO |
| cr | City of Aurora | , CO |
| cr | Arapahoe County | , CO |
| cr | City of Anacortes | , WA |
| cr | Adams County | , CO |
| cr | Ada County | , ID |
| unk | State of Illinois    100 W. Randolph−12th Floor    Chicago, IL 60601 | |
| cr | State of Idaho, Through Attorney General Lawrence G. Wasden    Office of the Attorney General    P. O. Box 83720    Boise, ID 83720−0010 UNITED STATES | |
| cr | State of South Carolina, by and through Attorney General Alan Wilson    Office of the S.C. Attorney General    P.O. Box 11549    Columbia, SC 29211−1549 | |
| cr | State of Nevada    Office of the Attorney General    100 N. Carson Street    Carson City, NV 89701 | |
| cr | State of Hawaii ex rel. Clare E. Connors, Attorney General    State of Hawaii    c/o Clare E. Connors, Attorney General    425 Queen Street    Honolulu    HI, 96813 UNITED STATES OF AMERICA | |
| cr | State of North Carolina    c/o Waldrep LLP    101 S. Stratford Rd.    Suite 210    Winston Salem, NC 27104 UNITED STATES | |
| cr | State of Maine    Maine Attorney General    Cross Office Building    111 Sewall St    6th floor    augusta, ME 04330 | |
| cr | State of New Jersey    Office of the New Jersey Attorney Genera    124 Halsey Street    P.O. Box 45029−5029    Newark, NJ 07101 | |
| cr | Missouri Department of Revenue    Bankruptcy Unit    PO Box 475    301 W High St.    Jefferson City, MO 65105−0475 | |
| cr | Commonwealth of Virginia, ex rel. Mark R. Herring, Attorney General    Office of the Atty. General of Virginia    202 North Ninth Street    Richmond, VA 23219 UNITED STATES OF AMERICA | |
| unk | STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS    150 South Main Street    Providence, RI 02903 | |
| cr | Fredrick Hill    c/o Kasen & Kasen, P.C.    Attn: Jenny Kasen    Society Hill Office Park    1874 E. Marlton Pike, Suite 3    Cherry Hill, NJ 08003 | |
| unk | Joanne Peterson    Learn to Cope | |
| unk | Lydia Conley    ABH | |
| unk | Steve Walsh    Massachusetts Health & Hospital Assoc | |
| unk | Lora Pellegrini    Massachusetts Assoc. of Health Plans | |
| unk | Martin Walsh    City of Boston, Massachusetts | |
| unk | Maryanne Frangules    MOAR | |

| | | | | |
|---|---|---|---|---|
| cr | State of New Hampshire | c/o NH Attorney General's Office | 33 Capitol Street | Concord, NH 03301–6397 |
| unk | Steven A. Tolman | Massachusetts AFL–CIO | | |
| unk | Charles D. Baker | Commonwealth of Massachusetts | | |
| unk | Andrew Kolodny | PROP | | |
| unk | Stephen G. Gelfand | PROP | | |
| cr | Commonwealth of Pennsylvania, Department of Revenue | Bureau of Compliance | Department 280946 | Harrisburg, PA 17128–0946 |
| unk | John Taormina | 12 Starr Lea Road | North Salem, NY 10560 | |
| cr | The State of Vermont, by and through Attorney General Thomas J. Donovan Jr. | 109 State Street | Montpelier, VT 05609 | |
| unk | Sarah Thrower | CRNP Provider Assisted Medication Treat. | 1593 Sylvan Dr. | Hollidaysburg,, PA 16648 |
| aty | Sarasota County Public Hospital District | Bentley and Bruning | 783 South Orange Avenue | Sarasota, FL 34236 |
| cr | Oracle America, Inc. | c/o Shawn Christianson  Buchalter P.C. | 55 Second Street, 17th Fl | San Francisco, CA 94105 |
| unk | Kimberly Krawczyk | 38 Briarwood Lane #4 | Marlboro, MA 01152 | |
| op | Prime Clerk LLC | One Grand Central Place | 60 East 42nd Street, Suite 1440 www.primeclerk.com | New York, NY 10165 |
| intp | Kurtzman Carson Consultants LLC | 222 N Pacific Coast Highway, Suite 300 | El Segundo, CA 90245 | |
| unk | SAP America, Inc. | Brown & Connery, LLP  Donald K. Ludman, Esquire | 6 N. Broad Street  Suite 100 | Woodbury, NJ 08096 |
| unk | Ironshore Specialty Insurance Company | 250 Commercial Street | Suite 5000 | Manchester, NH 03101 UNITED STATES |
| cr | CRG Financial, LLC as Assignee of Fike Corporation | 100 Union Avenue | Cresskill, NJ 07626 | |
| cr | State Of Maryland | Office of the Attorney General of Maryla | 200 Saint Paul Place | Baltimore, MD 20852 |
| unk | Gary & Colleen Breitbord | 9 Forest Park Drive | Holliston, MA 01746 | |
| intp | United HealthCare Services, Inc. | c/o Shipman & Goodwin LLP | One Constitution Plaza | Hartford, CT 06103 |
| intp | Washington State Department of Revenue | Office of the Attorney General | 800 5th Ave  Ste 2000 | Seattle, WA 98104 |
| unk | Leona Nuss | 5 Watkins Pl | Palm Coast, Fl 32164 | |
| unk | Ronald George Dandar | c/o Legal Mail Department | 50 Overlook Drive | LaBelle, PA 15450 |
| cr | CRG Financial LLC | 100 Union Avenue | Cresskill, NJ 07626 | |
| cr | Ronald George Dandar | c/o Legal Mail Department | 50 Overlook Drive | LaBelle, PA 15450 |
| aty | Village of Amityville, NY, et al. | Tate, Grossman, Kelly & Iaccarino | 1248 Montauk Highway | West Islip, NY 11795 |
| cr | Anne Alexander, et al. | Finson Law Office | | |
| unk | Allergan Finance LLC | MORRIS CORPORATE CENTER III | 400 INTERPACE PARKWAY | Parsippany, NJ 07054 |
| crcm | Bayard, P.A. | 600 N. King Street, Suite 400 | Wilmington, DE 19801 | |
| fa | Province, Inc. | 2360 Corporate Circle, Suite 330 | Henderson, NV 89074 | |
| crcm | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 | |
| op | Kurtzman Carson Consultants LLC | 222 N. Pacific Coast Highway | Suite 300 | El Segundo, CA 90245 |
| unk | Tim Kramer | 64 Exmoor Rd. | Waterford, NY 48328 | |
| unk | Kennedy Forum and other national organizations | 14 Central Ave. | Island Heights, NJ 08732 | |
| cr | Tucson Medical Center | 5301 E. Grant Road | Tucson, AZ 85712 | |
| intp | TXP Services, Inc. | One Stamford Forum | Stamford, CT 06901 | |
| intp | PLP Associates Holdings L.P. | One Stamford Forum | Stamford, CT 06901 | |
| intp | PLP Associates Holding Inc. | One Stamford Forum | Stamford, CT 06901 | |
| intp | Pharmaceutical Research Associates L.P. | One Stamford Forum | Stamford, CT 06901 | |
| intp | BR Holdings Associates L.P. | One Stamford Forum | Stamford, ct 06901 | |
| intp | BR Holdings Associates Inc. | One Stamford Forum | Stamford, CT 06901 | |
| unk | Corey Dodge | Oregon Dept. of Corrections | 777 Stanton Blvd. | Ontario, NY 97914 |
| unk | Ruby Thomas | 150 Ledy Mercy Lane | Rockington, NJ 28379 | |
| unk | NAPW Lynn M. Paltrow, JD | National Advocates for Pregnat Women | 575 8th Avenue, 7th Floor | New York, NY 10018 |
| cr | Ricardo Vela | TDCJ No. 2164340 | Ramsey Unit–TDCJ  110 FM 655 | Rosharon, TX 77583 |
| unk | Thomas Hickey | Suffolk CO H.O.C | 20 Bradston St. | Boston, MA 02118 |
| cr | John Yarbrough | Federal Prison Camp Montgomery | 1001 Willow St. | Maxwell AFB, AL 36112 |
| cr | Casey David Nadolski | c/o Sahn Ward Coschignano | 333 Earle Ovington Blvd., Suite 601 | Suite 601  New York, NY 11553 |
| unk | Collegium Pharmaceutical, Inc. | 780 Dedham Street | Canton, MA 02021 | |
| cr | Malcolm B. & Justine Kinnaird | 601 Willow Glen Road | Kennett Square, PA 19348 | |
| cr | Hunt Kinnaird | 3855 Blair Mill Road | Apt. 219C  Horsham, PA 19044 | |
| cr | Joan E. Vasko | 155 Old Murphy Road | Zebulon, NC 27597 | |
| cr | Jesse Mendez | Jester 3 Unit | 3 Jester Rd. | Richmond, TX 77406 |
| unk | The National Association for the Advancement of Colored People | NAACP Empowerment Programs | National Headquarters  4805 Mount Hope Drive | Balitmore, MD 21215 |
| unk | Joan E. Vasko | 155 Old Murphy Road | Zebulon, NC 27597 | |
| aty | Merrida P Coxwell | Coxwell & Associates, PLLC | Post Office Box 1337 | Jackson, MS 39215 UNITED STATES |
| unk | City of Bellefontaine Neighbors, Missouri | 9641 Bellefontaine Road | , MO 63137 | |
| unk | Paul S Rothstein | 626 NE 1st Street | Gainesville, FL 32601 | |
| aty | Paul S Rothstein | 626 NE 1st Street | Gainesville, FL 32601 | |

| | | | |
|---|---|---|---|
| aty | Alexander Michael Gormley | Slevin & Hart, P.C. | 1625 Massachusetts Ave NW Suite 450, Washington, DC 20036 |
| cr | Claudia J Innaco | 105 Mayflower Ave | Massapequa Park, NY 11762 |
| aty | Richard R Gan | 2023 NORTH SECOND STREET   201   201 | Harrisburg   PA, 17102   UNITED STATES |
| unk | Masoud Bamdad | 17806 Ridgeway Rd. | Granada Hills, CA 91344 |
| unk | United States of America | U.S. Attorney's Office | 86 Chambers Street, 3rd Floor   New York, NY 10007 |
| cr | Eric Eugene Anderson | 11161 Rios Road | Boca Raton, FL 33498 |
| cr | Maria Ecke | 8 Glenbrook Dr. | West Simsbury, CT 06092 |
| aty | Adam M. Adler | Prime Clerk LLC | One Grand Central Place   60 East 42nd Street   Suite 1440   New York, NY 10165 |
| aty | Clare Connors | Department of the Attorney General | 425 Queen Street   Honolulu, HI 96813 |
| aty | Kristine Manoukian | Schulte Roth & Zabel LLP | 919 Third Avenue   New York, NY 10022 |
| aty | Laurel K. Lackey | West Virginia Attorney General's Office | Eastern Panhandle Office   269 Aikens Center   Martinsburg, WV 25404 |
| aty | Marc P. Gertz | 11 South Forge Street | Akron, OH 44304 |
| aty | Thomas C. Albus | Office of Attorney General | P.O. Box 899   Jefferson City, MO 65102 |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 |
| smg | Westchester County Sheriff's Dept. | Room L 217 | 110 Dr. Martin Luther King Blvd.   White Plains, NY 10601–2519 |
| smg | N.Y. State Dept. Of Taxation And Finance | Bankruptcy/Special Procedures Section | P.O. Box 5300   Albany, NY 12205–0300 |
| smg | New York City Department of Finance | Office of Legal Affairs | 375 Pearl Street, 30th Floor   New York, NY 10038 |
| smg | Parking Violations Bureau | 210 Joralemon Avenue | Brooklyn, NY 11201 |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201–0551 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300   Albany, NY 12205–0300 |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit   86 Chambers Street, Third Floor   New York, NY 10007 |
| 7608290 | AKIN GUMP STRAUSS HAUER & FELD LLP | Counsel to the Official Committee of Unsecured Creditors | One Bryant Park   New York, New York 10036 |
| 7598644 | ALSTON & BIRD LLP | Counsel for OptumRX, Inc. | 1201 West Peachtree Street   Atlanta, GA 30309–3424 |
| 7598645 | ALSTON & BIRD LLP | Counsel for OptumRX, Inc. | 90 Park Avenue   New York, NY 10016–1387 |
| 7624302 | ANDREWS & THORNTON | Attorneys for Ryan Hampton | 4701 Von Karman Ave., Suite 300   Newport Beach, CA 92660 |
| 7628695 | ASK LLP | Counsel to the Ad Hoc Group of Individual Victims | 151 West 46th Street, 4th Floor   New York, NY 10036 |
| 7656851 | ATTORNEY GENERAL OF WASHINGTON | Robert W. Ferguson, Attorney General   Counsel for Washington State   Department of Revenue | 800 Fifth Avenue, Suite 2000   Seattle, WA 98104 |
| 7596263 | Agentis PLLC | Attorneys for State of Florida | c/o Christopher B. Spuches, Esq.   55 Alhambra Plaza, Suite 800   Coral Gables, FL 33134 |
| 7598845 | BARRETT LAW GROUP, P.A. | P.O. Box 927 | 404 Court Square   Lexington, MS 39095 |
| 7598609 | BMC Group, Inc | Attn: T Feil | 3732 W. 120th Street   Hawthorne, CA 90250 |
| 7617955 | BRACEWELL LLP | 1251 Avenue of the Americas, 49th Floor | New York, New York 10020–1100 |
| 7639145 | BROWN & CONNERY, LLP | Donald K. Ludman, Esquire | 6 North Broad Street, Suite 100   Woodbury, NJ 08096 |
| 7607080 | BROWN RUDNICK LLP | 7 Times Square | New York, NY 10036 |
| 7643212 | Ballard Spahr, LLP | Attorneys for DuPont de Nemours, Inc. | 919 N. Market Street, 11th Floor   Wilmington, DE 19801 |
| 7652248 | Banc of America Leasing & Capital, LLC | c/o Nicola G. Suglia, Esquire | Fleischer, Fleischer & Suglia, P.C.   Four Greentree Centre   601 Route 73 N, Suite 305   Marlton, NJ 08053 |
| 7629495 | Bentley & Bruning P.A. | Attorneys for SARASOTA COUNTY PUBLIC HOSPITAL DISTRICT | 783 South Orange Avenue, Third Floor   Sarasota, Florida 34236 |
| 7598782 | Bialson, Bergen & Schwab | Attorneys for United Parcel Service, Inc. | 633 Menlo Ave., Suite 100   Menlo Park, CA 94025 |
| 7710098 | Bielli & Klauder, LLC | Counsel David M. Klauder, Esquire | 1500 Walnut Street, Suite 900   Philadelphia, PA 19103 |
| 7623582 | Blue Cross Blue Shield Association | 225 North Michigan Ave. | Chicago, IL 60601 |
| 7606042 | Buchalter, a Professional Corporation | Attorneys for McKesson Corporation | 18400 Von Karman Avenue, Suite 800   Irvine, CA 92612–0514 |
| 7630986 | Buchalter, a Professional Corporation | Attorneys for Oracle America, Inc. | 55 2nd St., 17th Fl.   San Francisco, CA 94105 |
| 7602027 | CAPLIN & DRYSDALE, CHARTERED | Counsel for the Multi–State Governmental Entities Group | One Thomas Circle, NW, Suite 1100   Washington, DC 20005 |
| 7608189 | CARTER LEDYARD & MILBURN LLP | Attorneys for State of West Virginia | 2 Wall Street   New York, New York 10005 |
| 7598619 | CONSOVOY MCCARTHY PLLC | Attorneys for the State of Arizona | 1600 Wilson Boulevard, Suite 700   Arlington, Virginia 22201 |
| 7645712 | CREADORE LAW FIRM PC | Counsel for NAS Ad Hoc Committee | 450 Seventh Avenue, 14th Floor   New York, NY 10123 |
| 7598844 | CUNEO GILBERT & LADUCA, LLP | 16 Court Street, Suite 1012 | Brooklyn, New York 11241 |

| | | | | |
|---|---|---|---|---|
| 7598843 | CUNEO GILBERT & LADUCA, LLP | 4725 Wisconsin Avenue, NW, Suite 200 | Washington, DC 20016 | |
| 7605017 | Carol E. Momjian    Senior Deputy Attorney General    Office of Attorney General    The Phoenix Building    1600 Arch Street, Suite 300    Philadelphia, PA 19103 | | | |
| 7733941 | Casey David Nadloski    c/o Sahn Ward Coschignano, PLLC    The Omni Building    333 Earle Ovington Blvd #601    Uniondale, NY 11553 | | | |
| 7739609 | City of Blue Springs, Missouri    903 W. Main St.    c/o City Attorney    Blue Springs, MO 64015 | | | |
| 7740419 | City of Moorhead, Minnesota    City Manager    500 Center Avenue    Moorhead, MN 56561–0779 | | | |
| 7629903 | City of Seattle    c/o Ben Harrington    Hagens Berman Sobol Shapiro LLP    715 Hearst Ave., Suite 202    Berkeley, CA 94710 | | | |
| 7740499 | City of Warren,Andrea L. Stapleford–City Solicitor    600 Market Street    Warren, PA 16365    Warren, PA 16365–1636 | | | |
| 7596642 | Commonwealth of Massachusetts    Office of the Attorney General    1 Ashburton Place    Boston, MA 02108 | | | |
| 7605260 | Commonwealth of Pennsylvania    Attn: Carol E. Momjian    The Phoenix Building    1600 Arch Street, Suite 300    Philadelphia, PA 19103 | | | |
| 7622034 | Commonwealth of Pennsylvania    Department of Revenue    Bureau of Compliance    P O Box 280946    Harrisburg, PA 17128–0946 | | | |
| 7608560 | Commonwealth of Pennsylvania    Office of Attorney General    15th Floor, Strawberry Square    Harrisburg, PA 17120 | | | |
| 7670951 | Cooper Law Firm, LLC    Attorneys for Kara Trainor Brucato    1525 Religious Street    New Orleans, Louisiana 70130 | | | |
| 7617839 | Daniel S. Connolly    Robert G. Burns    Bracewell LLP    1251 Avenue of the Americas, 49th Flr.    New York, NY 10020 | | | |
| 7645408 | Donald Creadore,Esq.    CREADORE LAW FIRM PC    450 Seventh Avenue Suite 1408    New York, New York 10123    Email: donald@creadorelawfirm.com | | | |
| 7646267 | Doster, Ullom & Boyle, LLC    Attorneys for State of Missouri    16090 Swingley Ridge Road    Suite 620    St. Louis, Missouri 63017 | | | |
| 7608293 | EGLET ADAMS    Counsel to Nevada Counties    and Municipalities    400 South 7th Street, Suite 400    Las Vegas, Nevada 89101 | | | |
| 7719304 | Eisenberg & Baum, LLP    Attorneys for Ad Hoc Committee    on Accountability    24 Union Square East, Fourth Floor    New York, New York 10003 | | | |
| 7598704 | FOLEY & LARDNER LLP    321 N. Clark Street, Suite 2800    Chicago, IL 60654–5313 | | | |
| 7597760 | FOLEY & LARDNER LLP    90 Park Avenue    New York, New York 10016–1314 | | | |
| 7618016 | FOX SWIBEL LEVIN & CARROLL LLP    Attorneys for Old Republic    Insurance Company    200 W. Madison Street, Suite 3000    Chicago, Illinois 60606 | | | |
| 7607458 | FRANKGECKER LLP    1327 W. Washington Blvd.    Suite 5 G–H    Chicago, Illinois 60607 | | | |
| 7739610 | Fetzko Law Offices, P.C.    12 Evergreen Drive    Suite 102    Middletown, NY 10940 | | | |
| 7598614 | GODFREY & KAHN, S.C.    One East Main Street, Suite 500    Madison, WI 53703 | | | |
| 7598707 | GOODWIN PROCTER LLP    The New York Times Building    620 Eighth Avenue    New York, New York 10018 | | | |
| 7625201 | HAGENS BERMAN SOBOL SHAPIRO LLP    Counsel for Blue Cross Blue    Shield Assoc.    55 Cambridge Parkway, Suite 301    Cambridge, MA 02142 | | | |
| 7707458 | HAUG PARTNERS LLP    One Post Office Square, 31st Floor    Boston, Massachusetts 02109 | | | |
| 7606694 | HUSCH BLACKWELL LLP    190 Carondelet Plaza, Suite 600    St. Louis, MO 63105–3433 | | | |
| 7630743 | Hagens Berman Sobol Shapiro LLP    Counsel for City of Seattle    715 Hearst Ave., Suite 202    Berkeley, CA 94710 | | | |
| 7737042 | Hunt Kinnaird    3855 Blair Mill Road, Apt. 219C    Horsham, PA 19044 | | | |
| 7737041 | Hunt Kinnaird    c/o Fetzko Law Offices, P.C.    12 Evergreen Drive, Suite 102    Middletown, NY 10940 | | | |
| 7608296 | JOSEPH HAGE AARONSON LLC    485 Lexington Avenue    30th Floor    New York, New York 10017 | | | |
| 7754213 | James Harry Rand    United State Penitentiary    P.O. Box 33 (E–2)    Terre Haute, IN 47808 | | | |
| 7605360 | Jeffrey K. Garfinkle, Esq.    Daniel H. Slate, Esq.    Buchalter, a Professional Corporation    18400 Von Karman Avenue, Suite 800    Irvine, CA 92612–0514 | | | |
| 7739611 | Joan E. Vasko, Administratrix    155 Old Murphy Road    Zebulon, NC 27597 | | | |
| 7598618 | KELLER LENKNER LLC    Attorneys for the State of Arizona    150 N. Riverside Plaza, Suite 4270    Chicago, Illinois 60606 | | | |
| 7604082 | KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.    Counsel for State of Washington    551 Fifth Avenue, 18th Floor    New York, NY 10176 | | | |
| 7607078 | KRAMER LEVIN NAFTALIS & FRANKEL LLP    1177 Avenue of the Americas    New York, New York 10036 | | | |
| 7619809 | Kasen & Kasen, P.C.    Attn: Jenny Kasen, Esq.    Society Hill Office Park    1874 E. Marlton Pike, Suite 3    Cherry Hill, NJ 08003 | | | |
| 7619888 | Kasen & Kasen, P.C.    Attorneys for Fredrick Hill    Society Hill Office Park    1874 E. Marlton Pike, Suite 3    Cherry Hill, NJ 08003 | | | |
| 7641816 | Katherine M. McCraw    Assistant Attorney General    N.C. Department of Justice    Post Office Box 629    Raleigh, North Carolina 27602–0629 | | | |
| 7740418 | Katie J. Bertsch    444 Sheyenne Street    Suite 102    P.O. Box 458    West Fargo, ND 58078–0458 | | | |
| 7618017 | LUSKIN, STERN & EISLER LLP    Attorneys for Old Republic    Insurance Company    Eleven Times Square    New York, New York 10036 | | | |
| 7617928 | Lara J. Fogel    Office of the New Jersey State Attorney    124 Halsey Street, 5th Floor    P.O. Box 45029–5029    Newark, New Jersey 07101 | | | |
| 7608198 | Loeb & Loeb LLP    Attorneys for Nevada Counties    and Municipalities    345 Park Avenue    New York NY 10154 | | | |
| 7598706 | Louis J. Testa, Esq.    Assistant Attorney General    The Capitol    Albany, New York 12224–0341 | | | |

| | | | | |
|---|---|---|---|---|
| 7622419 | MARCUS & SHAPIRA LLP | Attorneys for Giant Eagle, Inc. | One Oxford Centre | 301 Grant Street, 35th Floor    Pittsburgh, PA 15219 |
| 7598673 | MCELROY, DEUTSCH,MULVANEY & CARPENTER, LLP | Counsel to Westchester Fire Insurance Company    1617 John F. Kennedy Blvd., Ste. 1500    Philadelphia, PA 19103 | | |
| 7608295 | MILBANK LLP | 55 Hudson Yards | New York, New York 10001 | |
| 7603810 | MOTION INDUSTRIES | 1605 ALTON ROAD | BIRMINGHAM, AL 35210 | |
| 7705848 | MOTLEY RICE LLC | Counsel for Tucson Medical Center | 777 Third Ave., 27th Floor | New York, NY 10017 |
| 7737026 | Malcolm B. & Justine Kinnaird | c/o Fetzko Law Offices, P.C. | 12 Evergreen Drive, Suite 102    Middletown, NY 10940 | |
| 7776417 | Michelle Decarlo | 2119 S. 11th Street | Philadelphia, PA 19148 | |
| 7608299 | Missouri Department of Revenue | Bankruptcy Unit | PO Box 475 | Jefferson City MO, 65109−0475 |
| 7625209 | Morgan & Morgan | 201 North Franklin Street, 7th Floor | Tampa, Florida 33602 | |
| 7625208 | Morgan & Morgan | 485 Madison Avenue, 20th Floor | New York, New York 10022 | |
| 7598611 | Morgan & Morgan | 76 South Laura Street, Suite 1100 | Jacksonville, Florida 32202 | |
| 7608540 | Muhammad Umair Khan | 28 Liberty Street | New York, NY 10005 | |
| 7617925 | Muhammad Umair Khan | Senior Advisor and Special Counsel | Executive Division | Office of the New York State Attorney Ge    28 Liberty Street    New York, New York 10005 |
| 7602026 | New York State Department of Financial Services | One State Street | New York, NY 10004 | |
| 7767956 | Noramco Coventry LLC | KIRKLAND & ELLIS LLP | 300 North LaSalle Street | Chicago, Illinois 60654    Attn: James A. Stempel |
| 7767955 | Noramco Coventry LLC | KIRKLAND & ELLIS LLP | 601 Lexington Avenue | New York, New York 10022    Attn: Anne G. Wallice |
| 7598702 | OTTERBOURG P.C. | 230 Park Avenue | New York, New York 10169 | |
| 7608294 | Office of the New Jersey State Attorney General | 124 Halsey Street, 5th Floor | P.O. Box 45029−5029    Newark, New Jersey 07101 | |
| 7604080 | Office of the New York State Attorney General | 28 Liberty Street | New York, New York 10005 | |
| 7607605 | Office of the South Carolina Attorney General | P.O. Box 11549 | Columbia, South Carolina 29211−1549 | |
| 7707778 | POTTER ANDERSON & CORROON LLP | Counsel to Walmart, Inc. | and its Subsidiaries | 1313 North Market Street, Sixth Floor    P.O. Box 951    Wilmington, DE 19801 |
| 7643172 | People of the State of California | California Department of Justice | 300 S. Spring Street, Suite 1702    Los Angeles, CA 90013 | |
| 7637874 | People of the State of California | California Department of Justice | 300 South Spring Street, Suite 1702    Los Angeles, California 90013 | |
| 7598459 | People of the State of New York | Office of the New York State Attorney Ge | 28 Liberty Street | New York, New York 10005 |
| 7608291 | People of the State of New York | The Capitol | Albany, New York 12224−0341 | |
| 7621563 | Pillsbury Winthrop Shaw Pittman LLP | Attorneys for Ad Hoc Group of | Non−Consenting States | 2 Houston Center    909 Fannin, Suite 2000    Houston, TX 77010 |
| 7621323 | Pillsbury Winthrop Shaw Pittman LLP | Attorneys for Ad Hoc Group of | Non−Consenting States | 31 West 52nd Street    New York, NY 10019 |
| 7625202 | RAWLINGS & ASSOCIATES | Counsel for Blue Cross Blue | Shield Assoc. | 1 Eden Parkway    La Grange, KY 40031 |
| 7604083 | REED SMITH LLP | Counsel for AmerisourceBergen Drug | Corporation | 599 Lexington Avenue    New York, NY 10022−7650 |
| 7604084 | REED SMITH LLP | Counsel for AmerisourceBergen Drug | Corporation | Three Logan Square    1717 Arch Street, Suite 3100    Philadelphia, PA 19103 |
| 7671142 | RONALD GEORGE DANDAR K07780 | c/o LEGAL MAIL DEPARTMENT | 50 OVERLOOK DRIVE    LABELLE, PA 15450 | |
| 7608199 | Robert M. Adams | Eglet Adams | 400 South &th Street, Suite 400 | Las Vegas, NV 89101 |
| 7668479 | Ronald George Dandar | c/o Legal Mail Department | 50 Overlook Drive | LaBelle, PA 15450 |
| 7650994 | SCHULTE ROTH & ZABEL LLP | Counsel to the Ad Hoc Group of Hospitals | 919 Third Avenue    New York, NY 10022 | |
| 7602025 | SCOTT+SCOTT ATTORNEYS AT LAW LLP | The Helmsley Building | 230 Park Avenue, 17th Floor    New York, NY 10169 | |
| 7651693 | SIMPSON THACHER & BARTLETT LLP | Counsel for PJT Partners LP | 425 Lexington Avenue    New York, NY 10017 | |
| 7604434 | STATE OF OHIO | DAVE YOST, ATTORNEY GENERAL | 615 West Superior Avenue, 11th Floor    Cleveland, Ohio 44113 | |
| 7619317 | STUTZMAN, BROMBERG, ESSERMAN & | PLIFKA, A Professional Corporation | 2323 Bryan Street, Suite 2200    Dallas, TX 75201 | |
| 7654826 | Shipman & Goodwin LLP | Attorneys for United HealthCare | Services, Inc. | One Constitution Plaza    Hartford, CT 06103 |
| 7596661 | State of Arizona ex rel. Mark Brnovich | Attorney General | 2005 N Central Avenue | Phoenix, AZ 85004 |
| 7617954 | State of Connecticut | Office of Attorney General | 55 Elm Street, P.O. Box 120 | Hartford, CT 06141−0120 |
| 7607061 | State of Idaho through | Attorney General Lawrence G. Wasden | P. O. Box 83720 | Boise, ID 83720−0010 |
| 7608091 | State of North Carolina | C/O Walderep LLP | 101 S. Stratford Rd., Suite 210 | Winston Salem, NC 27104 |
| 7608088 | State of North Carolina | C/O Waldrep LLP | 101 S. Stratford Rd., Suite 210 | Winston Salem, NC 27104 |
| 7625206 | State of Vermont | Attn: Jill S. Abrams | 109 State Street | Montpelier, Vermont 05403 |
| 7598612 | Stevens & Lee, P.C. | 485 Madison Avenue, 20th Floor | New York, New York 10022 | |

| | | | | |
|---|---|---|---|---|
| 7625168 | Stevens & Lee, P.C. | Attn: Nicholas F. Kajon, Esq. | 485 Madison Ave., 20th Floor | New York, NY 10022 |
| 7625809 | TARTER KRINSKY & DROGIN LLP | Attorneys for Ad Hoc Committee | of NAS Babies | 1350 Broadway, 11th Floor    New York, New York 10018 |
| 7598846 | TEITELBAUM LAW GROUP, LLC | 1 Barker Avenue, 3rd Floor | White Plains, New York 10601 | |
| 7604081 | TUCKER ARENSBERG, P.C. | Counsel to Thermo Fisher Scientific | 1500 One PPG Place | Pittsburgh, Pennsylvania 15222 |
| 7598584 | Teitelbaum Law Group LLC | Jay Teitelbaum | 1 Barker Avenue White Plains NY 10601 | jteitelbaum@tblawllp.com; jkelly@cuneola |
| 7596450 | Tennessee Attorney Generals Office | Attn: Marvin Clements, Bankruptcy Divisi | P.O. Box 20207 | Nashville, TN 37202−0207 |
| 7608194 | The Official Committee of Unsecured Creditors | of Purdue Pharma L.P., et al. | c/o Akin Gump Strauss Hauer & Feld LLP | One Bryant Park    New York, NY 10036 |
| 7620113 | The People of the State of California | 600 West Broadway, Suite 1800 | San Diego, CA 92101 | |
| 7596637 | The People of the State of California | Attn: SDAG Bernard A. Eskandari | California Department of Justice | 300 South Spring Street, Suite 1702    Los Angeles, CA 90013 |
| 7603317 | Thermo Fisher Scientific | c/o Jordan S. Blask, Esq. | Tucker Arensberg, P.C. | 1500 One PPG Place    Pittsburgh, PA 15222 |
| 7705631 | Tucson Medical Center | 5301 E. Grant Road | Tucson, Arizona 85712 | |
| 7607992 | Waldrep LLP | Attorneys for State of North Carolina | 101 S. Stratford Rd., Suite 210 | Winston−Salem, NC 27104 |
| 7742711 | Waste Industries | c/o RMS | PO Box 19253 | Minneapolis, MN 55419 |
| 7618548 | Wells Fargo Vendor Financial Services, LLC | fka GE Capital Inf. Technology Solutions | c/o A Ricoh USA Program | f/d/b/a IKON Financial Serv.    P.O. Box 13708    Macon, GA 31208−3708 |
| 7707132 | White & Case LLP | 1221 Avenue of the Americas | New York, New York 10020 | |
| 7707133 | White & Case LLP | Southeast Financial Center | Suite 4900 | 200 South Biscayne Boulevard    Miami, FL 33131 |
| 7602404 | Wilk Auslander LLP | Attorneys for State of Alabama | 1515 Broadway, 43d Floor | New York, New York 10036 |
| 7598701 | William R. Pearson | Attorney for the State of Iowa | Hoover Building, 2nd Floor | 1305 E. Walnut Street    Des Moines, IA 50312 |
| 7652431 | Williams Scotsman Inc | 901 S Bond Street | Suite 600/ Bankruptcy | Baltimore, MD 21231 |

TOTAL: 325