UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

In re:                                    :        Chapter 11
                                          :
PURDUE PHARMA L.P., *et al.*,             :        Case No. 19-23649 (RDD)
                                          :
                        Debtors.[1]       :        (Jointly Administered)
                                          :
---------------------------------------------------------- x

### STATEMENT OF FEES AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of October 1, 2020 through October 31, 2020 (the "Tenth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

### I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.    On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.    On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.    On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. **PJT's Request for Compensation**

5.    For the Tenth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $1,499.76, and (b) in accordance with the Procedures Order, seeks payment in the amount of $181,499.76 (representing 80% of the total amount monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Tenth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Tenth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses.

Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Tenth Compensation Period but not included herein.

6.    An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Tenth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned and out-of-pocket expenses incurred during the Tenth Compensation Period is outlined below:

| Tenth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| October 1 – 31, 2020 | $225,000.00 | ($45,000.00) | $1,499.76 | **$181,499.76** |

7.    The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 275.5 hours expended by PJT professionals in providing investment banking services to the Debtors during the Tenth Compensation Period are provided in <u>Appendix B</u>.

8.    A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | October 2020 |
|---|---|
| Tim Coleman | 11.0 |
| Jamie O'Connell | 19.0 |
| Rafael Schnitzler | 11.5 |
| Joe Turner | 42.5 |
| Tom Melvin | 109.5 |
| Jovana Arsic | 22.0 |
| Gerald Sim | 53.0 |
| Ismail Mian | 7.0 |
| **Total Hours** | **275.5** |

### III. <u>Requested Relief</u>

9.    Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00,  and (b) out-of-pocket expenses in the amount of $1,499.76, in each case earned or incurred during the Tenth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 1,499.76 |
| **Total Amount Due** | **$181,499.76** |

Dated: November 30, 2020                         PJT PARTNERS LP

By: /s/ John James O'Connell III
        John James O'Connell III
        Partner
        280 Park Avenue
        New York, NY 10017
        (212) 364-7800

**APPENDIX A**

PJT Partners

PJT

November 28, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---:|
| Monthly Fee for the period of October 1, 2020 through October 31, 2020: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |

Out-of-pocket expenses through the period of November 10, 2020:[1]

| | | | | |
|---|---:|---:|---|---:|
| Ground Transportation | $ | 48.51 | | |
| Communications | | 24.79 | | |
| Meals | | 270.20 | | |
| Lodging | | 1,156.26 | | 1,499.76 |
| **Total Amount Due** | | | **$** | **181,499.76** |

**Invoice No. 10016118**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Dept. - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Nov-20 | Total Expenses |
|---|---|---|
| Ground Transportation | $ 48.51 | $ 48.51 |
| Communications | 24.79 | 24.79 |
| Employee Meals | 270.20 | 270.20 |
| Lodging | 1,156.26 | 1,156.26 |
| **Total Expenses** | **$ 1,499.76** | **$ 1,499.76** |

| | | |
|---|---|---|
| **Ground Transportation** | $ | **48.51** |
| **Communications** | | **24.79** |
| **Meals** | | **270.20** |
| **Lodging** | | **1,156.26** |
| **Total Expenses** | $ | **1,499.76** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through November 10, 2020**
**Invoice No. 10016118**

**Ground Transportation**

| | | |
|---|---|---|
| Schnitzler (taxi while in London, UK) | 01/15/20 | 13.52 |
| Schnitzler (round trip train travel while in Cambridge, UK) | 01/17/20 | 34.99 |
| **Subtotal - Ground Transportation** | | **$       48.51** |

**Communications**

| | | |
|---|---|---|
| Schnitzler (wi-fi access while traveling) | 01/18/20 | 24.79 |
| **Subtotal - Communications** | | **24.79** |

**Employee Meals**

| | | |
|---|---|---|
| Mian (weeknight working dinner meal) | 05/29/20 | 20.00 |
| Mian (weeknight working dinner meal) | 06/01/20 | 20.00 |
| Mian (weeknight working dinner meal) | 06/11/20 | 20.00 |
| Schnitzler (in-room dinner meal @ hotel in London, UK) | 01/15/20 | 50.00 |
| Schnitzler (working dinner meal while in London, UK) | 01/16/20 | 35.81 |
| Schnitzler (working lunch meal while in London, UK) | 01/17/20 | 50.00 |
| Schnitzler (working dinner meal @ hotel in Cambridge, UK) | 01/17/20 | 11.69 |
| Schnitzler (working breakfast meal @ hotel in London, UK) | 01/18/20 | 22.70 |
| Turner (weeknight working dinner meal) | 05/28/20 | 20.00 |
| Turner (weeknight working dinner meal) | 09/25/20 | 20.00 |
| **Subtotal - Employee Meals** | | **270.20** |

**Lodging**

| | | |
|---|---|---|
| Schnitzler (1 day hotel stay in London, UK) | 01/15/20 - 01/16/20 | 397.74 |
| Schnitzler (1 day hotel stay in Cambridge, UK) | 01/16/20 - 01/17/20 | 500.00 |
| Schnitzler (1 day hotel stay in London, UK) | 01/17/20 - 01/18/20 | 258.52 |
| **Subtotal - Lodging** | | **1,156.26** |
| **Total Expenses** | | **$    1,499.76** |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Professional | Title | Hours |
|---|---|---|
| Tim Coleman | Partner | 11.0 |
| Jamie O'Connell | Partner | 19.0 |
| Rafael Schnitzler | Director | 11.5 |
| Joe Turner | Vice President | 42.5 |
| Tom Melvin | Associate | 109.5 |
| Jovana Arsic | Associate | 22.0 |
| Gerald Sim | Analyst | 53.0 |
| Ismail Mian | Analyst | 7.0 |
| | **Total** | **275.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tim Coleman | 10/01/20 | 1.0 | Weekly status call with management and advisors |
| Tim Coleman | 10/05/20 | 0.5 | Conference call with third party regarding business matter |
| Tim Coleman | 10/05/20 | 0.5 | Follow-up conference call with management and counsel |
| Tim Coleman | 10/07/20 | 0.5 | Conference call with Jefferies regarding business matter |
| Tim Coleman | 10/08/20 | 0.5 | Weekly conference call with management and counsel |
| Tim Coleman | 10/12/20 | 0.5 | Conference call with management and counsel |
| Tim Coleman | 10/13/20 | 1.0 | Videoconference with company and creditors |
| Tim Coleman | 10/13/20 | 0.5 | Weekly conference call with advisors |
| Tim Coleman | 10/15/20 | 0.5 | Weekly conference call with management and counsel |
| Tim Coleman | 10/16/20 | 0.5 | Correspondence regarding various matters |
| Tim Coleman | 10/20/20 | 0.5 | Weekly conference call with advisors |
| Tim Coleman | 10/22/20 | 1.0 | Weekly conference call with management and advisors |
| Tim Coleman | 10/27/20 | 1.0 | Weekly advisor call |
| Tim Coleman | 10/27/20 | 0.5 | Internal team call regarding financial analysis |
| Tim Coleman | 10/29/20 | 2.0 | Dialed into board meeting |
| | | **11.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 10/01/20 | 1.0 | Weekly status call with management and advisors |
| Jamie O'Connell | 10/05/20 | 0.5 | Call with J. Turner regarding business matter |
| Jamie O'Connell | 10/05/20 | 0.5 | Review materials related to business matter |
| Jamie O'Connell | 10/05/20 | 0.5 | Conference call with third party regarding business matter |
| Jamie O'Connell | 10/05/20 | 0.5 | Follow-up conference call with management and counsel |
| Jamie O'Connell | 10/05/20 | 0.5 | Internal team call regarding various matters |
| Jamie O'Connell | 10/07/20 | 0.5 | Conference call with Jefferies regarding business matter |
| Jamie O'Connell | 10/08/20 | 0.5 | Weekly conference call with management and counsel |
| Jamie O'Connell | 10/12/20 | 0.5 | Conference call with management and counsel |
| Jamie O'Connell | 10/13/20 | 1.0 | Videoconference with company and creditors |
| Jamie O'Connell | 10/13/20 | 0.5 | Weekly conference call with advisors |
| Jamie O'Connell | 10/15/20 | 0.5 | Weekly conference call with management and counsel |
| Jamie O'Connell | 10/16/20 | 0.5 | Correspondence regarding various matters |
| Jamie O'Connell | 10/20/20 | 0.5 | Weekly conference call with advisors |
| Jamie O'Connell | 10/21/20 | 1.0 | Calls and drafting related to financial analysis |
| Jamie O'Connell | 10/22/20 | 1.0 | Weekly conference call with management and advisors |
| Jamie O'Connell | 10/22/20 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 10/23/20 | 0.5 | Call with T. Melvin regarding financial analysis |
| Jamie O'Connell | 10/27/20 | 1.0 | Weekly advisor call |
| Jamie O'Connell | 10/27/20 | 0.5 | Internal team call regarding financial analysis |
| Jamie O'Connell | 10/27/20 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 10/28/20 | 0.5 | Dialed into court hearing |
| Jamie O'Connell | 10/29/20 | 2.0 | Dialed into board meeting |
| Jamie O'Connell | 10/29/20 | 1.0 | Calls regarding financial analysis |
| Jamie O'Connell | 10/30/20 | 1.5 | Calls regarding financial analysis |
| Jamie O'Connell | 10/31/20 | 0.5 | Call with J. Turner regarding financial analysis and other matters |
| Jamie O'Connell | 10/31/20 | 0.5 | Review and comment on financial analysis |
| | | **19.0** | |

# PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 10/01/20 | 1.0 | Weekly status call with management and advisors |
| Rafael Schnitzler | 10/05/20 | 0.5 | Conference call with third party regarding business matter |
| Rafael Schnitzler | 10/05/20 | 0.5 | Follow-up conference call with management and counsel |
| Rafael Schnitzler | 10/05/20 | 0.5 | Internal team call regarding various matters |
| Rafael Schnitzler | 10/08/20 | 0.5 | Weekly conference call with management and counsel |
| Rafael Schnitzler | 10/12/20 | 0.5 | Conference call with management and counsel |
| Rafael Schnitzler | 10/13/20 | 1.0 | Videoconference with company and creditors |
| Rafael Schnitzler | 10/13/20 | 0.5 | Weekly conference call with advisors |
| Rafael Schnitzler | 10/14/20 | 1.0 | Conference call with Company management, AlixPartners and external party regarding REMS |
| Rafael Schnitzler | 10/15/20 | 0.5 | Weekly conference call with management and counsel |
| Rafael Schnitzler | 10/15/20 | 0.5 | Conference call with Company management and AlixPartners to discuss various matters |
| Rafael Schnitzler | 10/20/20 | 0.5 | Weekly conference call with advisors |
| Rafael Schnitzler | 10/22/20 | 1.0 | Weekly conference call with management and advisors |
| Rafael Schnitzler | 10/27/20 | 1.0 | Weekly advisor call |
| Rafael Schnitzler | 10/27/20 | 0.5 | Internal team call regarding financial analysis |
| Rafael Schnitzler | 10/27/20 | 1.0 | Conference call with Company management, AlixPartners and creditor advisors regarding pipeline updates |
| Rafael Schnitzler | 10/30/20 | 0.5 | Internal Catch-up |
| | | **11.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 10/01/20 | 1.0 | Weekly advisor/management update call |
| Joe Turner | 10/01/20 | 1.0 | Business plan diligence call |
| Joe Turner | 10/01/20 | 2.0 | Review of various diligence materials |
| Joe Turner | 10/02/20 | 0.5 | Review of various diligence materials |
| Joe Turner | 10/05/20 | 0.5 | Catch up discussion with J. O'Connell |
| Joe Turner | 10/05/20 | 0.5 | Catch up discussion with management re various items |
| Joe Turner | 10/05/20 | 0.5 | Weekly PJT internal catch-up call |
| Joe Turner | 10/06/20 | 1.0 | Weekly advisor update call |
| Joe Turner | 10/06/20 | 1.5 | Review of various business plan materials |
| Joe Turner | 10/07/20 | 1.0 | IAC diligence call |
| Joe Turner | 10/07/20 | 0.5 | Catch-up call with UCC advisors |
| Joe Turner | 10/08/20 | 1.0 | Weekly advisor/management update call |
| Joe Turner | 10/09/20 | 0.5 | Coordinating discussions with AHC advisors |
| Joe Turner | 10/09/20 | 0.5 | Catch-up call with AHC advisors |
| Joe Turner | 10/11/20 | 0.5 | Catch-up call with AHC advisors |
| Joe Turner | 10/11/20 | 1.5 | Review of various financial items related to business plan |
| Joe Turner | 10/12/20 | 0.5 | Catch up discussion with DPW & management re various items |
| Joe Turner | 10/12/20 | 1.0 | IAC diligence call |
| Joe Turner | 10/12/20 | 0.5 | Internal catch-up re IAC diligence |
| Joe Turner | 10/13/20 | 1.0 | Weekly advisor update call |
| Joe Turner | 10/13/20 | 0.5 | Catch-up call re IAC diligence |
| Joe Turner | 10/13/20 | 1.5 | Call with AHC regarding governance and business plan |
| Joe Turner | 10/13/20 | 1.0 | Review of various governance materials |
| Joe Turner | 10/14/20 | 1.0 | Discussion with company regarding opioid monitoring |
| Joe Turner | 10/14/20 | 1.5 | Review of various opioid monitoring materials |
| Joe Turner | 10/14/20 | 1.5 | Review of various diligence materials |
| Joe Turner | 10/16/20 | 1.5 | Review of various financial items related to business plan |
| Joe Turner | 10/19/20 | 1.5 | Call with AHC advisors re governance |
| Joe Turner | 10/19/20 | 2.0 | Telephonic BOD meeting |
| Joe Turner | 10/20/20 | 1.0 | Weekly advisor update call |
| Joe Turner | 10/22/20 | 1.0 | Weekly call with advisors and Company management |
| Joe Turner | 10/22/20 | 1.0 | Discussion regarding certain legal prep issues |
| Joe Turner | 10/26/20 | 0.5 | Advisor catch-up call regarding IACs |
| Joe Turner | 10/26/20 | 1.0 | Review of takeaways from IAC diligence call |
| Joe Turner | 10/27/20 | 1.0 | Weekly advisor update call |
| Joe Turner | 10/28/20 | 1.0 | Telephonic court hearing |
| Joe Turner | 10/29/20 | 1.0 | Preparation for BOD, review of materials |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 10/29/20 | 1.5 | Review of various diligence materials |
| Joe Turner | 10/29/20 | 1.5 | Telephonic BOD meeting |
| Joe Turner | 10/30/20 | 1.0 | Review of financial analysis presentation(s) for creditor meetings |
| Joe Turner | 10/30/20 | 1.5 | Review of various financial analyses |
| Joe Turner | 10/31/20 | 0.5 | Call with J. O'Connell regarding financial analysis and other matters |
| | | **42.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 10/01/20 | 1.0 | Weekly call with advisors and Company management |
| Thomas Melvin | 10/01/20 | 1.0 | Conference call with Company management and creditor advisors regarding updated forecast |
| Thomas Melvin | 10/01/20 | 2.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/02/20 | 1.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/05/20 | 0.5 | Weekly internal team call |
| Thomas Melvin | 10/05/20 | 2.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/05/20 | 1.0 | Review AlixPartners' legal fees forecast |
| Thomas Melvin | 10/05/20 | 1.0 | E-mail correspondence with DPW and AlixPartners regarding creditor advisor diligence requests |
| Thomas Melvin | 10/06/20 | 1.0 | Conference call with Company counsel, external counsel and AlixPartners regarding trust transfer process |
| Thomas Melvin | 10/06/20 | 2.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/06/20 | 0.5 | E-mail correspondence with AlixPartners regarding creditor advisor diligence requests |
| Thomas Melvin | 10/07/20 | 1.0 | Weekly call with advisors and Company management |
| Thomas Melvin | 10/07/20 | 1.0 | Prepare and review agenda for weekly call |
| Thomas Melvin | 10/07/20 | 2.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/07/20 | 1.0 | Identify and provide requested materials to Company management and DPW |
| Thomas Melvin | 10/07/20 | 1.0 | Prepare responses to inquiries from Company management |
| Thomas Melvin | 10/08/20 | 1.0 | Weekly advisor update call |
| Thomas Melvin | 10/08/20 | 2.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/08/20 | 0.5 | Submit diligence request responses for upload to VDR |
| Thomas Melvin | 10/09/20 | 2.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/09/20 | 0.5 | E-mail correspondence with Company management regarding VDR |
| Thomas Melvin | 10/10/20 | 0.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/11/20 | 1.0 | Prepare analysis in response to inquiry from Company management |
| Thomas Melvin | 10/12/20 | 0.5 | Weekly internal team call |
| Thomas Melvin | 10/12/20 | 2.5 | Prepare and review analysis in response to inquiry from Company management |
| Thomas Melvin | 10/12/20 | 1.5 | Prepare and review analysis in response to DPW request |
| Thomas Melvin | 10/12/20 | 1.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/12/20 | 0.5 | E-mail correspondence with DPW regarding requested analysis |
| Thomas Melvin | 10/13/20 | 1.0 | Weekly advisor update call |
| Thomas Melvin | 10/13/20 | 1.0 | Review DPW presentation drafts |
| Thomas Melvin | 10/13/20 | 1.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/13/20 | 0.5 | Prepare responses to inquiries from DPW |
| Thomas Melvin | 10/13/20 | 1.5 | Prepare and review analysis in response to inquiry from Company management |
| Thomas Melvin | 10/13/20 | 1.0 | Prepare and review analysis in response to DPW request |
| Thomas Melvin | 10/14/20 | 1.0 | Conference call with Company management, AlixPartners and external party regarding REMS |
| Thomas Melvin | 10/14/20 | 1.5 | Prepare and review analysis in response to inquiry from Company management |
| Thomas Melvin | 10/14/20 | 1.5 | Prepare and review analysis in response to DPW request |

# PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 10/14/20 | 1.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/15/20 | 0.5 | Conference call with Company management and AlixPartners to discuss various matters |
| Thomas Melvin | 10/15/20 | 1.0 | Weekly call with advisors and Company management |
| Thomas Melvin | 10/15/20 | 2.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/15/20 | 1.0 | Review information sharing protocol at request of DPW |
| Thomas Melvin | 10/16/20 | 1.0 | Review updated draft of DPW presentation |
| Thomas Melvin | 10/16/20 | 1.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/16/20 | 1.5 | Prepare and review analysis in response to inquiry from Company management |
| Thomas Melvin | 10/16/20 | 0.5 | E-mail correspondence with DPW team and internally regarding upcoming meeting |
| Thomas Melvin | 10/16/20 | 1.0 | Update financial analysis for upcoming presentation |
| Thomas Melvin | 10/19/20 | 1.5 | Conference call with Company advisors and creditor group advisors regarding post-emergence structure |
| Thomas Melvin | 10/19/20 | 2.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/19/20 | 0.5 | Prepare and review analysis in response to inquiry from Company management |
| Thomas Melvin | 10/20/20 | 1.0 | Weekly advisor update call |
| Thomas Melvin | 10/20/20 | 1.0 | Prepare and review analysis in response to inquiry from Company management |
| Thomas Melvin | 10/20/20 | 2.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/20/20 | 0.5 | E-mail correspondence with DPW and Company management regarding Dechert request |
| Thomas Melvin | 10/21/20 | 0.5 | E-mail correspondence with AlixPartners and DPW regarding various requests |
| Thomas Melvin | 10/21/20 | 2.0 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 10/21/20 | 0.5 | Prepare and review agenda for weekly call |
| Thomas Melvin | 10/21/20 | 1.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/22/20 | 1.0 | Weekly call with advisors and Company management |
| Thomas Melvin | 10/22/20 | 1.0 | Conference call with AlixPartners and DPW regarding various case matters |
| Thomas Melvin | 10/22/20 | 1.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/22/20 | 3.0 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 10/23/20 | 0.5 | Call with J. O'Connell regarding financial analysis |
| Thomas Melvin | 10/23/20 | 2.0 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 10/23/20 | 1.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/26/20 | 0.5 | Weekly internal team call |
| Thomas Melvin | 10/26/20 | 2.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/26/20 | 1.0 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 10/26/20 | 1.0 | Prepare and review financial analysis requested by Company management |
| Thomas Melvin | 10/27/20 | 1.0 | Weekly advisor update call |
| Thomas Melvin | 10/27/20 | 1.0 | Conference call with Company management, AlixPartners and creditor advisors regarding pipeline updates |
| Thomas Melvin | 10/27/20 | 0.5 | Conference call with internal team regarding financial analysis |
| Thomas Melvin | 10/27/20 | 1.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/27/20 | 2.0 | Prepare and review financial analysis requested by DPW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 10/27/20 | 0.5 | E-mail correspondence with DPW regarding upcoming meetings |
| Thomas Melvin | 10/28/20 | 3.0 | Dialed in to Omnibus Hearing |
| Thomas Melvin | 10/28/20 | 2.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/28/20 | 0.5 | E-mail correspondence with DPW regarding upcoming meetings |
| Thomas Melvin | 10/28/20 | 2.0 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 10/29/20 | 1.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/29/20 | 0.5 | E-mail correspondence with DPW regarding upcoming meetings |
| Thomas Melvin | 10/29/20 | 2.0 | Prepare and review financial analyses requested by DPW |
| Thomas Melvin | 10/29/20 | 1.0 | Review material in response to request from management |
| Thomas Melvin | 10/29/20 | 1.0 | Update and review DPW draft presentation |
| Thomas Melvin | 10/30/20 | 0.5 | Conference call with internal team regarding financial analysis |
| Thomas Melvin | 10/30/20 | 0.5 | Conference call with internal team regarding financial analysis |
| Thomas Melvin | 10/30/20 | 2.0 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 10/30/20 | 0.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 10/31/20 | 3.0 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 10/31/20 | 0.5 | E-mail correspondence with DPW regarding upcoming meetings |
| | | **109.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 10/01/20 | 1.0 | Weekly advisor/management update call |
| Jovana Arsic | 10/05/20 | 0.5 | Weekly PJT internal catch-up call |
| Jovana Arsic | 10/06/20 | 1.0 | Weekly advisor update call |
| Jovana Arsic | 10/07/20 | 1.0 | IAC diligence call |
| Jovana Arsic | 10/07/20 | 0.5 | Catch-up call with UCC advisors |
| Jovana Arsic | 10/08/20 | 1.0 | Weekly advisor/management update call |
| Jovana Arsic | 10/12/20 | 1.0 | IAC diligence call |
| Jovana Arsic | 10/12/20 | 0.5 | Internal catch-up re IAC diligence |
| Jovana Arsic | 10/13/20 | 0.5 | Catch-up re IAC diligence with Alix |
| Jovana Arsic | 10/13/20 | 1.0 | Weekly advisor update call |
| Jovana Arsic | 10/13/20 | 0.5 | Catch-up call re IAC diligence |
| Jovana Arsic | 10/15/20 | 1.0 | Weekly advisor/management update call |
| Jovana Arsic | 10/15/20 | 1.0 | IAC diligence call |
| Jovana Arsic | 10/18/20 | 2.0 | Review of IAC diligence materials |
| Jovana Arsic | 10/19/20 | 0.5 | Weekly PJT internal catch-up call |
| Jovana Arsic | 10/20/20 | 1.0 | Weekly advisor update call |
| Jovana Arsic | 10/22/20 | 1.0 | Weekly call with advisors and Company management |
| Jovana Arsic | 10/26/20 | 1.0 | IAC diligence call |
| Jovana Arsic | 10/26/20 | 0.5 | Advisor catch-up call regarding IACs |
| Jovana Arsic | 10/26/20 | 1.0 | Review of takeaways from IAC diligence call |
| Jovana Arsic | 10/26/20 | 1.0 | Review of IAC diligence materials |
| Jovana Arsic | 10/27/20 | 1.0 | Weekly advisor update call |
| Jovana Arsic | 10/30/20 | 2.0 | Review of IAC diligence materials |
| Jovana Arsic | 10/30/20 | 0.5 | Internal catch-up re IAC diligence |
| | | **22.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gerald Sim | 10/01/20 | 1.0 | Diligence call with management and advisors |
| Gerald Sim | 10/04/20 | 1.0 | Reformat diligence files |
| Gerald Sim | 10/05/20 | 0.5 | Internal team call regarding various matters |
| Gerald Sim | 10/06/20 | 1.0 | Weekly call with advisors |
| Gerald Sim | 10/07/20 | 0.5 | Draft agenda for weekly call with advisors / Company management |
| Gerald Sim | 10/08/20 | 0.5 | Sent diligence request and clarified confirmation on diligence questions |
| Gerald Sim | 10/08/20 | 0.5 | Weekly call with advisors / Company management |
| Gerald Sim | 10/09/20 | 1.0 | Reviewed diligence files received |
| Gerald Sim | 10/12/20 | 1.0 | Prepared financial analysis |
| Gerald Sim | 10/12/20 | 0.5 | Reviewed diligence files and sent diligence request update |
| Gerald Sim | 10/12/20 | 0.5 | Internal Catch-up |
| Gerald Sim | 10/13/20 | 1.0 | Weekly call with advisors |
| Gerald Sim | 10/13/20 | 1.0 | Work on financial analysis deck |
| Gerald Sim | 10/14/20 | 2.0 | Reviewed and reformatted diligence files |
| Gerald Sim | 10/14/20 | 1.0 | Reviewed and reformatted diligence files |
| Gerald Sim | 10/15/20 | 0.5 | Diligence Call with Company and advisors |
| Gerald Sim | 10/16/20 | 2.0 | Reviewed and reformatted diligence files |
| Gerald Sim | 10/19/20 | 0.5 | Internal Catch-up |
| Gerald Sim | 10/20/20 | 1.0 | Weekly call with advisors |
| Gerald Sim | 10/21/20 | 0.5 | Draft agenda for weekly call with advisors / Company management |
| Gerald Sim | 10/21/20 | 2.0 | Prepared financial analysis materials |
| Gerald Sim | 10/21/20 | 1.0 | Work on financial analysis materials |
| Gerald Sim | 10/21/20 | 2.0 | Work on financial analysis materials |
| Gerald Sim | 10/22/20 | 0.5 | Weekly call with advisors / Company management |
| Gerald Sim | 10/22/20 | 2.0 | Work on financial analysis materials |
| Gerald Sim | 10/22/20 | 1.0 | Reviewed and edited financial analysis materials |
| Gerald Sim | 10/22/20 | 2.0 | Work on financial analysis materials |
| Gerald Sim | 10/22/20 | 1.0 | Edited financial analysis materials |
| Gerald Sim | 10/22/20 | 2.0 | Edited financial analysis materials |
| Gerald Sim | 10/23/20 | 3.0 | Edited financial analysis materials |
| Gerald Sim | 10/23/20 | 1.0 | Review diligence files received |
| Gerald Sim | 10/26/20 | 0.5 | Internal Catch-up |
| Gerald Sim | 10/26/20 | 2.0 | Reformat diligence files |
| Gerald Sim | 10/26/20 | 1.0 | Reformat diligence files |
| Gerald Sim | 10/27/20 | 0.5 | Request diligence materials |
| Gerald Sim | 10/27/20 | 1.0 | Weekly call with advisors |
| Gerald Sim | 10/27/20 | 0.5 | Internal Catch-up |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gerald Sim | 10/28/20 | 1.0 | Dialed into Omnibus Hearing |
| Gerald Sim | 10/28/20 | 1.0 | Review diligence files received |
| Gerald Sim | 10/28/20 | 0.5 | Follow up on diligence request |
| Gerald Sim | 10/29/20 | 2.0 | Review financial analysis deck |
| Gerald Sim | 10/29/20 | 1.0 | Reformatted financial analysis deck |
| Gerald Sim | 10/30/20 | 0.5 | Follow up on diligence request |
| Gerald Sim | 10/30/20 | 3.0 | Put together backup excel for diligence request |
| Gerald Sim | 10/30/20 | 0.5 | Internal Catch-up |
| Gerald Sim | 10/31/20 | 1.0 | Edited backup excel for diligence request |
| Gerald Sim | 10/31/20 | 1.0 | Edited financial analysis materials |
| Gerald Sim | 10/31/20 | 1.0 | Reviewed and edited financial analysis materials |
| | | **53.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Ismail Mian | 10/01/20 | 5.0 | Model update for ex-US IAC model |
| Ismail Mian | 10/27/20 | 2.0 | Presentation update for ex-US IAC |
| | | 7.0 | |