# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD) |

### **[PROPOSED] ORDER**

Upon consideration of the motion ("Motion") of Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. (collectively, the "Media Intervenors"), and any objection thereto,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Media Intervenors are permitted to file an amended proposed order in conjunction with the Motion to Intervene and Unseal Judicial Records filed November 23, 2020, ECF 2022.

Dated:
      White Plains, New York

 

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

1