**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## MONTHLY FEE STATEMENT OF CORNERSTONE RESEARCH FOR COMPENSATION FOR SERVICES RENDERED AS CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

| | |
|---|---|
| **Name of Applicant** | Cornerstone Research |
| **Applicant's Role in Case** | Consultant to Purdue Pharma L.P., *et al.*, |
| **Date Order of Employment Signed** | June 11, 2020 |
| **Period for which compensation and reimbursement is sought** | October 1, 2020 through October 31, 2020 |

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | **$341,573.60** **(80% of $426,967.00)** |
| **Total reimbursement requested in this statement** | **$111.50** |
| **Total compensation and reimbursement requested in this statement** | **$341,685.10** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| **This is a(n):**    X  Monthly Application_____Interim Application_____Final Application |
|---|

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Cornerstone Research as Consultants for the Debtors Nunc Pro Tunc to January 14, 2020* [ECF No. 1255] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Cornerstone Research, consultant for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Fee Statement of Cornerstone Research for Services Rendered as Consultant to the Debtor for the Period from October 1, 2020 Through October 31, 2020* (this "**Fee Statement**").[2] By this Fee Statement, Cornerstone Research seeks (i) compensation in the amount of **$341,573.60**, which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$426,967.00**) and ii) payment of **$111.50** for the actual, necessary expenses that Cornerstone Research incurred in connection with such services during the Fee Period.

---

[2] The period from October 1, 2020 through and including October 31, 2020, is referred to herein as the "**Fee Period**."

**<u>Itemization of Services Rendered and Disbursements Incurred</u>**

1.      Attached hereto as **<u>Exhibit A</u>** is a chart of the number of hours expended and

fees incurred (on an aggregate basis) by Cornerstone Research consultants and litigation support

staff during the Fee Period with respect to each project category.  As reflected in **<u>Exhibit A</u>**,

Cornerstone Research incurred **$426,967.00** in fees during the Fee Period. Pursuant to this Fee

Statement, Cornerstone Research seeks reimbursement for 80% of such fees, totaling

**$341,573.60.**

2.      Attached hereto as **<u>Exhibit B</u>** is a chart of Cornerstone Research staff,

including the standard hourly rate for each consultant and litigation support staff member who

rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period

and the title, hourly rate, aggregate hours worked and the amount of fees earned by each individual.

The blended hourly billing rate of consultants for all services provided during the Fee Period is

$491.72.[3]

3.      Attached hereto as **<u>Exhibit C</u>** is a chart of expenses that Cornerstone Research

incurred or disbursed in the amount of $111.50 in connection with providing professional services to

the Debtors during the Fee Period.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of Cornerstone Research for

The Fee Period organized by month and project category with a daily time log describing the time

spent by each consultant and litigation support staff member during Fee Period.

**<u>Notice</u>**

5.      The Debtors will provide notice of this Fee Statement in accordance with the

Interim Compensation Order.  The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

---

[3] The blended hourly billing rate of $491.72 for consultants is derived by dividing the total fees for consultants of
$426,967.00 by the total hours of 868.30.

WHEREFORE, Cornerstone Research, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of **$341,573.60** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$426,967.00**) and ii) payment of **$111.50** for the actual, necessary expenses that Cornerstone Research incurred in connection with such services during the Fee Period**.**

Dated:    November 30, 2020
         Boston, Massachusetts

CORNERSTONE RESEARCH

By:  */s/  Sally Woodhouse*

699 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 927-3000
Facsimile: (617) 927-3100

## Exhibit A

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Preparation of Fee Statements | 15.30 | $ 10,613.50 |
| Claims Valuation | 853.00 | $ 416,353.50 |
| **Total** | 868.30 | $ 426,967.00 |

**Exhibit B**

**Professional and Paraprofessional Fees**

| Individual | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Professional Fees** | | | | |
| Woodhouse, Sally | Senior Vice President | $ 850.00 | 9.90 | $ 8,415.00 |
| Kovacheva, Penka | Principal | $ 720.00 | 49.60 | $ 35,712.00 |
| Haque, Rezwan | Senior Manager | $ 645.00 | 67.80 | $ 43,731.00 |
| Lee, James | Senior Manager | $ 645.00 | 71.20 | $ 45,924.00 |
| Abraham, Sarah M. | Manager | $ 605.00 | 31.70 | $ 19,178.50 |
| Guo, Fang | Manager | $ 605.00 | 90.50 | $ 54,752.50 |
| Yanguas, Maria Lucia | Associate | $ 545.00 | 101.40 | $ 55,263.00 |
| Russell, Nolan P. | Research Associate | $ 450.00 | 34.40 | $ 15,480.00 |
| King, Kyla M. | Research Associate | $ 410.00 | 92.40 | $ 37,884.00 |
| Desmedt, Maaike | Senior Analyst | $ 380.00 | 8.50 | $ 3,230.00 |
| Aristidou, Andreas | Summer Associate | $ 360.00 | 100.60 | $ 36,216.00 |
| Chen, Yixin | Analyst | $ 345.00 | 52.30 | $ 18,043.50 |
| Guo, Ruihan | Analyst | $ 345.00 | 44.30 | $ 15,283.50 |
| Miller, Robert M. | Analyst | $ 345.00 | 58.80 | $ 20,286.00 |
| Bazak, Eric R. | Analyst | $ 320.00 | 54.90 | $ 17,568.00 |
| | | ***Total*** | **868.30** | **$ 426,967.00** |

**<u>Exhibit C</u>**

**Expense Summary**

| Expense Category | Service Provider (if applicable) | Total Expenses |
| --- | --- | --- |
| Document/Data Acquisition | Various Journal Articles | $ 111.50 |
| **Total** | | $ 111.50 |

**Exhibit D**

**Time Detail by Project Category and Month**

**Project Category: Preparation of Fee Statements**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Kovacheva, Penka | 10/1/2020 | 1.1 | Reviewed and updated time details for monthly fee statement. |
| Kovacheva, Penka | 10/2/2020 | 0.5 | Updated and finalized monthly fee statement. |
| Kovacheva, Penka | 10/5/2020 | 1.1 | Reviewed and updated time details for monthly fee statement. |
| Lee, James | 10/5/2020 | 0.8 | Reviewed time details for monthly fee statement. |
| Haque, Rezwan | 10/6/2020 | 2.8 | Reviewed time details for monthly fee statement. |
| Lee, James | 10/6/2020 | 0.3 | Reviewed time details for monthly fee statement. |
| Abraham, Sarah M. | 10/7/2020 | 0.5 | Reviewed time details for monthly fee statement. |
| Haque, Rezwan | 10/7/2020 | 0.7 | Reviewed and updated time details for monthly fee statement. |
| Kovacheva, Penka | 10/12/2020 | 1.6 | Reviewed and updated time details for monthly fee statement. |
| Kovacheva, Penka | 10/15/2020 | 0.1 | Organized preparation of monthly fee statement. |
| Kovacheva, Penka | 10/25/2020 | 1.2 | Reviewed and updated monthly fee statement. |
| Kovacheva, Penka | 10/27/2020 | 0.6 | Reviewed and updated monthly fee statement. |
| Kovacheva, Penka | 10/28/2020 | 3.4 | Drafted interim fee application. |
| Kovacheva, Penka | 10/29/2020 | 0.6 | Updated and finalized monthly fee statement. |

|  | **Total** | **15.3** |  |

**Project Category: Claims Valuation**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Abraham, Sarah M. | 10/1/2020 | 2.4 | Updated personal injury claims valuation analyses. |
| Chen, Yixin | 10/1/2020 | 2.6 | Checked sensitivity analysis of personal injury claims data. |
| Desmedt, Maaike | 10/1/2020 | 4.0 | Analyzed personal injury and NAS claims. |
| Haque, Rezwan | 10/1/2020 | 0.6 | Reviewed agenda for call with counsel regarding claims valuation. |
| Lee, James | 10/1/2020 | 1.8 | Reviewed personal injury claims data. |
| Lee, James | 10/1/2020 | 4.1 | Analyzed personal injury claims data. |
| Russell, Nolan P. | 10/1/2020 | 2.3 | Analyzed personal injury claims data. |
| Yanguas, Maria Lucia | 10/1/2020 | 1.7 | Updated personal injury claims valuation sensitivities. |
| Yanguas, Maria Lucia | 10/1/2020 | 1.8 | Updated personal injury claims analyses. |
| Yanguas, Maria Lucia | 10/1/2020 | 4.2 | Reviewed personal injury claims analyses. |
| Abraham, Sarah M. | 10/2/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Abraham, Sarah M. | 10/2/2020 | 1.1 | Call with counsel regarding personal injury claims valuation. |
| Abraham, Sarah M. | 10/2/2020 | 2.1 | Prepared preliminary valuation analyses for personal injury claims. |
| Chen, Yixin | 10/2/2020 | 3.1 | Conducted sensitivity analysis on personal injury claims data. |
| Desmedt, Maaike | 10/2/2020 | 0.7 | Analyzed personal injury and NAS claims. |
| Guo, Fang | 10/2/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Guo, Fang | 10/2/2020 | 1.1 | Call with counsel regarding claims valuation analyses. |
| Guo, Ruihan | 10/2/2020 | 0.6 | Analyzed personal injury claims data. |
| Haque, Rezwan | 10/2/2020 | 0.3 | Reviewed protective order. |
| Haque, Rezwan | 10/2/2020 | 0.3 | Corresponded with counsel regarding claims valuation analyses. |
| Haque, Rezwan | 10/2/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 10/2/2020 | 1.1 | Call with counsel regarding claims valuation. |
| Kovacheva, Penka | 10/2/2020 | 1.1 | Call with counsel to discuss claims estimation analyses. |

| Name | Date | Hours | Description |
|---|---|---|---|
| Kovacheva, Penka | 10/2/2020 | 1.6 | Reviewed personal injury claims analyses and methodology. |
| Lee, James | 10/2/2020 | 1.1 | Call with counsel to discuss claims valuation analyses. |
| Lee, James | 10/2/2020 | 1.5 | Prepared materials for call with counsel. |
| Lee, James | 10/2/2020 | 1.7 | Analyzed personal injury claims data. |
| Woodhouse, Sally | 10/2/2020 | 0.2 | Reviewed summary of personal injury claims estimates. |
| Woodhouse, Sally | 10/2/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Woodhouse, Sally | 10/2/2020 | 1.1 | Call with counsel regarding claims estimation analyses. |
| Yanguas, Maria Lucia | 10/2/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 10/2/2020 | 1.1 | Reviewed and updated personal injury claims data analyses for call with counsel. |
| Yanguas, Maria Lucia | 10/2/2020 | 1.3 | Prepared work plan for personal injury claims valuation. |
| Abraham, Sarah M. | 10/5/2020 | 0.3 | Discussed claims valuation analyses with team. |
| Abraham, Sarah M. | 10/5/2020 | 1.5 | Designed analysis of personal injury claim valuation. |
| Aristidou, Andreas | 10/5/2020 | 0.3 | Discussed claims valuation analyses with team. |
| Aristidou, Andreas | 10/5/2020 | 3.3 | Reviewed public claimants' backup materials. |
| Bazak, Eric R. | 10/5/2020 | 0.3 | Discussed claims valuation analyses with team. |
| Chen, Yixin | 10/5/2020 | 0.3 | Discussed claims valuation analysis with team. |
| Chen, Yixin | 10/5/2020 | 1.1 | Updated analyses of personal injury claims data. |
| Chen, Yixin | 10/5/2020 | 1.6 | Conducted sensitivity analysis on personal injury claims data. |
| Desmedt, Maaike | 10/5/2020 | 1.7 | Analyzed personal injury and NAS claims. |
| Guo, Fang | 10/5/2020 | 0.2 | Reviewed academic literature regarding opioid-related treatment costs. |
| Guo, Fang | 10/5/2020 | 0.3 | Discussed claims valuation analyses with team. |
| Guo, Ruihan | 10/5/2020 | 0.3 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 10/5/2020 | 0.3 | Discussed claims valuation analyses with team. |
| King, Kyla M. | 10/5/2020 | 0.3 | Discussed claims valuation analyses with team. |

10

| | | | |
|---|---|---|---|
| Kovacheva, Penka | 10/5/2020 | 0.2 | Organized analysis of states' claims estimation. |
| Kovacheva, Penka | 10/5/2020 | 0.3 | Discussed claims valuation analyses with team. |
| Lee, James | 10/5/2020 | 0.3 | Discussed claims analyses with team. |
| Miller, Robert M. | 10/5/2020 | 0.3 | Discussed claims valuation analyses with team. |
| Russell, Nolan P. | 10/5/2020 | 0.3 | Discussed claims valuation analyses with team. |
| Russell, Nolan P. | 10/5/2020 | 2.8 | Analyzed personal injury claims data. |
| Woodhouse, Sally | 10/5/2020 | 0.3 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 10/5/2020 | 0.3 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 10/5/2020 | 1.7 | Reviewed personal injury claims valuation analyses. |
| Abraham, Sarah M. | 10/6/2020 | 0.5 | Edited analysis of personal injury claims valuation. |
| Chen, Yixin | 10/6/2020 | 1.1 | Conducted sensitivity analysis on personal injury claims data. |
| Chen, Yixin | 10/6/2020 | 1.5 | Updated analyses on personal injury claims data. |
| Desmedt, Maaike | 10/6/2020 | 0.9 | Updated estimates of personal injury and NAS claims. |
| Lee, James | 10/6/2020 | 1.1 | Reviewed analyses of personal injury claim forms data. |
| Yanguas, Maria Lucia | 10/6/2020 | 2.3 | Reviewed and updated personal injury claims valuation analyses. |
| Yanguas, Maria Lucia | 10/6/2020 | 3.9 | Analyzed personal injury claims data. |
| Abraham, Sarah M. | 10/7/2020 | 2.1 | Edited analysis of personal injury claims valuation. |
| Chen, Yixin | 10/7/2020 | 0.7 | Updated analyses on personal injury claims data. |
| Chen, Yixin | 10/7/2020 | 2.9 | Conducted sensitivity analysis on personal injury claims data. |
| Desmedt, Maaike | 10/7/2020 | 0.8 | Updated estimates of personal injury and NAS claims. |
| Guo, Fang | 10/7/2020 | 3.6 | Prepared work plan for robustness checks of public claims valuation. |
| Haque, Rezwan | 10/7/2020 | 0.8 | Reviewed public claims valuation analyses. |
| Haque, Rezwan | 10/7/2020 | 1.8 | Reviewed historical verdict and expert reports. |
| King, Kyla M. | 10/7/2020 | 2.7 | Compared historical verdict and public claimants' abatement plan. |
| King, Kyla M. | 10/7/2020 | 3.9 | Reviewed historical verdict and related expert's abatement plan. |

| | | | |
|---|---|---|---|
| Kovacheva, Penka | 10/7/2020 | 0.3 | Reviewed updated estimates of personal injury claims. |
| Kovacheva, Penka | 10/7/2020 | 1.1 | Reviewed and organized analysis of historical verdict regarding abatement program costs. |
| Lee, James | 10/7/2020 | 2.9 | Reviewed and summarized personal injury claims data analyses. |
| Russell, Nolan P. | 10/7/2020 | 1.3 | Updated personal injury claims data analysis. |
| Russell, Nolan P. | 10/7/2020 | 4.0 | Analyzed personal injury claims data. |
| Woodhouse, Sally | 10/7/2020 | 0.2 | Reviewed summary of personal injury settlements. |
| Woodhouse, Sally | 10/7/2020 | 0.4 | Reviewed analysis of historical verdict in relation to public claims estimation. |
| Yanguas, Maria Lucia | 10/7/2020 | 1.7 | Reviewed personal injury claims valuation analyses. |
| Yanguas, Maria Lucia | 10/7/2020 | 3.8 | Updated personal injury claims valuation analyses. |
| Abraham, Sarah M. | 10/8/2020 | 0.4 | Prepared materials for call with counsel regarding personal injury claims valuation. |
| Aristidou, Andreas | 10/8/2020 | 3.0 | Reviewed public claimants' backup materials. |
| Aristidou, Andreas | 10/8/2020 | 3.8 | Reviewed academic literature on future opioid use projections. |
| Bazak, Eric R. | 10/8/2020 | 1.8 | Checked exhibits of public claim sensitivity analyses. |
| Guo, Fang | 10/8/2020 | 0.5 | Reviewed public claimants' backup materials regarding future opioid use projections. |
| Guo, Fang | 10/8/2020 | 0.5 | Call with counsel regarding claims valuation analyses. |
| Guo, Fang | 10/8/2020 | 1.3 | Reviewed historical verdict regarding abatement costs. |
| Haque, Rezwan | 10/8/2020 | 0.5 | Call with counsel regarding claims valuation analyses. |
| Haque, Rezwan | 10/8/2020 | 1.7 | Reviewed historical verdict and expert reports. |
| Haque, Rezwan | 10/8/2020 | 1.8 | Reviewed public claims valuation analyses. |
| King, Kyla M. | 10/8/2020 | 3.3 | Reviewed historical verdict and related expert's abatement plan. |
| Kovacheva, Penka | 10/8/2020 | 0.8 | Reviewed analysis of historical verdict regarding abatement program costs. |
| Lee, James | 10/8/2020 | 0.2 | Prepared materials regarding personal injury claims data for call with counsel. |
| Miller, Robert M. | 10/8/2020 | 1.3 | Reviewed historical trial verdict. |

| | | | |
|---|---|---|---|
| Yanguas, Maria Lucia | 10/8/2020 | 1.3 | Reviewed personal injury claims valuation analyses. |
| Abraham, Sarah M. | 10/9/2020 | 0.9 | Call with counsel regarding personal injury claims valuation. |
| Aristidou, Andreas | 10/9/2020 | 3.7 | Reviewed public claimants' projections of future opioid use. |
| Chen, Yixin | 10/9/2020 | 0.7 | Updated analyses on personal injury claims data. |
| Guo, Fang | 10/9/2020 | 0.8 | Organized review of public claimants' backup materials. |
| Guo, Fang | 10/9/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Haque, Rezwan | 10/9/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 10/9/2020 | 0.7 | Reviewed public claims valuation analyses. |
| Haque, Rezwan | 10/9/2020 | 0.8 | Reviewed historical verdict and expert reports to prepare for call with counsel. |
| Haque, Rezwan | 10/9/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| King, Kyla M. | 10/9/2020 | 0.9 | Reviewed public claimants' methodology. |
| Kovacheva, Penka | 10/9/2020 | 0.6 | Call with counsel regarding claims valuation analyses. |
| Lee, James | 10/9/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Lee, James | 10/9/2020 | 1.0 | Prepared materials regarding claims valuation analyses for call with counsel. |
| Lee, James | 10/9/2020 | 1.2 | Updated analyses of personal injury claims data. |
| Woodhouse, Sally | 10/9/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 10/9/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 10/9/2020 | 1.3 | Analyzed personal injury claims data. |
| Yanguas, Maria Lucia | 10/9/2020 | 1.5 | Reviewed personal injury claims documents. |
| Yanguas, Maria Lucia | 10/9/2020 | 3.0 | Updated personal injury claims data valuation analyses. |
| Abraham, Sarah M. | 10/12/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Aristidou, Andreas | 10/12/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Aristidou, Andreas | 10/12/2020 | 1.1 | Reviewed historical trial transcripts. |
| Aristidou, Andreas | 10/12/2020 | 2.0 | Reviewed government expert report in historical settlement matter. |
| Aristidou, Andreas | 10/12/2020 | 2.4 | Reviewed academic literature on future opioid use projections. |

| | | | |
|---|---|---|---|
| Aristidou, Andreas | 10/12/2020 | 2.6 | Reviewed public claimants' backup materials. |
| Bazak, Eric R. | 10/12/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Bazak, Eric R. | 10/12/2020 | 1.0 | Reviewed list of questions for public claimants. |
| Chen, Yixin | 10/12/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Desmedt, Maaike | 10/12/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Guo, Fang | 10/12/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Guo, Fang | 10/12/2020 | 0.6 | Prepared materials for call with public claimants regarding public claims valuation analyses. |
| Guo, Fang | 10/12/2020 | 0.8 | Reviewed public claims valuation analyses. |
| Guo, Ruihan | 10/12/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 10/12/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 10/12/2020 | 0.7 | Reviewed public claims valuation analyses. |
| Haque, Rezwan | 10/12/2020 | 1.2 | Reviewed list of requests and questions for states regarding public claims. |
| King, Kyla M. | 10/12/2020 | 0.4 | Discussed claims valuation analyses with team. |
| King, Kyla M. | 10/12/2020 | 2.2 | Developed data requests for public claimants. |
| King, Kyla M. | 10/12/2020 | 3.5 | Developed methodology questions for public claimants. |
| Kovacheva, Penka | 10/12/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Kovacheva, Penka | 10/12/2020 | 0.8 | Reviewed and updated data questions and production requests for public claimants. |
| Lee, James | 10/12/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Miller, Robert M. | 10/12/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Miller, Robert M. | 10/12/2020 | 0.7 | Reviewed list of data questions for public claimants. |
| Miller, Robert M. | 10/12/2020 | 2.3 | Updated list of data questions for public claimants. |
| Russell, Nolan P. | 10/12/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Woodhouse, Sally | 10/12/2020 | 0.4 | Discussed claims valuation analyses with team. |

| | | | |
|---|---|---|---|
| Yanguas, Maria Lucia | 10/12/2020 | 0.2 | Analyzed personal injury claims data. |
| Yanguas, Maria Lucia | 10/12/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Bazak, Eric R. | 10/13/2020 | 3.2 | Reviewed historical trial transcripts. |
| Guo, Fang | 10/13/2020 | 1.4 | Reviewed list of questions regarding public claims valuation analysis. |
| Guo, Fang | 10/13/2020 | 2.6 | Reviewed historical trial transcripts. |
| Haque, Rezwan | 10/13/2020 | 0.6 | Reviewed questions regarding states' claims methodology. |
| Haque, Rezwan | 10/13/2020 | 0.8 | Reviewed public claims valuation analyses. |
| King, Kyla M. | 10/13/2020 | 1.2 | Developed data requests for public claimants. |
| King, Kyla M. | 10/13/2020 | 2.3 | Developed methodology questions for public claimants. |
| King, Kyla M. | 10/13/2020 | 3.5 | Reviewed historical trial transcripts for public claims analysis. |
| Kovacheva, Penka | 10/13/2020 | 0.2 | Organized review of historical case materials regarding public claims estimates. |
| Miller, Robert M. | 10/13/2020 | 0.3 | Organized analyzes of public claim estimates. |
| Miller, Robert M. | 10/13/2020 | 0.7 | Updated abatement program cost exhibit. |
| Miller, Robert M. | 10/13/2020 | 3.2 | Reviewed historical trial transcripts. |
| Aristidou, Andreas | 10/14/2020 | 1.5 | Analyzed public claimants' projections of future opioid use. |
| Bazak, Eric R. | 10/14/2020 | 4.2 | Summarized historical trial transcripts. |
| Guo, Fang | 10/14/2020 | 0.5 | Call with counsel regarding public claims estimation. |
| Guo, Fang | 10/14/2020 | 1.2 | Reviewed list of questions regarding public claims valuation analyses. |
| Haque, Rezwan | 10/14/2020 | 0.3 | Corresponded with counsel regarding states' claims methodology. |
| Haque, Rezwan | 10/14/2020 | 0.5 | Call with counsel to discuss public claims estimation. |
| Haque, Rezwan | 10/14/2020 | 1.5 | Reviewed questions regarding states' claims methodology. |
| King, Kyla M. | 10/14/2020 | 4.3 | Reviewed historical trial transcripts for public claims analysis. |
| Kovacheva, Penka | 10/14/2020 | 0.4 | Reviewed and updated list of data questions for public claimants. |
| Kovacheva, Penka | 10/14/2020 | 0.5 | Call with counsel regarding public claims estimation. |
| Miller, Robert M. | 10/14/2020 | 2.1 | Reviewed historical trial transcripts. |
| Miller, Robert M. | 10/14/2020 | 2.2 | Analyzed public claims sensitivities. |

| | | | |
|---|---|---|---|
| Abraham, Sarah M. | 10/15/2020 | 0.5 | Prepared materials regarding personal injury claims valuation analyses for call with counsel. |
| Aristidou, Andreas | 10/15/2020 | 0.8 | Reviewed public claims backup materials. |
| Bazak, Eric R. | 10/15/2020 | 3.9 | Updated exhibits of public claims sensitivity analyses. |
| Guo, Fang | 10/15/2020 | 0.6 | Call with public claimants' consultants regarding public claims valuation analyses. |
| Guo, Fang | 10/15/2020 | 1.9 | Reviewed public claimants' sensitivity analyses. |
| Haque, Rezwan | 10/15/2020 | 0.8 | Prepared agenda for call with counsel regarding public claims estimates. |
| Haque, Rezwan | 10/15/2020 | 0.8 | Checked calculations for public claims valuation analyses. |
| Haque, Rezwan | 10/15/2020 | 0.7 | Call with counsel and public claimants' consultants regarding public claims analyses. |
| Haque, Rezwan | 10/15/2020 | 2.2 | Reviewed public claims valuation analyses. |
| King, Kyla M. | 10/15/2020 | 1.5 | Reviewed historical trial transcripts for public claims analysis. |
| King, Kyla M. | 10/15/2020 | 1.6 | Checked public claims sensitivity analysis. |
| Kovacheva, Penka | 10/15/2020 | 0.5 | Reviewed and updated agenda for call with counsel regarding public claims analyses. |
| Kovacheva, Penka | 10/15/2020 | 0.6 | Call with counsel and public claimants' consultants regarding public claims analyses. |
| Lee, James | 10/15/2020 | 1.4 | Prepared materials regarding claims valuation analyses for call with counsel. |
| Miller, Robert M. | 10/15/2020 | 0.7 | Prepared summary of historical trial transcripts. |
| Miller, Robert M. | 10/15/2020 | 1.2 | Updated public claims sensitivity analyses. |
| Woodhouse, Sally | 10/15/2020 | 0.3 | Reviewed comparison of historical verdict and public claims valuation estimates. |
| Abraham, Sarah M. | 10/16/2020 | 0.9 | Prepared work plan for personal injury valuation. |
| Abraham, Sarah M. | 10/16/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Aristidou, Andreas | 10/16/2020 | 1.0 | Analyzed public claimants' projections of future opioid use. |
| Bazak, Eric R. | 10/16/2020 | 2.5 | Checked exhibits of public claims sensitivity analyses. |

| Guo, Fang | 10/16/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Guo, Fang | 10/16/2020 | 0.9 | Prepared materials for call with counsel regarding public claims valuation analyses. |
| Guo, Fang | 10/16/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Guo, Fang | 10/16/2020 | 1.6 | Prepared methodology for public claims sensitivity analyses. |
| Haque, Rezwan | 10/16/2020 | 0.6 | Reviewed public claims exhibits to prepare for call with counsel. |
| Haque, Rezwan | 10/16/2020 | 0.8 | Reviewed public claims valuation analyses. |
| Haque, Rezwan | 10/16/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| King, Kyla M. | 10/16/2020 | 3.3 | Checked public claims sensitivity analysis. |
| Kovacheva, Penka | 10/16/2020 | 0.3 | Reviewed outline of claims valuation analyses received from counsel. |
| Kovacheva, Penka | 10/16/2020 | 0.5 | Discussed with team follow-up claims valuation analyses. |
| Kovacheva, Penka | 10/16/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Lee, James | 10/16/2020 | 0.3 | Prepared materials for call with counsel regarding claims valuation analyses. |
| Lee, James | 10/16/2020 | 0.3 | Updated personal injury claims data analyses. |
| Lee, James | 10/16/2020 | 0.5 | Discussed claims valuation analysis with team. |
| Lee, James | 10/16/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Miller, Robert M. | 10/16/2020 | 0.4 | Reviewed public claims sensitivity analyses. |
| Yanguas, Maria Lucia | 10/16/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 10/16/2020 | 0.9 | Outlined next steps for personal injury claims data analyses. |
| Abraham, Sarah M. | 10/19/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Aristidou, Andreas | 10/19/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Aristidou, Andreas | 10/19/2020 | 5.0 | Checked public claims valuation analyses. |
| Bazak, Eric R. | 10/19/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Bazak, Eric R. | 10/19/2020 | 2.1 | Updated exhibits of public claims sensitivity analyses. |

| | | | |
|---|---|---|---|
| Chen, Yixin | 10/19/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Chen, Yixin | 10/19/2020 | 1.2 | Analyzed personal injury claims data. |
| Guo, Fang | 10/19/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Guo, Fang | 10/19/2020 | 0.7 | Reviewed public claimants' backup materials. |
| Guo, Fang | 10/19/2020 | 1.3 | Reviewed public claims sensitivity analyses. |
| Guo, Ruihan | 10/19/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Guo, Ruihan | 10/19/2020 | 0.6 | Reviewed personal injury claims data. |
| King, Kyla M. | 10/19/2020 | 0.5 | Discussed claims valuation analyses with team. |
| King, Kyla M. | 10/19/2020 | 1.3 | Checked sensitivity analyses of state claimants' estimates. |
| King, Kyla M. | 10/19/2020 | 2.2 | Reviewed state claimants' data and document production. |
| Kovacheva, Penka | 10/19/2020 | 0.3 | Organized analysis of claims valuation estimates received from public claimants. |
| Lee, James | 10/19/2020 | 0.5 | Discussed claims valuation analysis with team. |
| Lee, James | 10/19/2020 | 0.5 | Reviewed personal injury claims analyses. |
| Miller, Robert M. | 10/19/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Miller, Robert M. | 10/19/2020 | 1.3 | Checked sensitivity analyses of public claim estimates. |
| Russell, Nolan P. | 10/19/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 10/19/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 10/19/2020 | 3.7 | Updated personal injury claims data analyses. |
| Aristidou, Andreas | 10/20/2020 | 1.7 | Reviewed public claims backup materials. |
| Aristidou, Andreas | 10/20/2020 | 2.0 | Summarized public claimants' methodologies on future opioid use projections. |
| Aristidou, Andreas | 10/20/2020 | 3.6 | Checked future opioid use projections. |
| Bazak, Eric R. | 10/20/2020 | 0.7 | Checked sensitivity analysis of public claims estimates. |
| Chen, Yixin | 10/20/2020 | 2.3 | Checked adjustments to personal injury claims data analyses. |
| Chen, Yixin | 10/20/2020 | 3.9 | Analyzed personal injury claims data. |

| | | | |
|---|---|---|---|
| Guo, Fang | 10/20/2020 | 1.0 | Call with counsel and public claimants' consultants regarding public claims valuation analysis. |
| Guo, Fang | 10/20/2020 | 1.1 | Prepared work plan for public claims sensitivity analyses. |
| Guo, Fang | 10/20/2020 | 2.4 | Prepared work plan for public claim sensitivity analyses. |
| Guo, Fang | 10/20/2020 | 3.4 | Reviewed public claimants' backup materials regarding future opioid use projections. |
| Haque, Rezwan | 10/20/2020 | 1.0 | Call with counsel and public claimants' consultants to discuss valuation of public claims. |
| Haque, Rezwan | 10/20/2020 | 1.3 | Reviewed documentation of states' claims. |
| King, Kyla M. | 10/20/2020 | 0.3 | Reviewed state claimants' data and document production. |
| King, Kyla M. | 10/20/2020 | 2.5 | Checked sensitivity analyses of state claimants' estimates. |
| Kovacheva, Penka | 10/20/2020 | 1.0 | Call with counsel and public claimants regarding methodology for public claim estimates. |
| Kovacheva, Penka | 10/20/2020 | 1.1 | Reviewed materials received from public claimants. |
| Miller, Robert M. | 10/20/2020 | 2.5 | Compiled backup materials for public claims analyses. |
| Miller, Robert M. | 10/20/2020 | 2.9 | Performed sensitivity analyses of public claim estimates. |
| Yanguas, Maria Lucia | 10/20/2020 | 1.2 | Reviewed public claims valuation materials produced by states. |
| Abraham, Sarah M. | 10/21/2020 | 1.3 | Reviewed personal injury claims data for claims valuation. |
| Aristidou, Andreas | 10/21/2020 | 1.0 | Checked public claimants' future opioid use projections. |
| Aristidou, Andreas | 10/21/2020 | 1.7 | Reviewed academic literature on future opioid use projections. |
| Aristidou, Andreas | 10/21/2020 | 2.8 | Summarized methodology for projecting future opioid use. |
| Aristidou, Andreas | 10/21/2020 | 3.4 | Reviewed public claimants' future opioid use projections. |
| Bazak, Eric R. | 10/21/2020 | 3.4 | Checked exhibits of public claims sensitivity analyses. |
| Chen, Yixin | 10/21/2020 | 2.1 | Updated analysis of personal injury claims data. |
| Chen, Yixin | 10/21/2020 | 2.6 | Analyzed personal injury claims data. |
| Guo, Fang | 10/21/2020 | 0.8 | Corresponded with public claimants' consultants regarding public claims backup materials. |

| | | | |
|---|---|---|---|
| Guo, Fang | 10/21/2020 | 1.4 | Prepared work plan for public claims sensitivity analyses. |
| Guo, Fang | 10/21/2020 | 4.8 | Drafted summary of third-party payer presentation. |
| Guo, Ruihan | 10/21/2020 | 0.9 | Checked sensitivity analyses of personal injury claims data. |
| Haque, Rezwan | 10/21/2020 | 0.8 | Reviewed third-party payer claims presentation. |
| Haque, Rezwan | 10/21/2020 | 0.8 | Reviewed public claims valuation analyses. |
| Haque, Rezwan | 10/21/2020 | 1.6 | Reviewed summary of third-party payer claims. |
| King, Kyla M. | 10/21/2020 | 1.2 | Checked sensitivity analyses of state claimants' estimates. |
| King, Kyla M. | 10/21/2020 | 1.8 | Reviewed state claimants' data and document production. |
| Kovacheva, Penka | 10/21/2020 | 1.4 | Reviewed and updated summary analysis of third-party payer claimant presentation. |
| Lee, James | 10/21/2020 | 2.5 | Reviewed updated analyses of personal injury claims. |
| Miller, Robert M. | 10/21/2020 | 1.5 | Updated public claim sensitivity analysis exhibits. |
| Miller, Robert M. | 10/21/2020 | 2.6 | Calculated opioid prescription market shares. |
| Russell, Nolan P. | 10/21/2020 | 0.5 | Reviewed personal injury claims analyses. |
| Russell, Nolan P. | 10/21/2020 | 3.3 | Prepared code to analyze public claimants' model of future opioid use projections. |
| Yanguas, Maria Lucia | 10/21/2020 | 2.3 | Reviewed and updated personal injury claims valuation exhibits. |
| Abraham, Sarah M. | 10/22/2020 | 1.0 | Investigated robustness of personal injury claims valuation. |
| Aristidou, Andreas | 10/22/2020 | 2.1 | Reviewed public claimants' methodology for future opioid use projections. |
| Aristidou, Andreas | 10/22/2020 | 2.5 | Checked methodology for projecting future opioid use. |
| Aristidou, Andreas | 10/22/2020 | 2.8 | Updated summary of methodology for projecting future opioid use. |
| Bazak, Eric R. | 10/22/2020 | 3.0 | Checked sensitivity analysis of public claims estimates. |
| Chen, Yixin | 10/22/2020 | 1.6 | Analyzed public claim estimates. |
| Guo, Fang | 10/22/2020 | 0.6 | Edited summary of third-party payer presentation. |
| Guo, Fang | 10/22/2020 | 2.9 | Reviewed public claim sensitivity analyses. |

| Guo, Ruihan | 10/22/2020 | 2.4 | Updated personal injury claims valuation exhibits. |
| Guo, Ruihan | 10/22/2020 | 3.9 | Analyzed personal injury claims data. |
| Guo, Ruihan | 10/22/2020 | 4.6 | Checked sensitivity analyses of personal injury claims data. |
| Haque, Rezwan | 10/22/2020 | 0.4 | Reviewed agenda for call with counsel regarding claims valuation analyses. |
| Haque, Rezwan | 10/22/2020 | 2.2 | Reviewed public claims valuation analyses. |
| King, Kyla M. | 10/22/2020 | 1.8 | Checked sensitivity analyses of state claimants' estimates. |
| Lee, James | 10/22/2020 | 5.3 | Analyzed personal injury claims data. |
| Miller, Robert M. | 10/22/2020 | 1.0 | Checked calculation of opioid prescription market shares. |
| Miller, Robert M. | 10/22/2020 | 1.2 | Checked exhibit of public claims sensitivity analyses. |
| Miller, Robert M. | 10/22/2020 | 2.5 | Performed public claim sensitivity analyses. |
| Russell, Nolan P. | 10/22/2020 | 4.0 | Analyzed public claimants' model of future opioid use projections. |
| Yanguas, Maria Lucia | 10/22/2020 | 0.5 | Reviewed public claims backup materials regarding future opioid use. |
| Yanguas, Maria Lucia | 10/22/2020 | 4.4 | Checked personal injury claims valuation analyses. |
| Yanguas, Maria Lucia | 10/22/2020 | 4.6 | Reviewed public claims valuation materials produced by states. |
| Abraham, Sarah M. | 10/23/2020 | 0.6 | Discussed with team methodology for claims valuation analyses. |
| Abraham, Sarah M. | 10/23/2020 | 1.0 | Call with counsel regarding claims valuation. |
| Aristidou, Andreas | 10/23/2020 | 0.5 | Checked public claimant's methodology for future opioid use projections. |
| Aristidou, Andreas | 10/23/2020 | 1.0 | Updated summary of methodology for projecting future opioid use. |
| Aristidou, Andreas | 10/23/2020 | 3.1 | Checked summary of methodology for projecting future opioid use. |
| Aristidou, Andreas | 10/23/2020 | 3.3 | Reviewed academic literature on future opioid use projections. |
| Bazak, Eric R. | 10/23/2020 | 1.5 | Performed sensitivity analysis on opioid use disorder population. |
| Chen, Yixin | 10/23/2020 | 3.9 | Analyzed public claim estimates. |
| Guo, Fang | 10/23/2020 | 1.0 | Call with counsel regarding claims valuation. |
| Guo, Fang | 10/23/2020 | 1.1 | Prepared work plan for commercial claims valuation analyses. |
| Guo, Fang | 10/23/2020 | 1.4 | Reviewed public claimants' backup materials regarding future opioid use projections. |

| | | | |
|---|---|---|---|
| Guo, Fang | 10/23/2020 | 1.6 | Organized public claims sensitivity analyses. |
| Guo, Fang | 10/23/2020 | 1.9 | Reviewed public claimants' backup materials. |
| Guo, Ruihan | 10/23/2020 | 1.6 | Checked personal injury claims valuation exhibits. |
| Guo, Ruihan | 10/23/2020 | 4.8 | Updated personal injury claims valuation exhibits. |
| Haque, Rezwan | 10/23/2020 | 0.6 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 10/23/2020 | 0.6 | Call with expert regarding commercial claims valuation analyses. |
| Haque, Rezwan | 10/23/2020 | 0.8 | Reviewed public claims valuation exhibits to prepare for call with counsel. |
| Haque, Rezwan | 10/23/2020 | 1.0 | Call with counsel to discuss claims valuation analyses. |
| Haque, Rezwan | 10/23/2020 | 1.6 | Reviewed backup materials for public claims valuation produced by states. |
| Haque, Rezwan | 10/23/2020 | 1.9 | Reviewed academic literature on impact of opioid crisis on commercial claimants. |
| King, Kyla M. | 10/23/2020 | 2.6 | Performed sensitivity analyses of state claimants' estimates. |
| Kovacheva, Penka | 10/23/2020 | 0.6 | Call with expert regarding commercial claims valuation analyses. |
| Kovacheva, Penka | 10/23/2020 | 0.6 | Discussed claims valuation analyses with team. |
| Kovacheva, Penka | 10/23/2020 | 1.0 | Reviewed summary of public and personal injury claims valuation analyses for call with counsel. |
| Kovacheva, Penka | 10/23/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Kovacheva, Penka | 10/23/2020 | 2.3 | Researched data availability for hospital and third-party payer claims valuation analyses. |
| Lee, James | 10/23/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Lee, James | 10/23/2020 | 1.1 | Analyzed personal injury claims data. |
| Lee, James | 10/23/2020 | 2.2 | Prepared materials for call with counsel regarding claims valuation analyses. |
| Miller, Robert M. | 10/23/2020 | 0.8 | Reviewed public claimants' backup materials. |
| Woodhouse, Sally | 10/23/2020 | 0.6 | Discussed claims valuation analyses with team. |
| Woodhouse, Sally | 10/23/2020 | 0.6 | Call with expert regarding claims valuation estimation. |
| Yanguas, Maria Lucia | 10/23/2020 | 0.6 | Discussed claims valuation analyses with team. |

| Yanguas, Maria Lucia | 10/23/2020 | 1.6 | Prepared materials for call with counsel regarding claims valuation analyses. |
| Yanguas, Maria Lucia | 10/23/2020 | 2.4 | Reviewed and summarized public claimants' methodology regarding future opioid use. |
| Yanguas, Maria Lucia | 10/23/2020 | 4.6 | Updated and checked personal injury claims valuation analyses. |
| Kovacheva, Penka | 10/24/2020 | 0.5 | Researched prior expert reports regarding hospital claims estimates. |
| Lee, James | 10/24/2020 | 0.5 | Reviewed actuarial report regarding potential claims for hospitals. |
| Lee, James | 10/25/2020 | 0.5 | Outlined methodology to value hospital claims. |
| Yanguas, Maria Lucia | 10/25/2020 | 1.2 | Updated summary of public claimants' methodology regarding future opioid use. |
| Aristidou, Andreas | 10/26/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Aristidou, Andreas | 10/26/2020 | 1.2 | Reviewed sensitivity analysis of future opioid use projections. |
| Aristidou, Andreas | 10/26/2020 | 3.1 | Edited summary of future opioid use projections. |
| Aristidou, Andreas | 10/26/2020 | 3.8 | Performed sensitivity analysis on future opioid use projections. |
| Bazak, Eric R. | 10/26/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Bazak, Eric R. | 10/26/2020 | 3.8 | Performed sensitivity analyses of public claims estimates. |
| Chen, Yixin | 10/26/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Chen, Yixin | 10/26/2020 | 1.9 | Analyzed projections of future opioid use population. |
| Chen, Yixin | 10/26/2020 | 3.1 | Compiled supporting documents for personal injury claims data analysis. |
| Guo, Fang | 10/26/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Guo, Fang | 10/26/2020 | 1.6 | Reviewed public claimants' backup materials. |
| Guo, Fang | 10/26/2020 | 2.2 | Reviewed public claims sensitivity analyses. |
| Guo, Ruihan | 10/26/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Guo, Ruihan | 10/26/2020 | 1.3 | Checked personal injury claims data analyses. |
| Guo, Ruihan | 10/26/2020 | 1.6 | Reviewed and analyzed personal injury claims data. |
| Haque, Rezwan | 10/26/2020 | 0.5 | Discussed claims valuation analyses with team. |

| | | | |
|---|---|---|---|
| Haque, Rezwan | 10/26/2020 | 1.2 | Reviewed states' methodology for projecting opioid user population growth. |
| Haque, Rezwan | 10/26/2020 | 1.5 | Reviewed academic literature on impact of opioid crisis. |
| King, Kyla M. | 10/26/2020 | 0.8 | Reviewed state claimants' data and document production. |
| King, Kyla M. | 10/26/2020 | 1.7 | Checked sensitivity analyses of state claimants' estimates. |
| Kovacheva, Penka | 10/26/2020 | 0.3 | Discussed claims valuation analyses with team. |
| Kovacheva, Penka | 10/26/2020 | 0.5 | Reviewed updates to analysis of personal injury claims. |
| Kovacheva, Penka | 10/26/2020 | 1.4 | Reviewed analysis of public claimants' methodology for future cost estimates. |
| Kovacheva, Penka | 10/26/2020 | 1.5 | Researched data sources for commercial claims analyses. |
| Lee, James | 10/26/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Lee, James | 10/26/2020 | 2.6 | Analyzed personal injury claims data. |
| Miller, Robert M. | 10/26/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Miller, Robert M. | 10/26/2020 | 1.9 | Updated exhibits of public claims sensitivity analyses. |
| Miller, Robert M. | 10/26/2020 | 2.8 | Reviewed public claimant's backup materials. |
| Russell, Nolan P. | 10/26/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Russell, Nolan P. | 10/26/2020 | 1.8 | Checked sensitivity analysis of public claimants' model for future opioid use projections. |
| Yanguas, Maria Lucia | 10/26/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 10/26/2020 | 1.3 | Updated personal injury claims valuation analyses. |
| Yanguas, Maria Lucia | 10/26/2020 | 2.7 | Updated summary of public claimants' methodology regarding future opioid use. |
| Yanguas, Maria Lucia | 10/26/2020 | 3.7 | Prepared work plan for robustness checks of future opioid use projections. |
| Abraham, Sarah M. | 10/27/2020 | 3.7 | Researched methodology for estimating third-party payer claims. |
| Aristidou, Andreas | 10/27/2020 | 0.5 | Reviewed public claimants' future opioid use projections. |
| Aristidou, Andreas | 10/27/2020 | 2.5 | Updated sensitivity analysis of future opioid use projections. |
| Aristidou, Andreas | 10/27/2020 | 4.1 | Checked sensitivity analysis of future opioid use projections. |

| Bazak, Eric R. | 10/27/2020 | 2.1 | Checked backup materials for public claims analyses. |
| Bazak, Eric R. | 10/27/2020 | 2.8 | Updated sensitivity analysis of opioid use disorder population. |
| Bazak, Eric R. | 10/27/2020 | 3.2 | Performed sensitivity analysis on public claims estimates. |
| Chen, Yixin | 10/27/2020 | 1.4 | Compiled supporting documents for personal injury claims data analysis. |
| Guo, Fang | 10/27/2020 | 0.9 | Call with counsel and public claimants' consultants regarding public claims valuation. |
| Guo, Fang | 10/27/2020 | 1.1 | Reviewed public claims sensitivity analyses. |
| Guo, Fang | 10/27/2020 | 1.4 | Reviewed public claimants' backup materials regarding future opioid use projections. |
| Guo, Fang | 10/27/2020 | 3.4 | Prepared work plan for commercial claims valuation. |
| Guo, Ruihan | 10/27/2020 | 1.7 | Checked personal injury claims data analyses. |
| Haque, Rezwan | 10/27/2020 | 0.9 | Call with public claimants' consultants and counsel to discuss analysis of public claims. |
| Haque, Rezwan | 10/27/2020 | 1.8 | Reviewed presentation on third-party payer claims. |
| Haque, Rezwan | 10/27/2020 | 2.8 | Reviewed analysis of hospital claims. |
| King, Kyla M. | 10/27/2020 | 3.9 | Reviewed state claimants' data and document production. |
| King, Kyla M. | 10/27/2020 | 4.2 | Checked sensitivity analyses of state claimants' estimates. |
| Kovacheva, Penka | 10/27/2020 | 0.9 | Call with public claimants and counsel regarding public claimants' claim estimates. |
| Kovacheva, Penka | 10/27/2020 | 1.0 | Discussed claims valuation analyses with team member. |
| Kovacheva, Penka | 10/27/2020 | 2.5 | Analyzed methodology for commercial claimants' cost estimates. |
| Lee, James | 10/27/2020 | 3.0 | Prepared materials for call with counsel regarding third-party payer claims valuation. |
| Lee, James | 10/27/2020 | 5.7 | Reviewed industry and academic literature regarding third-party payer claims valuation. |
| Miller, Robert M. | 10/27/2020 | 1.6 | Checked sensitivity analyses on future opioid treatment costs. |
| Miller, Robert M. | 10/27/2020 | 3.6 | Performed sensitivity analyses on future opioid treatment costs. |

| | | | |
|---|---|---|---|
| Woodhouse, Sally | 10/27/2020 | 1.0 | Discussed claims valuation analyses with team member. |
| Yanguas, Maria Lucia | 10/27/2020 | 1.7 | Revised work plan for robustness checks of future opioid use projections. |
| Yanguas, Maria Lucia | 10/27/2020 | 2.0 | Prepared work plan for commercial claims analyses. |
| Yanguas, Maria Lucia | 10/27/2020 | 2.5 | Summarized hospital cost estimates and methodologies. |
| Yanguas, Maria Lucia | 10/27/2020 | 4.9 | Collected document relied upon for personal injury claims data analyses. |
| Abraham, Sarah M. | 10/28/2020 | 1.0 | Call with counsel regarding commercial claims valuation. |
| Abraham, Sarah M. | 10/28/2020 | 1.8 | Updated work plan to estimate third-party payer claims. |
| Aristidou, Andreas | 10/28/2020 | 0.9 | Updated work plan for additional analyses of future opioid use projections. |
| Aristidou, Andreas | 10/28/2020 | 3.3 | Checked sensitivity analysis of future opioid use projections. |
| Aristidou, Andreas | 10/28/2020 | 3.8 | Performed sensitivity analysis of future opioid use projections. |
| Bazak, Eric R. | 10/28/2020 | 1.2 | Researched data sources for public claims sensitivity analyses. |
| Bazak, Eric R. | 10/28/2020 | 2.3 | Performed sensitivity analysis on public claims estimates. |
| Bazak, Eric R. | 10/28/2020 | 4.5 | Reviewed public claimants' backup materials. |
| Chen, Yixin | 10/28/2020 | 1.6 | Compiled supporting documents for personal injury claims data analysis. |
| Chen, Yixin | 10/28/2020 | 2.9 | Checked updates to personal injury claims data analysis. |
| Guo, Fang | 10/28/2020 | 1.0 | Call with counsel regarding commercial claims valuation. |
| Guo, Fang | 10/28/2020 | 1.7 | Reviewed backup materials of public claim valuation produced by states. |
| Guo, Fang | 10/28/2020 | 1.9 | Reviewed public claims sensitivity analyses. |
| Guo, Fang | 10/28/2020 | 2.7 | Reviewed public claims sensitivity analyses. |
| Guo, Fang | 10/28/2020 | 3.6 | Reviewed public claims sensitivity analyses. |
| Guo, Ruihan | 10/28/2020 | 1.2 | Updated analyses of personal injury claims data. |
| Guo, Ruihan | 10/28/2020 | 2.9 | Checked personal injury claims data analyses. |
| Guo, Ruihan | 10/28/2020 | 4.6 | Analyzed personal injury claims data. |
| Haque, Rezwan | 10/28/2020 | 1.0 | Call with counsel to discuss commercial claims valuation. |

| | | | |
|---|---|---|---|
| Haque, Rezwan | 10/28/2020 | 1.3 | Reviewed analysis of public claims. |
| Haque, Rezwan | 10/28/2020 | 2.3 | Prepared agenda for call with counsel regarding commercial claims. |
| King, Kyla M. | 10/28/2020 | 1.5 | Performed robustness checks of state claimants' estimates. |
| King, Kyla M. | 10/28/2020 | 3.4 | Checked sensitivity analyses of state claimants' estimates. |
| King, Kyla M. | 10/28/2020 | 3.6 | Reviewed state claimants' data and document production. |
| King, Kyla M. | 10/28/2020 | 3.7 | Updated exhibit of sensitivity analyses of state claimants' estimates. |
| Kovacheva, Penka | 10/28/2020 | 0.3 | Reviewed updated public claims analyses. |
| Kovacheva, Penka | 10/28/2020 | 1.0 | Call with counsel regarding commercial claim estimation. |
| Kovacheva, Penka | 10/28/2020 | 2.1 | Reviewed and updated summary of commercial claim analyses. |
| Lee, James | 10/28/2020 | 0.4 | Reviewed updated personal injury claims data analyses. |
| Lee, James | 10/28/2020 | 1.0 | Call with counsel regarding commercial claims valuation analyses. |
| Lee, James | 10/28/2020 | 1.5 | Outlined methodology for third-party payer claims analyses. |
| Lee, James | 10/28/2020 | 2.5 | Reviewed third-party payer presentation and analyses. |
| Miller, Robert M. | 10/28/2020 | 0.6 | Created exhibits of public claims sensitivity analyses. |
| Miller, Robert M. | 10/28/2020 | 3.3 | Updated exhibits of public claims sensitivity analyses. |
| Miller, Robert M. | 10/28/2020 | 3.9 | Checked calculations of opioid prescription market shares. |
| Russell, Nolan P. | 10/28/2020 | 2.3 | Analyzed public claimants' model of future opioid use projections. |
| Russell, Nolan P. | 10/28/2020 | 3.8 | Analyzed and summarized results of public claimants' model for future opioid use projections. |
| Woodhouse, Sally | 10/28/2020 | 0.4 | Reviewed claims valuation analysis. |
| Yanguas, Maria Lucia | 10/28/2020 | 1.2 | Prepared hospital claims estimation work plan. |
| Yanguas, Maria Lucia | 10/28/2020 | 2.8 | Checked personal injury claims valuation analyses. |
| Yanguas, Maria Lucia | 10/28/2020 | 4.2 | Reviewed documents relied upon for personal injury claims data analyses. |
| Abraham, Sarah M. | 10/29/2020 | 1.0 | Call with counsel regarding commercial claims valuation. |
| Abraham, Sarah M. | 10/29/2020 | 1.1 | Revised work plan to estimate third-party payer claims. |

| | | | |
|---|---|---|---|
| Abraham, Sarah M. | 10/29/2020 | 1.0 | Call with expert regarding commercial claims valuation. |
| Aristidou, Andreas | 10/29/2020 | 1.0 | Checked sensitivity analysis of future opioid use projections. |
| Aristidou, Andreas | 10/29/2020 | 3.2 | Reviewed academic literature on future opioid use projections. |
| Aristidou, Andreas | 10/29/2020 | 3.8 | Performed sensitivity analysis of future opioid use projections. |
| Bazak, Eric R. | 10/29/2020 | 0.3 | Checked pharmaceutical market statistics. |
| Bazak, Eric R. | 10/29/2020 | 3.0 | Updated sensitivity analysis of public claims estimates. |
| Chen, Yixin | 10/29/2020 | 1.8 | Checked exhibits for future opioid use population projections. |
| Chen, Yixin | 10/29/2020 | 3.8 | Analyzed projections of future opioid use population. |
| Guo, Fang | 10/29/2020 | 1.0 | Call with expert regarding claims valuation analyses. |
| Guo, Fang | 10/29/2020 | 1.0 | Call with counsel to discuss commercial claims valuation. |
| Guo, Fang | 10/29/2020 | 1.0 | Call with counsel to discuss public claims valuation. |
| Guo, Fang | 10/29/2020 | 2.3 | Reviewed public claims sensitivity analyses. |
| Guo, Fang | 10/29/2020 | 2.4 | Prepared work plan for public claims sensitivity analyses. |
| Guo, Fang | 10/29/2020 | 2.6 | Edited exhibits on public claim sensitivity analysis. |
| Guo, Ruihan | 10/29/2020 | 4.9 | Reviewed and analyzed personal injury claims data. |
| Haque, Rezwan | 10/29/2020 | 1.0 | Call with expert to discuss commercial claims valuation. |
| Haque, Rezwan | 10/29/2020 | 1.0 | Call with counsel to discuss public claims valuation. |
| Haque, Rezwan | 10/29/2020 | 1.0 | Call with counsel to discuss commercial claims valuation. |
| Haque, Rezwan | 10/29/2020 | 2.8 | Reviewed analysis of hospital claims. |
| King, Kyla M. | 10/29/2020 | 0.8 | Prepared for analysis pharmaceutical market data. |
| King, Kyla M. | 10/29/2020 | 1.9 | Analyzed pharmaceutical market data. |
| King, Kyla M. | 10/29/2020 | 3.8 | Checked sensitivity analyses of state claimants' estimates. |
| King, Kyla M. | 10/29/2020 | 3.9 | Cleaned and prepared for analysis pharmaceutical market data. |
| Kovacheva, Penka | 10/29/2020 | 0.2 | Call with counsel regarding commercial claims analyses. |
| Kovacheva, Penka | 10/29/2020 | 0.9 | Managed commercial claims analyses. |

| Kovacheva, Penka | 10/29/2020 | 1.0 | Call with expert regarding commercial claims analyses. |
| Kovacheva, Penka | 10/29/2020 | 1.0 | Call with counsel regarding public claims analyses. |
| Kovacheva, Penka | 10/29/2020 | 1.2 | Reviewed methodology and updates to public claims analyses. |
| Lee, James | 10/29/2020 | 1.0 | Call with counsel regarding commercial claims valuation analyses. |
| Lee, James | 10/29/2020 | 3.3 | Outlined next steps for analyses of third-party payer claims. |
| Lee, James | 10/29/2020 | 7.0 | Reviewed personal injury claims data and documents. |
| Miller, Robert M. | 10/29/2020 | 3.2 | Updated exhibits of public claims sensitivity analyses. |
| Russell, Nolan P. | 10/29/2020 | 2.8 | Analyzed public claimants' model of future opioid use projections. |
| Russell, Nolan P. | 10/29/2020 | 3.8 | Conducted sensitivity analysis of public claimants' model of future opioid use projections. |
| Woodhouse, Sally | 10/29/2020 | 1.0 | Call with expert to discuss claims valuation. |
| Woodhouse, Sally | 10/29/2020 | 1.0 | Call with counsel regarding commercial claims valuation estimation. |
| Yanguas, Maria Lucia | 10/29/2020 | 2.2 | Reviewed literature on hospital claims valuation and hospital profit margins. |
| Yanguas, Maria Lucia | 10/29/2020 | 2.9 | Reviewed robustness checks of future opioid use projections. |
| Yanguas, Maria Lucia | 10/29/2020 | 5.0 | Reviewed and updated methodology for personal injury claims valuation analyses. |
| Abraham, Sarah M. | 10/30/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Abraham, Sarah M. | 10/30/2020 | 1.6 | Managed data projects for third-party payer claims estimation. |
| Aristidou, Andreas | 10/30/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Aristidou, Andreas | 10/30/2020 | 2.3 | Reviewed third-party payer claims valuation analyses. |
| Aristidou, Andreas | 10/30/2020 | 3.2 | Checked sensitivity analysis of future opioid use projections. |
| Bazak, Eric R. | 10/30/2020 | 2.7 | Reviewed government expert reports regarding NAS cost estimates. |
| Chen, Yixin | 10/30/2020 | 1.2 | Analyzed projections of future opioid use population. |
| Guo, Fang | 10/30/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Guo, Fang | 10/30/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |

| | | | |
|---|---|---|---|
| Guo, Fang | 10/30/2020 | 2.4 | Prepared work plan for NAS claims valuation analyses. |
| Guo, Fang | 10/30/2020 | 2.6 | Reviewed public claims sensitivity analyses. |
| Guo, Ruihan | 10/30/2020 | 1.2 | Analyzed third-party payer claims. |
| Guo, Ruihan | 10/30/2020 | 3.8 | Analyzed pharmaceutical market and drug expenditure data. |
| Haque, Rezwan | 10/30/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 10/30/2020 | 1.0 | Call with counsel to discuss claims valuation analyses. |
| Haque, Rezwan | 10/30/2020 | 1.8 | Prepared work plan for hospital claims analysis. |
| Haque, Rezwan | 10/30/2020 | 1.8 | Reviewed analysis of hospital claims. |
| King, Kyla M. | 10/30/2020 | 0.8 | Reviewed prior government expert report in relation to NAS claims valuation. |
| King, Kyla M. | 10/30/2020 | 2.2 | Analyzed pharmaceutical market data. |
| King, Kyla M. | 10/30/2020 | 3.4 | Checked sensitivity analyses of state claimants' estimates. |
| King, Kyla M. | 10/30/2020 | 3.7 | Updated sensitivity analyses of state claimants' estimates. |
| Kovacheva, Penka | 10/30/2020 | 0.2 | Reviewed updates to public claims analyses. |
| Kovacheva, Penka | 10/30/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Kovacheva, Penka | 10/30/2020 | 0.9 | Reviewed updates to personal injury claims analyses. |
| Kovacheva, Penka | 10/30/2020 | 1.0 | Discussed claims valuation analyses with counsel. |
| Lee, James | 10/30/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Lee, James | 10/30/2020 | 2.0 | Outlined analyses related to third-party payer claims. |
| Lee, James | 10/30/2020 | 2.8 | Prepared materials regarding personal injury claims data for call with counsel. |
| Miller, Robert M. | 10/30/2020 | 1.5 | Updated exhibits of public claims sensitivity analyses. |
| Miller, Robert M. | 10/30/2020 | 3.3 | Calculated opioid prescription market shares. |
| Woodhouse, Sally | 10/30/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Woodhouse, Sally | 10/30/2020 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Yanguas, Maria Lucia | 10/30/2020 | 0.5 | Reviewed hospital claims valuation work plan. |
| Yanguas, Maria Lucia | 10/30/2020 | 0.5 | Discussed claims valuation analyses with team. |

| Yanguas, Maria Lucia | 10/30/2020 | 1.4 | Reviewed documents relied upon for personal injury claims analyses. |

|  | | |
| --- | --- | --- |
| **Total** | 853.0 |
| **Grand Total** | 868.3 |