UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:                              :      Chapter 11
                                    :
PURDUE PHARMA L.P., *et al.*,       :      Case No. 19-23649 (RDD)
                                    :
                    Debtors.[1]     :      (Jointly Administered)
                                    :
------------------------------------------------------------ x

## STATEMENT OF FEES AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of September 1, 2020 through September 30, 2020 (the "Ninth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

## I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.   On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.   On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.   On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. **PJT's Request for Compensation**

5.   For the Ninth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $773.99, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,773.99 (representing 80% of the total amount monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Ninth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Ninth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses.

Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Ninth Compensation Period but not included herein.

6.   An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Ninth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned and out-of-pocket expenses incurred during the Ninth Compensation Period is outlined below:

| Ninth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| September 1 – 30, 2020 | $225,000.00 | ($45,000.00) | $773.99 | **$180,773.99** |

7.   The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 324.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Ninth Compensation Period are provided in <u>Appendix B</u>.

8.   A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | September 2020 |
|---|---|
| Tim Coleman | 13.0 |
| Jamie O'Connell | 13.5 |
| Rafael Schnitzler | 93.5 |
| Joe Turner | 51.0 |
| Tom Melvin | 95.0 |
| Jade Wang | 8.5 |
| Jovana Arsic | 23.0 |
| Gerald Sim | 24.0 |
| Ismail Mian | 2.5 |
| **Total Hours** | **324.0** |

### III. <u>Requested Relief</u>

9.   Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00,  and (b) out-of-pocket expenses in the amount of $773.99, in each case earned or incurred during the Ninth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 773.99 |
| **Total Amount Due** | **$180,773.99** |

Dated: October 28, 2020

PJT PARTNERS LP

By: /s/ John James O'Connell
     John James O'Connell III
     Partner
     280 Park Avenue
     New York, NY 10017
     (212) 364-7800

**APPENDIX A**

PJT Partners

PJT

October 28, 2020

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of September 1, 2020 through September 30, 2020: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |

Out-of-pocket expenses processed through October 12, 2020:[1]

| | | | |
|---|---|---|---|
| Communications | $ | 18.99 | |
| Meals | | 740.00 | |
| Research | | 15.00 | 773.99 |
| **Total Amount Due** | | **$** | **180,773.99** |

**Invoice No. 10015738**

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Oct-20 | Total Expenses |
|---|---|---|
| Communications | $ 18.99 | $ 18.99 |
| Employee Meals | 740.00 | 740.00 |
| Research | 15.00 | 15.00 |
| **Total Expenses** | **$ 773.99** | **$ 773.99** |
|  |  |  |
| **Communications** | | **$ 18.99** |
| **Meals** | | **740.00** |
| **Research** | | **15.00** |
|  |  |  |
| **Total Expenses** | | **$ 773.99** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through October 12, 2020**
**Invoice No. 10015738**

**Communications**

| | | | |
|---|---|---|---|
| Melvin (wi-fi access while traveling) | 07/18/20 | 18.99 | |
| | **Subtotal - Communications** | **$** | **18.99** |

**Employee Meals**

| | | |
|---|---|---|
| Melvin (weeknight working dinner meal) | 05/12/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 05/20/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 05/26/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 05/27/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 05/28/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/20/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/21/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/22/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/23/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/27/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/28/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/29/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/30/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 07/31/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/03/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/04/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/05/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/06/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/10/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/11/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/12/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/13/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/14/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 08/17/20 | 20.00 |
| Mian (weeknight working dinner meal) | 04/01/20 | 20.00 |
| Mian (weeknight working dinner meal) | 04/02/20 | 20.00 |
| Mian (weeknight working dinner meal) | 04/27/20 | 20.00 |
| Mian (weeknight working dinner meal) | 05/04/20 | 20.00 |
| Mian (weeknight working dinner meal) | 05/05/20 | 20.00 |
| Mian (weeknight working dinner meal) | 05/11/20 | 20.00 |
| Mian (weeknight working dinner meal) | 05/12/20 | 20.00 |
| Mian (weeknight working dinner meal) | 05/13/20 | 20.00 |
| Mian (weeknight working dinner meal) | 05/14/20 | 20.00 |
| Mian (weeknight working dinner meal) | 06/17/20 | 20.00 |
| Turner (weeknight working dinner meal) | 06/16/20 | 20.00 |
| Turner (weeknight working dinner meal) | 08/27/20 | 20.00 |
| Turner (weeknight working dinner meal) | 09/14/20 | 20.00 |
| | **Subtotal - Employee Meals** | **740.00** |

**Research - Online Database**

| | | |
|---|---|---|
| de Almeida (retrieved documents from Corut docket via P.A.C.E.R.) | 01/27/20 | 3.00 |
| de Almeida (retrieved documents from Corut docket via P.A.C.E.R.) | 03/02/20 | 3.00 |
| de Almeida (retrieved documents from Corut docket via P.A.C.E.R.) | 03/10/20 | 3.00 |
| de Almeida (retrieved documents from Corut docket via P.A.C.E.R.) | 03/22/20 | 6.00 |
| | **Subtotal - Research - Online Database** | **15.00** |
| | **Total Expenses** | **$     773.99** |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Professional | Title | Hours |
|---|---|---|
| Tim Coleman | Partner | 13.0 |
| Jamie O'Connell | Partner | 13.5 |
| Rafael Schnitzler | Director | 93.5 |
| Joe Turner | Vice President | 51.0 |
| Tom Melvin | Associate | 95.0 |
| Jade Wang | Associate | 8.5 |
| Jovana Arsic | Associate | 23.0 |
| Gerald Sim | Analyst | 24.0 |
| Ismail Mian | Analyst | 2.5 |
| | **Total** | **324.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tim Coleman | 09/01/20 | 1.0 | Weekly advisor update call |
| Tim Coleman | 09/03/20 | 1.0 | Weekly call with Company and advisors |
| Tim Coleman | 09/08/20 | 1.0 | Weekly advisor update call |
| Tim Coleman | 09/08/20 | 1.0 | Board call |
| Tim Coleman | 09/10/20 | 1.0 | Weekly call with Company and advisors |
| Tim Coleman | 09/17/20 | 1.0 | Weekly call with Company and advisors |
| Tim Coleman | 09/22/20 | 1.0 | Weekly advisor update call |
| Tim Coleman | 09/24/20 | 1.0 | Weekly call with Company and advisors |
| Tim Coleman | 09/25/20 | 4.0 | Board Call |
| Tim Coleman | 09/29/20 | 1.0 | Weekly advisor update call |
| | | **13.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 09/01/20 | 0.5 | Call with management regarding financial matter |
| Jamie O'Connell | 09/01/20 | 0.5 | Weekly call with company advisors regarding financial matters |
| Jamie O'Connell | 09/03/20 | 0.5 | Weekly update call with management (did not attend entire call) |
| Jamie O'Connell | 09/03/20 | 0.5 | Call with J. Turner regarding financial matter |
| Jamie O'Connell | 09/08/20 | 1.0 | Board call |
| Jamie O'Connell | 09/11/20 | 1.0 | Review and comment on draft pleading |
| Jamie O'Connell | 09/11/20 | 0.5 | Call with management regarding draft pleading |
| Jamie O'Connell | 09/13/20 | 0.5 | Call with J. Turner |
| Jamie O'Connell | 09/14/20 | 0.5 | Weekly update call |
| Jamie O'Connell | 09/14/20 | 0.5 | Call with management and counsel regarding business matter |
| Jamie O'Connell | 09/17/20 | 0.5 | Call with R. Schnitzler regarding financial analysis |
| Jamie O'Connell | 09/17/20 | 0.5 | Conference call regarding financial analysis |
| Jamie O'Connell | 09/18/20 | 0.5 | Call and correspondences regarding business matter |
| Jamie O'Connell | 09/21/20 | 1.0 | Conference call with management and counsel |
| Jamie O'Connell | 09/22/20 | 0.5 | Conference call with advisors |
| Jamie O'Connell | 09/24/20 | 0.5 | Conference call with management and counsel regarding various matters |
| Jamie O'Connell | 09/25/20 | 2.5 | Board call |
| Jamie O'Connell | 09/28/20 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 09/28/20 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 09/29/20 | 0.5 | Weekly advisors call |
| | | **13.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 09/01/20 | 1.0 | Project Catalyst internal call |
| Rafael Schnitzler | 09/01/20 | 1.0 | Project Catalyst call |
| Rafael Schnitzler | 09/01/20 | 1.5 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 09/01/20 | 2.0 | Project Catalyst draft board materials |
| Rafael Schnitzler | 09/02/20 | 3.5 | Project Catalyst internal call |
| Rafael Schnitzler | 09/02/20 | 1.0 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 09/02/20 | 2.0 | Project Catalyst review financial information |
| Rafael Schnitzler | 09/03/20 | 2.0 | Project Catalyst internal call |
| Rafael Schnitzler | 09/03/20 | 1.0 | Project Catalyst call |
| Rafael Schnitzler | 09/03/20 | 4.5 | Project Catalyst draft board materials |
| Rafael Schnitzler | 09/04/20 | 1.5 | Project Catalyst internal call |
| Rafael Schnitzler | 09/04/20 | 0.5 | Project Catalyst call regarding Covid |
| Rafael Schnitzler | 09/04/20 | 1.5 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 09/05/20 | 3.5 | Project Catalyst Declaration drafting and review |
| Rafael Schnitzler | 09/05/20 | 2.0 | Project Catalyst draft board materials |
| Rafael Schnitzler | 09/05/20 | 2.0 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 09/05/20 | 2.0 | Project Catalyst review documents |
| Rafael Schnitzler | 09/06/20 | 3.0 | Project Catalyst call to review documents |
| Rafael Schnitzler | 09/06/20 | 1.5 | Project Catalyst call to discuss documents |
| Rafael Schnitzler | 09/06/20 | 2.0 | Project Catalyst review documents |
| Rafael Schnitzler | 09/06/20 | 1.5 | Project Catalyst Declaration drafting and review |
| Rafael Schnitzler | 09/06/20 | 1.0 | Project Catalyst draft and respond to various emails |
| Rafael Schnitzler | 09/07/20 | 1.0 | Project Catalyst call to review documents |
| Rafael Schnitzler | 09/07/20 | 1.0 | Project Catalyst financial due diligence call |
| Rafael Schnitzler | 09/07/20 | 2.5 | Project Catalyst review documents |
| Rafael Schnitzler | 09/07/20 | 3.0 | Project Catalyst respond to various emails |
| Rafael Schnitzler | 09/08/20 | 3.0 | Project Catalyst internal calls to review documents |
| Rafael Schnitzler | 09/08/20 | 1.5 | Project Catalyst call to discuss documents |
| Rafael Schnitzler | 09/08/20 | 3.0 | Project Catalyst Declaration drafting and review |
| Rafael Schnitzler | 09/08/20 | 1.0 | Telephonic BOD call |
| Rafael Schnitzler | 09/09/20 | 2.0 | Project Catalyst internal calls |
| Rafael Schnitzler | 09/09/20 | 1.0 | Project Catalyst Declaration drafting and review |
| Rafael Schnitzler | 09/09/20 | 3.5 | Project Catalyst respond to various emails |
| Rafael Schnitzler | 09/10/20 | 4.0 | Project Catalyst internal calls / respond to emails |
| Rafael Schnitzler | 09/10/20 | 1.5 | Project Catalyst call to discuss documents |
| Rafael Schnitzler | 09/10/20 | 2.5 | Project Catalyst Declaration drafting and review |
| Rafael Schnitzler | 09/11/20 | 5.0 | Project Catalyst internal calls / respond to emails |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 09/11/20 | 1.0 | Project Catalyst Declaration drafting and review |
| Rafael Schnitzler | 09/12/20 | 2.0 | Project Catalyst internal calls |
| Rafael Schnitzler | 09/12/20 | 1.0 | Project Catalyst review financial analysis |
| Rafael Schnitzler | 09/12/20 | 1.0 | Project Catalyst Declaration drafting and review |
| Rafael Schnitzler | 09/12/20 | 2.5 | Project Catalyst review motion papers |
| Rafael Schnitzler | 09/13/20 | 3.0 | Project Catalyst respond to various emails |
| Rafael Schnitzler | 09/13/20 | 1.0 | Project Catalyst review motion papers |
| Rafael Schnitzler | 09/14/20 | 2.0 | Project Catalyst respond to various emails |
| Rafael Schnitzler | 09/14/20 | 1.0 | Project Catalyst Declaration drafting and review |
| Rafael Schnitzler | 09/17/20 | 0.5 | Call with J. O'Connell regarding financial analysis |
| Rafael Schnitzler | 09/30/20 | 1.5 | Omnibus hearing |
| | | **93.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 09/01/20 | 1.5 | Prepare for Special Committee call |
| Joe Turner | 09/01/20 | 1.0 | Telephonic Special Committee call |
| Joe Turner | 09/01/20 | 1.0 | Weekly advisor update call |
| Joe Turner | 09/02/20 | 0.5 | Call regarding various opioid items |
| Joe Turner | 09/03/20 | 0.5 | Call with J. O'Connell regarding financial matter |
| Joe Turner | 09/03/20 | 0.5 | Project Catalyst update call |
| Joe Turner | 09/03/20 | 1.5 | Review of various diligence requests and responses |
| Joe Turner | 09/03/20 | 1.0 | Weekly call with Company and advisors |
| Joe Turner | 09/04/20 | 0.5 | Catch-up call with AlixPartners |
| Joe Turner | 09/05/20 | 1.0 | Review of declaration for Project Catalyst |
| Joe Turner | 09/05/20 | 1.0 | Review of various Project Catalyst documents |
| Joe Turner | 09/07/20 | 1.5 | Review of items related to opioid business |
| Joe Turner | 09/08/20 | 1.0 | Review of BOD materials |
| Joe Turner | 09/08/20 | 1.0 | Telephonic BOD call |
| Joe Turner | 09/08/20 | 1.0 | Weekly advisor update call |
| Joe Turner | 09/08/20 | 1.5 | Review of various diligence requests and responses |
| Joe Turner | 09/08/20 | 1.0 | Review of declaration for Project Catalyst |
| Joe Turner | 09/09/20 | 1.0 | IAC update call |
| Joe Turner | 09/10/20 | 1.0 | Weekly call with Company and advisors |
| Joe Turner | 09/11/20 | 0.5 | Call regarding company asset(s) |
| Joe Turner | 09/11/20 | 1.5 | Review of items related to opioid assets |
| Joe Turner | 09/13/20 | 0.5 | Catch up call with J. O'Connell |
| Joe Turner | 09/14/20 | 0.5 | Weekly PJT catch up call |
| Joe Turner | 09/14/20 | 0.5 | Review of items related to opioid assets |
| Joe Turner | 09/14/20 | 0.5 | Call with Company and advisors regarding opioid assets |
| Joe Turner | 09/14/20 | 1.0 | Review of various Project Catalyst documents |
| Joe Turner | 09/14/20 | 1.0 | Prep for Special Committee call |
| Joe Turner | 09/14/20 | 1.5 | Review of various creditor diligence related items |
| Joe Turner | 09/15/20 | 1.0 | Review of various financial analyses |
| Joe Turner | 09/16/20 | 2.0 | IAC related diligence calls |
| Joe Turner | 09/17/20 | 0.5 | Prep for weekly call with Company and advisors |
| Joe Turner | 09/17/20 | 1.0 | Weekly call with Company and advisors |
| Joe Turner | 09/17/20 | 1.0 | Call with shareholder advisors |
| Joe Turner | 09/21/20 | 1.0 | Advisor call re stakeholder correspondence |
| Joe Turner | 09/21/20 | 0.5 | Call with DPW regarding various financial matters |
| Joe Turner | 09/21/20 | 0.5 | Call with third party regarding various financial matters |
| Joe Turner | 09/22/20 | 0.5 | Conference call with advisors regarding various matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 09/23/20 | 0.5 | IAC related diligence calls |
| Joe Turner | 09/24/20 | 0.5 | Call with advisors regarding various matters |
| Joe Turner | 09/24/20 | 1.0 | Review of various financial analyses |
| Joe Turner | 09/24/20 | 1.5 | Review of items related to opioid business |
| Joe Turner | 09/25/20 | 0.5 | Review of materials for Special Committee meeting |
| Joe Turner | 09/25/20 | 4.0 | Telephonic Special Committee meeting |
| Joe Turner | 09/25/20 | 1.0 | Review of various financial update materials |
| Joe Turner | 09/28/20 | 0.5 | Call with Company and advisors regarding business development |
| Joe Turner | 09/28/20 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 09/28/20 | 1.5 | Prepare for Special Committee meeting and weekly call with Company and advisors |
| Joe Turner | 09/29/20 | 1.0 | Special Committee meeting |
| Joe Turner | 09/29/20 | 0.5 | Call with Company and advisors regarding business development |
| Joe Turner | 09/29/20 | 1.0 | Weekly advisor update call |
| Joe Turner | 09/30/20 | 1.5 | Dial in to telephonic hearing |
| Joe Turner | 09/30/20 | 1.0 | Review of various financial analyses |
| | | **51.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 09/01/20 | 1.0 | Conference call with Company counsel, external counsel and AlixPartners regarding trust transfer process |
| Thomas Melvin | 09/01/20 | 1.0 | Weekly advisor call |
| Thomas Melvin | 09/01/20 | 2.5 | Prepare financial analysis requested by DPW |
| Thomas Melvin | 09/01/20 | 1.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/01/20 | 0.5 | E-mail correspondence with Company management and data room provider regarding various matters |
| Thomas Melvin | 09/02/20 | 2.0 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 09/02/20 | 2.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/03/20 | 1.0 | Weekly update call with advisors and Company management |
| Thomas Melvin | 09/03/20 | 2.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/03/20 | 0.5 | E-mail correspondence with Company management regarding creditor advisor diligence requests |
| Thomas Melvin | 09/03/20 | 0.5 | E-mail correspondence with creditor advisors regarding diligence requests |
| Thomas Melvin | 09/04/20 | 2.0 | Update and review financial analysis requested by DPW |
| Thomas Melvin | 09/04/20 | 0.5 | E-mail correspondence with DPW regarding requested financial analysis |
| Thomas Melvin | 09/04/20 | 0.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/05/20 | 1.0 | Aggregate material related to Project Catalyst |
| Thomas Melvin | 09/05/20 | 1.0 | Review documents related to Project Catalyst |
| Thomas Melvin | 09/06/20 | 1.0 | Review documents related to Project Catalyst |
| Thomas Melvin | 09/07/20 | 1.5 | Update and review financial analysis requested by DPW |
| Thomas Melvin | 09/07/20 | 1.5 | Review documents related to Project Catalyst |
| Thomas Melvin | 09/08/20 | 1.0 | Weekly advisor call |
| Thomas Melvin | 09/08/20 | 1.5 | Review documents related to Project Catalyst |
| Thomas Melvin | 09/08/20 | 1.5 | Update and review financial analysis requested by DPW |
| Thomas Melvin | 09/09/20 | 1.0 | Prepare and review agenda for weekly call |
| Thomas Melvin | 09/09/20 | 0.5 | Review supplemental declaration |
| Thomas Melvin | 09/09/20 | 1.0 | Update and review financial analysis requested by DPW |
| Thomas Melvin | 09/09/20 | 1.5 | Review documents related to Project Catalyst |
| Thomas Melvin | 09/09/20 | 0.5 | Internal call regarding various Project Catalyst matters |
| Thomas Melvin | 09/10/20 | 1.0 | Weekly update call with advisors and Company management |
| Thomas Melvin | 09/10/20 | 1.5 | Review documents related to Project Catalyst |
| Thomas Melvin | 09/10/20 | 1.5 | Update and review financial analysis requested by DPW |
| Thomas Melvin | 09/10/20 | 1.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/11/20 | 0.5 | Conference call to discuss Adhansia business plan |
| Thomas Melvin | 09/11/20 | 2.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/11/20 | 1.0 | Review documents related to Project Catalyst |
| Thomas Melvin | 09/13/20 | 1.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/14/20 | 0.5 | Weekly internal call |
| Thomas Melvin | 09/14/20 | 0.5 | Conference call with Company management, DPW and AlixPartners regarding various matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 09/14/20 | 2.0 | Update and review financial analysis requested by DPW |
| Thomas Melvin | 09/14/20 | 2.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/14/20 | 0.5 | E-mail correspondence with Company management regarding creditor advisor diligence requests |
| Thomas Melvin | 09/14/20 | 0.5 | E-mail correspondence with AlixPartners regarding creditor advisor diligence requests |
| Thomas Melvin | 09/15/20 | 2.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/15/20 | 0.5 | Prepare and submit diligence request responses for upload |
| Thomas Melvin | 09/16/20 | 1.0 | Conference call with Company counsel, external counsel and AlixPartners regarding trust transfer process |
| Thomas Melvin | 09/16/20 | 1.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/17/20 | 1.0 | Weekly update call with advisors and Company management |
| Thomas Melvin | 09/17/20 | 1.0 | Attended shareholder Side A telephonic distributions summary presentation |
| Thomas Melvin | 09/17/20 | 1.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/18/20 | 1.0 | E-mail correspondence with Company management and DPW regarding diligence requests and other matters |
| Thomas Melvin | 09/18/20 | 1.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/18/20 | 1.0 | Aggregate and provide materials requested by Company management |
| Thomas Melvin | 09/18/20 | 0.5 | Review material for upload to data room at request of Company management |
| Thomas Melvin | 09/21/20 | 2.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/21/20 | 1.0 | Aggregate summary financial analysis for upcoming meeting |
| Thomas Melvin | 09/21/20 | 1.0 | E-mail correspondence with internal team and AlixPartners regarding upcoming meetings and diligence requests |
| Thomas Melvin | 09/22/20 | 0.5 | Call with AlixPartners regarding various case matters |
| Thomas Melvin | 09/22/20 | 1.0 | Weekly advisor call |
| Thomas Melvin | 09/22/20 | 0.5 | Call with DPW and AlixPartners regarding various legal matters |
| Thomas Melvin | 09/22/20 | 1.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/22/20 | 2.0 | Review financial analysis requested by DPW and prepare talking points |
| Thomas Melvin | 09/22/20 | 0.5 | E-mail correspondence with DPW regarding upcoming meetings |
| Thomas Melvin | 09/23/20 | 1.0 | Prepare and review agenda for weekly call |
| Thomas Melvin | 09/23/20 | 1.0 | Update and review financial analysis requested by DPW |
| Thomas Melvin | 09/23/20 | 0.5 | Call with DPW and AlixPartners regarding various legal matters |
| Thomas Melvin | 09/23/20 | 1.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/23/20 | 0.5 | E-mail correspondence with DPW regarding upcoming meetings |
| Thomas Melvin | 09/24/20 | 1.5 | Aggregate and provide materials requested by DPW |
| Thomas Melvin | 09/24/20 | 1.0 | Weekly update call with advisors and Company management |
| Thomas Melvin | 09/24/20 | 2.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/24/20 | 0.5 | E-mail correspondence with internal team and Company management regarding upcoming board meeting |
| Thomas Melvin | 09/25/20 | 3.0 | Attended telephonic board meeting (did not attend entire meeting) |
| Thomas Melvin | 09/25/20 | 1.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/25/20 | 1.0 | E-mail correspondence with AlixPartners and creditor advisors regarding creditor advisor diligence requests |
| Thomas Melvin | 09/28/20 | 0.5 | Call with creditor advisors regarding recent diligence requests |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 09/28/20 | 2.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/28/20 | 1.0 | E-mail correspondence with Company management and creditor advisors to discuss upcoming meeting |
| Thomas Melvin | 09/29/20 | 1.0 | Weekly advisor call |
| Thomas Melvin | 09/29/20 | 1.5 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/29/20 | 0.5 | E-mail correspondence with creditor advisors regarding upcoming meeting |
| Thomas Melvin | 09/30/20 | 2.0 | Attended telephonic omnibus hearing |
| Thomas Melvin | 09/30/20 | 2.0 | Aggregate, review and prepare responses related to creditor advisor diligence requests |
| Thomas Melvin | 09/30/20 | 0.5 | E-mail correspondence with creditor advisors and DPW regarding materials for upcoming meeting |
| | | **95.0** | |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jade Wang | 09/01/20 | 1.0 | Weekly advisor update call |
| Jade Wang | 09/03/20 | 1.0 | Weekly call with Company and advisors |
| Jade Wang | 09/08/20 | 1.0 | Weekly advisor update call |
| Jade Wang | 09/10/20 | 1.0 | Weekly call with Company and advisors |
| Jade Wang | 09/14/20 | 0.5 | Weekly internal update call |
| Jade Wang | 09/17/20 | 1.0 | Weekly call with Company and advisors |
| Jade Wang | 09/22/20 | 1.0 | Weekly advisor update call |
| Jade Wang | 09/24/20 | 1.0 | Weekly call with Company and advisors |
| Jade Wang | 09/29/20 | 1.0 | Weekly advisor update call |
| | | **8.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 09/01/20 | 1.0 | Weekly advisor update call |
| Jovana Arsic | 09/01/20 | 1.0 | Review of IAC related items |
| Jovana Arsic | 09/03/20 | 1.0 | Weekly call with Company and advisors |
| Jovana Arsic | 09/08/20 | 1.0 | Weekly advisor update call |
| Jovana Arsic | 09/08/20 | 2.0 | Review of IAC related items |
| Jovana Arsic | 09/09/20 | 1.0 | IAC update call |
| Jovana Arsic | 09/10/20 | 1.0 | Weekly call with Company and advisors |
| Jovana Arsic | 09/14/20 | 0.5 | Weekly PJT catch up call |
| Jovana Arsic | 09/14/20 | 0.5 | Call with Company and advisors regarding opioid assets |
| Jovana Arsic | 09/15/20 | 2.0 | Review of IAC related items |
| Jovana Arsic | 09/16/20 | 1.0 | Review of IAC related items |
| Jovana Arsic | 09/16/20 | 2.0 | IAC related diligence calls |
| Jovana Arsic | 09/17/20 | 1.0 | Weekly call with Company and advisors |
| Jovana Arsic | 09/17/20 | 1.0 | Call with shareholder advisors |
| Jovana Arsic | 09/21/20 | 0.5 | Catch up call with I. Mian regarding IAC analysis |
| Jovana Arsic | 09/22/20 | 0.5 | Catch up call with I. Mian regarding IAC analysis |
| Jovana Arsic | 09/22/20 | 1.0 | Weekly advisor update call |
| Jovana Arsic | 09/23/20 | 2.0 | Review of IAC related items |
| Jovana Arsic | 09/23/20 | 0.5 | IAC related diligence calls |
| Jovana Arsic | 09/23/20 | 0.5 | Call with DPW and AlixPartners regarding various legal matters |
| Jovana Arsic | 09/30/20 | 1.0 | Review of IAC related items |
| Jovana Arsic | 09/30/20 | 1.0 | Tax structuring call |
| | | **23.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gerald Sim | 09/01/20 | 0.5 | Weekly call with company advisors regarding financial matters |
| Gerald Sim | 09/01/20 | 0.5 | Weekly call with company advisors regarding financial matters |
| Gerald Sim | 09/04/20 | 2.0 | Update financial analysis requested by DPW |
| Gerald Sim | 09/04/20 | 0.5 | Update financial analysis requested by DPW |
| Gerald Sim | 09/08/20 | 0.5 | Weekly call with company advisors regarding financial matters |
| Gerald Sim | 09/09/20 | 0.5 | Draft agenda for weekly call with management and advisors |
| Gerald Sim | 09/09/20 | 2.0 | Update financial analysis requested by DPW |
| Gerald Sim | 09/09/20 | 0.5 | Edit agenda for weekly call with management and advisors |
| Gerald Sim | 09/10/20 | 0.5 | Weekly call with company advisors regarding financial matters |
| Gerald Sim | 09/10/20 | 2.0 | Format business plan deck |
| Gerald Sim | 09/14/20 | 0.5 | Weekly update call |
| Gerald Sim | 09/14/20 | 3.0 | Draft materials on case study |
| Gerald Sim | 09/15/20 | 2.0 | Clean up diligence excels |
| Gerald Sim | 09/16/20 | 1.0 | Review financial analysis requested by DPW |
| Gerald Sim | 09/17/20 | 1.0 | Dial in for management presentation |
| Gerald Sim | 09/21/20 | 1.5 | Compiled business plan excels |
| Gerald Sim | 09/22/20 | 2.5 | Format business plan excels |
| Gerald Sim | 09/22/20 | 0.5 | Weekly call with company advisors regarding financial matters |
| Gerald Sim | 09/23/20 | 0.5 | Draft agenda for weekly call with management and advisors |
| Gerald Sim | 09/23/20 | 1.0 | Review business plan excels for diligence |
| Gerald Sim | 09/24/20 | 0.5 | Call with management and counsel regarding various matters |
| Gerald Sim | 09/29/20 | 0.5 | Weekly advisors call |
| | | **24.0** | |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Ismail Mian | 09/21/20 | 0.5 | Catch up call with J. Arsic regarding IAC analysis |
| Ismail Mian | 09/22/20 | 0.5 | Catch up call with J. Arsic regarding IAC analysis |
| Ismail Mian | 09/23/20 | 0.5 | IAC related diligence calls |
| Ismail Mian | 09/30/20 | 1.0 | Review of IAC related items |
| | | 2.5 | |