**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

--------------------------------------------------------------------------

### TENTH MONTHLY FEE STATEMENT OF KPMG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS TAX CONSULTANT FOR THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | The Debtors and the Official Committee of Unsecured Creditors |
| Date of Retention: | February 24, 2020, *nunc pro tunc* to December 23, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2020 through October 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $        112,090.90 |
| Less 20% Holdback: | $         (22,418.18) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $                0.00 |
| Total Fees and Expenses Due: | $          89,672.72 |

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: December 1, 2020

_/s/ Howard Steinberg_
Howard Steinberg
Partner, KPMG LLP
1350 Avenue of the Americas
New York, New York 10019
(212) 872-6562

**EXHIBIT A**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary Of Hours and Discounted Fees Incurred By Professional
October 1, 2020 through October 31, 2020

| Professional Person | Position & Department | Country of Origin | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|---|
| Anja Poesl | Senior Manager - German Intl Tax | Germany | 3.7 | $ 653 | (1) | $ 2,416.10 |
| Aroen Rambhadjan | Partner - Tax | Netherlands | 1.1 | $ 884 | | $ 972.40 |
| Arpit Desai | Senior Manager - Tax | UK | 1.1 | $ 750 | | $ 825.00 |
| Ashley Armfield | Senior Associate - M&A Tax | US | 75.3 | $ 534 | | $ 40,210.20 |
| Becky Holtje | Senior Manager - Washington National Tax | US | 4.4 | $ 744 | | $ 3,273.60 |
| Bela Unell | Managing Director - Washington National Tax | US | 2.9 | $ 905 | (2) | $ 2,624.50 |
| Carol Conjura | Partner - Washington National Tax | US | 0.9 | $ 906 | | $ 815.40 |
| Casey Nunez | Managing Director - M&A Tax | US | 6.7 | $ 794 | (2) | $ 5,319.80 |
| Christian Schmid | Partner - Int'l Tax | Germany | 0.5 | $ 817 | | $ 408.50 |
| Claudio Mengotti | Manager - Tax | Switzerland | 0.3 | $ 610 | | $ 183.00 |
| Danielle Moloughney | Associate - Tax | Canada | 0.8 | $ 172 | | $ 137.60 |
| Denis Larkin | Principal - Tax | Australia | 1.4 | $ 566 | | $ 792.40 |
| Devon Rowles | Associate - M&A Tax | US | 32.3 | $ 350 | | $ 11,305.00 |
| Frankie Angeleri | Senior Associate - Economic & Valuation Service | US | 0.2 | $ 533 | (3) | $ 106.60 |
| Gavin Little | Managing Director - Tax | UK | 0.3 | $ 985 | | $ 295.50 |
| Gregory Bell | Partner - Tax | Canada | 1.0 | $ 743 | | $ 743.00 |
| Hanah Lewis | Senior Associate - Tax | Australia | 2.0 | $ 239 | | $ 478.00 |
| Howard Steinberg | Partner - M&A Tax | US | 3.5 | $ 856 | | $ 2,996.00 |
| Isaac Hirsch | Managing Director - Int'l Tax | US | 16.2 | $ 819 | | $ 13,267.80 |
| Jess Commisso | Associate - M&A Tax | US | 29.8 | $ 350 | | $ 10,430.00 |
| Jonas Lau | Senior Manager - Tax | Canada | 1.5 | $ 614 | | $ 921.00 |
| Justin Davis | Partner - Tax | Australia | 0.3 | $ 655 | | $ 196.50 |
| Kyung-Min Kim | Senior Manager - Tax | South Korea | 1.8 | $ 476 | | $ 856.80 |
| Lukas van der Veen | Manager - Tax | Netherlands | 2.2 | $ 565 | | $ 1,243.00 |
| Madeleine Latham | Associate - Tax | UK | 2.1 | $ 343 | | $ 720.30 |
| Monica Plangman | Director - Bankruptcy | US | 0.4 | $ 279 | (4) | $ 111.60 |
| Pete DiMatteo | Manager - Int'l Tax | US | 7.6 | $ 650 | | $ 4,940.00 |
| Rick LaSalvia | Associate - International Tax | US | 3.0 | $ 350 | | $ 1,050.00 |
| Sam Tyler | Partner - Tax | Canada | 0.5 | $ 743 | | $ 371.50 |
| Sonia Stricker | Senior Associate - Tax | Germany | 4.5 | $ 350 | (3) | $ 1,575.00 |
| Wendy Shaffer | Manager - Bankruptcy | US | 12.4 | $ 202 | | $ 2,504.80 |
| **Subtotal of Hours and Discounted Fees** | | | **220.7** | | | **$ 112,090.90** |
| **Total Discounted Fees** | | | | | | **$ 112,090.90** |
| Out of Pocket Expenses | | | | | | $ - |
| **Total Fees and Out of Pocket Expenses** | | | | | | **$ 112,090.90** |
| Less Holdback Adjustment (20%) | | | | | | $ (22,418.18) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | | **$ 89,672.72** |
| **Blended Hourly Rate** | | | **$ 507.89** | | | |

(1) Amount reflects reduction in rate for professional who was on secondment in the US and moved back to Germany; rate reflects discount related to German standard rate.

(2) Amount reflects promotion to Managing Director effective October 1, 2020.

(3) Amount reflects promotion to Senior Associate effective October 1, 2020.

(4) Amount reflects promotion to Director effective October 1, 2020.

**EXHIBIT B**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary of Hours and Discounted Fees Incurred by Category
October 1, 2020 through October 31, 2020

| Category | Exhibit | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| Bankruptcy Tax Consulting Services | C1 | 207.9 | $ 109,474.50 |
| Non -Working Travel Time | C2 | 0.0 | $ - |
| Retention Services | C3 | 0.0 | $ - |
| Fee Application Preparation Services | C4 | 12.8 | $ 2,616.40 |
| **Total** | | **220.7** | **$ 112,090.90** |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Devon Rowles | 10/01/20 | 0.8 Call between A. Armfield, J. Commisso, D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, specifically to include sensitivity analysis for various individual tax rates | 0.8 | $ 350 | $ 280.00 |
| Ashley Armfield | 10/01/20 | 0.8 Call between A. Armfield, J. Commisso, D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, specifically to include sensitivity analysis for various individual tax rates | 0.8 | $ 534 | $ 427.20 |
| Jess Commisso | 10/01/20 | 0.8 Call between A. Armfield, J. Commisso, D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, specifically to include sensitivity analysis for various individual tax rates. | 0.8 | $ 350 | $ 280.00 |
| Becky Holtje | 10/01/20 | (.9) Reviewed e-mail from C. Wilson (KPMG) summarizing potential position regarding potential tax deductions. | 0.9 | $ 744 | $ 669.60 |
| Jess Commisso | 10/01/20 | 1.6 Continue, same day, to update the cash tax model for the inclusion of sensitivity analysis surrounding individual tax rates. | 1.6 | $ 350 | $ 560.00 |
| Ashley Armfield | 10/01/20 | 1.1 Senior Associate review of updates and contemporaneously providing comments to cash tax model for tax rate sensitivity analysis as prepared by J. Commisso (KPMG); 0.7 drafting email to J. Commisso (KPMG) with next steps on sensitivity analysis to be performed on cash tax model. | 1.8 | $ 534 | $ 961.20 |
| Jess Commisso | 10/01/20 | 3.2 Updates to the cash tax model, as of 10/1/2020, for the inclusion of sensitivity analysis surrounding individual tax rates. | 3.2 | $ 350 | $ 1,120.00 |
| Devon Rowles | 10/02/20 | 0.3 Review of latest version of Purdue cash tax model with regards to refinements in cash tax model. | 0.3 | $ 350 | $ 105.00 |
| Isaac Hirsch | 10/02/20 | Perform analysis of potential tax deductions. | 0.3 | $ 819 | $ 245.70 |
| Jess Commisso | 10/02/20 | 2.8 Updates to the cash tax model with the inclusion of individual entity analysis. | 2.8 | $ 350 | $ 980.00 |
| Frankie Angeleri | 10/05/20 | Drafting summary email for K. Taylor (KPMG) of the transfer pricing analysis to send to C. Nunez (KPMG) | 0.2 | $ 533 | $ 106.60 |
| Ashley Armfield | 10/05/20 | (0.6) Conference call between I. Hirsh, C. Nunez, P. DiMatteo, A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, including sensitivity analysis for individual tax rates as well as adding estimates for basis in assets and equity. | 0.6 | $ 534 | $ 320.40 |
| Casey Nunez | 10/05/20 | (0.6) Conference call between I. Hirsh, C. Nunez, P. DiMatteo, A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, including sensitivity analysis for individual tax rates as well as adding estimates for basis in assets and equity. | 0.6 | $ 794 | $ 476.40 |
| Devon Rowles | 10/05/20 | (0.6) Conference call between I. Hirsh, C. Nunez, P. DiMatteo, A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, including sensitivity analysis for individual tax rates as well as adding estimates for basis in assets and equity. | 0.6 | $ 350 | $ 210.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Isaac Hirsch | 10/05/20 | (0.6) Conference call between I. Hirsh, C. Nunez, P. DiMatteo, A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, including sensitivity analysis for individual tax rates as well as adding estimates for basis in assets and equity. | 0.6 | $ 819 | $    491.40 |
| Jess Commisso | 10/05/20 | (0.6) Conference call between I. Hirsh, C. Nunez, P. DiMatteo, A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, including sensitivity analysis for individual tax rates as well as adding estimates for basis in assets and equity. | 0.6 | $ 350 | $    210.00 |
| Pete DiMatteo | 10/05/20 | (0.6) Conference call between I. Hirsh, C. Nunez, P. DiMatteo, A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, including sensitivity analysis for individual tax rates as well as adding estimates for basis in assets and equity. | 0.6 | $ 650 | $    390.00 |
| Ashley Armfield | 10/05/20 | 1.9 Review of Company history and ownership pursuant to updating cash tax model for sensitivity analysis. | 1.9 | $ 534 | $  1,014.60 |
| Ashley Armfield | 10/05/20 | 2.1 Updating cash tax model based on team discussion for rate analysis and comparison purposes. | 2.1 | $ 534 | $  1,121.40 |
| Ashley Armfield | 10/05/20 | 0.3 Drafted list of open items to be addressed based on team call with respect to Purdue cash tax model; 3.2 Performed Senior Associate review of updates performed by J. Commisso (KPMG) to cash tax model with respect to rate sensitivity analysis. | 3.5 | $ 534 | $  1,869.00 |
| Ashley Armfield | 10/06/20 | 2.9 Performed analysis of outputs from cash tax model to quantify tax analysis. | 2.9 | $ 534 | $  1,548.60 |
| Ashley Armfield | 10/07/20 | 0.8 Call between A. Armfield, J. Commisso, D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, specifically to incorporate basis and tax attribute figures for disposition entities. | 0.8 | $ 534 | $    427.20 |
| Jess Commisso | 10/07/20 | 0.8 Call between A. Armfield, J. Commisso, D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, specifically to incorporate basis and tax attribute figures for disposition entities. | 0.8 | $ 350 | $    280.00 |
| Devon Rowles | 10/07/20 | 0.8 Call between A. Armfield, J. Commisso, D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, specifically to incorporate basis and tax attribute figures for disposition entities. | 0.8 | $ 350 | $    280.00 |
| Isaac Hirsch | 10/07/20 | Performed managing director review of updates, as of 10/7/2020, to the Purdue cash tax model | 1.1 | $ 819 | $    900.90 |
| Ashley Armfield | 10/07/20 | 2.6 Creating rate reconciliation for cash tax model for multiple calculations. | 2.6 | $ 534 | $  1,388.40 |
| Devon Rowles | 10/07/20 | 2.9 Reviewed previous correspondence with KPMG member firms in conjunction with tax return/financial statement information. | 2.9 | $ 350 | $  1,015.00 |
| Devon Rowles | 10/07/20 | 3.4 Updating the Purdue cash tax model to include inside and outside tax basis for disposition entities. | 3.4 | $ 350 | $  1,190.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Ashley Armfield | 10/08/20 | (1.1) Conference call between I. Hirsch, C. Nunez, P. DiMatteo, A. Armfield, J. Commisso, D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, including potential impact of foreign taxes as well as sensitivity analysis for the rate applied to non-US trust beneficiaries and state tax rate | 1.1 | $ 534 | $    587.40 |
| Casey Nunez | 10/08/20 | (1.1) Conference call between I. Hirsch, C. Nunez, P. DiMatteo, A. Armfield, J. Commisso, D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, including potential impact of foreign taxes as well as sensitivity analysis for the rate applied to non-US trust beneficiaries and state tax rate | 1.1 | $ 794 | $    873.40 |
| Devon Rowles | 10/08/20 | (1.1) Conference call between I. Hirsch, C. Nunez, P. DiMatteo, A. Armfield, J. Commisso, D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, including potential impact of foreign taxes as well as sensitivity analysis for the rate applied to non-US trust beneficiaries and state tax rate | 1.1 | $ 350 | $    385.00 |
| Isaac Hirsch | 10/08/20 | (1.1) Conference call between I. Hirsch, C. Nunez, P. DiMatteo, A. Armfield, J. Commisso, D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, including potential impact of foreign taxes as well as sensitivity analysis for the rate applied to non-US trust beneficiaries and state tax rate | 1.1 | $ 819 | $    900.90 |
| Jess Commisso | 10/08/20 | (1.1) Conference call between I. Hirsch, C. Nunez, P. DiMatteo, A. Armfield, J. Commisso, D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, including potential impact of foreign taxes as well as sensitivity analysis for the rate applied to non-US trust beneficiaries and state tax rate | 1.1 | $ 350 | $    385.00 |
| Pete DiMatteo | 10/08/20 | (1.1) Conference call between I. Hirsch, C. Nunez, P. DiMatteo, A. Armfield, J. Commisso, D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model, including potential impact of foreign taxes as well as sensitivity analysis for the rate applied to non-US trust beneficiaries and state tax rate | 1.1 | $ 650 | $    715.00 |
| Ashley Armfield | 10/08/20 | 3.4 Revised the Purdue cash tax model for updates related to deductibility. | 3.4 | $ 534 | $  1,815.60 |
| Ashley Armfield | 10/08/20 | 3.8 Continue (from 10/7) to add rate reconciliation into cash tax model for foreign taxes. | 3.8 | $ 534 | $  2,029.20 |
| Ashley Armfield | 10/09/20 | 1.3 Performed Senior Associate review of model updates as well as related questions from D. Rowles (KPMG). | 1.3 | $ 534 | $    694.20 |
| Ashley Armfield | 10/09/20 | 2.9 Performed research relating to international tax concepts and impact on cash tax modeling. | 2.9 | $ 534 | $  1,548.60 |
| Ashley Armfield | 10/09/20 | 3.9 Additional updates to the Purdue cash tax model per results of discussion with team to update calculation of income. | 3.9 | $ 534 | $  2,082.60 |
| Ashley Armfield | 10/12/20 | 0.4 Aggregated client documentation pursuant to sending cash tax model to D. Rowles (KPMG) for updates. | 0.4 | $ 534 | $    213.60 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Ashley Armfield | 10/12/20 | 0.7 Meeting with I. Hirsch and A. Armfield (both KPMG) to discuss next round of updates to cash tax model. | 0.7 | $ 534 | $ 373.80 |
| Isaac Hirsch | 10/12/20 | 0.7 Meeting with I. Hirsch and A. Armfield (both KPMG) to discuss next round of updates to cash tax model. | 0.7 | $ 819 | $ 573.30 |
| Devon Rowles | 10/12/20 | 3.9 Continue (from previous week) to review previous correspondence with KPMG member firms. | 3.9 | $ 350 | $ 1,365.00 |
| Isaac Hirsch | 10/13/20 | Performed managing director review of updates, as of 10/13/2020, to the Purdue cash tax model | 0.6 | $ 819 | $ 491.40 |
| Jess Commisso | 10/13/20 | 1.2 Drafted listing of new scenarios for PBI (Power Business Intelligence which is a Microsoft data visualization tool) visuals deliverable. | 1.2 | $ 350 | $ 420.00 |
| Ashley Armfield | 10/13/20 | 1.3 Conference call between A. Armfield and D. Rowles (both KPMG) to discuss certain tax attributes, pursuant to adding basis inputs to the Purdue cash tax model. | 1.3 | $ 534 | $ 694.20 |
| Devon Rowles | 10/13/20 | 1.3 Conference call between A. Armfield and D. Rowles (both KPMG) to discuss certain tax attributes, pursuant to adding basis inputs to the Purdue cash tax model. | 1.3 | $ 350 | $ 455.00 |
| Ashley Armfield | 10/13/20 | 1.6 Performed current review and updating of member firm tracker with regards to entity information for each IAC. | 1.6 | $ 534 | $ 854.40 |
| Ashley Armfield | 10/13/20 | Updated the Purdue cash tax model per results of discussion with I. Hirsch (KPMG) on 10/13. | 2.4 | $ 534 | $ 1,281.60 |
| Ashley Armfield | 10/14/20 | 0.3 Updating entity tracking information for cash tax model and 0.1 send copy of same via email over to D. Rowles and J. Commisso (both KPMG) | 0.4 | $ 534 | $ 213.60 |
| Devon Rowles | 10/14/20 | 1.9 Updating inside/outside basis information with regards to senior associate (A. Armfield- KPMG) review comments received. | 1.9 | $ 350 | $ 665.00 |
| Ashley Armfield | 10/15/20 | (0.6) Conference call between I. Hirsch, P. DiMatteo, A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss certain tax attributes as well as updates to the Purdue cash tax model. | 0.6 | $ 534 | $ 320.40 |
| Devon Rowles | 10/15/20 | (0.6) Conference call between I. Hirsch, P. DiMatteo, A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss certain tax attributes as well as updates to the Purdue cash tax model. | 0.6 | $ 350 | $ 210.00 |
| Isaac Hirsch | 10/15/20 | (0.6) Conference call between I. Hirsch, P. DiMatteo, A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss certain tax attributes as well as updates to the Purdue cash tax model. | 0.6 | $ 819 | $ 491.40 |
| Jess Commisso | 10/15/20 | (0.6) Conference call between I. Hirsch, P. DiMatteo, A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss certain tax attributes as well as updates to the Purdue cash tax model. | 0.6 | $ 350 | $ 210.00 |
| Pete DiMatteo | 10/15/20 | (0.6) Conference call between I. Hirsch, P. DiMatteo, A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss certain tax attributes as well as updates to the Purdue cash tax model. | 0.6 | $ 650 | $ 390.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Jess Commisso | 10/15/20 | 0.6 Research on certain tax issues pursuant to updates to the cash tax model. | 0.6 | $ 350 | $ 210.00 |
| Devon Rowles | 10/15/20 | 1.4 Updating the tax basis in asset numbers for total assets, pursuant to updating the Purdue cash tax model | 1.4 | $ 350 | $ 490.00 |
| Ashley Armfield | 10/15/20 | 0.6 Drafting email to D. Rowles and J. Commisso (both KPMG) regarding next steps for the cash tax model; 1.1 Senior Associate review of entity information tracker as prepared by D. Rowles (KPMG) and concurrently noting follow up questions; 1.3 Updating cash tax model to reflect recent comments received. | 3.0 | $ 534 | $ 1,602.00 |
| Jess Commisso | 10/16/20 | 0.4 Updates to cash tax model pursuant to creation of PBI deliverable. | 0.4 | $ 350 | $ 140.00 |
| Isaac Hirsch | 10/16/20 | Performed managing director review of updates, as of 10/16/2020, to the Purdue cash tax model | 0.9 | $ 819 | $ 737.10 |
| Devon Rowles | 10/16/20 | 1.4 Prepared detailed email communication to 10 KPMG foreign member firm specialists to confirm certain tax attributes for each potential disposition entity, pursuant to updating the Purdue cash tax model. | 1.4 | $ 350 | $ 490.00 |
| Ashley Armfield | 10/16/20 | 2.6 Senior Associate review of workplan prepared by staff and concurrently providing detailed comments / suggestions to provide to team. | 2.6 | $ 534 | $ 1,388.40 |
| Isaac Hirsch | 10/19/20 | Performed analysis of certain potential deductions. | 0.3 | $ 819 | $ 245.70 |
| Becky Holtje | 10/19/20 | 0.9 Call with B. Unell, B. Holtje, C. Conjura (KPMG) to discuss tax impact of potential contribution of cash to settlement vehicle. | 0.9 | $ 744 | $ 669.60 |
| Carol Conjura | 10/19/20 | 0.9 Call with B. Unell, B. Holtje, C. Conjura (KPMG) to discuss tax impact of potential contribution of cash to settlement vehicle. | 0.9 | $ 906 | $ 815.40 |
| Bela Unell | 10/19/20 | 0.9 Call with B. Unell, B. Holtje, C. Conjura (KPMG) to discuss tax impact of potential contribution of cash to settlement vehicle. | 0.9 | $ 905 | $ 814.50 |
| Pete DiMatteo | 10/19/20 | Performed International tax manager review (1.8) and internal email correspondence regarding various information requests related to certain potential disposition entities (1.1) | 2.9 | $ 650 | $ 1,885.00 |
| Devon Rowles | 10/19/20 | Drafted detailed email communication to each of the KPMG member firms (total of 10) to confirm the inside/outside tax basis assumptions as well as any potential loss carryforwards for the potential sale of the non-US disposition entities | 3.9 | $ 350 | $ 1,365.00 |
| Jess Commisso | 10/19/20 | Creation of PBI deliverable of various sensitivity analyses. | 3.9 | $ 350 | $ 1,365.00 |
| Jess Commisso | 10/19/20 | Continued (same day) creation of PBI deliverable of various sensitivity analyses. | 3.9 | $ 350 | $ 1,365.00 |
| Hanah Lewis | 10/20/20 | Discussion with D. Larkin (KPMG Australia) to discuss detail related to query posed by KPMG US and response to same (drafted by self). | 0.4 | $ 239 | $ 95.60 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Denis Larkin | 10/20/20 | Discussion with H. Lewis (KPMG Australia) to discuss detail related to query posed by KPMG US and response to same (drafted by H. Lewis - KPMG Australia). | 0.4 | $ 566 | $ 226.40 |
| Isaac Hirsch | 10/20/20 | Performed additional analysis of certain potential deductions. | 0.9 | $ 819 | $ 737.10 |
| Lukas van der Veen | 10/20/20 | Draft response to e-mail D. Rowles (M&A tax – core US team member) on inside / outside tax basis of Dutch entities to be included tax model. | 1.0 | $ 565 | $ 565.00 |
| Howard Steinberg | 10/20/20 | Performed Partner review of latest version of Purdue Pharma cash tax modeling assumptions and concurrently providing comments. | 1.0 | $ 856 | $ 856.00 |
| Kyung-Min Kim | 10/20/20 | Reviewed KPMG South Korea prior communication with KPMG US on tax basis and concurrently drafted a detailed email to KPMG US (D. Rowles) to request clarification on their request for confirmation of appropriate inside basis for asset sale. | 1.0 | $ 476 | $ 476.00 |
| Pete DiMatteo | 10/20/20 | Performed International tax manager review (0.8) and correspondence with other third-party advisors regarding various information requests related to certain trusts (0.5). | 1.3 | $ 650 | $ 845.00 |
| Anja Poesl | 10/20/20 | Senior Manager level review of inquiry of D. Rowles (KPMG US) comprehending approach and figures regarding Tax Basis in potential German disposition entities (0.9). Drafted response to S. Stricker (KPMG Germany) email regarding next steps related preparation of response to inquiry from D. Rowles (0.5). | 1.4 | $ 653 | $ 914.20 |
| Sonia Stricker | 10/20/20 | Performed senior associate level review of inquiry sent by D. Rowles (KPMF US), regarding approach / figures regarding Tax Basis in potential German disposition entities (0.9). Communication via email with A. Poesl (Senior Manager - KPMG Germany) regarding next steps related to same (0.4) | 1.3 | $ 350 | $ 455.00 |
| Jess Commisso | 10/20/20 | 1.6 Continued, from previous day, to create PBI deliverable of various sensitivity analyses. | 1.6 | $ 350 | $ 560.00 |
| Hanah Lewis | 10/20/20 | Review of assumptions (in respect of inside/outside basis) received in an email query from D. Rowles (KPMG US) on 10/20/2020 (0.6) and begin to draft email response to D. Rowles (1.0) | 1.6 | $ 239 | $ 382.40 |
| Sonia Stricker | 10/21/20 | Preparation of draft email to D. Rowles (KPMG) regarding Tax Basis in potential German disposition entity. | 0.6 | $ 350 | $ 210.00 |
| Aroen Rambhadjan | 10/21/20 | Partner review of draft e-mail prepared by L. van der Veen (KPMG Netherlands) in response e-mail D. Rowles (M&A tax – core US team member) related to inside / outside tax basis of potential Dutch disposition entities to be included tax model. | 0.5 | $ 884 | $ 442.00 |
| Danielle Moloughney | 10/21/20 | Reviewing question from KPMG US on assumptions/amounts to be used for basis in the KPMG US tax model and looking through financial statements to draft reply/discuss with team | 0.5 | $ 172 | $ 86.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Bela Unell | 10/21/20 | Performed WNT Director review of technical summary related to Purdue Pharma prepared by B. Holtje (KPMG) | 0.6 | $ 905 | $ 543.00 |
| Anja Poesl | 10/21/20 | Performed Senior Manager review of email prepared by S. Stricker (KPMG Germany) in response to tax German query from D. Rowles (KPMG US) | 0.7 | $ 653 | $ 457.10 |
| Ashley Armfield | 10/21/20 | 0.8 Discussion between A. Armfield, D. Rowles and J. Commisso (all KPMG) regarding updates to the PBI (Power Business Intelligence which is a Microsoft data visualization tool) deliverable for various cash tax model sensitivity analysis. | 0.8 | $ 534 | $ 427.20 |
| Devon Rowles | 10/21/20 | 0.8 Discussion between A. Armfield, D. Rowles and J. Commisso (all KPMG) regarding updates to the PBI (Power Business Intelligence which is a Microsoft data visualization tool) deliverable for various cash tax model sensitivity analysis. | 0.8 | $ 350 | $ 280.00 |
| Jess Commisso | 10/21/20 | 0.8 Discussion between A. Armfield, D. Rowles and J. Commisso (all KPMG) regarding updates to the PBI (Power Business Intelligence which is a Microsoft data visualization tool) deliverable for various cash tax model sensitivity analysis. | 0.8 | $ 350 | $ 280.00 |
| Isaac Hirsch | 10/21/20 | Performed managing director review of latest updates to cash tax model. | 0.8 | $ 819 | $ 655.20 |
| Jonas Lau | 10/21/20 | Drafting response related to question from KPMG US on assumptions/amounts to be used for basis in the KPMG US tax model (from a Canadian tax perspective). | 1.0 | $ 614 | $ 614.00 |
| Becky Holtje | 10/21/20 | 1.5 For purposes of tax model, summarized arguments that have been considered over the course of the last few months. | 1.5 | $ 744 | $ 1,116.00 |
| Jess Commisso | 10/21/20 | 2.2 Continue (from previous day) to create PBI (Power Business Intelligence which is a Microsoft data visualization tool) deliverable of various sensitivity analyses. | 2.2 | $ 350 | $ 770.00 |
| Ashley Armfield | 10/21/20 | 1.3 Reviewing latest court documents provided with regards to the bankruptcy case; 0.6 Drafted response to cash tax model questions from D Rowles (KPMG); 1.1 Communication via email with 9 member firms regarding providing estimates for tax basis in assets and equity for purposes of cash tax modeling. | 3.0 | $ 534 | $ 1,602.00 |
| Aroen Rambhadjan | 10/22/20 | Discussion with L. van der Veen (KPMG Netherlands tax specialist) regarding e-mail communication from KPMG US on inside and outside basis of potential Dutch disposition entities | 0.2 | $ 884 | $ 176.80 |
| Lukas van der Veen | 10/22/20 | Discussion with A. Rambhadjan (KPMG Netherlands tax specialist) regarding e-mail communication from KPMG US on inside and outside basis of potential Dutch disposition entities | 0.2 | $ 565 | $ 113.00 |
| Sam Tyler | 10/22/20 | Performed Canadian Partner review of question/information along with draft response to KPMG US regarding question from KPMG US on assumptions/amounts to be used for basis in the KPMG US tax model | 0.2 | $ 743 | $ 148.60 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Jonas Lau | 10/22/20 | Updating draft response related to question from KPMG US on assumptions/amounts to be used for basis in the KPMG US tax model with regards to partner review comments received. | 0.2 | $ 614 | $ 122.80 |
| Danielle Moloughney | 10/22/20 | Call with S. Tyler (KPMG Canada), G. Bell (KPMG Canada), J. Lau (KPMG Canada), and D. Moloughney (KPMG Canada) to discuss cash tax model basis and tax attribute assumptions for the contemplated disposition of stock or assets. | 0.3 | $ 172 | $ 51.60 |
| Gregory Bell | 10/22/20 | Call with S. Tyler (KPMG Canada), G. Bell (KPMG Canada), J. Lau (KPMG Canada), and D. Moloughney (KPMG Canada) to discuss cash tax model basis and tax attribute assumptions for the contemplated disposition of stock or assets. | 0.3 | $ 743 | $ 222.90 |
| Jonas Lau | 10/22/20 | Call with S. Tyler (KPMG Canada), G. Bell (KPMG Canada), J. Lau (KPMG Canada), and D. Moloughney (KPMG Canada) to discuss cash tax model basis and tax attribute assumptions for the contemplated disposition of stock or assets. | 0.3 | $ 614 | $ 184.20 |
| Sam Tyler | 10/22/20 | Call with S. Tyler (KPMG Canada), G. Bell (KPMG Canada), J. Lau (KPMG Canada), and D. Moloughney (KPMG Canada) to discuss cash tax model basis and tax attribute assumptions for the contemplated disposition of stock or assets. | 0.3 | $ 743 | $ 222.90 |
| Justin Davis | 10/22/20 | Discussion with D. Larkin (KPMG Australia) regarding email queries received from KPMG US (in respect of inside basis and outside basis) from D. Rowles on 10/20/2020 and Ashley Armfield on 10/22/2020. | 0.3 | $ 655 | $ 196.50 |
| Denis Larkin | 10/22/20 | Discussion with J. Davis (KPMG Australia) regarding email queries received from KPMG US (in respect of inside basis and outside basis) from D. Rowles on 10/20/2020 and Ashley Armfield on 10/22/2020. | 0.3 | $ 566 | $ 169.80 |
| Bela Unell | 10/22/20 | Performed WNT Director level review Department of Justice settlement agreement | 0.3 | $ 905 | $ 271.50 |
| Kyung-Min Kim | 10/22/20 | Drafted email to A. Armfield (KPMG US) to provide conditions of potential asset sale with respect to a potential Korean disposition entity | 0.4 | $ 476 | $ 190.40 |
| Lukas van der Veen | 10/22/20 | Finalize e-mail to sent to D. Rowles (KM&A tax – core US team member) on inside and outside tax basis of potential Dutch disposition entities to be included tax model. | 0.4 | $ 565 | $ 226.00 |
| Denis Larkin | 10/22/20 | (0.6) Updates/additions to email drafted by H. Lewis (KPMG Australia) in response to query received from A. Armfield (KPMG US) on 10/22/2020 and (0.1) drafted email to send response to KPMG US. | 0.7 | $ 566 | $ 396.20 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Gregory Bell | 10/22/20 | Canadian Partner level review of question/information along with the related draft response to KPMG US regarding question from KPMG US on assumptions/amounts to be used for basis in the KPMG US tax model | 0.7 | $ 743 | $ 520.10 |
| Rick LaSalvia | 10/22/20 | Perform International tax associate review and summary of settlement financials pursuant to request from P. DiMatteo (KPMG) | 1.0 | $ 350 | $ 350.00 |
| Ashley Armfield | 10/22/20 | (1.1) B. Unell (WNT – Corporate tax specialist), R. Holtje (WNT – Corporate tax specialist), I. Hirsch, C. Nunez, P. DiMatteo and A. Armfield (International and M&A tax – core team) call to discuss next steps associated with Purdue and Department of Justice settlement. | 1.1 | $ 534 | $ 587.40 |
| Becky Holtje | 10/22/20 | (1.1) B. Unell (WNT – Corporate tax specialist), R. Holtje (WNT – Corporate tax specialist), I. Hirsch, C. Nunez, P. DiMatteo and A. Armfield (International and M&A tax – core team) call to discuss next steps associated with Purdue and Department of Justice settlement. | 1.1 | $ 744 | $ 818.40 |
| Bela Unell | 10/22/20 | (1.1) B. Unell (WNT – Corporate tax specialist), R. Holtje (WNT – Corporate tax specialist), I. Hirsch, C. Nunez, P. DiMatteo and A. Armfield (International and M&A tax – core team) call to discuss next steps associated with Purdue and Department of Justice settlement. | 1.1 | $ 905 | $ 995.50 |
| Isaac Hirsch | 10/22/20 | (1.1) B. Unell (WNT – Corporate tax specialist), R. Holtje (WNT – Corporate tax specialist), I. Hirsch, C. Nunez, P. DiMatteo and A. Armfield (International and M&A tax – core team) call to discuss next steps associated with Purdue and Department of Justice settlement. | 1.1 | $ 819 | $ 900.90 |
| Pete DiMatteo | 10/22/20 | (1.1) B. Unell (WNT – Corporate tax specialist), R. Holtje (WNT – Corporate tax specialist), I. Hirsch, C. Nunez, P. DiMatteo and A. Armfield (International and M&A tax – core team) call to discuss next steps associated with Purdue and Department of Justice settlement. | 1.1 | $ 650 | $ 715.00 |
| Casey Nunez | 10/22/20 | (1.1) B. Unell (WNT – Corporate tax specialist), R. Holtje (WNT – Corporate tax specialist), I. Hirsch, C. Nunez, P. DiMatteo and A. Armfield (International and M&A tax – core team) call to discuss next steps associated with Purdue and Department of Justice settlement. | 1.1 | $ 794 | $ 873.40 |
| Anja Poesl | 10/22/20 | Communication with S. Stricker (KPMG) regarding approach from German Perspective regarding Tax Basis in German entity (0.5); Perform Senior Manager review of Tax Basis prepared by S. Stricker (KPMG Germany) (0.6) | 1.1 | $ 653 | $ 718.30 |
| Casey Nunez | 10/22/20 | (1.2) Review of DOJ settlement to evaluate impact on the Purdue cash tax modeling; | 1.2 | $ 794 | $ 952.80 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Ashley Armfield | 10/22/20 | 1.4 Review and concurrently providing summary of findings on Prime Clerk document discussing the settlement agreement with the Department of Justice. | 1.4 | $ 534 | $ 747.60 |
| Howard Steinberg | 10/22/20 | Partner level review of Department of Justice settlement with Purdue with regards to tax impacts. | 1.5 | $ 856 | $ 1,284.00 |
| Sonia Stricker | 10/22/20 | Performed analysis of figures regarding Tax Basis in German Entity based on US GAAP (0.6). Communication via email with A. Poesl (KPMG Germany) regarding best approach related to same - from German Perspective (0.5). Preparation of Tax Basis in German Entity based on German GAAP numbers (0.5) | 1.6 | $ 350 | $ 560.00 |
| Isaac Hirsch | 10/22/20 | (1.1) Analysis of non-US basis consequences of proposed sale of Mundipharma entities for purposes of cash tax modeling; (0.8) communication via email with S. Shariff of Royer Cooper regarding response to information request for purposes of cash tax modeling | 1.9 | $ 819 | $ 1,556.10 |
| Ashley Armfield | 10/22/20 | 2.1 Review of cash tax model in excel along with illustrations in PBI (a Microsoft office tool similar to excel but used to create charts / visuals for deliverables) pursuant to providing an updated deliverable containing sensitivity analysis. | 2.1 | $ 534 | $ 1,121.40 |
| Ashley Armfield | 10/23/20 | 0.4 Call with L. van der Veen (KPMG Netherlands tax specialist), A. Rambhadjan (KPMG Netherlands tax specialist), I. Hirsch (International tax – core US team member), A. Armfield (M&A tax – core US team member), and D. Rowles (M&A tax – core US team member) to discuss tax attributes of two Dutch entities | 0.4 | $ 534 | $ 213.60 |
| Devon Rowles | 10/23/20 | 0.4 Call with L. van der Veen (KPMG Netherlands tax specialist), A. Rambhadjan (KPMG Netherlands tax specialist), I. Hirsch (International tax – core US team member), A. Armfield (M&A tax – core US team member), and D. Rowles (M&A tax – core US team member) to discuss tax attributes of two Dutch entities | 0.4 | $ 350 | $ 140.00 |
| Aroen Rambhadjan | 10/23/20 | 0.4 Call with L. van der Veen (KPMG Netherlands tax specialist), A. Rambhadjan (KPMG Netherlands tax specialist), I. Hirsch (International tax – core US team member), A. Armfield (M&A tax – core US team member), and D. Rowles (M&A tax – core US team member) to discuss tax attributes of two Dutch entities | 0.4 | $ 884 | $ 353.60 |
| Isaac Hirsch | 10/23/20 | 0.4 Call with L. van der Veen (KPMG Netherlands tax specialist), A. Rambhadjan (KPMG Netherlands tax specialist), I. Hirsch (International tax – core US team member), A. Armfield (M&A tax – core US team member), and D. Rowles (M&A tax – core US team member) to discuss tax attributes of two Dutch entities | 0.4 | $ 819 | $ 327.60 |
| Lukas van der Veen | 10/23/20 | 0.4 Call with L. van der Veen (KPMG Netherlands tax specialist), A. Rambhadjan (KPMG Netherlands tax specialist), I. Hirsch (International tax – core US team member), A. Armfield (M&A tax – core US team member), and D. Rowles (M&A tax – core US team member) to discuss tax attributes of two Dutch entities | 0.4 | $ 565 | $ 226.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Lukas van der Veen | 10/23/20 | 0.2 Drafted summary of results of call with KPMG US (on same) related to tax attributes of two Dutch entities | 0.2 | $ 565 | $ 113.00 |
| Kyung-Min Kim | 10/23/20 | Draft email to A. Armfield (KPMG US) to provide bifurcation of tax adjustments between those related to assets and those related to liabilities. | 0.4 | $ 476 | $ 190.40 |
| Ashley Armfield | 10/23/20 | 0.6 Drafting email to project team discussing updates that need to be performed to cash tax model as of 10/23/2020. | 0.6 | $ 534 | $ 320.40 |
| Howard Steinberg | 10/23/20 | Continued (from 10/22) to perform Partner level review of impact of Department of Justice settlement with Purdue. | 1.0 | $ 856 | $ 856.00 |
| Rick LaSalvia | 10/23/20 | Performed international tax associate review and concurrently create summary of settlement financials | 2.0 | $ 350 | $ 700.00 |
| Ashley Armfield | 10/23/20 | 2.4 Continued (from previous day) to review cash tax model Power Bi deliverable including sensitivity analysis. | 2.4 | $ 534 | $ 1,281.60 |
| Devon Rowles | 10/23/20 | 2.4 Review of numerous responses from the KPMG member firms to confirm tax attributes for potential disposition entities, pursuant to updating Purdue cash tax model. | 2.4 | $ 350 | $ 840.00 |
| Ashley Armfield | 10/23/20 | 3.9 Performed Senior Associate review of cash tax model deliverable information prepared by J. Commisso (KPMG) | 3.9 | $ 534 | $ 2,082.60 |
| Christian Schmid | 10/26/20 | Perform KPMG German Partner review of approach on estimating the Tax Basis from German Perspective and Tax Basis prepared by S. Stricker (KPMG Germany) | 0.5 | $ 817 | $ 408.50 |
| Anja Poesl | 10/26/20 | Perform Senior Manager review of draft email prepared by S. Stricker (KPMG Germany) to A. Armfield (KPMG US) regarding approach on estimating the Tax Basis in potential Germany disposition entities (from a German perspective) prior to sending to A. Armfield. | 0.5 | $ 653 | $ 326.50 |
| Ashley Armfield | 10/26/20 | 0.8 Drafting email to J. Commisso (KPMG) regarding next steps to update Purdue cash tax model deliverable based on managing director comments. | 0.8 | $ 534 | $ 427.20 |
| Sonia Stricker | 10/26/20 | Preparation of email to A. Armfield (KPMG US) regarding approach on estimating the Tax Basis in potential Germany disposition entities from a German perspective. | 1.0 | $ 350 | $ 350.00 |
| Ashley Armfield | 10/26/20 | 1.1 Reviewing research relating to relevant tax jurisdictions pursuant to updating Purdue cash tax model. | 1.1 | $ 534 | $ 587.40 |
| Casey Nunez | 10/26/20 | (1.2) Performed M&A Managing Director review of draft model deliverable | 1.2 | $ 794 | $ 952.80 |
| Jess Commisso | 10/26/20 | 2.6 Updating PBI deliverable for inclusion of appropriate tax rates. | 2.6 | $ 350 | $ 910.00 |
| Ashley Armfield | 10/26/20 | 3.9 Preparing deliverable of the Purdue cash tax model, including sensitivity analysis. | 3.9 | $ 534 | $ 2,082.60 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Ashley Armfield | 10/27/20 | 0.4 Drafted detailed response to Purdue cash tax model review questions from managing director (via email). | 0.4 | $ 534 | $ 213.60 |
| Isaac Hirsch | 10/27/20 | Perform managing director review of latest round of updates to cash tax model. | 0.8 | $ 819 | $ 655.20 |
| Madeleine Latham | 10/27/20 | Performed research and concurrently drafting email response to the KPMG US team regarding their request for validation of the assumptions / values to be used for UK tax purposes in their tax model. | 1.0 | $ 343 | $ 343.00 |
| Jess Commisso | 10/27/20 | 1.1 Discussion with A. Armfield and J. Commisso (both KPMG) regarding updates to the PBI deliverable as per managing directors' C. Nunez and I. Hirsch comments. | 1.1 | $ 350 | $ 385.00 |
| Ashley Armfield | 10/27/20 | 1.1 Discussion with A. Armfield and J. Commisso (both KPMG) regarding updates to the PBI deliverable as per managing directors C. Nunez and I. Hirsch comments. | 1.1 | $ 534 | $ 587.40 |
| Casey Nunez | 10/27/20 | (0.9) Review facts to evaluate potential sensitivity analyses in the cash tax model and (0.6) Performed Managing Director review of updated Purdue cash tax model | 1.5 | $ 794 | $ 1,191.00 |
| Ashley Armfield | 10/27/20 | 1.6 Updating the Purdue cash tax model to reflect adjusted rates based on managing director comments. | 1.6 | $ 534 | $ 854.40 |
| Madeleine Latham | 10/28/20 | Discussion with M Latham (KPMG UK) regarding the UK tax assumptions around the values and attributes to be entered into the tax model prepared by KPMG US prior to upcoming call with the KPMG US team. | 0.8 | $ 343 | $ 274.40 |
| Arpit Desai | 10/28/20 | Discussion with M Latham (KPMG UK) regarding the UK tax assumptions around the values and attributes to be entered into the tax model prepared by KPMG US prior to upcoming call with the KPMG US team. | 0.8 | $ 750 | $ 600.00 |
| Devon Rowles | 10/28/20 | 1.1 Conference call between A. Armfield and D. Rowles (both KPMG) to discuss (i) tax basis for each of the potential disposition entities (16 entities in total), and (ii) responses from local country tax specialists to confirm tax basis inputs, pursuant to updating the Purdue cash tax model. | 1.1 | $ 350 | $ 385.00 |
| Ashley Armfield | 10/28/20 | 1.1 Conference call between A. Armfield and D. Rowles (both KPMG) to discuss (i) tax basis for each of the potential disposition entities (16 entities in total), and (ii) responses from local country tax specialists to confirm tax basis inputs, pursuant to updating the Purdue cash tax model. | 1.1 | $ 534 | $ 587.40 |
| Devon Rowles | 10/29/20 | 0.6 Conference call between A. Armfield and D. Rowles (both KPMG) to discuss updates to the Purdue cash tax model for managing director's review comments (I. Hirsch), specifically regarding the base case scenarios and presentation of future client deliverable. | 0.6 | $ 350 | $ 210.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ashley Armfield | 10/29/20 | 0.6 Conference call between A. Armfield and D. Rowles (both KPMG) to discuss updates to the Purdue cash tax model for managing director's review comments (I. Hirsch), specifically regarding the base case scenarios and presentation of future client deliverable. | 0.6 | $ 534 | $     320.40 |
| Ashley Armfield | 10/29/20 | 0.6 Drafting email to project team regarding open items related to cash tax deliverable as of 10/29/2020. | 0.6 | $ 534 | $     320.40 |
| Isaac Hirsch | 10/29/20 | (2.1) Performed managing director review of updates to summary of cash tax model. (0.9) respond to communications from Royer Cooper (law firm) regarding information requests for purposes of updating Purdue cash tax model. | 3.0 | $ 819 | $  2,457.00 |
| Ashley Armfield | 10/30/20 | Conference call between C. Mengotti (KPMG Switzerland tax specialist), A. Armfield (M&A tax – core US team member), and D. Rowles (M&A tax – core US team member) to discuss tax attributes of three Swiss entities. | 0.3 | $ 534 | $     160.20 |
| Claudio Mengotti | 10/30/20 | Conference call between C. Mengotti (KPMG Switzerland tax specialist), A. Armfield (M&A tax – core US team member), and D. Rowles (M&A tax – core US team member) to discuss tax attributes of three Swiss entities. | 0.3 | $ 610 | $     183.00 |
| Devon Rowles | 10/30/20 | Conference call between C. Mengotti (KPMG Switzerland tax specialist), A. Armfield (M&A tax – core US team member), and D. Rowles (M&A tax – core US team member) to discuss tax attributes of three Swiss entities. | 0.3 | $ 350 | $     105.00 |
| Ashley Armfield | 10/30/20 | Conference call between G. Little (KPMG UK tax specialist), A. Desai (KPMG UK tax specialist), M. Latham (KPMG UK tax specialist), A. Armfield (M&A tax – core US team member), and D. Rowles (M&A tax – core US team member) to discuss tax attributes of three UK entities. | 0.3 | $ 534 | $     160.20 |
| Devon Rowles | 10/30/20 | Conference call between G. Little (KPMG UK tax specialist), A. Desai (KPMG UK tax specialist), M. Latham (KPMG UK tax specialist), A. Armfield (M&A tax – core US team member), and D. Rowles (M&A tax – core US team member) to discuss tax attributes of three UK entities. | 0.3 | $ 350 | $     105.00 |
| Arpit Desai | 10/30/20 | Conference call between G. Little (KPMG UK tax specialist), A. Desai (KPMG UK tax specialist), M. Latham (KPMG UK tax specialist), A. Armfield (M&A tax – core US team member), and D. Rowles (M&A tax – core US team member) to discuss tax attributes of three UK entities. | 0.3 | $ 750 | $     225.00 |
| Gavin Little | 10/30/20 | Conference call between G. Little (KPMG UK tax specialist), A. Desai (KPMG UK tax specialist), M. Latham (KPMG UK tax specialist), A. Armfield (M&A tax – core US team member), and D. Rowles (M&A tax – core US team member) to discuss tax attributes of three UK entities. | 0.3 | $ 985 | $     295.50 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Madeleine Latham | 10/30/20 | Conference call between G. Little (KPMG UK tax specialist), A. Desai (KPMG UK tax specialist), M. Latham (KPMG UK tax specialist), A. Armfield (M&A tax – core US team member), and D. Rowles (M&A tax – core US team member) to discuss tax attributes of three UK entities. | 0.3 | $ 343 | $ 102.90 |
| Isaac Hirsch | 10/30/20 | Performed managing director review of latest round of Purdue cash tax model updates as of 10/30/2020 and concurrently drafted review comments. | 1.1 | $ 819 | $ 900.90 |
| Ashley Armfield | 10/30/20 | 0.7 Reviewing member firm correspondence in preparation for upcoming calls with KPMG Switzerland and KPMG UK. 0.3 drafting cash tax model questions (via email) to send to KPMG Managing Director. 0.4 Review of external correspondence from Akin and Davis Polk related to cash tax model. | 1.4 | $ 534 | $ 747.60 |
| Devon Rowles | 10/30/20 | 2.1 Updating the Purdue cash tax model with regards to managing director's (I. Hirsch) review comments received. | 2.1 | $ 350 | $ 735.00 |
| | | **Total Bankruptcy Tax Consulting Services** | **207.9** | | **$ 109,474.50** |

**EXHIBIT C2**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Non -Working Travel Time
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | *no fees billed for these services in current month* | | | |
| | | **Total Non-Working Travel Time** | | | $        - |

**EXHIBIT C3**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Retention Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | *no fees billed for these services in current month* | | | |
| | | **Total Retention Services** | **0.0** | | **$    -** |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Wendy Shaffer | 10/02/20 | 0.3 Updates to Purdue 8th monthly fee statement per direction from Davis Polk; 0.1 PDF updated version and 0.1 send to counsel for filing; 1.6 Continue to prepare JCP 1st Interim fee application documents; 0.1 sent copy of same to M. Plangman (KPMG) for review. | 2.2 | $ 202 | $ 444.40 |
| Wendy Shaffer | 10/02/20 | 0.2 Finalized exhibit C4 of Purdue 9th monthly fee statement; 2.4 Updated exhibits C1 of Purdue Pharma 9th monthly fee statement to include data received from professionals as of 10/2/2020. 0.1 Begin to draft cover sheet for Purdue Pharma 9th monthly fee statement; | 2.7 | $ 202 | $ 545.40 |
| Wendy Shaffer | 10/04/20 | 0.4 Updated exhibit C1 of Purdue September monthly fee statement to include data received from professionals as of 10/4/2020. 0.1 drafted email to A. Armfield (KPMG) to request updates to Purdue September fee statement with regards to previous revisions requested by Davis Polk. | 0.5 | $ 202 | $ 101.00 |
| Wendy Shaffer | 10/05/20 | 0.1 Drafted email to Purdue fee examiner to provide copy of Purdue 8th monthly fee statement in excel. 0.1 drafted email to B. Masumoto (US Trustee) to provide copy of Purdue 8th monthly fee statement as requested. 0.1 created exhibit of filed version of Purdue 8th monthly to be used in upcoming Interim application, | 0.3 | $ 202 | $ 60.60 |
| Wendy Shaffer | 10/08/20 | 0.4 Updated exhibit C1 of Purdue 9th monthly fee statement per direction from A. Armfield (KPMG). 0.2 Finalized exhibits in preparation for management review and 0.1 finalized related cover letter. 0.1 Drafted email to send copies of same to M. Plangman (KPMG) for review/approval. | 0.8 | $ 202 | $ 161.60 |
| Monica Plangman | 10/12/20 | Performed Director review of fee statement and concurrently provide comments | 0.3 | $ 279 | $ 83.70 |
| Wendy Shaffer | 10/13/20 | 0.3 Updated Purdue 9th monthly fee statement per direction from M. Plangman (KPMG) and 0.1 send email to H. Steinberg (KPMG) to request review/approval of same. 0.2 Finalized (PDF) Purdue 9th monthly fee statement and 0.1 send via email to M. Plangman (KPMG) to request approval of same prior to filing; | 0.7 | $ 202 | $ 141.40 |
| Wendy Shaffer | 10/15/20 | 0.1 Updated Purdue Pharma PDF per direction from M. Plangman and 0.1 send email to provided updated draft for approval. 0.1 drafted email to Davis Polk to request filing and service of KPMG 9th monthly fee statement; | 0.3 | $ 202 | $ 60.60 |
| Wendy Shaffer | 10/16/20 | 0.1 Review of updates requested by Davis Polk related to KPMG 9th monthly fee statement and 0.1 send copy of same to KPMG Partner. 0.2 Updates to Purdue Pharma 9th monthly per direction from Davis Polk and 0.1 re-send in email for filing and service. 0.2 Prepared Purdue 9th monthly fee statement in Excel in preparation to send to fee examiner and 0.1 send email to M. Plangman (KPMG) to request approval of same. | 0.8 | $ 202 | $ 161.60 |
| Monica Plangman | 10/18/20 | Performed Director review of Fee Examiner file and provide comments. | 0.1 | $ 279 | $ 27.90 |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
October 1, 2020 through October 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Wendy Shaffer | 10/19/20 | 2.6 Begin to prepare Purdue 3rd Interim application and 0.1 drafted email to T. Nobis (Purdue Fee Examiner) to provide copy of KPMG 9th monthly fee statement in Excel as requested; | 2.7 | $ 202 | $ 545.40 |
| Wendy Shaffer | 10/26/20 | 0.1 Review of updated KPMG work in progress report to confirm billable hours for Purdue through Oct 25. 0.2 began to create Purdue Pharma October fee statement. 0.7 updates to exhibit C1 of Purdue Pharma October monthly fee statement to include data received from professionals as of 10/26/2020. 0.2 updates to exhibit C4 of Purdue Pharma October monthly fee statement to include data received from professionals as of 10/26/2020. | 1.2 | $ 202 | $ 242.40 |
| Wendy Shaffer | 10/30/20 | 0.2 Updates to Purdue October fee statement to include data received from KPMG foreign professionals. | 0.2 | $ 202 | $ 40.40 |
| | | **Total Fee Application Preparation Services** | **12.8** | | **$ 2,616.40** |

**EXHIBIT D**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary of Out of Pocket Expenses
October 1, 2020 through October 31, 2020

| Category | Amount | |
|---|---|---|
| Airfare | $ | - |
| Lodging | $ | - |
| Meals | $ | - |
| Ground Transportation | $ | - |
| Miscellaneous | $ | - |
| **Total** | **$** | **-** |

**EXHIBIT D1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Detail of Out of Pocket Expenses
October 1, 2020 through October 31, 2020

| Name | Date | Description | Amount |
|------|------|-------------|--------|
| | | **Air Fare Subtotal** | $          - |
| | | **Lodging Subtotal** | $          - |
| | | **Meals Subtotal** | $          - |
| | | **Total Ground Transportation** | $          - |
| | | **Miscellaneous Subtotal** | $          - |
| | | **Total Out of Pocket Expenses** | $          - |