George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | |

**NOTICE OF WITHDRAWAL OF REGINALD J. BROWN FROM**
**WILMER CUTLER PICKERING HALE AND DORR LLP'S**
**REPRESENTATION OF THE DEBTORS**

Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby notifies parties in interest in these Chapter 11 cases that Reginald J. Brown ("**Brown**") has withdrawn from WilmerHale's representation of the Debtors effective November 30, 2020.  To the extent that WilmerHale has continuing disclosure and reporting requirements in these Chapter 11 cases

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

1

that otherwise would have been addressed by Brown, other attorneys at WilmerHale will address such requirements.

**RESPECTFULLY SUBMITTED**,

Dated:  December 2, 2020

By:  /s/ *George W. Shuster, Jr.*
George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE
 AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*