George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P., *et al.*,** | **Case No. 19-23649 (RDD)** |
| **Debtors.[1]** | |

**SUMMARY SHEET FOR AMENDED[2] THIRD INTERIM FEE APPLICATION
OF WILMER CUTLER PICKERING HALE AND DORR LLP**

| | |
|---|---|
| **Name of Applicant:** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Application Period:** | June 1, 2020 through September 30, 2020 |
| **Applicant's Role in Case:** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Total Fees Requested:** | $49,505.70[3] |
| **Total Expenses Requested:** | $244.56 |
| **Total Fee and Expenses Requested:** | $49,750.26 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

[2]  This amended fee application is being filed to correct an error with respect to the rates that were applied to the invoices for services rendered in September 2020.  WilmerHale increased its standard billing rates for certain professionals effective as of September 1, 2020 and negotiated a reduction of those rates with the Debtors. However, these new rates were not implemented correctly in our firm's accounting system at the time that the invoices for services rendered in September 2020 were generated.

[3]  This amount reflects an agreed reduction in the aggregate amount of $7,877.80.

| | |
|---|---|
| **Date of Retention:** | November 25, 2019 *nunc pro tunc* to September 15, 2019 |
| **Total compensation approved by interim order to date** | $720,962.51 |
| **Total expenses approved by interim order to date** | $5,946.18 |
| **Total allowed compensation paid to date** | $720,962.51[4] |
| **Total allowed expenses paid to date** | $5,946.18 |
| **Blended rate in application for all attorneys** | $1,086.94 |
| **Blended rate in application for all timekeepers** | $613.07 |
| **Compensation sought in application already paid pursuant to a monthly compensation order but not yet allowed** | $32,571.66 |
| **Expenses sought in application already paid pursuant to a monthly compensation order but not yet allowed** | $159.64 |
| **Number of professionals included in application** | 11 |
| **If applicable, number of professionals in application not included in staffing plan approved by client** | N/A |
| **If applicable, difference between fees budgeted and compensation sought during application period** | Amt. Budgeted:  $72,500.00 Amount Sought:  $49,505.70 Difference:  $22,994.30 |
| **Number of professionals billing fewer than 15 hours to the case during application period** | 9 |
| **Are any rates higher than those approved or disclosed at retention?** | WilmerHale increased its billing rates for certain professionals effective as of September 1, 2020 and negotiated a reduction of those rates with Purdue Pharma, L.P. |

---

[4] This amount include agreed reductions in the aggregate amount of $22,547.30.

## COMPENSATION BY PROFESSIONAL

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald J. Brown | Partner; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 11.10 | 17,205.00 |
| **Partners Total** | | | **11.10** | **17,205.00** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 940.00 | 3.10 | 2,914.00 |
| | | 955.00 | 0.30 | 286.50 |
| **Counsel Total** | | | **3.40** | **$3,200.50** |
| **Associates** | | | | |
| Ridge M. Blanchard | Associate; admitted to MA Bar since 2017 and DC Bar since 2018; Regulatory and Government Affairs. | 525.00 | 2.50 | 1,637.50 |
| Sheila E. Menz | Sr. Associate; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 2.30 | 1,874.50 |
| | | 860.00 | 0.20 | 172.00 |
| Elena M. Satten-Lopez | Associate; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 0.20 | 110.00 |
| Allyson M. Pierce | Associate; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 595.00 | 5.10 | 3,034.50 |
| | | 690.00 | 0.70 | 483.00 |
| **Associates Total** | | | **11.00** | **$7,311.50** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Paralegal; Litigation / Controversy. | 385.00 | 4.20 | 1,617.00 |
| Elizabeth W. Rockett | Legislative Assistant; Regulatory and Government Affairs. | 275.00 | 23.20 | 6,380.00 |

---

[1] WilmerHale increased its billing rates for certain professionals effective as of September 1, 2020 and negotiated a reduction of those rates with Purdue Pharma, L.P. This summary chart includes multiple entries for certain professionals and paraprofessionals to reflect the new rates.

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tamir Shemesh | Project Assistant; Securities Litigation & Enforcement. | 275.00 | 1.00 | 275.00 |
| Yolande Thompson | Sr. Paralegal; Bankruptcy & Financial Restructuring. | 545.00 | 38.60 | 21,037.00 |
| Saige Wenik | Sr. Project Assistant; Litigation / Controversy. | 325.00 | 1.10 | 357.50 |
| **Paraprofessionals Total** | | | **68.10** | **$29,666.50** |
| **TOTAL** | | | **93.60** | **$57,383.500** |
| **Less Agreed Reduction** | | | | **-$7,877.80** |
| **GRAND TOTAL** | | | **93.60** | **$49,505.70** |

**Total Attorney Hours for Interim Fee Period:**                               **25.50**

**Total Attorney Compensation for Interim Fee Period:**          **$27,717.00**

**Attorney Blended Hourly Rate for Interim Fee Period:**          **$1,086.94**

**Total Paraprofessional Hours for Interim Fee Period:**                **68.10**

**Total Paraprofessional Compensation for Interim Fee Period:**   **$29,666.50**

**Paraprofessional Blended Hourly Rate for Interim Fee Period:**    **$435.63**

**All Professionals Blended Hourly Rate for Interim Fee Period:**   **$613.07**

## SUMMARY OF MONTHLY FEE STATEMENTS

| PERIOD | FEES | EXPENSES | STATUS |
|---|---|---|---|
| 09/16/2019 – 11/30/2019 [Docket Nos. 730 & 739] | $273,955.00[2] | $418.89 | An omnibus order dated May 12, 2020 [Docket No. 1159] allowing payment of 80% of the fees ($358,915.40) and 100% of the expenses ($3,529.30) requested in WilmerHale's First Interim Fee Application was entered on May 15, 2020.  On June 26, 2020, an omnibus supplemental order [Docket No. 1306] directing payment of fees that were subject to a 20% holdback in the reduced amount of $77,669.85 was entered by the court.  WilmerHale has received payment on account of these fees and expenses incurred during the first interim period. |
| 12/1/2019 – 12/31/2019 [Docket No. 844] | $50,639.17[3] | $161.18 | |
| 01/01/2020 – 01/31/2020 [Docket No. 907] | $124,050.08[4] | $2,949.23 | |
| **TOTAL FOR FIRST INTERIM PERIOD** | **$448,644.25** | **$3,529.30** | |
| 02/01/2020 – 02/28/2020 [Docket No. 1046] | $96,888.88[5] | $1,710.34 | An omnibus order [Docket No. 1649] allowing payment of fees in the amount of $284,377.26 and reimbursement of expenses in the amount of $2,416.88 was entered on September 2, 2020.  This omnibus order included an agreed recommended reduction of fees in the amount of $10,488.30.  WilmerHale has received payment on account of these fees and expenses incurred during the second interim period. |
| 03/01/2020 – 03/31/2020 [Docket No. 1267] | $140,578.24[6] | $267.79 | |
| 04/01/2020 – 04/30/2020 [Docket No. 1268] | $43,725.00[7] | $193.25 | |
| 05/01/2020 – 05/31/2020 [Docket No. 1380] | $13,673.44[8] | $245.50 | |
| **TOTAL FOR SECOND INTERIM PERIOD** | **$294,865.56** | **$2,416.88** | |

---

[2] This amount reflects an agreed reduction in fees in the amount of $48,345.00.

[3] This amount reflects an agreed reduction in fees in the amount of $8,936.33.

[4] This amount reflects an agreed reduction in fees in the amount of $17,830.92 and 50% reduction of non-working travel time in the amount of $6,710.00 for a total reduction in the aggregate amount of $24,540.92.

[5] This amount reflects an agreed reduction in fees in the amount of $13,212.12.

[6] This amount reflects an agreed reduction in fees in the amount of $19,169.76.

[7] This amount reflects an agreed reduction in fees in the amount of $5,962.50.

[8] This amount reflects an agreed reduction in fees in the amount of $1,864.56.

| PERIOD | FEES | EXPENSES | STATUS |
|---|---|---|---|
| 06/01/2020 – 06/30/2020 [Docket No. 1583] | $19,457.44[9] | $115.20 | WilmerHale has received payment on account of 80% of the fees that was incurred during the eighth monthly period in the amount of $15,565.95 and reimbursement of 100% of the expenses in the amount of $115.20. |
| 07/01/2020 – 07/31/2020 [Docket No. 1722] | $13,866.90[10] | $14.74 | WilmerHale has received payment on account of 80% of the fees that was incurred during the ninth monthly period in the amount of $11,093.52 and reimbursement of 100% of the expenses in the amount of $14.74. |
| 08/01/2020 – 08/31/2020 [Docket No. 1844] | $7,390.24[11] | $29.70 | WilmerHale has received payment on account of 80% of the fees that was incurred during the tenth monthly period in the amount of $5,912.19 and reimbursement of 100% of the expenses in the amount of $29.70. |
| 09/01/2020 – 09/30/2020 [Docket Nos. 1931 & 2050] | $8,791.12[12] | $84.92 | Pending.  WilmerHale requested payment on account of 80% of the fees that was incurred during the eleventh monthly period in the amount of $7,032.90 and reimbursement of 100% of the expenses in the amount of $84.92. As of the date of this Application, WilmerHale has not received any payment on account of fees or expenses incurred during the eleventh monthly fee period. |
| **TOTAL FOR THIRD INTERIM PERIOD** | **$49,505.70** | **$244.56** | Pending. |

---

[9] This amount reflects an agreed reduction in fees in the amount of $2,871.56.

[10] This amount reflects an agreed reduction in fees in the aggregate amount of $2,447.10.

[11] This amount reflects an agreed reduction in fees in the aggregate amount of $1,007.76.

[12] This amount reflects an agreed reduction in fees in the aggregate amount of $1,551.38.

George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

### AMENDED[2] THIRD INTERIM FEE APPLICATION OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the

above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby

respectfully submits this third interim fee application (the "**Application**") for the period from

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

[2]  This amended fee application is being filed to correct an error with respect to the rates that were applied to the invoices for services rendered in September 2020.  WilmerHale increased its standard billing rates for certain professionals effective as of September 1, 2020 and negotiated a reduction of those rates with the Debtors. However, these new rates were not implemented correctly in our firm's accounting system at the time that the invoices for services rendered in September 2020 were generated.

June 1, 2020 through September 30, 2020 (the "**Interim Fee Period**") pursuant to 11 U.S.C. §§

330 and 331 for interim allowance of compensation for professional services rendered and for

reimbursement of expenses incurred in connection therewith and respectfully represents:

## **PRELIMINARY STATEMENT**

1.      This Application has been prepared in accordance with the guidelines and

applicable requirements established by the Office of the United States Trustee (as amended, the

"**UST Guidelines**"), the Amended Guidelines for Fees and Disbursements for Professionals in

Southern District of New York Bankruptcy Cases, adopted by the Court in General Order M-447

on January 29, 2013 (the "**Local Guidelines**") and the *Order Establishing Procedures for

Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated

November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order"**).

2.      By this Application, WilmerHale seeks allowance of interim compensation for

legal services rendered on behalf of the Debtors during the Interim Fee Period in the aggregate

amount of **$49,505.70**[3] and for reimbursement of actual and necessary expenses incurred in

connection with rendering such services in the aggregate amount of **$244.56**, including all

holdbacks, pursuant to sections 330 and 331 of the Bankruptcy Code.  During the Interim Fee

Period, WilmerHale attorneys and paraprofessionals expended a total of **93.60** hours for which

compensation is sought.

3.      The fees charged by WilmerHale in these cases are billed in accordance with its

agreed-upon billing rates and procedures in effect during the Interim Fee Period. The rates

charged by WilmerHale for the services rendered in these chapter 11 cases do not (and will not)

exceed the rates WilmerHale customarily charges for services rendered in comparable matters.

---

[3]  This amount reflects an agreed reduction in the aggregate amount of $7,877.80.

Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable assignments in a competitive national legal market.

4.      Pursuant to the UST Guidelines, annexed hereto as <u>Exhibit A</u> is a schedule setting forth the Customary and Comparable Compensation Disclosures.

5.      Annexed hereto as <u>Exhibit B</u> is a schedule setting forth all WilmerHale professionals and paraprofessionals who have performed services during the Interim Fee Period, the capacities in which each such individual is employed by WilmerHale, the department in which each individual practices, the hourly billing rate charged by WilmerHale for services performed by such individual, the year in which each professional was licensed to practice law, if applicable, and the aggregate number of hours expended in this matter and fees billed therefor.

6.      Annexed hereto as <u>Exhibit C</u> is a schedule setting forth the Budget and Staffing Plan, pursuant to the UST Guidelines.

7.      Annexed hereto as <u>Exhibit D</u> is a summary of the number of hours and amounts billed by WilmerHale during the Interim Fee Period, organized by project categories, pursuant to the UST Guidelines.

8.      Annexed hereto as <u>Exhibit E</u> is a summary of the expenses incurred by WilmerHale during the Interim Fee Period, pursuant to the UST Guidelines.

9.      Pursuant to the Local Guidelines, a certification regarding compliance with the same is annexed hereto as <u>Exhibit F</u>.

**<u>JURISDICTION</u>**

10.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code (the

"**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rule 2016-1 and the UST Guidelines.

## BACKGROUND

11.     On September 15, 2019 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are continuing to operate their business and manage their properties as debtors in possession pursuant to sections 1007(a) and 1108 of the Bankruptcy Code.

12.     On September 27, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "**Creditors Committee**") [Docket No. 131]. No trustee or examiner has been appointed.

13.     On November 5, 2019, the Debtors filed the *Application of Debtors for Authority to Retain and Employ Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date*, [Docket No. 428], which was granted by order entered on November 25, 2019 [Docket No. 544].

14.     Pursuant to the Interim Compensation Order, retained professionals are authorized to submit monthly fee statements. Provided that no objection to a monthly fee statement is timely filed, the Debtors are authorized to pay such professional an amount equal to eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in such monthly fee statement. The Interim Compensation Order further directs professionals to submit an application requesting interim allowance of the compensation and reimbursement of expenses sought in the monthly statements, including any holdback, pursuant to sections 330 and 331 of the Bankruptcy Code.

15.    On January 10, 2020, WilmerHale requested allowance of compensation in the amount of **$219,164.00**[4] (80% of the actual fees incurred in the amount of **$273,955.00)** and reimbursement of expenses in the amount of **$418.89** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on September 16, 2019 through and including November 30, 2019 [Docket Nos. 730, 739] (the "**First Fee Statement**").

16.    On February 19, 2020, WilmerHale requested allowance of compensation in the amount of **$40,511.34**[5] (80% of the actual fees incurred in the amount of **$50,639.17**) and reimbursement of expenses in the amount of **$161.18** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on December 1, 2019 through and including December 31, 2019 [Docket No. 844] (the "**Second Fee Statement**").

17.    On March 11, 2020, WilmerHale requested allowance of compensation in the amount of **$99,240.06**[6] (80% of the actual fees incurred in the amount of **$124,050.08**) and reimbursement of expenses in the amount of **$2,949.23** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on January 1, 2020 through and including January 31, 2020 [Docket No. 907] (the "**Third Fee Statement**").

18.    On March 16, 2020, WilmerHale filed the *First Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and*

---

[4]  This amount reflects an agreed reduction in fees in the amount of $48,345.00.

[5]  This amount reflects an agreed reduction in fees in the amount of $8,936.33.

[6]  This amount reflects an agreed reduction in fees in the amount of $17,830.92 and 50% reduction of non-working travel time in the amount of $6,710.00 for a total reduction in the aggregate amount of $24,540.92.

*Reimbursement of Expenses* [Docket No. 941] (the "**First Interim Fee Application**") seeking approval of payment for the amounts requested in the First, Second, and Third Fee Statements.

19.     On March 25, 2020, WilmerHale filed the *Supplement to First Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and Reimbursement of Expenses* [Docket No. 982].

20.     On April 8, 2020, the Court entered an *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [Docket No. 1023].

21.     On April 15, 2020, WilmerHale requested allowance of compensation in the amount of **$77,511.10**[7] (80% of the actual fees incurred in the amount of **$96,888.88**) and reimbursement of expenses in the amount of **$1,710.34** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on February 1, 2020 through and including February 29, 2020 [Docket No. 1046] (the "**Fourth Fee Statement**").

22.     On May 15, 2020, the Court entered the *Omnibus Order Granting First Interim Fee Applications for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [Docket No. 1159] awarding 80% of the fees and 100% of the expenses requested in the First Interim Fee Application on an interim basis.

23.     On June 11, 2020, the Fee Examiner provided WilmerHale with an Interim Report on the First Interim Fee Application recommending a reduction of fees as detailed therein.

---

[7]  This amount reflects an agreed reduction in fees in the amount of $13,212.12.

24.     On June 15, 2020, WilmerHale requested allowance of compensation in the amount of **$112,462.59**[8] (80% of the actual fees incurred in the amount of **$140,578.24**) and reimbursement of expenses in the amount of **$267.79** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on March 1, 2020 through and including March 31, 2020 [Docket No. 1267] (the "**Fifth Fee Statement**").

25.     On June 15, 2020, WilmerHale requested allowance of compensation in the amount of **$34,980.00**[9] (80% of the actual fees incurred in the amount of **$43,725.00**) and reimbursement of expenses in the amount of **$193.25** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on April 1, 2020 through and including April 30, 2020 [Docket No. 1268] (the "**Sixth Fee Statement**").

26.     On June 26, 2020, the Court entered the *Omnibus Supplemental Order Authorizing and Directing Payment of First Interim Fee Period Holdback Amounts* [Docket No. 1306] directing payment of WilmerHale's fees that were subject to a 20% holdback in the reduced amount of $77,669.85 on an interim basis.

27.     On July 14, 2020, WilmerHale requested allowance of compensation in the amount of **$10,938.75**[10] (80% of the actual fees incurred in the amount of **$13,673.44**) and reimbursement of expenses in the amount of **$245.50** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on May 1, 2020 through and including May 31, 2020 [Docket No. 1380] (the "**Seventh Fee Statement**").

---

[8]  This amount reflects an agreed reduction in fees in the amount of $19,169.76.

[9]  This amount reflects an agreed reduction in fees in the amount of $5,962.50.

[10]  This amount reflects an agreed reduction in fees in the amount of $1,864.56.

28.     On July 15, 2020, WilmerHale filed the *Second Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and Reimbursement of Expenses* [Docket No. 1395] (the "**Second Interim Fee Application**") seeking approval of payment for the amounts requested in its Fourth, Fifth, Sixth, and Seventh Fee Statements.

29.     On August 14, 2020, the Fee Examiner provided WilmerHale with an Interim Report on the Second Interim Fee Application recommending a reduction of fees as detailed therein.  On August 24, 2020 WilmerHale agreed with the Fee Examiner's recommended reductions.

30.     On August 18, 2020, WilmerHale requested allowance of compensation in the amount of **$15,565.95**[11] (80% of the actual fees incurred in the amount of **$19,457.44)**) and reimbursement of expenses in the amount of **$115.20** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on June 1, 2020 through and including June 30, 2020 [Docket No. 1583] (the "**Eighth Fee Statement**").

31.     On September 2, 2020, the Court entered the *Omnibus Order Granting Second Interim Fee Applications for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [Docket No. 1649] awarding fees in the amount of $284,377.26 and reimbursement of expenses in the amount of $2,416.88 with respect to WilmerHale's Second Interim Fee Application.  This omnibus order also included an agreed recommended reduction of fees in the amount of $10,488.30.

32.     On September 24, 2020, WilmerHale requested allowance of compensation in the

---

[11]  This amount reflects an agreed reduction in fees in the amount of $2,871.56.

amount of **$11,093.52**[12] (80% of the actual fees incurred in the amount of **$13,866.90**) and reimbursement of expenses in the amount of **$14.74** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on July 1, 2020 through and including July 31, 2020 [Docket No. 1722] (the "**Ninth Fee Statement**").

33.    On October 26, 2020, WilmerHale requested allowance of compensation in the amount of **$5,912.19**[13] (80% of the actual fees incurred in the amount of **$7,390.24**) and reimbursement of expenses in the amount of **$29.70** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on August 1, 2020 through and including August 31, 2020 [Docket No. 1844] (the "**Tenth Fee Statement**").

34.    On November 12, 2020, WilmerHale requested allowance of compensation in the amount of **$7,633.67**[14] (80% of the actual fees incurred in the amount of **$9,542.09**) and reimbursement of expenses in the amount of **$84.92** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on September 1, 2020 through and including September 30, 2020 [Docket No. 1931] (the "**Eleventh Fee Statement**").

35.    On December 2, 2020, WilmerHale filed an amended Eleventh Fee Statement requesting allowance of compensation in the amount of **$7,032.90**[15] (80% of the actual fees incurred in the amount of **$8,791.12**) and reimbursement of expenses in the amount of **$84.92** incurred in connection with the actual, reasonable and necessary professional services rendered

---

[12] This amount reflects an agreed reduction in fees in the aggregate amount of $2,447.10.

[13] This amount reflects an agreed reduction in fees in the aggregate amount of $1,007.76.

[14] This amount reflects an agreed reduction in fees in the amount of $1,683.91.

[15] This amount reflects an agreed reduction in fees in the amount of $1,551.38.

during the period commencing on September 1, 2020 through and including September 30, 2020

[Docket No. 2050].  As of the date of this Application, WilmerHale has not received any

payment on account of the fees and expenses sought in the Eleventh Fee Statement.

36.    During the Interim Fee Period, other than pursuant to the Interim Compensation

Order, WilmerHale has received no payment and no promises of payment from any source for

services rendered or to be rendered in any capacity whatsoever in connection with the matters

covered by this Application. There is no agreement or understanding between WilmerHale and

any other person, other than partners of the firm, for the sharing of compensation to be received

for services rendered in these cases.

37.    Pursuant to the Interim Compensation Order, during the Interim Fee Period,

WilmerHale sent the Debtors, the U.S. Trustee, the Creditors Committee, and the Fee Examiner

monthly fee statements setting forth WilmerHale's fees for professional services rendered and

expenses incurred during the Interim Fee Period. In connection with preparing each of the

monthly statements and this Application, WilmerHale has adjusted its fees and expenses in favor

of the estates. Specifically, WilmerHale has reduced its fees and expenses by **$7,877.80** pursuant

to its agreement with Purdue Pharma, L.P.  No party has objected to any of WilmerHale's

monthly statements filed during the Interim Fee Period.

## SUMMARY OF SERVICES RENDERED

38.    This Application requests interim allowance of the compensation for and

reimbursement of expenses sought in the Eighth, Ninth, Tenth, and Eleventh Fee Statements

(collectively, the "**Monthly Statements**"), annexed hereto as Exhibits G-J, including all

holdbacks, pursuant to sections 330 and 331 of the Bankruptcy Code.

10

39.    During the Interim Fee Period, a total of **93.60** hours was incurred by all timekeepers, with the fees totaling **$57,383.50**[16] for a blended rate of **$1,086.94** per hour for attorneys and **$435.63** for paraprofessionals. WilmerHale believes that these rates are reasonable and fair in light of the complexity of these cases.

40.    The services performed during the Interim Fee Period generally include the following categories, as summarized below, but is not intended to be a detailed description of the work performed. Rather, it is merely an attempt to highlight certain of those areas in which services were rendered to the Debtors. A more detailed description of WilmerHale's services are reflected in the Monthly Statements.

### A.    Fee/Employment Applications (B160)

41.    During the Interim Fee Period, WilmerHale professionals expended time preparing monthly fee statements, fee applications, and other documents related to WilmerHale's retention as special counsel to the Debtors.

42.    WilmerHale expended **47.80** hours with a value of **$27,755.00**[17] in this category during the Interim Fee Period.

### B.    Congressional Investigation (L120/L400[18])

43.    During the Interim Fee Period, WilmerHale professionals expended time preparing materials relevant to continuing to advise Purdue Pharma LP in connection with certain inquiries by Congressional committees into opioid product sales and marketing practices

---

[16]  This amount was further reduced to $49,505.70 on account of an agreed reduction in the aggregate amount of $7,877.80.

[17]  This amount relates to time spent preparing the second interim fee application and monthly fee statements for March, April, May, and June 2020. In addition, this amount does not include time expended by the partner responsible for supervising the preparation of fee statements and fee applications, which time is not billed to the client but rather absorbed by the firm.

[18]  WilmerHale initially used L400 for work performed in connection with the Congressional Investigation matter, however the task code was revised to L120 beginning with the ninth monthly fee statement.

as set forth in the retention application.

44.    WilmerHale expended **45.80** hours with a value of **$29,628.50** in this category during the Interim Fee Period.

## ALLOWANCE OF COMPENSATION

45.    The allowance of interim compensation for services rendered and reimbursement of expenses in bankruptcy cases is expressly provided for in section 331 of the Bankruptcy Code:

> [A]ny professional person employed under section 327 . . . may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered . . . as is provided under section 330 of this title.

11 U.S.C. § 331. Moreover, this Court has authorized the filing of this Application in the Interim Compensation Order.

46.    With respect to the level of compensation, section 330 of the Bankruptcy Code provides, in pertinent part, that the Court may award to a professional person "reasonable compensation for actual, necessary services rendered . . . ." 11 U.S.C. § 330(a)(1)(A). Furthermore, section 330(a)(3) provides that

> In determining the amount of reasonable compensation to be awarded to . . . [a] professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)    whether the compensation is reasonable based on the customary
compensation charged by comparably skilled practitioners in
cases other than cases under this title.

11 U.S.C. § 330(a)(3).

47.    The total time spent by WilmerHale attorneys and paraprofessionals during the

Interim Fee Period was **93.60** hours with the fees totaling **$57,383.50**[19]. The work involved, and

thus the time expended, was carefully assigned in light of the experience and expertise required

for a particular task. As shown by this Application and supporting documents, WilmerHale spent

its time economically and without unnecessary duplication of time.

48.    The fees charged by WilmerHale in these cases are billed in accordance with its

agreed-upon billing rates and procedures in effect during the Interim Fee Period.

49.    The professional services rendered by WilmerHale required a high degree of

professional competence and expertise so that the numerous issues requiring evaluation and

determination by the Debtors could be addressed with skill and dispatch. The professional

services have, therefore, required WilmerHale to expend substantial time and effort. It is

respectfully submitted that the services rendered to the Debtors were necessary and beneficial to

the administration of the chapter 11 cases, and were performed efficiently, effectively and

economically.

50.    Most of the services performed by partners, counsel, and associates at

WilmerHale were rendered by WilmerHale's regulatory and government affairs group.

WilmerHale has a prominent practice in this area. Due to the facts and circumstances of the

Debtors' chapter 11 cases, attorneys from WilmerHale's litigation and bankruptcy & financial

restructuring practice groups have also been involved with WilmerHale's representation of the

---

[19]  This amount was further reduced to $49,505.70 on account of an agreed reduction in the aggregate amount of
$7,877.80.

Debtors. Like the regulatory and government affairs group, the litigation and bankruptcy &

financial restructuring practice groups enjoy national and international reputations for their

expertise. Overall, WilmerHale brings to these chapter 11 cases a particularly high level of skill

and knowledge, which inured to the benefit of the Debtors and their estates.

51.     WilmerHale charges for its legal services on an hourly basis in accordance with

its ordinary and customary hourly rates in effect on the date such services are rendered, subject

to sections 328(a), 1103(a) and 330 of the Bankruptcy Code. The hourly rates are subject to

periodic adjustments in order to reflect economic and other conditions. Such fees are reasonable

based on the customary compensation charged by comparably skilled practitioners in comparable

non-bankruptcy cases in a competitive national legal market.

52.     Pursuant to the Interim Compensation Order, WilmerHale's monthly fees are

subject to a 20% "holdback." However, WilmerHale respectfully requests that the Court not

"hold back" any portion of the allowed fees. The amount of WilmerHale's holdback for the four

monthly fee statements filed during the Interim Fee Period ending September 30, 2020 is

**$9,901.14**. WilmerHale requests that all of its fees and expenses, including any holdback

amount, be approved for payment, and suggests that there is no need for a continuing holdback

of fees sought for the Interim Fee Period.

53.     WilmerHale incurred actual out-of-pocket expenses in connection with the

rendition of the professional services to the Debtors in the aggregate amount of **$244.56** for

which WilmerHale respectfully requests reimbursement in full. The disbursements and expenses

have been incurred in accordance with WilmerHale's normal practice of charging clients for

expenses clearly related to and required by particular matters. WilmerHale has endeavored to

minimize these expenses to the fullest extent possible.

54.    For the purpose of setting billing rates, WilmerHale does not include charges for photocopying, document printing, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage, and certain other office services, because the needs of each client for such services differ. Instead, to the extent such expenses are incurred, WilmerHale itemizes the related charges. WilmerHale believes that it is fairest to charge each client only for the services actually used in performing services for it.  The actual expenses incurred in providing professional services to the Debtors were absolutely necessary, reasonable, and justified under the circumstances to serve the needs of the Debtors.

55.    In summary, the services rendered by WilmerHale were necessary and beneficial to the Debtors and their estates, and were consistently performed in a timely manner commensurate with the complexity, importance, novelty and nature of the issues involved. Accordingly, WilmerHale respectfully submits that approval and allowance of the compensation and expense reimbursement sought herein is warranted.

56.    No prior application has been made in this Court or in any other court for the relief requested herein for the Interim Fee Period.

**WHEREFORE**, WilmerHale respectfully requests that this Court enter an order:

(a)    approving the allowance of **$49,505.70** for compensation for professional services rendered to the Debtors during the Interim Fee Period;

(b)    approving the reimbursement of WilmerHale's necessary and actual out-of-pocket expenses incurred in connection with the rendering of such services during the Interim Fee Period in the amount of **$244.56**;

(c)    authorizing and directing the Debtors to pay the fees and expenses awarded, including but not limited to any holdback; and

15

(d)    granting to WilmerHale such other and further relief as this Court may

deem just and proper.

Dated: December 2, 2020

By:    /s/ George W. Shuster, Jr.
George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors
in Possession*

# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

WilmerHale's hourly rates for services rendered in these chapter 11 cases are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled attorneys. In addition, WilmerHale's hourly rates for services rendered in these chapter 11 cases are comparable to the rates charged by the firm, and by comparably skilled practitioners in other firms, for complex regulatory and government affairs matters, whether in court or otherwise, regardless of whether a fee application is required. WilmerHale's blended hourly rates for attorneys and paraprofessionals for the 12-month period preceding the end of the Interim Fee Period are as set forth below.

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | **Billed**<br>Firmwide for preceding year, excluding bankruptcy[1] | **Billed**<br>Third Interim Fee Application |
| Partner | 1,099.21 | 1,550.00 |
| Counsel | 902.81 | 941.32 |
| Associate & Attorney | 605.37 | 664.68 |
| Paraprofessional | 384.55 | 435.63 |
| **All Timekeepers Aggregated:** | **$758.42** | **$613.07** |

---

[1] The blended hourly rate includes discounts and write-downs to reflect amounts that were actually billed by the firm.

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS IN THIRD INTERIM APPLICATION

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald J. Brown | Partner; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 11.10 | 17,205.00 |
| **Partners Total** | | | **11.10** | **17,205.00** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 940.00 | 3.10 | 2,914.00 |
| | | 955.00 | 0.30 | 286.50 |
| **Counsel Total** | | | **3.40** | **$3,200.50** |
| **Associates** | | | | |
| Ridge M. Blanchard | Associate; admitted to MA Bar since 2017 and DC Bar since 2018; Regulatory and Government Affairs. | 525.00 | 2.50 | 1,637.50 |
| Sheila E. Menz | Sr. Associate; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 2.30 | 1,874.50 |
| | | 860.00 | 0.20 | 172.00 |
| Elena M. Satten-Lopez | Associate; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 0.20 | 110.00 |
| Allyson M. Pierce | Associate; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 595.00 | 5.10 | 3,034.50 |
| | | 690.00 | 0.70 | 483.00 |
| **Associates Total** | | | **11.00** | **$7,311.50** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Paralegal; Litigation / Controversy. | 385.00 | 4.20 | 1,617.00 |
| Elizabeth W. Rockett | Legislative Assistant; Regulatory and Government Affairs. | 275.00 | 23.20 | 6,380.00 |

[1] WilmerHale increased its billing rates for certain professionals effective as of September 1, 2020 and negotiated a reduction of those rates with Purdue Pharma, L.P. This summary chart includes multiple entries for certain professionals and paraprofessionals to reflect the new rates.

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tamir Shemesh | Project Assistant; Securities Litigation & Enforcement. | 275.00 | 1.00 | 275.00 |
| Yolande Thompson | Sr. Paralegal; Bankruptcy & Financial Restructuring. | 545.00 | 38.60 | 21,037.00 |
| Saige Wenik | Sr. Project Assistant; Litigation / Controversy. | 325.00 | 1.10 | 357.50 |
| **Paraprofessionals Total** | | | **68.10** | **$29,666.50** |
| **TOTAL** | | | **93.60** | **$57,383.500** |
| **Less Agreed Reduction** | | | | **-$7,877.80** |
| **GRAND TOTAL** | | | **93.60** | **$49,505.70** |

# EXHIBIT C

## BUDGET

| PROJECT CATEGORY | ESTIMATED HOURS / MONTH | ESTIMATED FEES / MONTH |
|---|---|---|
| Fee/Employment Applications | 5-10 | $2,500 - $5,000 |
| Congressional Investigation | 25-50 | $17,500 - $35,000 |
| **TOTAL** | **30-60** | **$20,000 - $40,000** |

## STAFFING PLAN

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS | RANGE OF HOURLY RATE |
|---|---|---|
| Partner | 2 | $1,025.00 - $1,745.00 |
| Counsel | 1 | $1,005.00 |
| Associate | 4 | $525.00 - $905.000 |
| Paraprofessional | 5 | $290.00 - $575.00 |

## EXHIBIT D

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Fee/Employment Applications | 47.80 | 27,755.00[1] |
| Congressional Investigation | 45.80 | 29,628.50 |
| **Total** | **93.60** | **$57,383.50** |
| **Less Agreed Reduction** | | **-$7,877.80** |
| **GRAND TOTAL** | **93.60** | **$49,505.70** |

---

[1]  This amount relates to time spent preparing the second interim fee application and monthly fee statements for March, April, May, and June 2020. In addition, this amount does not include time expended by the partner responsible for supervising the preparation of fee statements and fee applications, which time is not billed to the client but rather absorbed by the firm.

# EXHIBIT E

### SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

| CATEGORY | AMOUNT |
|---|---|
| Court Services | 70.00 |
| Data Hosting | 115.20 |
| Federal Express | 59.36 |
| **TOTAL** | **$244.56** |

# **EXHIBIT F**

## **Certification**

George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**CERTIFICATION IN RESPECT OF AMENDED THIRD INTERIM FEE
APPLICATION OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Alyssa DaCunha, hereby certify as follows:

1.      I am a partner with the applicant firm, Wilmer Cutler Pickering Hale and Dorr

LLP ("**WilmerHale**"), with responsibility for the representation of the above-captioned debtors

and debtors in possession. I submit this Certification in compliance with the *Order Establishing*

*Procedures for Interim Compensation and Reimbursement of Expenses for Retained*

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

*Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), General Order M-447 of the Bankruptcy Court for the Southern District of New York (the "**Local Guidelines**"), and applicable requirements established by the Office of the United States Trustee (as amended, the "**UST Guidelines**").

2.      This certification is made in respect of the *Amended Third Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and Reimbursement of Expenses* (the "**Application**"), for the period commencing June 1, 2020 through and including September 30, 2020 in accordance with the Local Guidelines.

3.      With respect to section B.1 of the Local Guidelines, I certify that:

        a.      I have read the Application;

        b.      to the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Local Guidelines and UST Guidelines;

        c.      except to the extent that fees or disbursements are prohibited by the Local Guidelines or the UST Guidelines, the fees and expense reimbursements sought are billed at rates customarily employed by WilmerHale in bankruptcy matters of this type and generally accepted by WilmerHale's clients in such matters; and

        d.      in providing a reimbursable service, WilmerHale does not make a profit on that service, whether the service is performed by WilmerHale in-house or through a third party.

4.      With respect to section B.2 of the Local Guidelines, I certify that, in accordance with the terms of the Interim Compensation Order, the Debtors, the United States Trustee, the Official Committee of Unsecured Creditors (the "**Creditors Committee**"), and the Fee Examiner

2

have been provided with a statement of the fees and disbursements accrued during such month

containing a list of professionals and paraprofessionals providing services, their billing rates, the

aggregate hours spent by each professional and paraprofessional, a general description of the

services rendered, and a reasonably detailed breakdown of the disbursements incurred for each

month.

5.      With respect to section B.3 of the Local Guidelines, I certify that the Debtors, the

United States Trustee, the Creditors Committee, and the Fee Examiner are each being provided

with a copy of this Application.

6.      WilmerHale respectfully addresses the questions set forth in section C.5 of the

UST Guidelines as follows:

a.      **Question:**  Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

Answer:  The fees charged by WilmerHale in these cases are billed in accordance with its agreed-upon billing rates.  Prior to the petition date, the Debtors and WilmerHale agreed to a discounted fee arrangement, which WilmerHale and the Debtors agreed to maintain during the Interim Fee Period.

b.      **Question:**  If the fees sought in the fee application as compared to the fees budgeted for the time period covered by the fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

Answer:  Not Applicable.  The fees sought in the fee application ($49,505.70) were not 10% higher than the fees budgeted for the time period covered by the fee application ($72,500.00).

c.      **Question:** Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

Answer:  The professionals included in the Application did not vary their hourly rate based on geographic location of the bankruptcy case.

d.      **Question:** Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices other than reasonable fees for preparing fee applications?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include

3

reasonable fees for preparing a fee application).  If so, please quantify by hours and fees.

Answer:  During the Interim Fee Period, in connection with preparing certain monthly fee statements, WilmerHale expended approximately 6.60 hours for an aggregate value of $3,633.00 reviewing time records and invoices to ensure compliance with fee guidelines.

e.      **Question:** Does the fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

Answer:  During the Interim Fee Period, in connection with preparing certain monthly fee statements, WilmerHale expended approximately 3.40 hours for an aggregate value of $3,215.50 reviewing time records to redact any privileged or other confidential information.

f.      **Question:** If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance?  (ii) Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

Answer:  During the Interim Fee Period, WilmerHale increased its billing rates for certain professionals effective as of September 1, 2020 and negotiated a reduction of those rates with Purdue Pharma, L.P.

Dated:  December 2, 2020

 /s/ Alyssa DaCunha
Alyssa DaCunha
WILMER CUTLER PICKERING HALE
 AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

4

# EXHIBIT G

**Eighth Monthly Fee Statement**

WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**EIGHTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE
AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
JUNE 1, 2020 THROUGH JUNE 30, 2020**

| | |
|---|---|
| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | June 1, 2020 through June 30, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | **$15,565.95**[2]<br>**(80% of $19,457.44)** |
| **Total reimbursement of expenses requested in this statement** | **$115.20** |
| **Total compensation and reimbursement requested in this statement** | **$15,681.15** |
| **This is a(n):**   _X Monthly Application   __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019 [Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Eighth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from June 1, 2020 Through June 30, 2020* ("**Fee Statement**").[3]  By this Fee Statement, WilmerHale seeks (i) compensation in the amount of $15,565.95 which is 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $19,457.44), and (ii)

---

[2]  This amount reflects an agreed reduction in fees in the amount of $2,871.56.

[3]  The period from June 1, 2020 through and including June 30, 2020 is referred to herein as the "**Fee Period**."

payment of $115.20 for the actual, necessary expenses that WilmerHale incurred in connection with rendering such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.     Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures. As reflected in **Exhibit A**, WilmerHale incurred $22,329.00 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to $19,457.44. Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $15,565.95.

2.     Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,292.56.[4] The blended hourly billing rate of all paraprofessionals is $449.01.[5]

3.     Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $115.20 in connection with providing professional services to the Debtors during the Fee Period. These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates. Only the clients for whom the services are actually used are separately charged for such services.

---

[4] The blended hourly billing rate of $1,292.56 for attorneys is derived by dividing the total fees for attorneys of $10,340.50 by the total hours of 8.00.

[5] The blended hourly billing rate of $449.01 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $11,988.50 by the total hours of 26.70.

The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.    Attached hereto as **Exhibit D** is the related invoice showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.    WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $15,565.95 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $19,457.44), and (ii) payment of $115.20 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: August 18, 2020

By:    /s/ George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors
in Possession*

**Exhibit A**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (B160) | 19.00 | **10,706.50** |
| Congressional Investigation (L400) | 15.70 | **11,622.50** |
| **Total** | **34.70** | **$22,329.00** |
| **Less Agreed Reduction** | | **-$2,871.56** |
| **GRAND TOTAL** | | **$19,457.44** |

**Exhibit B**

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 5.60 | 8,680.00 |
| **Partners Total** | | | **5.60** | **$8,680.00** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; joined firm in 2013; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 940.00 | 0.70 | 658.00 |
| **Counsel Total** | | | **0.70** | **$658.00** |
| **Associates and Attorneys** | | | | |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 595.00 | 1.50 | 892.50 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 0.20 | 110.00 |
| **Associates and Attorneys Total** | | | **1.70** | **$1,002.50** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 0.50 | 192.50 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 8.30 | 2,282.50 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 545.00 | 16.80 | 9,156.00 |

---

[1] WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Saige Wenik | Sr. Project Assistant; joined firm in 2017; Litigation / Controversy. | 325.00 | 1.10 | 357.50 |
| **Paraprofessionals Total** | | | **26.70** | **$11,988.50** |
| **TOTAL** | | | **34.70** | **$22,329.00** |
| **Less Agreed Reduction** | | | | **-$2,871.56** |
| **GRAND TOTAL** | | | **34.70** | **$19,457.44** |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
| --- | --- |
| WHDS Data Hosting | 115.20 |
| **TOTAL** | **$115.20** |

**Exhibit D**

**Detailed Time Records and Expenses**

# WILMERHALE | WH

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 07/31/20 |
| Invoice No. | 2599461 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through June 30, 2020 in connection with the Post Bankruptcy:
House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 23,929.65 |
| Less 12% Volume Discount | | -2,871.56 |
| Total Disbursements | | 115.20 |
| **Total Amount Due** | **$** | **21,173.29** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ████████

Routing Number: ██████

Citibank NA One Penn's Way New Castle, DE  19720
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2599461
Invoice Date 07/31/20
Legal Services through June 30, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| B160 - Fee/Employment Applications | | | |
| 06/01/20 | Thompson, Yolande | 0.20 | Emails with Ms. Kennedy in Accounting re invoices for March and April fee statements |
| 06/02/20 | Thompson, Yolande | 0.50 | Review revised invoice for April 2020 to ensure compliance with bankruptcy guidelines |
| 06/02/20 | Thompson, Yolande | 0.50 | Review revised invoice for March 2020 to ensure compliance with bankruptcy guidelines |
| 06/02/20 | Thompson, Yolande | 0.50 | Prepare Monthly Fee Statement for March 2020 |
| 06/02/20 | Thompson, Yolande | 0.10 | Email to Ms. Kennedy in Accounting re revising document printing/copying charges and finalizing invoices for March and April 2020 |
| 06/02/20 | Thompson, Yolande | 0.50 | Prepare Monthly Fee Statement for April 2020 |
| 06/03/20 | Thompson, Yolande | 0.10 | Email to Ms. Kennedy in Accounting re finalized invoices for March and April 2020 |
| 06/04/20 | Thompson, Yolande | 1.50 | Update Monthly Fee Statement with related exhibits for March 2020 |
| 06/04/20 | Thompson, Yolande | 1.20 | Update Monthly Fee Statement with related exhibits for April 2020 |
| 06/05/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re invoices for March and April 2020 fee statements |
| 06/08/20 | Pierce, Allyson | 0.30 | Email Mr. Byrnes re March and April fee statements and reminder |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2599461
Invoice Date 07/31/20
Legal Services through June 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | for upcoming interim fee application due July 15 |
| 06/08/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. Thompson with drafts of March and April fee statements |
| 06/08/20 | Pierce, Allyson | 0.20 | Review March and April fee statements from Ms. Thompson |
| 06/08/20 | Thompson, Yolande | 0.50 | Review, proofread, finalize Monthly Fee Statement for April 2020 |
| 06/08/20 | Thompson, Yolande | 0.60 | Review, proofread, finalize Monthly Fee Statement for March 2020 |
| 06/08/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re invoices for March and April 2020 fee statements |
| 06/08/20 | Thompson, Yolande | 0.10 | Review emails between Ms. Pierce and Mr. Byrnes re fee statements |
| 06/08/20 | Thompson, Yolande | 0.10 | Email fee statements with exhibits for March and April 2020 to Ms. Pierce for attorney review |
| 06/15/20 | Byrnes, John T. | 0.70 | Revise fee statements |
| 06/15/20 | Pierce, Allyson | 0.10 | Email Mr. Shuster and Ms. Thompson re final draft of fee statements |
| 06/15/20 | Pierce, Allyson | 0.20 | Review final drafts of fee statements and email Messrs. Byrnes and Shuster for final approval |
| 06/15/20 | Pierce, Allyson | 0.10 | Email Mr. Byrnes re update on redactions to fee statements |
| 06/15/20 | Pierce, Allyson | 0.10 | Review and respond to Ms. Thompson email re update on March and April fee statements |
| 06/15/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 06/15/20 | Thompson, Yolande | 0.10 | Prepare postage voucher for service |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2599461
Invoice Date 07/31/20
Legal Services through June 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | via first class mail |
| 06/15/20 | Thompson, Yolande | 0.20 | E-file Sixth Monthly Fee Statement |
| 06/15/20 | Thompson, Yolande | 0.20 | E-file Fifth Monthly Fee Statement |
| 06/15/20 | Thompson, Yolande | 0.10 | Finalize Certificate of Service for filing |
| 06/15/20 | Thompson, Yolande | 0.10 | Review emails between Ms. Pierce and Mr. Byrnes re redacted invoices for fee statements |
| 06/15/20 | Thompson, Yolande | 0.10 | Email final PDFs of fee statements to attorneys for approval |
| 06/15/20 | Thompson, Yolande | 0.10 | Emails with Services re printing filed fee statements |
| 06/15/20 | Thompson, Yolande | 0.10 | Serve fee statements upon notice parties via email |
| 06/15/20 | Thompson, Yolande | 0.40 | Prepare Certificate of Service |
| 06/15/20 | Thompson, Yolande | 0.20 | Emails with Ms. Pierce re fee statements for March and April 2020 |
| 06/15/20 | Thompson, Yolande | 0.10 | Review, update files with filed March Fee Statement |
| 06/15/20 | Thompson, Yolande | 0.10 | Review, update files with filed April Fee Statement |
| 06/15/20 | Thompson, Yolande | 0.30 | Finalize April 2020 fee statement for filing |
| 06/15/20 | Thompson, Yolande | 0.10 | Review docket, download Order Granting First Fee Applications |
| 06/15/20 | Thompson, Yolande | 0.10 | Update service labels with counsel to fee examiner |
| 06/15/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Mr. Byrnes re authorization to e-file fee statements |
| 06/15/20 | Thompson, Yolande | 0.10 | Review Order Granting First Fee Applications to confirm amounts to be paid by Purdue |

Client No. 1653300                        Purdue Pharma, L.P.
Matter No. 1653300-00136                  Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2599461
Invoice Date 07/31/20
Legal Services through June 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/15/20 | Thompson, Yolande | 0.30 | Finalize March 2020 fee statement for filing |
| 06/15/20 | Thompson, Yolande | 0.10 | Review, update files with filed Certificate of Service for Fifth and Sixth Fee Statements |
| 06/15/20 | Thompson, Yolande | 0.10 | Emails with Services re sending packages containing filed fee statements via FedEx to Chambers and via first class mail to notice parties |
| 06/15/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re information related to fees to provide to Ms. MacDonald at Purdue |
| 06/16/20 | Pierce, Allyson | 0.20 | Review fee examiner report and attachments |
| 06/16/20 | Pierce, Allyson | 0.10 | Review emails from Mr. Shuster re fee examiner report and respond |
| 06/16/20 | Thompson, Yolande | 0.80 | Prepare draft Monthly Fee Statement for May 2020 |
| 06/16/20 | Thompson, Yolande | 0.10 | Review email from Mr. Shuster re payment of first interim fee holdback |
| 06/16/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re status of invoice for May fee statement |
| 06/16/20 | Thompson, Yolande | 2.80 | Prepare draft Second Interim Fee Application and related exhibits |
| 06/17/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re task codes inquiry received from Ms. MacDonald at Purdue |
| 06/17/20 | Thompson, Yolande | 2.50 | Continue preparing draft Second Interim Fee Application and related exhibits |
| 06/17/20 | Thompson, Yolande | 0.10 | Review fee examiner report |
| 06/17/20 | Thompson, Yolande | 0.10 | Review emails among partners re fee examiner report for first interim |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2599461
Invoice Date 07/31/20
Legal Services through June 30, 2020

| Date | Timekeeper | Hours | Description |
| --- | --- | --- | --- |
| | | | fee application |
| 06/18/20 | Thompson, Yolande | 0.10 | Review email from Mr. Shuster re timing to respond to fee examiner report |
| 06/23/20 | Thompson, Yolande | 0.10 | Email to Ms. Kennedy re status of invoice for May fee statement |
| 06/24/20 | Thompson, Yolande | 0.10 | Review email from Ms. Kennedy re status of invoice for May fee statement |
| 06/29/20 | Pierce, Allyson | 0.10 | Email Ms. Thompson re update on status of interim fee application |
| 06/29/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re second interim fee application |
| | | **19.00** | |

L400 - Congressional Investigation

| Date | Timekeeper | Hours | Description |
| --- | --- | --- | --- |
| 06/01/20 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |
| 06/02/20 | Brown, Reginald | 0.60 | Participate ███████████ |
| 06/02/20 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |
| 06/03/20 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |
| 06/04/20 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |
| 06/05/20 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |
| 06/08/20 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |
| 06/09/20 | Brown, Reginald | 0.60 | Participate ███████████ |
| 06/10/20 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |

Client No. 1653300              Purdue Pharma, L.P.
Matter No. 1653300-00136     Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2599461
Invoice Date 07/31/20
Legal Services through June 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/11/20 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |
| 06/12/20 | Wenik, Saige | 0.30 | Complete ███████████████ |
| 06/15/20 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |
| 06/16/20 | Brown, Reginald | 0.50 | Participate ███████████████ |
| 06/16/20 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |
| 06/17/20 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |
| 06/18/20 | Brown, Reginald | 0.50 | Participate ██████████ |
| 06/18/20 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |
| 06/18/20 | Satten-Lopez, Elena M. | 0.20 | Review ████████████ |
| 06/19/20 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |
| 06/20/20 | Brown, Reginald | 0.40 | Confer █████████ |
| 06/22/20 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |
| 06/23/20 | Brown, Reginald | 0.50 | Participate ████████████ |
| 06/23/20 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |
| 06/24/20 | Brown, Reginald | 1.00 | Participate ██████████████ |
| 06/24/20 | Rockett, Elizabeth W. | 0.50 | Complete ███████████████ |
| 06/25/20 | Wenik, Saige | 0.40 | Complete ████████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2599461
Invoice Date 07/31/20
Legal Services through June 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/26/20 | Lannon, William E. | 0.50 | File ███████████t |
| 06/26/20 | Wenik, Saige | 0.40 | Complete ███████ |
| 06/29/20 | Brown, Reginald | 1.00 | ██ call ████████ |
| 06/30/20 | Brown, Reginald | 0.30 | Participate ████ |
| 06/30/20 | Brown, Reginald | 0.20 | Participate ████████ |
| 06/30/20 | Rockett, Elizabeth W. | 0.30 | Complete ██████ |
| | | **15.70** | |

**Total**                        <u>**34.70**</u>

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2599461
Invoice Date 07/31/20
Legal Services through June 30, 2020

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 5.60 | 1,550.00 | 8,680.00 |
| Byrnes, John T. | 0.70 | 940.00 | 658.00 |
| Pierce, Allyson | 1.50 | 595.00 | 892.50 |
| Satten-Lopez, Elena M. | 0.20 | 550.00 | 110.00 |
| Thompson, Yolande | 16.80 | 545.00 | 9,156.00 |
| Lannon, William E. | 0.50 | 385.00 | 192.50 |
| Wenik, Saige | 1.10 | 325.00 | 357.50 |
| Rockett, Elizabeth W. | 8.30 | 275.00 | 2,282.50 |
| **Total Legal Services** | **34.70** | | **$22,329.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 19.00 | 10,706.50 |
| L400 | Congressional Investigation | 15.70 | 11,622.50 |
| **Total Legal Services** | | **34.70** | **$22,329.00** |

**DISBURSEMENTS**

| Description | Total |
|---|---|
| WHDS DATA HOSTING - INGESTED DOCUMENTS DOCUMENT INSTANCE HOSTING | 115.20 |
| **Total Disbursements** | **$115.20** |

# **EXHIBIT H**

## **Ninth Monthly Fee Statement**

WILMER CUTLER PICKERING HALE
 AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**NINTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE
AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
JULY 1, 2020 THROUGH JULY 31, 2020**

| Name of Applicant | Wilmer Cutler Pickering Hale and Dorr LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | July 1, 2020 through July 31, 2020 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | **$11,093.52**[2]<br>**(80% of $13,866.90)** |
| **Total reimbursement of expenses requested in this statement** | **$14.74** |
| **Total compensation and reimbursement requested in this statement** | **$11,108.26** |
| **This is a(n):**   _X Monthly Application    __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019 [Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Ninth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from July 1, 2020 Through July 31, 2020* ("**Fee Statement**").[3]  By this Fee Statement, WilmerHale seeks (i) compensation in the amount of $11,093.52 which is 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $13,866.90), and (ii)

---

[2]  This amount reflects an agreed reduction in fees in the aggregate amount of $2,447.10.

[3]  The period from July 1, 2020 through and including July 31, 2020 is referred to herein as the "**Fee Period**."

payment of $14.74 for the actual, necessary expenses that WilmerHale incurred in connection

with rendering such services during the Fee Period.

**Itemization of Services Rendered and Disbursement Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees

incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and

paraprofessionals during the Fee Period with respect to each of the project categories

WilmerHale established in accordance with its internal billing procedures.  As reflected in

**Exhibit A**, WilmerHale incurred $16,314.00 in fees during the Fee Period and, pursuant to its

agreement with Purdue Pharma, L.P., reduced that amount to $13,866.90.  Pursuant to this Fee

Statement, WilmerHale seeks compensation for 80% of such fees, totaling $11,093.52.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and

paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who

rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period

and the title, hourly rate, aggregate hours worked and the amount of fees earned by each

professional.  The blended hourly billing rate of attorneys for all services provided during the

Fee Period is $1,050.73.[4]  The blended hourly billing rate of all paraprofessionals is $463.73.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or

disbursed in the amount of $14.74 in connection with providing professional services to the

Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's

direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.

Only the clients for whom the services are actually used are separately charged for such services.

---

[4]  The blended hourly billing rate of $1,050.73 for attorneys is derived by dividing the total fees for attorneys of
$8,616.00 by the total hours of 8.20.

[5]  The blended hourly billing rate of $463.73 for paraprofessionals is similarly derived by dividing the total fees for
paraprofessionals of $7,698.00 by the total hours of 16.60.

The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.    Attached hereto as **Exhibit D** are the related invoices showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

**Notice**

5.    WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $11,093.52 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $13,866.90), and (ii) payment of $14.74 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: September 24, 2020

By:      /s/ George W. Shuster, Jr.
WILMER CUTLER PICKERING
HALE AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors
in Possession*

**Exhibit A**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (B160) | 16.40 | 10,016.00[1] |
| Analysis/Strategy related to Congressional Investigation (L120) | 8.40 | 6,298.00 |
| **Total** | **24.80** | **$16,314.00** |
| **Less Agreed Reduction** | | **-$2,447.10** |
| **GRAND TOTAL** | **24.80** | **$13,866.90** |

---

[1]  This amount relates to time spent preparing the second interim fee application and monthly fee statements for May and June 2020 (and does not relate to time for this fee statement).  In addition, this amount does not include additional time expended by the partner responsible for supervising the preparation of fee statements and fee applications, which time is not billed to the client but rather absorbed by the firm.

**Exhibit B**

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 3.00 | 4,650.00 |
| **Partners Total** | | | **3.00** | **$4,650.00** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; joined firm in 2013; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 940.00 | 2.40 | 2,256.00 |
| **Counsel Total** | | | **2.40** | **$2,256.00** |
| **Associates and Attorneys** | | | | |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 0.20 | 163.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 595.00 | 2.60 | 1,547.00 |
| **Associates and Attorneys Total** | | | **2.80** | **$1,710.00** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 0.50 | 192.50 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 4.70 | 1,292.50 |

---

[1] WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 545.00 | 11.40 | 6,213.00 |
| **Paraprofessionals Total** | | | **16.60** | **$7,698.00** |
| **TOTAL** | | | **24.80** | **$16,314.00** |
| **Less Agreed Reduction** | | | | **-$2,447.10** |
| **GRAND TOTAL** | | | **24.80** | **$13,866.90** |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Federal Express | 14.74 |
| **TOTAL** | **$14.74** |

**Exhibit D**

**Detailed Time Records and Expenses**

# WILMERHALE  |WH|

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ████████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 08/31/20 |
| Invoice No. | 2603279 |
| Matter No. | 1653300-00137 |

FOR LEGAL SERVICES RENDERED through July 31, 2020 in connection with the Fee and Retention Applications matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 10,016.00 |
| Less 15% Discount | | -1,502.40 |
| Total Disbursements | | 14.74 |
| **Total Amount Due** | **$** | **8,528.34** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ████████

Routing Number: ████████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                 Purdue Pharma, L.P.
Matter No. 1653300-00137           Fee and Retention Applications

Invoice No. 2603279
Invoice Date 08/31/20
Legal Services through July 31, 2020


Colleen  MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **B160 - Fee/Employment Applications** | | | |
| 07/07/20 | Byrnes, John T. | 0.30 | Review draft fee statement |
| 07/07/20 | Pierce, Allyson | 0.20 | Review drafts of May fee application and invoice from Ms. Thompson and forward same to Mr. Byrnes for review and redaction |
| 07/07/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. DaCunha re fee examiner follow-up |
| 07/07/20 | Pierce, Allyson | 0.10 | Email with Ms. Thompson re correspondence from fee examiner |
| 07/07/20 | Thompson, Yolande | 0.10 | Review email from Mr. Consla at Davis Polk re providing fee data for second interim fee period to fee examiner |
| 07/07/20 | Thompson, Yolande | 0.20 | Telephone conference with and review emails from Mr. Byrnes re edits to invoice for May fee statement |
| 07/07/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re process for providing fee data to fee examiner and status of May invoice |
| 07/07/20 | Thompson, Yolande | 0.20 | Emails with Ms. Kennedy re finalizing May invoice, LEDES data to be provided to fee examiner, and information needed to prepare interim fee application |
| 07/07/20 | Thompson, Yolande | 0.30 | Review invoice to ensure compliance with bankruptcy guidelines |
| 07/07/20 | Thompson, Yolande | 0.70 | Update, proofread, finalize May fee statement |
| 07/07/20 | Thompson, Yolande | 0.10 | Email fee statement and invoice to Ms. Pierce for attorney review |
| 07/07/20 | Thompson, Yolande | 2.30 | Continue preparing second interim fee application |

Client No. 1653300                         Purdue Pharma, L.P.
Matter No. 1653300-00137                   Fee and Retention Applications

Invoice No. 2603279
Invoice Date 08/31/20
Legal Services through July 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/09/20 | Pierce, Allyson | 0.20 | Review and respond to email from Ms. Thompson re draft of second interim fee application |
| 07/09/20 | Pierce, Allyson | 0.10 | Email with Messrs. Byrnes, Shuster, Mses. DaCunha, and Thompson re second interim fee statement |
| 07/09/20 | Pierce, Allyson | 0.40 | Review draft of second interim fee application |
| 07/09/20 | Thompson, Yolande | 0.10 | Email draft second interim fee application to Ms. Pierce for attorney review and input |
| 07/09/20 | Thompson, Yolande | 2.30 | Update, proofread, finalize draft second interim fee application for attorney review |
| 07/10/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. Thompson re LEDES information for fee examiner update |
| 07/10/20 | Pierce, Allyson | 0.20 | Email with Davis Polk and fee examiner with LEDES for second interim fee period |
| 07/10/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re invoices for February 1, 2020 to May 31, 2020 in LEDES format |
| 07/10/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re invoices for second interim fee period in LEDES format for fee examiner |
| 07/10/20 | Thompson, Yolande | 0.20 | Review and rename invoices in LEDES format |
| 07/10/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce re sending invoices in LEDES format to fee examiner |
| 07/13/20 | Byrnes, John T. | 0.80 | Review second interim fee application |
| 07/13/20 | Pierce, Allyson | 0.10 | Send follow-up email to Mr. Byrnes re additional information needed for the second interim fee application |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00137                    Fee and Retention Applications

Invoice No. 2603279
Invoice Date 08/31/20
Legal Services through July 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/13/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re May fee statement and second interim fee application |
| 07/14/20 | Byrnes, John T. | 1.30 | Revise budget for second interim fee application |
| 07/14/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. Thompson re May fee statement and follow-up with Messrs. Shuster and Byrnes |
| 07/14/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. DaCunha re interim fee application |
| 07/14/20 | Pierce, Allyson | 0.20 | Review proposed budget draft and certification language in Mr. Byrnes email to Mr. Brown |
| 07/14/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce, Messrs. Byrnes, and Shuster re authorization to e-file fee statement |
| 07/14/20 | Thompson, Yolande | 0.10 | Review email from Mr. Byrnes enclosing redacted invoice for May fee statement |
| 07/14/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re filing May fee statement |
| 07/14/20 | Thompson, Yolande | 0.10 | Serve fee statement upon notice parties via email |
| 07/14/20 | Thompson, Yolande | 0.20 | E-file Seventh Monthly Fee Statement |
| 07/14/20 | Thompson, Yolande | 0.20 | Prepare Certificate of Service |
| 07/14/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| 07/14/20 | Thompson, Yolande | 0.20 | Finalize May 2020 fee statement for filing |
| 07/14/20 | Thompson, Yolande | 0.10 | Coordinate with Services re sending copies of filed fee statement to Chambers via FedEx and to notice parties via first class mail |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00137               Fee and Retention Applications

Invoice No. 2603279
Invoice Date 08/31/20
Legal Services through July 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/14/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 07/14/20 | Thompson, Yolande | 0.20 | Retrieve, update files with filed May Fee Statement and related Certificate of Service |
| 07/14/20 | Thompson, Yolande | 0.10 | Email final PDFs of fee statement to attorneys for approval |
| 07/14/20 | Thompson, Yolande | 0.10 | Review emails among attorneys and Accounting re second interim fee application |
| 07/15/20 | Pierce, Allyson | 0.10 | Review and respond to email from Ms. Nobis re transmittal of LEDES data for fee examiner review |
| 07/15/20 | Pierce, Allyson | 0.20 | Coordinate with Ms. Thompson re finalizing second interim fee application |
| 07/15/20 | Thompson, Yolande | 0.10 | Serve fee application upon notice parties via email |
| 07/15/20 | Thompson, Yolande | 0.10 | Coordinate with Services re sending copies of filed fee application to Chambers and notice parties |
| 07/15/20 | Thompson, Yolande | 0.20 | E-file Second Interim Fee Application |
| 07/15/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| 07/15/20 | Thompson, Yolande | 0.10 | Prepare Certificate of Service |
| 07/15/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 07/15/20 | Thompson, Yolande | 0.20 | Retrieve, update files with filed Fee Application and related Certificate of Service |
| 07/15/20 | Thompson, Yolande | 0.70 | Update, finalize second interim fee application and exhibits for filing |
| 07/15/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce, Messrs. Byrnes, and Brown re approval of budget information to be included in fee application |
| 07/15/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00137               Fee and Retention Applications

Invoice No. 2603279
Invoice Date 08/31/20
Legal Services through July 31, 2020

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| | | | Mr. Byrnes re authorization to e-file fee application |
| 07/15/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re finalized second interim fee application with exhibits for attorney review and approval |
| 07/24/20 | Pierce, Allyson | 0.40 | Calendar upcoming deadlines for fee statements and applications |
| 07/24/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re confirming deadlines for June monthly statement and Third Interim Fee Application |
| 07/24/20 | Thompson, Yolande | 0.20 | Review Interim Compensation Order to confirm deadlines |
| 07/29/20 | Thompson, Yolande | 0.50 | Review June invoice to ensure compliance with bankruptcy guidelines |
| | | **16.40** | |

| | | | |
|---|---|---|---|
| **Total** | | **16.40** | |

Client No. 1653300                         Purdue Pharma, L.P.
Matter No. 1653300-00137                   Fee and Retention Applications

Invoice No. 2603279
Invoice Date 08/31/20
Legal Services through July 31, 2020

| Date | Cost | Description |
|------|------|-------------|
| 07/08/20 | 14.74 | Federal Express Corp; Invoice# 704540645 (Jun-23,2020); Inv#704540645 393883892853 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
|  | 14.74 | |

Total Disbursements      $      **14.74**

Client No. 1653300                      Purdue Pharma, L.P.
Matter No. 1653300-00137                Fee and Retention Applications

Invoice No. 2603279
Invoice Date 08/31/20
Legal Services through July 31, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Byrnes, John T. | 2.40 | 940.00 | 2,256.00 |
| Pierce, Allyson | 2.60 | 595.00 | 1,547.00 |
| Thompson, Yolande | 11.40 | 545.00 | 6,213.00 |
| **Total Legal Services** | **16.40** | | **$10,016.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 16.40 | 10,016.00 |
| **Total Legal Services** | | **16.40** | **$10,016.00** |

## DISBURSEMENTS

| Description | Total |
|---|---|
| FEDERAL EXPRESS | 14.74 |
| **Total Disbursements** | **$14.74** |

# WILMERHALE

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 08/31/20 |
| Invoice No. | 2603273 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through July 31, 2020 in connection with the Post Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 6,298.00 |
| Less 15% Discount | | -944.70 |
| **Total Amount Due** | **$** | **5,353.30** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ███████

Routing Number: ███████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2603273
Invoice Date 08/31/20
Legal Services through July 31, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| L120 - Analysis/Strategy | | | |
| 07/01/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████████ |
| 07/02/20 | Rockett, Elizabeth W. | 0.30 | Complete ██████████ |
| 07/06/20 | Rockett, Elizabeth W. | 0.20 | Complete ███████ |
| 07/07/20 | Brown, Reginald | 0.50 | Participate ████████ |
| 07/07/20 | Rockett, Elizabeth W. | 0.30 | Complete ██████████████ |
| 07/08/20 | Rockett, Elizabeth W. | 0.20 | Complete ███████████ |
| 07/09/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████ |
| 07/10/20 | Rockett, Elizabeth W. | 0.30 | Complete █████████ |
| 07/13/20 | Lannon, William E. | 0.50 | File ████████ |
| 07/13/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████ |
| 07/16/20 | Rockett, Elizabeth W. | 0.30 | Complete █████████ |
| 07/17/20 | Rockett, Elizabeth W. | 0.30 | Complete █████████ |
| 07/22/20 | Brown, Reginald | 2.50 | Participate ██████ |
| 07/22/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████ |
| 07/23/20 | Rockett, Elizabeth W. | 0.30 | Complete █████████ |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2603273
Invoice Date 08/31/20
Legal Services through July 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|------:|-------------|
| 07/24/20 | Rockett, Elizabeth W. | 0.30 | Complete ██████████████ |
| 07/28/20 | Rockett, Elizabeth W. | 0.30 | Complete ██████████████ |
| 07/29/20 | Rockett, Elizabeth W. | 0.30 | Complete ██████████████ |
| 07/30/20 | Menz, Sheila E. | 0.20 | Analyze ███████████████ |
| 07/30/20 | Rockett, Elizabeth W. | 0.20 | Complete ██████████████ |
| 07/31/20 | Rockett, Elizabeth W. | 0.20 | Complete ██████████████ |
| | | **8.40** | |

**Total**                            **8.40**

Client No. 1653300                       Purdue Pharma, L.P.
Matter No. 1653300-00136                 Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2603273
Invoice Date 08/31/20
Legal Services through July 31, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 3.00 | 1,550.00 | 4,650.00 |
| Menz, Sheila E. | 0.20 | 815.00 | 163.00 |
| Lannon, William E. | 0.50 | 385.00 | 192.50 |
| Rockett, Elizabeth W. | 4.70 | 275.00 | 1,292.50 |
| **Total Legal Services** | **8.40** | | **$6,298.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| L120 | Analysis/Strategy | 8.40 | 6,298.00 |
| **Total Legal Services** | | **8.40** | **$6,298.00** |

# **EXHIBIT I**

## **Tenth Monthly Fee Statement**

WILMER CUTLER PICKERING HALE
 AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Reginald Brown
Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**TENTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE
AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| | |
|---|---|
| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | August 1, 2020 through August 31, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $5,912.19[2]<br>(80% of $7,390.24) |
| Total reimbursement of expenses requested in this statement | $29.70 |
| Total compensation and reimbursement requested in this statement | $5,941.89 |
| **This is a(n):**   _X Monthly Application   __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States

Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order*

*Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as*

*Special Counsel  for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019

[Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21,

2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale

and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in

possession (collectively, the "**Debtors**"), submits this *Tenth Monthly Fee Statement for*

*Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period*

*from August 1, 2020 Through August 31, 2020* ("**Fee Statement**").[3]  By this Fee Statement,

WilmerHale seeks (i) compensation in the amount of $5,912.19 which is 80% of the total amount

of reasonable compensation for actual, necessary legal services that WilmerHale incurred in

connection with such services during the Fee Period (i.e., $7,390.24), and (ii) payment of $29.70

---

[2]  This amount reflects an agreed reduction in fees in the aggregate amount of $1,007.76.

[3]  The period from August 1, 2020 through and including August 31, 2020 is referred to herein as the "**Fee Period**."

2

for the actual, necessary expenses that WilmerHale incurred in connection with rendering such services during the Fee Period.

**Itemization of Services Rendered and Disbursement Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, WilmerHale incurred $8,398.00 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to $7,390.24.[4]  Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $5,912.19.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $704.29.[5]  The blended hourly billing rate of all paraprofessionals is $420.19.[6]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $29.70 in connection with providing professional services to the Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.

---

[4] Timekeepers who billed less than one hour for this Fee Period were excluded from this Fee Statement.

[5] The blended hourly billing rate of $704.29 for attorneys is derived by dividing the total fees for attorneys of $3,944.00 by the total hours of 5.60.

[6] The blended hourly billing rate of $420.19 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $8,398.00 by the total hours of 16.20.

Only the clients for whom the services are actually used are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.        Attached hereto as **Exhibit D** are the related invoices showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

**Notice**

5.        WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $5,912.19 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $7,390.24), and (ii) payment of $29.70 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

4

Dated: October 26, 2020

By:    /s/ George W. Shuster, Jr.
       WILMER CUTLER PICKERING
       HALE AND DORR LLP

       George W. Shuster, Jr.
       7 World Trade Center
       New York, NY  10007
       Telephone:  (212) 937-7518
       Facsimile:  (212) 230-8888

       Reginald Brown
       Alyssa DaCunha
       1875 Pennsylvania Avenue, N.W.
       Washington, D.C. 20006
       Telephone:  (202) 663-6000
       Facsimile:  (202) 663-6363

       *Special Counsel to the Debtors and Debtors
       in Possession*

**Exhibit A**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (B160) | 6.70 | 3,701.50 |
| Analysis/Strategy related to Congressional Investigation (L120) | 9.50 | 4,696.50 |
| **Total** | **16.20** | **$8,398.00** |
| **Less Agreed Reduction** | | **-$1,007.76** |
| **GRAND TOTAL** | **16.20** | **$7,390.24** |

**Exhibit B**

**Professional & Paraprofessional Fees**

| Professional[1] | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[2] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Associates** | | | | |
| Ridge M. Blanchard | Associate; joined firm in 2016; admitted to MA Bar since 2017 and DC Bar since 2018; Regulatory and Government Affairs. | 655.00 | 2.50 | 1,637.50 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 815.00 | 2.10 | 1,711.50 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 595.00 | 1.00 | 595.00 |
| **Associates Total** | | | **5.60** | **$3,944.00** |
| **Paraprofessionals** | | | | |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 3.90 | 1,072.50 |
| Tamir Shemesh | Project Assistant; joined firm in 2018; Securities Litigation & Enforcement. | 275.00 | 1.00 | 275.00 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 545.00 | 5.70 | 3,106.50 |
| **Paraprofessionals Total** | | | **10.60** | **$4,454.00** |
| **TOTAL** | | | **16.20** | **$8,398.00** |
| **Less Agreed Reduction** | | | | **-$1,007.76** |
| **GRAND TOTAL** | | | **16.20** | **$7,390.24** |

---

[1] Timekeepers who billed less than one hour for this Fee Period were excluded from this Fee Statement.

[2] WilmerHale increased its standard billing rates effective as of January 1, 2020 and negotiated a reduction of those rates with the Debtors.

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| Federal Express | 29.70 |
| **TOTAL** | **$29.70** |

**Exhibit D**

**Detailed Time Records and Expenses**

# WILMERHALE

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▮▮▮▮▮▮
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 10/13/20 |
| Invoice No. | 2608076 |
| Matter No. | 1653300-00137 |

FOR LEGAL SERVICES RENDERED through August 31, 2020 in connection with the Fee and Retention Applications matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 3,701.50 |
| Less 12% Volume Discount | | -444.18 |
| Total Disbursements | | 29.70 |
| **Total Amount Due** | **$** | **3,287.02** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ▮▮▮▮▮▮

Routing Number: ▮▮▮▮▮▮

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2608076
Invoice Date 10/13/20
Legal Services through August 31, 2020


Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| B160 - Fee/Employment Applications | | | |
| 08/03/20 | Thompson, Yolande | 1.50 | Prepare draft Monthly Fee Statement for June 2020 |
| 08/06/20 | Pierce, Allyson | 0.10 | Email Mr. Byrnes, Mr. Shuster and Ms. DaCunha drafts of June fee statement |
| 08/06/20 | Pierce, Allyson | 0.20 | Review initial drafts of June fee statement from Ms. Thompson |
| 08/06/20 | Thompson, Yolande | 0.20 | Review finalized invoice for June 2020 |
| 08/06/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re finalized invoice for June |
| 08/06/20 | Thompson, Yolande | 0.50 | Proofread, finalize Monthly Fee Statement for June 2020 |
| 08/06/20 | Thompson, Yolande | 0.10 | Email June fee statement and invoice to Ms. Pierce for attorney review and approval |
| 08/06/20 | Thompson, Yolande | 0.10 | Review email from Ms. Pierce transmitting June fee statement and invoice to Mr. Byrnes |
| 08/12/20 | Pierce, Allyson | 0.10 | Email Mr. Byrnes for status update on June fee statement |
| 08/12/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re status of approving June fee statement |
| 08/12/20 | Thompson, Yolande | 0.10 | Review emails from Mr. Byrnes and Ms. Pierce re June fee statement and redacted invoice |
| 08/17/20 | Pierce, Allyson | 0.10 | Follow up with Mr. Byrnes re status of June fee statement redactions |
| 08/17/20 | Thompson, Yolande | 0.10 | Review email from Ms. Pierce to |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00137                    Fee and Retention Applications

Invoice No. 2608076
Invoice Date 10/13/20
Legal Services through August 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | Mr. Byrnes re status of June fee statement and redacted invoice |
| 08/17/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re status of approving June fee statement |
| 08/18/20 | Pierce, Allyson | 0.20 | Review June fee statement |
| 08/18/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 08/18/20 | Thompson, Yolande | 0.20 | E-file Eighth Monthly Fee Statement |
| 08/18/20 | Thompson, Yolande | 0.10 | Coordinate with Services re sending copies of filed fee statement to Chambers via FedEx and to notice parties via first class mail |
| 08/18/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| 08/18/20 | Thompson, Yolande | 0.10 | Serve fee statement upon notice parties via email |
| 08/18/20 | Thompson, Yolande | 0.10 | Download, update files with filed Fee Statement and related Certificate of Service |
| 08/18/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce, Mr. Shuster, and Mr. Brown re approval of fee statement |
| 08/18/20 | Thompson, Yolande | 0.20 | Finalize June 2020 fee statement for filing |
| 08/18/20 | Thompson, Yolande | 0.20 | Prepare Certificate of Service for fee statement |
| 08/18/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re authorization to file June fee statement |
| 08/18/20 | Thompson, Yolande | 0.10 | Review email from Mr. Byrnes enclosing redacted invoice for June fee statement |
| 08/24/20 | Pierce, Allyson | 0.10 | Email Davis Polk per Mr. Shuster re attendance at fee hearing |
| 08/24/20 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re hearing on second interim fee application |

Client No. 1653300                         Purdue Pharma, L.P.
Matter No. 1653300-00137                   Fee and Retention Applications

Invoice No. 2608076
Invoice Date 10/13/20
Legal Services through August 31, 2020

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 08/24/20 | Thompson, Yolande | 0.10 | Review emails from Mr. Shuster re agreement with fee examiner to reduce fees for second interim period |
| 08/24/20 | Thompson, Yolande | 0.10 | Review Notice of Second Interim Fee Hearing |
| 08/24/20 | Thompson, Yolande | 0.10 | Review fee examiner interim report with respect to Second Interim Fee Application |
| 08/24/20 | Thompson, Yolande | 0.10 | Review email from Ms. Pierce to Mr. Consla at Davis Polk re hearing on fee applications |
| 08/24/20 | Thompson, Yolande | 0.10 | Emails with Ms. MacDonald at Purdue re agreed reduction in fees for second interim period |
| 08/24/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re contacts at Davis Polk for fee applications |
| 08/25/20 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re scheduling telephonic participation in hearing on second interim fee application |
| 08/25/20 | Thompson, Yolande | 0.10 | Review emails between Ms. Pierce and Mr. Consla at Davis Polk re hearing on fee applications |
| 08/25/20 | Thompson, Yolande | 0.10 | Schedule Mr. Shuster's telephonic participation in hearing via CourtSolutions |
| 08/26/20 | Pierce, Allyson | 0.20 | Review proposed second interim fee order |
| 08/26/20 | Thompson, Yolande | 0.10 | Review email from Mr. Shuster re Judge's concerns raised during fee hearing |
| 08/26/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Mr. Shuster re proposed order authorizing payment of remaining fees |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2608076
Invoice Date 10/13/20
Legal Services through August 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/31/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re data for June 2020 requested by Ms. Nobis, fee coordinator for fee examiner |
| 08/31/20 | Thompson, Yolande | 0.10 | Email to Ms. Kennedy requesting LEDES file for June 2020 |
|  |  | **6.70** |  |
| **Total** |  | **6.70** |  |

Client No. 1653300  
Matter No. 1653300-00137

Purdue Pharma, L.P.  
Fee and Retention Applications

Invoice No. 2608076  
Invoice Date 10/13/20  
Legal Services through August 31, 2020

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|------------|------:|-----:|------:|
| Pierce, Allyson | 1.00 | 595.00 | 595.00 |
| Thompson, Yolande | 5.70 | 545.00 | 3,106.50 |
| **Total Legal Services** | **6.70** | | **$3,701.50** |

| Task | Description | Hours | Value |
|------|-------------|------:|------:|
| B160 | Fee/Employment Applications | 6.70 | 3,701.50 |
| **Total Legal Services** | | **6.70** | **$3,701.50** |

**DISBURSEMENTS**

| Description | Total |
|-------------|------:|
| FEDERAL EXPRESS | 29.70 |
| **Total Disbursements** | **$29.70** |

# WILMERHALE

**WH**

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 10/08/20 |
| Invoice No. | 2607703 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through August 31, 2020 in connection with the Post Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 4,696.50 |
| Less 12% Volume Discount | | -563.58 |
| **Total Amount Due** | **$** | **4,132.92** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ███████

Routing Number: ███████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2607703
Invoice Date 10/08/20
Legal Services through August 31, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| L120 - Analysis/Strategy | | | |
| 08/03/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 08/04/20 | Blanchard, Ridge M. | 2.40 | Analyze |
| 08/04/20 | Blanchard, Ridge M. | 0.10 | Confer |
| 08/04/20 | Menz, Sheila E. | 0.10 | Call |
| 08/04/20 | Menz, Sheila E. | 0.50 | Review |
| 08/04/20 | Menz, Sheila E. | 0.30 | Correspond |
| 08/04/20 | Menz, Sheila E. | 0.40 | Analyze |
| 08/04/20 | Menz, Sheila E. | 0.20 | Analyze |
| 08/04/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 08/05/20 | Menz, Sheila E. | 0.40 | Multiple communications |
| 08/05/20 | Rockett, Elizabeth W. | 0.30 | Complete |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2607703
Invoice Date 10/08/20
Legal Services through August 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|------:|-------------|
| 08/05/20 | Shemesh, Tamir | 1.00 | Prepare ███████████ |
| 08/06/20 | Menz, Sheila E. | 0.10 | Correspond ███████████ |
| 08/06/20 | Menz, Sheila E. | 0.10 | Analyze ██████ |
| 08/06/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████ |
| 08/07/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████ |
| 08/10/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████ |
| 08/11/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████ |
| 08/12/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████ |
| 08/13/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████ |
| 08/14/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████ |
| 08/27/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████ |
| 08/28/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████ |
| 08/31/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████ |
| | | **9.50** | |

**Total**                                    **9.50**

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2607703
Invoice Date 10/08/20
Legal Services through August 31, 2020

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Menz, Sheila E. | 2.10 | 815.00 | 1,711.50 |
| Blanchard, Ridge M. | 2.50 | 655.00 | 1,637.50 |
| Rockett, Elizabeth W. | 3.90 | 275.00 | 1,072.50 |
| Shemesh, Tamir | 1.00 | 275.00 | 275.00 |
| **Total Legal Services** | **9.50** | | **$4,696.50** |

| Task | Description | Hours | Value |
|------|-------------|-------|-------|
| L120 | Analysis/Strategy | 9.50 | 4,696.50 |
| **Total Legal Services** | | **9.50** | **$4,696.50** |

# EXHIBIT J

**Amended Eleventh Monthly Fee Statement**

WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**AMENDED[2] ELEVENTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 1, 2020 THROUGH SEPTEMBER 30, 2020**

| | |
|---|---|
| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | September 1, 2020 through September 30, 2020 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

[2]  This amended fee statement is being filed to correct an error with respect to the rates that were applied. WilmerHale increased its standard billing rates for certain professionals effective as of September 1, 2020 and negotiated a reduction of those rates with the Debtors.  However, the new rates were not implemented correctly in our firm's accounting system at the time that the related invoices for services rendered in September 2020 were generated.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $7,032.90[3] (80% of $8,791.12) |
| Total reimbursement of expenses requested in this statement | $84.92 |
| Total compensation and reimbursement requested in this statement | $7,117.82 |
| **This is a(n):**  _X Monthly Application  __ Interim Application  __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019 [Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Eleventh Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2020 Through September 30, 2020* ("**Fee Statement**").[4]  By this Fee Statement, WilmerHale seeks (i) compensation in the amount of $7,032.90 which is 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $8,791.12), and (ii)

---

[3]  This amount reflects an agreed reduction in fees in the aggregate amount of $1,551.38.

[4]  The period from September 1, 2020 through and including September 30, 2020 is referred to herein as the "**Fee Period**."

2

payment of $84.92 for the actual, necessary expenses that WilmerHale incurred in connection with rendering such services during the Fee Period.

**Itemization of Services Rendered and Disbursement Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, WilmerHale incurred $10,342.50 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to $8,791.12.  Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $7,032.90.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $1,301.76.[5]  The blended hourly billing rate of all paraprofessionals is $389.15.[6]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $84.92 in connection with providing professional services to the Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates. Only the clients for whom the services are actually used are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would unfairly impose

---

[5]  The blended hourly billing rate of $1,301.76 for attorneys is derived by dividing the total fees for attorneys of $4,816.50 by the total hours of 3.70.

[6]  The blended hourly billing rate of $389.15 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $5,526.00 by the total hours of 14.20.

additional cost upon clients who do not require extensive photocopying, delivery and other

services.

4.      Attached hereto as **Exhibit D** are the related invoices showing the time records of

WilmerHale for the Fee Period organized by project category with a daily time log describing the

time spent by each attorney and other professional during the Fee Period as well as an

itemization of expenses.

## **Notice**

5.      WilmerHale will provide notice of this Fee Statement in accordance with the

Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the

Debtors, respectfully requests (i) compensation in the amount of $7,032.90, which is equal to

80% of the total amount of reasonable compensation for actual, necessary legal services that

WilmerHale incurred in connection with such services during the Fee Period (i.e., $8,791.12),

and (ii) payment of $84.92 for the actual, necessary expenses that WilmerHale incurred in

connection with such services during the Fee Period.

Dated:  December 2, 2020

By:    /s/ George W. Shuster, Jr.
WILMER CUTLER PICKERING
HALE AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors
in Possession*

**Exhibit A**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee/Employment Applications (B160) | 5.70 | 3,331.00[1] |
| Analysis/Strategy related to Congressional Investigation (L120) | 12.20 | 7,011.50 |
| **Total** | **17.90** | **$10,342.50** |
| **Less Agreed Reduction** | | **-$1,551.38** |
| **GRAND TOTAL** | **17.90** | **$8,791.12** |

---

[1]  This amount relates to time spent preparing the monthly fee statement for July 2020 (and does not relate to time for this fee statement).  In addition, this amount does not include additional time expended by the partner responsible for supervising the preparation of fee statements and fee applications, which time is not billed to the client but rather absorbed by the firm.

**<u>Exhibit B</u>**

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 2.50 | 3,875.00 |
| **Partners Total** | | | **2.50** | **$3,875.00** |
| **Counsel** | | | | |
| John T. Byrnes | Counsel; joined firm in 2013; admitted to NY Bar since 2013 and DC Bar since 2014; Government & Regulatory Litigation. | 955.00 | 0.30 | 286.50 |
| **Counsel Total** | | | **0.30** | **$286.50** |
| **Associates** | | | | |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 860.00 | 0.20 | 172.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 690.00 | 0.70 | 483.00 |
| **Associates Total** | | | **0.90** | **$655.00** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 3.20 | 1,232.00 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 6.30 | 1,732.50 |

---

[1] WilmerHale increased its standard billing rates for certain professionals effective as of September 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 545.00 | 4.70 | 2,561.50 |
| **Paraprofessionals Total** | | | **14.20** | **$5,526.00** |
| **TOTAL** | | | **17.90** | **$10,342.50** |
| **Less Agreed Reduction** | | | | **-$1,551.38** |
| **GRAND TOTAL** | | | **17.90** | **$8,791.12** |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|------------------|---------------:|
| Court Services | 70.00 |
| Federal Express | 14.92 |
| **TOTAL** | **$84.92** |

**Exhibit D**

**Detailed Time Records and Expenses**

# WILMERHALE

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▇▇▇▇▇
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 11/24/20 |
| Invoice No. | 2611238 |
| Matter No. | 1653300-00137 |

FOR LEGAL SERVICES RENDERED through September 30, 2020 in connection with the Fee and Retention Applications matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 3,331.00 |
| Less 15% Discount | | -499.65 |
| Total Disbursements | | 84.92 |
| **Total Amount Due** | **$** | **2,916.27** |

**PLEASE NOTE:**
**In preparation for our fiscal year-end, please remit payment by Monday December 28, 2020.**
**If you have a fiscal year-end billing deadline, please advise us by emailing**
**WHFinanceClientAccounting@wilmerhale.com. Thank you, in advance.**

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ▇▇▇▇▇

Routing Number: ▇▇▇▇▇

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00137

Purdue Pharma, L.P.
Fee and Retention Applications

Invoice No. 2611238
Invoice Date 11/24/20
Legal Services through September 30, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/01/20 | Pierce, Allyson | 0.10 | Email LEDES data for eighth monthly fee statement as requested |
| 09/01/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re LEDES file for June 2020 |
| 09/01/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re data for June 2020 requested by fee examiner |
| 09/01/20 | Thompson, Yolande | 0.20 | Review LEDES file for June 2020 |
| 09/01/20 | Thompson, Yolande | 0.10 | Review email from Ms. Pierce transmitting data for June 2020 to Ms. Nobis |
| 09/02/20 | Thompson, Yolande | 0.10 | Email to Ms. MacDonald at Purdue re omnibus order approving agreed reduction in fees |
| 09/02/20 | Thompson, Yolande | 0.10 | Review Omnibus Order Granting Second Interim Fee Applications |
| 09/14/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re July 2020 Fee Statement with exhibits for attorney review |
| 09/14/20 | Thompson, Yolande | 1.60 | Prepare Monthly Fee Statement with related exhibits for July 2020 |
| 09/14/20 | Thompson, Yolande | 0.60 | Review invoices to ensure compliance with bankruptcy guidelines |
| 09/15/20 | Pierce, Allyson | 0.20 | Review draft of July fee statement |
| 09/15/20 | Pierce, Allyson | 0.10 | Email draft of July fee statement to Messrs. Byrnes, Shuster, and Ms. DaCunha |
| 09/15/20 | Thompson, Yolande | 0.10 | Review email from Ms. Pierce transmitting July 2020 fee statement with exhibits to other attorneys for review |
| 09/23/20 | Byrnes, John T. | 0.30 | Review draft fee statement |
| 09/24/20 | Pierce, Allyson | 0.10 | Review and respond to email from Mr. Byrnes with edits to monthly fee statement |
| 09/24/20 | Pierce, Allyson | 0.20 | Review and respond to emails from Ms. Thompson |

Client No. 1653300  
Matter No. 1653300-00137  

Purdue Pharma, L.P.  
Fee and Retention Applications  

Invoice No. 2611238  
Invoice Date 11/24/20  
Legal Services through September 30, 2020  

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | and Mr. Shuster re edits to monthly fee statement |
| 09/24/20 | Thompson, Yolande | 0.10 | Serve fee statement upon notice parties via email |
| 09/24/20 | Thompson, Yolande | 0.10 | Download, update files with filed fee statement and related Certificate of Service |
| 09/24/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 09/24/20 | Thompson, Yolande | 0.20 | E-file Ninth Monthly Fee Statement |
| 09/24/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re revised fee statement |
| 09/24/20 | Thompson, Yolande | 0.10 | Review email from Mr. Byrnes re July fee statement |
| 09/24/20 | Thompson, Yolande | 0.30 | Revise, finalize July 2020 fee statement |
| 09/24/20 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re revisions to fee statement |
| 09/24/20 | Thompson, Yolande | 0.20 | Prepare Certificate of Service for fee statement |
| 09/24/20 | Thompson, Yolande | 0.10 | Email finalized fee statement to attorneys for approval |
| 09/24/20 | Thompson, Yolande | 0.10 | Coordinate with Office Services re sending hard copies of filed fee statement to Chambers and notice parties |
| 09/24/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| **Total** | | **5.70** | |

Client No. 1653300
Matter No. 1653300-00137

Purdue Pharma, L.P.
Fee and Retention Applications

Invoice No. 2611238
Invoice Date 11/24/20
Legal Services through September 30, 2020

| Date | Cost | Description |
|---|---|---|
| 09/10/20 | 70.00 | Court Costs, Yolande Thompson, 08/26/20, INV: 4266645609101328; Payment for Mr. Shuster's telephonic participation in August 26, 2020 hearing. COURTSOLUTIONS NEW YORK NY |
| 09/14/20 | 14.92 | Federal Express Corp; Invoice# 710299893 (Aug-25,2020); Inv#710299893 395934531520 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| Total | **84.92** | |

Client No. 1653300
Matter No. 1653300-00137

Purdue Pharma, L.P.
Fee and Retention Applications

Invoice No. 2611238
Invoice Date 11/24/20
Legal Services through September 30, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Byrnes, John T. | 0.30 | 955.00 | 286.50 |
| Pierce, Allyson | 0.70 | 690.00 | 483.00 |
| Thompson, Yolande | 4.70 | 545.00 | 2,561.50 |
| **Total Legal Services** | **5.70** | | **$3,331.00** |

## DISBURSEMENTS

| Description | Total |
|---|---|
| FEDERAL EXPRESS | 14.92 |
| COURT SERVICES | 70.00 |
| **Total Disbursements** | **$84.92** |

# WILMERHALE

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 11/24/20 |
| Invoice No. | 2611239 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through September 30, 2020 in connection with the Post Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 7,011.50 |
| Line Item Discount | | -1,051.73 |
| **Total Amount Due** | **$** | **5,959.77** |

**PLEASE NOTE:**
**In preparation for our fiscal year-end, please remit payment by Monday December 28, 2020.**
**If you have a fiscal year-end billing deadline, please advise us by emailing**
**WHFinanceClientAccounting@wilmerhale.com.  Thank you, in advance.**

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ██████

Routing Number: ██████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing     Berlin     Boston     Brussels     Denver     Frankfurt     London     Los Angeles     New York     Palo Alto     San Francisco     Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2611239
Invoice Date 11/24/20
Legal Services through September 30, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| L120 - Analysis/Strategy | | | |
| 09/01/20 | Brown, Reginald | 0.50 | Participate in █████████████ |
| 09/01/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 09/02/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 09/03/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 09/08/20 | Brown, Reginald | 0.50 | Participate in ██████████ |
| 09/08/20 | Rockett, Elizabeth W. | 0.40 | Complete ████████████ |
| 09/09/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 09/10/20 | Rockett, Elizabeth W. | 0.40 | Complete ████████████ |
| 09/11/20 | Rockett, Elizabeth W. | 0.40 | Complete ████████████ |
| 09/14/20 | Rockett, Elizabeth W. | 0.40 | Complete ████████████ |
| 09/15/20 | Brown, Reginald | 0.60 | Participate in ██████████ |
| 09/15/20 | Rockett, Elizabeth W. | 0.20 | Complete ████████████ |
| 09/16/20 | Lannon, William E. | 0.40 | File ██████████ |
| 09/16/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████ |
| 09/17/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |

Client No. 1653300

Matter No. 1653300-00136

Purdue Pharma, L.P.

Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2611239

Invoice Date 11/24/20

Legal Services through September 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/18/20 | Rockett, Elizabeth W. | 0.30 | Complete █████████████ |
| 09/20/20 | Menz, Sheila E. | 0.10 | Strategize with ██████████ |
| 09/21/20 | Lannon, William E. | 2.80 | Analyze ██████████████ |
| 09/21/20 | Menz, Sheila E. | 0.10 | Confer with ████████████ |
| 09/21/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████████ |
| 09/22/20 | Brown, Reginald | 0.50 | Participate in ██████ |
| 09/22/20 | Rockett, Elizabeth W. | 0.30 | Complete ██████████ |
| 09/23/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████ |
| 09/24/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 09/25/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 09/28/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 09/29/20 | Brown, Reginald | 0.10 | Emails re ████████ |
| 09/29/20 | Brown, Reginald | 0.30 | Participate in ██████ |
| 09/29/20 | Rockett, Elizabeth W. | 0.30 | Complete █████████ |
| 09/30/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |

**12.20**

Client No. 1653300

Purdue Pharma, L.P.

Matter No. 1653300-00136

Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2611239
Invoice Date 11/24/20
Legal Services through September 30, 2020

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 2.50 | 1,550.00 | 3,875.00 |
| Menz, Sheila E. | 0.20 | 860.00 | 172.00 |
| Lannon, William E. | 3.20 | 385.00 | 1,232.00 |
| Rockett, Elizabeth W. | 6.30 | 275.00 | 1,732.50 |
| **Total Legal Services** | **12.20** | | **$7,011.50** |

| Task | Description | Hours | Value |
|---|---|---|---|
| L120 | Analysis/Strategy | 12.20 | 7,011.50 |
| **Total Legal Services** | | **12.20** | **$7,011.50** |