# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Purdue Pharma L.P. | CASE NO.: 19−23649−rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 06−1307484 | CHAPTER:  11 |

---

## CORRECTED NOTICE OF HEARING ON MOTION TO AUTHORIZE CLAIM PAYMENT

PLEASE TAKE NOTICE that a hearing will be heard by the Honorable Robert D. Drain on 12/15/2020 at 10:00 AM to consider and act upon the following:Motion to Authorize Claim Payment filed by Maria Ecke (ECF Doc. # 2032).

You will be required to appear telephonically for your hearing by dialing into Courtcall services. Prior Courtcall approval will not be required for telephonic appearance through Courtcall for hearings until further notice. You may dial into Courtcall at (310)3420888 to register your appearance 7 days prior to your scheduled hearing.

When asked for the name of the Bankruptcy Court Staff member who granted permission for you to appear telephonically, please provide the following name:Eddie Andino, Divisional Manager

APPLICABLE TO PRO SE DEBTORS ONLY: No fee is required for pro se debtors appearing telephonically. Please indicate to Courtcall that you are a no−nattorney or are appearing pro se. Courtcall will be provided a pre−approved list of pro se and non−attorney debtors who will be appearing telephonically.


Dated: November 30, 2020

Vito Genna
Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:                                                                                           Case No. 19-23649-rdd

Purdue Pharma L.P.                                                                    Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0208-7                          User:                                          Page 1 of 31

Date Rcvd: Nov 30, 2020                 Form ID: 143                       Total Noticed: 236

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2020:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Purdue Pharma L.P., One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901-3432 |
| aty | + | Adam M. Adler, Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440 New York, NY 10165-1446 |
| aty | + | Alexander Michael Gormley, Slevin & Hart, P.C., 1625 Massachusetts Ave NW Suite 450,, Washington, DC 20036-2228 |
| aty | + | Clare Connors, Department of the Attorney General, 425 Queen Street, Honolulu, HI 96813-2903 |
| aty | + | Kristine Manoukian, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022-3921 |
| aty | + | Laurel K. Lackey, West Virginia Attorney General's Office, Eastern Panhandle Office, 269 Aikens Center, Martinsburg, WV 25404-6203 |
| aty | + | Merrida P Coxwell, Coxwell & Associates, PLLC, Post Office Box 1337, Jackson, MS 39215, UNITED STATES 39215-1337 |
| aty | + | Richard R Gan, 2023 NORTH SECOND STREET, 201, 201, Harrisburg, PA 17102 UNITED STATES 17102-2151 |
| aty | + | Sarasota County Public Hospital District, Bentley and Bruning, 783 South Orange Avenue, Sarasota, FL 34236-4702 |
| aty | + | Thomas C. Albus, Office of Attorney General, P.O. Box 899, Jefferson City, MO 65102-0899 |
| aty | + | Village of Amityville, NY, et al., Tate, Grossman, Kelly & Iaccarino, 1248 Montauk Highway, West Islip, NY 11795-4917 |
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | New York City Department of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | + | Parking Violations Bureau, 210 Joralemon Avenue, Brooklyn, NY 11201-3743 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| smg | | Westchester County Sheriff's Dept., Room L 217, 110 Dr. Martin Luther King Blvd., White Plains, NY 10601-2519 |
| crcm | + | Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6742 |
| unk | + | Allergan Finance LLC, MORRIS CORPORATE CENTER III, 400 INTERPACE PARKWAY, Parsippany, NJ 07054-1120 |
| cr | + | Attorney General, State of Arizona, 2005 N Central Avenue, Phoenix, AZ 85004-1592 |
| cr | + | Attorney General, State of Florida, Christopher B. Spuches, Esq., Agentis PLLC, 55 Alhambra Plaza, Suite 800, Coral Gables, FL 33134-5254 |
| unk | + | BMC Group, Inc, 3732 West 120th Street, Hawthorne, CA 90250-3202 |
| intp | + | BR Holdings Associates Inc., One Stamford Forum, Stamford, CT 06901-3516 |
| intp | + | BR Holdings Associates L.P., One Stamford Forum, Stamford, ct 06901-3516 |
| crcm | + | Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801-3779 |
| cr | + | CRG Financial LLC, 100 Union Avenue, Cresskill, NJ 07626-2141 |
| cr | + | CRG Financial, LLC as Assignee of Fike Corporation, 100 Union Avenue, Cresskill, NJ 07626-2141 |
| cr | + | Casey David Nadolski, c/o Sahn Ward Coschignano, 333 Earle Ovington Blvd.,, Suite 601, Suite 601 New York, NY 11553-3645 |
| cr | + | Claudia J Innaco, 105 Mayflower Ave, Massapequa Park, NY 11762-2220 |
| cr | | Colorado Attorney General, 1300 Broadway, 7th Floor, denver, co 80218 |
| cr | + | Commonwealth of Pennsylvania, Pennsylvania Office of Attorney General, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| cr | | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Department 280946, Harrisburg, PA 17128-0946 |
| cr | + | Commonwealth of Virginia, ex rel. Mark R. Herring,, Office of the Atty. General of Virginia, 202 North Ninth Street, Richmond, VA 23219, UNITED STATES OF AMERICA 23219-3424 |
| cr | + | Community Health Systems, Inc., Tenet Healthcare C, c/o Teitelbaum Law Group LLC, 1 Barker Ave, White Plains, NY 10601-1517 |
| unk | + | Corey Dodge, Oregon Dept. of Corrections, 777 Stanton Blvd., Ontario, NY 97914-8335 |
| unk | + | Dan Colucci, 467 Beech Street, Township of Washington, NJ 07676-4945 |
| cr | + | Eric Eugene Anderson, 11161 Rios Road, Boca Raton, FL 33498-1907 |
| cr | + | Fredrick Hill, c/o Kasen & Kasen, P.C., Attn: Jenny Kasen, Society Hill Office Park, 1874 E. Marlton Pike, Suite 3 Cherry Hill, NJ 08003-2038 |
| unk | + | Gary & Colleen Breitbord, 9 Forest Park Drive, Holliston, MA 01746-3403 |
| unk | + | Ironshore Specialty Insurance Company, 250 Commercial Street, Suite 5000, Manchester, NH 03101, UNITED STATES 03101-1116 |

District/off: 0208-7                           User:                                    Page 2 of 31

Date Rcvd: Nov 30, 2020                        Form ID: 143                             Total Noticed: 236

| | | |
|---|---|---|
| cr | + | Jesse Mendez, Jester 3 Unit, 3 Jester Rd., Richmond, TX 77406-8593 |
| cr | + | Joan E. Vasko, 155 Old Murphy Road, Zebulon, NC 27597-7447 |
| unk | + | John Farrell, P.O. Box 19803, Ashville, NC 28815-1803 |
| unk | + | John Taormina, 12 Starr Lea Road, North Salem, NY 10560-1213 |
| cr | + | John Yarbrough, Federal Prison Camp Montgomery, 1001 Willow St., Maxwell AFB, AL 36112-5994 |
| unk | + | Kennedy Forum and other national organizations, 14 Central Ave., Island Heights, NJ 08732-7715 |
| unk | + | Kimberly Krawczyk, 38 Briarwood Lane #4, Marlboro, MA 01752-2516 |
| intp | + | Kurtzman Carson Consultants LLC, 222 N Pacific Coast Highway, Suite 300, El Segundo, CA 90245-5614 |
| unk | + | Leona Nuss, 5 Watkins Pl, Palm Coast, Fl 32164-7643 |
| cr | + | Malcolm B. & Justine Kinnaird, 601 Willow Glen Road, Kennett Square, PA 19348-2118 |
| cr | + | Maria Ecke, 8 Glenbrook Dr., West Simsbury, CT 06092-2505 |
| unk | + | Masoud Bamdad, 17806 Ridgeway Rd., Granada Hills, CA 91344-2133 |
| unk | + | NAPW Lynn M. Paltrow, JD, National Advocates for Pregnat Women, 575 8th Avenue, 7th Floor, New York, NY 10018-3081 |
| cr | + | Oracle America, Inc., c/o Shawn Christianson, Buchalter P.C., 55 Second Street, 17th Fl, San Francisco, CA 94105-3493 |
| intp | + | PLP Associates Holding Inc., One Stamford Forum, Stamford, CT 06901-3516 |
| intp | + | PLP Associates Holdings L.P., One Stamford Forum, Stamford, CT 06901-3516 |
| unk | + | Paul S Rothstein, 626 NE 1st Street, Gainesville, FL 32601-3391 |
| cr | + | People of the State of New York, Office of the New York State Attorney Ge, 28 Liberty Street, new York, NY 10005-1496 |
| intp | + | Pharmaceutical Research Associates L.P., One Stamford Forum, Stamford, CT 06901-3516 |
| op | + | Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, www.primeclerk.com, New York, NY 10165-1446 |
| cna | + | Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165-1446 |
| cna | + | Prime Clerk LLC Claims Agent, One Grand Central Place, 60 East 42nd Street, Suite 1440, www.primeclerk.com, New York, NY 10165-1446 |
| fa | + | Province, Inc., 2360 Corporate Circle, Suite 330, Henderson, NV 89074-7718 |
| cr | | Ricardo Vela, TDCJ No. 2164340, Ramsey Unit-TDCJ, 110 FM 655, Rosharon, TX 77583 |
| unk | | Ruby Thomas, 150 Ledy Mercy Lane, Rockington, NJ 28379 |
| unk | + | STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, 150 South Main Street, Providence, RI 02903-2907 |
| unk | + | Sarah Thrower, CRNP Provider Assisted Medication Treat., 1593 Sylvan Dr., Hollidaysburg,, PA 16648-2735 |
| cr | + | State Of Maryland, Office of the Attorney General of Maryla, 200 Saint Paul Place, Baltimore, MD 21202-2004 |
| cr | + | State of Hawaii ex rel. Clare E. Connors, Attorney, State of Hawaii, c/o Clare E. Connors, Attorney General, 425 Queen Street, Honolulu, HI 96813 UNITED STATES OF AMERICA 96813-2903 |
| cr | + | State of Idaho, Through Attorney General Lawrence, Office of the Attorney General, P. O. Box 83720, Boise, ID 83720-0010, UNITED STATES 83720-0010 |
| unk | + | State of Illinois, 100 W. Randolph-12th Floor, Chicago, IL 60601-3220 |
| cr | + | State of Indiana, Office of the Attorney General, IGCS-5th Floor, 302 W. Washington St., Indianapolis, IN 46204-2760 |
| cr | + | State of Iowa, Ex Rel, Thomas J. Miller Attorney General, Hoover Building 2nd Fl, 1305 E. Walnut Street, Des Moines, IA 50319-0106 |
| cr | + | State of Maine, Maine Attorney General, Cross Office Building, 111 Sewall St, 6th floor augusta, ME 04330-6830 |
| cr | + | State of Minnesota, Minnesota Attorney General's Office, 445 Minnesota Street, Suite 1200, St. Paul, MN 55101-2130 |
| cr | + | State of Nevada, Office of the Attorney General, 100 N. Carson Street, Carson City, NV 89701-4717 |
| cr | | State of New Hampshire, c/o NH Attorney General's Office, 33 Capitol Street, Concord, NH 03301-6397 |
| cr | + | State of New Jersey, Office of the New Jersey Attorney Genera, 124 Halsey Street, P.O. Box 45029-5029, Newark, NJ 07102-3017 |
| cr | #+ | State of North Carolina, c/o Waldrep LLP, 101 S. Stratford Rd., Suite 210, Winston Salem, NC 27104 UNITED STATES 27104-4224 |
| cr | | State of South Carolina, by and through Attorney G, Office of the S.C. Attorney General, P.O. Box 11549, Columbia, SC 29211-1549 |
| intp | + | TXP Services, Inc., One Stamford Forum, Stamford, CT 06901-3516 |
| cr | | Tennessee Attorney General's Office, Attn: Marvin Clements, Jr., Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| unk | + | The National Association for the Advancement of Co, NAACP Empowerment Programs, National Headquarters, 4805 Mount Hope Drive, Balitmore, MD 21215-3206 |
| cr | + | The State of Vermont, by and through Attorney Gene, 109 State Street, Montpelier, VT 05609-0002 |
| unk | + | The State of West Virginia, ex el. Patrick Morrise, State of West Virginia, Office of the Attorney General, 269 Aikens Center, Martinsburg, WV 25404-6203 |
| unk | + | Thomas Hickey, Suffolk CO H.O.C, 20 Bradston St., Boston, MA 02118-2724 |
| unk | + | Tim Kramer, 64 Exmoor Rd., Waterford, NY 48328-3410 |
| cr | + | Town of Canton, 801 Washington Street, Canton, MA 02021-2554 |
| intp | + | United HealthCare Services, Inc., c/o Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1803 |
| cr | + | United Parcel Service, Inc., Bialson, Bergen & Schwab, 633 Menlo Ave., Suite 100, Menlo Park, CA 94025-4711 |
| unk | + | United States of America, U.S. Attorney's Office, 86 Chambers Street, 3rd Floor, New York, NY 10007-2632 |
| intp | + | Washington State Department of Revenue, Office of the Attorney General, 800 5th Ave, Ste 2000, Seattle, WA 98104-3188 |
| 7608290 | + | AKIN GUMP STRAUSS HAUER & FELD LLP, Counsel to the Official Committee, of Unsecured Creditors, One Bryant Park, New York, New York 10036-6728 |
| 7598645 | | ALSTON & BIRD LLP, Counsel for OptumRX, Inc., 90 Park Avenue, New York, NY 10016-1387 |
| 7598644 | | ALSTON & BIRD LLP, Counsel for OptumRX, Inc., 1201 West Peachtree Street, Atlanta, GA 30309-3424 |
| 7624302 | + | ANDREWS & THORNTON, Attorneys for Ryan Hampton, 4701 Von Karman Ave., Suite 300, Newport Beach, CA 92660-2193 |
| 7628695 | + | ASK LLP, Counsel to the Ad Hoc Group, of Individual Victims, 151 West 46th Street, 4th Floor, New York, NY 10036-8512 |
| 7656851 | + | ATTORNEY GENERAL OF WASHINGTON, Robert W. Ferguson, Attorney General, Counsel for Washington State, Department of |

District/off: 0208-7 | User: | Page 3 of 31
Date Rcvd: Nov 30, 2020 | Form ID: 143 | Total Noticed: 236

Revenue, 800 Fifth Avenue, Suite 2000 Seattle, WA 98104-3188

| 7596263 | + | Agentis PLLC, Attorneys for State of Florida, c/o Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, FL 33134-5254 |
| 7598845 | + | BARRETT LAW GROUP, P.A., P.O. Box 927, 404 Court Square, Lexington, MS 39095-3632 |
| 7598609 | + | BMC Group, Inc, Attn: T Feil, 3732 W. 120th Street, Hawthorne, CA 90250-3202 |
| 7617955 | | BRACEWELL LLP, 1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100 |
| 7639145 | + | BROWN & CONNERY, LLP, Donald K. Ludman, Esquire, 6 North Broad Street, Suite 100, Woodbury, NJ 08096-4635 |
| 7607080 | + | BROWN RUDNICK LLP, 7 Times Square, New York, NY 10036-6548 |
| 7643212 | + | Ballard Spahr, LLP, Attorneys for DuPont de Nemours, Inc., 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| 7652248 | + | Banc of America Leasing & Capital, LLC, c/o Nicola G. Suglia, Esquire, Fleischer, Fleischer & Suglia, P.C., Four Greentree Centre, 601 Route 73 N, Suite 305 Marlton, NJ 08053-3475 |
| 7629495 | + | Bentley & Bruning P.A., Attorneys for SARASOTA COUNTY PUBLIC, HOSPITAL DISTRICT, 783 South Orange Avenue, Third Floor, Sarasota, Florida 34236-4702 |
| 7598782 | + | Bialson, Bergen & Schwab, Attorneys for United Parcel, Service, Inc., 633 Menlo Ave., Suite 100, Menlo Park, CA 94025-4711 |
| 7710098 | + | Bielli & Klauder, LLC, Counsel David M. Klauder, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 7623582 | + | Blue Cross Blue Shield Association, 225 North Michigan Ave., Chicago, IL 60601-6026 |
| 7606042 | | Buchalter, a Professional Corporation, Attorneys for McKesson Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, CA 92612-0514 |
| 7630986 | + | Buchalter, a Professional Corporation, Attorneys for Oracle America, Inc., 55 2nd St., 17th Fl., San Francisco, CA 94105-3493 |
| 7602027 | + | CAPLIN & DRYSDALE, CHARTERED, Counsel for the Multi-State Governmental, Entities Group, One Thomas Circle, NW, Suite 1100, Washington, DC 20005-5812 |
| 7608189 | + | CARTER LEDYARD & MILBURN LLP, Attorneys for State of West Virginia, 2 Wall Street, New York, New York 10005-2072 |
| 7598619 | + | CONSOVOY MCCARTHY PLLC, Attorneys for the State of Arizona, 1600 Wilson Boulevard, Suite 700, Arlington, Virginia 22209-2510 |
| 7645712 | + | CREADORE LAW FIRM PC, Counsel for NAS Ad Hoc Committee, 450 Seventh Avenue, 14th Floor, New York, NY 10123-1408 |
| 7598843 | + | CUNEO GILBERT & LADUCA, LLP, 4725 Wisconsin Avenue, NW, Suite 200, Washington, DC 20016-4664 |
| 7598844 | + | CUNEO GILBERT & LADUCA, LLP, 16 Court Street, Suite 1012, Brooklyn, New York 11241-1010 |
| 7605017 | + | Carol E. Momjian, Senior Deputy Attorney General, Office of Attorney General, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 7733941 | + | Casey David Nadloski, c/o Sahn Ward Coschignano, PLLC, The Omni Building, 333 Earle Ovington Blvd #601, Uniondale, NY 11553-3645 |
| 7739609 | + | City of Blue Springs, Missouri, 903 W. Main St., c/o City Attorney, Blue Springs, MO 64015-3709 |
| 7740419 | + | City of Moorhead, Minnesota, City Manager, 500 Center Avenue, Moorhead, MN 56560-1922 |
| 7629903 | + | City of Seattle, c/o Ben Harrington, Hagens Berman Sobol Shapiro LLP, 715 Hearst Ave., Suite 202, Berkeley, CA 94710-1948 |
| 7740499 | + | City of Warren,Andrea L. Stapleford-City Solicitor, 600 Market Street, Warren, PA 16365, Warren, PA 16365-1326 |
| 7605260 | + | Commonwealth of Pennsylvania, Attn: Carol E. Momjian, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 7622034 | | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance, P O Box 280946, Harrisburg, PA 17128-0946 |
| 7608560 | + | Commonwealth of Pennsylvania, Office of Attorney General, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 7670951 | + | Cooper Law Firm, LLC, Attorneys for Kara Trainor Brucato, 1525 Religious Street, New Orleans, Louisiana 70130-4523 |
| 7617839 | + | Daniel S. Connolly, Robert G. Burns, Bracewell LLP, 1251 Avenue of the Americas, 49th Flr., New York, NY 10020-1100 |
| 7645408 | + | Donald Creadore,Esq., CREADORE LAW FIRM PC, 450 Seventh Avenue Suite 1408, New York, New York 10123, Email: donald@creadorelawfirm.com 10123-1408 |
| 7646267 | #+ | Doster, Ullom & Boyle, LLC, Attorneys for State of Missouri, 16090 Swingley Ridge Road, Suite 620, St. Louis, Missouri 63017-2053 |
| 7608293 | + | EGLET ADAMS, Counsel to Nevada Counties, and Municipalities, 400 South 7th Street, Suite 400, Las Vegas, Nevada 89101-6941 |
| 7719304 | + | Eisenberg & Baum, LLP, Attorneys for Ad Hoc Committee, on Accountability, 24 Union Square East, Fourth Floor, New York, New York 10003-3201 |
| 7598704 | # | FOLEY & LARDNER LLP, 321 N. Clark Street, Suite 2800, Chicago, IL 60654-5313 |
| 7597760 | + | FOLEY & LARDNER LLP, 90 Park Avenue, New York, New York 10016-1301 |
| 7618016 | + | FOX SWIBEL LEVIN & CARROLL LLP, Attorneys for Old Republic, Insurance Company, 200 W. Madison Street, Suite 3000, Chicago, Illinois 60606-3417 |
| 7739610 | + | Fetzko Law Offices, P.C., 12 Evergreen Drive, Suite 102, Middletown, NY 10940-4320 |
| 7598614 | + | GODFREY & KAHN, S.C., One East Main Street, Suite 500, Madison, WI 53703-3300 |
| 7598707 | + | GOODWIN PROCTER LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018-1618 |
| 7625201 | + | HAGENS BERMAN SOBOL SHAPIRO LLP, Counsel for Blue Cross Blue, Shield Assoc., 55 Cambridge Parkway, Suite 301, Cambridge, MA 02142-1263 |
| 7707458 | + | HAUG PARTNERS LLP, One Post Office Square, 31st Floor, Boston, Massachusetts 02109-2106 |
| 7606694 | | HUSCH BLACKWELL LLP, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105-3433 |
| 7630743 | + | Hagens Berman Sobol Shapiro LLP, Counsel for City of Seattle, 715 Hearst Ave., Suite 202, Berkeley, CA 94710-1948 |
| 7737042 | + | Hunt Kinnaird, 3855 Blair Mill Road, Apt. 219C, Horsham, PA 19044-2920 |
| 7737041 | + | Hunt Kinnaird, c/o Fetzko Law Offices, P.C., 12 Evergreen Drive, Suite 102, Middletown, NY 10940-4320 |
| 7608296 | + | JOSEPH HAGE AARONSON LLC, 485 Lexington Avenue, 30th Floor, New York, New York 10017-2635 |
| 7754213 | + | James Harry Rand, United State Penitentiary, P.O. Box 33 (E-2), Terre Haute, IN 47808-0033 |
| 7605360 | | Jeffrey K. Garfinkle, Esq., Daniel H. Slate, Esq., Buchalter, a Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, CA 92612-0514 |
| 7739611 | + | Joan E. Vasko, Administratrix, 155 Old Murphy Road, Zebulon, NC 27597-7447 |
| 7598618 | + | KELLER LENKNER LLC, Attorneys for the State of Arizona, 150 N. Riverside Plaza, Suite 4270, Chicago, Illinois 60606-1665 |

| | | |
|---|---|---|
| 7604082 | + | KLEINBERG, KAPLAN, WOLFF & COHEN, P.C., Counsel for State of Washington, 551 Fifth Avenue, 18th Floor, New York, NY 10176-1899 |
| 7607078 | + | KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 Avenue of the Americas, New York, New York 10036-2714 |
| 7619888 | + | Kasen & Kasen, P.C., Attorneys for Fredrick Hill, Society Hill Office Park, 1874 E. Marlton Pike, Suite 3, Cherry Hill, NJ 08003-2038 |
| 7619809 | + | Kasen & Kasen, P.C., Attn: Jenny Kasen, Esq., Society Hill Office Park, 1874 E. Marlton Pike, Suite 3, Cherry Hill, NJ 08003-2038 |
| 7641816 | | Katherine M. McCraw, Assistant Attorney General, N.C. Department of Justice, Post Office Box 629, Raleigh, North Carolina 27602-0629 |
| 7740418 | | Katie J. Bertsch, 444 Sheyenne Street, Suite 102, P.O. Box 458, West Fargo, ND 58078-0458 |
| 7618017 | + | LUSKIN, STERN & EISLER LLP, Attorneys for Old Republic, Insurance Company, Eleven Times Square, New York, New York 10036-6600 |
| 7617928 | + | Lara J. Fogel, Office of the New Jersey State Attorney, 124 Halsey Street, 5th Floor, P.O. Box 45029-5029, Newark, New Jersey 07102-3017 |
| 7608198 | + | Loeb & Loeb LLP, Attorneys for Nevada Counties, and Municipalities, 345 Park Avenue, New York NY 10154-0004 |
| 7598706 | | Louis J. Testa, Esq., Assistant Attorney General, The Capitol, Albany, New York 12224-0341 |
| 7622419 | + | MARCUS & SHAPIRA LLP, Attorneys for Giant Eagle, Inc., One Oxford Centre, 301 Grant Street, 35th Floor, Pittsburgh, PA 15219-1407 |
| 7598673 | + | MCELROY, DEUTSCH,MULVANEY & CARPENTER, LLP, Counsel to Westchester Fire, Insurance Company, 1617 John F. Kennedy Blvd., Ste. 1500, Philadelphia, PA 19103-1815 |
| 7608295 | + | MILBANK LLP, 55 Hudson Yards, New York, New York 10001-2163 |
| 7603810 | + | MOTION INDUSTRIES, 1605 ALTON ROAD, BIRMINGHAM, AL 35210-3770 |
| 7705848 | + | MOTLEY RICE LLC, Counsel for Tucson Medical Center, 777 Third Ave., 27th Floor, New York, NY 10017-1423 |
| 7737026 | + | Malcolm B. & Justine Kinnaird, c/o Fetzko Law Offices, P.C., 12 Evergreen Drive, Suite 102, Middletown, NY 10940-4320 |
| 7776417 | + | Michelle Decarlo, 2119 S. 11th Street, Philadelphia, PA 19148-3040 |
| 7608299 | | Missouri Department of Revenue, Bankruptcy Unit, PO Box 475, Jefferson City MO, 65109-0475 |
| 7598611 | + | Morgan & Morgan, 76 South Laura Street, Suite 1100, Jacksonville, Florida 32202-5413 |
| 7625208 | + | Morgan & Morgan, 485 Madison Avenue, 20th Floor, New York, New York 10022-5813 |
| 7625209 | + | Morgan & Morgan, 201 North Franklin Street, 7th Floor, Tampa, Florida 33602-5157 |
| 7608540 | + | Muhammad Umair Khan, 28 Liberty Street, New York, NY 10005-1400 |
| 7617925 | + | Muhammad Umair Khan, Senior Advisor and Special Counsel, Executive Division, Office of the New York State Attorney Ge, 28 Liberty Street New York, New York 10005-1496 |
| 7602026 | + | New York State Department of Financial Services, One State Street, New York, New York 10004-1561 |
| 7767955 | + | Noramco Coventry LLC, KIRKLAND & ELLIS LLP, 601 Lexington Avenue, New York, New York 10022-4643, Attn: Anne G. Wallice |
| 7767956 | + | Noramco Coventry LLC, KIRKLAND & ELLIS LLP, 300 North LaSalle Street, Chicago, Illinois 60654-5412, Attn: James A. Stempel |
| 7598702 | + | OTTERBOURG P.C., 230 Park Avenue, New York, New York 10169-2898 |
| 7608294 | + | Office of the New Jersey State Attorney General, 124 Halsey Street, 5th Floor, P.O. Box 45029-5029, Newark, New Jersey 07102-3017 |
| 7604080 | + | Office of the New York State Attorney General, 28 Liberty Street, New York, New York 10005-1496 |
| 7607605 | | Office of the South Carolina Attorney General, P.O. Box 11549, Columbia, South Carolina 29211-1549 |
| 7707778 | + | POTTER ANDERSON & CORROON LLP, Counsel to Walmart, Inc., and its Subsidiaries, 1313 North Market Street, Sixth Floor, P.O. Box 951 Wilmington, DE 19899-0951 |
| 7643172 | + | People of the State of California, California Department of Justice, 300 S. Spring Street, Suite 1702, Los Angeles, CA 90013-1256 |
| 7637874 | + | People of the State of California, California Department of Justice, 300 South Spring Street, Suite 1702, Los Angeles, California 90013-1256 |
| 7598459 | + | People of the State of New York, Office of the New York State Attorney Ge, 28 Liberty Street, New York, New York 10005-1496 |
| 7608291 | | People of the State of New York, The Capitol, Albany, New York 12224-0341 |
| 7621563 | + | Pillsbury Winthrop Shaw Pittman LLP, Attorneys for Ad Hoc Group of, Non-Consenting States, 2 Houston Center, 909 Fannin, Suite 2000 Houston, TX 77010-1028 |
| 7621323 | + | Pillsbury Winthrop Shaw Pittman LLP, Attorneys for Ad Hoc Group of, Non-Consenting States, 31 West 52nd Street, New York, NY 10019-6118 |
| 7625202 | + | RAWLINGS & ASSOCIATES, Counsel for Blue Cross Blue, Shield Assoc., 1 Eden Parkway, La Grange, KY 40031-8100 |
| 7604083 | + | REED SMITH LLP, Counsel for AmerisourceBergen Drug, Corporation, 599 Lexington Avenue, New York, NY 10022-6030 |
| 7604084 | + | REED SMITH LLP, Counsel for AmerisourceBergen Drug, Corporation, Three Logan Square, 1717 Arch Street, Suite 3100 Philadelphia, PA 19103-2762 |
| 7671142 | + | RONALD GEORGE DANDAR K07780, c/o LEGAL MAIL DEPARTMENT, 50 OVERLOOK DRIVE, LABELLE, PA 15450-1050 |
| 7608199 | + | Robert M. Adams, Eglet Adams, 400 South &th Street, Suite 400, Las Vegas, NV 89101 |
| 7668479 | + | Ronald George Dandar, c/o Legal Mail Department, 50 Overlook Drive, LaBelle, PA 15450-1050 |
| 7650994 | + | SCHULTE ROTH & ZABEL LLP, Counsel to the Ad Hoc Group of Hospitals, 919 Third Avenue, New York, NY 10022-3902 |
| 7602025 | + | SCOTT+SCOTT ATTORNEYS AT LAW LLP, The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169-1820 |
| 7651693 | + | SIMPSON THACHER & BARTLETT LLP, Counsel for PJT Partners LP, 425 Lexington Avenue, New York, NY 10017-3903 |
| 7604434 | + | STATE OF OHIO, DAVE YOST, ATTORNEY GENERAL, 615 West Superior Avenue, 11th Floor, Cleveland, Ohio 44113-1899 |
| 7619317 | + | STUTZMAN, BROMBERG, ESSERMAN &, PLIFKA, A Professional Corporation, 2323 Bryan Street, Suite 2200, Dallas, TX 75201-2655 |
| 7654826 | + | Shipman & Goodwin LLP, Attorneys for United HealthCare, Services, Inc., One Constitution Plaza, Hartford, CT 06103-1803 |
| 7596661 | + | State of Arizona ex rel. Mark Brnovich, Attorney General, 2005 N Central Avenue, Phoenix, AZ 85004-1592 |
| 7617954 | | State of Connecticut, Office of Attorney General, 55 Elm Street, P.O. Box 120, Hartford, CT 06141-0120 |
| 7607061 | | State of Idaho through, Attorney General Lawrence G. Wasden, P. O. Box 83720, Boise, ID 83720-0010 |
| 7608091 | + | State of North Carolina, C/O Walderep LLP, 101 S. Stratford Rd., Suite 210, Winston Salem, NC 27104-4224 |
| 7608088 | + | State of North Carolina, C/O Waldrep LLP, 101 S. Stratford Rd., Suite 210, Winston Salem, NC 27104-4224 |

| | | |
|---|---|---|
| 7625206 | + | State of Vermont, Attn: Jill S. Abrams, 109 State Street, Montpelier, Vermont 05602-2720 |
| 7598612 | + | Stevens & Lee, P.C., 485 Madison Avenue, 20th Floor, New York, New York 10022-5813 |
| 7625168 | + | Stevens & Lee, P.C., Attn: Nicholas F. Kajon, Esq., 485 Madison Ave., 20th Floor, New York, NY 10022-5813 |
| 7625809 | + | TARTER KRINSKY & DROGIN LLP, Attorneys for Ad Hoc Committee, of NAS Babies, 1350 Broadway, 11th Floor, New York, New York 10018-0947 |
| 7598846 | #+ | TEITELBAUM LAW GROUP, LLC, 1 Barker Avenue, 3rd Floor, White Plains, New York 10601-1523 |
| 7604081 | + | TUCKER ARENSBERG, P.C., Counsel to Thermo Fisher Scientific, 1500 One PPG Place, Pittsburgh, Pennsylvania 15222-5416 |
| 7598584 | | Teitelbaum Law Group LLC, Jay Teitelbaum, 1 Barker Avenue White Plains NY 10601, jteitelbaum@tblawllp.com; jkelly@cuneola |
| 7596450 | + | Tennessee Attorney Generals Office, Attn: Marvin Clements, Bankruptcy Divisi, P.O. Box 20207, Nashville, TN 37202-4015 |
| 7608194 | + | The Official Committee of Unsecured Creditors, of Purdue Pharma L.P., et al., c/o Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6728 |
| 7596637 | + | The People of the State of California, Attn: SDAG Bernard A. Eskandari, California Department of Justice, 300 South Spring Street, Suite 1702, Los Angeles, CA 90013-1256 |
| 7620113 | + | The People of the State of California, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375 |
| 7603317 | + | Thermo Fisher Scientific, c/o Jordan S. Blask, Esq., Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 7607992 | #+ | Waldrep LLP, Attorneys for State of North Carolina, 101 S. Stratford Rd., Suite 210, Winston-Salem, NC 27104-4224 |
| 7742711 | + | Waste Industries, c/o RMS, PO Box 19253, Minneapolis, MN 55419-0253 |
| 7618548 | | Wells Fargo Vendor Financial Services, LLC, fka GE Capital Inf. Technology Solutions, c/o A Ricoh USA Program, f/d/b/a IKON Financial Serv., P.O. Box 13708 Macon, GA 31208-3708 |
| 7707132 | + | White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020-1001 |
| 7707133 | + | White & Case LLP, Southeast Financial Center, Suite 4900, 200 South Biscayne Boulevard, Miami, FL 33131-2346 |
| 7602404 | + | Wilk Auslander LLP, Attorneys for State of Alabama, 1515 Broadway, 43d Floor, New York, New York 10036-8901 |
| 7598701 | + | William R. Pearson, Attorney for the State of Iowa, Hoover Building, 2nd Floor, 1305 E. Walnut Street, Des Moines, IA 50319-0106 |

TOTAL: 222

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: marc.gertz@txitrustee.com | | |
| | | | Nov 30 2020 19:27:00 | Marc P. Gertz, 11 South Forge Street, Akron, OH 44304 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Nov 30 2020 19:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |
| | | | Nov 30 2020 19:28:00 | N.Y. State Dept. Of Taxation And Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |
| | | | Nov 30 2020 19:28:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| cr | + | Email/Text: bankruptcy@coag.gov | | |
| | | | Nov 30 2020 19:28:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | + | Email/Text: ecfnotices@dor.mo.gov | | |
| | | | Nov 30 2020 19:27:00 | Missouri Department of Revenue, Bankruptcy Unit, PO Box 475, 301 W High St., Jefferson City, MO 65101-1517 |
| cr | | Email/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov | | |
| | | | Nov 30 2020 19:27:00 | Ohio Attorney General, 615 West Superior Avenue, 11th Floor, Cleveland, OH 44113 |
| unk | + | Email/Text: bankruptcy@fult.com | | |
| | | | Nov 30 2020 19:28:00 | SAP America, Inc., Brown & Connery, LLP, Donald K. Ludman, Esquire, 6 N. Broad Street, Suite 100, Woodbury, NJ 08096-4635 |
| cr | + | Email/Text: bankruptcyNotification@tmcaz.com | | |
| | | | Nov 30 2020 19:28:00 | Tucson Medical Center, 5301 E. Grant Road, Tucson, AZ 85712-2874 |
| intp | | Email/Text: radkeke@doj.state.wi.us | | |
| | | | Nov 30 2020 19:27:00 | State of Wisconsin, Wisconsin Department of Justice, 17 West Main Street, P.O. Box 7857, Madison, WI 53703 |
| 7596642 | + | Email/Text: OSA.Bankruptcy@massmail.state.ma.us | | |
| | | | Nov 30 2020 19:28:00 | Commonwealth of Massachusetts, Office of the Attorney General, 1 Ashburton Place, Boston, MA 02108-1598 |
| 7607458 | | Email/Text: csucic@fgllp.com | | |
| | | | Nov 30 2020 19:27:00 | FRANKGECKER LLP, 1327 W. Washington Blvd., Suite 5 G-H, Chicago, Illinois 60607 |

District/off: 0208-7 | User: | Page 6 of 31
Date Rcvd: Nov 30, 2020 | Form ID: 143 | Total Noticed: 236

| | | | |
|---|---|---|---|
| 7705631 | + Email/Text: bankruptcyNotification@tmcaz.com | | |
| | | Nov 30 2020 19:28:00 | Tucson Medical Center, 5301 E. Grant Road, Tucson, Arizona 85712-2874 |
| 7652431 | Email/Text: bankruptcies@willscot.com | | |
| | | Nov 30 2020 19:27:00 | Williams Scotsman Inc, 901 S Bond Street, Suite 600/ Bankruptcy, Baltimore, MD 21231 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Dechert LLP |
| cr | | Ad Hoc Committee of Governmental and Other Conting |
| cr | | Ad Hoc Committee of NAS Babies |
| cr | | Ad Hoc Committee on Accountability |
| unk | | Ad Hoc Group of Self-Funded Health Plans |
| cr | | Ad Hoc Group of Hospitals |
| unk | | Ad Hoc Group of Individual Victims of Purdue Pharm |
| cr | | Ad Hoc Group of Non-Consenting States |
| cr | | Ada County |
| cr | | Adams County |
| cr | | Al Marino, Inc. |
| cr | | Amel Eiland |
| cr | | AmerisourceBergen Drug Corporation |
| cr | | Anda, Inc. |
| unk | | Andrew Kolodny, PROP |
| cr | | Anne Alexander, et al., Finson Law Office |
| cr | | Arapahoe County |
| cr | | Arizona Counties Insurance Pool |
| cr | | Arizona Municipal Risk Retention Pool |
| cr | | Arizona School Alliance for Workers' Compensation |
| cr | | Arkansas Plaintiffs |
| sp | | Arnold & Porter Kaye Scholer LLP |
| cr | | Ascent Health Services |
| intp | | Avrio Health Inc. |
| unk | | Bankruptcy Professors as Amici Curiae |
| cr | | Barbara Rivers |
| unk | | Barbara Van Rooyan |
| unk | | Beacon Company |
| unk | | Beverly Sackler |
| cr | | Blue Cross Blue Shield Association |
| cr | | Board of Chicago School District No. 299 |
| unk | | Board of Chicago School District No. 299 |
| cr | | Board of Education of East Aurora School District |
| cr | | Board of Education of Thornton Fractional Township |
| cr | | Board of Education of Thornton Township High Schoo |
| cr | | Boulder County |
| unk | | Brown Rudnick LLP |
| cr | | Bullitt County School District, Kentucky |
| cr | | CVS Caremark Part D Services, L.L.C. |
| intp | | Caas Leasing, Inc. |
| cr | | CaremarkPCS Health, L.L.C. |
| cr | | Certain Native American Tribes and Others |
| unk | | Charles D. Baker, Commonwealth of Massachusetts |
| unk | | Charlotte Bismuth |
| cr | | Chelan County |
| cr | | City and County of Broomfield |
| cr | | City and County of Denver |
| cr | | City of Anacortes |
| cr | | City of Aurora |
| cr | | City of Bainbridge |

| | |
|---|---|
| unk | City of Bellefontaine Neighbors, Missouri, 9641 Bellefontaine Road |
| cr | City of Black Hawk |
| cr | City of Brighton |
| cr | City of Burlington |
| cr | City of Cambridge |
| cr | City of Chicopee |
| cr | City of Commerce City |
| cr | City of Eureka |
| unk | City of Federal Heights |
| cr | City of Framingham |
| cr | City of Gloucester |
| cr | City of Greeley |
| cr | City of Haverhill |
| cr | City of Kent |
| cr | City of Kingman |
| cr | City of Lakewood |
| cr | City of Mount Vernon |
| cr | City of Northglenn |
| cr | City of Olympia |
| cr | City of Salem |
| cr | City of Seattle |
| cr | City of Sedro-Woolley |
| cr | City of Sheridan |
| cr | City of Spokane |
| cr | City of Springfield, Mass. |
| cr | City of Tacoma |
| cr | City of Thornton |
| cr | City of Vancouver |
| cr | City of Westminster |
| cr | City of Worcester |
| cr | Clallam County |
| cr | Clark County |
| unk | Clerk's Office Office, U.S.Bankruptcy, S.D.N.Y |
| cr | Cochise County |
| intp | Connecticut Avenue Realty Co., Inc. |
| intp | Coventry Technologies L.P. |
| unk | Cynthia Munger |
| unk | Dan Schneider |
| unk | Darcy Sherman |
| cr | Darryl Lee Haan |
| ex | David M. Klauder |
| unk | David Sackler |
| cr | Deborah Green-Kuchta |
| cr | Debra Dawsey |
| cr | Dora Lawrence |
| inv | Dow Jones & Company, Inc., Boston Globe Media Part |
| unk | Dr. Richard Sackler, Jonathan Sackler, David Sack |
| cr | DuPont de Nemours, Inc. |
| intp | E.R.G. Realty, Inc. |
| unk | Ed Vanicky |
| cr | Edward Grace |
| unk | Edward J. Bisch |
| cr | Eli Medina |
| cr | Eric Hestrup, et al. |
| intp | Essential Raw Materials |
| cr | Express Scripts Senior Care Holdings, Inc. |
| cr | Express Scripts, Inc. |
| cr | F. Kirk Hopkins |
| cr | Franklin County |
| cr | Fremont County |
| cr | Giant Eagle, Inc. |
| cr | Glenn Golden |
| cr | Gretta Golden |

| unk | Harrison Cullen |
| cr | Heather Enders |
| intp | Her Majesty in Right of the Province of British Co |
| intp | Hospice Provident LLC |
| cr | Hospital Claimants |
| cr | Humboldt County |
| intp | IAF Corporation |
| cr | Independent Public School Districts |
| cr | Island County |
| cr | James Harry Rand |
| intp | Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmace |
| intp | Janssen Pharmaceuticals, Inc. |
| cr | Jason Reynolds |
| cr | Jefferson County |
| cr | Jefferson County |
| unk | Joanne Peterson, Learn to Cope |
| intp | Johnson & Johnson |
| unk | Jonathan Sackler |
| unk | Jonathan Sackler |
| cr | Jordan Chu |
| cr | Jung U. Kim |
| unk | Kara Trainor Brucato |
| cr | Kevin Wilk |
| cr | Kimberly Brand |
| cr | King County |
| cr | Kitsap County |
| cr | Kittitas County |
| cr | La Conner School District |
| cr | La Rue County School District, Kentucky |
| cr | Larimer County |
| cr | Lincoln County |
| unk | Lora Pellegrini, Massachusetts Assoc. of Health Plans |
| cr | Lou Sardella |
| cr | Lummi Tribe of the Lummi Reservation |
| unk | Lydia Conley, ABH |
| cr | MSI Corporation |
| unk | Marcia Julian |
| cr | Maricopa County |
| cr | Marketing Services of Indiana, Inc. |
| unk | Martin Walsh, City of Boston, Massachusetts |
| unk | Maryanne Frangules, MOAR |
| unk | Maryanne Frangules MOAR Executive Director |
| cr | McKesson Corporation |
| cr | McKesson Corporation, on behalf of itself and cert |
| cr | Mesa County |
| cr | Michael Christy |
| unk | Michael Julian |
| cr | Michael Klodzinski |
| cr | Michael Konig |
| cr | Michael Lopez |
| intp | Midvale Chemical Company |
| unk | Mike Sacca |
| cr | Missoula County |
| cr | Mohave County |
| cr | Mount Vernon School District |
| unk | Multi-State Governmental Entities Group |
| cr | NC Dept. of Health and Human Services |
| cr | Nadja Streiter |
| intp | Nappwood Land Corporation |
| cr | Navajo County |
| cr | Nevada Counties and Municipalities |
| intp | New Suffolk Holdings LLP |
| cr | Nez Perce Tribe |

| intp | Noramco Coventry LLC |
|---|---|
| cr | Northeast Ohio School Board Group |
| cr | Northwest Arizona Employee Benefit Trust |
| intp | Norton Rose Fulbright US LLP |
| intp | Old Republic Insurance Company |
| unk | On behalf of the Farash Family Barbara Farash |
| intp | One Stamford Land Inc. |
| intp | One Stamford Realty L.P. |
| cr | OptumRX, Inc. |
| intp | Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a J |
| intp | PJT Partners LP |
| intp | PRA Holdings, Inc. |
| cr | Pension Benefit Guaranty Corporation |
| intp | Peter W. Jackson |
| intp | Pharma Associates Inc. |
| intp | Pharma Associates L.P. |
| intp | Pharma Technologies Inc. |
| intp | Pharmaceutical Research Associates, Inc. |
| cr | Pierce County |
| unk | Plaintiffs' Co-Leads and Plaintiffs' Executive Com |
| intp | Purdue Biopharma Inc. |
| intp | Purdue Biopharma L.P. |
| intp | Purdue Healthcare Technologies Inc. |
| intp | Purdue Healthcare Technologies L.P. |
| intp | Purdue Pharma Technologies Inc. |
| intp | RSJ Company L.P. |
| intp | Rhodes Pharmaceuticals Inc. |
| intp | Rhodes Technologies Inc. |
| unk | Richard Sackler |
| unk | Ronald Bass, Sr. |
| cr | Ronald D. Stracener |
| cr | Ryan Hampton |
| cr | Saint Regis Mohawk Tribe |
| cr | San Juan County |
| cr | Santa Barbara County |
| intp | Sawwood Land Corporation |
| cr | Sedro-Woolley School District |
| cr | Skagit County |
| cr | Spokane County |
| cr | State of Alabama |
| cr | State of Arizona |
| cr | State of Connecticut |
| cr | State of Missouri, by its Attorney General Eric S. |
| unk | State of Utah |
| intp | State of Washington |
| cr | State of West Virginia, ex. rel. Patrick Morrisey, |
| unk | Stephen G. Gelfand, PROP |
| unk | Steve Walsh, Massachusetts Health & Hospital Assoc |
| unk | Steven A. Tolman, Massachusetts AFL-CIO |
| cr | Teller County |
| cr | Tennessee Plaintiffs |
| cr | Teva Canada Limited |
| cr | Teva Pharmaceuticals USA, Inc. |
| cr | The Board of Education of East Aurora School Distr |
| cr | The Board of Education of Thornton Fractional Town |
| cr | The Board of Education of Thornton Township High S |
| cr | The Makah Indian Tribe |
| crcm | The Official Committee of Unsecured Creditors of P |
| intp | The P.F. Laboratories, Inc |
| cr | The People of the State of California |
| intp | The Purdue Frederick Company Inc. |
| intp | The Raymond Sackler Family |
| intp | The Seven Hundred Realty Corporation |

| | | |
|---|---|---|
| intp | | The Terramar Foundation, Inc. |
| cr | | Thermo Fisher Scientific |
| cr | | Thurston County |
| cr | | Tiffany Dunford |
| cr | | Town of Hudson |
| cr | | Town of Lynnfield |
| cr | | Town of Natick |
| cr | | Town of Randolph |
| cr | | Town of Wakefield |
| cr | | Tri-County Health Department |
| cr | | Tulalip Tribes |
| intp | | Various Parties in Support of Massachusetts Attorn |
| intp | | Vitamerican Chemicals, Inc. |
| intp | | Vitamerican Corporation |
| cr | | W. Andrew Fox |
| intp | | Walgreen Co. and certain corporate affiliates and |
| cr | | Walla Walla County |
| intp | | Walmart, Inc. |
| cr | | Westchester Fire Insurance Company |
| cr | | Whatcom County |
| cr | | Whitman County |
| cr | | William Stock |
| cr | | William Taylor |
| cr | | Yuma County |
| cr | | Zachary R. Schneider |
| cr | | the State of Texas, acting by and through the Atto |
| 7625167 | | Al Marino, Inc. |
| 7624303 | | Attorney for Creditor, Ryan Hampton |
| 7707453 | | BR Holding Associates Inc. |
| 7707454 | | BR Holdings Associates L.P. |
| 7598583 | | Community Health Systems, Inc., et al |
| 7597039 | | Notice of Appearance and Request for Service of Pa |
| 7707456 | | PLP Associates Holdings Inc. |
| 7707457 | | PLP Associates Holdings L.P. |
| 7707455 | | Pharmaceutical Research Associates L.P. |
| 7624477 | | The State of Vermont, by and through Attorney Gene |
| 7625166 | | William Stock |
| 7625165 | | William Taylor |
| aty | *+ | Paul S Rothstein, 626 NE 1st Street, Gainesville, FL 32601-3391 |
| smg | *+ | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| cr | *+ | Commonwealth of Massachusetts, Office of the Attorney General, 1 Ashburton Place, Boston, MA 02108-1598 |
| unk | *+ | Community Health Systems, Inc., Tenet Healthcare C, c/o Teitelbaum Law Group LLC, 1 Barker Ave, White Plains, NY 10601-1517 |
| cr | *+ | Hunt Kinnaird, 3855 Blair Mill Road, Apt. 219C, Horsham, PA 19044-2920 |
| unk | *+ | Joan E. Vasko, 155 Old Murphy Road, Zebulon, NC 27597-7447 |
| op | *+ | Kurtzman Carson Consultants LLC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245-5614 |
| unk | *+ | New York State Department of Financial Services, One State Street, New York, NY 10004-1561 |
| cna | *+ | Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165-1446 |
| unk | *+ | Ronald George Dandar, c/o Legal Mail Department, 50 Overlook Drive, LaBelle, PA 15450-1050 |
| cr | *+ | Ronald George Dandar, c/o Legal Mail Department, 50 Overlook Drive, LaBelle, PA 15450-1050 |
| unk | ##+ | Collegium Pharmaceutical, Inc., 780 Dedham Street, Canton, MA 02021-1417 |

TOTAL: 277 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0208-7                                          User:                                          Page 11 of 31
Date Rcvd: Nov 30, 2020                                Form ID: 143                              Total Noticed: 236

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aaron H. Stulman | on behalf of Interested Party Walmart  Inc. astulman@potteranderson.com, bankruptcy@potteranderson.com |
| Aaron R. Cahn | on behalf of Creditor State of West Virginia  ex. rel. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Defendant State of West Virginia  ex rel. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aisha Rich | on behalf of Creditor Board of Chicago School District No. 299 arich@findjustice.com |
| Alexander Lees | on behalf of Interested Party Raymond Sackler Family alees@milbank.com alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com |
| Alexander M Gormley | on behalf of Attorney Alexander Michael Gormley agormley@slevinhart.com  ssavitsky@slevinhart.com |
| Alison Archer | on behalf of Creditor Ohio Attorney General alison.archer@ohioattorneygeneral.gov |
| Amanda Quick | on behalf of Defendant State of Indiana amanda.quick@atg.in.gov  marie.baker@atg.in.gov |
| Amanda Quick | on behalf of Creditor State of Indiana amanda.quick@atg.in.gov  marie.baker@atg.in.gov |
| Andrea Law | on behalf of Unknown State of Illinois alaw@atg.state.il.us |
| Andrew M. Troop | on behalf of Creditor Ad Hoc Group of Non-Consenting States andrew.troop@pillsburylaw.com |
| Andrew Vincent Alfano | on behalf of Creditor Ad Hoc Group of Non-Consenting States andrew.alfano@pillsburylaw.com |
| Anna Kordas | on behalf of Debtor Purdue Pharma L.P. akordas@jonesday.com  cbuck@jonesday.com |
| Anne Andrews | on behalf of Creditor Ryan Hampton aa@andrewsthornton.com |
| Anne Gilbert Wallice | on behalf of Interested Party Noramco Coventry LLC anne.wallice@kirkland.com |
| Annemarie Belanger Mathews | on behalf of Creditor State of South Carolina  by and through Attorney General Alan Wilson amathews@scag.gov |
| Anthony D. Boccanfuso | on behalf of Debtor Purdue Pharma L.P. Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com |
| Anthony D. Boccanfuso | on behalf of Spec. Counsel Arnold & Porter Kaye Scholer LLP Anthony.Boccanfuso@apks.com ecf-b9841d808f73@ecf.pacerpro.com |
| Ashley Crawford | on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al. avcrawford@akingump.com |
| Ashley Keller | on behalf of Defendant State of Arizona  ex rel. Mark Brnovich, Attorney General ack@kellerlenkner.com |
| Ben Harrington | |

on behalf of Creditor City of Seattle benh@hbsslaw.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma of Puerto Rico kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharmaceutical Products L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Transdermal Technologies L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma Inc. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Rhodes Pharmaceuticals L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Debtor Purdue Pharma L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Rhodes Technologies kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Avrio Health L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharmaceuticals L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Bernard Ardavan Eskandari

on behalf of Creditor The People of the State of California bernard.eskandari@doj.ca.gov

Bernard Ardavan Eskandari

on behalf of Defendant The People of the State of California bernard.eskandari@doj.ca.gov

Beth Kaswan

on behalf of Creditor Town of Randolph bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Gloucester bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Worcester bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Chicopee bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Enfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Springfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Natick bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Cambridge bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Canton bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Haverhill bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Norwich bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Worcester bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Springfield  Mass. bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Wakefield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Lynnfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Middletown bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Framingham bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Chicopee bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Wakefield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Salem bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Haverhill bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Trenton bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Lynnfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City Of Paterson  New Jersey bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Wethersfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Framingham bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Salem bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Canton bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Randolph bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Portsmouth bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Natick bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Gloucester bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Cambridge bkaswan@scott-scott.com

Brady C. Williamson

on behalf of Creditor Tennessee Plaintiffs bwilliamson@gklaw.com

Brady C. Williamson

on behalf of Creditor Arkansas Plaintiffs bwilliamson@gklaw.com

Brendan O'Neil

on behalf of Creditor State of Maine brendan.oneil@maine.gov

Brett T DeLange

on behalf of Defendant State of Idaho  Through Attorney General Lawrence G. Wasden brett.delange@ag.idaho.gov

Brett T DeLange

on behalf of Creditor State of Idaho  Through Attorney General Lawrence G. Wasden brett.delange@ag.idaho.gov

Brian Edmunds

on behalf of Creditor State Of Maryland bedmunds@oag.state.md.us

Brian S. Masumoto

on behalf of U.S. Trustee United States Trustee nysbnotice@gmail.com

CRG Financial LLC

on behalf of Creditor CRG Financial LLC notices@CRGfinancial.com

CRG Financial LLC

on behalf of Creditor CRG Financial  LLC as Assignee of Fike Corporation notices@CRGfinancial.com

District/off: 0208-7
Date Rcvd: Nov 30, 2020
User:
Form ID: 143
Page 14 of 31
Total Noticed: 236

Carol E. Momjian
on behalf of Creditor Commonwealth of Pennsylvania cmomjian@attorneygeneral.gov

Catherine Steege
on behalf of Creditor McKesson Corporation csteege@jenner.com jeffrey_cross@discovery.com

Celeste Brustowicz
on behalf of Unknown Kara Trainor Brucato cbrustowicz@clfnola.com lrichardson@clfnola.com

Charles Wysong
on behalf of Creditor Board of Chicago School District No. 299 cwysong@hsplegal.com

Chiung-Hui Huang
on behalf of Creditor The Board of Education of Thornton Fractional Township High School District 215 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor Board of Education of East Aurora School District 131 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor The Board of Education of East Aurora School District 131 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor Board of Chicago School District No. 299 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor The Board of Education of Thornton Township High School District 205 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor Board of Education of Thornton Township High School District 205 chuang@hslawyers.com

Christopher A. Lynch
on behalf of Creditor AmerisourceBergen Drug Corporation clynch@reedsmith.com

Christopher B Spuches
on behalf of Defendant State of Florida  Office of the Attorney General, Department of Legal Affairs cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches
on behalf of Creditor Attorney General  State of Florida cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Clayton Matheson, I
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al. cmatheson@akingump.com

Constantine Dean Pourakis
on behalf of Creditor Eric Hestrup  et al. cp@stevenslee.com

Corey Roush
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al. croush@akingump.com

Cyrus Mehri
on behalf of Creditor La Rue County School District  Kentucky cmehri@findjustice.com

Cyrus Mehri
on behalf of Creditor Board of Education of Thornton Township High School District 205 cmehri@findjustice.com

Cyrus Mehri
on behalf of Creditor Bullitt County School District  Kentucky cmehri@findjustice.com

Cyrus Mehri
on behalf of Creditor Board of Education of East Aurora School District 131 cmehri@findjustice.com

Cyrus Mehri
on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 cmehri@findjustice.com

Cyrus Mehri
on behalf of Creditor Board of Chicago School District No. 299 cmehri@findjustice.com

Daniel Walfish
on behalf of Unknown Bankruptcy Professors as Amici Curiae dwalfish@walfishfissell.com

Daniel H. Slate
on behalf of Creditor McKesson Corporation dslate@buchalter.com

Daniel S. Connolly
on behalf of Unknown Beverly Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

District/off: 0208-7                    User:                              Page 15 of 31
Date Rcvd: Nov 30, 2020              Form ID: 143                      Total Noticed: 236

Daniel S. Connolly
                    on behalf of Unknown David Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly
                    on behalf of Unknown Jonathan Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly
                    on behalf of Unknown Richard Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Darlene M. Nowak
                    on behalf of Creditor Giant Eagle  Inc. nowak@marcus-shapira.com

David Zwally
                    on behalf of Interested Party Caas Leasing  Inc. dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party Midvale Chemical Company dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party PRA Holdings  Inc. dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party New Suffolk Holdings LLP dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party Purdue Healthcare Technologies L.P. dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party One Stamford Land Inc. dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party One Stamford Realty L.P. dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party Hospice Provident LLC dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party Vitamerican Corporation dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party E.R.G. Realty  Inc. dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party Purdue Healthcare Technologies Inc. dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party Pharmaceutical Research Associates  Inc. dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party The Terramar Foundation  Inc. dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party Pharmaceutical Research Associates L.P. dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party Vitamerican Chemicals  Inc. dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party IAF Corporation dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party Nappwood Land Corporation dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party Rhodes Pharmaceuticals Inc. dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party Coventry Technologies L.P. dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party The Purdue Frederick Company Inc. dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party BR Holdings Associates Inc. dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party RSJ Company L.P. dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party The Seven Hundred Realty Corporation dzwally@haugpartners.com

David Zwally
                    on behalf of Interested Party Purdue Biopharma L.P. dzwally@haugpartners.com

District/off: 0208-7                                    User:                                    Page 16 of 31
Date Rcvd: Nov 30, 2020                          Form ID: 143                          Total Noticed: 236

David Zwally
on behalf of Interested Party Pharma Technologies Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Pharma Associates L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Avrio Health Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Connecticut Avenue Realty Co.  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Purdue Biopharma Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party PLP Associates Holding Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Sawwood Land Corporation dzwally@haugpartners.com

David Zwally
on behalf of Interested Party PLP Associates Holdings L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party TXP Services  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Essential Raw Materials dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Purdue Pharma Technologies Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Rhodes Technologies Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Pharma Associates Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party BR Holdings Associates L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party The P.F. Laboratories  Inc dzwally@haugpartners.com

David Eli Nachman
on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York
david.nachman@ag.ny.gov

David Eli Nachman
on behalf of Creditor People of the State of New York david.nachman@ag.ny.gov

Dawn Stewart
on behalf of Creditor Board of Chicago School District No. 299 dstewart@thestewartlawfirm.com

Denise Mondell
on behalf of Creditor State of Connecticut denise.mondell@ct.gov

Dennis Windscheffel
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
dwindscheffel@akingump.com

Dina L. Yunker Frank
on behalf of Interested Party Washington State Department of Revenue bcuyunker@atg.wa.gov

Donald K. Ludman
on behalf of Unknown SAP America  Inc. dludman@brownconnery.com

Dorothy White-Coleman
on behalf of Unknown City of Bellefontaine Neighbors  Missouri whitecoleman@whitecoleman.net

Edward E. Neiger
on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. eneiger@askllp.com
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Eleanor M. Mullen
on behalf of Creditor State of Connecticut eleanor.mullen@ct.gov

Eli J. Vonnegut
on behalf of Debtor Avrio Health L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Rhodes Technologies eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Ophir Green Corp. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharma of Puerto Rico eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharma L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor UDF LP eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharmaceutical Products L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Adlon Therapeutics L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Transdermal Technologies L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharmaceuticals L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Imbrium Therapeutics L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharmaceuticals L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Nayatt Cove Lifescience Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharma of Puerto Rico eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Quidnick Land L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Rhodes Pharmaceuticals L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Neuroscience Company eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharma L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Avrio Health L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Rhodes Technologies eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Interested Party PJT Partners LP eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharma Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Rhodes Associates L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharma Manufacturing L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Greenfield BioVentures L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Button Land L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Transdermal Technologies L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor SVC Pharma Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Seven Seas Hill Corp. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor SVC Pharma LP eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Paul Land Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharma Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Elisha D. Graff

on behalf of Interested Party PJT Partners LP egraff@stblaw.com

Elizabeth Scott

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
edscott@akingump.com

Emily Brown

on behalf of Creditor Board of Chicago School District No. 299 ebrown@hsplegal.com

Eric Goldstein

on behalf of Interested Party United HealthCare Services  Inc. egoldstein@goodwin.com,
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric J. Snyder

on behalf of Creditor State of Alabama esnyder@wilkauslander.com  jstauder@wilkauslander.com

Eric John Maloney

on behalf of Defendant State of Minnesota by its Attorney General  Keith Ellison eric.maloney@ag.state.mn.us

Eric John Maloney

on behalf of Creditor State of Minnesota eric.maloney@ag.state.mn.us

Eric M. Gold

on behalf of Defendant Commonwealth of Massachusetts eric.gold@state.ma.us

Eric M. Gold

on behalf of Creditor Commonwealth of Massachusetts eric.gold@state.ma.us

Erin West

on behalf of Creditor Tennessee Plaintiffs ewest@gklaw.com  kboucher@gklaw.com;elewerenz@gklaw.com

Erin West

on behalf of Creditor Arkansas Plaintiffs ewest@gklaw.com  kboucher@gklaw.com;elewerenz@gklaw.com

Evan Romanoff

on behalf of Creditor State of Minnesota evan.romanoff@ag.state.mn.us

Evan M. Jones

on behalf of Interested Party Johnson & Johnson ejones@omm.com  evan-jones-5677@ecf.pacerpro.com

Evan M. Jones

on behalf of Interested Party Janssen Pharmaceuticals  Inc. ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Evan M. Jones

on behalf of Interested Party Ortho-McNeil-Janssen Pharmaceuticals  Inc. n/k/a Janssen Pharmaceuticals, Inc. ejones@omm.com,
evan-jones-5677@ecf.pacerpro.com

Evan M. Jones

on behalf of Interested Party Janssen Pharmaceutica  Inc. n/k/a Janssen Pharmaceuticals, Inc. ejones@omm.com,
evan-jones-5677@ecf.pacerpro.com

Gary A. Gotto

on behalf of Creditor City of Sedro-Woolley ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Tulalip Tribes ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor King County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Whitman County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Sheridan ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Kent ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Mohave County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Skagit County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Northglenn ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Arapahoe County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Spokane County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Jefferson County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Kingman ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Island County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Lincoln County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Kittitas County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Nez Perce Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Thurston County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Humboldt County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Thornton ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Brighton ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Saint Regis Mohawk Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Pierce County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Burlington ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Mount Vernon ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor San Juan County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor The Makah Indian Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City and County of Denver ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Clark County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Lakewood ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Westminster ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Yuma County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Mesa County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Maricopa County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor City of Eureka ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Cochise County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Arizona Counties Insurance Pool ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Whatcom County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Mount Vernon School District ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Arizona School Alliance for Workers' Compensation ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Boulder County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor City and County of Broomfield ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Santa Barbara County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Unknown City of Federal Heights ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Franklin County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Lummi Tribe of the Lummi Reservation ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Town of Hudson ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Adams County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Chelan County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Fremont County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Ada County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Missoula County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Teller County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor City of Commerce City ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Clallam County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Walla Walla County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Navajo County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Sedro-Woolley School District ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor City of Greeley ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor City of Olympia ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Northwest Arizona Employee Benefit Trust ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Bainbridge ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Arizona Municipal Risk Retention Pool ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Tri-County Health Department ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Larimer County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Spokane ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Kitsap County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Black Hawk ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Tacoma ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Vancouver ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Aurora ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor La Conner School District ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Anacortes ggotto@kellerrohrback.com

Gary D. Bressler
    on behalf of Creditor Westchester Fire Insurance Company gbressler@mdmc-law.com
    scarney@mdmc-law.com;nleonard@mdmc-law.com

George Calhoun, IV
    on behalf of Unknown Ironshore Specialty Insurance Company george@ifrahlaw.com

George Robert Gage, Jr
    on behalf of Unknown Allergan Finance LLC grgage@gagespencer.com

George W. Shuster, Jr.
    on behalf of Debtor Purdue Pharma L.P. george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Gerard Uzzi
    on behalf of Unknown David Sackler guzzi@milbank.com
    jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
    l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
    on behalf of Interested Party Raymond Sackler Family guzzi@milbank.com
    jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
    l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
    on behalf of Unknown Richard Sackler guzzi@milbank.com
    jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
    l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
    on behalf of Unknown Jonathan Sackler guzzi@milbank.com
    jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
    l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
    on behalf of Unknown Jonathan Sackler guzzi@milbank.com
    jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
    l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
    on behalf of Unknown Dr. Richard Sackler  Jonathan Sackler, David Sackler, and Beverly Sackler guzzi@milbank.com,
    jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
    l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
    on behalf of Interested Party The Raymond Sackler Family guzzi@milbank.com
    jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil

l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi

on behalf of Unknown Beverly Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
l-OBrien@milbank.com;mmuscara@Milbank.com

Gillian Feiner

on behalf of Defendant Commonwealth of Massachusetts gillian.feiner@mass.gov

Gillian Feiner

on behalf of Creditor Commonwealth of Massachusetts gillian.feiner@mass.gov

Gregory Dale Willard

on behalf of Creditor State of Missouri  by its Attorney General Eric S. Schmitt gwillard@dubllc.com

Gregory P. Joseph

on behalf of Unknown Jonathan Sackler gjoseph@jha.com

Gregory P. Joseph

on behalf of Unknown Beverly Sackler gjoseph@jha.com

Gregory P. Joseph

on behalf of Unknown Richard Sackler gjoseph@jha.com

Gregory P. Joseph

on behalf of Unknown David Sackler gjoseph@jha.com

Heather M Crockett

on behalf of Defendant State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Heather M Crockett

on behalf of Creditor State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Ilana Volkov

on behalf of Creditor Ad Hoc Group of Hospitals ivolkov@mcgrailbensinger.com  ivolkov@mcgrailbensinger.com

Ira Burnim

on behalf of Unknown Kennedy Forum and other national organizations irabster@gmail.com

Ira S. Dizengoff

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingu
mp.com

J. Christopher Shore

on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. cshore@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com

Jake Holdreith

on behalf of Unknown Collegium Pharmaceutical  Inc. jholdreith@robinskaplan.com,
bmiller@robinskaplan.com;tbarrett@robinskaplan.com;cmay@robinskaplan.com

James Stempel

on behalf of Interested Party Noramco Coventry LLC jstempel@kirkland.com

James I. McClammy

on behalf of Plaintiff Rhodes Pharmaceuticals L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Plaintiff Purdue Pharmaceuticals L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Debtor Purdue Pharma L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Plaintiff Avrio Health L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Plaintiff Purdue Pharma L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Plaintiff Rhodes Technologies james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Plaintiff Purdue Pharma Inc. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Plaintiff Purdue Transdermal Technologies L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
       on behalf of Plaintiff Purdue Pharma of Puerto Rico james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
       on behalf of Plaintiff Purdue Pharmaceutical Products L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James T. Boffetti
       on behalf of Creditor State of New Hampshire james.boffetti@doj.nh.gov  janet.demers@doj.nh.gov

Jamie Fell
       on behalf of Interested Party PJT Partners LP jamie.fell@stblaw.com

Jasmine Ball
       on behalf of Unknown Beacon Company jball@debevoise.com  cponeal@debevoise.com;nquigley@debevoise.com

Jay Teitelbaum
       on behalf of Unknown Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Jay Teitelbaum
       on behalf of Creditor Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Jeffrey K. Garfinkle
       on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  dcyrankowski@buchalter.com;docket@buchalter.com

Jeffrey K. Garfinkle
       on behalf of Creditor McKesson Corporation  on behalf of itself and certain corporate affiliates jgarfinkle@buchalter.com,
dcyrankowski@buchalter.com;docket@buchalter.com

Jennifer B Lyday
       on behalf of Creditor State of North Carolina notice@waldrepwall.com

Jennifer Lynn Vandermeuse
       on behalf of Interested Party State of Wisconsin vandermeusejl@doj.state.wi.us  radkeke@doj.state.wi.us

Jennifer Lynn Vandermeuse
       on behalf of Defendant State of Wisconsin vandermeusejl@doj.state.wi.us  radkeke@doj.state.wi.us

Jeremy Pearlman
       on behalf of Creditor State of Connecticut jeremy.pearlman@ct.gov

Jeremy C. Kleinman
       on behalf of Interested Party Walgreen Co. and certain corporate affiliates and subsidiaries jkleinman@fgllp.com

Jill Abrams
       on behalf of Creditor The State of Vermont  by and through Attorney General Thomas J. Donovan Jr. jill.abrams@vermont.gov

Joanna Lydgate
       on behalf of Creditor Commonwealth of Massachusetts joanna.lydgate@mass.gov

Joel Shafferman
       on behalf of Creditor Casey David Nadolski shaffermanjoel@gmail.com

John Michael Connolly
       on behalf of Creditor Attorney General  State of Arizona mike@consovoymccarthy.com

John Wayne Hogan
       on behalf of Creditor Board of Chicago School District No. 299 hogan@terrellhogan.com

Jonathan Watson Cuneo
       on behalf of Creditor Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
jonc@cuneolaw.com

Jordan S. Blask
       on behalf of Creditor Thermo Fisher Scientific jblask@fbtlaw.com  agilbert@tuckerlaw.com

Joseph D. Frank
       on behalf of Interested Party Walgreen Co. and certain corporate affiliates and subsidiaries jfrank@fgllp.com
csucic@fgllp.com;csmith@fgllp.com

Joshua Karsh
       on behalf of Creditor Independent Public School Districts pleadings@findjustice.com

Joshua Karsh
       on behalf of Creditor Board of Education of East Aurora School District 131 pleadings@findjustice.com

Joshua Karsh
       on behalf of Creditor Board of Chicago School District No. 299 pleadings@findjustice.com

Joshua Karsh
       on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 pleadings@findjustice.com

Joshua Karsh
 on behalf of Creditor Board of Education of Thornton Township High School District 205 pleadings@findjustice.com

Judith Aurora Yosepha Fiorentini
 on behalf of Creditor The People of the State of California judith.fiorentini@doj.ca.gov

Julie Elizabeth Cohen
 on behalf of Debtor Purdue Pharma L.P. julie.cohen@skadden.com

Justino D Petrarca
 on behalf of Creditor Board of Education of Thornton Township High School District 205 jpetrarca@edlawyer.com
 emcnulty@edlawyer.com

Justino D Petrarca
 on behalf of Creditor Board of Education of East Aurora School District 131 jpetrarca@edlawyer.com  emcnulty@edlawyer.com

Justino D Petrarca
 on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 jpetrarca@edlawyer.com
 emcnulty@edlawyer.com

Katherine McCraw
 on behalf of Creditor NC Dept. of Health and Human Services kmccraw@ncdoj.gov
 kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov

Katherine Stadler
 on behalf of Defendant Arkansas Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler
 on behalf of Creditor Tennessee Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler
 on behalf of Creditor Arkansas Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler
 on behalf of Defendant Tennessee Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Kathryn Blake
 on behalf of Creditor People of the State of New York kathryn.blake@ag.ny.gov

Kathryn Blake
 on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York
 kathryn.blake@ag.ny.gov

KatieLynn B Townsend
 on behalf of Intervenor Dow Jones & Company  Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc.
 ktownsend@rcfp.org

Kenneth H. Eckstein
 on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
 keckstein@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Kenneth H. Eckstein
 on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
 keckstein@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Kevin C. Maclay
 on behalf of Unknown Multi-State Governmental Entities Group kmaclay@capdale.com
 cecilia-guerrero-caplin-6140@ecf.pacerpro.com

Kimberly P. Massicotte
 on behalf of Creditor State of Connecticut kimberly.massicotte@ct.gov

Lara J Fogel
 on behalf of Defendant State of New Jersey lfogel@levinelee.com

Lara J Fogel
 on behalf of Creditor State of New Jersey lfogel@levinelee.com

Laura Femino
 on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. laura.femino@whitecase.com

Laura McFarlane
 on behalf of Interested Party State of Wisconsin mcfarlanele@doj.state.wi.us

Laurel D. Roglen
 on behalf of Creditor DuPont de Nemours  Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Lauren Guth Barnes
 on behalf of Creditor Blue Cross Blue Shield Association lauren@hbsslaw.com  purduebankruptcy@hbsslaw.com

Laurie Rubinow
 on behalf of Unknown Ad Hoc Group of Self-Funded Health Plans lrubinow@sfmslaw.com

Lawrence Fogelman
          on behalf of Unknown United States of America lawrence.fogelman@usdoj.gov

Lawrence L. Tong
          on behalf of Creditor State of Hawaii ex rel. Clare E. Connors  Attorney General lawrence.l.tong@hawaii.gov,
          mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov

Leah M. Eisenberg
          on behalf of Creditor CVS Caremark Part D Services  L.L.C. leisenberg@foley.com, leisenberg@foley.com

Leah M. Eisenberg
          on behalf of Creditor CaremarkPCS Health  L.L.C. leisenberg@foley.com, leisenberg@foley.com

Leslie A. Eaton
          on behalf of Creditor Colorado Attorney General leslie.eaton@coag.gov

Leslie A. Eaton
          on behalf of Creditor Colorado Department of Law leslie.eaton@coag.gov

Leslie A. Goller
          on behalf of Creditor Board of Chicago School District No. 299 lgoller@terrellhogan.com

Linda Singer
          on behalf of Unknown State of Utah lsinger@motleyrice.com

Linda Singer
          on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants lsinger@motleyrice.com

Linda J Conti
          on behalf of Creditor State of Maine linda.conti@maine.gov

Lori A. Butler
          on behalf of Creditor Pension Benefit Guaranty Corporation butler.lori@pbgc.gov  efile@pbgc.gov

Louis J. Testa
          on behalf of Creditor People of the State of New York louis.testa@ag.ny.gov

Louis J. Testa
          on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York
          louis.testa@ag.ny.gov

Lowell W. Finson
          on behalf of Creditor Anne Alexander  et al. lowellwfinson@gmail.com

Mai Lan G. Rodgers
          on behalf of Creditor Pension Benefit Guaranty Corporation rodgers.mailan@pbgc.gov  efile@pbgc.gov

Marc Joseph Tobak
          on behalf of Plaintiff Purdue Pharma of Puerto Rico mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak
          on behalf of Plaintiff Avrio Health L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak
          on behalf of Plaintiff Purdue Transdermal Technologies L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak
          on behalf of Plaintiff Purdue Pharmaceuticals L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak
          on behalf of Plaintiff Rhodes Pharmaceuticals L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak
          on behalf of Debtor Purdue Pharma L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak
          on behalf of Plaintiff Purdue Pharma Manufacturing L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak
          on behalf of Plaintiff Purdue Pharmaceutical Products L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak
          on behalf of Plaintiff Purdue Pharma Inc. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak
          on behalf of Plaintiff Purdue Pharma L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak
          on behalf of Plaintiff Rhodes Technologies mtobak@dpw.com  ecf.ct.papers@davispolk.com

Margaret Truesdale
          on behalf of Creditor Board of Chicago School District No. 299 mtruesdale@hsplegal.com

District/off: 0208-7
Date Rcvd: Nov 30, 2020

User:
Form ID: 143

Page 26 of 31
Total Noticed: 236

Mark Krueger
on behalf of Creditor State of Nevada mkrueger@ag.nv.gov  dpotnar@ag.nv.gov,jwhitson@ag.nv.gov,lmtucker@ag.nv.gov

Mark Tate
on behalf of Attorney Village of Amityville  NY, et al. wkell@tatelawgroup.com

Mark S. Dym
on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 mdym@hsplegal.com

Mark S. Dym
on behalf of Creditor Board of Education of Thornton Township High School District 205 mdym@hsplegal.com

Mark S. Dym
on behalf of Creditor Board of Education of East Aurora School District 131 mdym@hsplegal.com

Mark S. Dym
on behalf of Creditor Board of Chicago School District No. 299 mdym@hsplegal.com

Marshall C. Turner
on behalf of Creditor Express Scripts Senior Care Holdings  Inc. marshall.turner@husch.com,
marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner
on behalf of Creditor Ascent Health Services marshall.turner@husch.com  marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner
on behalf of Creditor Express Scripts  Inc. marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

Marvin E. Clements, Jr.
on behalf of Creditor Tennessee Attorney General's Office agbanknewyork@ag.tn.gov

Matthew J. Gold
on behalf of Defendant State of Washington mgold@kkwc.com

Matthew J. Gold
on behalf of Interested Party State of Washington mgold@kkwc.com

Matthew J. Piers
on behalf of Creditor Board of Education of East Aurora School District 131 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
on behalf of Creditor Board of Education of Thornton Township High School District 205 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
on behalf of Creditor Board of Chicago School District No. 299 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Mawerdi Hamid
on behalf of Creditor State of Minnesota mawerdi.hamid@ag.state.mn.us

Megan Paris Rundlet
on behalf of Creditor Colorado Attorney General megan.rundlet@coag.gov

Megan Paris Rundlet
on behalf of Defendant State of Colorado megan.rundlet@coag.gov

Melanie L. Cyganowski
on behalf of Creditor State of Texas  acting by and through the Attorney General of Texas, Ken Paxton mcyganowski@oshr.com,
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melanie L. Cyganowski
on behalf of Creditor the State of Texas  acting by and through the Attorney General of Texas, Ken Paxton
mcyganowski@oshr.com,
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melanie L. Cyganowski
on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants mcyganowski@oshr.com
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melissa L. Van Eck
on behalf of Creditor Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Melissa L. Van Eck
on behalf of Defendant Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Merrida Coxwell
                    on behalf of Attorney Merrida P Coxwell lenah@coxwelllaw.com

Michael Goldstein
                    on behalf of Creditor Teva Canada Limited mgoldstein@goodwinlaw.com

Michael Goldstein
                    on behalf of Creditor Anda  Inc. mgoldstein@goodwinlaw.com

Michael Goldstein
                    on behalf of Creditor Teva Pharmaceuticals USA  Inc. mgoldstein@goodwinlaw.com

Michael Luskin
                    on behalf of Interested Party Old Republic Insurance Company luskin@lsellp.com

Michael G Louis
                    on behalf of Unknown Joan E. Vasko mlouis@macelree.com

Michael I. Baird
                    on behalf of Creditor Pension Benefit Guaranty Corporation baird.michael@pbgc.gov  efile@pbgc.gov

Michael J Kasen
                    on behalf of Creditor Fredrick Hill mkasen@kasenlaw.com

Michael Morris Buchman
                    on behalf of Creditor Tucson Medical Center mbuchman@motleyrice.com

Michael S. Kimm
                    on behalf of Creditor Jung U. Kim msk@kimmlaw.com  law@kimmlaw.com;proh@kimmlaw.com

Michiyo Michelle Burkart
                    on behalf of Creditor The People of the State of California michelle.burkart@doj.ca.gov

Michiyo Michelle Burkart
                    on behalf of Defendant The People of the State of California michelle.burkart@doj.ca.gov

Mimi Liu
                    on behalf of Creditor Ad Hoc Group of Non-Consenting States mliu@motleyrice.com

Mimi Liu
                    on behalf of Unknown State of Utah mliu@motleyrice.com

Morgan R Bentley
                    on behalf of Attorney Sarasota County Public Hospital District mbentley@bentleyandbruning.com

Morton R. Branzburg
                    on behalf of Creditor AmerisourceBergen Drug Corporation mbranzburg@klehr.com  jtaylor@klehr.com

Muhammad Umair Khan
                    on behalf of Creditor People of the State of New York umair.khan@ag.ny.gov

Neil Francis Xavier Kelly
                    on behalf of Unknown STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS nkelly@riag.ri.gov
                    mdifonzo@riag.ri.gov

Neil L Henrichsen
                    on behalf of Unknown Board of Chicago School District No. 299 nhenrichsen@hslawyers.com

Nicholas F. Kajon
                    on behalf of Creditor William Stock nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Ronald D. Stracener nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Gretta Golden nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Darcy Sherman nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor F. Kirk Hopkins nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Marketing Services of Indiana  Inc. nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Al Marino  Inc. nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Glenn Golden nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Attorney General  State of Arizona nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Lou Sardella nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Barbara Rivers nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Debra Dawsey nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Zachary R. Schneider nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Dora Lawrence nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor W. Andrew Fox nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Michael Klodzinski nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Amel Eiland nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor MSI Corporation nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Heather Enders nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Michael Konig nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Kevin Wilk nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor William Taylor nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Kimberly Brand nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Eli Medina nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Edward Grace nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Michael Christy nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Jordan Chu nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Michael Lopez nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Jason Reynolds nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Deborah Green-Kuchta nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Nadja Streiter nfk@stevenslee.com

Nicholas F. Kajon
                    on behalf of Creditor Eric Hestrup  et al. nfk@stevenslee.com

Nicklas Arnold Akers
                    on behalf of Creditor The People of the State of California nicklas.akers@doj.ca.gov

Nicklas Arnold Akers
                    on behalf of Defendant The People of the State of California nicklas.akers@doj.ca.gov

Nickolas Karavolas
                    on behalf of Interested Party Her Majesty in Right of the Province of British Columbia nkaravolas@phillipslytle.com
                    ddrons@phillipslytle.com

Nicolas G. Keller
                    on behalf of Unknown New York State Department of Financial Services nicolas.keller@dfs.ny.gov

Nicole A Leonard
on behalf of Creditor Westchester Fire Insurance Company nleonard@mdmc-law.com  sshidner@mdmc-law.com

Norma E. Ortiz
on behalf of Unknown The National Association for the Advancement of Colored People email@ortizandortiz.com
bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com

Patrick Francis McTernan
on behalf of Creditor State of Hawaii ex rel. Clare E. Connors  Attorney General pmcternan@croninfried.com,
cfskf@croninfried.com

Patrick Francis McTernan
on behalf of Defendant State of Hawaii  ex rel. Clare E. Connors, Attorney General pmcternan@croninfried.com,
cfskf@croninfried.com

Paul A. Rachmuth
on behalf of Creditor Ad Hoc Committee on Accountability paul@paresq.com

Paul S Rothstein
on behalf of Attorney Paul S Rothstein psr@rothsteinforjustice.com

Paul S Rothstein
on behalf of Unknown Paul S Rothstein psr@rothsteinforjustice.com

Pearl Shah
on behalf of Creditor Hospital Claimants pshah@mcgrailbensinger.com

Pearl Shah
on behalf of Creditor Ad Hoc Group of Hospitals pshah@mcgrailbensinger.com

Peter D'Apice
on behalf of Creditor Certain Native American Tribes and Others dapice@sbep-law.com

Peter D'Apice
on behalf of Creditor Tiffany Dunford dapice@sbep-law.com

Peter H Weinberger
on behalf of Unknown Plaintiffs' Co-Leads and Plaintiffs' Executive Committee in MDL 2804 sschebek@spanglaw.com

Richard B. Levin
on behalf of Creditor McKesson Corporation rlevin@jenner.com

Richard R Gan
on behalf of Attorney Richard R Gan richlaw1@comcast.net

Robert Padjen
on behalf of Creditor Colorado Department of Law robert.padjen@coag.gov

Robert Padjen
on behalf of Defendant State of Colorado robert.padjen@coag.gov

Robert P. Charbonneau
on behalf of Creditor Attorney General  State of Florida rpc@agentislaw.com,
bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Samuel Mitchell
on behalf of Creditor Tucson Medical Center sam@mitchellspeights.com

Sara Tonnesen
on behalf of Defendant Consumer Protection Division Office of the Attorney General (Md.) stonnesen@oag.state.md.us

Scott F. Gautier
on behalf of Unknown Collegium Pharmaceutical  Inc. sgautier@robinskaplan.com,
kmeek@robinskaplan.com;mdelaney@robinskaplan.com

Scott I. Davidson
on behalf of Debtor Purdue Pharma L.P. sdavidson@kslaw.com  jcmccullough@kslaw.com

Scott S. Markowitz
on behalf of Creditor Ad Hoc Committee of NAS Babies smarkowitz@tarterkrinsky.com
snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com

Sean A. O'Neal
on behalf of Interested Party Norton Rose Fulbright US LLP soneal@cgsh.com  maofiling@cgsh.com

Sean Michael Murphy
on behalf of Defendant State of Wisconsin murphysm@doj.state.wi.us  radkeke@doj.state.wi.us

Sean Michael Murphy
on behalf of Interested Party State of Wisconsin murphysm@doj.state.wi.us  radkeke@doj.state.wi.us

Seth Adam Meyer
on behalf of Creditor State of Arizona sam@kellerlenkner.com  docket@kellerlenkner.com

Seth Adam Meyer
on behalf of Defendant State of Arizona  ex rel. Mark Brnovich, Attorney General sam@kellerlenkner.com, docket@kellerlenkner.com

Seth Adam Meyer
on behalf of Creditor Attorney General  State of Arizona sam@kellerlenkner.com, docket@kellerlenkner.com

Shawn M. Christianson
on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Vasser
on behalf of Attorney Dechert LLP shmuel.vasser@dechert.com  nycmanagingclerks@dechert.com,brett.stone@dechert.com

Steven A Skalet
on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 sskalet@findjustice.com

Steven A Skalet
on behalf of Creditor Board of Chicago School District No. 299 sskalet@findjustice.com

Steven A Skalet
on behalf of Creditor Board of Education of East Aurora School District 131 sskalet@findjustice.com

Steven A Skalet
on behalf of Creditor Board of Education of Thornton Township High School District 205 sskalet@findjustice.com

Steven A. Ginther
on behalf of Creditor Missouri Department of Revenue sdnyecf@dor.mo.gov

Steven P Ordaz
on behalf of Unknown BMC Group  Inc sordaz@bmcgroup.com

Susan Ellis
on behalf of Unknown State of Illinois sellis@atg.state.il.us

Sydenham B. Alexander, III
on behalf of Defendant Commonwealth of Massachusetts sandy.alexander@mass.gov

Sydenham B. Alexander, III
on behalf of Creditor Commonwealth of Massachusetts sandy.alexander@mass.gov

Thomas Lauria
on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. tlauria@whitecase.com

Thomas D. Bielli
on behalf of Examiner David M. Klauder tbielli@bk-legal.com  dklauder@bk-legal.com;tnobis@bk-legal.com

Thomas Moultrie Beshere, III
on behalf of Creditor Commonwealth of Virginia  ex rel. Mark R. Herring, Attorney General tbeshere@oag.state.va.us

Timothy Lundgren
on behalf of Creditor The People of the State of California timothy.lundgren@doj.ca.gov

Timothy E. Graulich
on behalf of Debtor Purdue Pharma L.P. ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Todd E. Phillips
on behalf of Unknown Multi-State Governmental Entities Group tphillips@capdale.com cecilia-guerrero-caplin-6140@ecf.pacerpro.com,cguerrero@capdale.com

Trish Lazich
on behalf of Creditor Ohio Attorney General trish.lazich@ohioattorneygeneral.gov

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Vadim J. Rubinstein
on behalf of Defendant Nevada Counties and Municipalities vrubinstein@loeb.com vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com

Vadim J. Rubinstein
on behalf of Creditor Nevada Counties and Municipalities vrubinstein@loeb.com vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com

Wendy Tien
on behalf of Defendant State of Minnesota by its Attorney General  Keith Ellison wendy.tien@ag.state.mn.us

William Hao
on behalf of Creditor OptumRX  Inc. william.hao@alston.com, leslie.salcedo@alston.com

William P. Weintraub
on behalf of Creditor Anda  Inc. wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

William P. Weintraub

on behalf of Creditor Teva Pharmaceuticals USA  Inc. wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

William P. Weintraub

on behalf of Creditor Teva Canada Limited wweintraub@goodwinprocter.com  gfox@goodwinprocter.com

William R Pearson

on behalf of Creditor State of Iowa  Ex Rel william.pearson@ag.iowa.gov

William R Pearson

on behalf of Defendant State of Iowa  Thomas J. Miller, Attorney General of Iowa william.pearson@ag.iowa.gov

William S Consovoy

on behalf of Creditor Attorney General  State of Arizona will@consovoymccarthy.com


TOTAL: 529