You'll get a docketing number #

United States Bankruptcy Court
Southern District of New York

In re                                              Chapter 11
Purdue Pharma L.P., -et al.,                       Case No. 19-23649 (RDD)
          Debtors                                  (Jointly Administered)

## Motion to File After Deadline

Comes now, Kyle Parks, hereinafter, Movant, moves this court to accept Movant's "Personal Injury Claimant Proof of Claim Form" after the filing deadline of July 30, 2020, 5:00 p.m. (EST). Movant is an inmate at the United States Penitentiary — Terre Haute and from ~~early~~ early July to November of 2020 Movant has been placed in an isolation pod to prevent the spread of the COVID-19 flue pandemic. As a result Movant had no way to join the Purdue Pharma class-action as a Personal Injury Claimant Creditor. The quarantine involved the sequestration of all forms of communication including telephone and mail in an attempt to stop the spread of the disease.

Movant ~~requests~~ prays the order of the court to accept the late filing due to the tolling circumstances.                                    Won't use: "Respectfully Submitted,"

Issued in good faith, well and truly made with clean hands.

I declare under penalty of perjury that the foregoing is true and correct.
                                                                All Rights Reserved
                                                        By:

Kyle Parks, Reg. No. 44051-044
United States Penitentiary
PO Box 33 (F-1) — 4700 Bureau Road South
Terre Haute, IN 47808

# FCC Terre Haute



# Inmate Bulletin

## Nation-Wide Lock Down

As you are aware, our Nation is facing difficult times as emotions run high and peaceful protests have turned into violently charged demonstrations. In an effort to maintain the safety and security of the institution, a lock down has been initiated. This lock down is not punitive. This is not intended to be a long-term lock down. We anticipate to return to a less restrictive operation in the near future and in keeping with our continued mitigation efforts with regard to COVID-19. However, we are committed to preventing any type of disruption from occurring, and I strongly emphasize any type of violent behavior will never be accepted or tolerated at this facility.

It is my expectation of the inmate population that you attempt to use this time towards positive efforts. You should adhere to the rules and regulations of the institution, treat staff and fellow inmates with respect and follow all orders given by staff, especially during unusual times such as these. Additionally, all inmates are expected to adhere to cell sanitation and housekeeping standards.

The safety and security of staff and inmates is the highest priority. Institution staff will continue to make rounds and address any concerns that may arise. Every attempt will be made to ensure the inmate population is provided showers and nutritional meals throughout the course of this lock down, including one hot meal each day. You will be notified of any additional modifications to institution operations.

Your cooperation and flexibility is appreciated as we are doing everything we can to ensure the safety and security of our staff, inmates, and the general public. We are continually monitoring updates nationally and will share with you as the information becomes available. Staff from the various departments will be making rounds throughout the institution, so please be patient as we work through this critical time.

_____6/2/20_____    _____
Date                              T. J. Watson, Complex Warden

Dated: November , 2020

Vito Genna, Clerk
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Reason: Docketing.

Dear Mr. Genna:

    Good day, Sir. Enclosed is my six (6) page document entitled "Motion for Late Filing." Please docket my motion. Also, could you be so kind as to mail me a time-stamped certified copy of the motion?

    Thank you for your attention to this matter.

Very truly yours,
By:

Kyle Parker Reg. No. 44051-044
United States Penitentiary
4700 Bureau Road South
PO Box 33 (F-1)
Terre Haute, IN 47808