November 26, 2020

Deborah Clonts
7105 Birdsnest Way
Temple, TX 76502

Judge Robert D. Drain
U.S. Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, New York, 10601

In re: Purdue Pharma L.P., et all.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

Dear Judge Drain:

## MOTION FOR CLAIM PAYMENT

1. Under my Claim No. 10231, Claim No. 615270, Claim No. 615218, and Claim No. 614341 (Deborah Clonts). Deborah Clonts would like to recover personal injury damages based on Shyra Chandlers addiction to Dilaudid, her many overdoses, and her death. From her initial ingestion. My life has been forever changed by these horrible drugs . I am seeking damages in the amount of $5,075,000.00.
2. Not only is there clear and convincing evidence of their "gross negligence", but Purdue Pharma L.P., has admitted their guilt in a federal courtroom. They will pay $225 million as part of a larger $2 billion criminal forfeiture as negotiated with Department of Justice for their Guilt in the opioid crisis. The company admitted to three felony counts for defrauding the federal government by misleading regulators about its efforts to restrict overprescribing of the drug and to violating anti-kickback laws by paying doctors to write more OxyContin prescriptions. The flood of opioids resulted in massive costs in health care to cope with addictions and deaths. My daughter Shyra was bright, humble, talented, and deserved a chance at life but these horrendous drugs robbed her of her precious, irreplaceable life and me of the life I would never have again.

Thank you in advance.

Sincerely,

*Deborah Clonts*

Deborah Clonts

**THIS IS TO CERTIFY THAT I HAVE MAILED A COPY ON NOV.27,2020**
**TO:**
**Marshall Huebner**
**Davis Polk and Wardwell**
**450 Lexington Ave**
**New York, NY 10017**