# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: | Date Created: 12/3/2020 |
| Case: 19−23649−rdd | Form ID: 143 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty     Eli J. Vonnegut        eli.vonnegut@davispolk.com
aty     Marshall Scott Huebner     marshall.huebner@davispolk.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Purdue Pharma L.P.     One Stamford Forum     201 Tresser Boulevard     Stamford, CT 06901
cr     Deborah Clonts     7105 Birdsnest Way     Temple, TX 76502

TOTAL: 2