Les Burris
1575 Deming Drive
Orlando, Florida 32825
(407) 489-0498
Lesburris1@aol.com
**Claim #6177**

U.S. Clerk of the
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY10601

November 16th 2020

Dear Honorable Judge Robert Drain,

In lui of recent developments, whereas Purdue Pharma LP and the U.S. Department of Justice have come to a resolution of it's criminal and civil investigation, I would like to renegotiate my personal injury claim against Purdue Pharma LP for the death of my wife, Julia Burris. Since Purdue has pleaded to three charges, I ask that my settlement be multiplied by three to twelve million dollars. I find it a fair settlement since there are no caps on personal injury settlements and is representative of it's three violations of the law. This last development is of special focus since in legal decisions are based on past legal precedent. In the case of Dalkon Shield Bankruptcy, millions were injured because an inadvertent design flaw. Purdue Pharma pled guilty to reckless actions. In the Dalkon Shield case only those who were seriously harmed were compensated, and under those provisions, I would like to have my case settled for $12.6 million dollars. You can write a check in my name legal name, Leslie S. Burris and send it to my mailing address:

1575 Deming Drive
Orlando, Florida 32825

If you have any questions and or concerns you may call me at my cell phone number (407) 489-0498 or my attorney Mark Lippman at 407-648-4213

Respectfully,

Les Burris