United States Bankruptcy Court
Southern District of New York

FILED
U.S. BANKRUPTCY COURT
2020 DEC -4 P 1:44
S.D. OF N.Y.

In re
Purdue Pharma L.P., - et al.,
Debtor

Chapter 11
Case No. 19-23649 (RDD)
(Jointly Administered)

## Motion for Tolling Filing Deadline

Comes now Orlandis C. Isaac, hereinafter Movant pro se moves this court to toll the July 30, 2020, 5:00 p.m. (EST) filing deadline of the above cited Pro Purdue Pharma L.P. class action lawsuit. Movant is a Federal Bureau of Prisons inmate at United States Penitentiary - Terre Haute. July 10, 2020, Movant tested positive for the COVID-19 flu pandemic and was subsequently sequestered via celling in a quarantine isolation pod and hence deprived of mail and telephonic communication. Wherefore, Movant was unable to meet the said filing deadline due to the extraordinary circumstances.

Movant request the order of the court to toll the said filing deadline and accept the attached Personal Injury Claimant Proof-of Claim Form as timely.

Further Movant Sayth Naught.

Issued in good faith, well and truly made with clean hands.

-1 of 9-

I declare under penalty of perjury that the foregoing is true and correct.

Done this 30th day of November, 2020.

Without Prejudice,
By: *Arlandis C. Issac*

Arlandis C. Issac
Reg. No: 06935-090
United States Penitentiary
P O Box 33  (F-1)
4700 Bureau Road South
Terre Haute, IN  47808

Dated: November 30, 2020

FILED
U.S. BANKRUPTCY COURT
2020 DEC -4 P 1:44
S.D. OF N.Y.

Vito Genna, Clerk
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, 2nd floor
White Plains, New York 10601

Reason: Docketing.

Dear Mr. Genna:

    Good day, Sir. Please docket my enclosed filing entitled "Motion for Tolling of Filing Deadline" with the attached instrument entitled "Personal Injury Claimant Proof of Claims Form." Also, could you be so kind as to mail me a time stamped certified copy of this filing bearing the docketing number?

    Thank you for your attention to this matter.

Very truly yours,

Orlandis C. Issac

Orlandis C. Issac 06935-090
United States Penitentiary
4700 Bureau Road South
PO Box 33 (F-1)
Terre Haute, IN 47808

# FCC Terre Haute



# Inmate Bulletin

## Nation-Wide Lock Down

As you are aware, our Nation is facing difficult times as emotions run high and peaceful protests have turned into violently charged demonstrations. In an effort to maintain the safety and security of the institution, a lock down has been initiated. This lock down is not punitive. This is not intended to be a long-term lock down. We anticipate to return to a less restrictive operation in the near future and in keeping with our continued mitigation efforts with regard to COVID-19. However, we are committed to preventing any type of disruption from occurring, and I strongly emphasize any type of violent behavior will never be accepted or tolerated at this facility.

It is my expectation of the inmate population that you attempt to use this time towards positive efforts. You should adhere to the rules and regulations of the institution, treat staff and fellow inmates with respect and follow all orders given by staff, especially during unusual times such as these. Additionally, all inmates are expected to adhere to cell sanitation and housekeeping standards.

The safety and security of staff and inmates is the highest priority. Institution staff will continue to make rounds and address any concerns that may arise. Every attempt will be made to ensure the inmate population is provided showers and nutritional meals throughout the course of this lock down, including one hot meal each day. You will be notified of any additional modifications to institution operations.

Your cooperation and flexibility is appreciated as we are doing everything we can to ensure the safety and security of our staff, inmates, and the general public. We are continually monitoring updates nationally and will share with you as the information becomes available. Staff from the various departments will be making rounds throughout the institution, so please be patient as we work through this critical time.

_____6/2/20_____    _____
Date                                T. J. Watson, Complex Warden

# FCC Terre Haute

# Inmate Bulletin



### ENHANCED MODIFIED OPERATIONS

In an effort to maintain the safety and security of the institution, an enhanced modified operation has been initiated. This is not intended to be a long-term plan. We anticipate to return to a less restrictive operation in the near future and in keeping with our continued mitigation efforts with regard to COVID-19.

The inmate population will be provided showers and nutritional meals throughout the course of this modified plan. The shower schedule will be on Monday/Wednesday/Friday. Showers will be cleaned after each use. <u>Units that have not had a recent positive COVID-19 case will be able to utilize the telephones and emails.</u> Units with positive COVID-19 cases will be permitted to utilize the showers only. Additionally, all inmates are expected to adhere to cell sanitation and housekeeping standards.

The safety and security of staff and inmates is the highest priority. Institution staff will continue to make rounds and address any concerns that may arise. You will be notified of any additional modifications to institution operations.

_____9/1/20_____          _____
Date                                                      T. J. Watson, Complex Warden