# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: | Date Created: 12/7/2020 |
| Case: 19–23649–rdd | Form ID: 143 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty     Eli J. Vonnegut        eli.vonnegut@davispolk.com
aty     Marshall Scott Huebner    marshall.huebner@davispolk.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Purdue Pharma L.P.     One Stamford Forum     201 Tresser Boulevard     Stamford, CT 06901
cr     Arlandis C. Issac      United States Penintentiary     Reg No. 06935–090     P.O. Box 33 (F–1)     4700 Bureau Road South     Terre Haute, IN 47808

TOTAL: 2