United States Bankruptcy Court
Southern District Of New York

In re:                      Chapter 11

PURDUE PHARMA L.P., et al.,   Case No. 19-23649 (RDD)
        Debtors.
                                    (Jointly Administered)

Motion for Tolling Filing Deadline

Comes now André S. Youngblood, hereinafter Movant pro se moves this court to toll the July 30, 2020, 5:00 p.m. (EST) of the foregoing Purdue Pharma class action lawsuit. Movant is a federal inmate at United States Penitentiary - Terre Haute. Movant tested positive for the COVID-19 flu pandemic and as of early July, 2020, have been sequestered in a quarantine unit deprived of mail and telephonic communication. Wherefore, Movant was unable to meet said deadline due to the extraordinary circumstances. Movant request the order the court to toll the said filing deadline and accept the attached Personal Injury claim + Proof of claim form as timely.

Issued in good faith, well and truly made with clean hands.

I declare under penalty of perjury that the foregoing is true and correct.

Done this 30th day of November, 2020.

André S. Youngblood                    Without Prejudice,
4700 Bureau Rd. P.O. Box 33            By: André S. hock
Terre Haute, I.N. 47808                     Youngblood

Dated: November 30, 2020

Vito Genna, Clerk
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, 2nd floor
White Plains, New York #10601

Reason: Docketing.

Dear Mr. Genna:
Good day, sir. Please docket my enclosed filing entitled "Motion for Tolling of filing Deadline" with the attached instrument entitled "Personal Injury Claimant Proof of Claim form." Also, could you be so kind as to mail me a time stamped certified copy of this filin bearing the docketing number?
Thank you for your attention to this matter.

Very truly yours,
André S. Youngblood

André S. Youngblood
United States Penitentiary
4700 Bureau Rd
P.O. Box 33
Terre Haute, I.N. 47808