# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: | Date Created: 12/7/2020 |
| Case: 19–23649–rdd | Form ID: 143 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty     Eli J. Vonnegut          eli.vonnegut@davispolk.com
aty     Marshall Scott Huebner   marshall.huebner@davispolk.com

                                                                                                                                                                             TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Purdue Pharma L.P.      One Stamford Forum      201 Tresser Boulevard      Stamford, CT 06901
unk     Andre S. Youngblood     United States Penitentiary      4700 Bureau Road      P.O. Box 33      Terre Haute, IN 47808

                                                                                                                                                                             TOTAL: 2