WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.[1]** | |

**TWELFTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Name of Applicant | Wilmer Cutler Pickering Hale and Dorr LLP |
|---|---|
| Applicant's Role in Case | Special Counsel to Purdue Pharma L.P., *et al.* |
| Date Order of Employment Signed | November 25, 2019 [Docket No. 544] |
| Period for which compensation and reimbursement is sought | October 1, 2020 through October 31, 2020 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | **$38,936.46**[2] **(80% of $48,670.57)** |
| **Total reimbursement of expenses requested in this statement** | **$14.82** |
| **Total compensation and reimbursement requested in this statement** | **$38,951.28** |
| **This is a(n):**   _X Monthly Application   __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States

Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order*

*Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as*

*Special Counsel  for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019

[Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21,

2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale

and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in

possession (collectively, the "**Debtors**"), submits this *Twelfth Monthly Fee Statement for*

*Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period*

*from October 1, 2020 Through October 31, 2020* ("**Fee Statement**").[3]  By this Fee Statement,

WilmerHale seeks (i) compensation in the amount of $38,936.46 which is 80% of the total

amount of reasonable compensation for actual, necessary legal services that WilmerHale

incurred in connection with such services during the Fee Period (i.e., $48,670.57), and (ii)

---

[2]  This amount reflects an agreed reduction in fees in the aggregate amount of $8,588.93.

[3]  The period from October 1, 2020 through and including October 31, 2020 is referred to herein as the "**Fee Period**."

payment of $14.82 for the actual, necessary expenses that WilmerHale incurred in connection

with rendering such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees

incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and

paraprofessionals during the Fee Period with respect to each of the project categories

WilmerHale established in accordance with its internal billing procedures.  As reflected in

**Exhibit A**, WilmerHale incurred $57,259.50 in fees during the Fee Period and, pursuant to its

agreement with Purdue Pharma, L.P., reduced that amount to $48,670.57.  Pursuant to this Fee

Statement, WilmerHale seeks compensation for 80% of such fees, totaling $38,936.46.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and

paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who

rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period

and the title, hourly rate, aggregate hours worked and the amount of fees earned by each

professional.  The blended hourly billing rate of attorneys for all services provided during the

Fee Period is $893.44.[4]  The blended hourly billing rate of all paraprofessionals is $365.08.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or

disbursed in the amount of $14.82 in connection with providing professional services to the

Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's

direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.

Only the clients for whom the services are actually used are separately charged for such services.

The effect of including such expenses as part of the hourly billing rates would unfairly impose

---

[4]  The blended hourly billing rate of $893.44 for attorneys is derived by dividing the total fees for attorneys of
$48,424.50 by the total hours of 54.20.

[5]  The blended hourly billing rate of $365.08 for paraprofessionals is similarly derived by dividing the total fees for
paraprofessionals of $8,835.00 by the total hours of 24.20.

additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.      Attached hereto as **<u>Exhibit D</u>** are the related invoices showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### <u>Notice</u>

5.      WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $38,936.46, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $48,670.57), and (ii) payment of $14.82 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: December 7, 2020

By:    /s/ George W. Shuster, Jr.
WILMER CUTLER PICKERING
HALE AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors
in Possession*

## Exhibit A

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (B160) | 6.70 | 3,767.50 |
| Congressional Investigation (L120) | 71.70 | 53,492.00 |
| **Total** | **78.40** | **$57,259.50** |
| **Less Agreed Reduction** | | **-$8,588.93** |
| **GRAND TOTAL** | **78.40** | **$48,670.57** |

**Exhibit B**

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 4.30 | 6,665.00 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 965.00 | 29.30 | 28,274.50 |
| **Partners Total** | | | **33.60** | **$34,939.50** |
| **Associates & Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 525.00 | 2.60 | 1,365.00 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 860.00 | 6.80 | 5,848.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 690.00 | 0.80 | 552.00 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 10.40 | 5,720.00 |
| **Associates & Attorneys Total** | | | **20.60** | **$13,485.00** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 1.70 | 654.50 |

[1] WilmerHale increased its standard billing rates for certain professionals effective as of September 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Aaron P. Murphy | Research and Reference Specialist; joined firm in 2019; Library and Research Services. | 415.00 | 1.00 | 415.00 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 10.40 | 2,860.00 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 545.00 | 5.90 | 3,215.50 |
| Saige Wenik | Sr. Project Assistant; joined firm in 2017; Litigation / Controversy. | 325.00 | 5.20 | 1,690.00 |
| **Paraprofessionals Total** | | | **24.20** | **$8,835.00** |
| **TOTAL** | | | **78.40** | **$57,259.50** |
| **Less Agreed Reduction** | | | | **-$8,588.93** |
| **GRAND TOTAL** | | | **78.40** | **$48,670.57** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| Federal Express | 14.82 |
| **TOTAL** | **$14.82** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# WILMERHALE  |WH|

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 11/30/20 |
| Invoice No. | 2614089 |
| Matter No. | 1653300-00137 |

FOR LEGAL SERVICES RENDERED through October 31, 2020 in connection with the Fee and
Retention Applications matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 3,767.50 |
| Line Item Discount | | -565.13 |
| Total Disbursements | | 14.82 |
| **Total Amount Due** | **$** | **3,217.19** |

**PLEASE NOTE:**
**In preparation for our fiscal year-end, please remit payment by Monday December 28, 2020.**
**If you have a fiscal year-end billing deadline, please advise us by emailing**
**WHFinanceClientAccounting@wilmerhale.com.  Thank you, in advance.**

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ████

Routing Number: ████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Palo Alto   San Francisco   Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                   Purdue Pharma, L.P.
Matter No. 1653300-00137             Fee and Retention Applications

Invoice No. 2614089
Invoice Date 11/30/20
Legal Services through October 31, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/06/20 | Thompson, Yolande | 0.20 | Emails with Ms. MacDonald re confirming that no objections were filed to June Fee Statement and amounts to be paid |
| 10/06/20 | Thompson, Yolande | 0.10 | Review docket to confirm that no objections were filed to Eighth Monthly Fee Statement |
| 10/07/20 | Pierce, Allyson | 0.10 | Forward LEDES data to fee examiner |
| 10/07/20 | Pierce, Allyson | 0.10 | Email Ms. Thompson re LEDES data for ninth monthly fee statement |
| 10/07/20 | Thompson, Yolande | 0.20 | Review LEDES files for July 2020 |
| 10/07/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re data for ninth monthly fee statement |
| 10/07/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re LEDES data for July 2020 |
| 10/08/20 | Thompson, Yolande | 0.20 | Emails with Ms. Kennedy re finalizing invoices for August 2020 |
| 10/08/20 | Thompson, Yolande | 1.40 | Prepare draft monthly fee statement for August with related exhibits |
| 10/09/20 | Thompson, Yolande | 0.10 | Emails with Ms. MacDonald re confirming that no objections were filed to July Fee Statement |
| 10/09/20 | Thompson, Yolande | 0.10 | Review docket to confirm that no objections were filed to Ninth Monthly Fee Statement |
| 10/13/20 | Thompson, Yolande | 0.10 | Emails with Mr. Bowling re finalized invoice for fee matter |
| 10/13/20 | Thompson, Yolande | 0.30 | Review finalized invoices for August 2020 |
| 10/13/20 | Thompson, Yolande | 0.60 | Finalize draft Monthly Fee Statement and exhibits for August 2020 |
| 10/13/20 | Thompson, Yolande | 0.10 | Email August fee statement and invoices to Ms. Pierce for attorney review |
| 10/15/20 | Pierce, Allyson | 0.30 | Review tenth monthly fee application |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00137                    Fee and Retention Applications

Invoice No. 2614089
Invoice Date 11/30/20
Legal Services through October 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/15/20 | Pierce, Allyson | 0.10 | Email Mr. Byrnes, Mr. Shuster and Ms. Thompson re August fee statement review |
| 10/23/20 | Thompson, Yolande | 0.10 | Prepare Certificate of Service for fee statement |
| 10/23/20 | Thompson, Yolande | 0.20 | Finalize August 2020 fee statement for filing |
| 10/23/20 | Thompson, Yolande | 0.10 | Review emails from Mr. Byrnes re August fee statement |
| 10/23/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re obtaining Mr. Shuster's approval of August fee statement |
| 10/23/20 | Thompson, Yolande | 0.10 | Email finalized fee statement to attorneys for approval |
| 10/26/20 | Pierce, Allyson | 0.10 | Email Ms. Thompson re submission of LEDES data for August fee statement |
| 10/26/20 | Pierce, Allyson | 0.10 | Respond to email from Mr. Shuster re update on status of Interim statement |
| 10/26/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re LEDES data for August fee statement |
| 10/26/20 | Thompson, Yolande | 0.10 | Coordinate with Services re sending hard copies of filed fee statement to Chambers and notice parties |
| 10/26/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re obtaining Mr. Shuster's approval of August fee statement |
| 10/26/20 | Thompson, Yolande | 0.20 | E-file Certificate of Service |
| 10/26/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Mr. Shuster re third interim fee application |
| 10/26/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re forwarding LEDES data to Ms. Nobis for August fee statement |
| 10/26/20 | Thompson, Yolande | 0.10 | Download, update files with filed Fee Statement and related Certificate of Service |
| 10/26/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| 10/26/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Mr. Shuster re approval of August fee statement |
| 10/26/20 | Thompson, Yolande | 0.20 | E-file Tenth Monthly Fee Statement |
| 10/26/20 | Thompson, Yolande | 0.10 | Serve fee statement upon notice parties via email |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00137                    Fee and Retention Applications

Invoice No. 2614089
Invoice Date 11/30/20
Legal Services through October 31, 2020

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 10/27/20 | Thompson, Yolande | 0.10 | Email to Ms. Nobis, fee review coordinator for fee examiner, enclosing LEDES data for August fee statement |
| 10/27/20 | Thompson, Yolande | 0.20 | Review LEDES files for August 2020 |
| 10/27/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re LEDES data for August fee statement and proformas for September |
| **Total** | | **6.70** | |

Client No. 1653300                         Purdue Pharma, L.P.
Matter No. 1653300-00137                   Fee and Retention Applications

Invoice No. 2614089
Invoice Date 11/30/20
Legal Services through October 31, 2020

| Date | Cost | Description |
|---|---|---|
| 10/27/20 | 14.82 | Federal Express Corp; Invoice# 713553516 (Sep-29,2020); Inv#713553516 397168259902 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| | 14.82 | |

Total Disbursements          $      **14.82**

Client No. 1653300                  Purdue Pharma, L.P.
Matter No. 1653300-00137            Fee and Retention Applications

Invoice No. 2614089
Invoice Date 11/30/20
Legal Services through October 31, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Pierce, Allyson | 0.80 | 690.00 | 552.00 |
| Thompson, Yolande | 5.90 | 545.00 | 3,215.50 |
| **Total Legal Services** | **6.70** | | **$3,767.50** |

## DISBURSEMENTS

| Description | Total |
|---|---|
| FEDERAL EXPRESS | 14.82 |
| **Total Disbursements** | **$14.82** |

# WILMERHALE  |WH|

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 11/30/20 |
| Invoice No. | 2614505 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through October 31, 2020 in connection with the Post Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 53,492.00 |
| Less 15% Discount | | -8,023.80 |
| **Total Amount Due** | **$** | **45,468.20** |

**PLEASE NOTE:**
**In preparation for our fiscal year-end, please remit payment by Monday December 28, 2020.**
**If you have a fiscal year-end billing deadline, please advise us by emailing**
**WHFinanceClientAccounting@wilmerhale.com.  Thank you, in advance.**

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ███████

Routing Number: ███████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing     Berlin     Boston     Brussels     Denver     Frankfurt     London     Los Angeles     New York     Palo Alto     San Francisco     Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2614505
Invoice Date 11/30/20
Legal Services through October 31, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| L120 - Analysis/Strategy | | | |
| 10/01/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████████████ |
| 10/02/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████████████ |
| 10/05/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████████████ |
| 10/06/20 | DaCunha, Alyssa | 1.00 | Participate in ████████████████ |
| 10/06/20 | DaCunha, Alyssa | 0.50 | Telecon with ████████████████ |
| 10/06/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████████████ |
| 10/07/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████████████ |
| 10/08/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████████████ |
| 10/09/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████████████ |
| 10/12/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████████████ |
| 10/13/20 | Brown, Reginald | 0.60 | Participate in █████████████████1 |
| 10/13/20 | DaCunha, Alyssa | 1.00 | Participate in ████████████████ |
| 10/13/20 | Rockett, Elizabeth W. | 0.30 | Complete ███████████████████ |
| 10/14/20 | DaCunha, Alyssa | 0.10 | Confer with █████████████████ |
| 10/14/20 | DaCunha, Alyssa | 0.50 | Review ███████████████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2614505
Invoice Date 11/30/20
Legal Services through October 31, 2020

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| | | | █████████ |
| 10/14/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 10/15/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 10/16/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 10/19/20 | DaCunha, Alyssa | 2.00 | Participate in ███████ |
| 10/19/20 | Rockett, Elizabeth W. | 0.30 | Complete █████████ |
| 10/19/20 | Satten-Lopez, Elena M. | 1.20 | Analyze ████████████ |
| 10/20/20 | Brown, Reginald | 1.00 | Participate in █████████ |
| 10/20/20 | DaCunha, Alyssa | 0.60 | Confer with ██████████ |
| 10/20/20 | DaCunha, Alyssa | 1.00 | Participate in ████ |
| 10/20/20 | DaCunha, Alyssa | 1.30 | Review ███████████ |
| 10/20/20 | DaCunha, Alyssa | 1.60 | Confer with █████████████ |
| 10/20/20 | DaCunha, Alyssa | 0.80 | Participate in ████████████ |
| 10/20/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 10/20/20 | Satten-Lopez, Elena M. | 0.60 | Confer with ████████ |
| 10/20/20 | Satten-Lopez, Elena M. | 4.60 | Analyze ██████████ |
| 10/21/20 | Brown, Reginald | 0.30 | Confer with ████████ |
| 10/21/20 | Brown, Reginald | 1.50 | Attend ████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2614505
Invoice Date 11/30/20
Legal Services through October 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|------:|-------------|
| 10/21/20 | DaCunha, Alyssa | 0.50 | Summarize ███████████████ |
| 10/21/20 | DaCunha, Alyssa | 0.70 | Review ██████████████████ |
| 10/21/20 | DaCunha, Alyssa | 0.30 | Confer with ████████████ |
| 10/21/20 | DaCunha, Alyssa | 0.50 | Research ██████████ |
| 10/21/20 | Lannon, William E. | 1.00 | File ███████████████████ |
| 10/21/20 | Rockett, Elizabeth W. | 3.00 | Monitor ████████████████ |
| 10/22/20 | DaCunha, Alyssa | 0.70 | Email to ██████████████████ |
| 10/22/20 | DaCunha, Alyssa | 0.20 | Review ██████████████ |
| 10/22/20 | Rockett, Elizabeth W. | 1.00 | Complete ████████████████ |
| 10/22/20 | Satten-Lopez, Elena M. | 0.20 | Review █████████████ |
| 10/23/20 | Rockett, Elizabeth W. | 0.70 | Complete ██████████████ |
| 10/26/20 | Brown, Reginald | 0.20 | Confer with ██████████ |
| 10/26/20 | Brown, Reginald | 0.30 | Attend ████████████ |
| 10/26/20 | DaCunha, Alyssa | 0.50 | Review █████████ |
| 10/26/20 | DaCunha, Alyssa | 0.80 | Confer with ████████████████ |
| 10/26/20 | DaCunha, Alyssa | 0.20 | Emails with ███████████ |
| 10/26/20 | Menz, Sheila E. | 1.20 | Strategize with ████████████ |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2614505
Invoice Date 11/30/20
Legal Services through October 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/26/20 | Menz, Sheila E. | 1.00 | Analyze ████████ |
| 10/26/20 | Menz, Sheila E. | 0.80 | Confer with ████████ |
| 10/26/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████ |
| 10/26/20 | Wenik, Saige | 1.30 | Prepare ████████ |
| 10/26/20 | Wenik, Saige | 1.20 | Strategize with ████████ |
| 10/27/20 | Brown, Reginald | 0.40 | Attend to ████████ |
| 10/27/20 | DaCunha, Alyssa | 8.60 | Attend ████████ |
| 10/27/20 | DaCunha, Alyssa | 0.30 | Telecon with ████████ |
| 10/27/20 | DaCunha, Alyssa | 1.00 | Participate in ████████ |
| 10/27/20 | Hromada, Patricia | 2.60 | Analyze ████████ |
| 10/27/20 | Menz, Sheila E. | 1.00 | Analyze ████████ |
| 10/27/20 | Menz, Sheila E. | 0.60 | Analyze ████████ |
| 10/27/20 | Menz, Sheila E. | 0.40 | Email correspondence with ████████ |
| 10/27/20 | Menz, Sheila E. | 1.30 | Email correspondence with ████████ |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2614505
Invoice Date 11/30/20
Legal Services through October 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | |
| 10/27/20 | Murphy, Aaron P. | 1.00 | Research █████ |
| 10/27/20 | Rockett, Elizabeth W. | 0.30 | Complete ██████ |
| 10/27/20 | Satten-Lopez, Elena M. | 3.80 | Analyze ██████ |
| 10/27/20 | Wenik, Saige | 1.50 | Prepare ██████ |
| 10/28/20 | DaCunha, Alyssa | 0.50 | Draft ██████ |
| 10/28/20 | Lannon, William E. | 0.70 | File ██████ |
| 10/28/20 | Rockett, Elizabeth W. | 0.30 | Complete ██████ |
| 10/29/20 | DaCunha, Alyssa | 0.80 | Confer with ██████ |
| 10/29/20 | DaCunha, Alyssa | 3.00 | Participate in ██████ |
| 10/29/20 | DaCunha, Alyssa | 0.30 | Confer with ██████ |
| 10/29/20 | Menz, Sheila E. | 0.30 | Email correspondence with ██████ |
| 10/29/20 | Rockett, Elizabeth W. | 0.30 | Complete ██████ |
| 10/30/20 | Menz, Sheila E. | 0.20 | Confer with ██████ |
| 10/30/20 | Rockett, Elizabeth W. | 0.30 | Complete ██████ |
| 10/30/20 | Wenik, Saige | 1.20 | Review ██████ |

Client No. 1653300                         Purdue Pharma, L.P.
Matter No. 1653300-00136                   Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2614505
Invoice Date 11/30/20
Legal Services through October 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
|      |           | 71.70 |             |

**Total**                                  <u>71.70</u>

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2614505
Invoice Date 11/30/20
Legal Services through October 31, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
| --- | --- | --- | --- |
| Brown, Reginald | 4.30 | 1,550.00 | 6,665.00 |
| DaCunha, Alyssa | 29.30 | 965.00 | 28,274.50 |
| Menz, Sheila E. | 6.80 | 860.00 | 5,848.00 |
| Satten-Lopez, Elena M. | 10.40 | 550.00 | 5,720.00 |
| Hromada, Patricia | 2.60 | 525.00 | 1,365.00 |
| Murphy, Aaron P. | 1.00 | 415.00 | 415.00 |
| Lannon, William E. | 1.70 | 385.00 | 654.50 |
| Wenik, Saige | 5.20 | 325.00 | 1,690.00 |
| Rockett, Elizabeth W. | 10.40 | 275.00 | 2,860.00 |
| **Total Legal Services** | **71.70** | | **$53,492.00** |

| Task | Description | Hours | Value |
| --- | --- | --- | --- |
| L120 | Analysis/Strategy | 71.70 | 53,492.00 |
| **Total Legal Services** | | **71.70** | **$53,492.00** |