# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: | Date Created: 12/8/2020 |
| Case: 19–23649–rdd | Form ID: 143 | Total: 725 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | Zachary R. Schneider |
| cr | Michael Lopez |
| cr | Dora Lawrence |
| cr | W. Andrew Fox |
| cr | Deborah Green–Kuchta |
| cr | MSI Corporation |
| cr | Jason Reynolds |
| cr | Heather Enders |
| cr | Kevin Wilk |
| cr | Michael Klodzinski |
| cr | Lou Sardella |
| cr | Kimberly Brand |
| cr | Darcy Sherman |
| cr | Debra Dawsey |
| cr | Edward Grace |
| cr | Michael Christy |
| cr | Gretta Golden |
| cr | Glenn Golden |
| cr | Marketing Services of Indiana, Inc. |
| cr | Barbara Rivers |
| cr | Eli Medina |
| cr | Michael Konig |
| cr | Nadja Streiter |
| cr | Amel Eiland |
| cr | Jordan Chu |
| cr | F. Kirk Hopkins |
| cr | Ronald D. Stracener |
| cr | Tennessee Plaintiffs |
| cr | Arkansas Plaintiffs |
| cr | Pension Benefit Guaranty Corporation |
| cr | The People of the State of California |
| cr | OptumRX, Inc. |
| intp | The Raymond Sackler Family |
| cr | Westchester Fire Insurance Company |
| cr | the State of Texas, acting by and through the Attorney General of Texas, Ken Paxton |
| cr | McKesson Corporation |
| unk | Multi–State Governmental Entities Group |
| cr | AmerisourceBergen Drug Corporation |
| cr | CaremarkPCS Health, L.L.C. |
| cr | CVS Caremark Part D Services, L.L.C. |
| cr | Teva Canada Limited |
| cr | Anda, Inc. |
| cr | Teva Pharmaceuticals USA, Inc. |
| cr | City of Worcester |
| cr | Town of Wakefield |
| cr | City of Springfield, Mass. |
| cr | City of Salem |
| cr | Town of Randolph |
| cr | Town of Natick |
| cr | Town of Lynnfield |
| cr | City of Haverhill |
| cr | City of Gloucester |
| cr | City of Framingham |
| cr | City of Chicopee |
| cr | City of Cambridge |
| cr | State of Alabama |
| cr | Thermo Fisher Scientific |
| intp | State of Washington |
| cr | Tulalip Tribes |
| cr | Tri–County Health Department |
| cr | Sedro–Woolley School District |
| cr | Northwest Arizona Employee Benefit Trust |
| cr | The Makah Indian Tribe |
| cr | Lummi Tribe of the Lummi Reservation |
| cr | Arizona School Alliance for Workers' Compensation |
| cr | Arizona Municipal Risk Retention Pool |
| cr | Arizona Counties Insurance Pool |
| cr | Ascent Health Services |
| cr | Express Scripts Senior Care Holdings, Inc. |

| | |
|---|---|
| cr | Express Scripts, Inc. |
| cr | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| cr | McKesson Corporation, on behalf of itself and certain corporate affiliates |
| intp | Walgreen Co. and certain corporate affiliates and subsidiaries |
| cr | State of Connecticut |
| cr | State of West Virginia, ex. rel. Patrick Morrisey, Attorney General |
| crcm | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. |
| cr | Nevada Counties and Municipalities |
| unk | Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler |
| unk | Richard Sackler |
| unk | Beverly Sackler |
| unk | David Sackler |
| unk | Jonathan Sackler |
| cr | Ad Hoc Group of Non–Consenting States |
| cr | State of Arizona |
| intp | Old Republic Insurance Company |
| cr | Certain Native American Tribes and Others |
| unk | Edward J. Bisch |
| cr | State of Missouri, by its Attorney General Eric S. Schmitt |
| cr | Ryan Hampton |
| cr | Giant Eagle, Inc. |
| cr | Blue Cross Blue Shield Association |
| cr | Al Marino, Inc. |
| cr | William Stock |
| cr | William Taylor |
| cr | Ad Hoc Committee of NAS Babies |
| unk | Ad Hoc Group of Individual Victims of Purdue Pharma L.P. |
| cr | City of Seattle |
| unk | Michael Julian |
| unk | Marcia Julian |
| aty | Dechert LLP |
| cr | NC Dept. of Health and Human Services |
| cr | DuPont de Nemours, Inc. |
| cr | Ad Hoc Group of Hospitals |
| intp | PJT Partners LP |
| intp | Various Parties in Support of Massachusetts Attorney General Maura Healey |
| unk | Beacon Company |
| unk | Mike Sacca |
| unk | Kara Trainor Brucato |
| cr | Board of Chicago School District No. 299 |
| unk | Board of Chicago School District No. 299 |
| intp | Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. |
| intp | Ortho–McNeil–Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc. |
| intp | Janssen Pharmaceuticals, Inc. |
| intp | Johnson & Johnson |
| cr | The Board of Education of Thornton Township High School District 205 |
| cr | The Board of Education of East Aurora School District 131 |
| cr | The Board of Education of Thornton Fractional Township High School District 215 |
| cr | Board of Education of East Aurora School District 131 |
| cr | Board of Education of Thornton Fractional Township High School District 215 |
| cr | Board of Education of Thornton Township High School District 205 |
| intp | Walmart, Inc. |
| ex | David M. Klauder |
| cr | Eric Hestrup, et al. |
| unk | Harrison Cullen |
| unk | Barbara Van Rooyan |
| unk | Cynthia Munger |
| unk | Dan Schneider |
| unk | Ed Vanicky |
| sp | Arnold & Porter Kaye Scholer LLP |
| unk | Maryanne Frangules MOAR Executive Director |
| unk | On behalf of the Farash Family Barbara Farash |
| cr | Ad Hoc Committee on Accountability |
| unk | Ad Hoc Group of Self–Funded Health Plans |
| cr | Jung U. Kim |
| cr | La Rue County School District, Kentucky |
| cr | Bullitt County School District, Kentucky |
| unk | Jonathan Sackler |
| cr | Hospital Claimants |
| unk | Ronald Bass, Sr. |
| intp | Her Majesty in Right of the Province of British Columbia |
| cr | Tiffany Dunford |
| cr | Independent Public School Districts |
| unk | Charlotte Bismuth |
| unk | Plaintiffs' Co–Leads and Plaintiffs' Executive Committee in MDL 2804 |
| intp | Peter W. Jackson |
| intp | Vitamerican Corporation |
| intp | Vitamerican Chemicals, Inc. |

| | | |
|---|---|---|
| intp | The Terramar Foundation, Inc. | |
| intp | The Seven Hundred Realty Corporation | |
| intp | The Purdue Frederick Company Inc. | |
| intp | The P.F. Laboratories, Inc | |
| intp | Sawwood Land Corporation | |
| intp | RSJ Company L.P. | |
| intp | Rhodes Technologies Inc. | |
| intp | Rhodes Pharmaceuticals Inc. | |
| intp | Purdue Pharma Technologies Inc. | |
| intp | Purdue Healthcare Technologies L.P. | |
| intp | Purdue Healthcare Technologies Inc. | |
| intp | Purdue Biopharma L.P. | |
| intp | Purdue Biopharma Inc. | |
| intp | PRA Holdings, Inc. | |
| intp | Pharmaceutical Research Associates, Inc. | |
| intp | Pharma Technologies Inc. | |
| intp | Pharma Associates L.P. | |
| intp | Pharma Associates Inc. | |
| intp | One Stamford Realty L.P. | |
| intp | One Stamford Land Inc. | |
| intp | New Suffolk Holdings LLP | |
| intp | Nappwood Land Corporation | |
| intp | Midvale Chemical Company | |
| intp | IAF Corporation | |
| intp | Hospice Provident LLC | |
| intp | Essential Raw Materials | |
| intp | E.R.G. Realty, Inc. | |
| intp | Coventry Technologies L.P. | |
| intp | Connecticut Avenue Realty Co., Inc. | |
| intp | Caas Leasing, Inc. | |
| intp | Avrio Health Inc. | |
| unk | Brown Rudnick LLP | |
| cr | Darryl Lee Haan | |
| cr | James Harry Rand | |
| unk | Clerk's Office Office, U.S.Bankruptcy, S.D.N.Y | |
| intp | Noramco Coventry LLC | |
| intp | Norton Rose Fulbright US LLP | |
| unk | Bankruptcy Professors as Amici Curiae | |
| unk | State of Utah | |
| cr | Northeast Ohio School Board Group | |
| inv | Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. | |
| 7625167 | Al Marino, Inc. | |
| 7624303 | Attorney for Creditor, Ryan Hampton | |
| 7707453 | BR Holding Associates Inc. | |
| 7707454 | BR Holdings Associates L.P. | |
| 7598583 | Community Health Systems, Inc., et al | |
| 7597039 | Notice of Appearance and Request for Service of Pa | |
| 7707456 | PLP Associates Holdings Inc. | |
| 7707457 | PLP Associates Holdings L.P. | |
| 7707455 | Pharmaceutical Research Associates L.P. | |
| 7624477 | The State of Vermont, by and through Attorney Gene | |
| 7625166 | William Stock | |
| 7625165 | William Taylor | |
| | | TOTAL: 200 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | CRG Financial LLC | notices@CRGfinancial.com |
| aty | Aaron H. Stulman | astulman@potteranderson.com |
| aty | Aaron R. Cahn | cahn@clm.com |
| aty | Aisha Rich | arich@findjustice.com |
| aty | Alexander M Gormley | agormley@slevinhart.com |
| aty | Alison Archer | alison.archer@ohioattorneygeneral.gov |
| aty | Amanda Quick | amanda.quick@atg.in.gov |
| aty | Andrea Law | alaw@atg.state.il.us |
| aty | Andrew M. Troop | andrew.troop@pillsburylaw.com |
| aty | Anna Kordas | akordas@jonesday.com |
| aty | Anne Andrews | aa@andrewsthornton.com |
| aty | Anne Gilbert Wallice | anne.wallice@kirkland.com |
| aty | Annemarie Belanger Mathews | amathews@scag.gov |
| aty | Anthony D. Boccanfuso | Anthony.Boccanfuso@apks.com |
| aty | Ashley Crawford | avcrawford@akingump.com |
| aty | Ben Harrington | benh@hbsslaw.com |
| aty | Benjamin S. Kaminetzky | kaminet@dpw.com |
| aty | Bernard Ardavan Eskandari | bernard.eskandari@doj.ca.gov |
| aty | Beth Kaswan | bkaswan@scott−scott.com |
| aty | Brady C. Williamson | bwilliamson@gklaw.com |

| | | |
|---|---|---|
| aty | Brendan O'Neil | brendan.oneil@maine.gov |
| aty | Brett T DeLange | brett.delange@ag.idaho.gov |
| aty | Brian Edmunds | bedmunds@oag.state.md.us |
| aty | Brian S. Masumoto | nysbnotice@gmail.com |
| aty | Carol E. Momjian | cmomjian@attorneygeneral.gov |
| aty | Catherine Steege | csteege@jenner.com |
| aty | Celeste Brustowicz | cbrustowicz@clfnola.com |
| aty | Charles Wysong | cwysong@hsplegal.com |
| aty | Chiung–Hui Huang | chuang@hslawyers.com |
| aty | Christopher A. Lynch | clynch@reedsmith.com |
| aty | Christopher B Spuches | cbs@ecclegal.com |
| aty | Clayton Matheson, I | cmatheson@akingump.com |
| aty | Constantine Dean Pourakis | cp@stevenslee.com |
| aty | Corey Roush | croush@akingump.com |
| aty | Cyrus Mehri | cmehri@findjustice.com |
| aty | Daniel Walfish | dwalfish@walfishfissell.com |
| aty | Daniel H. Slate | dslate@buchalter.com |
| aty | Daniel S. Connolly | daniel.connolly@bracewell.com |
| aty | Darlene M. Nowak | nowak@marcus–shapira.com |
| aty | David Zwally | dzwally@haugpartners.com |
| aty | David Eli Nachman | david.nachman@ag.ny.gov |
| aty | Dawn Stewart | dstewart@thestewartlawfirm.com |
| aty | Denise Mondell | denise.mondell@ct.gov |
| aty | Dennis Windscheffel | dwindscheffel@akingump.com |
| aty | Dina L. Yunker Frank | bcuyunker@atg.wa.gov |
| aty | Donald K. Ludman | dludman@brownconnery.com |
| aty | Dorothy White–Coleman | whitecoleman@whitecoleman.net |
| aty | Edward E. Neiger | eneiger@askllp.com |
| aty | Eleanor M. Mullen | eleanor.mullen@ct.gov |
| aty | Eli J. Vonnegut | eli.vonnegut@davispolk.com |
| aty | Elisha D. Graff | egraff@stblaw.com |
| aty | Elizabeth Scott | edscott@akingump.com |
| aty | Emily Brown | ebrown@hsplegal.com |
| aty | Eric Goldstein | egoldstein@goodwin.com |
| aty | Eric J. Snyder | esnyder@wilkauslander.com |
| aty | Eric John Maloney | eric.maloney@ag.state.mn.us |
| aty | Eric M. Gold | eric.gold@state.ma.us |
| aty | Erin West | ewest@gklaw.com |
| aty | Evan Romanoff | evan.romanoff@ag.state.mn.us |
| aty | Evan M. Jones | ejones@omm.com |
| aty | Gary A. Gotto | ggotto@kellerrohrback.com |
| aty | Gary D. Bressler | gbressler@mdmc–law.com |
| aty | George Calhoun, IV | george@ifrahlaw.com |
| aty | George Robert Gage, Jr | grgage@gagespencer.com |
| aty | George W. Shuster, Jr. | george.shuster@wilmerhale.com |
| aty | Gerard Uzzi | guzzi@milbank.com |
| aty | Gillian Feiner | gillian.feiner@mass.gov |
| aty | Gregory Dale Willard | gwillard@dubllc.com |
| aty | Gregory P. Joseph | gjoseph@jha.com |
| aty | Heather M Crockett | heather.crockett@atg.in.gov |
| aty | Ilana Volkov | ivolkov@mcgrailbensinger.com |
| aty | Ira Burnim | irabster@gmail.com |
| aty | Ira S. Dizengoff | idizengoff@akingump.com |
| aty | J. Christopher Shore | cshore@whitecase.com |
| aty | Jake Holdreith | jholdreith@robinskaplan.com |
| aty | James Stempel | jstempel@kirkland.com |
| aty | James I. McClammy | james.mcclammy@davispolk.com |
| aty | James T. Boffetti | james.boffetti@doj.nh.gov |
| aty | Jamie Fell | jamie.fell@stblaw.com |
| aty | Jasmine Ball | jball@debevoise.com |
| aty | Jay Teitelbaum | jteitelbaum@tblawllp.com |
| aty | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| aty | Jennifer B Lyday | notice@waldrepwall.com |
| aty | Jennifer Lynn Vandermeuse | vandermeusejl@doj.state.wi.us |
| aty | Jeremy Pearlman | jeremy.pearlman@ct.gov |
| aty | Jeremy C. Kleinman | jkleinman@fgllp.com |
| aty | Jill Abrams | jill.abrams@vermont.gov |
| aty | Joanna Lydgate | joanna.lydgate@mass.gov |
| aty | Joel Shafferman | shaffermanjoel@gmail.com |
| aty | John Michael Connolly | mike@consovoymccarthy.com |
| aty | John Wayne Hogan | hogan@terrellhogan.com |
| aty | Jonathan Watson Cuneo | jonc@cuneolaw.com |
| aty | Jordan S. Blask | jblask@fbtlaw.com |
| aty | Joseph D. Frank | jfrank@fgllp.com |
| aty | Joshua Karsh | pleadings@findjustice.com |
| aty | Judith Aurora Yosepha Fiorentini | judith.fiorentini@doj.ca.gov |
| aty | Julie Elizabeth Cohen | julie.cohen@skadden.com |
| aty | Justino D Petrarca | jpetrarca@edlawyer.com |

| | | |
|---|---|---|
| aty | Katherine McCraw | kmccraw@ncdoj.gov |
| aty | Katherine Stadler | kstadler@gklaw.com |
| aty | Kathryn Blake | kathryn.blake@ag.ny.gov |
| aty | KatieLynn B Townsend | ktownsend@rcfp.org |
| aty | Kenneth H. Eckstein | keckstein@kramerlevin.com |
| aty | Kenneth T. Law | klaw@bbslaw.com |
| aty | Kevin C. Maclay | kmaclay@capdale.com |
| aty | Kimberly P. Massicotte | kimberly.massicotte@ct.gov |
| aty | Lara J Fogel | lfogel@levinelee.com |
| aty | Laura Femino | laura.femino@whitecase.com |
| aty | Laura McFarlane | mcfarlanele@doj.state.wi.us |
| aty | Laurel D. Roglen | roglenl@ballardspahr.com |
| aty | Lauren Guth Barnes | lauren@hbsslaw.com |
| aty | Laurie Rubinow | lrubinow@sfmslaw.com |
| aty | Lawrence Fogelman | lawrence.fogelman@usdoj.gov |
| aty | Lawrence L. Tong | lawrence.l.tong@hawaii.gov |
| aty | Leah M. Eisenberg | leisenberg@foley.com |
| aty | Leslie A. Eaton | leslie.eaton@coag.gov |
| aty | Leslie A. Goller | lgoller@terrellhogan.com |
| aty | Linda Singer | lsinger@motleyrice.com |
| aty | Linda J Conti | linda.conti@maine.gov |
| aty | Lori A. Butler | butler.lori@pbgc.gov |
| aty | Louis J. Testa | louis.testa@ag.ny.gov |
| aty | Lowell W. Finson | lowellwfinson@gmail.com |
| aty | Mai Lan G. Rodgers | rodgers.mailan@pbgc.gov |
| aty | Marc Joseph Tobak | mtobak@dpw.com |
| aty | Margaret Truesdale | mtruesdale@hsplegal.com |
| aty | Mark Krueger | mkrueger@ag.nv.gov |
| aty | Mark Tate | wkell@tatelawgroup.com |
| aty | Mark S. Dym | mdym@hsplegal.com |
| aty | Marshall C. Turner | marshall.turner@husch.com |
| aty | Marshall Scott Huebner | marshall.huebner@davispolk.com |
| aty | Marvin E. Clements, Jr. | agbanknewyork@ag.tn.gov |
| aty | Matthew J. Gold | mgold@kkwc.com |
| aty | Matthew J. Piers | mpiers@hsplegal.com |
| aty | Mawerdi Hamid | mawerdi.hamid@ag.state.mn.us |
| aty | Megan Paris Rundlet | megan.rundlet@coag.gov |
| aty | Melanie L. Cyganowski | mcyganowski@oshr.com |
| aty | Melissa L. Van Eck | mvaneck@attorneygeneral.gov |
| aty | Merrida Coxwell | lenah@coxwelllaw.com |
| aty | Michael Goldstein | mgoldstein@goodwinlaw.com |
| aty | Michael Luskin | luskin@lsellp.com |
| aty | Michael G Louis | mlouis@macelree.com |
| aty | Michael I. Baird | baird.michael@pbgc.gov |
| aty | Michael J Kasen | mkasen@kasenlaw.com |
| aty | Michael Morris Buchman | mbuchman@motleyrice.com |
| aty | Michael S. Kimm | msk@kimmlaw.com |
| aty | Michiyo Michelle Burkart | michelle.burkart@doj.ca.gov |
| aty | Mimi Liu | mliu@motleyrice.com |
| aty | Morgan R Bentley | mbentley@bentleyandbruning.com |
| aty | Morton R. Branzburg | mbranzburg@klehr.com |
| aty | Muhammad Umair Khan | umair.khan@ag.ny.gov |
| aty | Neil Francis Xavier Kelly | nkelly@riag.ri.gov |
| aty | Neil L Henrichsen | nhenrichsen@hslawyers.com |
| aty | Nicholas F. Kajon | nfk@stevenslee.com |
| aty | Nicklas Arnold Akers | nicklas.akers@doj.ca.gov |
| aty | Nickolas Karavolas | nkaravolas@phillipslytle.com |
| aty | Nicolas G. Keller | nicolas.keller@dfs.ny.gov |
| aty | Nicole A Leonard | nleonard@mdmc−law.com |
| aty | Norma E. Ortiz | email@ortizandortiz.com |
| aty | Patrick Francis McTernan | pmcternan@croninfried.com |
| aty | Paul A. Rachmuth | paul@paresq.com |
| aty | Paul S Rothstein | psr@rothsteinforjustice.com |
| aty | Pearl Shah | pshah@mcgrailbensinger.com |
| aty | Peter D'Apice | dapice@sbep−law.com |
| aty | Peter H Weinberger | sschebek@spanglaw.com |
| aty | Richard B. Levin | rlevin@jenner.com |
| aty | Richard R Gan | richlaw1@comcast.net |
| aty | Robert Padjen | robert.padjen@coag.gov |
| aty | Robert P. Charbonneau | rpc@agentislaw.com |
| aty | Samuel Mitchell | sam@mitchellspeights.com |
| aty | Scott F. Gautier | sgautier@robinskaplan.com |
| aty | Scott I. Davidson | sdavidson@kslaw.com |
| aty | Scott S. Markowitz | smarkowitz@tarterkrinsky.com |
| aty | Sean A. O'Neal | soneal@cgsh.com |
| aty | Sean Michael Murphy | murphysm@doj.state.wi.us |
| aty | Seth Adam Meyer | sam@kellerlenkner.com |
| aty | Shawn M. Christianson | schristianson@buchalter.com |

| | | |
|---|---|---|
| aty | Shmuel Vasser | shmuel.vasser@dechert.com |
| aty | Steven A Skalet | sskalet@findjustice.com |
| aty | Steven A. Ginther | sdnyecf@dor.mo.gov |
| aty | Steven P Ordaz | sordaz@bmcgroup.com |
| aty | Susan Ellis | sellis@atg.state.il.us |
| aty | Sydenham B. Alexander, III | sandy.alexander@mass.gov |
| aty | Thomas Lauria | tlauria@whitecase.com |
| aty | Thomas D. Bielli | tbielli@bk–legal.com |
| aty | Thomas Moultrie Beshere, III | tbeshere@oag.state.va.us |
| aty | Timothy Lundgren | timothy.lundgren@doj.ca.gov |
| aty | Timothy E. Graulich | timothy.graulich@davispolk.com |
| aty | Todd E. Phillips | tphillips@capdale.com |
| aty | Trish Lazich | trish.lazich@ohioattorneygeneral.gov |
| aty | Vadim J. Rubinstein | vrubinstein@loeb.com |
| aty | William Hao | william.hao@alston.com |
| aty | William P. Weintraub | wweintraub@goodwinprocter.com |
| aty | William R Pearson | william.pearson@ag.iowa.gov |
| aty | William S Consovoy | will@consovoymccarthy.com |

TOTAL: 195

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Purdue Pharma L.P. | One Stamford Forum    201 Tresser Boulevard    Stamford, CT 06901 |
| unk | BMC Group, Inc | 3732 West 120th Street    Hawthorne, CA 90250 |
| cr | Attorney General, State of Florida | Christopher B. Spuches, Esq.    Agentis PLLC    55 Alhambra Plaza, Suite 800    Coral Gables, FL 33134 |
| cr | Tennessee Attorney General's Office | Attn: Marvin Clements, Jr.    Bankruptcy Division    P.O. Box 20207    Nashville, TN 37202–0207 |
| cr | State of Indiana | Office of the Attorney General    IGCS–5th Floor    302 W. Washington St.    Indianapolis, IN 46204 |
| cna | Prime Clerk LLC Claims Agent | One Grand Central Place    60 East 42nd Street, Suite 1440    www.primeclerk.com    New York, NY 10165 |
| cr | Commonwealth of Massachusetts | Office of the Attorney General    1 Ashburton Place    Boston, MA 02108 |
| cr | Attorney General, State of Arizona | 2005 N Central Avenue    Phoenix, AZ 85004 |
| cr | Colorado Attorney General | 1300 Broadway, 7th Floor    denver, co 80218 |
| cr | Colorado Department of Law | 1300 Broadway, 8th Floor    Denver, CO 80203 |
| cna | Prime Clerk LLC | One Grand Central Place    60 East 42nd Street, Suite 1440    New York, NY 10165 |
| cr | State of Minnesota | Minnesota Attorney General's Office    445 Minnesota Street    Suite 1200    St. Paul, MN 55101 |
| cr | State of Iowa, Ex Rel | Thomas J. Miller Attorney General    Hoover Building 2nd Fl    1305 E. Walnut Street    Des Moines, IA 50319 |
| cr | People of the State of New York | Office of the New York State Attorney Ge    28 Liberty Street    new York, NY 10005 |
| cr | Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al | c/o Teitelbaum Law Group LLC    1 Barker Ave    White Plains, NY 10601 |
| unk | Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al | c/o Teitelbaum Law Group LLC    1 Barker Ave    White Plains, NY 10601 |
| cr | Commonwealth of Pennsylvania | Pennsylvania Office of Attorney General    Strawberry Square    15th Floor    Harrisburg, PA 17120 |
| cr | United Parcel Service, Inc. | Bialson, Bergen & Schwab    633 Menlo Ave.    Suite 100    Menlo Park, CA 94025 |
| cr | Town of Canton | 801 Washington Street    Canton, MA 02021 |
| unk | New York State Department of Financial Services | One State Street    New York, NY 10004 |
| unk | Dan Colucci | 467 Beech Street    Township of Washington, NJ 07676 |
| cna | Prime Clerk, LLC | One Grand Central Place    60 East 42nd Street, Suite 1440    New York, NY 10165 |
| intp | State of Wisconsin | Wisconsin Department of Justice    17 West Main Street    P.O. Box 7857    Madison, WI 53703 |
| cr | Ohio Attorney General | 615 West Superior Avenue    11th Floor    Cleveland, OH 44113 |
| unk | John Farrell | P.O. Box 19803    Ashville, NC 28815 |
| unk | The State of West Virginia, ex el. Patrick Morrisey, Attorney General | State of West Virginia    Office of the Attorney General    269 Aikens Center    Martinsburg, WV 25404 |
| cr | City of Spokane | , WA |
| cr | City of Vancouver | , WA |
| cr | City of Greeley | , CO |
| cr | Mesa County | , CO |
| cr | Lincoln County | , WA |
| cr | City of Bainbridge | , WA |
| cr | Yuma County | , AZ |
| cr | Whitman County | , WA |
| cr | Whatcom County | , WA |
| cr | City of Westminster | , CO |
| cr | Walla Walla County | , WA |
| cr | Town of Hudson | , CO |
| cr | Thurston County | , WA |
| cr | City of Thornton | , CO |
| cr | Teller County | , CO |

| | | |
|---|---|---|
| cr | City of Tacoma | , WA |
| cr | Saint Regis Mohawk Tribe | , NY |
| cr | Spokane County | , WA |
| cr | Skagit County | , WA |
| cr | City of Sheridan | , WA |
| cr | City of Sedro−Woolley | , WA |
| cr | Santa Barbara County | , CA |
| cr | San Juan County | , WA |
| cr | Pierce County | , WA |
| cr | City of Olympia | , WA |
| cr | City of Northglenn | , CO |
| cr | Nez Perce Tribe | , ID |
| cr | Navajo County | , AZ |
| cr | City of Mount Vernon | , WA |
| cr | Mount Vernon School District | , WA |
| cr | Mohave County | , AZ |
| cr | Missoula County | , MT |
| cr | Maricopa County | , AZ |
| cr | Larimer County | , CO |
| cr | City of Lakewood | , WA |
| cr | La Conner School District | , WA |
| cr | Kittitas County | , WA |
| cr | Kitsap County | , WA |
| cr | City of Kingman | , AZ |
| cr | King County | , WA |
| cr | City of Kent | , WA |
| cr | Jefferson County | , WA |
| cr | Jefferson County | , CO |
| cr | Island County | , WA |
| cr | Humboldt County | , CA |
| cr | Fremont County | , CO |
| cr | Franklin County | , WA |
| unk | City of Federal Heights | , CO |
| cr | City of Eureka | , CA |
| cr | City of Commerce City | , CO |
| cr | Cochise County | , AZ |
| cr | Clark County | , WA |
| cr | Clallam County | , WA |
| cr | City and County of Denver | , CO |
| cr | City and County of Broomfield | , CO |
| cr | Chelan County | , WA |
| cr | City of Burlington | , WA |
| cr | City of Brighton | , CO |
| cr | Boulder County | , CO |
| cr | City of Black Hawk | , CO |
| cr | City of Aurora | , CO |
| cr | Arapahoe County | , CO |
| cr | City of Anacortes | , WA |
| cr | Adams County | , CO |
| cr | Ada County | , ID |
| unk | State of Illinois    100 W. Randolph−12th Floor    Chicago, IL 60601 | |
| cr | State of Idaho, Through Attorney General Lawrence G. Wasden    Office of the Attorney General    P. O. Box 83720    Boise, ID 83720−0010 UNITED STATES | |
| cr | State of South Carolina, by and through Attorney General Alan Wilson    Office of the S.C. Attorney General    P.O. Box 11549    Columbia, SC 29211−1549 | |
| cr | State of Nevada    Office of the Attorney General    100 N. Carson Street    Carson City, NV 89701 | |
| cr | State of Hawaii ex rel. Clare E. Connors, Attorney General    State of Hawaii    c/o Clare E. Connors, Attorney General    425 Queen Street    Honolulu    HI, 96813 UNITED STATES OF AMERICA | |
| cr | State of North Carolina    c/o Waldrep LLP    101 S. Stratford Rd.    Suite 210    Winston Salem, NC 27104 UNITED STATES | |
| cr | State of Maine    Maine Attorney General    Cross Office Building    111 Sewall St    6th floor    augusta, ME 04330 | |
| cr | State of New Jersey    Office of the New Jersey Attorney Genera    124 Halsey Street    P.O. Box 45029−5029    Newark, NJ 07101 | |
| cr | Missouri Department of Revenue    Bankruptcy Unit    PO Box 475    301 W High St.    Jefferson City, MO 65105−0475 | |
| cr | Commonwealth of Virginia, ex rel. Mark R. Herring, Attorney General    Office of the Atty. General of Virginia    202 North Ninth Street    Richmond, VA 23219 UNITED STATES OF AMERICA | |
| unk | STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS    150 South Main Street    Providence, RI 02903 | |
| cr | Fredrick Hill    c/o Kasen & Kasen, P.C.    Attn: Jenny Kasen    Society Hill Office Park    1874 E. Marlton Pike, Suite 3    Cherry Hill, NJ 08003 | |
| unk | Joanne Peterson    Learn to Cope | |
| unk | Lydia Conley    ABH | |
| unk | Steve Walsh    Massachusetts Health & Hospital Assoc | |
| unk | Lora Pellegrini    Massachusetts Assoc. of Health Plans | |
| unk | Martin Walsh    City of Boston, Massachusetts | |
| unk | Maryanne Frangules    MOAR | |

| | | | | |
|---|---|---|---|---|
| cr | State of New Hampshire | c/o NH Attorney General's Office | 33 Capitol Street | Concord, NH 03301–6397 |
| unk | Steven A. Tolman | Massachusetts AFL–CIO | | |
| unk | Charles D. Baker | Commonwealth of Massachusetts | | |
| unk | Andrew Kolodny | PROP | | |
| unk | Stephen G. Gelfand | PROP | | |
| cr | Commonwealth of Pennsylvania, Department of Revenue | Bureau of Compliance | Department 280946 | Harrisburg, PA 17128–0946 |
| unk | John Taormina | 12 Starr Lea Road | North Salem, NY 10560 | |
| cr | The State of Vermont, by and through Attorney General Thomas J. Donovan Jr. | 109 State Street | Montpelier, VT 05609 | |
| unk | Sarah Thrower | CRNP Provider Assisted Medication Treat. | 1593 Sylvan Dr. | Hollidaysburg,, PA 16648 |
| aty | Sarasota County Public Hospital District | Bentley and Bruning | 783 South Orange Avenue | Sarasota, FL 34236 |
| cr | Oracle America, Inc. | c/o Shawn Christianson | Buchalter P.C. | 55 Second Street, 17th Fl, San Francisco, CA 94105 |
| unk | Kimberly Krawczyk | 38 Briarwood Lane #4 | Marlboro, MA 01152 | |
| op | Prime Clerk LLC | One Grand Central Place | 60 East 42nd Street, Suite 1440 | www.primeclerk.com   New York, NY 10165 |
| intp | Kurtzman Carson Consultants LLC | 222 N Pacific Coast Highway, Suite 300 | El Segundo, CA 90245 | |
| unk | SAP America, Inc. | Brown & Connery, LLP | Donald K. Ludman, Esquire | 6 N. Broad Street   Suite 100   Woodbury, NJ 08096 |
| unk | Ironshore Specialty Insurance Company | 250 Commercial Street | Suite 5000 | Manchester, NH 03101 UNITED STATES |
| cr | CRG Financial, LLC as Assignee of Fike Corporation | 100 Union Avenue | Cresskill, NJ 07626 | |
| cr | State Of Maryland | Office of the Attorney General of Maryla | 200 Saint Paul Place | Baltimore, MD 20852 |
| unk | Gary & Colleen Breitbord | 9 Forest Park Drive | Holliston, MA 01746 | |
| intp | United HealthCare Services, Inc. | c/o Shipman & Goodwin LLP | One Constitution Plaza | Hartford, CT 06103 |
| intp | Washington State Department of Revenue | Office of the Attorney General | 800 5th Ave   Ste 2000 | Seattle, WA 98104 |
| unk | Leona Nuss | 5 Watkins Pl | Palm Coast, Fl 32164 | |
| unk | Ronald George Dandar | c/o Legal Mail Department | 50 Overlook Drive | LaBelle, PA 15450 |
| cr | CRG Financial LLC | 100 Union Avenue | Cresskill, NJ 07626 | |
| cr | Ronald George Dandar | c/o Legal Mail Department | 50 Overlook Drive | LaBelle, PA 15450 |
| aty | Village of Amityville, NY, et al. | Tate, Grossman, Kelly & Iaccarino | 1248 Montauk Highway | West Islip, NY 11795 |
| cr | Anne Alexander, et al. | Finson Law Office | | |
| unk | Allergan Finance LLC | MORRIS CORPORATE CENTER III | 400 INTERPACE PARKWAY | Parsippany, NJ 07054 |
| crcm | Bayard, P.A. | 600 N. King Street, Suite 400 | Wilmington, DE 19801 | |
| fa | Province, Inc. | 2360 Corporate Circle, Suite 330 | Henderson, NV 89074 | |
| crcm | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 | |
| op | Kurtzman Carson Consultants LLC | 222 N. Pacific Coast Highway | Suite 300 | El Segundo, CA 90245 |
| unk | Tim Kramer | 64 Exmoor Rd. | Waterford, NY 48328 | |
| unk | Kennedy Forum and other national organizations | 14 Central Ave. | Island Heights, NJ 08732 | |
| cr | Tucson Medical Center | 5301 E. Grant Road | Tucson, AZ 85712 | |
| intp | TXP Services, Inc. | One Stamford Forum | Stamford, CT 06901 | |
| intp | PLP Associates Holdings L.P. | One Stamford Forum | Stamford, CT 06901 | |
| intp | PLP Associates Holding Inc. | One Stamford Forum | Stamford, CT 06901 | |
| intp | Pharmaceutical Research Associates L.P. | One Stamford Forum | Stamford, CT 06901 | |
| intp | BR Holdings Associates L.P. | One Stamford Forum | Stamford, ct 06901 | |
| intp | BR Holdings Associates Inc. | One Stamford Forum | Stamford, CT 06901 | |
| unk | Corey Dodge | Oregon Dept. of Corrections | 777 Stanton Blvd. | Ontario, NY 97914 |
| unk | Ruby Thomas | 150 Ledy Mercy Lane | Rockington, NJ 28379 | |
| unk | NAPW Lynn M. Paltrow, JD | National Advocates for Pregnat Women | 575 8th Avenue, 7th Floor | New York, NY 10018 |
| cr | Ricardo Vela | TDCJ No. 2164340 | Ramsey Unit–TDCJ | 110 FM 655   Rosharon, TX 77583 |
| unk | Thomas Hickey | Suffolk CO H.O.C | 20 Bradston St. | Boston, MA 02118 |
| cr | John Yarbrough | Federal Prison Camp Montgomery | 1001 Willow St. | Maxwell AFB, AL 36112 |
| cr | Casey David Nadolski | c/o Sahn Ward Coschignano | 333 Earle Ovington Blvd., Suite 601 | Suite 601   New York, NY 11553 |
| unk | Collegium Pharmaceutical, Inc. | 780 Dedham Street | Canton, MA 02021 | |
| cr | Malcolm B. & Justine Kinnaird | 601 Willow Glen Road | Kennett Square, PA 19348 | |
| cr | Hunt Kinnaird | 3855 Blair Mill Road | Apt. 219C | Horsham, PA 19044 |
| cr | Joan E. Vasko | 155 Old Murphy Road | Zebulon, NC 27597 | |
| cr | Jesse Mendez | Jester 3 Unit | 3 Jester Rd. | Richmond, TX 77406 |
| unk | The National Association for the Advancement of Colored People | NAACP Empowerment Programs | National Headquarters   4805 Mount Hope Drive | Balitmore, MD 21215 |
| unk | Joan E. Vasko | 155 Old Murphy Road | Zebulon, NC 27597 | |
| aty | Merrida P Coxwell | Coxwell & Associates, PLLC | Post Office Box 1337 | Jackson, MS 39215 UNITED STATES |
| unk | City of Bellefontaine Neighbors, Missouri | 9641 Bellefontaine Road | , MO 63137 | |
| unk | Paul S Rothstein | 626 NE 1st Street | Gainesville, FL 32601 | |
| aty | Paul S Rothstein | 626 NE 1st Street | Gainesville, FL 32601 | |

| | | |
|---|---|---|
| aty | Alexander Michael Gormley | Slevin & Hart, P.C.    1625 Massachusetts Ave NW Suite 450,    Washington, DC 20036 |
| cr | Claudia J Innaco | 105 Mayflower Ave    Massapequa Park, NY 11762 |
| aty | Richard R Gan | 2023 NORTH SECOND STREET    201    201    Harrisburg    PA, 17102 UNITED STATES |
| unk | Masoud Bamdad | 17806 Ridgeway Rd.    Granada Hills, CA 91344 |
| unk | United States of America | U.S. Attorney's Office    86 Chambers Street, 3rd Floor    New York, NY 10007 |
| cr | Eric Eugene Anderson | 11161 Rios Road    Boca Raton, FL 33498 |
| cr | Maria Ecke | 8 Glenbrook Dr.    West Simsbury, CT 06092 |
| cr | Kyle M. Parks | United States Penitentiary    P.O. Box 33 – Reg. No. 44051–044    (F–1) – 4700 Bureau Road South    Terre Haute, IN 47808 |
| cr | Deborah Clonts | 7105 Birdsnest Way    Temple, TX 76502 |
| cr | Les Burris | 1575 Deming Drive    Orlando, FL 32825 |
| cr | Arlandis C. Issac | United States Penitentiary    Reg No. 06935–090    P.O. Box 33 (F–1)    4700 Bureau Road South    Terre Haute, IN 47808 |
| unk | Andre S. Youngblood | United States Penitentiary    4700 Bureau Road    P.O. Box 33    Terre Haute, IN 47808 |
| aty | Adam M. Adler | Prime Clerk LLC    One Grand Central Place    60 East 42nd Street    Suite 1440    New York, NY 10165 |
| aty | Clare Connors | Department of the Attorney General    425 Queen Street    Honolulu, HI 96813 |
| aty | Kristine Manoukian | Schulte Roth & Zabel LLP    919 Third Avenue    New York, NY 10022 |
| aty | Laurel K. Lackey | West Virginia Attorney General's Office    Eastern Panhandle Office    269 Aikens Center    Martinsburg, WV 25404 |
| aty | Marc P. Gertz | 11 South Forge Street    Akron, OH 44304 |
| aty | Thomas C. Albus | Office of Attorney General    P.O. Box 899    Jefferson City, MO 65102 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | Westchester County Sheriff's Dept. | Room L 217    110 Dr. Martin Luther King Blvd.    White Plains, NY 10601–2519 |
| smg | N.Y. State Dept. Of Taxation And Finance | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205–0300 |
| smg | New York City Department of Finance | Office of Legal Affairs    375 Pearl Street, 30th Floor    New York, NY 10038 |
| smg | Parking Violations Bureau | 210 Joralemon Avenue    Brooklyn, NY 11201 |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101–7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201–0551 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205–0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| 7608290 | AKIN GUMP STRAUSS HAUER & FELD LLP | Counsel to the Official Committee    of Unsecured Creditors    One Bryant Park    New York, New York 10036 |
| 7598644 | ALSTON & BIRD LLP | Counsel for OptumRX, Inc.    1201 West Peachtree Street    Atlanta, GA 30309–3424 |
| 7598645 | ALSTON & BIRD LLP | Counsel for OptumRX, Inc.    90 Park Avenue    New York, NY 10016–1387 |
| 7624302 | ANDREWS & THORNTON | Attorneys for Ryan Hampton    4701 Von Karman Ave., Suite 300    Newport Beach, CA 92660 |
| 7628695 | ASK LLP | Counsel to the Ad Hoc Group    of Individual Victims    151 West 46th Street, 4th Floor    New York, NY 10036 |
| 7656851 | ATTORNEY GENERAL OF WASHINGTON | Robert W. Ferguson, Attorney General    Counsel for Washington State    Department of Revenue    800 Fifth Avenue, Suite 2000    Seattle, WA 98104 |
| 7596263 | Agentis PLLC | Attorneys for State of Florida    c/o Christopher B. Spuches, Esq.    55 Alhambra Plaza, Suite 800    Coral Gables, FL 33134 |
| 7598845 | BARRETT LAW GROUP, P.A. | P.O. Box 927    404 Court Square    Lexington, MS 39095 |
| 7598609 | BMC Group, Inc | Attn: T Feil    3732 W. 120th Street    Hawthorne, CA 90250 |
| 7617955 | BRACEWELL LLP | 1251 Avenue of the Americas, 49th Floor    New York, New York 10020–1100 |
| 7639145 | BROWN & CONNERY, LLP | Donald K. Ludman, Esquire    6 North Broad Street, Suite 100    Woodbury, NJ 08096 |
| 7607080 | BROWN RUDNICK LLP | 7 Times Square    New York, NY 10036 |
| 7643212 | Ballard Spahr, LLP | Attorneys for DuPont de Nemours, Inc.    919 N. Market Street, 11th Floor    Wilmington, DE 19801 |
| 7652248 | Banc of America Leasing & Capital, LLC | c/o Nicola G. Suglia, Esquire    Fleischer, Fleischer & Suglia, P.C.    Four Greentree Centre    601 Route 73 N, Suite 305    Marlton, NJ 08053 |
| 7629495 | Bentley & Bruning P.A. | Attorneys for SARASOTA COUNTY PUBLIC    HOSPITAL DISTRICT    783 South Orange Avenue, Third Floor    Sarasota, Florida 34236 |
| 7598782 | Bialson, Bergen & Schwab | Attorneys for United Parcel    Service, Inc.    633 Menlo Ave., Suite 100    Menlo Park, CA 94025 |
| 7710098 | Bielli & Klauder, LLC | Counsel David M. Klauder, Esquire    1500 Walnut Street, Suite 900    Philadelphia, PA 19103 |
| 7623582 | Blue Cross Blue Shield Association | 225 North Michigan Ave.    Chicago, IL 60601 |
| 7606042 | Buchalter, a Professional Corporation | Attorneys for McKesson Corporation    18400 Von Karman Avenue, Suite 800    Irvine, CA 92612–0514 |
| 7630986 | Buchalter, a Professional Corporation | Attorneys for Oracle America, Inc.    55 2nd St., 17th Fl.    San Francisco, CA 94105 |
| 7602027 | CAPLIN & DRYSDALE, CHARTERED | Counsel for the Multi–State Governmental    Entities Group    One Thomas Circle, NW, Suite 1100    Washington, DC 20005 |

| | | |
|---|---|---|
| 7608189 | CARTER LEDYARD & MILBURN LLP    Attorneys for State of West Virginia    2 Wall Street    New York, New York 10005 | |
| 7598619 | CONSOVOY MCCARTHY PLLC    Attorneys for the State of Arizona    1600 Wilson Boulevard, Suite 700    Arlington, Virginia 22201 | |
| 7645712 | CREADORE LAW FIRM PC    Counsel for NAS Ad Hoc Committee    450 Seventh Avenue, 14th Floor    New York, NY 10123 | |
| 7598844 | CUNEO GILBERT & LADUCA, LLP    16 Court Street, Suite 1012    Brooklyn, New York 11241 | |
| 7598843 | CUNEO GILBERT & LADUCA, LLP    4725 Wisconsin Avenue, NW, Suite 200    Washington, DC 20016 | |
| 7605017 | Carol E. Momjian    Senior Deputy Attorney General    Office of Attorney General    The Phoenix Building    1600 Arch Street, Suite 300    Philadelphia, PA 19103 | |
| 7733941 | Casey David Nadloski    c/o Sahn Ward Coschignano, PLLC    The Omni Building    333 Earle Ovington Blvd #601    Uniondale, NY 11553 | |
| 7739609 | City of Blue Springs, Missouri    903 W. Main St.    c/o City Attorney    Blue Springs, MO 64015 | |
| 7740419 | City of Moorhead, Minnesota    City Manager    500 Center Avenue    Moorhead, MN 56561−0779 | |
| 7629903 | City of Seattle    c/o Ben Harrington    Hagens Berman Sobol Shapiro LLP    715 Hearst Ave., Suite 202    Berkeley, CA 94710 | |
| 7740499 | City of Warren,Andrea L. Stapleford−City Solicitor    600 Market Street    Warren, PA 16365    Warren, PA 16365−1636 | |
| 7596642 | Commonwealth of Massachusetts    Office of the Attorney General    1 Ashburton Place    Boston, MA 02108 | |
| 7605260 | Commonwealth of Pennsylvania    Attn: Carol E. Momjian    The Phoenix Building    1600 Arch Street, Suite 300    Philadelphia, PA 19103 | |
| 7622034 | Commonwealth of Pennsylvania    Department of Revenue    Bureau of Compliance    P O Box 280946    Harrisburg, PA 17128−0946 | |
| 7608560 | Commonwealth of Pennsylvania    Office of Attorney General    15th Floor, Strawberry Square    Harrisburg, PA 17120 | |
| 7670951 | Cooper Law Firm, LLC    Attorneys for Kara Trainor Brucato    1525 Religious Street    New Orleans, Louisiana 70130 | |
| 7617839 | Daniel S. Connolly    Robert G. Burns    Bracewell LLP    1251 Avenue of the Americas, 49th Flr.    New York, NY 10020 | |
| 7645408 | Donald Creadore,Esq.    CREADORE LAW FIRM PC    450 Seventh Avenue Suite 1408    New York, New York 10123    Email: donald@creadorelawfirm.com | |
| 7646267 | Doster, Ullom & Boyle, LLC    Attorneys for State of Missouri    16090 Swingley Ridge Road    Suite 620    St. Louis, Missouri 63017 | |
| 7608293 | EGLET ADAMS    Counsel to Nevada Counties    and Municipalities    400 South 7th Street, Suite 400    Las Vegas, Nevada 89101 | |
| 7719304 | Eisenberg & Baum, LLP    Attorneys for Ad Hoc Committee    on Accountability    24 Union Square East, Fourth Floor    New York, New York 10003 | |
| 7598704 | FOLEY & LARDNER LLP    321 N. Clark Street, Suite 2800    Chicago, IL 60654−5313 | |
| 7597760 | FOLEY & LARDNER LLP    90 Park Avenue    New York, New York 10016−1314 | |
| 7618016 | FOX SWIBEL LEVIN & CARROLL LLP    Attorneys for Old Republic    Insurance Company    200 W. Madison Street, Suite 3000    Chicago, Illinois 60606 | |
| 7607458 | FRANKGECKER LLP    1327 W. Washington Blvd.    Suite 5 G−H    Chicago, Illinois 60607 | |
| 7739610 | Fetzko Law Offices, P.C.    12 Evergreen Drive    Suite 102    Middletown, NY 10940 | |
| 7598614 | GODFREY & KAHN, S.C.    One East Main Street, Suite 500    Madison, WI 53703 | |
| 7598707 | GOODWIN PROCTER LLP    The New York Times Building    620 Eighth Avenue    New York, New York 10018 | |
| 7625201 | HAGENS BERMAN SOBOL SHAPIRO LLP    Counsel for Blue Cross Blue    Shield Assoc.    55 Cambridge Parkway, Suite 301    Cambridge, MA 02142 | |
| 7707458 | HAUG PARTNERS LLP    One Post Office Square, 31st Floor    Boston, Massachusetts 02109 | |
| 7606694 | HUSCH BLACKWELL LLP    190 Carondelet Plaza, Suite 600    St. Louis, MO 63105−3433 | |
| 7630743 | Hagens Berman Sobol Shapiro LLP    Counsel for City of Seattle    715 Hearst Ave., Suite 202    Berkeley, CA 94710 | |
| 7737042 | Hunt Kinnaird    3855 Blair Mill Road, Apt. 219C    Horsham, PA 19044 | |
| 7737041 | Hunt Kinnaird    c/o Fetzko Law Offices, P.C.    12 Evergreen Drive, Suite 102    Middletown, NY 10940 | |
| 7608296 | JOSEPH HAGE AARONSON LLC    485 Lexington Avenue    30th Floor    New York, New York 10017 | |
| 7754213 | James Harry Rand    United State Penitentiary    P.O. Box 33 (E−2)    Terre Haute, IN 47808 | |
| 7605360 | Jeffrey K. Garfinkle, Esq.    Daniel H. Slate, Esq.    Buchalter, a Professional Corporation    18400 Von Karman Avenue, Suite 800    Irvine, CA 92612−0514 | |
| 7739611 | Joan E. Vasko, Administratrix    155 Old Murphy Road    Zebulon, NC 27597 | |
| 7598618 | KELLER LENKNER LLC    Attorneys for the State of Arizona    150 N. Riverside Plaza, Suite 4270    Chicago, Illinois 60606 | |
| 7604082 | KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.    Counsel for State of Washington    551 Fifth Avenue, 18th Floor    New York, NY 10176 | |
| 7607078 | KRAMER LEVIN NAFTALIS & FRANKEL LLP    1177 Avenue of the Americas    New York, New York 10036 | |
| 7619809 | Kasen & Kasen, P.C.    Attn: Jenny Kasen, Esq.    Society Hill Office Park    1874 E. Marlton Pike, Suite 3    Cherry Hill, NJ 08003 | |
| 7619888 | Kasen & Kasen, P.C.    Attorneys for Fredrick Hill    Society Hill Office Park    1874 E. Marlton Pike, Suite 3    Cherry Hill, NJ 08003 | |
| 7641816 | Katherine M. McCraw    Assistant Attorney General    N.C. Department of Justice    Post Office Box 629    Raleigh, North Carolina 27602−0629 | |
| 7740418 | Katie J. Bertsch    444 Sheyenne Street    Suite 102    P.O. Box 458    West Fargo, ND 58078−0458 | |

| | | |
|---|---|---|
| 7618017 | LUSKIN, STERN & EISLER LLP    Attorneys for Old Republic    Insurance Company    Eleven Times Square    New York, New York 10036 | |
| 7617928 | Lara J. Fogel    Office of the New Jersey State Attorney    124 Halsey Street, 5th Floor    P.O. Box 45029–5029    Newark, New Jersey 07101 | |
| 7608198 | Loeb & Loeb LLP    Attorneys for Nevada Counties    and Municipalities    345 Park Avenue    New York NY 10154 | |
| 7598706 | Louis J. Testa, Esq.    Assistant Attorney General    The Capitol    Albany, New York 12224–0341 | |
| 7622419 | MARCUS & SHAPIRA LLP    Attorneys for Giant Eagle, Inc.    One Oxford Centre    301 Grant Street, 35th Floor    Pittsburgh, PA 15219 | |
| 7598673 | MCELROY, DEUTSCH,MULVANEY & CARPENTER, LLP    Counsel to Westchester Fire    Insurance Company    1617 John F. Kennedy Blvd., Ste. 1500    Philadelphia, PA 19103 | |
| 7608295 | MILBANK LLP    55 Hudson Yards    New York, New York 10001 | |
| 7603810 | MOTION INDUSTRIES    1605 ALTON ROAD    BIRMINGHAM, AL 35210 | |
| 7705848 | MOTLEY RICE LLC    Counsel for Tucson Medical Center    777 Third Ave., 27th Floor    New York, NY 10017 | |
| 7737026 | Malcolm B. & Justine Kinnaird    c/o Fetzko Law Offices, P.C.    12 Evergreen Drive, Suite 102    Middletown, NY 10940 | |
| 7776417 | Michelle Decarlo    2119 S. 11th Street    Philadelphia, PA 19148 | |
| 7608299 | Missouri Department of Revenue    Bankruptcy Unit    PO Box 475    Jefferson City MO, 65109–0475 | |
| 7625209 | Morgan & Morgan    201 North Franklin Street, 7th Floor    Tampa, Florida 33602 | |
| 7625208 | Morgan & Morgan    485 Madison Avenue, 20th Floor    New York, New York 10022 | |
| 7598611 | Morgan & Morgan    76 South Laura Street, Suite 1100    Jacksonville, Florida 32202 | |
| 7608540 | Muhammad Umair Khan    28 Liberty Street    New York, NY 10005 | |
| 7617925 | Muhammad Umair Khan    Senior Advisor and Special Counsel    Executive Division    Office of the New York State Attorney Ge    28 Liberty Street    New York, New York 10005 | |
| 7602026 | New York State Department of Financial Services    One State Street    New York, NY 10004 | |
| 7767956 | Noramco Coventry LLC    KIRKLAND & ELLIS LLP    300 North LaSalle Street    Chicago, Illinois 60654    Attn: James A. Stempel | |
| 7767955 | Noramco Coventry LLC    KIRKLAND & ELLIS LLP    601 Lexington Avenue    New York, New York 10022    Attn: Anne G. Wallice | |
| 7598702 | OTTERBOURG P.C.    230 Park Avenue    New York, New York 10169 | |
| 7608294 | Office of the New Jersey State Attorney General    124 Halsey Street, 5th Floor    P.O. Box 45029–5029    Newark, New Jersey 07101 | |
| 7604080 | Office of the New York State Attorney General    28 Liberty Street    New York, New York 10005 | |
| 7607605 | Office of the South Carolina Attorney General    P.O. Box 11549    Columbia, South Carolina 29211–1549 | |
| 7707778 | POTTER ANDERSON & CORROON LLP    Counsel to Walmart, Inc.    and its Subsidiaries    1313 North Market Street, Sixth Floor    P.O. Box 951    Wilmington, DE 19801 | |
| 7643172 | People of the State of California    California Department of Justice    300 S. Spring Street, Suite 1702    Los Angeles, CA 90013 | |
| 7637874 | People of the State of California    California Department of Justice    300 South Spring Street, Suite 1702    Los Angeles, California 90013 | |
| 7598459 | People of the State of New York    Office of the New York State Attorney Ge    28 Liberty Street    New York, New York 10005 | |
| 7608291 | People of the State of New York    The Capitol    Albany, New York 12224–0341 | |
| 7621563 | Pillsbury Winthrop Shaw Pittman LLP    Attorneys for Ad Hoc Group of    Non–Consenting States    2 Houston Center    909 Fannin, Suite 2000    Houston, TX 77010 | |
| 7621323 | Pillsbury Winthrop Shaw Pittman LLP    Attorneys for Ad Hoc Group of    Non–Consenting States    31 West 52nd Street    New York, NY 10019 | |
| 7625202 | RAWLINGS & ASSOCIATES    Counsel for Blue Cross Blue    Shield Assoc.    1 Eden Parkway    La Grange, KY 40031 | |
| 7604083 | REED SMITH LLP    Counsel for AmerisourceBergen Drug    Corporation    599 Lexington Avenue    New York, NY 10022–7650 | |
| 7604084 | REED SMITH LLP    Counsel for AmerisourceBergen Drug    Corporation    Three Logan Square    1717 Arch Street, Suite 3100    Philadelphia, PA 19103 | |
| 7671142 | RONALD GEORGE DANDAR K07780    c/o LEGAL MAIL DEPARTMENT    50 OVERLOOK DRIVE    LABELLE, PA 15450 | |
| 7608199 | Robert M. Adams    Eglet Adams    400 South &th Street, Suite 400    Las Vegas, NV 89101 | |
| 7668479 | Ronald George Dandar    c/o Legal Mail Department    50 Overlook Drive    LaBelle, PA 15450 | |
| 7650994 | SCHULTE ROTH & ZABEL LLP    Counsel to the Ad Hoc Group of Hospitals    919 Third Avenue    New York, NY 10022 | |
| 7602025 | SCOTT+SCOTT ATTORNEYS AT LAW LLP    The Helmsley Building    230 Park Avenue, 17th Floor    New York, NY 10169 | |
| 7651693 | SIMPSON THACHER & BARTLETT LLP    Counsel for PJT Partners LP    425 Lexington Avenue    New York, NY 10017 | |
| 7604434 | STATE OF OHIO    DAVE YOST, ATTORNEY GENERAL    615 West Superior Avenue, 11th Floor    Cleveland, Ohio 44113 | |
| 7619317 | STUTZMAN, BROMBERG, ESSERMAN &    PLIFKA, A Professional Corporation    2323 Bryan Street, Suite 2200    Dallas, TX 75201 | |
| 7654826 | Shipman & Goodwin LLP    Attorneys for United HealthCare    Services, Inc.    One Constitution Plaza    Hartford, CT 06103 | |
| 7596661 | State of Arizona ex rel. Mark Brnovich    Attorney General    2005 N Central Avenue    Phoenix, AZ 85004 | |
| 7617954 | State of Connecticut    Office of Attorney General    55 Elm Street, P.O. Box 120    Hartford, CT 06141–0120 | |
| 7607061 | State of Idaho through    Attorney General Lawrence G. Wasden    P. O. Box 83720    Boise, ID 83720–0010 | |

| | | | | |
|---|---|---|---|---|
| 7608091 | State of North Carolina | C/O Walderep LLP | 101 S. Stratford Rd., Suite 210 | Winston Salem, NC 27104 |
| 7608088 | State of North Carolina | C/O Waldrep LLP | 101 S. Stratford Rd., Suite 210 | Winston Salem, NC 27104 |
| 7625206 | State of Vermont | Attn: Jill S. Abrams | 109 State Street | Montpelier, Vermont 05403 |
| 7598612 | Stevens & Lee, P.C. | 485 Madison Avenue, 20th Floor | New York, New York 10022 | |
| 7625168 | Stevens & Lee, P.C. | Attn: Nicholas F. Kajon, Esq. | 485 Madison Ave., 20th Floor | New York, NY 10022 |
| 7625809 | TARTER KRINSKY & DROGIN LLP | Attorneys for Ad Hoc Committee | of NAS Babies | 1350 Broadway, 11th Floor    New York, New York 10018 |
| 7598846 | TEITELBAUM LAW GROUP, LLC | 1 Barker Avenue, 3rd Floor | White Plains, New York 10601 | |
| 7604081 | TUCKER ARENSBERG, P.C. | Counsel to Thermo Fisher Scientific | 1500 One PPG Place | Pittsburgh, Pennsylvania 15222 |
| 7598584 | Teitelbaum Law Group LLC | Jay Teitelbaum | 1 Barker Avenue White Plains NY 10601 | jteitelbaum@tblawllp.com; jkelly@cuneola |
| 7596450 | Tennessee Attorney Generals Office | Attn: Marvin Clements, Bankruptcy Divisi | P.O. Box 20207    Nashville, TN 37202–0207 | |
| 7608194 | The Official Committee of Unsecured Creditors | of Purdue Pharma L.P., et al. | c/o Akin Gump Strauss Hauer & Feld LLP | One Bryant Park    New York, NY 10036 |
| 7620113 | The People of the State of California | 600 West Broadway, Suite 1800 | San Diego, CA 92101 | |
| 7596637 | The People of the State of California | Attn: SDAG Bernard A. Eskandari | California Department of Justice | 300 South Spring Street, Suite 1702    Los Angeles, CA 90013 |
| 7603317 | Thermo Fisher Scientific | c/o Jordan S. Blask, Esq. | Tucker Arensberg, P.C. | 1500 One PPG Place    Pittsburgh, PA 15222 |
| 7705631 | Tucson Medical Center | 5301 E. Grant Road | Tucson, Arizona 85712 | |
| 7607992 | Waldrep LLP | Attorneys for State of North Carolina | 101 S. Stratford Rd., Suite 210 | Winston−Salem, NC 27104 |
| 7742711 | Waste Industries | c/o RMS | PO Box 19253 | Minneapolis, MN 55419 |
| 7618548 | Wells Fargo Vendor Financial Services, LLC | fka GE Capital Inf. Technology Solutions | c/o A Ricoh USA Program    f/d/b/a IKON Financial Serv. | P.O. Box 13708    Macon, GA 31208−3708 |
| 7707132 | White & Case LLP | 1221 Avenue of the Americas | New York, New York 10020 | |
| 7707133 | White & Case LLP | Southeast Financial Center | Suite 4900 | 200 South Biscayne Boulevard    Miami, FL 33131 |
| 7602404 | Wilk Auslander LLP | Attorneys for State of Alabama | 1515 Broadway, 43d Floor | New York, New York 10036 |
| 7598701 | William R. Pearson | Attorney for the State of Iowa | Hoover Building, 2nd Floor | 1305 E. Walnut Street    Des Moines, IA 50312 |
| 7652431 | Williams Scotsman Inc | 901 S Bond Street | Suite 600/ Bankruptcy | Baltimore, MD 21231 |

TOTAL: 330