**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Contract Counterparties Service List attached hereto as **Exhibit A**:

- *Ex Parte* Motion of the Debtors for Entry of an Order Shortening Notice with respect to Motion of the Debtors for Entry of an Order (I) Approving Sale of Debtors' Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [Docket No. 1685]

- Notice of Hearing on Motion of the Debtors for Entry of an Order (I) Approving Sale of Debtors Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, Approving Debtors Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief  [Docket No. 1687]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

- Declaration of Rafael J. Schnitzler in Support of Motion of the Debtors for an Order (I) Approving Sale of Debtors Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief [Docket No. 1688]

Dated: December 7, 2020

                                              /s/Nuno Cardoso
                                              Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 7, 2020, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

SRF 48526

**<u>Exhibit A</u>**

Exhibit A

Contract Counterparties Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 11200710 | DANOX ENVIRONMENTAL SERVICES, INC. | 102 MARY ALICE PARK ROAD | SUITE 104 | CUMMING | GA | 30040 |
| 11200723 | ECA CHEMICAL INC. | 60 TULIP LANE | | COLTS NECK | NJ | 07722 |
| 11200749 | H. J. ASTLE COMPANY | ATTN: JIM HUTCHINSON | 4 CAROL DR | LINCOLN | RI | 02865 |
| 11200807 | MICROCAD TRAINING & CONSULTING INC | 290 PRATT STREET | | MERIDEN | CT | 06450 |
| 11200836 | PARSONS LIFE SCIENCE GROUP | 100 HIGH STREET | | BOSTON | MA | 02110 |
| 11200915 | VESTA PARTNERS , LLC | DBA RIZING EAM | 300 FIRST STAMFORD PLACE | STAMFORD | CT | 06902 |
| 11200922 | WSP USA CORP | ONE PENN PLAZA | | NEW YORK | NY | 10019 |
| 11200924 | YANKEE FIBER CONTROL INC. | 50 INDUSTRIAL WAY | | SEEKONK | MA | 02771 |