# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: | Date Created: 12/8/2020 |
| Case: 19–23649–rdd | Form ID: 143 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    Eli J. Vonnegut    eli.vonnegut@davispolk.com
aty    Marshall Scott Huebner    marshall.huebner@davispolk.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Purdue Pharma L.P.    One Stamford Forum    201 Tresser Boulevard    Stamford, CT 06901
cr    Kyle M. Parks    United States Penitentiary    P.O. Box 33 – Reg. No. 44051–044    (F–1) – 4700 Bureau Road South    Terre Haute, IN 47808

TOTAL: 2