# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: | Date Created: 12/8/2020 |
| Case: 19–23649–rdd | Form ID: 143 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty      Eli J. Vonnegut          eli.vonnegut@davispolk.com
aty      Marshall Scott Huebner   marshall.huebner@davispolk.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Purdue Pharma L.P.    One Stamford Forum    201 Tresser Boulevard    Stamford, CT 06901
cr       Deborah Clonts        7105 Birdsnest Way    Temple, TX 76502

TOTAL: 2