# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: | Date Created: 12/8/2020 |
| Case: 19–23649–rdd | Form ID: 143 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty     Eli J. Vonnegut          eli.vonnegut@davispolk.com
aty     Marshall Scott Huebner   marshall.huebner@davispolk.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Purdue Pharma L.P.    One Stamford Forum       201 Tresser Boulevard    Stamford, CT 06901
cr    Arlandis C. Issac     United States Penintentiary    Reg No. 06935–090    P.O. Box 33 (F–1)    4700
      Bureau Road South     Terre Haute, IN 47808

TOTAL: 2