**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

## NOTICE OF THIRTEENTH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | November 1, 2020 through November 30, 2020 |
| **Amount of Compensation Requested (after 13% discount):** | $110,868.45 |
| **Less 20% Holdback** | $22,173.69 |
| **Net of Holdback**: | $88,694.76 |
| **Amount of Expense Reimbursement Requested:** | $3,625.03 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $92,319.79 |
| **This is a** | X   Monthly _____Interim ___ Final Fee Statement |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this thirteenth monthly fee statement (the "Thirteenth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from November 1, 2020 through November 30, 2020 (the "Thirteenth Monthly Fee Period"). By this Thirteenth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $92,319.79 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Thirteenth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Thirteenth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]    The total amount sought for fees reflects (a) voluntary write offs in the amount of $630.00 and (b) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $17,196.55 for the Thirteenth Monthly Fee Period), for an overall voluntary reduction of approximately 13.5%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2020, Jones Day is using 2019 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13.5% reduction.

hourly billing rate of Jones Day timekeepers during the Thirteenth Monthly Fee Period is approximately $576.24.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Thirteenth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Thirteenth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Thirteenth Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Thirteenth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Thirteenth Monthly Fee Period.

[5]      The time records included in **Exhibit D** have been minimally redacted to protect privileged information.

(v) the fee examiner, Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.      Objections to this Thirteenth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than December 22, 2020 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7.      If no objections to this Thirteenth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Thirteenth Monthly Fee Statement.

8.      To the extent that an objection to this Thirteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Thirteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this Thirteenth Monthly Fee Statement has

been made to this or any other court.

Dated: December 8, 2020                          /s/  Anna Kordas
     New York, NY                              JONES DAY
                                  John J. Normile
                                  Anna Kordas
                                  250 Vesey Street
                                  New York, NY 10281
                                  Telephone:      (212) 326-3939
                                  Facsimile:      (212) 755-7306
                                  Email:          jjnormile@jonesday.com
                                                  akordas@jonesday.com

                                  *Special Counsel to the Debtors and
Debtors in Possession*

## EXHIBIT A

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**NOVEMBER 1, 2020 – NOVEMBER 30, 2020**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Christopher Morrison | 2001 | $950.00 | $826.50 | .40 | $380.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | 34.9 | $42,752.50 |
| **TOTAL PARTNER:** | | | | **35.3** | **$43,132.50** |
| **ASSOCIATE** | | | | | |
| Anna Kordas | 2014 | $750.00 | $652.50 | 23.2 | $17,400.00 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | 37 | $22,385.00 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | 7.2 | $3,960.00 |
| **TOTAL ASSOCIATE:** | | | | **67.4** | **$43,745.00** |
| **STAFF ATTORNEY** | | | | | |
| Lynne Fischer | 1996 | $525.00 | $456.75 | 50.5 | $26,512.50 |
| **TOTAL STAFF ATTORNEY:** | | | | **50.5** | **$26,512.50** |
| **PARALEGAL & STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $325.00 | $282.75 | 21.4 | $6,955.00 |
| Kristina Horn | N/A | $400.00 | $348.00 | 16.6 | $6,640.00 |
| Marguerite Melvin | N/A | $375.00 | $326.25 | 1.2 | $450.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **39.20** | **$14,045.00** |
| **TOTAL:** | | | | **192.4** | **$127,435.00** |

## EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

### NOVEMBER 1, 2020 – NOVEMBER 30, 2020

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 22.3 | $22,710.50 |
| Strategic Corporate Advice | 5.9 | $7,227.50 |
| Retention Matters | 78.7 | $49,017.50 |
| Accord Healthcare Inc. | 5.3 | $4,157.50 |
| Project Catalyst | 80.2 | $44,322.00 |
| **TOTAL** | 192.40 | **$127,435.00** |
| **13% DISCOUNT** | | **$16,566.55** |
| **TOTAL FEES** | | **$110,868.45** |

<u>**EXHIBIT C**</u>

**EXPENSE SUMMARY**
<u>**NOVEMBER 1, 2020 – NOVEMBER 30, 2020**</u>

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $3,000.00 |
| Printing Charges | $534.15 |
| United Parcel Service Charges | $90.88 |
| **TOTAL** | **$3,625.03** |

# **EXHIBIT D**

## **TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

December 4, 2020                                                                 305158-610005

Invoice: 33446776

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 22,710.50 |
| Less 13% Fee Discount | | (2,952.36) |
| | USD | 19,758.14 |
| **TOTAL** | **USD** | **19,758.14** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/33446776 WITH YOUR PAYMENT

**JONES DAY**

305158-610005                                                      Page 2
                                                          December 4, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33446776

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| C M MORRISON | 0.40 | 950.00 | 380.00 |
| J J NORMILE | 14.70 | 1,225.00 | 18,007.50 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 6.60 | 605.00 | 3,993.00 |
| A M NICOLAIS | 0.60 | 550.00 | 330.00 |
| **TOTAL** | **22.30** | **USD** | **22,710.50** |

JONES DAY

305158-610005                                                                 Page 3
                                                                 December 4, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33446776

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 11/02/20 | K MCCARTHY | 0.50 |

Prepare for and participate in weekly client teleconference with J. Normile, P. Hendler, and A. Nicolais regarding litigation status updates (.30), including review of litigation status tracker (.20).

| 11/02/20 | J J NORMILE | 1.80 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, K. McCarthy, A. Nicolais and P. Hendler (.80); review and revision of background materials regarding preparation of document list from Rhodes transactions including various emails with K. McCarthy and B. Koch (.50); correspondence with K. McCarthy and B.Koch regarding same (.50). .

| 11/04/20 | J J NORMILE | 1.00 |

Various teleconferences with K. McCarthy regarding proposed case management schedules and recent correspondence from O. Langer.

| 11/05/20 | J J NORMILE | 2.00 |

Draft/revise case management schedule (1.00) review proposals set forth by O. Langer regarding discovery, case management and trial options (1.00).

| 11/06/20 | K MCCARTHY | 1.00 |

Prepare for and participate in client teleconference with J. Normile and P. Hendler regarding proposed case schedules (.60), including review of related opposing counsel correspondence regarding Purdue's proposed schedule (.40).

| 11/06/20 | A M NICOLAIS | 0.60 |

Purdue meeting re Collegium case management schedule (.40); communication in firm with K. McCarthy re same (.20).

| 11/09/20 | K MCCARTHY | 0.50 |

Attention to correspondence with J. Normile, P. Hendler, and B. Koch regarding case schedule and related issues.

| 11/09/20 | J J NORMILE | 0.80 |

Review correspondence from counsel for Collegium regarding proposed case management schedule (.40); various teleconferences and emails with P. Hendler and B. Koch regarding same (.40).

| 11/10/20 | K MCCARTHY | 1.00 |

Attention to client and co-counsel correspondence regarding ████████ (.50); prepare for and participate in weekly client teleconference regarding litigation status updates (.40); including providing edits to litigation status tracker (.10).

| 11/10/20 | J J NORMILE | 1.30 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, P. Hendler, K. McCarthy and A. Nicolais (.50); various teleconferences with K. McCarthy and P. Hendler regarding Collegium's counterproposal for case management conference (.80).

| 11/11/20 | K MCCARTHY | 0.50 |

Review/analyze Collegium's schedule counter-proposal and communicate internally regarding same.

| 11/11/20 | J J NORMILE | 1.00 |

Review of correspondence from counsel for Collegium regarding counterproposal to proposed case management schedule and related teleconferences.

| 11/12/20 | J J NORMILE | 1.00 |

Preparation for upcoming meet and confer with counsel for Collegium (.50); review of background materials (.20); teleconference with B. Koch and P. Hendler (.30).

JONES DAY

305158-610005                                                                                    Page 4
                                                                                    December 4, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                        Invoice:  33446776


*Date of Service*      *Timekeeper Name*                                        *Hours*

11/13/20        J J NORMILE                                                      2.10
        Preparation for and participation in team teleconference with B. Koch, M. Kasselman, K. Benedict, C.
        Robertson, P. Hendler and B. Kaminetzky regarding Collegium email on prospective discovery topics (.80);
        related teleconferences with P. Hendler and B. Koch (.30); preparation for and participation in meet and
        confer with counsel for Collegium regarding case management schedule (.50); related teleconference with P.
        Hendler (.50).

11/16/20        K MCCARTHY                                                       2.00
        Prepare for and participate in teleconference with L. Rider, B. Koch, and P. Hendler regarding ███████
        ████ (1.00); review/analyze ██████████ documents in advance of teleconference (1.00).

11/16/20        J J NORMILE                                                      0.80
        Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, R.
        Kreppel, K. McCarthy, A. Nicolais and P. Hendler (.40) and review of relevant background materials
        regarding same (.40).

11/18/20        K MCCARTHY                                                       0.50
        Prepare for and participate in meet and confer with opposing counsel (.40); communicate with J. Normile
        and P. Hendler regarding same (.10).

11/18/20        J J NORMILE                                                      1.30
        Preparation for and participation in meet and confer with counsel for Collegium and related teleconference
        with P. Hendler (1.00); review of draft letter to Judge Saylor regarding November 23, 2020 status
        conference (.30).

11/19/20        C M MORRISON                                                     0.40
        Review and analyze communications regarding PTAB status and file letter with Court regarding same.

11/19/20        J J NORMILE                                                      0.50
        Review of various correspondence regarding letter to Judge Saylor regarding upcoming status conference.

11/20/20        J J NORMILE                                                      0.30
        Review of Judge Saylor's Order postponing the November 23 status conference and related
        teleconferences.

11/23/20        K MCCARTHY                                                       0.60
        Prepare for and participate in weekly client teleconference with J. Normile, P. Hendler, and A. Nicolais
        regarding litigation status updates (.40); including review of litigation status tracker (.20).

11/23/20        J J NORMILE                                                      0.80
        Preparation for and participation in weekly team teleconference with B. Koch, R. Inz, P. Hendler, K.
        McCarthy and A. Nicolais.

        **TOTAL**                                                              **22.30**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

December 4, 2020                                                      305158-610013

Invoice: 33446777

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 0.00 |

DISBURSEMENTS & CHARGES

| | |
|---|---|
| Hosting Charges | 3,000.00 |
| | 3,000.00 |

**TOTAL**                                        **USD**          **3,000.00**

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33446777 WITH YOUR PAYMENT

**JONES DAY**

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Page 2
December 4, 2020
Invoice:  33446777

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **HOSTING CHARGES** | | | | |
| 11/10/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Hosting Charges - EMERSON RESOURCES, INC. for Hosting storage - October 2020 | | | |
| 11/10/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Hosting Charges - EMERSON RESOURCES, INC. for April storage 2020. | | | |
| | **Hosting Charges Subtotal** | | | **3,000.00** |
| | **TOTAL** | | **USD** | **3,000.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

December 4, 2020                                              305158-610028

                                                          Invoice: 33446778

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2020:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 4,157.50 |
| Less 13% Fee Discount | | (540.47) |
| | USD | 3,617.03 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| Document Reproduction Charges | 534.15 |
| United Parcel Service Charges | 90.88 |
| | 625.03 |

**TOTAL**                                    **USD**      **4,242.06**

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610028/33446778 WITH YOUR PAYMENT

**JONES DAY**

305158-610028

Page 2

December 4, 2020

Accord Healthcare Inc.

Invoice: 33446778

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 1.80 | 1,225.00 | 2,205.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 0.50 | 605.00 | 302.50 |
| A M NICOLAIS | 3.00 | 550.00 | 1,650.00 |
| **TOTAL** | **5.30** | **USD** | **4,157.50** |

JONES DAY

305158-610028                                                               Page 3
                                                                    December 4, 2020
Accord Healthcare Inc.                                          Invoice:  33446778

### SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 11/02/20 | A M NICOLAIS | 1.00 |

Drafting/revise weekly Purdue update (.40); weekly Purdue meeting (.30); communication in firm with K. McCarthy re Rhodes document review (.30).

| 11/10/20 | A M NICOLAIS | 0.70 |
|---|---|---|

Edits/revisions to weekly Purdue status tracker (.60); weekly Purdue call (.10).

| 11/23/20 | A M NICOLAIS | 0.70 |
|---|---|---|

Drafting weekly Purdue updates/case status (.40); communication in firm re same (.10); weekly Purdue meeting (.20).

| 11/27/20 | J J NORMILE | 0.50 |
|---|---|---|

Review of correspondence ████████████████████████████████████
████████████████████████

| 11/30/20 | K MCCARTHY | 0.50 |
|---|---|---|

Prepare for and participate in weekly client teleconference with J. Normile, P. Hendler, and A. Nicolais regarding litigation status updates (.40), including review of litigation status tracker (.10).

| 11/30/20 | A M NICOLAIS | 0.60 |
|---|---|---|

Drafting Purdue weekly update (.20); weekly Purdue meeting (.30).

| 11/30/20 | J J NORMILE | 1.30 |
|---|---|---|

Preparation for and participation in weekly teleconference with B. Koch, R. Kreppel, R. Inz. P. Hendler, K. McCarthy and A. Nicolais (.50); ████████████████████████████████
████████████████████████████████████████████

**TOTAL**                                                          **5.30**

JONES DAY

305158-610028                                                         Page 4
                                                              December 4, 2020
Accord Healthcare Inc.                                    Invoice: 33446778

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|---|---|---|---|---|

**DUPLICATION CHARGES**

| 11/12/20 | NYC ACCOUNTING | NYC | 534.15 | |

Duplication charges - for 10,683 b&w copies at $0.05 each through 11/12/2020

|  | **Duplication charges Subtotal** | | | **534.15** |

**UNITED PARCEL SERVICE CHARGES**

| 10/27/20 | NYC ACCOUNTING | NYC | 11.36 | |

United Parcel Services Charges, P. HENDLER, 1Z10445E0396618203

| 10/27/20 | NYC ACCOUNTING | NYC | 11.36 | |

United Parcel Services Charges, P. HENDLER, 1Z10445E0398669413

| 11/09/20 | NYC ACCOUNTING | NYC | 11.36 | |

United Parcel Services Charges, P. HENDLER, 1Z10445E0398216296

| 11/09/20 | NYC ACCOUNTING | NYC | 11.36 | |

United Parcel Services Charges, P. HENDLER, 1Z10445E0398543316

| 11/09/20 | NYC ACCOUNTING | NYC | 11.36 | |

United Parcel Services Charges, P. HENDLER, 1Z10445E0398334873

| 11/09/20 | NYC ACCOUNTING | NYC | 11.36 | |

United Parcel Services Charges, P. HENDLER, 1Z10445E0398571269

| 11/09/20 | NYC ACCOUNTING | NYC | 11.36 | |

United Parcel Services Charges, P. HENDLER, 1Z10445E0396326108

| 11/09/20 | NYC ACCOUNTING | NYC | 11.36 | |

United Parcel Services Charges, P. HENDLER, 1Z10445E0399057886

|  | **United Parcel Service charges Subtotal** | | | **90.88** |

|  | **TOTAL** | | **USD** | **625.03** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

December 4, 2020                                          305158-640002

                                                         Invoice: 33446780

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 7,227.50 |
| Less 13% Fee Discount | | (939.57) |
| | USD | 6,287.93 |
| **TOTAL** | **USD** | **6,287.93** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33446780 WITH YOUR PAYMENT

**JONES DAY**

305158-640002                                                              Page 2

December 4, 2020

Strategic Corporate Advice                                        Invoice:  33446780

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 5.90 | 1,225.00 | 7,227.50 |
| **TOTAL** | **5.90** | **USD** | **7,227.50** |

**JONES DAY**

305158-640002                                                                                             Page 3
                                                                                          December 4, 2020
Strategic Corporate Advice                                                         Invoice:  33446780

SERVICES DETAIL SCHEDULE

*Date of Service*      *Timekeeper Name*                                              *Hours*

11/05/20       J J NORMILE                                               1.00
               Analysis of ███████████████ Agreement (.50); related teleconference with B. Koch
               (.50).

11/06/20       J J NORMILE                                               2.10
               Preparation for and participation in team teleconference regarding ████████████
               ████ including K. McCarthy, R. Schlossberg, B. Koch, W. McConagha and R. Aleali (.80); review and
               revision of bullet points outline prepared by B. Koch and related teleconference with B. Koch (1.30).

11/07/20       J J NORMILE                                               0.80
               Review of B. Koch revised bullet points outline (.40); review of ███████████
               Agreement. (.40).

11/09/20       J J NORMILE                                               2.00
               Preparation for and participation in teleconference with K. McCarthy, D. Lundie, J. Lowne, R. Schlossberg,
               B. Koch, R. Aleali, J. Doyle and K. Ickes regarding ████████████████████
               (1.00); review of draft memorandum prepared by B. Koch and related background materials (1.00).

**TOTAL**                                                                **5.90**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

December 4, 2020                                              305158-640003

                                                       Invoice: 33446783

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2020:

| | | |
|---|---|---|
| Project Catalyst | USD | 44,322.00 |
| Less 13% Fee Discount | | (5,761.86) |
| | USD | 38,560.14 |
| **TOTAL** | **USD** | **38,560.14** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640003/33446783 WITH YOUR PAYMENT

**JONES DAY**

305158-640003

Project Catalyst

Page 2
December 4, 2020
Invoice:  33446783

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 8.70 | 1,225.00 | 10,657.50 |
| ASSOCIATE | | | |
| K MCCARTHY | 29.90 | 605.00 | 18,089.50 |
| A M NICOLAIS | 3.60 | 550.00 | 1,980.00 |
| PARALEGAL | | | |
| J J DARENSBOURG | 21.40 | 325.00 | 6,955.00 |
| LEGAL SUPPORT | | | |
| K HORN | 16.60 | 400.00 | 6,640.00 |
| **TOTAL** | **80.20** | **USD** | **44,322.00** |

JONES DAY

305158-640003                                                                                          Page 3
                                                                                           December 4, 2020
Project Catalyst                                                                      Invoice:  33446783

## SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**11/01/20    K MCCARTHY                                                                  0.50**
Prepare for and participate in teleconference with J. Normile regarding client document discovery request (.30); coordinate with paralegal team to collect requested documents (.20).

**11/01/20    J J NORMILE                                                                  0.80**
Review of various correspondence regarding preparation of index of relevant documents at Rhodes Technologies for admissibility purposes for upcoming ABUK proceedings (.50); various emails with K. McCarthy and A. Nicolais regarding same (.30).

**11/02/20    J J DARENSBOURG                                                          0.70**
Manage trial exhibit lists from past OxyContin litigations for determining future document productions.

**11/02/20    K MCCARTHY                                                                  0.50**
Coordinate collection of documents for Project Catalyst review.

**11/03/20    K MCCARTHY                                                                  1.00**
Mark up trial exhibit lists for Project Catalyst document review (.80) and communicate with paralegal team regarding same (.20).

**11/04/20    J J DARENSBOURG                                                          6.00**
Manage/prepare zip files of past deposition transcripts, exhibits, and errata for review by P Hendler (5.50); communicate with K McCarthy and A Nicolais strategy for Rhodes document collection (.50).

**11/04/20    K HORN                                                                        1.20**
Begin compiling exhibits from prior trials for attorney and client review for potential production per K. McCarthy (1.00); communications with team re: same (.20).

**11/04/20    K MCCARTHY                                                                  2.50**
Review/analyze trial exhibit lists and trial exhibits for Project Catalyst document review (2.00); attention to internal correspondence regarding same (.50).

**11/04/20    A M NICOLAIS                                                              1.60**
Meeting with K. McCarthy re past Purdue document review (.20); research re best-evidence rule (1.00); drafting summary re same (.40).

**11/04/20    J J NORMILE                                                                  1.00**
Review of various correspondence regarding review and selection of key litigation documents in conjunction with Project Catalyst.

**11/05/20    J J DARENSBOURG                                                          6.20**
Manage Rhodes' trial exhibits from past OxyContin litigations for attorney and client review in determining possible future document productions.

**11/05/20    K HORN                                                                        6.40**
Begin compiling exhibits from prior trials for attorney and client review for potential production per K. McCarthy (5.40); communications with team re: same (1.00).

**11/05/20    K MCCARTHY                                                                  3.50**
Review/analyze produced documents for Project Catalyst document review (2.00); and communicate with A. Nicolais and paralegal team regarding same (.50); review/analyze legal research regarding █████████ and perform follow-up research regarding same (1.00).

**11/06/20    J J DARENSBOURG                                                          1.90**
Manage Rhodes' trial exhibits from past OxyContin litigations for attorney and client review in determining possible future document productions.

**11/06/20    K HORN                                                                        2.50**
Compile additional exhibits from prior trials for attorney and client review for potential production per K. McCarthy (2.00); communications with team re: same (.50).

# JONES DAY

305158-640003                                                      Page 4
                                                       December 4, 2020
Project Catalyst                                       Invoice:  33446783

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**11/06/20    K MCCARTHY                                            3.00**
Review/analyze documents related to Project Catalyst (1.50); attention to internal correspondence regarding same (.50); draft/revise summary of document review and related legal research and circulate to J. Normile and A. Nicolais (1.00).

**11/09/20    K HORN                                               2.50**
Review trial █████████████████████ (1.50); and create spreadsheet to track same per K. McCarthy (1.00).

**11/09/20    K MCCARTHY                                            4.50**
Plan and prepare for L. Rider teleconference (.30), and attention to miscellaneous correspondence regarding same (.50); prepare for and participate in teleconference with B. Koch regarding ██████ █████ (.50); review/analyze documents for Project Catalyst document review (1.40) and communicate internally regarding same (.30); review/analyze ████████████ related files (1.00) and communicate internally and with co-counsel P. Hendler regarding same (.50).

**11/10/20    J J DARENSBOURG                                       4.40**
Manage ████████████████████████████ for attorney and client review in determining possible future document productions.

**11/10/20    K MCCARTHY                                            1.00**
Review/analyze █████████████████(0.7) and communicate internally and with P. Hendler regarding same (0.3).

**11/11/20    J J DARENSBOURG                                       0.60**
Manage ████████████████████████████ for attorney and client review in determining possible future document productions.

**11/11/20    K HORN                                               1.10**
Review Relativity Database for █████████████ requested by P. Hendler.

**11/11/20    K MCCARTHY                                            3.50**
Review/analyze documents related to Project Catalyst (1.00); draft/revise summary chart regarding same (.50); attention to internal team correspondence regarding same (.30); prepare for and participate in teleconferences with J. Normile and A. Nicolais regarding memorandum summarizing Project Catalyst document review (.80); draft/revise client memorandum regarding Project Catalyst document review (.90).

**11/11/20    J J NORMILE                                           1.80**
Preparation for and participation in teleconference with K. McCarthy and A. Nicolais regarding review of prior litigation trial exhibit list to ensure preservation of relevant documents (.80); review of various correspondence from J. Lowne, D. Lundie, R. Aleali and B. Koch regarding potential amendments to APA (1.0).

**11/12/20    J J DARENSBOURG                                       1.60**
Review/organize █████████████████████████████ for attorney and client review in determining possible future document productions.

**11/12/20    K HORN                                               0.20**
Review Relativity Database █████████████████████to update chart for client request.

**11/12/20    K MCCARTHY                                            3.00**
Review/analyze Project Catalyst documents and summary charts of same (1.00); prepare for and participate in teleconference with paralegal team regarding outstanding review tasks (.50); draft/revise memorandum regarding document review and communicate with A. Nicolais regarding same (.50); coordinate collection, review, and reproduction of Low ABUK conception and reduction to practice documents for P. Hendler (.70); attention to correspondence with paralegal team and P. Hendler regarding same (.30).

JONES DAY

305158-640003                                                              Page 5
                                                                December 4, 2020
Project Catalyst                                              Invoice: 33446783

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**11/13/20**  K MCCARTHY                                                    3.50
Draft/revise memorandum regarding Project Catalyst document review (2.50) and communicate internally regarding same (.50); coordinate collection, scanning, and organization of Project Catalyst follow-up document review documents (.50).

**11/13/20**  A M NICOLAIS                                                  1.30
Drafting project catalyst memorandum (1.10); communication in firm with K. McCarthy re same (.20).

**11/15/20**  A M NICOLAIS                                                  0.70
Edits/revisions to draft project catalyst memorandum.

**11/15/20**  J J NORMILE                                                   0.80
Review of correspondence from R. Aleali including attached amendment to Asset Purchase Agreement.

**11/16/20**  K HORN                                                        1.60
Compile supporting exhibits for client memorandum regarding Project Catalyst Document review per K. McCarthy (1.30); download B. Koch documents re L. Rider meeting (.30).

**11/16/20**  K MCCARTHY                                                    2.50
Draft/revise memorandum regarding Project Catalyst document review and communicate internally regarding same (1.00); coordinate memorandum cite check and finalizing exhibits (.50); draft/revise summary of ███████████████ (.40) and review/analyze prior litigation deposition transcripts in support of same (.60).

**11/16/20**  J J NORMILE                                                   1.80
Preparation for and participation in teleconference with B. Koch regarding various proposed amendments to the Asset Purchase Agreement (.80); review of various correspondence from J. Lowne, R. Aleali, J. Doyle and R. Shamblen regarding proposed amendments to the Asset Purchase Agreement (.50); review of proposed amendments to the Asset Purchase Agreement (.50).

**11/17/20**  K MCCARTHY                                                    0.50
Finalize and send memorandum regarding Project Catalyst document review to client.

**11/17/20**  J J NORMILE                                                   1.50
Review and revision of final memorandum and exhibits relating to retention of key documents upon closing (1.20); related emails with K. McCarthy (.30).

**11/20/20**  J J NORMILE                                                   1.00
Review of various correspondence from B. Koch, J. Lowne, D. Lundie, R. Aleali and K. Ickes regarding proposed amendments to the Asset Purchase Agreement (.50); and review of background materials regarding same (.50).

**11/23/20**  K HORN                                                        0.50
Create file set of ███████████████ relevant materials to be sent to P. Hendler for review.

**11/24/20**  K HORN                                                        0.60
Review copy set of materials ██████████████████████ P. Hendler (.40); coordinate sending same (.20).

**11/25/20**  K MCCARTHY                                                    0.40
Attention to miscellaneous internal and client case correspondence regarding proposed consultant agreements and collection and organization of Purdue case files.

**TOTAL**                                                                 **80.20**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

December 4, 2020

305158-999007

Invoice: 33446784

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 49,017.50 |
| Less 13% Fee Discount | | (6,372.27) |
| | USD | 42,645.23 |
| **TOTAL** | **USD** | **42,645.23** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33446784 WITH YOUR PAYMENT

**JONES DAY**

305158-999007                                                      Page 2
                                                           December 4, 2020
Retention Matters                                          Invoice:  33446784

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 3.80 | 1,225.00 | 4,655.00 |
| ASSOCIATE |  |  |  |
| A KORDAS | 23.20 | 750.00 | 17,400.00 |
| STAFF ATTY |  |  |  |
| L C FISCHER | 50.50 | 525.00 | 26,512.50 |
| PARALEGAL |  |  |  |
| M M MELVIN | 1.20 | 375.00 | 450.00 |
| **TOTAL** | **78.70** | **USD** | **49,017.50** |

JONES DAY

305158-999007                                                                                    Page 3
                                                                          December 4, 2020
Retention Matters                                                     Invoice:  33446784

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

11/01/20     J J NORMILE                                              0.50
Review and revision of draft September bills.

11/02/20     L C FISCHER                                              0.50
Email communication with A. Kordas regarding the Firm's first supplemental disclosure as special litigation
counsel for the debtors (.20); review status of reports and dates of issue for same (.20); further email
communication with A. Kordas (.10).

11/02/20     A KORDAS                                                 1.40
Review/analyze supplemental disclosures (1.10); correspond with L. Fischer regarding same (.30).

11/03/20     L C FISCHER                                              0.30
E-mail communication with A. Kordas regarding the Firm's first supplemental disclosure as special
litigation counsel.

11/03/20     A KORDAS                                                 2.40
Review/revise invoices for compliance with UST guidelines (1.20); draft/revise fee statement (1.00);
correspond with L. Fischer regarding supplemental disclosures (.20).

11/04/20     A KORDAS                                                 3.60
Draft/revise third interim fee application and accompanying worksheet.

11/04/20     J J NORMILE                                              1.50
Review and revision of Purdue bills and interim fee application.

11/05/20     L C FISCHER                                              0.80
Review and analyze updated conflict inquiry reports for the Firm's supplemental disclosure as special
litigation counsel to the debtors.

11/07/20     L C FISCHER                                              2.00
Review and analyze conflict inquiry reports covering approximately 4,000 interested parties in conjunction
with preparing the Firm's supplemental disclosure as special litigation to the debtors.

11/08/20     A KORDAS                                                 2.40
Draft/revise third interim fee application and accompanying worksheet.

11/09/20     L C FISCHER                                              4.30
Review and analyze conflict inquiry reports covering approximately 4,000 interested parties in conjunction
with preparing the Firm's supplemental disclosure as special litigation to the debtors.

11/10/20     A KORDAS                                                 3.70
Draft/revise fee application and review invoices in connection with same.

11/11/20     L C FISCHER                                              4.80
Review and analyze conflict inquiry reports covering approximately 4,000 interested parties in conjunction
with preparing the Firm's supplemental disclosure as special litigation counsel to the debtors.

11/11/20     A KORDAS                                                 2.30
Finalize draft of fee application (2.10); correspond with J. Normile regarding same (.20).

11/12/20     L C FISCHER                                              3.30
Review and analyze conflict inquiry reports covering approximately 4,000 interested parties in conjunction
with preparing the Firm's supplemental disclosure as special litigation counsel for the debtors.

11/12/20     J J NORMILE                                              0.80
Review and revision of Purdue's Third Interim Fee Application.

11/13/20     A KORDAS                                                 1.20
Additional revisions to the interim fee application.

JONES DAY

305158-999007                                                                    Page 4
                                                                    December 4, 2020
Retention Matters                                                    Invoice:  33446784

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 11/14/20 | A KORDAS | 2.10 |

Draft/revise 12th monthly fee statement (1.70); correspondence with fee examiner regarding LEDES files (.10); internal communications regarding same (.30).

| 11/16/20 | L C FISCHER | 5.10 |

Review and analyze conflict inquiry reports covering approximately 4,000 interested parties in conjunction with preparing the Firm's disclosure as special litigation counsel for the debtors.

| 11/16/20 | A KORDAS | 1.80 |

Finalize fee application (1.60); coordinate filing of same (.20).

| 11/16/20 | M M MELVIN | 0.40 |

Assemble, review and e-file Jones Day's third interim fee application.

| 11/16/20 | J J NORMILE | 1.00 |

Review and revision of Purdue's Third Interim Fee Petition (.80); related correspondence with A. Kordas (.20).

| 11/17/20 | L C FISCHER | 4.00 |

Review and analyze conflict inquiry reports covering approximately 4,000 interested parties in conjunction with preparing the Firm's supplemental disclosure as special litigation counsel for the debtors.

| 11/18/20 | L C FISCHER | 3.00 |

Review and analyze conflict inquiry reports covering approximately 4,000 interested parties in conjunction with preparing the Firm's disclosure as special litigation counsel to the debtors.

| 11/19/20 | A KORDAS | 2.00 |

Draft/revise monthly fee statement (1.70); coordinate filing of same (.30).

| 11/20/20 | L C FISCHER | 5.60 |

Review and analyze conflict inquiry reports covering approximately 4,000+ interested parties in conjunction with preparing the Firm's supplemental disclosure as special litigation counsel to the debtors.

| 11/20/20 | M M MELVIN | 0.80 |

Redact an exhibit to the Purdue 12th monthly fee statement (.20); affix to the fee statement (.10); forward the compiled document to A. Kordas for review (.10); review and e-file the fee statement (.20); coordinate service of the same (.20).

| 11/23/20 | L C FISCHER | 6.30 |

Review and analyze conflict inquiry reports covering approximately 4,000+ interested parties in conjunction with preparing the Firm's supplemental disclosure as special litigation counsel to the debtors.

| 11/23/20 | A KORDAS | 0.30 |

Correspond internally and with client regarding monthly fee statements (.10); review docket and calendar upcoming deadlines (.20).

| 11/25/20 | L C FISCHER | 2.50 |

Review and analyze conflict inquiry reports covering approximately 4,000+ interested parties in conjunction with preparing the Firm's disclosure as special litigation counsel to the debtors.

| 11/27/20 | L C FISCHER | 2.00 |

Review and analyze conflict inquiry reports covering approximately 4,000+ interested parties in conjunction with preparing the Firm's disclosure as special litigation counsel to the debtors.

| 11/30/20 | L C FISCHER | 6.00 |

Review and analyze conflict inquiry reports covering approximately 4,000+ interested parties in conjunction with preparing the Firm's disclosure as special litigation counsel to the debtors.

**TOTAL**                                                            **78.70**