# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Purdue Pharma L.P. | CASE NO.: 19–23649–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 06–1307484 | CHAPTER: 11 |

---

## CORRECTED

## NOTICE OF HEARING
## Corrected to reflect Court Solutions' information

PLEASE TAKE NOTICE that a hearing will be heard by the Honorable Robert D. Drain on 1/20/2021 at 10:00 AM to consider and act upon the following:

Motion to Allow Claims / Motion for Tolling Filing Deadline filed by Andre S. Youngblood.

You will be required to appear telephonically for your hearing by dialing into the Court Solutions telephonic hearing service. Prior approval will not be required for your telephonic appearance through Court Solutions for hearings until further notice. You may register for your hearing by visiting www.CourtSolutions.com. You should register your appearance 7 days prior to your scheduled hearing.

When asked for the name of the Bankruptcy Court Staff member who granted permission for you to appear telephonically, please provide the following name:

Eddie Andino, Divisional Manager

APPLICABLE TO PRO SE DEBTORS ONLY: No fee is required for pro se debtors appearing telephonically. Please indicate to Court Solutions that you are a nonattorney or are appearing pro se. Court Solutions will be provided a preapproved list of pro se and nonattorney debtors who will be appearing telephonically.

Dated: December 8, 2020                         Vito Genna
                                                Clerk of the Court