# Notice Recipients

District/Off: 0208–7  User:  Date Created: 12/8/2020
Case: 19–23649–rdd  Form ID: 143  Total: 4

**Recipients of Notice of Electronic Filing:**
aty     Eli J. Vonnegut        eli.vonnegut@davispolk.com
aty     Marshall Scott Huebner     marshall.huebner@davispolk.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Purdue Pharma L.P.     One Stamford Forum     201 Tresser Boulevard     Stamford, CT 06901
unk     Andre S. Youngblood    United States Penitentiary     4700 Bureau Road     P.O. Box 33     Terre Haute, IN 47808

TOTAL: 2