United States Bankruptcy Court
Southern District of New York

In re:
Purdue Pharma L.P., et al
   Debtors

Chapter 11

Case No. 19-23649 (RDD)

(Jointly Administered)

## Motion to Request Extension For Filling Proof of Claim

Here Comes Shane Christian Peterson (Further referred to as the Creditor) Hereby Respectfully Requesting The Court to Grant Him An Extension To The Filling Bar Date Due To The Circumstances Outlined Within This Motion.

Creditor is Currently Incarcerated Within the St. Johns County Jail Located at 3955 Lewis Speedway Saint Augustine, FL 32084 and is not Scheduled for release until 01/28/2021 and has been Incarcerated for the Majority of the Year 2020 therefore being unable to file Proof of Claim Prior to The Bar Date and Therefore also being unable to access Such Information as needed to file proof of Claim form.

Creditor would like to Respectfully Request the Court to Grant Him a One Year Extension (from Current Bar Date) To File Proof of Claim, Amend Proof of Claim and all necessary Information and Documents for the Record.

Creditor Prays the Court Grant This Request allowing Him The Time Needed to Prepare His Case and assert His Claim.

I Do Hereby Swear and Affirm all Information Included Here in to Be True and Accurate

X _____
Signature of Creditor

Shane Christian Peterson
Printed Name of Creditor

On this Day 1st In the Month of December of this Year 2020

Certificate of Service

I Shane Christian Peterson, Creditor, Do Hereby Swear and Affirm and Certify That A Copy of This Motion has been Sent To United States Bankruptcy Court Southern District of New York 300 Quarropas Street White Plains, New York 11232 and to Perdue Pharma Claims Processing Center c/o Prime Clerk LLC 850 Third Avenue Suite 412 Brooklyn, NY 11232

x _____
Signature of Creditor

Shane Christian Peterson
Printed Name of Creditor

On this Day ~~8th~~ 1st In the Month of December of this year 2020

Shane Christian Peterson
30 South Leonardi Street
Saint Augustine, FL 32084
904-342-9184 / spaatree87@gmail.com

FILED
U.S. BANKRUPTCY COURT
2020 DEC -7 P 12: 52
S.D. OF N.Y.

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 11232

*Please Note*   until 01/28/2021
I am Currently incarcerated at the St. Johns County Jail. Any Correspondence Post Dated on or before 01/15/2021 Should be sent to Me at:
Shane C. Peterson 172351441O
St. Johns Co. Det. Center
3955 Lewis Speedway
St. Augustine, FL 32084

Any Sent after 01/15/2021 Should be mailed to Address at the Top of this Notice

Thank You!

Shane Christian Peterson
12/01/2020