# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: | Date Created: 12/9/2020 |
| Case: 19−23649−rdd | Form ID: 143 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty     Eli J. Vonnegut            eli.vonnegut@davispolk.com
aty     Marshall Scott Huebner     marshall.huebner@davispolk.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Purdue Pharma L.P.         One Stamford Forum      201 Tresser Boulevard     Stamford, CT 06901
unk     Shane Christian Peterson   St. Johns Co. Det. Center   3955 Lewis Speedway    St. Augustine, FL 32084

TOTAL: 2