United States Bankruptcy Court
Southern District of New York

FILED
U.S. BANKRUPTCY COURT
2020 DEC -7 P 12:56
S.D. OF N.Y.

In re
Purdue Pharma L.R., et al.,
Debtors

Chapter 11
Case No. 19-23649 (RDD)
(Jointly Administered)

## Motion for Tolling Filing Deadline

Comes now Neal W. King hereinafter Movant pro-se moves this court to toll the July 30, 2020, 5:00 p.m. (EST) filing deadline of the above cited Purdue Pharma L.R. class action lawsuit. Movant is a Federal Bureau of Prisons inmate at United States Penitentiary-Terre Haute. Circa July 10, 2020, Movant tested positive for the COVID-19 flu pandemic and was subsequently sequestered via celling in a quarantine isolation pod and hence deprived of mail and telephonic communication. Wherefore, Movant was unable to meet the said filing deadline due to the extraordinary circumstances.

Movant requests the order of the court to toll the said filing deadline and accept the attached Personal Injury Claimant Proof-of-Claim Form as timely.

Further Movant Sayth Nought.

Issued in good faith, well and truly made with clean hands.

-1 of 7-

Dated: November 30, 2020

Vito Genna, Clerk
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, 2nd floor
White Plains, New York 10601

Reason: Docketing.

Dear Mr. Genna:

Good day, Sir. Please docket my enclosed filing entitled "Motion for Tolling of Filing Deadline" with the attached instrument entitled "Personal Injury Claimant Proof of Claim Form". Also, could you be so kind as to mail me a time stamped certified copy of this filing bearing the docketing number?

Thank you for your attention to this matter.

Very truly yours,

Neal W. King

Neal W. King 41404-007
United States Penitentiary
4700 Bureau Road South
PO Box 33 (F-1)
Terre Haute, IN 47808

I declare under penalty of perjury that the foregoing is true and correct.

Done this 3rd day of December, 2020.

Without Prejudice,
By:

Neal W. King

Neal W. King 41404-007
United States Penitentiary
4700 Bureau Road South
PO Box 33 (F-1)
Terre Haute, IN 47808

— 2 of 7 —