# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: | Date Created: 12/9/2020 |
| Case: 19−23649−rdd | Form ID: 143 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty     Eli J. Vonnegut        eli.vonnegut@davispolk.com
aty     Marshall Scott Huebner    marshall.huebner@davispolk.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Purdue Pharma L.P.    One Stamford Forum    201 Tresser Boulevard    Stamford, CT 06901
unk     Neal W. King    United States Penitentiary,No. 41404−007    4700 Bureau Road South    PO Box 33 (F−1)    Terre Haute, IN 47808

TOTAL: 2