# Exhibits 1 Through 21 Have Been Filed Under Seal