# Exhibits 23 Through 67 Have Been Filed Under Seal