# Exhibits 69 Through 71
# Have Been Filed Under Seal