Jasmine Ball
Maura Kathleen Monaghan
Jeffrey J. Rosen
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836

*Attorneys for Beacon Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.***,** | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**SUPPLEMENTAL DECLARATION OF JASMINE BALL**

**DATED DECEMBER 9, 2020**

I, Jasmine Ball, an attorney duly admitted to practice in the Southern District of New York, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I represent the Side A Initial Covered Sackler Persons (the "Side A ICSPs") in this dispute.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

2. I submit this declaration in support of the Side A ICSPs' reply in support of their objection to the Official Committee of Unsecured Creditors' ("UCC") Motion to Compel Production of Purportedly Privileged Documents, or for *In Camera* Review, Based on Good Cause, Crime Fraud, and At Issue Exceptions to Claims of Privilege in the above captioned case and state that true and correct copies or excerpts of the following documents are attached as exhibits hereto:

3. Attached as Exhibit 1 are excerpts from the November 24, 2020 deposition of Jonathan White.

4. Attached as Exhibit 2 are notes from a budget presentation made to the Purdue Board of Directors dated October 29 and 30, 2013, beginning with Bates number PPLPC012000452390.

5. Attached as Exhibit 3 is an email chain between Purdue executives dated November 1, 2013, beginning with Bates number PPLPC012000449535.

6. Attached as Exhibit 4 is an email chain between Mortimer D.A. Sackler and Richard Sackler, dated February 13, 2008, beginning with Bates number PPLPUCC9004448359.

7. Attached as Exhibit 5 is a financial statement prepared for Purdue by Ernst & Young in 2013, beginning with Bates number PPLPC030000761742.

8. Attached as Exhibit 6 is a financial statement prepared for Purdue by Ernst & Young in 2015, beginning with Bates number PPLPUCC9002450695.

9. Attached as Exhibit 7 are excerpts from the October 30, 2020 deposition of Cecil Pickett.

10. Attached as Exhibit 8 are excerpts from the November 10, 2020 deposition of Mortimer D.A. Sackler.

11. Attached as Exhibit 9 is a presentation by Purdue Management to the Purdue Board titled "Year in Review – 2011" and dated October 31 – November 2, 2011, beginning with Bates number PPLPC012000349870.

12. Attached as Exhibit 10 is an email chain between various Purdue executives and Sackler family members dated July 7, 2013, beginning with Bates number PPLPC012000431262.

13. Attached as Exhibit 11 is a Purdue Board of Directors Meeting Agenda with attached board documents dated July 25, 2013, beginning with Bates number PPLP004409781.

14. Attached as Exhibit 12 is an excerpt from a 2013 year-end presentation by Purdue management to the Purdue Board of Directors, beginning with Bates number PPLP004409973.

15. Attached as Exhibit 13 is a 2015 Budget Executive Summary presentation by Purdue management to the Purdue Board of Directors, beginning with Bates number PPLP004411368.

16. Attached as Exhibit 14 is a document containing management answers to questions arising during a July 22, 2010 Purdue Shareholder & Board Meeting, beginning with Bates number PPLPC012000283163.

17. Attached as Exhibit 15 is an email chain between David Sackler, Jonathan Sackler, Mortimer D.A. Sackler, and Richard Sackler dated September 9, 2014, beginning with Bates number RSF00175886.

18. Attached as Exhibit 16 is an excerpt of notes from a Purdue Board meeting, beginning with Bates number PPLPBN-00001785.

Dated: December 9, 2020
       New York, New York

By:   /s/ Jasmine Ball
      Jasmine Ball
      Maura Kathleen Monaghan
      Jeffrey J. Rosen
      DEBEVOISE & PLIMPTON LLP
      919 Third Avenue
      New York, New York 10022
      Telephone: (212) 909-6000
      Facsimile: (212) 909-6836
      Email: jball@debevoise.com
           mkmonaghan@debevoise.com
           jrosen@debevoise.com

*Attorneys for Beacon Company*