# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Purdue Pharma L.P.                               CASE NO.: 19−23649−rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER:  11
06−1307484

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be heard by the Honorable Robert D. Drain on 1/20/2021 at 10:00 AM to consider and act upon the following:

Motion to Allow Claims /Motion Tolling Filing Deadline (Claim submitted but not filed − pending disposition of the motion) filed by Arlandis C. Issac .

You will be required to appear telephonically for your hearing by dialing into Courtcall services. Prior Courtcall approval will not be required for telephonic appearance through Courtcall for hearings until further notice. You may dial into Courtcall at (310)342−0888 to register your appearance 7 days prior to your scheduled hearing.

When asked for the name of the Bankruptcy Court Staff member who granted permission for you to appear telephonically, please provide the following name:

Eddie Andino, Divisional Manager

APPLICABLE TO PRO SE DEBTORS ONLY: No fee is required for pro se debtors appearing telephonically. Please indicate to Courtcall that you are a nonattorney or are appearing pro se. Courtcall will be provided a preapproved list of pro se and nonattorney debtors who will be appearing telephonically.

Dated: December 7, 2020                                 Vito Genna
                                                        Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:                                                                                          Case No. 19-23649-rdd

Purdue Pharma L.P.                                                                  Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0208-7                                    User:                                                    Page 1 of 21

Date Rcvd: Dec 07, 2020                        Form ID: 143                              Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Purdue Pharma L.P., One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901-3432 |
| cr | + | Arlandis C. Issac, United States Penintentiary, Reg No. 06935-090, P.O. Box 33 (F-1), 4700 Bureau Road South Terre Haute, IN 47802-8246 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron H. Stulman | on behalf of Interested Party Walmart  Inc. astulman@potteranderson.com, bankruptcy@potteranderson.com |
| Aaron R. Cahn | on behalf of Defendant State of West Virginia  ex rel. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor State of West Virginia  ex rel. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aisha Rich | on behalf of Creditor Board of Chicago School District No. 299 arich@findjustice.com |
| Alexander Lees | |

on behalf of Interested Party Raymond Sackler Family alees@milbank.com
alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com

Alexander M Gormley

on behalf of Attorney Alexander Michael Gormley agormley@slevinhart.com  ssavitsky@slevinhart.com

Alison Archer

on behalf of Creditor Ohio Attorney General alison.archer@ohioattorneygeneral.gov

Amanda Quick

on behalf of Defendant State of Indiana amanda.quick@atg.in.gov  marie.baker@atg.in.gov

Amanda Quick

on behalf of Creditor State of Indiana amanda.quick@atg.in.gov  marie.baker@atg.in.gov

Andrea Law

on behalf of Unknown State of Illinois alaw@atg.state.il.us

Andrew M. Troop

on behalf of Creditor Ad Hoc Group of Non-Consenting States andrew.troop@pillsburylaw.com

Andrew Vincent Alfano

on behalf of Creditor Ad Hoc Group of Non-Consenting States andrew.alfano@pillsburylaw.com

Anna Kordas

on behalf of Debtor Purdue Pharma L.P. akordas@jonesday.com  cbuck@jonesday.com

Anne Andrews

on behalf of Creditor Ryan Hampton aa@andrewsthornton.com

Anne Gilbert Wallice

on behalf of Interested Party Noramco Coventry LLC anne.wallice@kirkland.com

Annemarie Belanger Mathews

on behalf of Creditor State of South Carolina  by and through Attorney General Alan Wilson amathews@scag.gov

Anthony D. Boccanfuso

on behalf of Spec. Counsel Arnold & Porter Kaye Scholer LLP Anthony.Boccanfuso@apks.com
ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso

on behalf of Debtor Purdue Pharma L.P. Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Ashley Crawford

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
avcrawford@akingump.com

Ashley Keller

on behalf of Defendant State of Arizona  ex rel. Mark Brnovich, Attorney General ack@kellerlenkner.com

Ben Harrington

on behalf of Creditor City of Seattle benh@hbsslaw.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Transdermal Technologies L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma Inc. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma of Puerto Rico kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Rhodes Pharmaceuticals L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Debtor Purdue Pharma L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Rhodes Technologies kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Avrio Health L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharmaceuticals L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

District/off: 0208-7                                       User:                                          Page 3 of 21
Date Rcvd: Dec 07, 2020                           Form ID: 143                              Total Noticed: 2

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharmaceutical Products L.P. kaminet@dpw.com ecf.ct.papers@davispolk.com

Bernard Ardavan Eskandari

on behalf of Defendant The People of the State of California bernard.eskandari@doj.ca.gov

Bernard Ardavan Eskandari

on behalf of Creditor The People of the State of California bernard.eskandari@doj.ca.gov

Beth Kaswan

on behalf of Defendant Town of Springfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Natick bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Cambridge bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Canton bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Haverhill bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Worcester bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Norwich bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Worcester bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Springfield  Mass. bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Wakefield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Lynnfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Middletown bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Framingham bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Chicopee bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Wakefield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Salem bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Haverhill bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Trenton bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Lynnfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City Of Paterson  New Jersey bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Wethersfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Framingham bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Salem bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Canton bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Randolph bkaswan@scott-scott.com

Beth Kaswan
on behalf of Defendant City of Portsmouth bkaswan@scott-scott.com

Beth Kaswan
on behalf of Defendant Town of Natick bkaswan@scott-scott.com

Beth Kaswan
on behalf of Creditor City of Gloucester bkaswan@scott-scott.com

Beth Kaswan
on behalf of Creditor City of Cambridge bkaswan@scott-scott.com

Beth Kaswan
on behalf of Creditor Town of Randolph bkaswan@scott-scott.com

Beth Kaswan
on behalf of Defendant City of Gloucester bkaswan@scott-scott.com

Beth Kaswan
on behalf of Creditor City of Chicopee bkaswan@scott-scott.com

Beth Kaswan
on behalf of Defendant Town of Enfield bkaswan@scott-scott.com

Brady C. Williamson
on behalf of Creditor Tennessee Plaintiffs bwilliamson@gklaw.com

Brady C. Williamson
on behalf of Creditor Arkansas Plaintiffs bwilliamson@gklaw.com

Brendan O'Neil
on behalf of Creditor State of Maine brendan.oneil@maine.gov

Brett T DeLange
on behalf of Defendant State of Idaho  Through Attorney General Lawrence G. Wasden brett.delange@ag.idaho.gov

Brett T DeLange
on behalf of Creditor State of Idaho  Through Attorney General Lawrence G. Wasden brett.delange@ag.idaho.gov

Brian Edmunds
on behalf of Creditor State Of Maryland bedmunds@oag.state.md.us

Brian S. Masumoto
on behalf of U.S. Trustee United States Trustee nysbnotice@gmail.com

CRG Financial LLC
on behalf of Creditor CRG Financial LLC notices@CRGfinancial.com

CRG Financial LLC
on behalf of Creditor CRG Financial  LLC as Assignee of Fike Corporation notices@CRGfinancial.com

Carol E. Momjian
on behalf of Creditor Commonwealth of Pennsylvania cmomjian@attorneygeneral.gov

Catherine Steege
on behalf of Creditor McKesson Corporation csteege@jenner.com  jeffrey_cross@discovery.com

Celeste Brustowicz
on behalf of Unknown Kara Trainor Brucato cbrustowicz@clfnola.com  lrichardson@clfnola.com

Charles Wysong
on behalf of Creditor Board of Chicago School District No. 299 cwysong@hsplegal.com

Chiung-Hui Huang
on behalf of Creditor The Board of Education of Thornton Fractional Township High School District 215 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor The Board of Education of East Aurora School District 131 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor Board of Chicago School District No. 299 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor The Board of Education of Thornton Township High School District 205 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor Board of Education of Thornton Township High School District 205 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor Board of Education of East Aurora School District 131 chuang@hslawyers.com

Chiung-Hui Huang

District/off: 0208-7 | User: | Page 5 of 21
---|---|---
Date Rcvd: Dec 07, 2020 | Form ID: 143 | Total Noticed: 2

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 chuang@hslawyers.com

Christopher A. Lynch

on behalf of Creditor AmerisourceBergen Drug Corporation clynch@reedsmith.com

Christopher B Spuches

on behalf of Creditor Attorney General  State of Florida cbs@ecclegal.com,
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches

on behalf of Defendant State of Florida  Office of the Attorney General, Department of Legal Affairs cbs@ecclegal.com,
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Clayton Matheson, I

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
cmatheson@akingump.com

Constantine Dean Pourakis

on behalf of Creditor Eric Hestrup  et al. cp@stevenslee.com

Corey Roush

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
croush@akingump.com

Cyrus Mehri

on behalf of Creditor Board of Education of East Aurora School District 131 cmehri@findjustice.com

Cyrus Mehri

on behalf of Creditor Board of Education of Thornton Township High School District 205 cmehri@findjustice.com

Cyrus Mehri

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 cmehri@findjustice.com

Cyrus Mehri

on behalf of Creditor Board of Chicago School District No. 299 cmehri@findjustice.com

Cyrus Mehri

on behalf of Creditor La Rue County School District  Kentucky cmehri@findjustice.com

Cyrus Mehri

on behalf of Creditor Bullitt County School District  Kentucky cmehri@findjustice.com

Daniel Walfish

on behalf of Unknown Bankruptcy Professors as Amici Curiae dwalfish@walfishfissell.com

Daniel H. Slate

on behalf of Creditor McKesson Corporation dslate@buchalter.com

Daniel S. Connolly

on behalf of Unknown Richard Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly

on behalf of Unknown Jonathan Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly

on behalf of Unknown Beverly Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly

on behalf of Unknown David Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Darlene M. Nowak

on behalf of Creditor Giant Eagle  Inc. nowak@marcus-shapira.com

David Zwally

on behalf of Interested Party Pharmaceutical Research Associates L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Vitamerican Chemicals  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party IAF Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Nappwood Land Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Rhodes Pharmaceuticals Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Coventry Technologies L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party The Purdue Frederick Company Inc. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party BR Holdings Associates Inc. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party RSJ Company L.P. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party The Seven Hundred Realty Corporation dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Purdue Biopharma L.P. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Pharma Technologies Inc. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Pharma Associates L.P. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Avrio Health Inc. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Connecticut Avenue Realty Co.  Inc. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Hospice Provident LLC dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Purdue Biopharma Inc. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party PLP Associates Holding Inc. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Sawwood Land Corporation dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party PLP Associates Holdings L.P. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party TXP Services  Inc. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Vitamerican Corporation dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Essential Raw Materials dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Purdue Pharma Technologies Inc. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Rhodes Technologies Inc. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Pharma Associates Inc. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party BR Holdings Associates L.P. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party The P.F. Laboratories  Inc dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Caas Leasing  Inc. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Midvale Chemical Company dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party PRA Holdings  Inc. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party One Stamford Realty L.P. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party New Suffolk Holdings LLP dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party Purdue Healthcare Technologies L.P. dzwally@haugpartners.com

David Zwally
    on behalf of Interested Party One Stamford Land Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party E.R.G. Realty  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Purdue Healthcare Technologies Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Pharmaceutical Research Associates  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party The Terramar Foundation  Inc. dzwally@haugpartners.com

David Eli Nachman

on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York
david.nachman@ag.ny.gov

David Eli Nachman

on behalf of Creditor People of the State of New York david.nachman@ag.ny.gov

Dawn Stewart

on behalf of Creditor Board of Chicago School District No. 299 dstewart@thestewartlawfirm.com

Denise Mondell

on behalf of Creditor State of Connecticut denise.mondell@ct.gov

Dennis Windscheffel

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
dwindscheffel@akingump.com

Dina L. Yunker Frank

on behalf of Interested Party Washington State Department of Revenue bcuyunker@atg.wa.gov

Donald K. Ludman

on behalf of Unknown SAP America  Inc. dludman@brownconnery.com

Dorothy White-Coleman

on behalf of Unknown City of Bellefontaine Neighbors  Missouri whitecoleman@whitecoleman.net

Edward E. Neiger

on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. eneiger@askllp.com
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Eleanor M. Mullen

on behalf of Creditor State of Connecticut eleanor.mullen@ct.gov

Eli J. Vonnegut

on behalf of Debtor Purdue Pharma of Puerto Rico eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Quidnick Land L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Rhodes Pharmaceuticals L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Neuroscience Company eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharma L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Avrio Health L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Rhodes Technologies eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Interested Party PJT Partners LP eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Purdue Pharma Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Rhodes Associates L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharma Manufacturing L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Purdue Pharmaceutical Products L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Greenfield BioVentures L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Debtor Button Land L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Plaintiff Purdue Transdermal Technologies L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Debtor Adlon Therapeutics L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Plaintiff Purdue Pharma Manufacturing L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Debtor SVC Pharma Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Debtor Seven Seas Hill Corp. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Debtor SVC Pharma LP eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Debtor Paul Land Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Debtor Purdue Pharma Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Debtor Avrio Health L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Debtor Rhodes Technologies eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Debtor Ophir Green Corp. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Plaintiff Purdue Pharma of Puerto Rico eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Plaintiff Purdue Pharma L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Debtor UDF LP eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Debtor Purdue Pharmaceutical Products L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Debtor Purdue Transdermal Technologies L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Debtor Purdue Pharmaceuticals L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Debtor Imbrium Therapeutics L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Plaintiff Rhodes Pharmaceuticals L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Plaintiff Purdue Pharmaceuticals L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
      on behalf of Debtor Nayatt Cove Lifescience Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Elisha D. Graff
      on behalf of Interested Party PJT Partners LP egraff@stblaw.com

Elizabeth Scott
      on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
edscott@akingump.com

Emily Brown
      on behalf of Creditor Board of Chicago School District No. 299 ebrown@hsplegal.com

Eric Goldstein
      on behalf of Interested Party United HealthCare Services  Inc. egoldstein@goodwin.com,
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric J. Snyder
      on behalf of Creditor State of Alabama esnyder@wilkauslander.com  jstauder@wilkauslander.com

Eric John Maloney

on behalf of Defendant State of Minnesota by its Attorney General  Keith Ellison eric.maloney@ag.state.mn.us

Eric John Maloney

on behalf of Creditor State of Minnesota eric.maloney@ag.state.mn.us

Eric M. Gold

on behalf of Defendant Commonwealth of Massachusetts eric.gold@state.ma.us

Eric M. Gold

on behalf of Creditor Commonwealth of Massachusetts eric.gold@state.ma.us

Erin West

on behalf of Creditor Tennessee Plaintiffs ewest@gklaw.com  kboucher@gklaw.com;elewerenz@gklaw.com

Erin West

on behalf of Creditor Arkansas Plaintiffs ewest@gklaw.com  kboucher@gklaw.com;elewerenz@gklaw.com

Evan Romanoff

on behalf of Creditor State of Minnesota evan.romanoff@ag.state.mn.us

Evan M. Jones

on behalf of Interested Party Ortho-McNeil-Janssen Pharmaceuticals  Inc. n/k/a Janssen Pharmaceuticals, Inc. ejones@omm.com,
evan-jones-5677@ecf.pacerpro.com

Evan M. Jones

on behalf of Interested Party Janssen Pharmaceutica  Inc. n/k/a Janssen Pharmaceuticals, Inc. ejones@omm.com,
evan-jones-5677@ecf.pacerpro.com

Evan M. Jones

on behalf of Interested Party Johnson & Johnson ejones@omm.com  evan-jones-5677@ecf.pacerpro.com

Evan M. Jones

on behalf of Interested Party Janssen Pharmaceuticals  Inc. ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Gary A. Gotto

on behalf of Creditor Nez Perce Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Thurston County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Humboldt County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Thornton ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Brighton ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Saint Regis Mohawk Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Pierce County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Burlington ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Mount Vernon ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor San Juan County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Mohave County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor The Makah Indian Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City and County of Denver ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Clark County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Lakewood ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Westminster ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Yuma County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Mesa County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Maricopa County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Eureka ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Cochise County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Arizona Counties Insurance Pool ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Whatcom County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Mount Vernon School District ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Skagit County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Arizona School Alliance for Workers' Compensation ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Northglenn ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Boulder County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City and County of Broomfield ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Santa Barbara County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Arapahoe County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Unknown City of Federal Heights ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Franklin County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Lummi Tribe of the Lummi Reservation ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Town of Hudson ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Adams County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Chelan County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Fremont County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Ada County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Missoula County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Teller County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Commerce City ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Clallam County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Walla Walla County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Spokane County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Navajo County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Sedro-Woolley School District ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Greeley ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Olympia ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Northwest Arizona Employee Benefit Trust ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Bainbridge ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Arizona Municipal Risk Retention Pool ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Tri-County Health Department ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Larimer County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Spokane ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Kitsap County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Black Hawk ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Tacoma ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Jefferson County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Vancouver ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Kingman ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Aurora ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor La Conner School District ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Anacortes ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Sedro-Woolley ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Tulalip Tribes ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor King County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Whitman County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Sheridan ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor City of Kent ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Island County ggotto@kellerrohrback.com

Gary A. Gotto
                on behalf of Creditor Lincoln County ggotto@kellerrohrback.com

District/off: 0208-7                                      User:                                      Page 12 of 21
Date Rcvd: Dec 07, 2020                                Form ID: 143                              Total Noticed: 2

Gary A. Gotto
      on behalf of Creditor Kittitas County ggotto@kellerrohrback.com

Gary D. Bressler
      on behalf of Creditor Westchester Fire Insurance Company gbressler@mdmc-law.com
scarney@mdmc-law.com;nleonard@mdmc-law.com

George Calhoun, IV
      on behalf of Unknown Ironshore Specialty Insurance Company george@ifrahlaw.com

George Robert Gage, Jr
      on behalf of Unknown Allergan Finance LLC grgage@gagespencer.com

George W. Shuster, Jr.
      on behalf of Debtor Purdue Pharma L.P. george.shuster@wilmerhale.com
WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Gerard Uzzi
      on behalf of Unknown Richard Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
      on behalf of Unknown Jonathan Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
      on behalf of Unknown Jonathan Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
      on behalf of Unknown Dr. Richard Sackler  Jonathan Sackler, David Sackler, and Beverly Sackler guzzi@milbank.com,
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
      on behalf of Unknown David Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
      on behalf of Interested Party The Raymond Sackler Family guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
      on behalf of Unknown Beverly Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
      on behalf of Interested Party Raymond Sackler Family guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
l-OBrien@milbank.com;mmuscara@Milbank.com

Gillian Feiner
      on behalf of Defendant Commonwealth of Massachusetts gillian.feiner@mass.gov

Gillian Feiner
      on behalf of Creditor Commonwealth of Massachusetts gillian.feiner@mass.gov

Gregory Dale Willard
      on behalf of Creditor State of Missouri  by its Attorney General Eric S. Schmitt gwillard@dubllc.com

Gregory P. Joseph
      on behalf of Unknown Jonathan Sackler gjoseph@jha.com

Gregory P. Joseph
      on behalf of Unknown Beverly Sackler gjoseph@jha.com

Gregory P. Joseph
      on behalf of Unknown Richard Sackler gjoseph@jha.com

Gregory P. Joseph
      on behalf of Unknown David Sackler gjoseph@jha.com

Heather M Crockett
      on behalf of Defendant State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Heather M Crockett
      on behalf of Creditor State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Ilana Volkov
    on behalf of Creditor Ad Hoc Group of Hospitals ivolkov@mcgrailbensinger.com  ivolkov@mcgrailbensinger.com

Ira Burnim
    on behalf of Unknown Kennedy Forum and other national organizations irabster@gmail.com

Ira S. Dizengoff
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

J. Christopher Shore
    on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. cshore@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com

Jake Holdreith
    on behalf of Unknown Collegium Pharmaceutical  Inc. jholdreith@robinskaplan.com,
bmiller@robinskaplan.com;tbarrett@robinskaplan.com;cmay@robinskaplan.com

James Stempel
    on behalf of Interested Party Noramco Coventry LLC jstempel@kirkland.com

James I. McClammy
    on behalf of Debtor Purdue Pharma L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Avrio Health L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Purdue Pharma L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Rhodes Technologies james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Purdue Pharma Inc. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Purdue Transdermal Technologies L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Purdue Pharma of Puerto Rico james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Purdue Pharmaceutical Products L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Rhodes Pharmaceuticals L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Purdue Pharma Manufacturing L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Purdue Pharmaceuticals L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James T. Boffetti
    on behalf of Creditor State of New Hampshire james.boffetti@doj.nh.gov  janet.demers@doj.nh.gov

Jamie Fell
    on behalf of Interested Party PJT Partners LP jamie.fell@stblaw.com

Jasmine Ball
    on behalf of Unknown Beacon Company jball@debevoise.com  cponeal@debevoise.com;nquigley@debevoise.com

Jay Teitelbaum
    on behalf of Creditor Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Jay Teitelbaum
    on behalf of Unknown Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Jeffrey K. Garfinkle
    on behalf of Creditor McKesson Corporation  on behalf of itself and certain corporate affiliates jgarfinkle@buchalter.com,
dcyrankowski@buchalter.com;docket@buchalter.com

Jeffrey K. Garfinkle
    on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  dcyrankowski@buchalter.com;docket@buchalter.com

Jennifer B Lyday
    on behalf of Creditor State of North Carolina notice@waldrepwall.com

District/off: 0208-7                                    User:                                    Page 14 of 21
Date Rcvd: Dec 07, 2020                           Form ID: 143                        Total Noticed: 2

Jennifer Lynn Vandermeuse

on behalf of Interested Party State of Wisconsin vandermeusejl@doj.state.wi.us  radkeke@doj.state.wi.us

Jennifer Lynn Vandermeuse

on behalf of Defendant State of Wisconsin vandermeusejl@doj.state.wi.us  radkeke@doj.state.wi.us

Jeremy Pearlman

on behalf of Creditor State of Connecticut jeremy.pearlman@ct.gov

Jeremy C. Kleinman

on behalf of Interested Party Walgreen Co. and certain corporate affiliates and subsidiaries jkleinman@fgllp.com

Jill Abrams

on behalf of Creditor The State of Vermont  by and through Attorney General Thomas J. Donovan Jr. jill.abrams@vermont.gov

Joanna Lydgate

on behalf of Creditor Commonwealth of Massachusetts joanna.lydgate@mass.gov

Joel Shafferman

on behalf of Creditor Casey David Nadolski shaffermanjoel@gmail.com

John Michael Connolly

on behalf of Creditor Attorney General  State of Arizona mike@consovoymccarthy.com

John Wayne Hogan

on behalf of Creditor Board of Chicago School District No. 299 hogan@terrellhogan.com

Jonathan Watson Cuneo

on behalf of Creditor Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
jonc@cuneolaw.com

Jordan S. Blask

on behalf of Creditor Thermo Fisher Scientific jblask@fbtlaw.com  agilbert@tuckerlaw.com

Joseph D. Frank

on behalf of Interested Party Walgreen Co. and certain corporate affiliates and subsidiaries jfrank@fgllp.com
csucic@fgllp.com;csmith@fgllp.com

Joshua Karsh

on behalf of Creditor Board of Chicago School District No. 299 pleadings@findjustice.com

Joshua Karsh

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 pleadings@findjustice.com

Joshua Karsh

on behalf of Creditor Board of Education of Thornton Township High School District 205 pleadings@findjustice.com

Joshua Karsh

on behalf of Creditor Independent Public School Districts pleadings@findjustice.com

Joshua Karsh

on behalf of Creditor Board of Education of East Aurora School District 131 pleadings@findjustice.com

Judith Aurora Yosepha Fiorentini

on behalf of Creditor The People of the State of California judith.fiorentini@doj.ca.gov

Julie Elizabeth Cohen

on behalf of Debtor Purdue Pharma L.P. julie.cohen@skadden.com

Justino D Petrarca

on behalf of Creditor Board of Education of East Aurora School District 131 jpetrarca@edlawyer.com  emcnulty@edlawyer.com

Justino D Petrarca

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 jpetrarca@edlawyer.com
emcnulty@edlawyer.com

Justino D Petrarca

on behalf of Creditor Board of Education of Thornton Township High School District 205 jpetrarca@edlawyer.com
emcnulty@edlawyer.com

Katherine McCraw

on behalf of Creditor NC Dept. of Health and Human Services kmccraw@ncdoj.gov
kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov

Katherine Stadler

on behalf of Creditor Tennessee Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler

on behalf of Creditor Arkansas Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler

on behalf of Defendant Tennessee Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

District/off: 0208-7                          User:                                Page 15 of 21
Date Rcvd: Dec 07, 2020                   Form ID: 143                        Total Noticed: 2

Katherine Stadler
                    on behalf of Defendant Arkansas Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Kathryn Blake
                    on behalf of Creditor People of the State of New York kathryn.blake@ag.ny.gov

Kathryn Blake
                    on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York
                    kathryn.blake@ag.ny.gov

KatieLynn B Townsend
                    on behalf of Intervenor Dow Jones & Company  Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc.
                    ktownsend@rcfp.org

Kenneth H. Eckstein
                    on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
                    keckstein@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Kenneth H. Eckstein
                    on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
                    keckstein@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Kevin C. Maclay
                    on behalf of Unknown Multi-State Governmental Entities Group kmaclay@capdale.com
                    cecilia-guerrero-caplin-6140@ecf.pacerpro.com

Kimberly P. Massicotte
                    on behalf of Creditor State of Connecticut kimberly.massicotte@ct.gov

Lara J Fogel
                    on behalf of Creditor State of New Jersey lfogel@levinelee.com

Lara J Fogel
                    on behalf of Defendant State of New Jersey lfogel@levinelee.com

Laura Femino
                    on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. laura.femino@whitecase.com

Laura McFarlane
                    on behalf of Interested Party State of Wisconsin mcfarlanele@doj.state.wi.us

Laurel D. Roglen
                    on behalf of Creditor DuPont de Nemours  Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Lauren Guth Barnes
                    on behalf of Creditor Blue Cross Blue Shield Association lauren@hbsslaw.com  purduebankruptcy@hbsslaw.com

Laurie Rubinow
                    on behalf of Unknown Ad Hoc Group of Self-Funded Health Plans lrubinow@sfmslaw.com

Lawrence Fogelman
                    on behalf of Unknown United States of America lawrence.fogelman@usdoj.gov

Lawrence L. Tong
                    on behalf of Creditor State of Hawaii ex rel. Clare E. Connors  Attorney General lawrence.l.tong@hawaii.gov,
                    mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov

Leah M. Eisenberg
                    on behalf of Creditor CVS Caremark Part D Services  L.L.C. leisenberg@foley.com, leisenberg@foley.com

Leah M. Eisenberg
                    on behalf of Creditor CaremarkPCS Health  L.L.C. leisenberg@foley.com, leisenberg@foley.com

Leslie A. Eaton
                    on behalf of Creditor Colorado Attorney General leslie.eaton@coag.gov

Leslie A. Eaton
                    on behalf of Creditor Colorado Department of Law leslie.eaton@coag.gov

Leslie A. Goller
                    on behalf of Creditor Board of Chicago School District No. 299 lgoller@terrellhogan.com

Linda Singer
                    on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants lsinger@motleyrice.com

Linda Singer
                    on behalf of Unknown State of Utah lsinger@motleyrice.com

Linda J Conti
                    on behalf of Creditor State of Maine linda.conti@maine.gov

Lori A. Butler
                    on behalf of Creditor Pension Benefit Guaranty Corporation butler.lori@pbgc.gov  efile@pbgc.gov

Louis J. Testa

on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York louis.testa@ag.ny.gov

Louis J. Testa

on behalf of Creditor People of the State of New York louis.testa@ag.ny.gov

Lowell W. Finson

on behalf of Creditor Anne Alexander  et al. lowellwfinson@gmail.com

Mai Lan G. Rodgers

on behalf of Creditor Pension Benefit Guaranty Corporation rodgers.mailan@pbgc.gov  efile@pbgc.gov

Marc Joseph Tobak

on behalf of Plaintiff Rhodes Pharmaceuticals L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Debtor Purdue Pharma L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharmaceutical Products L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharma Inc. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharma L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Rhodes Technologies mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharma of Puerto Rico mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Avrio Health L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Transdermal Technologies L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharmaceuticals L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Margaret Truesdale

on behalf of Creditor Board of Chicago School District No. 299 mtruesdale@hsplegal.com

Mark Krueger

on behalf of Creditor State of Nevada mkrueger@ag.nv.gov  dpotnar@ag.nv.gov,jwhitson@ag.nv.gov,lmtucker@ag.nv.gov

Mark Tate

on behalf of Attorney Village of Amityville  NY, et al. wkell@tatelawgroup.com

Mark S. Dym

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 mdym@hsplegal.com

Mark S. Dym

on behalf of Creditor Board of Education of Thornton Township High School District 205 mdym@hsplegal.com

Mark S. Dym

on behalf of Creditor Board of Education of East Aurora School District 131 mdym@hsplegal.com

Mark S. Dym

on behalf of Creditor Board of Chicago School District No. 299 mdym@hsplegal.com

Marshall C. Turner

on behalf of Creditor Ascent Health Services marshall.turner@husch.com  marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner

on behalf of Creditor Express Scripts  Inc. marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner

on behalf of Creditor Express Scripts Senior Care Holdings  Inc. marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

Marvin E. Clements, Jr.

on behalf of Creditor Tennessee Attorney General's Office agbanknewyork@ag.tn.gov

Matthew J. Gold

on behalf of Defendant State of Washington mgold@kkwc.com

Matthew J. Gold
                on behalf of Interested Party State of Washington mgold@kkwc.com

Matthew J. Piers
                on behalf of Creditor Board of Education of Thornton Township High School District 205 mpiers@hsplegal.com
                rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 mpiers@hsplegal.com
                rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                on behalf of Creditor Board of Chicago School District No. 299 mpiers@hsplegal.com
                rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                on behalf of Creditor Board of Education of East Aurora School District 131 mpiers@hsplegal.com
                rortiz@hsplegal.com;docketing@hsplegal.com

Mawerdi Hamid
                on behalf of Creditor State of Minnesota mawerdi.hamid@ag.state.mn.us

Megan Paris Rundlet
                on behalf of Defendant State of Colorado megan.rundlet@coag.gov

Megan Paris Rundlet
                on behalf of Creditor Colorado Attorney General megan.rundlet@coag.gov

Melanie L. Cyganowski
                on behalf of Creditor State of Texas  acting by and through the Attorney General of Texas, Ken Paxton mcyganowski@oshr.com,
                awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
                randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melanie L. Cyganowski
                on behalf of Creditor the State of Texas  acting by and through the Attorney General of Texas, Ken Paxton
                mcyganowski@oshr.com,
                awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
                randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melanie L. Cyganowski
                on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants mcyganowski@oshr.com
                awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
                randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melissa L. Van Eck
                on behalf of Creditor Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Melissa L. Van Eck
                on behalf of Defendant Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Merrida Coxwell
                on behalf of Attorney Merrida P Coxwell lenah@coxwelllaw.com

Michael Goldstein
                on behalf of Creditor Teva Canada Limited mgoldstein@goodwinlaw.com

Michael Goldstein
                on behalf of Creditor Anda  Inc. mgoldstein@goodwinlaw.com

Michael Goldstein
                on behalf of Creditor Teva Pharmaceuticals USA  Inc. mgoldstein@goodwinlaw.com

Michael Luskin
                on behalf of Interested Party Old Republic Insurance Company luskin@lsellp.com

Michael G Louis
                on behalf of Unknown Joan E. Vasko mlouis@macelree.com

Michael I. Baird
                on behalf of Creditor Pension Benefit Guaranty Corporation baird.michael@pbgc.gov  efile@pbgc.gov

Michael J Kasen
                on behalf of Creditor Fredrick Hill mkasen@kasenlaw.com

Michael Morris Buchman
                on behalf of Creditor Tucson Medical Center mbuchman@motleyrice.com

Michael S. Kimm
                on behalf of Creditor Jung U. Kim msk@kimmlaw.com  law@kimmlaw.com;proh@kimmlaw.com

Michiyo Michelle Burkart
                on behalf of Defendant The People of the State of California michelle.burkart@doj.ca.gov

Michiyo Michelle Burkart
on behalf of Creditor The People of the State of California michelle.burkart@doj.ca.gov

Mimi Liu
on behalf of Unknown State of Utah mliu@motleyrice.com

Mimi Liu
on behalf of Creditor Ad Hoc Group of Non-Consenting States mliu@motleyrice.com

Morgan R Bentley
on behalf of Attorney Sarasota County Public Hospital District mbentley@bentleyandbruning.com

Morton R. Branzburg
on behalf of Creditor AmerisourceBergen Drug Corporation mbranzburg@klehr.com  jtaylor@klehr.com

Muhammad Umair Khan
on behalf of Creditor People of the State of New York umair.khan@ag.ny.gov

Neil Francis Xavier Kelly
on behalf of Unknown STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS nkelly@riag.ri.gov
mdifonzo@riag.ri.gov

Neil L Henrichsen
on behalf of Unknown Board of Chicago School District No. 299 nhenrichsen@hslawyers.com

Nicholas F. Kajon
on behalf of Creditor Barbara Rivers nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Debra Dawsey nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Zachary R. Schneider nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Dora Lawrence nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor W. Andrew Fox nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Michael Klodzinski nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Amel Eiland nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor MSI Corporation nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Heather Enders nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Marketing Services of Indiana  Inc. nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Michael Konig nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Kevin Wilk nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor William Taylor nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Kimberly Brand nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Eli Medina nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Edward Grace nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Michael Christy nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Al Marino  Inc. nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Jordan Chu nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Michael Lopez nfk@stevenslee.com

Nicholas F. Kajon

    on behalf of Creditor Jason Reynolds nfk@stevenslee.com

Nicholas F. Kajon

    on behalf of Creditor Deborah Green-Kuchta nfk@stevenslee.com

Nicholas F. Kajon

    on behalf of Creditor Nadja Streiter nfk@stevenslee.com

Nicholas F. Kajon

    on behalf of Creditor Eric Hestrup  et al. nfk@stevenslee.com

Nicholas F. Kajon

    on behalf of Creditor William Stock nfk@stevenslee.com

Nicholas F. Kajon

    on behalf of Creditor Ronald D. Stracener nfk@stevenslee.com

Nicholas F. Kajon

    on behalf of Creditor Gretta Golden nfk@stevenslee.com

Nicholas F. Kajon

    on behalf of Creditor Darcy Sherman nfk@stevenslee.com

Nicholas F. Kajon

    on behalf of Creditor Glenn Golden nfk@stevenslee.com

Nicholas F. Kajon

    on behalf of Creditor F. Kirk Hopkins nfk@stevenslee.com

Nicholas F. Kajon

    on behalf of Creditor Attorney General  State of Arizona nfk@stevenslee.com

Nicholas F. Kajon

    on behalf of Creditor Lou Sardella nfk@stevenslee.com

Nicklas Arnold Akers

    on behalf of Creditor The People of the State of California nicklas.akers@doj.ca.gov

Nicklas Arnold Akers

    on behalf of Defendant The People of the State of California nicklas.akers@doj.ca.gov

Nickolas Karavolas

    on behalf of Interested Party Her Majesty in Right of the Province of British Columbia nkaravolas@phillipslytle.com
ddrons@phillipslytle.com

Nicolas G. Keller

    on behalf of Unknown New York State Department of Financial Services nicolas.keller@dfs.ny.gov

Nicole A Leonard

    on behalf of Creditor Westchester Fire Insurance Company nleonard@mdmc-law.com  sshidner@mdmc-law.com

Norma E. Ortiz

    on behalf of Unknown The National Association for the Advancement of Colored People email@ortizandortiz.com
bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com

Patrick Francis McTernan

    on behalf of Defendant State of Hawaii  ex rel. Clare E. Connors, Attorney General pmcternan@croninfried.com,
cfskf@croninfried.com

Patrick Francis McTernan

    on behalf of Creditor State of Hawaii ex rel. Clare E. Connors  Attorney General pmcternan@croninfried.com,
cfskf@croninfried.com

Paul A. Rachmuth

    on behalf of Creditor Ad Hoc Committee on Accountability paul@paresq.com

Paul S Rothstein

    on behalf of Unknown Paul S Rothstein psr@rothsteinforjustice.com

Paul S Rothstein

    on behalf of Attorney Paul S Rothstein psr@rothsteinforjustice.com

Pearl Shah

    on behalf of Creditor Ad Hoc Group of Hospitals pshah@mcgrailbensinger.com

Pearl Shah

    on behalf of Creditor Hospital Claimants pshah@mcgrailbensinger.com

Peter D'Apice

    on behalf of Creditor Tiffany Dunford dapice@sbep-law.com

District/off: 0208-7                                User:                                                    Page 20 of 21
Date Rcvd: Dec 07, 2020                             Form ID: 143                                        Total Noticed: 2

Peter D'Apice

    on behalf of Creditor Certain Native American Tribes and Others dapice@sbep-law.com

Peter H Weinberger

    on behalf of Unknown Plaintiffs' Co-Leads and Plaintiffs' Executive Committee in MDL 2804 sschebek@spanglaw.com

Richard B. Levin

    on behalf of Creditor McKesson Corporation rlevin@jenner.com

Richard R Gan

    on behalf of Attorney Richard R Gan richlaw1@comcast.net

Robert Padjen

    on behalf of Creditor Colorado Department of Law robert.padjen@coag.gov

Robert Padjen

    on behalf of Defendant State of Colorado robert.padjen@coag.gov

Robert P. Charbonneau

    on behalf of Creditor Attorney General  State of Florida rpc@agentislaw.com,
bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Samuel Mitchell

    on behalf of Creditor Tucson Medical Center sam@mitchellspeights.com

Sara Tonnesen

    on behalf of Defendant Consumer Protection Division Office of the Attorney General (Md.) stonnesen@oag.state.md.us

Scott F. Gautier

    on behalf of Unknown Collegium Pharmaceutical  Inc. sgautier@robinskaplan.com,
kmeek@robinskaplan.com;mdelaney@robinskaplan.com

Scott I. Davidson

    on behalf of Debtor Purdue Pharma L.P. sdavidson@kslaw.com  jcmccullough@kslaw.com

Scott S. Markowitz

    on behalf of Creditor Ad Hoc Committee of NAS Babies smarkowitz@tarterkrinsky.com
snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com

Sean A. O'Neal

    on behalf of Interested Party Norton Rose Fulbright US LLP soneal@cgsh.com  maofiling@cgsh.com

Sean Michael Murphy

    on behalf of Defendant State of Wisconsin murphysm@doj.state.wi.us  radkeke@doj.state.wi.us

Sean Michael Murphy

    on behalf of Interested Party State of Wisconsin murphysm@doj.state.wi.us  radkeke@doj.state.wi.us

Seth Adam Meyer

    on behalf of Defendant State of Arizona  ex rel. Mark Brnovich, Attorney General sam@kellerlenkner.com,
docket@kellerlenkner.com

Seth Adam Meyer

    on behalf of Creditor State of Arizona sam@kellerlenkner.com  docket@kellerlenkner.com

Seth Adam Meyer

    on behalf of Creditor Attorney General  State of Arizona sam@kellerlenkner.com, docket@kellerlenkner.com

Shawn M. Christianson

    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Vasser

    on behalf of Attorney Dechert LLP shmuel.vasser@dechert.com  nycmanagingclerks@dechert.com,brett.stone@dechert.com

Steven A Skalet

    on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 sskalet@findjustice.com

Steven A Skalet

    on behalf of Creditor Board of Chicago School District No. 299 sskalet@findjustice.com

Steven A Skalet

    on behalf of Creditor Board of Education of East Aurora School District 131 sskalet@findjustice.com

Steven A Skalet

    on behalf of Creditor Board of Education of Thornton Township High School District 205 sskalet@findjustice.com

Steven A. Ginther

    on behalf of Creditor Missouri Department of Revenue sdnyecf@dor.mo.gov

Steven P Ordaz

    on behalf of Unknown BMC Group  Inc sordaz@bmcgroup.com

Susan Ellis

on behalf of Unknown State of Illinois sellis@atg.state.il.us

Sydenham B. Alexander, III

on behalf of Defendant Commonwealth of Massachusetts sandy.alexander@mass.gov

Sydenham B. Alexander, III

on behalf of Creditor Commonwealth of Massachusetts sandy.alexander@mass.gov

Thomas Lauria

on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. tlauria@whitecase.com

Thomas D. Bielli

on behalf of Examiner David M. Klauder tbielli@bk-legal.com  dklauder@bk-legal.com;tnobis@bk-legal.com

Thomas Moultrie Beshere, III

on behalf of Creditor Commonwealth of Virginia  ex rel. Mark R. Herring, Attorney General tbeshere@oag.state.va.us

Timothy Lundgren

on behalf of Creditor The People of the State of California timothy.lundgren@doj.ca.gov

Timothy E. Graulich

on behalf of Debtor Purdue Pharma L.P. ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Todd E. Phillips

on behalf of Unknown Multi-State Governmental Entities Group tphillips@capdale.com
cecilia-guerrero-caplin-6140@ecf.pacerpro.com,cguerrero@capdale.com

Trish Lazich

on behalf of Creditor Ohio Attorney General trish.lazich@ohioattorneygeneral.gov

United States Trustee

USTPRegion02.NYECF@USDOJ.GOV

Vadim J. Rubinstein

on behalf of Creditor Nevada Counties and Municipalities vrubinstein@loeb.com
vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com

Vadim J. Rubinstein

on behalf of Defendant Nevada Counties and Municipalities vrubinstein@loeb.com
vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com

Wendy Tien

on behalf of Defendant State of Minnesota by its Attorney General  Keith Ellison wendy.tien@ag.state.mn.us

William Hao

on behalf of Creditor OptumRX  Inc. william.hao@alston.com, leslie.salcedo@alston.com

William P. Weintraub

on behalf of Creditor Anda  Inc. wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

William P. Weintraub

on behalf of Creditor Teva Pharmaceuticals USA  Inc. wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

William P. Weintraub

on behalf of Creditor Teva Canada Limited wweintraub@goodwinprocter.com  gfox@goodwinprocter.com

William R Pearson

on behalf of Defendant State of Iowa  Thomas J. Miller, Attorney General of Iowa william.pearson@ag.iowa.gov

William R Pearson

on behalf of Creditor State of Iowa  Ex Rel william.pearson@ag.iowa.gov

William S Consovoy

on behalf of Creditor Attorney General  State of Arizona will@consovoymccarthy.com

TOTAL: 529