IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PURDUE PHARMA L.P.,** | ) Case No. 19-23649 (RDD) |
| | ) |
| | ) Chapter 11 |
| | ) |
| **DEBTOR.** | ) |

## NOTICE OF WITHDRAWAL OF CLAIM

On June 29, 2020, the Tennessee Department of Revenue (TDOR) filed proof of claim no. 43502 in the case of Purdue Pharma, L.P., Case No. 19-23649.  Claim has been satisfied.  TDOR hereby gives notice that it wishes to withdraw claim no. 43502.

Respectfully submitted,
HERBERT H. SLATERY III
Attorney General & Reporter

/s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR. BPR.016031
Senior Assistant Attorney General
Bankruptcy Division
Office of the Tennessee Attorney General
PO Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1935
agbanknewyork@ag.tn.gov

## CERTIFICATE OF SERVICE

I certify that on December 10, 2020, a copy of the foregoing Notice of Withdrawal of Claim was sent via U.S. mail, postage prepaid, or electronically to the parties set out below.

/s/ Marvin E. Clements, Jr.

**Marshall Scott Huebner**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

*Claims and Noticing Agent*
**Prime Clerk LLC**
One Grand Central Place
60 East 42nd Street, Suite 1440