Gerard Uzzi
Alexander B. Lees
MILBANK LLP
55 Hudson Yards
New York, New York 10001
Telephone:   (212) 530-5000
Facsimile:    (212) 530-5219

Gregory P. Joseph
Mara Leventhal
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone:   (212) 407-1200
Facsimile:    (212) 407-1280

*Counsel for the Raymond Sackler Family*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Grace Green, hereby declare as follows:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank LLP, Counsel to the Raymond Sackler family, in the above-captioned cases.

On the 9th of December 2020, I caused a copy of the following documents:

The Raymond Sackler Family's Surreply In Further Support Of Its Opposition To The Official Committee Of Unsecured Creditors' Exceptions Motion [REDACTED] ([related documents 1753]) [ECF 2093]

Declaration Of Mara Leventhal Dated December 9, 2020 with exhibits [REDACTED] [ECF 2094]

Sur-Reply Memorandum Of Objection Of Mortimer Sackler Initial Covered Sackler Persons To The Official Committee Of Unsecured Creditors' Motion To Compel Production Of Purportedly Privileged Documents, Or For *In Camera* Review, Based On Good Cause, Crime Fraud, And At Issue Exceptions To Claims Of Privilege [REDACTED] [ECF 2095]

Supplemental Declaration Of Jasmine Ball Dated December 9, 2020 [REDACTED] [ECF 2096]

to be served upon the parties identified on Exhibit A attached hereto by first class mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2020.

/s/ *Grace Green*
GRACE GREEN

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591),

Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

# EXHIBIT A

Air Liquide Industrial U.S. LP
Attn: President or General Counsel
9811 Katy Freeway
Suite 100
Houston, TX 77024

Commonwealth of Puerto Rico
Attn: Bankruptcy Department
Apartado 9020192
San Juan, PR 00902-0192

Ikon Financial Services
Attn: President or General Counsel
1738 Bass Rd
Macon, GA 31210-1043

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Ronald George Dandar
c/o Legal Mail Department
50 Overlook Drive
KQ7780
Labelle, PA 15450

State of Colorado Attorney General
Attn: Bankruptcy Department
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

State of Georgia Attorney General
Attn: Bankruptcy Department
40 Capital Square, SW
Atlanta, GA 30334-1300

State of Indiana Attorney General
Attn: Bankruptcy Department
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

State of Kansas Attorney General
Attn: Bankruptcy Department
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612-1597

State of Minnesota Attorney General
Attn: Bankruptcy Department
1400 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101-2131

State of Nevada Attorney General
Attn: Bankruptcy Department
100 North Carson Street
Carson City, NV 89701

State of Ohio Attorney General
Attn: Bankruptcy Department
30 E. Broad St., 14th Floor
Columbus, OH 43215

State of Pennsylvania Attorney General
Attn: Bankruptcy Department
Strawberry Square
16th Floor
Harrisburg, PA 17120

State of South Carolina Attorney General
Attn: Bankruptcy Department
P.O. Box 11549
Columbia, SC 29211-1549

State of Wyoming Attorney General
Attn: Bankruptcy Department
123 Capitol Building
200 W. 24th Street
Cheyenne, WY 82002

U.S. Department of Justice
Attn: Legal Department
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Washington DC Attorney General
Attn: Bankruptcy Department
441 4th Street, NW
Washington, DC 20001