**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **PURDUE PHARMA L.P., et al.,**[1] | ) | **Case No. 19-23649 (RDD)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

**FOURTEENTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Name of Applicant | Arnold & Porter Kaye Scholer LLP |
|---|---|
| Applicant's Role in Case | Special Counsel to the Debtors |
| Date Order of Employment Signed | December 20, 2019 |
| Period for Which Compensation and Reimbursement is Sought | October 1, 2020 through October 31, 2020 |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $87,717.87[2] |
| Less 20% Holdback | $17,543.57 |
| Total Reimbursement Requested | $1,175.00 |
| Total Compensation and Reimbursement Requested in this Statement | $71,349.30 |

**This is a(n):**   $\underline{X}$ Monthly Application   __ Interim Application   __ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from October 1, 2020 Through October 31, 2020* (this "**Fee Statement**").[3]  By this Fee Statement, A&P seeks (i) compensation in the

---

[2]   This amount reflects a reduction in fees in the amount of $15,479.63 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from October 1, 2020, through and including October 31, 2020, is referred to herein as the "**Fee Period**.".

amount of $70,174.30 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $87,717.87) and (ii) payment of $1,175.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $87,717.87 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $70,174.30.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $900.92.[4]  The blended hourly billing rate of all paraprofessionals is $335.75.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that A&P incurred or disbursed in the amount of $1,175.00 in connection with providing professional services to the Debtors during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit D</u>** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

### <u>Notice</u>

5.      A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $70,174.30, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $87,717.87) and (ii) payment of $1,175.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

December 10, 2020                              Respectfully submitted,


                                               By:  _/s/ Rory Greiss_
                                               **ARNOLD & PORTER KAYE SCHOLER LLP**
                                               Rory Greiss
                                               250 West 55th Street
                                               New York, New York 10019
                                               rory.greiss@arnoldporter.com

                                               **-AND-**

                                               Rosa J. Evergreen
                                               601 Massachusetts Ave, NW
                                               Washington, DC 2001-3743
                                               rosa.evergreen@arnoldporter.com

                                               ***Special Counsel to the Debtors***

**<u>Exhibit A</u>**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous | 7.50 | $7,522.50 |
| Commercial Contracts Advice | 15.80 | $12,726.20 |
| Project Hawk | 9.70 | $9,729.10 |
| Project Catalyst | 25.90 | $23,625.75 |
| Amendment to Shionogi Collaboration | 1.10 | $846.17 |
| Retention and Fee Applications | 8.80 | $5,060.05 |
| Project Kelp III | 31.20 | $28,208.10 |
| **Total[6]** | **100.00** | **$87,717.87** |

---

[6]  This amount reflects a reduction in fees in the amount of $15,479.63 on account of voluntary discounts as described in the Retention Application.

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 950.00 | 1.80 | $1,710.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,350.00 | 6.70 | $9,045.00 |
| Greiss, Rory | Partner | 1981 | 1,180.00 | 46.90 | $55,342.00 |
| Schmidt, John | Partner | 1994 | 1,075.00 | 13.20 | $14,190.00 |
| Rothman, Eric | Counsel | 2008 | 905.00 | 14.30 | $12,941.50 |
| Boyce, Monique | Associate | 2016 | 760.00 | 6.00 | $4,560.00 |
| Clements, Ginger | Associate | 2016 | 700.00 | 1.50 | $1,050.00 |
| Yang, Jae | Associate | 2020 | 500.00 | 5.40 | $2,700.00 |
| Reddix, Darrell | Legal Assistant | | 395.00 | 4.20 | $1,659.00 |
| **Total** | | | | **100.00** | **$103,197.50** |
| Less 15% Discount | | | | | ($15,479.63) |
| **Discounted Total** | | | | | **$87,717.87** |
| Less 20% Holdback | | | | | ($17,543.57) |
| **Total Amount Requested Herein** | | | | | **$70,174.30** |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Local Counsel | $1,175.00 |
| **Total Expenses** | **$1,175.00** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

Purdue Pharma L.P.                                        December 10, 2020
Philip C. Strassburger, Esq.                             Invoice # 30120695
One Stamford Forum                                       EIN 53-0208605
Dept. VN: 1008442
Stamford, CT  06901-3431


Client/Matter # 1049218.00001

Miscellaneous

1000000570


| | | |
|---|---|---|
| **For Legal Services Rendered through October 31, 2020** | $ | 8,850.00 |
| Discount: | | -1,327.50 |
| **Fee Total** | | 7,522.50 |
| | | |
| **Disbursements Recorded through October 31, 2020** | | 1,175.00 |
| | | |
| **Total Amount Due** | $ | 8,697.50 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                P.O. Box 759451
                                Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 10, 2020                                                                                              Invoice # 30120695

**(1049218.00001)**
Miscellaneous

Legal Services:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 10/01/20 | 2.60 | Correspondence with R. Kreppel re: settlement agreements list (.4); review documents to prepare comprehensive list re: same (2.2). |
| Rory Greiss | 10/02/20 | 0.70 | Review, revise patent settlements including related agreements list. |
| Rory Greiss | 10/03/20 | 1.50 | Review, revise draft of settlement including related agreement list (1.2); correspondence with R. Kreppel re: same (.3). |
| Rory Greiss | 10/28/20 | 2.70 | Correspondence with R. Inz and J. Yang re: compiling agreements to assist Purdue with compilation of intellectual property documents (1.8); review materials to be sent to Purdue re: same (.9). |
| **Total Hours** | | **7.50** | |

Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 7.50 | 1,180.00 | 8,850.00 |
| **TOTAL** | **7.50** | | **8,850.00** |

Disbursements:

| Category | Amount |
|----------|--------|
| Local Counsel | 1,175.00 |
| **Total Disbursements** | 1,175.00 |

| | |
|--|--|
| **Total Current Amount Due** | **$8,697.50** |

Page 1

# Arnold&Porter

| | |
|---|---|
| **Purdue Pharma L.P.** | December 10, 2020 |
| **Attn: Maria Barton** | Invoice # 30120696 |
| **General Counsel** | EIN 53-0208605 |
| **One Stamford Forum** | |
| **Stamford, CT  06901** | |

Client/Matter # 1049218.00117

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through October 31, 2020** | $ | 14,972.00 |
| Discount: | | -2,245.80 |
| **Fee Total** | | 12,726.20 |
| **Total Amount Due** | $ | 12,726.20 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:        Arnold & Porter Kaye Scholer LLP
                    P.O. Box 759451
                    Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 10, 2020                                                                              Invoice # 30120696


**(1049218.00117)**
**Commercial Contracts Advice**


**Legal Services:**


| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 10/01/20 | 1.40 | Correspondence with J. Yang re: revisions to be made to draft license agreement template(.4); review, revise draft revisions (1.0). |
| Jae Yang | 10/01/20 | 1.50 | Revise amended and restated license agreement (1.0); review precedents (.5). |
| Jae Yang | 10/06/20 | 0.10 | Review client comments on draft amended and restated license agreement. |
| Jae Yang | 10/07/20 | 0.80 | Revise amended and restated license agreement (.5); review client comments (.2); draft notes for internal use (.1). |
| Rory Greiss | 10/12/20 | 0.50 | Correspondence with R. Kreppel re: Agreements. |
| Rory Greiss | 10/15/20 | 2.20 | Review comments to agreements (.8); review, revise agreements in response to comments (1.4). |
| Rory Greiss | 10/16/20 | 1.80 | Review, revise agreements in accordance with further Purdue comments (1.5); correspondence with R. Inz re: same (.3). |
| Rory Greiss | 10/23/20 | 1.20 | Review, revise draft of agreements (1.0); correspondence with Purdue team re: same (.2). |
| Rory Greiss | 10/26/20 | 2.20 | Review comments from R. Inz on master chart for license agreements with IACs (.4); review chart and certain underlying agreements (.7); correspondence with R. Inz re: comments (.5); correspondence with J. Yang and E. Rothman re: changes to be made to master chart (.6). |
| Jae Yang | 10/26/20 | 0.60 | Review, revise License Agreement Review Chart (.3); review comments re: same (.3). |
| Rory Greiss | 10/27/20 | 1.10 | Review revised chart (.5); correspondence with J. Yang re: changes to be made (.3); further correspondence with J. Yang and R. Inz re: additional change (.3). |
| Jae Yang | 10/27/20 | 0.80 | Review, revise License Agreement Review Chart (.4); review comments to same (.4). |
| Jae Yang | 10/28/20 | 1.40 | Review, analyze executed license agreement and distribution and supply agreement (.4); review executed termination agreement and amendment (.4); organize existing license agreements and amendments for loading to file sharing platform for client records (.6). |
| Jae Yang | 10/29/20 | 0.20 | Review uploaded files on the file sharing platform. |
| **Total Hours** | | **15.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 10.40 | 1,180.00 | 12,272.00 |
| Jae Yang | 5.40 | 500.00 | 2,700.00 |
| **TOTAL** | **15.80** | | **14,972.00** |

**Total Current Amount Due**                                                    **$12,726.20**

# Arnold&Porter

Purdue Pharma L.P.                                    December 10, 2020
Attn: Maria Barton                                  Invoice # 30120697
General Counsel                                         EIN 53-0208605
One Stamford Forum
Dept. VN:  1008442
Stamford, CT  06901-3431


Client/Matter # 1049218.00128

Project Hawk

20200002836


| | | |
|---|---|---|
| For Legal Services Rendered through October 31, 2020 | $ | 11,446.00 |
| Discount: | | -1,716.90 |
| Fee Total | | 9,729.10 |
| Total Amount Due | $ | 9,729.10 |


Wire Transfer Instructions:

|  | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:          Arnold & Porter Kaye Scholer LLP
                      P.O. Box 759451
                      Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

December 10, 2020                                                              Invoice # 30120697

**(1049218.00128)**
**Project Hawk**

**Legal Services:**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 10/20/20 | 3.90 | Correspondence with R. Inz re: drafting new agreement (.3); review correspondence and slide deck prepared by Hawk (1.1); teleconference with R. Inz re: terms of new agreement (.4); draft new agreement (2.1). |
| Rory Greiss | 10/21/20 | 2.20 | Review, revise draft of new agreement (1.7); correspondence with R. Inz re: same, list of questions for his consideration (.5). |
| Rory Greiss | 10/23/20 | 2.50 | Review R. Inz comments to draft of new agreement (.8); revise agreement in accordance with comments (1.2); correspondence with R. Inz re: same (.5). |
| Rory Greiss | 10/30/20 | 1.10 | Correspondence with R. Inz re: revisions to be made to draft agreement (.5); review, revise same (.6). |
| **Total Hours** | | **9.70** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 9.70 | 1,180.00 | 11,446.00 |
| **TOTAL** | **9.70** | | **11,446.00** |

**Total Current Amount Due**                                                $9,729.10

Page 1

# Arnold&Porter

Purdue Pharma L.P.                                      December 10, 2020
Philip Strassburger, Esq.                              Invoice # 30120698
One Stamford Forum                                     EIN 53-0208605
Stamford, CT  06901-3431


Client/Matter # 1049218.00132

Project Catalyst

20200002830


| | | |
|---|---|---|
| **For Legal Services Rendered through October 31, 2020** | $ | 27,795.00 |
| Discount: | | -4,169.25 |
| **Fee Total** | | 23,625.75 |
| **Total Amount Due** | $ | 23,625.75 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

|  |  |
|---|---|
| Or Remit To: | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

December 10, 2020

Invoice # 30120698

**(1049218.00132)**
Project Catalyst

**Legal Services:**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Deborah L. Feinstein | 10/02/20 | 0.20 | Correspond with A&P team re: information sharing. |
| Deborah L. Feinstein | 10/03/20 | 0.20 | Correspond with A&P team re: town hall. |
| Monique Boyce | 10/05/20 | 0.40 | Review, analyze materials regarding clean room designations. |
| Deborah L. Feinstein | 10/06/20 | 0.10 | Review, analyze clean room materials. |
| Deborah L. Feinstein | 10/12/20 | 0.20 | Teleconference with Purdue team re: information sharing. |
| Deborah L. Feinstein | 10/26/20 | 0.20 | Review, analyze clean room materials. |
| John Schmidt | 10/27/20 | 2.60 | Review, analyze emails from D. Feinstein, Kirkland & Ellis and R. Aleali re: Rhodes (.3); review, analyze draft CMA response to provide input (1.2); conference call with Purdue and A&P teams re: same (.5); circulate updated draft to client (.6). |
| Deborah L. Feinstein | 10/27/20 | 2.30 | Review materials re: UK submission (.8); review, revise letter re: same (1.0); conference call with Purdue and A&P teams re: same (.5). |
| Monique Boyce | 10/27/20 | 1.20 | Conference call with Purdue and A&P teams re: CMA and FTC inquiries (.5); review Rhodes CIM to bidders (.3); review agency inquiries and preliminary CMA response (.2). |
| John Schmidt | 10/28/20 | 4.80 | Review, analyze correspondence with A&P team re: changes to draft filing (.4); review same (.5); circulate same for review to Kirkland & Ellis and client (.2); prepare bullet point for the board on the UK CMA process, timing and completion (1.1); review, revise draft based on comments (3.1). |
| Deborah L. Feinstein | 10/28/20 | 1.10 | Review UK letter (.5); review FTC request (.6). |
| Monique Boyce | 10/28/20 | 1.30 | Review, analyze CMA response materials. |
| John Schmidt | 10/29/20 | 5.20 | Review, revise draft of the CMA response (3.1); correspond with Kirkland & Ellis to finalize draft (2.1). |
| Deborah L. Feinstein | 10/29/20 | 1.60 | Review, revise UK letter (1.2); correspond with client re: same (.4). |
| John Schmidt | 10/30/20 | 0.60 | Correspond with Kirkland & Ellis re: final comments and third party supplies (.4); circulate final submission with sign-off (.2). |
| Deborah L. Feinstein | 10/30/20 | 0.80 | Review, revise UK letter (.5); teleconference with Noramco counsel (.3). |
| Monique Boyce | 10/30/20 | 3.10 | Draft attorney work product related to FTC inquiry into the transaction (1.2); meet with acquirer's counsel to discuss strategy (1.9). |

**Total Hours**             **25.90**

Page 1

December 10, 2020                                                                 Invoice # 30120698

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Deborah L. Feinstein | 6.70 | 1,350.00 | 9,045.00 |
| John Schmidt | 13.20 | 1,075.00 | 14,190.00 |
| Monique Boyce | 6.00 | 760.00 | 4,560.00 |
| **TOTAL** | **25.90** | | **27,795.00** |

**Total Current Amount Due**                                                      **$23,625.75**

# Arnold&Porter

Purdue Pharma L.P.                                        December 10, 2020
Attn: Phillip C. Strassburger                            Invoice # 30120699
Vice President & General Counsel                         EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00144

Amendment to Shionogi Collaboration

20190002605



| | | |
|---|---|---|
| **For Legal Services Rendered through October 31, 2020** | $ | 995.50 |
| Discount: | | -149.33 |
| **Fee Total** | | 846.17 |
| **Total Amount Due** | $ | 846.17 |


Wire Transfer Instructions:

| | | |
|---|---|---|
| | Account Name: | Arnold & Porter Kaye Scholer LLP |
| | Bank Info: | Wells Fargo Bank NA |
| | | 420 Montgomery Street |
| | | San Francisco, CA  94104 |
| | Account Number: | 4127865475 |
| | ABA Number: | 121000248 |
| | Swift Code: | WFBIUS6S |
| **Or Remit To:** | | Arnold & Porter Kaye Scholer LLP |
| | | P.O. Box 759451 |
| | | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 10, 2020                                                                Invoice # 30120699

**(1049218.00144)**
Amendment to Shionogi Collaboration

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 10/30/20 | 1.10 | Review Shionogi Agreement (.6); analyze one collaboration product (.5). |
| **Total Hours** | | **1.10** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 1.10 | 905.00 | 995.50 |
| **TOTAL** | **1.10** | | **995.50** |

**Total Current Amount Due**                                                        $846.17

# Arnold&Porter

Purdue Pharma L.P.                                          December 10, 2020
Attn: Philip Strassburger                                   Invoice # 30120700
Vice President and General Counsel                          EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431


Client/Matter # 1049218.00148

Retention and Fee Applications

20190002705


| | | |
|---|---|---|
| **For Legal Services Rendered through October 31, 2020** | $ | 5,953.00 |
| Discount: | | -892.95 |
| **Fee Total** | | **5,060.05** |
| **Total Amount Due** | $ | **5,060.05** |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:          Arnold & Porter Kaye Scholer LLP
                      P.O. Box 759451
                      Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

December 10, 2020                                                                 Invoice # 30120700

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ginger Clements | 10/01/20 | 0.10 | Review correspondence with A&P team re monthly fee statement. |
| Rosa J. Evergreen | 10/01/20 | 0.20 | Review, analyze monthly statement (.1); communications with A&P team on same (.1). |
| Rory Greiss | 10/02/20 | 0.30 | Review, analyze revised monthly fee statement. |
| Rosa J. Evergreen | 10/02/20 | 0.30 | Review, analyze monthly fee statement. |
| Darrell B. Reddix | 10/02/20 | 1.30 | Prepare Twelfth monthly fee statement including exhibits (.8); file and serve same (.5). |
| Rory Greiss | 10/05/20 | 0.70 | Review, revise September pre-bills (.6); correspond with G. Clements and D. Reddix re: same. |
| Rosa J. Evergreen | 10/06/20 | 0.20 | Review, analyze September fee statement. |
| Darrell B. Reddix | 10/06/20 | 1.50 | Prepare Thirteenth monthly fee statement including exhibits. |
| Rosa J. Evergreen | 10/16/20 | 0.20 | Correspond with A&P team re: invoices. |
| Rosa J. Evergreen | 10/19/20 | 0.30 | Correspond with A&P team re: status of fee application. |
| Darrell B. Reddix | 10/20/20 | 0.10 | Prepare Thirteenth monthly fee statement including exhibits. |
| Rosa J. Evergreen | 10/21/20 | 0.20 | Review, analyze fee statement (.1); correspond with A&P team re: same (.1). |
| Rory Greiss | 10/26/20 | 0.30 | Review exhibits for September fee statement. |
| Ginger Clements | 10/26/20 | 1.40 | Review, analyze invoices re compliance with U.S. Trustee guidelines (1.1); correspond with D. Reddix, R. Greiss re same (.3). |
| Rosa J. Evergreen | 10/26/20 | 0.30 | Correspond with A&P team regarding upcoming fee application and tasks related to same. |
| Darrell B. Reddix | 10/26/20 | 1.30 | Prepare Thirteenth monthly fee statement including exhibits (.2); review, draft third interim fee application (1.1). |
| Rosa J. Evergreen | 10/29/20 | 0.10 | Correspond with A&P team regarding monthly fee statement. |
| **Total Hours** | | **8.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 1.80 | 950.00 | 1,710.00 |
| Rory Greiss | 1.30 | 1,180.00 | 1,534.00 |
| Ginger Clements | 1.50 | 700.00 | 1,050.00 |
| Darrell B. Reddix | 4.20 | 395.00 | 1,659.00 |
| **TOTAL** | **8.80** | | **5,953.00** |

**Total Current Amount Due**                                              $5,060.05

Page 1

# Arnold&Porter

| | |
|---|---|
| **Purdue Pharma L.P.** | December 10, 2020 |
| **Attn: Roxana Aleali** | Invoice # 30120701 |
| **Associate General Counsel** | EIN 53-0208605 |
| **One Stamford Forum** | |
| **Stamford, CT  06901** | |

**Client/Matter # 1049218.00151**

Project Kelp III

20200002984

| | | |
|---|---|---|
| **For Legal Services Rendered through October 31, 2020** | $ | 33,186.00 |
| Discount: | | -4,977.90 |
| **Fee Total** | | 28,208.10 |
| **Total Amount Due** | $ | 28,208.10 |

Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

December 10, 2020

Invoice # 30120701

**(1049218.00151)**
Project Kelp III

**Legal Services:**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 10/01/20 | 0.50 | Correspondence with K. McCarthy and E. Rothman regarding proceeding with term sheet preparation for proposed development and license agreement. |
| Rory Greiss | 10/02/20 | 5.70 | Teleconference with E. Rothman to discuss format and content to go into term sheet for proposed development and license agreement and supply agreement (.5); correspondence with K. McCarthy re: drafting term sheet and timing (.5); review prior agreements with Kelp (1.0); prepare preliminary draft of term sheet (2.1); review, revise draft (.9); correspondence with E. Rothman re: same (.7). |
| Eric Rothman | 10/02/20 | 1.20 | Teleconference with Rory Greiss to discuss Kelp III (.5); draft term sheet re: same (.7). |
| Rory Greiss | 10/06/20 | 0.70 | Review, analyze term sheet revised by E. Rothman (.6); correspond with Purdue team re: same (.1). |
| Eric Rothman | 10/06/20 | 2.20 | Review, revise Kelp III Term Sheet. |
| Rory Greiss | 10/07/20 | 0.50 | Review, analyze revised draft of term sheet. |
| Eric Rothman | 10/07/20 | 2.30 | Teleconference with Purdue team to discuss Kelp III (1.1); review, revise same (2.2). |
| Eric Rothman | 10/08/20 | 1.90 | Review, revise Kelp III Term Sheet. |
| Rory Greiss | 10/09/20 | 0.50 | Review correspondence re: draft term sheet with E. Rothman, K. McCarthy and D. Saussy. |
| Rory Greiss | 10/12/20 | 0.70 | Review correspondence from D. Saussy re: communication with Kelp following their receipt of draft term sheet (.4); correspondence with E. Rothman re: same (.3). |
| Rory Greiss | 10/15/20 | 2.80 | Review draft term sheet sent to Kelp (.7); correspondence with E. Rothman re: various aspects of term sheet (.4); review term sheet mark-up and cover note sent by Kelp (.6); telephone conference with E. Rothman re: same (.4); videoconference with D. Saussy, K. McCarthy, B. Miller and E. Rothman re: proposed responses to mark-up (.7). |
| Eric Rothman | 10/15/20 | 1.40 | Teleconference with R. Greiss re: Kelp III Term Sheet (.4); teleconference with R. Greiss, D. Saussy, K. McCarthy, and B. Miller re: same (.7); review, revise same (.3). |
| Rory Greiss | 10/16/20 | 2.80 | Review correspondence from D. Saussy re: his communications with Kelp and changes to be made to term sheet (.5); correspondence with K. McCarthy re: various terms including jurisdiction and venue (.3); call with E. Rothman re: revising term sheet (.5); review revised term sheet (.7); correspondence with D. Saussy, R. Aleali; K. McCarthy and further term sheet revisions (.8). |
| Eric Rothman | 10/16/20 | 1.90 | Review, revise Kelp III Term Sheet (1.4); teleconference with R. Greiss re: same (.5). |
| Rory Greiss | 10/19/20 | 1.50 | Review Kelp term sheet mark-up (.5); discuss same with E. Rothman (.4); videoconference with D. Saussy, K. McCarthy, B. Miller and E. Rothman re: same and next steps (.5). |

December 10, 2020

Invoice # 30120701

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 10/19/20 | 1.10 | Videoconference with D. Saussy, K. McCarthy, B. Miller and R. Greiss re: Kelp III Term Sheet (.5); teleconference with R. Greiss re: same (.4); review, revise same (.2). |
| Rory Greiss | 10/20/20 | 1.40 | Review, analyze correspondence from D. Saussy re: Kelp mark-up (.3); correspondence with Purdue team re: recommendations for additions to mark-up in response to Kelp (.4); revise term sheet for review by Purdue team (.7). |
| Eric Rothman | 10/20/20 | 1.20 | Review, revise Kelp III Term Sheet. |
| Rory Greiss | 10/22/20 | 0.50 | Correspondence with D. Saussy and K. McCarthy re: current status and next steps re: proposed transaction. |
| Rory Greiss | 10/23/20 | 0.40 | Correspondence with D. Saussy and K. McCarthy re: communications with Kelp. |

**Total Hours**                31.20

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|-----------|-------|------|-------|
| Rory Greiss | 18.00 | 1,180.00 | 21,240.00 |
| Eric Rothman | 13.20 | 905.00 | 11,946.00 |
| **TOTAL** | **31.20** | | **33,186.00** |

**Total Current Amount Due**                    $28,208.10