

# The FED UP! Coalition

*A call for immediate, coordinated and comprehensive federal action
to end the epidemic of opioid addiction and overdose deaths*

Honorable Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

December 8, 2020

**Re: Purdue Pharma L.P., Case No. 19-23649 (RDD)**

Dear Judge Drain:

In Docket No. 2045 (*Motion of Debtors for Entry of a Third Order Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof*) Purdue Pharma requested an extension of court deadlines to develop the "successor entity to which the Debtors' assets will be transferred."  In Docket No. 2056, Physicians for Responsible Opioid Prescribing (PROP) wrote to the Court regarding that Motion.  The FED UP! Coalition shares PROP's concern and respectfully offers to the Court its view regarding the "successor entity" to Purdue.

FED UP! is a coalition of organizations with a mission to end the opioid epidemic.  The FED UP! Coalition was formed in 2012 when organizations from across the country joined forces.  What brought us together was our shared concern that the federal government was failing to stem the rising tide of opioid addiction and overdose deaths.  We are families who have been ripped apart by opioids.  We have lost loved ones to death and addiction.  We are medical experts and advocates who understand that the root cause of the problem is overprescribing.  This is a grassroots coalition, all seeking action from the federal government to bring this public health crisis to an end.  We accept no money from pharmaceutical companies or their affiliates.  We are beholden to no one – except our lost loved ones, or our family members struggling with addiction.  We have come together to save lives.

FED UP! Agrees with the views articulated by Physicians for Responsible Opioid Prescribing in their letter (Docket NO. 2056).



The Steve Rummler Hope Network, a 501(c)(3)
public charity, collects tax-deductible donations
for the benefit of the FED UP! Coalition.

www.FedUpCoalition.org
FedUpRally@gmail.com

Purdue should be shut down.  Purdue's business should not be preserved as a "public benefit" company to keep selling OxyContin or provide a legacy for the Sackler family.  Many companies go out of business every year and are not rescued by the government.  Purdue killed thousands of Americans.  For our government to prop up Purdue and give the OxyContin business a special public status is the opposite of justice.

We are especially troubled by the idea that a new "public benefit" version of Purdue would be trusted with the responsibility to provide medicines to treat opioid use disorder or reverse opioid overdoses.  Purdue and its employees have exploited, injured, blamed, and stigmatized people who are hurt by opioids.  For some of those same Purdue employees to paint a new "public benefit" label on their headquarters and try to pose as a public health agency is offensive.  They should be ashamed.

For recovery efforts to succeed, it is essential that people who have been hurt by opioids be able to trust the organizations that provide medicines and services for recovery.  We would never trust a Public Benefit Company created from Purdue Pharma, and we cannot in good conscience ask people we care about to trust the new entity, no matter what "public benefit" label it says it has.

As Physicians for Responsible Opioid Prescribing wrote, the way to deal with Purdue is to sell off its assets to other pharmaceutical companies.  Those companies can take a hard look at the risks of going into this dangerous business.  Meanwhile, the important work of abating the opioid epidemic and supporting people in recovery should be kept far away from Purdue and its successor entity.

Thank you for considering our concerns.  If you have any questions or if we can be of any assistance to the Court, please let us know.


Sincerely,

*Emily Walden*

Emily Walden[1]

---

[1] This letter is submitted on behalf of FED UP! Emily Walden is not acting in her individual capacity as a creditor and member of the Ad Hoc Committee on Accountability.

