**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Rohany Tejada, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Arlandis C. Issac (MML ID: 11410554), Req. No 06935-090, United States Penitentiary, 4700 Bureau Road South, PO Box 33(F-1), Terre Haute, IN 47808:

- Motion to Allow Claims /Motion for Tolling Filing Deadline (Claim submitted but not filed - pending disposition of the motion) Hearing to be Held on January 20, 2021 at 10:00 AM at Teleconference Line (CourtSolutions) (RDD). [Docket No. 2069]

On December 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Andre S. Youngblood (MML ID: 11410576), United States Penitentiary, 4700 Bureau Rd, PO Box 33, Terre Haute, IN 47808:

- Motion to Allow Claims / Motion for Tolling Filing Deadline (Claim submitted but not filed - pending disposition of the motion) Hearing to be Held on January 20, 2021 at 10:00 AM at Teleconference Line (CourtSolutions) (RDD). [Docket No. 2071]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: December 10, 2020

                */s/ Rohany Tejada*
                Rohany Tejada

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 10, 2020, by Rohany Tejada, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024