**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

IN RE: Purdue Pharma L.P.                                CASE NO.: 19−23649−rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:      CHAPTER: 11
06−1307484

# SECOND

# CORRECTED NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be heard by the Honorable Robert D. Drain on 12/15/2020 at 10:00 AM to consider and act upon the following:

Motion to Authorize Claim Payment filed by Maria Ecke.

You will be required to appear telephonically for your hearing by dialing into the Court Solutions telephonic hearing service. Prior approval will not be required for your telephonic appearance through Court Solutions for hearings until further notice. You may register for your hearing by visiting www.CourtSolutions.com. You should register your appearance 7 days prior to your scheduled hearing.

When asked for the name of the Bankruptcy Court Staff member who granted permission for you to appear telephonically, please provide the following name:

Eddie Andino, Divisional Manager

APPLICABLE TO PRO SE DEBTORS ONLY: No fee is required for pro se debtors appearing telephonically. Please indicate to Court Solutions that you are a nonattorney or are appearing pro se. Court Solutions will be provided a preapproved list of pro se and nonattorney debtors who will be appearing telephonically.

Dated: December 8, 2020                                Vito Genna
                                                       Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 19-23649-rdd |
| Purdue Pharma L.P. | Chapter 11 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-7 | User: | Page 1 of 11 |
| Date Rcvd: Dec 08, 2020 | Form ID: 143 | Total Noticed: 241 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Purdue Pharma L.P., One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901-3432 |
| aty | + | Adam M. Adler, Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440 New York, NY 10165-1446 |
| aty | + | Alexander Michael Gormley, Slevin & Hart, P.C., 1625 Massachusetts Ave NW Suite 450,, Washington, DC 20036-2228 |
| aty | + | Clare Connors, Department of the Attorney General, 425 Queen Street, Honolulu, HI 96813-2903 |
| aty | + | Kristine Manoukian, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022-3921 |
| aty | + | Laurel K. Lackey, West Virginia Attorney General's Office, Eastern Panhandle Office, 269 Aikens Center, Martinsburg, WV 25404-6203 |
| aty | + | Merrida P Coxwell, Coxwell & Associates, PLLC, Post Office Box 1337, Jackson, MS 39215, UNITED STATES 39215-1337 |
| aty | + | Richard R Gan, 2023 NORTH SECOND STREET, 201, 201, Harrisburg, PA 17102 UNITED STATES 17102-2151 |
| aty | + | Sarasota County Public Hospital District, Bentley and Bruning, 783 South Orange Avenue, Sarasota, FL 34236-4702 |
| aty | + | Thomas C. Albus, Office of Attorney General, P.O. Box 899, Jefferson City, MO 65102-0899 |
| aty | + | Village of Amityville, NY, et al., Tate, Grossman, Kelly & Iaccarino, 1248 Montauk Highway, West Islip, NY 11795-4917 |
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | New York City Department of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | + | Parking Violations Bureau, 210 Joralemon Avenue, Brooklyn, NY 11201-3743 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| smg | | Westchester County Sheriff's Dept., Room L 217, 110 Dr. Martin Luther King Blvd., White Plains, NY 10601-2519 |
| crcm | + | Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6742 |
| unk | + | Allergan Finance LLC, MORRIS CORPORATE CENTER III, 400 INTERPACE PARKWAY, Parsippany, NJ 07054-1120 |
| unk | + | Andre S. Youngblood, United States Penitentiary, 4700 Bureau Road, P.O. Box 33, Terre Haute, IN 47808-0033 |
| cr | + | Arlandis C. Issac, United States Penintentiary, Reg No. 06935-090, P.O. Box 33 (F-1), 4700 Bureau Road South Terre Haute, IN 47802-8246 |
| cr | + | Attorney General, State of Arizona, 2005 N Central Avenue, Phoenix, AZ 85004-1592 |
| cr | + | Attorney General, State of Florida, Christopher B. Spuches, Esq., Agentis PLLC, 55 Alhambra Plaza, Suite 800, Coral Gables, FL 33134-5254 |
| unk | + | BMC Group, Inc, 3732 West 120th Street, Hawthorne, CA 90250-3202 |
| intp | + | BR Holdings Associates Inc., One Stamford Forum, Stamford, CT 06901-3516 |
| intp | + | BR Holdings Associates L.P., One Stamford Forum, Stamford, ct 06901-3516 |
| crcm | + | Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801-3779 |
| cr | + | CRG Financial LLC, 100 Union Avenue, Cresskill, NJ 07626-2141 |
| cr | + | CRG Financial, LLC as Assignee of Fike Corporation, 100 Union Avenue, Cresskill, NJ 07626-2141 |
| cr | + | Casey David Nadolski, c/o Sahn Ward Coschignano, 333 Earle Ovington Blvd.,, Suite 601, Suite 601 New York, NY 11553-3645 |
| cr | + | Claudia J Innaco, 105 Mayflower Ave, Massapequa Park, NY 11762-2220 |
| cr | | Colorado Attorney General, 1300 Broadway, 7th Floor, denver, co 80218 |
| cr | + | Commonwealth of Pennsylvania, Pennsylvania Office of Attorney General, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| cr | | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Department 280946, Harrisburg, PA 17128-0946 |
| cr | + | Commonwealth of Virginia, ex rel. Mark R. Herring,, Office of the Atty. General of Virginia, 202 North Ninth Street, Richmond, VA 23219, UNITED STATES OF AMERICA 23219-3424 |
| cr | + | Community Health Systems, Inc., Tenet Healthcare C, c/o Teitelbaum Law Group LLC, 1 Barker Ave, White Plains, NY 10601-1517 |
| unk | + | Corey Dodge, Oregon Dept. of Corrections, 777 Stanton Blvd., Ontario, NY 97914-8335 |
| unk | + | Dan Colucci, 467 Beech Street, Township of Washington, NJ 07676-4945 |
| cr | + | Deborah Clonts, 7105 Birdsnest Way, Temple, TX 76502-4252 |
| cr | + | Eric Eugene Anderson, 11161 Rios Road, Boca Raton, FL 33498-1907 |

| | | |
|---|---|---|
| cr | + | Fredrick Hill, c/o Kasen & Kasen, P.C., Attn: Jenny Kasen, Society Hill Office Park, 1874 E. Marlton Pike, Suite 3 Cherry Hill, NJ 08003-2038 |
| unk | + | Gary & Colleen Breitbord, 9 Forest Park Drive, Holliston, MA 01746-3403 |
| unk | + | Ironshore Specialty Insurance Company, 250 Commercial Street, Suite 5000, Manchester, NH 03101, UNITED STATES 03101-1116 |
| cr | + | Jesse Mendez, Jester 3 Unit, 3 Jester Rd., Richmond, TX 77406-8593 |
| cr | + | Joan E. Vasko, 155 Old Murphy Road, Zebulon, NC 27597-7447 |
| unk | + | John Farrell, P.O. Box 19803, Ashville, NC 28815-1803 |
| unk | + | John Taormina, 12 Starr Lea Road, North Salem, NY 10560-1213 |
| cr | + | John Yarbrough, Federal Prison Camp Montgomery, 1001 Willow St., Maxwell AFB, AL 36112-5994 |
| unk | + | Kennedy Forum and other national organizations, 14 Central Ave., Island Heights, NJ 08732-7715 |
| unk | + | Kimberly Krawczyk, 38 Briarwood Lane #4, Marlboro, MA 01752-2516 |
| intp | + | Kurtzman Carson Consultants LLC, 222 N Pacific Coast Highway, Suite 300, El Segundo, CA 90245-5614 |
| cr | | Kyle M. Parks, United States Penitentiary, P.O. Box 33 - Reg. No. 44051-044, (F-1) - 4700 Bureau Road South, Terre Haute, IN 47808 |
| unk | + | Leona Nuss, 5 Watkins Pl, Palm Coast, Fl 32164-7643 |
| cr | + | Les Burris, 1575 Deming Drive, Orlando, FL 32825-8215 |
| cr | + | Malcolm B. & Justine Kinnaird, 601 Willow Glen Road, Kennett Square, PA 19348-2118 |
| cr | + | Maria Ecke, 8 Glenbrook Dr., West Simsbury, CT 06092-2505 |
| unk | + | Masoud Bamdad, 17806 Ridgeway Rd., Granada Hills, CA 91344-2133 |
| unk | + | NAPW Lynn M. Paltrow, JD, National Advocates for Pregnat Women, 575 8th Avenue, 7th Floor, New York, NY 10018-3081 |
| cr | + | Oracle America, Inc., c/o Shawn Christianson, Buchalter P.C., 55 Second Street, 17th Fl, San Francisco, CA 94105-3493 |
| intp | + | PLP Associates Holding Inc., One Stamford Forum, Stamford, CT 06901-3516 |
| intp | + | PLP Associates Holdings L.P., One Stamford Forum, Stamford, CT 06901-3516 |
| unk | + | Paul S Rothstein, 626 NE 1st Street, Gainesville, FL 32601-3391 |
| cr | + | People of the State of New York, Office of the New York State Attorney Ge, 28 Liberty Street, new York, NY 10005-1496 |
| intp | + | Pharmaceutical Research Associates L.P., One Stamford Forum, Stamford, CT 06901-3516 |
| op | + | Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, www.primeclerk.com, New York, NY 10165-1446 |
| cna | + | Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165-1446 |
| cna | + | Prime Clerk LLC Claims Agent, One Grand Central Place, 60 East 42nd Street, Suite 1440, www.primeclerk.com, New York, NY 10165-1446 |
| fa | + | Province, Inc., 2360 Corporate Circle, Suite 330, Henderson, NV 89074-7718 |
| cr | | Ricardo Vela, TDCJ No. 2164340, Ramsey Unit-TDCJ, 110 FM 655, Rosharon, TX 77583 |
| unk | | Ruby Thomas, 150 Ledy Mercy Lane, Rockington, NJ 28379 |
| unk | + | STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, 150 South Main Street, Providence, RI 02903-2907 |
| unk | + | Sarah Thrower, CRNP Provider Assisted Medication Treat., 1593 Sylvan Dr., Hollidaysburg,, PA 16648-2735 |
| cr | + | State Of Maryland, Office of the Attorney General of Maryla, 200 Saint Paul Place, Baltimore, MD 21202-2004 |
| cr | + | State of Hawaii ex rel. Clare E. Connors, Attorney, State of Hawaii, c/o Clare E. Connors, Attorney General, 425 Queen Street, Honolulu, HI 96813 UNITED STATES OF AMERICA 96813-2903 |
| cr | + | State of Idaho, Through Attorney General Lawrence, Office of the Attorney General, P. O. Box 83720, Boise, ID 83720-0010, UNITED STATES 83720-0010 |
| unk | + | State of Illinois, 100 W. Randolph-12th Floor, Chicago, IL 60601-3220 |
| cr | + | State of Indiana, Office of the Attorney General, IGCS-5th Floor, 302 W. Washington St., Indianapolis, IN 46204-2760 |
| cr | + | State of Iowa, Ex Rel, Thomas J. Miller Attorney General, Hoover Building 2nd Fl, 1305 E. Walnut Street, Des Moines, IA 50319-0106 |
| cr | + | State of Maine, Maine Attorney General, Cross Office Building, 111 Sewall St, 6th floor augusta, ME 04330-6830 |
| cr | + | State of Minnesota, Minnesota Attorney General's Office, 445 Minnesota Street, Suite 1200, St. Paul, MN 55101-2130 |
| cr | + | State of Nevada, Office of the Attorney General, 100 N. Carson Street, Carson City, NV 89701-4717 |
| cr | | State of New Hampshire, c/o NH Attorney General's Office, 33 Capitol Street, Concord, NH 03301-6397 |
| cr | + | State of New Jersey, Office of the New Jersey Attorney Genera, 124 Halsey Street, P.O. Box 45029-5029, Newark, NJ 07102-3017 |
| cr | #+ | State of North Carolina, c/o Waldrep LLP, 101 S. Stratford Rd., Suite 210, Winston Salem, NC 27104 UNITED STATES 27104-4224 |
| cr | | State of South Carolina, by and through Attorney G, Office of the S.C. Attorney General, P.O. Box 11549, Columbia, SC 29211-1549 |
| intp | + | TXP Services, Inc., One Stamford Forum, Stamford, CT 06901-3516 |
| cr | + | Tennessee Attorney General's Office, Attn: Marvin Clements, Jr., Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| unk | + | The National Association for the Advancement of Co, NAACP Empowerment Programs, National Headquarters, 4805 Mount Hope Drive, Balitmore, MD 21215-3206 |
| cr | + | The State of Vermont, by and through Attorney Gene, 109 State Street, Montpelier, VT 05609-0002 |
| unk | + | The State of West Virginia, ex el. Patrick Morrise, State of West Virginia, Office of the Attorney General, 269 Aikens Center, Martinsburg, WV 25404-6203 |
| unk | + | Thomas Hickey, Suffolk CO H.O.C, 20 Bradston St., Boston, MA 02118-2724 |
| unk | + | Tim Kramer, 64 Exmoor Rd., Waterford, NY 48328-3410 |
| cr | + | Town of Canton, 801 Washington Street, Canton, MA 02021-2554 |
| intp | + | United HealthCare Services, Inc., c/o Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1803 |
| cr | + | United Parcel Service, Inc., Bialson, Bergen & Schwab, 633 Menlo Ave., Suite 100, Menlo Park, CA 94025-4711 |
| unk | + | United States of America, U.S. Attorney's Office, 86 Chambers Street, 3rd Floor, New York, NY 10007-2632 |
| intp | + | Washington State Department of Revenue, Office of the Attorney General, 800 5th Ave, Ste 2000, Seattle, WA 98104-3188 |
| 7608290 | + | AKIN GUMP STRAUSS HAUER & FELD LLP, Counsel to the Official Committee, of Unsecured Creditors, One Bryant Park, New |

19-23649-shl    Doc 2110    Filed 12/10/20    Entered 12/11/20 00:08:09    Imaged
Certificate of Notice    Pg 4 of 12

| District/off: 0208-7 | User: | Page 3 of 11 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: 143 | Total Noticed: 241 |

| | | |
|---|---|---|
| | | York, New York 10036-6728 |
| 7598645 | | ALSTON & BIRD LLP, Counsel for OptumRX, Inc., 90 Park Avenue, New York, NY 10016-1387 |
| 7598644 | | ALSTON & BIRD LLP, Counsel for OptumRX, Inc., 1201 West Peachtree Street, Atlanta, GA 30309-3424 |
| 7624302 | + | ANDREWS & THORNTON, Attorneys for Ryan Hampton, 4701 Von Karman Ave., Suite 300, Newport Beach, CA 92660-2193 |
| 7628695 | + | ASK LLP, Counsel to the Ad Hoc Group, of Individual Victims, 151 West 46th Street, 4th Floor, New York, NY 10036-8512 |
| 7656851 | + | ATTORNEY GENERAL OF WASHINGTON, Robert W. Ferguson, Attorney General, Counsel for Washington State, Department of Revenue, 800 Fifth Avenue, Suite 2000 Seattle, WA 98104-3188 |
| 7596263 | + | Agentis PLLC, Attorneys for State of Florida, c/o Christopher B. Spuches, Esq., 55 Alhambra Plaza, Suite 800, Coral Gables, FL 33134-5254 |
| 7598845 | + | BARRETT LAW GROUP, P.A., P.O. Box 927, 404 Court Square, Lexington, MS 39095-3632 |
| 7598609 | + | BMC Group, Inc, Attn: T Feil, 3732 W. 120th Street, Hawthorne, CA 90250-3202 |
| 7617955 | | BRACEWELL LLP, 1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100 |
| 7639145 | + | BROWN & CONNERY, LLP, Donald K. Ludman, Esquire, 6 North Broad Street, Suite 100, Woodbury, NJ 08096-4635 |
| 7607080 | + | BROWN RUDNICK LLP, 7 Times Square, New York, NY 10036-6548 |
| 7643212 | + | Ballard Spahr, LLP, Attorneys for DuPont de Nemours, Inc., 919 N. Market Street, 11th Floor, Wilmington, DE 19801-3023 |
| 7652248 | + | Banc of America Leasing & Capital, LLC, c/o Nicola G. Suglia, Esquire, Fleischer, Fleischer & Suglia, P.C., Four Greentree Centre, 601 Route 73 N, Suite 305 Marlton, NJ 08053-3475 |
| 7629495 | + | Bentley & Bruning P.A., Attorneys for SARASOTA COUNTY PUBLIC, HOSPITAL DISTRICT, 783 South Orange Avenue, Third Floor, Sarasota, Florida 34236-4702 |
| 7598782 | + | Bialson, Bergen & Schwab, Attorneys for United Parcel, Service, Inc., 633 Menlo Ave., Suite 100, Menlo Park, CA 94025-4711 |
| 7710098 | + | Bielli & Klauder, LLC, Counsel David M. Klauder, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 7623582 | + | Blue Cross Blue Shield Association, 225 North Michigan Ave., Chicago, IL 60601-6026 |
| 7606042 | | Buchalter, a Professional Corporation, Attorneys for McKesson Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, CA 92612-0514 |
| 7630986 | + | Buchalter, a Professional Corporation, Attorneys for Oracle America, Inc., 55 2nd St., 17th Fl., San Francisco, CA 94105-3493 |
| 7602027 | + | CAPLIN & DRYSDALE, CHARTERED, Counsel for the Multi-State Governmental, Entities Group, One Thomas Circle, NW, Suite 1100, Washington, DC 20005-5812 |
| 7608189 | + | CARTER LEDYARD & MILBURN LLP, Attorneys for State of West Virginia, 2 Wall Street, New York, New York 10005-2072 |
| 7598619 | + | CONSOVOY MCCARTHY PLLC, Attorneys for the State of Arizona, 1600 Wilson Boulevard, Suite 700, Arlington, Virginia 22209-2510 |
| 7645712 | + | CREADORE LAW FIRM PC, Counsel for NAS Ad Hoc Committee, 450 Seventh Avenue, 14th Floor, New York, NY 10123-1408 |
| 7598843 | + | CUNEO GILBERT & LADUCA, LLP, 4725 Wisconsin Avenue, NW, Suite 200, Washington, DC 20016-4664 |
| 7598844 | + | CUNEO GILBERT & LADUCA, LLP, 16 Court Street, Suite 1012, Brooklyn, New York 11241-1010 |
| 7605017 | + | Carol E. Momjian, Senior Deputy Attorney General, Office of Attorney General, The Phoenix Building, 1600 Arch Street, Suite 300 Philadelphia, PA 19103-2016 |
| 7733941 | + | Casey David Nadloski, c/o Sahn Ward Coschignano, PLLC, The Omni Building, 333 Earle Ovington Blvd #601, Uniondale, NY 11553-3645 |
| 7739609 | + | City of Blue Springs, Missouri, 903 W. Main St., c/o City Attorney, Blue Springs, MO 64015-3709 |
| 7740419 | + | City of Moorhead, Minnesota, City Manager, 500 Center Avenue, Moorhead, MN 56560-1922 |
| 7629903 | + | City of Seattle, c/o Ben Harrington, Hagens Berman Sobol Shapiro LLP, 715 Hearst Ave., Suite 202, Berkeley, CA 94710-1948 |
| 7740499 | + | City of Warren,Andrea L. Stapleford-City Solicitor, 600 Market Street, Warren, PA 16365, Warren, PA 16365-1326 |
| 7605260 | + | Commonwealth of Pennsylvania, Attn: Carol E. Momjian, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 7622034 | | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance, P O Box 280946, Harrisburg, PA 17128-0946 |
| 7608560 | + | Commonwealth of Pennsylvania, Office of Attorney General, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 7670951 | + | Cooper Law Firm, LLC, Attorneys for Kara Trainor Brucato, 1525 Religious Street, New Orleans, Louisiana 70130-4523 |
| 7617839 | + | Daniel S. Connolly, Robert G. Burns, Bracewell LLP, 1251 Avenue of the Americas, 49th Flr., New York, NY 10020-1100 |
| 7645408 | + | Donald Creadore,Esq., CREADORE LAW FIRM PC, 450 Seventh Avenue Suite 1408, New York, New York 10123, Email: donald@creadorelawfirm.com 10123-1408 |
| 7646267 | #+ | Doster, Ullom & Boyle, LLC, Attorneys for State of Missouri, 16090 Swingley Ridge Road, Suite 620, St. Louis, Missouri 63017-2053 |
| 7608293 | + | EGLET ADAMS, Counsel to Nevada Counties, and Municipalities, 400 South 7th Street, Suite 400, Las Vegas, Nevada 89101-6941 |
| 7719304 | + | Eisenberg & Baum, LLP, Attorneys for Ad Hoc Committee, on Accountability, 24 Union Square East, Fourth Floor, New York, New York 10003-3201 |
| 7598704 | # | FOLEY & LARDNER LLP, 321 N. Clark Street, Suite 2800, Chicago, IL 60654-5313 |
| 7597760 | + | FOLEY & LARDNER LLP, 90 Park Avenue, New York, New York 10016-1301 |
| 7618016 | + | FOX SWIBEL LEVIN & CARROLL LLP, Attorneys for Old Republic, Insurance Company, 200 W. Madison Street, Suite 3000, Chicago, Illinois 60606-3417 |
| 7739610 | + | Fetzko Law Offices, P.C., 12 Evergreen Drive, Suite 102, Middletown, NY 10940-4320 |
| 7598614 | + | GODFREY & KAHN, S.C., One East Main Street, Suite 500, Madison, WI 53703-3300 |
| 7598707 | + | GOODWIN PROCTER LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018-1618 |
| 7625201 | + | HAGENS BERMAN SOBOL SHAPIRO LLP, Counsel for Blue Cross Blue, Shield Assoc., 55 Cambridge Parkway, Suite 301, Cambridge, MA 02142-1263 |
| 7707458 | + | HAUG PARTNERS LLP, One Post Office Square, 31st Floor, Boston, Massachusetts 02109-2106 |
| 7606694 | | HUSCH BLACKWELL LLP, 190 Carondelet Plaza, Suite 600, St. Louis, MO 63105-3433 |
| 7630743 | + | Hagens Berman Sobol Shapiro LLP, Counsel for City of Seattle, 715 Hearst Ave., Suite 202, Berkeley, CA 94710-1948 |
| 7737042 | + | Hunt Kinnaird, 3855 Blair Mill Road, Apt. 219C, Horsham, PA 19044-2920 |
| 7737041 | + | Hunt Kinnaird, c/o Fetzko Law Offices, P.C., 12 Evergreen Drive, Suite 102, Middletown, NY 10940-4320 |

19-23649-shl    Doc 2110    Filed 12/10/20    Entered 12/11/20 00:08:09    Imaged
Certificate of Notice    Pg 5 of 12

| District/off: 0208-7 | User: | Page 4 of 11 |
| --- | --- | --- |
| Date Rcvd: Dec 08, 2020 | Form ID: 143 | Total Noticed: 241 |

| | | |
| --- | --- | --- |
| 7608296 | + | JOSEPH HAGE AARONSON LLC, 485 Lexington Avenue, 30th Floor, New York, New York 10017-2635 |
| 7754213 | + | James Harry Rand, United State Penitentiary, P.O. Box 33 (E-2), Terre Haute, IN 47808-0033 |
| 7605360 | | Jeffrey K. Garfinkle, Esq., Daniel H. Slate, Esq., Buchalter, a Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, CA 92612-0514 |
| 7739611 | + | Joan E. Vasko, Administratrix, 155 Old Murphy Road, Zebulon, NC 27597-7447 |
| 7598618 | + | KELLER LENKNER LLC, Attorneys for the State of Arizona, 150 N. Riverside Plaza, Suite 4270, Chicago, Illinois 60606-1665 |
| 7604082 | + | KLEINBERG, KAPLAN, WOLFF & COHEN, P.C., Counsel for State of Washington, 551 Fifth Avenue, 18th Floor, New York, NY 10176-1899 |
| 7607078 | + | KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 Avenue of the Americas, New York, New York 10036-2714 |
| 7619888 | + | Kasen & Kasen, P.C., Attorneys for Fredrick Hill, Society Hill Office Park, 1874 E. Marlton Pike, Suite 3, Cherry Hill, NJ 08003-2038 |
| 7619809 | + | Kasen & Kasen, P.C., Attn: Jenny Kasen, Esq., Society Hill Office Park, 1874 E. Marlton Pike, Suite 3, Cherry Hill, NJ 08003-2038 |
| 7641816 | | Katherine M. McCraw, Assistant Attorney General, N.C. Department of Justice, Post Office Box 629, Raleigh, North Carolina 27602-0629 |
| 7740418 | | Katie J. Bertsch, 444 Sheyenne Street, Suite 102, P.O. Box 458, West Fargo, ND 58078-0458 |
| 7618017 | + | LUSKIN, STERN & EISLER LLP, Attorneys for Old Republic, Insurance Company, Eleven Times Square, New York, New York 10036-6600 |
| 7617928 | + | Lara J. Fogel, Office of the New Jersey State Attorney, 124 Halsey Street, 5th Floor, P.O. Box 45029-5029, Newark, New Jersey 07102-3017 |
| 7608198 | + | Loeb & Loeb LLP, Attorneys for Nevada Counties, and Municipalities, 345 Park Avenue, New York NY 10154-0004 |
| 7598706 | | Louis J. Testa, Esq., Assistant Attorney General, The Capitol, Albany, New York 12224-0341 |
| 7622419 | + | MARCUS & SHAPIRA LLP, Attorneys for Giant Eagle, Inc., One Oxford Centre, 301 Grant Street, 35th Floor, Pittsburgh, PA 15219-1407 |
| 7598673 | + | MCELROY, DEUTSCH,MULVANEY & CARPENTER, LLP, Counsel to Westchester Fire, Insurance Company, 1617 John F. Kennedy Blvd., Ste. 1500, Philadelphia, PA 19103-1815 |
| 7608295 | + | MILBANK LLP, 55 Hudson Yards, New York, New York 10001-2163 |
| 7603810 | + | MOTION INDUSTRIES, 1605 ALTON ROAD, BIRMINGHAM, AL 35210-3770 |
| 7705848 | + | MOTLEY RICE LLC, Counsel for Tucson Medical Center, 777 Third Ave., 27th Floor, New York, NY 10017-1423 |
| 7737026 | + | Malcolm B. & Justine Kinnaird, c/o Fetzko Law Offices, P.C., 12 Evergreen Drive, Suite 102, Middletown, NY 10940-4320 |
| 7776417 | + | Michelle Decarlo, 2119 S. 11th Street, Philadelphia, PA 19148-3040 |
| 7608299 | | Missouri Department of Revenue, Bankruptcy Unit, PO Box 475, Jefferson City MO, 65109-0475 |
| 7598611 | + | Morgan & Morgan, 76 South Laura Street, Suite 1100, Jacksonville, Florida 32202-5413 |
| 7625208 | + | Morgan & Morgan, 485 Madison Avenue, 20th Floor, New York, New York 10022-5813 |
| 7625209 | + | Morgan & Morgan, 201 North Franklin Street, 7th Floor, Tampa, Florida 33602-5157 |
| 7608540 | + | Muhammad Umair Khan, 28 Liberty Street, New York, NY 10005-1400 |
| 7617925 | + | Muhammad Umair Khan, Senior Advisor and Special Counsel, Executive Division, Office of the New York State Attorney Ge, 28 Liberty Street New York, New York 10005-1496 |
| 7602026 | + | New York State Department of Financial Services, One State Street, New York, NY 10004-1561 |
| 7767955 | + | Noramco Coventry LLC, KIRKLAND & ELLIS LLP, 601 Lexington Avenue, New York, New York 10022-4643, Attn: Anne G. Wallice |
| 7767956 | + | Noramco Coventry LLC, KIRKLAND & ELLIS LLP, 300 North LaSalle Street, Chicago, Illinois 60654-5412, Attn: James A. Stempel |
| 7598702 | + | OTTERBOURG P.C., 230 Park Avenue, New York, New York 10169-2898 |
| 7608294 | + | Office of the New Jersey State Attorney General, 124 Halsey Street, 5th Floor, P.O. Box 45029-5029, Newark, New Jersey 07102-3017 |
| 7604080 | + | Office of the New York State Attorney General, 28 Liberty Street, New York, New York 10005-1496 |
| 7607605 | | Office of the South Carolina Attorney General, P.O. Box 11549, Columbia, South Carolina 29211-1549 |
| 7707778 | + | POTTER ANDERSON & CORROON LLP, Counsel to Walmart, Inc., and its Subsidiaries, 1313 North Market Street, Sixth Floor, P.O. Box 951 Wilmington, DE 19899-0951 |
| 7643172 | + | People of the State of California, California Department of Justice, 300 S. Spring Street, Suite 1702, Los Angeles, CA 90013-1256 |
| 7637874 | + | People of the State of California, California Department of Justice, 300 South Spring Street, Suite 1702, Los Angeles, California 90013-1256 |
| 7598459 | + | People of the State of New York, Office of the New York State Attorney Ge, 28 Liberty Street, New York, New York 10005-1496 |
| 7608291 | | People of the State of New York, The Capitol, Albany, New York 12224-0341 |
| 7621563 | + | Pillsbury Winthrop Shaw Pittman LLP, Attorneys for Ad Hoc Group of, Non-Consenting States, 2 Houston Center, 909 Fannin, Suite 2000 Houston, TX 77010-1028 |
| 7621323 | + | Pillsbury Winthrop Shaw Pittman LLP, Attorneys for Ad Hoc Group of, Non-Consenting States, 31 West 52nd Street, New York, NY 10019-6118 |
| 7625202 | + | RAWLINGS & ASSOCIATES, Counsel for Blue Cross Blue, Shield Assoc., 1 Eden Parkway, La Grange, KY 40031-8100 |
| 7604083 | + | REED SMITH LLP, Counsel for AmerisourceBergen Drug, Corporation, 599 Lexington Avenue, New York, NY 10022-6030 |
| 7604084 | + | REED SMITH LLP, Counsel for AmerisourceBergen Drug, Corporation, Three Logan Square, 1717 Arch Street, Suite 3100 Philadelphia, PA 19103-2762 |
| 7671142 | + | RONALD GEORGE DANDAR K07780, c/o LEGAL MAIL DEPARTMENT, 50 OVERLOOK DRIVE, LABELLE, PA 15450-1050 |
| 7608199 | | Robert M. Adams, Eglet Adams, 400 South &th Street, Suite 400, Las Vegas, NV 89101 |
| 7668479 | + | Ronald George Dandar, c/o Legal Mail Department, 50 Overlook Drive, LaBelle, PA 15450-1050 |
| 7650994 | + | SCHULTE ROTH & ZABEL LLP, Counsel to the Ad Hoc Group of Hospitals, 919 Third Avenue, New York, NY 10022-3902 |
| 7602025 | + | SCOTT+SCOTT ATTORNEYS AT LAW LLP, The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169-1820 |
| 7651693 | + | SIMPSON THACHER & BARTLETT LLP, Counsel for PJT Partners LP, 425 Lexington Avenue, New York, NY 10017-3903 |
| 7604434 | + | STATE OF OHIO, DAVE YOST, ATTORNEY GENERAL, 615 West Superior Avenue, 11th Floor, Cleveland, Ohio 44113-1899 |
| 7619317 | + | STUTZMAN, BROMBERG, ESSERMAN &, PLIFKA, A Professional Corporation, 2323 Bryan Street, Suite 2200, Dallas, TX 75201-2655 |

| District/off: 0208-7 | User: | Page 5 of 11 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: 143 | Total Noticed: 241 |

| | | |
|---|---|---|
| 7654826 | + | Shipman & Goodwin LLP, Attorneys for United HealthCare, Services, Inc., One Constitution Plaza, Hartford, CT 06103-1803 |
| 7596661 | + | State of Arizona ex rel. Mark Brnovich, Attorney General, 2005 N Central Avenue, Phoenix, AZ 85004-1592 |
| 7617954 | | State of Connecticut, Office of Attorney General, 55 Elm Street, P.O. Box 120, Hartford, CT 06141-0120 |
| 7607061 | | State of Idaho through, Attorney General Lawrence G. Wasden, P. O. Box 83720, Boise, ID 83720-0010 |
| 7608091 | + | State of North Carolina, C/O Walderep LLP, 101 S. Stratford Rd., Suite 210, Winston Salem, NC 27104-4224 |
| 7608088 | + | State of North Carolina, C/O Waldrep LLP, 101 S. Stratford Rd., Suite 210, Winston Salem, NC 27104-4224 |
| 7625206 | + | State of Vermont, Attn: Jill S. Abrams, 109 State Street, Montpelier, Vermont 05602-2720 |
| 7598612 | + | Stevens & Lee, P.C., 485 Madison Avenue, 20th Floor, New York, New York 10022-5813 |
| 7625168 | + | Stevens & Lee, P.C., Attn: Nicholas F. Kajon, Esq., 485 Madison Ave., 20th Floor, New York, NY 10022-5813 |
| 7625809 | + | TARTER KRINSKY & DROGIN LLP, Attorneys for Ad Hoc Committee, of NAS Babies, 1350 Broadway, 11th Floor, New York, New York 10018-0947 |
| 7598846 | #+ | TEITELBAUM LAW GROUP, LLC, 1 Barker Avenue, 3rd Floor, White Plains, New York 10601-1523 |
| 7604081 | + | TUCKER ARENSBERG, P.C., Counsel to Thermo Fisher Scientific, 1500 One PPG Place, Pittsburgh, Pennsylvania 15222-5416 |
| 7598584 | | Teitelbaum Law Group LLC, Jay Teitelbaum, 1 Barker Avenue White Plains NY 10601, jteitelbaum@tblawllp.com; jkelly@cuneola |
| 7596450 | + | Tennessee Attorney Generals Office, Attn: Marvin Clements, Bankruptcy Divisi, P.O. Box 20207, Nashville, TN 37202-4015 |
| 7608194 | + | The Official Committee of Unsecured Creditors, of Purdue Pharma L.P., et al., c/o Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036-6728 |
| 7596637 | + | The People of the State of California, Attn: SDAG Bernard A. Eskandari, California Department of Justice, 300 South Spring Street, Suite 1702, Los Angeles, CA 90013-1256 |
| 7620113 | + | The People of the State of California, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375 |
| 7603317 | + | Thermo Fisher Scientific, c/o Jordan S. Blask, Esq., Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 7607992 | #+ | Waldrep LLP, Attorneys for State of North Carolina, 101 S. Stratford Rd., Suite 210, Winston-Salem, NC 27104-4224 |
| 7742711 | + | Waste Industries, c/o RMS, PO Box 19253, Minneapolis, MN 55419-0253 |
| 7618548 | | Wells Fargo Vendor Financial Services, LLC, fka GE Capital Inf. Technology Solutions, c/o A Ricoh USA Program, f/d/b/a IKON Financial Serv., P.O. Box 13708 Macon, GA 31208-3708 |
| 7707132 | + | White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020-1001 |
| 7707133 | + | White & Case LLP, Southeast Financial Center, Suite 4900, 200 South Biscayne Boulevard, Miami, FL 33131-2346 |
| 7602404 | + | Wilk Auslander LLP, Attorneys for State of Alabama, 1515 Broadway, 43d Floor, New York, New York 10036-8901 |
| 7598701 | + | William R. Pearson, Attorney for the State of Iowa, Hoover Building, 2nd Floor, 1305 E. Walnut Street, Des Moines, IA 50319-0106 |

TOTAL: 227

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: marc.gertz@txitrustee.com | Dec 08 2020 19:40:00 | Marc P. Gertz, 11 South Forge Street, Akron, OH 44304 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 08 2020 19:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 08 2020 19:40:00 | N.Y. State Dept. Of Taxation And Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 08 2020 19:40:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| cr | + Email/Text: bankruptcy@coag.gov | Dec 08 2020 19:40:00 | Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| cr | + Email/Text: ecfnotices@dor.mo.gov | Dec 08 2020 19:40:00 | Missouri Department of Revenue, Bankruptcy Unit, PO Box 475, 301 W High St., Jefferson City, MO 65101-1517 |
| cr | Email/Text: OHAGCEBKYEBN@ohioattorneygeneral.gov | Dec 08 2020 19:40:00 | Ohio Attorney General, 615 West Superior Avenue, 11th Floor, Cleveland, OH 44113 |
| unk | + Email/Text: bankruptcy@fult.com | Dec 08 2020 19:40:00 | SAP America, Inc., Brown & Connery, LLP, Donald K. Ludman, Esquire, 6 N. Broad Street, Suite 100, Woodbury, NJ 08096-4635 |
| cr | + Email/Text: bankruptcyNotification@tmcaz.com | Dec 08 2020 19:40:00 | Tucson Medical Center, 5301 E. Grant Road, Tucson, AZ 85712-2874 |
| intp | Email/Text: radkeke@doj.state.wi.us | Dec 08 2020 19:40:00 | State of Wisconsin, Wisconsin Department of Justice, 17 West Main Street, P.O. Box 7857, Madison, WI 53703 |

19-23649-shl    Doc 2110    Filed 12/10/20    Entered 12/11/20 00:08:09    Imaged
Certificate of Notice    Pg 7 of 12

| District/off: 0208-7 | User: | Page 6 of 11 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: 143 | Total Noticed: 241 |

| 7596642 | + Email/Text: OSA.Bankruptcy@massmail.state.ma.us | | |
|---|---|---|---|
| | | Dec 08 2020 19:40:00 | Commonwealth of Massachusetts, Office of the Attorney General, 1 Ashburton Place, Boston, MA 02108-1598 |
| 7607458 | Email/Text: csucic@fgllp.com | | |
| | | Dec 08 2020 19:40:00 | FRANKGECKER LLP, 1327 W. Washington Blvd., Suite 5 G-H, Chicago, Illinois 60607 |
| 7705631 | + Email/Text: bankruptcyNotification@tmcaz.com | | |
| | | Dec 08 2020 19:40:00 | Tucson Medical Center, 5301 E. Grant Road, Tucson, Arizona 85712-2874 |
| 7652431 | Email/Text: bankruptcies@willscot.com | | |
| | | Dec 08 2020 19:40:00 | Williams Scotsman Inc, 901 S Bond Street, Suite 600/ Bankruptcy, Baltimore, MD 21231 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Dechert LLP |
| cr | | Ad Hoc Committee of Governmental and Other Conting |
| cr | | Ad Hoc Committee of NAS Babies |
| cr | | Ad Hoc Committee on Accountability |
| unk | | Ad Hoc Group of Self-Funded Health Plans |
| cr | | Ad Hoc Group of Hospitals |
| unk | | Ad Hoc Group of Individual Victims of Purdue Pharm |
| cr | | Ad Hoc Group of Non-Consenting States |
| cr | | Ada County |
| cr | | Adams County |
| cr | | Al Marino, Inc. |
| cr | | Amel Eiland |
| cr | | AmerisourceBergen Drug Corporation |
| cr | | Anda, Inc. |
| unk | | Andrew Kolodny, PROP |
| cr | | Anne Alexander, et al., Finson Law Office |
| cr | | Arapahoe County |
| cr | | Arizona Counties Insurance Pool |
| cr | | Arizona Municipal Risk Retention Pool |
| cr | | Arizona School Alliance for Workers' Compensation |
| cr | | Arkansas Plaintiffs |
| sp | | Arnold & Porter Kaye Scholer LLP |
| cr | | Ascent Health Services |
| intp | | Avrio Health Inc. |
| unk | | Bankruptcy Professors as Amici Curiae |
| cr | | Barbara Rivers |
| unk | | Barbara Van Rooyan |
| unk | | Beacon Company |
| unk | | Beverly Sackler |
| cr | | Blue Cross Blue Shield Association |
| cr | | Board of Chicago School District No. 299 |
| unk | | Board of Chicago School District No. 299 |
| cr | | Board of Education of East Aurora School District |
| cr | | Board of Education of Thornton Fractional Township |
| cr | | Board of Education of Thornton Township High Schoo |
| cr | | Boulder County |
| unk | | Brown Rudnick LLP |
| cr | | Bullitt County School District, Kentucky |
| cr | | CVS Caremark Part D Services, L.L.C. |
| intp | | Caas Leasing, Inc. |
| cr | | CaremarkPCS Health, L.L.C. |
| cr | | Certain Native American Tribes and Others |
| unk | | Charles D. Baker, Commonwealth of Massachusetts |
| unk | | Charlotte Bismuth |

19-23649-shl    Doc 2110    Filed 12/10/20    Entered 12/11/20 00:08:09    Imaged
Certificate of Notice    Pg 8 of 12

| District/off: 0208-7 | User: | Page 7 of 11 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: 143 | Total Noticed: 241 |

| | |
|---|---|
| cr | Chelan County |
| cr | City and County of Broomfield |
| cr | City and County of Denver |
| cr | City of Anacortes |
| cr | City of Aurora |
| cr | City of Bainbridge |
| unk | City of Bellefontaine Neighbors, Missouri, 9641 Bellefontaine Road |
| cr | City of Black Hawk |
| cr | City of Brighton |
| cr | City of Burlington |
| cr | City of Cambridge |
| cr | City of Chicopee |
| cr | City of Commerce City |
| cr | City of Eureka |
| unk | City of Federal Heights |
| cr | City of Framingham |
| cr | City of Gloucester |
| cr | City of Greeley |
| cr | City of Haverhill |
| cr | City of Kent |
| cr | City of Kingman |
| cr | City of Lakewood |
| cr | City of Mount Vernon |
| cr | City of Northglenn |
| cr | City of Olympia |
| cr | City of Salem |
| cr | City of Seattle |
| cr | City of Sedro-Woolley |
| cr | City of Sheridan |
| cr | City of Spokane |
| cr | City of Springfield, Mass. |
| cr | City of Tacoma |
| cr | City of Thornton |
| cr | City of Vancouver |
| cr | City of Westminster |
| cr | City of Worcester |
| cr | Clallam County |
| cr | Clark County |
| unk | Clerk's Office Office, U.S.Bankruptcy, S.D.N.Y |
| cr | Cochise County |
| intp | Connecticut Avenue Realty Co., Inc. |
| intp | Coventry Technologies L.P. |
| unk | Cynthia Munger |
| unk | Dan Schneider |
| cr | Darcy Sherman |
| cr | Darryl Lee Haan |
| ex | David M. Klauder |
| unk | David Sackler |
| cr | Deborah Green-Kuchta |
| cr | Debra Dawsey |
| cr | Dora Lawrence |
| inv | Dow Jones & Company, Inc., Boston Globe Media Part |
| unk | Dr. Richard Sackler, Jonathan Sackler, David Sack |
| cr | DuPont de Nemours, Inc. |
| intp | E.R.G. Realty, Inc. |
| unk | Ed Vanicky |
| cr | Edward Grace |
| unk | Edward J. Bisch |
| cr | Eli Medina |
| cr | Eric Hestrup, et al. |
| intp | Essential Raw Materials |
| cr | Express Scripts Senior Care Holdings, Inc. |
| cr | Express Scripts, Inc. |

| | |
|---|---|
| cr | F. Kirk Hopkins |
| cr | Franklin County |
| cr | Fremont County |
| cr | Giant Eagle, Inc. |
| cr | Glenn Golden |
| cr | Gretta Golden |
| unk | Harrison Cullen |
| cr | Heather Enders |
| intp | Her Majesty in Right of the Province of British Co |
| intp | Hospice Provident LLC |
| cr | Hospital Claimants |
| cr | Humboldt County |
| intp | IAF Corporation |
| cr | Independent Public School Districts |
| cr | Island County |
| cr | James Harry Rand |
| intp | Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmace |
| intp | Janssen Pharmaceuticals, Inc. |
| cr | Jason Reynolds |
| cr | Jefferson County |
| cr | Jefferson County |
| unk | Joanne Peterson, Learn to Cope |
| intp | Johnson & Johnson |
| unk | Jonathan Sackler |
| unk | Jonathan Sackler |
| cr | Jordan Chu |
| cr | Jung U. Kim |
| unk | Kara Trainor Brucato |
| cr | Kevin Wilk |
| cr | Kimberly Brand |
| cr | King County |
| cr | Kitsap County |
| cr | Kittitas County |
| cr | La Conner School District |
| cr | La Rue County School District, Kentucky |
| cr | Larimer County |
| cr | Lincoln County |
| unk | Lora Pellegrini, Massachusetts Assoc. of Health Plans |
| cr | Lou Sardella |
| cr | Lummi Tribe of the Lummi Reservation |
| unk | Lydia Conley, ABH |
| cr | MSI Corporation |
| unk | Marcia Julian |
| cr | Maricopa County |
| cr | Marketing Services of Indiana, Inc. |
| unk | Martin Walsh, City of Boston, Massachusetts |
| unk | Maryanne Frangules, MOAR |
| unk | Maryanne Frangules MOAR Executive Director |
| cr | McKesson Corporation |
| cr | McKesson Corporation, on behalf of itself and cert |
| cr | Mesa County |
| cr | Michael Christy |
| unk | Michael Julian |
| cr | Michael Klodzinski |
| cr | Michael Konig |
| cr | Michael Lopez |
| intp | Midvale Chemical Company |
| unk | Mike Sacca |
| cr | Missoula County |
| cr | Mohave County |
| cr | Mount Vernon School District |
| unk | Multi-State Governmental Entities Group |
| cr | NC Dept. of Health and Human Services |

| | |
|---|---|
| cr | Nadja Streiter |
| intp | Nappwood Land Corporation |
| cr | Navajo County |
| cr | Nevada Counties and Municipalities |
| intp | New Suffolk Holdings LLP |
| cr | Nez Perce Tribe |
| intp | Noramco Coventry LLC |
| cr | Northeast Ohio School Board Group |
| cr | Northwest Arizona Employee Benefit Trust |
| intp | Norton Rose Fulbright US LLP |
| intp | Old Republic Insurance Company |
| unk | On behalf of the Farash Family Barbara Farash |
| intp | One Stamford Land Inc. |
| intp | One Stamford Realty L.P. |
| cr | OptumRX, Inc. |
| intp | Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a J |
| intp | PJT Partners LP |
| intp | PRA Holdings, Inc. |
| cr | Pension Benefit Guaranty Corporation |
| intp | Peter W. Jackson |
| intp | Pharma Associates Inc. |
| intp | Pharma Associates L.P. |
| intp | Pharma Technologies Inc. |
| intp | Pharmaceutical Research Associates, Inc. |
| cr | Pierce County |
| unk | Plaintiffs' Co-Leads and Plaintiffs' Executive Com |
| intp | Purdue Biopharma Inc. |
| intp | Purdue Biopharma L.P. |
| intp | Purdue Healthcare Technologies Inc. |
| intp | Purdue Healthcare Technologies L.P. |
| intp | Purdue Pharma Technologies Inc. |
| intp | RSJ Company L.P. |
| intp | Rhodes Pharmaceuticals Inc. |
| intp | Rhodes Technologies Inc. |
| unk | Richard Sackler |
| unk | Ronald Bass, Sr. |
| cr | Ronald D. Stracener |
| cr | Ryan Hampton |
| cr | Saint Regis Mohawk Tribe |
| cr | San Juan County |
| cr | Santa Barbara County |
| intp | Sawwood Land Corporation |
| cr | Sedro-Woolley School District |
| cr | Skagit County |
| cr | Spokane County |
| cr | State of Alabama |
| cr | State of Arizona |
| cr | State of Connecticut |
| cr | State of Missouri, by its Attorney General Eric S. |
| unk | State of Utah |
| intp | State of Washington |
| cr | State of West Virginia, ex. rel. Patrick Morrisey, |
| unk | Stephen G. Gelfand, PROP |
| unk | Steve Walsh, Massachusetts Health & Hospital Assoc |
| unk | Steven A. Tolman, Massachusetts AFL-CIO |
| cr | Teller County |
| cr | Tennessee Plaintiffs |
| cr | Teva Canada Limited |
| cr | Teva Pharmaceuticals USA, Inc. |
| cr | The Board of Education of East Aurora School Distr |
| cr | The Board of Education of Thornton Fractional Town |
| cr | The Board of Education of Thornton Township High S |
| cr | The Makah Indian Tribe |

19-23649-shl    Doc 2110    Filed 12/10/20    Entered 12/11/20 00:08:09    Imaged
Certificate of Notice    Pg 11 of 12

| District/off: 0208-7 | User: | Page 10 of 11 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: 143 | Total Noticed: 241 |

| | | |
|---|---|---|
| crcm | | The Official Committee of Unsecured Creditors of P |
| intp | | The P.F. Laboratories, Inc |
| cr | | The People of the State of California |
| intp | | The Purdue Frederick Company Inc. |
| intp | | The Raymond Sackler Family |
| intp | | The Seven Hundred Realty Corporation |
| intp | | The Terramar Foundation, Inc. |
| cr | | Thermo Fisher Scientific |
| cr | | Thurston County |
| cr | | Tiffany Dunford |
| cr | | Town of Hudson |
| cr | | Town of Lynnfield |
| cr | | Town of Natick |
| cr | | Town of Randolph |
| cr | | Town of Wakefield |
| cr | | Tri-County Health Department |
| cr | | Tulalip Tribes |
| intp | | Various Parties in Support of Massachusetts Attorn |
| intp | | Vitamerican Chemicals, Inc. |
| intp | | Vitamerican Corporation |
| cr | | W. Andrew Fox |
| intp | | Walgreen Co. and certain corporate affiliates and |
| cr | | Walla Walla County |
| intp | | Walmart, Inc. |
| cr | | Westchester Fire Insurance Company |
| cr | | Whatcom County |
| cr | | Whitman County |
| cr | | William Stock |
| cr | | William Taylor |
| cr | | Yuma County |
| cr | | Zachary R. Schneider |
| cr | | the State of Texas, acting by and through the Atto |
| 7625167 | | Al Marino, Inc. |
| 7624303 | | Attorney for Creditor, Ryan Hampton |
| 7707453 | | BR Holding Associates Inc. |
| 7707454 | | BR Holdings Associates L.P. |
| 7598583 | | Community Health Systems, Inc., et al |
| 7597039 | | Notice of Appearance and Request for Service of Pa |
| 7707456 | | PLP Associates Holdings Inc. |
| 7707457 | | PLP Associates Holdings L.P. |
| 7707455 | | Pharmaceutical Research Associates L.P. |
| 7624477 | | The State of Vermont, by and through Attorney Gene |
| 7625166 | | William Stock |
| 7625165 | | William Taylor |
| aty | *+ | Paul S Rothstein, 626 NE 1st Street, Gainesville, FL 32601-3391 |
| smg | *+ | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| cr | *+ | Commonwealth of Massachusetts, Office of the Attorney General, 1 Ashburton Place, Boston, MA 02108-1598 |
| unk | *+ | Community Health Systems, Inc., Tenet Healthcare C, c/o Teitelbaum Law Group LLC, 1 Barker Ave, White Plains, NY 10601-1517 |
| cr | *+ | Hunt Kinnaird, 3855 Blair Mill Road, Apt. 219C, Horsham, PA 19044-2920 |
| unk | *+ | Joan E. Vasko, 155 Old Murphy Road, Zebulon, NC 27597-7447 |
| op | *+ | Kurtzman Carson Consultants LLC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245-5614 |
| unk | *+ | New York State Department of Financial Services, One State Street, New York, NY 10004-1561 |
| cna | *+ | Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165-1446 |
| unk | *+ | Ronald George Dandar, c/o Legal Mail Department, 50 Overlook Drive, LaBelle, PA 15450-1050 |
| cr | *+ | Ronald George Dandar, c/o Legal Mail Department, 50 Overlook Drive, LaBelle, PA 15450-1050 |
| unk | ##+ | Collegium Pharmaceutical, Inc., 780 Dedham Street, Canton, MA 02021-1417 |

TOTAL: 277 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0208-7 | User: | Page 11 of 11 |
| Date Rcvd: Dec 08, 2020 | Form ID: 143 | Total Noticed: 241 |

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020         Signature:         /s/Joseph Speetjens