December 3, 2020

Kevin Lee McKenney Sr.

2388 Prince John Ct.

Quinton, Va 23141

Judge Robert Drain

U.S. Bankruptcy Court

Southern District of New York

300 Quarropas Street

White Plains, New York 10601

In re: Purdue Pharma L.P., et all.

Case No. 19-23649 (RDD)

United States Bankruptcy Court for the Southern District of New York

Dear Judge Drain,

## Motion For Claim Payment

1. Under my claim 41399, as well as the amendments added to the original claim that are listed as claim number 615834, filed by Kevin Mckenney Sr. on my own behalf, I would like to recover catastrophic personal injury damages in the amount of 2,592,104.00, from the initial ingestion of Purdue Pharma's illegally marketed OxyContin.

2. The evidence is clear and compelling that Purdue Pharma's illegal marketing, and other illegal business practices, caused permanent and irreparable damage to my health, my quality of life, and destroyed every aspect of my past, present, and future. From the initial ingestion of OxyContin, the pain and suffering Purdue Pharma caused has been vast and wide-reaching. I was 22 years old when I first ingested OxyContin. At 22 years old I had the potential to be anything and everything I wanted to be in my life. Purdue illegally took everything from me and *then left me with catastrophic brain and liver damage.*

Thank you,

Kevin McKenney Sr.
*Ken McK*
804-346-7089

This I to certify that I have mailed a copy on 12/02/2020 to:
Marshall Huebner
Davis Polk and Wardwell
450 Lexington Ave.
New York, NY 10017