IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **PURDUE PHARMA L.P., et. al**[1] ) | |
| ) | Case No. 19-23649 (RDD) |
| Debtors. ) | |
| ) | (Jointly Administered) |

**FIFTH MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS
AUDITORS AND PROVIDERS OF OTHER PROFESSIONAL SERVICES FOR THE
DEBTORS FOR THE PERIOD FROM
OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| | |
|---|---|
| Name of applicant: | Ernst & Young LLP ("EY LLP") |
| Authorized to Provide Professional Services To: | The Debtors |
| Date of retention: | December 23, 2019 (*nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2020 through October 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $308,000.00 |
| Less 20% Holdback: | $61,600.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $-0- |
| Total Fees and Expenses Due: | $246,400.00 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Dated: December 14, 2020

                                                          */s/Amelia M. Caporale*
                                                        Amelia M. Caporale
                                                        Partner, Ernst & Young LLP
                                                        20 Church Street
                                                        Hartford, CT  06103

# EXHIBIT A

## SUMMARY BY PROFESSIONAL

*Information Security Assessment Services*

| Last Name | First Name | Title | Time |
|---|---|---|---|
| Hoxha | Olga | Senior | 143.0 |
| Lerner | Regan | Senior | 1.5 |
| Mendolera | Nicole | Manager | 4.0 |
| Bellon | Josephine | Manager | 79.0 |
| Lawson | Olatunde | Senior Manager | 37.0 |
| DePersiis | Brian | Partner | 16.0 |
| Caporale | Amelia | Partner | 1.0 |
| **Total** | | | **281.5** |

**Total Fixed Fees Sought for Cyber Security Services: $108,000.00**

*Audit Services*

| Last Name | First Name | Title | Time |
|---|---|---|---|
| Biedziak | Eliza | Senior Manager | 0.5 |
| Caporale | Amelia | Partner/Principal | 9.0 |
| Chun | Sung Hwan | Senior | 3.3 |
| D'Alessandro | Nicholas | Senior | 1.0 |
| Furtado | Justin | Manager | 5.8 |
| Klar | Stephanie | Staff/Assistant | 4.0 |
| Mutlu Tepe | Serpil | Manager | 0.5 |
| Ostling | Danita | Partner/Principal | 0.5 |
| Piotroski | Edmund | Senior | 2.2 |
| Redmond | Robert | Manager | 0.5 |
| Savell | Roger | Partner/Principal | 5.5 |
| Sonika | Avinash | Senior Manager | 4.5 |
| Tran | Loikevin | Manager | 0.5 |
| Ulman | Matthew | Senior | 2.2 |
| Voutsinas | Gregory | Manager | 5.4 |
| **Total** | | | **45.4** |

**Total Fixed Fees Sought for 2020 Audit Services Upon Bankruptcy Court Approval of Expansion of Scope: $200,000.00**

# EXHIBIT B

## SUMMARY BY CATEGORY

*Information Security Assessment Services*

| Project Category | Description | Hours |
|---|---|---|
| Current State | This category includes the analysis of the current policies and processes, to determine the maturity of processes across 20 domains | 281.5 |
| **Total** | | **281.5** |

*Audit Services*

| Time Category | Category Descriptions | Hours |
|---|---|---|
| Bankruptcy | This category includes activities associated with incremental procedures related to the bankruptcy filing | 9.5 |
| Employee Benefit Plan Audit | This category includes activities associated with employee benefit plan (Pension and 401(k)) audits | 6.3 |
| Planning Activities | This category relates to all audit planning activities. | 20.1 |
| Risk Assurance/IT Activities | This category relates to discussion, and analysis relating to application controls, IT audit progress and IT general controls. | 1.5 |
| Year-End Substantive Testing | This category includes activities associated with Year-End audit procedures | 8.0 |
| **Total** | | **45.4** |

| | | |
|---|---|---|
| **Grand Total** | | **326.9** |

# EXHIBIT C

## SUMMARY OF HOURS INCURRED BY PROFESSIONAL

*Information Security Assessment Services*

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Hoxha,Olger | Senior-Grade 2 (42) | 01-Oct-2020 | Current State Analysis | Entered more initial observations into the draft report. Finalized observations for 4 additional domains. | 4.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 01-Oct-2020 | Current State Analysis | Preparation for the Risk Assessment follow up meeting. | 0.5 |
| Hoxha,Olger | Senior-Grade 2 (42) | 01-Oct-2020 | Current State Analysis | Attended the Risk Assessment follow up meeting | 0.5 |
| Hoxha,Olger | Senior-Grade 2 (42) | 01-Oct-2020 | Current State Analysis | Debrief, note clean up, and maturity ranking update from the Risk Assessment follow up meeting. | 1.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 01-Oct-2020 | Current State Analysis | Internal review session with Josephine Bellon to review observations within the draft report. | 0.5 |
| Hoxha,Olger | Senior-Grade 2 (42) | 01-Oct-2020 | Current State Analysis | Entered more initial observations into the draft report | 1.5 |
| Hoxha,Olger | Senior-Grade 2 (42) | 01-Oct-2020 | Current State Analysis | Updated weekly status report for 10/2/2020 | 1.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 01-Oct-2020 | Current State Analysis | Entered more initial observations into the draft report related to Asset Management, and Vulnerability Management | 2.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 02-Oct-2020 | Current State Analysis | Weekly Status Report with Purdue Management | 0.5 |
| Hoxha,Olger | Senior-Grade 2 (42) | 02-Oct-2020 | Current State Analysis | Entered more initial observations into the draft report. Finalized observations for 2 additional domains. | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 02-Oct-2020 | Current State Analysis | Internal review session with Josephine Bellon to review observations within the draft report. | 2.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 02-Oct-2020 | Current State Analysis | Entered more initial observations into the draft report. Finalized observations for 4 additional domains. | 3.5 |
| Hoxha,Olger | Senior-Grade 2 (42) | 02-Oct-2020 | Current State | Reviewed the maturity scoring and drafted slides for Security | 2.0 |

5

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| | | | Analysis | Monitoring and Incident Response. | |
| Bellon, Josephine | Manager-Grade 1 (32) | 01-Oct-2020 | Current State Analysis | Review current state benchmarking for 2 domains | 2.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 01-Oct-2020 | Current State Analysis | Continued review current state benchmarking for 2 domains | 2.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 01-Oct-2020 | Current State Analysis | Review report draft with staff and outline observations structure | 2.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 02-Oct-2020 | Current State Analysis | Review of weekly update and Weekly Status Report with Purdue Management | 1.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 02-Oct-2020 | Current State Analysis | Take senior manager and partner through report draft and review initial observations | 2.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 02-Oct-2020 | Current State Analysis | Review current state benchmarking for 2 domains and clarify questions with client contacts | 2.0 |
| Lawson, Olatunde | Senior Manager - Grade 3 (21) | 01-Oct-2020 | Current State Analysis | Review of reporting template with team | 1.0 |
| Lawson, Olatunde | Senior Manager - Grade 3 (21) | 02-Oct-2020 | Current State Analysis | Status update meetings with client and engagement team to discuss activities for upcoming week | 2.0 |
| DePersiis, Brian | Partner/Principal - (1) | 01-Oct-2020 | Current State Analysis | Review draft notes and outcomes from cyber maturity assessment meetings held to date with Purdue management points of contact re: cyber maturity assessment engagement scope and agreed upon deliverables | 2.0 |
| DePersiis, Brian | Partner/Principal - (1) | 02-Oct-2020 | Current State Analysis | Review draft notes and outcomes from cyber maturity assessment meetings held to date with Purdue management points of contact re: cyber maturity assessment engagement scope and agreed upon deliverables | 2.0 |
| DePersiis, Brian | Partner/Principal - (1) | 05-Oct-2020 | Current State Analysis | Meet with client to discuss team process and review project status materials. | 2.0 |
| DePersiis, Brian | Partner/Principal - (1) | 06-Oct-2020 | Current State Analysis | Meet with team to discuss observations identified and provide guidance on report executive summary | 2.0 |
| DePersiis, Brian | Partner/Principal - (1) | 12-Oct-2020 | Current State Analysis | Reviewed report draft with EY team and provided comments | 2.0 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| DePersiis, Brian | Partner/Principal - (1) | 16-Oct-2020 | Current State Analysis | Review status meeting deck with the EY team and attend the status meeting with the Purdue team | 2.0 |
| Caporale, Amelia | Partner/Principal - (1) | 14-Oct-2020 | Current State Analysis | Reviewed Fee App for September filing to Bankruptcy Court | 0.5 |
| Caporale, Amelia | Partner/Principal - (1) | 14-Oct-2020 | Current State Analysis | Status Update Meeting with Cyber EY Team. | 0.5 |
| Lawson, Olatunde | Senior Manager - Grade 3 (21) | 05-Oct-2020 | Current State Analysis | Meet with client to discuss team process and review project status materials. | 2.0 |
| Lawson, Olatunde | Senior Manager - Grade 3 (21) | 06-Oct-2020 | Current State Analysis | Meet with team to discuss observations identified and provide guidance on current state analysis | 2.0 |
| Lawson, Olatunde | Senior Manager - Grade 3 (21) | 07-Oct-2020 | Current State Analysis | Meet with team to discuss observations identified and provide guidance on recommendations | 1.0 |
| Lawson, Olatunde | Senior Manager - Grade 3 (21) | 08-Oct-2020 | Current State Analysis | Cleared comments provided to team and made direct updates | 1.0 |
| Lawson, Olatunde | Senior Manager - Grade 3 (21) | 09-Oct-2020 | Current State Analysis | Continued to cleared comments provided to team and made direct updates | 2.0 |
| Lawson, Olatunde | Senior Manager - Grade 3 (21) | 12-Oct-2020 | Current State Analysis | Working session with team to discuss leading practice recommendations to be included in report | 2.0 |
| Lawson, Olatunde | Senior Manager - Grade 3 (21) | 13-Oct-2020 | Current State Analysis | Discussion with client on initial draft observations | 2.0 |
| Lawson, Olatunde | Senior Manager - Grade 3 (21) | 14-Oct-2020 | Current State Analysis | Working session with team to clear initial feedback to report output | 1.0 |
| Lawson, Olatunde | Senior Manager - Grade 3 (21) | 15-Oct-2020 | Current State Analysis | Continued working session with team to clear initial feedback to report output | 1.0 |
| Lawson, Olatunde | Senior Manager - Grade 3 (21) | 16-Oct-2020 | Current State Analysis | Review status meeting deck with the EY team and attend the status meeting with the Purdue team | 2.0 |
| Lerner, Regan | Senior-Grade 2 (42) | 07-Oct-2020 | Current State Analysis | Make benchmarking updates in to pull sector benchmarks | 0.5 |
| Lerner, Regan | Senior-Grade 2 (42) | 08-Oct-2020 | Current State Analysis | Make updates to report draft based on initial interview analysis | 1.0 |
| Mendolera, Nicole | Manager-Grade 4 (32) | 07-Oct-2020 | Current State Analysis | Review draft report for sector specific insights and provide comments during live feedback meeting and comments within the draft report | 4.0 |

7

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Bellon, Josephine | Manager-Grade 1 (32) | 04-Oct-2020 | Current State Analysis | Reviewed report draft for updates based on senior manager comments and met with the team for three meetings 30 mins each. | 5.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 05-Oct-2020 | Current State Analysis | Make updates to report draft with the team | 6.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 06-Oct-2020 | Current State Analysis | Review draft updates and additional evidence with Purdue team contacts | 6.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 07-Oct-2020 | Current State Analysis | Reviewed report draft and made updates based on senior manager comments and met with the team for three meetings 30 mins each. | 6.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 08-Oct-2020 | Current State Analysis | Meet with Purdue team for additional clarifications based on report findings. Update report based on feedback. | 5.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 09-Oct-2020 | Current State Analysis | Reviewed report draft for updates based on senior manager comments and met with the team for three meetings 30 mins each. | 4.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 12-Oct-2020 | Current State Analysis | Take senior manager and partner through report draft and review initial observations | 3.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 13-Oct-2020 | Current State Analysis | Review updates made to the report by the senior, and address comments from initial partner review | 3.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 14-Oct-2020 | Current State Analysis | Make updates to the report and current state benchmark based on input from senior manager | 4.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 15-Oct-2020 | Current State Analysis | Review updates made to the report by the senior | 3.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 16-Oct-2020 | Current State Analysis | Status update prep and meeting with Purdue team to provide update on report progress | 1.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 03-Oct-2020 | Current State Analysis | Updated slides and observations related to governance | 2.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 03-Oct-2020 | Current State Analysis | Updated PowerPoint slides within the executive summary of the report based off of feedback | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 03-Oct-2020 | Current State Analysis | Updated slides and observations related to data protection | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 04-Oct-2020 | Current State Analysis | Reviewed and updated draft report slides for vulnerability management | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 04-Oct-2020 | Current State Analysis | Reviewed and updated draft report slides for software security | 2.0 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Hoxha,Olger | Senior-Grade 2 (42) | 04-Oct-2020 | Current State Analysis | Reviewed and updated draft report slides for the executive summary | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 05-Oct-2020 | Current State Analysis | Business Continuity Management, Business Impact Assessment and COVID discussion with Greg Dzurinda | 2.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 05-Oct-2020 | Current State Analysis | Updates made to the Business Continuity Procedures/Disaster Recovery sections of the draft report | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 05-Oct-2020 | Current State Analysis | Draft report updates for the threat intelligence and security monitoring slides | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 05-Oct-2020 | Current State Analysis | Updates to report for the executive summary and benchmark data | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 06-Oct-2020 | Current State Analysis | Internal report review session with leadership to review the executive session and other aspects of the report. | 2.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 06-Oct-2020 | Current State Analysis | Internal review session with the team to review the observation slides related to governance and technical capabilities | 4.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 06-Oct-2020 | Current State Analysis | Updates made to draft report based on internal feedback | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 06-Oct-2020 | Current State Analysis | Updates made to appendices within the draft report | 2.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 07-Oct-2020 | Current State Analysis | Updated sections of the executive summary in preparation for the internal Purdue Observation Review | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 07-Oct-2020 | Current State Analysis | Held an internal meeting to further review Purdue observations | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 07-Oct-2020 | Current State Analysis | Updated report based on feedback received from the internal review sessions, specifically areas related to key themes, awareness, and Architecture. | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 07-Oct-2020 | Current State Analysis | Reviewed and affected updates on the executive summary benchmark data | 2.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 08-Oct-2020 | Current State Analysis | Updated report sections related to governance, strategy, architecture, and operations. | 2.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 08-Oct-2020 | Current State Analysis | Affected updates to Awareness, Data Protection, and Software security | 3.0 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Hoxha,Olger | Senior-Grade 2 (42) | 08-Oct-2020 | Current State Analysis | Updated Host Security and Network Security sections of the draft report. | 2.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 08-Oct-2020 | Current State Analysis | Identity and Access Management, Asset Management, and Third Party management were updated based on internal review comments. | 4.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 12-Oct-2020 | Current State Analysis | Updated report sections related to Business Continuity Procedures/Disaster Recovery, Privacy, and Metrics based on internal review comments | 4.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 12-Oct-2020 | Current State Analysis | Updated report sections related to incident response, vulnerability management, security monitoring, and threat intelligence. | 4.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 12-Oct-2020 | Current State Analysis | Held initial internal draft report review with internal EY team | 2.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 13-Oct-2020 | Current State Analysis | Updated draft report based on initial set of comments from the internal team | 4.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 13-Oct-2020 | Current State Analysis | Updated benchmarking data and executive summary based on comments from the internal team | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 13-Oct-2020 | Current State Analysis | Held 2nd draft report review with internal team | 2.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 14-Oct-2020 | Current State Analysis | Held 3rd draft report review with internal team | 2.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 14-Oct-2020 | Current State Analysis | Updated draft report based on comments from the internal team. | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 14-Oct-2020 | Current State Analysis | Held 4th draft report review with internal team | 2.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 14-Oct-2020 | Current State Analysis | Updated draft report based on comments from the Purdue team. | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 15-Oct-2020 | Current State Analysis | Held initial set of report review sessions with the Purdue team to walk through the executive summary, benchmarking data, and initial set of themes | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 15-Oct-2020 | Current State Analysis | Updated executive summary and themes based on the initial draft review session with Purdue team | 3.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 15-Oct-2020 | Current State Analysis | Updated benchmarking data and executive summary based on comments from the Purdue team | 3.0 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Hoxha,Olger | Senior-Grade 2 (42) | 15-Oct-2020 | Current State Analysis | Affected changes throughout the report based on initial review session with Purdue team | 2.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 16-Oct-2020 | Current State Analysis | Updated sections throughout the report based on feedback from the Purdue team | 4.0 |
| DePersiis, Brian | Partner/Principal - (1) | 19-Oct-2020 | Current State Analysis | Meet with Purdue team for report feedback | 1.0 |
| DePersiis, Brian | Partner/Principal - (1) | 20-Oct-2020 | Current State Analysis | Review updates made by Manager and Senior manager | 1.0 |
| DePersiis, Brian | Partner/Principal - (1) | 21-Oct-2020 | Current State Analysis | Review updates made by Manager and Senior manager | 1.0 |
| DePersiis, Brian | Partner/Principal - (1) | 22-Oct-2020 | Current State Analysis | Meet with Purdue team for report feedback and status update | 1.0 |
| Lawson,Olatunde | Senior Manager - Grade 3 (21) | 19-Oct-2020 | Current State Analysis | Review feedback from Purdue team on our findings and recommendations | 2.0 |
| Lawson,Olatunde | Senior Manager - Grade 3 (21) | 20-Oct-2020 | Current State Analysis | Meet with engagement team and strategize on changes required based on client feedback | 2.0 |
| Lawson,Olatunde | Senior Manager - Grade 3 (21) | 21-Oct-2020 | Current State Analysis | Review updates made by senior and manager to report based on client feedback | 2.0 |
| Lawson,Olatunde | Senior Manager - Grade 3 (21) | 22-Oct-2020 | Current State Analysis | Review updates made by senior and manager to report based on client feedback | 2.0 |
| Lawson,Olatunde | Senior Manager - Grade 3 (21) | 23-Oct-2020 | Current State Analysis | Status update meeting and review of findings with client | 2.0 |
| Lawson,Olatunde | Senior Manager - Grade 3 (21) | 26-Oct-2020 | Current State Analysis | Review sector benchmarking data and insights developed as part of executive summary | 2.0 |
| Lawson,Olatunde | Senior Manager - Grade 3 (21) | 27-Oct-2020 | Current State Analysis | Worked with team on direct updates and to finalize current report prior to socializing with client | 2.0 |
| Lawson,Olatunde | Senior Manager - Grade 3 (21) | 28-Oct-2020 | Current State Analysis | Conducted review session with clients based on revisions made per their feedback | 2.0 |
| Lawson,Olatunde | Senior Manager - Grade 3 (21) | 29-Oct-2020 | Current State Analysis | Review report in Purdue template for completeness, accuracy and formatting | 2.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 19-Oct-2020 | Current State Analysis | Review and make updates to the report based on feedback from Purdue team members | 3.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 20-Oct-2020 | Current State Analysis | Review updates to the report based on feedback provided by Purdue team via email | 3.0 |

11

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Bellon, Josephine | Manager-Grade 1 (32) | 21-Oct-2020 | Current State Analysis | Review additional evidence provided to support changes to documented observations | 4.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 22-Oct-2020 | Current State Analysis | Review updates made by senior based on feedback from Purdue team | 3.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 23-Oct-2020 | Current State Analysis | Status update meeting and review of findings with Purdue team | 1.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 26-Oct-2020 | Current State Analysis | Review benchmarking output with Purdue team members | 1.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 27-Oct-2020 | Current State Analysis | Review updates made to report based on Purdue feedback | 1.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 28-Oct-2020 | Current State Analysis | Held review session with Purdue team to review the latest updates to the report, and made updates to report based on feedback | 2.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 29-Oct-2020 | Current State Analysis | Review report draft in Purdue template to confirm all changes have been made | 2.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 30-Oct-2020 | Current State Analysis | Held review session with Purdue team to make additional updates to report | 2.0 |
| Hoxha, Olger | Senior-Grade 2 (42) | 19-Oct-2020 | Current State Analysis | Updated sections throughout the report based on feedback from the Purdue team | 2.0 |
| Hoxha, Olger | Senior-Grade 2 (42) | 20-Oct-2020 | Current State Analysis | Updated 8sections throughout the report based on feedback from the Purdue team | 2.0 |
| Hoxha, Olger | Senior-Grade 2 (42) | 21-Oct-2020 | Current State Analysis | Updated 8 additional sections throughout the report based on feedback from the Purdue team that was received via email | 2.0 |
| Hoxha, Olger | Senior-Grade 2 (42) | 22-Oct-2020 | Current State Analysis | Updated remaining report sections throughout the report based on feedback from the Purdue team with Josephine. Performed internal review session to verify that all changes were affected | 2.0 |
| Hoxha, Olger | Senior-Grade 2 (42) | 22-Oct-2020 | Current State Analysis | Reviewed draft report and requested changes with the Purdue team | 1.0 |
| Hoxha, Olger | Senior-Grade 2 (42) | 23-Oct-2020 | Current State Analysis | Updated sections throughout the report based on feedback from the Purdue team that was received via the 10/23 meeting | 2.0 |
| Hoxha, Olger | Senior-Grade 2 (42) | 26-Oct-2020 | Current State Analysis | Updated sections throughout the report based on feedback from the Purdue team | 2.0 |
| Hoxha, Olger | Senior-Grade 2 (42) | 27-Oct-2020 | Current State Analysis | Updated sections throughout the report based on feedback from the | 1.0 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| | | | Analysis | Purdue team | |
| Hoxha,Olger | Senior-Grade 2 (42) | 28-Oct-2020 | Current State Analysis | Held review session with Purdue team to review the latest updates to the report. | 1.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 29-Oct-2020 | Current State Analysis | Created a version of the report using the Purdue template | 1.0 |
| Hoxha,Olger | Senior-Grade 2 (42) | 30-Oct-2020 | Current State Analysis | Updated sections throughout the report based on feedback from the Purdue team | 1.0 |
| | | | | **Total** | **281.5** |

**Total Fixed Fees Sought for Cyber Security Services: $108,000.00**

*Audit Services*

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Furtado,Justin V | Manager | 05 Oct 2020 | Year-End Substantive Testing | 1.5 | Discuss Rhodes Technology transaction carrying value and impairment; discuss with management Noramco transaction and preliminary accounting conclusions re: Assets Held for Sale and impairment including review of related Motion filed re: approval by Bankruptcy Court |
| Sonika,Avinash | Senior Manager | 05 Oct 2020 | Year-End Substantive Testing | 1.5 | Discussion on Rhodes Technology sale transaction internally with Amelia Caporale and Justin Furtado (45 minutes) and then with client. Attendees - EY - Amelia Caporale, Avinash Sonika and Justin Furtado. Purdue -Jon Lowne (CFO) and Eric Nowakowski (Controller) |
| Caporale,Amelia M | Partner/ Principal | 05 Oct 2020 | Year-End Substantive Testing | 1.5 | Discuss Rhodes Technology transaction carrying value and impairment; discuss with management Noramco transaction and preliminary accounting conclusions re: Assets Held for Sale and impairment including review of related Motion filed re: approval by Bankruptcy Court |
| Chun,Sung Hwan | Senior | 05 Oct 2020 | Employee Benefit Plan Audit | 1.7 | EY Actuary - internal closing process |
| Savell,Roger B | Partner/ Principal | 06 Oct 2020 | Employee Benefit Plan Audit | 3.0 | EY Actuary - internal closing process |
| Chun,Sung Hwan | Senior | 06 Oct 2020 | Employee Benefit Plan Audit | 0.6 | EY Actuary - internal closing process |
| Sonika,Avinash | Senior Manager | 07 Oct 2020 | Year-End Substantive Testing | 2.0 | Review of Rhodes Technology sale agreement and related other documents, discussion with client (Jon Lowne (CFO) and Eric Nowakowski (Controller)] as well as internally with independent partner and technical team. |
| Caporale,Amelia M | Partner/ Principal | 07 Oct 2020 | Year-End Substantive Testing | 0.5 | Discuss Rhodes Technology transaction - accounting as Held for Sale |
| Chun,Sung Hwan | Senior | 08 Oct 2020 | Employee Benefit Plan Audit | 1.0 | EY Actuary - benefit calculation update |
| Sonika,Avinash | Senior Manager | 09 Oct 2020 | Year-End Substantive Testing | 1.0 | Review of accounting guidance for Rhodes Technology sales agreement |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Piotroski,Edmund Anthony | Senior | 12 Oct 2020 | Planning Activities | 1.2 | Meeting with Senior and Manager group to discuss key business updates for Purdue, and also discuss audit strategy matters. Attendees: Matt Ulman, Eddie Piotroski, Nicholas D'Allesandro, Justin Furtado |
| Voutsinas,Gregory Dimitri | Manager | 12 Oct 2020 | Planning Activities | 1.2 | Meeting with Senior and Manager group to discuss key business updates for Purdue, and also discuss audit strategy matters. Attendees: Matt Ulman, Eddie Piotroski, Nicholas D'Allesandro, Justin Furtado |
| Furtado,Justin V | Manager | 12 Oct 2020 | Planning Activities | 1.2 | Meeting with Senior and Manager group to discuss key business updates for Purdue, and also discuss audit strategy matters. Attendees: Matt Ulman, Eddie Piotroski, Nicholas D'Allesandro, Justin Furtado |
| Voutsinas,Gregory Dimitri | Manager | 12 Oct 2020 | Planning Activities | 1.2 | Meeting with Senior and Manager group to discuss key business updates for Purdue, and also discuss audit strategy matters. Attendees: Matt Ulman, Eddie Piotroski, Nicholas D'Allesandro, Justin Furtado |
| Ulman,Matthew | Senior | 12 Oct 2020 | Planning Activities | 1.2 | Meeting with Senior and Manager group to discuss key business updates for Purdue, and also discuss audit strategy matters. Attendees: Matt Ulman, Eddie Piotroski, Nicholas D'Allesandro, Justin Furtado |
| Furtado,Justin V | Manager | 13 Oct 2020 | Planning Activities | 0.6 | Audit planning and Physical inventory observation discussion with A. Sonika and G. Voutsinas |
| Caporale,Amelia M | Partner/ Principal | 14 Oct 2020 | Bankruptcy | 0.5 | Discuss DOJ litigation status with Jon Lowne |
| Savell,Roger B | Partner/ Principal | 14 Oct 2020 | Bankruptcy | 0.5 | Discuss DOJ litigation status with Jon Lowne |
| Caporale,Amelia M | Partner/ Principal | 15 Oct 2020 | Planning Activities | 0.5 | Planning discussion with Government Pricing team for Medicaid and other Govt pricing |
| Tran,Loikevin | Manager | 15 Oct 2020 | Planning Activities | 0.5 | Eliza A Biedziak; Justin V Furtado;Serpil Mutlu Tepe; Amelia Government pricing scope discussion. |
| Biedziak,Eliza Anna | Senior Manager | 15 Oct 2020 | Planning Activities | 0.5 | Government Pricing Audit Support procedures scope and planning call with Serpil Mutlu Tepe, Kevin Tran, Justin Furtado, Avinash Sonica, Amelia Caporale |
| Mutlu Tepe,Serpil | Manager | 15 Oct 2020 | Planning Activities | 0.5 | Government Pricing Audit Support procedures scope and planning call with Eliza Biedziak, Kevin Tran, Justin Furtado, Avinash Sonica, Amelia Caporale |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Furtado,Justin V | Manager | 15 Oct 2020 | Planning Activities | 0.5 | Government pricing planning call with A. Caporale, A. Sonika, E. Biedzak, S. Multu, K. Tran |
| Savell,Roger B | Partner/ Principal | 16 Oct 2020 | Bankruptcy | 1.0 | Review DOJ settlement |
| Caporale,Amelia M | Partner/ Principal | 22 Oct 2020 | Bankruptcy | 1.0 | Review DOJ settlement |
| Caporale,Amelia M | Partner/ Principal | 23 Oct 2020 | Bankruptcy | 3.5 | DOJ Settlement discussions with Jon Lowne, Roxana Aleali, review of documents, discussions with team |
| Ostling,Danita K | Partner/ Principal | 23 Oct 2020 | Bankruptcy | 0.5 | Meeting with A. Caporale, R. Savell, M. Tucker-McCue, P. Dennin re DOJ settlement |
| Savell,Roger B | Partner/ Principal | 23 Oct 2020 | Bankruptcy | 1.0 | DOJ Settlement discussions with Jon Lowne, Roxana Aleali, review of documents, discussions with team |
| Caporale,Amelia M | Partner/ Principal | 26 Oct 2020 | Bankruptcy | 0.5 | Discuss and review DOJ settlement |
| Caporale,Amelia M | Partner/ Principal | 28 Oct 2020 | Bankruptcy | 0.5 | Review Fourth Combined Monthly Fee Application for submission |
| Piotroski,Edmund Anthony | Senior | 28 Oct 2020 | Planning Activities | 1.0 | Team Meeting to discuss interim audit strategy, requests, and timeline for audit planning procedures. Attendees: Justin Furtado, Gregory Voutsinas, Nicholas D'Alessandro, Eddie Piotroski, Matthew Ulman |
| Voutsinas,Gregory Dimitri | Manager | 28 Oct 2020 | Planning Activities | 1.0 | Team Meeting to discuss interim audit strategy, requests, and timeline for audit planning procedures. Attendees: Justin Furtado, Gregory Voutsinas, Nicholas D'Alessandro, Eddie Piotroski, Matthew Ulman |
| Furtado,Justin V | Manager | 28 Oct 2020 | Planning Activities | 1.0 | Team Meeting to discuss interim audit strategy, requests, and timeline for audit planning procedures. Attendees: Justin Furtado, Gregory Voutsinas, Nicholas D'Alessandro, Eddie Piotroski, Matthew Ulman |
| D'Alessandro,Nicholas A | Senior | 28 Oct 2020 | Planning Activities | 1.0 | Team Meeting to discuss interim audit strategy, requests, and timeline for audit planning procedures. Attendees: Justin Furtado, Gregory Voutsinas, Nicholas D'Alessandro, Eddie Piotroski, Matthew Ulman |
| Ulman,Matthew | Senior | 28 Oct 2020 | Planning Activities | 1.0 | Team Meeting to discuss interim audit strategy, requests, and timeline for audit planning procedures. Attendees: Justin Furtado, Gregory Voutsinas, Nicholas D'Alessandro, Eddie Piotroski, Matthew Ulman |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Redmond,Robert L. | Manager | 28 Oct 2020 | Risk Assurance/IT Activities | 0.5 | Discussion of Purdue IT Audit Scope and plan for the current year. Attendees: Justin Furtado, Bobby Redmond, Gregory Voutsinas |
| Furtado,Justin V | Manager | 29 Oct 2020 | Risk Assurance/IT Activities | 0.5 | Discussion of Purdue IT Audit Scope and plan for the current year. Attendees: Justin Furtado, Bobby Redmond, Gregory Voutsinas |
| Klar,Stephanie | Staff/Assistant | 29 Oct 2020 | Planning Activities | 4.0 | Updated the Current Request List with Prior Year evidence. |
| Voutsinas,Gregory Dimitri | Manager | 29 Oct 2020 | Risk Assurance/IT Activities | 0.5 | Discussion of Purdue IT Audit Scope and plan for the current year. Attendees: Justin Furtado, Bobby Redmond, Gregory Voutsinas |
| Caporale,Amelia M | Partner/Principal | 30 Oct 2020 | Bankruptcy | 0.5 | Review Fourth Combined Monthly Fee Application for submission |
| Furtado,Justin V | Manager | 30 Oct 2020 | Planning Activities | 0.5 | Call to discuss controls reliance testing approach with G. Voutsinas |
| Voutsinas,Gregory Dimitri | Manager | 30 Oct 2020 | Planning Activities | 0.5 | Call to discuss controls reliance testing approach with Justin Furtado |
| Voutsinas,Gregory Dimitri | Manager | 30 Oct 2020 | Planning Activities | 1.0 | Time spent reviewing prior year income statement testing strategy and to figure out savings for the current year |
| | | | **Total** | **45.4** | |

**Total Fixed Fees Sought for 2020 Audit Services Upon Bankruptcy Court Approval of Expansion of Scope: $200,000.00**