FROM THE DESK OF

# Keola Maluhia Kekuewa

December 6, 2020

U.S. Clerk of the
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York, 10601

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

Aloha The Honorable Judge Drain,

Under my claim No. 89773 Keola Maluhia Kekuewa. I would like to recover personal injury damages based on my opiate addiction for the past 20 years. I just turned 43 on November 18, and am reminded on a daily basis of the horrors of opiate addiction. I am on a Buprenorphine protocol lifestyle which is the medication that keeps the addiction in check while I continue to recover. I need closure so I can move on with my life. I am seeking damages in the amount of $2,800,000.00

Purdue Pharma L.P., has admitted in federal court that they are guilty of "gross negligence". The company admitted to 3 felony counts for defrauding the federal government and for misleading the people in charge of making sure doctors don't over-prescribe opiates violating the anti-kickback laws. Purdue kept paying doctors, my doctors, to keep people hooked on opiates. I witnessed firsthand this death dealing practice watching people die in front of my eyes and I was revived three times from accidental overdose. I need closure, please send a check to my legal name Keola Maluhia Kekuewa and send it to my mailing address. I do thank you for your efforts on my behalf, may you have peace.

Your prompt attention to this matter would be greatly appreciated. If you have any questions please contact me directly at (808) 286-2102 or keola.maluhia@yahoo.com

Sincerely yours,

*[signature]*

Keola Maluhia Kekuewa

1982 HOOLAULEA STREET PEARL CITY, HAWAI'I 96782

Keola Mahilia Kekuewa
1982 Hoolaulea Street
Pearl City, Hawaii 96782

U.S. Clerk of the
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601