DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## AMENDED[2] AGENDA FOR DECEMBER 15, 2020 HEARING

Time and Date of Hearing:   December 15, 2020 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:   In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. Please register with Court Solutions at www.court-solutions.com.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold text.**

|  |  |
|---|---|
|  | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 1326458457#. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

### I.    UNCONTESTED MATTERS:

1. ***Third Exclusivity Extension Motion.*** Motion of Debtors for Entry of a Third Order Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof. [ECF No. 2045]

    <u>Objection Deadline</u>: December 11, 2020 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. The Ad Hoc Committee on Accountability's Statement in Support of Motion of Debtors for Entry of a Third Order Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances [ECF No. 2099]

Reply: None

Related Documents:

A. Letter re: Motion of Debtors for Entry of a Third Order Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereto filed by PROP, Executive Director, Mr. Kolodny [ECF No. 2056]

B. Letter re: Motion of Debtors for Entry of a Third Order Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereto filed by David Herzberg and Joseph M. Gabriel [ECF No. 2106]

C. Letter re: Motion of Debtors for Entry of a Third Order Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereto filed by Emily Walden [ECF No. 2108]

Status: This matter is going forward on an uncontested basis.

2. *Interim Fee Applications.* Notice of Third Interim Fee Hearing [ECF No. 2016]

Objection Deadline: December 8, 2020 at 4:00 p.m. (prevailing Eastern Time)

Responses Received: None

Reply: None

Related Documents: None

Interim Fee Applications of the following applicants:

**Debtors' Professionals**
A. KPMG LLP [ECF No. 1921]
B. Arnold & Porter Kaye Scholer LLP [ECF No. 1941]
C. Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 1945]
D. Dechert LLP [ECF No. 1959]
E. King & Spalding LLP [ECF No. 1965]
F. Jones Day [ECF No. 1968]
G. Wilmer Cutler Pickering Hale and Dorr LLP [ECF No. 1969]

      H. PJT Partners LP [ECF No. 1971]
      I. AlixPartners, LLP [ECF No. 1977]
      J. Ernst & Young LLP [ECF No. 1980]
      K. Cornerstone Research [ECF No. 1986]
      L. Davis Polk & Wardwell LLP [ECF No. 1994]

**Official Committee of Unsecured Creditors' Professionals**

      A. Bedell Cristin Jersey Partnership [ECF No. 1976]
      B. Cole Schotz P.C. [ECF No. 1978]
      C. Jefferies LLC [ECF No. 1979]
      D. Kurtzman Carson Consultants LLC [ECF No. 1981]
      E. Province, Inc. [ECF No. 1982]
      F. Akin Gump Strauss Hauer & Feld LLP [ECF No. 1983]
      **G. Bayard P.A. [ECF No. 1984]**

**Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals**

      A. Brown Rudnick LLP [ECF No. 1973]
      B. Otterbourg, P.C. [ECF No. 1990]
      C. FTI Consulting, Inc. [ECF No. 1988]
      D. Gilbert LLP [ECF No. 1989]
      E. Kramer Levin Naftalis & Frankel LLP [ECF No. 1996]
      F. Houlihan Lokey Capital, Inc. [ECF No. 1778 and ECF No. 1991]

**Fee Examiner**

    Bielli & Klauder, LLC [ECF No. 1964]

    <u>Status</u>: This matter is going forward on an uncontested basis.

**II.**     **CONTESTED MATTERS:**

    1. *Ecke Claim Payment Motion*. Motion to Authorize Claim Payment [ECF No. 2032]

        <u>Objection Deadline</u>: December 11, 2020 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Debtors' Objection to Motion for Claim Payment [ECF No. 2116]

Reply: None

Related Documents:

A. Notice of Hearing of Motion to Authorize Claim Payment filed by Maria Ecke [ECF No. 2033]

B. Corrected Notice of Hearing of Motion to Authorize Claim Payment filed by Maria Ecke [ECF No. 2037]

C. Second Corrected Notice of Hearing of Motion to Authorize Claim Payment filed by Maria Ecke [ECF No. 2078]

Status: This matter is going forward on a contested basis.

### III. CONTINUED MATTERS:

1. ***UCC Motion to Compel Production of Purportedly Privileged Documents Based on Failure to Demonstrate Documents Are Privileged.*** Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for *In Camera* Review, Based on Failure of the Sacklers and the Debtors to Demonstrate Documents Identified on Logs Are Privileged [ECF No. 1752]

    Objection Deadline: October 14, 2020 at 11:59 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Objection of Mortimer Sackler Initial Covered Sackler Persons to the Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for *In Camera* Review, Based on Failure of the Sacklers and the Debtors to Demonstrate Documents Identified on Logs Are Privileged [ECF No. 1806]

    B. Debtors' Omnibus Objection to the Official Committee's Motions to Compel Production of the Debtors' Privileged Documents and Cross-Motion for a Protective Order [ECF No. 1808]

    C. The Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' General Challenges Motion [ECF No. 1810]


    D. Amended Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' General Challenges Motion [ECF No. 1816]

    E. The Ad Hoc Group of Non-Consenting States Statement in Support of the Official Committee of Unsecured Creditors Motions to Compel Production of Purportedly Privileged Documents or for in Camera Review [ECF No. 2012]

Reply:

    A. Official Committee of Unsecured Creditors' Reply in Support of Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Failure of the Sacklers to Demonstrate Documents Identified on Logs are Privileged [ECF No. 2013]

Related Documents:

    A. Declaration of Mitchell Hurley Dated September 29, 2020 [ECF No. 1754]

    B  Letter from Audrey Strauss, Acting United States Attorney for the Southern District of New York, Requesting Permission to File a Statement of Interest Regarding the UCC's Motions to Compel Production filed on September 30, 2020 [ECF No. 1803]

    C. Second Declaration of Jasmine Ball Dated October 14, 2020 [ECF No. 1807]

    D. Declaration of Benjamin S. Kaminetzky in Support of Debtors' Omnibus Objection to the Official Committee's Motions to Compel Production of the Debtors' Privileged Documents and Cross-Motion for a Protective Order [ECF No. 1809]

    E. Declaration of Mara Leventhal Dated October 14, 2020 [ECF No. 1812]

    F. Letter from Audrey Strauss, Acting United States Attorney for the Southern District of New York, Making Statement of Interest in Opposition to UCC's Motion to Compel [ECF No. 1821]

    G. Stipulation and Agreed Order Regarding Amended Briefing Schedule in the Chapter 11 Cases [ECF No. 1848]

    H. Notice of Agreement Between Debtors and Official Committee of Unsecured Creditors Regarding Privilege Motions and Adjournment of Hearing with Respect to Remaining Privilege Disputes as to the Sacklers [ECF No. 1908]

    I. Notice of Filing of Stipulation of Settlement and Agreed Order Regarding Official Committee's Motions to Compel and Debtors' Motion for Protective Order [ECF No. 1955]

    J. Declaration of Arik Preis Dated November 18, 2020 [ECF No. 2015]

Status: This matter is continued to December 22, 2020 at 10:00 a.m. (prevailing Eastern Time).

2. ***UCC Motion to Compel Production of Purportedly Privileged Documents Based on Exceptions to Privilege.*** Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for *In Camera* Review, Based on Good Cause, Crime Fraud, and At Issue Exceptions to Claims of Privilege [ECF No. 1753]

    Objection Deadline: October 14, 2020 at 11:59 p.m. (prevailing Eastern Time).

    Responses Received:

        A. Objection by Mortimer Sackler Initial Covered Sackler Persons to the Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for *In Camera* Review, Based on Good Cause, Crime Fraud, and At Issue Exceptions to Claims of Privilege [ECF No. 1804]

        B. Debtors' Omnibus Objection to the Official Committee's Motions to Compel Production of the Debtors' Privileged Documents and Cross-Motion for a Protective Order [ECF No. 1808]

        C. The Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' Exceptions Motion [ECF No. 1811]

        D. Amended Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' Exceptions Motion [ECF No. 1815]

        E. The Ad Hoc Group of Non-Consenting States Statement in Support of the Official Committee of Unsecured Creditors Motions to Compel Production of Purportedly Privileged Documents or for in Camera Review [ECF No. 2012]

        F. The Raymond Sackler Family's Surreply In Further Support of Its Opposition To The Official Committee of Unsecured Creditors' Exceptions Motion [ECF No. 2093]

    G. Sur-Reply Memorandum of Objection of Mortimer Sackler Initial Covered Sackler Persons to the Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privilege [ECF No. 2095]

Reply:

    A. Official Committee of Unsecured Creditors Reply in Support of Its Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privilege [ECF No. 2014]

Related Documents:

    A. Declaration of Mitchell Hurley Dated September 29, 2020 [ECF No. 1754]

    B. Letter from Audrey Strauss, Acting United States Attorney for the Southern District of New York, Requesting Permission to File a Statement of Interest Regarding the UCC's Motions to Compel Production filed on September 30, 2020 [ECF No. 1803]

    C. Declaration of Jasmine Ball Dated October 14, 2020 [ECF No. 1805]

    D. Declaration of Benjamin S. Kaminetzky in Support of Debtors' Omnibus Objection to the Official Committee's Motions to Compel Production of the Debtors' Privileged Documents and Cross-Motion for a Protective Order [ECF No. 1809]

    E. Declaration of Mara Leventhal Dated October 14, 2020 [ECF No. 1812]

    F. Stipulation and Agreed Order Regarding Amended Briefing Schedule in the Chapter 11 Cases [ECF No. 1848]

    G. Notice of Agreement Between Debtors and Official Committee of Unsecured Creditors Regarding Privilege Motions and Adjournment of Hearing with Respect to Remaining Privilege Disputes as to the Sacklers [ECF No. 1908]

    H. Notice of Filing of Stipulation of Settlement and Agreed Order Regarding Official Committee's Motions to Compel and Debtors' Motion for Protective Order [ECF No. 1955]

    I. Declaration of Arik Preis Dated November 18, 2020 [ECF No. 2015]

    J. Notice of Adjournment of Hearing on Privilege Disputes [ECF No. 2092]

    K. Declaration of Mara Leventhal Dated December 9, 2020 [ECF No. 2094]

    L. Supplemental Declaration of Jasmine Ball Dated December 9, 2020 [ECF No. 2096]

Status: This matter is continued to December 22, 2020 at 10:00 a.m. (prevailing Eastern Time).

3. ***Press Motion to Intervene and Unseal.*** Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2022]

Objection Deadline: December 8, 2020 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

    A. The Ad Hoc Group of Non-Consenting States' Statement Regarding the Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2065]

    B. The Ad Hoc Committee on Accountability's Statement in Support of the Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2066]

    C. The NAS Children Ad Hoc Committee's Joinder to the Ad Hoc Group of Non-Consenting States' Statement Regarding the Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC and Reuters News & Media, Inc. [ECF No. 2090]

    **D. Statement of The Raymond Sackler Family In Respect of The Motion To Intervene And Unseal Judicial Records By Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2132]**

Reply: None

Related Documents:

    A. Motion for Leave to File Amended Proposed Order by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2039]

    B. Notice of Rescheduling of Hearing on Motion to Intervene and Unseal Judicial Records and Motion for Leave to File Amended Proposed Order by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2091]

Status: This matter is continued to December 22, 2020 at 10:00 a.m. (prevailing Eastern Time).

4. ***Supplemental Reimbursement Motion.*** Debtors' Motion to Supplement Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals [ECF No. 2030]

Objection Deadline: December 8, 2020 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than the Multi-State Entities Group, with respect to whom the Objection Deadline was extended to December 15, 2020 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Document:

    A. Notice of Adjournment of Hearing Regarding Motion to Supplement Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals [ECF No. 2122]

Status: This matter is continued to December 22, 2020 at 10:00 a.m. (prevailing Eastern Time).

Dated: December 15, 2020
       New York, New York

                                    DAVIS POLK & WARDWELL LLP

                                    By: */s/ Eli J. Vonnegut*
                                             Eli J. Vonnegut

                                  450 Lexington Avenue
                                  New York, New York 10017
                                  Telephone: (212) 450-4000
                                  Facsimile:  (212) 701-5800
                                  Marshall S. Huebner
                                  Benjamin S. Kaminetzky
                                  Timothy Graulich
                                  Eli J. Vonnegut
                                  Christopher S. Robertson

                                  *Counsel to the Debtors*
                                  *and Debtors in Possession*