UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**SUPPLEMENTAL NOTICE OF POTENTIAL ASSUMPTION AND ASSIGNMENT OR ASSIGNMENT, AS APPLICABLE OF CONTRACTS AND PROPOSED CURE COSTS**

**PLEASE TAKE NOTICE** that, on September 14, 2020 the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion of the Debtors for Entry of an Order (I) Approving Sale of Debtors' Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors' Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief* (the "**Motion**") [D.I. 1687] seeking entry of an order, among other things, approving the private sale (the "**Sale**") of the active pharmaceutical products manufacturing facility located in Coventry, Rhode Island (the "**Coventry Facility**") owned and operated by Debtor Rhodes Technologies (the "**Seller**") to Noramco Coventry LLC (the "**Purchaser**").[2]

**PLEASE TAKE FURTHER NOTICE** that, on October 1, 2020, the Bankruptcy Court entered an order (the "**Order**") approving the Motion. *See Order (I) Approving Sale of Debtors' Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors' Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief* [D.I. 1765].

**PLEASE TAKE FURTHER NOTICE** that, among other things, pursuant to the Order, the Debtors will assume and assign to Purchaser certain Executory Contracts as set forth on Schedule 1.1(e) of the APA (as such schedule may be amended from time to time pursuant to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Section 1.5(e) of the APA) and certain Post-Petition Contracts as set forth on Schedule 1.1(f) of the APA (collectively, the "**Assigned Contracts**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraphs 35–37 of the Order, the Purchaser desires to designate certain additional Executory Contracts as potential Assigned Contracts in accordance with the terms of the APA.  A schedule of such Executory Contracts (including cure amounts necessary for the assumption and assignment or assignment, as applicable, thereof ("**Cure Costs**")) is attached as Exhibit A-1 (Executory Contracts) and Exhibit A-2 (Post-Petition Contracts) hereto (the "**Supplemental Schedule of Potential Assigned Contracts and Cure Costs**").

**PLEASE TAKE FURTHER NOTICE** that each Cure Cost listed on the Supplemental Schedule of Potential Assigned Contracts and Cure Costs is the amount, if any, based upon the Debtors' books and records, which the Debtors believe is owed to cure any defaults existing under the applicable potential Assigned Contracts.

**PLEASE TAKE FURTHER NOTICE THAT YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A CONTRACT COUNTERPARTY TO A POTENTIAL ASSIGNED CONTRACT.**  *You should locate your name and your contract in the attached Exhibit A-1 and/or Exhibit A-2.  If you wish to challenge the amount of the Cure Cost listed with respect to any contract or lease that is listed on the Supplemental Schedule of Potential Assigned Contracts and Cure Costs or object to the assumption and assignment or assignment, as applicable, of such contract or lease by the Purchaser, you must object in accordance with the procedures described in this Notice and in the Motion and Order.*

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion and the Order, as well as all related exhibits, including the APA and the Supplemental Schedule of Potential Assigned Contracts and Cure Costs may be obtained free of charge on the Debtors' case website at https://restructuring.primeclerk.com/purduepharma.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

### Filing Supplemental Assumption and Assignment Objections

If you disagree with a Cure Cost listed on the Supplemental Schedule of Potential Assigned Contracts and Cure Costs, or if you object to the proposed assignment to the Purchaser of any Assigned Contract or to the ability of the Purchaser to provide adequate assurance of future performance with respect to any Assigned Contract, you must do so by written objection (a "**Supplemental Assumption and Assignment Objection**") filed by **fourteen (14) days from the date of service of this Notice** (the "**Supplemental Assumption and Assignment Objection Deadline**").

Supplemental Assumption and Assignment Objections, including any objection relating to the Cure Costs necessary for the assumption and assignment or assignment, as applicable, thereof or adequate assurance of the Purchaser's future ability to perform, must (i) be in writing, (ii) comply with the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules, (iii) state,

with specificity, the legal and factual bases thereof, including, if applicable, the Cure Costs the Contract Counterparty believes are required to cure defaults under the relevant potential Assigned Contract and supporting materials evidencing the same, (iv) be filed by no later than the Supplemental Assumption and Assignment Objection Deadline, as applicable, and (v) be served on (A) counsel for the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Ave., New York, New York 10017, Attn: Eli J. Vonnegut and Christopher S. Robertson, (B) counsel to the Purchaser, Kirkland & Ellis LLP, 300 N. LaSalle Street, 36th Floor, Chicago, Illinois 60654, Attn: James A. Stempel, (C) counsel to the Creditors' Committee, Akin Gump Strauss Hauer & Feld LLP, Bank of America Tower, One Bryant Park, New York, New York 10036, Attn: Arik Preis and Sara L. Brauner, and (D) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg (collectively, the "**Supplemental Assumption and Assignment Objection Notice Parties**").

## CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

**Any Contract Counterparty to a potential Assigned Contract listed on the Supplemental Schedule of Potential Assigned Contracts and Cure Costs who fails to timely make an objection to the proposed assumption and assignment or assignment, as applicable, of such contract or lease on or before the Supplemental Assumption and Assignment Objection Deadline in accordance herewith shall be deemed to have consented to the assumption and assignment or assignment, as applicable, of such contract or lease to the Purchaser and to have stipulated to the Cure Costs set forth on the Supplemental Schedule of Potential Assigned Contracts and Cure Costs and shall be forever barred from asserting any objection or claims against the Debtors, the Purchaser or the property of any such parties, relating to the assumption and assignment or assignment, as applicable, of such contract or lease, including asserting additional claims for Cure Costs with respect to such contract or lease. Notwithstanding anything to the contrary in such contract or lease, or any other document, the Cure Costs set forth on the Supplemental Schedule of Potential Assigned Contracts and Cure Costs shall be controlling and shall be the only amount necessary to cure outstanding defaults under the applicable Assigned Contract under section 365(b) of the Bankruptcy Code arising out of or related to any events occurring prior to the date of assignment of such Assigned Contract to the Purchaser, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent or otherwise.**

Dated:   December 15, 2020
         New York, New York

                                DAVIS POLK & WARDWELL LLP

By:   */s/ Eli J. Vonnegut*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**Exhibit A-1**

**Supplemental Schedule of Potential Assigned Contracts and Cure Costs (Executory Contracts)**

| No. | Counterparty | Contract Name | Cure Costs |
|---|---|---|---|
| 1 | Acronis International GmbH | Acronis Software Agreement | $0 |
| 2 | Air Products | Air Products Assignment & Assumption Agreement | $0 |
| 3 | AM Technology | Coflore Software Agreement | $0 |
| 4 | Autodesk | AutoCad and Vault Agreement | $0 |
| 5 | AZ Corporation | AZ_2019 Equipment and Labor Pricing | $0 |
| 6 | Beamex Inc | Beamex Support Agreement Renewal Notification | $0 |
| 7 | Bruker Corporation | Endeavor Advanced Software Agreement | $0 |
| 8 | Emerson Electric Co. | DeltaV Software Agreement | $0 |
| 9 | Energy Management & Control Inc. | EMC Isilon Software Agreement | $0 |
| 10 | Energy Management & Control Inc. | EMC Data Domain Software Agreement | $0 |
| 11 | Energy Management & Control Inc. | EMC VXRail Software Agreement | $0 |
| 12 | EXELE Information Systems, Inc. | Topview Software Agreement | $0 |
| 13 | Fortinet, Inc. | Fortigate Firewalls Software Agreement | $0 |
| 14 | Frederick's Industrial Valve | Frederick's Industrial Valve MSA | $0 |
| 15 | Frontage Lab | Outside Laboratory Reporting Requirements Agreement | $0 |
| 16 | GDI Consulting | GDI Consulting MSA | $0 |
| 17 | GE Digital | iFix Software Agreement | $0 |
| 18 | IMEC Technologies | Hazmat T&T Software Agreement | $0 |
| 19 | Industrial Burner Service, Inc. | Industrial Burner_RT MSA | $0 |
| 20 | JDM Enterprises Inc. | JDM ServPro MSA | $0 |
| 21 | Johnson Controls | BMS & Metasys Software Agreement | $0 |
| 22 | Lavoie & Sons | Lavoie & Sons Service Contract | $3,323 |
| 23 | LK Goodwin | LK Goodwin MSA | $0 |
| 24 | Meriden Cooper Corp. | Meriden Cooper SOW 08182016-1 08-18-19 | $0 |
| 25 | MMI, Inc. | MMI, Inc. SOW 7-31-2022 | $0 |
| 26 | Nadeau Construction | Nadeau Corp_RT MSA (Contracting Services Agreement) | $0 |
| 27 | Nanosyn, Inc. | Nanosyn_RT Master Laboratory and Clinical Services Agreement | $0 |
| 28 | Northeast Electrical | TechConnect Support Renewal | $0 |
| 29 | OVERHEAD DOOR COMPANY | Overhead Door_RT Contracting Services Agreement 4-30-2025 | $0 |
| 30 | OVERHEAD DOOR COMPANY | OHD Amendment 5 | $0 |
| 31 | OVERHEAD DOOR COMPANY | OHD Amendment-6 BP | $0 |
| 32 | Power Products Systems LLC | Power Products_RT SOW 08102014-3 12-31-2020 | $0 |
| 33 | Quadient | Quadient Mailing Solution Order revised June 2021 | $0 |
| 34 | R. Bruce Briggs | R. Bruce Briggs MSA | $0 |
| 35 | Rockwell Automation | Purchase Order 3110030480 | $0 |
| 36 | Rockwell Automation | TechConnect Support Renewal | $0 |
| 37 | Roofing Concepts | Roofing Concepts MSA | $6,083 |
| 38 | S.D. Myers | S.D. Myers MSA 1-31-25 | $0 |
| 39 | Schneider Electric | Schneider OFS Software Agreement | $0 |
| 40 | Schneider Electric | Vijeo Designer Software Agreement | $0 |
| 41 | Siemens Industry, Inc. | Mechanical Services Agreement 11-1-2023 | $34,177* |
| 42 | Siemens Industry, Inc. | Siemens SOW 05282010-26 | |
| 43 | Suez WTS USA, Inc. | Suez WTS USA Inc._RT MSA SOW 06012013-3 05-31-2022 | $22,746** |
| 44 | Summit Biosceinces Inc. | Summit Letter Agreement - Right of First Negotiation for Dronab | $0 |
| 45 | Syncom | Syncom BV_RT MSA 8-31-2025 | $0 |
| 46 | Technobis Crystallization Systems | Crystal 16 Software Agreement | $0 |
| 47 | Technobis Crystallization Systems | Crystalline Software Agreement | $0 |
| 48 | Teledyne Lumenera | Infinity Analyze Software Agreement | $0 |
| 49 | TOOMEY WATER SERVICES INC | Toomey MSA 1-6-21 | $0 |
| 50 | William Scotsman, Inc. | Changing Trailer Lease Ext CPX-11623 12-31-18 | $6,153 |

*Based upon the Debtors' books and records, the Debtors believe that Siemens Industry, Inc. is owed $34,177 to cure any defaults existing under all potential Assigned Contracts between Suez WTS USA, Inc. and any Debtor.

**Based upon the Debtors' books and records, the Debtors believe that Suez WTS USA, Inc. is owed $22,746 to cure any defaults existing under all potential Assigned Contracts between Suez WTS USA, Inc. and any Debtor.

## Exhibit A-2

**Supplemental Schedule of Potential Assigned Contracts and Cure Costs (Post-Petition Contracts)**

| No. | Counterparty | Contract Name | Cure Costs |
|---|---|---|---|
| 1 | Agilent Technologies Inc. | Agilent_RT SOW 12122019-3 12-31-2021 | $0 |
| 2 | ALTIVIA Ketones and Additives, LLC | Purchase Agreement | $0 |
| 3 | Beamex Inc | Beamex Quotation for Software Support Agreement | $0 |
| 4 | Brinkmann Instruments d/b/a Metrohm USA, Inc. | Brinkmann Metrohm SOW 12022010-38 | $0 |
| 5 | Brodie Inc. | Brodie_RT SOW 06172020-7 12-31-2021 | $0 |
| 6 | Burgess USA Training LLC | Burgess USA Training_RT SOW 07212013-8 | $0 |
| 7 | Catalent Pharma Solutions, LLC | Catalent Pharma SOW 03042020-01 | $0 |
| 8 | Cox Business | Commercial Services Agreement | $0 |
| 9 | Energy Machinery Inc. | Energy Machinery_RT SOW 10262014-5 12-31-2021 | $0 |
| 10 | Johnson Controls Fire Protection LP | Johnson Controls Fire_RT SOW 07012014-4 10-31-2021 | $0 |
| 11 | LabelMaster Software | Labelmaster Software Renewal 2020-2021 | $0 |
| 12 | Mettler Toledo Autochem, Inc. | MT Autochem_RT SOW 10012010-17 12-31-2021 | $0 |
| 13 | Mettler-Toledo Autochem Inc | MT Autochem_RT SOW 10012010-19 12-31-2021 | $0 |
| 14 | MicroCad Training & Consulting, Inc. | Autocad Agreement Quote Renewal | $0 |
| 15 | New England Controls Inc. | NECI Inc_RT SOW 10282013-11 06-30-2023 | $0 |
| 16 | S.D. Myers | S.D. Myers SOW 01212010-3 | $0 |
| 17 | STOPWare Inc. | PassagePoint Software Support licenses (license number #SW116053) | $0 |
| 18 | Veolia ES Technical Solutions, LLC | Veolia SOW 07262019-5 (onsite services) | $0 |