# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: | Date Created: 12/16/2020 |
| Case: 19−23649−rdd | Form ID: pdf001 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| cr | Maria Ecke | 8 Glenbrook Dr. | West Simsbury, CT 06092 |
| 7608295 | MILBANK LLP | 55 Hudson Yards | New York, New York 10001 |

TOTAL: 2