UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Sonia Akter, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 10, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on the Fee Application Service List attached hereto as **Exhibit A**:

- Fourteenth Monthly Fee Statement of Arnold & Porter Kaye Scholer LLP for Compensation for Services and Reimbursement of Expenses as Special Counsel for the Debtors for the Period From October 1, 2020 Through October 31, 2020 [Docket No. 2104]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: December 16, 2020

                                                                     */s/ Sonia Akter*
                                                                     Sonia Akter

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 16, 2020, by Sonia Akter, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**Exhibit A**

Exhibit A

Fee Application Service List

Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz<br>One Bryant Park<br>New York NY 10036 | idizengoff@akingump.com<br>apreis@akingump.com<br>mhurley@akingump.com<br>sbrauner@akingump.com<br>elisovicz@akingump.com |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Cole Schotz P.C. | Attn: Justin R. Alberto<br>500 Delaware Avenue, Suite 1410<br>Wilmington DE 19801 | jalberto@coleschotz.com |
| Counsel to the Debtors and Debtors in Possession | Davis Polk & Wardwell LLP | Attn: Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut<br>450 Lexington Avenue<br>New York NY 10017 | Purdue.noticing@dpw.com |
| Office of The United States Trustee | Office of The United States Trustee | Attn: Paul Schwartzberg<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York NY 10014 | paul.schwartzberg@usdoj.gov |
| Debtors | Purdue Pharma L.P. | Attn: President or General Counsel<br>One Stamford Forum, 201 Tresser Boulevard<br>Stamford CT 06901 | Jon.Lowne@pharma.com |