UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SECOND SUPPLEMENTAL DECLARATION OF EDWARD DRUMMOND IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF BEDELL CRISTIN JERSEY PARTNERSHIP AS SPECIAL FOREIGN COUNSEL, *NUNC PRO TUNC*, TO FEBRUARY 27, 2020**

Pursuant to 28 U.S.C. § 1746 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), I, Edward Drummond, hereby declare as follows:

1. I am a partner with Bedell Cristin Jersey Partnership ("Bedell Cristin"), which maintains offices for practice of law at, among other places, 26 New Street, St Helier, Jersey, JE2 3RA. There are no disciplinary proceedings pending against me.

2. I am familiar with the matters set forth herein and submit this second supplemental declaration (the "Second Supplemental Declaration") pursuant to Bankruptcy Code sections 328(a), 330 and 1103 in connection with the *Application of the Official Committee of Unsecured Creditors for an entry of an Order Authorizing Retention and Employment of Bedell Cristin Jersey Partnership as Special Foreign Counsel to the Official Committee of Unsecured*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

*Creditor* Nunc Pro Tunc *to February 27, 2020* [ECF No. 1244] (the "Application")[2] and my initial declaration attached as Exhibit B to the Application (the "Initial Declaration"), the *Declaration of Edward Drummond in Support of the Application of the Official Committee of Unsecured Creditors for an entry of an order authorizing retention and employment of Bedell Cristin Jersey Parntership as Special Foreign Counsel*, Nunc Pro Tunc, *to February 27, 2020* [ECF No. 1244], and the *Order Authorizing Employment and Retention of Bedell Cristin Jersey Partnership as Special Foreign Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to February 27, 2020*, [ECF No. 1310] (the "Retention Order").

3. My Initial Declaration states that Bedell Cristin will bill at its standard hourly rates, as set forth therein, and that such hourly rates are subject to periodic increase in accordance with Bedell Cristin's practices and procedures. The Committee has consented to such ordinary course rate increases.

4. Paragraph 4 of the Retention Order provides that Bedell Cristin will file a supplemental declaration with this Court and give not less than 10 business days' notice to the Debtors, the U.S. Trustee, and the Committee prior to implementing any increases in the rate set forth in my Initial Supplemental Declaration.

5. In the ordinary course, Bedell Cristin has adjusted the hourly rates charged by its professionals and paraprofessionals. Effective as of January 1, 2021, the standard hourly rate ranges established by Bedell Cristin for professionals and paraprofessionals employed are set forth below:

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

| **Billing Category** | **Range** |
| --- | --- |
| Partners | $760 to $770 |
| Senior Counsel and Counsel | $565 |
| Associates | $445 to $465 |
| Paralegals/ Support Specialists | $345 |

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: December 17, 2020

/s/ *Edward Drummond*
Name: Edward Drummond