UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**THIRTEENTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE
OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR
THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | October 1, 2020 through October 31, 2020 |
| Monthly Fees Incurred: | $356,078.50 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:                         $0.00

Total Fees and Expenses Due:                   $356,078.50

This is a:  X  monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

| Docked No./Filed | Compensation Period | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $ 299,802.60 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $357,580.40 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $ - | $ - |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $ - | $ - |

Note: The fee examiner's agreed upon reductions of $30,000 and $17,500 were allocated evenly across fees from the first and second interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1.  The fees and expenses for the period from October 1, 2020 through and including October 31, 2020 (the "**Fee Period**") amount to:

    | | |
    |---|---:|
    | Professional Fees | $356,078.50 |
    | Expenses | 0.00 |
    | **TOTAL** | **$356,078.50** |

2.  In accordance with the Orders, FTI has separately recorded its fees in connection with or relating to the allocation of value among the Debtors' creditors (the "**Allocation Fees**") and has not, to the best of its knowledge, included Allocation Fees in this Fee Statement. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

    | | |
    |---|---:|
    | Professional Fees at 80% | $284,862.80 |
    | Expenses at 100% | 0.00 |
    | **TOTAL** | **$284,862.80** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

7. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than January 1, 2021 (the **"Objection Deadline"**), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
December XX, 2020

                      FTI CONSULTING, INC.
                      Financial Advisors to the Ad Hoc Committee of
                      Governmental and Other Contingent Litigation
                      Claimants of Purdue Pharma L.P.

By:    */s/ Matthew Diaz*
        Matthew Diaz, Senior Managing Director
        Three Times Square, 10th Floor
        New York, New York 10036
        Telephone: (212) 499-3611
        Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD OCTOBER 1, 2020 TO OCTOBER 31, 2020**

| Professional | Position | Specialty | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Diaz, Matthew | Senior Managing Director | Restructuring | $ 1,085 | 82.2 | $ 89,187.00 |
| Joffe, Steven | Senior Managing Director | Tax | 1,125 | 6.0 | 6,750.00 |
| Simms, Steven | Senior Managing Director | Restructuring | 1,295 | 9.6 | 12,432.00 |
| Bradley, Adam | Senior Managing Director | International Healthcare | 1,160 | 2.0 | 2,320.00 |
| Blonder, Brian | Managing Director | Intellectual Property | 730 | 5.7 | 4,161.00 |
| Suric, Emil | Senior Director | Healthcare | 820 | 5.8 | 4,756.00 |
| Bromberg, Brian | Director | Restructuring | 815 | 165.5 | 134,882.50 |
| Kim, Ye Darm | Senior Consultant | Restructuring | 560 | 161.3 | 90,328.00 |
| Kurtz, Emma | Consultant | Restructuring | 415 | 26.8 | 11,122.00 |
| Hellmund-Mora, Marili | Associate | Restructuring | 280 | 0.5 | 140.00 |
| **GRAND TOTAL** | | | | **465.4** | **$ 356,078.50** |

1. Reflects blended hourly rates. Billing rates of international professionals have been translated to USD using the relevant spot rate.

**EXHIBIT B**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD OCTOBER 1, 2020 TO OCTOBER 31, 2020**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 9.6 | $ 5,748.00 |
| 7 | Analysis of Domestic Business Plan | 52.4 | 42,067.00 |
| 9 | Analysis of Employee Comp Programs | 15.7 | 13,949.00 |
| 10 | Analysis of Tax Issues | 12.2 | 11,816.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 155.2 | 116,710.00 |
| 18 | Review of Historical Transactions | 141.3 | 105,777.00 |
| 19 | Case Management | 3.1 | 1,660.50 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 1.1 | 1,193.50 |
| 21 | General Meetings with Counsel and/or Ad Hoc Committee | 13.7 | 13,352.50 |
| 22 | Meetings with Other Parties | 4.8 | 5,208.00 |
| 24 | Preparation of Fee Application | 21.8 | 12,955.00 |
| 28 | Review of IAC Business Plan | 34.5 | 25,641.50 |
|  | **GRAND TOTAL[1]** | **465.4** | **$ 356,078.50** |

1. Billing rates of international professionals have been translated to USD using the relevant spot rate.

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2020 TO OCTOBER 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 10/5/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/6/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/7/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/8/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/9/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/12/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/13/2020 | Simms, Steven | 1.7 | Participate in call with Debtor on go-forward operations issues. |
| 1 | 10/13/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/14/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/15/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/16/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/19/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/20/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/21/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/22/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/23/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/26/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/27/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/28/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/28/2020 | Diaz, Matthew | 0.4 | Review news coverage on the DOJ settlement. |
| 1 | 10/29/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 10/30/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **9.6** | |
| 7 | 9/29/2020 | Kim, Ye Darm | 0.6 | Participate in call re: OxyContin sensitivity cases. |
| 7 | 9/29/2020 | Kim, Ye Darm | 0.4 | Review OxyContin sales forecasts for high case scenarios. |
| 7 | 10/1/2020 | Kim, Ye Darm | 1.0 | Participate in call with Debtors' advisors re: OxyContin forecasts. |
| 7 | 10/1/2020 | Bromberg, Brian | 0.8 | Participate in call with Debtors on the updated OxyContin forecast. |
| 7 | 10/1/2020 | Diaz, Matthew | 0.7 | Participate in call with the Debtors to discuss the updated OxyContin forecast. |
| 7 | 10/1/2020 | Suric, Emil | 2.8 | Prepare analyses re: OxyContin forecast sensitivity relative to Debtors' plan. |
| 7 | 10/1/2020 | Bromberg, Brian | 0.3 | Prepare for call with Debtors on the updated OxyContin forecast. |
| 7 | 10/1/2020 | Suric, Emil | 0.8 | Prepare OxyContin forecast sensitivity presentation. |
| 7 | 10/1/2020 | Diaz, Matthew | 1.1 | Review the Debtors' updated domestic business plan. |
| 7 | 10/11/2020 | Kim, Ye Darm | 0.9 | Review historical OxyContin gross-to-net sales analyses. |
| 7 | 10/12/2020 | Kim, Ye Darm | 2.2 | Prepare analysis of illustrative impact of removal of OxyContin dosages. |
| 7 | 10/12/2020 | Bromberg, Brian | 2.2 | Review diligence follow up list for the NCSG. |
| 7 | 10/13/2020 | Bromberg, Brian | 0.8 | Participate in call with Committee re: Purdue go-forward strategy and Sackler Assets. |
| 7 | 10/13/2020 | Bromberg, Brian | 0.7 | Participate in call with Debtors re: Purdue go-forward strategy. |
| 7 | 10/14/2020 | Bromberg, Brian | 0.7 | Review domestic business plan diligence files from the Debtors. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2020 TO OCTOBER 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 10/14/2020 | Diaz, Matthew | 2.1 | Review the updated Purdue business plan. |
| 7 | 10/16/2020 | Bromberg, Brian | 3.7 | Create cash flow bridge to the Debtors' new business plan. |
| 7 | 10/16/2020 | Bromberg, Brian | 1.0 | Review new business plan diligence update files from the Debtors. |
| 7 | 10/17/2020 | Bromberg, Brian | 1.0 | Finalize and distribute bridge analysis to internal team. |
| 7 | 10/17/2020 | Kim, Ye Darm | 1.2 | Prepare bridge of the updated business plan distributable value. |
| 7 | 10/19/2020 | Kurtz, Emma | 0.5 | Discuss cash flow bridge form previous business plan to latest business plan. |
| 7 | 10/19/2020 | Kim, Ye Darm | 0.8 | Participate in discussion re: domestic business plan cash flow bridge. |
| 7 | 10/19/2020 | Bromberg, Brian | 1.3 | Participate in discussion re: domestic business plan cash flow bridge. |
| 7 | 10/19/2020 | Bromberg, Brian | 2.1 | Review the domestic business plan cash flow bridge analysis. |
| 7 | 10/19/2020 | Diaz, Matthew | 0.8 | Review the updated business plan and the related exhibits to the go forward structure. |
| 7 | 10/19/2020 | Diaz, Matthew | 1.1 | Review the updated business plan bridge reconciliation. |
| 7 | 10/20/2020 | Bromberg, Brian | 0.8 | Review Debtor analysis on Rhodes savings. |
| 7 | 10/20/2020 | Bromberg, Brian | 1.2 | Review Debtor pipeline products for upcoming call. |
| 7 | 10/20/2020 | Kim, Ye Darm | 0.6 | Review Debtors' materials re: savings from the Rhodes Tech sale. |
| 7 | 10/21/2020 | Diaz, Matthew | 0.9 | Review the updated business plan analysis and related sensitivity cases. |
| 7 | 10/22/2020 | Bromberg, Brian | 1.2 | Continue review of Debtor pipeline products for upcoming call. |
| 7 | 10/23/2020 | Bromberg, Brian | 0.7 | Review Debtors' pipeline diligence with team. |
| 7 | 10/26/2020 | Kim, Ye Darm | 0.6 | Review Rhodes pipeline product forecasts. |
| 7 | 10/26/2020 | Bromberg, Brian | 0.8 | Review Rhodes pipeline product forecasts. |
| 7 | 10/27/2020 | Kim, Ye Darm | 0.8 | Participate in a call with the Debtors re: pipeline updates and current progress. |
| 7 | 10/27/2020 | Diaz, Matthew | 0.8 | Participate in a call with the Purdue management team to review the current progress made on the pipeline products. |
| 7 | 10/27/2020 | Suric, Emil | 1.0 | Participate in call re: Debtors' pipeline updates. |
| 7 | 10/27/2020 | Bromberg, Brian | 0.7 | Participate in call with Debtors on current progress of pipeline products. |
| 7 | 10/27/2020 | Bromberg, Brian | 0.7 | Review Debtors' pipeline diligence with team. |
| 7 | 10/27/2020 | Bromberg, Brian | 1.3 | Review newly uploaded dataroom documents re: PHI and PBC. |
| 7 | 10/27/2020 | Diaz, Matthew | 0.8 | Review the Debtors' latest PHI update. |
| 7 | 10/27/2020 | Kim, Ye Darm | 1.5 | Review updates on PHIs and HRT provided in the dataroom. |
| 7 | 10/28/2020 | Bromberg, Brian | 2.4 | Review analysis between business plan and cash flow presentation. |
| 7 | 10/28/2020 | Bromberg, Brian | 0.9 | Review the new Debtor presentation on PBC considerations. |
| 7 | 10/30/2020 | Bromberg, Brian | 0.9 | Continue review bridging analysis to latest PJT presentation. |
| 7 | 10/30/2020 | Bromberg, Brian | 2.2 | Review the bridge analysis to latest PJT presentation. |
| **7 Total** | | | **52.4** | |
| 9 | 10/9/2020 | Bromberg, Brian | 0.5 | Discuss the latest KEIP proposal with counsel. |
| 9 | 10/9/2020 | Diaz, Matthew | 0.4 | Participate in a call with counsel to discuss the insider compensation plans. |
| 9 | 10/9/2020 | Bromberg, Brian | 1.0 | Review KEIP and KERP support files to evaluate the updated proposal. |
| 9 | 10/9/2020 | Diaz, Matthew | 0.7 | Review the latest insider compensation plans and UCC proposal. |
| 9 | 10/9/2020 | Bromberg, Brian | 0.9 | Review the UCC's latest KEIP proposal. |
| 9 | 10/9/2020 | Kim, Ye Darm | 1.6 | Review UCC KEIP settlement proposal and compare with historical payout. |
| 9 | 10/10/2020 | Diaz, Matthew | 0.6 | Review the updated KEIP proposal. |
| 9 | 10/11/2020 | Diaz, Matthew | 0.7 | Review the latest proposed employee compensation and KEIP plans. |
| 9 | 10/12/2020 | Diaz, Matthew | 0.9 | Review the updated UCC KEIP proposal. |
| 9 | 10/13/2020 | Diaz, Matthew | 0.6 | Continue review of the KEIP proposal. |
| 9 | 10/15/2020 | Diaz, Matthew | 0.9 | Participate in a call with the UCC, company and NCSG to discuss certain KEIP and KERP participants. |
| 9 | 10/15/2020 | Bromberg, Brian | 1.2 | Participate in call with Debtor advisors re: KERP identified individuals. |
| 9 | 10/16/2020 | Diaz, Matthew | 0.3 | Participate in a call with Alix to discuss the KEIP proposal. |
| 9 | 10/16/2020 | Diaz, Matthew | 0.8 | Review the updated KEIP proposal. |
| 9 | 10/18/2020 | Kim, Ye Darm | 0.9 | Prepare analysis re: Debtors' updated KEIP proposal to prior compensation figures. |
| 9 | 10/18/2020 | Diaz, Matthew | 0.4 | Review analysis re: historical senior employee compensation comparables. |
| 9 | 10/18/2020 | Bromberg, Brian | 0.8 | Review the Debtors' counterproposal offer on KEIP figures. |
| 9 | 10/18/2020 | Kim, Ye Darm | 0.6 | Review the Debtors' KEIP counterproposal figures. |
| 9 | 10/18/2020 | Diaz, Matthew | 0.5 | Review the updated executive compensation proposal. |
| 9 | 10/21/2020 | Diaz, Matthew | 0.4 | Review the Debtors' updated KEIP proposal. |
| 9 | 10/31/2020 | Bromberg, Brian | 1.0 | Participate in call on KEIP with UCC and NCSG and prepare summary for distribution to internal team. |
| **9 Total** | | | **15.7** | |
| 10 | 10/1/2020 | Bromberg, Brian | 0.7 | Participate in tax call re: structuring considerations. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2020 TO OCTOBER 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 10/12/2020 | Bromberg, Brian | 0.7 | Discuss NCSG tax questions with counsel. |
| 10 | 10/13/2020 | Joffe, Steven | 1.0 | Participate in call re: IAC tax considerations. |
| 10 | 10/13/2020 | Joffe, Steven | 1.4 | Participate in call with Debtors re: tax considerations. |
| 10 | 10/15/2020 | Bromberg, Brian | 0.5 | Correspond with tax counsel on IACs tax considerations. |
| 10 | 10/15/2020 | Joffe, Steven | 0.5 | Review of post-emergence structuring presentation for potential tax issues. |
| 10 | 10/21/2020 | Joffe, Steven | 0.5 | Participate in call re: domestic business tax structuring considerations. |
| 10 | 10/21/2020 | Kim, Ye Darm | 0.5 | Review tax settlement structure presentation from BR. |
| 10 | 10/27/2020 | Joffe, Steven | 1.0 | Participate in call with committee regarding Purdue v. Sacklers tax considerations. |
| 10 | 10/28/2020 | Joffe, Steven | 1.1 | Participate in call with AHC re: tax considerations. |
| 10 | 10/30/2020 | Bromberg, Brian | 0.3 | Discuss tax diligence questions with team. |
| 10 | 10/30/2020 | Diaz, Matthew | 0.9 | Participate in a call with the AHC's tax advisors to discuss tax implications of the proposed go forward structure. |
| 10 | 10/30/2020 | Bromberg, Brian | 0.8 | Participate in call on tax strategy and considerations. |
| 10 | 10/30/2020 | Kim, Ye Darm | 0.4 | Participate in call re: potential operating tax impact analysis. |
| 10 | 10/30/2020 | Joffe, Steven | 0.5 | Participate in call with counsel re: tax calculations from operations. |
| 10 | 10/30/2020 | Bromberg, Brian | 0.9 | Review current tax considerations diligence question list. |
| 10 | 10/30/2020 | Bromberg, Brian | 0.5 | Review historical tax analyses provided to counsel. |
| **10 Total** | | | **12.2** | |
| 16 | 10/1/2020 | Bromberg, Brian | 2.1 | Complete preparation of draft mediation preparation materials. |
| 16 | 10/1/2020 | Kim, Ye Darm | 0.6 | Continue processing revisions for draft slides for presentation re: Mediation Phase 2 prep. |
| 16 | 10/1/2020 | Kim, Ye Darm | 2.1 | Continue to prepare draft slides for presentation re: Mediation Phase 2 prep. |
| 16 | 10/1/2020 | Bromberg, Brian | 3.1 | Create mediation preparation materials for the committee. |
| 16 | 10/1/2020 | Kim, Ye Darm | 0.4 | Participate in call re: presentation for Mediation Phase 2 prep. |
| 16 | 10/1/2020 | Bromberg, Brian | 0.9 | Participate in discussion re: draft mediation preparation materials. |
| 16 | 10/1/2020 | Kim, Ye Darm | 0.6 | Participate in internal call for workplan on the presentation re: Mediation Phase 2 prep. |
| 16 | 10/1/2020 | Kim, Ye Darm | 2.2 | Prepare draft slides for presentation re: Mediation Phase 2 prep. |
| 16 | 10/1/2020 | Kim, Ye Darm | 2.8 | Process revisions and updated draft slides for presentation re: Mediation Phase 2 prep. |
| 16 | 10/1/2020 | Kim, Ye Darm | 1.9 | Process revisions to draft slides for presentation re: Mediation Phase 2 prep. |
| 16 | 10/1/2020 | Kim, Ye Darm | 0.8 | Review post tax values of assets re: Mediation Phase 2 preparation deck. |
| 16 | 10/1/2020 | Bromberg, Brian | 3.2 | Review the latest mediation update presentation to the AHC. |
| 16 | 10/1/2020 | Kim, Ye Darm | 0.7 | Update draft slides for presentation re: Mediation Phase 2 prep. |
| 16 | 10/2/2020 | Kim, Ye Darm | 0.5 | Participate in discussion re: Mediation Phase 2 Report. |
| 16 | 10/2/2020 | Bromberg, Brian | 1.0 | Participate in discussion with team re: revisions to the latest mediation presentation. |
| 16 | 10/2/2020 | Bromberg, Brian | 1.9 | Perform QC on Mediation Phase 2 presentation. |
| 16 | 10/2/2020 | Kim, Ye Darm | 1.2 | Prepare updated value scenarios for latest OxyContin forecast figures. |
| 16 | 10/2/2020 | Kim, Ye Darm | 1.4 | Process additional revisions to the draft slides for presentation re: Mediation Phase 2 prep. |
| 16 | 10/2/2020 | Bromberg, Brian | 2.1 | Process revisions on the latest mediation presentation. |
| 16 | 10/2/2020 | Kim, Ye Darm | 2.3 | Process revisions to the draft slides for presentation re: Mediation Phase 2 prep. |
| 16 | 10/2/2020 | Diaz, Matthew | 2.6 | Review and edit presentation to the AHC subcommittee on the Sackler mediation. |
| 16 | 10/4/2020 | Diaz, Matthew | 1.4 | Review the updated presentation on the Sackler mediation. |
| 16 | 10/5/2020 | Diaz, Matthew | 1.1 | Participate in a call with the AHC professionals to discuss the Sackler mediation report. |
| 16 | 10/5/2020 | Kim, Ye Darm | 1.0 | Participate in call with Counsel re: Mediation Phase 2 overview presentation. |
| 16 | 10/5/2020 | Bromberg, Brian | 1.4 | Participate in call with Counsel re: mediation preparation. |
| 16 | 10/5/2020 | Kim, Ye Darm | 2.4 | Process updates to Mediation Phase 2 overview presentation. |
| 16 | 10/5/2020 | Simms, Steven | 0.6 | Review draft presentation on Sackler asset diligence and current status of mediation. |
| 16 | 10/5/2020 | Bromberg, Brian | 1.1 | Review PEO information in mediation presentation slides. |
| 16 | 10/5/2020 | Diaz, Matthew | 1.9 | Review the updated draft of the Sackler mediation report. |
| 16 | 10/5/2020 | Bromberg, Brian | 1.2 | Review updated revisions on mediation prep slides. |
| 16 | 10/6/2020 | Bromberg, Brian | 1.3 | Participate in call with counsel re: mediation preparation and draft presentation. |
| 16 | 10/6/2020 | Kim, Ye Darm | 1.6 | Process updates to Mediation Phase 2 overview presentation. |
| 16 | 10/6/2020 | Bromberg, Brian | 2.0 | Review and provide revisions to the mediation presentation. |
| 16 | 10/6/2020 | Simms, Steven | 0.9 | Review draft presentation on mediation considerations. |
| 16 | 10/6/2020 | Diaz, Matthew | 1.3 | Review the updated report to the committee on the Sackler mediation. |
| 16 | 10/7/2020 | Kim, Ye Darm | 1.7 | Participate in call re: Purdue Mediation Phase 2 overview presentation. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2020 TO OCTOBER 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 10/7/2020 | Bromberg, Brian | 1.0 | Participate in call re: status of draft mediation presentation. |
| 16 | 10/7/2020 | Diaz, Matthew | 1.7 | Participate in meeting with the AHC subcommittee to present report on topics related to the Sackler mediation. |
| 16 | 10/7/2020 | Diaz, Matthew | 0.5 | Preparation for the meeting with the AHC subcommittee on the Sackler mediation topics. |
| 16 | 10/8/2020 | Kim, Ye Darm | 0.9 | Process revisions to Mediation Phase 2 overview presentation. |
| 16 | 10/8/2020 | Bromberg, Brian | 0.7 | Review revisions incorporated into the latest draft mediation presentation. |
| 16 | 10/9/2020 | Bromberg, Brian | 0.7 | Discuss follow-up information re: mediation considerations for the NCSG. |
| 16 | 10/9/2020 | Kim, Ye Darm | 2.0 | Participate in call with AHC/NCSG re: Mediation Phase 2. |
| 16 | 10/9/2020 | Bromberg, Brian | 0.5 | Participate in call with Debtors re: sale process. |
| 16 | 10/9/2020 | Bromberg, Brian | 2.3 | Participate in call with NCSG re: mediation considerations. |
| 16 | 10/9/2020 | Diaz, Matthew | 0.5 | Participate in call with the UCC to discuss proposed inbound buyer interest. |
| 16 | 10/10/2020 | Bromberg, Brian | 1.2 | Discuss and compile follow-up information for NCSG re: mediation considerations. |
| 16 | 10/11/2020 | Bromberg, Brian | 1.8 | Participate in discussion re: follow up information for NCSG on mediation considerations. |
| 16 | 10/11/2020 | Diaz, Matthew | 1.1 | Review follow-ups from call with the NCSG re: mediation. |
| 16 | 10/12/2020 | Kim, Ye Darm | 0.7 | Participate in call re: Mediation Phase 2 overview follow ups. |
| 16 | 10/12/2020 | Bromberg, Brian | 1.1 | Participate in call with counsel and bankers re: Mediation Phase 2. |
| 16 | 10/12/2020 | Bromberg, Brian | 1.1 | Participate in call with internal team re: Mediation Phase 2. |
| 16 | 10/12/2020 | Kim, Ye Darm | 0.6 | Participate in internal call re: Mediation Phase 2 presentation follow ups. |
| 16 | 10/12/2020 | Diaz, Matthew | 0.9 | Review the updated presentation to the AHC on the Sackler mediation. |
| 16 | 10/13/2020 | Diaz, Matthew | 1.6 | Participate in a call with the Debtors to discuss their proposed post emergence structure. |
| 16 | 10/13/2020 | Kim, Ye Darm | 1.1 | Participate in call re: Mediation Phase 2 Presentation. |
| 16 | 10/13/2020 | Kim, Ye Darm | 1.5 | Participate in call with Debtors re: go-forward business considerations. |
| 16 | 10/13/2020 | Kim, Ye Darm | 1.2 | Process revisions to the Mediation Phase 2 overview presentation. |
| 16 | 10/15/2020 | Kim, Ye Darm | 0.4 | Process revisions to Mediation Phase 2 overview presentation. |
| 16 | 10/16/2020 | Kim, Ye Darm | 1.9 | Assist preparation of analysis re: distributable value scenarios for trust. |
| 16 | 10/16/2020 | Diaz, Matthew | 1.0 | Participate in a call with Houlihan and counsel to discuss post emergence trust structures in connection with mediation. |
| 16 | 10/16/2020 | Diaz, Matthew | 0.9 | Participate in a call with Houlihan to discuss possible post emergence structures. |
| 16 | 10/16/2020 | Bromberg, Brian | 1.2 | Participate in call re: trust governance considerations with counsel. |
| 16 | 10/16/2020 | Kurtz, Emma | 1.0 | Participate in call to review proposed term sheet and impact to distributable value. |
| 16 | 10/16/2020 | Kim, Ye Darm | 1.0 | Participate in call with Counsel and HL re: trust considerations. |
| 16 | 10/16/2020 | Kim, Ye Darm | 0.6 | Participate in call with HL re: distributable value assumptions. |
| 16 | 10/16/2020 | Kim, Ye Darm | 0.6 | Participate in call with HL re: trust considerations. |
| 16 | 10/16/2020 | Kim, Ye Darm | 1.2 | Review analysis re: distributable value bridge to Debtors' latest plan. |
| 16 | 10/16/2020 | Kim, Ye Darm | 0.9 | Review distributable value model for prior assumptions. |
| 16 | 10/18/2020 | Diaz, Matthew | 1.5 | Participate in a call with the AHC professionals to discuss the proposed trust go-forward structure. |
| 16 | 10/18/2020 | Bromberg, Brian | 1.7 | Participate in call with counsel re: trust structuring considerations. |
| 16 | 10/19/2020 | Diaz, Matthew | 0.6 | Participate in a call with the AHC's professionals to discuss the proposed go-forward term sheet structure. |
| 16 | 10/19/2020 | Bromberg, Brian | 1.3 | Participate in call with counsel re: governance issues. |
| 16 | 10/19/2020 | Simms, Steven | 0.6 | Participate in meeting re: presentation on corporate governance items. |
| 16 | 10/19/2020 | Kim, Ye Darm | 2.1 | Prepare analysis of shortfall/surplus of distributable value from insurance and cash contributions. |
| 16 | 10/19/2020 | Bromberg, Brian | 0.9 | Review Houlihan analysis on governance structure considerations. |
| 16 | 10/19/2020 | Diaz, Matthew | 0.5 | Review the proposed go-forward trust structure term sheet. |
| 16 | 10/20/2020 | Kim, Ye Darm | 1.8 | Continue processing updates to surplus/shortfall analysis for distributable value. |
| 16 | 10/20/2020 | Kim, Ye Darm | 0.6 | Correspond with HL re: surplus/shortfall distributable value analysis. |
| 16 | 10/20/2020 | Bromberg, Brian | 0.7 | Prepare and send to Houlihan comments on trust structure analysis. |
| 16 | 10/20/2020 | Kim, Ye Darm | 1.2 | Prepare updated presentation slide re: surplus/short analysis of distributable value. |
| 16 | 10/20/2020 | Kim, Ye Darm | 0.8 | Process revisions to the surplus/shortfall distributable value analysis. |
| 16 | 10/20/2020 | Kim, Ye Darm | 0.9 | Process updates to surplus/shortfall distributable value analysis per call with HL. |
| 16 | 10/20/2020 | Kim, Ye Darm | 1.1 | Process updates to the surplus/shortfall distributable value analysis. |
| 16 | 10/20/2020 | Bromberg, Brian | 3.1 | Review and edit the trust structure cash flow analysis. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2020 TO OCTOBER 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 10/20/2020 | Kim, Ye Darm | 0.3 | Review calculation of asset sale figures in HL presentation for distributable value analysis. |
| 16 | 10/20/2020 | Kim, Ye Darm | 0.9 | Review HL presentation on governance/trust structure. |
| 16 | 10/20/2020 | Bromberg, Brian | 0.7 | Review Houlihan's valuation analysis for distributable value. |
| 16 | 10/20/2020 | Kim, Ye Darm | 1.3 | Update the surplus/shortfall analysis for expected settlements. |
| 16 | 10/21/2020 | Bromberg, Brian | 0.5 | Discuss value shortfall analysis with Houlihan. |
| 16 | 10/21/2020 | Diaz, Matthew | 1.0 | Participate in a call with the AHC professionals to discuss the go-forward trust emergence structure. |
| 16 | 10/21/2020 | Bromberg, Brian | 1.0 | Participate in call on governance considerations with Counsel. |
| 16 | 10/21/2020 | Kim, Ye Darm | 1.0 | Participate in call re: HL Governance/Trust structure presentation. |
| 16 | 10/21/2020 | Bromberg, Brian | 0.8 | Participate in discussion re: distributable value analysis with team. |
| 16 | 10/21/2020 | Kim, Ye Darm | 0.4 | Participate in discussion with HL re: updated distributable value surplus/shortfall analysis. |
| 16 | 10/21/2020 | Kim, Ye Darm | 0.9 | Prepare updated presentation slide for updates to the distributable value analysis. |
| 16 | 10/21/2020 | Kim, Ye Darm | 1.1 | Process revisions to the surplus/shortfall distributable value analysis for trust structure considerations. |
| 16 | 10/21/2020 | Kim, Ye Darm | 1.3 | Process updates to distributable value surplus/shortfall analysis for settlement estimates. |
| 16 | 10/21/2020 | Kim, Ye Darm | 0.6 | Process updates to the distributable value surplus/shortfall analysis for the DOJ settlement. |
| 16 | 10/21/2020 | Bromberg, Brian | 1.5 | Review and process revisions to distributable value analysis based on latest discussions. |
| 16 | 10/21/2020 | Kim, Ye Darm | 2.4 | Review the DOJ settlement materials to incorporate in latest distributable value analysis. |
| 16 | 10/21/2020 | Bromberg, Brian | 2.2 | Review the latest distributable value analysis and provide revisions. |
| 16 | 10/21/2020 | Diaz, Matthew | 0.6 | Review the proposed DOJ settlement and impact on available proceeds. |
| 16 | 10/21/2020 | Diaz, Matthew | 0.9 | Review the updated go-forward trust/governance presentation. |
| 16 | 10/21/2020 | Kim, Ye Darm | 0.7 | Update presentation for latest distributable value surplus/shortfall analysis. |
| 16 | 10/22/2020 | Diaz, Matthew | 0.5 | Review the updated trust presentation on the go-forward structure. |
| 16 | 10/23/2020 | Bromberg, Brian | 1.1 | Participate in call on governance with the subcommittee. |
| 16 | 10/23/2020 | Diaz, Matthew | 1.5 | Participate in call re: Presentation to the AHC subcommittee to discuss go forward Purdue. |
| 16 | 10/27/2020 | Simms, Steven | 0.8 | Participate in call re: Sackler related diligence and investigation issues with case professionals. |
| 16 | 10/27/2020 | Kim, Ye Darm | 1.0 | Participate in meeting re: mediation strategy. |
| 16 | 10/27/2020 | Bromberg, Brian | 0.9 | Participate in professionals call re: mediation strategy. |
| 16 | 10/27/2020 | Bromberg, Brian | 0.4 | Summarize call re: mediation strategy for internal distribution. |
| 16 | 10/28/2020 | Kim, Ye Darm | 1.8 | Prepare bridges of distributable value between sale case scenarios. |
| 16 | 10/28/2020 | Kim, Ye Darm | 0.8 | Review latest draft of the HL structure presentation. |
| 16 | 10/28/2020 | Bromberg, Brian | 0.5 | Review the DOJ settlement terms on impact to distributable value. |
| 16 | 10/28/2020 | Bromberg, Brian | 0.9 | Review the latest trust structure presentation. |
| 16 | 10/28/2020 | Diaz, Matthew | 0.5 | Review the updated post emergence cash flow presentation. |
| 16 | 10/29/2020 | Bromberg, Brian | 2.1 | Participate in call with NCSG re: governance structure. |
| 16 | 10/29/2020 | Kim, Ye Darm | 1.2 | Prepare additional bridge analysis of sale case scenarios. |
| 16 | 10/29/2020 | Kim, Ye Darm | 2.6 | Prepare bridge analysis to PJT's distributable value estimates. |
| 16 | 10/29/2020 | Kim, Ye Darm | 0.9 | Review PJT's presentation on distributable value estimates. |
| 16 | 10/29/2020 | Diaz, Matthew | 0.6 | Review PJT's updated distributable value analysis presentation. |
| 16 | 10/30/2020 | Diaz, Matthew | 0.8 | Participate in a call with the AHC Professionals to discuss the proposed trust structure. |
| 16 | 10/30/2020 | Bromberg, Brian | 1.1 | Participate in call re: mediation considerations. |
| 16 | 10/30/2020 | Kim, Ye Darm | 0.6 | Prepare responses re: variance to PJT distributable value estimate. |
| 16 | 10/30/2020 | Kim, Ye Darm | 1.6 | Process revisions to bridge analysis re: PJT distributable value estimates. |
| 16 | 10/30/2020 | Kim, Ye Darm | 0.9 | Reconcile variances of the bridge analysis re: PJT distributable value estimates. |
| 16 | 10/30/2020 | Kim, Ye Darm | 0.8 | Review surplus/shortfall value analysis for potential tax impacts. |
| 16 | 10/30/2020 | Diaz, Matthew | 1.1 | Review the updated company recovery analysis and reconcile to existing work. |
| **16 Total** | | | **155.2** | |
| 18 | 9/29/2020 | Kim, Ye Darm | 0.5 | Participate in call re: reconciliation of AlixPartners transfers report. |
| 18 | 9/29/2020 | Kim, Ye Darm | 2.8 | Process revisions and updates to the asset and transfers diligence presentation. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2020 TO OCTOBER 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 9/30/2020 | Kim, Ye Darm | 2.3 | Analyze the B-side asset excel spreadsheets for balance sheet items and reconciliation to report. |
| 18 | 9/30/2020 | Kim, Ye Darm | 2.2 | Process revisions to the Sackler Assets and Transfers diligence presentation. |
| 18 | 9/30/2020 | Kim, Ye Darm | 1.2 | Process revisions to the Sackler Assets and Transfers presentation for new B-side information. |
| 18 | 10/5/2020 | Kurtz, Emma | 1.3 | Participate in call with Committee advisors to discuss Sackler asset reports and sales process. |
| 18 | 10/5/2020 | Diaz, Matthew | 0.7 | Review of the updated causes of action analysis against the Sacklers. |
| 18 | 10/6/2020 | Diaz, Matthew | 0.5 | Participate in call with the UCC and KL to discuss their analysis on the causes of action. |
| 18 | 10/12/2020 | Bromberg, Brian | 1.0 | Discuss A Side Sackler asset transfers with team. |
| 18 | 10/12/2020 | Bromberg, Brian | 1.4 | Follow up with Debtors and Counsel on outstanding diligence items re: historical transfers. |
| 18 | 10/12/2020 | Diaz, Matthew | 0.6 | Participate in a call with the counsel to discuss the A side transfers. |
| 18 | 10/12/2020 | Kim, Ye Darm | 0.8 | Participate in call re: A-Side Assets diligence. |
| 18 | 10/12/2020 | Kurtz, Emma | 1.0 | Participate in call with Counsel re: A-side net asset reports and historical cash transfers. |
| 18 | 10/12/2020 | Bromberg, Brian | 1.9 | Review A Side Sackler asset transfer files. |
| 18 | 10/12/2020 | Kurtz, Emma | 0.9 | Review Sackler net asset reports and follow-ups. |
| 18 | 10/12/2020 | Diaz, Matthew | 1.7 | Review the A side cash transfers among individuals and trusts. |
| 18 | 10/13/2020 | Kurtz, Emma | 0.9 | Analyze Sackler A side and B side net asset reports to evaluate how distributions and asset values tie. |
| 18 | 10/13/2020 | Kurtz, Emma | 0.3 | Discuss internally re: Sackler A side net asset reports and proposed analysis of transfers. |
| 18 | 10/13/2020 | Bromberg, Brian | 0.6 | Discuss Sackler transfers and asset diligence workstreams with team. |
| 18 | 10/13/2020 | Bromberg, Brian | 0.6 | Perform review of a specific Sackler investment. |
| 18 | 10/13/2020 | Bromberg, Brian | 0.4 | Perform revision and prepare revisions re: Sackler assets diligence presentation. |
| 18 | 10/13/2020 | Kim, Ye Darm | 2.8 | Prepare summary analysis of A-side historical cash flows. |
| 18 | 10/13/2020 | Kim, Ye Darm | 1.1 | Process updates to summary slides re: A-side cash flows. |
| 18 | 10/13/2020 | Bromberg, Brian | 1.5 | Review A side diligence presentation summary. |
| 18 | 10/13/2020 | Bromberg, Brian | 1.0 | Review and provide revisions to the A side asset diligence summary. |
| 18 | 10/13/2020 | Bromberg, Brian | 1.9 | Review B Side cash transfers analysis file. |
| 18 | 10/13/2020 | Bromberg, Brian | 2.1 | Review the B Side net asset presentation supporting file. |
| 18 | 10/14/2020 | Kim, Ye Darm | 3.2 | Continue preparing summary analysis of A-side distributions. |
| 18 | 10/14/2020 | Bromberg, Brian | 2.2 | Continue review and provide revisions on A side transfers diligence analysis. |
| 18 | 10/14/2020 | Bromberg, Brian | 1.0 | Finalize and distribute A side transfers diligence slides for upcoming call. |
| 18 | 10/14/2020 | Bromberg, Brian | 1.3 | Participate in call with team on A side assets and transfers. |
| 18 | 10/14/2020 | Bromberg, Brian | 0.5 | Participate in discussion of transfers diligence workplan with team. |
| 18 | 10/14/2020 | Kim, Ye Darm | 0.6 | Participate in discussion re: A-side cash flow analysis. |
| 18 | 10/14/2020 | Kim, Ye Darm | 0.5 | Participate in discussion re: next steps for A-side analysis. |
| 18 | 10/14/2020 | Kurtz, Emma | 1.1 | Participate in internal call re: Sackler asset reports and historical distributions workstreams. |
| 18 | 10/14/2020 | Simms, Steven | 0.4 | Participate in internal correspondence re: Sackler diligence items. |
| 18 | 10/14/2020 | Diaz, Matthew | 3.1 | Perform detailed review of the A side historical transfers analysis. |
| 18 | 10/14/2020 | Bromberg, Brian | 1.5 | Perform review of A side cash transfers supporting file. |
| 18 | 10/14/2020 | Kurtz, Emma | 1.3 | Prepare analysis of A side Sackler family members and trusts asset and net asset value as of September 2019. |
| 18 | 10/14/2020 | Kim, Ye Darm | 3.4 | Prepare transfers summary analysis for A-side distributions. |
| 18 | 10/14/2020 | Kim, Ye Darm | 1.2 | Process updates to analysis of A-side distributions per internal comments. |
| 18 | 10/14/2020 | Bromberg, Brian | 0.5 | Review and provide revisions on A side transfers diligence analysis. |
| 18 | 10/15/2020 | Bromberg, Brian | 0.8 | Continue review of A side cash transfers diligence analysis. |
| 18 | 10/15/2020 | Bromberg, Brian | 0.9 | Continue review of A side cash transfers diligence analysis. |
| 18 | 10/15/2020 | Kim, Ye Darm | 1.2 | Participate in call re: A-side distributions analysis. |
| 18 | 10/15/2020 | Bromberg, Brian | 1.1 | Participate in discussion on A side cash transfers with team. |
| 18 | 10/15/2020 | Diaz, Matthew | 1.2 | Perform review of the updated A side transfers analysis. |
| 18 | 10/15/2020 | Kim, Ye Darm | 1.9 | Prepare an updated question list re: A-side distributions. |
| 18 | 10/15/2020 | Kim, Ye Darm | 0.7 | Process updates to A-side distributions diligence question list. |
| 18 | 10/15/2020 | Bromberg, Brian | 0.6 | Review A side cash transfers supporting file. |

# EXHIBIT C
## PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
## DETAIL OF TIME ENTRIES
## FOR THE PERIOD OCTOBER 1, 2020 TO OCTOBER 31, 2020

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 10/15/2020 | Kurtz, Emma | 0.5 | Review A side net asset reports and historical transfers analysis with team to identify next steps. |
| 18 | 10/15/2020 | Bromberg, Brian | 0.9 | Review and finalize draft of A side analysis for distribution to internal team. |
| 18 | 10/16/2020 | Bromberg, Brian | 1.0 | Conduct review of the B side transfers support file. |
| 18 | 10/16/2020 | Bromberg, Brian | 1.2 | Participate in discussion on transfers diligence with internal team. |
| 18 | 10/16/2020 | Kim, Ye Darm | 0.6 | Participate in discussion re: B-side transfers analysis. |
| 18 | 10/16/2020 | Kurtz, Emma | 0.9 | Participate in internal discussion re: B side net asset reports and balance sheets. |
| 18 | 10/16/2020 | Bromberg, Brian | 1.0 | Prepare for call with team re: workstreams on transfers diligence and net asset reports. |
| 18 | 10/16/2020 | Kim, Ye Darm | 1.3 | Prepare updated summary slides re: latest A-side distributions analysis. |
| 18 | 10/16/2020 | Kim, Ye Darm | 0.6 | Process updates to question list re: A-side distributions. |
| 18 | 10/16/2020 | Kurtz, Emma | 0.3 | Review outstanding items related to Sackler net asset reports and historical transfers with team. |
| 18 | 10/16/2020 | Bromberg, Brian | 0.8 | Review the B Side net asset reports and balance sheets file. |
| 18 | 10/16/2020 | Diaz, Matthew | 0.9 | Review the B side transfer analysis and financial statement disclosures. |
| 18 | 10/16/2020 | Bromberg, Brian | 1.2 | Summarize draft diligence responses to outstanding transfers workstream items. |
| 18 | 10/19/2020 | Bromberg, Brian | 0.8 | Create proposed responses list to NCSG questions on transfers diligence. |
| 18 | 10/19/2020 | Simms, Steven | 1.2 | Participate in call re: presentation on Sackler distributions and transfers. |
| 18 | 10/19/2020 | Diaz, Matthew | 1.0 | Participate in call with the UCC and other key stakeholders to discuss the non- cash transfers. |
| 18 | 10/19/2020 | Bromberg, Brian | 1.5 | Participate in call with UCC re: non cash transfers. |
| 18 | 10/19/2020 | Kim, Ye Darm | 1.0 | Participate in meeting re: non-cash transfers analysis by the UCC. |
| 18 | 10/19/2020 | Kim, Ye Darm | 0.8 | Review implied royalty rates from UCC's non-cash transfers analysis. |
| 18 | 10/19/2020 | Bromberg, Brian | 1.3 | Review revised question list for A Side Sacklers. |
| 18 | 10/19/2020 | Diaz, Matthew | 0.6 | Review the UCC's non-cash transfer report. |
| 18 | 10/19/2020 | Kim, Ye Darm | 1.7 | Review the UCC's non-cash transfers analysis presentation. |
| 18 | 10/19/2020 | Bromberg, Brian | 1.3 | Review UCC presentation on non cash transfers. |
| 18 | 10/19/2020 | Kim, Ye Darm | 0.8 | Review updated diligence question list re: A-side distributions. |
| 18 | 10/21/2020 | Bradley, Adam | 2.0 | Review considerations re: OxyContin royalty comparables. |
| 18 | 10/22/2020 | Bromberg, Brian | 1.1 | Create follow up question list re: B side transfers. |
| 18 | 10/22/2020 | Bromberg, Brian | 1.2 | Discuss B side net asset report and transfers with internal team. |
| 18 | 10/22/2020 | Diaz, Matthew | 1.1 | Participate in a call with Huron and Province to discuss the B side transfer analysis. |
| 18 | 10/22/2020 | Bromberg, Brian | 0.8 | Participate in call with Huron re: Side B transfers. |
| 18 | 10/22/2020 | Bromberg, Brian | 1.7 | Prepare for call with Sackler advisors on B side transfers. |
| 18 | 10/22/2020 | Diaz, Matthew | 0.4 | Review next steps and workplan from call with Sackler advisors and UCC on the B side analysis. |
| 18 | 10/22/2020 | Diaz, Matthew | 2.2 | Review the B side transfers analysis. |
| 18 | 10/22/2020 | Diaz, Matthew | 1.3 | Review the Sackler B side net asset report. |
| 18 | 10/23/2020 | Kim, Ye Darm | 2.6 | Continue to prepare comparative analysis of AlixPartners' cash transfer report and UCC analysis. |
| 18 | 10/23/2020 | Bromberg, Brian | 1.9 | Discuss UCC non cash transfers report with team. |
| 18 | 10/23/2020 | Kim, Ye Darm | 0.6 | Participate in call re: UCC transfers analysis review. |
| 18 | 10/23/2020 | Kurtz, Emma | 0.4 | Participate in internal discussion re: comparison of the UCC non-cash transfers report to the Alix report to tie to financial information received. |
| 18 | 10/23/2020 | Kim, Ye Darm | 1.8 | Prepare comparative analysis to AlixPartners' non-cash transfers report and UCC analysis. |
| 18 | 10/23/2020 | Kim, Ye Darm | 1.9 | Prepare list of diligence questions re: UCC transfers review. |
| 18 | 10/23/2020 | Bromberg, Brian | 1.5 | Review Province question list on transfer diligence and provide revisions. |
| 18 | 10/23/2020 | Diaz, Matthew | 1.7 | Review the UCC's non cash transfer report and related next steps. |
| 18 | 10/23/2020 | Bromberg, Brian | 1.5 | Review UCC presentation on non cash transfers. |
| 18 | 10/23/2020 | Kim, Ye Darm | 0.9 | Review UCC's Transfers Analysis report. |
| 18 | 10/26/2020 | Bromberg, Brian | 1.3 | Continue revisions of Province's diligence question list to reflect internal analyses. |
| 18 | 10/26/2020 | Bromberg, Brian | 1.0 | Perform calculation of illustrative B Side investment returns. |
| 18 | 10/26/2020 | Kim, Ye Darm | 1.4 | Prepare model to sensitize royalty rates for transfers analysis. |
| 18 | 10/26/2020 | Kim, Ye Darm | 0.7 | Process additional revisions to the UCC Transfer Review diligence questions. |
| 18 | 10/26/2020 | Kim, Ye Darm | 0.9 | Process updates to UCC Transfers Review diligence questions. |
| 18 | 10/26/2020 | Kim, Ye Darm | 0.7 | Review analysis of B-side historical returns estimate. |
| 18 | 10/26/2020 | Bromberg, Brian | 2.0 | Review and process revisions to Province's transfers diligence question list. |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD OCTOBER 1, 2020 TO OCTOBER 31, 2020

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 10/26/2020 | Kurtz, Emma | 0.3 | Review B-Side balance sheets provided by Huron as backup to the October 2019 asset report. |
| 18 | 10/26/2020 | Bromberg, Brian | 0.7 | Review B-side trust balance sheets to compare with net asset reports. |
| 18 | 10/26/2020 | Diaz, Matthew | 1.1 | Review the B side transfers analysis. |
| 18 | 10/26/2020 | Diaz, Matthew | 0.9 | Review the non cash transfer report and related diligence questions list. |
| 18 | 10/29/2020 | Blonder, Brian | 1.0 | Calls with FTI IP group and matter team. regarding royalty rates. |
| 18 | 10/29/2020 | Bromberg, Brian | 0.6 | Finalize and distribute A side transfers diligence questions to Counsel. |
| 18 | 10/29/2020 | Diaz, Matthew | 0.5 | Participate in a call with the UCC to discuss the non cash transfers report. |
| 18 | 10/29/2020 | Kim, Ye Darm | 0.5 | Participate in call with Province re: UCC Transfers Review diligence. |
| 18 | 10/29/2020 | Kurtz, Emma | 0.7 | Participate in call with UCC and Counsel to discuss UCC analysis of historical transfers. |
| 18 | 10/29/2020 | Bromberg, Brian | 0.8 | Participate in call with UCC on non cash transfers. |
| 18 | 10/29/2020 | Bromberg, Brian | 1.0 | Participate in discussion on royalties with internal team and distribute relevant historical licensing agreements. |
| 18 | 10/29/2020 | Blonder, Brian | 0.5 | Preliminary research regarding pharma industry royalty rates. |
| 18 | 10/29/2020 | Bromberg, Brian | 2.3 | Prepare for call with UCC on non cash transfers. |
| 18 | 10/29/2020 | Bromberg, Brian | 1.2 | Process revisions to illustrative B side investment return analysis file. |
| 18 | 10/29/2020 | Blonder, Brian | 0.9 | Review 10/19/2020 presentation document regarding royalty rates. |
| 18 | 10/29/2020 | Kim, Ye Darm | 1.3 | Review historical notes receivables supporting documents. |
| 18 | 10/29/2020 | Diaz, Matthew | 0.6 | Review the B side transfers and the investment return analysis. |
| 18 | 10/29/2020 | Diaz, Matthew | 0.6 | Review the non cash royalty rates used in the Ocean Tomo analysis. |
| 18 | 10/29/2020 | Kim, Ye Darm | 0.5 | Review updated B-Side implied returns analysis. |
| 18 | 10/30/2020 | Blonder, Brian | 1.2 | Conduct review of 2002 to 2005 UK license and amendments. |
| 18 | 10/30/2020 | Blonder, Brian | 0.4 | Correspond with IP team on royalty diligence issues. |
| 18 | 10/30/2020 | Blonder, Brian | 0.8 | Perform review of current licenses for 5 countries between 2016 to 2018. |
| 18 | 10/30/2020 | Blonder, Brian | 0.9 | Prepare summary schedule of license agreements reviewed including key deal terms. |
| **18 Total** | | | **141.3** | |
| 19 | 10/13/2020 | Kim, Ye Darm | 0.6 | Participate in call re: outstanding diligence workstreams. |
| 19 | 10/13/2020 | Kurtz, Emma | 0.4 | Review recently uploaded dataroom documents to update dataroom index and share with team. |
| 19 | 10/14/2020 | Kurtz, Emma | 0.7 | Update dataroom index to include recently received diligence items to share with team. |
| 19 | 10/16/2020 | Bromberg, Brian | 0.5 | Participate in call re: diligence work plan with internal team. |
| 19 | 10/16/2020 | Kim, Ye Darm | 0.6 | Participate in call re: outstanding diligence workstreams. |
| 19 | 10/26/2020 | Kurtz, Emma | 0.3 | Prepare updates to dataroom index to include recently uploaded documents. |
| **19 Total** | | | **3.1** | |
| 20 | 10/9/2020 | Diaz, Matthew | 0.5 | Participate on a call with the Debtors' to discuss possible buyers' interest. |
| 20 | 10/10/2020 | Diaz, Matthew | 0.6 | Participate in a call with PJT to discuss the results of the call with the NCSG. |
| **20 Total** | | | **1.1** | |
| 21 | 10/7/2020 | Simms, Steven | 1.6 | Participate in call with AHC on proposed settlement and Sackler investigation progress. |
| 21 | 10/7/2020 | Diaz, Matthew | 1.1 | Participate in the Purdue AHC call to discuss the Sackler mediation and other topics. |
| 21 | 10/9/2020 | Diaz, Matthew | 0.5 | Participate in a call with AHC counsel to discuss possible inbound interest. |
| 21 | 10/13/2020 | Diaz, Matthew | 1.0 | Participate in a call with the AHC to discuss the post emergence structure. |
| 21 | 10/13/2020 | Simms, Steven | 1.1 | Participate in call re: Presentation on Sackler issues with AHC. |
| 21 | 10/15/2020 | Simms, Steven | 0.7 | Participate in call with AHC re: ongoing diligence and case issues. |
| 21 | 10/15/2020 | Diaz, Matthew | 0.6 | Participate in the AHC call to discuss the Sackler mediation, current issues and other topics. |
| 21 | 10/15/2020 | Kim, Ye Darm | 0.8 | Participate in weekly AHC call to discuss mediation issues and ongoing diligence. |
| 21 | 10/15/2020 | Bromberg, Brian | 0.6 | Participate in weekly Committee call re: diligence updates. |
| 21 | 10/21/2020 | Kim, Ye Darm | 0.9 | Participate in AHC call re: ongoing diligence. |
| 21 | 10/21/2020 | Bromberg, Brian | 0.7 | Participate in weekly Committee call re: diligence updates. |
| 21 | 10/28/2020 | Diaz, Matthew | 1.1 | Participate in a call with the AHC to discuss the mediation, presentation to be presented to the NCSG re post emergence trust structure and other topics. |
| 21 | 10/28/2020 | Suric, Emil | 1.2 | Participate in AHC meeting re: diligence updates on product forecasts. |
| 21 | 10/28/2020 | Bromberg, Brian | 1.1 | Participate in call with AHC re: IAC diligence updates. |
| 21 | 10/28/2020 | Kim, Ye Darm | 0.7 | Participate in weekly AHC call re: diligence updates. |
| **21 Total** | | | **13.7** | |

EXHIBIT C
PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
DETAIL OF TIME ENTRIES
FOR THE PERIOD OCTOBER 1, 2020 TO OCTOBER 31, 2020

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 22 | 10/9/2020 | Diaz, Matthew | 1.9 | Participate in a call with the NCSG to discuss the Sackler mediation. |
| 22 | 10/9/2020 | Diaz, Matthew | 0.6 | Prepare for the call with the non consenting states regarding mediation issues. |
| 22 | 10/29/2020 | Diaz, Matthew | 2.3 | Participate in a call with the NCSG to discuss the proposed go forward emergence structure. |
| **22 Total** | | | **4.8** | |
| 24 | 10/22/2020 | Kim, Ye Darm | 2.1 | Continue to prepare the September Fee Application. |
| 24 | 10/22/2020 | Kim, Ye Darm | 2.3 | Continue to prepare the September fee application. |
| 24 | 10/22/2020 | Kurtz, Emma | 0.4 | Prepare revisions to analysis re: fee application write offs to incorporate internal revisions. |
| 24 | 10/22/2020 | Kim, Ye Darm | 2.4 | Prepare the Purdue September fee application. |
| 24 | 10/22/2020 | Kim, Ye Darm | 1.2 | Process revisions to the September Purdue fee application. |
| 24 | 10/22/2020 | Diaz, Matthew | 0.7 | Review the September bill. |
| 24 | 10/23/2020 | Kim, Ye Darm | 0.6 | Process updates to the August Fee App per comments from Counsel. |
| 24 | 10/26/2020 | Kim, Ye Darm | 1.9 | Prepare the third interim fee application. |
| 24 | 10/27/2020 | Kim, Ye Darm | 1.6 | Prepare the third interim fee application. |
| 24 | 10/28/2020 | Kim, Ye Darm | 2.6 | Prepare the third interim fee application. |
| 24 | 10/28/2020 | Kim, Ye Darm | 2.7 | Prepare the third interim fee application. |
| 24 | 10/28/2020 | Kim, Ye Darm | 1.7 | Process revisions to the third interim fee application. |
| 24 | 10/29/2020 | Hellmund-Mora, Maril | 0.5 | Process the August fee application. |
| 24 | 10/29/2020 | Diaz, Matthew | 1.1 | Review of the 3rd interim fee application. |
| **24 Total** | | | **21.8** | |
| 28 | 9/30/2020 | Kim, Ye Darm | 1.8 | Review the latest IAC model product P&Ls. |
| 28 | 10/7/2020 | Kim, Ye Darm | 0.7 | Participate in call re: updated IAC business plan. |
| 28 | 10/7/2020 | Bromberg, Brian | 1.0 | Participate in call with Management Revisions re: latest IAC business plan. |
| 28 | 10/7/2020 | Kurtz, Emma | 0.7 | Participate in call with Steve Jamieson re: outstanding questions on latest IAC business plan model. |
| 28 | 10/7/2020 | Kim, Ye Darm | 0.3 | Review financial material re: IAC business plan prior to call. |
| 28 | 10/12/2020 | Diaz, Matthew | 1.0 | Participate in a call with Deutsche Bank re: the IAC sale process. |
| 28 | 10/12/2020 | Diaz, Matthew | 0.5 | Participate in a call with the AHC professionals to discuss the IAC due diligence. |
| 28 | 10/12/2020 | Kim, Ye Darm | 1.0 | Participate in call with Deutsche Bank re: IAC sale process. |
| 28 | 10/12/2020 | Bromberg, Brian | 1.1 | Participate in call with Deutsche Bank re: IAC sale. |
| 28 | 10/12/2020 | Kurtz, Emma | 1.0 | Participate in call with Deutsche Bank to discuss IAC sale process. |
| 28 | 10/12/2020 | Bromberg, Brian | 0.8 | Review the updated IAC business plan financials. |
| 28 | 10/14/2020 | Diaz, Matthew | 0.5 | Participate in a call with Alix to discuss the IAC tax analysis. |
| 28 | 10/14/2020 | Bromberg, Brian | 0.5 | Participate in call with Debtor advisors re: IAC tax diligence. |
| 28 | 10/15/2020 | Bromberg, Brian | 1.5 | Create agenda for upcoming LEK Consulting meeting. |
| 28 | 10/15/2020 | Bromberg, Brian | 1.1 | Participate in call with LEK Consulting re: IACs. |
| 28 | 10/15/2020 | Kim, Ye Darm | 1.0 | Participate in call with LEK re: IAC business plan. |
| 28 | 10/15/2020 | Kurtz, Emma | 1.0 | Participate in call with LEK to review commercial due diligence report and analysis of business plan projections. |
| 28 | 10/15/2020 | Kurtz, Emma | 0.4 | Prepare detailed summary of call with LEK to share with team. |
| 28 | 10/16/2020 | Diaz, Matthew | 0.5 | Review notes coming out of the LEK call and related analysis. |
| 28 | 10/21/2020 | Diaz, Matthew | 0.5 | Participate in a call with counsel to discuss tax efficiency strategies re: the IACs. |
| 28 | 10/23/2020 | Bromberg, Brian | 0.9 | Create question list for call with IAC CEO. |
| 28 | 10/23/2020 | Diaz, Matthew | 0.5 | Review the agenda and questions for the call with IAC CEO Marc Princen. |
| 28 | 10/26/2020 | Diaz, Matthew | 1.0 | Participate in a call with Mundipharma's CEO to discuss the current status of the business. |
| 28 | 10/26/2020 | Diaz, Matthew | 0.7 | Participate in a call with the Debtors' and AHC's professionals to discuss the ramifications of the IAC CEO call. |
| 28 | 10/26/2020 | Bromberg, Brian | 1.2 | Participate in call with CEO of Mundipharma. |
| 28 | 10/26/2020 | Kim, Ye Darm | 1.0 | Participate in call with IAC CEO re: YTD results and strategic initiatives. |
| 28 | 10/26/2020 | Kurtz, Emma | 1.0 | Participate in call with Marc Princen, Mundipharma CEO, to discuss his initiatives and changes to the business plan. |
| 28 | 10/26/2020 | Bromberg, Brian | 0.7 | Participate in coordination call with UCC and Debtor advisors re: IACs. |
| 28 | 10/26/2020 | Bromberg, Brian | 0.5 | Prepare summary of call with the IAC CEO. |
| 28 | 10/26/2020 | Bromberg, Brian | 1.2 | Review the updated IAC business plan financial information. |
| 28 | 10/27/2020 | Kurtz, Emma | 0.9 | Prepare revisions to analysis of iterations of IAC business plans to conform with files received from the Company and changes. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD OCTOBER 1, 2020 TO OCTOBER 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 10/27/2020 | Kurtz, Emma | 1.1 | Review iterations of IAC business plan to evaluate changes to net sales from earlier models to September models. |
| 28 | 10/27/2020 | Bromberg, Brian | 1.8 | Review prior IAC analyses on sum of the parts valuations. |
| 28 | 10/27/2020 | Diaz, Matthew | 0.9 | Review the updated IAC operating results. |
| 28 | 10/27/2020 | Bromberg, Brian | 1.1 | Review YTD IAC financial performance against the business plan. |
| 28 | 10/27/2020 | Kim, Ye Darm | 0.8 | Review YTD performance against latest IAC business plan. |
| 28 | 10/28/2020 | Bromberg, Brian | 1.5 | Create summary points for discussion re: IAC diligence status for a call with the AHC. |
| 28 | 10/28/2020 | Bromberg, Brian | 0.8 | Review and update diligence questions for IACs re: updated business plan. |
| **28 Total** | | | **34.5** | |
| **Grand Total** | | | **465.4** | |