# EXHIBIT 3

UNREDACTED – SHOULD NOT BE FILED ON ECF – CONTAINS INFORMATION IN EXHIBIT 3 PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

19-23649-shl Doc 2160-3 Filed 12/18/20 Entered 12/18/20 18:12:59 Exhibit 3 Pg 2 of 5

| From: | Benedict, Kathryn S. |
| Sent: | Tuesday, February 11, 2020 8:04 PM |
| To: | Hurley, Mitchell; Porter, Katherine |
| Cc: | apreis@akingump.com; PURDUE AKIN LIT; Hoff, Robert; Paul.lafata@dechert.com; Huebner, Marshall S.; Duggan, Charles S.; Kaminetzky, Benjamin S.; McClammy, James I.; Oluwole, Chautney M.; Clarens, Margarita; Guo, Angela W. |
| Subject: | RE: Purdue DGI Coding |

Dear Mitch,

Debtors have provided the UCC with Purdue's issue coding, Purdue's DGI coding, Purdue's trial exhibit tagging, and plaintiffs' trial exhibit tagging, all to assist in your review of the documents. Indeed, the UCC has had the trial exhibit tagging, which seems likely to identify those documents deemed by Purdue and by plaintiffs to be most relevant to meeting their respective burdens of proof on the various liability claims, since mid-November.

Thanks,
Kathryn

**Kathryn S. Benedict**

**Davis Polk & Wardwell** LLP
450 Lexington Avenue | New York, NY 10017
+1 212 450 3508 tel | █████████ mobile
kathryn.benedict@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

**From:** Hurley, Mitchell <mhurley@AkinGump.com>
**Sent:** Tuesday, February 11, 2020 12:17 PM
**To:** Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; Porter, Katherine <kporter@akingump.com>
**Cc:** apreis@akingump.com; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Hoff, Robert <RHoff@wiggin.com>; Paul LaFata - Dechert LLP (paul.lafata@dechert.com) <paul.lafata@dechert.com>; Huebner, Marshall S. <marshall.huebner@davispolk.com>; Duggan, Charles S. <charles.duggan@davispolk.com>; Kaminetzky, Benjamin S. <ben.kaminetzky@davispolk.com>; McClammy, James I. <james.mcclammy@davispolk.com>; McMillian, Chautney R. <chautney.mcmillian@davispolk.com>; Clarens, Margarita <margarita.clarens@davispolk.com>; Guo, Angela W. <angela.guo@davispolk.com>
**Subject:** RE: Purdue DGI Coding

Kathryn: I believe you are referring to the general tags that were provided to the Official Committee last year (reprinted below) and that in many cases are associated with thousands, or tens or even hundreds of thousands of individual documents. We had understood the Debtors would provide the Official Committee with access to the entire "tab palette" Purdue used in reviewing the documents that were produced in opioid litigation pre-petition. Access to all tags should allow us to define more limited groups of documents for further review and save substantial estate resources. Are you saying that between the DGI tags and the tags supplied last year the Debtors already have provided the full tag palette? If not, is there some reason you are unwilling to provide the balance of the tags? Please advise, or if you would prefer to discuss please feel free to give me or Katherine Porter a call. Thanks. Mitch

01-Long-term effectiveness
02-Increased Doses
03-Improved Function
04-Addiction
05-Abuse and Overdose
06-Reformulated OxyContin
07-ADD
08-SOM/DEA
09-Q12h Dosing
10-Relationships with Key Opinion Leaders
11-Lobbying efforts
12-Marketing Strategy
13-Prescriber Targeting
14-Non-branded and Educational Materials
15-Relationships with Third Party Pain Organizations
16-Relationship with FDA
17-Strategic Plans

---

**From:** Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Sent:** Monday, February 10, 2020 1:29 PM
**To:** Hurley, Mitchell <mhurley@AkinGump.com>; Porter, Katherine <kporter@akingump.com>
**Cc:** Preis, Arik <apreis@akingump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Hoff, Robert <RHoff@wiggin.com>; Paul LaFata - Dechert LLP (paul.lafata@dechert.com) <paul.lafata@dechert.com>; Huebner, Marshall S. <marshall.huebner@davispolk.com>; Duggan, Charles S. <charles.duggan@davispolk.com>; Kaminetzky, Benjamin S. <ben.kaminetzky@davispolk.com>; McClammy, James I. <james.mcclammy@davispolk.com>; McMillian, Chautney R. <chautney.mcmillian@davispolk.com>; Clarens, Margarita <margarita.clarens@davispolk.com>; Guo, Angela W. <angela.guo@davispolk.com>
**Subject:** RE: Purdue DGI Coding

Dear Mitch,

We did provide you with coding not just for DGI but also 'other tagging/coding' for issue fields, which included coding for addition, abuse and overdose, prescriber targeting, marketing strategy, and a host of other topics.

Thanks,
Kathryn

**Kathryn S. Benedict**

**Davis Polk & Wardwell** LLP
450 Lexington Avenue | New York, NY 10017
+1 212 450 3508 tel | ███████████
kathryn.benedict@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

**From:** Hurley, Mitchell <mhurley@AkinGump.com>
**Sent:** Friday, February 7, 2020 4:51 PM
**To:** Hoff, Robert <RHoff@wiggin.com>; Porter, Katherine <kporter@akingump.com>
**Cc:** apreis@akingump.com; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Paul LaFata - Dechert LLP (paul.lafata@dechert.com) <paul.lafata@dechert.com>; Huebner, Marshall S. <marshall.huebner@davispolk.com>; Duggan, Charles S. <charles.duggan@davispolk.com>; Kaminetzky, Benjamin S. <ben.kaminetzky@davispolk.com>; McClammy, James I. <james.mcclammy@davispolk.com>; McMillian, Chautney R. <chautney.mcmillian@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Subject:** RE: Purdue DGI Coding

Rob:  I understand from Katherine that DGI stands for "documents of general interest," a label that, in its review, Purdue used in lieu of the label "hot documents" (but with roughly equivalent significance).  This will be helpful, thank you.   Are you also planning to provide us with Purdue's other tagging/coding of the pre-petition productions?  Please let us know.  Regards, Mitch

---

**From:** Hoff, Robert <RHoff@wiggin.com>
**Sent:** Friday, February 7, 2020 4:15 PM
**To:** Porter, Katherine <kporter@akingump.com>
**Cc:** Hurley, Mitchell <mhurley@AkinGump.com>; Preis, Arik <apreis@akingump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Paul LaFata - Dechert LLP (paul.lafata@dechert.com) <paul.lafata@dechert.com>; marshall.huebner@davispolk.com; charles.duggan@davispolk.com; ben.kaminetzky@davispolk.com; james.mcclammy@davispolk.com; chautney.mcmillian@davispolk.com; Kathryn S. Benedict (kathryn.benedict@davispolk.com) <kathryn.benedict@davispolk.com>
**Subject:** Purdue DGI Coding


**EXTERNAL Email**

Katherine:

In response to your request, please see the attached spreadsheet that identifies by Bates number the documents coded "DGI" during review of Purdue documents.  Please note that there is duplication on this list because a document with a DGI tag that was produced in multiple matters will be listed with each Bates-prefix under which it was produced.

Rob

**Robert S. Hoff**
Wiggin and Dana LLP
Two Stamford Plaza, 281 Tresser Boulevard
Stamford, Connecticut 06901
Direct: 203.363.7626 | ▮▮▮▮▮▮▮ | rhoff@wiggin.com | v-Card
www.wiggin.com



CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | PALM BEACH

---

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected under applicable law from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify the sender or **Wiggin and Dana LLP** at **203-498-4400** immediately and then delete the original message (including any

attachments) in its entirety. We take steps to protect against viruses and other malicious code but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor electronic mail sent to and from our server(s) to ensure regulatory compliance to protect our clients and business.

Disclosure under U.S. IRS Circular 230: **Wiggin and Dana LLP** informs you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.