UNREDACTED 19-23649-shl Doc 2160-5 Filed 12/18/20 Entered 12/18/20 18:12:59 Exhibit 5 SHOULD CONTAIN PRIVILEGED COMMUNICATIONS - TREAT SUBJECT TO PROTECTIVE ORDER
Pg 1 of 3

# EXHIBIT 5

UNREDACTED VERSION OF REDACTED DOCUMENT FILED ON THE OPEN DOCKET - CONTAINS PRIVILEGED COMMUNICATIONS - TREATED AS SUBJECT TO PROTECTIVE ORDER

Wiggin and Dana LLP  Robert S. Hoff
Two Stamford Plaza  203.363.7626
281 Tresser Boulevard  203.363.7676 fax
Stamford, Connecticut  rhoff@wiggin.com
06901-3284
www.wiggin.com

**VIA OVERNIGHT MAIL AND EMAIL**

February 3, 2020

Mr. Mitchell P. Hurley
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**Re:   In re Purdue Pharma L.P. et al., Case No. 19-23649 (RDD)**

Dear Mr. Hurley:

On behalf of Purdue Pharma L.P., we are producing a hard drive containing documents Bates-numbered PPLPUCC000000001 through PPLPUCC000242078. The production consists of the following categories of documents:

- Transcripts of depositions, and related exhibits where available, of present or former Purdue employees, Bates-numbered PPLPUCC000000001 through PPLPUCC000242012;

- An unredacted version of the document previously produced at Bates-number PDD9316304371. This unredacted version is Bates-numbered PPLPUCC000242013 through PPLPUCC000242040; and

- Written discovery responses in the case of *Brockel v. Couch et al.*, a case asserting personal injury claims against Purdue, among others. These documents are Bates-numbered PPLPUCC000242041 through PPLPUCC000242078.

This production is made pursuant to the Protective Order entered in this proceeding. In addition, this letter and the enclosed materials are not intended to, and do not, waive any applicable privilege. Purdue's production of any material subject to any applicable privilege is inadvertent. If we learn that any information produced is subject to a claim of privilege, we reserve the right to notify you of the basis for the claim of privilege and to recover such information.

Mr. Mitchell P. Hurley
February 3, 2020
Page 2

Please do not hesitate to contact me if you have any questions about this production.

Sincerely,

Robert S. Hoff

Enclosure

cc:    Paul LaFata
       Marshall Huebner
       Charles Duggan
       Jim McClammy
       Margarita Clarens
       Kathryn Benedict
       Chautney McMillian
       Michael Atkinson
       Arik Preis
       Katherine Porter
       PURDUEAKINLIT@akingump.com