UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 64

PUBLICLY FILED PER STIPULATION [ECF 2140]

**Message**

**From:** David Sackler
**Sent:** 5/17/2007 11:08:08 PM
**To:** 'Sackler, Jonathan'                    ; Sackler, Dr Richard
**CC:** Ives, Stephen A.
**Subject:** RE: Idea
**Attachments:** image001.jpg

Well I hope you're right, and under logical circumstances I'd agree with you, but we're living in America. This is the land of the free and the home of the blameless. We will be sued. Read the op-ed stuff in these local papers and ask yourself how long it will take these lawyers to figure out that we might settle with them if they can freeze our assets and threaten us.

---

**From:** Sackler, Jonathan [mailto                    ]
**Sent:** Thursday, May 17, 2007 5:45 PM
**To:** Sackler, David; Richard Sackler
**Cc:** Ives, Stephen A.
**Subject:** RE: Idea

We should talk when we're together, but you should rest assured that there is no basis to sue "the family".

Where are you? I'll give you a call.

Jon Sackler

---

One Stamford Forum | 201 Tresser Boulevard | Stamford, CT 06901

**From:** Sackler, Jonathan [███████████████████]
**Sent:** Thursday, May 17, 2007 5:26 PM
**To:** Troy, Alexander; Sackler, David; Richard Sackler; Rose, Randy
**Cc:** Ives, Stephen A.
**Subject:** RE: Idea

███s returns 2002-2005:

| 5.50% | 22.38% | 23.26% | 9.28% | 15.89% |

This year, he's up a bit over 1% per month. This year, he lags the weighted average; in 2002 and 2004, he meaningfully beat the average; and in 2003 and 2005 he hit the average, +/- 1%. We have a lot of money with ███, and last year we set up a redemption schedule to trim it down, particularly for my mother's account, but ███ keeps making more money, the fucker, so the account remains large.

Over the years Steve and I have explored leveraging up the portfolio. At one point, we thought there might be some tax advantages, but they proved to be too difficult to obtain.

We also discussed the economic merits and perils. The fact is, if we had levered it up over the past 10 years we would have made more money. The problem is, I don't know how to quantify or even how to think about the risk. We've had a wonderful run for asset values -- will that continue forever? If there's a sharp drop, how well will our short positions protect us? What if some of the major financial institutions default? Debt agreements include takeover and liquidation provisions -- how absolutely sure can I be that such a thing could never happen? And if I can't be sure, then am I honoring the role of the portfolio by taking such a risk? Sussman once said to me, your family is already rich, the one thing you don't want to do is to become poor. In other words, even if the odds of excess profits versus a huge blow-up is 99:1 (and remember, I don't know how to set those odds), does it make sense to take that chance? Experience shows that one way to become poor is to lever up. I remember the guy who made a fortune on environmental cleanup who then proceeded to sign his name to bank guarantees in exchange for "free" equity positions in real estate when real estate could only increase in value. Whoops.

Jon Sackler

---

One Stamford Forum | 201 Tresser Boulevard | Stamford, CT 06901

███████████████████████████████████████████

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

PPLPUCC002683257
PPLPUCC002683256

**From:** Troy, Alexander
**Sent:** Thursday, May 17, 2007 2:52 PM
**To:** Sackler, David; Sackler, Jonathan; Richard Sackler; Rose, Randy
**Cc:** Ives, Stephen A.
**Subject:** RE: Idea

David:
Bigger hedge funds than Perry have collapsed (Soros, Robertson.) I'd be nervous about levering a partnership interest which consists of levered businesses purchased with margin. Three levels of leverage may be pushing it too much.

Alex Troy
Troy Capital LLC
201 Tresser Boulevard
Stamford, CT 06901

*Confidentiality Notice: This e-mail is intended only for the person to whom it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this e-mail in error, please notify me immediately at the phone number or e-mail address above and destroy the original message and all copies thereof.*

---

**From:** David Sackler [mailto: ]
**Sent:** Thursday, May 17, 2007 12:23 PM
**To:** 'Sackler, Jonathan'; Richard Sackler; Randy Rose; Alex Troy
**Cc:** 'Ives, Stephen A.'
**Subject:** Idea

Guys,

I think it makes sense to talk with a bank about getting some leverage for the portfolio. I think a position like [redacted] can sustain leverage. I think Richard is stable and will return 11%/year on average. I think we all likely can agree that at his size he can't lose real money. He's just too diversified. I believe we could get leverage of LIBOR + 50 basis points on our [redacted] investment for at least 50% of the equity. That would boost Richard's yield of 11% on our equity to north of 15% and considering how protected the downside is, we may do even better than L + 50.

I base this on two assumptions:

1. Large hedge funds like Citadel, [redacted] etc, are given leverage of L+5 on their direct investments as their portfolio securitizes the loan. That's L+5, not L+50. Moab gets L+50. The family would be taking out leverage on the same portfolio the lenders are willing to give L+5 on and securitizing it with both that investment and the rest of the portfolio. I wouldn't be surprised to see us get L+10 or L+20.

2. From talking to the people at [redacted] they seem very skeptical that the fund can ever earn more than 11% in a year again. Maybe it will be a few percentage points better, but the days of 20% are gone if you ask the people making the investments.

**PUBLICLY FILED PER STIPULATION [ECF 2140]**

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

PPLPUCC002683258
PPLPUCC002683256

Obviously we would take the money we get from the banks and reallocate it into other managers, real estate or something else.

From talking to the portfolio managers at ▮ my preference would be to pull the whole investment rather than lever it as I believe what they're telling me. I know there is a personal relationship there, and I respect that. I'm giving you my objective opinion, people aside. If I'm wrong, or the relationship trumps a slightly limp return, I totally understand and respect that.

According to the people on the inside, ▮ is not set up to be an effective private equity shop, and so we're asking Richard to do something he's not the best at. (He would tell you he's the best PE investor in the world, but his employees can tell you it's not true.) They often end up with tier 2 PE opportunities and if the market dries up for these sort of so so levered businesses the employees feel that ▮ will suffer pain. (They also think the diversification is enough that the pain won't mean loss of dollars net for the year, just a flat to up 5% year.)

They can't find enough opportunities in the public markets at $14B and unless the credit cycle turns, or the stock market goes down 20%, they're stuck marking up their private equity investments to get to 11%. Their portfolio has a great deal of beta, as you'd expect at their size, but the hedges and fees imply the public market portfolio will always lag the S&P by a wide margin. That means they need to mark up the PE investments up to get to 11%. I have no view if those marks are justified or not. The book may be marked conservatively for all I know.

What I can tell you is that the people working there don't believe it's possible for the firm to do much better than low double digits at this size. Just on the surface that would be something we might want to pull from, but I know there's way more to it than the numbers.

I know we're dealing with a lot these days. I do, however, think this is a valuable exercise. If we don't want to pull from stable managers with limited upside, let's use some smart leverage on them to get better returns. I'm not advocating taking out 100% leverage across the portfolio, but rather, taking out a little bit on the guys who aren't volatile and giving it to guys who might be able to return more or investing it in something else.



David A. Sackler
Portfolio Manager

▮ direct
▮ mobile

New York, NY ▮ main
▮ fax

**PUBLICLY FILED PER STIPULATION [ECF 2140]**
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER
PPLPUCC002683259
PPLPUCC002683256

# EXHIBIT 65

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER
19-23649-rdd    Doc 2161-8    Filed 12/18/20    Entered 12/18/20 18:15:36    Exhibits 64-67    Pg 6 of 17

PUBLICLY FILED PER STIPULATION [ECF 2140]

**From:** David Sackler
**Sent:** 2/27/2007 7:20:38 PM
**To:** Sackler, Dr Richard
**Subject:** Re: David Board Membership

It's your call. Let's see what the other people have to say.
Sent via BlackBerry from Cingular Wireless

-----Original Message-----
From: "Sackler, Dr Richard" <
Date: Tue, 27 Feb 2007 19:16:49
To:David Sackler       >
Subject: FW: David Board Membership

David, should we proceed?

Richard S. Sackler, MD

              M
              M
                 O
reply and forward

-----Original Message-----
From: Baker, Stuart D. [mailto:SBaker@chadbourne.com]
Sent: Tuesday, February 27, 2007 6:42 PM
To: Sackler, Dr Richard
Subject: RE: David Board Membership

Richard,

All you need to do is tell me that Raymond, Beverly, and Jon agree, and
I will prepare the necessary papers.  Please be sure to tell them
(including David) that I recommend against David becoming a Director at
this time.

Stuart

-----Original Message-----
From: Sackler, Dr Richard [mailto:
Sent: Tuesday, February 27, 2007 2:53 PM
To: Baker, Stuart D.
Subject: RE: David Board Membership

MNP would be a good place to start, as would Napp.

How do we proceed?

Richard S. Sackler, M.D.
*
*

-----Original Message-----
From: Baker, Stuart D. [mailto:SBaker@chadbourne.com]
Sent: Tuesday, February 27, 2007 1:32 PM
To: Sackler, Dr Richard
Subject: RE: David Board Membership

Richard,

I think it is a mistake for David to be joining the Boards of Directors
at this time; however, the least sensitive ones he could join are MNP
Consulting Limited and Napp Pharmaceutical Holdings Limited.

Stuart

-----Original Message-----
From: Sackler, Dr Richard <

**PUBLICLY FILED PER STIPULATION [ECF 2140]**
PROFESSIONALS' EYES ONLY/HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER
PPLPUCC000555709
PPLPUCC000555709

```
To: sdb ████████████
CC: rrs ████████████    jds ████████████
Sent: Tue Feb 27 10:06:43 2007
Subject: David Board Membership
```

Please send me a list of the Boards that you think David should be on per our discussions. I'd like him to attend this weeks Board meetings where appropriate. So we have to get him elected prior to the beginning of the meeting, correct?

Look for the conforming of the Boards for guidance.

Richard S. Sackler, MD



███████
███████    o
███████    M

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.


For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.


For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 66

PUBLICLY FILED PER STIPULATION [ECF 2140]

| | |
|---|---|
| From: | David Sackler |
| Sent: | 6/25/2007 11:56:36 AM |
| To: | Sackler, Mortimer JR |
| CC: | Sackler, Dr Richard                                                                 Sackler, Jonathan |
| Subject: | RE: |

Having read through this, the Goldman analyst just has a fundamentally different view on the SEPR sales going forward than the B of A analyst does. They both have the stock rated Neutral. In that scenario I tend to back the horse with the lower projections. Neither analyst is saying to buy the stock, so I always base my decisions on the guy with the easier numbers to hit as I don't want to be disappointed.

Either way, becoming insiders at SEPR during a deal will allow us to project a lot more accurately than Goldman or B of A so it's not worth arguing about at all.

I think we need to discuss if fundamentally we want to be in the pharmaceutical business going forward. I would vote no. I think we've all had enough of a rough ride over the past 10 years to make me wary of committing for another venture in the space. Since you guys are closer to this than I am, I obviously will support the decision 100% if the family decides to retrench in the industry.

If we decide to retrench, I think we need to evaluate far more than just SEPR. The NOL's are nice, but really the deal flies or not based on the cost savings and portfolio of the company we buy. I think Cephalon, UCB, Shire, and SEPR are all viable candidates in this regard, and I'm sure Goldman will have many more for us.

To me Shire is the most interesting. They are dealing with controlled substances in ADHD so our expertise meshes. They are a UK based company and have European operations in addition to their US businesses so we could get double the layers of cost savings. I think their CEO, Matt Emmens is great. I met him a number of times while working at OSS and can introduce you guys on very friendly terms if need be. Shire is a $13B company so we can probably structure more of an exit there if we want to take cash of the table than we can do with SEPR. I don't know the Shire numbers off hand, but on a conceptual level I like the deal. The numbers may not work though.

---

**From:** Mortimer D.A. Sackler
**Sent:** Friday, June 22, 2007 8:31 PM
**To:** David Sackler
**Cc:** Sackler, Dr Richard; Sackler, Jonathan
**Subject:** FW: SEPR

David,

Here is the Goldman Sachs research report that I was referring to with their detailed sales and P&L projections, taking into account the Xopenex revenue reduction due to the loss of Medicare reimbursement/pricing. As you will see their numbers for sales and R&D are significantly higher than the numbers you used (where did you get yours from?). Also, I think it is fair to assume at least a 50% S&P savings after the merger given the current plans that Purdue has to increase its sales force, which we would not need to do if we bought SEPR. In fact we could probably reduce the combined force by 200 or so sales reps which equates to about 20% of SEPR force (I believe they have 1000 reps) plus a lot of the calls would be shifted/shared with Purdue products yielding the further synergy and cost reduction to the SEPR P&L. As for the R&D, I believe we could look to either sell the pieces of the pipeline we don't want or all of it (and probably recoup a good piece of the purchase price) and shed most of that ongoing cost as well. Of course this needs more detailed further study.

I have also attached an updated version of your model with the GS numbers included and the higher synergy savings that I believe are very achievable if we combined SEPR and Purdue. In addition, I added in the debt financing for the purchase assuming we could borrow $4.8 billion (80%) of the purchase price at a blended rate of 10%. This of course dramatically improves the NPVs and they are significantly positive. This still doesn't take into account any additional potential tax savings of Purdue using any of the NOLs, but it is possible that we could finance 100% of the purchase price by leveraging up Purdue as well, which would allow further tax savings (ie using your dividend recap idea but using it for the equity piece instead of a distribution). As Purdue is currently projected to make around $500 million pretax this year and could make $700 million or more pretax next year if we continue to regain exclusivity, it is clear that the two companies combined would generate significant cash flow which would be much more diversified than either company alone and hence more attractive to a large cap risk averse pharma buyer like PFE.

Regards,

Mortimer

# EXHIBIT 67

PUBLICLY FILED PER STIPULATION [ECF 2140]

MR 518.1

**Message**

**From:** Sackler, Mortimer JR

**Sent:** 2/13/2008 2:21:00 PM

**To:** Sackler, Dr Richard [/O=PURDUE/OU=EXTERNAL

**Subject:** Re: GS alternate strategy for the business

Oxycontin is a very large portion of the value, but clearly the organization (relationships, people, etc.), pipeline, non-U.S. businesses have tremendous value as well. It sounds like you have changed your mind and don't want to sell anymore. Fundamentally we don't want to stay in this business anymore (given the horrible risks, outlooks, difficulties, etc) and I think the majority of your family feels the same way. Even though our prospects have improved dramatically I feel it offers us a unique opportunity to sell at a very high price and once and for all eliminate the great risks we have and continue to take and secure our families' current and future financial security. I know you like working in the business, but selling it won't end that and keeping the business only for that purpose really makes no sense. You will very likely be asked to join the Board of the company that acquires us which I think would be a very exciting prospect. Let's discuss when we are together tomorrow.

Regards,

Mortimer


On 2/13/08 10:57 AM, "Sackler, Dr Richard" wrote:

**Are you really sure that almost all the value is OxyContin??? If so, why not just sell this product and keep the rest of the business?**



Richard S. Sackler, M.D.

O
H
C

**From:** Sackler, Mortimer JR
**Sent:** Wednesday, February 13, 2008 10:50 AM
**To:** Sackler, Dr Richard
**Subject:** Re: GS alternate strategy for the business
**Importance:** High

EXHIBIT 19
WIT: Marion
DATE: 9/16/19
Maureen Pollard, RMR

CONFIDENTIAL

PPLPC054000029848

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPUCC000177443
PPLPUCC000177443

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

MR 518.2

Richard,

As I told you I believe this weekend, I can't make it up there today due to my Guggenheim Board meeting. But I will be up there tomorrow. As for your plan below the issue is the large loss of time and shareholder value that this would create. Given our structure every month that goes by means us paying 40%+ in taxes on our large cash flow versus paying 15% capital gains on a large multiple of that cash flow. I am sure you can see that each month 1/60th of that value and difference disappears which is very substantial. I think we should meet with Goldman Sachs to discuss the alternatives paths forward.

Regards,

Mortimer

On 2/13/08 6:53 AM, "Sackler, Dr Richard" <​​​​​​​​​​​​​​​​​​​​​​​​​​> wrote:
You've raised a lot of questions so here goes:
WHY DON'T WE JUST TELL OUR EXECS THAT WE ARE OUT OF THE GAME AND GO TO SALE?

1. I'm almost sure this is sub-optimal at best and a disaster at worst. It isn't the best way for the family to succeed. It is that simple.
2. If we announce we are selling to the organization, it will have serious and adverse consequences to us if we can't promptly sell, and I think that we cannot because:
a. I believe it will take us an unusually long time to organize the information for a sale so the usual "announce and go" sequence will work against us not for us
b. Risks of a busted* sale are higher now than ever before.
   i. Just look at the credit markets and consequently the LBO markets
   ii. Consider that the major companies are looking at the lowest share prices in a very long time. They aren't going to give us robust offers quickly
c. We may have to accept bids now that we would never have accepted had we prudently bided our time
d. We will be in a weak position to go on with the business
3. I have devised an alternate strategy and plan which I'd like to talk to you about face-to-face. I believe that you will like it a lot and will agree that it is at least as good as the "try to sell it now" strategy, and will give us options rather than remove them.
a. Will give us time to recreate the organization on a more effective and efficient footing.
   i. Get a new CEO in the US and get us moving again
   ii. Reduce headcount by hundreds which will enhance our profile more than just profit-wise, but in other ways as well including our attractiveness to buyers
   iii. Devise a new business strategy

CONFIDENTIAL

PPLPC054000029849

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPUCC000177444
PPLPUCC000177443

        iv. Prove TRO in the marketplace
        v. Get Targin tablets success in Europe
        vi. Achieve other milestones
  b. Get the family money while we strengthen our business and our sales potential
  c. Test Goldman's abilities to get to the goal
4. Give us a way for Goldman to pressure test a 2008 sale and pre-dimension the results so it isn't a strategy of hope and luck.

I hope I have teased you into come up here today. I'm working on all of this very hard and I'm excited by the prospects.

BTW, I am now tentatively of the view that again, management has low-balled our sales numbers. I worked with Ed for an hour last night and touched on enough soft points (inventory rebuild in the trade being the most significant low-ball) that I think there is a good chance that the right net sales should be higher by $\pi$ billion and maybe even more. At tomorrow's Board meeting, I think we accept the spend budget and capital budget, but not the sales or profit goals.

With our bonus program, we have to force management away from reliance on sales vs budget. Right now, almost the whole bonus is paid on sales vs budget which is particularly bad way to do it when the confidence bands around our future sales are so large. We've tried this approach before and it hasn't worked well at all.

I've sent a note to Pearl asking her to be prepared to do this. Did I copy you?



Richard S. Sackler, M.D.

From: Sackler, Mortimer JR
Sent: Wednesday, February 13, 2008 12:53 AM
To: Sackler, Dr Richard
Subject: Re: GS Questions

**Redacted**

CONFIDENTIAL
PPLPC054000029850
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER
PUBLICLY FILED PER STIPULATION [ECF 2140]
PPLPUCC000177445
PPLPUCC000177443

**UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION**
19-23649-rdd Doc 2161-8 Filed 12/18/20 Entered 12/18/20 18:15:36 Exhibits
**TREAT SUBJECT TO PROTECTIVE ORDER** 64-67 Pg 15 of 17

MR 518.4

**Redacted**

On 2/12/08 9:22 PM, "Sackler, Dr Richard" ▮▮▮▮▮ wrote:
I'm developing another idea about how to proceed.

Richard S. Sackler, M.D.



O

H

C

**From:** Sackler, Mortimer JR
**Sent:** Tuesday, February 12, 2008 7:32 PM
**To:** Baker, Stuart D.; Sackler, Dr Richard; Sackler, Dr Kathe; Sackler, Jonathan
**Subject:** Re: GS Questions

**Redacted**

On 2/11/08 10:12 AM, "Baker, Stuart D." <SBaker@chadbourne.com> wrote:

**Redacted**

CONFIDENTIAL                                                                 PPLPC054000029851

UNREDACTED- CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

MR 518.5

# Redacted

CONFIDENTIAL
PPLPC054000029852

PUBLICLY FILED PER STIPULATION [ECF 2140]
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER
PPLPUCC000177447
PPLPUCC000177443

**UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION**
**TREAT SUBJECT TO PROTECTIVE ORDER**
19-23649-rdd   Doc 2161-8   Filed 12/18/20   Entered 12/18/20 18:15:36   Exhibits 64-67   Pg 17 of 17

MR 518.6

copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com

CONFIDENTIAL

PPLPC054000029853

**PUBLICLY FILED PER STIPULATION [ECF 2140]**

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

PPLPUCC000177448

PPLPUCC000177443