UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 25

UNREDACTED VERSION OF EXHIBIT FILED UNDER SEAL — CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

19-23649-shl Doc 2162-4 Filed 12/18/20 Entered 12/18/20 18:27:45 Exhibit 25 Pg 2 of 2

| | |
|---|---|
| From: | Paul.lafata@dechert.com |
| Sent: | Monday, October 21, 2019 3:37 PM |
| To: | Hurley, Mitchell; Porter, Katherine; apreis@akingump.com; Miller, Allison; Brauner, Sara; Lisovicz, Edan |
| Cc: | Lindsey.cohan@dechert.com; Benedict, Kathryn S.; EXT RHoff@wiggin.com; Hayden.Coleman@dechert.com; Tobak, Marc J.; Graulich, Timothy; McClammy, James I.; Pera, Michael; Huebner, Marshall S. |
| Subject: | Purdue: MDL Discovery production information for the UCC |
| Attachments: | Ltr to UCC Enclosing MDL Production.pdf |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

Dear Mitch and colleagues,

Enclosed is a production letter for the MDL production that is going out today, pursuant to the MDL protective order and the parties' stipulation. The passcode for the drive is **1602560**

I have copied Robert Hoff who is also handling getting the privilege logs and the production letters (with the document production descriptions) to you to assist and cooperate in handling the documents.

We had already begun the process of getting to you the state productions. I currently expect that to be all completed and sent to you next week.

Paul

**Paul LaFata**
Counsel

**Dechert LLP**
Three Bryant Park
New York, New York 10036
+1 212-698-3539 Tel
Paul.LaFata@dechert.com
dechert.com

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

1