UNREDACTED - DESIGNATES MATERIALS OMITTED IN CONNECTION WITH PRIVILEGED
COMMUNICATIONS - TREAP SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 28

UNREDACTED - DESIGNATES MATERIALS OMITTED IN CONNECTION WITH PRIVILEGED
COMMUNICATIONS - TREAP SUBJECT TO PROTECTIVE ORDER

UNREDACTED IN ORIGINAL PROFESSIONAL ATTORNEYS OR COMMON INTEREST PRIVILEGED
COMMUNICATIONS - TREATMENT TO PROTECTIVE ORDER

| From: | Paul.lafata@dechert.com |
|---|---|
| Sent: | Monday, November 18, 2019 4:50 PM |
| To: | 'Hurley, Mitchell'; 'Porter, Katherine'; apreis@akingump.com; 'Miller, Allison'; 'Brauner, Sara'; 'Lisovicz, Edan' |
| Cc: | Lindsey.cohan@dechert.com; Benedict, Kathryn S.; EXT RHoff@wiggin.com; Hayden.Coleman@dechert.com; Tobak, Marc J.; Graulich, Timothy; McClammy, James I.; Pera, Michael; Huebner, Marshall S. |
| Subject: | RE: Purdue: MDL Discovery production information for the UCC |
| Attachments: | Purdue Ltr. 11-18-19.pdf |

Dear counsel – please see the enclosed production letter in this matter. The password for the drive is 1602560 .

Paul LaFata
Counsel

Dechert LLP
Three Bryant Park
New York, New York 10036
+1 212-698-3539 Tel
Paul.LaFata@dechert.com
dechert.com

---

**From:** LaFata, Paul
**Sent:** Tuesday, November 5, 2019 4:59 PM
**To:** 'Hurley, Mitchell' <mhurley@AkinGump.com>; 'Porter, Katherine' <kporter@akingump.com>; 'Preis, Arik' <apreis@akingump.com>; 'Miller, Allison' <amiller@akingump.com>; 'Brauner, Sara' <sbrauner@akingump.com>; 'Lisovicz, Edan' <elisovicz@akingump.com>
**Cc:** Cohan, Lindsey <Lindsey.Cohan@dechert.com>; 'Benedict, Kathryn S.' <kathryn.benedict@davispolk.com>; EXT RHoff@wiggin.com <RHoff@wiggin.com>; Coleman, Hayden <Hayden.Coleman@dechert.com>; 'Tobak, Marc J.' <marc.tobak@davispolk.com>; 'Graulich, Timothy' <timothy.graulich@davispolk.com>; 'McClammy, James I.' <james.mcclammy@davispolk.com>; 'Pera, Michael' <michael.pera@davispolk.com>; 'Huebner, Marshall S.' <marshall.huebner@davispolk.com>
**Subject:** RE: Purdue: MDL Discovery production information for the UCC

Dear Mitch and colleagues,

Enclosed is a production letter for the production of the remaining state documents that is going out today, pursuant to the MDL protective order and the parties' stipulation. This also includes the corrected production that Kathrine wrote about separately. The passcode for the drive is 1602560.

Thank you,

Paul

1

UNREDACTED VERSION OF DOCUMENT FILED ALLEGED TO CONTAIN INFORMATION SUBJECT TO PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

**Paul LaFata**
Counsel

**Dechert LLP**
Three Bryant Park
New York, New York 10036
+1 212-698-3539 Tel
Paul.LaFata@dechert.com
dechert.com

---

**From:** LaFata, Paul
**Sent:** Friday, November 1, 2019 4:17 PM
**To:** 'Hurley, Mitchell' <mhurley@AkinGump.com>; 'Porter, Katherine' <kporter@akingump.com>; 'Preis, Arik' <apreis@akingump.com>; 'Miller, Allison' <amiller@akingump.com>; 'Brauner, Sara' <sbrauner@akingump.com>; 'Lisovicz, Edan' <elisovicz@akingump.com>
**Cc:** Cohan, Lindsey <Lindsey.Cohan@dechert.com>; 'Benedict, Kathryn S.' <kathryn.benedict@davispolk.com>; EXT RHoff@wiggin.com <RHoff@wiggin.com>; Coleman, Hayden <Hayden.Coleman@dechert.com>; 'Tobak, Marc J.' <marc.tobak@davispolk.com>; 'Graulich, Timothy' <timothy.graulich@davispolk.com>; 'McClammy, James I.' <james.mcclammy@davispolk.com>; 'Pera, Michael' <michael.pera@davispolk.com>; 'Huebner, Marshall S.' <marshall.huebner@davispolk.com>
**Subject:** RE: Purdue: MDL Discovery production information for the UCC

Dear Mitch and colleagues,

Enclosed is a production letter for the production of state documents that is going out today, pursuant to the MDL protective order and the parties' stipulation. The passcode for the drive is **1602560.**

Thank you,

Paul

**Paul LaFata**
Counsel

**Dechert LLP**
Three Bryant Park
New York, New York 10036
+1 212-698-3539 Tel
Paul.LaFata@dechert.com
dechert.com

---

**From:** LaFata, Paul
**Sent:** Monday, October 21, 2019 12:37 PM
**To:** Hurley, Mitchell <mhurley@AkinGump.com>; Porter, Katherine <kporter@akingump.com>; Preis, Arik <apreis@akingump.com>; Miller, Allison <amiller@akingump.com>; Brauner, Sara <sbrauner@akingump.com>; Lisovicz, Edan <elisovicz@akingump.com>
**Cc:** Cohan, Lindsey <Lindsey.Cohan@dechert.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; EXT RHoff@wiggin.com <RHoff@wiggin.com>; Coleman, Hayden <Hayden.Coleman@dechert.com>; Tobak, Marc J. <marc.tobak@davispolk.com>; Graulich, Timothy <timothy.graulich@davispolk.com>; McClammy, James I.

<james.mcclammy@davispolk.com>; Pera, Michael <michael.pera@davispolk.com>; Huebner, Marshall S. <marshall.huebner@davispolk.com>
**Subject:** Purdue: MDL Discovery production information for the UCC

Dear Mitch and colleagues,

Enclosed is a production letter for the MDL production that is going out today, pursuant to the MDL protective order and the parties' stipulation. The passcode for the drive is **1602560**

I have copied Robert Hoff who is also handling getting the privilege logs and the production letters (with the document production descriptions) to you to assist and cooperate in handling the documents.

We had already begun the process of getting to you the state productions. I currently expect that to be all completed and sent to you next week.

Paul

**Paul LaFata**
Counsel

**Dechert LLP**
Three Bryant Park
New York, New York 10036
+1 212-698-3539 Tel
Paul.LaFata@dechert.com
dechert.com

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.