UNREDACTED DOCUMENTS CONTAIN ATTORNEY-CLIENT PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 29

UNREDACTED VERSION OF DOCUMENT FILED ALSO UNDER SEAL — CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

---

| | |
|---|---|
| **From:** | McMillian, Chautney R. |
| **Sent:** | Friday, January 31, 2020 1:26 PM |
| **To:** | Porter, Katherine |
| **Cc:** | PURDUE AKIN LIT; McClammy, James I.; Guo, Angela W. |
| **Subject:** | RE: Purdue - settlement information |

Thanks for the additional information, Katherine. We will work with Dechert and Rob to gather these materials.

---

**From:** Porter, Katherine <kporter@akingump.com>
**Sent:** Friday, January 31, 2020 1:24 PM
**To:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>
**Cc:** PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; McClammy, James I. <james.mcclammy@davispolk.com>; Guo, Angela W. <angela.guo@davispolk.com>
**Subject:** RE: Purdue - settlement information

Thank you Chautney. My understanding is that numerous states settled claims and/or entered consent agreements with Purdue in 2007, and we would like a copy of each of those agreements to be provided.

We will be sending you responses on the information you asked for.

Thanks again!

**Katherine Porter**
Direct: +1 212.872.7467 | Internal: 37467

---

**From:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>
**Sent:** Friday, January 31, 2020 1:09 PM
**To:** Porter, Katherine <kporter@akingump.com>
**Cc:** PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; McClammy, James I. <james.mcclammy@davispolk.com>; Guo, Angela W. <angela.guo@davispolk.com>
**Subject:** RE: Purdue - settlement information


**\*\*EXTERNAL Email\*\***

Hi Katherine,

Hope you are well. Regarding the 2007 settlements, could you please let me know what information you would like gathered in relation to the settlements?

Separately, as a reminder, since the Protective Order has been entered, we have now transitioned to a new diligence process of reviewing, designating and bates stamping responsive documents before they are produced. This includes the re-review, designating and production of documents previously posted to the data room for outside professionals. We are happy for you all to continue letting us know which requests to prioritize, but responsive materials must still go through this process before production, per the Protective Order.

1

I have attached my emails from January 23rd and yesterday, which provide more details about this process, the two hosting platforms, and the information that we need from you to get you all, the other professionals and your constituents access to these materials.

Please let us know if you need additional information. We will be on the lookout for the user information, and additional guidance on this specific request.

Many thanks,

Chautney

---

**From:** Porter, Katherine <kporter@akingump.com>
**Sent:** Thursday, January 30, 2020 9:28 PM
**To:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>
**Cc:** PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>
**Subject:** Purdue - settlement information

Chautney,

I understand that you are still working on gathering the information we requested about actions that are not still "pending." In the meantime, if you could please send over the related settlements Purdue entered into with the states in 2007, I would be grateful.

Thank you,


**Katherine Porter**
**AKIN GUMP STRAUSS HAUER & FELD LLP**

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7467 | Internal: 37467
Fax: +1 212.872.1002 | kporter@akingump.com | akingump.com | Bio

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.