UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREAT AS SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 30

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL – PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Porter, Katherine <kporter@akingump.com> |
| **Sent:** | Wednesday, January 8, 2020 11:01 AM |
| **To:** | Benedict, Kathryn S.; Oluwole, Chautney M. |
| **Cc:** | apreis@akingump.com; Hurley, Mitchell; PURDUE AKIN LIT; Atkinson, Michael (External) |
| **Subject:** | Purdue request |

Dear Kathryn and Chautney,

From our list of diligence requests, would you be able to prioritize sending us a list of the personal injury claimants (and the actual complaints/petitions of pending personal injury lawsuits)?   We'd be very grateful if we could receive those this week.

Many thanks,
Katherine

Katherine Porter
**AKIN GUMP STRAUSS HAUER & FELD** LLP

One Bryant Park │ New York, NY 10036-6745 │ USA │ Direct: +1 212.872.7467 │ Internal: 37467
Fax: +1 212.872.1002 │ kporter@akingump.com │ akingump.com │ Bio

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

1