UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREAT AS SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 32

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Porter, Katherine <kporter@akingump.com> |
| **Sent:** | Wednesday, January 8, 2020 4:59 PM |
| **To:** | Oluwole, Chautney M.; Benedict, Kathryn S. |
| **Cc:** | apreis@akingump.com; Hurley, Mitchell; PURDUE AKIN LIT; Atkinson, Michael (External); McClammy, James I. |
| **Subject:** | RE: Purdue request |

Thanks so much, Chautney! We appreciate you prioritizing this request.

**Katherine Porter**
Direct: +1 212.872.7467 | Internal: 37467

**From:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>
**Sent:** Wednesday, January 8, 2020 3:35 PM
**To:** Porter, Katherine <kporter@akingump.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** Preis, Arik <apreis@akingump.com>; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

**\*\*EXTERNAL Email\*\***

Hi Katherine,

Hope you are well. We are looking into this request, but we cannot guarantee a response this week. We will revert as soon as possible.

Thanks,

Chautney

**Chautney R. McMillian**

**Davis Polk & Wardwell** LLP
901 15th Street NW | Washington, DC 20005
+1 202 962 7134 tel | ▓▓▓▓▓▓▓▓ mobile
chautney.mcmillian@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

**From:** Porter, Katherine <kporter@akingump.com>
**Sent:** Wednesday, January 8, 2020 11:01 AM
**To:** Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; McMillian, Chautney R. <chautney.mcmillian@davispolk.com>

**Cc:** apreis@akingump.com; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>
**Subject:** Purdue request

Dear Kathryn and Chautney,

From our list of diligence requests, would you be able to prioritize sending us a list of the personal injury claimants (and the actual complaints/petitions of pending personal injury lawsuits)? We'd be very grateful if we could receive those this week.

Many thanks,
Katherine

Katherine Porter
**AKIN GUMP STRAUSS HAUER & FELD LLP**

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7467 | Internal: 37467
Fax: +1 212.872.1002 | kporter@akingump.com | akingump.com | Bio

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.