UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED
COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 46

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Porter, Katherine <kporter@akingump.com> |
| **Sent:** | Wednesday, January 22, 2020 12:44 PM |
| **To:** | Oluwole, Chautney M.; Benedict, Kathryn S. |
| **Cc:** | apreis@akingump.com; Hurley, Mitchell; PURDUE AKIN LIT; Atkinson, Michael (External); McClammy, James I. |
| **Subject:** | RE: Purdue request |

Yes, they are within scope.
Thanks!

Katherine Porter
Direct: +1 212.872.7467 | Internal: 37467

**From:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>
**Sent:** Wednesday, January 22, 2020 12:40 PM
**To:** Porter, Katherine <kporter@akingump.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** Preis, Arik <apreis@akingump.com>; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

Thanks, Katherine. I mean with respect to all of your additional requests, also including:

- A list of settlements entered into by the Debtors related to opiate use, abuse, or marketing, and the settlement amount
- With regard to the personal injury claims, any depositions, expert reports, and interrogatory responses in those cases

**From:** Porter, Katherine <kporter@akingump.com>
**Sent:** Wednesday, January 22, 2020 12:33 PM
**To:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** apreis@akingump.com; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

Hi Chautney,

If you mean for information about claims that aren't still pending, yes they are within scope. If you were asking something else, please let me know.

Katherine Porter
Direct: +1 212.872.7467 | Internal: 37467

**From:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>
**Sent:** Wednesday, January 22, 2020 12:14 PM
**To:** Porter, Katherine <kporter@akingump.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>

1

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

19-23649-shl Doc 2165-2 Filed 12/18/20 Entered 12/18/20 18:39:56 Exhibit 40 Pg 3 of 9

**Cc:** Preis, Arik <apreis@akingump.com>; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

Hi Katherine,

With respect to your below requests, could you please confirm whether the NAS cases are within scope?

Thanks,

Chautney

---

**From:** Porter, Katherine <kporter@akingump.com>
**Sent:** Wednesday, January 22, 2020 11:09 AM
**To:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** apreis@akingump.com; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

Thanks!

**Katherine Porter**
Direct: +1 212.872.7467 | Internal: 37467

---

**From:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>
**Sent:** Wednesday, January 22, 2020 11:05 AM
**To:** Porter, Katherine <kporter@akingump.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** Preis, Arik <apreis@akingump.com>; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

Hi Katherine,

Just wanted to confirm that both the NAS and international complaints have been uploaded to the data room.

We are continuing to work on your other requests.

Thanks,

Chautney

---

**From:** McMillian, Chautney R.
**Sent:** Friday, January 17, 2020 4:09 PM
**To:** 'Porter, Katherine' <kporter@akingump.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** apreis@akingump.com; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

Hi Katherine,

You're right that the chart we shared only includes pending claims. We will look into these requests, and see about arranging a call with the appropriate people. We'll be in touch as soon as possible.

Thanks,

Chautney

---

**From:** Porter, Katherine <kporter@akingump.com>
**Sent:** Friday, January 17, 2020 4:05 PM
**To:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** apreis@akingump.com; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

Dear Chautney,

Am I correct in understanding that this chart only includes litigations if they are currently "pending"? Would you be able to send me a list of all opioid-related actions in which any of the Debtors or any of their related affiliates, or the Sacklers, are or were named as a defendant that are not still "pending"? Could you also send a list of settlements entered into by the Debtors related to opiate use, abuse, or marketing, and the settlement amount?

May we also request, with regard to the personal injury claims, any depositions, expert reports, and interrogatory responses in those cases? Would it be possible to arrange a phone conversation with a coordinating/national personal injury defense counsel?

Thank you again,

**Katherine Porter**
Direct: +1 212.872.7467 | Internal: 37467

---

**From:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>
**Sent:** Thursday, January 16, 2020 6:29 PM
**To:** Porter, Katherine <kporter@akingump.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** Preis, Arik <apreis@akingump.com>; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

We will look into gathering the international complaints, as well, Katherine.

---

**From:** Porter, Katherine <kporter@akingump.com>
**Sent:** Thursday, January 16, 2020 3:14 PM
**To:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** apreis@akingump.com; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I.

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATED AS SUBJECT TO PROTECTIVE ORDER

<james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

Thank you, Chautney.  May I also request the international complaints?  Thanks again!

Katherine Porter
Direct: +1 212.872.7467 | Internal: 37467

**From:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>
**Sent:** Thursday, January 16, 2020 11:08 AM
**To:** Porter, Katherine <kporter@akingump.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** Preis, Arik <apreis@akingump.com>; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

No problem, Katherine.  We will gather the NAS complaints, and let you know when they have been uploaded to the data room.

**From:** Porter, Katherine <kporter@akingump.com>
**Sent:** Thursday, January 16, 2020 11:00 AM
**To:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** apreis@akingump.com; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

Dear Chautney,

Thank you very much!  We would like the complaints for the NAS claims.

Thank you

Katherine Porter
Direct: +1 212.872.7467 | Internal: 37467

**From:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>
**Sent:** Thursday, January 16, 2020 8:06 AM
**To:** Porter, Katherine <kporter@akingump.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** Preis, Arik <apreis@akingump.com>; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

Hi Katherine,

Thanks again for your patience.  Just wanted to let you know that we have uploaded to the data room at folder 1.4.4, the following materials:

- A chart reflecting the pending personal injury claims, including the NAS claims, which are highlighted in yellow;

4

UNREDACTED VERSION OF DESIGNATED MATERIALS OR COMMUNICATIONS IS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

19-23649-shl    Doc 2165-2    Filed 12/18/20    Entered 12/18/20 18:09:56    Exhibit 46
Pg 6 of 9

- Corresponding complaints for the pending personal injury claims (excluding the complaints for the NAS claims); and
- A chart reflecting **all** pending claims against the company.

With respect to the NAS claims, we have not provided copies of the complaints at this time because of the large volume and because we were unsure of whether you all intended to include these claims within the scope of your request. However, we are happy to provide these complaints upon request.

Please let us know if you all have any questions, or need additional information.

Thanks,

Chautney

---

**From:** Porter, Katherine <kporter@akingump.com>
**Sent:** Tuesday, January 14, 2020 1:06 PM
**To:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** apreis@akingump.com; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

That's great, thank you!

**Katherine Porter**
Direct: +1 212.872.7467 | Internal: 37467

---

**From:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>
**Sent:** Tuesday, January 14, 2020 1:05 PM
**To:** Porter, Katherine <kporter@akingump.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** Preis, Arik <apreis@akingump.com>; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

Hi Katherine,

Thanks for checking in. We appreciate your patience.

We are in the process of gathering these materials, and we hope to get everything uploaded to the data room for your review in the next couple of days. We will let you know as soon as the documents are uploaded.

Thanks,

Chautney

---

**From:** Porter, Katherine <kporter@akingump.com>
**Sent:** Tuesday, January 14, 2020 1:02 PM
**To:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** apreis@akingump.com; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT

5

<PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

Hi Chautney,

Just following up on the request for the list of PI claims and the complaints / petitions.

Thanks again for your help!

**Katherine Porter**
Direct: +1 212.872.7467 | Internal: 37467

**From:** Porter, Katherine <kporter@akingump.com>
**Sent:** Wednesday, January 8, 2020 4:59 PM
**To:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** Preis, Arik <apreis@akingump.com>; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request

Thanks so much, Chautney! We appreciate you prioritizing this request.

**Katherine Porter**
Direct: +1 212.872.7467 | Internal: 37467

**From:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>
**Sent:** Wednesday, January 8, 2020 3:35 PM
**To:** Porter, Katherine <kporter@akingump.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>
**Cc:** Preis, Arik <apreis@akingump.com>; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue request


**EXTERNAL Email**

Hi Katherine,

Hope you are well. We are looking into this request, but we cannot guarantee a response this week. We will revert as soon as possible.

Thanks,

Chautney

**Chautney R. McMillian**
**Davis Polk & Wardwell LLP**
901 15th Street NW | Washington, DC 20005
+1 202 962 7134 tel | ███████████ mobile

6

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

chautney.mcmillian@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

**From:** Porter, Katherine <kporter@akingump.com>
**Sent:** Wednesday, January 8, 2020 11:01 AM
**To:** Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; McMillian, Chautney R. <chautney.mcmillian@davispolk.com>
**Cc:** apreis@akingump.com; Hurley, Mitchell <mhurley@AkinGump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>
**Subject:** Purdue request

Dear Kathryn and Chautney,

From our list of diligence requests, would you be able to prioritize sending us a list of the personal injury claimants (and the actual complaints/petitions of pending personal injury lawsuits)? We'd be very grateful if we could receive those this week.

Many thanks,
Katherine

Katherine Porter
**AKIN GUMP STRAUSS HAUER & FELD** LLP

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7467 | Internal: 37467
Fax: +1 212.872.1002 | kporter@akingump.com | akingump.com | Bio

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.