UNREDACTED FOR PUBLIC FILING - CONTAINS INFORMATION RELATING TO PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

19-23649-shl Doc 2165-3 Filed 12/18/20 Entered 12/18/20 18:39:56 Exhibit 47 Pg 1 of 5

# EXHIBIT 47

UNREDACTED VERSION OF REDACTED DOCUMENT FILED ALSO UNDER SEAL CONTAINS PRIVILEGED COMMUNICATIONS - TREATED AS HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Oluwole, Chautney M. |
| **Sent:** | Thursday, March 19, 2020 10:20 AM |
| **To:** | apreis@akingump.com |
| **Cc:** | McClammy, James I.; Benedict, Kathryn S.; Brauner, Sara; Salwen, James; Lisovicz, Edan; Atkinson, Michael (External); Guo, Angela W.; apreis@akingump.com |
| **Subject:** | RE: Purdue |

Hi Arik,

We provided the current description of the products from the full prescribing insert. It is possible that some products may have had a different description in the past.

Let us know if you have additional questions.

Thanks,

Chautney

**Chautney M. Oluwole**
**Davis Polk & Wardwell** LLP
901 15th Street NW  |  Washington, DC 20005
+1 202 962 7134 tel  |  [redacted] mobile
chautney.oluwole@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

---

**From:** Preis, Arik <apreis@akingump.com>
**Sent:** Tuesday, March 17, 2020 10:53 AM
**To:** Oluwole, Chautney M. <chautney.mcmillian@davispolk.com>
**Cc:** McClammy, James I. <james.mcclammy@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; Brauner, Sara <sbrauner@akingump.com>; Salwen, James <jsalwen@akingump.com>; Lisovicz, Edan <elisovicz@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; Guo, Angela W. <angela.guo@davispolk.com>; apreis@akingump.com
**Subject:** RE: Purdue

Thank you – this is great. Can you confirm these descriptions were the same over the years?

Arik

---

**From:** Oluwole, Chautney M. <chautney.oluwole@davispolk.com>
**Sent:** Monday, March 16, 2020 8:44 PM
**To:** Preis, Arik <apreis@akingump.com>
**Cc:** McClammy, James I. <james.mcclammy@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; Brauner, Sara <sbrauner@akingump.com>; Salwen, James <jsalwen@akingump.com>; Lisovicz, Edan

1

<elisovicz@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; Guo, Angela W. <angela.guo@davispolk.com>
**Subject:** RE: Purdue

Hi Arik,

Just wanted to let you know that we've produced 1) additional brochures with product images and 2) product descriptions for products for which we were unable to track down images. These materials have been produced at Bates PPLPUCC500055445 to PPLPUCC500055527.

Let us know if you have additional questions.

Thanks,

Chautney

**Chautney M. Oluwole**
**Davis Polk & Wardwell** LLP
901 15th Street NW  |  Washington, DC 20005
+1 202 962 7134 tel  |  mobile
chautney.oluwole@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

---

**From:** Preis, Arik <apreis@akingump.com>
**Sent:** Thursday, March 12, 2020 11:53 AM
**To:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>
**Cc:** McClammy, James I. <james.mcclammy@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; Brauner, Sara <sbrauner@akingump.com>; Salwen, James <jsalwen@akingump.com>; Lisovicz, Edan <elisovicz@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; Guo, Angela W. <angela.guo@davispolk.com>
**Subject:** RE: Purdue

Thank you.

**From:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>
**Sent:** Thursday, March 12, 2020 11:50 AM
**To:** Preis, Arik <apreis@akingump.com>
**Cc:** McClammy, James I. <james.mcclammy@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; Brauner, Sara <sbrauner@akingump.com>; Salwen, James <jsalwen@akingump.com>; Lisovicz, Edan <elisovicz@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>; Guo, Angela W. <angela.guo@davispolk.com>
**Subject:** RE: Purdue

Hi Arik,

Following up on this request – the Rhodes product images are on their website at the following link: https://www.rhodespharma.com/products/.

2

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREAT SUBJECT TO PROTECTIVE ORDER

We are continuing to search for images of the other products, but it may take some time. We will send what we are able to find on a rolling basis.

Thanks,

Chautney

---

**From:** McMillian, Chautney R. <chautney.mcmillian@davispolk.com>
**Sent:** Wednesday, March 11, 2020 1:37 PM
**To:** apreis@akingump.com
**Cc:** McClammy, James I. <james.mcclammy@davispolk.com>; Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; Brauner, Sara <sbrauner@akingump.com>; Salwen, James <jsalwen@akingump.com>; Lisovicz, Edan <elisovicz@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>
**Subject:** Re: Purdue

Hi Arik,

We have not found anything yet, but we are still looking into it. I will revert as soon as we have an update.

Thanks,

Chautney

**Chautney R. McMillian**

**Davis Polk & Wardwell** LLP
901 15th Street NW | Washington, DC 20005
+1 202 962 7134 tel | [redacted] mobile | +1 202 962 7109 fax
chautney.mcmillian@davispolk.com

---

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

> On Mar 11, 2020, at 11:59 AM, Preis, Arik <apreis@akingump.com> wrote:
>
> Just following up here – do you have anything?
>
> Arik
>
> ---
>
> **From:** McClammy, James I. <james.mcclammy@davispolk.com>
> **Sent:** Thursday, March 5, 2020 7:39 PM
> **To:** Preis, Arik <apreis@akingump.com>
> **Cc:** Benedict, Kathryn S. <kathryn.benedict@davispolk.com>; McMillian, Chautney R. <chautney.mcmillian@davispolk.com>; Brauner, Sara <sbrauner@akingump.com>; Salwen, James <jsalwen@akingump.com>; Lisovicz, Edan <elisovicz@akingump.com>; Atkinson, Michael (External) <matkinson@provincefirm.com>
> **Subject:** Re: Purdue

**EXTERNAL Email**

We will look into this and let you know.

J.I.M.

> On Mar 5, 2020, at 7:37 PM, Preis, Arik <apreis@akingump.com> wrote:
>
> Jim, Kathryn, and Chautney,
>
> Does the company have any photos of the various pills that are listed in the proof of claim form for PI's?
>
> I know we could not obviously attach pictures to the proof of claim form itself, but we received this question from someone, which, if you think about it, is a legitimate question if someone is trying to figure out which opioid the person had a prescription for (and can't find the prescription at this point).
>
> I have to think the company probably has some brochure of pamphlet of all of its opioids in the past.
>
> Can you find out and send to us?
>
> Thanks in advance,
>
> Arik
>
> Arik Preis
> **AKIN GUMP STRAUSS HAUER & FELD LLP**
> One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7418 | Internal: 37418
> Fax: +1 212.872.1002 | apreis@akingump.com | akingump.com | Bio
>
> The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.