UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

19-23649-shl Doc 2165-5 Filed 12/18/20 Entered 12/18/20 18:09:56 Exhibit 49 Pg 1 of 2

# EXHIBIT 49

| | |
|---|---|
| **From:** | Sorkin, Joseph L. <jsorkin@AkinGump.com> |
| **Sent:** | Monday, May 11, 2020 10:30 AM |
| **To:** | purdue.dpw.diligence; McClammy, James I.; Huebner, Marshall S. |
| **Cc:** | apreis@akingump.com; Hurley, Mitchell; Porter, Katherine; Murphy, Jack; Tongalson, Katie; Brauner, Sara |
| **Subject:** | In re Purdue Pharma - Rule 2004 Motion Seeking Information from Insurance Brokers |
| **Attachments:** | Purdue - 2004 Memo of Law (Insurance Broker) - DRAFT - 5-11-20.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

All – Attached is a draft memo in support of a rule 2004 motion seeking authority to serve subpoenas on Purdue's insurance brokers. Please let us know if you would like to discuss and what the Debtors' position is with respect to the motion. Thanks.

Best,

**Joseph L. Sorkin**
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7464 | Internal: 37464
Fax: +1 212.872.1002 | jsorkin@akingump.com | akingump.com | Bio

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.