UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 50

**UNREDACTED OR DESIGNATED AS PROFESSIONALS' EYES ONLY – CONTAINS PRIVILEGED COMMUNICATIONS – TREATED AS SUBJECT TO PROTECTIVE ORDER**

---

| | |
|---|---|
| **From:** | Oluwole, Chautney M. |
| **Sent:** | Tuesday, May 12, 2020 12:23 PM |
| **To:** | Hurley, Mitchell; Sorkin, Joseph L.; apreis@akingump.com; kporter@akingump.com; Murphy, Jack; Brauner, Sara; ktongalson@akingump.com |
| **Cc:** | McClammy, James I.; purdue.dpw.diligence |
| **Subject:** | RE: In re Purdue Pharma - Rule 2004 Motion Seeking Information from Insurance Brokers |

Hi all,

We are continuing to review the draft motion you all shared. As an initial reaction, we think it may not reflect the most up to date information in light of the productions made last week, including the production of the underwriting files. It may make sense for your team to review those documents and we can schedule a call later this week to further discuss.

Thanks,

Chautney

**Chautney M. Oluwole**

**Davis Polk & Wardwell** LLP
901 15th Street NW | Washington, DC 20005
+1 202 962 7134 tel | ▇▇▇▇▇▇▇▇▇ mobile
chautney.oluwole@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

---

**From:** Huebner, Marshall S. <marshall.huebner@davispolk.com>
**Sent:** Monday, May 11, 2020 10:48 AM
**To:** Hurley, Mitchell <mhurley@akingump.com>
**Cc:** Sorkin, Joseph L. <jsorkin@akingump.com>; purdue.dpw.diligence <purdue.dpw.diligence@davispolk.com>; McClammy, James I. <james.mcclammy@davispolk.com>; apreis@akingump.com; Porter, Katherine <kporter@akingump.com>; Murphy, Jack <jmurphy@akingump.com>; Tongalson, Katie <ktongalson@akingump.com>; Brauner, Sara <sbrauner@akingump.com>
**Subject:** Re: In re Purdue Pharma - Rule 2004 Motion Seeking Information from Insurance Brokers

I guess that is more proof of how quickly I am aging.

**Marshall S. Huebner**

**Davis Polk & Wardwell** LLP
450 Lexington Avenue | New York, NY 10017
+1 212 450 4099
marshall.huebner@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of

this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

On May 11, 2020, at 10:41 AM, Hurley, Mitchell <mhurley@akingump.com> wrote:

Yes, I mentioned it to you last week and discussed briefly with Jim as well at your request. Happy to discuss further.

Sent from my iPhone

On May 11, 2020, at 10:38 AM, Huebner, Marshall S. <marshall.huebner@davispolk.com> wrote:

**EXTERNAL Email**

1. I just see a motion. Not an explanatory memo.

2. Has this been discussed with anyone at dpw?

Thanks.

**Marshall S. Huebner**

**Davis Polk & Wardwell** LLP
450 Lexington Avenue | New York, NY 10017
+1 212 450 4099
marshall.huebner@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

On May 11, 2020, at 10:31 AM, Sorkin, Joseph L. <jsorkin@akingump.com> wrote:

All – Attached is a draft memo in support of a rule 2004 motion seeking authority to serve subpoenas on Purdue's insurance brokers. Please let us know if you would like to discuss and what the Debtors' position is with respect to the motion. Thanks.

Best,

Joseph L. Sorkin
**AKIN GUMP STRAUSS HAUER & FELD** LLP

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7464 |
Internal: 37464
Fax: +1 212.872.1002 | jsorkin@akingump.com | akingump.com | Bio

2

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

<Purdue - 2004 Memo of Law (Insurance Broker) - DRAFT - 5-11-20.pdf>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.