UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 56

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Sorkin, Joseph L. <jsorkin@AkinGump.com> |
| **Sent:** | Friday, September 4, 2020 4:25 PM |
| **To:** | Oluwole, Chautney M.; apreis@akingump.com |
| **Cc:** | apreis@akingump.com; Huebner, Marshall S.; purdue.dpw.diligence; Clarens, Margarita; Duggan, Charles S.; PPLP Group; NCSG Purdue; Williams, Richie; Miller, McKenzie; Sierra, Anthony; McClammy, James I. |
| **Subject:** | RE: Purdue - Call re: coordinating depositions |
| **Attachments:** | 09.04.2020 - DRAFT - Notice of 30(b)(6) Deposition of the Debtors.pdf |
| | |
| **Categories:** | Purdue |

DPW team – In advance of the call, attached is a draft 30b6 notice.

Best,

Joseph L. Sorkin
**AKIN GUMP STRAUSS HAUER & FELD** LLP

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7464 | Internal: 37464
Fax: +1 212.872.1002 | jsorkin@akingump.com | akingump.com | Bio

---

**From:** Oluwole, Chautney M. <chautney.oluwole@davispolk.com>
**Sent:** Friday, September 4, 2020 10:50 AM
**To:** Preis, Arik <apreis@akingump.com>
**Cc:** Preis, Arik <apreis@akingump.com>; Huebner, Marshall S. <marshall.huebner@davispolk.com>; Sorkin, Joseph L. <jsorkin@AkinGump.com>; purdue.dpw.diligence <purdue.dpw.diligence@davispolk.com>; Clarens, Margarita <margarita.clarens@davispolk.com>; Duggan, Charles S. <charles.duggan@davispolk.com>; PPLP Group <PPLPGroup@akingump.com>; NCSG Purdue <NCSGPurdue@akingump.com>; Williams, Richie <williamsr@akingump.com>; Miller, McKenzie <mckenzie.miller@akingump.com>; Sierra, Anthony <asierra@akingump.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** Re: Purdue - Call re: coordinating depositions

Arik, we're available this evening at 5:30 pm. Happy to circulate an invite if that time works for your team.

**Chautney M. Oluwole**

**Davis Polk & Wardwell** LLP
901 15th Street NW | Washington, DC 20005
+1 202 962 7134 tel | mobile | +1 202 962 7109 fax
chautney.oluwole@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

> On Sep 4, 2020, at 7:51 AM, McClammy, James I. <james.mcclammy@davispolk.com> wrote:
>
> We are trying to coordinate schedules and will get back to you as soon as we can.

1

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

19-23649-shl    Doc 2165-04    Filed 12/18/20    Entered 12/18/20 18:39:56    Exhibit 56
Pg 3 of 4

**From:** Preis, Arik <apreis@akingump.com>
**Sent:** Thursday, September 3, 2020 10:26 PM
**To:** Huebner, Marshall S. <marshall.huebner@davispolk.com>; Sorkin, Joseph L. <jsorkin@AkinGump.com>
**Cc:** purdue.dpw.diligence <purdue.dpw.diligence@davispolk.com>; McClammy, James I. <james.mcclammy@davispolk.com>; Clarens, Margarita <margarita.clarens@davispolk.com>; Duggan, Charles S. <charles.duggan@davispolk.com>; Oluwole, Chautney M. <chautney.oluwole@davispolk.com>; PPLP Group <PPLPGroup@akingump.com>; NCSG Purdue <NCSGPurdue@akingump.com>; Williams, Richie <williamsr@akingump.com>; Miller, McKenzie <mckenzie.miller@akingump.com>; Sierra, Anthony <asierra@akingump.com>
**Subject:** RE: Purdue - Call re: coordinating depositions

Following up on Joseph's email from earlier today, please let us know your availability on Friday.

Arik

**From:** Huebner, Marshall S. <marshall.huebner@davispolk.com>
**Sent:** Thursday, September 3, 2020 2:04 PM
**To:** Sorkin, Joseph L. <jsorkin@AkinGump.com>
**Cc:** purdue.dpw.diligence <purdue.dpw.diligence@davispolk.com>; McClammy, James I. <james.mcclammy@davispolk.com>; Clarens, Margarita <margarita.clarens@davispolk.com>; Duggan, Charles S. <charles.duggan@davispolk.com>; Oluwole, Chautney M. <chautney.oluwole@davispolk.com>; PPLP Group <PPLPGroup@akingump.com>; NCSG Purdue <NCSGPurdue@akingump.com>; Williams, Richie <williamsr@akingump.com>; Miller, McKenzie <mckenzie.miller@akingump.com>; Sierra, Anthony <asierra@akingump.com>
**Subject:** Re: Purdue - Call re: coordinating depositions

**\*\*EXTERNAL Email\*\***

I would like to be involved in anything relating to our current CEO, and would like a detailed sense of what you intend to cover with him. Thanks.

**Marshall S. Huebner**

**Davis Polk & Wardwell** LLP
450 Lexington Avenue | New York, NY 10017
+1 212 450 4099
marshall.huebner@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

> On Sep 3, 2020, at 11:03 AM, Sorkin, Joseph L. <jsorkin@akingump.com> wrote:
>
> All – Please let us know your availability tomorrow (9/4) at noon or after 2 pm to discuss coordinating the scheduling of depositions for the following witnesses:

2

Craig Landau
Mark Timney
John Stewart
Robin Abrams
Peter Justason

In addition, we would like to discuss certain 30b6 topics, which we will send in advance of the call.

Best,

Joseph L. Sorkin
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park | New York, NY 10036-6745 | USA | Direct: <u>+1 212.872.7464</u> | Internal: <u>37464</u> Fax: +1 212.872.1002 | <u>jsorkin@akingump.com</u> | <u>akingump.com</u> | <u>Bio</u>

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.