Pg 1 of 14
UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION AND PRIVILEGED COMMUNICATIONS - TREAT SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 57

UNREDACTED – CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION/COMMON INTEREST PRIVILEGED COMMUNICATIONS - TREAT SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | McClammy, James I. <james.mcclammy@davispolk.com> |
| **Sent:** | Tuesday, September 22, 2020 11:54 AM |
| **To:** | Sorkin, Joseph L. |
| **Cc:** | Oluwole, Chautney M.; apreis@akingump.com; Huebner, Marshall S.; purdue.dpw.diligence; Clarens, Margarita; Duggan, Charles S.; PPLP Group; NCSG Purdue; Williams, Richie; Miller, McKenzie; Sierra, Anthony; Hayden.Coleman@dechert.com; Danielle.GentinStock@dechert.com; Yeary, Michelle; Cusker Gonzalez, Mara |
| **Subject:** | RE: Purdue - Call re: coordinating depositions |
| **Attachments:** | Analysis of UCC 30b6 topics 9 22 20.pdf |

Joseph –

Please see attached the memo referenced in my email below. Work continues on this, and there may be some additions, but this is sufficiently comprehensive as to what has been covered.

Best,

J.I.M.

---

**From:** McClammy, James I. <james.mcclammy@davispolk.com>
**Sent:** Tuesday, September 22, 2020 7:52 AM
**To:** Sorkin, Joseph L. <jsorkin@akingump.com>
**Cc:** Oluwole, Chautney M. <chautney.oluwole@davispolk.com>; apreis@akingump.com; Huebner, Marshall S. <marshall.huebner@davispolk.com>; purdue.dpw.diligence <purdue.dpw.diligence@davispolk.com>; Clarens, Margarita <margarita.clarens@davispolk.com>; Duggan, Charles S. <charles.duggan@davispolk.com>; PPLP Group <PPLPGroup@akingump.com>; NCSG Purdue <NCSGPurdue@akingump.com>; Williams, Richie <williamsr@akingump.com>; Miller, McKenzie <mckenzie.miller@akingump.com>; Sierra, Anthony <asierra@akingump.com>; Hayden.Coleman@dechert.com; Danielle.GentinStock@dechert.com; Yeary, Michelle <michelle.yeary@dechert.com>; Cusker Gonzalez, Mara <MaraCusker.gonzalez@dechert.com>
**Subject:** Re: Purdue - Call re: coordinating depositions

Joseph —

As mentioned on our last call, Dechert has been pulling together a memo that will provide you with cites to where many of the proposed 30(b)(6) deposition topics were covered in prior testimony. We expect that should be ready for circulation later this morning/early this afternoon. Perhaps we can calendar something for Thursday afternoon to further discuss after you have had a chance to review.

Best,

J.I.M.

> On Sep 16, 2020, at 8:55 PM, Sorkin, Joseph L. <jsorkin@akingump.com> wrote:
>
> Jim – Tomorrow evening doesn't work on our end. How about 8 or 8:30 on Friday morning?

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION/COMMON INTEREST PRIVILEGED COMMUNICATIONS - TREAT SUBJECT TO PROTECTIVE ORDER

**Joseph L. Sorkin**
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7464 | Internal: 37464
Fax: +1 212.872.1002 | jsorkin@akingump.com | akingump.com | Bio

---

**From:** McClammy, James I. <james.mcclammy@davispolk.com>
**Sent:** Wednesday, September 16, 2020 2:14 PM
**To:** Sorkin, Joseph L. <jsorkin@AkinGump.com>
**Cc:** Oluwole, Chautney M. <chautney.oluwole@davispolk.com>; Preis, Arik <apreis@akingump.com>; Huebner, Marshall S. <marshall.huebner@davispolk.com>; purdue.dpw.diligence <purdue.dpw.diligence@davispolk.com>; Clarens, Margarita <margarita.clarens@davispolk.com>; Duggan, Charles S. <charles.duggan@davispolk.com>; PPLP Group <PPLPGroup@akingump.com>; NCSG Purdue <NCSGPurdue@akingump.com>; Williams, Richie <williamsr@akingump.com>; Miller, McKenzie <mckenzie.miller@akingump.com>; Sierra, Anthony <asierra@akingump.com>; Hayden.Coleman@dechert.com; Danielle.GentinStock@dechert.com; Yeary, Michelle <michelle.yeary@dechert.com>; Cusker Gonzalez, Mara <MaraCusker.gonzalez@dechert.com>
**Subject:** Re: Purdue - Call re: coordinating depositions

I now have a client outing tomorrow afternoon. How is first thing Friday morning? Or I could do after 7:30 pm tomorrow. Akin/Dechert teams would either of those work for you?

> On Sep 16, 2020, at 1:14 PM, Sorkin, Joseph L. <jsorkin@akingump.com> wrote:
>
> Jim – How about tomorrow (Thursday) at 5 pm?
>
> **Joseph L. Sorkin**
> **AKIN GUMP STRAUSS HAUER & FELD LLP**
> One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7464 | Internal: 37464
> Fax: +1 212.872.1002 | jsorkin@akingump.com | akingump.com | Bio
>
> ---
>
> **From:** McClammy, James I. <james.mcclammy@davispolk.com>
> **Sent:** Tuesday, September 15, 2020 5:47 PM
> **To:** Sorkin, Joseph L. <jsorkin@AkinGump.com>
> **Cc:** Oluwole, Chautney M. <chautney.oluwole@davispolk.com>; Preis, Arik <apreis@akingump.com>; Huebner, Marshall S. <marshall.huebner@davispolk.com>; purdue.dpw.diligence <purdue.dpw.diligence@davispolk.com>; Clarens, Margarita <margarita.clarens@davispolk.com>; Duggan, Charles S. <charles.duggan@davispolk.com>; PPLP Group <PPLPGroup@akingump.com>; NCSG Purdue <NCSGPurdue@akingump.com>; Williams, Richie <williamsr@akingump.com>; Miller, McKenzie <mckenzie.miller@akingump.com>; Sierra, Anthony <asierra@akingump.com>; Hayden.Coleman@dechert.com; Danielle.GentinStock@dechert.com; Yeary, Michelle <michelle.yeary@dechert.com>; Cusker Gonzalez, Mara <MaraCusker.gonzalez@dechert.com>
> **Subject:** RE: Purdue - Call re: coordinating depositions
>
> Joseph – adding some members of the Dechert team who will be needed for the discussion. We are trying to coordinate a time that works. Please let us know times

UNREDACTED ... PRIVILEGED COMMUNICATIONS - TREAT SUBJECT TO PROTECTIVE ORDER

that would work for you on Thursday and/or Friday and we will confirm a time and send an invite.

J.I.M.

---

**From:** Sorkin, Joseph L. <jsorkin@AkinGump.com>
**Sent:** Tuesday, September 15, 2020 11:37 AM
**To:** McClammy, James I. <james.mcclammy@davispolk.com>
**Cc:** Oluwole, Chautney M. <chautney.oluwole@davispolk.com>; apreis@akingump.com; Huebner, Marshall S. <marshall.huebner@davispolk.com>; purdue.dpw.diligence <purdue.dpw.diligence@davispolk.com>; Clarens, Margarita <margarita.clarens@davispolk.com>; Duggan, Charles S. <charles.duggan@davispolk.com>; PPLP Group <PPLPGroup@akingump.com>; NCSG Purdue <NCSGPurdue@akingump.com>; Williams, Richie <williamsr@akingump.com>; Miller, McKenzie <mckenzie.miller@akingump.com>; Sierra, Anthony <asierra@akingump.com>
**Subject:** RE: Purdue - Call re: coordinating depositions

Jim – Just following up from our Friday call to schedule a further discussion of the 30b6 and scheduling. Thanks.

**Joseph L. Sorkin**
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7464 | Internal: 37464
Fax: +1 212.872.1002 | jsorkin@akingump.com | akingump.com | Bio

---

**From:** McClammy, James I. <james.mcclammy@davispolk.com>
**Sent:** Thursday, September 10, 2020 7:54 PM
**To:** Sorkin, Joseph L. <jsorkin@AkinGump.com>
**Cc:** Oluwole, Chautney M. <chautney.oluwole@davispolk.com>; Preis, Arik <apreis@akingump.com>; Huebner, Marshall S. <marshall.huebner@davispolk.com>; purdue.dpw.diligence <purdue.dpw.diligence@davispolk.com>; Clarens, Margarita <margarita.clarens@davispolk.com>; Duggan, Charles S. <charles.duggan@davispolk.com>; PPLP Group <PPLPGroup@akingump.com>; NCSG Purdue <NCSGPurdue@akingump.com>; Williams, Richie <williamsr@akingump.com>; Miller, McKenzie <mckenzie.miller@akingump.com>; Sierra, Anthony <asierra@akingump.com>
**Subject:** Re: Purdue - Call re: coordinating depositions

I now have a conflict at 11:30. How about noon or 12:30?

> On Sep 10, 2020, at 6:12 PM, Sorkin, Joseph L. <jsorkin@akingump.com> wrote:
>
> Jim – Does 11:30 work on your end? Thanks.
>
> ---
>
> **From:** Sorkin, Joseph L. <jsorkin@AkinGump.com>
> **Sent:** Thursday, September 10, 2020 10:56 AM

UNREDACTED - OUTSIDE PROFESSIONALS' EYES ONLY - INFORMATION IN WHICH PRIVILEGED COMMUNICATIONS - TREAT SUBJECT TO PROTECTIVE ORDER

**To:** McClammy, James I. <james.mcclammy@davispolk.com>
**Cc:** Oluwole, Chautney M. <chautney.oluwole@davispolk.com>; Preis, Arik <apreis@akingump.com>; Huebner, Marshall S. <marshall.huebner@davispolk.com>; purdue.dpw.diligence <purdue.dpw.diligence@davispolk.com>; Clarens, Margarita <margarita.clarens@davispolk.com>; Duggan, Charles S. <charles.duggan@davispolk.com>; PPLP Group <PPLPGroup@akingump.com>; NCSG Purdue <NCSGPurdue@akingump.com>; Williams, Richie <williamsr@akingump.com>; Miller, McKenzie <mckenzie.miller@akingump.com>; Sierra, Anthony <asierra@akingump.com>
**Subject:** Re: Purdue - Call re: coordinating depositions

How about 11:30 am tomorrow?

> On Sep 9, 2020, at 6:56 PM, McClammy, James I. <james.mcclammy@davispolk.com> wrote:
>
> Joseph —
>
> I understand you caught up earlier today with Ben Kaminetzky on the proposed witnesses in your email below. My schedule is tough tomorrow, but are there times that work for you on Friday to catch up on the 30(b)(6) topics?
>
> J.I.M.
>
>> On Sep 9, 2020, at 9:13 AM, Sorkin, Joseph L. <jsorkin@akingump.com> wrote:
>>
>> DPW team – Following up on our call from Friday, please let us know when you are available this afternoon or tomorrow to meet and confer on the 30b6 topics. In addition, please confirm that you do not have any conflicts that prevent us from reaching out to counsel to schedule the following depositions:
>>
>> Robin Abrams
>> Peter Justason
>> Mark Timney
>> John Stewart
>> Craig Landau

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION / DISCUSSION IN INTEREST PRIVILEGED COMMUNICATIONS - TREAT SUBJECT TO PROTECTIVE ORDER

Best,

**Joseph L. Sorkin**
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7464 | Internal: 37464
Fax: +1 212.872.1002 | jsorkin@akingump.com | akingump.com | Bio

---

**From:** Sorkin, Joseph L.
**Sent:** Friday, September 4, 2020 4:25 PM
**To:** 'Oluwole, Chautney M.' <chautney.oluwole@davispolk.com>; Preis, Arik <apreis@akingump.com>
**Cc:** Preis, Arik <apreis@akingump.com>; Huebner, Marshall S. <marshall.huebner@davispolk.com>; purdue.dpw.diligence <purdue.dpw.diligence@davispolk.com>; Clarens, Margarita <margarita.clarens@davispolk.com>; Duggan, Charles S. <charles.duggan@davispolk.com>; PPLP Group <PPLPGroup@akingump.com>; NCSG Purdue <NCSGPurdue@akingump.com>; Williams, Richie <williamsr@akingump.com>; Miller, McKenzie <mckenzie.miller@akingump.com>; Sierra, Anthony <asierra@akingump.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** RE: Purdue - Call re: coordinating depositions

DPW team – In advance of the call, attached is a draft 30b6 notice.

Best,

**Joseph L. Sorkin**
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7464 | Internal: 37464

Fax: +1 212.872.1002 | jsorkin@akingump.com
| akingump.com | Bio

**From:** Oluwole, Chautney M. <chautney.oluwole@davispolk.com>
**Sent:** Friday, September 4, 2020 10:50 AM
**To:** Preis, Arik <apreis@akingump.com>
**Cc:** Preis, Arik <apreis@akingump.com>; Huebner, Marshall S. <marshall.huebner@davispolk.com>; Sorkin, Joseph L. <jsorkin@AkinGump.com>; purdue.dpw.diligence <purdue.dpw.diligence@davispolk.com>; Clarens, Margarita <margarita.clarens@davispolk.com>; Duggan, Charles S. <charles.duggan@davispolk.com>; PPLP Group <PPLPGroup@akingump.com>; NCSG Purdue <NCSGPurdue@akingump.com>; Williams, Richie <williamsr@akingump.com>; Miller, McKenzie <mckenzie.miller@akingump.com>; Sierra, Anthony <asierra@akingump.com>; McClammy, James I. <james.mcclammy@davispolk.com>
**Subject:** Re: Purdue - Call re: coordinating depositions

Arik, we're available this evening at 5:30 pm. Happy to circulate an invite if that time works for your team.

**Chautney M. Oluwole**

**Davis Polk & Wardwell LLP**
901 15th Street NW | Washington, DC 20005
+1 202 962 7134 tel | [REDACTED] mobile
| +1 202 962 7109 fax
chautney.oluwole@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we

UNREDACT... PRIVILEGED COMMUNICATIONS - TREA... SUBJECT TO PROTECTIVE ORDER

process personal data. Our website is at www.davispolk.com.

On Sep 4, 2020, at 7:51 AM, McClammy, James I. <james.mcclammy@davispolk.com> wrote:

We are trying to coordinate schedules and will get back to you as soon as we can.

---

**From:** Preis, Arik <apreis@akingump.com>
**Sent:** Thursday, September 3, 2020 10:26 PM
**To:** Huebner, Marshall S. <marshall.huebner@davispolk.com>; Sorkin, Joseph L. <jsorkin@AkinGump.com>
**Cc:** purdue.dpw.diligence <purdue.dpw.diligence@davispolk.com>; McClammy, James I. <james.mcclammy@davispolk.com>; Clarens, Margarita <margarita.clarens@davispolk.com>; Duggan, Charles S. <charles.duggan@davispolk.com>; Oluwole, Chautney M. <chautney.oluwole@davispolk.com>; PPLP Group <PPLPGroup@akingump.com>; NCSG Purdue <NCSGPurdue@akingump.com>; Williams, Richie

<williamsr@akingump.com>; Miller, McKenzie <mckenzie.miller@akingump.com>; Sierra, Anthony <asierra@akingump.com>
**Subject:** RE: Purdue - Call re: coordinating depositions

Following up on Joseph's email from earlier today, please let us know your availability on Friday.

Arik

---

**From:** Huebner, Marshall S. <marshall.huebner@davispolk.com>
**Sent:** Thursday, September 3, 2020 2:04 PM
**To:** Sorkin, Joseph L. <jsorkin@AkinGump.com>
**Cc:** purdue.dpw.diligence <purdue.dpw.diligence@davispolk.com>; McClammy, James I. <james.mcclammy@davispolk.com>; Clarens, Margarita <margarita.clarens@davispolk.com>; Duggan, Charles S. <charles.duggan@davispolk.com>; Oluwole, Chautney M. <chautney.oluwole@davispolk.com>; PPLP Group <PPLPGroup@akingump.com>; NCSG Purdue <NCSGPurdue@akingump.com>; Williams, Richie <williamsr@akingump.c

om>; Miller, McKenzie <mckenzie.miller@akingump.com>; Sierra, Anthony <asierra@akingump.com>
**Subject:** Re: Purdue - Call re: coordinating depositions

**EXTERNAL Email**

I would like to be involved in anything relating to our current CEO, and would like a detailed sense of what you intend to cover with him. Thanks.

**Marshall S. Huebner**

**Davis Polk & Wardwell LLP**
450 Lexington Avenue | New York, NY 10017
+1 212 450 4099
marshall.huebner@davispolk.com

---

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

On Sep 3, 2020, at 11:03 AM, Sorkin, Joseph L. <jsorkin@akingump.com> wrote:

All – Please

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION AND/OR COMMON INTEREST PRIVILEGED COMMUNICATIONS - TREAT SUBJECT TO PROTECTIVE ORDER

let us know your availability tomorrow (9/4) at noon or after 2 pm to discuss coordinating the scheduling of depositions for the following witnesses:

Craig Landau
Mark Timney
John Stewart
Robin Abrams
Peter Justason

In addition, we would like to discuss certain 30b6 topics, which

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION AND/OR MAY CONTAIN INADVERTENT PRIVILEGED COMMUNICATIONS - TREAT SUBJECT TO PROTECTIVE ORDER

we will send in advance of the call.

Best,

**Joseph L. Sorkin**
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7464 | Internal: 37464 Fax: +1 212.872.1002 | jsorkin@akingump.com | akingump.com | Bio

The information contained in this e-mail message is intended only for the personal and confidential use of

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY [illegible] PRIVILEGED COMMUNICATIONS - TREAT SUBJECT TO PROTECTIVE ORDER

the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.