UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 58

| | |
|---|---|
| **From:** | Porter, Katherine <kporter@akingump.com> |
| **Sent:** | Friday, October 9, 2020 3:42 PM |
| **To:** | Duggan, Charles S.; Guo, Angela W.; King, Robert G.; Clarens, Margarita; Oluwole, Chautney M.; McClammy, James I.; Kaminetzky, Benjamin S.; Huebner, Marshall S.; purdue.dpw.diligence; Hurley, Mitchell; apreis@akingump.com; PPLP Group; PURDUE AKIN LIT; 'Lees, Alex'; '#SacklerMilbankLit'; 'Fell, Katherine'; 'Uzzi, Jerry'; 'Christopher J. Stanley'; 'Benjamin A. Taylor'; 'Peter R. Jerdee'; 'Gregory P. Joseph'; 'Mara Leventhal'; Labovitz, Natasha; 'Williford, Harold W.'; jwstahl@debevoise.com; Monaghan, Maura Kathleen; Ball, Jasmine; Alexander, Sandy (External); Alfano, Andrew (External); Blake, Kathryn (External); Burkart, Michelle (External); Feiner, Gillian (External); Khan, Umair (External); Lundgren, Timothy (External); Nachman, David (External ); Rundlet, Megan (External); Sharp, Jason (External); Troop, Andrew (External); Van Eck, Melissa (External); EFunke@KRAMERLEVIN.com; 'sschinfeld@kramerlevin.com'; rringer@kramerlevin.com; keckstein@kramerlevin.com; 'Joshua Upin'; 'Julie Latsko'; 'MSkapof@rccblaw.com'; 'Marc Hirschfield'; 'Galle, Katherine N.'; 'jdougherty@haugpartners.com'; 'Abigail.Coster@srz.com'; Taleah.Jennings@srz.com; 'Herrington, Matt'; jmclaughlin@stblaw.com; limes@spearsimes.com; 'adam.hoffinger@srz.com'; 'porter@spplaw.com'; 'Dawson, Amy'; 'smcbride@lowenstein.com'; kmarino@khmarino.com; 'johnpotter@quinnemanuel.com'; Petrillo, Guy (External); 'Alexandra Conlon'; 'shecker@kaplanhecker.com'; NFK@stevenslee.com; jyoung@forthepeople.com; juanmartinez@forthepeople.com; Pourakis, Constantine (External); ADM@stevenslee.com; Thompson, Kevin (External); Stuart H. Smith; hisrael@lplegal.com; Abelow, Mike (External); Celeste Brustowicz; egoldstein@goodwin.com; tmahlum@robinskaplan.com; ebarstad@robinskaplan.com; Barrett, Don (External); DMcMullan@BarrettLawGroup.com; rrb@rrblawfirm.net; gmabdall@hotmail.com; carlos.tanner@thetannerlawfirm.com; dscalia@dugan-lawfirm.com; tbenedetto@dugan-lawfirm.com; Fischer, Mark D . (External); glawrence@lowey.com; nruggiero@lowey.com; roe@frazer.law; TSutton@RobinsKaplan.com; gstrommer@hobbsstraus.com; alamb@levinlaw.com; jjoseph@skikos.com; cmehri@findjustice.com; mpiers@hsplegal.com; mpiers@hsplegal.com; clederer@HSPLEGAL.COM; nhenrichsen@hslawyers.com; Bassett, Nicholas; Barreto, Gabriela; roe@frazer.law; kmaclay@capdale.com; Wong, Cynthia (External); Barrett, Don (External); Feldsher, Jennifer (External); Hampton, Ryan (External); Miller, Monica (External); Goodman, Geoffrey S. (External); cherju4339@aol.com; ktrainor81@yahoo.com; Butler, Lori (External); dapice@sbep-law.com; ssanford@wattsguerra.com; esserman@sbep-law.com; Cuneo, Jonathan (External); Strollo, Michael (External); Andrews, Anne (External); Barnes, Lauren (External); mcwatts@wattsguerra.com; leenjennysalmons695@gmail.com; Rodgers, Mai-Lan (External); kbriley@barrettlawgroup.com; Thompson, Kevin (External); leisenberg@foley.com; hisrael@lplegal.com; Baird, Michael (External); Abelow, Mike (External); melissa.boey@morganlewis.com; Fischer, Mark D . (External); Stuart H. Smith; gblackman@lplegal.com; ftk@thekuykendallgroup.com; project.pegasus.all.2019@jefferies.com; dbarrett@barrettlawgroup.com; Alderfer, Kenneth; Tuten, Todd; ksheridan@jefferies.com; lszlezinger@jefferies.com; Butler, Paul; Salcido, Robert; Elder, Gene; rwhite@jefferies.com; Cabello, Carol (External); Crockett, Jason (External); Harris, Elizabeth; rg1@rawlingsandassociates.com; Stuart H. Smith; Cyrus Mehri; Matthew J. Piers; Joshua Karsh; Parlar, Erin E.; Vondle, David; lrichardson@clfnola.com; Celeste Brustowicz; Thomas Sobol; Peter.Aronoff@usdoj.gov; Lawrence.Fogelman@usdoj.gov; Danielle.Levine@usdoj.gov; Bentley, Alicia (CIV); Murphy, Kristen M. (CIV); Glackin, Patrick |

1

| | |
|---|---|
| Cc: | Nicole Arango; Anthony Minervini; Premier VIP; Waleska Santana |
| Subject: | RE: In re: Purdue Pharma L.P. et al., No. 19-23649 (Bankr. S.D.N.Y.) - Deposition Calendar |
| Attachments: | Purdue - Deposition Schedule 10.9.pdf |

All,

Please find attached an updated deposition calendar.

Katherine Porter

Direct: +1 212.872.7467 | Internal: 37467

---

**From:** Porter, Katherine
**Sent:** Wednesday, October 7, 2020 11:25 PM
**To:** 'Duggan, Charles S.' <charles.duggan@davispolk.com>; 'Guo, Angela W.' <angela.guo@davispolk.com>; 'King, Robert G.' <rob.king@davispolk.com>; 'Clarens, Margarita' <margarita.clarens@davispolk.com>; 'Oluwole, Chautney M.' <chautney.oluwole@davispolk.com>; 'McClammy, James I.' <james.mcclammy@davispolk.com>; 'Kaminetzky, Benjamin S.' <ben.kaminetzky@davispolk.com>; 'Huebner, Marshall S.' <marshall.huebner@davispolk.com>; 'purdue.dpw.diligence' <purdue.dpw.diligence@davispolk.com>; Hurley, Mitchell <mhurley@AkinGump.com>; Preis, Arik <apreis@akingump.com>; PPLP Group <PPLPGROUP@AKINGUMP.COM>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; 'Lees, Alex' <ALees@milbank.com>; '#SacklerMilbankLit' <SacklerMilbankLit@milbank.com>; 'Fell, Katherine' <kfell@milbank.com>; 'Uzzi, Jerry' <GUzzi@milbank.com>; 'Christopher J. Stanley' <cstanley@JHANY.COM>; 'Benjamin A. Taylor' <btaylor@JHANY.COM>; 'Peter R. Jerdee' <pjerdee@JHANY.COM>; 'Gregory P. Joseph' <gjoseph@JHANY.COM>; 'Mara Leventhal' <mleventhal@JHANY.COM>; 'Labovitz, Natasha' <nlabovitz@debevoise.com>; 'Williford, Harold W.' <hwwilliford@debevoise.com>; 'jwstahl@debevoise.com' <jwstahl@debevoise.com>; 'Monaghan, Maura Kathleen' <mkmonaghan@debevoise.com>; 'Ball, Jasmine' <jball@debevoise.com>; Alexander, Sandy (External) <sandy.alexander@state.ma.us>; Alfano, Andrew (External) <andrew.alfano@pillsburylaw.com>; Blake, Kathryn (External) <Kathryn.Blake@ag.ny.gov>; Burkart, Michelle (External) <Michelle.Burkart@doj.ca.gov>; Feiner, Gillian (External) <gillian.feiner@state.ma.us>; Khan, Umair (External) <Umair.Khan@ag.ny.gov>; Lundgren, Timothy (External) <Timothy.Lundgren@doj.ca.gov>; Nachman, David (External) <David.Nachman@ag.ny.gov>; Rundlet, Megan (External) <megan.rundlet@coag.gov>; Sharp, Jason (External) <jason.sharp@pillsburylaw.com>; Troop, Andrew (External) <andrew.troop@pillsburylaw.com>; Van Eck, Melissa (External) <mvaneck@attorneygeneral.gov>; 'EFunke@KRAMERLEVIN.com' <EFunke@KRAMERLEVIN.com>; 'sschinfeld@kramerlevin.com' <sschinfeld@kramerlevin.com>; 'rringer@kramerlevin.com' <rringer@kramerlevin.com>; 'keckstein@kramerlevin.com' <keckstein@kramerlevin.com>; 'Joshua Upin' <JUpin@rccblaw.com>; 'Julie Latsko' <JLatsko@rccblaw.com>; 'MSkapof@rccblaw.com' <MSkapof@rccblaw.com>; 'Marc Hirschfield' <MHirschfield@rccblaw.com>; 'Galle, Katherine N.' <KGalle@haugpartners.com>; 'jdougherty@haugpartners.com' <jdougherty@haugpartners.com>; 'Abigail.Coster@srz.com' <Abigail.Coster@srz.com>; 'Taleah.Jennings@srz.com' <Taleah.Jennings@srz.com>; 'Herrington, Matt' <mattherrington@paulhastings.com>; 'jmclaughlin@stblaw.com' <jmclaughlin@stblaw.com>; 'limes@spearsimes.com' <limes@spearsimes.com>; 'adam.hoffinger@srz.com' <adam.hoffinger@srz.com>; 'porter@sppplaw.com' <porter@sppplaw.com>; 'Dawson, Amy' <Amy.Dawson@stblaw.com>; 'smcbride@lowenstein.com' <smcbride@lowenstein.com>; 'kmarino@khmarino.com' <kmarino@khmarino.com>; 'johnpotter@quinnemanuel.com' <johnpotter@quinnemanuel.com>; Petrillo, Guy (External) <gpetrillo@pkbllp.com>; 'Alexandra Conlon' <aconlon@kaplanhecker.com>; 'shecker@kaplanhecker.com' <shecker@kaplanhecker.com>; 'NFK@stevenslee.com' <NFK@stevenslee.com>; 'jyoung@forthepeople.com' <jyoung@forthepeople.com>; 'juanmartinez@forthepeople.com' <juanmartinez@forthepeople.com>; 'CP@stevenslee.com' <CP@stevenslee.com>; 'ADM@stevenslee.com' <ADM@stevenslee.com>; 'kwthompsonwv@gmail.com' <kwthompsonwv@gmail.com>; 'Stuart H. Smith' <ssmith@clfnola.com>; 'hisrael@lplegal.com' <hisrael@lplegal.com>; Abelow, Mike (External) <mabelow@srvhlaw.com>; 'Celeste Brustowicz' <cbrustowicz@clfnola.com>; 'egoldstein@goodwin.com' <egoldstein@goodwin.com>; 'tmahlum@robinskaplan.com' <tmahlum@robinskaplan.com>; 'ebarstad@robinskaplan.com' <ebarstad@robinskaplan.com>; Barrett, Don (External)

<donbarrettpa@gmail.com>; 'DMcMullan@BarrettLawGroup.com' <DMcMullan@BarrettLawGroup.com>; 'rrb@rrblawfirm.net' <rrb@rrblawfirm.net>; 'gmabdall@hotmail.com' <gmabdall@hotmail.com>; 'carlos.tanner@thetannerlawfirm.com' <carlos.tanner@thetannerlawfirm.com>; 'dscalia@dugan-lawfirm.com' <dscalia@dugan-lawfirm.com>; 'tbenedetto@dugan-lawfirm.com' <tbenedetto@dugan-lawfirm.com>; 'mdf@rawlingsandassociates.com' <mdf@rawlingsandassociates.com>; 'glawrence@lowey.com' <glawrence@lowey.com>; 'nruggiero@lowey.com' <nruggiero@lowey.com>; 'roe@frazer.law' <roe@frazer.law>; 'TSutton@RobinsKaplan.com' <TSutton@RobinsKaplan.com>; 'gstrommer@hobbsstraus.com' <gstrommer@hobbsstraus.com>; 'alamb@levinlaw.com' <alamb@levinlaw.com>; 'jjoseph@skikos.com' <jjoseph@skikos.com>; 'cmehri@findjustice.com' <cmehri@findjustice.com>; 'mpiers@hsplegal.com' <mpiers@hsplegal.com>; 'mpiers@hsplegal.com' <mpiers@hsplegal.com>; 'clederer@HSPLEGAL.COM' <clederer@HSPLEGAL.COM>; 'nhenrichsen@hslawyers.com' <nhenrichsen@hslawyers.com>; 'Bassett, Nicholas' <nicholasbassett@paulhastings.com>; 'Barreto, Gabriela' <gabrielabarreto@paulhastings.com>; 'roe@frazer.law' <roe@frazer.law>; 'kmaclay@capdale.com' <kmaclay@capdale.com>; Wong, Cynthia (External) <Wong.Cynthia@pbgc.gov>; Barrett, Don (External) <donbarrettpa@gmail.com>; Feldsher, Jennifer (External) <jennifer.feldsher@morganlewis.com>; Hampton, Ryan (External) <hampton.ryan.j@gmail.com>; Miller, Monica (External) <monica@cuneolaw.com>; Goodman, Geoffrey S. (External) <ggoodman@foley.com>; 'cherju4339@aol.com' <cherju4339@aol.com>; 'ktrainor81@yahoo.com' <ktrainor81@yahoo.com>; Butler, Lori (External) <Butler.Lori@pbgc.gov>; 'dapice@sbep-law.com' <dapice@sbep-law.com>; 'ssanford@wattsguerra.com' <ssanford@wattsguerra.com>; 'esserman@sbep-law.com' <esserman@sbep-law.com>; Cuneo, Jonathan (External) <JonC@cuneolaw.com>; Strollo, Michael (External) <strollo.michael@pbgc.gov>; Andrews, Anne (External) <aa@andrewsthornton.com>; Barnes, Lauren (External) <lauren@hbsslaw.com>; 'mcwatts@wattsguerra.com' <mcwatts@wattsguerra.com>; 'leenjennysalmons695@gmail.com' <leenjennysalmons695@gmail.com>; Rodgers, Mai-Lan (External) <Rodgers.mailan@pbgc.gov>; 'kbriley@barrettlawgroup.com' <kbriley@barrettlawgroup.com>; Thompson, Kevin (External) <kwthompsonwv@gmail.com>; 'leisenberg@foley.com' <leisenberg@foley.com>; 'hisrael@lplegal.com' <hisrael@lplegal.com>; Baird, Michael (External) <Baird.michael@pbgc.gov>; Abelow, Mike (External) <mabelow@srvhlaw.com>; 'melissa.boey@morganlewis.com' <melissa.boey@morganlewis.com>; Fischer, Mark D. (External) <mdf@rawlingsandassociates.com>; 'Stuart H. Smith' <ssmith@clfnola.com>; 'gblackman@lplegal.com' <gblackman@lplegal.com>; 'ftk@thekuykendallgroup.com' <ftk@thekuykendallgroup.com>; 'project.pegasus.all.2019@jefferies.com' <project.pegasus.all.2019@jefferies.com>; 'dbarrett@barrettlawgroup.com' <dbarrett@barrettlawgroup.com>; Alderfer, Kenneth <kalderfer@AKINGUMP.COM>; Tuten, Todd <ttuten@akingump.com>; 'ksheridan@jefferies.com' <ksheridan@jefferies.com>; 'lszlezinger@jefferies.com' <lszlezinger@jefferies.com>; Butler, Paul <pbutler@akingump.com>; Salcido, Robert <rsalcido@AKINGUMP.COM>; Elder, Gene <gelder@AKINGUMP.com>; 'rwhite@jefferies.com' <rwhite@jefferies.com>; Cabello, Carol (External) <ccabello@provincefirm.com>; Crockett, Jason (External) <jcrockett@provincefirm.com>; Harris, Elizabeth <eharris@AkinGump.com>; 'rg1@rawlingsandassociates.com' <rg1@rawlingsandassociates.com>; 'Stuart H. Smith' <ssmith@clfnola.com>; 'Cyrus Mehri' <CMehri@findjustice.com>; 'Matthew J. Piers' <MPiers@HSPLEGAL.COM>; 'Joshua Karsh' <JKarsh@findjustice.com>; Parlar, Erin E. <eparlar@akingump.com>; Vondle, David <dvondle@akingump.com>; 'lrichardson@clfnola.com' <lrichardson@clfnola.com>; 'Celeste Brustowicz' <cbrustowicz@clfnola.com>; 'Thomas Sobol' <tom@hbsslaw.com>; 'Peter.Aronoff@usdoj.gov' <Peter.Aronoff@usdoj.gov>; 'Lawrence.Fogelman@usdoj.gov' <Lawrence.Fogelman@usdoj.gov>; 'Danielle.Levine@usdoj.gov' <Danielle.Levine@usdoj.gov>; 'Bentley, Alicia (CIV)' <Alicia.Bentley@usdoj.gov>; 'Murphy, Kristen M. (CIV)' <Kristen.M.Murphy@usdoj.gov>; Glackin, Patrick <pglackin@akingump.com>
**Cc:** 'Nicole Arango' <nicole.arango@lexitaslegal.com>; 'Anthony Minervini' <anthony.minervini@lexitaslegal.com>; 'Premier VIP' <premiervip@lexitaslegal.com>; 'Waleska Santana' <waleska.santana@lexitaslegal.com>
**Subject:** RE: In re: Purdue Pharma L.P. et al., No. 19-23649 (Bankr. S.D.N.Y.) - Deposition Calendar

I am writing to ensure that everyone is aware that the depositions previously scheduled for Thursday and Friday of this week were postponed at counsel's request. We will circulate an updated calendar tomorrow.

**Katherine Porter**
Direct: +1 212.872.7467 | Internal: 37467

UNREDACTED VERSION OF RESPONSES CONTAIN ONE OR MORE ATTORNEY CLIENT PRIVILEGED COMMUNICATIONS - TREATED AS SUBJECT TO PROTECTIVE ORDER

19-23649-shl Doc 2105-08 Filed 12/18/20 Entered 12/18/20 18:39:56 Exhibit 58 Pg 5 of 12

**From:** Porter, Katherine
**Sent:** Monday, September 21, 2020 4:59 PM
**To:** 'Duggan, Charles S.' <charles.duggan@davispolk.com>; 'Guo, Angela W.' <angela.guo@davispolk.com>; 'King, Robert G.' <rob.king@davispolk.com>; 'Clarens, Margarita' <margarita.clarens@davispolk.com>; 'Oluwole, Chautney M.' <chautney.oluwole@davispolk.com>; 'McClammy, James I.' <james.mcclammy@davispolk.com>; 'Kaminetzky, Benjamin S.' <ben.kaminetzky@davispolk.com>; 'Huebner, Marshall S.' <marshall.huebner@davispolk.com>; 'purdue.dpw.diligence' <purdue.dpw.diligence@davispolk.com>; Hurley, Mitchell <mhurley@AkinGump.com>; Preis, Arik <apreis@akingump.com>; PPLP Group <PPLPGroup@akingump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; 'Lees, Alex' <ALees@milbank.com>; '#SacklerMilbankLit' <SacklerMilbankLit@milbank.com>; 'Fell, Katherine' <kfell@milbank.com>; 'Uzzi, Jerry' <GUzzi@milbank.com>; 'Christopher J. Stanley' <cstanley@JHANY.COM>; 'Benjamin A. Taylor' <btaylor@JHANY.COM>; 'Peter R. Jerdee' <pjerdee@JHANY.COM>; 'Gregory P. Joseph' <gjoseph@JHANY.COM>; 'Mara Leventhal' <mleventhal@JHANY.COM>; 'Labovitz, Natasha' <nlabovitz@debevoise.com>; 'Williford, Harold W.' <hwwilliford@debevoise.com>; 'jwstahl@debevoise.com' <jwstahl@debevoise.com>; 'Monaghan, Maura Kathleen' <mkmonaghan@debevoise.com>; 'Ball, Jasmine' <jball@debevoise.com>; Alexander, Sandy (External) <sandy.alexander@state.ma.us>; Alfano, Andrew (External) <andrew.alfano@pillsburylaw.com>; Blake, Kathryn (External) <Kathryn.Blake@ag.ny.gov>; Burkart, Michelle (External) <Michelle.Burkart@doj.ca.gov>; Feiner, Gillian (External) <gillian.feiner@state.ma.us>; Khan, Umair (External) <Umair.Khan@ag.ny.gov>; Lundgren, Timothy (External) <Timothy.Lundgren@doj.ca.gov>; Nachman, David (External ) <David.Nachman@ag.ny.gov>; Rundlet, Megan (External) <megan.rundlet@coag.gov>; Sharp, Jason (External) <jason.sharp@pillsburylaw.com>; Troop, Andrew (External) <andrew.troop@pillsburylaw.com>; Van Eck, Melissa (External) <mvaneck@attorneygeneral.gov>; 'EFunke@KRAMERLEVIN.com' <EFunke@KRAMERLEVIN.com>; 'sschinfeld@kramerlevin.com' <sschinfeld@kramerlevin.com>; 'rringer@kramerlevin.com' <rringer@kramerlevin.com>; 'keckstein@kramerlevin.com' <keckstein@kramerlevin.com>; 'Joshua Upin' <JUpin@rccblaw.com>; 'Julie Latsko' <JLatsko@rccblaw.com>; 'MSkapof@rccblaw.com' <MSkapof@rccblaw.com>; 'Marc Hirschfield' <MHirschfield@rccblaw.com>; 'Galle, Katherine N.' <KGalle@haugpartners.com>; 'jdougherty@haugpartners.com' <jdougherty@haugpartners.com>; 'Abigail.Coster@srz.com' <Abigail.Coster@srz.com>; 'Taleah.Jennings@srz.com' <Taleah.Jennings@srz.com>; 'Herrington, Matt' <mattherrington@paulhastings.com>; 'jmclaughlin@stblaw.com' <jmclaughlin@stblaw.com>; 'limes@spearsimes.com' <limes@spearsimes.com>; 'adam.hoffinger@srz.com' <adam.hoffinger@srz.com>; 'porter@sppplaw.com' <porter@sppplaw.com>; 'Dawson, Amy' <Amy.Dawson@stblaw.com>; 'smcbride@lowenstein.com' <smcbride@lowenstein.com>; 'kmarino@khmarino.com' <kmarino@khmarino.com>; 'johnpotter@quinnemanuel.com' <johnpotter@quinnemanuel.com>; Petrillo, Guy (External) <gpetrillo@pkbllp.com>; 'Alexandra Conlon' <aconlon@kaplanhecker.com>; 'shecker@kaplanhecker.com' <shecker@kaplanhecker.com>; 'NFK@stevenslee.com' <NFK@stevenslee.com>; 'jyoung@forthepeople.com' <jyoung@forthepeople.com>; 'juanmartinez@forthepeople.com' <juanmartinez@forthepeople.com>; 'CP@stevenslee.com' <CP@stevenslee.com>; 'ADM@stevenslee.com' <ADM@stevenslee.com>; 'kwthompsonwv@gmail.com' <kwthompsonwv@gmail.com>; 'Stuart H. Smith' <ssmith@clfnola.com>; 'hisrael@lplegal.com' <hisrael@lplegal.com>; Abelow, Mike (External) <mabelow@srvhlaw.com>; 'Celeste Brustowicz' <cbrustowicz@clfnola.com>; 'egoldstein@goodwin.com' <egoldstein@goodwin.com>; 'tmahlum@robinskaplan.com' <tmahlum@robinskaplan.com>; 'ebarstad@robinskaplan.com' <ebarstad@robinskaplan.com>; Barrett, Don (External) <donbarrettpa@gmail.com>; 'DMcMullan@BarrettLawGroup.com' <DMcMullan@BarrettLawGroup.com>; 'rrb@rrblawfirm.net' <rrb@rrblawfirm.net>; 'gmabdall@hotmail.com' <gmabdall@hotmail.com>; 'carlos.tanner@thetannerlawfirm.com' <carlos.tanner@thetannerlawfirm.com>; 'dscalia@dugan-lawfirm.com' <dscalia@dugan-lawfirm.com>; 'tbenedetto@dugan-lawfirm.com' <tbenedetto@dugan-lawfirm.com>; 'mdf@rawlingsandassociates.com' <mdf@rawlingsandassociates.com>; 'glawrence@lowey.com' <glawrence@lowey.com>; 'nruggiero@lowey.com' <nruggiero@lowey.com>; 'roe@frazer.law' <roe@frazer.law>; 'TSutton@RobinsKaplan.com' <TSutton@RobinsKaplan.com>; 'gstrommer@hobbsstraus.com' <gstrommer@hobbsstraus.com>; 'alamb@levinlaw.com' <alamb@levinlaw.com>; 'jjoseph@skikos.com' <jjoseph@skikos.com>; 'cmehri@findjustice.com' <cmehri@findjustice.com>; 'mpiers@hsplegal.com' <mpiers@hsplegal.com>; 'mpiers@hsplegal.com' <mpiers@hsplegal.com>; 'clederer@HSPLEGAL.COM' <clederer@HSPLEGAL.COM>; 'nhenrichsen@hslawyers.com' <nhenrichsen@hslawyers.com>; 'Bassett, Nicholas' <nicholasbassett@paulhastings.com>; 'Barreto, Gabriela' <gabrielabarreto@paulhastings.com>; 'roe@frazer.law' <roe@frazer.law>; 'kmaclay@capdale.com' <kmaclay@capdale.com>; Wong, Cynthia (External)

4

19-23649-shl Doc 2165-08 Filed 12/18/20 Entered 12/18/20 18:39:56 Exhibit 58 Pgs 6 of 12

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

<Wong.Cynthia@pbgc.gov>; Barrett, Don (External) <donbarrettpa@gmail.com>; Feldsher, Jennifer (External) <jennifer.feldsher@morganlewis.com>; Hampton, Ryan (External) <hampton.ryan.j@gmail.com>; Miller, Monica (External) <monica@cuneolaw.com>; Goodman, Geoffrey S. (External) <ggoodman@foley.com>; 'cherju4339@aol.com' <cherju4339@aol.com>; 'ktrainor81@yahoo.com' <ktrainor81@yahoo.com>; Butler, Lori (External) <Butler.Lori@pbgc.gov>; 'dapice@sbep-law.com' <dapice@sbep-law.com>; 'ssanford@wattsguerra.com' <ssanford@wattsguerra.com>; 'esserman@sbep-law.com' <esserman@sbep-law.com>; Cuneo, Jonathan (External) <JonC@cuneolaw.com>; Strollo, Michael (External) <strollo.michael@pbgc.gov>; Andrews, Anne (External) <aa@andrewsthornton.com>; Barnes, Lauren (External) <lauren@hbsslaw.com>; 'mcwatts@wattsguerra.com' <mcwatts@wattsguerra.com>; 'leenjennysalmons695@gmail.com' <leenjennysalmons695@gmail.com>; Rodgers, Mai-Lan (External) <Rodgers.mailan@pbgc.gov>; 'kbriley@barrettlawgroup.com' <kbriley@barrettlawgroup.com>; Thompson, Kevin (External) <kwthompsonwv@gmail.com>; 'leisenberg@foley.com' <leisenberg@foley.com>; 'hisrael@lplegal.com' <hisrael@lplegal.com>; Baird, Michael (External) <Baird.michael@pbgc.gov>; Abelow, Mike (External) <mabelow@srvhlaw.com>; 'melissa.boey@morganlewis.com' <melissa.boey@morganlewis.com>; Fischer, Mark D . (External) <mdf@rawlingsandassociates.com>; 'Stuart H. Smith' <ssmith@clfnola.com>; 'gblackman@lplegal.com' <gblackman@lplegal.com>; 'ftk@thekuykendallgroup.com' <ftk@thekuykendallgroup.com>; 'project.pegasus.all.2019@jefferies.com' <project.pegasus.all.2019@jefferies.com>; 'dbarrett@barrettlawgroup.com' <dbarrett@barrettlawgroup.com>; Alderfer, Kenneth <kalderfer@AKINGUMP.COM>; Tuten, Todd <ttuten@akingump.com>; 'ksheridan@jefferies.com' <ksheridan@jefferies.com>; 'lszlezinger@jefferies.com' <lszlezinger@jefferies.com>; Butler, Paul <pbutler@akingump.com>; Salcido, Robert <rsalcido@AKINGUMP.COM>; Elder, Gene <gelder@AKINGUMP.com>; 'rwhite@jefferies.com' <rwhite@jefferies.com>; Cabello, Carol (External) <ccabello@provincefirm.com>; Crockett, Jason (External) <jcrockett@provincefirm.com>; Harris, Elizabeth <eharris@AkinGump.com>; 'rg1@rawlingsandassociates.com' <rg1@rawlingsandassociates.com>; 'Stuart H. Smith' <ssmith@clfnola.com>; 'Cyrus Mehri' <CMehri@findjustice.com>; 'Matthew J. Piers' <MPiers@HSPLEGAL.COM>; 'Joshua Karsh' <JKarsh@findjustice.com>; Parlar, Erin E. <eparlar@akingump.com>; Vondle, David <dvondle@akingump.com>; 'lrichardson@clfnola.com' <lrichardson@clfnola.com>; 'Celeste Brustowicz' <cbrustowicz@clfnola.com>; 'Thomas Sobol' <tom@hbsslaw.com>; 'Peter.Aronoff@usdoj.gov' <Peter.Aronoff@usdoj.gov>; 'Lawrence.Fogelman@usdoj.gov' <Lawrence.Fogelman@usdoj.gov>; 'Danielle.Levine@usdoj.gov' <Danielle.Levine@usdoj.gov>; 'Bentley, Alicia (CIV)' <Alicia.Bentley@usdoj.gov>; 'Murphy, Kristen M. (CIV)' <Kristen.M.Murphy@usdoj.gov>; Glackin, Patrick <pglackin@akingump.com>
**Cc:** 'Nicole Arango' <nicole.arango@lexitaslegal.com>; 'Anthony Minervini' <anthony.minervini@lexitaslegal.com>; 'Premier VIP' <premiervip@lexitaslegal.com>; 'Waleska Santana' <waleska.santana@lexitaslegal.com>
**Subject:** RE: In re: Purdue Pharma L.P. et al., No. 19-23649 (Bankr. S.D.N.Y.) - Deposition Calendar

All,

The deposition calendar has been updated to reflect, among other things, Side A counsel's request for Theresa Sackler's deposition to be divided over two days.


Katherine Porter
Direct: +1 212.872.7467 | Internal: 37467

---

**From:** Porter, Katherine
**Sent:** Wednesday, September 16, 2020 9:06 PM
**To:** 'Duggan, Charles S.' <charles.duggan@davispolk.com>; 'Guo, Angela W.' <angela.guo@davispolk.com>; 'King, Robert G.' <rob.king@davispolk.com>; 'Clarens, Margarita' <margarita.clarens@davispolk.com>; 'Oluwole, Chautney M.' <chautney.oluwole@davispolk.com>; 'McClammy, James I.' <james.mcclammy@davispolk.com>; 'Kaminetzky, Benjamin S.' <ben.kaminetzky@davispolk.com>; 'Huebner, Marshall S.' <marshall.huebner@davispolk.com>; 'purdue.dpw.diligence' <purdue.dpw.diligence@davispolk.com>; Hurley, Mitchell <mhurley@AkinGump.com>; Preis, Arik <apreis@akingump.com>; PPLP Group <PPLPGroup@akingump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; 'Lees, Alex' <ALees@milbank.com>; '#SacklerMilbankLit' <SacklerMilbankLit@milbank.com>; 'Fell, Katherine' <kfell@milbank.com>; 'Uzzi, Jerry' <GUzzi@milbank.com>;

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS INFORMATION SUBJECT TO PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

19-23649-shl Doc 2105-08 Filed 12/18/20 Entered 12/18/20 18:39:56 Exhibit 58 Pg 7 of 12

'Christopher J. Stanley' <cstanley@JHANY.COM>; 'Benjamin A. Taylor' <btaylor@JHANY.COM>; 'Peter R. Jerdee' <pjerdee@JHANY.COM>; 'Gregory P. Joseph' <gjoseph@JHANY.COM>; 'Mara Leventhal' <mleventhal@JHANY.COM>; 'Labovitz, Natasha' <nlabovitz@debevoise.com>; 'Williford, Harold W.' <hwwilliford@debevoise.com>; 'jwstahl@debevoise.com' <jwstahl@debevoise.com>; 'Monaghan, Maura Kathleen' <mkmonaghan@debevoise.com>; 'Ball, Jasmine' <jball@debevoise.com>; Alexander, Sandy (External) <sandy.alexander@state.ma.us>; Alfano, Andrew (External) <andrew.alfano@pillsburylaw.com>; Blake, Kathryn (External) <Kathryn.Blake@ag.ny.gov>; Burkart, Michelle (External) <Michelle.Burkart@doj.ca.gov>; Feiner, Gillian (External) <gillian.feiner@state.ma.us>; Khan, Umair (External) <Umair.Khan@ag.ny.gov>; Lundgren, Timothy (External) <Timothy.Lundgren@doj.ca.gov>; Nachman, David (External ) <David.Nachman@ag.ny.gov>; Rundlet, Megan (External) <megan.rundlet@coag.gov>; Sharp, Jason (External) <jason.sharp@pillsburylaw.com>; Troop, Andrew (External) <andrew.troop@pillsburylaw.com>; Van Eck, Melissa (External) <mvaneck@attorneygeneral.gov>; 'EFunke@KRAMERLEVIN.com' <EFunke@KRAMERLEVIN.com>; 'sschinfeld@kramerlevin.com' <sschinfeld@kramerlevin.com>; 'rringer@kramerlevin.com' <rringer@kramerlevin.com>; 'keckstein@kramerlevin.com' <keckstein@kramerlevin.com>; 'Joshua Upin' <JUpin@rccblaw.com>; 'Julie Latsko' <JLatsko@rccblaw.com>; 'MSkapof@rccblaw.com' <MSkapof@rccblaw.com>; 'Marc Hirschfield' <MHirschfield@rccblaw.com>; 'Galle, Katherine N.' <KGalle@haugpartners.com>; 'jdougherty@haugpartners.com' <jdougherty@haugpartners.com>; 'Abigail.Coster@srz.com' <Abigail.Coster@srz.com>; 'Taleah.Jennings@srz.com' <Taleah.Jennings@srz.com>; 'Herrington, Matt' <mattherrington@paulhastings.com>; 'jmclaughlin@stblaw.com' <jmclaughlin@stblaw.com>; 'limes@spearsimes.com' <limes@spearsimes.com>; 'adam.hoffinger@srz.com' <adam.hoffinger@srz.com>; 'porter@sppplaw.com' <porter@sppplaw.com>; 'Dawson, Amy' <Amy.Dawson@stblaw.com>; 'smcbride@lowenstein.com' <smcbride@lowenstein.com>; 'kmarino@khmarino.com' <kmarino@khmarino.com>; 'johnpotter@quinnemanuel.com' <johnpotter@quinnemanuel.com>; Petrillo, Guy (External) <gpetrillo@pkbllp.com>; 'Alexandra Conlon' <aconlon@kaplanhecker.com>; 'shecker@kaplanhecker.com' <shecker@kaplanhecker.com>; 'NFK@stevenslee.com' <NFK@stevenslee.com>; 'jyoung@forthepeople.com' <jyoung@forthepeople.com>; 'juanmartinez@forthepeople.com' <juanmartinez@forthepeople.com>; 'CP@stevenslee.com' <CP@stevenslee.com>; 'ADM@stevenslee.com' <ADM@stevenslee.com>; 'kwthompsonwv@gmail.com' <kwthompsonwv@gmail.com>; 'Stuart H. Smith' <ssmith@clfnola.com>; 'hisrael@lplegal.com' <hisrael@lplegal.com>; Abelow, Mike (External) <mabelow@srvhlaw.com>; 'Celeste Brustowicz' <cbrustowicz@clfnola.com>; 'egoldstein@goodwin.com' <egoldstein@goodwin.com>; 'tmahlum@robinskaplan.com' <tmahlum@robinskaplan.com>; 'ebarstad@robinskaplan.com' <ebarstad@robinskaplan.com>; Barrett, Don (External) <donbarrettpa@gmail.com>; 'DMcMullan@BarrettLawGroup.com' <DMcMullan@BarrettLawGroup.com>; 'rrb@rrblawfirm.net' <rrb@rrblawfirm.net>; 'gmabdall@hotmail.com' <gmabdall@hotmail.com>; 'carlos.tanner@thetannerlawfirm.com' <carlos.tanner@thetannerlawfirm.com>; 'dscalia@dugan-lawfirm.com' <dscalia@dugan-lawfirm.com>; 'tbenedetto@dugan-lawfirm.com' <tbenedetto@dugan-lawfirm.com>; 'mdf@rawlingsandassociates.com' <mdf@rawlingsandassociates.com>; 'glawrence@lowey.com' <glawrence@lowey.com>; 'nruggiero@lowey.com' <nruggiero@lowey.com>; 'roe@frazer.law' <roe@frazer.law>; 'TSutton@RobinsKaplan.com' <TSutton@RobinsKaplan.com>; 'gstrommer@hobbsstraus.com' <gstrommer@hobbsstraus.com>; 'alamb@levinlaw.com' <alamb@levinlaw.com>; 'jjoseph@skikos.com' <jjoseph@skikos.com>; 'cmehri@findjustice.com' <cmehri@findjustice.com>; 'mpiers@hsplegal.com' <mpiers@hsplegal.com>; 'mpiers@hsplegal.com' <mpiers@hsplegal.com>; 'clederer@HSPLEGAL.COM' <clederer@HSPLEGAL.COM>; 'nhenrichsen@hslawyers.com' <nhenrichsen@hslawyers.com>; 'Bassett, Nicholas' <nicholasbassett@paulhastings.com>; 'Barreto, Gabriela' <gabrielabarreto@paulhastings.com>; 'roe@frazer.law' <roe@frazer.law>; 'kmaclay@capdale.com' <kmaclay@capdale.com>; Wong, Cynthia (External) <Wong.Cynthia@pbgc.gov>; Barrett, Don (External) <donbarrettpa@gmail.com>; Feldsher, Jennifer (External) <jennifer.feldsher@morganlewis.com>; Hampton, Ryan (External) <hampton.ryan.j@gmail.com>; Miller, Monica (External) <monica@cuneolaw.com>; Goodman, Geoffrey S. (External) <ggoodman@foley.com>; 'cherju4339@aol.com' <cherju4339@aol.com>; 'ktrainor81@yahoo.com' <ktrainor81@yahoo.com>; Butler, Lori (External) <Butler.Lori@pbgc.gov>; 'dapice@sbep-law.com' <dapice@sbep-law.com>; 'ssanford@wattsguerra.com' <ssanford@wattsguerra.com>; 'esserman@sbep-law.com' <esserman@sbep-law.com>; Cuneo, Jonathan (External) <JonC@cuneolaw.com>; Strollo, Michael (External) <strollo.michael@pbgc.gov>; Andrews, Anne (External) <aa@andrewsthornton.com>; Barnes, Lauren (External) <lauren@hbsslaw.com>; 'mcwatts@wattsguerra.com' <mcwatts@wattsguerra.com>; 'leenjennysalmons695@gmail.com' <leenjennysalmons695@gmail.com>; Rodgers, Mai-Lan (External) <Rodgers.mailan@pbgc.gov>; 'kbriley@barrettlawgroup.com' <kbriley@barrettlawgroup.com>;

19-23649-shl Doc 2105-08 Filed 12/18/20 Entered 12/18/20 18:39:56 Exhibit 58 Pg 8 of 12

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

Thompson, Kevin (External) <kwthompsonwv@gmail.com>; 'leisenberg@foley.com' <leisenberg@foley.com>; 'hisrael@lplegal.com' <hisrael@lplegal.com>; Baird, Michael (External) <Baird.michael@pbgc.gov>; Abelow, Mike (External) <mabelow@srvhlaw.com>; 'melissa.boey@morganlewis.com' <melissa.boey@morganlewis.com>; Fischer, Mark D . (External) <mdf@rawlingsandassociates.com>; 'Stuart H. Smith' <ssmith@clfnola.com>; 'gblackman@lplegal.com' <gblackman@lplegal.com>; 'ftk@thekuykendallgroup.com' <ftk@thekuykendallgroup.com>; 'project.pegasus.all.2019@jefferies.com' <project.pegasus.all.2019@jefferies.com>; 'dbarrett@barrettlawgroup.com' <dbarrett@barrettlawgroup.com>; Alderfer, Kenneth <kalderfer@AKINGUMP.COM>; Tuten, Todd <ttuten@akingump.com>; 'ksheridan@jefferies.com' <ksheridan@jefferies.com>; 'lszlezinger@jefferies.com' <lszlezinger@jefferies.com>; Butler, Paul <pbutler@akingump.com>; Salcido, Robert <rsalcido@AKINGUMP.COM>; Elder, Gene <gelder@AKINGUMP.com>; 'rwhite@jefferies.com' <rwhite@jefferies.com>; Cabello, Carol (External) <ccabello@provincefirm.com>; Crockett, Jason (External) <jcrockett@provincefirm.com>; Harris, Elizabeth <eharris@AkinGump.com>; 'rg1@rawlingsandassociates.com' <rg1@rawlingsandassociates.com>; 'Stuart H. Smith' <ssmith@clfnola.com>; 'Cyrus Mehri' <CMehri@findjustice.com>; 'Matthew J. Piers' <MPiers@HSPLEGAL.COM>; 'Joshua Karsh' <JKarsh@findjustice.com>; Parlar, Erin E. <eparlar@akingump.com>; Vondle, David <dvondle@akingump.com>; 'lrichardson@clfnola.com' <lrichardson@clfnola.com>; 'Celeste Brustowicz' <cbrustowicz@clfnola.com>; 'Thomas Sobol' <tom@hbsslaw.com>; 'Peter.Aronoff@usdoj.gov' <Peter.Aronoff@usdoj.gov>; 'Lawrence.Fogelman@usdoj.gov' <Lawrence.Fogelman@usdoj.gov>; 'Danielle.Levine@usdoj.gov' <Danielle.Levine@usdoj.gov>; 'Bentley, Alicia (CIV)' <Alicia.Bentley@usdoj.gov>; 'Murphy, Kristen M. (CIV)' <Kristen.M.Murphy@usdoj.gov>; Glackin, Patrick <pglackin@akingump.com>
**Cc:** 'Nicole Arango' <nicole.arango@lexitaslegal.com>; 'Anthony Minervini' <anthony.minervini@lexitaslegal.com>; 'Premier VIP' <premiervip@lexitaslegal.com>; 'Waleska Santana' <waleska.santana@lexitaslegal.com>
**Subject:** RE: In re: Purdue Pharma L.P. et al., No. 19-23649 (Bankr. S.D.N.Y.) - Deposition Calendar

All,

Please find attached an updated copy of a calendar of deposition dates, as of today.

Thank you,

Katherine Porter

Direct: +1 212.872.7467 | Internal: 37467

---

**From:** Porter, Katherine
**Sent:** Monday, September 7, 2020 9:43 PM
**To:** 'Duggan, Charles S.' <charles.duggan@davispolk.com>; 'Guo, Angela W.' <angela.guo@davispolk.com>; 'King, Robert G.' <rob.king@davispolk.com>; 'Clarens, Margarita' <margarita.clarens@davispolk.com>; 'Oluwole, Chautney M.' <chautney.oluwole@davispolk.com>; 'McClammy, James I.' <james.mcclammy@davispolk.com>; 'Kaminetzky, Benjamin S.' <ben.kaminetzky@davispolk.com>; 'Huebner, Marshall S.' <marshall.huebner@davispolk.com>; 'purdue.dpw.diligence' <purdue.dpw.diligence@davispolk.com>; Hurley, Mitchell <mhurley@AkinGump.com>; Preis, Arik <apreis@akingump.com>; PPLP Group <PPLPGroup@akingump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; 'Lees, Alex' <ALees@milbank.com>; '#SacklerMilbankLit' <SacklerMilbankLit@milbank.com>; 'Fell, Katherine' <kfell@milbank.com>; 'Uzzi, Jerry' <GUzzi@milbank.com>; 'Christopher J. Stanley' <cstanley@JHANY.COM>; 'Benjamin A. Taylor' <btaylor@JHANY.COM>; 'Peter R. Jerdee' <pjerdee@JHANY.COM>; 'Gregory P. Joseph' <gjoseph@JHANY.COM>; 'Mara Leventhal' <mleventhal@JHANY.COM>; 'Labovitz, Natasha' <nlabovitz@debevoise.com>; 'Williford, Harold W.' <hwwilliford@debevoise.com>; 'jwstahl@debevoise.com' <jwstahl@debevoise.com>; 'Monaghan, Maura Kathleen' <mkmonaghan@debevoise.com>; 'Ball, Jasmine' <jball@debevoise.com>; Alexander, Sandy (External) <sandy.alexander@state.ma.us>; Alfano, Andrew (External) <andrew.alfano@pillsburylaw.com>; Blake, Kathryn (External) <Kathryn.Blake@ag.ny.gov>; Burkart, Michelle (External) <Michelle.Burkart@doj.ca.gov>; Feiner, Gillian (External) <gillian.feiner@state.ma.us>; Khan, Umair (External) <Umair.Khan@ag.ny.gov>; Lundgren, Timothy (External) <Timothy.Lundgren@doj.ca.gov>; Nachman, David (External ) <David.Nachman@ag.ny.gov>; Rundlet, Megan (External) <megan.rundlet@coag.gov>; Sharp, Jason (External) <jason.sharp@pillsburylaw.com>; Troop, Andrew (External) <andrew.troop@pillsburylaw.com>; Van Eck, Melissa

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS INFORMATION SUBJECT TO PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

19-23649-shl Doc 2105-08 Filed 12/18/20 Entered 12/18/20 18:39:56 Exhibit 58 Pg 9 of 12

(External) <mvaneck@attorneygeneral.gov>; 'EFunke@KRAMERLEVIN.com' <EFunke@KRAMERLEVIN.com>; 'sschinfeld@kramerlevin.com' <sschinfeld@kramerlevin.com>; 'rringer@kramerlevin.com' <rringer@kramerlevin.com>; 'keckstein@kramerlevin.com' <keckstein@kramerlevin.com>; 'Joshua Upin' <JUpin@rccblaw.com>; 'Julie Latsko' <JLatsko@rccblaw.com>; 'MSkapof@rccblaw.com' <MSkapof@rccblaw.com>; 'Marc Hirschfield' <MHirschfield@rccblaw.com>; 'Galle, Katherine N.' <KGalle@haugpartners.com>; 'jdougherty@haugpartners.com' <jdougherty@haugpartners.com>; 'Abigail.Coster@srz.com' <Abigail.Coster@srz.com>; 'Taleah.Jennings@srz.com' <Taleah.Jennings@srz.com>; 'Herrington, Matt' <mattherrington@paulhastings.com>; 'jmclaughlin@stblaw.com' <jmclaughlin@stblaw.com>; 'limes@spearsimes.com' <limes@spearsimes.com>; 'adam.hoffinger@srz.com' <adam.hoffinger@srz.com>; 'porter@sppplaw.com' <porter@sppplaw.com>; 'Dawson, Amy' <Amy.Dawson@stblaw.com>; 'smcbride@lowenstein.com' <smcbride@lowenstein.com>; 'kmarino@khmarino.com' <kmarino@khmarino.com>; 'johnpotter@quinnemanuel.com' <johnpotter@quinnemanuel.com>; Petrillo, Guy (External) <gpetrillo@pkbllp.com>; 'Alexandra Conlon' <aconlon@kaplanhecker.com>; 'shecker@kaplanhecker.com' <shecker@kaplanhecker.com>; 'NFK@stevenslee.com' <NFK@stevenslee.com>; 'jyoung@forthepeople.com' <jyoung@forthepeople.com>; 'juanmartinez@forthepeople.com' <juanmartinez@forthepeople.com>; 'CP@stevenslee.com' <CP@stevenslee.com>; 'ADM@stevenslee.com' <ADM@stevenslee.com>; 'kwthompsonwv@gmail.com' <kwthompsonwv@gmail.com>; 'Stuart H. Smith' <ssmith@clfnola.com>; 'hisrael@lplegal.com' <hisrael@lplegal.com>; Abelow, Mike (External) <mabelow@srvhlaw.com>; 'Celeste Brustowicz' <cbrustowicz@clfnola.com>; 'egoldstein@goodwin.com' <egoldstein@goodwin.com>; 'tmahlum@robinskaplan.com' <tmahlum@robinskaplan.com>; 'ebarstad@robinskaplan.com' <ebarstad@robinskaplan.com>; Barrett, Don (External) <donbarrettpa@gmail.com>; 'DMcMullan@BarrettLawGroup.com' <DMcMullan@BarrettLawGroup.com>; 'rrb@rrblawfirm.net' <rrb@rrblawfirm.net>; 'gmabdall@hotmail.com' <gmabdall@hotmail.com>; 'carlos.tanner@thetannerlawfirm.com' <carlos.tanner@thetannerlawfirm.com>; 'dscalia@dugan-lawfirm.com' <dscalia@dugan-lawfirm.com>; 'tbenedetto@dugan-lawfirm.com' <tbenedetto@dugan-lawfirm.com>; 'mdf@rawlingsandassociates.com' <mdf@rawlingsandassociates.com>; 'glawrence@lowey.com' <glawrence@lowey.com>; 'nruggiero@lowey.com' <nruggiero@lowey.com>; 'roe@frazer.law' <roe@frazer.law>; 'TSutton@RobinsKaplan.com' <TSutton@RobinsKaplan.com>; 'gstrommer@hobbsstraus.com' <gstrommer@hobbsstraus.com>; 'alamb@levinlaw.com' <alamb@levinlaw.com>; 'jjoseph@skikos.com' <jjoseph@skikos.com>; 'cmehri@findjustice.com' <cmehri@findjustice.com>; 'mpiers@hsplegal.com' <mpiers@hsplegal.com>; 'mpiers@hsplegal.com' <mpiers@hsplegal.com>; 'clederer@HSPLEGAL.COM' <clederer@HSPLEGAL.COM>; 'nhenrichsen@hslawyers.com' <nhenrichsen@hslawyers.com>; 'Bassett, Nicholas' <nicholasbassett@paulhastings.com>; 'Barreto, Gabriela' <gabrielabarreto@paulhastings.com>; 'roe@frazer.law' <roe@frazer.law>; 'kmaclay@capdale.com' <kmaclay@capdale.com>; Wong, Cynthia (External) <Wong.Cynthia@pbgc.gov>; Barrett, Don (External) <donbarrettpa@gmail.com>; Feldsher, Jennifer (External) <jennifer.feldsher@morganlewis.com>; Hampton, Ryan (External) <hampton.ryan.j@gmail.com>; Miller, Monica (External) <monica@cuneolaw.com>; Goodman, Geoffrey S. (External) <ggoodman@foley.com>; 'cherju4339@aol.com' <cherju4339@aol.com>; 'ktrainor81@yahoo.com' <ktrainor81@yahoo.com>; Butler, Lori (External) <Butler.Lori@pbgc.gov>; 'dapice@sbep-law.com' <dapice@sbep-law.com>; 'ssanford@wattsguerra.com' <ssanford@wattsguerra.com>; 'esserman@sbep-law.com' <esserman@sbep-law.com>; Cuneo, Jonathan (External) <JonC@cuneolaw.com>; Strollo, Michael (External) <strollo.michael@pbgc.gov>; Andrews, Anne (External) <aa@andrewsthornton.com>; Barnes, Lauren (External) <lauren@hbsslaw.com>; 'mcwatts@wattsguerra.com' <mcwatts@wattsguerra.com>; 'leenjennysalmons695@gmail.com' <leenjennysalmons695@gmail.com>; Rodgers, Mai-Lan (External) <Rodgers.mailan@pbgc.gov>; 'kbriley@barrettlawgroup.com' <kbriley@barrettlawgroup.com>; Thompson, Kevin (External) <kwthompsonwv@gmail.com>; 'leisenberg@foley.com' <leisenberg@foley.com>; 'hisrael@lplegal.com' <hisrael@lplegal.com>; Baird, Michael (External) <Baird.michael@pbgc.gov>; Abelow, Mike (External) <mabelow@srvhlaw.com>; 'melissa.boey@morganlewis.com' <melissa.boey@morganlewis.com>; Fischer, Mark D . (External) <mdf@rawlingsandassociates.com>; 'Stuart H. Smith' <ssmith@clfnola.com>; 'gblackman@lplegal.com' <gblackman@lplegal.com>; 'ftk@thekuykendallgroup.com' <ftk@thekuykendallgroup.com>; 'project.pegasus.all.2019@jefferies.com' <project.pegasus.all.2019@jefferies.com>; 'dbarrett@barrettlawgroup.com' <dbarrett@barrettlawgroup.com>; Alderfer, Kenneth <kalderfer@AKINGUMP.COM>; Tuten, Todd <ttuten@akingump.com>; 'ksheridan@jefferies.com' <ksheridan@jefferies.com>; 'lszlezinger@jefferies.com' <lszlezinger@jefferies.com>; Butler, Paul <pbutler@akingump.com>; Salcido, Robert <rsalcido@AKINGUMP.COM>; Elder, Gene <gelder@AKINGUMP.com>; 'rwhite@jefferies.com' <rwhite@jefferies.com>; Cabello, Carol (External)

UNREDACTED VERSION OF ESI ONE FILED UNDER SEAL IN EXHIBIT 58 PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

19-23649-shl Doc 2165-08 Filed 12/18/20 Entered 12/18/20 18:39:56 Exhibit 58 Pg 10 of 12

<ccabello@provincefirm.com>; Crockett, Jason (External) <jcrockett@provincefirm.com>; Harris, Elizabeth <eharris@AkinGump.com>; 'rg1@rawlingsandassociates.com' <rg1@rawlingsandassociates.com>; 'Stuart H. Smith' <ssmith@clfnola.com>; 'Cyrus Mehri' <CMehri@findjustice.com>; 'Matthew J. Piers' <MPiers@HSPLEGAL.COM>; 'Joshua Karsh' <JKarsh@findjustice.com>; Parlar, Erin E. <eparlar@akingump.com>; Vondle, David <dvondle@akingump.com>; 'lrichardson@clfnola.com' <lrichardson@clfnola.com>; 'Celeste Brustowicz' <cbrustowicz@clfnola.com>; 'Thomas Sobol' <tom@hbsslaw.com>; 'Peter.Aronoff@usdoj.gov' <Peter.Aronoff@usdoj.gov>; 'Lawrence.Fogelman@usdoj.gov' <Lawrence.Fogelman@usdoj.gov>; 'Danielle.Levine@usdoj.gov' <Danielle.Levine@usdoj.gov>; 'Bentley, Alicia (CIV)' <Alicia.Bentley@usdoj.gov>; 'Murphy, Kristen M. (CIV)' <Kristen.M.Murphy@usdoj.gov>; Glackin, Patrick <pglackin@akingump.com>
**Cc:** 'Nicole Arango' <nicole.arango@lexitaslegal.com>; 'Anthony Minervini' <anthony.minervini@lexitaslegal.com>; 'Premier VIP' <premiervip@lexitaslegal.com>; 'Waleska Santana' <waleska.santana@lexitaslegal.com>
**Subject:** RE: In re: Purdue Pharma L.P. et al., No. 19-23649 (Bankr. S.D.N.Y.) - Deposition Logistics

All,

Please find attached the current calendar of confirmed deposition dates.

Thank you,

Katherine Porter

Direct: +1 212.872.7467 | Internal: 37467

**From:** Porter, Katherine
**Sent:** Wednesday, August 26, 2020 3:20 PM
**To:** 'Duggan, Charles S.' <charles.duggan@davispolk.com>; 'Guo, Angela W.' <angela.guo@davispolk.com>; 'King, Robert G.' <rob.king@davispolk.com>; 'Clarens, Margarita' <margarita.clarens@davispolk.com>; 'Oluwole, Chautney M.' <chautney.oluwole@davispolk.com>; 'McClammy, James I.' <james.mcclammy@davispolk.com>; 'Kaminetzky, Benjamin S.' <ben.kaminetzky@davispolk.com>; 'Huebner, Marshall S.' <marshall.huebner@davispolk.com>; 'purdue.dpw.diligence' <purdue.dpw.diligence@davispolk.com>; Hurley, Mitchell <mhurley@AkinGump.com>; Preis, Arik <apreis@akingump.com>; PPLP Group <PPLPGroup@akingump.com>; PURDUE AKIN LIT <PURDUEAKINLIT@akingump.com>; 'Lees, Alex' <ALees@milbank.com>; '#SacklerMilbankLit' <SacklerMilbankLit@milbank.com>; 'Fell, Katherine' <kfell@milbank.com>; 'Uzzi, Jerry' <GUzzi@milbank.com>; 'Christopher J. Stanley' <cstanley@JHANY.COM>; 'Benjamin A. Taylor' <btaylor@JHANY.COM>; 'Peter R. Jerdee' <pjerdee@JHANY.COM>; 'Gregory P. Joseph' <gjoseph@JHANY.COM>; 'Mara Leventhal' <mleventhal@JHANY.COM>; Labovitz, Natasha <nlabovitz@debevoise.com>; 'Williford, Harold W.' <hwwilliford@debevoise.com>; 'jwstahl@debevoise.com' <jwstahl@debevoise.com>; Monaghan, Maura Kathleen <mkmonaghan@debevoise.com>; Ball, Jasmine <jball@debevoise.com>; Alexander, Sandy (External) <sandy.alexander@state.ma.us>; Alfano, Andrew (External) <andrew.alfano@pillsburylaw.com>; Blake, Kathryn (External) <Kathryn.Blake@ag.ny.gov>; Burkart, Michelle (External) <Michelle.Burkart@doj.ca.gov>; Feiner, Gillian (External) <gillian.feiner@state.ma.us>; Khan, Umair (External) <Umair.Khan@ag.ny.gov>; Lundgren, Timothy (External) <Timothy.Lundgren@doj.ca.gov>; Nachman, David (External) <David.Nachman@ag.ny.gov>; Rundlet, Megan (External) <megan.rundlet@coag.gov>; Sharp, Jason (External) <jason.sharp@pillsburylaw.com>; Troop, Andrew (External) <andrew.troop@pillsburylaw.com>; Van Eck, Melissa (External) <mvaneck@attorneygeneral.gov>; 'EFunke@KRAMERLEVIN.com' <EFunke@KRAMERLEVIN.com>; 'sschinfeld@kramerlevin.com' <sschinfeld@kramerlevin.com>; 'rringer@kramerlevin.com' <rringer@kramerlevin.com>; 'keckstein@kramerlevin.com' <keckstein@kramerlevin.com>; 'Joshua Upin' <JUpin@rccblaw.com>; 'Julie Latsko' <JLatsko@rccblaw.com>; 'MSkapof@rccblaw.com' <MSkapof@rccblaw.com>; 'Marc Hirschfield' <MHirschfield@rccblaw.com>; 'Galle, Katherine N.' <KGalle@haugpartners.com>; 'jdougherty@haugpartners.com' <jdougherty@haugpartners.com>; 'Abigail.Coster@srz.com' <Abigail.Coster@srz.com>; 'Taleah.Jennings@srz.com' <Taleah.Jennings@srz.com>; 'Herrington, Matt' <mattherrington@paulhastings.com>; 'jmclaughlin@stblaw.com' <jmclaughlin@stblaw.com>; 'limes@spearsimes.com' <limes@spearsimes.com>; 'adam.hoffinger@srz.com' <adam.hoffinger@srz.com>; 'porter@spplaw.com' <porter@spplaw.com>; 'Dawson, Amy' <Amy.Dawson@stblaw.com>; 'smcbride@lowenstein.com' <smcbride@lowenstein.com>; 'kmarino@khmarino.com'

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREAT AS SUBJECT TO PROTECTIVE ORDER

19-23649-shl Doc 2165-08 Filed 12/18/20 Entered 12/18/20 18:39:56 Exhibit 58 Pg 11 of 12

<kmarino@khmarino.com>; 'johnpotter@quinnemanuel.com' <johnpotter@quinnemanuel.com>; Petrillo, Guy (External) <gpetrillo@pkbllp.com>; 'Alexandra Conlon' <aconlon@kaplanhecker.com>; 'shecker@kaplanhecker.com' <shecker@kaplanhecker.com>; 'NFK@stevenslee.com' <NFK@stevenslee.com>; 'jyoung@forthepeople.com' <jyoung@forthepeople.com>; 'juanmartinez@forthepeople.com' <juanmartinez@forthepeople.com>; 'CP@stevenslee.com' <CP@stevenslee.com>; 'ADM@stevenslee.com' <ADM@stevenslee.com>; 'kwthompsonwv@gmail.com' <kwthompsonwv@gmail.com>; Stuart H. Smith <ssmith@clfnola.com>; hisrael@lplegal.com; Abelow, Mike (External) <mabelow@srvhlaw.com>; 'Celeste Brustowicz' <cbrustowicz@clfnola.com>; 'egoldstein@goodwin.com' <egoldstein@goodwin.com>; 'tmahlum@robinskaplan.com' <tmahlum@robinskaplan.com>; 'ebarstad@robinskaplan.com' <ebarstad@robinskaplan.com>; Barrett, Don (External) <donbarrettpa@gmail.com>; 'DMcMullan@BarrettLawGroup.com' <DMcMullan@BarrettLawGroup.com>; 'rrb@rrblawfirm.net' <rrb@rrblawfirm.net>; 'gmabdall@hotmail.com' <gmabdall@hotmail.com>; 'carlos.tanner@thetannerlawfirm.com' <carlos.tanner@thetannerlawfirm.com>; 'dscalia@dugan-lawfirm.com' <dscalia@dugan-lawfirm.com>; 'tbenedetto@dugan-lawfirm.com' <tbenedetto@dugan-lawfirm.com>; 'mdf@rawlingsandassociates.com' <mdf@rawlingsandassociates.com>; 'glawrence@lowey.com' <glawrence@lowey.com>; 'nruggiero@lowey.com' <nruggiero@lowey.com>; 'roe@frazer.law' <roe@frazer.law>; 'TSutton@RobinsKaplan.com' <TSutton@RobinsKaplan.com>; 'gstrommer@hobbsstraus.com' <gstrommer@hobbsstraus.com>; 'alamb@levinlaw.com' <alamb@levinlaw.com>; 'jjoseph@skikos.com' <jjoseph@skikos.com>; 'cmehri@findjustice.com' <cmehri@findjustice.com>; 'mpiers@hsplegal.com' <mpiers@hsplegal.com>; 'mpiers@hsplegal.com' <mpiers@hsplegal.com>; 'clederer@HSPLEGAL.COM' <clederer@HSPLEGAL.COM>; 'nhenrichsen@hslawyers.com' <nhenrichsen@hslawyers.com>; Bassett, Nicholas <nicholasbassett@paulhastings.com>; Barreto, Gabriela <gabrielabarreto@paulhastings.com>; roe@frazer.law; kmaclay@capdale.com; Wong, Cynthia (External) <Wong.Cynthia@pbgc.gov>; Barrett, Don (External) <donbarrettpa@gmail.com>; Feldsher, Jennifer (External) <jennifer.feldsher@morganlewis.com>; Hampton, Ryan (External) <hampton.ryan.j@gmail.com>; Miller, Monica (External) <monica@cuneolaw.com>; Goodman, Geoffrey S. (External) <ggoodman@foley.com>; cherju4339@aol.com; ktrainor81@yahoo.com; Butler, Lori (External) <Butler.Lori@pbgc.gov>; dapice@sbep-law.com; ssanford@wattsguerra.com; esserman@sbep-law.com; Cuneo, Jonathan (External) <JonC@cuneolaw.com>; Strollo, Michael (External) <strollo.michael@pbgc.gov>; Andrews, Anne (External) <aa@andrewsthornton.com>; Barnes, Lauren (External) <lauren@hbsslaw.com>; mcwatts@wattsguerra.com; leenjennysalmons695@gmail.com; Rodgers, Mai-Lan (External) <Rodgers.mailan@pbgc.gov>; kbriley@barrettlawgroup.com; Thompson, Kevin (External) <kwthompsonwv@gmail.com>; leisenberg@foley.com; hisrael@lplegal.com; Baird, Michael (External) <Baird.michael@pbgc.gov>; Abelow, Mike (External) <mabelow@srvhlaw.com>; melissa.boey@morganlewis.com; Fischer, Mark D . (External) <mdf@rawlingsandassociates.com>; Stuart H. Smith <ssmith@clfnola.com>; gblackman@lplegal.com; ftk@thekuykendallgroup.com; project.pegasus.all.2019@jefferies.com; dbarrett@barrettlawgroup.com; Alderfer, Kenneth <kalderfer@AKINGUMP.COM>; Tuten, Todd <ttuten@akingump.com>; ksheridan@jefferies.com; lszlezinger@jefferies.com; Butler, Paul <pbutler@akingump.com>; Salcido, Robert <rsalcido@AKINGUMP.COM>; Elder, Gene <gelder@AKINGUMP.com>; rwhite@jefferies.com; Cabello, Carol (External) <ccabello@provincefirm.com>; Crockett, Jason (External) <jcrockett@provincefirm.com>; Harris, Elizabeth <eharris@AkinGump.com>; rg1@rawlingsandassociates.com; Stuart H. Smith <ssmith@clfnola.com>; Cyrus Mehri <CMehri@findjustice.com>; Matthew J. Piers <MPiers@HSPLEGAL.COM>; Joshua Karsh <JKarsh@findjustice.com>; Parlar, Erin E. <eparlar@akingump.com>; Vondle, David <dvondle@akingump.com>; lrichardson@clfnola.com; Celeste Brustowicz <cbrustowicz@clfnola.com>; Thomas Sobol <tom@hbsslaw.com>
**Cc:** 'Nicole Arango' <nicole.arango@lexitaslegal.com>; 'Anthony Minervini' <anthony.minervini@lexitaslegal.com>; Premier VIP <premiervip@lexitaslegal.com>; Waleska Santana <waleska.santana@lexitaslegal.com>
**Subject:** In re: Purdue Pharma L.P. et al., No. 19-23649 (Bankr. S.D.N.Y.) - Deposition Logistics

All:

Lexitas, copied, is the deposition vendor who will be hosting the remote depositions in the Purdue Pharma bankruptcy cases.

If you intend to attend any specific deposition, please send the below-listed information to the Lexitas addresses in the CC line to this email.

- Name
- Email
- Phone number
- Party you represent (or state if you are a party)
- Deposition / date you will attend

Please send only to the Lexitas addresses in the CC line. Do not "reply all" to this email.

Thank you,


Katherine Porter
**AKIN GUMP STRAUSS HAUER & FELD** LLP

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7467 | Internal: 37467
Fax: +1 212.872.1002 | kporter@akingump.com | akingump.com | Bio

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.