# EXHIBIT 58-1

UNREDACTED 19-23649-shl Doc 2165-19 Filed 12/18/20 Entered 12/18/20 18:39:56 Exhibit PRIVILEGED
COMMUNICATIONS - SHOULD BE CLASSIFIED ONLY ON ATTACHMENTS CONTENT 58-1T SUBJECT TO PROTECTIVE ORDER
Pg 2 of 2

Oct. 9, 2020

| | | | In re Purdue Pharma, L.P. et al., Deposition Schedule[1] | | | |
|---|---|---|---|---|---|---|
| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| AUG. 23 | 24 | 25 | 26 | 27 | 28<br>David Sackler (9 AM) | 29 |
| 30 | 31 | SEP. 1 | 2<br>Marianna Sackler<br>(6 PM) | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18<br>Ilene Sackler Lefcourt<br>(10 AM) | 19 |
| 20 | 21 | 22<br>Stephen Ives (10 AM) | 23<br>Theresa Sackler<br>(10 AM) | 24<br>Theresa Sackler<br>(Continued)<br>(10 AM) | 25 | 26 |
| 27 | 28 | 29 | 30 | OCT. 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22<br>Robin Abrams (10 AM) | 23<br>Beth Cohen (10 AM) | 24 |
| 25 | 26 | 27<br>John Stewart (10 AM) | 28 | 29<br>Ed Mahony (10 AM) | 30<br>Mark Timney (10 AM)<br><br>Cecil Pickett (10 AM) | 31 |
| NOV. 1 | 2<br>Leslie Schreyer (10 AM) | 3 | 4<br>Stuart Baker (10 AM) | 5<br>Kathe Sackler (10 AM) | 6 | 7 |
| 8 | 9 | 10<br>Mortimer Sackler<br>(10 AM) | 11 | 12<br>Craig Landau (8:30 AM)<br><br>Anthony Roncalli (10 AM) | 13<br>IAC | 14 |
| 15 | 16<br>Peter Boer (10 AM) | 17 | 18<br>IAC | 19 | 20<br>Richard Sackler (10 AM) | 21 |
| 22 | 23 | 24<br>Jonathan White (10 AM) | 25<br>Jonathan White<br>(Continued)<br>(10 AM) | 26 | 27 | 28 |
| 29 | 30 | | | | | |

[1] The UCC and NCSG may seek to take depositions in addition to those listed here and may cancel or eliminate any of the depositions listed on this calendar.