UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREAT SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 59

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER



**MITCHELL P. HURLEY**
+1 212.872.1011/fax: +1 212.872.1002
mhurley@akingump.com

July 29, 2020

VIA EMAIL

Joe McLaughlin
**Simpson Thacher & Bartlet LLP**
425 Lexington Avenue
New York, New York 10017
*Counsel to Stuart Baker*

Re: *In re: Purdue Pharma L.P. et al.*, No. 19-23649 (Bankr. S.D.N.Y.)

Dear Mr. McLaughlin:

As you know, we represent the Official Committee of Unsecured Creditors (the "Official Committee") in the above-referenced cases. In light of, among other things, the Court's comments during the July 23, 2020 hearing, we write concerning deposition scheduling in these cases. Please be advised that the Official Committee plans to take deposition of Stuart Baker, whom we understand that you represent. Mr. Baker may be questioned about his affiliations with entities beyond the Debtors, including the Independent Associated Companies and other affiliated companies.

Please advise whether you <u>do not</u> represent Mr. Baker or cannot otherwise arrange his deposition, and, if so, identify his counsel, to the extent known. Our deponent list is preliminary, and may be modified as the Official Committee continues to receive and review documents and other information in discovery.

During the July 23 hearing, the Court recognized that production of documents relevant to depositions in these cases is not complete, and likely will not be finished for several months. The Court nevertheless suggested that the parties "think about" whether depositions can be scheduled in the near term "with the agreement that [the parties] would supplement [such depositions] based on the last bits of discovery that come in in October." July 23 Tr. at 69. With that in mind, we propose scheduling initial depositions (including a 30(b)(6) deposition) for late August and September to the extent practicable, with the understanding that depositions may have to be resumed after additional information is produced in discovery. Please notify Mr. Baker of the foregoing promptly, and please advise us when you are available to discuss scheduling in more detail.

UNREDACTED VERSION - CONTAINS INFORMATION SUBJECT TO COMMON INTEREST PRIVILEGED COMMUNICATIONS - TREATED AS HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



Simpson Thacher & Bartlet LLP
July 29, 2020
Page 2

Nothing herein constitutes a waiver or relinquishment of any of the Official Committee's claims, defenses, rights or remedies, all of which expressly are reserved.

                             Sincerely,

                             */s/ Mitchell Hurley*
                             Mitchell P. Hurley