# EXHIBIT 62



**MITCHELL P. HURLEY**
+1 212.872.1011/fax: +1 212.872.1002
mhurley@akingump.com

July 29, 2020

VIA EMAIL

Elizabeth Heapy
**Rammelkamp Muehlenweg & Cordova PA**
316 Ousna Rd NE
Unit 201
Albuquerque, NM 87107
*Counsel to Russell Portenoy*

Re: *In re: Purdue Pharma L.P. et al.*, No. 19-23649 (Bankr. S.D.N.Y.)

Dear Ms. Heapy:

As you may know, we represent the Official Committee of Unsecured Creditors (the "Official Committee") in the above-referenced cases. In light of, among other things, the Court's comments during the July 23, 2020 hearing, we write concerning deposition scheduling in these cases. Please be advised that the Official Committee plans to take deposition of Dr. Russell Portenoy, whom we understand that you represent.

Please advise whether you <u>do not</u> represent Dr. Portenoy or cannot otherwise arrange his deposition, and, if so, identify his counsel, to the extent known. Our deponent list is preliminary, and may be modified as the Official Committee continues to receive and review documents and other information in discovery.

During the July 23 hearing, the Court recognized that production of documents relevant to depositions in these cases is not complete, and likely will not be finished for several months. The Court nevertheless suggested that the parties "think about" whether depositions can be scheduled in the near term "with the agreement that [the parties] would supplement [such depositions] based on the last bits of discovery that come in in October." July 23 Tr. at 69. With that in mind, we propose scheduling initial depositions for late August and September to the extent practicable, with the understanding that depositions may have to be resumed after additional information is produced in discovery. Please notify Dr. Portenoy of the foregoing promptly, and please advise us when you are available to discuss scheduling in more detail.



Rammelkamp Muehlenweg & Cordova PA
July 29, 2020
Page 2

Nothing herein constitutes a waiver or relinquishment of any of the Official Committee's claims, defenses, rights or remedies, all of which expressly are reserved.

Sincerely,

*/s/ Mitchell Hurley*
Mitchell P. Hurley