UNREDACTED DOCUMENT CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION AND PRIVILEGED COMMUNICATIONS - TREAT SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 69

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL — CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

## Young, Ryan

| | |
|---|---|
| **From:** | Oluwole, Chautney M. |
| **Sent:** | Saturday, October 3, 2020 10:23 AM |
| **To:** | kporter@akingump.com; klacroix@akingump.com; richardsj@akingump.com; dchau@akingump.com |
| **Cc:** | Guo, Angela W.; rhoff@wiggin.com; andrew.troop@pillsburylaw.com; Mendelson, Alex S. |
| **Subject:** | Purdue: Debtors' Amended Supplemental Privilege Logs |

**kiteworks**

## chautney.oluwole@davispolk.com sent you a secure message

All,

Please find attached the following:

- Debtors' amended logs and blacklines reflecting changes made to all logs produced to date;
    - Note that due to the size of both the log amending the 9/15 log and the 9/15 log, we were unable to run a blackline.
- amended privilege legends and blacklines including information relating to individuals reflected in the log, including their names, email addresses, and whether they are an attorney;
- an appendix reflecting the privilege IDs for previously logged documents that have been downgraded to not privileged or partially privileged after additional review; and
- an appendix compiling the role and title information for individuals identified as "unknown" in the UCC's September 21 letter and who still appear on the amended logs.

We reserve the right to change, correct, amend, or supplement these privilege logs. We are designating the privilege logs, legends and appendices as Highly Confidential under the Second Amended Protective Order in these cases.

Thanks,

Chautney

(resending here because I received bounceback from Akin folks)

**Access message**

Secured by Accellion

1

   Attachments expire on Nov 02, 2020

 **5 PDFs**

2020.10.02 Supplemental Debtor Log Appendix Domains and Individuals - Highly Confidential.pdf, Change-Pro Redline - Debtors' Amended Supplemental Privilege Legend 20200825 - Highly Confidential and Debtors' Amended Suppleme.pdf, Change-Pro Redline - Debtors' Initial Privilege Log 20200807 - PEO & Confidential and Debtors' Amended Initial Privilege Log 202.pdf, Change-Pro Redline - Debtors' Supplemental Privilege Legend 20200915 - Highly Confidential and Debtors' Amended Supplemental Pri.pdf, Change-Pro Redline - Debtors' Amended Supplemental Privilege Log 20200825 - Highly Confidential and Debtors' Amended Supplementa.pdf

**6 spreadsheets**

2020.10.02 Debtors' Privilege Log Downgrades & Revisions Appendix.xlsx, Debtors' Amended Initial Privilege Log 20201002 (Orig_20200807) – Highly Confidential.xlsx, Debtors' Amended Supplemental Privilege Log 20201002 (Orig_20200825) – Highly Confidential.xlsx, Debtors' Amended Supplemental Privilege Legend 20201002 (Orig_20200825) – Highly Confidential.xlsx, Debtors' Amended Supplemental Privilege Legend 20201002 (Orig_20200915) – Highly Confidential.xlsx, Debtors' Amended Supplemental Privilege Log 20201002 (Orig_20200915) – Highly Confidential.xlsx

This message requires that you sign in to access the message and any file attachments.