UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATED AS SUBJECT TO PROTECTIVE ORDER

19-23649-shl Doc 2166-9 Filed 12/18/20 Entered 12/18/20 18:47:42 Exhibit 69-1 Pg 1 of 1

# EXHIBIT 69-1 REDACTED