UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL CONTAINS PRIVILEGED COMMUNICATIONS - TREAT SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 73

**UNREDACTED VERSION OF ATTORNEY-CLIENT PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER**



U.S. Department of Justice

June 18, 2019

Patrick Fitzgerald, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N Upper Wacker Drive
Chicago, IL 60606

RE: Purdue Pharma L.P.

Dear Mr. Fitzgerald,

This letter follows up on your June 11, 2019, letter and the subsequent discussions between Purdue Pharma L.P.; Purdue Pharma, Inc.; and Purdue Frederick, Inc. (collectively referred to as "Purdue") and the Department of Justice's Civil Division (Consumer Protection Branch and Commercial Litigation Branch (Fraud Section)), the United States Attorney's Office for the District of New Jersey, and the United States Attorney's Office for the District of Vermont (collectively referred to as "Civil Division/USAO-NJ/USAO-VT") ███████████████████████████████████████

In light of Civil Division/USAO-NJ/USAO-VT's interests with respect to the materials at issue and Purdue's interest in providing Civil Division/USAO-NJ/USAO-VT with information that may be relevant to Civil Division/USAO-NJ/USAO-VT's assessment of Purdue's conduct, as well as the shared interest in allowing a review of such materials in order to assist in resolving any production disputes without the need for court intervention, Purdue, through its counsel, will voluntarily produce copies of ████████ to Civil Division/USAO-NJ/USAO-VT for its confidential review. ████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Purdue does not intend to waive any applicable attorney-client privilege, work product doctrine, or any other privilege (collectively referred to as "privilege"), if applicable, regarding the ████████ other than for the limited purpose set forth in this letter pursuant to Civil Division/USAO-NJ/USAO-VT's assessment of Purdue's conduct. Purdue does not intend its limited production under this agreement to extend to any third party or to any materials beyond ████████. Purdue may assert such privilege over the ████████ in other

1

UNREDACTED — CONTAINS OR DISCUSSES PRIVILEGED OR COMMON INTEREST/JOINT PRIVILEGED COMMUNICATIONS - TREAT SUBJECT TO PROTECTIVE ORDER

19-23649-shl  Doc 2166-13  Filed 12/18/20  Entered 12/18/20 18:47:42  Exhibit 78
Pg 3 of 7

proceedings with other parties, and maintains the provision of these documents to the Civil Division/USAO-NJ/USAO-VT pursuant to this agreement does not constitute a subject matter waiver in other proceedings.

Notwithstanding any other provision in this letter, it is expressly understood and agreed that, by entering into this agreement, Civil Division/USAO-NJ/USAO-VT does not agree that any of the ▇▇▇▇ are, in fact, protected by any privilege. Civil Division/USAO-NJ/USAO-VT agrees that if Purdue voluntarily produces the ▇▇▇▇, that production will not constitute a subject-matter waiver with respect to other materials. Further, Civil Division/USAO-NJ/USAO-VT agrees that Purdue's voluntary production of the ▇▇▇▇ would not provide grounds to compel production of other privileged material, although any grounds that may exist apart from the fact of such production shall remain unaffected by this agreement.

Civil Division/USAO-NJ/USAO-VT agrees that it will maintain the confidentiality of ▇▇▇▇ obtained pursuant to this agreement and will not disclose them to any third party, except to the extent Civil Division/USAO-NJ/USAO-VT determines that disclosure would be in furtherance of the discharge of their duties and responsibilities (including but not limited to use in furtherance of its investigation or in any subsequent litigation) or is otherwise required by law. To this end, it is understood that Civil Division/USAO-NJ/USAO-VT may use the ▇▇▇▇ for the purposes of any investigation, civil proceeding, criminal proceeding, or administrative proceeding against any individual or entity and may obtain testimony of witnesses regarding the ▇▇▇▇ in the ongoing investigation or in any criminal, civil, or administrative proceeding involving any component of the Department of Justice arising from that investigation. Purdue agrees that it will not assert privilege with respect to such use of the ▇▇▇▇ by Civil Division/USAO-NJ/USAO-VT or any other component of the Department of Justice, and also will not assert that Civil Division/USAO-NJ/USAO-VT or any other component of the Department of Justice or its agents have been tainted by receipt or review of the ▇▇▇▇ produced pursuant to this agreement or related information gathered through interviews or testimony conducted related to the ▇▇▇▇ produced pursuant to this agreement.

Purdue's agreement to the terms of this letter is signified by its counsel's signature on the line provided below. Purdue further acknowledges that this agreement binds Purdue Pharma L.P.; Purdue Pharma Inc.; Purdue Frederick, Inc.; and Purdue Pharma L.P.'s wholly owned subsidiaries that manufacture or sell opioids in the United States, specifically: Purdue Transdermal Technologies L.P.; Purdue Pharma of Puerto Rico; Purdue Pharma Manufacturing L.P.; Purdue Pharma Products L.P.; Purdue Pharmaceutical Products L.P.; Purdue Pharmaceuticals L.P.; and Purdue Pharma Manufacturing L.P. The agreement shall also bind Purdue's predecessor and successor companies.

Sincerely,

Gabriel Scannapieco
Trial Attorney
Consumer Protection Branch

2

Civil Division

_[signature]_

Kristen Murphy
Trial Attorney
Commercial Litigation Branch
Civil Division


_____
J. Stephen Ferketic
Assistant United States Attorney
United States Attorney's Office for the
District of New Jersey


_____
Michael P. Drescher
Assistant United States Attorney
United States Attorney's Office for the
District of Vermont


ACCEPTED AND AGREED TO:

_[signature]_
Patrick Fitzgerald, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N Upper Wacker Drive
Chicago, IL 60606

Counsel for Purdue

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL IN EXHIBIT 78 PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

19-23649-shl  Doc 2166-03  Filed 12/18/20  Entered 12/18/20 18:47:42  Exhibit 78  Pg 5 of 7

Civil Division

_____
Kristen Murphy
Trial Attorney
Commercial Litigation Branch
Civil Division

*[signature]*
_____
J. Stephen Ferketic
Assistant United States Attorney
United States Attorney's Office for the
District of New Jersey

_____
Michael P. Drescher
Assistant United States Attorney
United States Attorney's Office for the
District of Vermont

ACCEPTED AND AGREED TO:

*[signature]*
_____
Patrick Fitzgerald, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N Upper Wacker Drive
Chicago, IL 60606

Counsel for Purdue

3

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

19-23649-shl Doc 2166-03 Filed 12/18/20 Entered 12/18/20 18:47:42 Exhibit 78 Pg 6 of 17

Civil Division

_____
Kristen Murphy
Trial Attorney
Commercial Litigation Branch
Civil Division


_____
J. Stephen Ferketic
Assistant United States Attorney
United States Attorney's Office for the
District of New Jersey

*[signature]*
_____
Michael P. Drescher
Assistant United States Attorney
United States Attorney's Office for the
District of Vermont


ACCEPTED AND AGREED TO:

*[signature]*
_____
Patrick Fitzgerald, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N Upper Wacker Drive
Chicago, IL 60606

Counsel for Purdue

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

19-23649-shl Doc 2166-03 Filed 12/18/20 Entered 12/18/20 18:47:42 Exhibit 78 Pg 7 of 7

Civil Division

_____
Kristen Murphy
Trial Attorney
Commercial Litigation Branch
Civil Division

_____
J. Stephen Ferketic
Assistant United States Attorney
United States Attorney's Office for the
District of New Jersey

_____
Michael P. Drescher
Assistant United States Attorney
United States Attorney's Office for the
District of Vermont

ACCEPTED AND AGREED TO:

_____
Patrick Fitzgerald, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 N Upper Wacker Drive
Chicago, IL 60606

Counsel for Purdue