# EXHIBIT 74

UNREDACTED CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION AND PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Richards, Jillie <richardsj@akingump.com> |
| **Sent:** | Sunday, September 13, 2020 8:09 PM |
| **To:** | Sonia Shariff; Crawford, Ashley Vinson |
| **Cc:** | UCCIACTEAM; IACTeam090; Alfano, Andrew (External); Troop, Andrew (External); Sharp, Jason (External); keckstein@kramerlevin.com; rringer@kramerlevin.com; PPLP Group; purdue.dpw.diligence; Marc Hirschfield |
| **Subject:** | RE: Request No. 3 |

Sonia,

Thanks for your patience.  While we do not have formation and governance documents for the vast majority of the IACs, we have spent some additional time on our end to narrow the scope of the request.  For now, please provide the formation and governance documents for the below-listed IACs.  We reserve the right to supplement this list with additional IACs as needed in the future.

Thank you.

- Accardi B.V.
- Accardi S.àr.l.
- Arsago B.V.
- Boetti Corporation
- Boldini Corporation
- Bulla S.àr.l.
- Clovio Corporation
- Euro-Celtique S.A.
- Filti S.àr.l.
- Flira S.àr.l.
- Hayez Corp
- Hokol Sarl
- Ind S.àr.l.
- Irey S.àr.l.
- Lucien Holdings S.àr.l.
- Maltus Corporation
- Marnine Holdings Pte. Limited
- Martone Holdings Pte. Limited
- Mexcus Corporation
- MN Consulting LLC
- MNP Consulting Limited
- Mundibiopharma Ltd.
- Mundipharma (Argentina) S.r.l.
- Mundipharma (Myanmar) Co., Limited
- Mundipharma (Proprietary) Limited
- Mundipharma A.S.
- Mundipharma AB
- Mundipharma DC B.V.
- Mundipharma Deutschland GmbH & Co. KG (formerly known as Mundipharma Vertriebs GMBH (Germany))

- Mundipharma Egypt LLC
- Mundipharma Farmaceutical LDA
- Mundipharma Kabushiki Kaishe
- Mundipharma Korea Ltd.
- Mundipharma Maroc S.ar.l.
- Mundipharma Medical Company
- Mundipharma Middle East FZ-LLC
- Mundipharma Oy
- Mundipharma Pharmaceuticals Argentina S.r.l.
- Mundipharma Pharmaceuticals Industry and Trade Limited (same entity as Mundipharma Ecza ürünleri sanayi ve ticaret limited Sirketi or Mundipharma ECZA Ltd Sti)
- Mundipharma Pharmaceuticals Limited
- Mundipharma Pharmaceuticals S.L.
- Mundipharma Pharmaceuticals SDN BHD
- Mundipharma Singapore Holdings Pte Ltd
- Nitid S.àr.l.
- Nontag S.àr.l.
- Porthos S.àr.l.
- PT. Mundipharma Healthcare Indonesia
- Sofy S.àr.l.
- Songol S.àr.l.
- Sonti S.àr.l.
- Tacca B.V.
- Taiwan Mundipharma Pharmaceuticals Limited
- Tenna B.V.
- Vaccaro B.V.
- Venusti B.V.

Jillie B. Richards
**AKIN GUMP STRAUSS HAUER & FELD** LLP
Direct: +1 202.887.4077 | Internal: 24077

---

**From:** Sonia Shariff <SShariff@rccblaw.com>
**Sent:** Saturday, September 5, 2020 10:52 PM
**To:** Richards, Jillie <richardsj@akingump.com>; Crawford, Ashley Vinson <avcrawford@akingump.com>
**Cc:** UCCIACTEAM <UCCIACTEAM@akingump.com>; IACTeam090 <IACTeam@rccblaw.com>; Alfano, Andrew (External) <andrew.alfano@pillsburylaw.com>; Troop, Andrew (External) <andrew.troop@pillsburylaw.com>; Sharp, Jason (External) <jason.sharp@pillsburylaw.com>; keckstein@KRAMERLEVIN.com; RRinger@KRAMERLEVIN.com; PPLP Group <PPLPGroup@akingump.com>; purdue.dpw.diligence@davispolk.com; Marc Hirschfield <MHirschfield@rccblaw.com>
**Subject:** RE: Request No. 3

Thanks very much, Jillie.

Best,
Sonia

**Sonia S. Shariff**
Associate
Royer Cooper Cohen Braunfeld LLC

2

Two Logan Square
100 N. 18th Street, Suite 710
Philadelphia, PA 19103
office:  484-362-2637
fax: 484-362-2630
email: sshariff@rccblaw.com
www.rccblaw.com

---

**From:** Richards, Jillie <richardsj@akingump.com>
**Sent:** Saturday, September 5, 2020 10:50 PM
**To:** Sonia Shariff <SShariff@rccblaw.com>; Crawford, Ashley Vinson <avcrawford@akingump.com>
**Cc:** UCCIACTEAM <UCCIACTEAM@akingump.com>; IACTeam090 <IACTeam@rccblaw.com>; Alfano, Andrew (External) <andrew.alfano@pillsburylaw.com>; Troop, Andrew (External) <andrew.troop@pillsburylaw.com>; Sharp, Jason (External) <jason.sharp@pillsburylaw.com>; keckstein@KRAMERLEVIN.com; RRinger@KRAMERLEVIN.com; PPLP Group <PPLPGroup@akingump.com>; purdue.dpw.diligence@davispolk.com; Marc Hirschfield <MHirschfield@rccblaw.com>
**Subject:** Re: Request No. 3

Sonia,

We'll revert with a list of IACs from the July IAC Master Chart for which we still need formation and governance documents.

We hope that you enjoy the holiday weekend as well.


Jillie B. Richards
**AKIN GUMP STRAUSS HAUER & FELD** LLP
Direct: +1 202.887.4077 | Internal: 24077


On September 5, 2020 at 11:43:16 AM EDT, Sonia Shariff <SShariff@rccblaw.com> wrote:

**EXTERNAL Email**

Hi Ashley:

We write in quick follow-up to your August 28, 2020 letter. With regard to Request No. 3, and as stated on page 5 of your letter, we would like to take you up on your offer to identify the IACs from the July IAC Master Chart for which you do not have formation and governance documents. It would be of great assistance to our clients if you could provide us with that information promptly.
Please be assured that we are reviewing all aspects of your letter and will schedule a meet-and-confer to address any concerns in an omnibus fashion, if necessary. However, with regard to Request No. 3, we thought it best to reach out now.

Thanks very much and I hope that you and your team have a great Labor Day weekend.

Regards,
Sonia

**Sonia S. Shariff**
Associate
Royer Cooper Cohen Braunfeld LLC
Two Logan Square
100 N. 18th Street, Suite 710
Philadelphia, PA 19103
office:  484-362-2637
fax: 484-362-2630
email: sshariff@rccblaw.com
www.rccblaw.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.