UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREAT AS SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 76

## In the Matter Of:

*Purdue Pharma Bankruptcy*

*DAVID SACKLER*

*August 28, 2020*



UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER
19-23649-shl Doc 2166-06 Filed 12/18/20 Entered 12/18/20 18:47:42 Exhibit 76 Pg 3 of 13

Highly Confidential     David Sackler - August 28, 2020

```
                                                              1
 1
 2   UNITED STATES BANKRUPTCY COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   ---------------------------------------
 5   In Re:                    Chapter 11
 6
 7   PURDUE PHARMA L.P.,       Case No.
 8   et al.,                   19-23649 (RDD)
 9           Debtors    (Jointly Administered)
10   ---------------------------------------
11
12          **CONTAINS REDACTED PORTION**
13            ** HIGHLY CONFIDENTIAL **
14             PROFESSIONALS' EYES ONLY
15
16      REMOTE VIDEOTAPED DEPOSITION OF
17                DAVID SACKLER
18
19           Friday, August 28, 2020
20                  9:00 a.m.
21
22
23   Reported by:
24   Joan Ferrara, RMR, FCRR
25   Job No. 2020-89751
```

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

```
 1

 2   REMOTE APPEARANCES:

 3   Counsel to the Raymond Side Covered Parties

 4   and The Witness David Sackler:

 5

 6   JOSEPH HAGE AARONSON, LLC

 7          CHRISTOPHER STANLEY

 8          GREGORY P. JOSEPH

 9          MARA LEVENTHAL

10          BENJAMIN TAYLOR

11          PETER R. JERDEE

12          THEODORE WELLS, JR.

13

14   MILBANK LLP

15          GERARD UZZI

16          ALEXANDER B. LEES

17          ROBERTO FINZI

18          MARIA ORTIZ

19          KATHERINE FELL

20          SAMUEL FRAIDIN

21          MICHELE HIRSHMAN

22

23

24                    (Continued)

25
```

```
                                                          3
 1
 2   REMOTE APPEARANCES: (Continued)
 3
 4   Counsel to the Official Committee of
 5   Unsecured Creditors of Purdue
 6   Pharma L.P., et al:
 7   AKIN GUMP STRAUSS HAUER & FELD, LLP
 8         MITCHELL HURLEY
 9         KATHERINE PORTER
10         IZABELLE TULLY
11         ARIK PREIS
12         JOSEPH L. SORKIN
13         ASHLEY CRAWFORD
14         ELIZABETH HARRIS
15         SARA BRAUNER
16         ELIZABETH SCOTT
17         JAMES SALWEN
18
19   Financial Advisor to the Official Committee:
20   PROVINCE FIRM
21         MICHAEL ATKINSON
22
23   SKADDEN ARPS
24         NOHA MOUSTAFA
25                    (Continued)
```

UNREDACTED VERSION FILED UNDER SEAL — CONTAINS PRIVILEGED COMMUNICATIONS — TREATED SUBJECT TO PROTECTIVE ORDER
19-23649-shl  Doc 2166-06  Filed 12/18/20  Entered 12/18/20 18:47:42  Exhibit 76
Pg 6 of 13
Highly Confidential      David Sackler - August 28, 2020

4

```
 1
 2   REMOTE APPEARANCES:  (Continued)
 3   Counsel to the Ad Hoc Group of Creditors
 4   KRAMER LEVIN
 5        DAVID BLABEY, JR.
 6        JOSEPH RICE
 7        ELISE FUNKE
 8        PAUL SINGER
 9        RACHAEL RINGER
10        MICHAEL WOELFEL
11        DEREK LOESER
12
13   Counsel to the Ad Hoc Group of Non-Consenting
14   States:
15   PILLSBURY WINTHROP SHAW PITTMAN
16        ANDREW M. TROOP
17        JASON SHARP
18
19   Counsel to United Healthcare Services, Inc.:
20   ROBINS KAPLAN, LLP
21        THOMAS C. MAHLUM
22
23   Counsel for Certain Non-Sackler Directors:
24   PAUL HASTINGS
25        NICK BASSETT
```

```
                                                              5
 1
 2   REMOTE APPEARANCES: (Continued)
 3
 4   Counsel for PJT Partners LP:
 5   SIMPSON THACHER & BARTLETT, LLP
 6           LILY CRON
 7
 8   Counsel to the Mortimer Side Covered Parties:
 9   DEBEVOISE & PLIMPTON LLP
10           JASMINE BALL
11           MAURA MONAGHAN
12           JACOB STAHL
13           HAROLD WILLIFORD
14
15   Counsel to the Stipulating IACs:
16   ROYER COOPER COHEN BRAUNFELD, LLC
17           MARC SKAPOF
18
19   Counsel for F. Mark Geraci:
20   LOWENSTEIN
21           MICHELLE GOLDMAN
22           SCOTT McBREID
23
24                       (Continued)
25
```

```
                                                            6
 1
 2   REMOTE APPEARANCES: (Continued)
 3
 4   KELLER ROHRBACK
 5          GARY GOTTO
 6
 7   Counsel for the Debtors:
 8   DAVIS POLK
 9          CHARLES DUGGAN
10          BENJAMIN KAMINETZKY
11          MATTHEW BROCK
12          MARGARITA CLARENS
13          MARSHALL HUEBNER
14          JAMES McCLAMMY
15
16
17   Lead Attorney for Local, State and County
18   Governments:
19   MOTLEY RICE
20          JOE RICE
21
22
23
24                      (Continued)
25
```

```
 1
 2   REMOTE APPEARANCES: (Continued)
 3
 4   ATTORNEY GENERAL FOR THE STATE OF NEW YORK:
 5           DAVID NACHMAN
 6           UMAIR KHAN
 7           KATHRYN BLAKE
 8           JENNIFER SIMCOVITCH
 9           KRISTIN PETRELLA
10           WAYNE MERKELSON
11
12   ATTORNEY GENERAL FOR THE STATE OF
13   MASSACHUSETTS:
14           GILLIAN FEINER
15           JENNY WOJEWODA
16           SYDENHAM B. ALEXANDER, III
17           PHILLIP NOWAK
18           MATT LASHOF-SULLIVAN
19           JUDITH WALSH
20           PAULA McMANUS
21           ANDERSON LOUIE
22           INDIRA RAO
23
24
25                         (Continued)
```

UNREDACTED 19-23649-shl Doc 2166-06 Filed 12/18/20 Entered 12/18/20 18:47:42 Exhibit 76 IN EXHIBIT PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER
Pg 10 of 13

Highly Confidential        David Sackler - August 28, 2020

8

```
 1
 2   REMOTE APPEARANCES: (Continued)
 3
 4   ATTORNEY GENERAL FOR THE STATE OF WISCONSIN:
 5           LAURA McFARLANE
 6           SOPHIA ROGERS
 7
 8   ATTORNEY GENERAL FOR THE STATE OF RHODE
 9   ISLAND:
10           NEIL KELLY
11
12   ATTORNEY GENERAL FOR THE STATE OF IOWA:
13           AMY LICHT
14           DAVID MINDEL
15
16   ATTORNEY GENERAL FOR THE STATE OF NORTH
17   CAROLINA:
18           DANIEL MOSTELLER
19
20   ATTORNEY GENERAL FOR THE STATE OF ILLINOIS:
21           ANDREA LAW
22           SUSANA CROKE
23
24
25                        (Continued)
```

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER
19-23649-shl Doc 2166-06 Filed 12/18/20 Entered 12/18/20 18:47:42 Exhibit 76 Pg 11 of 13

Highly Confidential        David Sackler - August 28, 2020

9

REMOTE APPEARANCES: (Continued)

ATTORNEY GENERAL FOR THE STATE OF
CONNECTICUT:
    KIM MASSICOTTE
    JEREMY PEARLMAN
    ELEANOR MULLEN

ATTORNEY GENERAL FOR THE STATE OF MARYLAND:
    LAUREN KELLEHER
    BRIAN EDMUNDS

ATTORNEY GENERAL FOR THE STATE OF
CALIFORNIA:
    TIMOTHY LUNDGREN
    MICHELLE BURKART
    JUDITH FIORENTINI

ATTORNEY GENERAL FOR THE COMMONWEALTH OF
PENNSYLVANIA:
    MELISSA L. VAN ECK

(Continued)

UNREDACTED VERSION OF DOCUMENTS CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER
19-23649-shl  Doc 2166-06  Filed 12/18/20  Entered 12/18/20 18:47:42  Exhibit 76  Pg 12 of 13

Highly Confidential      David Sackler - August 28, 2020

10

1

2   REMOTE APPEARANCES: (Continued)

3

4   ATTORNEY GENERAL FOR THE STATE OF COLORADO:

5          MEGAN PARIS RUNDLET

6          BRADY GRASSMEYER

7          RYAN KINSEY

8

9   HAUG PARTNERS

10         KATHERINE GALLE

11

12  ALSO PRESENT:

13         AYDALINE GARCIA, Videographer

14         JUAN TORRES, Tech Monitor

15         RYAN HAMPTON

16         KARA TRAINOR

17         SCOTT BICKFORD

18         ANDREW ALFANO

19         KEVIN THOMPSON

20         CHERYL JUAIRE

21         RACHEL OBALDO

22         WILL KOVALCHIK

23         CYNTHIA WONG

24         TERRI ANNE BENEDETTO

25         TAYLOR WALL

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER
19-23649-shl  Doc 2166-06  Filed 12/18/20  Entered 12/18/20 18:47:42  Exhibit 76
Pg 13 of 13

Highly Confidential       David Sackler - August 28, 2020

11

```
                    --------------- I N D E X ---------------

  WITNESS             EXAMINATION BY           PAGE

  DAVID SACKLER       MR. HURLEY                 16

                      MS. FEINER                235

                      MR. DUGGAN                372

                      MR. HURLEY                376



                    --------------- EXHIBITS ---------------

  DS EXHIBIT                                    FOR ID.

       (PROVIDED ELECTRONICALLY TO REPORTER)


  Exhibit 1   "Stipulated Order Governing
              the Taking of Remote
              Depositions"                         22
  Exhibit 2   E-mail string, beginning Bates
              stamp PPLPUCC 565044                 46
  Exhibit 3   Document                             58
  Exhibit 4   E-mail chain, beginning Bates
              stamp PWG 4460037                    62
  Exhibit 5   Presentation excerpt,
              "Distributions since 2008,
              $10,346,600,000"                     80
                                  (Continued)
```