UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 77

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREAT SUBJECT TO PROTECTIVE ORDER

## In the Matter Of:

*Purdue Pharma Bankruptcy*

# *ILENE SACKLER LEFCOURT*

### *September 18, 2020*



UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER
19-23649-shl Doc 2166-07 Filed 12/18/20 Entered 12/18/20 18:47:42 Exhibit 77 Pg 3 of 13

```
                                                              1

  1

  2    UNITED STATES BANKRUPTCY COURT

  3    SOUTHERN DISTRICT OF NEW YORK

  4    ---------------------------------------

  5    In Re:                     Chapter 11

  6

  7    PURDUE PHARMA L.P.,        Case No.

  8    et al.,                    19-23649 (RDD)

  9              Debtors    (Jointly Administered)

 10    ---------------------------------------

 11

 12          ** HIGHLY CONFIDENTIAL **

 13        OUTSIDE PROFESSIONALS' EYES ONLY

 14

 15        REMOTE VIDEOTAPED DEPOSITION OF

 16            ILENE SACKLER LEFCOURT

 17

 18         Friday, September 18, 2020

 19            10:05 a.m. (EST)

 20

 21

 22

 23    Reported by:

 24    Joan Ferrara, RMR, FCRR

 25    Job No. 2020-89909
```

UNREDACTED 19-23649-shl Doc 2166-07 Filed 12/18/20 Entered 12/18/20 18:47:42 Exhibit 77 CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY MATERIAL AND PRIVILEGED COMMUNICATIONS - TREATED AS SUBJECT TO PROTECTIVE ORDER Pgs 4 of 13

Highly Confidential Jane Sackler Lefcourt - September 18, 2020

```
                                                              2

 1

 2

 3   REMOTE APPEARANCES:

 4

 5      Counsel for the Raymond Side Covered

 6      Parties:

 7

 8      JOSEPH HAGE AARONSON, LLC

 9           CHRISTOPHER STANLEY

10           GREGORY P. JOSEPH

11           MARA LEVENTHAL

12           BENJAMIN TAYLOR

13           PETER R. JERDEE

14

15

16      MILBANK LLP

17           GERARD UZZI

18           ALEXANDER B. LEES

19           KATHERINE FELL

20

21

22

23

24                    (Continued)

25
```

UNREDACTED VERSION OF EXHIBIT TO FILED UNDER SEAL CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER
19-23649-shl  Doc 2166-07  Filed 12/18/20  Entered 12/18/20 18:47:42  Exhibit 77  Pg 5 of 13

Highly Confidential — Ilene Sackler Lefcourt - September 18, 2020

3

```
 1
 2
 3    REMOTE APPEARANCES: (Continued)
 4
 5       Counsel to the Official Committee of
 6       Unsecured Creditors of Purdue Pharma
 7       L.P., et al:
 8
 9       AKIN GUMP STRAUSS HAUER & FELD, LLP
10
11            KATHERINE PORTER
12            MITCHELL HURLEY
13            IZABELLE TULLY
14            ELIZABETH SCOTT
15            JOSEPH L. SORKIN
16            ASHLEY CRAWFORD
17            ELIZABETH HARRIS
18            SARA BRAUNER
19            JILLIE RICHARDS
20
21
22
23
24                         (Continued)
25
```

```
                                                          4
 1
 2
 3   REMOTE APPEARANCES: (Continued)
 4
 5
 6      Financial Advisor to the Official
 7      Committee:
 8      PROVINCE FIRM
 9           MICHAEL ATKINSON
10
11
12
13      Counsel to the Ad Hoc Group of
14      Creditors:
15
16      KRAMER LEVIN
17           BOAZ COHEN
18           RACHAEL RINGER
19           SETH SCHINFELD
20           JENNA HUDSON
21
22
23
24                       (Continued)
25
```

```
                                                              5

REMOTE APPEARANCES: (Continued)


   Counsel to the Ad Hoc Group of
   Non-Consenting States:
   PILLSBURY WINTHROP SHAW PITTMAN
        JASON SHARP




   Counsel for The United States of America
   via Department of Justice:
        ALICIA BENTLEY



   Counsel for PJT Partners LP:
   SIMPSON THACHER & BARTLETT, LLP
        AMY DAWSON




                        (Continued)
```

```
                                                          6

  REMOTE APPEARANCES: (Continued)


       Counsel to the Mortimer Side Covered
       Parties and the Witness:


       DEBEVOISE & PLIMPTON LLP:
            MAURA MONAGHAN
            JASMINE BALL
            ALLISON MILLER
            HAROLD WILLIFORD
            MICHAEL McGREGOR
            MARY JO WHITE



       Counsel to the Stipulating IACs:
       ROYER COOPER COHEN BRAUNFELD, LLC
            MARC SKAPOF
            MARC HIRSCHFIELD




                        (Continued)
```

```
                                                           7

 1
 2
 3    REMOTE APPEARANCES: (Continued)
 4
 5
 6         Counsel for the Debtors:
 7         DAVIS POLK
 8              CHARLES DUGGAN
 9              MARGARITA CLARENS
10              MARSHALL HUEBNER
11
12
13         HAUG PARTNERS
14              KATHERINE GALLE
15              DAVID ZWALLY
16
17
18         ATTORNEY GENERAL FOR THE STATE OF NEW
19         YORK:
20              KATHRYN BLAKE
21              DAVID NACHMAN
22              JENNIFER SIMCOVITCH
23
24
25                   (Continued)
```

```
                                                          8

 1
 2
 3   REMOTE APPEARANCES: (Continued)
 4
 5
 6        ATTORNEY GENERAL FOR THE STATE OF
 7        WISCONSIN:
 8             LAURA McFARLANE
 9
10
11        ATTORNEY GENERAL FOR THE STATE OF IOWA:
12             AMY LICHT
13
14
15        ATTORNEY GENERAL FOR THE STATE OF MAINE:
16             BRENDAN O'NEIL
17
18
19        ATTORNEY GENERAL FOR THE STATE OF
20        MASSACHUSETTS:
21             SYDENHAM B. ALEXANDER, III
22             JULIA WALSH
23
24
25                      (Continued)
```

```
                                                              9
 1
 2
 3   REMOTE APPEARANCES: (Continued)
 4
 5      ATTORNEY GENERAL FOR THE STATE OF
 6      CONNECTICUT:
 7           ELEANOR MULLEN
 8
 9
10
11      ATTORNEY GENERAL FOR THE STATE OF
12      CALIFORNIA:
13           MICHELLE BURKART
14           TIMOTHY LUNDGREN
15           STEPHANIE YU
16           KETAKEE KANE
17
18
19
20      ATTORNEY GENERAL FOR THE COMMONWEALTH OF
21      PENNSYLVANIA:
22           MELISSA L. VAN ECK
23
24
25                       (Continued)
```

```
REMOTE APPEARANCES: (Continued)



   ATTORNEY GENERAL FOR THE STATE OF
   COLORADO:
        MEGAN PARIS RUNDLET


   ATTORNEY GENERAL FOR THE STATE OF
   TEXAS:
        PAUL SINGER
        RACHEL OBALDO



   ATTORNEY GENERAL FOR WASHINGTON, D.C.:
        WENDY WEINBERG



   ATTORNEY GENERAL FOR THE STATE OF
   GEORGIA:
        CHRISTINE HOM

                    (Continued)
```

```
                                                              11
 1
 2
 3   REMOTE APPEARANCES: (Continued)
 4
 5   ALSO PRESENT:
 6         AYDALINE GARCIA, Videographer
 7         JUAN TORRES, Tech Monitor
 8         RYAN HAMPTON
 9         KARA TRAINOR
10         CHERYL JUAIRE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```