UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATED AS SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 78

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

**In the Matter Of:**

*Purdue Pharma Bankruptcy*

*STEPHEN IVES*

*September 22, 2020*



```
                                                          1

  1

  2    UNITED STATES BANKRUPTCY COURT

  3    SOUTHERN DISTRICT OF NEW YORK

  4    ---------------------------------------

  5    In Re:                  Chapter 11

  6

  7    PURDUE PHARMA L.P.,     Case No.

  8    et al.,                 19-23649 (RDD)

  9           Debtors    (Jointly Administered)

 10    ---------------------------------------

 11          **CONTAINS REDACTED PORTION**

 12

 13          ** HIGHLY CONFIDENTIAL **

 14       OUTSIDE PROFESSIONALS' EYES ONLY

 15

 16       REMOTE VIDEOTAPED DEPOSITION OF

 17                STEPHEN IVES

 18

 19         Tuesday, September 22, 2020

 20              10:01 a.m. (EST)

 21

 22

 23    Reported by:

 24    Joan Ferrara, RMR, FCRR

 25    Job No. 2020-89753
```

Highly Confidential    Stephen Ives - September 22, 2020

2

REMOTE APPEARANCES:

    Counsel for the Raymond Side Covered
    Parties and the Witness:

    JOSEPH HAGE AARONSON, LLC
        CHRISTOPHER STANLEY
        GREGORY P. JOSEPH
        MARA LEVENTHAL
        BENJAMIN TAYLOR
        JARED GIDDENS

    MILBANK LLP
        GERARD UZZI
        ALEXANDER B. LEES
        KATHERINE FELL
        EMILY LILBURN
        KAYLA GIAMPAOLO

                (Continued)

```
                                                            3
 1
 2
 3   REMOTE APPEARANCES: (Continued)
 4
 5
 6       Counsel to the Official Committee of
 7       Unsecured Creditors of Purdue Pharma
 8       L.P., et al:
 9
10       AKIN GUMP STRAUSS HAUER & FELD, LLP
11             MITCHELL HURLEY
12             KATHERINE PORTER
13             ARIK PREIS
14             ELIZABETH SCOTT
15             JOSEPH L. SORKIN
16             ASHLEY CRAWFORD
17             ELIZABETH HARRIS
18             SARA BRAUNER
19             JAMES SALWEN
20             JENNIFER POON
21
22
23
24                   (Continued)
25
```

```
                                                   4
 1
 2
 3   REMOTE APPEARANCES: (Continued)
 4
 5
 6      PAUL WEISS
 7           ROBERTO FINZI
 8
 9
10
11      Financial Advisor to the Official
12      Committee:
13      PROVINCE FIRM
14           MICHAEL ATKINSON
15
16
17
18      Counsel to the Ad Hoc Group of
19      Creditors:
20      KRAMER LEVIN
21           RACHAEL RINGER
22           SETH SCHINFELD
23
24                  (Continued)
25
```

UNREDACTED VERSION FILED UNDER SEAL - CONTAINS PRIVILEGED
COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

```
                                                              5

  REMOTE APPEARANCES: (Continued)



      Counsel to the Ad Hoc Group of
      Non-Consenting States:
      PILLSBURY WINTHROP SHAW PITTMAN
          ANDREW TROOP
          JASON SHARP




      Counsel for The United States of America
      via Department of Justice:
          ALICIA BENTLEY




      Counsel for PJT Partners LP:
      SIMPSON THACHER & BARTLETT, LLP
          SHANNON McGOVERN



                        (Continued)
```

```
                                                         6
 1
 2
 3
 4   REMOTE APPEARANCES: (Continued)
 5
 6        Counsel to the Mortimer Side Covered
 7        Parties and the Witness:
 8        DEBEVOISE & PLIMPTON LLP:
 9             JASMINE BALL
10             HAROLD WILLIFORD
11
12
13
14        Counsel to the Stipulating IACs:
15        ROYER COOPER COHEN BRAUNFELD, LLC
16             MARC SKAPOF
17
18
19
20        HAUG PARTNERS
21             KATHERINE GALLE
22             DAVID ZWALLY
23
24
25                        (Continued)
```

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER
19-23649-shl Doc 2166-08 Filed 12/18/20 Entered 12/18/20 18:47:42 Exhibit 78 Pg 9 of 13

Highly Confidential    Stephen Ives - September 22, 2020

7

```
REMOTE APPEARANCES: (Continued)


     Counsel for the Debtors:
     DAVIS POLK
          CHARLES DUGGAN
          BENJAMIN KAMINETZKY
          JAMES McCLAMMY
          MARGARITA CLARENS
          ANGELA GUO



ATTORNEY GENERAL FOR THE STATE OF NEW YORK:
          DAVID NACHMAN
          KATHRYN BLAKE
          UMAIR KHAN
          JENNIFER SIMCOVITCH




                    (Continued)
```

                                                                8

REMOTE APPEARANCES: (Continued)


    ATTORNEY GENERAL FOR THE STATE OF
    MAINE:
        BRENDAN O'NEIL



    ATTORNEY GENERAL FOR THE STATE OF
    MASSACHUSETTS:
        SYDENHAM B. ALEXANDER, III
        GILLIAN FEINER



    ATTORNEY GENERAL FOR THE STATE OF
    CALIFORNIA:
        TIMOTHY LUNDGREN


                    (Continued)

```
                                                              9
 1
 2
 3   REMOTE APPEARANCES: (Continued)
 4
 5        ATTORNEY GENERAL FOR THE COMMONWEALTH OF
 6        PENNSYLVANIA:
 7              MELISSA L. VAN ECK
 8
 9
10
11        ATTORNEY GENERAL FOR THE STATE OF
12        COLORADO:
13              MEGAN PARIS RUNDLET
14
15
16
17        ATTORNEY GENERAL FOR THE STATE OF
18        TEXAS:
19              PAUL SINGER
20              RACHEL OBALDO
21
22
23
24                        (Continued)
25
```

19-23649-shl Doc 2166-08 Filed 12/18/20 Entered 12/18/20 18:47:42 Exhibit 78
Pg 12 of 13

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

Highly Confidential    Stephen Ives - September 22, 2020

```
                                                                10
 1

 2

 3   REMOTE APPEARANCES: (Continued)

 4

 5

 6      ATTORNEY GENERAL FOR THE STATE OF

 7      GEORGIA:

 8            CHRISTINE HOM

 9

10

11

12   ALSO PRESENT:

13            AYDALINE GARCIA, Videographer

14            JUAN TORRES, Tech Monitor

15            RYAN HAMPTON

16            KARA TRAINOR

17            CHERYL JUAIRE

18            KEVIN CHEN, Jefferies

19            STEPHANIE SATZ

20

21

22

23

24

25
```

Highly Confidential   Stephen Ives - September 22, 2020

```
                                                    11
 1
 2     --------------- I N D E X ---------------
 3     WITNESS            EXAMINATION BY         PAGE
 4     STEPHEN IVES    MR. HURLEY                 14
 5                     MR. NACHMAN                205
 6                     MR. HURLEY                 381
 7
 8     --------------- EXHIBITS ---------------
 9     IVES EXHIBIT                            FOR ID.
10        (PROVIDED ELECTRONICALLY TO REPORTER)
11
12     Exhibit 1   Transcript dated 12/13/18       17
13     Exhibit 2   E-mail chain dated 12/18/12,
14                 Bates stamp beginning
15                 45000015827                     47
16     Exhibit 3   E-mail chain dated 2/20/02,
17                 Bates stamped PPLPUCC 2418669   74
18     Exhibit 4   Raymond Side Informational
19                 Presentation                    97
20     Exhibit 5   Declaration of Division of 1974
21                 Irrevocable Trust, Bates stamped
22                 RSF 2570                       112
23     Exhibit 6   Declaration of Division of
24                 Trust, dated 12/23/89          133
25                        (Continued)
```