UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATED AS SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 79

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER

## In the Matter Of:

*Purdue Pharma Bankruptcy*

*THERESA SACKLER*

*September 24, 2020*



215

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

In Re:                    Chapter 11

PURDUE PHARMA L.P.,       Case No.
et al.,                   19-23649 (RDD)
        Debtors    (Jointly Administered)

---------------------------------------


      ** HIGHLY CONFIDENTIAL **

   OUTSIDE PROFESSIONALS' EYES ONLY


CONTINUED REMOTE VIDEOTAPED DEPOSITION OF

            THERESA SACKLER


       Thursday, September 24, 2020

            10:00 a.m. (EST)



Reported by:

Joan Ferrara, RMR, FCRR

Job No. 2020-91193

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER
19-23649-shl Doc 2166-09 Filed 12/18/20 Entered 12/18/20 18:47:42 Exhibit 79 Pgs 4 of 14

```
REMOTE APPEARANCES:


     Counsel for the Raymond Side Covered
     Parties:


     JOSEPH HAGE AARONSON, LLC
          CHRISTOPHER STANLEY
          GREGORY P. JOSEPH
          MARA LEVENTHAL
          BENJAMIN TAYLOR




     MILBANK LLP
          GERARD UZZI
          ALEXANDER B. LEES
          KATHERINE FELL




                    (Continued)
```

```
                                                    217
 1
 2   REMOTE APPEARANCES:  (Continued)
 3
 4       Counsel to the Official Committee of
 5       Unsecured Creditors of Purdue Pharma
 6       L.P., et al:
 7       AKIN GUMP STRAUSS HAUER & FELD, LLP
 8            KATHERINE PORTER
 9            MITCHELL HURLEY
10            ARIK PREIS
11            ELIZABETH SCOTT
12            ASHLEY CRAWFORD
13            ELIZABETH HARRIS
14            JILLIE RICHARDS
15            McKENZIE MILLER
16            EDAN LISOVICZ
17
18
19       Financial Advisor to the Official
20       Committee:
21       PROVINCE FIRM
22            MICHAEL ATKINSON
23
24                  (Continued)
25
```

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL – CONTAINS PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER
19-23649-shl Doc 2166-09 Filed 12/18/20 Entered 12/18/20 18:47:42 Exhibit 79 Pg 6 of 14

```
 1
 2   REMOTE APPEARANCES:  (Continued)
 3
 4       Counsel to the Ad Hoc Group of
 5       Creditors:
 6       KRAMER LEVIN
 7            SETH SCHINFELD
 8
 9
10
11       Counsel to the Ad Hoc Group of
12       Non-Consenting States:
13       PILLSBURY WINTHROP SHAW PITTMAN
14            JASON SHARP
15
16
17
18       Counsel for The United States of America
19       via Department of Justice:
20            ALICIA BENTLEY
21
22
23
24                    (Continued)
25
```

19-23649-shl Doc 2166-09 Filed 12/18/20 Entered 12/18/20 18:47:42 Exhibit 79 Pg 7 of 14

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

Highly Confidential Theresa Sackler - September 24, 2020

```
                                                           219
 1
 2
 3   REMOTE APPEARANCES:  (Continued)
 4
 5       Counsel for Certain Non-Sackler
 6       Directors:
 7   PAUL HASTINGS
 8          GABRIELA BARRETO SCANLON
 9
10
11
12       Counsel for PJT Partners LP:
13   SIMPSON THACHER & BARTLETT, LLP
14          ANDREW MARRERO
15
16
17
18
19
20
21
22
23
24                        (Continued)
25
```

Highly Confidential Theresa Sackler - September 24, 2020

220

REMOTE APPEARANCES: (Continued)


   Counsel to the Mortimer Side Covered
   Parties and the Witness:

   DEBEVOISE & PLIMPTON LLP:
        MAURA MONAGHAN
        JASMINE BALL
        HAROLD WILLIFORD
        MICHAEL McGREGOR
        MARY JO WHITE
        ALMA MOZETIC
        PETER GOLDSMITH


   Counsel to the Stipulating IACs:
   ROYER COOPER COHEN BRAUNFELD, LLC
        MARC SKAPOF



                  (Continued)

UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL CONTAINS INFORMATION SUBJECT TO COMMON INTEREST PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER
19-23649-shl    Doc 2166-09    Filed 12/18/20    Entered 12/18/20 18:47:42    Exhibit 79    Pg 9 of 14
Highly Confidential Theresa Sackler - September 24, 2020

221

REMOTE APPEARANCES: (Continued)


   Counsel for the Debtors:
   DAVIS POLK
         MATTHEW BROCK
         ANNA LEE WHISENANT



   HAUG PARTNERS
         KATHERINE GALLE



   ATTORNEY GENERAL FOR THE STATE OF NEW
   YORK:
         KATHRYN BLAKE



   ATTORNEY GENERAL FOR THE STATE OF
   WISCONSIN:
         LAURA McFARLANE



                  (Continued)

REMOTE APPEARANCES: (Continued)

ATTORNEY GENERAL FOR THE STATE OF IOWA:
    AMY LICHT

ATTORNEY GENERAL FOR THE STATE OF MAINE:
    BRENDAN O'NEIL

ATTORNEY GENERAL FOR THE STATE OF MASSACHUSETTS:
    JENNY WOJEWODA
    PHILLIP NOWAK
    INDIRA RAO

(Continued)

UNREDACTED 19-23649-shl Doc 2166-09 Filed 12/18/20 Entered 12/18/20 18:47:42 Exhibit 79 PRIVILEGED COMMUNICATIONS - TREATED SUBJECT TO PROTECTIVE ORDER
Pg 11 of 14

Highly Confidential Theresa Sackler - September 24, 2020

```
                                                           223
 1
 2
 3   REMOTE APPEARANCES:   (Continued)
 4
 5
 6      ATTORNEY GENERAL FOR THE STATE OF
 7      CALIFORNIA:
 8           MICHELLE BURKART
 9           TIMOTHY LUNDGREN
10           LAUREL CARNES
11
12
13
14      ATTORNEY GENERAL FOR THE COMMONWEALTH OF
15      PENNSYLVANIA:
16           MELISSA L. VAN ECK
17
18
19
20
21
22
23
24                   (Continued)
25
```

224

REMOTE APPEARANCES: (Continued)

    ATTORNEY GENERAL FOR THE STATE OF COLORADO:
        MEGAN PARIS RUNDLET

    ATTORNEY GENERAL FOR THE STATE OF TEXAS:
        PAUL SINGER
        RACHEL OBALDO

    ATTORNEY GENERAL FOR THE STATE OF GEORGIA:
        CHRISTINE HOM

        (Continued)

UNREDACTED VERSION CONTAINS TESTIMONY ON ATTORNEY-CLIENT PRIVILEGED COMMUNICATIONS - TREATED PURSUANT TO PROTECTIVE ORDER

19-23649-shl  Doc 2166-09  Filed 12/18/20  Entered 12/18/20 18:47:42  Exhibit 79
Pg 13 of 14

Highly Confidential Theresa Sackler - September 24, 2020

```
                                                        225
 1

 2

 3   REMOTE APPEARANCES:  (Continued)

 4

 5   ALSO PRESENT:

 6            AYDALINE GARCIA, Videographer

 7            JUAN TORRES, Tech Monitor

 8            RYAN HAMPTON

 9            KARA TRAINOR

10            CHERYL JUAIRE

11            STEPHANIE SATZ

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

226

```
                    I N D E X

WITNESS            EXAMINATION BY         PAGE

THERESA SACKLER    MS. McFARLANE          231

                   MS. PORTER             388


                   EXHIBITS

TS EXHIBIT                              FOR ID.

    (PROVIDED ELECTRONICALLY TO REPORTER)


Exhibit 33   Governance Committee report
             dated 1/16/14, Bates stamped
             PPLP 004417396                 233
Exhibit 34   Document, Bates stamped
             PPLPUCC 000301321               239
Exhibit 35   E-mail chain, Bates stamped
             MDSF 90016471                   242
Exhibit 36   Document, Bates stamped PDDS
             8801141848                      246
Exhibit 37   E-mail chain, Bates stamped
             #278522.1                       252
Exhibit 38   Memorandum dated 10/4/00,
             Bates stamped PDD 9316718498   255


                    (Continued)
```