# Exhibit 2

Message

From: Sackler, Dr Richard

Sent: 11/20/2006 3:26:52 PM
To: jds [/OU=VIRTUAL/CN=JDS]
Subject: Pharma issues 061119

Let me read this and get back to you. I have given it to Dad to read as well.

Rich,

I've been thinking about our pharma issues and want to share some ideas and observations with you. They are not the result of careful review – just a reaction to what we heard and discussed over the past few weeks. If you think it's useful, maybe we can flesh this out and focus on some items for more careful review and follow-up action.

The possible actions I listed below are meant for discussion – they're not proposals.

PLEASE KEEP THIS CONFIDENTIAL.

1. General conditions.

It seems that in every market, governments are implementing and plotting new ways to cut pharma revenue. And the industry is now enshrined as a permanent whipping boy for the politicians, regulators and trial bar. Against that headwind, valuable innovations are still generally well rewarded.

In our case, CR opioids are facing contradictory forces that make the future even harder to define. The concept is getting long in the tooth and more competitors are entering the market. Pricing is increasingly an issue. They're running low on patent life and suffering from attacks against patents by generic companies. Getting caught in the crossfire of the "war on drugs" is obviously a huge risk – we know the cost (at least, we hope we know the cost) in the US, we just don't have a way to evaluate the risk of a blow-up in Europe or Asia.