# Exhibit 58

Message

**From:** Sackler, Jonathan
**Sent:** 11/15/2014 10:18:00 PM
**To:** Sackler, Dr Richard
**Subject:** RE: Reflections on current board and shareholder issues

No, generally I liked my word choice better. But I thought you had a good point about activists' conduct to get what they want, which works for them but would be dysfunctional in our setting, so I added that.

Jon Sackler

_____

One Stamford Forum  |  201 Tresser Boulevard  |  Stamford, CT 06901

Jon Sackler

_____

One Stamford Forum  |  201 Tresser Boulevard  |  Stamford, CT 06901

███████████████████████████████████████