# Exhibit 112

| | |
|---|---|
| From: | White, Daniel |
| To: | purdue.dpw.diligence@davispolk.com; marshall.huebner@davispolk.com; charles.duggan@davispolk.com; apreis@akingump.com; mhurley@AkinGump.com; jsorkin@akingump.com; PURDUEAKINLIT@akingump.com; rringer@kramerlevin.com; keckstein@kramerlevin.com; CGange@KRAMERLEVIN.com; EFunke@KRAMERLEVIN.com; andrew.troop@pillsburylaw.com; andrew.alfano@pillsburylaw.com; jason.sharp@pillsburylaw.com |
| Cc: | Lees, Alex; Schwartz, Jed; Mara Leventhal; Peter R. Jerdee; Christopher J. Stanley; Benjamin A. Taylor; #SacklerMilbankLit |
| Subject: | In re: Purdue Pharma L.P. et al., No. 19-23649 (Bankr. S.D.N.Y.) |
| Date: | Monday, September 21, 2020 11:37:05 PM |
| Attachments: | 20200921 Domains and Individuals on R-ICSP Privilege Log OPEO.pdf<br>20200921 R-Side ICSP Privilege Log - OPEO.xlsx |

Counsel:

Attached is a privilege log corresponding to document productions made between August 14 and September 1, 2020, by the Raymond-side Initial and Additional Covered Sackler Persons we represent, as well as to the documents clawed back pursuant to Alexander Lees' September 21, 2020, letter. Also attached as an accommodation to the Official Committee is a new list of individuals and entities appearing on this privilege log and a description of their roles or relationships. We reserve the right to change, correct, amend, or supplement this privilege log and/or the new list of individuals and entities.

We are designating the attached privilege log and accompanying list of individuals and entities as OPEO under the protective order in these cases. [D.I. 1540].

Regards,

Daniel White | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5191
dwhite3@milbank.com | milbank.com