Jasmine Ball
Maura Kathleen Monaghan
Jeffrey J. Rosen
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Beacon Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

**DECLARATION OF JASMINE BALL**

I, Jasmine Ball, an attorney duly admitted to practice in the Southern District of New York, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I represent the Mortimer Sackler Initial Covered Sackler Persons (the "Mortimer Sackler ICSPs") in this dispute.

2. I submit this declaration pursuant to the Stipulation and Agreed Order Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection with UCC Privileges

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Motions (Dkt. No. 2140) in the above captioned case and state that true and correct copies or excerpts of the following documents are attached as exhibits hereto:

3.  Attached as Exhibit 9 is a partially redacted true and correct copy of a quarterly report made to the Purdue Board of Directors dated July 15, 2008, beginning with Bates number PPLP004367297.  This document was previously filed under seal as exhibit 9 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

4.  Attached as Exhibit 21 is a true and correct copy of the December 31, 1993 settlement document for the Beacon Trust, formerly known as the Reigo trust, beginning with Bates number MSF00008502.  This document was previously filed under seal as exhibit 21 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

5.  Attached as Exhibit 22 is a partially redacted true and correct copy of an email chain between M. Sackler, J. Theurillat, A. Wilkstrom et al. dated February 18, 2019, as produced in redacted form to the UCC under bates numbers MSF00640764.  This document was previously filed under seal as exhibit 22 to the Second Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1807).

Dated:  December 18, 2020
New York, New York

By:  */s/ Jasmine Ball*
Jasmine Ball
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836
Email: jball@debevoise.com

*Attorney for Beacon Company*