December 21, 2020

Deborah Clonts
7105 Birdsnest Way
Temple, TX 76502

Judge Robert D. Drain
U.S. Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

In re Purdue Pharma L.P., et all

Case No. 19-23649 (RDD)

United States Bankruptcy for the Southern District of New York

Dear Honorable Judge Drain,

## MOTION FOR LIFT OF AUTOMATIC STAY

1. Your Honor the Claims No. 10231, Claim No. 67036, Claim No. 614341 and Claim No. 615270 is a debt obtained by the Debtors with their aggressive, fraudulent behavior which they eagerly plead guilty to in a United States Federal Court Room and received no jail time may I add (I add that because it adds insult to injury). Due to their guilt of fraud, the facts of the case that we now know about, the far reaching and devastating effects of that guilt I believe when the law is applied, this debt should be deemed non-dischargeable, due and payable in full.

2. I'm seeking damages of $7,000,000.00.

Thank you in advance,
Sincerely,

*Deborah Clonts*

Deborah Clonts


THIS CERTIFIES THAT A COPY WAS MAILED TO
MARSHALL S HUEBNER
DAVIS POLK & WARDWELL LLP
450 LEXINGTON AVENUE
NEW YORK, NY 10017