**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re:**

**PURDUE PHARMA L.P.,** *et al.,*

      **Debtors.**

Chapter 11

Case Number: 19-23649 (RDD)
(Jointly Administered)

---

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

  Notice is hereby given that, subject to approval by the Court, Creditor Plumbers & Steamfitters Local 267 Insurance Fund substitutes Daniel R. Brice, Blitman & King LLP, State Bar No. 4185377 as counsel of record in place of Jeffrey S. Swyers and Alexander M. Gormley, Slevin & Hart, P.C.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Blitman & King LLP |
| Address: | 443 North Franklin Street, Suite 300, Syracuse, NY 13204 |
| Telephone: | (315) 422-7111  Facsimile: (315) 471-2623 |
| E-mail: | drbrice@bklawyers.com |

I consent to the above substitution.  Plumbers & Steamfitters Local 267
              Insurance Fund

Date: December 16, 2020    */s Gregory Lancette, Trustee*
              (Signature of Party(s))

I consent to being substituted.    Slevin & Hart, P.C.

Date: December 16, 2020    */s Jeffrey S. Swyers*
              (Signature of Former Attorney)

Date: December 16, 2020    Slevin & Hart, P.C.

              */s Alexander M. Gormley*
              (Signature of Former Attorney)

| | |
|---|---|
| I consent to the above substitution. | Blitman & King LLP |
| Date:   December 16, 2020 | /s *Daniel R. Brice*_____ |
| | (Signature of New Attorney) |

The substitution of attorney is hereby SO ORDERED.

Dated:  White Plains, New York
     December 21, 2020                       */s/Robert D. Drain*_____
                                                       Honorable Robert D. Drain
                                                       U.S. Bankruptcy Judge