B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re PURDUE PHARMA L.P., et al.          ,          Case No.  19-23649

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Lou Ann Marocco, Bankruptcy Trustee | Kevin D Sullivan |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Mulvey Law LLC, Counsel for Trustee
133 W. Market St., #274
Indianapolis, IN 46204

Court Claim # (if known):    9122
Amount of Claim: _____
Date Claim Filed:    04/27/2020

Phone:  317-721-1339

Last Four Digits of Acct #: _____

Phone:  317-377-4432

Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone:  317-721-1339

Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/ Joseph L. Mulvey, Counsel for Trustee          Date:12/21/2020
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.