Gerard Uzzi
Alexander B. Lees
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Gregory P. Joseph
Mara Leventhal
**JOSEPH HAGE AARONSON LLC**
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: (212) 407-1200
Facsimile: (212) 407-1280

*Counsel for the Raymond Sackler Family*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al*., | Case No. 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF THE RAYMOND SACKLER FAMILY**
**OF FILING OF DOCUMENTS PREVIOUSLY FILED UNDER SEAL**

**PLEASE TAKE NOTICE** that, in accordance with the so-ordered *Stipulation and Agreed Order Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*with UCC Privileges Motion* [ECF No. 2140] (the "Stipulation"), the Raymond Sackler family,[2] by and through its undersigned counsel, hereby submits this *Notice of Filing of Documents Previously Filed under Seal*. As attachments to this Notice, the Raymond Sackler family is publicly filing documents identified on Schedule A annexed hereto (the "Unsealed Documents"), each of which was previously filed, either in whole or in part, under seal as exhibits to the *Declaration of Mara Leventhal Dated October 14, 2020* [ECF No. 1812]. Consistent with the Stipulation some material in the Unsealed Documents remains redacted.

Dated: December 21, 2020
New York, New York

/s/ Gerard Uzzi
Gerard Uzzi
Alexander B. Lees
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000

/s/ Gregory P. Joseph
Gregory P. Joseph
Mara Leventhal
**JOSEPH HAGE AARONSON LLC**
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: (212) 407-1200

*Counsel for the Raymond Sackler Family*

---

[2] The Raymond Sackler family includes Richard Sackler, David Sackler, and the estates of the late Jonathan Sackler and Beverly Sackler.

## SCHEDULE A
### Itemization of Unredacted and Unsealed Documents

| Title of Document | Dkt. No. of Previously Redacted/Sealed Document |
|---|---|
| Leventhal Ex. 4 | 1812 |
| Leventhal Ex. 8 | 1812 |
| Leventhal Ex. 9 | 1812 |
| Leventhal Ex. 11 | 1812 |
| Leventhal Ex. 12 | 1812 |
| Leventhal Ex. 15 | 1812 |
| Leventhal Ex. 16 | 1812 |
| Leventhal Ex. 17 | 1812 |
| Leventhal Ex. 18 | 1812 |
| Leventhal Ex. 20 | 1812 |
| Leventhal Ex. 23 | 1812 |
| Leventhal Ex. 24 | 1812 |
| Leventhal Ex. 26 | 1812 |
| Leventhal Ex. 27 | 1812 |
| Leventhal Ex. 29 | 1812 |
| Leventhal Ex. 31 | 1812 |
| Leventhal Ex. 33 | 1812 |
| Leventhal Ex. 37 | 1812 |
| Leventhal Ex. 39 | 1812 |
| Leventhal Ex. 41 | 1812 |
| Leventhal Ex. 42 | 1812 |
| Leventhal Ex. 44 | 1812 |
| Leventhal Ex. 46 | 1812 |
| Leventhal Ex. 49 | 1812 |
| Leventhal Ex. 52 | 1812 |
| Leventhal Ex. 53 | 1812 |
| Leventhal Ex. 54 | 1812 |
| Leventhal Ex. 55 | 1812 |
| Leventhal Ex. 56 | 1812 |
| Leventhal Ex. 60 | 1812 |
| Leventhal Ex. 63 | 1812 |
| Leventhal Ex. 67 | 1812 |
| Leventhal Ex. 69 | 1812 |
| Leventhal Ex. 73 | 1812 |
| Leventhal Ex. 75 | 1812 |
| Leventhal Ex. 76 | 1812 |

| | |
|---|---|
| Leventhal Ex. 78 | 1812 |
| Leventhal Ex. 79 | 1812 |
| Leventhal Ex. 81 | 1812 |
| Leventhal Ex. 82 | 1812 |
| Leventhal Ex. 83 | 1812 |
| Leventhal Ex. 84 | 1812 |
| Leventhal Ex. 86 | 1812 |