# Exhibit 4

# Corporate Compliance Quarterly Report to Board of Directors

## October 31, 2007

**Vice President, Corporate Compliance**

**Bert Weinstein**



# Agenda



- Purdue's Corporate Integrity Agreement
- Purdue's Attorneys General Agreement
- State Law Requirements
- Company-Wide Compliance
- Hotline and Other Inquiries





# Purdue's Corporate Integrity Agreement



# Day "120" CIA Provisions



Due date: on or before **11/28/07:**

- Distribution of Code, Certifications 
- General and Specific Training                on track
- Retain Independent Review Organization 
- Implementation Report                on track
- Standards (e.g., Code, Policies,SOPs)
  - Procedures for Code of Business Ethics 
  - Distribution of Policies and Procedures        on track
        per job functions
  - Selling and Marketing per Federal Healthcare 
    Program requirements
  - Product Materials under FDA requirements 



4

# Day "120" CIA Provisions (Cont.)



- **Standards (Cont.)**
  - Compensation for RCPs who sell and promote 
  - Requests for off-Label information via reps 
  - Info provided by Medical Services and Liaisons 
  - Material and Product info provided by reps 
  - Contracts with HCPs (fee-for-service) 
  - Funding of activities and grants    on track
  - Development and Production of "Materials"    on track
  - Discontinuation of Promotional "Materials"    on track
  - Employee Discipline



# IRO Relationship



- Retained Huron Consulting Services
  - Huron works for Purdue, not the OIG
- Mainstay of our relationship with Huron is "no surprises"
  - Kick-Off Meeting – 8/15/2007
  - Early planning meetings focusing on the areas to be reviewed-
    - Two Transactions Reviews (yrs 1-5), of Sales Field Contact Reports and Medical Services data
    - Nine Systems Reviews (years 2 and 4), to verify systems, policies, processes, and procedures
  - OIG communications protocol agreed upon



6

# OIG Relationship



- We are focused on building a positive on-going relationship with our OIG monitor, Keshia Thompson
  - Early communications have generally established a "Rule of Reason." Examples:
    - Agreed Watson and pharmacy brokers not Covered Persons
    - Agreed certain FDA communications not covered
    - Agreed to give us credit for live and computer-based training done prior to the July 31st CIA Effective Date
  - A log of all our OIG/monitor communications is being maintained
  - Notices of government litigation/investigations and FDA label change timely filed
  - No Reportable Events to date



7

# New Compliance Software System



- Implemented Axentis Enterprise system - 9/17/07
- This system is to help us assign, track, and avoid errors:
  - Hotline reports and investigations
  - Training
  - Monitoring activities
  - Compliance Action Items
  - Audit findings and corrective actions
  - Document repository
- Assignment of compliance related tasks
  - CIA-related tasks
  - CIA-required monitoring and reviews
  - Other compliance activities
    - Action Items from Council/Committee meetings
    - Audit planning

**PURDUE** ®

8

# Code and HCLC Policies Updated





**Updated 9/07**



**Updated 10/07**



# CIA Compliance Training



|  | Who Must Complete | Due Date |
|---|---|---|
| Adverse Events / Product Complaints | CPs and RCPs | 6/7/07 |
| Fraud & Abuse in the Pharmaceutical Industry | RCPs | 8/23/07 |
| Marketing – Basic Issues | RCPs | 9/27/07 |
| Code of Business Ethics | CPs and RCPs | 10/11/07 |
| Marketing – Special Topics | RCPs | 10/25/07 |
| Healthcare Law Compliance Policies | CPs and RCPs | 11/1/07 |
| CIA Training | RCPs | 11/15/07 |



# Full Compliance with AG Agreement



- "Standard" pharma promotional standards must be met (i.e., FDA laws and regulations)
- **All specific requirements timely met-**
  - **6/20/07** - Established Abuse and Diversion Detection program and training for employees, and Medical Liaisons who promote to HCPs
  - **8/2/07**- Timely certification of Purdue's educational mailing to all HCPs (detecting and preventing abuse and diversion of opioid analgesics)
    - 10-year commitment
    - Sales Operations procedures established
  - **9/5/07**- Trained all employees on the terms and obligations of the AG Agreement



11



Purdue's CIA is Corporate Compliance's top priority for five years

But mastering a CIA does not make for a comprehensive compliance program – it is part of our on-going work



12

# State Law Reporting



- State requirements are monitored through an *ad hoc* compliance group
- Approximately 26 states have pending legislation
- We are current on all required state filings:

| Due Date | State | Requirement & Status |
|---|---|---|
| 5/1/07 | Minnesota | Report of CY'06 expenditures on HCPs |
| 7/1/07 | California | Annual declaration of compliance |
| 7/1/07 | D.C. | Marketing Costs Report due for CY'06 |
| 7/1/07 | Maine | Marketing Costs Report due for CY'06 |
| 10/1/07 | Vermont | Chief Compliance Officer Disclosure due |
| 12/1/07 | Vermont | Gifts to HCPs report due (7/1/06-6/30/07) |



# Departmental Compliance Committees



- **Administration**
  - **Finance, Human Resources, IT**
  - **Top Risks:**
    - Price reporting
    - Consistent discipline
    - Information security

- **Quality & Manufacturing**
  - **QSC and PM&D Leadership Team**
  - **Top Risks:**
    - FDA / DEA readiness
    - Corrective actions
    - Third party compliance

- **Research & Development**
  - **Clinical, Regulatory, Risk Mgmt.**
  - **Top Risks:**
    - SOPs / WPDs
    - Adverse Event reporting
    - Data systems and integrity
    - Outsourced clinical trials

- **Sales and Marketing**
  - **Sales, Sales Training, Marketing**
  - **Top Risks:**
    - Lawful promotion
    - State law compliance
    - Call notes
    - SOPs / WPDs



# Other Significant Work



- Sales District meetings and Representative ride-alongs
- Visits and presentations at every Purdue site
- Attend weekly Grant Review Committee meetings
- Monitoring of Phoenix call notes
- Monitoring of Field Contact Reports
- Compliance Investigations
- Compliance audit program
- Sales and Marketing compliance workshops
- Over 25 Sales Representative training programs
- Monthly meetings with CSA Compliance, EHS, Quality VP
- Quality audit and monthly report reviews
- Epstein Becker compliance program review
- Industry compliance leadership roles



15

# Evolving Employee "Accountability"



- 2003 HHS OIG Pharma Compliance Guidance states:
  - Participation in training should be a condition of employment - failure to comply should result in discipline
  - Adherence to compliance should be a factor in annual evaluations
- All Purdue colleagues have had annual OWL and other compliance training requirements
- Company and Departmental compliance objectives have been in place - 2005
- Performance Review form compliance certification - 2006
- Initiated individual compliance objectives – 2007
- Driving Individual objectives for all employees - 2008
- Metrics-based compliance evaluations in the future ?



# Hotline Calls and Other Inquiries 3Q07



# Hotline and Other Inquires  3Q07



- We handled a total of 70 inquiries in 3Q07, of which 26 had compliance implications:

  - <u>9 Policy Matters</u> – generally involving meals, gifts, and entertainment outside of Sales

  - <u>17 Sales & Marketing Matters</u> – generally involving meals and gifts to HCPs; and new institutional policies

  - These 26 matters were all direct inquiries

  - A Call Log is maintained of all Corporate Compliance inquiries, and is available for review



18

# Inquiries by Quarter  (1Q05 – 3Q07)











# 3Q07 Compliance Inquiries







# Inquiry Response Time





Days to Close Inquiries 3Q07

