# Exhibit 8

# Corporate Compliance Quarterly Report to Board of Directors

## February 8, 2008
## Vice President, Corporate Compliance
## Bert Weinstein



# Agenda



- Purdue's CIA and AG Agreement

- Hotline and Other Inquiries

- Institutional Policies

- State Law Requirements

- National Sales Meeting

- 2008 Workplan



# CIA and AG Agreement Status



- CIA Day 120 Implementation Report complete and timely submitted to OIG on 11/28/07
- OIG considering exclusion of Chief Legal Officer
  - Responded with plan on 12/4/07
  - No further communications to Purdue from OIG
- IRO "relationship" very good, and  Workplan preparations well along
- Annual Report Submission to OIG – Due 9/29/08
- Purdue in compliance with AG Agreements
  - Abuse & Diversion Detection (ADD) training - current
  - HCP letter process - current



3

# IRO Workplan - 1ˢᵗ Reporting Period



- The First Reporting Period is 7/31/07-7/30/08

- Two Transactions Reviews will cover the last six months of this period
  - Any Field Contact Reports suggesting improper promotion
  - Rep-generated inquiries related to OxyContin in Medical Services' Database

- IRO Huron will prepare a draft report for Purdue's review and comment; then finalized; we submit report to OIG

- Upcoming -Systems Reviews begin in the Second Reporting Period; Transactions Reviews continue
  - Nine Systems / SOPs - e.g., contracts with HCPs, Grants, Material Review, Discontinuation of Material, Employee Discipline



4

# Compliance Audit Plan



Compliance Audits for 2008 focus primarily on preparation for IRO Reviews:

- Medical Services  (incl. SOPs for approval and handling of requests for off-label information, and Sales Force-related Inquiries)
- Use of Materials by Field Sales (incl. processes for warehousing and discontinuing Materials)
- Material Review Process
- Discipline Database (consistent and appropriate discipline)
- Review of RCP Compensation Program
- Grants and Charitable Contributions
- Promotion Monitoring Program (Field Contact Reports)
- Sales Rep Handling of requests for information about off-label uses of products
- Medical Liaisons



# CIA "FCR" Monitoring Q3-4/07





Field Contact Reports
739

Reports with Compliance Issues
67

Reviewed for Potential Improper Statements
7

Other Compliance Issues
60

2 Terminations;
3 Coaching (1 Disciplinary letter);
2 Disciplinary Letters (1 Suspension)

Coaching for Late Expense Reporting and Telecommunications



# Hotline Calls and Other Inquiries 4Q07



# Hotline and Other Inquires 4Q07



- Investigated 86 inquiries in 4Q07; four had compliance implications:

  - <u>3 Sales & Marketing Matters</u> – sales slide deck review process; potential "gift" to son of HCP; and rep's personal visit with spouse to HCP in another territory raised compliance concerns

  - <u>1 Other Matter</u> - Medical Services received call from a pharmacy that a rep made improper claim about OxyContin

- These four matters were all "direct" inquiries – not anonymous hotline calls

- A Call Log is maintained of all Corporate Compliance inquiries, and is available for review



# Examples of non-CIA Monitoring



- **Sales Representative overdue expense reporting – *Warning***

  Through routine monitoring efforts, discovered rep failed to timely enter and attribute HCP expenses, violations of Purdue policies with potential for non-compliance with state reporting laws.  Written warning letter issued to rep.

- **Sales Representative submitting false reports - *Termination***

  Corporate Compliance involved in termination of rep resulting from rep falsely reporting physician calls, three of which included false adverse event reports.

- **Potential inappropriate interaction with HCP - *Coaching***

  A rep reported making arrangements for a well-known musician to provide a private guitar lesson to the terminally ill son of a prescriber rep called on, raising potential Anti-Kickback concerns.  Corporate Compliance investigated the matter and determined "intent" element of the Anti-Kickback Statute not met.  Corporate Compliance provided coaching.



# New Investigations Underway



- Uniphyl batch process at Totowa – GMP-related questions raised by employee

- Reps received outdated Package Inserts from warehouse, and brought to attention of Sales management

- OxyContin Package Insert typo – error spotted after distribution to reps



10

# Inquiries by Quarter  (1Q05 – 4Q07)







11

# 4Q07 Compliance Inquiries







# Inquiry Response Time







# **Expanding Universe of Institutional Policies**



# Institutional Policies – a troubling trend

- What are "Institutional Policies?"
- Two Recent examples:
  - Health Partners:
    - No office hour calls on MDs – meet on free time
    - No calling on pharmacy – advance permission required
  - St Mary's Duluth Clinic:
    - No food, no studies, no leave-behinds
    - Not allowed in the building without an appointment
    - Mail in required to propose an appointment
- Other new rules include training and testing requirements, proof of vaccinations, payments of fees
- These requirements have been multiplying
  - internal "pharm free" movement
  - new third party business model



# **State Law Requirements**



# State Law Reporting



- **2007 Filings**
  - All filings required in 2007 timely made and complete
  - No compliance issues

- **Pending Legislation – federal and states**
  - Prescriber Privacy Laws
  - Price Reporting
  - Clinical Trials Reporting
  - Gift/Meals Reporting
  - Marketing Cost Reporting





# New State Reporting Requirements

- **DC** - Safe Rx Amendment Act of 2008
  - DC is first to require licensure of reps
  - Covered by a new Code of Ethics
  - Bachelor's in pharmacy / chemical / physical / biological science – grandfathering of reps in DC more than 12 months
  - Awaiting Congressional review; approval expected

- **Nevada** – Compliance Program Law
  - Report requires adoption of code of conduct (PhRMA), training program and investigation policy, audit of program
  - Report due 6/1/08

- **West Virginia** – Marketing Disclosure Rule
  - Anticipated legislative approval early April
  - In the interim, required to report marketing expenses pursuant to "Emergency Rule"
  - Report due 3/1/08



# National Sales Meeting



# Compliance Talks to Four Regions



- Thanked sales teams for their commitment to compliance
  - Timely completion of CIA training
  - Professionalism in appropriate and lawful promotion
- Reinforced the importance of compliance
  - Knowledge, awareness, and application of compliance training and product information is Purdue's – and the rep's! – best defense
  - Staying focused on approved messages and materials
- Key reminders
  - Administrative tasks impact compliance
  - Adverse Events, Product Complaints, Reports of Concern, and Abuse & Diversion Detection reporting (Dilaudid, too)
  - Study compliance scenarios
  - Institutional policies for home office review
  - Changes to expense attribution policies



# Compliance Speedway Game



*The Competition was Fierce, as Districts Faced Off!*





21

# From 'Compliance Speedway'





# 2008 Workplan Under Development

**PURDUE** ®

# 2008 Workplan Under Development



- Compliance with CIA



# 2008 Workplan Under Development



- **Compliance beyond the CIA is Equally Important:**
  - Addressing Risks through Compliance Committees / Compliance Council
    - Sales - Monitoring of field sales call notes, expenses
    - R&D - Focusing on patient/subject safety, CRO involvement in trials, reporting of clinical trial results
    - Quality & Manufacturing – GMP, GLP
  - Auditing and monitoring
    - Based on detected weaknesses
    - Based on evaluation of compliance risk areas
  - Development of new, creative, and engaging compliance training
  - Compliance with federal, state and institutional requirements
  - Development of new Compliance Scorecard – inputs and scoring



# 2008 Workplan Under Development



- Sales District meetings and Representative ride-alongs
- Visibility at each Purdue site
- Weekly Grant Review Committee meetings
- Compliance Investigations
- Sales and Marketing compliance workshops; 25+ Sales Representative training programs
- Monthly meetings with CSA Compliance, EHS, Quality, etc.
- Monitoring of compliance enforcement trends, CIAs
- Communications with Employees
- Employee opinion survey, conflict of interest survey
- Industry compliance leadership roles

