# Exhibit 11

# Corporate Compliance Quarterly Report to Board of Directors 2Q08

## August 8, 2008

### Vice President, Corporate Compliance

### Bert Weinstein



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Agenda



- Purdue's CIA
  - Successful OIG Communications
  - IRO Review ongoing
  - Annual Report to OIG due 9/29
  - Audits and Monitoring
  - Reportable Events Committee Meeting 7/15
  - Corporate Compliance Council Meeting 7/22
- Implementation of Updated PhRMA Code
- Conflicts Of Interest Certifications and Review
- State Law Reporting
- Hotline and Other Inquiries and Investigations



2

# CIA Highlights



All transactions this quarter with OIG / Monitor Keshia
  Thompson have had successful results. Recap:

- CIA Implementation Report – approved by OIG 5/2
- OIG notice of exclusion of individuals - 3/31
  - But OIG approved consulting arrangement – 5/5
- OIG affirms Par not 'covered' in Rhodes arrangement -6/5


- Purdue is also in full compliance with its AG Agreements
  - Abuse & Diversion Detection (ADD) training - current
  - HCP letter process – current / monitored monthly via Sales



3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# IRO Review

- Huron began its Transaction Review field work for the First Reporting Period (7/31/07-7/30/08) in Stamford - Monday 8/4
  - Will be validating databases and processes, and sampling Sales force-related inquiries handled by Medical Services (sample size: 75), and Promotion Monitoring – DM Field Contact Reports with ratings of 1 (sample size: 40)
  - The rationale for these reviews is OIG's overarching concern for off-label or other improper promotion in the pharmaceutical industry
- Corporate Compliance has prepared extensively with Huron, together with Sales, Medical Services, IT, Legal and others to assure no surprises and good results
- Huron will produce a report, initially in draft for our review, for inclusion in our Annual Report to OIG - due September 29th



4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Audits



- Medical Services Audit – April 2008
  - 8 Findings – None Critical
    - All follow-up items completed and await verification
- Use of Materials by Field Sales – ongoing
  - Reviewing the procedures by which Materials are discontinued and how such decisions are communicated to Field Sales
  - Preliminary Findings include lack of some formalized systems:
    - Departmental training programs
    - Formal SOP review and approval in Admin Services
    - Lack of follow-up on expired Materials
  - No critical deficiencies have been identified

**PURDUE** ®

5

PPLP004401346

# Monitoring



Focus Inquiry Monitoring (Medical Services Database)

- 3169 Inquiries (all products) for 2Q08
  - 982 OxyContin Inquiries in total
  - 149 Field Sales Related OxyContin Inquiries
  - 57 "Focus Inquiries," i.e., falling into certain categories such as "abuse" and "withdrawal"
- One Suspect Inquiry
  - One inquiry card received for unapproved dosing/administration of OxyContin was not signed by the HCP or the representative
  - Follow-up with HCP determined no improper promotion occurred
    - Referral was made at a convention
  - Corrective Actions include
    - Updating training for sales reps working at conventions
    - Reviewing the form used for referrals to Medical Services
    - Reviewing the Inquiry with Medical Services to assure timely follow-up on incomplete Inquiries
  - No disciplinary actions required



6

# Monitoring



- Promotion Monitoring Program
  - 245 Field Contact Reports in 2Q08
    - 21 with rating of '1' in compliance
    - 5 reviewed for potential improper promotion
  - 4 Disciplinary actions taken for following matters
    - Providing services (repairing chairs) for HCP office that rep calls on
    - Distributing unapproved materials (pharmacy business cards) to HCP offices
    - Discussing Purdue R&D program with HCP during a meal
    - Emailing a pharmacy manager about stocking of product



7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004401348

# CIA Field Contact Reports Monitored-Q2





Field Contact Reports
245

Reports with Compliance Issues
21

Reviewed for Potential
Improper Statements
5

Other Compliance Issues
16

4 Disciplinary Actions

Coaching for Late Expense
Reporting and Telecommunications



8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004401349

# Reportable Events Committee



- "Reportable Events"
  - Under our CIA, Purdue must report to OIG any event that it has determined is a "probable violation" of Federal Health care programs or FDA requirements relating to labeling or promotion of products
- To formally make this determination we have constituted quarterly Reportable Events  Committee
  - R Abrams, D Haddox, L Steiner, B Weinstein
  - At 7/15 meeting, reviewed 5 FDA/FHCP matters and new Discipline Database
  - Confirmed that none constituted a "Reportable Event"



9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004401350

# Corporate Compliance Council



- Corporate Compliance Council
  - CIA-mandated quarterly meetings "to assist in analysis of compliance risk areas, and monitoring of audits and investigations"
  - Members: B. Weinstein (Chair),  W. Fisher, R. Gasdia, D. Haddox, C. Landau, D. Long, E. Mahony, K. Schady, A. Santopolo, L. Steiner
  - 2Q meeting on 7/22 - reviewed CIA status and milestones, new training proposal, ongoing investigations, auditing and monitoring, hotline and other matters



10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# PhRMA Code Revision 



- Revised voluntary guidance document
  - Announced July 10, 2008 with January 2009 effective date
  - Endorsed by Purdue July 15, 2008
- Significant Revisions:
  - <u>Gifts</u>: distribution of items that do not advance disease or treatment education, even if of minimal value (e.g., no more "give-aways")
  - <u>Meals</u>: Sales representatives can provide in-office or in-hospital meals only and only in conjunction with informational presentation
  - <u>Entertainment</u>: Recreation and entertainment for HCPs prohibited
  - <u>CME</u>: separate CME grant-making functions from sales/marketing; develop objective criteria for grant-making decisions; follow ACCME guidelines
  - <u>Prescriber Data</u>: companies must take steps to ensure that non-patient identified prescriber data is used responsibly
  - <u>Certification</u>: companies must publicly state intention to abide by Code; annual certification by CEO and CCO required



11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Conflicts of Interest Certification



- On April 23rd, rolled out Conflict of Interest Certification to employees
- Responses received from all 1,351 employees by May 12, 2008
- Any response indicating possible conflict of interest was followed up on by a member of the Corporate Compliance Department.
- In all instances, if an employee disclosed an actual or apparent conflict of interest, goal was to minimize or resolve the conflict, including but not limited to:
  - Disclosure to the individual's supervisor
    - <u>Example</u>: Employee involved in editing of journal article, book chapters, etc. for authors outside of Purdue
  - Disclosure to outside organization
    - <u>Example</u>: Sales representative with position on community free clinic board; membership permitted, but representative required to disclose Purdue affiliation
  - Provision of guidance/advice on how to handle interactions in a way that minimized conflict
    - <u>Example</u>: Sales representative calling on practice where his/her spouse is employed



12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# State Law Reporting Update



- **2008 Filings Completed**

  - 6/1/08 – Nevada

    

    - Similar to California requirement in that must certify to having a compliance program that substantially is in accordance with the PhRMA Code
    - Manufacturers and wholesalers required to annually report:
      - The company's marketing code of conduct;
      - Description of its training program;
      - Description of its investigation policies (including how the annual audit will be conducted); and
      - Contact information for the compliance officer.

  - 7/1/08 - California, Maine, D.C.

- No compliance issues



13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004401354

# Hotline Calls and Other Inquiries 2Q08



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PPLP004401355

# Ongoing Investigations



- Uniphyl batch process at Totowa - closed
  - Investigation of batch record manipulation; resulted in terminations
- OxyContin Packaging matter
  - Failure to follow sops; resulted in terminations
- Reps received outdated Package Inserts from warehouse
  - Working with Admin. Services and Marketing to identify "discontinued materials" for destruction
  - Working with recycling vendor to destroy discontinued materials



15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004401356

# Hotline and Other Inquires - 2Q08



■ Investigated 106 matters in 2Q08; 10 had compliance implications:

| | Description | Action Taken |
|---|---|---|
| Compliance Training | Two instances of untimely completion of CIA-required training by relevant covered persons | Corrective action implemented |
| Sales | Possible inappropriate call note content regarding OTR | Investigation determined that it was not clear representative actions were inappropriate; coaching provided |
| | Sales representative providing potential benefit (gratis repair of office furniture) to prescribers | Retraining provided |
| | Book no longer approved for distribution provided to pharmacist | Memo to District members to clarify promotional status of item |
| | DM failure to review call notes | administrative probation for DM; required review of outstanding notes |
| | Provision of lattes during coffee hour in physician office | Representative directed to discontinue programs |
| | Failure to report adverse events | Representative retrained on reporting obligation |
| | Outdated package insert provided for distribution in field | Audit of warehouse materials ensued and CAPA to be implemented |
| GMP Violation | Alleged falsification of batch records | Investigated by Law Department; confirmed the allegations and terminated employment of two management-level employees from Totowa |

*PURDUE* ®

16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Examples of non-CIA Monitoring



- **Inappropriate Provision of Services to HCP –** *Training*

  Sales Training personnel identified potential quid pro quo during training class.  Representative with woodworking hobby had repaired chairs for a customer.  Rep trained on possible kickback concerns and required to retake OWL modules and live training on compliance scenarios with DM.

- **Alleged Falsification of Uniphyl Batch Records -** *Termination*

  Office of the General Counsel investigated, confirmed allegations; terminated employment of two management-level employees from Totowa.

- **Shipment of Outdated Package Inserts –** *Audit and CAPA*

  It was discovered that an outdated enlarged package insert was being provided for distribution in the field.  This resulted in a audit of all materials in the warehouse with recommendations for disposition of outdated items.



17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004401358

# Inquiries by Quarter  (1Q05 – 2Q08)









18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004401359

# 2Q08 Compliance Incidents





- Other, 14
- Grants, 1
- Abuse &Diversion, 2
- Compliance & Ethics, 20
- Education, 2
- GXP, 1
- Human Resources, 5
- Legal Matters, 5
- Medical, 11
- Sales & Marketing, 44



19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004401360

# Inquiry Response Time



## Days to Close Inquiries 2Q08 (as of 07/28/2008)





20

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004401361