# Exhibit 15

PPLP004402205

# Corporate Compliance Quarterly Report to Board of Directors 4Q08

February 5, 2009

Bert Weinstein

Vice President, Corporate Compliance



**PURDUE**®

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Agenda

- Purdue's CIA
  - Reportable Event
  - OIG Communications
  - IRO Reviews
  - Other Investigations
  - Monitoring
- Recent Developments in Compliance
- Federal/State Reporting
- Hotline, Other Inquiries, and Investigations
- National Sales Meeting
- Compliance Results -Purdue's Culture Survey

**PURDUE** ®

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402206



# CIA - Reportable Event

- In the course of the regular monthly word-search review of call note database, the following note was found (highlighting added):

"...shared the conversion chart focusing on the oxycontin new strengths. discussed the flexibility it provides now with the many options. agreed. also reinforce that with this at q12h, this means better patient compliance, **fewer pills, less chance of abuse**. also left Senokot and Colace samples and reinforced the diff." *(9/8/08 call note)*

- Five call notes from the same representative contained similar statements
- District Manager also noted improper statement during call note review; reported it on a Field Contact Report for the representative
- During broadened Corporate Compliance investigation, similar errors noted in call notes of three additional representatives, by two reps in training sessions, and through other anecdotal evidence

**PURDUE**®

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402207



# February '08 OxyContin Visual Aid

For moderate to severe pain when a continuous, around-the-clock (ATC) analgesic is needed for an extended period of time

## Use fewer tablets monthly than with immediate-release opioids taken ATC

Compare the monthly reduction in tablets of q12h pain management with OxyContin® vs ATC immediate-release opioids



Vicodin® 5/500
2 tablets q6h

**240**
Tablets per month

OxyContin® Tablets
15 mg q12h

**60**
Tablets per month

### Q12h dosing with as few as 2 tablets per day

- OxyContin® is dosed less frequently than ATC immediate-release opioids

- OxyContin® is NOT intended for use as prn analgesic, or for pain that is mild, or not expected to persist for an extended period of time

### IMPORTANT SAFETY INFORMATION:

OxyContin® is an opioid agonist and a Schedule II controlled substance with an abuse liability similar to morphine.

Oxycodone can be abused in a manner similar to other opioid agonists, legal or illicit. This should be considered when prescribing or dispensing OxyContin® in situations where the physician or pharmacist is concerned about an increased risk of misuse, abuse, or diversion.

- *Please read accompanying professional prescribing information.*
- *Please see boxed warning on page 2.*


PURDUE®

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402208

# Investigative and Corrective Steps

- **Many Remedial Actions Have Been Implemented,** *including:*
  - Communication cascade: W. Fisher to RDs, DMs, Reps
  - Bulletin to the field
  - January National Sales Meeting speeches (R. Gasdia, J. Stewart), and three workshops

- **Letters from Medical Services to the five HCPs identified in original call notes**

- **Disclosure of Reportable Event to OIG on December 23rd**

- **Reviewed this matter and complete Disclosure Log with outside counsel**

- **Replacement of Visual Aid on January 21st - has strong cautionary statements regarding abuse**



5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402209

# January 21, 2009 OxyContin Visual Aid

For moderate to severe pain when a continuous, around-the-clock (ATC) analgesic is needed for an extended period of time

## Assuming the total daily dose of opioids* are the same for a patient...

*Using opioid conversion estimates

Consider the monthly reduction in tablets when prescribing OxyContin® Tablets q12h versus immediate-release opioids q4h–q6h ATC, for appropriate patients



This image is not intended to imply, and should not be interpreted as implying, that fewer tablets dispensed will result in less abuse, addiction, diversion or any other serious risk of opioid therapy

- Although patients may receive fewer tablets in their prescription, each of those tablets contains a significantly larger amount of opioid than an immediate-release opioid analgesic.

- While OxyContin® Tablets may be more convenient for your patient, with every 12 hour dosing there is still a significant potential for abuse and diversion of OxyContin® that should be considered in your prescribing decisions.

## Q12h dosing with as few as 2 tablets per day

- OxyContin® is dosed less frequently than ATC immediate-release opioids

- OxyContin® is NOT intended for use as p.r.n. analgesic, or for pain that is mild, or not expected to persist for an extended period of time

## IMPORTANT SAFETY INFORMATION:

OxyContin® is an opioid agonist and a Schedule II controlled substance with an abuse liability similar to morphine.

Oxycodone can be abused in a manner similar to other opioid agonists, legal or illicit. This should be considered when prescribing or dispensing OxyContin® in situations where the physician or pharmacist is concerned about an increased risk of misuse, abuse, or diversion.

○ *Please read accompanying professional prescribing information.*
*Please see boxed warning on page 2.*

PURDUE®

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402210

6



# OIG Communications

- We have had the following communications with OIG:

  - Reportable Event - concerning OxyContin visual aid – 12/23/08

  - Exclusion issue – implementation of Udell consulting arrangements – 12/10/08

  - FDA communications about unauthorized blog with Partners Against Pain video - 12/15/08

  - Litigation update – routine report of new litigation -12/22/08

  - Infinity – notification of potential future license rights with Pink Sheet article – 11/21 and 25/08

  - Phone call requested - regarding Infinity deal structure issues; Partners Against Pain video; Reportable Event; and two cases discussed in IRO first review – 1/29/09



**PURDUE**®

7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402211

# Other Significant Matters

These additional matters involved violations of SOPs and policies, but are not "Reportable Events"

▪ District Manager determined representative (long term employee and multi-time Toppers winner) had falsified call records and expense reports. Representative terminated 12/08/08.

▪ On 12/12/08, sales representative who had previously been investigated for call note inconsistencies self-reported that she had improperly recorded call notes on at least two physicians. Further investigation disclosed representative not following call note reporting SOP. Representative terminated 01/12/09.

▪ Corporate Compliance received anonymous Hotline that a representative had been arrested for attempting to use a forged prescription for OxyContin. Representative terminated 01/15/09.



**PURDUE** ®

8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402212



# CIA IRO Review

Huron is performing **nine System Reviews** during the Second Reporting Period (ending 7/30/09):

- Provision of Off-Label information about Purdue products (in progress)
- Promotional Monitoring Program (in progress)
- Disciplinary Actions (in progress)
- Sales Force Responses to Questions about Off-Label Uses
- Sales Force Use of Materials
- Interactions of Sales Force, Medical Liaisons, Medical Services
- Material Review
- Sponsorship of Non-Promotional Educational/Informational Activities
- Employee Compensation



9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402213



# CIA IRO Review

- Huron will also perform **two Transaction Reviews** in the Second Reporting Period, similar to reviews done last summer:

  - Focus Inquiry Monitoring
  - Promotion Monitoring Program

- IRO reviews will be completed by August 2009, with Purdue opportunity to review and discuss drafts in advance of submission to OIG as part of Second Annual Report in September



10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402214

PPLP004402215

# CIA Monitoring

- Focus Inquiry Monitoring
  - 3660 Inquiries (all products)
    - 1167 OxyContin Inquiries
      - 227 Field Sales Related OxyContin Inquiries
        - 98 "Focus Inquiries"
- Promotion Monitoring Program
  - 469 Field Contact Reports in 3Q08
    - 27 with rating of '1' in compliance
      - 6 reviewed for potential improper promotion,
        » Of which, one a Reportable Event



PURDUE ®

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402216

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





# CIA Field Contact Reports Monitored-Q4

Field Contact Reports
469

Reports with Compliance Issues
27

Other Compliance Issues
21

Reviewed for Potential Improper Statements
6

Coaching for Late Expense Reporting, Telecommunications, Professional Conduct

No Disciplinary Actions
5 No Violation Found
1 Reportable Event

12

PURDUE®

# Recent Developments in Compliance

## ▪ Pfizer

- • $2.3 billion (reserve taken – CIA pending) for federal off-label settlement, attributed to off-label promotion of Bextra / Celebrex DTC advertising

- • Plus $900 million resolution of litigation involving non-steroidal anti-inflammatory pain medicines (NSAIDS and COX-2 Inhibitors)

- • On top of earlier $60 million AG settlement



PURDUE®

PPLP004402217

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Recent Developments in Compliance

- **Lilly**

  - $1.42 billion settlement to resolve Zyprexa off-label allegations

  - $515 million criminal fine is largest individual corporate criminal fine in history

  - On top of earlier $62 million AG settlement

- Since **Cephalon** CIA in October 2008, new CIA provisions (not in Purdue CIA) have become standard, including:

  - Board oversight of compliance mandated

  - Individual Board and management certifications of compliance

  - Disclosure of HCP payments (as per proposed Physicians Sunshine Act)

  - Notification letters to HCPs



14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402218



# State/Fed Reporting Update

- Federal legislation – revised Physician Payments Sunshine Act re-introduced in Senate (1/22/09) covers:

  - Reporting of individual and total "payments or other transfers of value" to each physician

  - Aggregate amount of all payments to all physicians

  - Disclosure of Interests held by physicians in manufacturers

  - Annual aggregate spend threshold is $100

  - Reporting of covered drug if the Payment is related to its marketing, education, or research

  - Preemption provision cut back significantly

  - HHS to make reported information publicly available



15

PPLP004402219

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# State Law Reporting Update

- Timely filed 4Q report in Vermont (12/1/08)

- New state requirements pending

  - Awaiting implementing regulations in Massachusetts for new Marketing Code of Conduct

  - Awaiting amendments to current DC Safe Rx Act requirements, which provide for licensing of personnel who interact with HCPs in DC

- Monitoring confirms annual spend limits not exceeded

  - MN ($50/HCP)

  - CA ($750/HCP)

- No compliance issues identified




16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402220

PPLP004402221

# Hotline Calls and Other Inquiries
## 4Q08



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Hotline and Other Inquiries 4Q08

- Investigated 130 matters in 4Q08, including:

  - 45 Institutional Policies questions

  - 18 Company policy inquiries

  - 10 questions related to Company and industry promotion guidelines

  - 15 Medical-related questions

  - 4 significant matters covered previously



18

PPLP004402222

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Inquiries by Quarter (1Q05 – 4Q08)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402223



# 4Q08 Compliance Inquiries



- □ Other Regulatory Compliance, 1
- ■ Compliance & Ethics, 18
- □ Abuse &Diversion, 4
- ■ Education, 3
- ▨ Legal Matters, 1
- ▨ Human Resources, 3
- ■ Medical, 15
- ▨ Grants, 1
- ■ Other, 1
- □ Sales & Marketing, 81

20

PPLP004402224

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PURDUE ®



# Inquiry Response Time

## Days to Close Inquiries 4Q08







PPLP004402225

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# National Sales Meeting

Well-received compliance workshops for all field personnel:

- Focused on Adverse Event, Product Complaint, Report of Concern and Abuse & Diversion Detection (ADD) Program reporting requirements

- Reviewed AG Agreement obligations (especially "Dear HCP Letter" and "ADD Report" requirements)

- Reviewed CIA obligations and overall commitment to compliance with laws, regulations and policies and procedures

- Emphasized appropriate messaging around OxyContin Visual Aid

- *"Be a Compliance Star!"* game
  - Exciting and interactive game that tests compliance knowledge
  - Rewarded strong knowledge of compliance concepts
  - Developed in-house



22

PPLP004402226

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Be A Compliance Star!

PURDUE

PPLP004402227

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Compliance Results - Purdue Culture Survey



## Compliance - All Purdue (94.4 - 3.1 - 2.2 - 0.4)

**Understand My Ethics & Compliance Obligations:** 98.5, 1.2

**Management Provides Me With Sufficient Resources On Ethics & Compliance:** 96.3, 2.4

**Know How To Access SOPs & Other Policy/ Procedure Documents:** 93.7, 3.3, 8

**Comfortable Seeking Internal Guidance On Ethics Or Compliance Topics:** 89.2, 5.5, 4.6

Percent Response

■ Favorable  □ Neutral  ■ Unfavorable  □ Not Applicable

PURDUE®

24

PPLP004402228

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY