# Exhibit 16

# Corporate Compliance Quarterly Report to Board of Directors 1Q09

## May 8, 2009
## Bert Weinstein
## Vice President, Corporate Compliance



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Agenda

- Purdue's CIA
  - Update on OIG Communications
  - Investigations
  - IRO Reviews
  - Monitoring
- State Reporting
- Increasing Pharma Cases
- Hotline Calls and Other Inquiries



2



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402652

# OIG Communications

- We have had the following communications with OIG:

  - OxyContin visual aid Reportable Event – reported 12/23/08; final report 2/11/09; not heard further

  - 3/19 letter reporting on Savings Card investigation

  - 4/21 outside counsel letter re Howard Udell consulting ground rules

  - 4/28 notification of products and Medical Services Categories and Topics

  - 4/29 letter reporting senna products recall by Time-Cap Labs

  - 4/17 email and 4/28/09 call re investigation (DM requirements)

  - 5/4 meeting with OIG in Washington



3



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402653

# Investigation – DM Requirements

- Bottom Line
  - Investigation revealed that a few District Managers have fallen short of expectations
    - Reviews of call notes
    - Time spent in field doing ride-alongs with representatives
    - Routine administrative activities
    - Accurate and complete documentation (calendars, FCRs, etc.)

  - One CIA-related obligation (completion of FCRs) is deficient

  - Review of call notes and other monitoring has uncovered
    - No Improper Promotion
    - No Inappropriate discussion of abuse, diversion, tolerance, withdrawal
    - No violations of Law



4



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402654

# The Spokane District

- <u>Mid-February</u>: North Central RD identified inconsistencies and gaps in Spokane DM's data, prompting further investigation by RD

- <u>Early March</u>: DM contacted IT Department to "update" information in territory management system.
  - Per procedure, IT contacted Compliance before making any changes
  - DM's request prompted Corporate Compliance investigation

- <u>March 26</u>: RD had follow up meeting with DM; unsatisfactory responses to inquiries prompted decision to put DM on paid leave on March 27

- <u>April 8-9</u>: Sales and Compliance conducted in-person interviews with all Spokane district members

- <u>April 10</u>: DM terminated; RD temporarily providing oversight to district

- <u>May 1 – July 30</u>:  With assent of OIG, substitute DMs will complete the required FCRs to ensure compliance with CIA requirement



5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Analysis of FCR Data for All Districts

- Spokane activity prompted nationwide review of Field Contact Reports (FCR) to ensure compliance with CIA requirement for five full days of observation of sales rep interactions with HCPs
  - At time of CIA negotiations, understood that DMs were conducting 15+ days of ride-alongs per rep; CIA five day requirement deemed easily achievable
  - Compliance had not monitored the "five full days" requirement

- Documentation Requirement
  - For a ride-along session to count toward the CIA requirement, it needs to be documented in a FCR
  - DMs are to document ride-along sessions of 2 days (or, in rare cases, 3 days); documentation of 1 day ride-along (also thought to be rare) not required

- Deficiencies
  - Review of nationwide data revealed major deficiencies in two other districts (South Carolina, Kansas City)



6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402656

# South Carolina District

- <u>Mid-April</u>: Southern Region RD began investigation based on live observation of DM's activities and analysis of records that suggested DM not performing as required

- Review also initiated by Corporate Compliance due to compliance concerns, including failure to meet FCR requirements in CIA

- <u>April 27</u>: Sales Management and Compliance conducted interview with DM; unsatisfactory responses prompted decision to put DM on paid leave

- <u>April 29</u>: Sales and Compliance conducted interviews with all South Carolina district members

- <u>May 1</u>: DM terminated; RD is temporarily providing oversight to district

- <u>May 1 – July 30</u>: substitute DMs will complete the required FCRs to ensure compliance with CIA requirement



7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Kansas City District

- <u>Mid-April</u>: South Central RD began investigation based on live observation of DM's actions as well as data analysis that suggested DM not performing as required

- Review also initiated by Corporate Compliance due to compliance concerns, including failure to meet FCR requirements in CIA

- <u>Week of May 4</u>: Sales and Compliance conducted interviews of DM and all Kansas City district members; further steps to be taken as warranted by investigation findings



8



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402658

# Investigative and Corrective Steps

- ## CIA Year 2 (7/08-7/09)
  - Full completion of ride-along requirement for Year 2 is top priority
- ## CIA Year 3 (7/09-7/10)
  - Reporting tools to monitor requirements in development
    - Changes to FCR in Phoenix
    - Development of custom reports to highlight any gaps
  - Sales Management and Compliance to train RDs and DMs
    - Establish *clear* expectations
    - Retrain on operational responsibilities
    - Introduce new monitoring tools for use by field and Compliance
- ## CIA Year 1 (7/07-7/08)
  - In process of evaluating Year 1 data to determine if deficiencies exist
    - If identified, disclose to OIG and implement remediation





9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402659

# Huron's CIA Systems Reviews

- 9 Systems Reviews during the Second Reporting Period (ending 7/30/09)
- 3 reviews completed, drafts issued, and discussed with Huron:
  - *Provision of Off-Label information about Purdue products*
    - 3 Recommendations
      - Centralized training repository
      - Review of Medical Liaison call entries in Phoenix
      - Clarification of Medical Services SOP
  - *Promotional Monitoring Program*
    - 2 Recommendations to revise procedures on monitoring FCRs
  - *Disciplinary Actions*
    - 6 Recommendations to assure consistency of process, and provide access to Discipline Database by Compliance



10



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402660

# Huron's CIA Systems Reviews

- 3 reviews have just been completed, with draft received:
  - *Sales Force Responses to Questions about Off-Label Uses*
    - 5 Recommendations regarding training of representatives
  - *Sales Force Use of Materials*
    - Recommendation to add local exhibits to promotion monitoring program
  - *Interactions of Sales Force, Medical Liaisons, Medical Services*
    - Recommendation that ML entries into Phoenix be monitored by ML management
- 3 reviews to go:
  - Material Review
  - Non-Promotional Educational/Informational Sponsorships
  - Employee Compensation



11



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402661

# Huron's CIA Transaction Reviews

- Huron will also perform *two Transaction Reviews* in the Second Reporting Period, similar to reviews done last summer:
  - Focus Inquiry Monitoring
  - Promotion Monitoring Program

- All IRO reviews will be completed by August 2009, with Purdue opportunity to review and discuss drafts in advance of submission to OIG as part of our Second Annual Report due September 25, 2009



12



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402662

# Monitoring 7/31/08 - 1/31/09

- Promotion Monitoring Program
  - 997 Field Contact Reports
    - 55 with rating of '1' in compliance
    - 11 reviewed for potential improper promotion
  - Disciplinary matters
    - 1 Representative terminated for multiple promotional conduct issues
    - 1 Representative given written warning from Regional Director regarding referral to a Urine Drug Screening Company
  - Open matters
    - Representative printed contents of a non-branded promotional CD-ROM, and provided to HCP
    - Possession of discontinued materials



13



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402663

# CIA Field Contact Reports
## Second Reporting Period through 01/31/2009



Field Contact Reports
997

Reports with Compliance Issues
55

Reviewed for Potential
Improper Statements
11

Other Compliance Issues
44

2 Disciplinary Actions

Coaching for various
administrative issues



14



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402664

# State Law Reporting Update

- Initiated registration process for individuals engaging in the "practice of pharmaceutical detailing" in D.C. per SafeRx Act (due 4/1/09)
- Timely filed mandatory reports in West Virginia (due 4/1/09) and Minnesota (due 5/1/09)
- Preparing reports for Nevada (6/1/09) and Maine, California, D.C., and Massachusetts (due 7/1/09)
- Routine monitoring confirms annual spend limits not exceeded
  - MN ($50/HCP)
  - CA ($750/HCP)
- No compliance issues identified
- Working with IT Department to enhance expense tracking solution to allow for better aggregate spend reporting consistent with elements of proposed Physician Payments Sunshine Act



15

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402665

# Purdue CIA – Before and After

- In the two years *prior* to Purdue's 5/07 $634 million CIA

  - There were 11 pharma CIAs with payments of $2.3 billion
  - The largest three were:

| Serono | 10/05 | $704 million – kick-backs |
|---|---|---|
| GSK | 9/05 | 650 million – marketing the spread / AWP |
| Schering – Plough | 8/06 | 435 million – off-label promotion |

- In the two years *since* Purdue's CIA
  - There have been 14 pharma CIAs with payments of $4.6 billion
  - The largest three were:

| Lilly | 1/09 | $1.4 billion – off-label promotion |
|---|---|---|
| Merck | 2/08 | 671 million – overcharges to govt programs |
| BMS | 10/07 | 515 million – kick-backs / off-label promo |

- 1/09 Pfizer announced $2.3 billion reserve for off-label CIA



16



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402666

# Hotline Calls and Other Inquiries 1Q09



17



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Hotline and Other Inquiries 1Q09

- Investigated 125 matters in 1Q09, including:

  - 39 Institutional Policies questions

  - 21 matters related to Company promotional guidelines

  - 40 miscellaneous inquiries from patients – medical requests, financial assistance, product complaints, AEs, help finding a prescriber or pharmacy





18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402668

# Inquiries by Quarter  (1Q05 – 1Q09)





19



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402669

# 1Q09 Compliance Inquiries



■ Other, 12   □ Abuse & Diversion, 3   ■ Compliance & Ethics, 13

■ Education, 1

□ Medical, 31

■ Sales & Marketing, 65



20



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Inquiry Response Time

## Days to Close Inquiries 1Q09 (as of 4/29/09)





21



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004402671