# Exhibit 37

# Corporate Compliance Quarterly Report to Board of Directors 4Q2011

January 19, 2012

Bert Weinstein

Vice President, Corporate Compliance



U.S. - 13

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    PPLP004407554

# Corporate Integrity Agreement - Annual Report

- CIA Fourth Annual Report filed with OIG 9/23/11
- Received limited number of "minor" clarifying questions from OIG Monitor in early January:
    1. Charter, Organization and Process for Sales Discipline Committee (SDC)
    2. Override process to Permit Calls on restricted specialties
    3. Instances of DMs Not Observing All Calls During Ride-Alongs
    4. Follow Up on Comparative Claims and Customers Email Investigations
- Successfully answered questions posed by OIG Monitor, with minor follow up near completion on numbers 1 and 2 above




U.S. - 14

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    PPLP004407555

# Current Pharma Industry Compliance Update

2001-2010  ~ $16 Billion in Federal Pharma Settlements

2011  ~ $6.5 Billion in Federal "Off-Label" Settlements announced
- GSK          $3 Billion
- Abbott       1.5 Billion
- Merck        950 Million
- Amgen        750 Million
- J & J        270 Million
- Sandoz       150 Million

- More to follow – A-Z, Cephalon, Novo-Nordisk, Pfizer, Alcon

- Many State cases and over 150 "whistleblower" cases

- Message at National Sales Meeting: "No Time for Let Up"




U.S. - 15

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          PPLP004407556

# Theme: The Importance of Transparency

Emphasis on "Compliance transparency" theme with the Sales Force:

- Whenever we have had issues and dealt appropriately with them, OIG has been satisfied, and taken no action
- Ask questions when in doubt!
- Raise concerns and mistakes with Sales Management or Compliance, or through the Hotline anonymously
- We want to fix issues before they become big problems




U.S. - 16

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PPLP004407557

# OIG Roundtable Meeting

- Mary Riordan, Senior Counsel of OIG, announced in November OIG's plan to reach out to selected compliance officers of CIA companies, to join OIG in Washington for a roundtable discussion of best practices and ideas for improvement of CIAs.
- ~25 Compliance Officers invited to attend February 23rd
- Topics will include:
  - Challenges in implementing CIAs
  - Board oversight activities performed
  - Monitoring activities
  - Future challenges
  - Post-CIA plans




U.S. - 17

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    PPLP004407558

# Federal Physician Payments Sunshine Act

- 2010 Federal Sunshine Act requires pharmaceutical and device manufacturers to annually report to Health and Human Services, and post on public website, <u>payments and other transfers of value</u> to Physicians and Teaching Hospitals, including meals, gifts, consulting fees.

- **October 1, 2011** - Statutory deadline for CMS to issue regulations as mandated in the Sunshine provisions – *Not Issued*

- **December 14, 2011** - Draft Sunshine regulations published in the Federal Register for public comment, following criticism by Senators

- **February 17, 2012** - Deadline for public comment on the proposed Sunshine regulations

- As a result, <u>reporting for 2012 has been delayed significantly</u>




U.S. - 18

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                               PPLP004407559

# Sunshine Act

Draft Regulations Contain Industry-Unfriendly Allocation Rules

- Employees of physicians are included as covered recipients, but benefits to them to be allocated only to physicians for whom they work; e.g., cost of meals loaded on doctors, resulting in higher expenses reported

- The Draft Rules provide that the value of items provided at physician group practices to be allocated among <u>all</u> physicians in the group; e.g., expense allocated to all doctors whether partaking in meal or not!

- Result: More doctors and practices restricting access




U.S. - 19

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    PPLP004407560

# Sunshine Act

Comments, due February 17th, expected to be submitted by Purdue, PhRMA, others, covering areas of concern, including:

- Physician expense allocation methodologies
- Identification of covered physicians
- Implications for international affiliates not doing business in US
- Treatment of certain materials, such as marketing and medical materials distributed to physicians
- CRO payments
- Delayed reporting of research payments (trade secret protection)
- Reporting formats, timing




U.S. - 20

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004407561

# Preparations for Intermezzo Launch

- Purdue Compliance group preparing for training and operations with Quintiles Management, including Compliance Officer
- Will train 275 Sales Representatives, 32 District Managers, 4 Regional Managers
- Training to be provided on compliance <u>and</u> Purdue culture
- Expectation is that Intermezzo Contract Sales Force will function consistent with Purdue Sales Force, including:
  - Monitoring/auditing of field activities
  - Investigation and discipline process
  - Documentation of sales calls
  - Sampling




U.S. - 21

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    PPLP004407562

# Speaker Program Update

- Speaker programs are a relatively high risk activity, in view of the potential for off-label or other improper promotional conduct by third parties during such activities.
- FDA recently issued a warning letter on another company's program
- Purdue has a live monitoring process
  - All programs monitored and reported on by Purdue attendees
  - 8.5% of all speaker programs have had an independent monitor in attendance (exceeds recent CIA standards)
  - To date <u>no substantive concerns</u> have been identified, and minor issues appropriately addressed




U.S. - 22

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                  PPLP004407563

# Hotline and Other Inquiries 4Q2011

There were 74 matters total closed in 4Q11:

- 36 sales matters involving representatives' potential improper promotion and poorly written call notes, and speaker program issues

- All such matters are reviewed at weekly Sales Discipline Committee and monthly Reportable Events Committee meetings

- All matters evaluated under CIA notification standards – <u>No Reportable Events</u>




U.S. - 23

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                           PPLP004407564

# Appendix



U.S. - 24

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    PPLP004407565

# Inquiries by Quarter (1Q05 – 4Q11)







U.S. - 25

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              PPLP004407566

# 4Q 2011 Compliance Inquiries



- Legal Matters, 1
- Comments/Opinions, 1
- Abuse/Diversion, 4
- R&D, 1
- Compliance/Ethics, 13
- Other, 5
- OTC Products, 1
- Medical, 9
- Human Resources, 2
- FFS Commercial, 1
- Field/Marketing, 36




U.S. - 26

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY       PPLP004407567

# 4Q 2011 Inquiry Response Time






U.S. - 27

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          PPLP004407568