# Exhibit 39



DEPARTMENT OF HEALTH AND HUMAN SERVICES

# OFFICE OF INSPECTOR GENERAL

WASHINGTON, DC 20201



KESHIA B. THOMPSON, SENIOR COUNSEL
ADMINISTRATIVE & CIVIL REMEDIES BRANCH
OFFICE OF COUNSEL TO THE INSPECTOR GENERAL
330 INDEPENDENCE AVENUE, S.W.
COHEN BUILDING - ROOM 5527
WASHINGTON, D.C. 20201
TELEPHONE: (202) 205-9573
FACSIMILE: (202) 205-0604
EMAIL: KESHIA.THOMPSON@OIG.HHS.GOV

March 8, 2012

Bert Weinstein
Vice President, Corporate Compliance
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901

    Re:    Review of Fourth Annual Report

Dear Mr. Weinstein:

We have reviewed the additional information submitted in response to our inquiries
regarding the Fourth Annual Report for Purdue Pharma, L.P. (Purdue). Based on our
review of this additional information and the information provided in Purdue's Fourth
Annual Report, it appears that Purdue was in compliance with the terms of the Corporate
Integrity Agreement (CIA) between the Office of Inspector General (OIG) of the
Department of Health and Human Services and Purdue during the fourth annual reporting
period.

This letter is not intended to affirm that Purdue has implemented an effective compliance
program. Purdue is in the best position to determine the effectiveness of its compliance
efforts based upon its own particular circumstances (e.g., size, structure, resources,
results of internal assessments, etc.). Notwithstanding, during the remaining term of
Purdue's CIA, the OIG will continue to evaluate whether Purdue has demonstrated that it
is adhering to the requirements of the CIA.

The OIG makes no representations in this letter as to Purdue's practices or conduct that
may be the subject of ongoing investigations, if any. Also, our comments do not reflect
our assessment of any legal claims that may be made against Purdue in connection with
any ongoing or future investigations.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 2– Bert Weinstein

As a reminder, Purdue's fifth Annual Report is due no later than **September 30, 2012**. If you have any questions regarding Purdue's CIA requirements, please contact me at (202) 205-9573.

Sincerely,

Keshia B. Thompson
Senior Counsel



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**DEPARTMENT OF
HEALTH AND HUMAN SERVICES**

Office of Inspector General
330 Independence Avenue, S.W.
Washington, D.C.  20201    Rm 5527-Cohen Bldg.

Official Business
Penalty for Private Use $300



Bert Weinstein
Vice President, Corporate Compliance
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT  06901

RECEIVED
MAR 1 3 2012
BERT WEINSTEIN

PPLP00442 8605