# Exhibit 54

# Quarterly Compliance Report to the Board of Directors for 4Q2013

Bert Weinstein

Vice President, Corporate Compliance

January 16, 2014



U.S. - 106

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                           PPLP004410797

# Compliance Summary for 4Q2013



The Company continues to have good systems and processes in place committed to the prevention and detection of violations, with continuous attention to improvement.

There are no significant compliance violations to report

This Board Report highlights:
- Overall Company compliance results - GOOD
- A comparison of Purdue's compliance program to "new" CIA requirements
- Metrics–based Field Sales compliance results
- Four Compliance audits in 4Q13
- Sunshine Act readiness audit



U.S. - 107

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    PPLP004410798

# 4Q13 Business Compliance Scorecard



## Company-Wide Compliance Scorecard,

- Updated each quarter with compliance data and results from all major business areas
- The expected Company standard for Compliance is targeted at a normative rating of 3, with upward and downward variance between 2.5 and 3.5 based on performance outside of expectations.
- YTD score is 3.16 thru Q3-2013, most recently available data.
  - This is in-line with previous year's scores (2010= 3.10; 2011= 3.09; 2012= 3.12)
  - Score based on sustained performance over a period of years, so that continued good performance year to year is recognized.



U.S. - 108

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Purdue's Compliance Program vs. "New" CIA Provisions



Pharmaceutical CIAs have continued to evolve since Purdue's 2007 CIA:

- The latest CIAs are much more complex, burdensome, and intrusive
- New CIAs reflect the government's drive for individual accountability
- Companies deemed to have an "effective compliance program" may receive special consideration, or not face prosecution, in the event of isolated violations – so it pays to keep up
- We review each new CIA (as well as other external sources), and consider whether to adopt new requirements into Purdue's compliance program

The following two slides show the extent to which many meaningful "new" CIA provisions have been incorporated into Purdue's compliance program



U.S. - 109

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004410800

# Purdue's Compliance Program vs. "New" CIA Provisions



| CIA Provision | Explanation | Purdue |
|---|---|---|
| Risk Assessment & Mitigation Processes | Formal process for identification and mitigation of compliance risks | Yes |
| Speaker Programs | Independent audits of speaker programs | Yes |
| Rep Ride-Alongs | Independent Ride-Alongs each year | Yes |
| Records Reviews | Reviews of records related to Representative interactions with HCPs | Yes |
| HCP Consulting | Audit specified numbers of HCP consulting arrangements annually | Yes |
| Publications | Written agreements with HCP-authors | Yes |
| Author, Researcher, and Consultant Disclosure Requirements | Authors required to disclose conflicts of interest | Yes |



U.S. - 110

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004410801

# Purdue's Compliance Program vs. "New" CIA Provisions



| CIA Provision | Explanation | Purdue |
|---|---|---|
| Grant Activities | Independent grant review; no sales or marketing involvement | Yes |
| Reporting and Follow-up | Compliance to have access to all records for investigations and corrective action | Yes |
| Grants and donations | Public website posting of CME and healthcare grants | No |
| Reporting HCP payments | Reporting on company HCP spend | Yes |
| Executive Comp Claw-back | Forfeiture of incentive compensation by responsible executives | No |
| Compensation Restriction | Sales force not to receive incentive compensation based on Rx volume | No |
| Board/Manager Oversight | Quarterly Board/Management resolutions/certifications affirming oversight | No |



U.S. - 111

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004410802

# Field Sales Call Note Reviews



Call note reviews are a cornerstone of sales compliance, and all notes are reviewed for key words and randomly, within 30 days of each month's-end. The most recent data are for 3Q13:

| Total Calls From Field | Reviewed by Compliance | % of Calls Reviewed | Minor, or No Findings | Major Findings | % Reviewed w/ Major Findings |
|---|---|---|---|---|---|
| 245,096 | 25,825 | 10.54% | 182 | 48 | 0.19% |

531 total matters have been evaluated at our weekly Sales Discipline Committee meetings thru 3Q13:

| Remediation | # / % Total |
|---|---|
| DM Coaching | 381 / 72% |
| No follow up needed | 63 / 12% |
| Warning Letter | 48 / 9% |
| Coaching Letter | 37 / 6% |
| Probation Letter | 1 / 1% |

| Top 5 Issues Found | # / % Total |
|---|---|
| Product Indication Errors | 174 / 33% |
| Products Discussed vs Reported | 126 / 24% |
| Poorly Written Call Note | 55 / 10% |
| Typos | 54 / 10% |
| Cut & Paste | 37 / 7% |



U.S. - 112

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    PPLP004410803

# 4Q13 Speaker Program Monitoring



## Speaker Programs are in government crosshairs

- Each Purdue program is reviewed by Field Sales monitoring form
- Independent monitors attend ~5% of programs, with selection based on speaker frequency or for cause
- Most common compliance issues by speakers: did not stay strictly on label and/or follow approved slide deck. Remediated through letters to attendees, corrective speaker training, and dismissal of speakers for repeated lapses. Level of risk is low given our remedial and oversight actions.

| Year | Total Programs | Programs with Compliance Issues | % of Programs with Compliance Issues |
|---|---|---|---|
| 2011 | 968 | 6 | 0.62% |
| 2012 | 1290 | 12 | 0.93% |
| 2013 | 732 | 3 | 0.41% |



U.S. - 113

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          PPLP004410804

# Speaker Program Issues and Actions



## Additional Speaker Program Issues:

- Attendees at multiple programs
  - In 2014, new SOP to limit attendees to no more than 2 programs per product per year
- High numbers of "walk-in" attendees
  - No non-prescriber walk-ins in 2014; stricter pre-registration and pre-approval
  - Prescriber walk-ins must be known to rep and/or appropriate specialty
  - Pre-registration requirements to limit inappropriate attendees
- Rep failure to follow speaker program SOPs
  - Additional training mandated for all representatives
  - Refresher training prior to hosting each speaker program



U.S. - 114

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    PPLP004410805

# 4Q13 Field Contact Reporting



Ride-Alongs and their Field Contact Reports are the best means for DMs to monitor and correct sales representative performance in the field, including compliance

- Minimum of 2 days of evaluation quarterly for each Representative
- Compliance continuously monitors FCRs for compliance issues
- For full year 2013:
  - Sales force average exceeds SOP requirements
  - Compliance issues reported by DMs in FCRs are overwhelmingly administrative in nature (e.g., late-entered call notes, late expense reporting), and not of a substantive nature



U.S. - 115

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004410806

# 4Q13 Compliance Audits



## Topper's Audit

- To assess the potential that the Annual Topper's Contest might incentivize the Sales Force to inappropriately promote products
- No negative findings – no correlation

## Medical Information Requests

- To provide a level of assurance that inquires received by Medical Services were not solicited and/or confirm whether or not improper promotion may have occurred by Sales Representatives
- No negative findings – no correlation



U.S. - 116

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004410807

# 4Q13 Compliance Audits



## HCP Financial Relationships vs. HCP Prescribing

- To assess whether there is a relationship between HCP prescribing of Purdue product, and any financial compensation received from Purdue (e.g., consulting services, speaker programs)
- No negative findings – no correlation

## Material Review

- To assess the validity of the expired status of materials in the APRIMO system
- Audit still in progress – preliminary results indicate that ~5% of materials are expired, but still in use; this will be reported fully upon completion



U.S. - 117

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    PPLP004410808

# 3rd Party Audit: Sunshine Act Readiness



Navigant Consulting Audit – engaged by IAF for a two-part audit of Purdue's "Whole$um system for Sunshine Act reporting:

- <u>3Q Systems Audit Report</u> – Overall Rating: "Meets Requirements, Minor Issues Noted," with most issues addressed already
- <u>4Q Transactions Audit Report</u> – Overall Rating: "Satisfactory, Major & Minor Issues Noted With Low Probability Of Risk"
    - Whole$um system is working appropriately
    - Field Sales documentation needs improvement; training conducted at 4Q Managers' Meeting and Representative training to be done at National Sales Meeting
    - No significant complaince risks
        - Minor issues around PhRMA Code compliance
        - Minor Sales SOP violations





U.S. - 118

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          PPLP004410809