# Exhibit 55

# Quarterly Compliance Report to Board of Directors 1Q2014

Bert Weinstein

Vice President, Corporate Compliance

May 15, 2014



U.S. - 118

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    PPLP004411166

# Compliance Summary for 1Q2014

Purdue continues to have excellent systems and processes in place to prevent and detect violations, and to remediate issues before they become major.

No significant compliance issues to date in 2014

Company-Wide Compliance Scorecard YTD score is 3.14 out of 3.5
- in-line with previous year's scores (2011= 3.09; 2012= 3.12; 2013 = 3.15)



U.S. - 119

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    PPLP004411167

# Government Action Continues



- Government pharma fraud and abuse prosecutions continue apace, with aggressive plaintiffs bar "supplementing" limited government resources - - *$8 billion recovered* in 2013 by Federal and state governments

- 2014 Significant Federal Activity
  - Astellas – off-label pediatric promotion of anti-fungal - 4/2014
  - Teva – kick-backs paid to induce Rx's of anti-psychotic - 3/2014
  - Endo – off-label promotion of Lidoderm – 2/2014
  - Novartis – Federal suit for payments to specialty pharmacy – 1/2014



U.S. - 120

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY  PPLP004411168

# Top Compliance Risks 1Q14





- High - 1
- Medium - 12
- Low -22



U.S. - 121

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          PPLP004411169

# Top Compliance Risks, and Mitigation



We prioritize compliance activities based on relative risks

## Managed Care (High Risk)

- Increased government scrutiny, affecting large number of lives, significant generic pressure on formulary listing; Managed Care seeking aggressive rebate levels and implementing Prior Authorizations for most opioids
- Mitigation includes auditing and monitoring by Corporate Compliance, training, guidelines and procedures

## Government Price Reporting (Medium Risk)

- Continued focus by CMS and OIG on accurate price reporting, with highly complex regulations
- Mitigation includes oversight by Law and EAC, third party audits, policies and procedures



U.S. - 122

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    PPLP004411170

# Top Compliance Risks, and Mitigation



## Sunshine Act (Medium Risk)

- Receiving clean data from CROs, and numerous data inaccuracies in meals provided to HCPs (both home office and sales force) are still problematic
- Mitigation includes increased training and business manager accountability

## Appropriate Promotion (Medium Risk)

- Includes Sales Representative, Third-Party Activities, Speaker Programs, and Social Media, with risk around inappropriate promotion around abuse potential, comparisons to other products, convenience / superiority claims
- Mitigation includes auditing and monitoring by Corporate Compliance, training, guidelines, and procedures



U.S. - 123

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                       PPLP004411171

# Compliance Audits Completed - 2014



### Medical Information Requests (Low Risk)

- To provide a level of assurance that inquires received by Medical Services were not solicited and/or confirm whether or not improper promotion may have occurred by Sales Representatives
- No Critical Findings; positive practice noted around detection of potential solicitation of inquiries

### Call Note Follow-Up Audit (Medium Risk)

- Follow-up to 2010 Compliance audit, to verify that District Managers were properly reviewing, coaching, and documenting any issues discovered in call notes
- No Critical Findings; 2 Major Findings (unclear call notes, missed AEs); improvements shown from previous audit



U.S. - 124

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    PPLP004411172

# Compliance Audits Completed - 2014



## Material Review (Medium Risk)

- To assess expired status of materials in the APRIMO system
- Report pending - No Critical Findings; 1 Major Finding (~5% of materials were expired but still in use); several positive practices were noted

## Field Contact Report Audits (Medium Risk)

- One random audit and one for-cause audit (7 DMs)
- To assess whether District Managers were accurately documenting compliance issues on Field Contact Reports and appropriately evaluating Sales Representative compliance
- Report pending - No Critical Findings; 3 Major Findings (timeliness of expense reporting, poor call notes, accuracy of FCR documentation)



U.S. - 125

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    PPLP004411173

# Sunshine Act Update



- **Phase I registration timely, with filings on behalf of six entities:**
  - Purdue Pharma L.P.
  - Purdue Neuroscience Company
  - Purdue Pharma of Puerto Rico
  - Purdue Pharma Products L.P.
  - Purdue Transdermal Technologies L.P.
  - Rhodes Pharmaceuticals

- **Phase II filing anticipated to begin late May-late June (tbd)**
  - 16,559 unique HCPs and Teaching Hospitals to be reported
- **Data publication anticipated September 30, 2014 (?)**




U.S. - 126

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    PPLP004411174

# Sunshine Act Update



**Total Reported in Phase I:** $10,223,108.93

| Open Payments Report | Total Aggregated Spend $ | Total # of Records | Total # of Covered Recipients |
|---|---|---|---|
| Research Payments | $6,451,951.85 | 2,943 | 315 |
| General Payments | $3,771,157.08 | 25,329 | 16,244 |

## Type of Spend*



37% Research
63% General



* As of May 5, 2014; subject to change.

U.S. - 127

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    PPLP004411175

# Top 15 Physicians*



| Last Name | First Name | State | Recipient Type | Spend Amount |
|---|---|---|---|---|
| Apseloff | Glen | OH | MD | $1,502,280.28 |
| Reiner | David | NJ | MD | $623,494.00 |
| Pellechi | Thomas | CT | MD | $147,345.95 |
| Buchanan | William | TX | MD | $126,000.00 |
| Chipman Ii | Howard | FL | MD | $112,578.02 |
| Hale | Martin | FL | MD | $83,967.43 |
| Dawson | Gary | GA | MD | $65,957.29 |
| Buynak | Robert | IN | MD | $64,200.49 |
| Cucchiaro | Giovanni | CA | MD | $62,102.92 |
| Pergolizzi Jr | Joseph | FL | MD | $57,247.61 |
| Surowitz | Ronald | FL | MD | $56,942.54 |
| Taber | Louise | AZ | MD | $48,812.01 |
| Ratzman | David | IN | MD | $39,176.13 |
| Schertzinger | Howard | OH | MD | $37,507.76 |
| Simon | Steven | KS | MD | $36,452.03 |



* As of May 5, 2014; subject to change.

U.S. - 128

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                     PPLP004411176