# Exhibit 56

# Quarterly Compliance Report to Board of Directors 2Q2014

Bert Weinstein
Vice President, Corporate Compliance

August 14, 2014




U.S. - 45

# Compliance Summary for 2Q2014



Purdue continues to have strong systems and processes in place to prevent and detect violations of law, regulations and company policies, and to remediate issues before they become significant problems.

***No significant compliance issues in the 2nd quarter, or to date in 2014***

The following pages report on Purdue's Sunshine Act reporting and on Compliance audits during 2Q2014






HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# Sunshine Act






HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 2014 Sunshine Act filing (2013 data)



- Sunshine filing timely made in June for six Purdue “Applicable Manufacturer” entities - - see below
- The “General Dollar” amount of $3,774,933 will be the reported spend on the CMS website in September; “Research Dollars” will be reported on a delayed basis in the future to protect confidential R&D information

| Applicable Manufacturer | General (# transactions) | Research (# Transactions) | Total Transactions | General Dollars | Research Dollars * | Total Dollars |
|---|---|---|---|---|---|---|
| Purdue Pharma L.P. | 22,892 | 953 | 23,845 | 2,732,705.04 | 6,263,169.61 | $8,995,874.65 |
| Rhodes Pharmaceuticals L.P. | 1 | 13 | 14 | 87.56 | 646,708.70 | $646,796.26 |
| Purdue Products L.P. | 4 | 0 | 4 | 5,669.96 | 0 | $5,669.96 |
| Purdue Neuroscience Company | 0 | 77 | 77 | 0 | 361,266.46 | $361,266.46 |
| Purdue Transdermal Technologies L.P. | 2420 | 4 | 2424 | 1,036,125.59 | 9,349.54 | $1,045,475.13 |
| Purdue Pharma of Puerto Rico | 17 | 0 | 17 | 345.19 | 0 | $345.19 |
| **TOTAL** | 25,334 | 1,047 | 26,381 | 3,774,933.34 | 7,280,494.31 | $11,055,427.65 |






HIGHLY CONFIDENTIAL – ATTORNEYS’ EYES ONLY

# "Dispute" period for HCPs/Teaching Hospitals

- During the period July 14th - August 27th, HCPs and Teaching Hospitals may view data and raise disputes with CMS as to spend reported by Applicable Manufacturers
- To date, no disputes have been received (perhaps, because, in order to dispute spend, recipients must first register on the CMS website, requiring personal data and a complicated process?)
- Corporate Compliance will manage any disputes with relevant business areas affected to preserve customer relations
- CMS plans to make all Applicable Manufacturers' data public September 30th






HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



# Compliance Audits






HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Compliance Audits Completed – 2Q2014



## Managed Care

- To provide a level of assurance that Purdue Managed Care Account Executives and Area Managers were performing activities in compliance to the Managed Care SOP.
- No Critical Findings; Findings concerning documentation of issues on FCRs, submission timing of FCRs, accuracy / timing of expense submissions, timing of call note entries, and call note reviews by managers. Remediation is underway

## Aggregate Spend - Commercial

- To verify that Sales Representatives were properly documenting expenses related to Health Care Professionals
- No Critical Findings; Findings concerning data and documentation accuracy and manager oversight. This was a follow up audit from 2013, to assure accurate state and federal spend reports.






HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Compliance Audits In Progress – 2Q2014



Speaker Programs

- To assess compliance with speaker program procedures and company guidelines
- Report pending – preliminary findings include: size of speaker bureau may be too large for the number of programs; but significant improvements from 2011 Compliance audit

Contracts with HCPs and payment at FMV

- To assess compliance with contracting and fair market value procedures
- Report pending - No Critical Findings; found a small percentage of transactions did not have a Statement of Work associated with the HCP's contract






HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Questions?



If there are any questions or comments, please contact Bert Weinstein at bert.weinstein@pharma.com, or at 203-588-8288






HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY