# Exhibit 60

# Quarterly Compliance Report to Board of Directors 4Q2014

Bert Weinstein

Vice President, Corporate Compliance

January 16, 2015



U.S. - 5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    PPLP004411811

# Bottom Line



Purdue continues to have strong systems and processes in place to prevent and detect violations of law, regulations and company policies, and to remediate issues before they become significant problems.

***There have been no significant compliance issues in the 4th quarter, or in Full Year 2014***

We have been focused on Hysingla ER launch preparations, and will be monitoring promotion activities



U.S. - 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    PPLP004411812

# 1Q2014 Compliance Priorities



- During 1Q 2014 there were 35 categories of compliance risk identified with business heads, of which: 1 High, 12 Medium, and 22 Low.



High - 1
Medium - 12
Low - 22



U.S. - 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY         PPLP004411813

# 2014 Year End Risk Reduction



- We worked with the business areas to reduce compliance risks to a controllable level for the High and Medium Compliance risk items, so that now there are 11 Medium and 24 Low risk items that are the focus of effort. This risk prioritization process is repeated annually.



0%
31%
69%

- High - 0
- Medium - 11
- Low -24

**U.S. - 8**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Compliance Audits



- Completed 13 compliance audits in 2014

- Areas audited included: Aggregate Spend, Call Notes, Field Contact Reports, Medical Inquiries, HCP Contracts and Fair Market Value, Speaker Programs, Grants, Managed Care, Publications

- Out of these 13 audits, there were a total of 27 findings – 0 Critical, 18 Major, and 9 Minor. All findings have been satisfactorily resolved.



U.S. - 9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                   PPLP004411815

# Sales Compliance Review Committee



- "SCRC" is a committee that addresses compliance-related issues arising within the Field Force.

- Compliance matters are surfaced in many ways, including, call note monitoring, Field Contact Reports, expense and other routine monitoring activities, reports via the Hotline; and from employees and others.

- There were 533 closed matters in 2014, involving 239 representatives; with 31 of these matters (6%) resulting in disciplinary action. Most resolutions involve various forms of coaching

| Remediation | % Total |
|---|---|
| DM Coaching | 76% |
| Coaching Letter | 8% |
| No follow up | 7% |
| Warning Letter | 4% |
| RD Coaching | 3% |
| Probation Letter | 2% |

| Top 5 Issues Found | % Total |
|---|---|
| Product Indication | 33% |
| Presentation / Products | 22% |
| Adverse Events | 14% |
| Unclear / Poorly Written | 10% |
| Typo | 8% |



U.S. - 10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004411816

# Most Important Investigation of 2014



- A Sales Representative contacted Compliance about a Regional Manager who might be directing an inappropriate promotion message comparing OxyContin to IR oxycodone based on "half-life."
- Investigation determined there was significant messaging in call notes from only the East Central Region, with numerous interviews of East Central personnel, and lengthy investigation throughout 4th quarter
- Remediation included:
  - Meeting of entire Regional Management Team together with Sales Management, Corporate Compliance, Law, and Medical Services to address appropriate messaging
  - Bulletin to the field and written guidance provided to all sales managers regarding appropriate messaging
  - Disciplinary Action – Termination of RD, Warning Letter to one DM, coaching to multiple sales representatives
- Nevertheless, this matter is <u>not</u> significant such that we would reasonably expect government action



U.S. - 11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004411817

# 2014 Sunshine Act filing (2013 data)



- CMS published all industry data September 30th
- No news stories have focused on Purdue spend
- The "General Dollar" amount of $3,774,933 is reported on the CMS website, and $7,280,494 "Research Dollars" will be reported on a delayed basis to protect confidential R&D information (per Sunshine Act)

| Applicable Manufacturer | General (# transactions) | Research (# Transactions) | Total Transactions | General Dollars | Research Dollars * | Total Dollars |
|---|---|---|---|---|---|---|
| Purdue Pharma L.P. | 22,892 | 953 | 23,845 | 2,732,705.04 | 6,263,169.61 | $8,995,874.65 |
| Rhodes Pharmaceuticals L.P. | 1 | 13 | 14 | 87.56 | 646,708.70 | $646,796.26 |
| Purdue Products L.P. | 4 | 0 | 4 | 5,669.96 | 0 | $5,669.96 |
| Purdue Neuroscience Company | 0 | 77 | 77 | 0 | 361,266.46 | $361,266.46 |
| Purdue Transdermal Technologies L.P. | 2420 | 4 | 2424 | 1,036,125.59 | 9,349.54 | $1,045,475.13 |
| Purdue Pharma of Puerto Rico | 17 | 0 | 17 | 345.19 | 0 | $345.19 |
| TOTAL | 25,334 | 1,047 | 26,381 | 3,774,933.34 | 7,280,494.31 | $11,055,427.65 |



U.S. - 12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004411818