# Exhibit 63

19-23649-shl    Doc 2181-30    Filed 12/21/20    Entered 12/21/20 16:41:46    Leventhal
Ex. 063    Pg 2 of 6

# Quarterly Compliance Report to Board of Directors for 1Q2015

Bert Weinstein

Vice President, Corporate Compliance

April 21, 2015



U.S. - 41

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY            PPLP004412071

# Bottom Line

Purdue continues to have strong systems and processes in place to prevent and detect violations of law, regulations and Company policies, and to remediate issues before they become significant problems.

***There have been no significant compliance issues in the 1st quarter, 2015***

We have been focused on Hysingla ER launch preparations, and are closely monitoring promotion activities.



U.S. - 42

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                     PPLP004412072

# 2015 Compliance Priorities



- In concert with business heads, we are focusing on 16 categories of compliance risk deemed to present Medium risk, including:
  - Product Promotion
  - Third-Party Promotional Activities
  - Managed Care
  - IDN Initiative
  - Incentive Compensation
  - Speaker Programs
  - Publications and Authorship
- We work closely with Purdue's business areas to monitor and control these Medium compliance risks (as well as lesser risks, of course). There are no High risk areas at this time.



**U.S. - 43**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004412073

# 2015 Sunshine Act filing (2014 data)



- Purdue's 2015 report timely completed by March 30, 2015 (despite extensive CMS Portal and helpdesk failures)
- Total Purdue entity spend for 2014 was $24 million, of which $16.3 million was "Research Spend," and $7.7 million was "General Spend."
  - The General Spend category includes items such as speaker programs, HCP in-office meals, and HCP marketing consulting spend; these items are subject to a 45-day dispute resolution period and will then become public on June 30th
  - Research spend is subject to a delay in public posting to preserve confidential research activities (Hysingla ER and Targiniq data will be public due to product approvals)



**U.S. - 44**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    PPLP004412074

# 2015 Federal Government Focus



FYI -- Based on senior officials' presentations, the following have been emphasized as enforcement priorities for 2015:

- Prosecution of individuals at all levels in an organization (reiterated)
- New focus on small to mid-size pharma, with recognition of compliance progress by "big pharma"
- Less emphasis on off-label cases, and focusing on kickbacks
- With increased M&A activity Government view is that compliance due diligence is inadequate. Officials emphasizing need for pre-purchase due diligence, and identification, remediation, and disclosure to government



U.S. - 45

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                PPLP004412075