# Exhibit 75

# Ethics and Compliance Quarterly Report to The Board of Directors

August 25, 2016

Bert Weinstein
Vice President, Ethics and Compliance

U.S. - 40

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              PPLP004413387

Since the last Board report, the Ethics & Compliance Department remit has been expanded to take in a broader focus on enterprise-wide compliance and ethics initiatives.

As part of the Evolving Marketplace Initiative, Ethics & Compliance, in consultation with the Law Department, is assuming ownership of several monitoring and investigation activities such as the Abuse & Diversion Detection Program (ADD) and the Order Monitoring System (OMS). Likewise, Ethics & Compliance is in the process of recasting the role of the senior executive Corporate Compliance Council to expand its scope to include enterprise-wide risk assessment on an ongoing basis. These initiatives are currently anticipated to be completed by the end of the year.

We also anticipate additional proactive program enhancements to occur in late 2016/early 2017 pursuant to findings from the Enterprise Risk Assessment that is currently being conducted.

Finally, in an effort to reinforce tone at the top and engage colleagues around the evolving marketplace, we have conducted Careful Communications training (web-based for all employees and in-person training for selected commercial personnel and Executive Committee members) to ensure appropriateness of communications and messaging.

## Key Compliance Issues

Throughout the first half of 2016, the Company maintained compliance with applicable laws and regulations. While compliance matters have been detected, investigated, and remediated on an on-going basis, there have been no *significant* compliance matters to report. The Company continues to focus on improvement of systems and processes in place to prevent violations of law, regulations, and other standards and likewise is expanding its focus on ethics and the requirements of the evolving marketplace.

## Compliance Risk Reduction Efforts

Through the senior-level Corporate Compliance Council, an annual assessment of the most important areas of compliance risk is conducted each year with quarterly reassessments. Risks are rated as high, medium and low. The Company addresses some 19 compliance risks identified as most important.

Together with senior business heads, we are focusing on four areas deemed to present medium compliance risk, including:
- Product Promotion training, focusing on:
    - Recently hired sales representatives

**U.S. - 41**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    PPLP004413388

- - o   Further training for Commercial/Home Office Leadership
- Managed Markets, focusing on new channels/customer segments
- Field force Incentive Compensation
- Speaker Programs

**Summary of Compliance Matters – 2014-2016**



Note: Data for 2016 is January – June

Consistent year-to-year, the majority of matters were field/marketing-related, mostly pertaining to promotional activity (to date, the top three promotional issues of 2016 are unapproved messaging, convenience/comparative claims, lack of fair balance/abuse potential). Despite seeing an increase in terminations in 2016 due to compliance related issues in the field (mostly newer-hires), the most common form of discipline continues to be coaching and warning letters.  There has also been an increase in matters referred to Medical Services, mostly due to reporting of adverse events and product complaints.

**Email Monitoring**



3

**U.S. - 42**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              PPLP004413389

In conjunction with internal stakeholders, the Ethics & Compliance team has developed an email monitoring methodology and selected a system to conduct a monitoring pilot by year end. The pilot is scheduled to begin in the third quarter, and will include review of emails from select field personnel (sales force and managed markets). The review will be similar to our call note reviews with both a random selection process and search terms used to select a sample set. Once the pilot is complete, an analysis will be conducted and a broad email monitoring program is anticipated to be implemented in 2017.

**Physician Payments Sunshine Act Reporting Timely Completed**

Purdue's third annual Sunshine Act filing was submitted on March 15, 2016 and included information on payments and transfers of value to physicians and teaching hospitals in 2015.

Purdue's filing reported approximately $18.8 million, $11.2 million (60%) of which was general payments (e.g., speaker program meals and honoraria, HCP in-office meals, and consulting spend) and the remainder of which ($7.6 million) was research related.

On June 30, 2016, the Centers for Medicare and Medicaid Services (CMS) made public all data not subject to a hold. As a reminder, most of Purdue's $7.6 million in research spend was not made public as such data are subject to delayed reporting to protect the confidentiality of research activities.

**Training of Commercial Personnel**

As outlined above under *Compliance Risk Reduction Efforts* and as discussed at the last Ethics & Compliance presentation to the Board, one area of identified compliance risk was product promotion training of newly hired field sales personnel. In Q1, Ethics & Compliance conducted a sales force educational gap assessment to allow targeted training to address compliance risk. With the findings of this gap assessment in hand, Ethics & Compliance partnered with Sales Training to create supplemental training (Phase II) that was provided live to all Territory Business Managers hired in 2015-2016. Attendees reported that they felt the training would positively impact their ability to remain compliant while promoting in the field. Efforts to continually assess educational gaps and provide targeted training are ongoing.

**U.S. - 43**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PPLP004413390