# Exhibit 78

# Board Meeting:
# Ethics & Compliance

**CONFIDENTIAL PRESENTATION**

March 2017



PRIVILEGED AND CONFIDENTIAL

1

U.S. - 43

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                      PPLP004413913

# Agenda

- Remit
- Compliance Framework
- 2016 Highlights
- 2017 Improvements

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PPLP004413914

# Ethics & Compliance remit is evolving to meet demands of a changing environment



*Our compliance program continues to evolve in response to enterprise-wide risks*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PPLP004413915

# We regularly evaluate our program against the OIG's 7 Elements of an Effective Compliance Program



**U.S. - 46**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004413916

# In 2016, there were no significant compliance issues and we met all "business as usual" requirements



| | |
|---|---|
| Compliance Officer & Committees | • Team with long-standing Purdue experience<br>• Expertise handling compliance issues with controlled substances |
| Standards & Procedures | • Established SOPs; routine updates<br>• Development of new policies & procedures |
| Lines of Communication | • Open Door Policy – 182 matters (62% commercial matters)<br>• Hotline – 69 matters (71% medical matters) |
| Training & Education | • Innovative new live sales training introduced<br>• 27 OWL modules in 2016 – 100% completion rate |
| Auditing & Monitoring | • Targeted monitoring activities – call notes (~10%), speaker programs (~10%), ride alongs (~5%) |
| Investigations & Disclosures | • More than 250 inquiries and matters addressed in 2016 |
| Enforcement & Discipline | • 2016 Trends –Increase in compliance-related terminations in 2016 (n=25) |

Additionally, the department is committed to accurate and timely expense reporting consistent with the requirements of the Federal Physician Payments Sunshine Act.



**U.S. - 47**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                 PPLP004413917

# E & C helped drive key 2016 business initiatives



| | |
|---|---|
| Creation of messaging and materials around opioid risks | Commercial<br>Medical |
| Development of *AlphaImpactRx* metrics and incorporation into field incentive compensation plan | Commercial<br>Human Resources |
| Nation-wide roll out of messaging re Opioid REMS education | Commercial<br>Law |
| Creation and distribution of Prescription Drug Monitoring Program materials by state | Commercial<br>State Gov't Affairs |
| Review of corporate and commercial websites and materials<br>• Eliminated non-branded websites<br>• Reduction in materials (>75%) | Commercial<br>Law<br>Medical |
| Compliance support of addiction advisory board | Medical |
| Redesigned structure of RxREACTS /RxLELE teams and controls | Law<br>Corporate Security |
| Enterprise Risk Assessment Working Group | Various |
| Support of Commercial Initiatives – e.g., PDMP Accelerator and "Empty the Medicine Cabinet" | Commercial |

PRIVILEGED AND CONFIDENTIAL    PURDUE    6

U.S. - 48

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    PPLP004413918

# In 2017, we will enhance our program to meet our enterprise-wide compliance remit



| | |
|---|---|
| Compliance Officer & Committees | • Expansion for key roles – Suspicious Order Monitoring (SOM), Abuse and Diversion Detection (ADD); compliance champions<br>• Establishment of enhanced Risk & Compliance Committee |
| Standards & Procedures | • Planned updates anticipated to Code of Business Ethics and Healthcare Law Compliance (HCLC) Policies |
| Lines of Communication | • Quarterly "tone from the top" and "tone from the middle" communications |
| Training & Education | • Introduction of innovative new online formats |
| Auditing & Monitoring | • Enhanced monitoring - SOM, ADD, and Healthcare Professional (HCP) Vetting<br>• Enhanced controls and monitoring related to speaker programs |
| Investigations & Disclosures | • Data mining and metrics to allow proactive identification of issues |
| Enforcement & Discipline | • Compliance-related discipline will require manager discussion w/ E&C prior to a compensation decisions |

In addition to reporting of mandatory Sunshine Act data, in 2017, the Ethics & Compliance team will engage in data mining to supplement various compliance efforts.



7

**U.S. - 49**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                          PPLP004413919

# We have committed to an aggressive 2017 agenda to support setting the new standard



- Suspicious Order Monitoring (SOM)                                              Q3
- Abuse & Diversion Detection (ADD)                                              Q4
- HCP Vetting Process                                                            Q4


- Improved enterprise risk management process                                    Q2
- First report of risks and mitigation plans                                     Q3
- Quarterly benchmarking calls with CECOs of                                     Ongoing
  similar-sized U.S. programs


- Improved compliance metrics dashboard                                          Q4
- Agreement on priority metrics                                                  Q2
- Collaboration with industry leaders on defining                                Q1
  key metrics


- Complete deployment Skadden enhancements                                       Q3
- Survey pending legislation to allow proactive                                  Ongoing
  enhancements to compliance program
- Evaluate media reports, settlements and other                                  Ongoing
  external sources to identify program enhancements

8

**U.S. - 50**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                           PPLP004413920

# Back Up Slides



9

**U.S. - 51**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                              PPLP004413921

# Hotline Matters and Inquiries - 2016

*Graphs represent closed matters only.*

Both the average number of matters per year and the average number of days to investigate matters have remained relatively static year over year from 2014-2016.

The majority of direct inquires are field/marketing-related while the majority of hotline calls are product-related – e.g., medical questions about brand and OTC products, adverse events, product complaints.





Corrective action for the majority of issues involved coaching or advising. There was a spike in compliance-related terminations in 2016, most of which were commercial-related terminations.





U.S. - 52

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                PPLP004413922

# 2017 Objectives for Ethics & Compliance



ALWAYS ▸ ALL WAYS

**Set The New Standard for Responsible Opioid Education & Prescribing**

- Provide organization with consistent oversight of Suspicious Order Monitoring (SOM) and Abuse & Diversion Detection (ADD)
- Deploy improved enterprise risk management process to comprehensively identify risks and oversee mitigation
- Implement improved compliance metrics that will drive proactive risk mitigation in 2018 and beyond
- Complete deployment of previously-committed risk remediation related to training

**Achieve Operational & Commercial Excellence**

- Provide timely and complete compliance support to Symproic integration and launch; implementation of physical sampling program; initiation of Account Service Representative role.

**Diversify The Company through Business Development and R&D**

- Participate in effective and efficient due diligence process on Business Development opportunities once diligence is launched by Deal Committee.
- For any opioid evaluated in diligence, assess target company alignment with Purdue standards for Responsible Opioid Education & Prescribing.

**Recruit, Retain, and Engage the Best People**

- Increased employee engagement as measured by Purdue Pulse Survey results
- Retain top talent

> Imperative: Collectively and individually maintain the highest ethical standards and continued compliance with all laws, regulations and Company policies.

11

**U.S. - 53**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              PPLP004413923

# Anticipated 2017 Sunshine Act Filing (2016 data)



Spend by Year ($M)



General Payments

**2013 (data reported from 8/1/13-12/31/13)**

| Open Payments Report | Total Aggregated Spend $ | Total # of Records |
|---|---|---|
| Research Payments | $7,280,494.31 | 1,047 |
| General Payments | $3,775,133.40 | 25,336 |

**2014 (full year)**

| Open Payments Report | Total Aggregated Spend $ | Total # of Records |
|---|---|---|
| Research Payments | $16,289,842.21 | 2,145 |
| General Payments | $7,419,012.12 | 65,658 |

**2015 (full year)**

| Open Payments Report | Total Aggregated Spend $ | Total # of Records |
|---|---|---|
| Research Payments | $7,603,834.35 | 525 |
| General Payments | $11,155,499.90 | 78,617 |

**2016 (full year - subject to change)**

| Open Payments Report | Total Aggregated Spend $ | Total # of Records |
|---|---|---|
| Research Payments | $7,922,320.85 | 252 |
| General Payments | $7,620,719.36 | 80,146 |

12

PURDUE    12

**U.S. - 54**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    PPLP004413924