# Exhibit 79

# Board of Directors:
# Ethics & Compliance Update

June 2017

Maggie Feltz



    PROPRIETARY AND CONFIDENTIAL

**U.S. - 36**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004414244

# Executive Summary

- There are no significant compliance issues to report

- We met all "business as usual" requirements and are continuously improving

- We have continued our focus on enhancing commercial controls in response to the external environment

- The Ethics & Compliance team has made progress toward several important objectives and collaborated with the business to support risk mitigation
  - Through Enterprise Risk Assessment (ERA) we have engaged with the business to support risk mitigation
  - Cross functional teams collaborated to mitigate risks and ensure fidelity to the Setting the New Standard (STNS) corporate objective
  - We are transforming our Code of Business Ethics to support principles-based decision-making and are engaged in overall policy improvements
  - We are collaborating to improve confidential reporting, investigation and non-retaliation practices
  - We are timely meeting our regulatory reporting requirements – most notably Sunshine Act Reporting

 **PROPRIETARY AND CONFIDENTIAL** 1

**U.S. - 37**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# We are meeting all "business as usual" requirements and are continuously improving



| Element | Our Program Highlights |
|---|---|
| Compliance Officer & Committees | • Suspicious Order Monitoring Committee routinely meeting and functioning well<br>• Corporate Compliance Council resumed; scheduled for remainder of 2017<br>• Corporate Risk Council being formed to identify and mitigate significant risks |
| Standards & Procedures | • Code of Business Ethics update reflecting shift toward principles-based decision making<br>• Creation/Update of SOPs for Sales Ops, OTC franchise, Public Affairs, Medical Affairs |
| Lines of Communication | • Hotline volume - predominantly external inquiries related to medical questions<br>• Lower than benchmark percentage anonymous calls |
| Training & Education | • Deployment of updated *Healthcare Law Compliance Policies* module<br>• Hotline and other reminders emphasizing non-retaliation practices |
| Auditing & Monitoring | • Completed audit of field coaching reports (FCRs)<br>• E&C Ride alongs continuing but will increase post Symproic® launch<br>• Call notes to focus on new hires, new product launches<br>• Speaker program monitoring continues; increase anticipated as Hysingla programs resume and Symproic programs begin |
| Investigations & Disclosures | • Collaboration with HR, Law, Security to enhance quality of investigations processes |
| Enforcement & Discipline | • Primary Action Taken for investigations continues to be predominantly coaching (8%) and advising (12%) but terminations (7%) and warning letters (7%) have both occurred in 2017, when warranted. |

PROPRIETARY AND CONFIDENTIAL

2

**U.S. - 38**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                PPLP004414246

# We have continued our focus on enhancing commercial controls in response to the external environment

| Issue | Monitoring and Enhancements |
|---|---|
| **Management Oversight** | ▪ Improved field management oversight through increased field ride alongs<br>▪ Enhanced Field Coaching Report format<br>▪ Decreased span of control for DBMs – previously 1:11, now capped at 1:9<br>▪ Inclusion of KPIs in manager incentive compensation (IC) |
| **Appropriate Messaging** | ▪ Prescriptive support around opioids<br>▪ Core Visual Aids revised to ensure fidelity to approved messaging<br>▪ Optimized the IC plan to support Setting the New Standard (STNS) for Responsible Opioid Prescribing & Education |
| **Marketing** | ▪ Limited number of Purdue personnel calling on customers<br>▪ Enhanced prescriptive call plans – defined reach and frequency<br>▪ Assessing and optimizing frequency of non-personal promotion (eDetail) |
| **Sales** | ▪ Reiterating messaging to the field regarding IC focus on market share/market share change rather than volume<br><br>▪ Emphasize strong commitment to non-retaliation policy<br>▪ Encourage reporting of all known or suspected concerns |

U.S. - 39

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    PPLP004414247

# Through Enterprise Risk Assessment (ERA) we have engaged with the business to support risk mitigation

| | Element | Status |
|---|---|---|
| Commercial | Review HCP Tools & Develop Website Access | In Progress |
| | Review Forecasting & Analytics | Completed |
| | Reduce Speaker Programs | Completed |
| | Reduce Co-Pay Card Programs | In Progress |
| | Reduce Unbranded Corporate Websites | In Progress |
| | Reduce Unbranded Marketing Websites | Completed |
| | Eliminate RxHub Program | Completed |
| | Update Branded Website & Materials | Completed |
| | Reduce Volume of Branded Materials | Completed |
| | Enhance Sales Training | Completed |
| | Verify Viability of Med Therapy Management | |
| | Review Compensation Plans | Completed |

| | Element | Status |
|---|---|---|
| Public Affairs | Replace Moderator of Pain Care Forum | Completed |
| | Develop Company Policy Positions | Completed |
| | Review Company Role in Pain Therapeutics | Completed |

| | Element | Status |
|---|---|---|
| Medical | Update Med Info Requests;<br>Ensure After-Hours Support | Completed |
| | **Review Grants and Funding for Third Party Orgs.** | In Progress |
| | **Evaluate Patient Assistance Programs** | Completed |
| | Review Status of IR/ER Study | |
| | Assess Medical Science Committee Composition | Completed |
| | Data Review and Disclosure Policy | Completed |
| | Evaluate Sales Rep/MSL Model | Completed |
| | Rename Strategic External Experts Database | Completed |

| | Element | Status |
|---|---|---|
| Law and Compliance | Enhance Vendor Adverse Event Reporting | Completed |
| | Increase Vendor Onboarding Training | Completed |
| | Enhance Abuse & Diversion Detection Program | In Progress |
| | **Enhance Suspicious Order Monitoring Program** | In Progress |
| | Train on IP/Digital Resource Center | Completed |
| | Grow Purdue IQ – Employee Training & Awareness | Completed |
| | Ensure Documentation Controls | Completed |

Inactive   In Progress   Completed

# Cross functional teams collaborated to mitigate risks and ensure fidelity to STNS corporate objective



PROPRIETARY AND CONFIDENTIAL

5

**U.S. - 41**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    PPLP004414249

# We are transforming our Code of Business Ethics and updating policies to improve decision making



- Central guiding document
- Public and third parties hold us accountable

- Sales Operations
- Creative Services
- OTC Franchise
- Ethics & Compliance
- Public Affairs
- Medical Affairs

**U.S. - 42**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    PPLP004414250

# We are collaborating to improve confidential reporting, investigation and non-retaliation practices



- •Establishing strong and consistent investigation and discipline **processes**
- •**Training** investigators and ensuring investigations conducted by trained personnel
- •Ensuring **collaboration** with Law to protect the organization and individuals
- •Emphasizing communications about Purdue's **anti-retaliation** policy
- •Assessing **organizational culture and beliefs** around speaking-up/non-retaliation
- •Managing or overseeing **all reports** made to the Ethics & Compliance team to closure

**U.S. - 43**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    PPLP004414251

# We are meeting our regulatory reporting requirements and timing, particularly Sunshine Act Reporting



**Spend ($M) / Number of records and disputes**

| # records | 2013 [1] | 2014 | 2015 | 2016 |
|---|---|---|---|---|
| Research | 1,047 | 2,145 | 525 | 256 |
| General | 25,336 | 65,658 | 78,617 | 80,143 |
| # Disputes | 26 | 114 | 18 | 23 |

Note: General Spend includes items such as speaker programs, HCP in-office meals, and HCP fee-for-service contracts. These items will be made public by CMS on June 30, 2017; research Spend is subject to a delay of up to 4 years to preserve confidential research activities
[1] Only includes August - December

U.S. - 44

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                 PPLP004414252



# Appendix



PROPRIETARY AND CONFIDENTIAL

**U.S. - 45**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    PPLP004414253

# Investigations and Inquiries: Q12017



| Incident Category (Total PRs) | | Incidents – Days to Close |

Hotline    Direct Inquiry

2014: 233 (70 / 163)
2015: 284 (81 / 203)
2016: 245 (73 / 172)
2017: 94 (45 / 49)

Days to Close — 0-7: 39, 8-14: 3, 15-30: 1, 31-60: 3

## INCIDENT REPORT ACTIVITY SUMMARY

|  | PTD | % | YTD | % | YTD Market Comparison |
|---|---|---|---|---|---|
| **Original Incident Reports** | **5** |  | **34** |  |  |
| Anonymous Reports | 0 | 0.0% | 4 | 11.8% | 42.3% |
| Non-Anonymous Reports | 5 | 100.0% | 30 | 88.2% | 57.7% |

- Our year-to-date anonymous report percentage is 11.8% as compared to 42.3% for the market comparison from our hotline vendor.
  - For comparison, in 2016, 27% of calls to our hotline were made anonymously vs. market comparison of 40.7%
- Anonymous calls are harder to properly and completely investigate. Employing more awareness and anti-retaliation training may empower more employees to identify themselves when the contact the Hotline.

PROPRIETARY AND CONFIDENTIAL

10

**U.S. - 46**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004414254

# Types of Incidents and Actions Taken: Q12017

**We are running at approximately the same rate for each category as previous years, other than HR matters, where we are slightly higher at this point in the year than in previous years**



**Incident Types by Year 2017**

Corporate Security 1 (1%)
Conflict of Interest 1 (1%)
Other 2 (2%)
OTC Products 2 (2%)
Fee For Service Arrangements 2 (2%)
Aggregate Spend 2 (2%)
Legal Matters 4 (4%)
Code of Business Ethics 4 (4%)
Abuse & Diversion 5 (5%)
Human Resources 10 (11%)
Field Marketing 35 (37%)
Medical 26 (28%)
94

**Primary action taken is consistent with previous periods**



**Primary Action By Year 2017**

Resolved without Change 1 (1%)
None 1 (1%)
Written Warning 6 (7%)
Termination 6 (7%)
Coaching 7 (9%)
Advising 8 (10%)
Other 10 (12%)
Forwarded to Responsible Dept. 42 (52%)
81

Note: Graphs represent closed matters only

U.S. - 47

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    PPLP004414255