# Exhibit 82

Board of Directors Presentation:

# Ethics & Compliance Update 3Q17

October 2017



PROPRIETARY AND CONFIDENTIAL

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PPLPC022001020792

# Executive Summary



- There are no significant compliance issues to report
- We continue to make progress toward several important Ethics & Compliance objectives and to support risk mitigation activities.
    - Led initiative to update Purdue's Guiding Principles; Executive Committee endorsed in August (copy attached)
    - Preparing for Ethics Week – November 2017
    - Commercial Initiatives
        - Partnered with Commercial, Sales Ops, IT for effective Symproic© launch, including sampling support
        - Streamlined Sales Force Standard Operating Procedures (SOPs)
        - Evaluated and endorsed Incentive Compensation model for sales force personnel
        - Continued monitoring of Speaker Programs for Hysingla ER and Symproic
        - Collaborating with Sales Leadership on field force opioid call flow annual certification (anticipated Jan '18)
    - Systems and monitoring
        - New ADD System go-live took place July 25
        - New SOM System go-live took place September 1
        - Creating SOM "Know Your Customers' Customers" program (anticipated late Q4)
    - Improved Processes:
        - Import/Export Controls
        - Healthcare Professional Vetting
        - Training of Third Party Vendors and Suppliers
- We have met all of our "business as usual" requirements and continuously improved our program

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                                        PPLPC022001020793

# We have met all "business as usual" requirements and continuously improved our program



| Element | Program Highlights |
|---|---|
| Compliance Officer & Committees | • Sales & Marketing Compliance Committee especially active leading to Symproic® launch<br>• Corporate Compliance Council Q3 meeting took place; enhancements planned for Q4 |
| Standards & Procedures | • Purdue Pharma Guiding Principles (final version endorsed by EC)<br>• Re-publishing updated Code of Business Ethics (anticipated early November)<br>• Creation of third party vendor code of conduct (anticipated in Q4)<br>• Simplification and update of Sales Force SOPs (anticipated early Q4) |
| Lines of Communication | • Hotline volume – remains predominantly external inquiries related to medical questions<br>• Issued employee communication regarding Hotline; reminder re non-retaliation practices<br>• Planning for Ethics Week 2017 (week of November 13th) |
| Training & Education | • On deck for roll out: Sunshine Act, Purdue Pharma Code of Business Ethics, Government Pricing, Information Security, Suspicious Order Monitoring (SOMs), Import/Export SOP<br>• Issued: ADD training; Prescription Drug Monitoring Act training launch to field sales force |
| Auditing & Monitoring | • Implemented ADD media reviews E&C Ride alongs continue to be conducted by E&C team as well as third party vendor<br>• Auditing activities underway by IAF group |
| Investigations & Disclosures | • Sales representative investigations pertaining to ADD media reviews<br>• Implementing new systems to improve efficiency of investigations and remediations<br>• Developing investigations training for new sales managers, HR, Ethics & Compliance, Law |
| Enforcement & Discipline | • Automating some elements of sales discipline process to ensure consistent enforcement and to maximize efficiency |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PPLPC022001020794

# The Executive Committee has aligned on Purdue's Guiding Principles 2017



Integrity is our "True North"
We are committed to upholding the highest ethical standards throughout our business. As an important stakeholder in pain management, we embrace responsible stewardship and are dedicated to combating opioid abuse, diversion, addiction, and overprescribing. Every decision matters.

"We" Culture
We actively seek, value, and draw on colleagues who are diverse in opinions, backgrounds and experiences to challenge the status quo and succeed as a team. We operate as a family, where everyone's ideas and concerns are explored. The voice of every colleague is essential to our progress.



Excellence
We have pioneered meaningful technologies and medicines that support patients. With this heritage, we are working toward a future of novel approaches to pain management and other therapeutic areas. We are dedicated to innovation and uphold the highest scientific, commercial, and regulatory standards. We will always strive to do better.

Supporting Patients
We are relentlessly passionate about our mission to identify, develop, and supply innovative medicines that meet the evolving needs of patients as well as their families, healthcare providers, and society. The health and safety of patients is our #1 priority.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    PPLPC022001020795



# Appendix

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC022001020796

# Ride Alongs: We are on target to complete roughly 50 ride along monitoring sessions in 2017.

PURDUE

Our vendor, ICC, will complete 30 ride alongs by year end and employed compliance officers will complete approximately 20 additional programs.

| Month | ICC Monitored Field Days |
|---|---|
| February | 4 |
| March | 5 |
| April | 4 |
| May | 1 |
| June | 2 |
| July | 0 |
| August | 3 |
| September | 2 |
| October | 5 |
| November | 3 |
| December | 4 |
| Total | 33 |

- 21 Field Days completed through September
- No rides conducted during July due to realignment
- ICC will target 12 remaining field day targets to regions not visited frequently YTD
  - South Central
  - West
  - Southeast

| ID # | Region | 2016 Total # of Field Days (ICC & EC) | 2017 Total # of Field Days (ICC & EC) YTD |
|---|---|---|---|
| 1810000 | Northeast | 3 | 12 |
| 1820000 | MidAtlantic | 4 | 7 |
| 1830000 | MidWest | 4 | 8 |
| 1840000 | Southeast | 4 | 6 |
| 1850000 | South Central | 4 | 6 |
| 1860000 | West | 4 | 7 |
|  |  | 23 | 46 |

Data as reported by vendor, ICC, at the end of September 2017.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                           PPLPC022001020797

# Investigations and Inquiries: Q3 '17





Source of Report (as of 10/9/17)

- YTD anonymous report percentage is 17.6% as compared to 42.3% for the market comparator. This is up slightly from Q2 (13.5%).
  - For comparison, in 2016, 27% of calls to our hotline were made anonymously vs. market comparison of 40.7%
- Lower than benchmark percentage anonymous calls, indicating trust in the system and the people who manage it.
- Anonymous calls are harder to properly and completely investigate. Employing more awareness and anti-retaliation training may empower more employees to identify themselves when the contact the Purdue Ethics & Compliance Hotline.

## INCIDENT REPORT ACTIVITY SUMMARY

| Original Incident Reports | PTD 7 | % | YTD 74 | % | YTD Market Comparison |
|---|---|---|---|---|---|
| Anonymous Reports | 2 | 28.6% | 13 | 17.6% | 42.3% |
| Non-Anonymous Reports | 5 | 71.4% | 61 | 82.4% | 57.7% |
| Escalated Incident Reports | 0 | 0.0% | 0 | 0.0% | 1.2% |
| Previously Reported To Mgmt | 2 | 28.6% | 6 | 8.1% | 24.6% |

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                         PPLPC022001020798

# Average cycle time for Direct Inquiries was 35 days



## Explanation of Direct Inquiries



Direct Inquiry

- Abuse & Diversion: Assumed responsibility for new process with multiple aged matters, artificially driving up completion time; completion time posed no addition risk to organization
- Field & Marketing: One investigation of an unreported AE artificially drove up timeline; other matters delayed due to time it takes to finalize a warning letter
- Remaining matters largely advising; limited compliance risk to the organization

Year
■ 2017

- *Data is Year-to-Date closed matters, not just for Q3 2017*

PROPRIETARY AND CONFIDENTIAL    8

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    PPLPC022001020799

# Average cycle time for Hotline Matters was 17 days



## Explanation of Hotline Matters



- Human Resources: There were three HR-related matters called into the Hotline that were forwarded to HR and due to personnel changes, investigation was delayed, leading to protracted close time (141 days for one matter and 122 days for each of the other two matters) for this category. If these three matters were excluded, the cycle time for HR matters would have been 13 days rather than 70 days.

Year
■ 2017

- *Data is Year-to-Date closed matters, not just for Q3 2017*

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    PPLPC022001020800

# Types of Incidents and Actions Taken: Q3 YTD 2017



We are running at approximately the same rate for each category as previous years, other than Abuse & Diversion, where we are higher at this point in the year due to implementing media reviews and related sales representative investigations.



Incident Types by Year
2017

- Corporate Security 1 (0%)
- Fee For Service Arrangements 2 (1%)
- Aggregate Spend 4 (2%)
- Other 5 (2%)
- Conflict of Interest 5 (2%)
- Code of Business Ethics 5 (2%)
- Legal Matters 7 (3%)
- OTC Products 9 (4%)
- Human Resources 14 (6%)
- Medical 47 (21%)
- Abuse & Diversion 51 (22%)
- Field/Marketing 77 (34%)

Total: 227

This quarter's data is consistent with previous years and previous quarters in 2017.



Primary Action By Year
2017

- Performance Improvement Plan 1 (1%)
- Resolved without Change 3 (2%)
- Forwarded to Responsible Company 4 (2%)
- None 6 (3%)
- Termination 10 (6%)
- Other 11 (6%)
- Advising 16 (9%)
- Coaching 23 (13%)
- Written Warning 26 (15%)
- Forwarded to Responsible Dept. 72 (42%)

Total: 172

Note: Graphs represent closed matters only

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PPLPC022001020801

# Sunshine Act Summary Data (unchanged since last report)



Spend ($M) / Number of records and disputes



| # records | 2013[1] | 2014 | 2015 | 2016 |
|---|---|---|---|---|
| Research | 1,047 | 2,145 | 525 | 256 |
| General | 25,336 | 65,658 | 78,617 | 80,143 |
| # Disputes | 26 | 114 | 18 | 23 |

Note: General Spend includes items such as speaker programs, HCP in-office meals, and HCP fee-for-service contracts. These items will be made public by CMS on June 30, 2017; research Spend is subject to a delay of up to 4 years to preserve confidential research activities
[1] Only includes August - December

PROPRIETARY AND CONFIDENTIAL    11

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                          PPLPC022001020802