# Exhibit 83



PROPRIETARY AND CONFIDENTIAL

Board of Directors Presentation:

# Ethics & Compliance Update

December 2017



# Executive Summary

- No significant compliance issues to report.

- Continue to meet or exceed all of our "business as usual" requirements.

- Significant progress made toward |important department objectives.

  - Communication efforts have been focused around Ethics Week, the Guiding Principles, the updated Code of Ethics, and the Supplier Guidance.

  - Initiatives have focused on supporting responsible opioid use, a compliant Symproic launch, and providing sufficient training and policy guidance to field.

  - Ethics & Compliance systems enhancements and process improvements completed.

- Implementing improved risk management process to identify, aggregate, track and mitigate risks across the organization.

  - Embedding risk management in day-to-day operations will foster collaboration between the "three lines of defense" – the business owners, control functions like compliance, and audit.

  - The Enterprise Risk Management Committee will be comprised of senior leaders, tasked with decision-making and oversight authority.

PROPRIETARY AND CONFIDENTIAL    2



# Sample of Recent "Business As Usual" Compliance Activities

| Element | Program Highlights |
|---|---|
| Compliance Officer & Committees | • Sales & Marketing Compliance Committee especially active leading to Symproic® launch<br>• Corporate Compliance Council Q3 meeting took place; enhancements planned for Q4<br>• Creation of Corporate Risk Management Committee |
| Standards & Procedures | • Purdue Pharma Guiding Principles – rolled out at October Town Hall Meeting<br>• Updated Code of Ethics created (launched in November)<br>• Third Party Vendor Guidelines (launched in November; mailed to select vendors by Procurement)<br>• Simplification and update of Sales Force SOPs (launched in November) |
| Lines of Communication | • Hotline volume – remains predominantly external inquiries related to medical questions<br>• Issued employee communication regarding Hotline; reminder re non-retaliation practices<br>• Multiple communications pertaining to Ethics Week 2017 |
| Training & Education | • Issued: ADD training; Prescription Drug Monitoring Act training launch to field sales force, Government Pricing, Suspicious Order Monitoring (SOM)<br>• Upcoming: Sunshine Act, Purdue Pharma Code of Ethics, Information Security, Import/Export SOP |
| Auditing & Monitoring | • Implemented Abuse & Diversion Detection (ADD) media reviews<br>• Ride alongs continue to be conducted by Ethics & Compliance team as well as third party vendor<br>• Compliance-related auditing activities underway by Internal Audit Function (IAF) group |
| Investigations & Disclosures | • Cleared high volume of sales representative investigations pertaining to ADD media reviews<br>• Implementing new system to improve efficiency of investigations and remediations<br>• Investigations training for new sales managers, HR, Ethics & Compliance, Law (planned for December) |
| Enforcement & Discipline | • Automating elements of sales discipline process to ensure consistent enforcement and to maximize efficiency |

# Ethics Week (week of November 13th)



PROPRIETARY AND CONFIDENTIAL    4

# Commercial Compliance Initiatives



| Initiative | Status |
|---|---|
| Collaborated with Commercial Leadership on field force **opioid call flow** and supporting responsible opioid use | |
| **Supporting Responsible Opioid Use Assessment** of all field sales personnel | Anticipated Jan '18 |
| Partnered with Commercial, Sales Ops, IT for compliant **Symproic® launch,** including sampling support | |
| Continued monitoring of **Speaker Programs** for Hysingla ER and Symproic | |
| Streamlined **Sales Force Standard Operating Procedures** (SOPs) and launched to field | |
| Partnered with Sales Training and Sales to develop and implement more robust **New Hire Training Standards** | |
| Evaluated and endorsed **Incentive Compensation model** for sales force personnel | |

PROPRIETARY AND CONFIDENTIAL



# System Improvements and Process Enhancements

| Initiative | Status |
|---|---|
| Created new Abuse & Diversion Detection (ADD) System | ▶ |
| Created new Suspicious Order Monitoring (SOM) System | ▶ |
| Creating new SOM "Know Your Customers' Customers" System | Anticipated Q1 2018 |
| Collaborated with Law, Manufacturing, Security and others on implementing updated Import/Export Controls SOP and controls | ▶ |
| Collaborated with Medical and Law on implementing improved Healthcare Professional (HCP) Vetting SOP and controls | ▶ |



# Risk Management Process Improvements Underway

| | |
|---|---|
| **Issue** | Need a comprehensive approach to identify and manage significant risks to the business |
| **Current Situation** | <ul><li>Risk Management, to the extent performed, is addressed by disparate functions throughout the organization utilizing varying methodologies<ul><li>Corporate Compliance Council reviews compliance risks</li><li>Executive Audit Committee reviews financial risks</li><li>Quality committees review manufacturing, quality, and supplier risks</li></ul></li><li>There may be risks that are not being identified, managed and tracked across the organization</li></ul> |
| **Planned Course of Action** | 1. Implement enhanced risk management processes and procedures company-wide<br>2. Establish a Enterprise Risk Management Committee (ERMC)<br>3. Establish cadence for routine reports to the Board of Directors |

PROPRIETARY AND CONFIDENTIAL



# Risk Management Obligations Shared Across Organization



## THE THREE LINES OF DEFENSE

| | | | |
|---|---|---|---|
| Regulator | | | |
| External Audit | | | |

**Governing Body/Audit Committee**

**Senior Management**

| First Line of Defense | Second Line of Defense | Third Line of Defense |
|---|---|---|
| Management and Employees | Finance / Security / Risk Management / Quality / Information Security / Compliance | Internal Audit |

PROPRIETARY AND CONFIDENTIAL

# Enterprise Risk Management Committee (ERMC) comprised of Senior Leaders



PURDUE

| Law (GC) | Finance (CFO) | CEO (Chair) | Ethics & Compliance | Advisors |
|---|---|---|---|---|

*Supported by Risk Management Project Director*

Reporting legal and litigation risks

Reporting financial risks from the **Executive Audit Committee**

Reporting compliance-related risks from the **Compliance Risk Council**

**ERMC Objectives**

- Monitor and understand Purdue's risk environment and current trends
- Determine Purdue's risk tolerance
- Review and challenge risks and risk management/mitigation plans
- Oversee risk management outcomes to ensure continuous improvement

**Timing of Deliverables**

- Onboarding of new Risk Management Project Director by early December
- First draft of consolidated Risk Register completed by mid-February
- Initial Meeting of ERMC to occur by end of February
- Quarterly meetings of ERMC thereafter; ad hoc meetings as needed
- Periodic reports to the Board of Directors, cadence to be determined

PROPRIETARY AND CONFIDENTIAL



# Appendix

PROPRIETARY AND CONFIDENTIAL    10

# Ride Alongs: We are on target to complete roughly 50 ride along monitoring sessions in 2017.

Our vendor, ICC, will complete 30 ride alongs by year end and employed compliance officers will complete approximately 20 additional programs.

- 30 Field Days completed through end of October
- No rides conducted during July due to realignment
- ICC will target remaining field day targets to regions not visited frequently YTD
  - South Central
  - West
  - Southeast

| ID # | Region | 2016 Total # of Field Days (ICC & EC) | 2017 Total # of Field Days (ICC & EC) YTD |
|---|---|---|---|
| 1810000 | Northeast | 3 | 12 |
| 1820000 | MidAtlantic | 4 | 7 |
| 1830000 | MidWest | 4 | 8 |
| 1840000 | Southeast | 4 | 6 |
| 1850000 | South Central | 4 | 6 |
| 1860000 | West | 4 | 7 |
| | | 23 | 46 |

| Month | ICC Monitored Field Days |
|---|---|
| February | 4 |
| March | 5 |
| April | 4 |
| May | 1 |
| June | 2 |
| July | 0 |
| August | 3 |
| September | 2 |
| October | 5 |
| November | 3 |
| December | 4 |
| Total | 33 |

PROPRIETARY AND CONFIDENTIAL    11

Data as reported by vendor, ICC, at the end of September 2017.

# Investigations and Inquiries: YTD '17

## Source of Report (as of 11/19/17)



- YTD anonymous report percentage is 19.1% as compared to 42.3% for the market comparator. This is up from Q2 (13.5%).
  - For comparison, in 2016, 27% of calls to our hotline were made anonymously vs. market comparison of 40.7%
- Lower than benchmark percentage anonymous calls, indicating trust in the system and the people who manage it.
- Anonymous calls are harder to properly and completely investigate. Employing more awareness and anti-retaliation training may empower more employees to identify themselves when the contact the Purdue Ethics & Compliance Hotline.

## INCIDENT REPORT ACTIVITY SUMMARY

| Original Incident Reports | PTD | % | YTD | % | YTD Market Comparison |
|---|---|---|---|---|---|
| | 10 | | 84 | | |
| Anonymous Reports | 3 | 30.0% | 16 | 19.1% | 42.3% |
| Non-Anonymous Reports | 7 | 70.0% | 68 | 81.0% | 57.7% |
| Escalated Incident Reports | 0 | 0.0% | 0 | 0.0% | 1.2% |
| Previously Reported To Mgmt | 1 | 10.0% | 7 | 8.3% | 24.7% |



# Average cycle time for Direct Inquiries was 39 days

## Explanation of Direct Inquiries

- Abuse & Diversion: Assumed responsibility for new process with multiple aged matters, artificially driving up completion time; completion time posed no addition risk to organization

- Field & Marketing: One investigation of an unreported AE artificially drove up timeline; other matters delayed due to time it takes to finalize a warning letter

- Remaining matters largely advising; limited compliance risk to the organization





Direct Inquiry

Year
■ 2017



# Average cycle time for Hotline Matters was 18 days

## Explanation of Hotline Matters

- Human Resources: There were three HR-related matters called into the Hotline that were forwarded to HR and due to personnel changes, investigation was delayed, leading to protracted close time (141 days for one matter and 122 days for each of the other two matters) for this category. If these three matters were excluded, the cycle time for HR matters would have been 13 days rather than 70 days.

- *Data is Year-to-Date closed matters, not just for Q3 2017*



# Types of Incidents and Actions Taken: YTD 2017

We are running at approximately the same rate for each category as previous years, other than Abuse & Diversion, where we are higher at this point in the year due to implementing media reviews and related sales representative investigations.



Incident Types by Year
2017

Corporate Security 1 (0%)
Fee For Service Arrangements 2 (1%)
Aggregate Spend 4 (2%)
Code of Business Ethics 5 (2%)
Other 7 (3%)
OTC Products 9 (3%)
Legal Matters 9 (3%)
Conflict of Interest 10 (4%)
Human Resources 14 (5%)

Field/Marketing 94 (36%)

Medical 54 (21%)

Abuse & Diversion 52 (20%)

261

This quarter's data is consistent with previous years and previous quarters in 2017.



Primary Action By Year
2017

Performance Improvement Plan 1 (0%)
Resolved without Change 3 (1%)
Forwarded to Responsible Compam 4 (2%)
Other 11 (4%)
Termination 14 (6%)

None 16 (7%)

Advising 19 (9%)

Written Warning 31 (14%)

Forwarded to Responsible Dept. 82 (37%)

Coaching 38 (17%)

221

Note: Graphs represent closed matters only

PROPRIETARY AND CONFIDENTIAL    15



# Sunshine Act Summary Data (unchanged since last report)

## Spend ($M) / Number of records and disputes



| | 2013 [1] | 2014 | 2015 | 2016 |
|---|---|---|---|---|
| # records | | | | |
| Research | 1,047 | 2,145 | 525 | 256 |
| General | 25,336 | 65,658 | 78,617 | 80,143 |
| # Disputes | 26 | 114 | 18 | 23 |

Legend: Research Payments / General Payments

Research Payments values: $7.3 (2013), $16.3 (2014), $7.6 (2015), $7.9 (2016)
General Payments values: $3.8 (2013), $7.4 (2014), $11.2 (2015), $7.6 (2016)

Note: General Spend includes items such as speaker programs, HCP in-office meals, and HCP fee-for-service contracts. These items will be made public by CMS on June 30, 2017; research Spend is subject to a delay of up to 4 years to preserve confidential research activities
[1] Only includes August - December

PROPRIETARY AND CONFIDENTIAL    16