# Exhibit 84

Board of Directors Presentation:

# Ethics & Compliance Update Pre-Read

March 2018

PURDUE

PROPRIETARY AND CONFIDENTIAL

U.S. - 51

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004414931

Ex. 084 Pg 3 of 15

# Executive Summary

PURDUE

- No significant compliance issues to report.
- The Ethics & Compliance team has led or collaborated with the business on several important projects including:
  1. Critical improvements to Suspicious Order Monitoring (SOM)
  2. Creation of first Enterprise Risk Management program
  3. Active involvement in organizational new operating model
- We continue to meet or exceed all of our "business as usual" requirements.

PROPRIETARY AND CONFIDENTIAL 2

U.S. - 52

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PPLP004414932



Ex. 084 Pg 4 of 15

1

# Critical improvements to Suspicious Order Monitoring (SOM)

PURDUE

PEOPLE
TECHNOLOGY
PROCESS

- Hired subject matter experts
- Transferred program management to Ethics & Compliance
- Established cross-functional committee and program management oversight

- Selected and implemented SOMs software
- Improved algorithm, resulting in more targeted order review
- Developed automated system to review downstream wholesaler data

- Conducted site visits for majority of Purdue and Rhodes customers
- Streamlined "Know Your Customer's Customer (KYCC)"
- Rhodes' SOM and KYCC due diligence now managed by Purdue Ethics & Compliance team
- No modification of orders permitted

PROPRIETARY AND CONFIDENTIAL 3

U.S. - 53

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PPLP004414933



2

# Creation of first Enterprise Risk Management program

ERM
enterprise risk management

Dec '17- Jan '18 | Phase I | TODAY | Phase II

## Framework, Identification, & Assessment

**Establish Framework**
- EC and Board Approval
- Hired ERM leadership
- Set Risk Register & Analytic criteria

**Risk Identification**
- Conducted 45 interviews in 17 functions
- Added ERM to Ethics & Compliance Councils for Commercial & Medical Affairs

**Assessment**
- Characterized risk categories & ratings: **Impact**, **Likelihood,** & **Control**
- Confirmed with key stakeholders

## Mitigation & Monitoring

**Mitigation Plans**
- Address mitigation plans and progress
- Reassess risks biannually (July and January)

Enterprise Risk Council 3/20

PROPRIETARY AND CONFIDENTIAL 4

U.S. - 54

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PPLP004414934

 

# Active involvement in organizational new operating model

| Business Unit | Initiative | Status |
|---|---|---|
| Commercial | Collaborated with Commercial team on discontinuation of sales representative visits to prescriber offices to discuss opioids | Completed |
| Commercial | Ensured appropriate execution of compliance-related elements of sales force employee separations including sampling, materials return | Completed |
| Commercial | Evaluated and endorsed Incentive Compensation model for sales force personnel who were retained and separated in Feb 2018 | Completed |
| Commercial | Partnering with Corporate Security and Commercial to discontinue RxREACTS speaker programs (to healthcare professional audiences), effective April 1, 2018 | Pending |
| Medical Affairs | Collaborating with Medical Affairs on supporting healthcare professionals on responsible opioid utilization | Pending |
| Medical Affairs | Advising on updates to systems to track customer interactions | Pending |

Completed
Pending

# Sample of Recent "Business As Usual" Compliance Activities

| Element | Program Highlights |
|---|---|
| Compliance Officer & Committees | • Updated membership of Commercial Ethics & Compliance Committee<br>• Convened Medical Affairs Ethics & Compliance Committee<br>• Anticipating first meeting of Enterprise Compliance & Risk Management Council (March) |
| Standards & Procedures | • Updated Ethics & Compliance Department Charter<br>• Updating SOPs across organization to align to changed commercial model for opioids |
| Lines of Communication | • Created robust communication plan for 2018<br>• Introduced "The Compass" – new Ethics & Compliance Newsletter for all employees<br>• Hotline volume – remains predominantly external inquiries related to medical questions |
| Training & Education | • Issued: Information Security Awareness, Conflicts of Interest, Code of Ethics, Sunshine Act<br>• Upcoming: Careful Communication, Import/Export Controls, Social Media Policy |
| Auditing & Monitoring | • Conducted ride alongs for approximately 10% of field sales force by Ethics & Compliance team or trained third party vendor<br>• Commenced President's Club audit in collaboration with Internal Audit Function (IAF) group |
| Investigations & Disclosures | • Implemented new system to improve efficiency of investigations and remediations<br>• Trained sales directors, HR, Ethics & Compliance, Law on conducting investigations<br>• Managing influx of Exit Interview Questionnaires from separated colleagues to identify and follow up on any identified compliance issues |
| Enforcement & Discipline | • Automated elements of sales discipline process to ensure consistent enforcement and to maximize efficiency |



PURDUE

# Appendix

PROPRIETARY AND CONFIDENTIAL 7

U.S. - 57

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PPLP004414937



Ex. 084 Pg 9 of 15

PURDUE

# Ride Alongs: Completed 51 Ride Alongs in 2017

531 Field Sales Representatives

- *10% of Field Sales Force Reps and 212 Sales Calls Monitored*

59 Sales Districts

- *~97% of all Sales Districts monitored between 2016 and 2017*

6 Sales Regions

- *~8.5 Sales Reps per Region on Average monitored during 2017*

PROPRIETARY AND CONFIDENTIAL 8

U.S. - 58

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PPLP004414938

# Ride Alongs:
# 2017 Field Day Monitoring Sample Size % by Sales Region

PURDUE

- Our vendor, ICC, completed 32 ride alongs
- E&C completed 19 additional ride alongs
- Worked with at least 1 Sales Representative in each district in 95% of Sales Districts in last 14 months
- 3 Districts did not have a ride along – we will cover in 2018

WEST
6.7%
SOUTH CENTRAL
7.2%
SOUTHEAST
6.6%
MIDWEST
9.5%
MIDATLANTIC
8.6%
NORTHEAST
18.7%
0.0%
5.0%
10.0%
15.0%
20.0%

## ICC Monitored Field Day Sales Calls Monitored Purdue vs. Others

6.8
OTHERS
4.1
0
1
2
3
4
5
6
7
8

PROPRIETARY AND CONFIDENTIAL 9

U.S. - 59

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PPLP004414939



# Investigations and Inquiries: YTD 2018

- While a small sample set (n=6 for January YTD), anonymous report percentage is 50% as compared to 42.0% for the market comparator.
  - For comparison, in 2016, 20.7% of calls to our hotline were made anonymously vs. market comparison of 42.4%
- Slightly higher than benchmark percentage of anonymous calls than in the past.
- Anonymous calls are harder to properly and completely investigate.
- We are employing more awareness and anti-retaliation training to empower employees to identify themselves when the contact the Purdue Ethics & Compliance Hotline.

**INCIDENT REPORT ACTIVITY SUMMARY**

| | PTD | | YTD | | YTD Market Comparison |
|---|---|---|---|---|---|
| **Original Incident Reports** | **6** | **%** | **6** | **%** | |
| Anonymous Reports | 3 | 50.0% | 3 | 50.0% | 42.0% |
| Non-Anonymous Reports | 3 | 50.0% | 3 | 50.0% | 58.0% |
| | | | | | |
| Escalated Incident Reports | 0 | 0.0% | 0 | 0.0% | 0.9% |
| Previously Reported To Mgmt | 1 | 16.7% | 1 | 16.7% | 27.0% |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



PURDUE

# Average cycle time for Direct Inquiries was 62 days

## Explanation of Direct Inquiries

Direct Inquiry
146
106
35
31
29
15
10
5
3
2
Year

- Abuse & Diversion: Assumed responsibility for new process with multiple aged matters, artificially driving up completion time; completion time posed no addition risk to organization
- Field & Marketing: One investigation of an unreported AE artificially drove up timeline; other matters delayed due to time it takes to finalize a warning letter
- Remaining matters largely advising; limited compliance risk to the organization

- *Data is Year-to-Date closed matters*

# Average cycle time for Hotline Matters was 18 days

## Explanation of Hotline Matters

Human Resources: There were three HR-related matters called into the Hotline that were forwarded to HR and due to personnel changes, investigation was delayed, leading to protracted close time (141 days for one matter and 122 days for each of the other two matters) for this category. If these three matters were excluded, the cycle time for HR matters would have been 13 days rather than 70 days.

*Data is Year-to-Date closed matters*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PURDUE

# Types of Incidents and Actions Taken: 2017

**We are running at approximately the same rate for each category as previous years, other than Abuse & Diversion, where we are higher at this point in the year due to implementing media reviews and related sales representative investigations.**

Incident Types by Year
2017
Intellectual Property 1 (0%)
Corporate Security 1 (0%)
Fee For Service Arrangements 2 (1%)
Code of Business Ethics 5 (1%)
Aggregate Spend 5 (1%)
Other 8 (2%)
OTC Products 9 (3%)
Conflict of Interest 11 (3%)
Legal Matters 12 (3%)
Human Resources 15 (4%)
Medical 61 (18%)
Abuse & Diversion 82 (24%)
Field Marketing 131 (38%)
343

**This quarter's data is consistent with previous years and previous quarters in 2017.**

Primary Action By Year
2017
Suspension 1 (0%)
Performance Improvement Plan 1 (0%)
Resolved without Change 3 (1%)
Forwarded to Responsible Company 4 (1%)
Other 15 (4%)
Termination 18 (5%)
Advising 31 (9%)
Written Warning 42 (12%)
None 50 (15%)
Forwarded to Responsible Dept. 104 (31%)
Coaching 69 (20%)
338

Note: Graphs represent closed matters only

U.S. - 63

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Sunshine Act Summary Data

## Spend ($M) / Number of records and disputes

| # records | 2013[1] | 2014 | 2015 | 2016 | 2017[2] |
|---|---|---|---|---|---|
| Research | 1,047 | 2,145 | 525 | 256 | 356 |
| General | 25,336 | 65,658 | 78,617 | 80,143 | 56,822 |
| # Disputes | 26 | 114 | 18 | 23 | Dispute resolution starts April 1st |

Note: General Spend includes items such as speaker programs, HCP in-office meals, and HCP fee-for-service contracts. These items will be made public by CMS on June 30, 2018; research Spend is subject to a delay of up to 4 years to preserve confidential research activities. Delayed 2013 research spend will be made public this year.

[1] Only includes August – December

[2] 2017 Data not yet final – subject to change.

U.S. - 64

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY