# Exhibit 86

## Ethics & Compliance, Departmental Org. Chart, July 2018



PROPRIETARY AND CONFIDENTIAL

8

U.S. - 47

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PPLP004415068