Jasmine Ball
Maura Kathleen Monaghan
Jeffrey J. Rosen
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Beacon Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

## DECLARATION OF JASMINE BALL

I, Jasmine Ball, an attorney duly admitted to practice in the Southern District of New York, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I represent the Mortimer Sackler Initial Covered Sackler Persons (the "Mortimer Sackler ICSPs") in this dispute.

2. I submit this declaration pursuant to the Stipulation and Agreed Order Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection with UCC Privileges

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Motions (Dkt. No. 2140) in the above captioned case and state that true and correct copies or excerpts of the following documents are attached as exhibits hereto:

3. Attached as Exhibit 11 is a true and correct copy of a quarterly corporate compliance report made to the Purdue Board of Directors dated October 19, 2009, beginning with Bates number PPLP004402982. This document was previously filed under seal as exhibit 11 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

4. Attached as Exhibit 16 is a true and correct copy of a July 19, 2012 compliance presentation made to the Purdue Board of Directors, beginning with Bates number PPLP004408046. This document was previously filed under seal as exhibit 16 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

5. Attached as Exhibit 17 is a partially redacted true and correct copy of Oct. 7, 2016, Douglas R. Jensen, Auditor's First Report on Purdue Pharma's ADD Program, beginning with Bates number PPLP004473667. This document was previously filed under seal as exhibit 17 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

6. Attached as Exhibit 18 is a partially redacted true and correct copy of Oct. 20, 2017, Douglas R. Jensen, Auditor's Second Report on Purdue Pharma's ADD Program, beginning with Bates number PPLP004473709. This document was previously filed under seal as exhibit 18 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

7. Attached as Exhibit 19 is a partially redacted true and correct copy of Oct. 19, 2018, Douglas R. Jensen, Auditor's Third and Final Report on Purdue Pharma's ADD Program, beginning with Bates number PPLP004473738.  This document was previously filed under seal as exhibit 19 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

Dated:  December 21, 2020
        New York, New York

                                    By:    */s/ Jasmine Ball*
                                           Jasmine Ball
                                           DEBEVOISE & PLIMPTON LLP
                                           919 Third Avenue
                                           New York, New York 10022
                                           Telephone:  (212) 909-6000
                                           Facsimile:  (212) 909-6836
                                           Email: jball@debevoise.com

                                           *Attorney for Beacon Company*