UNREDACTED - CONTAINS INFORMATION THAT PARTIES DESIGNATED AS CONFIDENTIAL OR HIGHLY CONFIDENTIAL -
TREAT SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 16

UNREDACTED CONTAINS INFORMATION THAT LEAD TO POSSESSED BY LEGAL FOR DISCOVERY FILED
TREAT SUBJECT TO PROTECTIVE ORDER

# Report to Board of Directors:

# Post-CIA Compliance Program

## Corporate Compliance Department
## July 19, 2012



7.10.12

U.S. - 54

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004408046

UNREDACTED – CONTAINS HIGHLY CONFIDENTIAL AND BUSINESS SENSITIVE MATERIAL – HIGHLY CONFIDENTIAL – TREAT SUBJECT TO PROTECTIVE ORDER

# Purdue's Compliance Program



- Compliance Department began in 2004 with the goal to have a company-wide compliance program that would also be CIA-ready within 3-5 years (many policies and SOPs in place before)

- When the CIA was negotiated in 2007, nearly all aspects of the CIA requirements were already in place, consistent with government compliance guidances, including:

  - Code of Conduct, policies, and procedures

  - Compliance Training

  - Auditing, monitoring, and reporting

  - Procedures for investigations of potential issues

  - Consistent discipline process



U.S. - 55

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    PPLP004408047

UNREDACTED - CONTAINS HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY FILING
TREAT SUBJECT TO PROTECTIVE ORDER

# Purdue's Compliance Program



***Post-CIA there will be little change in Purdue's compliance program***

- We will continue to address compliance risks company-wide

- We will continue to do nearly all CIA-required compliance activities

- We will drop a small percentage of total workload that was OIG-centric (e.g., reporting to OIG), but expand other valuable activities

Efforts already underway to communicate to employees about Purdue's compliance program post-CIA



U.S. - 56

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    PPLP004408048

UNREDACTED VERSION CONTAINS INFORMATION THAT IS HIGHLY CONFIDENTIAL
TREAT SUBJECT TO PROTECTIVE ORDER



# CIA-Required Compliance Activities

The following five slides highlight Purdue's ongoing
compliance program versus the CIA requirements



U.S. - 57

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004408049

UNREDACTED CONTAINS HIGHLY CONFIDENTIAL BUSINESS INFORMATION – HIGHLY SENSITIVE
TREAT SUBJECT TO PROTECTIVE ORDER

## *Activities To be Continued* (without change)



- Quarterly reports to Purdue's Board of Directors

- Hotline and other matters reviewed, investigated, documented in Axentis

- Investigation/disposition of compliance matters with Sales Discipline Committee, and reports to Corporate Compliance Council (CCC)

- No Reportable Events obligation after CIA, but significant matters will continue to be evaluated by Law and Compliance, and reviewed by CCC

- Promotion Monitoring Program  (Field Contact Reports)
  - DM Ride-Alongs - CIA minimum of 5 days/rep/yr;  Sales' standard is minimum of 8



U.S. - 58

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    PPLP004408050

UNREDACTED VERSION CONTAINS INFORMATION THAT IS SUBJECT TO AN EXISTING PROTECTIVE ORDER TO BE FILED UNDER SEAL OR OTHERWISE TREAT SUBJECT TO PROTECTIVE ORDER

# *Activities To be Continued* (without change)



- Code of Ethics, Health Care Law Compliance Policies (HCLC), and Departmental SOPs to be reviewed, updated, distributed periodically

- Compliance Training requirements

  - Course material to be consolidated -- more relevant to actual risks

  - All employees and most contract employees to be trained

  - 3rd parties to receive only relevant, targeted training

  - Continue to train Field Force on significant FPI and Promotional Materials changes

- Screen employees and 3rd parties on hire and annually against government exclusion lists

- Record retention per 10 year Purdue SOP (vs. CIA 6 year retention)



U.S. - 59

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004408051

UNREDACTED – CONTAINS HIGHLY CONFIDENTIAL INFORMATION – ESSENTIALLY UNDER SEAL / UNDER SEAL / TREAT SUBJECT TO PROTECTIVE ORDER

## *Activities To be Continued* (with changes)

### Reporting "Reportable Events" to OIG stops

- Notifications to OIG of compliance issues to be considered, if warranted, under OIG Provider Disclosure Protocol

# Redacted



U.S. - 60

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    PPLP004408052

UNREDACTED - CONTAINS REDACTIONS IN LESS PUBLICLY-FILED VERSION
TREAT SUBJECT TO PROTECTIVE ORDER

# *Activities To be Continued* (with changes)



- **Corporate Compliance Committee**
  - Expanded scope and function to oversee major areas of compliance risk company-wide, and not limited to CIA scope
  - Membership smaller, more operational
  - Post meeting summaries to be distributed
- **Medical Services (not Compliance) to monitor Representative-effected Medical Information Request Forms;**
  - CIA-required monitoring by Compliance has provided no benefit and took considerable effort
  - Compliance to have oversight and audit role



U.S. - 61

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004408053

UNREDACTED - CONTAINS INFORMATION THAT PARTIES HAVE DESIGNATED AS CONFIDENTIAL OR HIGHLY CONFIDENTIAL - TREAT SUBJECT TO PROTECTIVE ORDER

# *Activities To be Stopped*



- Annual OIG reports and certification

- Annual IRO reviews

- Other CIA-required notifications to OIG

- Designations of employees and others as "Covered Persons" and "Relevant Covered Persons"



U.S. - 62

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004408054

UNREDACTED - CONTAINS HIGHLY CONFIDENTIAL - PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Attorneys General Agreement



- 10 year AG Agreement, started in May 2007

- Purdue committed to continue OxyContin Abuse and Diversion Detection Program predicated on RSOP 1.7.1

- Annual reminder and training to employees continues

- Dear HCP Letter and Brochure providing written, non-branded education on abuse and diversion of opioids continues



U.S. - 63

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004408055

UNREDACTED - CONTAINS REDACTED INFORMATION ELSEWHERE THAT WE MUST TREAT SUBJECT TO PROTECTIVE ORDER



# Maintaining Purdue's Compliance Program as "State of the Art"

## Activities we will continue, or add, to Purdue's overall compliance program



U.S. - 64

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

UNREDACTED - CONTAINS REDACTED IN OTHER PROCESSIONS COVERED FILED UNDER SEAL OR SUBJECT TO TREAT SUBJECT TO PROTECTIVE ORDER

# Current CIA Requirements – Other Companies



New CIAs focus on individual company issues, but reflect OIG's wider views on what makes for effective compliance. We continually review and selectively implement practices that we believe will add compliance value for Purdue.  The most recent CIAs contain many of the following new elements:

- Sales Representative Incentive compensation plans should minimize risk of off-label promotion and exclude compensation for off-label prescribing/promotion; "claw-back" provisions

- Transparency/disclosure requirements increasing -- Disclosures by Consultants and authors, Reporting of physician payments, medical education grants, charitable contributions, clinical trials, post marketing commitments and other transfers of value to HCPs/customers



U.S. - 65

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004408057

UNREDACTED - CONTAINS REDACTED PROFESSIONALS' EYES ONLY FILED
TREAT SUBJECT TO PROTECTIVE ORDER

# Current CIA Requirements – Other Companies



- "Risk Assessment and Mitigation Plan"
- Semi-annual product-by-product risk management plans
- Monitoring requirements continue to expand to include more promotional, non-promotional, and managed care functions
- Sales Representative call notes, documents, emails, materials, etc.
  - Consulting arrangements, speaker programs, publication activities, medical education grants, research studies, etc.
  - Medical Services materials
  - Medical personnel interactions with HCPs
- Annual reviews of call plans and sample plans
- Pricing and rebate reviews



U.S. - 66

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    PPLP004408058

UNREDACTED - CONTAINS HIGHLY CONFIDENTIAL INFORMATION THAT POSSESSES AND MAY REQUIRE, PLEASE TREAT SUBJECT TO PROTECTIVE ORDER



# The Future of Compliance:

# Areas of Focus



U.S. - 67

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004408059

UNREDACTED – CONTAINS INFORMATION TO BE PROCESSED UNDER HIGHLY CONFIDENTIAL FILING
TREAT SUBJECT TO PROTECTIVE ORDER



# Future Focus

- **Manufacturing and Quality** have already become an enforcement priority industry-wide, with big settlements paid

- **R&D** is the widely predicted focus area of the future, with outsourced clinical trials, data integrity, subject protection, and investigator initiated trials most discussed

- **Commercial Area** will continue to be an enforcement focus of Federal and State authorities, and individual plaintiffs; there is talk that big off-label cases are coming to an end, but managed care is a new area of scrutiny



U.S. - 68

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                PPLP004408060

UNREDACTED CONTAINS HIGHLY CONFIDENTIAL ANALYSIS AND/OR INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

Exhibit 16

# Commercial Monitoring Program



Monitoring of <u>both</u> sales forces to be continued / strengthened

- Annual Ride-Alongs with sales personnel to better understand challenges faced by Sales Representatives

- District Meetings, other meetings

- Conventions/Product Theaters

- Speaker Programs

- Call Note Monitoring

- Field Contact Reports

- Documents and email communications reviews



U.S. - 69

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004408061

UNREDACTED - CONTAINS INFORMATION THAT DEBTORS UNNECESSARILY DESIGNATED CONFIDENTIAL OR HIGHLY CONFIDENTIAL -
TREAT SUBJECT TO PROTECTIVE ORDER



# Inquiries by Quarter  (1Q05 – 2Q12)





U.S. - 70

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    PPLP004408062

UNREDACTED - CONTAINS DOCUMENTS OR INFORMATION THAT MAY BE SUBJECT TO TREAT SUBJECT TO PROTECTIVE ORDER



# 2Q 2012 Compliance Inquiries





U.S. - 71

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004408063

UNREDACTED - CONTAINS REDACTED INFORMATION SUBJECT TO CONTINUED MOTION TO TREAT SUBJECT TO PROTECTIVE ORDER

Exhibit 16



# 2Q 2012 Inquiry Response Time



**Days to Close Inquiries 2Q 2012 (as of 7/6/12)**

(Bar chart — Number of Inquiries vs. Days to Close)

- 0-7: 29
- 8-14: 6
- 15-30: 7
- 31-60: 6
- 61-90: 2
- >90: 7



U.S. - 72

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004408064