IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>            Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD) |

**NOTICE OF HEARING ON SECOND MOTION TO UNSEAL JUDICIAL RECORDS
BY MEDIA INTERVENORS DOW JONES & COMPANY, INC., BOSTON GLOBE
MEDIA PARTNERS, LLC, AND REUTERS NEWS & MEDIA, INC.**

PLEASE TAKE NOTICE that, upon the annexed Motion dated December 22, 2020, Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc., by their undersigned counsel, will move before the Honorable Robert D. Drain, United States Bankruptcy Judge, in the United States Bankruptcy Court of the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, White Plains, New York 10601, on January 20, 2021, at 10:00 a.m. (prevailing Eastern Time), or as soon thereafter as counsel may be heard, for an Order permitting public access to certain sealed and redacted documents filed with the Court in these proceedings.

PLEASE TAKE FURTHER NOTICE that pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.), such hearing shall be conducted telephonically so long as General Order M-543 is in effect on the day of the hearing or unless otherwise ordered by the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that any hearing conducted by telephone shall be conducted pursuant to Judge Drain's guidelines for telephonic appearances and may require

1

registration with Court Solutions LLC.  Judge Drain's guidelines may be found at

http://www.nysb.uscourts.gov/content/judge-drains-chambers-rules.  You may reach Court

Solutions by telephone at (917) 746-7476 or online at www.court-solutions.com.  You need not

appear at the hearing if you do not object to the relief requested in the Motion.

PLEASE TAKE FURTHER NOTICE that the Motion was electronically filed with

the Bankruptcy Court.  Copies of the Motion cases may be obtained free of charge by visiting

the website of Prime Clerk at https://restructuring.primeclerk.com/purduepharma.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion

shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local

Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy

Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac

vice, electronically in accordance with General Order M-399, and (b) by all other parties in

interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy

delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy

Court and General Order M-399, to the extent applicable, and shall be served in accordance with

the Second Amended Order Establishing Certain Notice, Case Management, and Administrative

Procedures entered on November 18, 2019 [ECF 498], so as to be actually received no later than

January 13, 2021, at 4:00 p.m. (prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the

Hearing and a failure to appear may result in relief being granted upon default.

PLEASE TAKE FURTHER NOTICE that the Hearing may be continued or adjourned

thereafter from time to time without further notice other than an announcement of the adjourned

date or dates in open court at the Hearing.

Date:   December 22, 2020

Respectfully submitted,

<u>*/s/ Katie Townsend*</u>
Katie Townsend
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
ktownsend@rcfp.org

*Counsel for Media Intervenors
Dow Jones & Company, Inc.,
Boston Globe Media Partners, LLC,
and Reuters News & Media, Inc.*

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD) |

**SECOND MOTION TO UNSEAL JUDICIAL RECORDS BY MEDIA INTERVENORS DOW JONES & COMPANY, INC., BOSTON GLOBE MEDIA PARTNERS, LLC, AND <u>REUTERS NEWS & MEDIA, INC.</u>**

Dow Jones & Company, Inc. ("Dow Jones"), publisher of *The Wall Street Journal* and other publications, including *WSJ Pro Bankruptcy* and Dow Jones Newswires, Boston Globe Media Partners, LLC, publisher of *The Boston Globe* and *STAT*, and Reuters News & Media, Inc. ("Reuters") (collectively, the "Media Intervenors"), hereby move to unseal all sealed and redacted judicial documents filed with the Court in these proceedings since the filing of their prior *Motion to Intervene and Unseal Judicial Records*, ECF 2022, including, specifically, the following judicial documents, to the extent such documents are not filed in unredacted form and placed on the public docket on or before January 11, 2021:

<u>*The Sealed Judicial Documents:*</u>

- Exhibits 1–21, 23–64, 66–67, and 69–71 to the Declaration of Mara Leventhal Dated December 9, 2020, ECF 2094;

- Exhibits 1–16 to the Supplemental Declaration of Jasmine Ball Dated December 9, 2020, ECF 2096.

1

***The Redacted Judicial Documents:***

- The Raymond Sackler Family's Surreply in Further Support of its Opposition to the Official Committee of Unsecured Creditors' Exceptions Motion, ECF 2093;

- Sur-Reply Memorandum of Objection of Mortimer Sackler Initial Covered Sackler Persons to the Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for *In Camera* Review, Based on Good Cause, Crime Fraud, and At Issue Exceptions to Claims of Privilege, ECF 2095;

- Exhibit 65 to the Declaration of Mara Leventhal Dated December 9, 2020, ECF 2094, publicly filed in redacted form on December 18, 2020, ECF 2167-47; ECF 2167-48.

Date:   December 22, 2020                              Respectfully submitted,

/s/ *Katie Townsend*
Katie Townsend
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
ktownsend@rcfp.org

*Counsel for Media Intervenors*
*Dow Jones & Company, Inc.,*
*Boston Globe Media Partners, LLC,*
*and Reuters News & Media, Inc.*

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>          Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD) |

**MEMORANDUM OF LAW IN SUPPORT OF SECOND MOTION TO UNSEAL JUDICIAL RECORDS BY MEDIA INTERVENORS DOW JONES & COMPANY, INC., BOSTON GLOBE MEDIA PARTNERS, LLC, AND REUTERS NEWS & MEDIA, INC.**

Dow Jones & Company, Inc. ("Dow Jones"), publisher of *The Wall Street Journal* and other publications, including *WSJ Pro Bankruptcy* and Dow Jones Newswires, Boston Globe Media Partners, LLC, publisher of *The Boston Globe* and *STAT*, and Reuters News & Media, Inc. ("Reuters") (collectively, the "Media Intervenors"), submit this Memorandum of Law in support of their *Second Motion to Unseal Judicial Records*.

For the reasons set forth in the Media Intervenors' first *Motion to Intervene and Unseal Judicial Records*, ECF 2022 (hereinafter, the "First Unsealing Motion"), which is expressly incorporated by reference herein, the Media Intervenors respectfully request that the Court unseal the sealed and redacted judicial records filed in these proceedings since their First Unsealing Motion, to the extent such documents are not filed in unredacted form and placed on the public docket on or before January 11, 2021.

**BACKGROUND**

1.  The Media Intervenors filed their First Unsealing Motion on November 23, 2020, ECF 2022, followed by a *Motion for Leave to Amend Proposed Order* on November 30, 2020, ECF 2039.

1

2. On September 30, 2020, the Official Committee of Unsecured Creditors of Purdue Pharma, L.P. ("UCC") filed two concurrent motions to compel the production of hundreds of thousands of documents that the Debtors and the Sackler Families have withheld in discovery under claims of privilege.[1]

3. In their First Unsealing Motion, the Media Intervenors moved the Court for an order unsealing court documents filed in connection with, including in opposition to, the UCC's Challenges Motion and its Exceptions Motion. First Unsealing Mot. at 1–3.

4. Following the filing of the First Unsealing Motion, on December 9, 2020, the Sackler Families filed sur-replies in further opposition to the UCC Privileges Motions on December 9, 2020, along with supporting material and exhibits, in heavily redacted form (the "Sackler Families Sur-Reply Documents").[2]

5. Pursuant to a stipulation so ordered by the Court on December 15, 2020, the UCC, Debtors, the Sackler Families, the Non-Consenting States and the IACs[3] agreed to propose sealing or redactions to (1) the sealed court records sought to be unsealed by the First Sealing Motion and (2) the Sackler Families Sur-Reply Documents, and to publicly file the materials that

---

[1] *See Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Failure of the Sacklers and the Debtors to Demonstrate Documents Identified on Logs Are Privileged*, ECF 1752 (hereinafter, the "Challenges Motion"); *Official Committee of Unsecured Creditors' Mot. to Compel Produc. of Purportedly Privileged Docs., or for In Camera Review, Based on Good Cause, Crime Fraud, and At Issue Exceptions to Claims of Privilege*, ECF 1753 (hereinafter, the "Exceptions Motion").

[2] *See The Raymond Sackler Family's Surreply In Further Support of Its Opposition To The Official Committee of Unsecured Creditors' Exceptions Motion*, ECF No. 2093; *Declaration of Mara Leventhal Dated December 9, 2020*, ECF No. 2094 (hereinafter, the "Leventhal Declaration"); *Sur-Reply Memorandum of Objection of Mortimer Sackler Initial Covered Sackler Persons to the Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privilege*, ECF No. 2095; *Declaration of Jasmine Ball*, ECF No. 2096.

[3] As used in the stipulation, "IACs" refer to the entities represented by Royer Cooper Cohen Braunfeld LLC in these Chapter 11 Cases as of the date of the stipulation.

2

no party asserts should remain under seal in three groups: the first on December 18, 2020; the second on December 21, 2020; and the third on January 11, 2021. *Stipulation and Agreed Order Regarding Media Intervenors' Mot. to Unseal Materials Filed in Connection with UCC Privileges Mots*. at 5–7, ECF 2136 (hereinafter, the "Stipulation"). Further, pursuant to that Stipulation, the First Unsealing Motion was adjourned to January 20, 2021. *Id*.

6. In accordance with the Stipulation, Exhibit 65 to the Leventhal Declaration was filed in redacted form on December 18, 2020. *See* ECF 2167-47; ECF 2167-48. The Media Intervenors do not object to the redaction of non-public personal identifying information, such as email addresses, in Exhibit 65 to the Leventhal Declaration. Absent a sufficient showing under Section 107 of the Bankruptcy Code and the First Amendment, however, pages 31 and 40 of Exhibit 65 to the Leventhal Declaration, ECF 2167-47, should be unsealed in their entirety.

7. Pursuant to the Stipulation, those portions of the remaining Sackler Families Sur-Reply Documents that no party asserts should remain under seal will be filed on the public docket on or before January 11, 2021. Absent a sufficient showing under Section 107 of the Bankruptcy Code and the First Amendment to justify continued sealing and/or redaction of those documents, the remaining Sackler Families Sur-Reply Documents should be unsealed in their entirety.

8. For the reasons as set forth in their First Unsealing Motion and herein, the Media Intervenors move the Court for an order unsealing the sealed and redacted judicial documents filed after their First Unsealing Motion, including the Sackler Families Sur-Reply Documents, to the extent such documents are not filed in unredacted form and placed on the public docket on or before January 11, 2021.

**RELIEF REQUESTED**

9. The Media Intervenors seek entry of an order unsealing all of the sealed and redacted judicial documents filed after their First Unsealing Motion, including the Sackler Families Sur-Reply Documents.

10. A Proposed Order setting forth the relief sought is attached hereto as Exhibit A.

**ARGUMENT**

11. For the reasons set forth in the Media Intervenors' First Unsealing Motion, to the extent they are not filed in unredacted form and placed on the public docket on or before January 11, 2021, all newly filed sealed and redacted judicial documents should be unsealed and placed on the public docket.

12. Under Section 107 of the Bankruptcy Code, judicial records must be made available to the public unless they are subject to one of the narrow categories of exemptions set forth therein. 11 U.S.C.A. § 107; *In re Food Mgmt. Grp., LLC*, 359 B.R. 543, 554 (Bankr. S.D.N.Y. 2007) (noting that, unless subject to one of Section 107's "express exceptions," a document filed in a chapter 11 proceeding "must be open to public inspection").

13. In addition, the First Amendment to the U.S. Constitution provides that documents filed in civil matters shall be open to the public unless "specific, on the record findings are made demonstrating that closure is essential to preserve higher values." *Lugosch, v. Pyramid Co. of Onondaga*, 453 F.3d 110, 120 (2d Cir. 2006) (quoting *In re New York Times Co.*, 828 F.2d 110, 116 (2d Cir. 1987)); *see also In re Traversa*, 371 B.R. 1, 5–6 (D. Conn. 2007) (applying First Amendment standard when evaluating motion to seal documents in bankruptcy proceeding).

4

14. The sealed and redacted judicial documents filed after the Media Intervenors' First Unsealing Motion, including the Sackler Families Sur-Reply Documents, are subject to both Section 107's public right of access and the qualified First Amendment right of access, and neither right of access has been overcome. Accordingly, those judicial records should be unsealed and placed on the public docket.

## NOTICE

15. All parties in interest receiving electronic notifications of filings in these cases will have been provided with notice of this Motion.

WHEREFORE, for the reasons set forth above, the Media Intervenors respectfully request that all sealed and redacted judicial documents filed with the Court in these proceedings after their First Unsealing Motion be unsealed, to the extent they are not filed in unredacted form and placed on the public docket on or before January 11, 2021.

Date: December 22, 2020

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
ktownsend@rcfp.org

*Counsel for Media Intervenors*
*Dow Jones & Company, Inc.,*
*Boston Globe Media Partners, LLC,*
*and Reuters News & Media, Inc.*

5