# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD) |

### [PROPOSED] ORDER

Upon consideration of the motion ("Motion") of Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. (collectively, the "Media Intervenors"), and any objection thereto,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. All records filed under seal or in redacted form in this matter since November 22, 2020, shall be unsealed.

3. The clerk shall place on the public docket an unsealed copy of the following documents:

    a. Exhibits 1–21, 23–64, 66–67, and 69–71 to the Declaration of Mara Leventhal Dated December 9, 2020, ECF 2094;

    b. Exhibits 1–16 to the Supplemental Declaration of Jasmine Ball Dated December 9, 2020, ECF 2096;

    c. The Raymond Sackler Family's Surreply in Further Support of its Opposition to the Official Committee of Unsecured Creditors' Exceptions Motion, ECF 2093;

    d. Sur-Reply Memorandum of Objection of Mortimer Sackler Initial Covered Sackler Persons to the Official Committee of Unsecured Creditors' Motion to

1

Compel Production of Purportedly Privileged Documents, or for *In Camera* Review, Based on Good Cause, Crime Fraud, and At Issue Exceptions to Claims of Privilege, ECF 2095;

e. Exhibit 65 to the Declaration of Mara Leventhal Dated December 9, 2020, ECF 2094, publicly filed in redacted form on December 18, 2020, ECF 2167-47; ECF 2167-48.

Dated:
    White Plains, New York

                                        THE HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE