UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P. *et al.,*[1] | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

### VERFIED STATEMENT OF THE NORTHEAST OHIO SCHOOL BOARD GROUP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the Northeast Ohio School Board Group ("NEOSB Group") in the Chapter 11 cases of Purdue Pharma L.P., et al (collectively, "Debtors") respectfully state the following Verified Statement:

1. The NEOSB Group membership consists of 22 independent school districts located in Northeast Ohio. Gertz & Rosen, Ltd. ("Gertz & Rosen") serves as bankruptcy counsel to the NEOSB Group. A list of the NEOSB Group's members as of the current date is attached hereto as Exhibit A.

2. The information set forth in Exhibit A, which is based on information provided by the applicable members of the NEOSB Group through their counsel to Gertz & Rosen is intended only to comply with Rule 2019 of the Federal Rules of Bankruptcy Procedure and it not intended for any other purpose. The NEOSB Group makes no representation herein as to the amount, validity, or priority of any particular member's claims and reserves all respective rights thereto. This Verified Statement and the attached Exhibit A should not be read to waive or limit any of the rights of the NEOSB Group or its members to assert, file, or amend any claims in accordance with applicable procedures established by this Court.

3. The NEOSB Group reserves the right to further amend or supplement this Verified Statement as necessary in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3905), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7584), Button Land L.P. (7502); Rhodes Associates L.P. (N/A); Paul Land Inc. 7425); Quidnick Land L.P. (7584); Rhodes Pharmaceuticals L.P. (6166); Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

4. The foregoing is true and accurate to the best of the undersigned's knowledge, information and belief.

Respectfully submitted,

Date: December 23, 2020

/s/ Marc P. Gertz
Marc P. Gertz, (*Admitted pro hac vice*)
Gertz & Rosen, Ltd.
11 South Forge Street
Akron, Ohio 44304
Direct Dial: 330.255.0727
Direct Fax: 330.932.2366
mpgertz@gertzrosen.com

# **CERTIFICATE OF SERVICE**

      I certify that on December 23, 2020, I caused a copy of the forgoing Verified Statement of the Northeast Ohio School Board Group Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure to be served electronically upon counsel or parties of record via the Court's CM/ECF Notification system.  I also certify that service is being made via email upon counsel of record.  Further service is made, pursuant to the Order Establishing Certain Notice, Case Management, and Administrative Procedures (ECF No.72), upon the following parties:

Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY  10601
***Via First-Class Mail***

Attn:  Paul K. Schwartzberg
Office of the United States Trustee
Southern District of New York
201 Varick Street, Suite 1006
New York, NY  10014
***Via First-Class Mail***

                                                    /s/ Marc P. Gertz
                                                    Marc P. Gertz
                                                    Counsel for NEOSB Group

# EXHIBIT A

## PARTIES COMPRISING THE NORTHEAST OHIO SCHOOL BOARD GROUP

For the purpose of the filing made pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the mailing address for all parties below is the address of bankruptcy counsel for the Northeast Ohio School Board Group:

Gertz & Rosen, Ltd.
11 South Forge Street
Akron, Ohio 44304

Attn:  Marc P. Gertz

| PARTY | STATE | ECONOMIC INTEREST |
|---|---|---|
| Chippewa Local School District | Ohio | Unliquidated Claim |
| Green Local School District | Ohio | Unliquidated Claim |
| Tri-County Educational Service Center | Ohio | Unliquidated Claim |
| Wooster City School District | Ohio | Unliquidated Claim |
| Ashland County Career Center | Ohio | Unliquidated Claim |
| Triway Local School District | Ohio | Unliquidated Claim |
| West Holmes Local School District | Ohio | Unliquidated Claim |
| Norwayne Local School District | Ohio | Unliquidated Claim |
| Wayne County Career Center | Ohio | Unliquidated Claim |
| Boardman Local School District | Ohio | Unliquidated Claim |
| Mapleton Local School District | Ohio | Unliquidated Claim |
| Orrville City School District | Ohio | Unliquidated Claim |
| Rittman Exempted Village School District | Ohio | Unliquidated Claim |
| Southeast Local School District | Ohio | Unliquidated Claim |
| Rootstown Local School District | Ohio | Unliquidated Claim |
| East Holmes Local School District | Ohio | Unliquidated Claim |
| Hillsdale Local School District | Ohio | Unliquidated Claim |
| Liberty Local School District | Ohio | Unliquidated Claim |
| Maple Heights City School District | Ohio | Unliquidated Claim |
| Northwestern Local School District | Ohio | Unliquidated Claim |
| Perry Local School District (Stark County) | Ohio | Unliquidated Claim |
| Ashland City School District | Ohio | Unliquidated Claim |