FOR LEGAL USE ONLY

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Troy Anthony Pesina, Creditor, Pro Se v. | CHAPTER 11 |
| Purdue Pharma L.P. et.al, debtors. | CASE NO:19-23649 Motion: Extension of time "Bar Date" request. |

## I. JURISDICTION
## &
## VENUE

1.  This is a Chapter 11 Bankruptcy case claim in which the creditor , Troy Anthony Pesina ., begs this Great Court for his claim to be recognized as being filed timely. This court has the authority under the "Federal Rule of Bankruptcy Proceedure 9006 (b)(1). This creditor is requesting for what constitutes as "excusable neglect", to be aplied to his claim. This creditors Personal Injury Claimant Proof of claim form ,(claim NO: 615765), and General Opioid Claimant Proof of Claim form, (claim NO: 616033) where filed by the Purdue

For Legal Use Only

FOR LEGAL USE ONLY

For Legal Use Only

FOR LEGAL USE ONLY

Pharma Claims Processing Center 30 days after the July 30, 2020 Bar Date.

The creditor, Troy Anthony Pesina request for the following facts to be applied to the reasoning in which this Great court will be able to make an informative and knowledable decision.

## II. facts

a. The global Pandemic has slowed and even halted my life. Due to the Nation wide lock down my ability to communicate and correspond has become hinderd and also come to a stand still. at times. This was out of my                    control.

For Legal Use Only

b. At the time this creditor tried to acquir the required claim documents the United States Postal Service was lacking in funds and due to that the affected state's where informed mail would be late for outgoing and incoming.

FOR LEGAL USE ONLY

For Legal Use Only

FOR LEGAL USE ONLY

FOR LEGAL USE ONLY

This delay transpired at the same time and several months prior to and after the Courts New "Bar Date". This was out of my control.

C. I am currently incarcerated and have been in the Spokane County Jail Since March 20th, 2019, in Washington State. Here at the Spokane County Jail I only recieve 2 hours of out Time a day and "NO" publications are allowed except for the U.S.A. Today and that has to be purchased from an outside vender. I am an indegent inmate so I am unable to purchase the U.S.A. Today. So I am ignorant to what all is transpiring in the Outside world and its ongoings. As soon as I could I sent a request for forms to the Purdue Pharma Claims Center C/o Prime Clerk on or about July 27, 2020 to August 3, 2020. (See exhibit 1 - proof of incarceration).

For Legal Use Only

For Legal Use Only

FOR LEGAL USE ONLY

d. I, Troy Anthony Pesina, recieved an aknowledgment that the prime clerk recived my request on August 13, 2020. It took nearly 14 days for my letter to be responded to. (See Exibit #2). I immediatly filed out the claim forms and mailed them. It took another 14 days to be mailed and processed.

e, I, Troy Anthony Pesina, did attempt to file my claim forms in the fastest time frame possible. with reguards to my current incarceration and constant State lock downs due to the Global Pandemic which is completely out of my control.

For Legal Use Only

## III - Legal Claims

The creditor, Troy Anthony Pesina, alleges he attempted to follow the courts requirments and rules as best as he was physically capable of doing in

FOR LEGAL USE ONLY

For Legal Use Only

FOR LEGAL USE ONLY

respect to his current
incarceration. This creditor
"Acted in good faith" (fed. Rules
Bankr. Proc. Rule 9006 (b)(1), 11 U.S.C.A.
CVI GVF (Lux) Master S.a.r.l. v.
Lehman Bros, Holdings Inc. 445 B.R.
137 (S.D. N.Y. 2011).

This creditor is the movant
requesting for the acceptance of
this claim's extension of Bar Date
so this creditors claim may be
recognized as timely.

"Excusable neglect standard that
governs a creditor's ability to
file a proof of claim after the
expiration of the claim bar date
is a flexible one, and excusable
neglect may include inadvertence,
mistake or [For Legal Use Only] carelessness,
as well as intervening circumstances
beyond the creditor's control. (Fed. R.
Bankr. P. 9006 (b)(1). In re Motors
Liquidation Company, 576 B.R. 761
(Bankr S.D. N.Y. 2017)." Under the
excusable neglect standard governing
the filing of late proofs of claim,

For Legal Use Only

FOR LEGAL USE ONLY

FOR LEGAL USE ONLY

Congress plainly contemplated that
courts would be permitted, when
appropriate, to accept late filings
caused by inadvertence, mistake,
or carelessness, as well as by intervening
circumstances beyond a party's
control. (Fed. R. Bankr. P. 9006 (b). In
re Energy future Holdings Corp., 619
B.R. 99 (Bankr. D. Del. 2020).

## IV  Prayer for Relief

WHEREFORE, creditor respectfully
prays that this court enter judgment
granting the recognizition of a) Personal
Injury claimant Proof of claim form, b.)
General Opioid Claimant Proof of claim
form.

For Legal Use Only

Dated November 21, 2020

Respectfully submitted,

Troy A. P~

- verification -    Troy Pesina

I have read the foregoing and
hereby virify that the matters

FOR LEGAL USE ONLY

For Legal Use Only

FOR LEGAL USE ONLY

FOR LEGAL USE ONLY

alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under the penalty of purjury that the foregoing is true and correct,

Executed at Spokane, Washington 11-21-20
city, State, date

signature: Troy A. Pesina
print: Troy A. Pesina

For Legal Use Only

FOR LEGAL USE ONLY

For Legal Use Only

FOR LEGAL USE ONLY

Exibit

-1-

Annex

**SPOKANE COUNTY DETENTION SERVICES**
**INMATE REQUEST**

Housing Unit: D-1

Receiving Officer: _Cwp_

PERS # _2134_

Date: _11/18/20_

Date: _11-18-20_

Inmate _Pesina_          _Troy_          _9-12-77_    _36__01_

LAST NAME          FIRST NAME          DOB          CID

NOV 19 2020

| JAIL DEPARTMENTS | | | OTHER AGENCIES | |
|---|---|---|---|---|
| ☐ Admin | ☒ Jail Records | ☐ Programs | ☐ City Public Defender | ☐ Sheriff Records |
| ☐ Chaplain | ☐ Kitchen | ☐ Sergeants | ☐ County Public Defender | ☐ Spokane PD Records |
| ☐ Classification | ☐ Law Library | ☐ | ☐ District Court | ☐ Superior Court |
| ☐ Commissary | ☐ Mail Desk | ☐ | ☐ DOC | ☐ US Marshall's |
| ☐ Education/GED | ☐ Property # | ☐ | ☐ Municipal Court | ☐ Other |

\* Medical and Mental Health Requests must use a Medical Request Form

**\*\* USE A SEPARATE FORM FOR EACH REQUEST \*\***

Explanation: Can I get a proof of incarceration please.
I need it for a legal proceeding.
                    Thank You!

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DO NOT WRITE BELOW THIS LINE -  JAIL STAFF ONLY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Reason:
            See attached report

Responding Staff: 1159          Date: 11-19-20



*Booking Date* ↓

## All Offender Charges
## Name: PESINA, TROY ANTHONY



| Arrest #: | 19004731 | Book Date: | 3/20/2019 9:37:00 PM | Release Date: | | Days: | 610 |
|---|---|---|---|---|---|---|---|

### Case No: 1810507032

| Counts: 1 | 9A.84.010(1)(2)(B)(9A.84.010(1)(2)(B)) - CRIMINAL MISCHIEF(WEAPON) | | Control No: 2018-20226740 |
|---|---|---|---|
| | Charge Date: 3/20/2019 9:49:13 PM | Release Date: | Days: 610 |
| | | | Days Served on Charge: 187 |
| | **Charge Status** | **Status Date** | **Last Updated** |
| | Sentence Served | 9/23/2019 6:00:09 AM | 9/4/2020 12:38:22 AM |
| Counts: 1 | 9A.56.310(9A.56.310) - POSS STOLEN FIREARM | | Control No: 2018-20226740 |
| | Charge Date: 3/20/2019 9:49:13 PM | Release Date: | Days: 610 |
| | | | Days Served on Charge: 140 |
| | **Charge Status** | **Status Date** | **Last Updated** |
| | Released by Court | 8/7/2019 4:16:11 PM | 8/26/2019 2:57:30 AM |
| Counts: 1 | 69.50.4013(1)CO(69.50.4013(1)CO) - CNTL SUB(POSS-FEL)CONSPIRACY | | Control No: 2018-20226740 |
| | Charge Date: 3/20/2019 9:49:13 PM | Release Date: | Days: 610 |
| | | | Days Served on Charge: 187 |
| | **Charge Status** | **Status Date** | **Last Updated** |
| | Sentence Served | 9/23/2019 6:00:58 AM | 9/4/2020 12:38:22 AM |

### Case No: 1911077232

| Counts: 1 | 9A.56.200(1)(A)(9A.56.200(1)(A)) - ROBBERY-1D(ARMED/DISPLAY/BOD INJ) | | Control No: 2018-20252193 |
|---|---|---|---|
| | Charge Date: 9/19/2019 2:49:12 PM | Release Date: | Days: 427 |
| | | | Days Served on Charge: 427 |
| | **Charge Status** | **Status Date** | **Last Updated** |
| | *Pretrial* | 9/19/2019 2:48:21 PM | 9/20/2019 3:28:48 PM |
| Counts: 1 | 9A.52.020(1)(A)(9A.52.020(1)(A)) - BURGLARY-1D(ARMED) | | Control No: 2018-20252193 |
| | Charge Date: 9/19/2019 2:49:12 PM | Release Date: | Days: 427 |
| | | | Days Served on Charge: 427 |
| | **Charge Status** | **Status Date** | **Last Updated** |
| | *Pretrial* | 9/19/2019 2:48:21 PM | 9/20/2019 3:29:11 PM |
| Counts: 1 | 9A.52.020(1)(A)CO(9A.52.020(1)(A)CO) - BURGLARY-1D(ARMED)CONSPIRACY | | Control No: 2018-20252193 |
| | Charge Date: 9/19/2019 2:49:12 PM | Release Date: | Days: 427 |
| | | | Days Served on Charge: 427 |
| | **Charge Status** | **Status Date** | **Last Updated** |
| | *Pretrial* | 9/19/2019 2:48:21 PM | 9/20/2019 3:29:07 PM |
| Counts: 1 | 9A.36.021(1)(C)(9A.36.021(1)(C)) - ASSAULT-2D(DEADLY WEAPON) | | Control No: 2018-20252193 |

Charge Date: 9/19/2019 2:49:12 PM | Release Date: | Days: 427
Days Served on Charge: 427

**Charge Status** | **Status Date** | **Last Updated**
*Pretrial* | 9/19/2019 2:48:21 PM | 9/20/2019 3:29:04 PM

Counts: 1 | 9A.36.021(1)(C)(9A.36.021(1)(C)) - ASSAULT-2D(DEADLY WEAPON) | Control No: 2018-20252193
Charge Date: 9/19/2019 2:49:12 PM | Release Date: | Days: 427
Days Served on Charge: 427

**Charge Status** | **Status Date** | **Last Updated**
*Pretrial* | 9/19/2019 2:48:21 PM | 9/20/2019 3:28:58 PM

Case No: DOC

Counts: 1 | 0043030(0043030) - HOLD- COMMUNITY CUSTODY | Control No:
Charge Date: 3/20/2019 9:50:23 PM | Release Date: | Days: 610
Days Served on Charge: 13

**Charge Status** | **Status Date** | **Last Updated**
Released by Court | 4/2/2019 3:51:57 PM | 8/26/2019 2:57:53 AM

Counts: 1 | 0043030(0043030) - HOLD- COMMUNITY CUSTODY | Control No:
Charge Date: 8/12/2019 12:29:00 PM | Release Date: | Days: 465
Days Served on Charge: 15

**Charge Status** | **Status Date** | **Last Updated**
Released by Court | 8/27/2019 3:04:51 PM | 8/27/2019 3:04:55 PM

| Arrest #: | 19001285 | Book Date: | 1/22/2019 1:44:00 PM | Release Date: | 2/21/2019 4:21:43 PM | Days: | 30 |

Case No: 1810507032

Counts: 1 | 9.41.040(1)(A)AT(9.41.040(1)(A)AT) - FIREARM UNLW POSS-1D(PREV FEL CONV) | Control No: 2018-20226740
Charge Date: 1/22/2019 2:29:04 PM | Release Date: 2/21/2019 4:21:43 PM | Days: 30
Days Served on Charge: 30

**Charge Status** | **Status Date** | **Last Updated**
Bonded | 2/21/2019 3:02:50 PM | 2/21/2019 3:03:04 PM

Counts: 1 | 9A.56.310 F(9A.56.310 F) - POSS STOLEN FIREARM | Control No: 2018-20226740
Charge Date: 1/22/2019 2:30:05 PM | Release Date: 2/21/2019 4:21:43 PM | Days: 30
Days Served on Charge: 30

**Charge Status** | **Status Date** | **Last Updated**
Bonded | 2/21/2019 3:03:08 PM | 2/21/2019 3:03:12 PM

Counts: 1 | 69.50.4013(1)(69.50.4013(1)) - CNTL SUB(POSS-FEL) | Control No: 2018-20226740
Charge Date: 1/22/2019 2:30:59 PM | Release Date: 2/21/2019 4:21:43 PM | Days: 30
Days Served on Charge: 30

**Charge Status** | **Status Date** | **Last Updated**
Bonded | 2/21/2019 3:03:18 PM | 2/21/2019 3:03:22 PM

Case No: DOC

Counts: 1 | 0043030(0043030) - HOLD- COMMUNITY CUSTODY | Control No:

Exibit

-2-



850 3rd Avenue, Suite 412
Brooklyn, NY 11232
primeclerk.com

Troy A. Pesina 360101

Spokane County Jail

1100 W. Mallon

Spokane, WA 99260

August 13th, 2020

Dear Troy,

Thank you for contacting Prime Clerk, the appointed claims and noticing agent for Purdue Pharma L.P.'s chapter 11 case.

If you have a medical emergency, please call 911 or go to the nearest emergency room.

In order to report an adverse event, please call +1 (888) 726-7535 and press 2 or email

An adverse event is any unwanted or unintended experience associated with the use of a drug (prescription or over the counter (OTC)) or dietary supplement in humans, whether or not it is caused by the drug and/or supplement. For either reporting method, please include or have ready a description of the event(s) you experienced, your age or age category (e.g. adolescent, adult, elderly), gender, initials, date of birth, name and/or patient identification number, the brand or generic name, active ingredient and lot number of the product involved, and your full name and contact information (phone number and current mailing address).

Please note, the Adverse Event email cannot assist you with questions regarding filing a claim or the chapter 11 proceedings in general.

Please find enclosed the proof of claim forms and Bar Date Notice.

The Bankruptcy Court has extended the deadline to July 30, 2020, at 5:00 p.m. (Prevailing Eastern Time) as the last date for all individuals (including legal guardians of children and persons claiming on behalf of deceased persons) or entities (including partnerships, corporations, joint ventures, trusts, governmental units, and Native American Tribes) to file a proof of claim against Purdue Pharma L.P. or any of its affiliated debtors (the "General Bar Date"). If you believe you (or any estate you represent or any minor that you are the parent or guardian for) have been affected by Purdue Pharma L.P., a U.S. limited partnership, and its affiliated Debtor companies ("Purdue"), or Purdue prescription opioids, like OxyContin, or other prescription opioids manufactured or sold by Purdue, you have the right to file a claim, even if you may also have received reimbursement from insurance, for compensation in the



850 3rd Avenue, Suite 412
Brooklyn, NY 11232
primeclerk.com

Purdue bankruptcy proceeding as long as the claim arose prior to September 15, 2019.   A "claim" means a right to seek payment or other compensation.  Examples of claims that may be filed in the Purdue bankruptcy include death, addiction or dependence, lost wages, loss of spousal relationship benefit for things like child-rearing, enjoyment of life, etc., or Neonatal Abstinence Syndrome ("NAS"), among others.

Please note, that the deadline to file a claim was July 30, 2020, at 5:00 p.m. (Prevailing Eastern Time).   Proof of Claim forms, a list of opioids manufactured or sold by Purdue, instructions for how to file a claim, or if you wish to file a claim electronically, you may do so by visiting PurduePharmaClaims.com.

For further information about the process of submitting a claim, you may call the restructuring hotline toll-free at 1.844.217.0912 or use the live chat feature at purduepharmaclaims.com/contact.html.

PLEASE NOTE:  Prime Clerk is the appointed claims and noticing agent for Purdue Pharma L.P.'s chapter 11 case.  As such, we are not permitted to provide legal or financial advice.  Further, Prime Clerk is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

Prime Clerk Inquiries


Prime Clerk
850 Third Avenue
Suite 412
Brooklyn, NY 11232
844-217-0912

primeclerk.com


Enclosures:  Proof of Claim Forms, Extended Bar Date Cover, and Bar Date Notice



United States Bankruptcy Court
" COURT CLERK,
Southern District of NEW YORK
300 Quarropas Street

November 21, 2020

re: Motion for Excusable
    Neglect, Claim NO: 615765  and
    Claim no: 616033

Dear Bankruptcy Court Clerk,

        I hope this finds you and the
Court in best of health and safe.
        My name is, Troy Anthony Pesina, I am
an incarcerated inmate in Spokane, Wa.
I am attempting to follow the required
rules of the court on a late claim
filed after the "Bar Date".
        Due to the Global Pandemic lock
downs of state's such as Washington
State is now in again, I am attempting
to gain some insight into knowing if
I am doing this Motion correctly as
I am pro-se?

I understand you are a busy person and must have your hands full as the Courts never close ☺ but any advice or information concerning the way I am filing my motion would be greatly apreciated as I do not know the Court Rules in its entirety.

Thank you so much and I am also sending this motion to the Purdue Pharma Claims Processing Center and if this motion is not necessary as I'm sending it to the processing center I apologize.

Sincerly, Troy A. Pesina
Troy A Pesina
Spokane County Jail
1100 W. Mallon Ave
Spokane, WA.
99260