December 21, 2020
Deborah Clouts
7015 Birdsnest Way
Temple, TX 76502

Judge Robert Drain
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Dear Honorable Judge Drain,

I wanted to submit these documents to show you when I originally approached Edan Lisovicz with Akin Gump Strauss Hauer & Feld LLP. When I spoke to him he never said that it would be a conflict of interest for him to hear me. He did say say he couldn't give me legal advice but them did sway me in a direction. I approached him on December 11 and told him my plans to argue Crime Fraud. He got back to me on the 14th and told me it hadn't come

up before. It was never mentioned to me that he and I talking might be a conflict of interest. On the 18 clearly after he knew my intent a bunch of stuff hit the docket. I also noticed some of our emails changed to look like they all took place on the 18th. I've attached copies of original emails along with my AT&T Call Logs that correspond with dates and times. I'm not a attorney so I don't know the implications of this. I just wanted you to have this info before making your decision.

Thank you
Deborah Clents

December 21, 2020

Deborah Clonts
7105 Birdsnest Way
Temple, TX 76502

Judge Robert D. Drain
U.S. Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

In re Purdue Pharma L.P., et all

Case No. 19-23649 (RDD)

United States Bankruptcy for the Southern District of New York

Dear Honorable Judge Drain,

## AMENDED MOTION FOR LIFT OF AUTOMATIC STAY

1. Your Honor the Claims No. 10231, Claim No. 67036, Claim No. 614341and Claim No. 615270 is a debt obtained by the Debtors with their aggressive, fraudulent behavior which they eagerly plead guilty to and avoided prison time in a United States Federal Court Room. I would not be here today without the fraud committed by Purdue Pharma, LLP and the devastating toll it's taken on my life. The facts of the case that we now know, the far reaching and destructive effects of their actions force me today to invoke the Crime–Fraud Exception as described in bankruptcy code under Section 523(a)(2)(A), which provides that a debtor may not discharge debts incurred as a result of fraud and may not obtain a discharge as a result of fraud. I believe when the law of the bankruptcy code as set forth in the Bankruptcy Reform Act 1994 is applied, this debt should be deemed non-dischargeable, due and payable in full.
2. Purdue Pharma, LLP plead guilty dating back to 2007 defrauding the United States Government
3. Plead guilty to Dual-Object Conspiracy to Violate the Food and Drug and Cosmetic Act
4. Plead guilty to violating Anti-Kickback Statute.
5. In Docket 1753 an order granting the UCC the right to see privileged documents, based on good cause, crime fraud was issued.
6. I'm seeking damages of $7,000,000.00. as per the claims

   Thank you in advance,
   Sincerely,

   Deborah Clonts

# Back to usage

## Data, text & talk logs
## Edward Fredrick | 254.410.3637

**Device:** Edward Fredrick Rodi | 254.410.3637

**Billing period:** Nov 29, 2020 - Present
Showing details for Talk usage

| Totals for this billing period: | 104 calls | 575 minutes | $0.00 |

| Date / Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 12/21/2020 | 08:08AM | 8442170912865 | Toll Free | DT | 1 | 0.00 |
| 12/20/2020 | 02:03PM | 254.228.9900 | INCOMING | NW | 7 | 0.00 |
| 12/18/2020 | 03:37PM | 973.477.2085 | INCOMING | DT | 3 | 0.00 |
| 12/18/2020 | 07:52AM | 254.654.0617 | INCOMING | DT | 7 | 0.00 |
| 12/17/2020 | 05:08PM | 254.228.9900 | TEMPLE | DT | 4 | 0.00 |
| 12/17/2020 | 01:57PM | 254.913.5824 | TEMPLE | DT | 19 | 0.00 |
| 12/17/2020 | 01:46PM | 713.728.6360 | HOUSTON | DT | 9 | 0.00 |
| 12/17/2020 | 01:23PM | 877.413.6454 | Toll Free | DT | 9 | 0.00 |
| 12/17/2020 | 01:12PM | 254.913.5824 | TEMPLE | DT | 1 | 0.00 |
| 12/17/2020 | 09:32AM | 254.317.6707 | KILLEEN | DT | 1 | 0.00 |
| 12/17/2020 | 08:43AM | 866.334.3141 | Toll Free | DT | 5 | 0.00 |
| 12/16/2020 | 04:12PM | 254.228.9900 | TEMPLE | DT | 12 | 0.00 |
| 12/16/2020 | 01:10PM | 254.724.2111 | INCOMING | DT | 1 | 0.00 |
| 12/15/2020 | 03:06PM | 254.654.0617 | INCOMING | DT | 3 | 0.00 |
| 12/15/2020 | 01:20PM | 254.228.9900 | INCOMING | DT | 4 | 0.00 |
| 12/15/2020 | 09:46AM | 844.992.4726 | Toll Free | DT | 29 | 0.00 |
| 12/15/2020 | 09:43AM | 844.992.4726 | Toll Free | DT | 3 | 0.00 |
| 12/15/2020 | 09:34AM | 844.992.4726 | Toll Free | DT | 10 | 0.00 |
| 12/15/2020 | 09:32AM | 310.342.0888 | INGLEWOOD | DT | 1 | 0.00 |
| 12/15/2020 | 09:00AM | 844.992.4726 | Toll Free | DT | 33 | 0.00 |
| 12/15/2020 | 07:10AM | 254.228.9900 | INCOMING | DT | 25 | 0.00 |
| 12/14/2020 | 06:41PM | 973.477.2085 | INCOMING | DT | 9 | 0.00 |
| 12/14/2020 | 01:49PM | 254.913.5824 | TEMPLE | DT | 1 | 0.00 |

| Date / Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 12/06/2020 | 07:30PM | 254.228.9900 | INCOMING | NW | 1 | 0.00 |
| 12/06/2020 | 05:26PM | 254.228.9900 | TEMPLE | NW | 14 | 0.00 |
| 12/04/2020 | 04:07PM | 512.324.1000 | AUSTIN | DT | 7 | 0.00 |
| 12/04/2020 | 09:51AM | 254.228.9900 | INCOMING | DT | 7 | 0.00 |
| 12/04/2020 | 09:46AM | 254.654.0617 | INCOMING | DT | 6 | 0.00 |
| 12/04/2020 | 08:54AM | 254.654.0617 | CALL WAIT | CW | 2 | 0.00 |
| 12/04/2020 | 08:54AM | 254.654.0617 | TEMPLE | DT | 1 | 0.00 |
| 12/04/2020 | 08:34AM | 254.913.5824 | INCOMING | DT | 18 | 0.00 |
| 12/03/2020 | 03:50PM | 973.477.2085 | INCOMING | DT | 21 | 0.00 |
| 12/03/2020 | 02:40PM | 800.924.9206 | Toll Free | DT | 6 | 0.00 |
| 12/03/2020 | 01:17PM | 254.724.2111 | TEMPLE | DT | 1 | 0.00 |
| 12/03/2020 | 01:06PM | 347.260.3092 | BKLYN NYC | DT | 3 | 0.00 |
| 12/03/2020 | 01:05PM | 347.260.3092 | INCOMING | DT | 2 | 0.00 |
| 12/03/2020 | 01:00PM | 347.260.3092 | INCOMING | DT | 5 | 0.00 |
| 12/03/2020 | 09:22AM | 254.317.6707 | INCOMING | DT | 1 | 0.00 |
| 12/03/2020 | 08:09AM | 254.709.1115 | WACO | DT | 1 | 0.00 |
| 12/02/2020 | 03:57PM | 254.228.9900 | TEMPLE | DT | 9 | 0.00 |
| 12/02/2020 | 03:00PM | 254.724.2111 | TEMPLE | DT | 7 | 0.00 |
| 12/02/2020 | 12:52PM | 800.924.9206 | Toll Free | DT | 10 | 0.00 |
| 12/02/2020 | 11:09AM | 254.724.2111 | INCOMING | DT | 2 | 0.00 |
| 12/02/2020 | 07:29AM | 254.228.9900 | INCOMING | DT | 12 | 0.00 |
| 12/01/2020 | 04:22PM | 254.773.0033 | TEMPLE | DT | 1 | 0.00 |
| 12/01/2020 | 01:15PM | 254.340.1567 | WACO | DT | 9 | 0.00 |
| 12/01/2020 | 09:02AM | 254.340.1567 | WACO | DT | 1 | 0.00 |
| 11/30/2020 | 08:41AM | 254.724.2111 | TEMPLE | DT | 2 | 0.00 |
| 11/30/2020 | 08:23AM | 254.724.2111 | TEMPLE | DT | 15 | 0.00 |
| 11/29/2020 | 02:54PM | 254.228.9900 | TEMPLE | NW | 12 | 0.00 |

Legend*:

B (Direct assistance call complete); C (Call waiting); CW (Call waiting); D (Data call); d (Directory assistance); DT (Daytime minutes); F (Call forwarding); g (Push to talk group event); H (Group mobile-to-mobile calls); I (Incoming call); K (Fax call); L (Expanded calling); M (Mobile-to-mobile discount); M2AM (Mobile to any mobile); M2AN (A-list); M2MCNG (Mobile to any AT&T mobile); MCELL (MicroCell® unlimited voice); N (Night minutes or off-network); NW (Night & Weekend minutes); O (Off-peak minutes); P (Peak minutes or priority access service); PVWIFI (Wi-Fi calling); R (Roam with home); S (Shared minutes); SPWIFI (NumberSync Wi-Fi); T (Three way calling); V (V-VPN or voice activated dialing); VC (Video calling); VM (Voicemail); W (Weekend minutes); Y (Voicemail return call); 1 (PTT one-to-one event); 9 (Unity / expanded calling)

* The codes shown in this legend are the codes most commonly used with Wireless service from AT&T. Additional codes may be present.

**Incoming Call    Outgoing Call**

GE Moneybank
GEICO    2
Geneology
Groovebook    1
Groupon
Gym
Heart-Transpl...
Helping Hands
Higher One
Honey Dos
hotel    1
Houses    2
Innoken
Instacart
Insurance    1
Insurance Qu...
Isaboo
JC Penneys    5
Juvederm
Kodak
Lab results
Lawsuits & Settl...    2
Lovesac
LSCC    1
LVAD
magellan RX
Marij
Martin Harry ...
Mazy
Medical Resu...
Medicare Ad...
Medicare Ben...
MetLife
Mom
Motorcycle
MS Office
MyFico
Necklace
New York
NFT
Nordstrom
Notes
Officemax    2
Old Navy    13
Ollo
omega

Best,

Edan

Edan Lisovicz

AKIN GUMP STRAUSS HAUER & FELD LLP

Direct: ~~[redacted]~~ | Internal: 38105

**From:** Debbie Rodi <~~[redacted]~~>
**Sent:** Friday, December 11, 2020 5:33 PM

**To:** Lisovicz, Edan <elisovicz@akingump.com>
**Subject:** Quick question

**\*\*EXTERNAL Email\*\***

Hi Edan,

I spoke with you last week and I have a quick question.

I noticed where Jim McClammey filed a motion today to stop all of the claim for payments without prejudice. I was going to argue that because my claim exists due to Purdue's fraud which they plead guilty to, I would ask the court to deem my claim non-dischargeable and due in full. If a debt is obtained fraudulently you can ask the court to do that, correct? Let me know.

Thank you,

Debbie Clonts


Sent from Yahoo Mail for iPhone


Sent from Yahoo Mail for iPhone

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Reply, Reply All or Forward



THIS CERTIFIES THAT A COPY WAS MAILED USPS TO
MARSHALL S HUEBNER
DAVIS POLK & WARDWELL LLP
450 LEXINGTON AVENUE
NEW YORK, NY 10017