Thomas D. Bielli, Esquire
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
Facsimile: (215) 754-4177
*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**SIXTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| Applicant's Role in Case | Counsel to Fee Examiner |
| Date Order of Employment Signed | May 26, 2020 [Docket No. 1182] |

| Period for which compensation and reimbursement is sought | October 1, 2020 through October 31, 2020 |
|---|---|
| **Summary of Total Fees and Expenses Requested** ||
| Total compensation and reimbursement requested in this statement | $44,000.00 (80% of $55,000.00) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

> **This is a(n):**   X   Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Sixth Monthly Statement of Services Rendered and Expenses Incurred for the Period from October 1, 2020 through October 31, 2020* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1.     Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from October 1, 2020 through and including October 31, 2020, is referred to herein as the "**Fee Period**".

2

2. Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3. Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period. As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $24,250.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc. The specifics of the fees and costs are set forth on **Exhibit C**.

4. Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

## Notice

5. The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

3

Dated: December 23, 2020            **BIELLI & KLAUDER LLC**

                                         */s/ Thomas D. Bielli*
                                         Thomas D. Bielli, Esquire
                                         1905 Spruce Street
                                         Philadelphia, PA 19103
                                         Phone: (215) 642-8271
                                         Fax: (215) 754-4177
                                         tbielli@bk-legal.com

                                         *Counsel to Fee Examiner*
                                         *David M. Klauder, Esquire*

# Exhibit A

## Project Categories

| Project Category | Total Hours |
|---|---:|
| BK/Fee Examiner- Retention and Fee Applications | 0.8 |
| Case Administration | 12.4 |
| Fee/Employment Applications- Retention Professionals | 43.0 |
| **Total** | **56.2** |

## Exhibit B

### Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania in 2006 and New York 2020 | $350.00 | 4.2 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 4.3 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 25.5 |
| Brandi Chambers | Paraprofessional; joined B&K in 2019 | $125.00 | 18.9 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 3.3 |

## Exhibit C

## Computation of Monthly Fee

| Fee Description | Amount |
|---|---|
| Monthly Fee for October 2020 (includes costs of Legal Decoder, Inc.) | $24,250.00 |
| **Total** | **$24,250.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1268
**DATE** 10/31/2020
**DUE DATE** 10/31/2020
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - October Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** $24,250.00

## Exhibit D

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
215-642-8271

December 07, 2020

Purdue Pharma, L.P.

**Invoice Number: 2236**
Invoice Period: 10-01-2020 - 10-31-2020

Payment Terms: Upon Receipt

**RE: Fee Examiner**

**Time Details**

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-01-2020 | Thomas Bielli | [ALL] Case Administration | 0.10 | 350.00 | 35.00 |
| | | Review Davis Polk fee app | | | |
| 10-01-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Correspond with Debtor re Fee App | | | |
| 10-02-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Email correspondence with King & Spalding re: data discrepancies and discounts applied and brief review of June and July monthly fee statements re: same; Email correspondence with IB re: Province review; Receipt of Davis Polk's 11th monthly fee data | | | |
| 10-02-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Review of KPMG's 6th and 7th monthly fee data | | | |
| 10-06-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Download 9th and 10th monthly data for Akin Gump | | | |
| 10-06-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Sort 9th and 10th monthly data for Akin Gump | | | |
| 10-06-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |
| | | Download third interim data for FTI, Dechert, Province | | | |
| 10-06-2020 | Tracey Nobis | B110 - Case Administration | 0.40 | 195.00 | 78.00 |
| | | Email correspondence with Legal Decoder re: published data and Davis Polk time keeper issue; Receipt of KPMG's 8th monthly fee statement and data; Receipt of Cornerstone's 4th monthly fee statement; Receipt of Arnold & Porter's 12th monthly fee statement; Correspondence with fee review team re: assignments | | | |
| 10-06-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Correspondence to professionals requesting data: Bedell Cristin; Arnold & Porter; Brown Rudnick; Cornerstone; FTI; Kramer Levin; Otterbourg; PJT Partners; Wilmer Hale | | | |
| 10-06-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 195.00 | 292.50 |
| | | Begin review of Skadden's 9th and 10th monthly data | | | |
| 10-07-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Phone call with Legal Decoder re: flagging issues, incoming data and outstanding published data | | | |
| 10-07-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | | Correspondence with PJT re: 7th monthly data; Receipt of Houlihan's 1st Interim Fee Application and correspondence requesting data; Receipt of Gilbert's 10th monthly fee statement; Receipt of FTI's 10th monthly data; Receipt of Bedell Cristin's 3rd monthly fee data; Receipt of Gilbert's 10th monthly data and review key; receipt of Otterbourg's 9th monthly data; Receipt of Wilmer Hale's 9th monthly fee data; Receipt of Brown Rudnick's 10th monthly fee data; Receipt of Arnold & Porter's 12th monthly data | | | |
| 10-07-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 195.00 | 390.00 |
| | | Complete review of Skadden's 9th & 10th month data | | | |
| 10-07-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Download Kurtzman 6th and 7th monthly data. | | | |
| 10-07-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Sort data for Dechert third interim | | | |
| 10-07-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Sort data for Dechert third interim | | | |
| 10-07-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 195.00 | 195.00 |
| | | Begin review of Davis Polk's 11th month fee data | | | |
| 10-07-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to Gilbert Fee Request; attention to privilege issues | | | |
| 10-07-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with T. Nobis re: privilege issues | | | |
| 10-07-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 125.00 | 187.50 |
| | | Review Cole Schotz 4th and 5th Monthly Fee Application | | | |
| 10-08-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 1.70 | 125.00 | 212.50 |
| | | Review Cole Schotz 4th and 5th Monthly Fee Application | | | |
| 10-09-2020 | David Klauder | B110 - Case Administration | 0.10 | 375.00 | 37.50 |
| | | Emails with UST re: status | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-09-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Davis Polk - Attention to block entries | | | |
| 10-09-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Email correspondence with Cornerstone re: data; Receipt of Kramer's 9th monthly data; Receipt of Houlihan's First Interim Expense Data and correspondence to BC re: same; Receipt of Jones Day's 10th monthly fee statement | | | |
| 10-09-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 195.00 | 351.00 |
| | | Continued review of Davis Polk's 11th monthly fee data | | | |
| 10-10-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 125.00 | 150.00 |
| | | Review Cole Schotz 4th and 5th Monthly Fee Application | | | |
| 10-11-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails re: fee review status | | | |
| 10-12-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Review of Correspondence to/from UST re aggregate fee reduction | | | |
| 10-12-2020 | David Klauder | B110 - Case Administration | 0.50 | 375.00 | 187.50 |
| | | Discuss status issues with T. Bielli and begin drafting status email to UST | | | |
| 10-13-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Discussions with T. Bielli re: response to UST and draft and send same | | | |
| 10-13-2020 | David Klauder | B110 - Case Administration | 0.50 | 375.00 | 187.50 |
| | | Emails with UST re: summary of case status | | | |
| 10-13-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Attention to UST status request | | | |
| 10-13-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Preparation of post-interim filings report | | | |
| 10-15-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.60 | 350.00 | 210.00 |
| | | Review, revise, edit, electronically file and serve BK's 4th Fee Statement (September) | | | |
| 10-17-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of Cornerstone's 4th monthly data; Receipt of Alix Partners' 12th monthly fee statement; Receipt of Jones Day's 10th monthly fee data; Review of outstanding reviews and correspondence to fee review team re: status of same | | | |
| 10-17-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 195.00 | 39.00 |
| | | Finalize Davis Polk's 11th monthly fee review | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-17-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Review of Jefferies' 8th and 9th monthly fee detail and invoices for legal services | | | |
| 10-17-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |
| | | Review of King & Spalding's 12th monthly data | | | |
| 10-17-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.20 | 195.00 | 429.00 |
| | | Review of Alix Partners' 11th monthly data | | | |
| 10-17-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |
| | | Review of Jones Day's 9th month data | | | |
| 10-17-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Review of Arnold & Porter's 11th & 12th monthly data | | | |
| 10-19-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review submission of KPMG | | | |
| 10-19-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Attention to BK fee apps and status of same | | | |
| 10-20-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 2.70 | 125.00 | 337.50 |
| | | Houlihan Expense Review | | | |
| 10-21-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 125.00 | 250.00 |
| | | Houlihan Expense Review | | | |
| 10-21-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | bi-weekly call with Legal Decoder re: status and flag issues | | | |
| 10-22-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 2.20 | 125.00 | 275.00 |
| | | Houlihan Expense Review | | | |
| 10-23-2020 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Email correspondence with BC re: Houlihan review; Receipt of Dechert's 12th monthly fee statement and data; Receipt of KPMG's 9th monthly fee statement; Email correspondence with Legal Decoder and fee review team re: published data and review statuses; Receipt of Brown Rudnick's 11th fee statement and correspondence to same re: 12th monthly fee statement error; Receipt of Dechert's 13th monthly fee statement | | | |
| 10-23-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 4.30 | 125.00 | 537.50 |
| | | Houlihan Expense Review | | | |
| 10-25-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 125.00 | 187.50 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Houlihan Expense Review | | | |
| 10-26-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Various emails re; interim fee hearing | | | |
| 10-26-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Attention to Interim Compensation submission and hearing | | | |
| 10-29-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Conference call with BK review team re: next round of interim fee apps | | | |
| 10-29-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with debtor's counsel re: 3rd interim fee apps | | | |
| 10-29-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Follow up discussions with T. Bielli re: review of fee apps | | | |
| 10-29-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 125.00 | 62.50 |
| | | Conference Call with T.Bielli, D.Klauder, T.Nobis, I.Bielli and B.Chambers regarding status of 3rd interim fee reports. | | | |
| 10-29-2020 | Brandi Chambers | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 125.00 | 162.50 |
| | | Cornerstone 4th monthly fee review | | | |
| 10-29-2020 | Tracey Nobis | [ALL] Case Administration | 0.10 | 195.00 | 19.50 |
| | | Receipt of Brown Rudnick 12th monthly fee statement | | | |
| 10-29-2020 | Tracey Nobis | B110 - Case Administration | 0.70 | 195.00 | 136.50 |
| | | Call with BC re: review status and issues with Houlihan's 1st Interim review; correspondence with IB re: review status; correspondence with Brown Rudnick re: amended 12th fee statement | | | |
| 10-29-2020 | Isabel Bielli | [ALL] Case Administration | 0.20 | 100.00 | 20.00 |
| | | Conference call with Dave, Tom, Tracey, and Brandi about third interim status | | | |
| 10-29-2020 | Isabel Bielli | [ALL] Case Administration | 0.20 | 100.00 | 20.00 |
| | | Update personal assignment log and send update to Tracey | | | |
| 10-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Review third monthly data for FTI | | | |
| 10-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Review Kramer levin third interim data | | | |
| 10-30-2020 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Receipt of KCC's 9th monthly fee statement and correspondence re: balance of interim data; Receipt of Jefferies' 10th monthly fee statement; Receipt of Province's 11th monthly fee statement; Correspondence to Akin Gump requesting balance of interim data from UCC professionals; Receipt of Cole Schotz's 6th monthly | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | fee statement; Receipt of Akin Gump's 11th monthly fee statement; Receipt of Davis Polk's 12th monthly fee statement | | | |
| 10-30-2020 | Tracey Nobis | B110 - Case Administration | 0.80 | 195.00 | 156.00 |
| | | Receipt of King & Spalding's 13th monthly fee statement and corresponding data; Email correspondence with Akin Gump confirming data collection for UCC professionals; Receipt of data from UCC professionals: Cole Schotz, Akin Gump, Jefferies and Province; Receipt of Davis Polk's 12th monthly data and correspondence re: data collection from Debtors' professionals; email correspondence to Kramer regarding FTI not-to-exceed amount | | | |
| 10-30-2020 | Tracey Nobis | B110 - Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt of Brown Rudnick's 11th and 12th monthly data; Receipt of KCC's 9th monthly data; Receipt of Gilbert's 11th monthly fee statement and corresponding data; receipt of KCC's amended Ninth Monthly Fee Statement; Receipt of email from Legal Decoder re: published data and correspondence to IB re: same | | | |
| 10-30-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 195.00 | 312.00 |
| | | Revision of review and preparation of first interim review report for Houlihan Lokey | | | |
| 10-30-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of FTI's 11th monthly fee statement; Receipt of Wilmer Hale's 10th monthly fee statement and corresponding data; Receipt of Dechert's 13th monthly data and correspondence to Legal Decoder re: turn around time; Receipt of Skadden's August data and correspondence re: September; Receipt of Bedell Cristin's 4th monthly fee statement and correspondence requesting balance of interim data | | | |
| 10-30-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Attention to FTI fees | | | |
| 10-30-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review application and supplemental disclosures re FTI cap | | | |
| 10-30-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Receive and review Davis Polk fee data | | | |
| 10-30-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Receive and review Gilbert Fee Data | | | |
| 10-30-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Various emails from professionals re: fee app data | | | |
| 10-30-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review email from Tracey re: Houlihan fee app | | | |
| 10-31-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review various emails re: fee review | | | |
| 10-31-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of Jones Day's 11th monthly fee statement and data; Receipt of Skadden's 11th monthly fee statement; correspondence to Ad Hoc Professionals requesting balance of interim data; Receipt of Jefferies' | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | 10th monthly expense data | | | |
| 10-31-2020 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Review of Order Granting 2nd Interim Compensation and update of Assignment Log recording requested and agreed fee/expense reductions | | | |
| 10-31-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review of KPMG's 8th-9th monthly data | | | |
| 10-31-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Draft Third Interim Review Report | | | |