Thomas D. Bielli, Esquire
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
Facsimile: (215) 754-4177
*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**SEVENTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER,
FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| | |
|---|---|
| **Name of Applicant** | Bielli & Klauder, LLC |
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | November 1, 2020 through November 30, 2020 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

**This is a(n):**   <u>X</u>  Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("B&K"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Seventh Monthly Statement of Services Rendered and Expenses Incurred for the Period from November 1, 2020 through November 30, 2020* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K <u>including</u> the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

<u>**Itemization of Services Rendered and Disbursements Incurred**</u>

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from November 1, 2020 through and including November 30, 2020, is referred to herein as the "**Fee Period**".

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $24,250.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

### Notice

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

Dated: December 23, 2020          **BIELLI & KLAUDER LLC**

                                          */s/ Thomas D. Bielli*
                                          Thomas D. Bielli, Esquire
                                          1905 Spruce Street
                                          Philadelphia, PA 19103
                                          Phone: (215) 642-8271
                                          Fax: (215) 754-4177
                                          tbielli@bk-legal.com

                                          *Counsel to Fee Examiner*
                                          *David M. Klauder, Esquire*

## Exhibit A

**Project Categories**

| Project Category | Total Hours |
|---|---|
| BK/Fee Examiner- Retention and Fee Applications | 10.1 |
| Case Administration | 19.1 |
| Fee/Employment Applications- Retention Professionals | 106.8 |
| **Total** | **136** |

## Exhibit B

### Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 18.4 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 23.2 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 60.2 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 34.2 |

## Exhibit C

### Computation of Monthly Fee

| Fee Description | Amount |
|---|---|
| Monthly Fee for November 2020 (includes costs of Legal Decoder, Inc.) | $24,250.00 |
| **Total** | **$24,250.00** |

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1276
**DATE** 11/30/2020
**DUE DATE** 11/30/2020
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE**  **$24,250.00**

**<u>Exhibit D</u>**

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
215-642-8271

December 07, 2020

Purdue Pharma, L.P.

**Invoice Number: 2237**
Invoice Period: 11-01-2020 - 11-30-2020

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 11-01-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |
| | | Review of Otterbourg's 9th month data | | | |
| 11-01-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 195.00 | 234.00 |
| | | Review of Gilbert's 9th and 10th month data | | | |
| 11-01-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review of Wilmer Hale's 8-9 monthly data | | | |
| 11-01-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Review of Jones Day's 10th monthly data | | | |
| 11-01-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |
| | | Review of Bedell Cristin's 2-3 monthly data | | | |
| 11-01-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review of Cole Schotz's 4-5 month data | | | |
| 11-01-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review of Cornerstone's 2-4 month data | | | |
| 11-02-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Email correspondence with Legal Decoder re: Cornerstone Research's published data; email correspondence with Akin Gump re: Jefferies' September data request; Email correspondence with Kramer re: FTI 2020 cap on fees; Receipt of Kramer Levin's 10th monthly fee statement and data | | | |
| 11-03-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee | 0.20 | 375.00 | 75.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Applications | | | |
| | | Discuss status of fee apps with T. Bielli | | | |
| 11-04-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Attention to fee review | | | |
| 11-04-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Attention to BK September fee app | | | |
| 11-04-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Receive and review Arnold & Porter's Fee Data | | | |
| 11-05-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | | Receipt of FTI's 11th monthly data; Receipt of Alix Partners' 13th monthly fee statement; Receipt of Arnold & Porter's 13th monthly fee statement; Receipt of E&Y's 4th monthly fee statement; Receipt of Arnold & Porter's 13th monthly fee data; Receipt of Bedell Cristin's 4th monthly data | | | |
| 11-08-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Correspondence with Legal Decoder re: published data; Receipt of Gilbert's 12th monthly data; Review of Assignment log; correspondence with IB re: review status | | | |
| 11-08-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Review of King & Spalding's 13th monthly data | | | |
| 11-08-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Prepare initial draft of King & Spalding's 3rd Interim Review Report | | | |
| 11-08-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.30 | 195.00 | 448.50 |
| | | Review of Skadden's 11th monthly data | | | |
| 11-08-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Review of Wilmer Hale's 10th monthly fee data | | | |
| 11-08-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Begin review of Davis Polk's 12th month fee data | | | |
| 11-08-2020 | Isabel Bielli | [ALL] Case Administration | 0.80 | 100.00 | 80.00 |
| | | Draft and send to Dave the September fee app | | | |
| 11-09-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Correspondence with Legal Decoder re: Gilbert's 12th monthly data; Receipt of E&Y's 4th month data | | | |
| 11-09-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.70 | 195.00 | 331.50 |
| | | Finish review of Davis Polk's 12th month data and 10-11 month expense data | | | |
| 11-10-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee | 0.20 | 375.00 | 75.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Applications | | | |
| | Attention to fee issues | | | | |
| 11-11-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | Discussions/emails re: BK fee apps | | | | |
| 11-11-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 100.00 | 50.00 |
| | Fix September fee application. | | | | |
| 11-12-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 100.00 | 50.00 |
| | Work on Second interim application for B&K | | | | |
| 11-12-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.70 | 100.00 | 70.00 |
| | Draft second interim application for BK | | | | |
| 11-12-2020 | Isabel Bielli | [ALL] Case Administration | 0.90 | 100.00 | 90.00 |
| | Create personal assignment log, cross check all data with most up to date data. | | | | |
| 11-12-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | Review Brown Rudnick fees for third interim | | | | |
| 11-12-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | Review data for third interim Brown Rudnick | | | | |
| 11-12-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 100.00 | 120.00 |
| | Finish reviewing fee and expense data for Brown Rudnick interim 3. Send update to Tracey. | | | | |
| 11-12-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.70 | 100.00 | 170.00 |
| | Review third interim data for Dechert | | | | |
| 11-12-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 100.00 | 70.00 |
| | Finishing reviewing data for Dechert third interim, upload to google drive, send to Tracey | | | | |
| 11-12-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | Email correspondence with Legal Decoder re: published data; correspondence with IB re: same; Receipt of Skadden's 12th monthly fee data; receipt and review of status spreadsheet from IB and update of assignment log; Receipt of Gilbert's 12th monthly fee statement; Receipt of Wilmer Hale's 11th monthly fee statement and corresponding data; Receipt of KCC's 10th monthly fee statement and data; Receipt of Province's 12th and 13th monthly fee statements and corresponding data | | | | |
| 11-12-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | Receipt of Jefferies' 11th monthly fee statement and data; Receipt of Bedell's 5th monthly fee statement and data; Receipt of Bayard's 5th monthly fee statement and data; Receipt of Cole Schotz's 7th monthly fee statement; Receipt of Akin Gump's 12th monthly fee statement and data; Receipt of Skadden's 12th monthly fee statement; Receipt of Otterbourg's 10 & 11th monthly data | | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 11-12-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 195.00 | 195.00 |
| | | Review of Jones Day's 11th monthly data | | | |
| 11-12-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 195.00 | 253.50 |
| | | Preparation of initial draft of Jones Day's 3rd Interim Review Report | | | |
| 11-13-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review interim fee app of Arnold & Porter | | | |
| 11-13-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 375.00 | 112.50 |
| | | Attention to BK monthly and interim fee app | | | |
| 11-14-2020 | Tracey Nobis | B110 - Case Administration | 0.60 | 195.00 | 117.00 |
| | | Correspondence to I. Bielli regarding status of initial interim review drafts and data publishing status; Receipt of publish status from Legal Decoder; correspondence with Jones Day regarding line item entry error; Receipt of Otterbourg's 10-12 monthly fee statements; Receipt of FTI's 12th monthly fee statement; Receipt of Houlihan Lokey's 6-9th monthly fee statements; Correspondence to Otterbourg, FTI and Houlihan requesting balance of outstanding data | | | |
| 11-14-2020 | Tracey Nobis | B110 - Case Administration | 0.20 | 195.00 | 39.00 |
| | | Receipt of Skadden's 3rd Interim Fee Application; Receipt of Arnold & Porter's 3rd Interim Fee Application | | | |
| 11-14-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |
| | | Review of Arnold & Porter's 13th monthly data | | | |
| 11-14-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Preparation of Arnold & Porter's 3rd Interim Review Report | | | |
| 11-15-2020 | Tracey Nobis | [ALL] Case Administration | 0.10 | 195.00 | 19.50 |
| | | Receipt of Otterbourg's 12th monthly fee data | | | |
| 11-15-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 195.00 | 253.50 |
| | | Review of Cole Schotz's 6th month fee data | | | |
| 11-15-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 195.00 | 195.00 |
| | | Review Gilbert's 11-12 monthly data | | | |
| 11-15-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.20 | 195.00 | 429.00 |
| | | Initial preparation of Gilbert's draft 3rd Interim Review Report | | | |
| 11-15-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 375.00 | 187.50 |
| | | Edit BK interim fee app | | | |
| 11-16-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.50 | 375.00 | 562.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Attention to BK fee apps (Sept and interim) including various edits to same and coordinate filing | | | |
| 11-16-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review various interim fee apps filed by professionals | | | |
| 11-16-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Review, revise and edit September Fee Application; electronically file same | | | |
| 11-16-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Review, revise and edit Interim Fee Application; electronically file same | | | |
| 11-16-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Email correspondence with Otterbourg re: expense detail not included in LEDES data; Receipt of King & Spalding's 14th monthly fee statement and corresponding data; Receipt of King & Spalding's 3rd Interim Fee Application; Email correspondence with Legal Decoder re: status of published data and Cornerstone's 5th monthly data; Receipt of Cornerstone's 5th monthly fee statement; Correspondence with I. Bielli re: status of reviews | | | |
| 11-16-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 100.00 | 120.00 |
| | | Draft Brown Rudnick 3rd interim review report. send to Tracey for further review. | | | |
| 11-16-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.30 | 100.00 | 30.00 |
| | | Create exhibits for September monthly fee application- send to Dave and Tom | | | |
| 11-16-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Work on Dechert third interim review report. | | | |
| 11-16-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Work on review report for Dechert Third Interim | | | |
| 11-17-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Work on Dechert third interim report | | | |
| 11-17-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 100.00 | 90.00 |
| | | Finish working on Dechert third interim review report, upload to google drive and email to tracey | | | |
| 11-17-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Download data for Province and review data. | | | |
| 11-17-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 100.00 | 70.00 |
| | | Review data for Province June-August third interim data | | | |
| 11-17-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | | Receipt of Kramer Levin's 11th and 12th monthly fee statements and 3rd Interim Fee Application; Receipt of Davis Polk's 13th Monthly Fee Statement and 3rd Interim Fee Application; Receipt of Houlihan's 2nd Interim | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Fee Application; Receipt of Otterbourg's 3rd Interim Fee Application; Receipt of Gilbert's 3rd Interim Fee Application; Receipt of FTI's 3rd Interim Fee Application; Receipt of Bayard's Final Interim Fee Application | | | |
| 11-17-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of Akin Gump's 3rd Interim Fee Application; Receipt of Province's 3rd Interim Fee Application; Receipt of KCC's 3rd Interim Fee Application; Receipt of E&Y's 3rd Interim Fee Application; Receipt of Jefferies' 3rd Interim Fee Application; Receipt of Cole Schotz's 3rd Interim Fee Application; Receipt of Alix Partners' 3rd Interim Fee Application; Receipt of Bedell Cristin's 2nd Interim Fee Application; Receipt of Brown Rudnick's 3rd Interim Fee Application; Receipt of PJT's 3rd Interim Fee Application | | | |
| 11-17-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt of Wilmer Hale's 3rd Interim Fee Application; Receipt of Jones Day's 3rd Interim Fee Application; Receipt of Dechert's 3rd Interim Fee Application; Receipt of E&Y's Third Interim fee data; Receipt of Kramer's 11th and 12th monthly fee data; Receipt of Davis Polk's 13th monthly fee data | | | |
| 11-17-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Finalize King & Spalding's 3rd Interim Review Report | | | |
| 11-17-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 195.00 | 58.50 |
| | | Finalize Gilbert's 3rd Interim Review Report | | | |
| 11-17-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Finalize Jones Day's 3rd Interim review Report | | | |
| 11-17-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with fee review team re: interim fee app review | | | |
| 11-18-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Initial review of interim fee app reviews | | | |
| 11-18-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Review status of fee application to be resolved. | | | |
| 11-18-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |
| | | Review and revise Brown Rudnick's 3rd Interim Review Report | | | |
| 11-18-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |
| | | Review and revise Dechert's 3rd Interim Review Report | | | |
| 11-18-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Email correspondence with D. Klauder and T. Bielli with status report; correspondence to I. Bielli re: due dates for outstanding reports; email correspondence to FTI and Alix requesting outstanding data | | | |
| 11-18-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Review of Cornerstone's 5th month data | | | |
| 11-18-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |

We appreciate your business

| Date | Professional | Task | | Hours | Rate | Amount |
|------|-------------|------|---|-------|------|--------|
| | | Call with Legal Decoder re: publishing status and priority; Receipt of Alix Partners' 12th and 13th month data; Receipt of FTI's 12th month data | | | | |
| 11-18-2020 | Tracey Nobis | B110 - Case Administration | | 0.90 | 195.00 | 175.50 |
| | | Receipt of King & Spalding's Amended 14th Monthly Fee Statement and corresponding data files; Receipt of Cornerstone's 2nd Interim Fee Application; Receipt of KPMG's 3rd Interim Fee Application; Email to Fee Examiner re: filing, data and review status; Email correspondence to I. Bielli re: updated review due dates; Email correspondence with Legal Decoder re: published data; Email correspondence to Houlihan requesting Second Interim fee data | | | | |
| 11-18-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | | 0.70 | 195.00 | 136.50 |
| | | Review of Jefferies 10th & 11th monthly data and preparation of Interim Review Report | | | | |
| 11-18-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | | 1.20 | 195.00 | 234.00 |
| | | Preparation of Cornerstone's 2nd Interim Review Report | | | | |
| 11-18-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | | 0.60 | 100.00 | 60.00 |
| | | Finish review data for interim three Province | | | | |
| 11-18-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | | 1.20 | 100.00 | 120.00 |
| | | Review expenses and draft review report for Province third interim | | | | |
| 11-18-2020 | Isabel Bielli | [ALL] Case Administration | | 0.20 | 100.00 | 20.00 |
| | | Download data, and update assignment log | | | | |
| 11-18-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | | 0.70 | 100.00 | 70.00 |
| | | Review data and draft review report for Ernst & Young third interim | | | | |
| 11-19-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | | 0.20 | 100.00 | 20.00 |
| | | Download and sort akin gump september monthly data. | | | | |
| 11-19-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | | 0.70 | 100.00 | 70.00 |
| | | Review fees for Akin Gump third interim data | | | | |
| 11-19-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | | 0.30 | 375.00 | 112.50 |
| | | Emails with Tracey Nobis, current status of 3rd interim fee review | | | | |
| 11-19-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | | 0.20 | 375.00 | 75.00 |
| | | Review notice of hearing for 3rd interim fee apps | | | | |
| 11-20-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | | 0.50 | 375.00 | 187.50 |
| | | Review report on 3rd interim app of Brown Rudnick | | | | |
| 11-20-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | | 0.30 | 375.00 | 112.50 |
| | | Review report on 3rd interim app of Gilbert | | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 11-20-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review report on 3rd interim app of Dechert | | | |
| 11-20-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discuss Arnold & Porter review with T. Bielli | | | |
| 11-20-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | General review of 3rd interim fee app status and assign reviews accordingly | | | |
| 11-20-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |
| | | Review data and draft report for PJT third interim | | | |
| 11-20-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Make final edits on PJT third interim review report and send to Tracey for review. | | | |
| 11-21-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Work on reviewing Akin Gump 3rd interim data | | | |
| 11-21-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Receipt of Jones Day's 12th monthly fee statement; Email correspondence with Legal Decoder re: replacing King & Spalding data; Receipt of Houlihan's 2nd Interim data; Email correspondence with Akin Gump re: UCC filings | | | |
| 11-21-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Review of Arnold & Porter's Fee Review; review of fee application; correspond with FE re same | | | |
| 11-21-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Document Arnold & Porters 3rd Interim information and reductions (none) and why | | | |
| 11-21-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 195.00 | 58.50 |
| | | Finalize KPMG's 3rd Interim Review Report | | | |
| 11-21-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.30 | 195.00 | 448.50 |
| | | Review of Skadden's 12th monthly fee data | | | |
| 11-21-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.20 | 195.00 | 429.00 |
| | | Preparation of Skadden's 3rd Interim review report | | | |
| 11-21-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Review of Wilmer Hale's 11th month data | | | |
| 11-21-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained | 1.10 | 195.00 | 214.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Preparation of Wilmer Hale's 3rd Interim Review Report | | | |
| 11-22-2020 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Review of Houlihan 2nd Interim data and preparation of 2nd Interim Review Report | | | |
| 11-22-2020 | Tracey Nobis | [ALL] Case Administration | 2.00 | 195.00 | 390.00 |
| | | Review and revise Akin Gump's 3rd Interim Review Report | | | |
| 11-22-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 195.00 | 58.50 |
| | | Correspondence to I. Bielli re: feedback on Akin Gump's 3rd Interim review | | | |
| 11-22-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Update Skadden Third Interim Report with excessive time notations | | | |
| 11-22-2020 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Review of E&Y 3rd Interim report; Review and revise Province's 3rd Interim Review Report | | | |
| 11-22-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Review and revise PJT's 3rd Interim Review Report | | | |
| 11-22-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Review of assignment log and data publishing status; correspondences with I. Bielli re: review status; create draft status report for Fee Examiner | | | |
| 11-22-2020 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Update of review report templates | | | |
| 11-22-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 100.00 | 70.00 |
| | | Review Akin Gump 3rd interim expenses | | | |
| 11-22-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Review Akin Gump fee data for third interim | | | |
| 11-22-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |
| | | Review fee data for Akin Gump third interim | | | |
| 11-22-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 100.00 | 130.00 |
| | | Finish reviewing expenses data for Akin Gump third interim. | | | |
| 11-22-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 100.00 | 120.00 |
| | | Work on review report for akin gump third interim. | | | |
| 11-22-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Finish review report for Akin gump and upload to google drive send to Tracey | | | |
| 11-23-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained | 0.30 | 100.00 | 30.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Create Interim review report letter for King & Spalding | | | |
| 11-23-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Draft fee examiner letter for Gilbert third interim | | | |
| 11-23-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Draft fee examiner letter for Jones Day Third interim | | | |
| 11-23-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Draft Fee examiner letter for Brown Rudnick third interim | | | |
| 11-23-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Draft fee examiner letter for Dechert third interim | | | |
| 11-23-2020 | Tracey Nobis | [ALL] Case Administration | 0.10 | 195.00 | 19.50 |
| | | Review of LSA for published data and correspondence to Legal Decoder re: outstanding data | | | |
| 11-23-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review of Bedell's 4th and 5th monthly data | | | |
| 11-23-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Preparation of Bedell Cristin's 2nd Interim Review Report | | | |
| 11-23-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review report status | | | |
| 11-23-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Initial drafting of Brown Rudnick interim report | | | |
| 11-23-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Analyze review reports for 3rd interim fee apps | | | |
| 11-23-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 375.00 | 412.50 |
| | | Review Akin Gump review report | | | |
| 11-23-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Various discussions with T. Bielli re: reviews for 3rd interim period | | | |
| 11-24-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Emails with I. Bielli re: Akin Gump review | | | |
| 11-24-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Work on Brown Rudnick interim report | | | |
| 11-24-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Work on Gilbert interim report | | | |
| 11-24-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Work on Dechert interim report | | | |
| 11-24-2020 | Thomas Bielli | [ALL] Case Administration | 0.50 | 350.00 | 175.00 |
| | | Attention to Akin Gump discrepancy | | | |
| 11-24-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Preparation of Otterbourg's 3rd Interim Review Report | | | |
| 11-24-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Review of Cole Schotz's 7th month fee data | | | |
| 11-24-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 195.00 | 253.50 |
| | | Preparation of Cole Schotz's 2nd Interim Review Report | | | |
| 11-24-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Correspondence with Legal Decoder re: published data and status of outstanding; email correspondence and phone call with I. Bielli re: E&Y's compensation arrangement; brief review of E&Y no objection review report | | | |
| 11-24-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 195.00 | 292.50 |
| | | Review of Otterbourg's 10-12 monthly data | | | |
| 11-24-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 100.00 | 80.00 |
| | | Update review report for Akin Gump after fixing the time discrepancy flag | | | |
| 11-24-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Download and review Kurtzman third interim data | | | |
| 11-24-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Sort data for third interim Kurtzman | | | |
| 11-24-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Draft fee examiner letter for Jefferies third interim | | | |
| 11-24-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Draft fee examiner letter for Cornerstone research | | | |
| 11-24-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained | 0.30 | 100.00 | 30.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Update google drive with fee examiner letters | | | |
| 11-24-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Draft fee examiner letter for KPMG third interim | | | |
| 11-24-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Draft fee examiner letter for Province and Skadden | | | |
| 11-24-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Draft fee examiner letter for PJT third interim | | | |
| 11-24-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Draft fee examiner letter for Akin Gump third interim | | | |
| 11-24-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Review fee application time entries against Isa time entries to find discrepancy for Akin Gump tenth and eleven monthly's | | | |
| 11-24-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Review august fee application line items for time over-billed discrepancies for legal decoder. | | | |
| 11-24-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 100.00 | 80.00 |
| | | Finish reviewing August line item time entries for time discrepancies | | | |
| 11-24-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 195.00 | 253.50 |
| | | Preparation of Bayard's 2nd and Final Interim review report | | | |
| 11-25-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 100.00 | 90.00 |
| | | Finish review and draft review report for Kurtzman third interim | | | |
| 11-25-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt of Jones Day's 12th monthly fee data; Email correspondence with I. Bielli re: data formatting and Excel pivot table assistance; Prepare status report for FE | | | |
| 11-25-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Begin review of Davis Polk's 13th monthly fee data | | | |
| 11-25-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review statement re: Ad hoc committee professionals fees | | | |
| 11-25-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Edit Dechert interim report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 11-25-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Jefferies interim fee app | | | |
| 11-25-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Province interim fee app and fee review | | | |
| 11-25-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Houlihan interim fee app and fee review | | | |
| 11-25-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review additional work agreement with Ernst & Young | | | |
| 11-25-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Review updated status reports | | | |
| 11-27-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.50 | 350.00 | 525.00 |
| | | Attention to E&Y Fee App | | | |
| 11-27-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Attention to review and reports of 3rd interim fee apps | | | |
| 11-27-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Revise King and Spalding Report | | | |
| 11-28-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 375.00 | 525.00 |
| | | Draft and edit interim reports for Province, Dechert, Brown Rudnick, Gilbert | | | |
| 11-28-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review 3rd interim fee apps for Bedell and Bayard | | | |
| 11-28-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.50 | 350.00 | 525.00 |
| | | Attention to PJT Fee App | | | |
| 11-28-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Revise King and Spalding Report | | | |
| 11-29-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.80 | 350.00 | 980.00 |
| | | Draft Jones Day Report | | | |
| 11-29-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 350.00 | 700.00 |
| | | Prepare Cornerstone Report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 11-29-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Revise King and Spalding Report | | | |
| 11-29-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Various discussions with T. Bielli re: 3rd interim fee review | | | |
| 11-29-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 375.00 | 450.00 |
| | | Draft Akin Gump interim report | | | |
| 11-29-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Draft Bedell Christin interim report | | | |
| 11-29-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Review of 3rd interim fee apps and initial reviews of same | | | |
| 11-29-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Prepare Skadden's Report | | | |
| 11-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Draft final letter for Cole Scholtz second interim | | | |
| 11-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Draft final letter for Bedell Cristin second interim | | | |
| 11-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Draft final letter for Otterbourg third interim | | | |
| 11-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Draft final letter for Bayard final and second interim | | | |
| 11-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 100.00 | 10.00 |
| | | Create table for Vague Time Entries for Jones Day third interim | | | |
| 11-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |
| | | Work on third interim Kramer Levin review report | | | |
| 11-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Correct Akin Gump spreadsheet mistake, and format multiple professional spreadsheet | | | |
| 11-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 100.00 | 60.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Finish working on Kramer levin third interim review report and upload to google drive | | | |
| 11-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 100.00 | 90.00 |
| | | Download and sort data for Kramer third interim | | | |
| 11-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Work on third interim kramer levin review report | | | |
| 11-29-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Add columns to excel table for Jones Day third interim transient billers | | | |
| 11-29-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Receipt and review of E&Y's 3rd Expansion of Scope and correspondence to I. Bielli re: same; Receipt and review of Statement of Fees Paid to Ordinary Course Professionals | | | |
| 11-29-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 195.00 | 390.00 |
| | | Finish review of Davis Polk's 13th monthly fee data | | | |
| 11-29-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |
| | | Review of Davis Polk's 3rd interim expense data; compilation of monthly reviews in preparation for 3rd Interim Review Report | | | |
| 11-29-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 195.00 | 58.50 |
| | | Call with T. Bielli re: Akin Gump expenses; call with I. Bielli re: same | | | |
| 11-29-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review and revise KCC's 3rd Interim Review Report; Review and revise Kramer's 3rd Interim Review Report; Email correspondence to Legal Decoder re: status of published data; preparation of status report for Fee Examiner | | | |
| 11-29-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.20 | 195.00 | 429.00 |
| | | Preparation of Davis Polk's 3rd Interim Review Report | | | |
| 11-30-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Prepare Skadden's Report | | | |
| 11-30-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Draft Cole Schotz interim report | | | |
| 11-30-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Draft Kramer Levin interim report | | | |
| 11-30-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Draft Otterbourg interim report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 11-30-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Edit interim reports for Gilbert, Brown Rudnick, Province, Bedell | | | |
| 11-30-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Edit interim reports for Dechert | | | |
| 11-30-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to fee examiner billing issue including discussions with T. Bielli and UST re: same | | | |
| 11-30-2020 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Attention to Fee Examiner time | | | |
| 11-30-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Draft final letter for Davis Polk, Kurtzman, and Kramer Levin | | | |