DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF FILING OF SUPPLEMENTAL**
**ORDINARY COURSE PROFESSIONALS LIST**

      **PLEASE TAKE NOTICE** that on November 26, 2019, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") entered the *Order Authorizing Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date* (ECF No. 548) (the "**Order**") authorizing the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") to establish certain procedures to retain and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

compensate those professionals that the Debtors employ in the ordinary course of business (collectively, the "**Ordinary Course Professionals**"). Attached to the Order as Exhibits 1, 2, and 3 are initial lists of Ordinary Course Professionals (collectively, the "**OCP Lists**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2(xi) of the Order, the Debtors hereby amend and supplement the applicable OCP List to add the professionals listed in Schedule 1 attached hereto (the "**Additional Ordinary Course Professionals**"). The OCP Affidavit and Retention Questionnaire with respect to each Additional Ordinary Course Professional will be filed separately pursuant to the procedures specified in the Order.

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the proposed retention of each Additional Ordinary Course Professional is ten days after the filing of OCP Affidavit and Retention Questionnaire of such Additional Ordinary Course Professional, after which such Additional Ordinary Course Professional will be deemed approved in accordance with the provisions of the Order and without the need for a hearing or further Court order. Absent any such objection, the Ordinary Course Professionals retained pursuant to this Supplemental Notice of Ordinary Course Professionals will be paid in accordance with the terms and conditions set forth in the Order.

Dated:   December 24, 2020
         New York, New York

                DAVIS POLK & WARDWELL LLP

                By:   /s/ *Eli J. Vonnegut*

                450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

3

**Schedule 1**
**Supplement to Ordinary Course Professionals List**

**Tier 1 Ordinary Course Professionals**

| **Name of Professional** |
| --- |
| Kirkland & Ellis LLP |