UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> PURDUE PHARMA L.P., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 19-23649 (RDD) <br><br> (Jointly Administered) |

## AFFIDAVIT AND DISCLOSURE STATEMENT OF REGINALD BROWN, ON BEHALF OF KIRKLAND & ELLIS LLP

WASHINGTON, D.C.

Reginald Brown, being duly sworn, upon his oath, deposes and says as follows:

1. I am a partner of Kirkland & Ellis LLP, located at 1301 Pennsylvania Avenue NW, Washington, DC 20004 (the "**Firm**").

2. Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3. The Services include, but are not limited to, the following: representation in connection with certain inquiries and any hearings by Congressional committees into historical opioid product sales and marketing practices, including any new Congressional inquiries or hearings that may arise related thereto.

4. The Firm may have performed services in the past and may perform services in the future for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. However, except as provided in the following paragraph, the Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not represent any such person in matters adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm currently represents Allergan plc, Abbvie Inc., and Abbott Laboratories and/or one or more of their affiliates in connection with matters relating to, among other things, the Debtors' opioid products and/or marketing, including in connection with the Debtors' chapter 11 cases.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of the Debtors' chapter 11 cases, the Debtors owed the Firm $0.00 in respect of prepetition services rendered to the Debtors.

9. If the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on December 22, 2020, in Washington, D.C.

_____
Affiant Name  Reginald J. Brown

SWORN TO AND SUBSCRIBED before me this day of December, 2020

_____
Notary Public

NADINE DELORES EDMONDS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 31, 2024

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 19-23649 (RDD) |
| PURDUE PHARMA L.P., *et al.*, | ) ) |
| Debtors.[1] | ) (Jointly Administered) ) ) |

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**").

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of professional:

    Kirkland & Ellis LLP

    c/o Reginald Brown

    1301 Pennsylvania Avenue NW, Washington, DC 20004

2. Date of retention: December 1, 2020 – Present

3. Type of services to be provided:

    Legal Services

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

4.     Brief description of services to be provided:

Representation in connection with certain inquiries and any hearings by Congressional committees into historical opioid product sales and marketing practices, including any new Congressional inquiries or hearings that may arise related thereto.

5.     Arrangements for compensation (hourly, contingent, etc.):

Hourly

    (a)     Average hourly rate (if applicable):

$1,745.00

    (b)     Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

N/A

6.     Prepetition claims against the Debtors held by the company:

Amount of claim: $0.00

Date claim arose: N/A

Nature of claim: N/A

7.     Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name: None

Status:

Amount of claim: $

Date claim arose:

Nature of claim:

8.     Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

My firm, Kirkland & Ellis LLP, currently represents Allergan plc, Abbvie Inc., and Abbott Laboratories and/or one or more of their affiliates in connection with matters relating to, among other things, the Debtors' opioid products and/or marketing, including in connection with the Debtors' chapter 11 cases.

2

9. Disclose whether the professional currently represents any of the Debtors' existing shareholders, including trusts, beneficiaries, companies, affiliates, family members and any similar related parties (together, the "**Shareholder Parties**"), and/or any entity owned or controlled by any Shareholder Party (in each case other than any Debtor), and whether any Shareholder Party or any entity owned or controlled by any Shareholder Party (other than any Debtor) accounted for more than 1% of the professionals' annual revenue for any of the last five years. If so, describe what ethical walls or other protections are in place with regard to the concurrent representations.

   None

10. Name and title of individual completing this form:

    Reginald Brown, Partner

Dated: December 22, 2020

3