WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**THIRTEENTH MONTHLY FEE STATEMENT OF WILMER CUTLER
PICKERING HALE AND DORR LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL
COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE
PERIOD FROM NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Name of Applicant | Wilmer Cutler Pickering Hale and Dorr LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | November 1, 2020 through November 30, 2020 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | **$333,293.50**[2] **(80% of $416,616.87)** |
| **Total reimbursement of expenses requested in this statement** | **$14.89** |
| **Total compensation and reimbursement requested in this statement** | **$333,308.39** |
| **This is a(n):**   _X Monthly Application    __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019 [Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Thirteenth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2020 Through November 30, 2020* ("**Fee Statement**").[3] By this Fee Statement, WilmerHale seeks (i) compensation in the amount of $333,293.50, which is 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $416,616.87), and (ii)

---

[2]  This amount reflects an agreed reduction in fees in the aggregate amount of $73,520.63.

[3]  The period from November 1, 2020 through and including November 30, 2020 is referred to herein as the "**Fee Period**."

payment of $14.89 for the actual, necessary expenses that WilmerHale incurred in connection

with rendering such services during the Fee Period.

<u>**Itemization of Services Rendered and Disbursement Incurred**</u>

1.        Attached hereto as <u>**Exhibit A**</u> is a chart of the number of hours expended and fees

incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and

paraprofessionals during the Fee Period with respect to each of the project categories

WilmerHale established in accordance with its internal billing procedures.  As reflected in

<u>**Exhibit A**</u>, WilmerHale incurred $490,137.50 in fees during the Fee Period and, pursuant to its

agreement with Purdue Pharma, L.P., reduced that amount to $416,616.87.  Pursuant to this Fee

Statement, WilmerHale seeks compensation for 80% of such fees, totaling $333,293.50.

2.        Attached hereto as <u>**Exhibit B**</u> is a chart of WilmerHale professionals and

paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who

rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period

and the title, hourly rate, aggregate hours worked and the amount of fees earned by each

professional.  The blended hourly billing rate of attorneys for all services provided during the

Fee Period is $938.97.[4]  The blended hourly billing rate of all paraprofessionals is $381.65.[5]

3.        Attached hereto as <u>**Exhibit C**</u> is a chart of expenses that WilmerHale incurred or

disbursed in the amount of $14.89 in connection with providing professional services to the

Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's

direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.

Only the clients for whom the services are actually used are separately charged for such services.

---

[4]  The blended hourly billing rate of $938.97 for attorneys is derived by dividing the total fees for attorneys of
$463,384.00 by the total hours of 493.50.

[5]  The blended hourly billing rate of $381.65 for paraprofessionals is similarly derived by dividing the total fees for
paraprofessionals of $26,753.50 by the total hours of 70.10.

The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.      Attached hereto as **Exhibit D** are the related invoices showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.      WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of **$333,293.50**, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $416,616.87), and (ii) payment of **$14.89** for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: December 29, 2020

By:    */s/ George W. Shuster, Jr.*
    WILMER CUTLER PICKERING
    HALE AND DORR LLP

    George W. Shuster, Jr.
    7 World Trade Center
    New York, NY  10007
    Telephone:  (212) 937-7518
    Facsimile:  (212) 230-8888

    Alyssa DaCunha
    1875 Pennsylvania Avenue, N.W.
    Washington, D.C. 20006
    Telephone:  (202) 663-6000
    Facsimile:  (202) 663-6363

    *Special Counsel to the Debtors and Debtors*
    *in Possession*

## Exhibit A

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee/Employment Applications (B160) | 24.20 | 14,147.50 |
| Congressional Investigation (L120) | 539.40 | 475,990.00 |
| **Total** | **563.60** | **$490,137.50** |
| **Less Agreed Reduction** | | **-$73,520.63** |
| **GRAND TOTAL** | **563.60** | **$416,616.87** |

**Exhibit B**

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 80.80 | 125,240.00 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 965.00 | 102.20 | 98,623.00 |
| Aaron Zebley | Partner; joined firm in 2014; admitted to NY Bar since 1977 and DC Bar since 2014; Litigation / Controversy; Regulatory and Government Affairs. | 1,029.00 | 68.00 | 69,972.00 |
| **Partners Total** | | | **251.00** | **$293,835.00** |
| **Counsel** | | | | |
| Kaitlyn A. Ferguson | Counsel; joined firm in 2020; admitted to NY Bar since 2013 and DC Bar since 2014; Regulatory and Government Affairs. | 955.00 | 11.40 | 10,887.00 |
| **Counsel Total** | | | **11.40** | **$10,887.00** |
| **Associates & Attorneys** | | | | |
| Ridge M. Blanchard | Associate; joined firm in 2016; admitted to MA Bar since 2017 and DC Bar since 2018; Regulatory and Government Affairs. | 730.00 | 56.70 | 41,391.00 |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 525.00 | 4.20 | 2,205.00 |

---

[1] WilmerHale increased its standard billing rates for certain professionals effective as of September 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lydia M. Lichlyter | Associate; joined firm in 2017; admitted to DC Bar since 2019; Regulatory and Government Affairs. | 655.00 | 17.40 | 11,397.00 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 860.00 | 70.90 | 60,974.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 690.00 | 2.50 | 1,725.00 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 68.60 | 37,730.00 |
| Phoebe Stroede | Sr. Discovery Attorney; joined firm in 2013; admitted to OH Bar since 2012. | 300.00 | 10.80 | 3,240.00 |
| **Associates & Attorneys Total** | | | **231.10** | **$158,662.00** |
| **Paraprofessionals** | | | | |
| Leighton Crawford | Sr. Paralegal; joined firm in 2001; Litigation / Controversy. | 465.00 | 0.50 | 232.50 |
| Jeffrey Dillard | Reference Coordinator; joined firm in 1993; Library and Research Services. | 415.00 | 1.00 | 415.00 |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 12.50 | 4,812.50 |
| Erica Rhodes | Legislative Assistant; joined firm in 2014; Regulatory and Government Affairs. | 310.00 | 2.20 | 682.00 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 26.50 | 7,287.50 |

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 545.00 | 18.90 | 10,300.50 |
| Saige Wenik | Sr. Project Assistant; joined firm in 2017; Litigation / Controversy. | 325.00 | 6.70 | 2,177.50 |
| Edgar Zoz | Legislative and Public Policy Manager; joined firm in 1992; Regulatory and Government Affairs. | 470.00 | 1.80 | 846.00 |
| **Paraprofessionals Total** | | | **70.10** | **$26,753.50** |
| **TOTAL** | | | 563.60 | **$490,137.50** |
| **Less Agreed Reduction** | | | | -$73,520.63 |
| **GRAND TOTAL** | | | **563.60** | **$416,616.87** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Federal Express | 14.89 |
| **TOTAL** | **$14.89** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# WILMERHALE

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 12/15/20 |
| Invoice No. | 2617223 |
| Matter No. | 1653300-00137 |

FOR LEGAL SERVICES RENDERED through November 30, 2020 in connection with the Fee and
Retention Applications matter, as detailed on the attached.

| | | |
|---|---|---:|
| Total Legal Services | $ | 14,147.50 |
| Line Item Discount | | -2,122.13 |
| Total Disbursements | | 14.89 |
| **Total Amount Due** | **$** | **12,040.26** |

**PLEASE NOTE:**
**In preparation for our fiscal year-end, please remit payment by Monday December 28, 2020.**
**If you have a fiscal year-end billing deadline, please advise us by emailing**
**WHFinanceClientAccounting@wilmerhale.com.  Thank you, in advance.**

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ████

Routing Number: ████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2617223
Invoice Date 12/15/20
Legal Services through November 30, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/02/20 | Pierce, Allyson | 0.10 | Email to Ms. Thompson re update on interim fee application |
| 11/02/20 | Thompson, Yolande | 0.50 | Prepare draft monthly fee statement for September 2020 |
| 11/02/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re status of interim fee application |
| 11/03/20 | Thompson, Yolande | 1.10 | Prepare draft third interim fee application |
| 11/04/20 | Thompson, Yolande | 2.00 | Continue preparing draft third interim fee application |
| 11/04/20 | Thompson, Yolande | 1.10 | Continue preparing draft monthly fee statement for September with exhibits |
| 11/05/20 | Thompson, Yolande | 0.50 | Finalize draft monthly fee statement for September |
| 11/05/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re finalized invoices for September |
| 11/05/20 | Thompson, Yolande | 1.30 | Continue preparing draft third interim fee application |
| 11/06/20 | DaCunha, Alyssa | 0.50 | Review fee statement, attachments, for submission |
| 11/06/20 | Pierce, Allyson | 0.10 | Email to Ms. DaCunha and Mr. Byrnes re review of September fee statement and upcoming deadlines |
| 11/06/20 | Pierce, Allyson | 0.20 | Review draft of September fee statement |
| 11/06/20 | Thompson, Yolande | 0.10 | Email September 2020 fee statement with exhibits to Ms. Pierce for attorney review and approval |
| 11/06/20 | Thompson, Yolande | 1.10 | Continue preparing draft third interim fee application |
| 11/06/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Ms. DaCunha re September 2020 fee statement |
| 11/09/20 | Thompson, Yolande | 1.40 | Update, proofread, finalize draft third interim fee application |
| 11/09/20 | Thompson, Yolande | 0.10 | Email Third Interim Fee Application to Ms. Pierce for attorney review and approval |
| 11/10/20 | DaCunha, Alyssa | 0.30 | Review fee application certification |

Client No. 1653300  
Matter No. 1653300-00137  

Purdue Pharma, L.P.  
Fee and Retention Applications  

Invoice No. 2617223  
Invoice Date 12/15/20  
Legal Services through November 30, 2020  

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/10/20 | DaCunha, Alyssa | 0.20 | Confer with Ms. Pierce re fee application |
| 11/10/20 | Pierce, Allyson | 0.50 | Emails with Ms. DaCunha, Mr. Byrnes, Mr. Shuster, Mr. Brown and Ms. Thompson re draft of interim fee application |
| 11/10/20 | Pierce, Allyson | 0.20 | Review draft of interim fee application |
| 11/10/20 | Thompson, Yolande | 0.20 | Review emails from Ms. Pierce, Mr. Shuster, and Ms. DaCunha re Third Interim Fee Application |
| 11/10/20 | Thompson, Yolande | 0.20 | Update Third Interim Fee Application |
| 11/10/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re updating Third Interim Fee Application to reflect Mr. Shuster's comment |
| 11/10/20 | Thompson, Yolande | 0.10 | Reply to certain email from Ms. DaCunha re budgets filed by certain other firms |
| 11/10/20 | Thompson, Yolande | 0.20 | Review, retrieve certain fee applications from docket per Ms. DaCunha's request |
| 11/10/20 | Thompson, Yolande | 0.20 | Review bankruptcy docket for certain fee applications |
| 11/11/20 | DaCunha, Alyssa | 0.80 | Develop budget for fee application submission |
| 11/11/20 | Pierce, Allyson | 0.10 | Emails with Ms. DaCunha re redactions for fee statement |
| 11/11/20 | Pierce, Allyson | 0.10 | Review emails from Ms. DaCunha re interim fee application and budget requirements |
| 11/11/20 | Pierce, Allyson | 0.10 | Emails with Ms. Thompson re September fee statement |
| 11/11/20 | Pierce, Allyson | 0.20 | Emails with Ms. Thompson re update on required information for interim application |
| 11/11/20 | Thompson, Yolande | 0.20 | Emails with Ms. Pierce re information needed to finalize interim fee application |
| 11/11/20 | Thompson, Yolande | 0.20 | Review emails from Ms. DaCunha, Mr. Shuster, and Ms. Pierce re Interim Fee Application and September fee statement |
| 11/11/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re redacted invoices for September fee statement |
| 11/12/20 | Lannon, William E. | 1.00 | Prepare fee statement redactions |

Client No. 1653300                      Purdue Pharma, L.P.
Matter No. 1653300-00137                Fee and Retention Applications

Invoice No. 2617223
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/12/20 | Pierce, Allyson | 0.10 | Review revisions to monthly fee statement for September from Ms. Thompson |
| 11/12/20 | Pierce, Allyson | 0.10 | Emails with Mr. Shuster re approval of finalized application |
| 11/12/20 | Pierce, Allyson | 0.10 | Emails with Ms. Thompson re revisions to monthly statement |
| 11/12/20 | Thompson, Yolande | 0.20 | E-file Eleventh Monthly Fee Statement |
| 11/12/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 11/12/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| 11/12/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re authorization to e-file September fee statement |
| 11/12/20 | Thompson, Yolande | 0.20 | Review redacted invoice for September |
| 11/12/20 | Thompson, Yolande | 0.10 | Prepare Certificate of Service for fee statement |
| 11/12/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re LEDES files for September fee statement |
| 11/12/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Mr. Shuster re revision to fee statement |
| 11/12/20 | Thompson, Yolande | 0.30 | Revise, finalize September fee statement and exhibits for filing |
| 11/12/20 | Thompson, Yolande | 0.10 | Email to Ms. Nobis, fee review coordinator for fee examiner, enclosing LEDES data for September fee statement |
| 11/12/20 | Thompson, Yolande | 0.10 | Serve fee statement upon notice parties via email |
| 11/12/20 | Thompson, Yolande | 0.10 | Coordinate with Office Services re sending filed fee statement to Chambers and notice parties via FedEx and first class mail |
| 11/12/20 | Thompson, Yolande | 0.10 | Download, update files with filed Fee Statement and related Certificate of Service |
| 11/12/20 | Thompson, Yolande | 0.20 | Review emails from Ms. DaCunha, Ms. Pierce, and Mr. Lannon re redacted invoice for September |
| 11/13/20 | Pierce, Allyson | 0.20 | Review revised draft of interim fee application |
| 11/13/20 | Pierce, Allyson | 0.10 | Emails with Ms. DaCunha and Ms. Thompson re finalizing interim fee application |

Client No. 1653300  
Matter No. 1653300-00137  

Purdue Pharma, L.P.  
Fee and Retention Applications  

Invoice No. 2617223  
Invoice Date 12/15/20  
Legal Services through November 30, 2020  

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/13/20 | Thompson, Yolande | 0.10 | Email updated Third Interim Fee Application to Ms. Pierce for attorney review |
| 11/13/20 | Thompson, Yolande | 0.10 | Review email from Ms. Pierce re updated Interim Fee Application |
| 11/13/20 | Thompson, Yolande | 0.70 | Update Third Interim Fee Application |
| 11/13/20 | Thompson, Yolande | 0.10 | Review email from Ms. DaCunha re updating Interim Fee Application |
| 11/13/20 | Thompson, Yolande | 0.10 | Emails with Mr. Bruner re information for budget to be included in interim fee application |
| 11/16/20 | Pierce, Allyson | 0.30 | Emails with Ms. DaCunha, Ms. Thompson, and Mr. Shuster re filing interim fee application |
| 11/16/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re filing Third Interim Fee Application |
| 11/16/20 | Thompson, Yolande | 0.60 | Finalize Third Interim Fee Application and exhibits for filing |
| 11/16/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| 11/16/20 | Thompson, Yolande | 0.20 | E-file Third Interim Fee Application |
| 11/16/20 | Thompson, Yolande | 0.10 | Download, update files with filed Fee Application and related Certificate of Service |
| 11/16/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 11/16/20 | Thompson, Yolande | 0.10 | Serve fee application upon notice parties via email |
| 11/16/20 | Thompson, Yolande | 0.10 | Prepare Certificate of Service for fee application |
| 11/16/20 | Thompson, Yolande | 0.20 | Review emails from Ms. DaCunha and Ms. Pierce re final approval to e-file Interim Fee Application |
| 11/16/20 | Thompson, Yolande | 0.10 | Coordinate with Office Services re sending filed fee application to Chambers and notice parties via FedEx and first class mail |
| 11/23/20 | Thompson, Yolande | 0.10 | Emails with Ms. MacDonald re confirming that no objections were filed to or reductions agreed to for Tenth Monthly Fee Statement |
| 11/23/20 | Thompson, Yolande | 0.10 | Review docket to confirm status of Tenth Monthly Fee Statement and hearing date for Interim Fee Applications |

Client No. 1653300

Matter No. 1653300-00137

Purdue Pharma, L.P.

Fee and Retention Applications

Invoice No. 2617223

Invoice Date 12/15/20

Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/30/20 | Thompson, Yolande | 0.10 | Emails with Ms. MacDonald re confirming that no objections were filed to Eleventh Monthly Fee Statement |
| 11/30/20 | Thompson, Yolande | 0.10 | Emails with Ms. Moore re client rejection of September invoices due to error in rates |
| 11/30/20 | Thompson, Yolande | 1.10 | Prepare draft Amended Fee Statement for September 2020 with exhibits |
| 11/30/20 | Thompson, Yolande | 1.60 | Prepare draft Amended Third Interim Fee Application with exhibits |
| 11/30/20 | Thompson, Yolande | 0.10 | Review bankruptcy docket to confirm that no objections were filed to September fee statement |
| **Total** | | **24.20** | |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2617223
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Cost | Description |
|---|---|---|
| 11/23/20 | 14.89 | Federal Express Corp; Invoice# 717052270 (Nov-03,2020); Inv#717052270 398219778431 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| | 14.89 | |

Total Disbursements        $      **14.89**

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2617223
Invoice Date 12/15/20
Legal Services through November 30, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| DaCunha, Alyssa | 1.80 | 965.00 | 1,737.00 |
| Pierce, Allyson | 2.50 | 690.00 | 1,725.00 |
| Thompson, Yolande | 18.90 | 545.00 | 10,300.50 |
| Lannon, William E. | 1.00 | 385.00 | 385.00 |
| **Total Legal Services** | **24.20** | | **$14,147.50** |

## DISBURSEMENTS

| Description | Total |
|---|---|
| FEDERAL EXPRESS | 14.89 |
| **Total Disbursements** | **$14.89** |

# WILMERHALE

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 12/15/20 |
| Invoice No. | 2617224 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through November 30, 2020 in connection with the Post
Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 475,990.00 |
| Line Item Discount | | -71,398.50 |
| **Total Amount Due** | **$** | **404,591.50** |

**PLEASE NOTE:**
**In preparation for our fiscal year-end, please remit payment by Monday December 28, 2020.**
**If you have a fiscal year-end billing deadline, please advise us by emailing**
**WHFinanceClientAccounting@wilmerhale.com.  Thank you, in advance.**

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number  ██████████

Routing Number:  ████████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| L120 - Analysis/Strategy | | | |
| 11/02/20 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |
| 11/03/20 | Brown, Reginald | 1.00 | Participate ██████████ |
| 11/03/20 | DaCunha, Alyssa | 0.90 | Participate ███████████████ |
| 11/03/20 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |
| 11/04/20 | Rockett, Elizabeth W. | 0.70 | Complete daily monitoring research per Ms. DaCunha |
| 11/05/20 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |
| 11/06/20 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |
| 11/09/20 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |
| 11/10/20 | Brown, Reginald | 1.00 | Participate ██████████████ |
| 11/10/20 | DaCunha, Alyssa | 0.30 | Confer with ████████████████ |
| 11/10/20 | DaCunha, Alyssa | 0.50 | Respond ████████ |
| 11/10/20 | DaCunha, Alyssa | 1.00 | Participate ████████████ |
| 11/10/20 | Menz, Sheila E. | 1.50 | Analyze ████████████ |
| 11/10/20 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 11/11/20 | Rockett, Elizabeth W. | 0.70 | Complete █████████████████ |
| 11/12/20 | DaCunha, Alyssa | 0.40 | Confer with ██████████████ |
| 11/12/20 | DaCunha, Alyssa | 0.40 | Revise ██████████ |
| 11/12/20 | Menz, Sheila E. | 1.20 | Draft █████████ |
| 11/12/20 | Menz, Sheila E. | 0.10 | Revise ███████████ |
| 11/12/20 | Menz, Sheila E. | 0.20 | Confer with ████████████ |
| 11/12/20 | Rockett, Elizabeth W. | 0.70 | Complete ███████████████ |
| 11/13/20 | Rockett, Elizabeth W. | 0.70 | Complete ██████████████ |
| 11/16/20 | DaCunha, Alyssa | 0.50 | Confer with ████████████ |
| 11/16/20 | DaCunha, Alyssa | 0.40 | Review ████████ |
| 11/16/20 | Menz, Sheila E. | 0.30 | Call with ████████████ |
| 11/16/20 | Menz, Sheila E. | 0.30 | Analyze ██████████ |
| 11/16/20 | Rockett, Elizabeth W. | 0.70 | Complete ██████████████ |
| 11/17/20 | Blanchard, Ridge M. | 0.40 | Confer with ███████████ |
| 11/17/20 | Blanchard, Ridge M. | 0.70 | Draft ██████████ |
| 11/17/20 | Brown, Reginald | 1.00 | Participate ███████████ |
| 11/17/20 | Brown, Reginald | 0.80 | Attend ████████ |

Client No. 1653300  
Matter No. 1653300-00136

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224  
Invoice Date 12/15/20  
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/17/20 | DaCunha, Alyssa | 0.80 | Revise ▮▮▮▮▮ |
| 11/17/20 | DaCunha, Alyssa | 0.70 | Confer with ▮▮▮▮ |
| 11/17/20 | DaCunha, Alyssa | 1.20 | Revise ▮▮▮ |
| 11/17/20 | Hromada, Patricia | 0.30 | Confer with ▮▮▮ |
| 11/17/20 | Menz, Sheila E. | 0.60 | Draft ▮▮▮ |
| 11/17/20 | Menz, Sheila E. | 0.40 | Analyze ▮▮▮ |
| 11/17/20 | Menz, Sheila E. | 0.50 | Draft ▮▮▮ |
| 11/17/20 | Menz, Sheila E. | 0.40 | Confer with ▮▮▮ |
| 11/17/20 | Menz, Sheila E. | 0.30 | Call with ▮▮▮ |
| 11/17/20 | Menz, Sheila E. | 0.40 | Strategize with ▮▮▮ |
| 11/17/20 | Menz, Sheila E. | 0.30 | Revise ▮▮▮ |
| 11/17/20 | Menz, Sheila E. | 0.20 | Revise ▮▮▮ |
| 11/17/20 | Menz, Sheila E. | 0.50 | Strategize with ▮▮▮ |
| 11/17/20 | Menz, Sheila E. | 0.50 | Participate ▮▮▮ |
| 11/17/20 | Rockett, Elizabeth W. | 0.70 | Complete ▮▮▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/17/20 | Rockett, Elizabeth W. | 4.00 | Compile ██████████████ |
| 11/17/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ████████████ |
| 11/17/20 | Satten-Lopez, Elena M. | 3.30 | Update ███████████████ |
| 11/17/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ████████ |
| 11/17/20 | Satten-Lopez, Elena M. | 3.60 | Draft ██████████ |
| 11/17/20 | Stroede, Phoebe | 0.40 | Confer with ████████████ |
| 11/17/20 | Wenik, Saige | 0.80 | Compile ████████ |
| 11/18/20 | Blanchard, Ridge M. | 0.50 | Confer with ████████████ |
| 11/18/20 | Blanchard, Ridge M. | 0.20 | Confer with ████████ |
| 11/18/20 | DaCunha, Alyssa | 0.50 | Telecon with ████████ |
| 11/18/20 | DaCunha, Alyssa | 0.60 | Review ████████ |
| 11/18/20 | DaCunha, Alyssa | 0.50 | Telecon with █████████████ |
| 11/18/20 | DaCunha, Alyssa | 0.50 | Telecon with consultants ████ |
| 11/18/20 | DaCunha, Alyssa | 0.90 | Confer with ██████████ |
| 11/18/20 | DaCunha, Alyssa | 2.40 | Revise ████████ |
| 11/18/20 | DaCunha, Alyssa | 0.60 | Draft ████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | ▮ |
| 11/18/20 | Menz, Sheila E. | 0.50 | Participate ▮ |
| 11/18/20 | Menz, Sheila E. | 0.20 | Email ▮ |
| 11/18/20 | Menz, Sheila E. | 0.40 | Draft ▮ |
| 11/18/20 | Rockett, Elizabeth W. | 0.70 | Complete ▮ |
| 11/18/20 | Rockett, Elizabeth W. | 3.50 | Compile ▮ |
| 11/18/20 | Satten-Lopez, Elena M. | 0.40 | Revise ▮ |
| 11/18/20 | Satten-Lopez, Elena M. | 1.00 | Update ▮ |
| 11/18/20 | Satten-Lopez, Elena M. | 0.50 | Confer with ▮ |
| 11/18/20 | Satten-Lopez, Elena M. | 0.20 | Confer with ▮ |
| 11/18/20 | Satten-Lopez, Elena M. | 0.80 | Revise ▮ |
| 11/18/20 | Satten-Lopez, Elena M. | 0.60 | Participate ▮ |
| 11/18/20 | Satten-Lopez, Elena M. | 0.90 | Compile ▮ |
| 11/18/20 | Wenik, Saige | 0.80 | Prepare ▮ |
| 11/18/20 | Wenik, Saige | 0.40 | Organize ▮ |
| 11/18/20 | Wenik, Saige | 0.50 | Research ▮ |
| 11/19/20 | Blanchard, Ridge M. | 4.90 | Draft ▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/19/20 | Brown, Reginald | 1.00 | Participate |
| 11/19/20 | DaCunha, Alyssa | 0.50 | Confer with |
| 11/19/20 | DaCunha, Alyssa | 0.30 | Revise |
| 11/19/20 | DaCunha, Alyssa | 0.30 | Confer with |
| 11/19/20 | DaCunha, Alyssa | 0.50 | Telecon with |
| 11/19/20 | DaCunha, Alyssa | 1.60 | Participate |
| 11/19/20 | DaCunha, Alyssa | 1.00 | Review |
| 11/19/20 | DaCunha, Alyssa | 0.30 | Participate |
| 11/19/20 | DaCunha, Alyssa | 0.60 | Confer with |
| 11/19/20 | DaCunha, Alyssa | 1.20 | Confer with |
| 11/19/20 | DaCunha, Alyssa | 0.40 | Telecon with |
| 11/19/20 | Menz, Sheila E. | 0.40 | Revise |
| 11/19/20 | Menz, Sheila E. | 0.30 | Review |
| 11/19/20 | Menz, Sheila E. | 0.10 | Review |
| 11/19/20 | Menz, Sheila E. | 0.20 | Revise |
| 11/19/20 | Rockett, Elizabeth W. | 2.00 | Compile |
| 11/19/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 11/19/20 | Satten-Lopez, Elena M. | 0.60 | Participate |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/19/20 | Satten-Lopez, Elena M. | 1.90 | Revise ███████████ |
| 11/19/20 | Satten-Lopez, Elena M. | 0.30 | Participate ███████████ |
| 11/19/20 | Satten-Lopez, Elena M. | 0.90 | Draft ███████████ |
| 11/19/20 | Wenik, Saige | 2.60 | Research ███████████ |
| 11/19/20 | Wenik, Saige | 0.20 | Prepare ███████ |
| 11/19/20 | Zebley, Aaron | 0.30 | Teleconference with ██████ |
| 11/20/20 | Blanchard, Ridge M. | 2.90 | Draft ██████ |
| 11/20/20 | Brown, Reginald | 2.70 | Review ██████ |
| 11/20/20 | Brown, Reginald | 2.50 | Attend ████████ |
| 11/20/20 | DaCunha, Alyssa | 0.60 | Review ██████ |
| 11/20/20 | DaCunha, Alyssa | 2.30 | Review ███████ |
| 11/20/20 | DaCunha, Alyssa | 0.50 | Telecon with ████████ |
| 11/20/20 | DaCunha, Alyssa | 1.70 | Research ███████ |
| 11/20/20 | DaCunha, Alyssa | 0.50 | Research ███████ |
| 11/20/20 | DaCunha, Alyssa | 1.20 | Revise █████ |
| 11/20/20 | DaCunha, Alyssa | 0.40 | Telecon with ██████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/20/20 | DaCunha, Alyssa | 1.60 | Revise ███████████ |
| 11/20/20 | DaCunha, Alyssa | 0.40 | Review, ████████████ |
| 11/20/20 | Dillard, Jeffrey | 1.00 | Retrieve ████████████ |
| 11/20/20 | Menz, Sheila E. | 0.10 | Strategize ██████████ |
| 11/20/20 | Menz, Sheila E. | 1.50 | Revise ███████████ |
| 11/20/20 | Menz, Sheila E. | 0.30 | Analyze ██████████ |
| 11/20/20 | Menz, Sheila E. | 0.50 | Call with ██████████ |
| 11/20/20 | Menz, Sheila E. | 0.40 | Strategize ██████████ |
| 11/20/20 | Rhodes, Erica | 0.70 | Research ██████████ |
| 11/20/20 | Rockett, Elizabeth W. | 0.30 | Draft ████████████ |
| 11/20/20 | Rockett, Elizabeth W. | 0.70 | Complete ██████████ |
| 11/20/20 | Satten-Lopez, Elena M. | 0.80 | Update ██████████ |
| 11/20/20 | Satten-Lopez, Elena M. | 0.70 | Analyze ██████████ |
| 11/20/20 | Satten-Lopez, Elena M. | 0.60 | Confer with ████████ |
| 11/20/20 | Stroede, Phoebe | 1.10 | Identify ██████████ |
| 11/20/20 | Stroede, Phoebe | 0.30 | Identify ██████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/20/20 | Zebley, Aaron | 0.50 | Teleconference with ███████ |
| 11/21/20 | Blanchard, Ridge M. | 0.50 | Research ███████ |
| 11/21/20 | Brown, Reginald | 0.50 | Call with ███████ |
| 11/21/20 | DaCunha, Alyssa | 0.50 | Telecon with ███████ |
| 11/21/20 | DaCunha, Alyssa | 0.30 | Revise ███████ |
| 11/21/20 | DaCunha, Alyssa | 0.50 | Emails, telecon with ███████ |
| 11/21/20 | DaCunha, Alyssa | 0.50 | Confer with ███████ |
| 11/21/20 | Satten-Lopez, Elena M. | 4.00 | Research ███████ |
| 11/21/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ███████ |
| 11/22/20 | Blanchard, Ridge M. | 0.70 | Research ███████ |
| 11/22/20 | Brown, Reginald | 3.40 | Review ███████ |
| 11/22/20 | DaCunha, Alyssa | 1.30 | Revise ███████ |
| 11/22/20 | DaCunha, Alyssa | 0.20 | Confer with ███████ |
| 11/22/20 | DaCunha, Alyssa | 0.80 | Research ███████ |
| 11/22/20 | DaCunha, Alyssa | 0.90 | Confer with ███████ |
| 11/22/20 | DaCunha, Alyssa | 0.30 | Confer with ███████. |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/22/20 | Menz, Sheila E. | 0.50 | Strategize █████ |
| 11/22/20 | Rhodes, Erica | 1.50 | Research █████ |
| 11/22/20 | Satten-Lopez, Elena M. | 4.00 | Research █████ |
| 11/22/20 | Satten-Lopez, Elena M. | 0.50 | Confer with █████ |
| 11/22/20 | Zebley, Aaron | 5.00 | Review, █████ |
| 11/22/20 | Zoz, Edgar | 1.30 | Attend █████ |
| 11/22/20 | Zoz, Edgar | 0.50 | Telecon with █████ |
| 11/23/20 | Blanchard, Ridge M. | 3.70 | Draft █████ |
| 11/23/20 | Brown, Reginald | 1.70 | Call with █████ |
| 11/23/20 | DaCunha, Alyssa | 0.30 | Confer with █████ |
| 11/23/20 | DaCunha, Alyssa | 0.30 | Prepare █████ |
| 11/23/20 | DaCunha, Alyssa | 0.50 | Participate █████ |
| 11/23/20 | DaCunha, Alyssa | 1.60 | Review █████ |
| 11/23/20 | DaCunha, Alyssa | 0.70 | Confer with █████ |
| 11/23/20 | DaCunha, Alyssa | 0.40 | Telecon with █████ |
| 11/23/20 | DaCunha, Alyssa | 0.50 | Telecon with █████ |

Client No. 1653300

Purdue Pharma, L.P.

Matter No. 1653300-00136

Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/23/20 | DaCunha, Alyssa | 0.70 | Telecon with ███████ |
| 11/23/20 | Lannon, William E. | 2.60 | Analyze ███████ |
| 11/23/20 | Menz, Sheila E. | 0.50 | Review ███████ |
| 11/23/20 | Rockett, Elizabeth W. | 0.70 | Complete ███████ |
| 11/23/20 | Satten-Lopez, Elena M. | 0.50 | Participate in ███████ |
| 11/23/20 | Satten-Lopez, Elena M. | 1.50 | Draft ███████ |
| 11/23/20 | Satten-Lopez, Elena M. | 2.70 | Revise ███████ |
| 11/23/20 | Wenik, Saige | 1.40 | Review ███████ |
| 11/23/20 | Zebley, Aaron | 3.50 | Review ███████ |
| 11/23/20 | Zebley, Aaron | 0.60 | Teleconference with ███████ |
| 11/23/20 | Zebley, Aaron | 1.90 | Review ███████ |
| 11/24/20 | Blanchard, Ridge M. | 1.90 | Draft ███████ |
| 11/24/20 | Blanchard, Ridge M. | 0.60 | Confer with ███████ |
| 11/24/20 | Brown, Reginald | 1.00 | Calls with ███████ |
| 11/24/20 | Brown, Reginald | 1.00 | Participate ███████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/24/20 | Brown, Reginald | 5.00 | Attend ███████ |
| 11/24/20 | DaCunha, Alyssa | 0.30 | Telecon with ████████ |
| 11/24/20 | DaCunha, Alyssa | 0.80 | Participate in ████████ |
| 11/24/20 | DaCunha, Alyssa | 0.70 | Telecon with ████████ |
| 11/24/20 | DaCunha, Alyssa | 0.30 | Email to ███████ |
| 11/24/20 | DaCunha, Alyssa | 1.70 | Analyze ████████ |
| 11/24/20 | DaCunha, Alyssa | 4.00 | Attend ███████ |
| 11/24/20 | DaCunha, Alyssa | 1.20 | Review ██████ |
| 11/24/20 | DaCunha, Alyssa | 0.50 | Revise ███████ |
| 11/24/20 | DaCunha, Alyssa | 0.30 | Telecon with ████████ |
| 11/24/20 | Menz, Sheila E. | 1.20 | Strategize ████████ |
| 11/24/20 | Menz, Sheila E. | 0.50 | Strategize ███████ |
| 11/24/20 | Menz, Sheila E. | 1.50 | Analyze ███████ |
| 11/24/20 | Rockett, Elizabeth W. | 0.70 | Complete ███████ |
| 11/24/20 | Satten-Lopez, Elena M. | 1.30 | Revise ██████ |
| 11/24/20 | Satten-Lopez, Elena M. | 1.40 | Update ███████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/24/20 | Satten-Lopez, Elena M. | 0.60 | Confer with |
| 11/24/20 | Satten-Lopez, Elena M. | 0.40 | Confer with |
| 11/24/20 | Zebley, Aaron | 1.00 | Revise |
| 11/24/20 | Zebley, Aaron | 2.00 | Review |
| 11/24/20 | Zebley, Aaron | 1.10 | Analyze |
| 11/24/20 | Zebley, Aaron | 1.40 | Review, |
| 11/24/20 | Zebley, Aaron | 1.10 | Draft |
| 11/24/20 | Zebley, Aaron | 0.50 | Review |
| 11/24/20 | Zebley, Aaron | 0.50 | Teleconference with |
| 11/24/20 | Zebley, Aaron | 1.40 | Draft |
| 11/25/20 | Blanchard, Ridge M. | 0.50 | Confer with |
| 11/25/20 | Blanchard, Ridge M. | 1.50 | Confer with |
| 11/25/20 | Blanchard, Ridge M. | 8.30 | Draft |
| 11/25/20 | Brown, Reginald | 2.20 | Participate |
| 11/25/20 | Brown, Reginald | 6.20 | Review |
| 11/25/20 | Brown, Reginald | 2.20 | Review |
| 11/25/20 | DaCunha, Alyssa | 2.40 | Revise |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/25/20 | DaCunha, Alyssa | 1.50 | Confer with █████████ |
| 11/25/20 | DaCunha, Alyssa | 0.40 | Telecon with ████████ |
| 11/25/20 | DaCunha, Alyssa | 0.50 | Telecon with ██████ |
| 11/25/20 | DaCunha, Alyssa | 0.70 | Confer with ████████████ |
| 11/25/20 | DaCunha, Alyssa | 1.40 | Confer with ██████████ |
| 11/25/20 | DaCunha, Alyssa | 0.40 | Confer with ███████████ |
| 11/25/20 | DaCunha, Alyssa | 0.50 | Revise ████████ |
| 11/25/20 | DaCunha, Alyssa | 0.50 | Telecon with ██████████ |
| 11/25/20 | Lannon, William E. | 3.70 | Prepare ████████ |
| 11/25/20 | Lannon, William E. | 2.70 | Prepare ██████████ |
| 11/25/20 | Menz, Sheila E. | 0.50 | Strategize with ████████████ |
| 11/25/20 | Menz, Sheila E. | 0.50 | Analyze ████████████ |
| 11/25/20 | Menz, Sheila E. | 0.30 | Strategize with ████████████ |
| 11/25/20 | Menz, Sheila E. | 0.70 | Revise ████████████ |
| 11/25/20 | Menz, Sheila E. | 1.60 | Strategize with ██████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/25/20 | Menz, Sheila E. | 0.60 | Analyze █████ |
| 11/25/20 | Menz, Sheila E. | 0.40 | Revise ████ |
| 11/25/20 | Menz, Sheila E. | 1.70 | Revise ████ |
| 11/25/20 | Menz, Sheila E. | 1.50 | Revise ████ |
| 11/25/20 | Rockett, Elizabeth W. | 0.80 | Complete ████ |
| 11/25/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ████ |
| 11/25/20 | Satten-Lopez, Elena M. | 0.90 | Update ████ |
| 11/25/20 | Satten-Lopez, Elena M. | 0.30 | Revise ████ |
| 11/25/20 | Satten-Lopez, Elena M. | 3.00 | Revise ████ |
| 11/25/20 | Satten-Lopez, Elena M. | 1.60 | Confer with ████ |
| 11/25/20 | Satten-Lopez, Elena M. | 0.80 | Prepare ████ |
| 11/25/20 | Satten-Lopez, Elena M. | 0.50 | Confer with ████ |
| 11/25/20 | Stroede, Phoebe | 0.30 | Provide ████ |
| 11/25/20 | Zebley, Aaron | 0.50 | Review ████ |
| 11/25/20 | Zebley, Aaron | 1.00 | Revise ████ |
| 11/25/20 | Zebley, Aaron | 0.10 | Teleconference with ████ |
| 11/25/20 | Zebley, Aaron | 1.50 | Teleconference with ████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
| --- | --- | --- | --- |
| 11/25/20 | Zebley, Aaron | 1.20 | Review ███████ |
| 11/25/20 | Zebley, Aaron | 1.10 | Revise ███████ |
| 11/25/20 | Zebley, Aaron | 0.40 | Teleconference with ████ |
| 11/25/20 | Zebley, Aaron | 0.40 | Review ████████ |
| 11/25/20 | Zebley, Aaron | 0.80 | Review ██████ |
| 11/25/20 | Zebley, Aaron | 0.40 | Review █████ |
| 11/25/20 | Zebley, Aaron | 0.50 | Revise ████ |
| 11/25/20 | Zebley, Aaron | 0.30 | Review █████ |
| 11/26/20 | Blanchard, Ridge M. | 1.20 | Draft █████ |
| 11/26/20 | Brown, Reginald | 6.40 | Attend █████ |
| 11/26/20 | DaCunha, Alyssa | 0.70 | Confer with █████ |
| 11/26/20 | DaCunha, Alyssa | 1.10 | Revise █████ |
| 11/26/20 | DaCunha, Alyssa | 0.80 | Confer with ██████ |
| 11/26/20 | Satten-Lopez, Elena M. | 0.60 | Prepare █████ |
| 11/27/20 | Blanchard, Ridge M. | 5.00 | Draft █████ |
| 11/27/20 | Brown, Reginald | 5.50 | Participate █████ |
| 11/27/20 | Brown, Reginald | 5.30 | Attend █████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/27/20 | DaCunha, Alyssa | 3.60 | Revise ▬ |
| 11/27/20 | DaCunha, Alyssa | 1.20 | Telecon with ▬ |
| 11/27/20 | DaCunha, Alyssa | 1.40 | Review ▬ |
| 11/27/20 | DaCunha, Alyssa | 2.20 | Participate ▬ |
| 11/27/20 | DaCunha, Alyssa | 0.70 | Review ▬ |
| 11/27/20 | DaCunha, Alyssa | 1.40 | Confer with ▬ |
| 11/27/20 | DaCunha, Alyssa | 1.80 | Confer with ▬ |
| 11/27/20 | Hromada, Patricia | 2.20 | Analyze ▬ |
| 11/27/20 | Lichlyter, Lydia M. | 0.30 | Emails with ▬ |
| 11/27/20 | Menz, Sheila E. | 2.50 | Analyze ▬ |
| 11/27/20 | Menz, Sheila E. | 2.00 | Participate ▬ |
| 11/27/20 | Menz, Sheila E. | 2.20 | Revise ▬ |
| 11/27/20 | Menz, Sheila E. | 2.50 | Revise ▬ |
| 11/27/20 | Menz, Sheila E. | 3.30 | Strategize ▬ |
| 11/27/20 | Menz, Sheila E. | 1.30 | Analyze ▬ |
| 11/27/20 | Rockett, Elizabeth W. | 1.50 | Prepare ▬ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/27/20 | Satten-Lopez, Elena M. | 0.70 | Update |
| 11/27/20 | Satten-Lopez, Elena M. | 0.30 | Confer with |
| 11/27/20 | Satten-Lopez, Elena M. | 0.70 | Confer with |
| 11/27/20 | Satten-Lopez, Elena M. | 1.00 | Revise |
| 11/27/20 | Satten-Lopez, Elena M. | 0.30 | Review |
| 11/27/20 | Satten-Lopez, Elena M. | 0.80 | Review |
| 11/27/20 | Satten-Lopez, Elena M. | 1.70 | Compile |
| 11/27/20 | Stroede, Phoebe | 7.30 | Identify |
| 11/27/20 | Zebley, Aaron | 2.10 | Participate |
| 11/27/20 | Zebley, Aaron | 1.50 | Review |
| 11/27/20 | Zebley, Aaron | 0.80 | Review |
| 11/27/20 | Zebley, Aaron | 0.70 | Prepare |
| 11/27/20 | Zebley, Aaron | 1.00 | Teleconference with |
| 11/27/20 | Zebley, Aaron | 1.40 | Review |
| 11/27/20 | Zebley, Aaron | 1.80 | Review |
| 11/27/20 | Zebley, Aaron | 0.70 | Teleconference with team |
| 11/28/20 | Blanchard, Ridge M. | 0.30 | Confer with |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
|  |  |  | █████████████████████ |
| 11/28/20 | Blanchard, Ridge M. | 0.30 | Confer with ██████████ |
| 11/28/20 | Blanchard, Ridge M. | 0.40 | Confer with ████████████ |
| 11/28/20 | Blanchard, Ridge M. | 5.90 | Draft ███████████ |
| 11/28/20 | Brown, Reginald | 3.30 | Calls with ████████████ |
| 11/28/20 | Brown, Reginald | 9.20 | Review ████████████ |
| 11/28/20 | DaCunha, Alyssa | 1.30 | Review ██████████ |
| 11/28/20 | DaCunha, Alyssa | 0.60 | Confer with ██████████ |
| 11/28/20 | DaCunha, Alyssa | 0.50 | Revise ██████████ |
| 11/28/20 | DaCunha, Alyssa | 0.60 | Telecon with ████████████ |
| 11/28/20 | DaCunha, Alyssa | 0.70 | Telecon with ███████████ |
| 11/28/20 | DaCunha, Alyssa | 0.50 | Telecon with ████████████ |
| 11/28/20 | DaCunha, Alyssa | 0.90 | Revise █████████ |
| 11/28/20 | DaCunha, Alyssa | 1.90 | Revise ██████████ |
| 11/28/20 | Hromada, Patricia | 1.50 | Analyze ██████████ |
| 11/28/20 | Lichlyter, Lydia M. | 0.60 | Strategize ██████████ |
| 11/28/20 | Lichlyter, Lydia M. | 3.30 | Draft ██████████ |
| 11/28/20 | Menz, Sheila E. | 1.00 | Strategize ██████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/28/20 | Menz, Sheila E. | 1.50 | Draft █████████ |
| 11/28/20 | Menz, Sheila E. | 2.50 | Strategize ████████████ |
| 11/28/20 | Menz, Sheila E. | 2.00 | Analyze ██████████ |
| 11/28/20 | Menz, Sheila E. | 0.20 | Analyze ████████████ |
| 11/28/20 | Menz, Sheila E. | 0.80 | Analyze ██████████ |
| 11/28/20 | Menz, Sheila E. | 0.50 | Revise ██████████ |
| 11/28/20 | Menz, Sheila E. | 0.50 | Incorporate █████████ |
| 11/28/20 | Menz, Sheila E. | 1.10 | Summarize █████████ |
| 11/28/20 | Rockett, Elizabeth W. | 1.50 | Prepare ██████████ |
| 11/28/20 | Satten-Lopez, Elena M. | 0.10 | Confer with ██████████ |
| 11/28/20 | Satten-Lopez, Elena M. | 0.70 | Confer with █████████ |
| 11/28/20 | Satten-Lopez, Elena M. | 1.40 | Research ███████████ |
| 11/28/20 | Satten-Lopez, Elena M. | 2.10 | Update ██████████ |
| 11/28/20 | Stroede, Phoebe | 1.20 | Stage █████████ |
| 11/28/20 | Zebley, Aaron | 1.10 | Teleconference with ██████ |
| 11/28/20 | Zebley, Aaron | 5.20 | Revise ███████████ |
| 11/28/20 | Zebley, Aaron | 2.40 | Revise ██████ |
| 11/28/20 | Zebley, Aaron | 0.40 | Correspond with █████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/29/20 | Blanchard, Ridge M. | 0.30 | Confer with ███████ |
| 11/29/20 | Blanchard, Ridge M. | 4.50 | Draft ████████ |
| 11/29/20 | Blanchard, Ridge M. | 2.30 | Participate ████████ |
| 11/29/20 | Brown, Reginald | 10.50 | Participate ████████ |
| 11/29/20 | DaCunha, Alyssa | 0.50 | Participate ████████ |
| 11/29/20 | DaCunha, Alyssa | 2.30 | Revise ████ |
| 11/29/20 | DaCunha, Alyssa | 0.50 | Confer with ████ |
| 11/29/20 | DaCunha, Alyssa | 0.30 | Telecon with ████████ |
| 11/29/20 | DaCunha, Alyssa | 0.70 | Revise ████ |
| 11/29/20 | DaCunha, Alyssa | 1.50 | Revise ████ |
| 11/29/20 | DaCunha, Alyssa | 0.30 | Revise ████████ |
| 11/29/20 | DaCunha, Alyssa | 0.80 | Telecon with ████ |
| 11/29/20 | DaCunha, Alyssa | 1.80 | Participate ████ |
| 11/29/20 | DaCunha, Alyssa | 0.80 | Confer with ████ |
| 11/29/20 | Lichlyter, Lydia M. | 0.90 | Participate ████ |

Client No. 1653300

Matter No. 1653300-00136

Purdue Pharma, L.P.

Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/29/20 | Lichlyter, Lydia M. | 3.30 | Draft ███████████████ |
| 11/29/20 | Menz, Sheila E. | 2.00 | Participate █████████ |
| 11/29/20 | Menz, Sheila E. | 1.40 | Analyze ██████████ |
| 11/29/20 | Menz, Sheila E. | 2.50 | Strategize █████████ |
| 11/29/20 | Menz, Sheila E. | 0.70 | Strategize █████████ |
| 11/29/20 | Menz, Sheila E. | 1.00 | Revise ████ |
| 11/29/20 | Menz, Sheila E. | 3.50 | Draft ████ |
| 11/29/20 | Satten-Lopez, Elena M. | 1.10 | Draft ████████ |
| 11/29/20 | Satten-Lopez, Elena M. | 0.80 | Confer with ███████████ |
| 11/29/20 | Satten-Lopez, Elena M. | 0.90 | Confer with ████████ |
| 11/29/20 | Satten-Lopez, Elena M. | 2.00 | Draft ████ |
| 11/29/20 | Satten-Lopez, Elena M. | 2.90 | Draft █████████ |
| 11/29/20 | Zebley, Aaron | 0.90 | Prepare ████████ |
| 11/29/20 | Zebley, Aaron | 0.70 | Teleconference with ████████ |
| 11/29/20 | Zebley, Aaron | 1.10 | Teleconference with ████ |
| 11/29/20 | Zebley, Aaron | 0.30 | Correspond with ██████ |
| 11/29/20 | Zebley, Aaron | 0.80 | Draft ██████ |

Client No. 1653300

Matter No. 1653300-00136

Purdue Pharma, L.P.

Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224

Invoice Date 12/15/20

Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/29/20 | Zebley, Aaron | 2.60 | Teleconferences with ███ |
| 11/29/20 | Zebley, Aaron | 0.80 | Teleconference with ███ |
| 11/29/20 | Zebley, Aaron | 1.50 | Finalize ███ |
| 11/29/20 | Zebley, Aaron | 1.20 | Review ███ |
| 11/29/20 | Zebley, Aaron | 0.80 | Revise ███ |
| 11/30/20 | Blanchard, Ridge M. | 0.50 | Confer with ███ |
| 11/30/20 | Blanchard, Ridge M. | 0.40 | Confer with ███ |
| 11/30/20 | Blanchard, Ridge M. | 0.70 | Confer with ███ |
| 11/30/20 | Blanchard, Ridge M. | 7.60 | Draft ███ |
| 11/30/20 | Brown, Reginald | 7.40 | Attend ███ |
| 11/30/20 | Crawford, Leighton | 0.50 | Prepare ███ |
| 11/30/20 | DaCunha, Alyssa | 2.50 | Confer with ███ |
| 11/30/20 | DaCunha, Alyssa | 0.70 | Telecon with ███ |
| 11/30/20 | DaCunha, Alyssa | 3.80 | Revise ███ |
| 11/30/20 | DaCunha, Alyssa | 0.50 | Prep ███ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/30/20 | DaCunha, Alyssa | 0.40 | Telecon with ███████████ |
| 11/30/20 | DaCunha, Alyssa | 0.60 | Revise ███████████ |
| 11/30/20 | DaCunha, Alyssa | 2.00 | Participate ██████ |
| 11/30/20 | DaCunha, Alyssa | 0.40 | Team telecon with ██████ |
| 11/30/20 | DaCunha, Alyssa | 0.70 | Telecon with ███████ |
| 11/30/20 | Ferguson, Kaitlyn A. | 0.80 | Participate ████████ |
| 11/30/20 | Ferguson, Kaitlyn A. | 0.30 | Participate ███████ |
| 11/30/20 | Ferguson, Kaitlyn A. | 0.30 | Participate ████████ |
| 11/30/20 | Ferguson, Kaitlyn A. | 1.00 | Confer with ████████ |
| 11/30/20 | Ferguson, Kaitlyn A. | 0.50 | Participate ████████ |
| 11/30/20 | Ferguson, Kaitlyn A. | 0.40 | Revise ██████ |
| 11/30/20 | Ferguson, Kaitlyn A. | 8.10 | Draft ████████ |
| 11/30/20 | Hromada, Patricia | 0.20 | Confer with ████████ |
| 11/30/20 | Lannon, William E. | 0.40 | File ███████ |
| 11/30/20 | Lannon, William E. | 2.10 | Analyze ██████ |
| 11/30/20 | Lichlyter, Lydia M. | 9.00 | Prepare ██████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/30/20 | Menz, Sheila E. | 0.30 | Review ███████████ |
| 11/30/20 | Menz, Sheila E. | 0.50 | Confer with ███████████ |
| 11/30/20 | Menz, Sheila E. | 2.50 | Draft ███████████ |
| 11/30/20 | Menz, Sheila E. | 0.40 | Analyze ███████████ |
| 11/30/20 | Menz, Sheila E. | 0.50 | Call with ███████████ |
| 11/30/20 | Menz, Sheila E. | 1.30 | Revise ███████ |
| 11/30/20 | Menz, Sheila E. | 0.50 | Revise ███████ |
| 11/30/20 | Menz, Sheila E. | 1.20 | Finalize ███████ |
| 11/30/20 | Menz, Sheila E. | 1.20 | Review ███████████ |
| 11/30/20 | Menz, Sheila E. | 2.90 | Strategize with ███████ |
| 11/30/20 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 11/30/20 | Rockett, Elizabeth W. | 0.30 | Prepare ███████████ |
| 11/30/20 | Satten-Lopez, Elena M. | 1.70 | Update ███████████ |
| 11/30/20 | Satten-Lopez, Elena M. | 0.40 | Confer with ███████████ |
| 11/30/20 | Satten-Lopez, Elena M. | 1.40 | Compile ███████████ |
| 11/30/20 | Satten-Lopez, Elena M. | 2.20 | Participate ███████████ |

Client No. 1653300  
Matter No. 1653300-00136

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224  
Invoice Date 12/15/20  
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/30/20 | Satten-Lopez, Elena M. | 0.10 | Confer with █████████ |
| 11/30/20 | Satten-Lopez, Elena M. | 0.40 | Confer with █████████ |
| 11/30/20 | Satten-Lopez, Elena M. | 0.90 | Confer with █████████ |
| 11/30/20 | Satten-Lopez, Elena M. | 1.10 | Revise █████████ |
| 11/30/20 | Stroede, Phoebe | 0.20 | Provide █████████ |
| 11/30/20 | Zebley, Aaron | 0.80 | Prepare █████████ |
| 11/30/20 | Zebley, Aaron | 8.20 | Prepare █████████ |
| 11/30/20 | Zebley, Aaron | 0.20 | Teleconference with █████████ |
|  |  | **539.40** |  |

**Total**      **539.40**

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|------------|------:|-----:|------:|
| Brown, Reginald | 80.80 | 1,550.00 | 125,240.00 |
| Zebley, Aaron | 68.00 | 1,029.00 | 69,972.00 |
| DaCunha, Alyssa | 100.40 | 965.00 | 96,886.00 |
| Ferguson, Kaitlyn A. | 11.40 | 955.00 | 10,887.00 |
| Menz, Sheila E. | 70.90 | 860.00 | 60,974.00 |
| Blanchard, Ridge M. | 56.70 | 730.00 | 41,391.00 |
| Lichlyter, Lydia M. | 17.40 | 655.00 | 11,397.00 |
| Satten-Lopez, Elena M. | 68.60 | 550.00 | 37,730.00 |
| Hromada, Patricia | 4.20 | 525.00 | 2,205.00 |
| Zoz, Edgar | 1.80 | 470.00 | 846.00 |
| Crawford, Leighton | 0.50 | 465.00 | 232.50 |
| Dillard, Jeffrey | 1.00 | 415.00 | 415.00 |
| Lannon, William E. | 11.50 | 385.00 | 4,427.50 |
| Wenik, Saige | 6.70 | 325.00 | 2,177.50 |
| Rhodes, Erica | 2.20 | 310.00 | 682.00 |
| Stroede, Phoebe | 10.80 | 300.00 | 3,240.00 |
| Rockett, Elizabeth W. | 26.50 | 275.00 | 7,287.50 |
| **Total Legal Services** | **539.40** | | **$475,990.00** |

| Task | Description | Hours | Value |
|------|-------------|------:|------:|
| L120 | Analysis/Strategy | 539.40 | 475,990.00 |
| **Total Legal Services** | | **539.40** | **$475,990.00** |