December 13, 2020

Maria Ecke
8 Glenbrook Drive
West Simsbury, CT 06092

Ryan Hampton, Blue Cross Blue Shield Association, CVS Caremark Part D Services LLC and Health LLC, Cheryl Juaire, LTS Lohmann Therapy Systems Corporation, Pension Benefits Guaranty Corporation, Walter Lee Salmons, Kara Trainor, West Boca Medical Center,
Official Committee of Unsecured Creditors
C/o Akin Gump Strauss Hauer Feld LLP
Bank of America Tower
1 Bryant Park
New York, New York 10036
Attn: Attorney Edan Lisovicz and Attorney Arik Pries

Re: Chapter 11 Proceedings in Case No. 19-23649 for Purdue Pharma L.P.

Dear Committee Members:

According to Google: "the Sackler family behind Purdue Pharma is one of the richest families in the U.S. with an ESTIMATED 13 BILLION FORTUNE FROM THE SALES OF THE CONTROVERSIAL PRESCRIPTION PAINKILLER OXYCONTIN." According to Forbes also on Google: "Today, Purdue is still 100% owned by the Sackler family, generates some $3 billion in sales in the U.S. Separate Sackler-owned companies which sell drugs in Europe, Canada, Asia, and Latin America. An estimated 20 family members share the fortune. Sacklers withdrew $12 BILLION OVER 13 YEARS FROM PURDUE PHARMA AS THE OPIOID EPIDEMIC GREW."

To my understanding after my conversation dated December 12, 2020 with Attorney Edan Lisovicz of Akin Gump Strauss Hauer & Feld LLP, emails to Ryan Hampton, Committee Member, and Attorney Ed Neiger, who represents the victims in this case, I learned that the Sackler family only wants to settle for 3 billion over 7 years. This is the amount of money that the members of the Sackler family still make per year.

THE AMOUNT OF $3 BILLION IS A SLAP IN THE FACE OF THE MANY AMERICANS WHO HAVE LOST THEIR BELOVED CHILDREN OR RELATIVES BECAUSE OF THIS ILLEGALLY PUSHED DRUG BY PURDUE PHARMA. How can mediators and attorneys put a price on the lives of victims and the injury that it has caused to families unless they have lost children to the drug themselves? Purdue Pharma should pay the Claim No. 16810 to Maria Zekoff Ecke, Richard Robert Ecke's Claim No. 22855, Andrew Richard Ecke's Claim No. 23016 in the amount of $242,000,000.00 and Peter F. Sottile's Claim No. 16817 in the amount of $250,000.00 which is less than originally asked for.

The mediators Layn Phillips, Kenneth Feinberg, and the Court should also be careful which company they choose to administer the Settlement. My own personal experience with Kurzman Carson Consultants (KCC), 75 Rowland Way, Suite 250, Novato, CA 94945 and other KCC affiliates such as Gilardi & Company LLC in Louisville, KY, Epic Global (Claims Administrator) in San Francisco, and the U.S. mega-banks, which put me in foreclosure was MUCH LESS THAN SATISFACTORY. All this had a negative effect on my family's life and ultimately led to my divorce but PURDUE PHARMA'S ADDICTIVE DRUG OXYCONTIN AND OXYCODONE, WHICH LED TO THE DEATH OF MY BEAUTIFUL, SMART SON, DAVID JONATHAN ECKE ON DECEMBER 17, 2015 WAS THE DESTRUCTION OF OUR LIVES. Doctors and PURDUE PHARMA needlessly prescribed this devil drug to my son due to greed. Only one doctor prescribed physical therapy, which my son actually needed. Now I have only tears and memories to comfort me.

Thank you from a bereaved mother,

Maria Ecke

Cc: Judge Robert D. Drain
U.S. Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

THIS IS TO CERTIFY THAT I HAVE MAILED A COPY ON DEC. 14, 2020 TO:

Cc: Marshall Huebner
Davis Polk and Wardwell
450 Lexington Ave.
New York, NY 10017

Cc: Layn Phillips
2101 East Coast Highway
Suite 250
Corona Del Mar, CA 92625

Cc: Kenneth Feinberg
1455 Pennsylvania Ave., N.W.
Suite 390
Washington D.C. 20004