December 28, 2020
Lisa M. Acquaviva
104 Walden Pond Ln
Cranberry Twp, Pa 16066

Honorable Robert D. Drain
U.S. Bankruptcy Court for the Southern District of New York
300 Quarropas Street
White Plains, Ny 10601


Dear Honorable Robert D. Drain,

    Please accept my letter as a motion to file my late proof of injury claim in the Purdue Pharma L.P. case NO. 19-23649. Because of my extenuating circumstances, I could not file by the July 30, 2020 deadline. I am asking for the courts clemency and mercy regarding this matter. Please see the attached personal and confidential letter supporting me. Thank you for your time and consideration.

Sincerely,

*[signature]*

Lisa M. Acquaviva

# Cranberry Psychological Center, Inc.
## Seven Fields   McMurray   Fox Chapel

PERSONAL AND CONFIDENTIAL

To: The Honorable Robert D. Drain                                                    12/15/20

US Bankruptcy Court for Southern Dist. Of NY

From: James L. Saylor, Jr. LCSW

Re: Ms. Lisa Acquaviva or (3510/1968/Acquaviva) and Purdue Pharma L.P. Case No: 19-23649

Dear, Honorable Robert D. Drain,

Ms. Lisa Acquaviva, (born in 1968), has been involved in outpatient weekly individual psychotherapy under my services since Oct. 31, 2019. This level of outpatient treatment came after her hospitalization discharge and completion of an Intensive Outpatient Program from Aug.-Nov.2019.

When first seen under my care, Ms. Acquaviva was still having many symptoms affecting her ability to function, including neurocognitive deficiencies, where her memory, and thought processes were inhibited. She described a lengthy history of medical problems, including cancer, and having had longstanding treatment with opioids, which she reports have caused her harm.

As a result of this, she was clearly unable to think, understand, or even set into motion a claim of injury by the July 30th deadline. Ms. Acquaviva is recommended to continue in her current mental health treatment and level of care at this time. If you have any questions, please feel free to contact me at (724) 772-4848. Thank you for your time and consideration.

Sincerely,

*James L. Saylor, Jr. LCSW*
James L. Saylor, Jr. LCSW

Psychotherapist

SEVEN FIELDS: 100 Northpointe Circle, Suite 306/ Seven Fields, PA 16046/ (724)772-4848 (P)/ (724)772-4888(F)
MCMURRAY: 3402 Washington Road, Suite 304/ McMurray, PA 15317/ (724)941-5363(P)/ (724)-941-5464(F)
FOX CHAPEL: 1340 Old Freeport Road, 3rd Floor/ Pittsburgh, PA 15238/ (412)406-8080(P)/ (412)406-8081(F)
www.cranberrypsychcenter.com

email us at: info@cranberrypsychcenter.com