UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                    :       Chapter 11
                                          :
PURDUE PHARMA L.P., *et al.*,             :       Case No. 19-23649 (RDD)
                                          :
                      Debtors.[1]         :       (Jointly Administered)
                                          :
---------------------------------------------------------- x

### STATEMENT OF FEES AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of November 1, 2020 through November 30, 2020 (the "Eleventh Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

### I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.    On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.    On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.    On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Compensation

5.    For the Eleventh Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $310.00, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,310.00 (representing 80% of the total amount monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Eleventh Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Eleventh Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses.

Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Eleventh Compensation Period but not included herein.

6.   An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Eleventh Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned and out-of-pocket expenses incurred during the Eleventh Compensation Period is outlined below:

| Eleventh Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| November 1 – 30, 2020 | $225,000.00 | ($45,000.00) | $310.00 | **$180,310.00** |

7.   The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 365.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Eleventh Compensation Period are provided in <u>Appendix B</u>.

8.   A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | November 2020 |
|---|---|
| Tim Coleman | 15.5 |
| Jamie O'Connell | 29.0 |
| Rafael Schnitzler | 20.0 |
| Joe Turner | 63.5 |
| Tom Melvin | 137.0 |
| Jovana Arsic | 29.0 |
| Gerald Sim | 71.0 |
| **Total Hours** | **365.0** |

3

### III. Requested Relief

9.   Pursuant to the Retention Order and the Procedures Order, with respect to PJT's

(a) monthly fees in the amount of $225,000.00,  and (b) out-of-pocket expenses in the amount of

$310.00, in each case earned or incurred during the Eleventh Compensation Period, PJT hereby

requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 310.00 |
| **Total Amount Due** | **$180,310.00** |

Dated: December 30, 2020                              PJT PARTNERS LP

By: /s/ John James O'Connell III
                                                                 John James O'Connell III
                                                                 Partner
                                                                 280 Park Avenue
                                                                 New York, NY 10017
                                                                 (212) 364-7800

**APPENDIX A**

PJT Partners

PJT

December 7, 2020

Jon Lowne
Purdue Pharmaceuticals LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---:|
| Monthly Fee for the period of November 1, 2020 through November 30, 2020: | $ | 225,000.00 |
| Less: Holdback @20% | | (45,000.00) |

Out-of-pocket expenses processed through December 1, 2020:[1]

| | | | |
|---|---:|---|---:|
| Communications | $ | 70.00 | |
| Meals | | 240.00 | 310.00 |
| **Total Amount Due** | | **$** | **180,310.00** |

**Invoice No. 10016309**

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Dept. - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

| | GL Detail Dec-20 | Total Expenses |
|---|---|---|
| Communications | $ 70.00 | $ 70.00 |
| Employee Meals | 240.00 | 240.00 |
| **Total Expenses** | **$ 310.00** | **$ 310.00** |

| | | |
|---|---|---|
| **Communications** | $ | **70.00** |
| **Meals** | | **240.00** |
| **Total Expenses** | $ | **310.00** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through December 1, 2020**
**Invoice No. 10016309**

**Communications**

| | | | |
|---|---|---|---|
| Arsic (conference call) | 06/10/20 | 21.45 | |
| O'Connell (teleconferencing call for court hearing) | 04/22/20 | 70.00 | |
| **Subtotal - Communications** | | $ | **70.00** |

**Employee Meals**

| | | |
|---|---|---|
| Melvin (weeknight working dinner meal) | 09/01/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/03/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/08/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/09/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/10/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/14/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/21/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/22/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/23/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/24/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/28/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/30/20 | 20.00 |
| **Subtotal - Employee Meals** | | **240.00** |

| | | |
|---|---|---|
| **Total Expenses** | $ | **310.00** |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Title | Hours |
|---|---|---|
| Tim Coleman | Partner | 15.5 |
| Jamie O'Connell | Partner | 29.0 |
| Rafael Schnitzler | Director | 20.0 |
| Joe Turner | Vice President | 63.5 |
| Tom Melvin | Associate | 137.0 |
| Jovana Arsic | Associate | 29.0 |
| Gerald Sim | Analyst | 71.0 |
| **Total** | | **365.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tim Coleman | 11/02/20 | 0.5 | Conference call regarding various matters |
| Tim Coleman | 11/02/20 | 1.5 | Presentation regarding PBC structure |
| Tim Coleman | 11/03/20 | 0.5 | Weekly advisor call |
| Tim Coleman | 11/03/20 | 1.0 | Internal team meeting regarding financial analysis |
| Tim Coleman | 11/05/20 | 1.0 | Weekly conference call with management and advisors |
| Tim Coleman | 11/05/20 | 0.5 | Internal team call regarding presentation |
| Tim Coleman | 11/09/20 | 1.0 | Internal team call regarding financial analysis |
| Tim Coleman | 11/09/20 | 1.0 | Conference call regarding financial matter |
| Tim Coleman | 11/10/20 | 1.5 | Internal team calls regarding financial matter |
| Tim Coleman | 11/10/20 | 1.0 | Weekly call with advisors |
| Tim Coleman | 11/11/20 | 1.0 | Internal team calls regarding financial matter |
| Tim Coleman | 11/12/20 | 1.0 | Weekly conference call with management and advisors regarding various matters |
| Tim Coleman | 11/13/20 | 1.5 | UCC presentation to debtors |
| Tim Coleman | 11/16/20 | 0.5 | Internal team call |
| Tim Coleman | 11/22/20 | 0.5 | Catch-up with J. Turner and J. O'Connell regarding various items |
| Tim Coleman | 11/23/20 | 0.5 | Internal team call regarding various matters |
| Tim Coleman | 11/30/20 | 0.5 | Review and comment on draft fee statement |
| Tim Coleman | 11/30/20 | 0.5 | Internal team call |
| | | **15.5** | |

# PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 11/02/20 | 0.5 | Conference call regarding various matters |
| Jamie O'Connell | 11/02/20 | 0.5 | Correspondences and review of draft presentation |
| Jamie O'Connell | 11/02/20 | 1.5 | Presentation regarding PBC structure |
| Jamie O'Connell | 11/03/20 | 0.5 | Weekly advisor call |
| Jamie O'Connell | 11/03/20 | 1.0 | Internal team meeting regarding financial analysis |
| Jamie O'Connell | 11/05/20 | 1.0 | Weekly conference call with management and advisors |
| Jamie O'Connell | 11/05/20 | 0.5 | Internal team call regarding presentation |
| Jamie O'Connell | 11/09/20 | 1.0 | Review and comment on financial analysis |
| Jamie O'Connell | 11/09/20 | 1.0 | Internal team call regarding financial analysis |
| Jamie O'Connell | 11/09/20 | 1.0 | Conference call regarding financial matter |
| Jamie O'Connell | 11/10/20 | 1.5 | Internal team calls regarding financial matter |
| Jamie O'Connell | 11/10/20 | 1.0 | Weekly call with advisors |
| Jamie O'Connell | 11/11/20 | 1.0 | Internal team calls regarding financial matter |
| Jamie O'Connell | 11/12/20 | 1.0 | Weekly conference call with management and advisors regarding various matters |
| Jamie O'Connell | 11/12/20 | 1.5 | Presentation by ad hoc states advisors |
| Jamie O'Connell | 11/12/20 | 1.0 | Calls with creditor advisors regarding financial matter |
| Jamie O'Connell | 11/13/20 | 1.5 | UCC presentation to debtors |
| Jamie O'Connell | 11/16/20 | 0.5 | Internal team call |
| Jamie O'Connell | 11/16/20 | 1.5 | Draft comments and calls regarding financial matter |
| Jamie O'Connell | 11/17/20 | 2.0 | Dialed into court hearing (did not attend entire hearing) |
| Jamie O'Connell | 11/17/20 | 0.5 | Call with J. Turner regarding financial matter |
| Jamie O'Connell | 11/18/20 | 0.5 | Review court hearing document |
| Jamie O'Connell | 11/18/20 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 11/19/20 | 1.0 | Board call (did not attend entire session) |
| Jamie O'Connell | 11/20/20 | 0.5 | Correspondences regarding financial matter |
| Jamie O'Connell | 11/22/20 | 0.5 | Internal team call regarding financial matter |
| Jamie O'Connell | 11/23/20 | 0.5 | Internal team call regarding various matters |
| Jamie O'Connell | 11/23/20 | 0.5 | Correspondences regarding financial matter |
| Jamie O'Connell | 11/28/20 | 0.5 | Correspondences regarding financial matter |
| Jamie O'Connell | 11/30/20 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 11/30/20 | 0.5 | Call with J. Turner regarding financial matter |
| Jamie O'Connell | 11/30/20 | 1.0 | Correspondences regarding financial matter |
| Jamie O'Connell | 11/30/20 | 0.5 | Internal team call |
| Jamie O'Connell | 11/30/20 | 0.5 | Correspondences regarding financial matter |
| | | **29.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 11/02/20 | 0.5 | Conference call regarding various matters |
| Rafael Schnitzler | 11/02/20 | 1.5 | Presentation regarding PBC structure |
| Rafael Schnitzler | 11/03/20 | 0.5 | Weekly advisor call |
| Rafael Schnitzler | 11/03/20 | 1.0 | Internal team meeting regarding financial analysis |
| Rafael Schnitzler | 11/05/20 | 1.0 | Weekly conference call with management and advisors |
| Rafael Schnitzler | 11/05/20 | 0.5 | Internal team call regarding presentation |
| Rafael Schnitzler | 11/09/20 | 1.0 | Internal team call regarding financial analysis |
| Rafael Schnitzler | 11/09/20 | 1.0 | Conference call regarding financial matter |
| Rafael Schnitzler | 11/10/20 | 1.5 | Internal team calls regarding financial matter |
| Rafael Schnitzler | 11/10/20 | 1.0 | Weekly call with advisors |
| Rafael Schnitzler | 11/11/20 | 1.0 | Internal team calls regarding financial matter |
| Rafael Schnitzler | 11/12/20 | 1.0 | Weekly conference call with management and advisors regarding various matters |
| Rafael Schnitzler | 11/13/20 | 1.0 | Call with creditor advisor regarding financial analysis |
| Rafael Schnitzler | 11/13/20 | 1.5 | UCC presentation to debtors |
| Rafael Schnitzler | 11/16/20 | 0.5 | Internal team call |
| Rafael Schnitzler | 11/16/20 | 1.0 | Call with creditor advisors on financial projections |
| Rafael Schnitzler | 11/19/20 | 0.5 | Project Catalyst call |
| Rafael Schnitzler | 11/22/20 | 0.5 | Catch-up with J. Turner and J. OConnell regarding various items |
| Rafael Schnitzler | 11/23/20 | 0.5 | Internal team call regarding various matters |
| Rafael Schnitzler | 11/25/20 | 2.5 | Presentation to claimant group (including preparation time) |
| Rafael Schnitzler | 11/30/20 | 0.5 | Internal team call |
| | | **20.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 11/02/20 | 0.5 | Diligence call relating to IACs |
| Joe Turner | 11/02/20 | 1.0 | Call with management regarding business planning process |
| Joe Turner | 11/02/20 | 1.0 | Internal call regarding certain financial analyses |
| Joe Turner | 11/03/20 | 1.0 | Weekly advisor call |
| Joe Turner | 11/03/20 | 1.0 | Call with management regarding business planning process |
| Joe Turner | 11/03/20 | 0.5 | Internal call regarding certain financial analyses |
| Joe Turner | 11/04/20 | 1.5 | Calls with management regarding business planning process |
| Joe Turner | 11/04/20 | 0.5 | Management call regarding business development planning |
| Joe Turner | 11/05/20 | 1.0 | Weekly management/advisor call |
| Joe Turner | 11/05/20 | 1.0 | Tax diligence call relating to IACs |
| Joe Turner | 11/05/20 | 1.0 | Internal call regarding certain financial analyses |
| Joe Turner | 11/05/20 | 0.5 | Catch-up call with AHC financial advisors regarding various issues |
| Joe Turner | 11/06/20 | 1.0 | Call with management regarding business planning process |
| Joe Turner | 11/06/20 | 0.5 | Catch-up call with AHC financial advisors regarding various issues |
| Joe Turner | 11/06/20 | 1.5 | Review of various financial diligence items |
| Joe Turner | 11/09/20 | 3.5 | Calls with management regarding business planning process |
| Joe Turner | 11/09/20 | 0.5 | Weekly internal PJT call |
| Joe Turner | 11/09/20 | 0.5 | Catch-up call with T. Coleman and J. O'Connell |
| Joe Turner | 11/10/20 | 1.5 | Review of various financial diligence items |
| Joe Turner | 11/10/20 | 0.5 | Internal call regarding certain financial analyses |
| Joe Turner | 11/10/20 | 0.5 | Second internal call regarding certain financial analyses |
| Joe Turner | 11/12/20 | 1.0 | Weekly management/advisor call |
| Joe Turner | 11/12/20 | 2.0 | AHC presentation regarding structure |
| Joe Turner | 11/12/20 | 1.0 | Catch-up discussions with creditor FAs regarding various items |
| Joe Turner | 11/13/20 | 1.0 | Tax diligence call with creditor advisors |
| Joe Turner | 11/14/20 | 2.0 | Review of various financial diligence items |
| Joe Turner | 11/14/20 | 2.0 | UCC presentation regarding various case considerations |
| Joe Turner | 11/16/20 | 0.5 | Weekly internal PJT call |
| Joe Turner | 11/16/20 | 1.0 | Call with creditor FAs regarding financial analyses |
| Joe Turner | 11/16/20 | 1.5 | Calls and emails relating to provision of diligence to certain parties |
| Joe Turner | 11/16/20 | 0.5 | Call with management and Alix Partners regarding financial analyses |
| Joe Turner | 11/16/20 | 1.5 | Review of various financial diligence items |
| Joe Turner | 11/17/20 | 6.0 | Telephonic omnibus hearing |
| Joe Turner | 11/17/20 | 1.0 | Calls and emails relating to provision of diligence to certain parties |
| Joe Turner | 11/18/20 | 4.0 | Telephonic BOD meeting (including preparation time) |
| Joe Turner | 11/19/20 | 0.5 | Discussion regarding financial diligence |
| Joe Turner | 11/19/20 | 0.5 | Call with co-advisors regarding diligence processes |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 11/22/20 | 0.5 | Catch-up with T. Coleman and J. O'Connell regarding various items |
| Joe Turner | 11/23/20 | 1.0 | Call with management and Alix Partners regarding financial analyses |
| Joe Turner | 11/23/20 | 1.0 | Review of various financial analyses |
| Joe Turner | 11/23/20 | 2.0 | Review of financial diligence work streams |
| Joe Turner | 11/23/20 | 0.5 | Weekly internal PJT call |
| Joe Turner | 11/24/20 | 1.0 | Weekly advisor call |
| Joe Turner | 11/24/20 | 2.0 | Review of financial diligence work streams |
| Joe Turner | 11/24/20 | 2.0 | Three PJT calls regarding financial analyses |
| Joe Turner | 11/25/20 | 2.5 | Presentation to claimant group (including preparation time) |
| Joe Turner | 11/25/20 | 1.0 | Emails regarding various financial diligence processes |
| Joe Turner | 11/27/20 | 1.0 | Review of financial diligence work streams |
| Joe Turner | 11/30/20 | 0.5 | Weekly internal PJT call |
| Joe Turner | 11/30/20 | 2.0 | Review of financial diligence work streams, and related internal calls |
| | | **63.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 11/01/20 | 1.5 | Prepare and review presentation requested by DPW |
| Thomas Melvin | 11/02/20 | 0.5 | Internal team catchup on various matters |
| Thomas Melvin | 11/02/20 | 1.0 | Management presentation on branded prescription budget forecast |
| Thomas Melvin | 11/02/20 | 1.0 | Call with debtor advisors on financial matters |
| Thomas Melvin | 11/02/20 | 0.5 | E-mail correspondence with internal team and DPW regarding upcoming call |
| Thomas Melvin | 11/02/20 | 0.5 | Call with Company management and DPW regarding upcoming call |
| Thomas Melvin | 11/02/20 | 2.5 | Prepare and review presentation requested by DPW |
| Thomas Melvin | 11/02/20 | 1.0 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/03/20 | 1.0 | Weekly advisor call |
| Thomas Melvin | 11/03/20 | 0.5 | Internal team call to discuss various matters |
| Thomas Melvin | 11/03/20 | 1.0 | Management presentation on legal functions budget forecast |
| Thomas Melvin | 11/03/20 | 1.0 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/03/20 | 1.5 | Prepare and review presentation requested by DPW |
| Thomas Melvin | 11/04/20 | 2.0 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/04/20 | 0.5 | Management presentation on Avrio budget forecast |
| Thomas Melvin | 11/04/20 | 0.5 | Management presentation on PHI budget forecast |
| Thomas Melvin | 11/04/20 | 0.5 | Call with Company management to discuss PHI updates |
| Thomas Melvin | 11/04/20 | 0.5 | Internal team call regarding financial analysis |
| Thomas Melvin | 11/04/20 | 1.0 | Prepare and review presentation requested by DPW |
| Thomas Melvin | 11/04/20 | 0.5 | Prepare and review agenda for weekly Company and advisors call |
| Thomas Melvin | 11/04/20 | 1.0 | Review draft board deck materials |
| Thomas Melvin | 11/05/20 | 1.0 | Weekly management/advisor call |
| Thomas Melvin | 11/05/20 | 1.0 | Conference call with DPW, KPMG and creditor group advisors to discuss tax-related matters |
| Thomas Melvin | 11/05/20 | 0.5 | Internal catchup on various matters |
| Thomas Melvin | 11/05/20 | 1.5 | Prepare and review PHI analysis requested by management |
| Thomas Melvin | 11/05/20 | 1.0 | Review draft board deck materials |
| Thomas Melvin | 11/05/20 | 1.5 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/05/20 | 0.5 | E-mail correspondence with creditor advisors regarding diligence requests |
| Thomas Melvin | 11/05/20 | 1.0 | Prepare and review presentation requested by DPW |
| Thomas Melvin | 11/06/20 | 1.0 | Management presentation on R&D budget forecast |
| Thomas Melvin | 11/06/20 | 0.5 | Discussion with G. Sim on financial analysis materials |
| Thomas Melvin | 11/06/20 | 0.5 | Discussion with G. Sim on financial analysis materials |
| Thomas Melvin | 11/06/20 | 1.0 | Review of materials related to business development opportunity |
| Thomas Melvin | 11/06/20 | 1.0 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 11/06/20 | 0.5 | Call with creditor advisors regarding financial analysis |
| Thomas Melvin | 11/06/20 | 0.5 | E-mail correspondence with DPW regarding requested financial analysis |
| Thomas Melvin | 11/06/20 | 0.5 | E-mail correspondence with creditor advisors regarding diligence requests |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 11/07/20 | 0.5 | E-mail correspondence with DPW regarding recent discussion with creditor advisors |
| Thomas Melvin | 11/08/20 | 0.5 | E-mail correspondence with internal team to coordinate upcoming calls with creditor advisors |
| Thomas Melvin | 11/09/20 | 1.0 | Management presentation on Rhodes budget forecast |
| Thomas Melvin | 11/09/20 | 0.5 | Management presentation on corporate communications budget forecast |
| Thomas Melvin | 11/09/20 | 0.5 | Discussion with G. Sim on financial analysis materials |
| Thomas Melvin | 11/09/20 | 1.0 | Management presentation on HR functions budget forecast |
| Thomas Melvin | 11/09/20 | 0.5 | Discussion with G. Sim on financial analysis materials |
| Thomas Melvin | 11/09/20 | 1.0 | Management presentation on finance/IT budget forecast |
| Thomas Melvin | 11/09/20 | 0.5 | Management presentation on Adhansia budget forecast |
| Thomas Melvin | 11/09/20 | 0.5 | Internal team catchup on various matters |
| Thomas Melvin | 11/09/20 | 1.0 | Management presentation on Medical Affairs budget forecast |
| Thomas Melvin | 11/09/20 | 0.5 | Review of materials related to business development opportunity |
| Thomas Melvin | 11/09/20 | 1.0 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 11/09/20 | 1.0 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/10/20 | 0.5 | Discussion with G. Sim on financial analysis materials |
| Thomas Melvin | 11/10/20 | 1.0 | Internal team catchup on various matters |
| Thomas Melvin | 11/10/20 | 0.5 | Call with creditor financial advisors on financial matter |
| Thomas Melvin | 11/10/20 | 1.0 | Weekly advisor call |
| Thomas Melvin | 11/10/20 | 0.5 | E-mail correspondence with creditor advisors regarding diligence requests |
| Thomas Melvin | 11/10/20 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 11/10/20 | 1.5 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/10/20 | 0.5 | Submit diligence request responses for upload to VDR |
| Thomas Melvin | 11/11/20 | 1.0 | Internal team call to discuss financial analysis |
| Thomas Melvin | 11/11/20 | 2.0 | Review draft board deck materials |
| Thomas Melvin | 11/11/20 | 2.0 | Prepare and review presentation requested by DPW |
| Thomas Melvin | 11/12/20 | 1.0 | Weekly call with Company management and advisors |
| Thomas Melvin | 11/12/20 | 2.0 | Call on AHC structure presentation |
| Thomas Melvin | 11/12/20 | 0.5 | Call with management on financial matters |
| Thomas Melvin | 11/12/20 | 0.5 | Call with certain creditor advisors to discuss financial analysis |
| Thomas Melvin | 11/12/20 | 0.5 | Call with certain creditor advisors to discuss various matters |
| Thomas Melvin | 11/12/20 | 2.0 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 11/12/20 | 1.0 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/13/20 | 2.0 | Mediation presentation |
| Thomas Melvin | 11/13/20 | 0.5 | Call with J. Turner to discuss various matters |
| Thomas Melvin | 11/13/20 | 1.0 | Review material related to project Catalyst |
| Thomas Melvin | 11/13/20 | 1.0 | Aggregate and review material related to precedent analysis |
| Thomas Melvin | 11/13/20 | 1.0 | Call with creditor advisor regarding financial analysis |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 11/14/20 | 1.0 | Call with creditor advisors and AlixPartners to discuss financial analysis |
| Thomas Melvin | 11/14/20 | 1.0 | Review financial analysis from creditor advisors |
| Thomas Melvin | 11/14/20 | 2.0 | Assist DPW in completing material for upcoming omnibus hearing |
| Thomas Melvin | 11/14/20 | 1.0 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/15/20 | 2.0 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 11/15/20 | 1.0 | E-mail correspondence with internal team related to financial analysis |
| Thomas Melvin | 11/15/20 | 1.0 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/16/20 | 1.0 | Call with creditor advisors on financial projections |
| Thomas Melvin | 11/16/20 | 0.5 | Internal team catchup on various matters |
| Thomas Melvin | 11/16/20 | 2.0 | Prepare diligence materials related to proposal |
| Thomas Melvin | 11/16/20 | 2.0 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/16/20 | 1.0 | E-mail correspondence with internal team and DPW regarding proposal |
| Thomas Melvin | 11/17/20 | 2.0 | Dial into omnibus hearing |
| Thomas Melvin | 11/17/20 | 1.0 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/17/20 | 0.5 | Review draft board deck materials related to Adhansia |
| Thomas Melvin | 11/17/20 | 1.5 | Prepare and review diligence packet related to proposal |
| Thomas Melvin | 11/18/20 | 0.5 | Call to discuss Rhodes development products |
| Thomas Melvin | 11/18/20 | 1.0 | Review draft board deck materials related to Adhansia |
| Thomas Melvin | 11/18/20 | 1.0 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/18/20 | 0.5 | E-mail correspondence internally and with DPW, AlixPartners regarding various matters |
| Thomas Melvin | 11/19/20 | 1.0 | Conference call with DPW, AlixPartners, KPMG and creditor advisors to discuss tax-related matters |
| Thomas Melvin | 11/19/20 | 2.0 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/19/20 | 1.0 | E-mail correspondence with internal team, Company and DPW regarding upcoming meeting |
| Thomas Melvin | 11/20/20 | 0.5 | Call with debtor advisors and 3rd parties regarding various matters |
| Thomas Melvin | 11/20/20 | 0.5 | Call with AlixPartners and DPW regarding diligence requests |
| Thomas Melvin | 11/20/20 | 2.0 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/21/20 | 0.5 | Review various financial reports |
| Thomas Melvin | 11/22/20 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 11/22/20 | 1.5 | Prepare and review financial analysis related to proposal |
| Thomas Melvin | 11/23/20 | 0.5 | Call with Company management and AlixPartners to discuss various matters |
| Thomas Melvin | 11/23/20 | 0.5 | Call with Company management to discuss diligence requests related to Rhodes business |
| Thomas Melvin | 11/23/20 | 0.5 | Internal team call regarding various matters |
| Thomas Melvin | 11/23/20 | 0.5 | Call with G. Sim regarding financial analysis |
| Thomas Melvin | 11/23/20 | 1.5 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/23/20 | 1.0 | E-mail correspondence with Company management regarding diligence requests |
| Thomas Melvin | 11/23/20 | 2.0 | Review draft board deck materials related to core business, pipeline and operating expenses |
| Thomas Melvin | 11/23/20 | 0.5 | Review financial analysis prepared by AlixPartners |

PJT PARTNERS LP
HOURLY DETAILS FOR THE PERIOD OF
NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 11/23/20 | 0.5 | E-mail correspondence with internal team and Company management regarding upcoming presentation |
| Thomas Melvin | 11/23/20 | 0.5 | Prepare and submit diligence responses for upload to VDR |
| Thomas Melvin | 11/23/20 | 0.5 | E-mail correspondence with internal team, DPW and Company management regarding diligence |
| Thomas Melvin | 11/24/20 | 0.5 | Internal team discussion regarding financial analysis |
| Thomas Melvin | 11/24/20 | 0.5 | Internal team discussion regarding financial analysis |
| Thomas Melvin | 11/24/20 | 1.0 | Weekly advisor call |
| Thomas Melvin | 11/24/20 | 0.5 | Conference call with creditor advisors to discuss financial analysis |
| Thomas Melvin | 11/24/20 | 1.5 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/24/20 | 3.0 | Prepare and review draft board deck materials |
| Thomas Melvin | 11/24/20 | 0.5 | E-mail correspondence with Company management and DPW regarding various matters |
| Thomas Melvin | 11/25/20 | 1.5 | Call with AlixPartners, DPW, Company management and NAACP to walk through PHI-related questions |
| Thomas Melvin | 11/25/20 | 4.0 | Prepare and review draft board deck materials |
| Thomas Melvin | 11/25/20 | 1.0 | Prepare and review responses to creditor advisor diligence requests |
| Thomas Melvin | 11/25/20 | 1.0 | E-mail correspondence with Company management regarding slide deck to be presented |
| Thomas Melvin | 11/26/20 | 1.5 | E-mail correspondence with internal team and Company management regarding upcoming presentation |
| Thomas Melvin | 11/28/20 | 2.0 | Review Company presentation materials related to PHI |
| Thomas Melvin | 11/28/20 | 1.0 | E-mail correspondence with AlixPartners and Company management regarding VDR and PHI materials |
| Thomas Melvin | 11/29/20 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding VDR and diligence |
| Thomas Melvin | 11/29/20 | 1.0 | Review Company presentation materials related to PHI |
| Thomas Melvin | 11/30/20 | 0.5 | Call with creditor advisors regarding financial analysis |
| Thomas Melvin | 11/30/20 | 0.5 | Weekly internal team call |
| Thomas Melvin | 11/30/20 | 2.5 | Prepare and review draft board deck materials |
| Thomas Melvin | 11/30/20 | 1.0 | E-mail correspondence with AlixPartners regarding VDR and diligence |
| Thomas Melvin | 11/30/20 | 2.0 | Prepare and review responses to creditor advisor diligence requests |
| | | **137.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 11/02/20 | 0.5 | Diligence call relating to IACs |
| Jovana Arsic | 11/02/20 | 0.5 | Internal team catchup on various matters |
| Jovana Arsic | 11/03/20 | 1.0 | Weekly advisor call |
| Jovana Arsic | 11/05/20 | 1.0 | Weekly management/advisor call |
| Jovana Arsic | 11/05/20 | 1.0 | Tax diligence call relating to IACs |
| Jovana Arsic | 11/09/20 | 3.5 | Calls with management regarding business planning process |
| Jovana Arsic | 11/09/20 | 0.5 | Weekly internal PJT call |
| Jovana Arsic | 11/10/20 | 1.0 | Weekly advisor call |
| Jovana Arsic | 11/10/20 | 2.0 | Prepare materials for board deck |
| Jovana Arsic | 11/12/20 | 1.0 | Weekly management/advisor call |
| Jovana Arsic | 11/12/20 | 1.0 | Catch-up discussions with creditor FAs regarding various items |
| Jovana Arsic | 11/13/20 | 1.0 | Tax diligence call with creditor advisors relating to IACs |
| Jovana Arsic | 11/16/20 | 0.5 | Weekly internal PJT call |
| Jovana Arsic | 11/16/20 | 1.0 | Call with creditor FAs regarding financial analyses |
| Jovana Arsic | 11/16/20 | 1.5 | Review of various financial diligence items, including relating to diligence |
| Jovana Arsic | 11/16/20 | 1.0 | Prepare diligence materials related to proposal |
| Jovana Arsic | 11/17/20 | 2.0 | Telephonic omnibus hearing |
| Jovana Arsic | 11/19/20 | 0.5 | Tax diligence call with creditor advisors relating to IACs |
| Jovana Arsic | 11/20/20 | 0.5 | Call with management regarding financial analysis |
| Jovana Arsic | 11/20/20 | 0.5 | Call with AlixPartners and DPW regarding diligence requests |
| Jovana Arsic | 11/23/20 | 0.5 | Weekly internal PJT call |
| Jovana Arsic | 11/24/20 | 1.0 | Weekly advisor call |
| Jovana Arsic | 11/24/20 | 0.5 | Internal team discussion regarding financial analysis |
| Jovana Arsic | 11/24/20 | 3.0 | Prepare and review draft board deck materials |
| Jovana Arsic | 11/25/20 | 2.0 | Prepare and review draft board deck materials |
| Jovana Arsic | 11/30/20 | 0.5 | Weekly internal PJT call |
| | | **29.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gerald Sim | 11/02/20 | 1.0 | Work on financial analysis materials |
| Gerald Sim | 11/02/20 | 0.5 | Internal catchup on various matters |
| Gerald Sim | 11/02/20 | 1.0 | Management presentation on budget forecast |
| Gerald Sim | 11/02/20 | 1.5 | Incorporated edits for financial analysis materials |
| Gerald Sim | 11/02/20 | 1.0 | Call with debtor advisors on financial matters |
| Gerald Sim | 11/02/20 | 1.0 | Incorporated edits for financial analysis materials |
| Gerald Sim | 11/03/20 | 1.0 | Weekly advisor call |
| Gerald Sim | 11/03/20 | 1.0 | Internal team meeting regarding financial analysis |
| Gerald Sim | 11/03/20 | 0.5 | Prepared diligence files |
| Gerald Sim | 11/02/20 | 1.0 | Incorporated edits for financial analysis materials |
| Gerald Sim | 11/02/20 | 0.5 | Incorporated edits for financial analysis materials |
| Gerald Sim | 11/03/20 | 1.0 | Management presentation on budget forecast |
| Gerald Sim | 11/04/20 | 1.0 | Management presentation on budget forecast |
| Gerald Sim | 11/04/20 | 0.5 | Management presentation on budget forecast |
| Gerald Sim | 11/04/20 | 0.5 | Management presentation on budget forecast |
| Gerald Sim | 11/04/20 | 1.0 | Draft agenda for weekly call |
| Gerald Sim | 11/04/20 | 0.5 | Email correspondence on follow-ups for diligence questions |
| Gerald Sim | 11/05/20 | 0.5 | Weekly management/advisor call |
| Gerald Sim | 11/05/20 | 1.0 | Weekly conference call with management and advisors |
| Gerald Sim | 11/05/20 | 0.5 | Internal team call regarding presentation |
| Gerald Sim | 11/05/20 | 1.0 | Internal team call regarding presentation |
| Gerald Sim | 11/05/20 | 0.5 | Internal team call regarding presentation |
| Gerald Sim | 11/05/20 | 1.0 | Work on financial analysis materials |
| Gerald Sim | 11/06/20 | 1.5 | Work on financial analysis materials |
| Gerald Sim | 11/06/20 | 0.5 | Work on financial analysis materials |
| Gerald Sim | 11/06/20 | 0.5 | Discussion with T. Melvin on financial analysis materials |
| Gerald Sim | 11/06/20 | 1.0 | Work on financial analysis materials |
| Gerald Sim | 11/06/20 | 1.0 | Review financial analysis materials |
| Gerald Sim | 11/06/20 | 0.5 | Discussion with T. Melvin on financial analysis materials |
| Gerald Sim | 11/09/20 | 1.0 | Management presentation on budget forecast |
| Gerald Sim | 11/09/20 | 1.0 | Update scenario analysis |
| Gerald Sim | 11/09/20 | 1.0 | Update financial analysis deck |
| Gerald Sim | 11/09/20 | 0.5 | Compiled revised budget materials |
| Gerald Sim | 11/09/20 | 0.5 | Management presentation on budget forecast |
| Gerald Sim | 11/09/20 | 1.0 | Management presentation on budget forecast |
| Gerald Sim | 11/09/20 | 1.0 | Management presentation on budget forecast |
| Gerald Sim | 11/09/20 | 0.5 | Management presentation on budget forecast |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
| --- | --- | --- | --- |
| Gerald Sim | 11/09/20 | 1.0 | Internal team call regarding financial analysis |
| Gerald Sim | 11/09/20 | 1.0 | Management presentation on budget forecast |
| Gerald Sim | 11/09/20 | 0.5 | Discussion with T. Melvin on financial analysis materials |
| Gerald Sim | 11/09/20 | 1.0 | Update financial analysis deck |
| Gerald Sim | 11/09/20 | 0.5 | Discussion with T. Melvin on financial analysis materials |
| Gerald Sim | 11/10/20 | 1.5 | Internal team calls regarding financial matter |
| Gerald Sim | 11/09/20 | 1.0 | Update financial analysis materials |
| Gerald Sim | 11/10/20 | 1.0 | Internal catchup on various matters |
| Gerald Sim | 11/10/20 | 0.5 | Call with advisors on financial matter |
| Gerald Sim | 11/10/20 | 1.0 | Weekly advisor call |
| Gerald Sim | 11/10/20 | 2.0 | Update financial analysis deck |
| Gerald Sim | 11/10/20 | 0.5 | Call with T. Melvin on financial analysis materials |
| Gerald Sim | 11/10/20 | 1.0 | Update financial analysis materials |
| Gerald Sim | 11/11/20 | 1.0 | Compiled and reviewed sales process precedents materials |
| Gerald Sim | 11/11/20 | 2.0 | Update financial analysis deck |
| Gerald Sim | 11/11/20 | 1.0 | Internal team calls regarding financial matter |
| Gerald Sim | 11/11/20 | 0.5 | Update financial analysis deck |
| Gerald Sim | 11/11/20 | 0.5 | Update financial analysis deck |
| Gerald Sim | 11/12/20 | 2.0 | Call on AHC structure presentation |
| Gerald Sim | 11/12/20 | 0.5 | Call with management on financial matters |
| Gerald Sim | 11/13/20 | 2.0 | Mediation meeting |
| Gerald Sim | 11/15/20 | 0.5 | Call with T. Melvin on financial analysis materials |
| Gerald Sim | 11/15/20 | 1.0 | Prepare financial analysis backup for statement |
| Gerald Sim | 11/16/20 | 1.0 | Review and edit scenario analysis |
| Gerald Sim | 11/16/20 | 0.5 | Work on budget deck for company |
| Gerald Sim | 11/16/20 | 1.0 | Call with FTI / HL on financial projections |
| Gerald Sim | 11/16/20 | 0.5 | Internal team call |
| Gerald Sim | 11/17/20 | 2.0 | Dial into omnibus hearing |
| Gerald Sim | 11/18/20 | 0.5 | Draft agenda for weekly call |
| Gerald Sim | 11/19/20 | 0.5 | Email correspondence regarding recent meeting |
| Gerald Sim | 11/20/20 | 0.5 | Call on financial diligence |
| Gerald Sim | 11/20/20 | 0.5 | Follow-up diligence call |
| Gerald Sim | 11/22/20 | 0.5 | Internal team call regarding financial matter |
| Gerald Sim | 11/22/20 | 1.0 | Update financial analysis |
| Gerald Sim | 11/23/20 | 0.5 | Call with T. Melvin on various matters |
| Gerald Sim | 11/23/20 | 0.5 | Internal team call regarding various matters |
| Gerald Sim | 11/23/20 | 0.5 | Call with T. Melvin on various matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gerald Sim | 11/23/20 | 1.0 | Revise financial analysis deck |
| Gerald Sim | 11/24/20 | 0.5 | Call with T. Melvin on various matters |
| Gerald Sim | 11/24/20 | 1.0 | Review and edit deck for Company |
| Gerald Sim | 11/24/20 | 0.5 | Internal team call regarding various matters |
| Gerald Sim | 11/24/20 | 1.0 | Weekly advisor call |
| Gerald Sim | 11/24/20 | 0.5 | Call with advisors on financial analysis |
| Gerald Sim | 11/28/20 | 1.0 | Review budget materials from Company |
| Gerald Sim | 11/30/20 | 1.0 | Edit deck for Company |
| Gerald Sim | 11/30/20 | 0.5 | Internal team call |
| | | **71.0** | |