## Exhibit A

**OCP Statement**

In re: PURDUE PHARMA L.P., et al.

Case No.: 19-23649 (RDD)

**OCP Payment Report - Three Month Fee Average**
**November 2020**

| Name | Tier | Rolling Cap | Case Cap | Case Total |
|---|---|---|---|---|
| OCP Tier 1 Total | OCP Tier 1 | | | 6,582,461 |
| OCP Tier 2 Total | OCP Tier 2 | | | 3,206,021 |
| OCP Tier 3 Total | OCP Tier 3 | | | 229,004 |
| OCP Total | Total | | | 10,815,735 |
| Abe Hutio & Kitayama | OCP Tier 3 | 75,000 | 900,000 | 2,131 |
| Adelphi Research Group LLC | OCP Tier 3 | 5,000 | 60,000 | 140 |
| Bassford Remele | OCP Tier 3 | 5,000 | 60,000 | 2,083 |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 |
| Brann & Isaacson | OCP Tier 3 | 75,000 | 900,000 | 2,193 |
| Braunstein Hyatt Farber Schreck | OCP Tier 3 | 75,000 | 900,000 | 350,000 |
| Bricker & Eckler LLP | OCP Tier 3 | 5,000 | 60,000 | 9,242 |
| Camiche Cohen Law Group | OCP Tier 3 | 5,000 | 60,000 | |
| Capruso & Licata | OCP Tier 3 | 20,000 | 240,000 | 70,866 |
| Caplan & Warner PC | OCP Tier 3 | 10,000 | 120,000 | 578 |
| Cole Scott & Kissane | OCP Tier 3 | 10,000 | 120,000 | 7,776 |
| Conyers Dill & Pearman Limited | OCP Tier 3 | 20,000 | 240,000 | |
| Crowe & Dunlevy | OCP Tier 3 | 20,000 | 240,000 | 3,068 |
| Dannenbaum Salamon Advogados | OCP Tier 3 | 10,000 | 120,000 | 33,389 |
| Dannenmann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 75,000 | 900,000 | |
| Davidson, Dawson & Kappel, LLC | OCP Tier 3 | 75,000 | 900,000 | 40,942 |
| Davis, Dinsley, Lindeman & Tighe, P.C. | OCP Tier 3 | 75,000 | 900,000 | 136 |
| DeHay & Elliston LLP | OCP Tier 3 | 5,000 | 60,000 | 50 |
| Dentons Brazil | OCP Tier 2 | 75,000 | 900,000 | 2,474 |
| Drinor, Knapp & McAndrew | OCP Tier 3 | 30,000 | 360,000 | 409 |
| DLA Piper LLP | OCP Tier 3 | 30,000 | 360,000 | 37,020 |
| Dorsey & Whitney LLP | OCP Tier 3 | 5,000 | 60,000 | 88,451 |
| Dustin, Lawrence & Bialick, PC | OCP Tier 3 | 20,000 | 240,000 | 2,620 |
| Essex Court Chambers (John Lockey) | OCP Tier 3 | 75,000 | 900,000 | 1,421 |
| Essex Court Chambers (John Lockey) | OCP Tier 3 | 75,000 | 900,000 | 2,474 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 10,000 | 120,000 | 17,552 |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | 10,000 | 120,000 | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 14,450 |
| Frost Brown Todd LLC | OCP Tier 3 | 5,000 | 60,000 | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | |
| Gibbons, Della Fera, Blangiardo & Hughes | OCP Tier 3 | 5,000 | 60,000 | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 2,020 |
| Guttman & Pickenstein | OCP Tier 3 | 5,000 | 60,000 | 6,397 |
| Hogan Lovells US LLP | OCP Tier 2 | 150,000 | 1,800,000 | 2,037 |
| Hinckley, Allen & Snyder LLP | OCP Tier 3 | 5,000 | 60,000 | |
| Hunton Andrews Kurth | OCP Tier 3 | 75,000 | 900,000 | 57 |
| Holland & Hart | OCP Tier 3 | 5,000 | 60,000 | 1,281 |
| Hughes Hubbard & Reed LLP | OCP Tier 2 | 150,000 | 1,800,000 | |
| Jackson Lewis P.C. | OCP Tier 2 | 75,000 | 900,000 | 50,497 |
| Keel Watts Law Firm | OCP Tier 3 | 10,000 | 120,000 | |
| Kleinbard Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 693,462 |
| Langhar LLC | OCP Tier 3 | 5,000 | 60,000 | |
| Lawson Ellis LLP | OCP Tier 3 | 5,000 | 60,000 | 35,890 |
| Lewis Johs Avallone Aviles, LLP | OCP Tier 3 | 5,000 | 60,000 | |
| London Court of International Arbitration | OCP Tier 3 | 10,000 | 120,000 | 373,827 |
| Lowenstein Sandler LLP | OCP Tier 2 | 150,000 | 1,800,000 | 2,260 |
| Lynn, Fox, Cox & Hurst, LLP | OCP Tier 3 | 150,000 | 1,800,000 | 31,785 |
| Lynn Pinker Cox & Hurst, LLP | OCP Tier 3 | 150,000 | 1,800,000 | 644,165 |
| Maynard | OCP Tier 3 | 10,000 | 120,000 | 52,391 |
| McElroy English | OCP Tier 3 | 5,000 | 60,000 | |
| McGlinchen Miller Mukai Mackinnon LLP | OCP Tier 3 | 10,000 | 120,000 | 3,814 |
| McGuire Woods | OCP Tier 2 | 150,000 | 1,800,000 | 1,668 |
| Morrison & Foerster LLP | OCP Tier 1 | 225,000 | 2,700,000 | 2,058,000 |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 5,000 | 60,000 | |
| Montgomery & Andrews, P.A. | OCP Tier 3 | 5,000 | 60,000 | 300 |
| Morris, Nichols, Arsht & Tunnell LLP | OCP Tier 3 | 5,000 | 60,000 | 42,792 |
| Morrison & Foerster LLP | OCP Tier 1 | 150,000 | 1,800,000 | |
| Munger, Tolles & Olson LLP | OCP Tier 3 | 10,000 | 120,000 | 13,271 |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | 10,000 | 120,000 | 85,458 |
| Norton Rose Fulbright | OCP Tier 3 | 10,000 | 120,000 | 32,350 |
| Nyemaster Goode | OCP Tier 3 | 5,000 | 60,000 | 306,874 |
| Oblon, McClelland, Maier & Neustadt, L.L.P. | OCP Tier 3 | 5,000 | 60,000 | 975,951 |
| O'Melveny & Myers LLP | OCP Tier 3 | 75,000 | 900,000 | 1,289 |
| O'Neil & Borges | OCP Tier 3 | 10,000 | 120,000 | |
| Orrick, Herrington & Sutcliffe LLP | OCP Tier 3 | 5,000 | 60,000 | 275 |
| Penn Stuart & Eskridge | OCP Tier 3 | 5,000 | 60,000 | 11,626 |
| Paul Weiss | OCP Tier 3 | 150,000 | 1,800,000 | 56,318 |
| Porzio Bromberg & Newman P.C. | OCP Tier 3 | 75,000 | 900,000 | 1,373 |
| Pooh & Associates, PLLC | OCP Tier 3 | 5,000 | 60,000 | |
| Poyner Spruill LLP | OCP Tier 3 | 10,000 | 120,000 | |
| Pryor Cashman LLP | OCP Tier 3 | 75,000 | 900,000 | |
| Quinn Emanuel | OCP Tier 3 | 75,000 | 900,000 | |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | |
| Richards & Co Chase | OCP Tier 3 | 5,000 | 60,000 | |
| Robinson Bradshaw & Hinson, P.C. | OCP Tier 3 | 5,000 | 60,000 | |
| Roetzel & Andress | OCP Tier 3 | 5,000 | 60,000 | |
| Rominger Co., L.P.A. | OCP Tier 3 | 5,000 | 60,000 | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | |
| Sanders Roberts & Laffitte, LLC | OCP Tier 2 | 75,000 | 900,000 | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 10,000 | 120,000 | |
| Sherrard, Roe, Voigt & Harbison, PLC | OCP Tier 3 | 5,000 | 60,000 | |
| Shaw Keller LLC | OCP Tier 3 | 5,000 | 60,000 | |
| Sidley Austin LLP | OCP Tier 1 | 150,000 | 1,800,000 | 925,160 |
| Skadden Arps | OCP Tier 3 | 150,000 | 1,800,000 | 508,732 |
| Smith Anderson | OCP Tier 3 | 5,000 | 60,000 | 56,000 |
| Smith & Howell | OCP Tier 3 | 5,000 | 60,000 | 784 |
| Steptoe & Johnson, LLP | OCP Tier 2 | 75,000 | 900,000 | 86,715 |

In re: PURDUE PHARMA L.P., et al.

OCP Payment Report - Three Month Fee Average
November 2020

Case No.: 19-23649 (RDD)

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 290,065 | | | 10,786 | 12,635 | 10,165 | 9,426 | 15,918 | 20,662 | 24,879 | 19,505 | 16,115 | 25,695 | 32,648 | 34,017 | 26,902 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 929,232 | | | 162,356 | 133,274 | 46,122 | 61,967 | 55,212 | 47,920 | 42,012 | 30,580 | 30,607 | 16,600 | 19,082 | 15,637 | 25,908 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | 53 | 53 | | | 51 | 51 | 51 | | | | | | |
| Thompson Coburn, LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | | 80 | 112 | | 730 | 703 | 618 | 618 | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | |
| Tannenbaum Helpern | OCP Tier 2 | 75,000 | 900,000 | 54,000 | | | 3,333 | 2,667 | 2,667 | 2,667 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 65,846 | | | 417 | 393 | 9,001 | 9,431 | 18,193 | 10,016 | 9,444 | 615 | 150 | | 85 | 1,135 | 2,657 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 2,978 | | | | | 299 | 598 | 299 | 299 | 395 | 395 | 395 | | | | 299 |
| Wiggin and Dana, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,021,288 | | | 35,701 | 41,908 | 52,033 | 59,033 | 76,662 | 79,232 | 94,413 | 105,582 | 110,086 | 94,206 | 77,000 | 63,374 | 57,020 |

In re: PURDUE PHARMA L.P., et al.    Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Fees (as Incurred)
November 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | | N/A | 900,000 | 6,502,461 | 314,917 | 672,925 | 343,402 | 473,653 | 419,041 | 457,353 | 493,515 | 443,711 | 626,338 | 405,064 | 518,457 | 392,252 | 304,908 | 344,679 |
| OCP Tier 2 Total | | N/A | 12,000,000 | 229,004 | 170,848 | 307,060 | 35,854 | 20,381 | 18,830 | 11,397 | 14,252 | 11,564 | 8,591 | 6,915 | 8,290 | 28,311 | 17,331 | 33,434 |
| OCP Tier 3 Total | | N/A | 7,560,000 | | | | | | | | | | | | | | | |
| OCP Total | | | | 10,935,735 | | | | | | | | | | | | | | |
| Alan Hazlin & Katayama | OCP Tier 2 | 75,000 | 900,000 | 2,131 | | | | | | 979 | | 994 | | | | | | |
| Abbott Weiss Law Group LLC | OCP Tier 3 | 5,000 | 60,000 | | | | 140 | | | | | | 273 | | | | | 285 |
| Bielefeld Biereske | OCP Tier 3 | 5,000 | 60,000 | 2,083 | | | 398 | 389 | | 1,296 | | | | | | | | 1,296 |
| Bernstein, Shur, Sawyer & Nelson | OCP Tier 3 | 5,000 | 60,000 | 3,003 | | | 1,753 | 1,250 | | | | | | | | | | |
| Briggs & Morgan | OCP Tier 3 | 5,000 | 60,000 | 2,193 | | | | 895 | | | | | | | | | | |
| Braunstein Hyatt Farber Schreck | OCP Tier 1 | 75,000 | 900,000 | 360,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Brownstein Hyatt Farber Schreck | OCP Tier 3 | 10,000 | 120,000 | 8,242 | | 25,000 | 2,132 | 449 | 326 | 1,784 | 1,990 | 3,346 | 82 | | 82 | 82 | 326 | 82 |
| Cameche Cohen Law Group | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | 722 |
| Capruso | OCP Tier 2 | 10,000 | 240,000 | 70,866 | | | 2,164 | 1,696 | 8,132 | | | | | | 24,167 | 7,887 | 19,213 | 7,665 |
| Caplan & Warner PC | OCP Tier 3 | 10,000 | 120,000 | 578 | | | 578 | | | | | | | | | | | |
| Cato Scott & Kissoon | OCP Tier 2 | 10,000 | 120,000 | 7,776 | | | 775 | 898 | 1,485 | 392 | 88 | 392 | 326 | 1,238 | 228 | 294 | 718 | 490 |
| Caruso DB Kalowski Limited | OCP Tier 3 | 20,000 | 240,000 | | | | | | | | | | | | | | | |
| Clowes & Danbury | OCP Tier 3 | 20,000 | 240,000 | 3,268 | | | | 992 | 175 | 263 | 88 | | 850 | | 2,317 | 117 | 467 | |
| Damilano | OCP Tier 2 | 20,000 | 240,000 | 33,389 | | | | 13,952 | 5,887 | 5,330 | 421 | | | 312 | 2,168 | | | |
| Dannsimann Siermann Bigler & Lipanima Moreira | OCP Tier 3 | 5,000 | 60,000 | 40,942 | 790 | 1,135 | 4,910 | 1,347 | 6,722 | 8,440 | 4,732 | 1,025 | 987 | 2,517 | 383 | 624 | 707 | |
| Dannsimann Davidson & Kopell LLC | OCP Tier 3 | 5,000 | 60,000 | 163 | | | | 163 | | | | | | | | | | |
| Davis & King, Babler & Tighe P.C. | OCP Tier 3 | 5,000 | 60,000 | 50 | | | | | 50 | | | | | | | | | |
| DeFay & Elston LLP | OCP Tier 1 | 75,000 | 900,000 | 700,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Dinsmore & Shohl | OCP Tier 3 | 20,000 | 240,000 | 409 | | | 240 | | 77 | 92 | | | | | | 125 | | |
| Dmoe, Knapp & McAndrew | OCP Tier 3 | 5,000 | 60,000 | 36,980 | | | 10,009 | 5,971 | 7,876 | | 4,966 | 14,675 | 9,918 | 2,313 | | 819 | 8,972 | 9,499 |
| DLA Piper | OCP Tier 3 | 10,000 | 120,000 | 88,437 | | 2,218 | 1,380 | 2,636 | 6,547 | 5,223 | | | 4,686 | 2,181 | 5,411 | | 3,531 | 14,845 |
| Dubin & Miller, Hinden & Blalick, PC | OCP Tier 3 | 5,000 | 60,000 | 2,620 | | | 1,265 | 966 | 323 | 77 | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 3 | 10,000 | 120,000 | 2,474 | | 421 | | | 1,368 | | 1,478 | | | | 1,685 | 2,107 | 1,451 | 1,314 |
| Essex Court Chambers (John Lockey) | OCP Tier 2 | 10,000 | 120,000 | 17,552 | 1,106 | | | 1,093 | 546 | 768 | | 1,922 | 2,622 | 2,365 | | | | |
| Fox O'Neill & Shannon S.C. | OCP Tier 3 | 5,000 | 60,000 | 995 | | | | | | | 1,616 | 1,275 | 1,849 | 1,669 | 1,492 | 1,133 | | 995 |
| Fraser Grenrea Upchurch & Baker, LLC | OCP Tier 3 | 10,000 | 120,000 | 14,450 | | | 108 | | 1,220 | | 1,953 | | | | | | | 1,133 |
| Frost Brown Todd LLC | OCP Tier 3 | 10,000 | 120,000 | | | | | | | 173 | | 29 | | | | | | 303 |
| Gorman, Gallagher & Murtagh, P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | 60 | | 272 | 172 | 86 | 2,155 | 120 |
| Gibbons Deford & Lastowski | OCP Tier 3 | 20,000 | 240,000 | 2,020 | | | 1,515 | 1,008 | 41 | | | | | | | 67 | 53 | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | 10,000 | 120,000 | 6,397 | | | 2,716 | | | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 2 | 5,000 | 60,000 | 2,037 | | | 1,875 | | | | | | | | | | 57 | |
| Hegner Bonham | OCP Tier 3 | 10,000 | 120,000 | 57 | | | | | | | | | | | | | | 57 |
| Hinckley, Allen & Snyder LLP | OCP Tier 3 | 5,000 | 60,000 | 1,281 | | | 402 | 799 | | | | | | | | | | |
| Hunt Applegate, LLP | OCP Tier 3 | 10,000 | 120,000 | | | | | | 80 | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | |
| Holland & Hart | OCP Tier 2 | 10,000 | 120,000 | 50,497 | | | | | 9,274 | | 4,079 | 3,963 | 3,747 | 6,382 | 11,887 | 4,945 | 3,633 | 2,590 |
| Jackson Lewis P.C. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Kean Miller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Kramm Levin Naftalis & Frankel LLP | OCP Tier 1 | 75,000 | 900,000 | 2,058,000 | | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 | 147,000 |
| Kronfold Kaplan and Becker LLP | OCP Tier 2 | 150,000 | 1,800,000 | 693,462 | 45,346 | 31,883 | 15,478 | 41,548 | 41,353 | 78,709 | 72,759 | 73,533 | 63,898 | 48,374 | 84,223 | 53,001 | 7,008 | |
| Langone Funding LLC | OCP Tier 3 | 5,000 | 60,000 | | | | 210 | | | | | | | | 138 | | | |
| Langone Funding LLC | OCP Tier 3 | 5,000 | 60,000 | 35,890 | 2,766 | 3,598 | | 14,696 | | | 5,692 | 6,725 | 5,843 | 13,011 | 297 | | 4,023 | |
| Lawson Ellis LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | 90 | | | 1,819 | | 1,537 | | | | |
| Lewis John Jackson Ackler, LLP | OCP Tier 3 | 5,000 | 60,000 | | 7,167 | 1,231 | 5,171 | 153 | 3,351 | 3,819 | | 1,784 | | | | | | |
| Lincoln Financial Investment Accountation | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Lowenstein Sandler LLP | OCP Tier 3 | 75,000 | 900,000 | 373,827 | 1,888 | 5,347 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 3,776 | 907 | 132 | 284 | 3,776 |
| Lyon-Piter Cox & Hursi, LLP | OCP Tier 2 | 150,000 | 1,800,000 | 31,785 | 8,868 | 6,944 | 2,282 | | 1,187 | | | 3,145 | 397 | 689 | | | | 743 |
| Lynn Power Cox & Hursi, LLP | OCP Tier 2 | 150,000 | 1,800,000 | 644,465 | 20,012 | 26,331 | 27,300 | 10,566 | 14,842 | 53,204 | 61,388 | 81,033 | 43,182 | 14,462 | 73,837 | 29,176 | 16,397 | 18,274 |
| Markowitz | OCP Tier 3 | 5,000 | 60,000 | 306,874 | 70,704 | 21,005 | | 10,566 | 22,078 | 30,762 | 51,094 | 13,002 | 195,354 | 90,676 | 1,396 | 567 | 9,168 | 5,296 |
| McClure English | OCP Tier 3 | 5,000 | 60,000 | 42,976 | 74,685 | 76,560 | 35,845 | 100,519 | | | 2,068 | 13,467 | 4,143 | | | 313 | 76,884 | 13,431 |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 10,000 | 120,000 | 1,289 | | | 5,050 | | | 230 | | | | | | | | 23,933 |
| McGuire Woods LLP | OCP Tier 2 | 225,000 | 2,700,000 | | | | | | | | | | | | | | | |
| Moguire WoodHouse & Brannon LLP | OCP Tier 3 | 10,000 | 120,000 | 3,816 | | 275 | 2,587 | 115 | | | | 2,332 | 250 | | | | | |
| O'Connor & Clayton LLP | OCP Tier 3 | 5,000 | 60,000 | 1,668 | | | 320 | 777 | | 845 | | 1,193 | | | 3,499 | | | |
| O'Meveny & Myers LLP | OCP Tier 2 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| O'Brien & Brannon | OCP Tier 3 | 10,000 | 120,000 | 11,626 | | | | | | | | | | | | | | |
| Pardo & Burgo PLLC | OCP Tier 2 | 150,000 | 1,800,000 | 925,190 | 32,902 | 64,175 | 72,363 | 154,084 | 103,689 | 120,651 | 62,258 | 58,193 | 60,746 | 106,468 | 44,773 | 19,920 | 16,809 | |
| Peter Stuart & Eldridge | OCP Tier 3 | 10,000 | 120,000 | 508,712 | 79,868 | 83,933 | 40,380 | 37,746 | 24,907 | 28,248 | 26,124 | 21,362 | 24,096 | 26,917 | 27,806 | 37,073 | 15,298 | |
| Pinch Stuart & Eldridge | OCP Tier 3 | 10,000 | 120,000 | 56,318 | | 4,000 | 4,000 | 125 | 156 | 4,000 | 4,000 | 343 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 3,776 |
| Porzio Bromberg & Newman P.C. | OCP Tier 3 | 5,000 | 60,000 | 1,373 | | | | | | | | | | | | | | 4,000 |
| Potomac Law Group, PLLC | OCP Tier 3 | 5,000 | 60,000 | 85,458 | | | | | | | | 1,639 | | | | | | 27,734 |
| Pognol Spruill LLP | OCP Tier 3 | 10,000 | 120,000 | 32,350 | 8,868 | 6,944 | 10,566 | 13,210 | 14,882 | 30,766 | 12,807 | 43,182 | 31,458 | 14,462 | 17,635 | 13,431 | 17,772 | 3,827 |
| Pryor Cashman LLP | OCP Tier 3 | 75,000 | 900,000 | 306,874 | 12,080 | 26,331 | | 20,335 | 22,078 | 23,862 | 57,466 | 195,354 | 4,143 | 90,676 | 61,536 | 9,853 | 76,893 | 25,314 |
| Quarles Brady LLP | OCP Tier 3 | 5,000 | 60,000 | 975,001 | 74,685 | 76,560 | 35,845 | | | | | | | | | | | 106,968 |
| Reichard & Escalera LLC | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Reichard & Escalera LLC | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | |
| Renninger Co., L.P.A. | OCP Tier 3 | 10,000 | 120,000 | | | | | | 69 | | | | | | | | | |
| Richmond & Quinn | OCP Tier 3 | 5,000 | 60,000 | 275 | | | 275 | | 546 | | | | | | | | | |
| Robinson Bradshaw & Hinson LLP | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Shaw Keller LLP | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | |
| Sidley Austin LLP | OCP Tier 2 | 150,000 | 1,800,000 | 86,715 | | | | | | | | 85,045 | | 1,367 | | | | |
| Skadden Arps | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | |
| Smith Anderson | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | |
| Smith & Johnson | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | 100 | 62 |
| Steptoe & Johnson, LLP | OCP Tier 3 | 75,000 | 900,000 | | | | | | | | | | | | | | | 80 |

Case No.: 19-23649 (RDD)

In re: PURDUE PHARMA L.P., et al.

OCP Payment Report - Monthly Fees (as Incurred)
November 2020

| Name | Tier | Rolling Cap | Case Cap | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 75,000 | 900,000 | 290,065 | 3,951 | 20,228 | 8,179 | 9,498 | 12,789 | 5,990 | 28,974 | 27,023 | 18,641 | 12,851 | 16,852 | 47,382 | 33,711 | 20,957 | 23,039 |
| Stikeman Elliott, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 929,232 | 151,158 | 317,858 | 17,752 | 64,211 | 56,402 | 65,289 | 43,947 | 34,224 | 47,866 | 9,449 | 34,306 | 5,846 | 17,093 | 24,572 | 36,058 |
| Stites & Harbison, PLLC | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 5,000 | 60,000 | 154 | | | | | | | 154 | | | | | | | | |
| Thompson Coburn LLP | OCP Tier 3 | 5,000 | 60,000 | 2,349 | | | 159 | | 81 | 256 | 1,653 | | | | | | | | |
| Thompson Hine | OCP Tier 2 | 75,000 | 900,000 | | | | | | | | | | | | | | | | |
| | OCP Tier 2 | 75,000 | 900,000 | 54,000 | 2,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Troutman Sanders LLP | OCP Tier 2 | 75,000 | 900,000 | 65,846 | 272 | 99 | 879 | 200 | 25,925 | 2,167 | 26,486 | 1,395 | 450 | | | | 254 | 3,152 | 4,566 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | 5,000 | 60,000 | | | | | | | | | | | | | | | | |
| Vorys Sater Seymour & Pease | OCP Tier 3 | 10,000 | 120,000 | | | | | | | | | | | | | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | 5,000 | 60,000 | 2,978 | | | | 897 | | 897 | | | 1,184 | | | | | | |
| Waggon and Davis, LLP | OCP Tier 1 | 150,000 | 1,800,000 | 1,021,288 | 20,455 | 38,748 | 43,052 | 43,926 | 71,866 | 63,308 | 94,901 | 81,376 | 106,951 | 119,460 | 103,888 | 59,270 | 67,843 | 63,008 | 40,227 |

In re: PURDUE PHARMA L.P., et al.

OCP Payment Report - Monthly Expenses Incurred
November 2020

Case No.: 19-23649 (RDD)

| Name | Tier | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCP Tier 1 Total | | 770,742 | 33,410 | 35,924 | 81,277 | 32,616 | 65,609 | 39,609 | 62,403 | 96,649 | 72,779 | 86,144 | 36,816 | 40,623 | 46,728 | 12,713 | 33,442 |
| OCP Tier 2 Total | | 419,026 | 19,674 | 21,382 | 18,061 | 16,723 | 26,410 | 117,979 | 471,108 | 33,295 | 19,906 | 36,103 | 16,542 | 14,060 | 22,122 | 223,122 | 18,883 |
| OCP Tier 3 Total | | 1,968 | | | 795 | 716 | 32 | 32 | 15 | 31 | | 36 | 26 | 82 | 149 | 33 | 38 |
| OCP Total | | 1,189,336 | | | | | | | | | | | | | | | |
| Akin Gump & Katayama | OCP Tier 1 | 181 | | | | | | | | 81 | | | | | 100 | | |
| Angel Unikel Law Group, LLC | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Banccdd Belmara | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Bertocchini, Shur, Sawyer & Nelson | OCP Tier 2 | | | | | | | | | | | | | | | | |
| Binns Gibson & Kane | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Brownstein Hyatt Farber Schreck | OCP Tier 3 | 42 | | | | 42 | | | | | | | | | | | |
| Bouhiri Gurenham Grower Nissen, PLLC | OCP Tier 2 | | | | | | | | | | | | | | | | |
| Camacho Calvo Law Group | OCP Tier 1 | | | | | | 3 | | | | | | | | | | |
| Caplin LLP | OCP Tier 3 | 80 | | | | | | | | | | | | | | | |
| Carlsmith & Werner PC | OCP Tier 3 | 350 | | | 350 | | | | | | | | | 76 | | | |
| Carter S.L.P. | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Cole Scott & Kissane | OCP Tier 2 | 90 | | | 90 | | 48 | | | | | | | | | | |
| Corgeni Still & Pearlman Limited | OCP Tier 3 | 315 | | | | 267 | | | | | | | | | | | |
| Crowe & DunKevy | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Davidson & Kovarsson Adoption | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Dannemann Siemsen Bigler & Ipanema Moreira | OCP Tier 2 | 8,126 | 1,000 | | 781 | 160 | 1,320 | | 2,550 | 1,000 | 150 | 786 | | | | 379 | |
| Davidson, Davidson & Kappel, LLC | OCP Tier 3 | | | | | | | | 15 | | | | | | | | |
| Dawrs, Wintrof, Hoffman, Tigre, P.C. | OCP Tier 3 | 45 | | | 15 | 554 | | 2,761 | 735 | | | | | | | | |
| Delley & Elkton LLP | OCP Tier 2 | 17,983 | 2,190 | 2,190 | 1,203 | | 10,540 | | 2,400 | 1,700 | 1,565 | 250 | 940 | 125 | 1,125 | 3,402 | 1,768 |
| Deming Delisle | OCP Tier 3 | | | | | | | | | | | | | | 3 | 25 | 240 |
| Dinss, Knapp & McAndrew | OCP Tier 3 | | | | | | | | | | | | | | | | |
| D.L.A. Piper LLP | OCP Tier 1 | 296 | | | | 270 | | | | | | | 4 | | | | |
| Dorsey & Whitney LLP | OCP Tier 1 | 13,284 | 250 | 250 | 51 | 241 | | | | 27 | | | | | | | |
| Duke Scanlan | OCP Tier 3 | 2 | | | | 2 | | | | | | | | | | | |
| Duke, Luz Larmeza & Batch, PC | OCP Tier 3 | 31 | | | | | | | | | | | | | | | |
| Essex Court Chambers (John Lockey) | OCP Tier 3 | | | | | | | 5 | | | | | | | | | |
| Evans Fears & Schuttert LLP | OCP Tier 3 | 5 | | | | | | | | | | | | | | | |
| Fox, O'Neill & Shannon S.C. | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Frazer Greene Upchurch & Baker, LLC | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Friedl Brown Todd LLC | OCP Tier 3 | | | | | | | | | | | | | | | | |
| German, Gallagher & Murtagh, P.C. | OCP Tier 2 | 83 | | | 60 | 23 | | 14 | | 4 | | 18 | 12 | 6 | 146 | 8 | 10 |
| Glanzmann Zanin & Croxford LLP | OCP Tier 3 | 423 | | | 138 | 65 | 3 | | | | | | | | | | |
| Gordon Arata Montgomery Barnett | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Gunderson, Palmer, Nelson, Ashmore LLP | OCP Tier 3 | | | | | | | 7 | | | | | | | | | |
| Haxrer Brown LLC | OCP Tier 3 | | | | | 19 | | | | | | | | | | | |
| Hinckley, Allen & Snyder LLP | OCP Tier 2 | 19 | | | | | | | | | | | | | | | |
| Hintz Agriculture, LLI | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Holland & Hart | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Hood Law Firm | OCP Tier 3 | 13 | | | | 13 | | | | | | | | | | | |
| Horowitz Edwards LLP | OCP Tier 2 | 1,329 | 575 | 227 | 204 | | 323 | | | | | | | | | | |
| Jackson Lewis P.C. | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Karr Tuttle Campbell | OCP Tier 2 | 4,240 | 1,400 | | | | 600 | | | | | | 2,240 | | | | |
| Kleinfeld Kaplan and Becker LLP | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Langrock Sperry | OCP Tier 2 | 193,292 | 3,503 | 8,465 | 46,301 | 51,656 | 7,682 | 1,321 | 5,828 | 18,696 | 2,096 | 23,424 | 5,957 | 11,798 | 5,144 | 1,458 | |
| Leason Ellis LLP | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Lewis John Androne Aviles, LLP | OCP Tier 2 | 11,819 | 2,186 | 3,408 | 42 | 28,970 | 6,182 | 33,549 | 61,149 | 62,448 | 72,688 | 77,096 | 36,273 | 401,547 | 46,663 | 12,672 | 23,622 |
| London Court of International Arbitration | OCP Tier 2 | 603,587 | | 20,632 | 26,448 | | 32,166 | | 3,680 | 2,700 | | 400 | 3,160 | | 1,000 | 1,680 | 2,200 |
| Loevenstein Sandler LLP | OCP Tier 1 | 52,040 | | | | | | | | | | | | | | | |
| Lynch & Pines | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Lyon Pinner Cox & Hurst, LLP | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Matauld | OCP Tier 2 | 33,673 | 3,568 | 9,166 | 4,954 | 3,052 | 7,512 | 5,421 | | | | | | | | | |
| Matueli & English | OCP Tier 3 | | | | | | | | | | | | | | | | |
| McCorriston Miller Mukai Mackinnon LLP | OCP Tier 3 | 38 | | | 18 | | 8 | 13 | | | | | | | | | |
| McGrath North PC | OCP Tier 3 | 902 | 39 | | 15 | 41 | | | | 400 | | | | | | 400 | |
| McGuire Woods, LLP | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Mielke, Betts & Smith LLC | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Mitchell, Williams, Selig, Gates & Woodyard, PLLC | OCP Tier 3 | 60 | | | | 60 | | | | | | | | | | | |
| Montgomery & Andrews, PA | OCP Tier 3 | | | | 6 | 6 | 1 | | | | | | | | | | |
| Morgan Nichols Achtz and Turnell LLP | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Morrison & Foerster LLP | OCP Tier 3 | | | | 68 | | | | | | | | | | | | |
| Morguard Cannon | OCP Tier 2 | 13 | | | | | | | | | | | | | | | |
| Neal & Harwell | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Nelson Mullins Riley & Scarborough LLP | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Nicon Peabody | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Nyemaster Goode | OCP Tier 3 | 401 | 160 | 128 | | | 22 | | | | | | | | 94 | | |
| O'Melveny & Myers LLP | OCP Tier 1 | 70,523 | 7,076 | 2,508 | 6,437 | 5,335 | 2,159 | 2,382 | 3,425 | 3,362 | 9,476 | 7,663 | 2,286 | 912 | 4,239 | 10,251 | 3,012 |
| O'Neil Kurlan LLC | OCP Tier 3 | 779 | 63 | 339 | 31 | 106 | 116 | 31 | 60 | 30 | 13 | 360 | 469 | 61 | 40 | 40 | 21 |
| Parma L Renberg LLC | OCP Tier 3 | 66 | | | | | | | | | | | | | | | |
| Penn Stuart & Eskridge | OCP Tier 3 | | | | | | | | | | | 2 | 0 | | | | |
| Radelescu LLC | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Roxdo Bromberg & Newman P.C | OCP Tier 3 | 160 | | | | | | | | | | | | | | | |
| Robinson Gray Stepp & Laffitte, LLC | OCP Tier 1 | 7,076 | | | | | | 2 | | 40 | 13 | | | | | | |
| Sanders Warren Russell & Scheer LLP | OCP Tier 3 | 63 | | | | | | | | | | | | | | | |
| Serieri Rouse & Sommers | OCP Tier 3 | | | | | | | 146 | 1,177 | | | | | | | | |
| Shaw Keller LLP | OCP Tier 1 | 3,666 | 1,321 | 16 | 2,291 | 106 | | | | | | | | | 25 | | |
| Smith & Kilmer | OCP Tier 3 | 13 | | | | | 23 | | | | | | | | 6 | | |
| Smith Anderson | OCP Tier 2 | 4,404 | 1,658 | | | 1,051 | 252 | | | | | | | | | | |
| Smith Robertson | OCP Tier 3 | 252 | | | | | | | | | | | | | | | |
| Stoploe & Johnson, LLP | OCP Tier 2 | 557 | | | | | | | 399 | | 157 | | | | | | |

In re: PURDUE PHARMA L.P., et al.

Case No.: 19-23649 (RDD)

OCP Payment Report - Monthly Expenses Incurred
November 2020

| Name | Tier | Case Total | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sterne Kessler Goldstein Fox PLLC | OCP Tier 2 | 46,493 | | 4,360 | 160 | 1,350 | 1,300 | 51 | 13,497 | 1,640 | 6,462 | 3,380 | 3,560 | 1,785 | 915 | 2,000 | 6,034 |
| Stikeman Elliott, LLP | OCP Tier 1 | 7,571 | 680 | 2,980 | | 383 | 2,913 | 504 | | | 26 | | | 3 | | 1 | |
| Stites & Harbison, PLLC | OCP Tier 2 | | | | | | | | | | | | | | | | |
| Taylor English Duma LLP | OCP Tier 3 | 200 | | | | 200 | | | | | | | | | | | |
| Thompson Coburn LLP | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Thompson Hine | OCP Tier 2 | | | | | | | | | | | | | | | | |
| Tonkon Torp LLP | OCP Tier 2 | | | | | | | | | | | | | | | | |
| Troutman Sanders LLP | OCP Tier 2 | 41,404 | | | 3,460 | | 3,785 | 3,275 | 15,145 | 3,315 | | | | | 3,000 | 3,551 | 5,873 |
| Vogel Law Firm, Ltd. | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Vorys, Sater, Seymour & Pease | OCP Tier 3 | 11 | | | | | | | | | | | 11 | | | | |
| Wheeler Trigg O'Donnell LLP | OCP Tier 3 | | | | | | | | | | | | | | | | |
| Wiggin and Dana, LLP | OCP Tier 1 | 109,629 | 9,234 | 40 | 47,310 | | 16,720 | 23 | 17 | 34,131 | 52 | 3,016 | 73 | 12 | | | |