UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## CLOSING DATE ASSIGNED CONTRACTS NOTICE

**PLEASE TAKE NOTICE** that, on September 14, 2020 the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion of the Debtors for Entry of an Order (I) Approving Sale of Debtors' Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors' Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief* (the "**Motion**") [D.I. 1687] seeking entry of an order, among other things, approving the private sale (the "**Sale**") of the active pharmaceutical products manufacturing facility located in Coventry, Rhode Island (the "**Coventry Facility**") owned and operated by Debtor Rhodes Technologies (the "**Seller**") to Noramco Coventry LLC (the "**Purchaser**").[2]

**PLEASE TAKE FURTHER NOTICE** that, on October 1, 2020, the Bankruptcy Court entered an order (the "**Order**") approving the Motion. *See Order (I) Approving Sale of Debtors' Coventry Facility and Related Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Approving Debtors' Entry into a Long-Term API Supply Agreement, (III) Authorizing Assumption and Assignment or Assignment, as Applicable, of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief* [D.I. 1765].

**PLEASE TAKE FURTHER NOTICE** that the Closing Date of the Sale occurred on December 31, 2020.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the APA and the Order, (i) the Executory Contracts set forth on Schedule 1.1(e) of the APA as of the Closing Date shall be assumed and assigned to Purchaser (or an affiliate thereof) and (ii) the Post-Petition Contracts set forth on Schedule 1.1(f) of the APA as of the Closing Date shall be assigned to Purchaser (or an affiliate thereof) (collectively, the "**Closing Date Assigned Contracts**").

**PLEASE TAKE FURTHER NOTICE** that the Closing Date Assigned Contracts are listed on Exhibit A-1 and Exhibit A-2 hereto.  In accordance with paragraph 28 of the Order, the Debtors have filed this notice (the "**Closing Date Assigned Contracts Notice**") with the Court and are serving the Closing Date Assigned Contracts Notice on the Contract Counterparties to each Closing Date Assigned Contract.

**PLEASE TAKE FURTHER NOTICE THAT YOU ARE RECEIVING THIS CLOSING DATE ASSIGNED CONTRACTS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A CONTRACT COUNTERPARTY TO A CLOSING DATE ASSIGNED CONTRACT.**  You should locate your name and your contract(s) in the attached Exhibit A-1 and/or Exhibit A-2.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion and the Order, as well as all related exhibits, including the APA and this Closing Date Assigned Contracts Notice may be obtained free of charge on the Debtors' case website at https://restructuring.primeclerk.com/purduepharma.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   January 4, 2021
         New York, New York

                                        DAVIS POLK & WARDWELL LLP

                                        By:  */s/ Eli J. Vonnegut*
                                        DAVIS POLK & WARDWELL LLP
                                        450 Lexington Avenue
                                        New York, New York 10017
                                        Telephone: (212) 450-4000
                                        Facsimile: (212) 701-5800
                                        Marshall S. Huebner
                                        Benjamin S. Kaminetzky
                                        Timothy Graulich
                                        Eli J. Vonnegut
                                        Christopher S. Robertson

                                        *Counsel to the Debtors
                                        and Debtors in Possession*