## Exhibit A-1

### Executory Contracts Listed on Schedule 1.1(e) of the APA as of the Closing Date

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 1 | A Z CORPORATION | Supplemental Maintenance Technician - 2020 | Purchase Order | Noramco Coventry LLC |
| 2 | Acronis International GmbH | Acronis Software Agreement | Software Agreement | Noramco Coventry LLC |
| 3 | Air Products | Air Products Assignment & Assumption Agreement | Agreement | Noramco Coventry LLC |
| 4 | Air Temp Mechanical Services Inc | Air Temp Mechanical_RT MSA 01-31-2024 (provide maintenance, service, repair, calibration, testing, certification and QA services for electrical, mechanical, facilities and energy projects) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 5 | Air Temp Mechanical Services Inc | Air Temp Mechanical_RT SOW 01312014-1 03-11-2022 (Chiller - Quality PM and Inspection Program) | Statement of Work | Noramco Coventry LLC |
| 6 | Alert Scientific Incorporated | Alert Scientific_RT MSA 01-31-2024 (PM and calibration) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 7 | Alert Scientific Incorporated | Alert Scientific_RT 01212010-23 11-30-2021 | Statement of Work | Noramco Coventry LLC |
| 8 | AM Technology | Coflore Software Agreement | Software Agreement | Noramco Coventry LLC |
| 9 | AMD Lawn Care LLC | AMD Lawn Care LLC MSA | Master Service/Supply Agreements | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 10 | AMD Lawn Care LLC | AMD Lawn Care LLC SOW 12232015-1, A1, A2, A3 | Statement of Work | Noramco Coventry LLC |
| 11 | AMD Lawn Care LLC | AMD Lawn Care LLC SOW 12232015-3, A1 | Statement of Work | Noramco Coventry LLC |
| 12 | American Labelmark Company | LabelMaster PO 3110037353 - Account 1299697 | Purchase Order | Noramco Coventry LLC |
| 13 | American Plant Maintenance, LLC (APM) | American Plant Maintenance, LLC (APM) MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 14 | Anchor Insulation | Anchor Insulation MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 15 | Associated Electro-Mechanics Inc. | Associated Electro-Mechanics Inc. MSA (06-23-2024) (electrical, mechanical and machining services) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 16 | Atlantic Coffee & Provision | Atlantic Coffee & Provision MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 17 | Atlantic Scale Company, Inc. | Atlantic Scale Company, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 18 | Autodesk | AutoCad and Vault Agreement | Software Agreement | Noramco Coventry LLC |
| 19 | Axine USA Inc. | Axine_RT Agreement_Executed_Exp. 09242021 | Master Service/Supply Agreements | Noramco Coventry LLC |
| 20 | Axine Water Technologies | Axine Water Technologies MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 21 | AZ Corporation | AZ Corporation MSA | Master Service/Supply Agreements | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 22 | AZ Corporation | AZ Contracting Agr 05-24-23, Amendment #4 | Statement of Work | Noramco Coventry LLC |
| 23 | AZ Corporation | AZ Contracting Agr 05-24-23, Amendment #40 | Statement of Work | Noramco Coventry LLC |
| 24 | AZ Corporation | AZ_2019 Equipment and Labor Pricing | Statement of Work | Noramco Coventry LLC |
| 25 | Bard Pharmaceuticals | Bard_RT Supply Agreement 08-09-2022 (autorenew) | Supply Agreement | Noramco Coventry LLC |
| 26 | Beamex Inc | Beamex Inc MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 27 | Beamex Inc | Beamex Inc SOW 02182010-7 | Statement of Work | Noramco Coventry LLC |
| 28 | Beamex Inc | Beamex Support Agreement Renewal Notification | Renewal | Noramco Coventry LLC |
| 29 | Beckman Coulter | Beckman Coulter Standard Service Terms and Conditions | T&Cs | Noramco Coventry LLC |
| 30 | Brinkmann Instruments dba Metrohm USA, Inc. | Brinkmann Instruments dba Metrohm USA, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 31 | Bristol Fire Protection, Inc. | Bristol Fire Protection_RT MSA 11-12-2021 (maintenance, service, and repair services for sprinkler systems) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 32 | BRODIE INC | 2019-2020 PIV Quarterly Inspections & Repairs | Purchase Order | Noramco Coventry LLC |
| 33 | Brodie, Inc. | Brodie_RT MSA 6-30-2025 | Master Service/Supply Agreements | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 34 | Bruker Corporation | Endeavor Advanced Software Agreement | Software Agreement | Noramco Coventry LLC |
| 35 | Burgess USA Training LLC | Burgess USA Training LLC MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 36 | Burgess USA Training LLC | Burgess USA Training_RT SOW 07212013-8 | Statement of Work | Noramco Coventry LLC |
| 37 | Busch, LLC | Busch, LLC_RT MSA (limited standard service warranty) 11-30-2024 (repair services performed by Busch on any vacuum pumps, and related equipment) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 38 | Cambrex Charles City, Inc. | Cambrex Charles City, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 39 | Carrier Corporation | Carrier Corporation MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 40 | Catalent Micron Technologies, Inc. | Catalent Micron SOW/PO | Statement of Work/Purchase Order | Noramco Coventry LLC |
| 41 | Catalent Pharma Solutions, LLC | Catalent Pharma MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 42 | Certified Rescue Courses, LLC | Certified Rescue Courses, LLC MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 43 | Chilworth | Chilworth_RT MSA 11-01-2024 | Master Service/Supply Agreements | Noramco Coventry LLC |
| 44 | Circuit Breaker Sales (fka ExStar Inc.) | Circuit Breaker Sales (fka ExStar Inc.) MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 45 | Circuit Breaker Sales (fka ExStar Inc.) | Circuit Breaker Sales_RT 09212010-8 exp3 11-30-2022 | Statement of Work | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 46 | Clariant Corporation | Environmental Remediation and Indemnity Agreement | Indemnity Agreement | Noramco Coventry Realty LLC |
| 47 | Clariant Corporation | Letter Agreement re: Coventry Water Service | Letter Agreement | Noramco Coventry LLC |
| 48 | Clean Harbors Environmental Services, Inc. | Clean Harbors Environmental Services, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 49 | Comber | Heinkel Filtering System MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 50 | Coris-Tine Inc. d/b/a Paul's Lock and Safe | Coris-Tine Inc. d/b/a Paul's Lock and Safe MSA | Agreement | Noramco Coventry LLC |
| 51 | Coventry Eye Care Associates | Coventry Eye Care Associates MSA 06-20-2024 (eye care services) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 52 | Danox Environmental Services, Inc. (DESI) | Danox Environmental Services, Inc._RT MSA (Waste Management Services) 12-31-2020 | Master Service/Supply Agreements | Noramco Coventry LLC |
| 53 | Direct Energy - CMA | Direct Energy - CMA AGREEMENT | CMA | Noramco Coventry LLC |
| 54 | Direct Energy (acct # 3981874009 and 5228153003) | Direct Energy (acct # 3981874009 and 5228153003) | Agreement | Noramco Coventry LLC |
| 55 | Direct Energy (acct #1784386019 and 4269090024) | Direct Energy (acct #1784386019 and 4269090024) | Agreement | Noramco Coventry LLC |
| 56 | Direct Energy Services LLC | Direct Energy - Gas Service Agreement MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 57 | DIRECT ENERGY SERVICES LLC | Gas, 498 Washington St., Mfg, Bldg 6 | Purchase Order | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 58 | Dow Chemical Company, The | Dow Chemical Company, The - MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 59 | EMC Corporation | EMC Corporation Rhodes Tech MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 60 | Emerson Electric Co. | DeltaV Software Agreement | Software Agreement | Noramco Coventry LLC |
| 61 | Energy Machinery | Energy Machinery MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 62 | Energy Management & Control Inc. | EMC Isilon Software Agreement | Software Agreement | Noramco Coventry LLC |
| 63 | Energy Management & Control Inc. | EMC Data Domain Software Agreement | Software Agreement | Noramco Coventry LLC |
| 64 | Energy Management & Control Inc. | EMC VXRail Software Agreement | Software Agreement | Noramco Coventry LLC |
| 65 | Energy Management & Control Services, Inc. | Energy Management & Control Services, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 66 | Energy Management & Control Services, Inc. | EMC_RT SOW 05012011-8 06-30-2020 (three year metasys building management system preventative maintenance service) | Statement of Work | Noramco Coventry LLC |
| 67 | Evoqua Water Technologies | Evoqua Water Technologies_RT MSA 09-01-2024 (PM services for water systems) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 68 | EXELE Information Systems, Inc. | Topview Software Agreement | Software Agreement | Noramco Coventry LLC |
| 69 | Fortinet, Inc. | Fortigate Firewalls Software Agreement | Software Agreement | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 70 | Frontage Lab | Outside Laboratory Reporting Requirements Agreement | Laboratory Agreement | Noramco Coventry LLC |
| 71 | GE Betz, Inc. | GE Betz, Inc. MSA 06-01-23 | Agreement | Noramco Coventry LLC |
| 72 | GE Digital | iFix Software Agreement | Software Agreement | Noramco Coventry LLC |
| 73 | GFS CHEMICALS INC | Turbidity Standards for Calibrations, 2019 - 2020 | Purchase Order | Noramco Coventry LLC |
| 74 | GRAINGER INC | Lumbar Support | Purchase Order | Noramco Coventry LLC |
| 75 | GRAYBAR ELECTRIC COMPANY INC | Material for wiring Bldg.5 emergency lights | Purchase Order | Noramco Coventry LLC |
| 76 | Group Technology of Trumbull, Inc | Group Technology of Trumbull, Inc MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 77 | Group Technology of Trumbull, Inc | Group Technology of Trumbull, Inc SOW 02122014-7 12-31-2021 (IT Specialist) | Statement of Work | Noramco Coventry LLC |
| 78 | Hach Company | Hach Company MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 79 | Harm Reduction Therapeutics | HRT_RT QAA (naloxone) 02-24-2025 - Quality Agreement | Quality Agreement | Noramco Coventry LLC |
| 80 | Harper Haines Fluid Controls, Inc. | Harper Haines Fluid Controls, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 81 | Hart Design | Hart Design MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 82 | Hart Engineering Corporation | Hart Engineering Corporation MSA (10-18-23) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 83 | Heinkel Filtering Systems, Inc. USA | Heinkel Filtering Systems, Inc. USA MSA | Master Service/Supply Agreements | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 84 | Heritage Environmental Services, LLC | Heritage Environmental Services, LLC MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 85 | Honeywell Safety Products | Honeywell_RT MSA 02-19-2024 (training, fall protection equipment inspections, etc.) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 86 | Howorth Air Technology Limited | Howorth Air Technology Limited MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 87 | HP Services, Inc. | HP Services, Inc._RT MSA 11-30-2021 (provide passivation and chemical cleaning services) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 88 | Hunter Associates Laboratory d/b/a Hunterlab International Inc. | HP Services, Inc._RT MSA 11-30-2021 (provide passivation and chemical cleaning services) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 89 | Hurley Construction Inc. | Hurley Construction_RT MSA 07-24-2025 | Master Service/Supply Agreements | Noramco Coventry LLC |
| 90 | IES Engineers, Inc. | IES Engineers, Inc. Master Consultant Services Agreement | Master Service/Supply Agreements | Noramco Coventry LLC |
| 91 | IMEC Technologies | Hazmat T&T Software Agreement | Software Agreement | Noramco Coventry LLC |
| 92 | Imperatore Steel Erectors, Inc. | Imperatore_RT MSA; Amendment #2 8-31-2025 | Master Service/Supply Agreements | Noramco Coventry LLC |
| 93 | Industrial Burner Service, Inc. | Industrial Burner_RT MSA | Master Service/Supply Agreements | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 94 | Industrial Protection Products, Inc | Industrial Protection Products_RT MSA 12-31-2024 (supply safety shoes and associated services related to supply of Company's Safety Shoe Program) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 95 | Intertek USA Inc. d/b/a QTI | Intertek USA Inc. d/b/a QTI MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 96 | Johnson Controls | BMS & Metasys Software Agreement | Software Agreement | Noramco Coventry LLC |
| 97 | JOHNSON CONTROLS FIRE PROTECTION | Fire Extinguisher Purchases 2018 thru 2020 (Sitewide) from Simplex Grinnell | Purchase Order | Noramco Coventry LLC |
| 98 | Johnson Controls Fire Protection LP | Johnson Controls Fire Protection LP MSA (fka Simplex Grinnell) 07-01-2024 (provide fire alarm, fire extinguisher, suppression and sprinkler services) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 99 | Johnson Controls Fire Protection LP | Johnson Controls_RT SOW 07012014-3 | Statement of Work | Noramco Coventry LLC |
| 100 | Kenneth Industrial Products, Inc. | Kenneth Industrial Products, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 101 | Kepware, Inc. | Kepware, Inc. License Agreement | License Agreement | Noramco Coventry LLC |
| 102 | LabelMaster Software | Labelmaster Software Renewal 2020-2021 | Renewal Quote | Noramco Coventry LLC |
| 103 | Lavoie & Sons | Lavoie & Sons Service Contract | Service Agreement | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 104 | Life Support Systems | Life Support Systems MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 105 | Little Rhody Machine Repair, Inc. | Little Rhody Machine Repair, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 106 | MAINTENANCE MANAGEMENT INC | Housekeeping and Janitorial Services 2022 | Purchase Order | Noramco Coventry LLC |
| 107 | Mar Cor Purification, Inc. | Mar Cor Purification (Stericycle) MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 108 | Mar Cor Purification (fka as Stericycle, Inc.and fka Certco, Inc.) | Mar Cor Purification_RT MSA SOW 06122009-6 04-29-2021 (ductless fume hood testing and certification - 2019-2021) | Statement of Work | Noramco Coventry LLC |
| 109 | Mar Cor Purification Inc | Mar Cor (Certco)_RT SOW 06122009-7 12-31-2020 (lab hood testing and evaluation - annual assessment and air flow testing) | Statement of Work | Noramco Coventry LLC |
| 110 | Marr Scaffolding | Marr Scaffolding MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 111 | Mass Crane Hoist Services Inc. | Mass Crane Hoist Services Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 112 | Matcon | Matcon MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 113 | Matheson Tri-Gas, Inc. | Matheson Trigas_RT Bulk Product Agreement 01-01-2023 | Product Agreement | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 114 | MC Dean Inc (fka Thomas and Betts Power Solutions, a Member of the ABB Group) | MC Dean Inc (fka Thomas and Betts)_RT MSA 12-31-2023 (maintenance, service and repair of network critical power equipment) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 115 | Meriden Cooper Corp. | Meriden Cooper Corp. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 116 | Metrohm USA | Brinkmann Metrohm MSA 11-30-2020 | Agreement | Noramco Coventry LLC |
| 117 | Mettler Toledo Autochem, Inc. | MT AutoChem_RT MSA 09-30-2025 | Master Service/Supply Agreements | Noramco Coventry LLC |
| 118 | Mettler Toledo Autochem, Inc. | Mettler Toledo Autochem_RT SOW 10012010-15 (2 year iCare subscription) | Statement of Work | Noramco Coventry LLC |
| 119 | MicroCad Training & Consulting, Inc. | MicroCad Training & Consulting, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 120 | MMI, Inc. | MMI, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 121 | MMI, Inc. | MMI, Inc. SOW 7-31-2022 | Statement of Work | Noramco Coventry LLC |
| 122 | Molecular Application Technologies (MAT) | Molecular Application Technologies (MAT) MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 123 | Mountain Air | Mountain Air MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 124 | Mountain Air | Mountain Air SOW 05292012-4 | Statement of Work | Noramco Coventry LLC |
| 125 | Mountain Air | Mountain Air SOW 05292012-6 | Statement of Work | Noramco Coventry LLC |
| 126 | Mystic Air Quality Consultants, Inc. | Mystic Air Quality Consultants, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 127 | Nalas Engineering Services Inc. | Nalas Engineering Services_RT MSA 03-07-2024 (process development, chemical synthesis, sample analysis, safety-related testing, analytical testing, report prep) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 128 | National Grid | National Grid MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 129 | NATIONAL GRID | Electricity - 42 Quidnick Poles 9 & 2 | Purchase Order | Noramco Coventry LLC |
| 130 | NATIONAL GRID | Electricity - 500 Washington St., Pole 19 | Purchase Order | Noramco Coventry LLC |
| 131 | Nestles Waters | Nestles Waters AGREEMENT | Master Service/Supply Agreements | Noramco Coventry LLC |
| 132 | New England Controls | New England Controls SOW 10282013-7 12-31-2021 (SureService DeltaV and AMS Service Plan) | Statement of Work | Noramco Coventry LLC |
| 133 | New England Controls | NEC_RT MSA SOW 10282013-11 6-30-2023 | Statement of Work | Noramco Coventry LLC |
| 134 | New England Controls | New England Controls Terms of Use AGREEMENT | Agreement | Noramco Coventry LLC |
| 135 | New England Controls (NEC) | NEC_RT SOW 10282013-8 12-03-2022 (3rd party factory support renewals) | Statement of Work | Noramco Coventry LLC |
| 136 | New England Controls Inc. | New England Controls Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 137 | New England Pest Control | New England Pest Control_RT MSA 07-03-2024 (Pest Control / IPM program) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 138 | New England Pest Control d/b/a Big Blue Bug Solutions | NE Pest Control_RT SOW 07022014-2 01-01-2023 (3 year monthly pest control program) | Statement of Work | Noramco Coventry LLC |
| 139 | Northeast Electrical | TechConnect Support Renewal | Software License & Service Agreement | Noramco Coventry LLC |
| 140 | Occuhealth Inc. | Occuhealth Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 141 | OSIsoft, LLC | OSIsoft, LLC AGREEMENT | Software License & Service Agreement | Noramco Coventry LLC |
| 142 | OVERHEAD DOOR COMPANY | Overhead Door_RT Contracting Services Agreement 4-30-2025 | Contracting Services Agreement | Noramco Coventry LLC |
| 143 | OVERHEAD DOOR COMPANY | Overhead Door PMs 2018 - 2020 | Purchase Order | Noramco Coventry LLC |
| 144 | OVERHEAD DOOR COMPANY | 3 Year Overhead Door Annual Preventive Maintenance (2018-2020) | Purchase Order | Noramco Coventry LLC |
| 145 | OVERHEAD DOOR COMPANY | OHD Amendment 5 | Amendment | Noramco Coventry LLC |
| 146 | OVERHEAD DOOR COMPANY | OHD Amendment-6 BP | Amendment | Noramco Coventry LLC |
| 147 | Paul's Lock and Safe | Paul's Lock and Safe MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 148 | Power Products Systems LLC | Power Products Systems LLC MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 149 | Power Products Systems LLC | Power Products Systems LLC SOW 08102014-2 | Statement of Work | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 150 | Power Products Systems LLC | Power Products_RT SOW 08102014-3 12-31-2020 | Statement of Work | Noramco Coventry LLC |
| 151 | POWER PRODUCTS SYSTEMS LLC | 2018 - 2020 Manufacturing Generator PMs & repairs | Purchase Order | Noramco Coventry LLC |
| 152 | Prolerized New England Company LLC | Metal & Non Ferrous Scrap Metal Sales Agreement | Agreement | Noramco Coventry LLC |
| 153 | QUALITY CHEMICAL LABORATORIES | 2019 Testing services for L-Tartaric Acid, NF | Purchase Order | Noramco Coventry LLC |
| 154 | R. Bruce Briggs | R. Bruce Briggs MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 155 | RI Analytical Laboratories | RI Analytical Laboratories MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 156 | Rice Lake | Rice Lake MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 157 | Rockwell Automation | Purchase Order 3110030480 | Software Purchase Order | Noramco Coventry LLC |
| 158 | Rockwell Automation | TechConnect Support Renewal | Renewal | Noramco Coventry LLC |
| 159 | Roofing Concepts | Roofing Concepts MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 160 | RPKK, Inc. | RPKK, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 161 | Rudolph Research Analytical | Rudolph Research Analytical MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 162 | Rudolph Research Analytical | Rudolph Research Analytical SOW 08092010-5 | Statement of Work | Noramco Coventry LLC |
| 163 | S.D. Myers | S.D. Myers MSA 1-31-25 | Master Service/Supply Agreements | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 164 | Sage Environmental | Sage Environmental MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 165 | Schneider | Schneider Electric Systems | Agreement | Noramco Coventry LLC |
| 166 | Schneider Electric | Schneider OFS Software Agreement | Software Agreement | Noramco Coventry LLC |
| 167 | Schneider Electric | Vijeo Designer Software Agreement | Software Agreement | Noramco Coventry LLC |
| 168 | Security Services of CT | Security Services of CT MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 169 | Security Services of CT | SSC_RT SOW 01012014-7 01-01-2022 | Statement of Work | Noramco Coventry LLC |
| 170 | Security Technologies, Inc. | Security Technologies, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 171 | SHAWN T HARTIGAN | 4-Year PM Service Plan - 2 Lochinvar Condensing Boilers | Purchase Order | Noramco Coventry LLC |
| 172 | Shred-it USA LLC, a subsidiary of Stericycle, Inc. | Shred-it USA LLC, a subsidiary of Stericycle, Inc. Service AGREEMENT | Agreement | Noramco Coventry LLC |
| 173 | Shred-it USA LLC, a subsidiary of Stericycle, Inc. | Shred-it USA LLC, a subsidiary of Stericycle, Inc. Hard Drives AGREEMENT | Agreement | Noramco Coventry LLC |
| 174 | Siemens Industry, Inc. | Siemens Industry, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 175 | Siemens Industry, Inc. | Mechanical Services Agreement 11-1-2023 | Agreement | Noramco Coventry LLC |
| 176 | Sitecon Corporation | Sitecon Corporation MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 177 | SKURKA CONSTRUCTION INC | 2017-2020 Snow Plowing (Skurka) | Purchase Order | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 178 | Skurka Construction Inc. | Skurka Construction Inc. MSA 04-20-2021 | Master Service/Supply Agreements | Noramco Coventry LLC |
| 179 | Skurka Construction Inc. | Skurka Construction Inc. SOW A-8 Ex-A5 | Statement of Work | Noramco Coventry LLC |
| 180 | Spectra Automation Ltd | Spectra Automation Ltd_RT MSA 09-01-2024 (automation, implementation and testing services) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 181 | Stonhard, Division of Stoncor Group, Inc. | Stonhard, Division of Stoncor Group, Inc_RT MSA 07-29-2024 (provide floor and wall systems) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 182 | Suez WTS USA, Inc. | Suez WTS USA, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 183 | Suez WTS USA, Inc. | Suez WTS USA Inc._RT MSA SOW 06012013-3 05-31-2022 | Statement of Work | Noramco Coventry LLC |
| 184 | Sullivan & McLaughlin | Sullivan & McLaughlin_RT MSA 01-31-2025 (various electrical and technologies services) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 185 | Sullivan & McLaughlin | Sullivan & McLaughlin_RT SOW 03012010-47 01-01-2022 (2020-2022 plant group and spot re-lamping) | Statement of Work | Noramco Coventry LLC |
| 186 | Sullivan & McLaughlin | Sully Mac_RT SOW 03012010-49 02-14-2021 | Statement of Work | Noramco Coventry LLC |
| 187 | Technobis Crystallization Systems | Crystal 16 Software Agreement | Software Agreement | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 188 | Technobis Crystallization Systems | Crystalline Software Agreement | Software Agreement | Noramco Coventry LLC |
| 189 | Teledyne Lumenera | Infinity Analyze Software Agreement | Software Agreement | Noramco Coventry LLC |
| 190 | The Lock Shop, Inc. | The Lock Shop, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 191 | The Lock Shop, Inc. | The Lock Shop, Inc. SOW 02012011-8 | Statement of Work | Noramco Coventry LLC |
| 192 | The Lock Shop, Inc. | The Lock Shop, Inc. SOW 02012011-9 | Statement of Work | Noramco Coventry LLC |
| 193 | The Lock Shop, Inc. | The Lock Shop, Inc. SOW 02012011-8 (A2) | Statement of Work | Noramco Coventry LLC |
| 194 | Thermal Technologies, Inc. | Thermal Technologies, Inc._RT MSA 08-25-2024 (infrared thermography services for electrical equipment diagnostics, PM, predictive maintenance, proactive maintenance) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 195 | Thermal Technologies, Inc. | Thermal Technologies, Inc._RT SOW 08252014-4 09-19-2021 | Statement of Work | Noramco Coventry LLC |
| 196 | Thielsch Engineering Div. Rise Engineering | Thielsch Engineering_RT MSA 09-01-2024 (engineering, laboratory, consulting, design, energy services and fabrication/repair services) | Master Service/Supply Agreements | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 197 | Thomas & Betts Power Solutions, LLC, a member of the ABB Group | MC Dean (fka Thomas and Betts)_RT SOW 05152018-1 05-16-2023 (Network critical power equipment service plan) | Statement of Work | Noramco Coventry LLC |
| 198 | ThyssenKrupp Elevator Corporation | ThyssenKrupp Elevator Corporation MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 199 | ThyssenKrupp Elevator Corporation | ThyssenKrupp Elevator Corporation SOW 08102016-1 | Statement of Work | Noramco Coventry LLC |
| 200 | TOOMEY WATER SERVICES INC | Toomey MSA 1-6-21 | Master Service/Supply Agreements | Noramco Coventry LLC |
| 201 | Univar USA Inc. | Univar Rhodes Beneficial Reuse Agr evergreen | Master Service/Supply Agreements | Noramco Coventry LLC |
| 202 | Utility Communications, Inc. | Utility Communications, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 203 | Veolia ES Technical Inc | Veolia ES Technical_RT Product Purchase Agreement 11-7-2020 (auto-renew) | Transfer Agreement | Noramco Coventry LLC |
| 204 | Veolia ES Technical Solutions LLC | Veolia_RT MSA (Waste) 07-26-2024 (waste disposal services, onsite management services, related support services, etc.) | Master Service/Supply Agreements | Noramco Coventry LLC |
| 205 | Waterman Engineering Company | Waterman Engineering Company MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 206 | William Scotsman, Inc. | Changing Trailer Lease Ext CPX-11623 12-31-18 | Lease | Noramco Coventry LLC |

| # | Counterparty | Contract Name | Contract Type | Assignee |
|---|---|---|---|---|
| 207 | William Scotsman, Inc. | Lease Agreement (Office Trailers); two amendments dated 6-14-17 | Lease | Noramco Coventry LLC |
| 208 | Wilner-Greene Associates, Inc. | Wilner-Greene Associates, Inc. MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 209 | Woodard & Curran | Woodard & Curran MSA | Master Service/Supply Agreements | Noramco Coventry LLC |
| 210 | WSP USA Corp | WSP USA Corp MSA | Master Service/Supply Agreements | Noramco Coventry LLC |