## Exhibit A-2

**Post-Petition Contracts Listed on Schedule 1.1(f) of the APA as of the Closing Date**

| # | Counterparty | Type | Effective Date | Assignee |
|---|---|---|---|---|
| 1 | Adamis Pharmaceuticals Corporation | MSA (supply) | 11/1/2019 | Noramco Coventry LLC |
| 2 | Agilent Technologies | MSA | 12/12/2019 | Noramco Coventry LLC |
| 3 | Agilent Technologies | SOW | 12/16/2019 | Noramco Coventry LLC |
| 4 | Agilent Technologies | SOW | 12/16/2019 | Noramco Coventry LLC |
| 5 | Air Products and Chemicals | Product Supply Agt | 12/10/2019 | Noramco Coventry LLC |
| 6 | Alert Scientific | SOW | 10/17/2019 | Noramco Coventry LLC |
| 7 | Alert Scientific | SOW | 6/13/2020 | Noramco Coventry LLC |
| 8 | Alert Scientific | SOW | 10/1/2020 | Noramco Coventry LLC |
| 9 | Alert Scientific | SOW | 10/17/2020 | Noramco Coventry LLC |
| 10 | ALTIVIA Ketones and Additives, LLC | Purchase Agreement | 11/1/2020 | Noramco Coventry LLC |
| 11 | AMD Lawn Care LLC | PO – 2020 Site Wide Parking Lot Sand & Winter debris removal | 6/9/2020 | Noramco Coventry LLC |
| 12 | Atlantic Scale Company Inc | PO – Certification of Calibration Weights | 5/5/2020 | Noramco Coventry LLC |
| 13 | AZ Corporation | SOW | 5/1/2020 | Noramco Coventry LLC |
| 14 | AZ Corporation | SOW | 5/4/2020 | Noramco Coventry LLC |
| 15 | Beamex Inc. | Beamex Quotation for Software Support Agreement | 1/9/2020 | Noramco Coventry LLC |
| 16 | Biotage, Inc | SOW | 5/2/2020 | Noramco Coventry LLC |
| 17 | Briggs R Bruce | PO – 2020 Site Catch Basin Clean Out | 5/18/2020 | Noramco Coventry LLC |
| 18 | Brinkmann Instruments | SOW | 10/16/2020 | Noramco Coventry LLC |
| 19 | Brinkmann Instruments d/b/a Metrohm USA, Inc. | SOW | 10/9/2020 | Noramco Coventry LLC |

| # | Counterparty | Type | Effective Date | Assignee |
|---|---|---|---|---|
| 20 | Bristol Fire Protection Inc | PO – 2020 Upper Mill Fire Suppression System Drain valve Replacement | 6/24/2020 | Noramco Coventry LLC |
| 21 | Brodie Inc | SOW | 3/10/2020 | Noramco Coventry LLC |
| 22 | Brodie Inc. | SOW | 11/23/2020 | Noramco Coventry LLC |
| 23 | Burgess USA Training LLC | SOW | 10/30/2019 | Noramco Coventry LLC |
| 24 | Burgess USA Training LLC | SOW | 11/6/2020 | Noramco Coventry LLC |
| 25 | Cambrex Charles City | Manufacturing and Supply Agreement | 3/19/2020 | Noramco Coventry LLC |
| 26 | Cambrex Charles City, Inc. | SOW | 3/4/2020 | Noramco Coventry LLC |
| 27 | Catalent Pharma Solutions | MSA | 3/4/2020 | Noramco Coventry LLC |
| 28 | Chilworth Technology Inc | MSA | 11/1/2019 | Noramco Coventry LLC |
| 29 | Circuit Breaker Sales (fka ExStar) | SOW | 9/24/2019 | Noramco Coventry LLC |
| 30 | Circuit Breaker Sales Ne Inc | PO – 2020 Upper Mill & RTC PM Switchgear and Services | 6/16/2020 | Noramco Coventry LLC |
| 31 | Colden Corporation | MSA | 10/2/2019 | Noramco Coventry LLC |
| 32 | Cox Business | Commercial Services Agreement | 7/23/2020 | Noramco Coventry LLC |
| 33 | Crown Equipment Corp | PO – 2020 & 2021 Crown Forklift PM's | 7/13/2020 | Noramco Coventry LLC |
| 34 | Crown Equipment Corp (dba Crown Lift Trucks) | Agreement | 4/24/2020 | Noramco Coventry LLC |
| 35 | Dataworks Development Inc | PO – Freezerworks Maintenance and Support Contract (2020) | 10/14/2019 | Noramco Coventry LLC |
| 36 | Direct Energy Business | PO - Electricity 129 Quidnick St., UM | 2/24/2020 | Noramco Coventry LLC |

| # | Counterparty | Type | Effective Date | Assignee |
|---|---|---|---|---|
| 37 | Direct Energy Business | PO - Electricity 500 Washington St. Storeroom-bldg 30 | 2/25/2020 | Noramco Coventry LLC |
| 38 | Direct Energy Business | PO – Electricity 498 Washington St. -bldg 3 | 2/24/2020 | Noramco Coventry LLC |
| 39 | Direct Energy Services LLC | PO - Gas, 500 Washington St., Mfg, Storeroom-Bldg 30 | 2/24/2020 | Noramco Coventry LLC |
| 40 | Direct Energy Services LLC | PO - Gas, 498 Washington St., Mfg, Bldg 6 | 2/24/2020 | Noramco Coventry LLC |
| 41 | Direct Energy Services LLC | PO – Gas, 500 Washington St., MMF, UM | 2/24/2020 | Noramco Coventry LLC |
| 42 | Dittman & Greer Inc | PO - Siemens software support 2020 | 2/28/2020 | Noramco Coventry LLC |
| 43 | Dow Chemical Company | Dow "IPA" Pre-Payment Agreement |  | Noramco Coventry LLC |
| 44 | Emsl Analytical Inc | PO – Routine Purified Water Samples Microbial Testing Sept/Oct 2020 | 8/26/2020 | Noramco Coventry LLC |
| 45 | Energy Machinery Inc. | SOW | 12/3/2020 | Noramco Coventry LLC |
| 46 | Erlabs, Inc. | SOW | 7/24/2020 | Noramco Coventry LLC |
| 47 | Evoqua Water Technologies | SOW | 11/20/2020 | Noramco Coventry LLC |
| 48 | Evoqua Water Technologies | SOW | 6/1/2020 | Noramco Coventry LLC |
| 49 | Evoqua Water Technologies | SOW | 2/13/2020 | Noramco Coventry LLC |
| 50 | FW Webb Company | MSA | 10/25/2019 | Noramco Coventry LLC |
| 51 | Hach Company | SOW | 10/3/2019 | Noramco Coventry LLC |
| 52 | Hach Company | SOW | 12/23/2020 | Noramco Coventry LLC |
| 53 | Hach Company | PO – HACH Partnership Annual Renewal for astroTOC Analyzer – 2019-2020 to 2020 | 11/12/2019 | Noramco Coventry LLC |
| 54 | Hart Engineering Corporation | SOW | 12/23/2019 | Noramco Coventry LLC |

| # | Counterparty | Type | Effective Date | Assignee |
|---|---|---|---|---|
| 55 | Hayes Instrument Service Inc | PO – June External Calibrations – 2020 | 6/22/2020 | Noramco Coventry LLC |
| 56 | Hp Services Inc | PO – 2020-2021 passivization services | 1/14/2020 | Noramco Coventry LLC |
| 57 | HP Services, Inc. | SOW | 1/3/2020 | Noramco Coventry LLC |
| 58 | Johnson Controls Fire Protection LP | SOW | 11/1/2020 | Noramco Coventry LLC |
| 59 | Johnson Controls Fire Protection LP | PO – 2020-2023 Dry Chemical Integral Fire Extinguisher and Fire Extinguisher Insptection | 7/21/2020 | Noramco Coventry LLC |
| 60 | JOHNSON CONTROLS FIRE PROTECTION LP | PO – 2020 HWSS fire suppression system cylinder Hydrostatic Testing | 6/16/2020 | Noramco Coventry LLC |
| 61 | Labelmaster Software | Software Renewal 2020-2021 | | Noramco Coventry LLC |
| 62 | LAVOIE & SON INDUSTRIAL | PO – 2020-2022 Commercial AND Construction Debris Removal and Disposal | 12/16/2019 | Noramco Coventry LLC |
| 63 | MASS CRANE & HOIST SERVICES INC | PO – 2020 & 2021 Annual Hoist Inspections | 10/22/2019 | Noramco Coventry LLC |
| 64 | Mass Crane Hoist Services Inc. | SOW | 10/17/2019 | Noramco Coventry LLC |
| 65 | Mc Dean Inc | PO - ABB Site UPS maintenance and repairs | 4/6/2020 | Noramco Coventry LLC |
| 66 | Metrohm USA | PO – Metrohm Karl Fischer Titrator PM/Certification Service Contract (2020-2021) | 8/19/2020 | Noramco Coventry LLC |
| 67 | Mettler-Toledo Autochem, Inc. | SOW | 10/9/2020 | Noramco Coventry LLC |
| 68 | Mettler-Toledo Autochem, Inc. | SOW | 11/4/2020 | Noramco Coventry LLC |

| # | Counterparty | Type | Effective Date | Assignee |
|---|---|---|---|---|
| 69 | Microcad Training & Consulting Inc | PO - 2021 AutoCAD & Vault Professional Annual Subscription | 9/14/2020 | Noramco Coventry LLC |
| 70 | National Grid | PO - Gas - 498 Washington St. - Production - Commercial Mfg Order ID: 3110039621 | 2/24/2020 | Noramco Coventry LLC |
| 71 | National Grid | PO - Gas - 498 Washington Street - Bldg 30 | 2/25/2020 | Noramco Coventry LLC |
| 72 | National Grid | PO - Gas - 500 Washington St., CMC - RTC | 2/24/2020 | Noramco Coventry LLC |
| 73 | National Grid | PO - Gas - 500 Washington St. - Upper Mill Boiler | 2/24/2020 | Noramco Coventry LLC |
| 74 | National Grid | PO - Electricity - 500 Washington St. Whse - B30 Electric Meter | 2/25/2020 | Noramco Coventry LLC |
| 75 | National Grid | PO - Electricity - N. St., Pole Off-3 - Parking /Lights Pole off 3 | 2/24/2020 | Noramco Coventry LLC |
| 76 | National Grid | PO - Gas - 500 Washington St., Emgen | 2/24/2020 | Noramco Coventry LLC |
| 77 | National Grid | PO - Electricity - 498 Washington St. - Production - Commercial Mfg Order ID: 3110013773 | 2/24/2020 | Noramco Coventry LLC |
| 78 | National Grid | PO - Electricity - 129 Quidnick - Clariant Main 23KV Feeder | 2/24/2020 | Noramco Coventry LLC |
| 79 | National Grid | PO - Electricity - 42 Quidnick Pole 11 | 2/24/2020 | Noramco Coventry LLC |
| 80 | New England Controls Inc | PO - Vibration Analysis 06/2020 - 05/2023 | 7/27/2020 | Noramco Coventry LLC |

| # | Counterparty | Type | Effective Date | Assignee |
|---|---|---|---|---|
| 81 | New England Controls, Inc. | SOW | 7/14/2020 | Noramco Coventry LLC |
| 82 | New England Pest Control Co. | PO - Pest Control Program 2020 - 2023 | 2/3/2020 | Noramco Coventry LLC |
| 83 | Occuhealth Inc. | SOW | 10/26/2020 | Noramco Coventry LLC |
| 84 | Occuhealth Inc. | SOW | 10/17/2019 | Noramco Coventry LLC |
| 85 | Occupational Health Connections | MSA | 7/29/2020 | Noramco Coventry LLC |
| 86 | Rice Lake Weighing Systems Inc | PO - Rice Lake Weighiing Systems 07_09_2020 | 7/15/2020 | Noramco Coventry LLC |
| 87 | Rudolph Research Analytical | SOW | 4/29/2020 | Noramco Coventry LLC |
| 88 | Sage Environmental Inc | PO - 2020 Continued Environmental consulting for barcode project | 5/22/2020 | Noramco Coventry LLC |
| 89 | SD Myers LLC | SOW | 11/1/2020 | Noramco Coventry LLC |
| 90 | Security Services of CT | SOW | 12/3/2019 | Noramco Coventry LLC |
| 91 | Siemens Industry Inc | PO - 1 Year Service Contract_Siemens HVAC / PM_2019-2020 | 11/18/2019 | Noramco Coventry LLC |
| 92 | Society Of Chemical Manufacturers | PO - SOCMA 2020 Membership Dues | 11/18/2019 | Noramco Coventry LLC |
| 93 | Sterling Infosystems Inc | PO - 2020 Background/Drug Screen- Rhodes Tech. | 11/20/2019 | Noramco Coventry LLC |
| 94 | Stonhard, Division of Stoncor Group Inc. | SOW | 7/14/2020 | Noramco Coventry LLC |
| 95 | Sullivan & McLaughlin | SOW | 2/14/2020 | Noramco Coventry LLC |
| 96 | Sullivan & McLaughlin | SOW | 2/14/2020 | Noramco Coventry LLC |
| 97 | Sullivan & Mclaughlin Companies Inc | PO - 2020 Weekly Fire Pump Testing and Monthly Fire Pump Battery Testing and Inspection | 2/24/2020 | Noramco Coventry LLC |

| # | Counterparty | Type | Effective Date | Assignee |
|---|---|---|---|---|
| 98 | Sullivan & Mclaughlin Companies Inc | PO - 2020 Fire Alarm Testing | 2/24/2020 | Noramco Coventry LLC |
| 99 | Sullivan & Mclaughlin Companies Inc | PO - 2020 - 2022 Plant Group & Spot Re-Lamping | 1/16/2020 | Noramco Coventry LLC |
| 100 | Sullivan Commercial Painting | MSA | 10/15/2019 | Noramco Coventry LLC |
| 101 | Tech Painting | MSA | 6/15/2021 | Noramco Coventry LLC |
| 102 | Tech Painting Co Inc | PO - 2020 Tech Painting Misc. Painting | 9/1/2020 | Noramco Coventry LLC |
| 103 | Thielsch Engineering Div. Rise Engineering | SOW | 7/1/2020 | Noramco Coventry LLC |
| 104 | Toomey Water Services Inc | PO - 2020 CW Water Meter and Back-flow Preventer Testing | 9/1/2020 | Noramco Coventry LLC |
| 105 | Us Bank National Association | PO - Copiers - Rhodes Tech – Lincoln, Gloucester | 9/8/2020 | Noramco Coventry LLC |
| 106 | Usherwood Business Equipment Inc | PO - Copiers - Rhodes Tech – S. Kingston, Foster, Bldg 30, Hope, Rockville, Woonsocket, N. Kingston | 3/31/2020 | Noramco Coventry LLC |
| 107 | Usherwood Business Equipment Inc | PO - Copy Charges RT/RP | 2/26/2020 | Noramco Coventry LLC |
| 108 | Veolia Environmental Services, LLC | SOW | 12/17/2019 | Noramco Coventry LLC |
| 109 | Veolia Environmental Services, LLC | SOW | 12/23/2019 | Noramco Coventry LLC |
| 110 | Veolia ES Technical Solutions | SOW | 3/21/2020 | Noramco Coventry LLC |
| 111 | Veolia Es Technical Solutions | PO - 2020 - 2022 Annual Periodic Lift Station Services | 6/1/2020 | Noramco Coventry LLC |
| 112 | Veolia Es Technical Solutions | PO - 2020 - 2022 Annual Periodic Lift Station Services | 6/1/2020 | Noramco Coventry LLC |

| # | Counterparty | Type | Effective Date | Assignee |
|---|---|---|---|---|
| 113 | Veolia ES Technical Solutions, LLC | SOW | 11/13/2020 | Noramco Coventry LLC |