UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**DECHERT LLP'S FIRST NOTICE OF INCREASE IN
HOURLY RATES FOR LITIGATION SERVICES**

On November 21, 2019, the Court approved the retention of Dechert LLP ("**Dechert**") as Special Counsel for the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 525] (the "**Retention Order**")[2]. In accordance with the Retention Order, Dechert hereby gives notice that, following negotiations with the Debtors it has been agreed that effective January 1, 2021, Dechert's hourly rates for the Dechert Litigation Services will increase and the applicable rates shall be as follows:

| Title | 2019/2020 Rates | 2021 Rates |
|---|---|---|
| Partners | $895-$1,425 | $1,050-$1,500 |
| Counsel/Associates | $565-$890 | $630-$975 |
| Staff Attorneys | $365 | $465 |
| Paraprofessionals | $200 | $300 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Application of Debtors for Authority to Retain and Employ Dechert LLP as Special Counsel to the Debtors* Nunc Pro Tunc *to the Petition Date* (the "**Retention Application**") [Docket No. 424].

17642310.2

These rates reflect a voluntary discount of 0 to 10% for senior partners, 5% to 12% for partners, 5% for counsel, and 5% to 7% for associates.  In addition to the rates listed above, Dechert gives further notice that Dechert will give the Debtors an additional voluntary discount based on aggregate amounts invoiced in the calendar year for Litigation Services in amounts of 15% up to $3 million, 18% from $3 million and to $6 million, and 20% above $6 million.

Dated: January 5, 2021

Respectfully submitted,

*/s/ Shmuel Vasser*
Shmuel Vasser
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599

*Special Counsel for Debtors and Debtors in Possession*