UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
In re:                                                         :      Chapter 11
                                                               :
PURDUE PHARMA L.P., *et al.*,                                  :      Case No. 19-23649 (RDD)
                                                               :
                           Debtors.[1]                         :      (Jointly Administered)
                                                               :
---------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Alison D. Gaske to be admitted, *pro hac vice*, to represent the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "AHC") in the above-captioned bankruptcy proceedings, and upon the movant's certification that the movant is a member in good standing of the bar of the District of Columbia, it is hereby

ORDERED, that Alison D. Gaske, Esq., is admitted to practice *pro hac vice* in the above-captioned bankruptcy proceedings to represent the AHC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated:  January ____, 2021
      _____, New York

                                                   /s/_____
                                               HON. ROBERT D. DRAIN
                                               UNITED STATES BANKRUPTCY JUDGE