ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**FIFTEENTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | November 1, 2020 through November 30, 2020 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $182,768.26[2] |
| Less 20% Holdback | $36,553.65 |
| Total Reimbursement Requested | $0.00 |
| Total Compensation and Reimbursement Requested in this Statement | $146,214.61 |

**This is a(n):**    X Monthly Application    __ Interim Application    __ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from November 1, 2020 Through November 30, 2020* (this "**Fee Statement**").[3]   By this Fee Statement, A&P seeks (i) compensation in the

---

[2]   This amount reflects a reduction in fees in the amount of $32,253.24 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from November 1, 2020, through and including November 30, 2020, is referred to herein as the "**Fee Period**.".

amount of $146,214.61 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $182,768.26) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.       Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $182,768.26 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $146,214.61.

2.       Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $773.08.[4]  The blended hourly billing rate of all paraprofessionals is $335.75.[5]

3.       A&P did not incur or disburse any expenses during the Fee Period.

---

[4]     This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.  The Litigation Manager position is a paraprofessional position at Arnold & Porter. However, for the purposes of calculating the blended hourly billing rate of attorneys, the Litigation Manager totals are included, as the Litigation Manager role is held by an attorney.

[5]     This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

4.      Attached hereto as **<u>Exhibit C</u>** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

<u>**Notice**</u>

5.      A&P will provide notice of this Fee Statement in accordance with the Interim Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $146,214.61, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $182,768.26) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

January 7, 2021                                    Respectfully submitted,

                                    By:   _/s/_ Rory Greiss
                                    **ARNOLD & PORTER KAYE SCHOLER LLP**
                                    Rory Greiss
                                    250 West 55th Street
                                    New York, New York 10019
                                    rory.greiss@arnoldporter.com

                                    **-AND-**

                                    Rosa J. Evergreen
                                    601 Massachusetts Ave, NW
                                    Washington, DC 2001-3743
                                    rosa.evergreen@arnoldporter.com

                                    ***Special Counsel to the Debtors***

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 12.40 | $8,224.60 |
| Project Hawk | 1.10 | $1,103.30 |
| Project Spiny Monster | 1.30 | $1,303.90 |
| Project Catalyst | 88.70 | $70,159.42 |
| Oncology Development Agreement | 27.90 | $21,968.25 |
| Retention and Fee Applications | 23.80 | $11,909.77 |
| Project Pluto | 24.30 | $18,476.87 |
| Project Kelp III | 65.40 | $49,622.15 |
| **Total**[6] | **244.90** | **$182,768.26** |

---

[6]  This amount reflects a reduction in fees in the amount of $32,253.24 on account of voluntary discounts as described in the Retention Application.

**Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 950.00 | 3.50 | $3,325.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,350.00 | 17.00 | $22,950.00 |
| Greiss, Rory | Partner | 1981 | 1,180.00 | 47.90 | $56,522.00 |
| Pippins, Raqiyyah | Partner | 2006 | 870.00 | 3.00 | $2,610.00 |
| Schmidt, John | Partner | 1994 | 1,075.00 | 0.10 | $107.50 |
| Ewart, Jason | Counsel | 2003 | 950.00 | 5.50 | $5,225.00 |
| Moskatel, Ira | Counsel | 1975 | 1,020.00 | 13.50 | $13,770.00 |
| Rothman, Eric | Counsel | 2008 | 905.00 | 28.70 | $25,973.50 |
| Boyce, Monique | Associate | 2016 | 760.00 | 48.50 | $36,860.00 |
| Clements, Ginger | Associate | 2016 | 700.00 | 2.50 | $1,750.00 |
| Eaton, Claire | Associate | 2020 | 500.00 | 7.90 | $3,950.00 |
| Einstein, Brandon | Associate | 2017 | 630.00 | 2.20 | $1,386.00 |
| Zausner, Ethan | Associate | 2017 | 700.00 | 49.10 | $34,370.00 |
| Boccanfuso, Anthony | Litigation Manager | 1989 | 595.00 | 0.50 | $297.50 |
| Reddix, Darrell | Legal Assistant | | 395.00 | 15.00 | $5,925.00 |
| **Total** | | | | **244.90** | **$215,021.50** |
| Less 15% Discount | | | | | ($32,253.24) |
| **Discounted Total** | | | | | **$182,768.26** |
| Less 20% Holdback | | | | | ($36,553.65) |
| **Total Amount Requested Herein** | | | | | **$146,214.61** |

**Exhibit C**

**Detailed Time Records and Expenses**

# Arnold&Porter

Purdue Pharma L.P.                                                January 6, 2021
Attn: Maria Barton                                        Invoice # 30121552
General Counsel                                              EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00117

Commercial Contracts Advice

20170001233


| For Legal Services Rendered through November 30, 2020 | $ | 9,676.00 |
|---|---|---|
| Discount: | | -1,451.40 |
| Fee Total | | 8,224.60 |
| Total Amount Due | $ | 8,224.60 |

Wire Transfer Instructions:

| | | |
|---|---|---|
| | Account Name: | Arnold & Porter Kaye Scholer LLP |
| | Bank Info: | Wells Fargo Bank NA |
| | | 420 Montgomery Street |
| | | San Francisco, CA  94104 |
| | Account Number: | 4127865475 |
| | ABA Number: | 121000248 |
| | Swift Code: | WFBIUS6S |
| Or Remit To: | | Arnold & Porter Kaye Scholer LLP |
| | | P.O. Box 759451 |
| | | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 6, 2021                                                                        Invoice # 30121552

## (1049218.00117)
**Commercial Contracts Advice**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 11/04/20 | 1.20 | Review, analyze Merger Agreement to opine on option structure. |
| Ethan Zausner | 11/10/20 | 1.50 | Teleconference with E. Rothman to discuss draft supply agreement (.1); review, analyze same (1.4). |
| Rory Greiss | 11/16/20 | 0.50 | Correspondence with K. McCarthy and E. Rothman re: review of Quality Agreement. |
| Ethan Zausner | 11/18/20 | 1.70 | Teleconferece with Purdue team re: markup of quality agreement (1.2); review, analyze same (.5). |
| Ethan Zausner | 11/20/20 | 3.50 | Review, revise draft of supply agreement. |
| Ethan Zausner | 11/23/20 | 0.30 | Correspondence with R. Pippins re: quality agreement. |
| Raqiyyah Pippins | 11/23/20 | 1.10 | Review, analyze quality agreement mark-up (.8); correspondence with E. Zausner re: same (.3). |
| Ethan Zausner | 11/30/20 | 0.70 | Review, analyze Quality Agreement (.5); correspondence with R. Pippinsr re: same (.2). |
| Raqiyyah Pippins | 11/30/20 | 1.90 | Review, revise quality agreement (1.7); correspondence with E. Zausner re: same (.2). |

**Total Hours**                                    **12.40**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 0.50 | 1,180.00 | 590.00 |
| Raqiyyah Pippins | 3.00 | 870.00 | 2,610.00 |
| Eric Rothman | 1.20 | 905.00 | 1,086.00 |
| Ethan Zausner | 7.70 | 700.00 | 5,390.00 |
| **TOTAL** | **12.40** | | **9,676.00** |

**Total Current Amount Due**                                                $8,224.60

Page 1

# Arnold&Porter

Purdue Pharma L.P.                                                January 6, 2021
Attn: Maria Barton                                       Invoice # 30121553
General Counsel                                             EIN 53-0208605
One Stamford Forum
Dept. VN:  1008442
Stamford, CT  06901-3431


Client/Matter # 1049218.00128

Project Hawk

20200002836


| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2020** | $ | 1,298.00 |
| Discount: | | <u>-194.70</u> |
| **Fee Total** | | 1,103.30 |
| **Total Amount Due** | $ | <u>**1,103.30**</u> |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**                          Arnold & Porter Kaye Scholer LLP
                                            P.O. Box 759451
                                            Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  <u>Invoice@arnoldporter.com</u>

January 6, 2021                                                                        Invoice # 30121553

**(1049218.00128)**
Project Hawk

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/02/20 | 1.10 | Review, revise agreement in accordance with R. Inz comments (.8); correspondence with R. Inz re: same (.3). |

**Total Hours**                        **1.10**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 1.10 | 1,180.00 | 1,298.00 |
| **TOTAL** | **1.10** | | **1,298.00** |

**Total Current Amount Due**                                        $1,103.30

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Edward G. Angelini**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

January 6, 2021
Invoice # 30121554
EIN 53-0208605

**Client/Matter # 1049218.00129**

Project Spiny Monster

20180001843

| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2020** | $ | 1,534.00 |
| Discount: | | -230.10 |
| **Fee Total** | | 1,303.90 |
| **Total Amount Due** | $ | 1,303.90 |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:    Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 6, 2021

Invoice # 30121554

**(1049218.00129)**
**Project Spiny Monster**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/04/20 | 1.30 | Review correspondence from K. McCarthy re: option mechanics (.4); review Merger and Option Agreement provisions in preparation for call with K. McCarthy (.9). |
| **Total Hours** | | **1.30** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 1.30 | 1,180.00 | 1,534.00 |
| **TOTAL** | **1.30** | | **1,534.00** |

**Total Current Amount Due**                                              $1,303.90

# Arnold&Porter

Purdue Pharma L.P.
Philip Strassburger, Esq.
One Stamford Forum
Stamford, CT  06901-3431

January 6, 2021
Invoice # 30121555
EIN 53-0208605

Client/Matter # 1049218.00132

Project Catalyst

20200002830

| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2020** | $ | 82,540.50 |
| Discount: | | -12,381.08 |
| **Fee Total** | | 70,159.42 |
| **Total Amount Due** | $ | 70,159.42 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 759451
                          Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

January 6, 2021                                                                    Invoice # 30121555

**(1049218.00132)**
Project Catalyst

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Deborah L. Feinstein | 11/01/20 | 0.30 | Review, revise talking points outline. |
| Deborah L. Feinstein | 11/02/20 | 1.70 | Review, revise talking points. |
| Monique Boyce | 11/02/20 | 3.20 | Review, revise attorney work product regarding inquiry into transaction (2.8); correspond with Purdue and A&P team regarding responses (.4). |
| Deborah L. Feinstein | 11/03/20 | 0.50 | Correspond with A&P team re: requests. |
| Monique Boyce | 11/03/20 | 0.40 | Review, revise talking points outline (.2); correspond with A&P team regarding talking points (.2). |
| Deborah L. Feinstein | 11/04/20 | 5.00 | Teleconference with M. Boyce and Purdue team re: response to inquiry (.7); review, revise response strategy outline (4.3). |
| Monique Boyce | 11/04/20 | 8.70 | Teleconference with D. Feinstein and Purdue team re: response to inquiry (.7); correspond with Purdue team re: same (.3); review, revise talking points (7.2); correspond with A&P team regarding response strategy (.5). |
| Deborah L. Feinstein | 11/05/20 | 1.80 | Teleconference with M. Boyce and Purdue team re: response to inquiry (.7); review, revise response strategy outline (4.3). |
| Monique Boyce | 11/05/20 | 7.30 | Review, revise talking points outline (3.5); teleconference with D. Feinstein and inquiring party to discuss inquiry (.5); review, revise response to inquiry (3.0); correspond with Rhodes Team, Pharma business group, and A&P team regarding data for use in response (.3). |
| Deborah L. Feinstein | 11/06/20 | 0.80 | Correspond with A&P and Purdue teams re: request. |
| Monique Boyce | 11/06/20 | 2.30 | Review, revise inquiry response document (2); correspond with co-counsel, Rhodes Technologies, and A&P teams regarding draft (.3). |
| Deborah L. Feinstein | 11/07/20 | 0.10 | Review comments on inquiry letter. |

Page 1

January 6, 2021                                                                                          Invoice # 30121555

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Deborah L. Feinstein | 11/10/20 | 0.20 | Review, draft inquiry response letter. |
| Monique Boyce | 11/10/20 | 3.50 | Correspond with Rhodes Technologies re: comments on inquiry response (.8); revise inquiry response (2.7). |
| John Schmidt | 11/11/20 | 0.10 | Review correspondence from Kirkland re: CMA response. |
| Deborah L. Feinstein | 11/11/20 | 1.40 | Review, draft inquiry response letter. |
| Monique Boyce | 11/11/20 | 0.50 | Review, analyze response to inquiry (.3); correspondence with client and outside counsel re: same (.2). |
| Deborah L. Feinstein | 11/12/20 | 0.80 | Teleconference with Purdue team re: integration planning. |
| Deborah L. Feinstein | 11/18/20 | 0.40 | Teleconference with inquiring party re: info request (.3); correspond with A&P team re: same (.1). |
| Deborah L. Feinstein | 11/19/20 | 0.20 | Correspond with Purdue team re: DEA issues. |
| Monique Boyce | 11/19/20 | 0.20 | Review documents for clean room determination. |
| Deborah L. Feinstein | 11/20/20 | 1.50 | Teleconference with A&P and Kirkland teams to discuss additional inquiry requests (.5); review, revise response to inquiry (1.0). |
| Monique Boyce | 11/20/20 | 0.80 | Teleconference with A&P and Kirkland teams to discuss additional inquiry requests (.5); review, analyze additional data from client in response to inquiry (.3). |
| Deborah L. Feinstein | 11/23/20 | 0.30 | Teleconference with A&P and Kirkland teams to discuss additional inquiry requests (.3). |
| Monique Boyce | 11/23/20 | 2.50 | Review, analyze documents for materials responsive to document requests (2.2); teleconference with A&P and Kirkland teams to discuss additional requests (.3). |
| Rory Greiss | 11/24/20 | 0.70 | Review, revise transition services project (.6); correspondence with Purdue team and A&P team re: staffing (.1). |
| Rory Greiss | 11/25/20 | 1.20 | Correspondence with I. Moskatel and B. Einstein re: transition services project (.3); videoconference with B. Einstein, I. Moskatel and E. Rothman re: background of transaction (.5); correspondence with A&P team re: activities in the coming week (.4). |

January 6, 2021                                                                    Invoice # 30121555

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Deborah L. Feinstein | 11/25/20 | 0.40 | Teleconference with Jim Doyle, Roxana Aleali and Karen McCarthy re: submissions. |
| Ira D. Moskatel | 11/25/20 | 5.00 | Review, analyze transition services agreement (1.8); videoconference with B. Einstein, R. Griess and E. Rothman re: background of transaction (.5); review, analyze materials re: software licenses and service agreements (2.7). |
| Brandon R. Einstein | 11/25/20 | 1.20 | Conference call with R. Greiss, E. Rothman and I. Moskatel regarding Noramco IT Transition Services Agreement (.5); review implicated agreements requiring consent in regards to the same (.5). |
| Monique Boyce | 11/25/20 | 9.30 | Teleconference with Rhodes Technologies to discuss data production and document collection (1.1); review, analyze documents for 4(c)/4(d) compliance (8.2). |
| Ira D. Moskatel | 11/26/20 | 4.00 | Review, analyze license and service agreements associated with sale of Coventry plant and transition services agreement. |
| Ira D. Moskatel | 11/27/20 | 4.00 | Review, analyze agreements (3.1); correspond with B. Einstein re: same (.9). |
| Brandon R. Einstein | 11/27/20 | 0.30 | Review agreements potentially implicated by the Noramco IT Transition Services Agreement and related transfer of licenses. |
| Monique Boyce | 11/27/20 | 9.80 | Review, analyze documents for 4(c)/4(d) compliance. |
| Deborah L. Feinstein | 11/28/20 | 1.30 | Review, analyze documents for 4(c) compliance. |
| Brandon R. Einstein | 11/29/20 | 0.70 | Review license agreements related to IT Transition Services agreement with Noramco. |
| Deborah L. Feinstein | 11/30/20 | 0.30 | Teleconference with D. Feinstein re: review of 4c materials. (.3). |
| Ira D. Moskatel | 11/30/20 | 0.50 | Review spreadsheet of consent vendors. |
| Jason C. Ewart | 11/30/20 | 5.50 | Review, analyze HSR Item 4 documents (5.2); teleconference with D. Feinstein re: same (.3). |

**Total Hours**                          **88.70**

January 6, 2021                                                                 Invoice # 30121555

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|------:|-----:|------:|
| Deborah L. Feinstein | 17.00 | 1,350.00 | 22,950.00 |
| Rory Greiss | 1.90 | 1,180.00 | 2,242.00 |
| John Schmidt | 0.10 | 1,075.00 | 107.50 |
| Jason C. Ewart | 5.50 | 950.00 | 5,225.00 |
| Ira D. Moskatel | 13.50 | 1,020.00 | 13,770.00 |
| Monique Boyce | 48.50 | 760.00 | 36,860.00 |
| Brandon R. Einstein | 2.20 | 630.00 | 1,386.00 |
| **TOTAL** | **88.70** | | **82,540.50** |

**Total Current Amount Due**                                             $70,159.42

# Arnold&Porter

Purdue Pharma L.P.                                                January 6, 2021
Attn: Roxana Aleali                                        Invoice # 30121556
Associate General Counsel                                    EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431


Client/Matter # 1049218.00143

Oncology Development Agreement

20190002456


| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2020** | $ | 25,845.00 |
| Discount: | | -3,876.75 |
| **Fee Total** | | 21,968.25 |
| **Total Amount Due** | $ | 21,968.25 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                         Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 759451
                                     Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 6, 2021                                                                    Invoice # 30121556

**(1049218.00143)**
**Oncology Development Agreement**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/05/20 | 1.20 | Review correspondence re: services agreement (.2); videoconference with K. McCarthy, R. Aleali and E. Rothman re: same (.5); review, draft services agreement (.5). |
| Eric Rothman | 11/05/20 | 2.10 | Review, analyze Oncology Services Agreement (1.6); videoconference with K. McCarthy, R. Aleali and R. Griess re: same (.5). |
| Rory Greiss | 11/06/20 | 1.30 | Review, analyze draft R&D agreement re: Tino. |
| Rory Greiss | 11/09/20 | 2.20 | Teleconference with E. Rothman to prepare for videoconference with R. Aleali, K. McCarthy and E. Rothman re: draft R&D agreement (.5); videoconference with R. Aleali, K. McCarthy and E. Rothman to review agreement (.7); prepare issues list for team use on Tuesday call with other side (1.0). |
| Eric Rothman | 11/09/20 | 1.90 | Review, analyze Oncology Services Agreement (.7); teleconference with R. Greiss to prepare for videoconference with R. Aleali, K. McCarthy re: draft R&D agreement (.5); videoconference with R. Aleali, K. McCarthy and R. Greiss to review agreement (.7). |
| Rory Greiss | 11/13/20 | 2.80 | Review draft IP agreement prepared by opposing side (2.5); correspondence regarding services agreement next steps with E. Rothman, R. Aleali and K. McCarthy (.3). |
| Eric Rothman | 11/13/20 | 1.10 | Review Oncology Services Agreement. |
| Rory Greiss | 11/17/20 | 1.20 | Correspondence with E. Rothman to discuss issues to be addressed in mark-up of draft agreement (.7); correspondence with R. Aleali and K. McCarthy re: same (.5). |
| Eric Rothman | 11/17/20 | 1.10 | Review, analyze Oncology Services Agreement (.6); correspondence with R. Greiss re: same (.5). |
| Rory Greiss | 11/18/20 | 1.20 | Review correspondence from R. Aleali and K. McCarthy re: ongoing discussions with other side re: issues on draft agreements and matters to be reflected in our mark-up (.5); correspondence with E. Rothman and C. Eaton re: same (.7). |
| Claire Eaton | 11/18/20 | 0.20 | Correspondence with E. Rothman, R. Greiss to discuss revisions to oncology development agreement. |
| Claire Eaton | 11/19/20 | 5.50 | Review, revise services agreement. |

January 6, 2021                                                                                    Invoice # 30121556

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/20/20 | 2.50 | Review, revise agreement in accordance with C. Eaton's mark-up (2.1); correspondence with E. Eaton and E. Rothman re: revised agreement (.4). |
| Claire Eaton | 11/20/20 | 1.40 | Review, revise services agreement (1.2); correspondence with R. Greiss and E. Rothman re: same (.2). |
| Rory Greiss | 11/24/20 | 0.60 | Review correspondence from R. Aleali re: revisions to be made to Services Agreement draft (.3); correspondence with C. Eaton re: same (.3). |
| Claire Eaton | 11/24/20 | 0.10 | Correspondence with R. Greiss regarding client comments to the services agreement. |
| Rory Greiss | 11/25/20 | 0.80 | Correspondence with R. Aleali regarding comments to agreement to be incorporated (.3); correspondence with C. Eaton re: same (.1); review edits to agreement (.4). |
| Claire Eaton | 11/25/20 | 0.70 | Revise services agreement based on comments from client and comments Davis Polk (.5); correspondence with E. Rothman and R. Greiss re: same (.1); send services agreement to client for review (.1). |

**Total Hours**                            **27.90**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 13.80 | 1,180.00 | 16,284.00 |
| Eric Rothman | 6.20 | 905.00 | 5,611.00 |
| Claire Eaton | 7.90 | 500.00 | 3,950.00 |
| **TOTAL** | **27.90** | | **25,845.00** |

**Total Current Amount Due**                                                        **$21,968.25**

Page 2

# Arnold&Porter

Purdue Pharma L.P.                                        January 6, 2021
Attn: Philip Strassburger                          Invoice # 30121557
Vice President and General Counsel                  EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431


Client/Matter # 1049218.00148

Retention and Fee Applications

20190002705


| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2020** | $ | 14,011.50 |
| Discount: | | <u>-2,101.73</u> |
| **Fee Total** | | **11,909.77** |
| **Total Amount Due** | $ | <u>11,909.77</u> |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                        Arnold & Porter Kaye Scholer LLP
                                    P.O. Box 759451
                                    Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 6, 2021                                                          Invoice # 30121557

**(1049218.00148)**
Retention and Fee Applications

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rosa J. Evergreen | 11/02/20 | 0.20 | Correspond with A&P team re: September fee statement. |
| Darrell B. Reddix | 11/02/20 | 2.20 | Prepare Thirteenth monthly fee statement including exhibits. |
| Rory Greiss | 11/03/20 | 0.50 | Review, analyze September Monthly Fee Statement. |
| Rosa J. Evergreen | 11/03/20 | 0.30 | Correspond with A&P team re: September fee statement. |
| Darrell B. Reddix | 11/03/20 | 1.80 | Prepare Thirteenth monthly fee statement including exhibits (1.3); prepare same for filing (.4); serve same (.1). |
| Darrell B. Reddix | 11/05/20 | 1.00 | Prepare Third Interim Fee Application including exhibits. |
| Darrell B. Reddix | 11/06/20 | 3.90 | Prepare Third Interim Fee Application including exhibits. |
| Rory Greiss | 11/09/20 | 1.10 | Review draft of Third Interim Fee Application (.5); call with A&P team to review fee application (.6). |
| Rosa J. Evergreen | 11/09/20 | 1.30 | Review, analyze fee application (.5); call with A&P team re: same (.6); correspondecne with D. Reddix re: same (.2). |
| Darrell B. Reddix | 11/09/20 | 1.70 | Teleconference with A&P team re: Third Interim Fee Application (.6); review, revise same (.7); prepare Fourteenth monthly report including exhibits (.4). |
| Ginger Clements | 11/10/20 | 0.10 | Correspond with A&P team re interim fee application. |
| Ginger Clements | 11/11/20 | 1.40 | Revise interim fee application (1.2); telephone conference with D. Reddix re same (.2). |
| Rosa J. Evergreen | 11/11/20 | 0.50 | Correspond with A&P team re: interim fee application. |
| Darrell B. Reddix | 11/11/20 | 0.50 | Teleconference with G. Clements re Third Interim Fee Application (.2), review, revise the same (.3). |
| Rory Greiss | 11/12/20 | 0.40 | Review revised Interim Fee Application . |
| Ginger Clements | 11/12/20 | 0.90 | Review, revise interim fee application. |
| Rosa J. Evergreen | 11/12/20 | 0.70 | Review, revise fee application (.4); communicate with R. Greiss, D. Reddix and G. Clements on same (.3). |
| Darrell B. Reddix | 11/12/20 | 1.00 | Prepare Third Interim Fee Application including exhibits. |
| Rory Greiss | 11/13/20 | 0.30 | Correspondence with D. Reddix re: filing of Third Interim Fee Application. |
| Ginger Clements | 11/13/20 | 0.10 | Review correspondence with A&P team re filing interim fee application. |
| Rosa J. Evergreen | 11/13/20 | 0.30 | Correspond with A&P team re: finalizing and filing fee application. |
| Darrell B. Reddix | 11/13/20 | 1.40 | Prepare Third Interim Fee Application including exhibits (.7); file same including service (.7) |
| Anthony D. Boccanfuso | 11/13/20 | 0.50 | Correspond with A&P team regarding filing fee application. |

January 6, 2021                                                                 Invoice # 30121557

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rosa J. Evergreen | 11/18/20 | 0.20 | Communicate with D. Reddix re fee statement. |
| Darrell B. Reddix | 11/20/20 | 0.70 | Prepare Fourteenth Monthly report including exhibits. |
| Darrell B. Reddix | 11/23/20 | 0.80 | Prepare Fourteenth Monthly report including exhibits. |
| **Total Hours** | | **23.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 3.50 | 950.00 | 3,325.00 |
| Rory Greiss | 2.30 | 1,180.00 | 2,714.00 |
| Ginger Clements | 2.50 | 700.00 | 1,750.00 |
| Anthony D. Boccanfuso | 0.50 | 595.00 | 297.50 |
| Darrell B. Reddix | 15.00 | 395.00 | 5,925.00 |
| **TOTAL** | **23.80** | | **14,011.50** |

**Total Current Amount Due**                                                   $11,909.77

# Arnold&Porter

Purdue Pharma L.P.                                            January 6, 2021
Attn: Phillip C. Strassburger                             Invoice # 30121558
Vice President & General Counsel                         EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00149

Project Pluto

20200002767


| | | |
|---|---|---|
| **For Legal Services Rendered through November 30, 2020** | $ | 21,737.50 |
| Discount: | | -3,260.63 |
| **Fee Total** | | **18,476.87** |
| **Total Amount Due** | $ | **18,476.87** |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                          Arnold & Porter Kaye Scholer LLP
                                           P.O. Box 759451
                                           Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 6, 2021                                                                                     Invoice # 30121558

**(1049218.00149)**
Project Pluto

**Legal Services:**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Ethan Zausner | 11/14/20 | 0.50 | Review, analyze updated Board of Directors presentation for potential updates to draft agreement. |
| Rory Greiss | 11/16/20 | 2.50 | Review correspondence from J. Doyle re: option and license agreement modifications (.3); correspondence with J. Doyle, E. Rothman and E. Zausner re: same and re: scheduling call to discuss (.3); review existing agreement (.5); videoconference with J. Doyle, E. Rothman and E. Zausner to discuss changes to be made (.9); correspondence with E. Rothman and E. Zausner re: next steps (.5). |
| Eric Rothman | 11/16/20 | 1.80 | Teleconference with J. Doyle, R. Greiss and E. Zausner to discuss changes to Pluto Agreement (.9); review, revise same (.9). |
| Ethan Zausner | 11/16/20 | 4.60 | Teleconference with J. Doyle, R. Greiss and E. Rothman to discuss changes to Pluto Agreement (.9); correspondence with A&P team to discuss next steps (.5); review, revise updated draft of option and license agreement (3.2). |
| Rory Greiss | 11/17/20 | 2.50 | Review, analyze E. Zausner's revised draft of agreement (1.8); videoconference with E. Rothman and E. Zausner to discuss revisions (.7). |
| Eric Rothman | 11/17/20 | 1.60 | Review, revise Pluto Agreement. |
| Ethan Zausner | 11/17/20 | 2.50 | Review, revise license and option agreement (2.0); correspondence with E. Rothman and R. Greiss re: comments (.5). |
| Ethan Zausner | 11/18/20 | 2.50 | Review, revise draft of license and option agreement. |
| Rory Greiss | 11/19/20 | 2.50 | Review, analyze agreement revisions prepared by E. Zausner and E. Rothman (1.6); review, revise agreement (.6); correspondence with E. Zausner and E. Rothman re: revisions (.3). |
| Eric Rothman | 11/19/20 | 2.10 | Review, revise Pluto License. |
| Ethan Zausner | 11/19/20 | 1.20 | Review, revise draft of license and option agreement. |

**Total Hours**              **24.30**

January 6, 2021                                                                Invoice # 30121558

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 7.50 | 1,180.00 | 8,850.00 |
| Eric Rothman | 5.50 | 905.00 | 4,977.50 |
| Ethan Zausner | 11.30 | 700.00 | 7,910.00 |
| **TOTAL** | **24.30** | | **21,737.50** |

**Total Current Amount Due**                                               **$18,476.87**

# Arnold&Porter

Purdue Pharma L.P.                                           January 6, 2021
Attn: Roxana Aleali                                   Invoice # 30121559
Associate General Counsel                              EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00151

Project Kelp III

20200002984


| | | |
|---|---|---|
| For Legal Services Rendered through November 30, 2020 | $ | 58,379.00 |
| Discount: | | -8,756.85 |
| Fee Total | | 49,622.15 |
| Total Amount Due | $ | 49,622.15 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                Arnold & Porter Kaye Scholer LLP
                            P.O. Box 759451
                            Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 6, 2021                                                                    Invoice # 30121559

**(1049218.00151)**
Project Kelp III

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 11/10/20 | 1.30 | Review, analyze draft agreements sent by Kelp (.8); correspondence with Purdue team re: schedule for review and comment (.5). |
| Eric Rothman | 11/10/20 | 1.60 | Review, analyze Project Kelp III Development Agreement and License Agreement to comment. |
| Rory Greiss | 11/11/20 | 1.80 | Review, revise draft Option Agreement. |
| Eric Rothman | 11/11/20 | 1.70 | Review, analyze Project Kelp III Development Agreement and License Agreement to comment. |
| Ethan Zausner | 11/11/20 | 3.30 | Review, analyze draft Development Agreement and License Agreement. |
| Rory Greiss | 11/12/20 | 5.20 | Review, analyze draft License Agreement (1.7); videoconference with E. Rothman and E. Zausner to discuss comments on draft Option Agreement and License Agreement (1.1); review, revise same (1.8); review bullet point high level issues list drafted by E. Zausner (.4); correspond with E. Zausner to provide comments on same (.2). |
| Eric Rothman | 11/12/20 | 3.10 | Teleconference with R. Greiss and E. Zausner to discuss Development and License Agreements (1.1); review, analyze same to provide comments (2.1). |
| Ethan Zausner | 11/12/20 | 3.30 | Teleconference with R. Greiss and E. Zausner to discuss Development and License Agreements (1.1); review, revise same based on comments (2.3). |
| Rory Greiss | 11/13/20 | 0.80 | Review, analyze high level comments on draft agreement including discussion with E. Rothman and E. Zausner (.4); review, revise final list of issues/comments and cover note (.4). |
| Eric Rothman | 11/13/20 | 1.30 | Review, analyze Project Kelp III Development Agreement and License Agreement to comment. |
| Ethan Zausner | 11/13/20 | 0.70 | Review, analyze issue bullets related materials. |
| Rory Greiss | 11/17/20 | 1.20 | Review materials in preparation for videoconference (.5); conference call with K. McCarthy, D. Saussy, B. Miller, E. Rothman and E. Zausner re: structure and other issues (.7). |

Page 1

January 6, 2021                                                                                    Invoice # 30121559

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 11/17/20 | 1.90 | Teleconference with K. McCarthy, D. Saussy, B. Miller, E. Zausner and R. Greiss re: draft agreement (.7); review, revise same (1.2). |
| Ethan Zausner | 11/17/20 | 0.70 | Teleconference with K. McCarthy, D. Saussy, B. Miller, E. Rothman and R. Greiss re: draft agreement (.7). |
| Rory Greiss | 11/18/20 | 1.10 | |
| Ethan Zausner | 11/18/20 | 1.50 | Review, revise draft of issues list (.7); review, analyze comments to agreements (.8). |
| Rory Greiss | 11/19/20 | 0.90 | Review revised issues list and comment (.6); correspondence with E. Rothman and E. Zausner re: same (.3). |
| Eric Rothman | 11/19/20 | 1.20 | Review, revise Issues List for Project Kelp III Development Agreement and License Agreement. |
| Ethan Zausner | 11/19/20 | 0.50 | Review, analyze issue bullets and related correspondence. |
| Rory Greiss | 11/20/20 | 0.30 | Review, analyze Merger Agreement to opine on option structure. |
| Rory Greiss | 11/24/20 | 2.70 | Videoconference with Purdue and Kelp to discuss issues list and next steps (1.3); teleconference with E. Zausner and E. Rothman re: same (.6); teleconference with Purdue to go over open issues and drafting approach (.8). |
| Eric Rothman | 11/24/20 | 2.70 | Teleconference with Purdue and Kelp to discuss license agreement (1.3); teleconference with E. Zausner and R. Greiss re: drafting (.6); teleconference with client to discuss action plan on revised draft/open issues (.8). |
| Ethan Zausner | 11/24/20 | 3.50 | Teleconference with Purdue and Kelp to discuss license agreement (1.3); teleconference with E. Rothman and R. Greiss re: drafting (.6); teleconference with client to discuss action plan on revised draft/open issues (.8); review, revise license and development agreement (.8). |
| Ethan Zausner | 11/25/20 | 3.30 | Draft License and Development Agreement. |
| Ethan Zausner | 11/27/20 | 3.80 | Continue to draft License and Development Agreement. |
| Ethan Zausner | 11/28/20 | 3.80 | Review, draft License and Development Agreement. |
| Ethan Zausner | 11/29/20 | 4.20 | Further draft License and Development Agreement. |
| Rory Greiss | 11/30/20 | 4.20 | Review, revise draft of license and development agreement prepared by E. Zausner (3.8); correspondence with E. Zausner and E. Rothman re: review of combined comments (.4). |
| Eric Rothman | 11/30/20 | 2.30 | Review, revise Kelp III License Agreement. |
| Ethan Zausner | 11/30/20 | 1.50 | Review, revise License and Development Agreement. |

**Total Hours**                        **65.40**

January 6, 2021                                                                Invoice # 30121559

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 19.50 | 1,180.00 | 23,010.00 |
| Eric Rothman | 15.80 | 905.00 | 14,299.00 |
| Ethan Zausner | 30.10 | 700.00 | 21,070.00 |
| **TOTAL** | **65.40** | | **58,379.00** |

**Total Current Amount Due**                                                 **$49,622.15**