BEDELL CRISTIN JERSEY PARTNERSHIP
Edward Drummond
26 New Street
Saint Helier, Jersey JE2 3RA
Tel: +44 (0)1534 814814
edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured*
*Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*, | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**SIXTH MONTHLY FEE STATEMENT OF BEDELL CRISTIN JERSEY**
**PARTNERSHIP FOR PROFESSIONAL SERVICES RENDERED AND**
**DISBURSEMENTS INCURRED AS SPECIAL FOREIGN COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR**
**THE PERIOD OF OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Bedell Cristin Jersey Partnership |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | June 29, 2020, *nunc pro tunc* to February, 27 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | October 1, 2020 through 31 October  2020 |
| Fees Incurred: | $25,462.00 |
| 20% Holdback: | $5,092.40 |
| Total Compensation Less 20% Holdback: | $20,369.60 |
| Monthly Expenses Incurred: | $14,300.00 |
| Total Fees and Expenses Requested: | **$34,669.60** |

This is a __x__ monthly ____interim ____final application


Bedell Cristin Jersey Partnership ("Bedell Cristin"), special foreign counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Sixth Monthly Fee Statement") covering the period from October 1, 2020 through and including October 31, 2020 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023].

By this Sixth Monthly Fee Statement, Bedell Cristin requests (a) interim allowance and payment of compensation in the amount of $20,369.60 (80% of $25,462.00) for fees on account of reasonable and necessary professional services rendered to the Committee by Bedell Cristin and (b) reimbursement of actual and necessary costs and expenses in the amount of $14,300.00[2] incurred by Bedell Cristin during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each Bedell Cristin professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Bedell, Cristin for services rendered to the Committee are the same rates that Bedell Cristin charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bedell Cristin professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Bedell Cristin professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

---

[2] Expense reports or invoices for such amounts are included within Exhibit E.

3

**EXPENSES INCURRED**
**DURING THE COMPENSATION PERIOD**

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Committee during the Compensation Period.

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Sixth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Sixth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on January 25, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If no objections to this Sixth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees identified herein.

If an objection to this Sixth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Sixth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: St Helier, Jersey                                  Bedell Cristin Jersey Partnership
January 11, 2021

By:  */s/  Edward Drummond*
        26 New Street, St Helier, Jersey, JE2 3RA
        Telephone:  +44 (0) 1534 814621
        Edward.drummond@bedellcristin.com

        *Special Foreign Counsel to the Official
        Committee of Unsecured Creditors Purdue
        Pharma L.P.,* et al.

## Exhibit A

### Timekeeper Summary

| Partners | Department | Rate | Hours | Amount ($) |
|---|---|---|---|---|
| Advocate E. Drummond | Litigation | $750.00 | 11 | $8,250.00 |
| Advocate A. Davidson | Litigation | $740.00 | 3.4 | $2,516.00 |
| **Partner Total** | | | **14.4** | **$10,766.00** |
| **Senior Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs E. Shaw | International Private Client | $550.00 | 7.8 | $4,290.00 |
| **Senior Associate  Total** | | | **7.8** | **$4,290.00** |
| **Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs C. C. Young | Litigation | $430.00 | 11.3 | $4,859.00 |
| Mr A. Gardner | Litigation | $430.00 | 12.9 | $5,547.00 |
| **Associate Total** | | | **24.2** | **$10,406.00** |
| **Staff Attorneys Total** | | | **46.4** | **$25,462.00** |
| **Total Hours / Fees Requested** | | | **46.4** | **$25,462.00** |

## **Exhibit B**

### **Task Code Summary**

| Task Code | Matter | Hours | Value($) |
|---|---|---|---|
| 3 | Bedell Cristin Fees | 5 | 2,502.00 |
| 6 | Retention of Professionals | 16.7 | 8,299.00 |
| 13 | Analysis of Pre-Petition Transactions | 24.7 | 14,661.00 |
| | **TOTAL:** | 46.4 | 25,462.00 |

**<u>Exhibit C</u>**

**Itemized Fees**

# BEDELL
# CRISTIN

LEGAL SERVICES

| | |
|---|---|
| Mitchell Hurley | **Our ref**    EBD/CCY/136744.0001 |
| Akin Gump Strauss Hauer & Feld LLP | **Invoice No**    359634 |
| One Bryant Park | **Tax date**    10 November 2020 |
| Bank of America Tower | **GST No.**    0009162 |
| New York | **Tel:**    +44 (0) 1534 814814 |
| NY 10036 | |

---

**INVOICE**

Advice re: Purdue Pharma LP

| | Charge | GST Rate |
|---|---|---|
| **Professional Fees** | | |
| To professional services rendered from 1 October to 31 October 2020 in connection with Advice re: Purdue Pharma LP | 25,462.00 | 0.0% |
| **Expenses** | | |
| | 0.00 | 0.0% |
| **Third Party Charges** | | |
| Counsel's professional fees from 1 October to 9 October 2020 | 14,300.00 | 0.0% |
| Total excluding GST | US$ 39,762.00 | |
| Total GST | US$ 0.00 | |
| **TOTAL BALANCE DUE** | US$ 39,762.00 | |

---

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

| | |
|---|---|
| Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE | Sort Code: 20-45-05 |
| Account Name:  Bedell Group Services Offices  USD | Account Number:  62384922 |
| Swift Code: BARCGB22 | IBAN: GB88 BARC 2045 0562 3849 22 |

| | |
|---|---|
| 26 New Street, St Helier, Jersey, | **Bedell Cristin Jersey Partnership** |
| Channel Islands, JE2 3RA | A list of Partners is available for inspection at the principal office |
| **bedellcristin.com** | |
| 136744.0001/28870490-1 | BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE |

# BEDELL
# CRISTIN

LEGAL SERVICES

| | |
|---|---|
| Mitchell Hurley | **Our ref** EBD/CCY/136744.0001 |
| Akin Gump Strauss Hauer & Feld LLP | **Invoice No** 359634 |
| One Bryant Park | **Tax date** 10 November 2020 |
| Bank of America Tower | **GST No.** 0009162 |
| New York | **Tel:** +44 (0) 1534 814814 |
| NY 10036 | |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate E. Drummond** | | |
| 01/10/20 | 0013: Claim - Speak CY re: research (0.1). | 0:06 | 75.00 |
| 05/10/20 | 0003: Fees - call with CY re: billing issues (0.1). | 0:06 | 75.00 |
| | 0013: Claim - speak CY re: counsel (0.1). Review emails re: counsel (0.1). Review case re: jurisdiction (0.2). | 0:24 | 300.00 |
| 07/10/20 | 0013: Claim - Review email from Akin Gump with revised certificate (0.1). Speak CY (0.1). Review amended certificate (0.1). Speak CY re: counsel retainer (0.4). | 0:42 | 525.00 |
| | 0003: Fees - Review July spreadsheet (0.1). Speak CY (0.1). | 0:12 | 150.00 |
| 08/10/20 | 0013: Claim - Email from Akin Gump (0.3). Email to Akin Gump (0.7). Call with Akin Gump (1.2). | 2:12 | 1,650.00 |
| 09/10/20 | 0013: Claim - Prep for call with counsel (0.3). Call with counsel (1.5). | 1:48 | 1,350.00 |
| | 0013: Claim - drafting detailed email to Akin Gump re: next steps re: Jersey agreement. | 0:54 | 675.00 |
| 12/10/20 | 0013: Claim - follow up emails to counsel. | 0:42 | 525.00 |
| 13/10/20 | 0003: Retention - Review revised draft declaration re: Guernsey (0.1). Comments to CY (0.1). | 0:12 | 150.00 |
| 15/10/20 | 0003: Fees - speak CY re: Sept billing and Guernsey. | 0:24 | 300.00 |
| 16/10/20 | 0003: Fees - review Sept bill reports | 0:12 | 150.00 |
| | 0006: Guernsey retention - call from GW re: conflict query. | 0:12 | 150.00 |
| 26/10/20 | 0013: Claim - Prep for call with Akin Gump (0.5). Sending proposed amendments to BC team (0.5). Call with Akin Gump (0.8). Speak ES (0.1). Email to Akin Gump with proposed amendments (0.1). Draft cover email to Akin Gump (0.4). | 2:24 | 1,800.00 |
| 29/10/20 | 0013: Claim - revised draft agreement and cover email: review email and attachment from Akin Gump (0.1); review email from Davis Polk with amendments (0.1); email exchange with Akin Gump (0.1). | 0:18 | 225.00 |
| | 0013: Claim - Reviewing further final comments and approvals on draft agreement from Akin Gump. | 0:12 | 150.00 |
| | **Mrs C. C. Young** | | |
| 01/10/20 | 0003: Fees - email to Akin Gump, (0.1) email to CM at Purdue (0.1) | 0:12 | 86.00 |
| 05/10/20 | 0003: Fees - Internal Email 5x (0.5), Review bill report (0.3) | 0:48 | 344.00 |
| 07/10/20 | 0003: Fees - Compiling information to fee examiner by request (0.5), e-mail to fee examiner (0.1) | 0:36 | 258.00 |
| | 0013: Claim - 2x correspondence with Counsel's clerk (.2), email to AHH (0.1), review counsel's declaration of disinterest (0.3), email to Akin Gump EL (0.1), review amendments of declaration (0.2), internal discussions with ED (0.4), email to Akin Gump (0.1), compiling material and email to counsel (0.1). | 1:36 | 688.00 |
| 08/10/20 | 0013: Claim - Jersey trust issues: emails to Akin Gump (0.2), email to counsel (0.1), review/consider incoming correspondence (.2), telephone call with Akin Gump (1.2), compiling documentation to Akin Gump (0.4) | 2:06 | 903.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE      Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD      Account Number: 62384922
Swift Code: BARCGB22      IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,      **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA      A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28870490-1

# B E D E L L
# C R I S T I N

LEGAL SERVICES

| | | | | |
|---|---|---|---|---|
| Advice re: Purdue Pharma LP | | Our ref | EBD/CCY/136744.0001 | |
| | | Invoice No | 359634 | |
| | | Tax date | 10 November 2020 | |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs C. C. Young** | | |
| | 0003: Fees - Email to internal finance team | 0:12 | 86.00 |
| 09/10/20 | 0013: Claim - Email to Akin Gump (0.1), collating documents to be sent to Akin Gump (0.2). | 0:18 | 129.00 |
| | 0013: Claim - Telephone call with counsel | 1:30 | 645.00 |
| 13/10/20 | 0006: Retention - Review supplemental declaration | 0:12 | 86.00 |
| 14/10/20 | 0003: Fees - internal email to EH regarding Fee query | 0:06 | 43.00 |
| | 0013: Claim - E-mail to Purdue regarding Guernsey issue | 0:06 | 43.00 |
| 15/10/20 | 0003: Fees (0.1) internal discussion with EBD, (0.1) internal discussion with AG | 0:12 | 86.00 |
| | 0003: Fees - review bill reports and billing | 0:18 | 129.00 |
| 16/10/20 | 0003: Fees - Review bill report (0.2), discussion with Guernsey team re: conflict check (0.1) | 0:18 | 129.00 |
| 20/10/20 | 0003: Fees - Discussion with AG re: conflict checks | 0:18 | 129.00 |
| | 0013: Claim - E-mail to Akin Gump | 0:06 | 43.00 |
| 21/10/20 | 0013: Claim - Email to counsel | 0:06 | 43.00 |
| 22/10/20 | 0013: Claim - E-mail to Akin Gump | 0:06 | 43.00 |
| 23/10/20 | 0013: Claim - Email to Akin Gump | 0:06 | 43.00 |
| 26/10/20 | 0013: Claim - Telephone call with Akin Gump, Davis Polk, Mourant | 0:48 | 344.00 |
| 30/10/20 | 0013: Claim - review incoming e-mails from Davis Polk, Akin Gump and internal emails and revised draft | 0:24 | 172.00 |
| | 0003: Fees - review bill and august fee statement details for fee examiner | 0:24 | 172.00 |
| | 0003: Fees - interim fee application | 0:30 | 215.00 |
| | **Mrs E. Shaw** | | |
| 07/10/20 | 0013 – Jersey Trust Issue - Considering legal query from Akin Gump | 1:24 | 770.00 |
| 08/10/20 | 0013 - Jersey Trust Issues: attendance on call with Akin Gump | 1:24 | 770.00 |
| | 0013 - Jersey Trust Issues - considering and researching Jersey legal issue | 0:54 | 495.00 |
| | 0013 - Jersey Trust Issues - considering email | 0:24 | 220.00 |
| 09/10/20 | 0013 - Jersey Trust issues: email with advice re claims against individuals and internal correspondence. | 1:12 | 660.00 |
| 12/10/20 | 0013 - Jersey Trust Issues: review and noting of correspondence | 0:12 | 110.00 |
| 20/10/20 | 0013 - Jersey Trust Issues - emails re all party call | 0:12 | 110.00 |
| 23/10/20 | 0013 - Jersey Trust Issues - emails re calls | 0:12 | 110.00 |
| 26/10/20 | 0013 - Jersey Trust Issues - internal call | 0:24 | 220.00 |
| | 0013 - Jersey Trust Issues - call with US/Jersey Counsel for debtors/committee. | 0:54 | 495.00 |
| | 0013 - Jersey Trust Issues - internal call post call with Akin Gump | 0:12 | 110.00 |
| | 0013 - Jersey Trust Issues - review and exchange re proposed amendments to draft agreement. | 0:24 | 220.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE          Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD          Account Number: 62384922
Swift Code: BARCGB22          IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,          **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA          A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28870490-1

# B E D E L L
# C R I S T I N

LEGAL SERVICES

Advice re: Purdue Pharma LP

| | Our ref | EBD/CCY/136744.0001 |
|---|---|---|
| | Invoice No | 359634 |
| | Tax date | 10 November 2020 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate A.M. Davidson** | | |
| 12/10/20 | 0006: Retention - review incoming internal e-mail from ED | 0:06 | 74.00 |
| | 0006: Retention - Review email from Akin Gump | 0:06 | 74.00 |
| 16/10/20 | 0006: Retention - conflict checks | 1:00 | 740.00 |
| 19/10/20 | 0006: Retention - review email from Akin Gump | 0:06 | 74.00 |
| 20/10/20 | 0006: Retention - conflict checks | 1:36 | 1,184.00 |
| 28/10/20 | 0006: Retention - Conflict Checks | 0:30 | 370.00 |
| | **Mr A. G. E. Garner** | | |
| 05/10/20 | 0006: Retention - conflict checks | 1:42 | 731.00 |
| 06/10/20 | 0006: Retention - conflict checks | 1:54 | 817.00 |
| 15/10/20 | 0006: Retention - conflict checks | 3:54 | 1,677.00 |
| 16/10/20 | 0006: Retention - conflict checks | 1:12 | 516.00 |
| 20/10/20 | 0006: Retention - conflict checks | 1:30 | 645.00 |
| 21/10/20 | 0006: Retention - conflict checks | 1:00 | 430.00 |
| 22/10/20 | 0006: Retention - conflict checks | 1:00 | 430.00 |
| 30/10/20 | 0006: Retention - Guernsey client take on | 0:42 | 301.00 |
| | Total:- | 46:24 | 25,462.00 |
| | Advocate E. Drummond | 11:00 | 8,250.00 |
| | Mrs C. C. Young | 11:18 | 4,859.00 |
| | Mrs E. Shaw | 7:48 | 4,290.00 |
| | Advocate A.M. Davidson | 3:24 | 2,516.00 |
| | Mr A. G. E. Garner | 12:54 | 5,547.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE   Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD   Account Number: 62384922
Swift Code: BARCGB22   IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,   **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA   A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/28870490-1

## Exhibit D

**Disbursement Summary**

| Disbursement Activity | Amount ($) |
|---|---|
| Consultant fees | 14,300.00 |
| **TOTAL** | **$14,300.00** |

**<u>Exhibit E</u>**

**Itemized Disbursements**



3-4 South Square,      T +44 (0)20 7696 9900      practicemanagers
Gray's Inn,      F +44 (0)20 7696 9911      @southsquare.com
London WC1R 5HP      LDE 338 Chancery Lane      www.southsquare.com

Professional Fees of Mr Tom Smith QC

VAT Registration No: 761167236

Bedell Cristin

26 New Street

St Helier

Jersey

JE2 3RA

Solicitor Ref: Ed Drummond      Date: 16 September 2020      Case Ref No: 92344

**PURDUE PHARAM LP – OCTOBER 2020**

| DATE | DESCRIPTION | TIME | FEES (USD hourly rate 1,100 |
|------|-------------|------|------------------------------|
| 1 October 2020 | Reading Papers | 4h | 4,400 |
| 6 October 2020 | Reading Papers | 4h 30m | 4,950 |
| 7 October 2020 | Reading papers | 3h | 3,300 |
| 9 October 2020 | Advising by Telephone | 1h 30m | 1,650 |
| **TOTAL TIMES AND FEES FOR OCTOBER 2020** | | **13 hours** | **14,300 USD** |

**Payment by bank transfer:**

**Tom Smith (HSBC PLC) Sort Code:40-11-58**



**Account:90335746**

**Please forward a remittance advice detailing the case ref.**

**no. and amount to dylanplayfoot@southsquare.com**

**Cheques are payable to: Mr Tom Smith QC**

**VALID ONLY WHEN RECEIPTED PLEASE QUOTE CASE REFERENCE NO. ON ALL
CORRESPONDENCE**

**South Square and it's members are regulated by the Bar Standards Board**