**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF TWELFTH MONTHLY FEE STATEMENT OF**
**JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT**
**BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | October 1, 2020 through October 31, 2020 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $748.00 |

This is a(n):    monthly  _x_   interim  ___     final application  ___

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**TWELFTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
<u>October 1, 2020 through October 31, 2020</u>

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 4.5 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 59.0 |
| 4 | Debtor Communication | 73.5 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 166.5 |
| 10 | Business Plan | - |
| 11 | Case Strategy | 14.5 |
| **Total** | | **318.0** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 33.5 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 16.5 |
| Jaspinder Kanwal | Vice President, Debt Advisory & Restructuring | 57.0 |
| Ben Troester | Associate, Debt Advisory & Restructuring | 60.0 |
| Kevin Chen | Analyst, Debt Advisory & Restructuring | 66.0 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 32.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 19.5 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 11.5 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 22.0 |
| **Total** | | **318.0** |

**TWELFTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**October 1, 2020 through October 31, 2020**

| Category | October 2020 |
|---|---|
| Meals | $100.00 |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 519.00 |
| General | 129.00 |
| **Total Expenses** | **$748.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

## TWELFTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from October 1, 2020 through October 31, 2020 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $748.00. In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.      On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.      On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131].  Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4.      On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2]  A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5.      On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order").  Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2]      Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

2

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6.      On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases.  The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement").  Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline").  At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

## **Relief Requested**

7.      By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from October 1, 2020 through October 31, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $748.00.

8.      All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee.  Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order.  Such time records are attached hereto as Exhibit A.

9.      The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.  Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

## Actual and Necessary Expenses

10.     Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order.  As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $748.00, including outside counsel fees as permitted under the Retention Order.

4

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from October 1, 2020 through October 31, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $748.00.

Dated:  January 11, 2021                    Respectfully submitted,
        New York, New York

                                            */s/ Leon Szlezinger*
                                            Leon Szlezinger
                                            Managing Director and Joint Global Head of
                                            Debt Advisory & Restructuring
                                            JEFFERIES LLC

## **Exhibit A**

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | | **October 1, 2020 - October 31, 2020 Hours for Case Administration / General** | **4.5** | |
| 10/04/20 | Kevin Chen | *Prepare Jefferies Fee Statement* | 2.0 | 1 |
| 10/05/20 | Benjamin Troester | *Review Jefferies Fee Statement* | 1.0 | 1 |
| 10/12/20 | Kevin Chen | *Prepare Jefferies Fee Statement* | 0.5 | 1 |
| 10/13/20 | Leon Szlezinger | *Review Jefferies Fee Statement* | 0.5 | 1 |
| 10/30/20 | Kevin Chen | *Review IQVIA TPA* | 0.5 | 1 |
| | | | | |
| | | **October 1, 2020 - October 31, 2020 Hours for Creditor Communication** | **59.0** | |
| 10/01/20 | Leon Szlezinger | *Weekly UCC update call* | 1.0 | 3 |
| 10/01/20 | Robert White | *Weekly UCC update call* | 1.0 | 3 |
| 10/01/20 | Jaspinder Kanwal | *Weekly UCC update call* | 1.0 | 3 |
| 10/01/20 | Benjamin Troester | *Weekly UCC update call* | 1.0 | 3 |
| 10/01/20 | Kevin Chen | *Weekly UCC update call* | 1.0 | 3 |
| 10/01/20 | Kevin Sheridan | *Weekly UCC update call* | 1.0 | 3 |
| 10/08/20 | Leon Szlezinger | *Internal discussion re: IAC presentation* | 0.5 | 3 |
| 10/08/20 | Leon Szlezinger | *Review IAC presentation for mediation* | 1.0 | 3 |
| 10/08/20 | Leon Szlezinger | *Prepare for weekly UCC update call* | 0.5 | 3 |
| 10/08/20 | Leon Szlezinger | *Weekly UCC update call* | 1.0 | 3 |
| 10/08/20 | Jaspinder Kanwal | *Internal discussion re: IAC presentation* | 0.5 | 3 |
| 10/08/20 | Jaspinder Kanwal | *Review IAC presentation for mediation* | 2.0 | 3 |
| 10/08/20 | Jaspinder Kanwal | *Weekly UCC update call* | 1.0 | 3 |
| 10/08/20 | Benjamin Troester | *Review IAC presentation for mediation* | 1.0 | 3 |
| 10/08/20 | Benjamin Troester | *Internal discussion re: IAC presentation* | 0.5 | 3 |
| 10/08/20 | Benjamin Troester | *Weekly UCC update call* | 1.0 | 3 |
| 10/08/20 | Kevin Chen | *Prepare IAC presentation for mediation* | 2.5 | 3 |
| 10/08/20 | Kevin Chen | *Continue to prepare IAC presentation for mediation* | 4.0 | 3 |
| 10/08/20 | Kevin Chen | *Internal discussion re: IAC presentation* | 0.5 | 3 |
| 10/08/20 | Kevin Chen | *Weekly UCC update call* | 1.0 | 3 |
| 10/08/20 | Kevin Sheridan | *Prepare for weekly UCC update call* | 0.5 | 3 |
| 10/08/20 | Kevin Sheridan | *Weekly UCC update call* | 1.0 | 3 |
| 10/08/20 | Kevin Sheridan | *Review IAC presentation for mediation* | 1.5 | 3 |
| 10/13/20 | Leon Szlezinger | *Weekly UCC update call* | 1.0 | 3 |
| 10/13/20 | Jaspinder Kanwal | *Weekly UCC update call* | 1.0 | 3 |
| 10/13/20 | Benjamin Troester | *Weekly UCC update call* | 1.0 | 3 |
| 10/13/20 | Kevin Chen | *Weekly UCC update call* | 1.0 | 3 |
| 10/13/20 | Kevin Sheridan | *Weekly UCC update call* | 1.0 | 3 |
| 10/15/20 | Leon Szlezinger | *Prepare for weekly UCC update call* | 0.5 | 3 |
| 10/15/20 | Leon Szlezinger | *Weekly UCC update call* | 1.0 | 3 |
| 10/15/20 | Robert White | *Weekly UCC update call* | 1.0 | 3 |
| 10/15/20 | Jaspinder Kanwal | *Weekly UCC update call* | 1.0 | 3 |
| 10/15/20 | Benjamin Troester | *Weekly UCC update call* | 1.0 | 3 |
| 10/15/20 | Kevin Chen | *Weekly UCC update call* | 1.0 | 3 |
| 10/15/20 | Kevin Sheridan | *Weekly UCC update call* | 1.0 | 3 |
| 10/19/20 | Leon Szlezinger | *Weekly UCC update call* | 1.0 | 3 |
| 10/19/20 | Jaspinder Kanwal | *Weekly UCC update call* | 1.0 | 3 |
| 10/19/20 | Benjamin Troester | *Weekly UCC update call* | 1.0 | 3 |
| 10/19/20 | Kevin Chen | *Weekly UCC update call* | 1.0 | 3 |
| 10/19/20 | Kevin Sheridan | *Prepare for weekly UCC update call* | 0.5 | 3 |
| 10/19/20 | Kevin Sheridan | *Weekly UCC update call* | 1.0 | 3 |
| 10/22/20 | Leon Szlezinger | *Weekly UCC update call* | 1.0 | 3 |
| 10/22/20 | Jaspinder Kanwal | *Weekly UCC update call* | 1.0 | 3 |
| 10/22/20 | Benjamin Troester | *Weekly UCC update call* | 1.0 | 3 |
| 10/22/20 | Kevin Chen | *Weekly UCC update call* | 1.0 | 3 |
| 10/22/20 | Kevin Sheridan | *Weekly UCC update call* | 1.0 | 3 |
| 10/26/20 | Leon Szlezinger | *Weekly UCC update call* | 1.0 | 3 |
| 10/26/20 | Jaspinder Kanwal | *Weekly UCC update call* | 1.0 | 3 |
| 10/26/20 | Benjamin Troester | *Weekly UCC update call* | 1.0 | 3 |
| 10/26/20 | Kevin Chen | *Weekly UCC update call* | 2.0 | 3 |
| 10/26/20 | Kevin Sheridan | *Weekly UCC update call* | 1.0 | 3 |
| 10/29/20 | Leon Szlezinger | *Weekly UCC update call* | 1.0 | 3 |
| 10/29/20 | Robert White | *Weekly UCC update call* | 1.0 | 3 |
| 10/29/20 | Jaspinder Kanwal | *Weekly UCC update call* | 1.0 | 3 |
| 10/29/20 | Benjamin Troester | *Weekly UCC update call* | 1.0 | 3 |
| 10/29/20 | Kevin Chen | *Weekly UCC update call* | 1.0 | 3 |
| 10/29/20 | Kevin Sheridan | *Weekly UCC update call* | 1.0 | 3 |
| | | | | |
| | | **October 1, 2020 - October 31, 2020 Hours for Debtor Communication** | **73.5** | |
| 10/01/20 | Leon Szlezinger | *Debtor call re: business plan* | 1.0 | 4 |
| 10/01/20 | Leon Szlezinger | *Review notes from Debtor call re: business plan* | 0.5 | 4 |
| 10/01/20 | Robert White | *Debtor call re: business plan* | 1.0 | 4 |
| 10/01/20 | Robert White | *Review notes from Debtor call re: business plan* | 0.5 | 4 |
| 10/01/20 | Jaspinder Kanwal | *Debtor call re: business plan* | 1.0 | 4 |
| 10/01/20 | Jaspinder Kanwal | *Review notes from Debtor call re: business plan* | 1.0 | 4 |
| 10/01/20 | Benjamin Troester | *Debtor call re: business plan* | 1.0 | 4 |
| 10/01/20 | Benjamin Troester | *Review notes from Debtor call re: business plan* | 0.5 | 4 |
| 10/01/20 | Kevin Chen | *Debtor call re: business plan* | 1.0 | 4 |
| 10/01/20 | Kevin Chen | *Organize notes from business plan call* | 1.0 | 4 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 10/01/20 | Kevin Sheridan | Debtor call re: business plan | 1.0 | 4 |
| 10/01/20 | Kevin Sheridan | Review notes from Debtor call re: business plan | 1.0 | 4 |
| 10/01/20 | James Wiltshire | Debtor call re: business plan | 1.0 | 4 |
| 10/01/20 | James Wiltshire | Review notes from Debtor call re: business plan | 0.5 | 4 |
| 10/01/20 | William Maselli | Debtor call re: business plan | 1.0 | 4 |
| 10/01/20 | Connor Hattersley | Debtor call re: business plan | 1.0 | 4 |
| 10/01/20 | Connor Hattersley | Organize notes from Debtor call re: business plan | 0.5 | 4 |
| 10/03/20 | William Maselli | Review Oxycontin market data | 1.5 | 4 |
| 10/07/20 | Leon Szlezinger | IAC management call re: financial model | 1.0 | 4 |
| 10/07/20 | Leon Szlezinger | Review notes from IAC management call re: financial model | 0.5 | 4 |
| 10/07/20 | Robert White | IAC management call re: financial model | 1.0 | 4 |
| 10/07/20 | Robert White | Review notes from IAC management call re: financial model | 0.5 | 4 |
| 10/07/20 | Jaspinder Kanwal | IAC management call re: financial model | 1.0 | 4 |
| 10/07/20 | Jaspinder Kanwal | Review notes from IAC management call re: financial model | 1.0 | 4 |
| 10/07/20 | Benjamin Troester | IAC management call re: financial model | 1.0 | 4 |
| 10/07/20 | Benjamin Troester | Review notes from IAC management call re: financial model | 0.5 | 4 |
| 10/07/20 | Kevin Chen | IAC management call re: financial model | 1.0 | 4 |
| 10/07/20 | Kevin Chen | Organize notes from IAC financial model call | 1.0 | 4 |
| 10/07/20 | Kevin Sheridan | IAC management call re: financial model | 1.0 | 4 |
| 10/07/20 | James Wiltshire | IAC management call re: financial model | 1.0 | 4 |
| 10/07/20 | James Wiltshire | Review notes from IAC management call re: financial model | 0.5 | 4 |
| 10/07/20 | William Maselli | IAC management call re: financial model | 1.0 | 4 |
| 10/07/20 | William Maselli | Review notes from IAC management call re: financial model | 0.5 | 4 |
| 10/07/20 | Connor Hattersley | IAC management call re: financial model | 1.0 | 4 |
| 10/07/20 | Connor Hattersley | Organize notes from IAC management call re: financial model | 0.5 | 4 |
| 10/12/20 | Leon Szlezinger | Prepare for call with IAC banker re: IAC sale process | 0.5 | 4 |
| 10/12/20 | Leon Szlezinger | Call with IAC banker re: IAC sale process | 1.0 | 4 |
| 10/12/20 | Leon Szlezinger | Review notes from call with IAC banker re: IAC sale process | 0.5 | 4 |
| 10/12/20 | Robert White | Call with IAC banker re: IAC sale process | 1.0 | 4 |
| 10/12/20 | Robert White | Review notes from call with IAC banker re: IAC sale process | 1.0 | 4 |
| 10/12/20 | Jaspinder Kanwal | Call with IAC banker re: IAC sale process | 1.0 | 4 |
| 10/12/20 | Jaspinder Kanwal | Review notes from call with IAC banker re: IAC sale process | 0.5 | 4 |
| 10/12/20 | Benjamin Troester | Call with IAC banker re: IAC sale process | 1.0 | 4 |
| 10/12/20 | Benjamin Troester | Review notes from call with IAC banker | 0.5 | 4 |
| 10/12/20 | Kevin Chen | Call with IAC banker re: IAC sale process | 1.0 | 4 |
| 10/12/20 | Kevin Chen | Organize notes from call with IAC banker | 1.0 | 4 |
| 10/12/20 | Kevin Sheridan | Prepare for call with IAC banker re: IAC sale process | 0.5 | 4 |
| 10/12/20 | Kevin Sheridan | Call with IAC banker re: IAC sale process | 1.0 | 4 |
| 10/12/20 | Kevin Sheridan | Review notes from call with IAC banker re: IAC sale process | 1.0 | 4 |
| 10/12/20 | James Wiltshire | Call with IAC banker re: IAC sale process | 1.0 | 4 |
| 10/12/20 | James Wiltshire | Review notes from call with IAC banker re: IAC sale process | 0.5 | 4 |
| 10/12/20 | William Maselli | Call with IAC banker re: IAC sale process | 1.0 | 4 |
| 10/12/20 | William Maselli | Review notes from call with IAC banker re: IAC sale process | 0.5 | 4 |
| 10/12/20 | Connor Hattersley | Call with IAC banker re: IAC sale process | 1.0 | 4 |
| 10/12/20 | Connor Hattersley | Organize notes from call with IAC banker re: IAC sale process | 0.5 | 4 |
| 10/15/20 | Leon Szlezinger | Call with IAC financial advisors / consultants | 1.0 | 4 |
| 10/15/20 | Leon Szlezinger | Review notes from call with IAC financial advisors / consultants | 0.5 | 4 |
| 10/15/20 | Robert White | Call with IAC financial advisors / consultants | 1.0 | 4 |
| 10/15/20 | Robert White | Review notes from call with IAC financial advisors / consultants | 0.5 | 4 |
| 10/15/20 | Jaspinder Kanwal | Call with IAC financial advisors / consultants | 1.0 | 4 |
| 10/15/20 | Jaspinder Kanwal | Review notes from call with IAC financial advisors / consultants | 1.0 | 4 |
| 10/15/20 | Benjamin Troester | Call with IAC financial advisors / consultants | 1.0 | 4 |
| 10/15/20 | Benjamin Troester | Review notes from call with IAC financial advisors / consultants | 0.5 | 4 |
| 10/15/20 | Kevin Chen | Call with IAC financial advisors / consultants | 1.0 | 4 |
| 10/15/20 | Kevin Chen | Organize notes from call with IAC financial advisor / consultants | 1.0 | 4 |
| 10/15/20 | Kevin Sheridan | Call with IAC financial advisors / consultants | 1.0 | 4 |
| 10/15/20 | James Wiltshire | Call with IAC financial advisors / consultants | 1.0 | 4 |
| 10/15/20 | James Wiltshire | Review notes from call with IAC financial advisors / consultants | 0.5 | 4 |
| 10/15/20 | William Maselli | Call with IAC financial advisors / consultants | 1.0 | 4 |
| 10/15/20 | William Maselli | Review notes from call with IAC financial advisors / consultants | 0.5 | 4 |
| 10/15/20 | Connor Hattersley | Call with IAC financial advisors / consultants | 1.0 | 4 |
| 10/15/20 | Connor Hattersley | Organize notes from call with IAC financial advisors / consultants | 0.5 | 4 |
| 10/26/20 | Leon Szlezinger | Call with new IAC CEO | 1.0 | 4 |
| 10/26/20 | Leon Szlezinger | Prepare for weekly UCC update call | 0.5 | 4 |
| 10/26/20 | Robert White | Call with new IAC CEO | 1.0 | 4 |
| 10/26/20 | Robert White | Review notes from call with new IAC CEO | 0.5 | 4 |
| 10/26/20 | Jaspinder Kanwal | Call with new IAC CEO | 1.0 | 4 |
| 10/26/20 | Jaspinder Kanwal | Review notes from call with new IAC CEO | 0.5 | 4 |
| 10/26/20 | Benjamin Troester | Call with new IAC CEO | 1.0 | 4 |
| 10/26/20 | Kevin Chen | Call with new IAC CEO | 1.0 | 4 |
| 10/26/20 | Kevin Chen | Organize notes from call with IAC CEO | 1.0 | 4 |
| 10/26/20 | Kevin Sheridan | Call with new IAC CEO | 1.0 | 4 |
| 10/26/20 | Kevin Sheridan | Review notes from call with new IAC CEO | 0.5 | 4 |
| 10/26/20 | James Wiltshire | Call with new IAC CEO | 1.0 | 4 |
| 10/26/20 | James Wiltshire | Review notes from call with new IAC CEO | 0.5 | 4 |
| 10/26/20 | William Maselli | Call with new IAC CEO | 1.0 | 4 |
| 10/26/20 | William Maselli | Review notes from call with new IAC CEO | 0.5 | 4 |
| 10/26/20 | Connor Hattersley | Call with new IAC CEO | 1.0 | 4 |

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 10/26/20 | Connor Hattersley | *Organize notes from call with new IAC CEO* | 0.5 | 4 |
| | | | | |
| | | **October 1, 2020 - October 31, 2020 Hours for Due Diligence** | **166.5** | |
| 10/01/20 | Leon Szlezinger | *Review Oxycontin sensitivity* | 1.5 | 9 |
| 10/01/20 | Jaspinder Kanwal | *Review PPLP business plan* | 2.0 | 9 |
| 10/01/20 | Kevin Chen | *Review Oxycontin sensitivity analysis* | 2.0 | 9 |
| 10/01/20 | Kevin Sheridan | *Review Oxycontin sensitivity analysis* | 1.5 | 9 |
| 10/01/20 | William Maselli | *Review notes from Debtor call re: business plan* | 0.5 | 9 |
| 10/01/20 | Connor Hattersley | *Review PPLP financial model* | 4.0 | 9 |
| 10/01/20 | Connor Hattersley | *Continue to review PPLP financial model* | 1.0 | 9 |
| 10/02/20 | Robert White | *Review PPLP business plan* | 2.0 | 9 |
| 10/02/20 | Benjamin Troester | *Review Oxycontin sensitivity analysis* | 2.5 | 9 |
| 10/02/20 | Kevin Chen | *Review PPLP business plan* | 3.5 | 9 |
| 10/02/20 | Kevin Sheridan | *Review Oxycontin market data* | 1.5 | 9 |
| 10/02/20 | Kevin Sheridan | *Review PPLP business plan* | 4.0 | 9 |
| 10/02/20 | James Wiltshire | *Review Oxycontin sensitivity analysis* | 2.5 | 9 |
| 10/02/20 | William Maselli | *Review Oxycontin market data* | 2.5 | 9 |
| 10/02/20 | Connor Hattersley | *Review Oxycontin sensitivity analysis* | 3.0 | 9 |
| 10/02/20 | Leon Szlezinger | *Review PPLP business plan* | 3.0 | 9 |
| 10/03/20 | Jaspinder Kanwal | *Review Oxycontin sensitivity analysis* | 2.5 | 9 |
| 10/03/20 | Jaspinder Kanwal | *Review PPLP financial model* | 2.5 | 9 |
| 10/03/20 | Benjamin Troester | *Review IAC data room* | 2.0 | 9 |
| 10/03/20 | Benjamin Troester | *Review IAC diligence tracker* | 1.5 | 9 |
| 10/03/20 | Kevin Chen | *Review IAC data room* | 1.0 | 9 |
| 10/03/20 | James Wiltshire | *Review Oxycontin market data* | 3.5 | 9 |
| 10/07/20 | Leon Szlezinger | *Review financial projections* | 1.5 | 9 |
| 10/07/20 | Benjamin Troester | *Review PPLP business plan* | 2.5 | 9 |
| 10/07/20 | Benjamin Troester | *Review IAC financial model* | 2.0 | 9 |
| 10/07/20 | Kevin Chen | *Review IAC financial model* | 4.0 | 9 |
| 10/07/20 | Kevin Chen | *Continue to review IAC financial model* | 2.5 | 9 |
| 10/08/20 | Robert White | *Review IAC financial projections* | 1.5 | 9 |
| 10/08/20 | Benjamin Troester | *Review IAC Diligence materials* | 1.5 | 9 |
| 10/08/20 | Kevin Chen | *Review IAC data room* | 0.5 | 9 |
| 10/08/20 | Kevin Sheridan | *Review IAC financial model* | 1.0 | 9 |
| 10/08/20 | Connor Hattersley | *Review IAC financial model* | 2.5 | 9 |
| 10/11/20 | Jaspinder Kanwal | *Review IAC financial model* | 3.0 | 9 |
| 10/11/20 | Benjamin Troester | *Review PPLP data room* | 3.0 | 9 |
| 10/11/20 | Benjamin Troester | *Review PPLP diligence tracker* | 1.0 | 9 |
| 10/11/20 | Kevin Chen | *Review PPLP data room* | 2.5 | 9 |
| 10/13/20 | Robert White | *Review IAC financial advisors / consultants presentation* | 2.0 | 9 |
| 10/13/20 | Jaspinder Kanwal | *Review PPLP diligence tracker* | 2.5 | 9 |
| 10/13/20 | Benjamin Troester | *Review PPLP data room* | 1.5 | 9 |
| 10/13/20 | Kevin Chen | *Review PPLP data room* | 2.5 | 9 |
| 10/13/20 | Benjamin Troester | *Review PPLP Business Plan Documents* | 1.5 | 9 |
| 10/14/20 | Jaspinder Kanwal | *Review IAC financial advisors / consultants presentation materials* | 4.0 | 9 |
| 10/14/20 | Benjamin Troester | *Review IAC financial advisors / consultants materials* | 4.0 | 9 |
| 10/14/20 | Benjamin Troester | *Continue to review IAC financial advisors / consultants materials* | 2.0 | 9 |
| 10/14/20 | Kevin Chen | *Review IAC financial advisors / consultants materials* | 3.0 | 9 |
| 10/14/20 | James Wiltshire | *Review IAC financial model* | 1.5 | 9 |
| 10/14/20 | James Wiltshire | *Review IAC financial advisors / consultants presentation materials* | 3.0 | 9 |
| 10/14/20 | Connor Hattersley | *Review IAC financial advisor presentation* | 4.0 | 9 |
| 10/15/20 | Jaspinder Kanwal | *Review IAC financial advisors / consultants presentation materials* | 1.5 | 9 |
| 10/15/20 | Kevin Chen | *Review IAC data room* | 1.5 | 9 |
| 10/15/20 | Kevin Sheridan | *Review IAC financial advisors / consultants presentation materials* | 2.5 | 9 |
| 10/16/20 | Leon Szlezinger | *Review IAC financial advisors / consultants materials* | 2.5 | 9 |
| 10/17/20 | Benjamin Troester | *Review PPLP data room* | 2.0 | 9 |
| 10/17/20 | Benjamin Troester | *Review IAC data room* | 1.5 | 9 |
| 10/19/20 | Jaspinder Kanwal | *Review IAC financial model* | 2.5 | 9 |
| 10/19/20 | Kevin Chen | *Review PPLP data room* | 1.5 | 9 |
| 10/20/20 | Jaspinder Kanwal | *Review PPLP financial model* | 2.0 | 9 |
| 10/20/20 | Jaspinder Kanwal | *Review PPLP business plan* | 2.0 | 9 |
| 10/20/20 | James Wiltshire | *Review IMS data* | 1.5 | 9 |
| 10/21/20 | Benjamin Troester | *Review IAC financial model* | 2.0 | 9 |
| 10/21/20 | Benjamin Troester | *Review IAC diligence tracker* | 2.5 | 9 |
| 10/21/20 | Jaspinder Kanwal | *Review IAC diligence tracker* | 2.5 | 9 |
| 10/24/20 | Benjamin Troester | *Review PPLP data room* | 2.5 | 9 |
| 10/24/20 | Benjamin Troester | *Review PPLP diligence tracker* | 1.5 | 9 |
| 10/24/20 | Kevin Chen | *Review IAC data room* | 1.0 | 9 |
| 10/26/20 | Kevin Chen | *Review PJT presentation* | 4.0 | 9 |
| 10/26/20 | Kevin Sheridan | *Review IAC financial projections* | 1.0 | 9 |
| 10/27/20 | Leon Szlezinger | *Review PJT presentation* | 2.5 | 9 |
| 10/27/20 | Leon Szlezinger | *Continue to review PJT presentation* | 1.0 | 9 |
| 10/27/20 | Jaspinder Kanwal | *Review PJT presentation* | 2.0 | 9 |
| 10/27/20 | Jaspinder Kanwal | *Continue to review PJT presentation* | 3.0 | 9 |
| 10/27/20 | Kevin Chen | *Review PPLP data room* | 3.0 | 9 |
| 10/27/20 | Kevin Sheridan | *Review PJT presentation* | 2.0 | 9 |
| 10/28/20 | Benjamin Troester | *Review PJT presentation* | 3.0 | 9 |
| 10/28/20 | Kevin Chen | *Review IAC data room* | 1.5 | 9 |

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| **October 1, 2020 - October 31, 2020 Hours for Case Strategy** | | | **14.5** | |
| 10/06/20 | Leon Szlezinger | *Internal workstreams discussion* | 0.5 | 11 |
| 10/06/20 | Jaspinder Kanwal | *Internal workstreams discussion* | 0.5 | 11 |
| 10/06/20 | Benjamin Troester | *Internal workstreams discussion* | 0.5 | 11 |
| 10/06/20 | Kevin Chen | *Internal workstreams discussion* | 0.5 | 11 |
| 10/12/20 | Leon Szlezinger | *Internal workstreams discussion* | 0.5 | 11 |
| 10/12/20 | Jaspinder Kanwal | *Weekly FA coordination call* | 0.5 | 11 |
| 10/12/20 | Jaspinder Kanwal | *Internal workstreams discussion* | 0.5 | 11 |
| 10/12/20 | Benjamin Troester | *Weekly FA coordination call* | 0.5 | 11 |
| 10/12/20 | Benjamin Troester | *Internal workstreams discussion* | 0.5 | 11 |
| 10/12/20 | Kevin Chen | *Weekly FA coordination call* | 0.5 | 11 |
| 10/12/20 | Kevin Chen | *Internal workstreams discussion* | 0.5 | 11 |
| 10/19/20 | Leon Szlezinger | *Internal workstreams discussion* | 0.5 | 11 |
| 10/19/20 | Jaspinder Kanwal | *Weekly FA coordination call* | 0.5 | 11 |
| 10/19/20 | Jaspinder Kanwal | *Internal workstreams discussion* | 0.5 | 11 |
| 10/19/20 | Benjamin Troester | *Weekly FA coordination call* | 0.5 | 11 |
| 10/19/20 | Benjamin Troester | *Internal workstreams discussion* | 0.5 | 11 |
| 10/19/20 | Kevin Chen | *Weekly FA coordination call* | 0.5 | 11 |
| 10/19/20 | Kevin Chen | *Internal workstreams discussion* | 0.5 | 11 |
| 10/26/20 | Leon Szlezinger | *Internal workstreams discussion* | 0.5 | 11 |
| 10/26/20 | Jaspinder Kanwal | *Weekly FA coordination call* | 0.5 | 11 |
| 10/26/20 | Jaspinder Kanwal | *Internal workstreams discussion* | 0.5 | 11 |
| 10/26/20 | Benjamin Troester | *Weekly FA coordination call* | 0.5 | 11 |
| 10/26/20 | Benjamin Troester | *Internal workstreams discussion* | 0.5 | 11 |
| 10/26/20 | Kevin Chen | *Weekly FA coordination call* | 0.5 | 11 |
| 10/26/20 | Kevin Chen | *Internal workstreams discussion* | 0.5 | 11 |
| 10/28/20 | Leon Szlezinger | *Internal workstreams discussion* | 0.5 | 11 |
| 10/28/20 | Jaspinder Kanwal | *Internal workstreams discussion* | 0.5 | 11 |
| 10/28/20 | Benjamin Troester | *Internal workstreams discussion* | 0.5 | 11 |
| 10/28/20 | Kevin Chen | *Internal workstreams discussion* | 0.5 | 11 |

## Exhibit B

## Expenses

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Benjamin Troester | 129.00 | 10/07/20 | General | Cellphone bill for international diligence call |
| Jaspinder Kanwal | 20.00 | 10/13/20 | Meals & Entertainment | Overtime meal for working late |
| Jaspinder Kanwal | 20.00 | 10/14/20 | Meals & Entertainment | Overtime meal for working late |
| Jaspinder Kanwal | 20.00 | 10/15/20 | Meals & Entertainment | Overtime meal for working late |
| Jaspinder Kanwal | 20.00 | 10/19/20 | Meals & Entertainment | Overtime meal for working late |
| Jaspinder Kanwal | 20.00 | 10/20/20 | Meals & Entertainment | Overtime meal for working late |
| Baker Botts | 519.00 | 10/31/20 | Legal | Invoice from legal counsel |

# BAKER BOTTS L.L.P

Austin          London
Beijing         Moscow
Brussels        New York
Dallas          Palo Alto
Dubai           Riyadh
Hong Kong       San Francisco
**Houston**     Washington

TAX ID 74-1195457

Jefferies LLC
520 Madison Avenue
New York, NY  10022
Attn:  Leon Szlezinger

| | |
|---|---|
| Invoice Number: | 1722627 |
| Invoice Date: | November 9, 2020 |
| Attorney: | R L Spigel |

Total fees for services and expenses for the matter shown below through October 31, 2020.

**082383.0108**
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 10/23/20 | J R Herz | 0.4 | Review and compile August Fee App (.3); email Akin same (.1) |
| 10/30/20 | J R Herz | 0.2 | Email R. Spigel concerning August Fee Statement (.1); email Jefferies concerning fee data (.1) |

| | |
|---|---|
| **Matter Hours** | **0.60** |
| **Matter Fees** | **$519.00** |

**BAKER BOTTS** LLP

| | |
|---|---|
| Invoice No: | 1722627 |
| Invoice Date: | November 9, 2020 |
| Matter: | 082383.0108 |

JEFFERIES LLC
Purdue Retention

**2020 Lawyer Summary**

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 0.6 | 865.00 | 519.00 |
| | **0.6** | | **$519.00** |

| | |
|---|---|
| Total Current Fees | $519.00 |
| **Total Due This Invoice** | **$519.00** |