KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.* | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

---------------------------------------------------------------x

**ELEVENTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON
CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED
AND EXPENSES INCURRED AS INFORMATION AGENT FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |

| *Summary of Fees and Expenses Sought in the Fee Application* | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | October 1, 2020 through October 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $11,778.96 (80% of $14,723.70) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $2,883.50[2] |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $14,662.46 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its eleventh monthly fee statement (the "Monthly Fee Statement") for the period beginning October 1, 2020 through and including October 31, 2020 (the "Fee Period"). During the Fee Period, the total fees and expenses incurred by KCC were $17,607.20.

---

[2]        This amount includes $93.51 in sales tax.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $14,662.46, which represents 80% of KCC's total fees for reasonable and necessary professional services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a.  **Exhibit A**.  A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b.  **Exhibit B**.  A schedule of expenses incurred by category.

c.  **Exhibit C**.  KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245, Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on January 25, 2020** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: January 11, 2021
      El Segundo, California

        /s/ *Sarah Harbuck*
        **KURTZMAN CARSON CONSULTANTS LLC**
        Sarah Harbuck
        Drake D. Foster
        222 N. Pacific Coast Highway
        3rd Floor
        El Segundo, California 90403
        Tel: (310) 823-9000

## <u>CERTIFICATION</u>

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

      a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

      b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

      c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  January 11, 2021
      El Segundo, California


                        /s/ *Sarah Harbuck*_____

                        Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| AKW | Alyssa Kim-Whittle | Consultant | 2.4 | $203.28 | $487.87 |
| AOP | Alfredo Pastor | Consultant | 2.3 | $200.86 | $461.98 |
| BSZ | Bobbie Szlembarska | Consultant | 0.5 | $155.50 | $77.75 |
| BYH | Bryanna Hensley | Consultant | 3.2 | $200.85 | $642.73 |
| CET | Christopher Estes | Consultant | 0.3 | $203.27 | $60.98 |
| CHD | Christopher Do | Senior Managing Consultant | 1.8 | $231.55 | $416.79 |
| CHT | Cheryl Tracey | Consultant | 0.1 | $200.90 | $20.09 |
| DAK | Dayna Kosinski | Consultant | 0.4 | $155.50 | $62.20 |
| DLN | Daisy Logan | Consultant | 2.2 | $200.86 | $441.89 |
| EAG | Esmeralda Aguayo | Consultant | 7.2 | $200.86 | $1,446.18 |
| EJG | Evan Gershbein | Senior Managing Consultant | 3.4 | $231.53 | $787.19 |
| FGZ | Francisco Gonzalez | Clerk | 0.2 | $53.85 | $10.77 |
| FRO | Francisco Rodriquez | Consultant | 0.4 | $155.50 | $62.20 |
| FTA | Frank Taylor | Clerk | 0.6 | $53.83 | $32.30 |
| HBU | Hannah Bussey | Consultant | 4.2 | $200.86 | $843.61 |
| HEF | Heather Fellows | Consultant | 0.4 | $149.43 | $59.77 |
| HUM | Hugo Morales | Consultant | 0.1 | $155.50 | $15.55 |
| ICO | Ignacio Corona | Clerk | 0.2 | $53.80 | $10.76 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.6 | $143.40 | $86.04 |
| JCC | Janece Carr | Consultant | 5.1 | $200.85 | $1,024.36 |
| JDG | Jennifer Grageda | Consultant | 0.2 | $149.40 | $29.88 |
| JHM | Joetta Thomas | Consultant | 0.3 | $182.60 | $54.78 |
| KDT | Keith Taylor | Clerk | 0.1 | $53.80 | $5.38 |
| KPU | Kenneth Pulliam | Consultant | 6 | $200.86 | $1,205.14 |
| LUG | Luis Gonzales | Clerk | 0.5 | $53.80 | $26.90 |
| MAP | Manuel Pastor | Consultant | 2.6 | $200.87 | $522.25 |
| MDO | Matthew Orr | Consultant | 2.8 | $200.86 | $562.42 |
| MVA | Maria Valencia | Clerk | 1.5 | $53.83 | $80.75 |
| MVZ | Michael Valadez | Consultant | 1.4 | $200.86 | $281.21 |
| NBY | Nicole Bishay | Clerk | 0.8 | $53.81 | $43.05 |
| PTI | Portia Ashworth | Consultant | 3.1 | $200.86 | $622.66 |
| RHR | Robert Harrison | Consultant | 1.2 | $200.85 | $241.02 |
| RIO | Rosemary Ibarra | Clerk | 0.5 | $53.84 | $26.92 |
| RJG | Richard Gonzales | Consultant | 0.1 | $203.30 | $20.33 |
| RMZ | Rossmery Martinez | Consultant | 5.7 | $203.28 | $1,158.72 |
| STO | Sarahi Ramirez | Clerk | 0.4 | $53.85 | $21.54 |

| | | | | | |
|---|---|---|---|---|---|
| STP | Stephanie Paul | Consultant | 0.1 | $125.20 | $12.52 |
| SYU | Susan Yu | Consultant | 6.3 | $203.29 | $1,280.71 |
| SZA | Sonia Zapien | Consultant | 0.3 | $200.87 | $60.26 |
| THU | Terra Hutson | Consultant | 3.3 | $200.85 | $662.82 |
| VRQ | Vanessa Triana | Senior Managing Consultant | 1.2 | $209.40 | $251.28 |
| VTM | Vien Marquez | Consultant | 2.5 | $200.86 | $502.15 |
| | | | | | |
| | **TOTALS** | | **76.5** | | **$14,723.70** |

**Exhibit B**

**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| Electronic Imaging | 3 | $0.11 | $0.33 |
| First Class Mail | | | $209.60 |
| Reimbursement of Case Related Phone Costs | | | $158.70 |
| Pacer | | | $39.12 |
| Printing and Mailing Expenses | | | $2,382.24 |
| Sales Tax | | | $93.51 |
| | | | |
| **TOTAL** | | | **$2,883.50** |

## Exhibit C

## Invoice

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789KCC | Invoice Date | November 20, 2020 |
|---|---|---|---|
| Invoice Number | US_KCC1927642 | Due Date | Due upon receipt |

### Purdue Pharma L.P. (Creditors' Committee)
### *Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $14,723.70 |
| *Total of Hourly Fees* | $14,723.70 |
| | |
| **Expenses** | |
| Expenses | $2,789.99 |
| *Total Expenses* | $2,789.99 |
| | |
| *Invoice Subtotal* | **$17,513.69** |
| Sales and Use Tax | 93.51 |
| *Total Invoice* | **$17,607.20** |

---

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 70789KCC | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| Invoice Number | US_KCC1927642 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $17,607.20 | Dept CH 16639 | HSBC Bank, NA |
| Amount Paid | $ | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

# *Kurtzman Carson Consultants LLC*

10/01/2020 - 10/31/2020

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AKW | Alyssa Kim-Whittle | CON | 2.40 | $203.28 | $487.87 |
| AOP | Alfredo Pastor | CON | 2.30 | $200.86 | $461.98 |
| BSZ | Bobbie Szlembarska | CON | 0.50 | $155.50 | $77.75 |
| BYH | Bryanna Hensley | CON | 3.20 | $200.85 | $642.73 |
| CET | Christopher Estes | CON | 0.30 | $203.27 | $60.98 |
| CHD | Christopher Do | SMC | 1.80 | $231.55 | $416.79 |
| CHT | Cheryl Tracey | CON | 0.10 | $200.90 | $20.09 |
| DAK | Dayna Kosinski | CON | 0.40 | $155.50 | $62.20 |
| DLN | Daisy Logan | CON | 2.20 | $200.86 | $441.89 |
| EAG | Esmeralda Aguayo | CON | 7.20 | $200.86 | $1,446.18 |
| EJG | Evan Gershbein | SMC | 3.40 | $231.53 | $787.19 |
| FGZ | Francisco Gonzalez | CL | 0.20 | $53.85 | $10.77 |
| FRO | Francisco Rodriquez | CON | 0.40 | $155.50 | $62.20 |
| FTA | Frank Taylor | CL | 0.60 | $53.83 | $32.30 |
| HBU | Hannah Bussey | CON | 4.20 | $200.86 | $843.61 |
| HEF | Heather Fellows | CON | 0.40 | $149.43 | $59.77 |
| HUM | Hugo Morales | CON | 0.10 | $155.50 | $15.55 |
| ICO | Ignacio Corona | CL | 0.20 | $53.80 | $10.76 |
| IRJ | Ivan Rios Jimenez | CON | 0.60 | $143.40 | $86.04 |
| JCC | Janece Carr | CON | 5.10 | $200.85 | $1,024.36 |
| JDG | Jennifer Grageda | CON | 0.20 | $149.40 | $29.88 |
| JHM | Joetta Thomas | CON | 0.30 | $182.60 | $54.78 |
| KDT | Keith Taylor | CL | 0.10 | $53.80 | $5.38 |
| KPU | Kenneth Pulliam | CON | 6.00 | $200.86 | $1,205.14 |
| LUG | Luis Gonzales | CL | 0.50 | $53.80 | $26.90 |
| MAP | Manuel Pastor | CON | 2.60 | $200.87 | $522.25 |
| MDO | Matthew Orr | CON | 2.80 | $200.86 | $562.42 |
| MVA | Maria Valencia | CL | 1.50 | $53.83 | $80.75 |
| MVZ | Michael Valadez | CON | 1.40 | $200.86 | $281.21 |
| NBY | Nicole Bishay | CL | 0.80 | $53.81 | $43.05 |
| PTI | Portia Ashworth | CON | 3.10 | $200.86 | $622.66 |
| RHR | Robert Harrison | CON | 1.20 | $200.85 | $241.02 |
| RIO | Rosemary Ibarra | CL | 0.50 | $53.84 | $26.92 |
| RJG | Richard Gonzales | CON | 0.10 | $203.30 | $20.33 |
| RMZ | Rossmery Martinez | CON | 5.70 | $203.28 | $1,158.72 |
| STO | Sarahi Ramirez | CL | 0.40 | $53.85 | $21.54 |
| STP | Stephanie Paul | CON | 0.10 | $125.20 | $12.52 |
| SYU | Susan Yu | CON | 6.30 | $203.29 | $1,280.71 |
| SZA | Sonia Zapien | CON | 0.30 | $200.87 | $60.26 |
| THU | Terra Hutson | CON | 3.30 | $200.85 | $662.82 |
| VRQ | Vanessa Triana | SMC | 1.20 | $209.40 | $251.28 |

## *Kurtzman Carson Consultants LLC*

10/01/2020 - 10/31/2020

### *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| VTM | Vien Marquez | CON | 2.50 | $200.86 | $502.15 |
| | | | | *Total* | **$14,723.70** |

## *Kurtzman Carson Consultants LLC*

### 10/01/2020 - 10/31/2020

### *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| 10/1/2020 | SYU | Prepare Certificate of Service re Motions to Compel & Declaration of Hurley [DNs 1752-1754] mailing | CON | Noticing | 0.70 |
| 10/1/2020 | SYU | Electronically file 2 Certificates of Service with the court | CON | Noticing | 0.20 |
| 10/1/2020 | SYU | Review Certificate of Service re Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] mailing | CON | Noticing | 0.40 |
| 10/1/2020 | EAG | Prepare Certificate of Service for Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] mailing | CON | Noticing | 2.90 |
| 10/1/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] | CON | Noticing | 0.30 |
| 10/1/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/1/2020 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.40 |
| 10/1/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| 10/1/2020 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | *Total for 10/1/2020* | | *5.50* |
| 10/2/2020 | SYU | Update the case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 10/2/2020 | EAG | Prepare Certificate of Service for Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] mailing | CON | Noticing | 0.40 |
| 10/2/2020 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 10/2/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/2/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/2/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supp Declaration of Alberto [DN 1654] | SMC | Noticing | 0.20 |
| 10/2/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| 10/2/2020 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | *Total for 10/2/2020* | | *1.70* |
| 10/3/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Response to ER Physician's Motion [DN1718] | CON | Noticing | 0.10 |
| 10/3/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] | CON | Noticing | 0.10 |
| | | | *Total for 10/3/2020* | | *0.20* |
| 10/5/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Motions to Compel & Declaration of Hurley [DNs 1752-1754] | CON | Noticing | 0.10 |
| 10/5/2020 | SYU | Correspond with counsel re service of 2004 Motion & Declaration of Hurley | CON | Noticing | 0.10 |

## *Kurtzman Carson Consultants LLC*

### 10/01/2020 - 10/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/5/2020 | SYU | Review mail report for Motions to Compel & Declaration of Hurley [DNs 1752-1754] | CON | Noticing | 0.10 |
| 10/5/2020 | SYU | Review mail report for Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] | CON | Noticing | 0.10 |
| 10/5/2020 | SYU | Review mail report for Response to ER Physician's Motion [DN1718] | CON | Noticing | 0.10 |
| 10/5/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 10/5/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 10/5/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| | | | ***Total for 10/5/2020*** | | ***1.50*** |
| 10/6/2020 | EJG | Attention to 2004 Motion & Declaration of Hurley [DNs 1779-1780] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 10/6/2020 | FTA | Assist with 2004 Motion & Declaration of Hurley [DNs 1779-1780] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.30 |
| 10/6/2020 | LUG | Assist with 2004 Motion & Declaration of Hurley [DNs 1779-1780] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 10/6/2020 | VTM | Assist with 2004 Motion & Declaration of Hurley [DNs 1779-1780] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 10/6/2020 | MDO | Assist with 2004 Motion & Declaration of Hurley [DNs 1779-1780] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 10/6/2020 | DAK | Assist with 2004 Motion & Declaration of Hurley [DNs 1779-1780] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 10/6/2020 | BSZ | Assist with 2004 Motion & Declaration of Hurley [DNs 1779-1780] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 10/6/2020 | HUM | Assist with 2004 Motion & Declaration of Hurley [DNs 1779-1780] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 10/6/2020 | MAP | Assist with 2004 Motion & Declaration of Hurley [DNs 1779-1780] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.10 |
| 10/6/2020 | FGZ | Assist with 2004 Motion & Declaration of Hurley [DNs 1779-1780] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 10/6/2020 | RIO | Assist with 2004 Motion & Declaration of Hurley [DNs 1779-1780] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.30 |
| 10/6/2020 | SYU | Coordinate and generate 2004 Motion & Declaration of Hurley [DNs 1779-1780] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 10/6/2020 | SYU | Correspond with counsel re service of 2004 Motion & Declaration of Hurley | CON | Noticing | 0.10 |
| 10/6/2020 | SYU | Update the Master Service List per recent correspondence | CON | Noticing | 0.20 |
| 10/6/2020 | SYU | Reach out to Beverly Manne, counsel to Thermo Fisher re returned email address | CON | Noticing | 0.20 |

# *Kurtzman Carson Consultants LLC*

10/01/2020 - 10/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/6/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/6/2020 | CHD | Assist with 2004 Motion & Declaration of Hurley [DNs 1779-1780] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.20 |
| 10/6/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| 10/6/2020 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| | | | | **Total for 10/6/2020** | **6.20** |
| 10/7/2020 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 10/7/2020 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 10/7/2020 | AOP | Assist with 2004 Motion & Declaration of Hurley [DNs 1779-1780] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 10/7/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 10/7/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 10/7/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/7/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | | **Total for 10/7/2020** | **1.40** |
| 10/8/2020 | EJG | Attention to 2004 Order of Former Executives [DN 1788] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 10/8/2020 | FTA | Assist with 2004 Order of Former Executives [DN 1788] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 10/8/2020 | LUG | Assist with 2004 Order of Former Executives [DN 1788] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 10/8/2020 | VTM | Assist with 2004 Order of Former Executives [DN 1788] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 10/8/2020 | MDO | Assist with 2004 Order of Former Executives [DN 1788] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 10/8/2020 | JDG | Maintain document tracking system of offsite storage facility | CON | Document Processing | 0.10 |
| 10/8/2020 | DAK | Assist with 2004 Order of Former Executives [DN 1788] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 10/8/2020 | BSZ | Assist with 2004 Order of Former Executives [DN 1788] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 10/8/2020 | MAP | Assist with 2004 Order of Former Executives [DN 1788] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 10/8/2020 | ICO | Assist with 2004 Order of Former Executives [DN 1788] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 10/8/2020 | FRO | Assist with 2004 Order of Former Executives [DN 1788] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 10/8/2020 | SYU | Review docket and consult with counsel re mailing service | CON | Noticing | 0.20 |

# *Kurtzman Carson Consultants LLC*

10/01/2020 - 10/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/8/2020 | SYU | Coordinate and generate 2004 Order of Former Executives [DN 1788] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 10/8/2020 | AOP | Assist with 2004 Order of Former Executives [DN 1788] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.90 |
| 10/8/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/8/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 10/8/2020 | CHD | Assist with 2004 Order of Former Executives [DN 1788] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.20 |
| 10/8/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Response to ER Physician's Motion [DN1718] | SMC | Noticing | 0.20 |
| 10/8/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| 10/8/2020 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | | *Total for 10/8/2020* | *5.40* |
| 10/9/2020 | SYU | Prepare Certificate of Service re 2004 Order of Former Executives [DN 1788] mailing | CON | Noticing | 0.70 |
| 10/9/2020 | SYU | Electronically file 2 Certificates of Service with the court | CON | Noticing | 0.20 |
| 10/9/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/9/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 10/9/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 10/9/2020* | *1.60* |
| 10/12/2020 | HEF | Manage and review tracking of undeliverable mail re 2004 Order of Former Executives [DN 1788] | CON | Undeliverable Mail Processing | 0.10 |
| 10/12/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/12/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/12/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/12/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Filing of Amended Stipulation and Agreed Order [DNs 1730, 1734] | SMC | Noticing | 0.20 |
| 10/12/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Motions to Compel & Declaration of Hurley [DNs 1752-1754] | SMC | Noticing | 0.20 |
| 10/12/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 10/12/2020* | *1.40* |
| 10/13/2020 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |

# *Kurtzman Carson Consultants LLC*

10/01/2020 - 10/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/13/2020 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | | **Total for 10/13/2020** | **0.20** |
| 10/14/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/14/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 10/14/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/14/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/14/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 10/14/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.50 |
| 10/14/2020 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | | **Total for 10/14/2020** | **1.90** |
| 10/15/2020 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for 2004 Motion & Declaration of Hurley [DNs 1779-1780] | CON | Noticing | 0.30 |
| 10/15/2020 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 10/15/2020 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for 2004 Order of Former Executives [DN 1788] | CON | Noticing | 0.30 |
| 10/15/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 10/15/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 10/15/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 10/15/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 10/15/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| 10/15/2020 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| | | | | **Total for 10/15/2020** | **2.80** |
| 10/16/2020 | SYU | Upload the case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 10/16/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/16/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 10/16/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.10 |

## *Kurtzman Carson Consultants LLC*

10/01/2020 - 10/31/2020

### *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| | | | *Total for 10/16/2020* | | *0.70* |
| 10/19/2020 | SYU | Review mail report for 2004 Order of Former Executives [DN 1788] | CON | Noticing | 0.10 |
| 10/19/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/19/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 10/19/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| 10/19/2020 | RJG | Review invoice for accuracy and completeness | CON | Case Administration / Maintenance | 0.10 |
| | | | *Total for 10/19/2020* | | *1.40* |
| 10/20/2020 | STO | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| 10/20/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 10/20/2020 | JHM | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 10/20/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 10/20/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 10/20/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| 10/20/2020 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | *Total for 10/20/2020* | | *1.80* |
| 10/21/2020 | STO | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| 10/21/2020 | SYU | Review mail report for 2004 Motion & Declaration of Hurley [DNs 1779-1780] | CON | Noticing | 0.10 |
| 10/21/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] | CON | Noticing | 0.10 |
| 10/21/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/21/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 10/21/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/21/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 10/21/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/21/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| 10/21/2020 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |

# *Kurtzman Carson Consultants LLC*

### 10/01/2020 - 10/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/21/2020 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | | ***Total for 10/21/2020*** | ***2.50*** |
| 10/22/2020 | SZA | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 10/22/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 10/22/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 10/22/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/22/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/22/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| 10/22/2020 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| | | | | ***Total for 10/22/2020*** | ***2.00*** |
| 10/23/2020 | EJG | Attention to Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 10/23/2020 | KDT | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 10/23/2020 | LUG | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 10/23/2020 | VTM | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 10/23/2020 | MDO | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 10/23/2020 | BSZ | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 10/23/2020 | IRJ | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 10/23/2020 | ICO | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 10/23/2020 | FRO | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 10/23/2020 | SYU | Correspond with counsel re service of Stipulation and Agreed Order re Amended Briefing Schedule | CON | Noticing | 0.10 |
| 10/23/2020 | SYU | Coordinate and generate Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |

# *Kurtzman Carson Consultants LLC*

10/01/2020 - 10/31/2020

## *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| 10/23/2020 | AOP | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.90 |
| 10/23/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/23/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/23/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/23/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/23/2020 | CHD | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.20 |
| 10/23/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| | | | ***Total for 10/23/2020*** | | ***5.00*** |
| 10/26/2020 | EJG | Attention to Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 10/26/2020 | FTA | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 10/26/2020 | LUG | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 10/26/2020 | VTM | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 10/26/2020 | MDO | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 10/26/2020 | BSZ | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 10/26/2020 | IRJ | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 10/26/2020 | RMZ | Review of Stipulation and Agreed Orders, FTI Consulting Fee App and the Objection to Sackler's Motion [Docket Nos. 1848-1850, 1852] to ensure inclusion of all service parties | CON | Noticing | 0.20 |
| 10/26/2020 | RMZ | Correspond with KCC case team re service of Stipulation and Agreed Orders, FTI Consulting Fee App and the Objection to Sackler's Motion [Docket Nos. 1848-1850, 1852] | CON | Noticing | 0.20 |
| 10/26/2020 | RMZ | Correspond with counsel re service of Stipulation and Agreed Order [Docket No. 1848] | CON | Noticing | 0.20 |
| 10/26/2020 | RMZ | Coordinate and generate Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.90 |
| 10/26/2020 | MAP | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.10 |

# *Kurtzman Carson Consultants LLC*

### 10/01/2020 - 10/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/26/2020 | RIO | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 10/26/2020 | FRO | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 10/26/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 10/26/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 10/26/2020 | CHD | Assist with Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.20 |
| 10/26/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 10/26/2020* | *5.80* |
| 10/27/2020 | EJG | Attention to Sackler Settlement Response [DN 1856] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 10/27/2020 | FTA | Assist with Sackler Settlement Response [DN 1856] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 10/27/2020 | LUG | Assist with Sackler Settlement Response [DN 1856] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 10/27/2020 | VTM | Assist with Sackler Settlement Response [DN 1856] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 10/27/2020 | MDO | Assist with Sackler Settlement Response [DN 1856] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 10/27/2020 | BSZ | Assist with Sackler Settlement Response [DN 1856] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 10/27/2020 | IRJ | Assist with Sackler Settlement Response [DN 1856] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 10/27/2020 | RMZ | Coordinate and generate Sackler Settlement Response [DN 1856] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 1.00 |
| 10/27/2020 | RMZ | Correspond with KCC case team re service of Sackler Settlement Response [DN 1856] | CON | Noticing | 0.20 |
| 10/27/2020 | RMZ | Correspond with counsel re service of Sackler Settlement Response [DN 1856] | CON | Noticing | 0.20 |
| 10/27/2020 | RMZ | Review of Sackler Settlement Response [DN 1856] to ensure inclusion of all service parties | CON | Noticing | 0.20 |
| 10/27/2020 | RMZ | Review of Motion re Sackler Families Settlement [Docket No. 1833] to ensure inclusion of all service parties | CON | Noticing | 0.20 |
| 10/27/2020 | RMZ | Correspond with KCC Noticing team re complete pending Certificates of Service | CON | Noticing | 0.30 |
| 10/27/2020 | RIO | Assist with Sackler Settlement Response [DN 1856] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 10/27/2020 | FRO | Assist with Sackler Settlement Response [DN 1856] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 10/27/2020 | AOP | Assist with Sackler Settlement Response [DN 1856] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 10/27/2020 | MVZ | Assist with Sackler Settlement Response [DN 1856] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |

# *Kurtzman Carson Consultants LLC*

### 10/01/2020 - 10/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 10/27/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 10/27/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/27/2020 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.20 |
| 10/27/2020 | CHD | Assist with Sackler Settlement Response [DN 1856] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.20 |
| 10/27/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| 10/27/2020 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| 10/27/2020 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| | | | | *Total for 10/27/2020* | *7.10* |
| 10/28/2020 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.20 |
| 10/28/2020 | AKW | Review Certificate of Service for Sackler Settlement Response [DN 1856] mailing | CON | Noticing | 1.20 |
| 10/28/2020 | AKW | Review Certificate of Service for Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] mailing | CON | Noticing | 0.40 |
| 10/28/2020 | AKW | Review Certificate of Service for Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] mailing | CON | Noticing | 0.40 |
| 10/28/2020 | HBU | Prepare Affidavit of Service for Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] mailing | CON | Noticing | 4.20 |
| 10/28/2020 | EAG | Prepare Certificate of Service for Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] mailing | CON | Noticing | 3.90 |
| 10/28/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 10/28/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 10/28/2020 | RHR | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/28/2020 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.60 |
| 10/28/2020 | DLN | Prepare Certificate of Service for Sackler Settlement Response [DN 1856} mailing | CON | Noticing | 2.00 |
| 10/28/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| 10/28/2020 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| 10/28/2020 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | | *Total for 10/28/2020* | *14.50* |
| 10/29/2020 | EJG | Attention to Fee Statements of Akin, Cole Schotz, Province, Jefferies, KCC, and Bedell [DNs 1870-1875] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 10/29/2020 | RMZ | Review of Order re Motion to Filing Deadline [Docket No. 1863] to ensure inclusion of all service parties | CON | Noticing | 0.20 |
| 10/29/2020 | RMZ | Review of Fee Statements of Akin, Cole Schotz, Province, Jefferies, KCC, and Bedell [Docket Nos. 1870-1875] to ensure inclusion of all service parties | CON | Noticing | 0.30 |

# *Kurtzman Carson Consultants LLC*

10/01/2020 - 10/31/2020

## *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| 10/29/2020 | RMZ | Correspond with counsel re service of Fee Statements of Akin, Cole Schotz, Province, Jefferies, KCC, and Bedell [Docket Nos. 1870-1875] | CON | Noticing | 0.20 |
| 10/29/2020 | RMZ | Coordinate and generate Fee Statements of Akin, Cole Schotz, Province, Jefferies, KCC, and Bedell [DNs 1870-1875] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.80 |
| 10/29/2020 | AKW | Review Certificate of Service for Sackler Settlement Response [DN 1856] mailing | CON | Noticing | 0.40 |
| 10/29/2020 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 10/29/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 10/29/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/29/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/29/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/29/2020 | DLN | Prepare Certificate of Service for Sackler Settlement Response [DN 1856] mailing | CON | Noticing | 0.20 |
| 10/29/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| 10/29/2020 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| | | | *Total for 10/29/2020* | | *4.30* |
| 10/30/2020 | EJG | Attention to Amended Fee Statement of KCC [Docket No. 1879]  mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 10/30/2020 | RMZ | Correspond with counsel re service of Amended Fee Statement of KCC [Docket No. 1879] | CON | Noticing | 0.20 |
| 10/30/2020 | RMZ | Coordinate and generate Amended Fee Statement of KCC [Docket No. 1879] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.40 |
| 10/30/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/30/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 10/30/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| | | | *Total for 10/30/2020* | | *1.60* |
| | | | *Total Hours* | | *76.50* |

# *Kurtzman Carson Consultants LLC*

10/01/2020 - 10/31/2020

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| Electronic imaging | 3 | $0.11 | $0.33 |
| First Class Mail | | | $209.60 |
| Reimbursement of case related phone costs | | | $158.70 |
| Pacer | | | $39.12 |
| Printing and Mailing Expenses (See Exhibit) | | | $2,382.24 |
| | | *Total Expenses* | *$2,789.99* |

# Kurtzman Carson Consultants LLC

### 10/01/2020 - 10/31/2020

### Printing and Mailing Expenses

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 10/6/2020 | 2004 Motion & Declaration of Hurley [DNs 1779-1780] | 189 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 189 Email Parties | $250.00 | $250.00 |
| | | 50 | First Class Mail | | |
| | | 1,800 | Image notice printing for 2 documents, including Purdue 1779 - UCC Rule 2004 Motion of Former Employees.pdf, Purdue 1780 - Hurley Declaration.pdf | $0.11 | $198.00 |
| | | 50 | Non-Standard Envelopes | $0.36 | $18.00 |
| 10/8/2020 | 2004 Order of Former Executives [DN 1788] | 188 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 188 Email Parties | $250.00 | $250.00 |
| | | 50 | First Class Mail | | |
| | | 200 | Image notice printing for 1 document, including Purdue 1788 - 2004 Order of Former Executives.pdf | $0.11 | $22.00 |
| | | 50 | Standard Envelopes | $0.14 | $7.00 |
| 10/23/2020 | Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] | 188 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 188 Email Parties | $250.00 | $250.00 |
| | | 50 | First Class Mail | | |
| | | 500 | Image notice printing for 1 document, including Purdue 1843 - Stipulation re Amended Briefing Schedule.pdf | $0.11 | $55.00 |
| | | 50 | Standard Envelopes | $0.14 | $7.00 |
| 10/26/2020 | Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] | 188 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 188 Email Parties | $250.00 | $250.00 |
| | | 50 | First Class Mail | | |
| | | 500 | Image notice printing for 1 document, including Purdue 1848 - Stipulation re Amended Briefing Schedule.pdf | $0.11 | $55.00 |
| | | 50 | Standard Envelopes | $0.14 | $7.00 |
| 10/27/2020 | Sackler Settlement Response [DN 1856] | 188 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 188 Email Parties | $250.00 | $250.00 |
| | | 51 | First Class Mail | | |
| | | 510 | Image notice printing for 1 document, including Purdue 1856 - Sackler Settlement Response.pdf | $0.11 | $56.10 |
| | | 51 | Standard Envelopes | $0.14 | $7.14 |
| 10/29/2020 | Fee Statements of Akin, Cole Schotz, Province, Jefferies, KCC, and Bedell [DNs 1870-1875] | 6 | Email Parties | $0.00 | $100.00 |
| 10/30/2020 | Amended Fee Statement of KCC [Docket No. 1879] | 6 | Email Parties | $0.00 | $100.00 |

### Total Printing and Mailing Expenses                   $2,382.24