Jasmine Ball
Maura Kathleen Monaghan
Jeffrey J. Rosen
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Beacon Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

# DECLARATION OF JASMINE BALL

I, Jasmine Ball, an attorney duly admitted to practice in the Southern District of New York, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I represent the Mortimer Sackler Initial Covered Sackler Persons (the "Mortimer Sackler ICSPs") in this dispute.

2. I submit this declaration pursuant to the Stipulation and Agreed Order Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection with UCC Privileges

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Motions (Dkt. No. 2140) in the above captioned case and state that true and correct copies or excerpts of the following documents are attached as exhibits hereto:

3. Attached as Exhibit 2 is a partially redacted true and correct copy of a portion of a presentation made to the Purdue Board of Directors dated April 5, 2016, bearing Bates numbers PPLPBN-00002642 and PPLPBN-00002644. This document was previously filed under seal as exhibit 2 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

4. Attached as Exhibit 3 is a partially redacted true and correct copy of a document laying out 2009 budget assumptions, beginning with Bates number PPLPC062000002121. This document was previously filed under seal as exhibit 3 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

5. Attached as Exhibit 4 is a true and correct copy of the minutes from a December 2, 2010 meeting of the Purdue Board of Directors, beginning with Bates number PPLP004415773. This document was previously filed under seal as exhibit 4 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

6. Attached as Exhibit 5 is a true and correct copy of notes taken by Anthony Roncalli regarding a call between the Purdue Board of Directors dated December 2, 2010, beginning with Bates number PPLPBN-00000471. This document was previously filed under seal as exhibit 5 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

7. Attached as Exhibit 6 is a true and correct copy of the minutes from a June 24, 2011 meeting of the Purdue Board of Directors, beginning with Bates number PPLP004415824. This document was previously filed under seal as exhibit 6 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

8. Attached as Exhibit 7 is a true and correct copy notes taken by Anthony Roncalli regarding a meeting between the Purdue Board of Directors dated June 24, 2011, beginning with Bates number PPLBN-00000903. This document was previously filed under seal as exhibit 7 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

9. Attached as Exhibit 8 is a partially redacted true and correct copy of a financial statement prepared for Purdue by Ernst & Young in 2015, beginning with Bates number PPLPUCC9002668957. This document was previously filed under seal as exhibit 8 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

10. Attached as Exhibit 10 is a partially redacted true and correct copy of a quarterly report made to the Purdue Board of Directors dated July 15, 2008, beginning with Bates number PPLP004367297. This document was previously filed under seal as exhibit 10 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

11. Attached as Exhibit 12 is a partially redacted true and correct copy of a quarterly report made to the Purdue Board of Directors dated April 21, 2010, beginning with Bates number PPLPC012000269476. This document was previously filed under seal as exhibit 12 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

12. Attached as Exhibit 13 is a partially redacted true and correct copy of a quarterly report made to the Purdue Board of Directors dated August 3, 2011, beginning with Bates number PPLP004366913. This document was previously filed under seal as exhibit 13 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

13. Attached as Exhibit 14 is a partially redacted true and correct copy of a quarterly report made to the Purdue Board of Directors dated July 27, 2012, beginning with Bates number

PPLPC012000387481. This document was previously filed under seal as exhibit 14 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

14. Attached as Exhibit 15 is a partially redacted true and correct copy of a quarterly corporate compliance report made to the Purdue Board of Directors dated April 10, 2013, beginning with Bates number PPLPC004409601. This document was previously filed under seal as exhibit 15 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

15. Attached as Exhibit 20 is a partially redacted true and correct copy of the materials provided to the Purdue Board of Directors for a meeting on January 15, 2016, beginning with Bates number PPLP004412586. This document was previously filed under seal as exhibit 20 to the Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1805).

16. Attached as Exhibit 23 is a partially redacted true and correct copy of a Purdue Boards of Directors Meetings dated April 10, 2015 as produced in redacted form to the UCC under the bates number MSF00970358. This document was previously filed under seal as exhibit 23 to the Second Declaration of Jasmine Ball Dated October 14, 2020 (Dkt. No. 1807).

Dated: January 11, 2021
New York, New York

By: */s/ Jasmine Ball*
Jasmine Ball
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jball@debevoise.com

*Attorney for Beacon Company*