# US Term Loan Discussion

JJ Charhon

Tom Leggett

April 5, 2016



CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

# Process Update

- Since our last Board meeting, we have met with the ratings agencies and investors to update them in three areas:

  - Removal of Coventry from the borrowing group and ADF pipeline adjustment

> **Attorney-Client Privilege**

  - Financial update on 2015 performance and revised projections going forward

- In addition to these Purdue-specific updates, there has been a significant amount of mostly negative legal and regulatory press related to the Pharma industry and specifically opioids

- Despite these challenges, we were able to secure Redacted ratings from S&P Redacted and Moody's Redacted as before and maintain strong interest from several investors

# Redacted

- Additionally, in order to increase competition we added Citibank as a potential banking syndicate member

  - By having Citibank, Deutsche Bank and RBC compete to be in the transaction, we were able to secure more favorable transaction terms (e.g., covenants, revolving credit facility commitments)

  - We are recommending to hire JP Morgan, Citibank and RBC to lead the financing

**Maintaining our ratings and investor interest was a critical outcome given the increasingly challenging Pharma (specifically opioids) landscape**



CONFIDENTIAL | 2

PUBLICLY FILED PER STIPULATION [ECF 2140]