UNREDACTED CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# PURDUE PHARMA INC.

## Minutes of a Meeting of the Board of Directors

### December 2, 2010

A meeting of the Board of Directors of Purdue Pharma Inc., a New York corporation (the "Corporation"), as the general partner of Purdue Pharma L.P., a Delaware limited partnership (the "Partnership"), Purdue Pharma Products L.P., a Delaware limited partnership ("PPPLP") and Purdue Holdings L.P., a Delaware limited partnership ("PHLP"), was held on December 2, 2010 (the "Meeting"). A quorum of the Board of Directors was present, and at the request of those Directors present, Stuart D. Baker acted as Secretary of the Meeting.

After discussion, and on motion duly made and seconded, it was unanimously decided as follows:

RESOLVED, that PPPLP be and it hereby is authorized and directed to increase the price for all Ryzolt™ Tablet Strengths by 9.9% as of January 14, 2011; and further

RESOLVED, that the Partnership be and it hereby is authorized and directed to increase the price for all OxyContin® Tablet Strengths by 7.5% as of March 1, 2011; and further

RESOLVED, that the Partnership be and it hereby is authorized and directed to increase the price for all MS Contin® Tablet Strengths by 8.0% as of March 1, 2011; and further

RESOLVED, that the Partnership be and it hereby is authorized and directed to immediately distribute $160,794,177 and $100,496,360 on or before December 31, 2010 for an aggregate distribution of $261,290,537 as follows:

$160,000,000

1. The Partnership will distribute $160,794,177 to PHLP;

2. PHLP will then distribute $160,794,177 as follows:

CPAM: 3455273.1

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          PPLP004415773

UNREDACTED – CONTAINS OUTSIDE PROFESSIONAL EYES ONLY INFORMATION – TREAT SUBJECT TO PROTECTIVE ORDER

| Company | | Amount |
|---|---|---:|
| The Corporation | $ | 397,966 |
| PLP Associates Holdings Inc. | | 396,211 |
| PLP Associates Holdings L.P. | $ | 160,000,000 |
| TOTAL | $ | 160,794,177 |

3. PLP Associates Holdings L.P. will thereafter distribute $160,000,000 to BR Holdings Associates L.P.; and

4. BR Holdings Associates L.P. will then distribute $160,000,000 as follows:

| Company | | Amount |
|---|---|---:|
| Beacon Company | $ | 80,000,000 |
| Rosebay Medical Company L.P. | | 80,000,000 |
| TOTAL | $ | 160,000,000 |

$100,000,000

1. PPLP will distribute $100,496,360 to PHLP;

2. PHLP will then distribute $100,496,360 as follows:

| Company | | Amount |
|---|---|---:|
| Purdue Pharma Inc. | $ | 248,728 |
| PLP Associates Holdings Inc. | | 247,632 |
| PLP Associates Holdings L.P. | $ | 100,000,000 |
| TOTAL | $ | 100,496,360 |

3. PLP Associates Holdings L.P. will thereafter distribute $100,000,000 to BR Holdings Associates L.P.; and

4. BR Holdings Associates L.P. will then distribute $100,000,000 as follows:

| Company | | Amount |
|---|---|---:|
| Beacon Company | $ | 50,000,000 |
| Rosebay Medical Company L.P. | | 50,000,000 |
| TOTAL | $ | 100,000,000 |

; and further

CPAM: 3455273.1

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          PPLP004415774

UNREDACTED – CONTAINS OUTSIDE PROFESSIONAL EYES ONLY INFORMATION TREAT SUBJECT TO PROTECTIVE ORDER

    RESOLVED, that the proper officers of the Corporation be and each of them hereby is authorized and directed to make, execute and deliver, or cause to be made, executed and delivered on behalf of itself, the Partnership, PPPLP, and PHLP all such agreements, documents, instruments and other papers, as they may deem necessary or appropriate to carry out the purposes and intent of the foregoing resolutions.

    There being no further business to come before the Meeting, the same was, upon motion, adjourned.

_____
Stuart D. Baker
Secretary

CPAM: 3455273.1

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER  PPLP004415775