UNREDACTED - CONTAINS CONFIDENTIAL PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# DECEMBER 2, 2010

Produced by PURDUE PHARMA L.P.
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPBN-00000471

UNREDACTED CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

Board calls
Dec. 2, 2010

Produced by PURDUE PHARMA L.P.   PUBLICLY FILED PER STIPULATION [ECF 2140]   PPLPBN-00000472
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

UNREDACTED - CONTAINS OUTSIDE PROFESSIONAL EYES ONLY INFORMATION TREAT SUBJECT TO PROTECTIVE ORDER

✓ TES - call in ✓
~~HAS - not available~~
✓ [RAS - coming]  #
✓ Tudy - coming
✓ Cecil - calling in
~~JSC - not available~~
✓ ~~RES/BS - call in~~ ✓   * *  RES/BS
✓ RSS - call in
✓ TDS - coming
✓ Peter Boer - coming

≤ BM, Russ, ✓ HS

*** RSS - ok on pricing recommendations subject to 2 oxycontin price changes

Price Increase Recommendations
_____

Oxy Contin ②

PB, TL,     - move from March to Jan
TDS, RSS,   - increase higher strengths disproportionately
RAS, TES,   - plan a second increase in Apr/May
CP

TDS - keep MS Contin lower perhaps to avoid
      bad publicity

(Approved) - THS go forward w/ the 1st MS Contin and consider
             the second

Produced by PURDUE PHARMA L.P.   PUBLICLY FILED PER STIPULATION [ECF 2140]   PPLPBN-00000473
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

Sales Picture with OxyContin Since as moved to the new formulation

- b/c of the reduction in sales by about $175M

→ recommendation not to distribute the $320M, but instead $260M
would prefer to distribute $260 as sales came in

$160 Nov
End of March $100M
─────────
$260

TAS
RKS
PS, JC, TKS
CP, RRS, BS

(Approved)

9. Trans Launch

The Marriott at Scottsdale Arizona
Jan 16th - Sunday - Tuesday Jan 18 th departure

Produced by PURDUE PHARMA L.P.
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED
PUBLICLY FILED PER STIPULATION [ECF 2140]
PPLPBN-00000474