UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION TREAT SUBJECT TO PROTECTIVE ORDER

June 20, 2011   RRS, BS, RSS, TOS, PB, TES, MOAS, KAS, TL, CP
SDS, AW, PDM, CBM, RMS

# Redacted as Non-Purdue Material

Produced by PURDUE PHARMA L.P. to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests FOIA CONFIDENTIAL TREATMENT REQUESTED    PUBLICLY FILED PER STIPULATION [ECF 2140]    PPLPBN-00000903

June 21, 2011

RRS, BS, RSS, PB
TES, CP, JL, MOAS, KAS
CBM, SOS, JK, SBM, Rosen Gordin

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P. to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED
PUBLICLY FILED PER STIPULATION [ECF 2140]
PPLPBN-00000904

June 22, 2011

RSS, BS, RRS, TES, MORS, JL, CP, IB, JES, KAS

US Presentation

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P. PUBLICLY FILED PER STIPULATION [ECF 2140]   PPLBN-00000905
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

REDACTED CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.    PUBLICLY FILED PER STIPULATION [ECF 2140]    PPLPBN-00000906
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION - TREAT SUBJECT TO PROTECTIVE ORDER

**Redacted as Non-Purdue Material**



June 23, 2011

RRS, BS, RSS, JOS, PE
CP, JL, KAS, TES, MOAS
SOB, CBM, et al

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P. to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED
PUBLICLY FILED PER STIPULATION [ECF 2140]
PPLPBN-00000907

UNREDACTED – CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION – TREAT SUBJECT TO PROTECTIVE ORDER

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P. PUBLICLY FILED PER STIPULATION [ECF 2140] PPLPN-00000908
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

June 24, 2014

CP, JL, KAS, MDAS, JSC, TES
RSS, PB, RRS, BS, TDS
SDB, et al.

Ernst & Young (Dure)

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P. PUBLICLY FILED PER STIPULATION [ECF 2140] PPLPBN-00000909
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPBN-00000910

UNREDACTED – CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Redacted as Non-Purdue Material

Vintage Pharmaceuticals

MO48, KAS, JL, CP, FES, JSC    Approved
PB, JB, CJS, BS, RCS

# Attorney-Client Privilege

Produced by PURDUE PHARMA L.P.    PUBLICLY FILED PER STIPULATION [ECF 2140]    PPLPBN-00000911
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

UNREDACTED-CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION TREAT SUBJECT TO PROTECTIVE ORDER

# Attorney-Client Privilege

Produced by PURDUE PHARMA L.P.
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPBN-00000912

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION TREAT SUBJECT TO PROTECTIVE ORDER

Oncology Market

~~XXX~~
ON — Should we enter oncology market in US and
NEXT — if so what about Mos?
ABING4 — • late stage acquisition seems too $$
d S well — • acquired co must be cash flow positive
~~XXX~~ — by 2014
  • low risk — look for cash flow positive
    acquisition
TSS — Defer — - Develop global asset
KAS — Defer — - be ready for 2013/2014
MOAS —
RES — Defer
CP — take a look        (DEFER)
TAS — take a look
ESS — take a look
FL — Defer


PPLI Q2 $200 M DISTRIBUTION

(APPROVED) ↗

RES, SS, ESS, TAS, PB
TSS, KAS, ISC, MOAS, FL, CP

Produced by PURDUE PHARMA L.P.    PUBLICLY FILED PER STIPULATION [ECF 2140]    PPLPBN-00000913
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

**Redacted as Non-Purdue Material**

US Budget Adjustmt

* $1.1 gross sales shortfall
* $600 M short on bottom line

No change to Budget
Increase headcount okay but do it by
attrition or other cost savings measures so
the bottom line of the MYP is not adversely
impacted

QRS, RSS, JBS,
IB, TSS & AS,
NOAS, CD, JL
ISL

(Approved)

*. Authorize FG hires, but keep your total
headcount out/or spend the same

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.    PUBLICLY FILED PER STIPULATION [ECF 2140]    PPLPBN-00000914
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED