INITIALLY FILED CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER FINAL DETERMINATION.
TREAT SUBJECT TO PROTECTIVE ORDER

**BOARDS OF DIRECTORS MEETINGS**
**(U.S. Companies)**

**Wednesday, April 10, 2013**

**AGENDA**

1.   Interim Decisions

   •   None

2.   Pending Decisions

   A.   Targiniq® - Confirmation as the US Trademark for Targin®
      **(5 Minutes)** **(U.S. - 3 through U.S. - 5)**

   B.   Infinity Shares **(5 Minutes)** **(U.S. - 7 through U.S. - 8)**

3.   FDA Decision on Generics to Non-AD OxyContin® – Contingency
   **(30 Minutes)**

4.   <div style="border:1px dashed">**Redacted**</div>

5.   _____ - MS Contin® **(30 Minutes)** **(U.S. - 10
   through U.S. - 92)**

6.   1Q 2013 Compliance Report **(15 Minutes)** **(U.S. - 94 through U.S. - 107)**

7.   Other

CPAM: 5398014.2

**U.S. - 1**

PUBLICLY FILED PER STIPULATION [ECF 2140]

   PPLP004409601

INITIALLY REDACTED - CONFIDENTIAL - PROFESSIONALS' EYES ONLY - ATTORNEY WORK PRODUCT - EXPERT INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# TAB 2A

U.S. - 2

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INITIAL DRAFT - CONFIDENTIAL - SUBJECT TO PROFESSIONAL ATTORNEY-CLIENT DISCUSSION.
TREAT SUBJECT TO PROTECTIVE ORDER

## PROPOSED DECISION

### March __, 2013

Targiniq® - Confirmation as the US Trademark for Targin®

It is proposed that Targiniq® be confirmed as the US Trademark for Targin®.

(Decision of the Board of Directors of Purdue Pharma Inc., as the General Partner of Purdue Pharma L.P.)

CPAM: 5358552.1

U.S. - 3

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409603

HIGHLY CONFIDENTIAL — SUBJECT TO PROFESSIONALS' EYES ONLY & REDACTION.
TREAT SUBJECT TO PROTECTIVE ORDER

## Baker, Stuart D.

| | |
|---|---|
| **From:** | Stewart, John H. (US) |
| **Sent:** | Friday, March 01, 2013 11:37 AM |
| **To:** | Baker, Stuart D.; Boer, Peter; Costa, Paulo; Judy Lewent; Pickett, Cecil; Sackler, Beverly; Sackler, Dame Theresa; Sackler, David; Sackler, Dr Kathe; Sackler, Dr Raymond R; Sackler, Dr Richard; Sackler, Jonathan; Sackler, Mortimer D.A.; Snyderman, Ralph |
| **Cc:** | Cadet, Ronald; Gasdia, Russell; Landau, Dr. Craig; Mallin, William; Stiles, Gary |
| **Subject:** | TARGINIQ is the Recommended US Trademark for ONU (Targin) |

Below is an email from Ron Cadet, our OxyContin Brand Manager who also on the ONU Development Team, which outlines the rationale for selection of Targiniq as the US brand name for the product – which Russ and I support.  The choice of Targiniq culminated out of the results of a detailed research survey of 12 "finalist" names - involving 75 physicians, 75 pharmacists and 100 pain patients.

The original hope was to be able to use Targin as the US tradename, but as noted below – that name was rejected by the Patent and Trademark Office.  In order to maintain brand international brand awareness/continuity, the Targin-like marks of Targinact and Targiniq were included in the research – along with Targin itself for comparative purposes.  The research evaluates each name on two primary parameters, likelihood of regulatory agency acceptance (freedom from brand confusion, inherent promotional claims etc.) and marketing criteria (first impressions, attributes, favorite name, overall choice, etc.).  Due to the importance for a trademark to be acceptable to the FDA, somewhat greater priority is given to performance on the regulatory factors – but not overwhelmingly so.

In the charts within Ron's email below, you will see that the top three marks in terms of marketing performance were Targinact, Targin and Targiniq, respectively.  However, on the regulatory criteria, the order among the three was just the opposite.  As such, and knowing that Targin isn't available – the choice is Targiniq, and I have advised Ron and Russ to proceed with Targiniq – with the expectation that it will be accepted by the FDA.  If it is not, we will undertake additional analyses/discussions before proceeding with the current "second place" selection – Omtinu.  I do, however, want you to be informed of the process and basis for the selection.

If you would like to see the detailed report of the research project, let me know and I'll have it forwarded.


Regards – John


**From:** Cadet, Ronald
**Sent:** Wednesday, February 27, 2013 5:21 PM
**To:** Stewart, John H. (US)
**Cc:** Gasdia, Russell; Mallin, William
**Subject:** ONU Naming Project - Decision Required
**Importance:** High

John-

<u>ACTION</u>: Provide approval to move forward with **TARGINIQ** as the first choice name candidate for ONU and **OMTINU** as the backup (replacing **TROFITTA**) by March 11th.
- It is still my recommendation at we should move forward with **TARGINIQ** as the first choice US brand name candidate for ONU.
  - Although both **TARGIN** and **TARGINACT** performed slightly better in the naming research, as measured by the Marketing Performance Index, the differences were relatively minor.  Moreover, our trademark application for **TARGIN** was rejected by the United States Patent and Trademark Office based on similarity to the existing mark **TARGEGEN** – so we are not going to be able to use Targin
  - Based on the naming research, **TARGINACT** poses a greater risk of not getting approved by the FDA, due to the potential look alike confusion with **TAGAMET**.

1

**U.S. - 4**

PUBLICLY FILED PER STIPULATION [ECF 2140]

INITIALLY FILED UNDER SEAL / CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

**OTHER:**

<div style="border:1px dashed;text-align:center">

# Redacted

</div>

- It will now be published for opposition in the next few months, which means that third parties will be given thirty days to oppose our application if they believe it conflicts with their trademark rights.  If nobody opposes the application, we will then receive a "Notice of Allowance", which will give us three years to begin using the mark (and once we begin using it, we will get a registration).
- Our first choice for the backup name (backup to a Targin-like name) was originally **OMTINU,** as it tested well in the Marketing Performance Index and is also a strong candidate for Regulatory approval



**CLOSE:**  Please let me know if you have any questions.

Thanks,

*Ron*
Ron Cadet | Sr. Product Manager, Marketing | 203.588.7257 |

U.S. - 5

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          PPLP004409605

INITIALLY FILED CONFIDENTIAL OR PROFESSIONALS' EYES ONLY BASIS. TREAT SUBJECT TO PROTECTIVE ORDER

# TAB 2B

U.S. - 6

PUBLICLY FILED PER STIPULATION [ECF 2140]

INITIAL REDACTION OF PROFESSIONAL PERSONAL INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

**Baker, Stuart D.**

| | |
|---|---|
| **From:** | Baker, Stuart D. |
| **Sent:** | Friday, April 05, 2013 2:28 PM |
| **To:** | 'Raymond R Sackler                                    "Beverly Sackler'; "Theresa Sackler'; 'Sackler, Dr Richard'; "Ilene Sackler-Lefcourt'; 'Kathe Sackler                                    ; 'Sackler, Jonathan'; "Mortimer D. A. Sackler'; 'Sackler, David'; 'Peter Boer            '; 'Peter Boer              ; 'Lewent, Judy'; 'Pickett, Cecil'; 'Costa, Paulo'; 'Snyderman, Ralph' |
| **Cc:** | 'Mitchell, Christopher B.'; Schreyer, Leslie J.; Roncalli, Anthony; Vellucci, Frank S. |
| **Subject:** | Proposed Decision - Infinity Shares |
| **Attachments:** | Proposed Decision - Infinity Shares.DOCX |

Friday, April 5, 2013

Dear All,

Dr. Raymond, Theresa, Dr. Richard, Ilene, Dr. Kathe, Jonathan and Mortimer have all agreed that all the shares of Infinity Pharmaceuticals, Inc. held by Beacon Company, Rosebay Medical Company L.P. and Purdue Pharma L.P. should be sold provided that an acceptable price is achieved.  The sale is anticipated to take place next week.  In order to effect the transaction it will be necessary for Purdue Pharma L.P. to distribute the 5,416,565 shares of Infinity Pharmaceuticals, Inc. it holds 50% to Beacon Company and 50% to Rosebay Medical Company L.P.  Attached is a Proposed Decision authorizing that distribution.  The distribution of the Infinity shares will be contingent upon a decision to complete the transaction.

Please let me have your decision as soon as possible.

Stuart

U.S. - 7

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              PPLP004409607

INITIALLY FILED CONTAINS HIGHLY CONFIDENTIAL PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# PROPOSED DECISION

## April   , 2013

Infinity Shares

It is proposed that Purdue Pharma L.P. ("PPLP") distribute the 5,416,565 shares of Infinity Pharmaceuticals, Inc. ("Infinity") held by PPLP 50% to Beacon Company ("Beacon") and 50% to Rosebay Medical Company L.P. ("Rosebay"); however, such distribution of shares to Beacon and Rosebay will be contingent upon completing the proposed sale of all of the Infinity shares.

(Decision of the Board of Directors of Purdue Pharma Inc., as the General Partner of Purdue Pharma L.P.)

CPAM: 5423245.1

U.S. - 8

PUBLICLY FILED PER STIPULATION [ECF 2140]

INITIAL DOC. FILED CONFIDENTIALLY. PROF. FERNANDO OLIVAR COMISSION.
TREAT SUBJECT TO PROTECTIVE ORDER

# TAB 5

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409609

INITIALLY FILED CONFIDENTIAL WITH A NOTICE OF INTENT AND REQUEST TO
TREAT SUBJECT TO PROTECTIVE ORDER

# Redacted

U.S. - 10

PUBLICLY FILED PER STIPULATION [ECF 2140]

INITIALLY FILED CONFIDENTIALLY; COURT HAS ORDERED THAT PARTIES NEED NOT CONTINUE TO
TREAT SUBJECT TO PROTECTIVE ORDER



U.S. - 11

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - OUTSIDE PROFESSIONALS' EYES ONLY - SUBJECT TO FURTHER CONFIDENTIALITY DESIGNATION. TREAT SUBJECT TO FED. R. EVID. 408 AND ALL STATE LAW EQUIVALENTS AS PRIVILEGED PROTECTIVE ORDER

# Redacted

3

CPAM: 5389839.1

U.S. - 12

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004409612

INITIALLY FILED CONFIDENTIALLY. THIS OFFICIAL VERSION DOES NOT
TREAT SUBJECT TO PROTECTIVE ORDER

# Blue Sheet

U.S. - 13

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409613

INITIALLY FILED UNDER SEAL - CONTAINS OR REFLECTS INFORMATION PREVIOUSLY DESIGNATED AS CONFIDENTIAL - TREAT SUBJECT TO PROTECTIVE ORDER

# Abuse Deterrent MS Contin® Proposal

## Questions raised at or since the
## March 21, 2013 Board Presentation



U.S. - 14

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409614

INITIAL DRAFT HELD CONFIDENTIAL SUBJECT TO PROFESSIONAL EYES ONLY DESIGNATION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 1. Which Technologies were considered and how did Purdue conclude that PEO was the best alternative?

➢ Rhodes and Cranbury abuse deterrent formulation development programs were considered.

1. Both programs are in the early stages of development.

2. Both programs are one or more years behind the PEO approach.

3. Both programs have a lower probability of success: 30% for Rhodes and Cranbury versus 85% to 95% for the PEO approach.



U.S. - 15

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409615

INITIALLY FILED UNDER SEAL - CONTAINS CONFIDENTIAL & HIGHLY CONFIDENTIAL - PROFESSIONAL EYES' ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# 1. Which Technologies were considered and how did Purdue conclude that PEO was the best alternative? (Continued)

➢ ......................... melt extrusion abuse deterrent technology – currently used in Opana and Tapentadol – was evaluated and rejected because:

1. COGS was double the PEO approach.
2. Capital spending of, at least, $20 million would be required.
3. The technology transfer from .............. would have been challenging.
4. The abuse deterrent characteristics of the PEO approach are preferred.

➢ Antagonist/agonist abuse deterrent program (e.g., morphine/naloxone) was considered, but rejected because:

1. The cost of such a program would be much closer to the cost of developing Targin ($200 million), and consuming substantially more time.
2. It would be a new product requiring a marketing/sales investment to build demand.

Note: Purdue has followed the tamper resistant market and considered alternative technologies such as Egalet, Collegium, Oros, Elite, and others.  All have been rejected as either not offering sufficient TR properties, too expensive or focused on molecules not of interest to Purdue.



U.S. - 16

PUBLICLY FILED PER STIPULATION [ECF 2140]

INITIALLY FILED UNDER SEAL – CONTAINS HIGHLY CONFIDENTIAL INFORMATION – PLEASE TREAT SUBJECT TO PROTECTIVE ORDER

## 1. Which Technologies were considered and how did Purdue conclude that PEO was the best alternative? (Continued)

### RECOMMENDATION:

The          PEO approach is recommended because

1. It is a proven technology.
2. It has a much higher probability of success.
3. It requires no capital investment and has lower COGS than          melt extrusion technology
4. Purdue fully controls the development.
5. The PEO approach has been successful in the market place – so should be better accepted by the FDA (see Dr. Gary Stiles' write-up in back-up).



U.S. - 17

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409617

HIGHLY CONFIDENTIAL - SUBJECT TO PROFESSIONALS' EYES ONLY - OUTSIDE PROFESSIONAL'S EYES ONLY HIGHLY CONFIDENTIAL INFORMATION - TREAT SUBJECT TO PROTECTIVE ORDER

**2.** **The commercial opportunity being presented is based on displacing current non-abuse deterrent MSER in the U.S. with an abuse deterrent MSER.  Do you plan to license this technology to multiple suppliers to ensure FDA and other regulators' timely action?**

➢ Yes, we have considered this approach.  The proposed term sheet gives Purdue the right to

It is anticipated that Rhodes will participate in the market from the outset.

➢ Purdue has had discussions with Sandoz

but has not and does not intend to make commitments until closer to launch.



U.S. - 18

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409618

CONFIDENTIAL - SUBJECT TO PROFESSIONALS' EYES ONLY & TO BE CONSIDERED & TO
TREAT SUBJECT TO PROTECTIVE ORDER

## 2. The commercial opportunity being presented is based on displacing current non-abuse deterrent MSER in the U.S. with an abuse deterrent MSER. Do you plan to license this technology to multiple suppliers to ensure FDA and other regulators' timely action? (Continued)

We believe that multiple suppliers will increase the likelihood of the FDA removing non-TR products from the market.

1. FDA's track record in creating market disruptions is inconsistent.
    A. In the cases of Colcrys (colchicine) and Qualaquin (quinine sulfate) the FDA appears to have removed legacy products quickly, within months, without requirements for multiple competitors.
    B. On the other hand, the phase-out of the CFC propelled albuterol inhalers took several years, with the FDA waiting for 2 or more competitors.
    C. Multiple suppliers create an environment where the FDA is more likely to remove non-TR products quickly.

2. Regulatory environment around opioids is highly likely to favor abuse deterrent products. The ultimate regulatory and launch strategies will develop as the environment develops.

*PURDUE*

U.S. - 19

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROFESSIONALS' EYES ONLY DESIGNATION
TREAT SUBJECT TO PROTECTIVE ORDER

**3. The U.S. commercial opportunity being presented is based on displacing current low cost non-abuse deterrent MSER with higher cost abuse-deterrent MSER. Such a change could be viewed unfavorably by commercial and government payers and regulators. How do you plan to mitigate the risk of such consequences?**

➢ The cost of prescription drug abuse is enormous, and we are developing pharmacoeconomic analyses to demonstrate the overall cost-effectiveness of AD formulations.

➢ MS Contin® brand rebating and patient co-pay assistance programs will be developed in advance of launch. These programs should help mitigate criticism.

➢ Authorized generic pricing will be managed by supply prices and royalties, but will likely change only after non-abuse deterrent products are removed from the market.



U.S. - 20

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409620

INITIAL DOC 2247-12 CONTAINS CONFIDENTIAL PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 4. The proposed license reserves certain markets for Purdue/Mundipharma with some markets reserved for ___ – please explain.

| | |
|---|---|
| ___ markets at signing | |
| Purdue Mundipharma market | |
| Purdue Mundipharma markets | |



U.S. - 21

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409621

INITIAL DOCUMENT-CONTAINS CONFIDENTIAL AND HIGHLY CONFIDENTIAL INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

**5.   The proposed term sheet has Purdue paying a royalty on**
**                                                – which is more typical in a**
**generic market.  In fact, the term sheet has**
**paying a royalty on its gross margin.  Can Purdue's royalty be**
**changed to a percent of gross margin?**

➢   The different royalty calculations will be addressed in the contract.

➢   We propose trying to:

* Note: A is the preferred position and C is the least desirable.



PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409622

INITIAL DRAFT — CONFIDENTIAL — FOR SETTLEMENT DISCUSSION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 6. The proposed term sheet does not seem to provide for an orderly transition to an improved technology – should one become available.  How will such a possibility be managed?

➢ The proposed term sheet allows Purdue to

The final contract language would likely make this a clumsy tool for this purpose.

➢ If we seek flexibility to transition out of the deal,                    will likely want to protect their royalty in the Purdue markets and would want to ensure                     access to the new technology in the                     markets.  This would become difficult.

➢ We propose addressing this issue indirectly by reserving our right to stop commercialization for "safety".



U.S. - 23

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL - PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

## 7.    The proposed term sheet

### Please explain!

➢ The proposed term sheet leaves

➢ Rhodes requested this freedom-to-operate.



U.S. - 24

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409624

INITIALLY FILED UNDER SEAL — CONTAINS HIGHLY CONFIDENTIAL PROFESSIONALS' EYES ONLY / ATTORNEYS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 8.   What will the tablet sizes be?



U.S. - 25

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409625

HIGHLY CONFIDENTIAL – PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

## 9. Please describe the opportunity in the EU.  How will that opportunity be realized?

Meeting Discussion



U.S. - 26

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409626

HIGHLY CONFIDENTIAL – PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

## 10. **Please provide a financial summary and P&L**

| | |
|---|---|
| Up front to | |
| R&D development | $28.4 million |
| NDA approval milestone to | |
| Royalty to | |
| | |
| | |
| Launch | |

*



U.S. - 27

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INITIAL DRAFT – FOR DISCUSSION PURPOSES ONLY, AND SUBJECT TO REVISION.
TREAT SUBJECT TO PROTECTIVE ORDER

# P&L's

### Disruption Scenario
Brand used to fill 20% of scripts written MS Contin for 3 years with 40% rebate; return to original market share and rebate.  Authorized Generic price increase from 5% to 10% of in year 3 WAC

| PROFIT AND LOSS STATEMENT | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** | | | | | | | | | |
| Purdue brand | net sales, $000s | 11,235 | 11,803 | 12,402 | 191,883 | 201,578 | 211,806 | 15,108 | 15,871 |
| Purdue/Rhodes generic | net sales, $000s | 32,427 | 33,073 | 33,739 | 34,412 | 35,098 | 105,903 | 108,014 | 110,167 |
| Total Net Sales | | $ 43,662 | $ 44,876 | $ 46,141 | $ 226,294 | $236,676 | $317,709 | $123,121 | $ 126,038 |
| | | | | | | | | | |
| **Cost of Goods** | | | | | | | | | |
| Purdue brand | $000s | 219 | 224 | 228 | 5,711 | 5,825 | 5,943 | 247 | 252 |
| Purdue/Rhodes generic | $000s | 17,725 | 18,079 | 18,443 | 18,810 | 19,185 | 28,135 | 28,696 | 29,268 |
| Total Cost of Goods | | $ 17,945 | $ 18,302 | $ 18,671 | $ 24,522 | $ 25,010 | $ 34,078 | $ 28,943 | $ 29,520 |
| | | | | | | | | | |
| **Gross Margin** | | | | | | | | | |
| Purdue brand | $000s | 11,016 | 11,579 | 12,173 | 186,171 | 195,753 | 205,863 | 14,861 | 15,619 |
| Purdue/Rhodes generic | $000s | 14,702 | 14,995 | 15,297 | 15,601 | 15,912 | 77,768 | 79,318 | 80,899 |
| Net sales royalty from 3rd-party generic | 10.0% of net sales, $000s | | | | | | 3,177 | 3,240 | 3,305 |
| **Total Gross Margin** | | **$ 25,717** | **$ 26,574** | **$ 27,470** | **$ 201,773** | **$211,666** | **$286,808** | **$ 97,419** | **$ 99,823** |
| *Gross margin as % of net sales* | | *58.9%* | *59.2%* | *59.5%* | *89.2%* | *89.4%* | *90.3%* | *79.1%* | *79.2%* |
| | | | | | | | | | |
| Total Operating Expenses (before financial deal terms) | | $ 4,267 | $ 9,786 | $ 12,569 | $ 16,023 | $ 11,013 | $ 14,659 | $ 5,903 | $ 5,772 |
| | | | | | | | | | |
| **Financial Deal Terms** | | | | | | | | | |
| Total Milestones (P&L) | | | | | | | | | |
| Total Royalties | | | | | | | | | |
| **Operating Profits before Taxes** | $000s | $ 20,962 | $ 16,299 | $ 14,412 | $ 171,905 | $186,030 | $249,860 | $ 83,117 | $ 85,474 |

# Redacted



PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409628

INITIALLY FILED UNDER SEAL PROVISIONALLY WITH PERMISSION.
TREAT SUBJECT TO PROTECTIVE ORDER

**P&L**

| ASSUMPTIONS | | | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Morphine (BID) Market (million tablets)** | | | | | | | | | | | | | | | | |
| 15MG | | | 126.3 | 128.8 | 131.3 | 134.0 | 136.6 | 139.4 | 142.2 | 145.0 | 147.9 | 150.9 | 153.9 | 156.9 | 160.1 | 163.3 |
| 30MG | | | 165.5 | 168.8 | 172.2 | 175.7 | 179.2 | 182.7 | 186.4 | 190.1 | 193.9 | 197.8 | 201.7 | 205.8 | 209.9 | 214.0 |
| 60MG | | | 101.8 | 103.9 | 105.9 | 108.1 | 110.2 | 112.4 | 114.7 | 117.0 | 119.3 | 121.7 | 124.1 | 126.6 | 129.1 | 131.7 |
| 100MG | | | 50.0 | 51.0 | 52.0 | 53.1 | 54.1 | 55.2 | 56.3 | 57.5 | 58.6 | 59.8 | 61.0 | 62.2 | 63.4 | 64.7 |
| 200MG | | | 5.8 | 5.9 | 6.0 | 6.1 | 6.2 | 6.4 | 6.5 | 6.6 | 6.7 | 6.9 | 7.0 | 7.2 | 7.3 | 7.4 |
| Total number of tablets (million) | | | 449.4 | 458.4 | 467.5 | 476.9 | 486.4 | 496.1 | 506.1 | 516.2 | 526.5 | 537.0 | 547.7 | 558.6 | 569.8 | 581.1 |
| Number of tablets per bottle (average) | | | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 | 84 |
| Total IMS morphine BID market | in bottles, 000s | | 5,336 | 5,443 | 5,551 | 5,663 | 5,776 | 5,891 | 6,010 | 6,129 | 6,252 | 6,377 | 6,504 | 6,633 | 6,766 | 6,901 |
| Growth year-to-year | 2.0% p.a. | | | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| **Market Share, by sales bottles** | | | | | | | | | | | | | | | | |
| Purdue brand (2013, fixed) | 25 in bottles, 000s | | | 0.4% | 0.4% | 0.4% | 10.0% | 10.0% | 10.0% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| Purdue/Rhodes generic | | | | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 50.0% | 50.0% | 50.0% | 50.0% | 34.8% | 34.8% | 34.8% | 34.8% |
| 3rd-party generic, licensed by Purdue | 15.0% during 2016-2019 | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 15.0% | 15.0% | 15.0% | 15.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Other manufacturers | total to 100% | | | 64.8% | 64.8% | 64.8% | 55.2% | 55.2% | 25.0% | 34.6% | 34.6% | 34.6% | 54.8% | 54.8% | 54.8% | 54.8% |
| **Pricing, weighted-average by mg** | | | | | | | | | | | | | | | | |
| Purdue brand net price | 3.0% per bottle, growth yty | 40% rebate | $ 506.71 | $ 521.91 | $ 537.57 | $ 332.22 | $ 342.18 | $ 352.45 | $ 605.04 | $ 623.19 | $ 641.88 | $ 661.14 | $ 680.97 | $ 701.40 | $ 722.44 |
| Purdue/Rhodes generic dead-net price; Ci | 3.4% <= % of WAC =>TR | 10% | | $ 17.13 | $ 17.13 | $ 17.13 | $ 17.13 | $ 17.13 | $ 35.24 | $ 35.24 | $ 35.24 | $ 35.24 | $ 35.24 | $ 35.24 | $ 35.24 | $ 35.24 |
| **Cost of Goods (Unit)** | | | | | | | | | | | | | | | | |
| Purdue brand | $ 9.89 per bottle, w/S&W 10% | 0% | | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 |
| Purdue/Rhodes generic | $ 9.36 per bottle, w/S&W 10% | 0% | | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 |

| PROFIT AND LOSS STATEMENT | | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** | | | | | | | | | | | | | | | |
| Purdue brand | net sales, $000s | | 11,235 | 11,803 | 12,402 | 191,883 | 201,578 | 211,806 | 15,108 | 15,871 | 16,675 | 17,517 | 18,402 | 19,332 | 20,309 |
| Purdue/Rhodes generic | net sales, $000s | | 32,427 | 33,073 | 33,739 | 34,412 | 35,098 | 105,903 | 108,014 | 110,167 | 112,374 | 79,728 | 81,317 | 82,938 | 84,591 |
| Total Net Sales | | | $ 43,662 | $ 44,876 | $ 46,141 | $ 226,294 | $ 236,676 | $ 317,709 | $ 123,121 | $ 126,038 | $ 129,048 | $ 97,245 | $ 99,719 | $ 102,270 | $ 104,900 |
| **Cost of Goods** | | | | | | | | | | | | | | | |
| Purdue brand | $000s | | 219 | 224 | 228 | 5,711 | 5,825 | 5,943 | 247 | 252 | 257 | 262 | 267 | 273 | 278 |
| Purdue/Rhodes generic | $000s | | 17,725 | 18,079 | 18,443 | 18,610 | 19,185 | 28,135 | 28,696 | 29,268 | 29,854 | 21,181 | 21,603 | 22,034 | 22,473 |
| Total Cost of Goods | | | $ 17,945 | $ 18,302 | $ 18,671 | $ 24,522 | $ 25,010 | $ 34,078 | $ 28,943 | $ 29,520 | $ 30,111 | $ 21,443 | $ 21,871 | $ 22,307 | $ 22,751 |
| **Gross Margin** | | | | | | | | | | | | | | | |
| Purdue brand | $000s | | 11,016 | 11,579 | 12,173 | 186,171 | 195,753 | 205,863 | 14,861 | 15,619 | 16,418 | 17,255 | 18,135 | 19,060 | 20,031 |
| Purdue/Rhodes generic | $000s | | 14,702 | 14,995 | 15,297 | 15,601 | 15,912 | 77,768 | 79,318 | 80,899 | 82,519 | 58,546 | 59,713 | 60,904 | 62,118 |
| Net sales royalty from 3rd-party generic | 10.0% of net sales, $000s | | | | | | | 3,177 | 3,240 | 3,305 | 3,371 | 2,292 | 2,338 | 2,385 | 2,432 |
| Total Gross Margin | | | $ 25,717 | $ 26,574 | $ 27,470 | $ 201,773 | $ 211,666 | $ 286,808 | $ 97,419 | $ 99,823 | $ 102,308 | $ 78,094 | $ 80,186 | $ 82,348 | $ 84,581 |
| Gross margin as % of net sales | | | 58.9% | 59.2% | 59.5% | 89.2% | 89.4% | 90.3% | 79.1% | 79.2% | 79.3% | 80.3% | 80.4% | 80.5% | 80.6% |
| Total Operating Expenses (before financial deal terms) | | | $ 4,267 | $ 9,786 | $ 12,569 | $ 16,023 | $ 11,013 | $ 14,659 | $ 5,903 | $ 5,772 | $ 5,907 | $ 4,476 | $ 4,587 | $ 4,702 | $ 4,820 |
| **Financial Deal Terms** | | | | | | | | | | | | | | | |
| Total Milestones (P&L) | | | | | | | | | | | | | | | |
| Total Royalties | | | | | | | | | | | | | | | |

# Redacted

| | | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Profits before Taxes** | $000s | | $ 20,962 | $ 16,299 | $ 14,412 | $ 171,905 | $ 186,030 | $ 249,860 | $ 83,117 | $ 85,474 | $ 97,641 | $ 66,987 | $ 68,822 | $ 70,717 | $ 72,677 |
| Provision for income taxes | 50.0% tax rate | | (10,481) | (8,149) | (7,206) | (85,953) | (93,015) | (124,930) | (41,559) | (42,737) | (43,820) | (33,493) | (34,411) | (35,359) | (36,338) |
| **Net Income after Taxes** | $000s | | $ 10,481 | $ 8,149 | $ 7,206 | $ 85,953 | $ 93,015 | $ 124,930 | $ 41,559 | $ 42,737 | $ 43,820 | $ 33,493 | $ 34,411 | $ 35,359 | $ 36,338 |

**PURDUE**

**U.S. - 29**

PUBLICLY FILED PER STIPULATION [ECF 2140]

INITIALLY FILED CONFIDENTIAL SUBJECT TO A MOTION TO FILE UNDER SEAL PURSUANT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# BACK UP



U.S. - 30

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409630

INITIAL DESIGNATED CONTAINS CONFIDENTIAL PROFESSIONALS' EYES ONLY DESIGNATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Memo from G. Stiles regarding timelines and risk:

**From:** Stiles, Gary
**Sent:** Thursday, March 28, 2013 7:32 AM
**To:** Sackler, Dr Richard
**Cc:** Stewart, John H. (US); Mahony, Edward; Baker, Stuart D.
**Subject:** MS Contin

Richard,

Following our discussion, I have put together 2 timelines for your review. The first is the timeline for the development of TR-MS Contin using a PEO approach via the proposed license from                which builds upon the approach used for development of the  current OxyContin product. The second is the timeline for development using the                based platform that Rich Mannion and his group have been developing in Cranbury, which is not dependent on any licensing or external technology. As you can see, the second approach adds approximately one year to the development time. However, time is only one factor we should consider in deciding what approach we should take.

A second very important factor is the relative risk of failure or significant delay between the two programs.  We believe the risks are quite different at each stage of the development process and for the commercial scale "manufacturability" for the two programs. For example, the                formulation is only in preliminary stages of development, and we do not know that the technology will be successful. We have performed the preliminary work with a payload of 10 mg oxycodone as the test opioid. These results are encouraging, but do not necessarily correlate well with what will be observed at higher strengths. This is particularly import for MS Contin, where the range of strengths will be from 15 – 200 mg. We know from experience that when the ratio of components such as                to API is altered, two major characteristics of the formulation change -- the release rate and the abuse deterrent properties. Therefore different size and shape tablets may be needed for different tablet strengths, and whether the highest strengths can be accommodated at all remains unknown. We currently know much more about these relationships with PEO than                , so we will need more experimentation time with the                approach. We simply don't have the 8-10 years of experience we have had with the PEO-based formulation.

 Another major issue that remains unknown is the "manufacturability" of the                formulation.  At the current stage of development this is normal and expected, but it is an extremely important issue – since unlike the situation where one makes a  new product using a new formulation technology and there is a  natural volume ramp up over several years, in this case production volume will be huge right from launch (because of the combined volume of MS Contin brand and Rhodes generic). I raise this issue because we know the Edragit formulation is "sticky" and the manufacturing process may need to be modified as it evolves to commercial scale. In addition, we may need new equipment such as spray technology with which we are less familiar and, as such, may give rise to unforeseen delays and other hurdles as we progress the project.

The third issue is the stability of morphine in this formulation; we can quickly ascertain if it is very unstable – but longer term stability issues may arise.

I want to reassure you that I am very much in favor of continuing to develop the                platform as a potential alternative to the PEO formulation for OxyContin, and for other opioids as well.  In the instance of MS Contin, I am simply highlighting the risk of proceeding solely with a yet unproven technology for a marketed product with substantial commercial volume.

My opinion is that the chance of success within the time frames shown on the attached timelines for the PEO approach is 85-90% and for the                approach is 30%.

This is the thought process we used in coming to the conclusion that the PEO approach was the preferred approach for MS Contin.

I am glad to discuss further with you if that would be helpful.



Best,
Gary

U.S. - 31

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409631

HIGHLY CONFIDENTIAL – PROFESSIONALS' EYES ONLY / SUBJECT TO
TREAT SUBJECT TO PROTECTIVE ORDER

# Internal TR-MS Contin Provisional Timeline (PEO)



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

U.S. - 32

PUBLICLY FILED PER STIPULATION [ECF 2140]

INITIAL DOC 2247-12 CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Internal TR-MS Contin Provisional Timeline



PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409633

INITIALLY FILED CONTAINS CONFIDENTIAL PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

# Potential Protection/IP for Proposed ER Morphine Bid Abuse Deterrent Product

## Patents that Currently Could Be Orange-Book Listed for Non-Melt Extruded MS Contin®

| Title | Pub. Date | Priority | Publication | U.S. Patent | Granted | Expiration |
|-------|-----------|----------|-------------|-------------|---------|------------|
|       |           |          |             |             |         |            |

- Please note that this table only includes issued patents. It does not include pending applications from which additional Orange Book-listable patents may be granted, as issuance of a patent, claim scope, and patent expiration cannot be determined with certainty based upon a pending patent application.
- All patents above are also listed in the Orange Book for OxyContin®.
- MS Contin® would not be eligible for 3 years of Hatch Waxman data exclusivity.



Source: Purdue Legal department

U.S. - 34

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004409634

INITIAL DISCLOSURE - CONTAINS INFORMATION OF HIGHLY SENSITIVE NATURE. TREAT SUBJECT TO PROTECTIVE ORDER

# Blue Sheet

U.S. - 35

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409635

INITIALLY FILED UNDER SEAL - CONTAINS INFORMATION PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Abuse Deterrent MS Contin® Agenda

March 21, 2013

- ER Morphine Market
- ER Morphine Abuse
- Abuse Deterrent Technology
- Abuse Deterrent Technology
- Development Plan and Timeline
- Commercial Opportunity
- Risks
- Summary



U.S. - 36

PUBLICLY FILED PER STIPULATION [ECF 2140]

INITIALLY FILED UNDER SEAL - CONFIDENTIAL - SUBJECT TO PROFESSIONALS' EYES ONLY PER PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Why abuse deterrent ER Morphine?

- ER morphine appears to be less abused than Oxy IR, hydrocodone – APAP or OxyContin – but is still substantially abused. That abuse will likely increase as abuse deterrent versions of oxycodone IR and Opana are introduced.

- ER morphine is abused via injecting or snorting – both likely made more difficult in an abuse deterrent dosage.

- ER morphine is currently ~30% of all long acting opioid prescriptions – so is an important part of an abuse deterrent opioid strategy.

- Any governmental regulations in favor of abuse deterrent opioids will almost certainly pertain to ER morphine.



U.S. - 37

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004409637

CONFIDENTIAL - SUBJECT TO PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Why Purdue/Rhodes is in a unique position to develop and commercialize an abuse deterrent ER Morphine?

- Purdue has a successful track record developing abuse deterrent opioids, collecting and disseminating meaningful abuse deterrent data and obtaining timely FDA approval.

- An abuse deterrent ER Morphine would become part of Purdue's portfolio of abuse deterrent products – OxyContin, Targin, ER hydrocodone and IR oxycodone.

- The MS Contin NDA – owned by Purdue – should enable Purdue to more readily disrupt the market.

- 50% of ER morphine prescriptions are written "MS Contin".

- Rhodes 37.4+% (Q1 2013) market share in ER morphine enables an early and substantial entry of an abuse deterrent ER morphine into the generic segment.



U.S. - 38

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409638

CONTAINS CONFIDENTIAL BUSINESS/PROFESSIONAL OR PERSONAL INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# ER Morphine BID Market - 2012

- 6.2 million 100-tablet bottles - ≥10% compounded growth over last three years

- 99.5% generic

- Suppliers include Mallinckrodt 42%, Rhodes 30%*, Par 15%, Mylan 8% and MS Contin brand 0.5%

- Generics sales price is approximately 5% of brand WAC**

- Sales - all competitors - at generic prices are estimated at $113 million**

- Gross margin is likely in the 45% range, so gross margin – all competitors – is approximately $51 million

- At brand net pricing, this would be a $2.7 billion market

- Nearly 50% of prescriptions are written "MS Contin" – so the brand name has significant recognition – an untapped value.



\*  Rhodes Q1 2013 market share is 37.4%.
** Based on Rhodes 2012 pricing.

U.S. - 39

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409639

HIGHLY CONFIDENTIAL PROFESSIONALS' EYES ONLY - TREAT SUBJECT TO PROTECTIVE ORDER

# ER Morphine BID Market - 2012

- ER Morphine OAD Market 2012
  - Kadian, Avinza and Kadian generics have, in total, annual sales of $300 million.

- Embeda
  - OAD morphine with sequestered Naltrexone
  - Developed by Alpharma and King and now owned by Pfizer
  - Sequestered Naltrexone is released when the product is crushed – giving the product abuse deterrent properties
  - Sold as a brand with peak sales in 2010 of $67 million
  - Withdrawn in 2011 due to stability requirements not being met
  - No sales in 2012 – return to market date not announced



U.S. - 40

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004409640

HIGHLY CONFIDENTIAL - SUBJECT TO PROFESSIONALS' EYES ONLY - PURSUANT TO TREAT SUBJECT TO PROTECTIVE ORDER

# ER Morphine Abuse

- ER morphine is less abused than Oxy IR, hydrocodone-APAP or OxyContin – but is still substantially abused.

- ER morphine abuse did not increase in the years after introduction of reformulated OxyContin.  Opana ER and oxycodone IR appear to be the primary replacement.

- With the introduction of the TR Opana  and expected Purdue  / Rhodes of TR oxycodone  – abuse of non-TR ER morphine is likely to increase.

- Approximately 50% of people who abuse ER morphine do so via injecting and 29% by snorting, both modes that would likely be made much more difficult in a TR platform.

- ER morphine could reduce  patient errors and accidental exposures in children.

**Conclusion:**

- An abuse-deterrent formulation of ER morphine appears to be an important opportunity because ER morphine is quite widely prescribed, its use is increasing, the rate of abuse is about average within the opioid class, and ER morphine is abused by injecting and snorting.



U.S. - 41

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409641

INITIAL OR SUBJECT TO CONFIDENTIALITY AND PROFESSIONALS' EYES ONLY DESIGNATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Abuse Deterrent Technology - Options

Options:

1. Rhodes gastric release – concept stage – not yet developed.

2. Purdue internal development – concept stage – not yet developed.

3. PEO hard tablet – OxyContin-like formulation:

   Requires license to                    .  Concept proven with OxyContin.  Morphine
   ER formulation in development in Cranbury.  Likely good abuse deterrence.

4.                    melt-extrusion INTAC TR technology:

   Nucynta and Opana like formulation.  Would require license to
   new manufacturing technology and $18M capital.  Complex situation with IP
   ownership. Likely good abuse deterrence.

Recommendation:

#3 as it is a proven technology, no new capital, lower COG than #4,
simplified manufacturing and scale-up, Purdue would control the
development and control over IP.



U.S. - 42

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PPLP004409642

INITIAL OOE247-12 CONFIDENTIAL PROTECTIVE PER COURT ORDER STIPULATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Commercial Opportunity

- The ER morphine BID market is high volume and very low margin.

- The investment required to develop an abuse deterrent product is supported by an expectation that the new offering will disrupt the market as follows:

  - The old MS Contin NDA would be withdrawn

  - The new product would be named MS Contin, have its own NDA, its own National Drug Code number, have no generic equivalents and benefit, at least partially, from 50% of ER morphine scripts written "MS Contin". Rebating and patient copay assistance would be likely.

  - The FDA could require all old formula generics products to leave the market in favor of the abuse deterrent formulation.



U.S. - 43

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409643

HIGHLY CONFIDENTIAL - SUBJECT TO PROFESSIONALS' EYES ONLY / HIGHLY CONFIDENTIAL - TREAT SUBJECT TO PROTECTIVE ORDER

# Commercial Opportunity

Market Disruption Scenario – Purdue/Rhodes* combined:

| ($ Million) | 2016 | 2017 | 2018 | 2019 | 2020 | Total |
|---|---|---|---|---|---|---|
| <u>As is Scenarios</u> | | | | | | |
| - Net Sales | 47 | 49 | 50 | 52 | 53 | 251 |
| - Gross Margin | 28 | 29 | 30 | 31 | 33 | 152 |

**Net Sales**

<u>Disruption Scenario</u>

| | | 2016 | 2017 | 2018 | 2019 | 2020 | Total |
|---|---|---|---|---|---|---|---|
| 1. | Brand used to fill 20% of scripts written MS Contin for 3 years with 40% rebate; then return to original market share and rebate | 192 | 202 | 212 | 15 | 16 | 636 |
| 2. | Authorized Generic price increase from 5% to 10% of WAC in year 3 & Rhodes market share to 50% | 34 | 35 | 106 | 108 | 110 | 394 |
| **3.** | **1 and 2:** | | | | | | |
| | - **Total Net Sales** | **226** | **237** | **318** | **123** | **126** | **1,030** |
| | - **Total Gross Margin** | **202** | **212** | **287** | **97** | **100** | **898** |

\* Does not include the potential benefit of Rhodes providing API

\** Does not include technology license, capital or development cost – for these, see full P&L.



U.S. - 44

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INITIAL OVERLAY CONFIDENTIAL – PROFESSIONALS' EYES ONLY
TREAT SUBJECT TO PROTECTIVE ORDER

| License and Investment Highlights | | PEO Hard Tablet (OxyContin formulation) |
|---|---|---|
| • Upfront Payment to | | |
| • R&D Development Cost | | $28.4 million |
| • NDA Approval Milestone to | | |
| • Royalty to | | |
| • Competitive Cost of Goods Sold / Bottle | | $8.99/bottle |
| • Launch | | |

## Risks

Development of all strengths underway.

IP protecting this product also protects several other products.

Payers may balk at higher prices.

FDA may not remove non-abuse deterrent products from the market.



U.S. - 45

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004409645

INITIAL DOCUMENT - HIGHLY CONFIDENTIAL - PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Summary:

- Abuse deterrent MS Contin represents a significant commercial opportunity.

- The ＿＿＿＿ patent technology may enable Purdue/Rhodes to be first to market.

- Purdue (with the NDA) and Rhodes (with 37.4% generic market share) are in a unique position to develop this opportunity.

**Recommendation:**

- License ＿＿＿＿ patents, develop and launch an abuse deterrent ER morphine.



U.S. - 46

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004409646

INITIALLY FILED CONTAINS PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Backup

- Term Sheet Key Terms
- ER Morphine Market
- ER Morphine Market Projection
- ER Morphine Pricing
- Regulatory Strategy
- Protection/IP
- Scenario P&L's
- Development Budget



U.S. - 47

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409647

INITIALLY FILED CONFIDENTIALLY PER THE COURT'S PROTECTIVE ORDER. PARTIES HAVE AGREED TO SUBSEQUENTLY TREAT SUBJECT TO PROTECTIVE ORDER

# TERM SHEET SUMMARY



U.S. - 48

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409648

INITIALLY FILED UNDER CONTRASTING PROFESSIONAL'S EYES ONLY DESIGNATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Proposed ER Morphine BID Term Sheet

- **Products** –
    - MS Contin and related AG and ANDAs
- **Purdue Territory** –



U.S. - 49

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409649

HIGHLY CONFIDENTIAL – SUBJECT TO PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

# Proposed ER Morphine BID Term Sheet (cont'd)

- ■ Payments by Purdue–
  - ❑ Up-front -
  - ❑
  - ❑ Royalties -



U.S. - 50

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409650

CONTAINS CONFIDENTIAL AND PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

# ER Morphine Market

**1X Per Day Morphine**

| Manufacturer (Product) | TRx | | | | Sales (000) | | | | Bottles Sold | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2009 | 2010 | 2011 | 2012 (YTD NOV) | 2009 | 2010 | 2011 | 2012 (YTD NOV) |
| ACTAVIS | | | | | | | | | | | | |
| KADIAN | 669,201 | 569,677 | 535,403 | 217,986 | $266,623 | $264,758 | $265,964 | $102,107 | 393,448 | 338,892 | 309,629 | 110,786 |
| MORPHINE SULF (Generic Kadian) | | | 6,866 | 183,522 | | | $10,327 | $72,522 | | | 14,820 | 113,576 |
| *Actavis subtotal* | *669,201* | *569,677* | *542,269* | *401,508* | *$266,623* | *$264,758* | *$276,291* | *$174,629* | *393,448* | *338,892* | *324,449* | *224,362* |
| PFIZER | | | | | | | | | | | | |
| AVINZA | 545,856 | 387,391 | 297,807 | 233,887 | $166,945 | $134,886 | $115,367 | $89,192 | 227,537 | 164,080 | 131,217 | 92,988 |
| EMBEDA | 14,461 | 149,938 | 36,054 | 5 | $11,169 | $68,164 | $17,509 | $2 | 18,392 | 107,862 | 26,371 | 2 |
| *Pfizer Subtotal* | *560,317* | *537,329* | *333,861* | *233,892* | *$178,114* | *$203,050* | *$132,876* | *$89,194* | *245,929* | *271,942* | *157,588* | *92,990* |
| WATSON LABS | | | | | | | | | | | | |
| MORPHINE SULF (Generic Kadian) | | | 3,473 | 74,598 | | | $5,395 | $43,826 | | | 7,455 | 63,906 |
| *Watson Subtotal* | *-* | *-* | *3,473* | *74,598* | *$0* | *$0* | *$5,395* | *$43,826* | *-* | *-* | *7,455* | *63,906* |
| **Total 1x Per Day Morphine** | **1,229,518** | **1,107,006** | **879,603** | **709,998** | **$444,737** | **$467,808** | **$414,562** | **$307,649** | **639,377** | **610,834** | **489,492** | **381,258** |

**2X Per Day Morphine**

| Manufacturer | TRx | | | | Sales (000) | | | | Bottles Sold | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | 2011 | 2012 | 2009 | 2010 | 2011 | 2012 (YTD NOV) | 2009 | 2010 | 2011 | 2012 (YTD NOV) |
| 4UORTHO LLC | | | | 22 | | | | | | | | |
| ABG LABORATORIES | 9 | 1 | | | | | | | | | | |
| AMERICAN HLTH PKG | | | 22 | 652 | | | $97 | $551 | - | - | 2,028 | 11,319 |
| BLENHEIM PHARMACAL | | | 1 | | | | | | | | | |
| BRYANT RANCH PREPK | | 1 | | | | | | | | | | |
| DHS INC | 1 | | | | | | | | | | | |
| DISPENSING SOLUTIO | 17 | 3 | | | | | | | | | | |
| ENDO GENERIC PROD | 1,343,100 | 1,243,901 | 1,164,268 | 533,998 | $54,001 | $45,388 | $44,179 | $12,504 | 1,201,825 | 1,076,004 | 1,157,652 | 304,902 |
| ETHEX CORP | 102,165 | 5,411 | 1,582 | 296 | $815 | $26 | $3 | $0 | 23,810 | 1,161 | 68 | 12 |
| LIBERTY PHARM | 20 | 5 | | | | | | | | | | |
| MALLINCKRODT | 1,358,869 | 1,524,116 | 2,316,601 | 3,512,872 | $49,804 | $49,082 | $54,026 | $72,789 | 1,374,209 | 1,618,383 | 1,897,184 | 2,417,335 |
| MYLAN | | 13,171 | 588,709 | | | | $4,147 | $25,108 | - | - | 43,150 | 482,987 |
| NUCARE PHARM | | 1 | 2 | | | | | | | | | |
| PALMETTO PHARMA | 6 | 1 | | | | | | | | | | |
| PAR PHARM (Watson) | 1,745,940 | 2,329,932 | 614,780 | 15,944 | $48,491 | $57,060 | $14,411 | $89 | 1,513,532 | 1,844,787 | 437,826 | 832 |
| PD-RX PHARM | | | 1 | 3 | | | | | | | | |
| PHARMA PAC | | | 8 | 20 | | | | | | | | |
| PHYS TOTAL CARE | 10 | 4 | 1 | 2 | | | | | | | | |
| PURDUE PHARMA (MS-Contin) | 37,891 | 28,331 | 23,283 | 20,179 | $19,933 | $16,440 | $15,243 | $12,959 | 53,499 | 39,280 | 33,607 | 25,429 |
| QUALITY CARE PHARM | 18 | 18 | 26 | 11 | | | | | | | | |
| RHODES PHARM | | 1,678,860 | 1,851,079 | | | | $43,401 | $55,836 | - | - | 1,538,130 | 1,648,817 |
| STAT RX USA | | | 3 | 6 | | | | | | | | |
| TEVA PHARMACEUTICA | 26 | 2 | 2 | | | | | | | | | |
| VIBRANTA | 34 | 7 | | | | | | | | | | |
| XANODYNE PHARMA (Oramorph-SR) | 17,922 | 11,011 | 4,726 | 230 | $6,301 | $3,759 | $1,211 | $3 | 103,687 | 54,271 | 10,532 | 19 |
| **2x Per Day Morphine Total** | **4,606,028** | **5,142,745** | **5,817,335** | **6,524,025** | **$179,345** | **$171,755** | **$176,718** | **$179,839** | **4,270,562** | **4,633,886** | **5,120,176** | **4,891,653** |



U.S. - 51

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409651



# ER Morphine BID Market Projection

## Bottles (000s)

Assumptions:
2012 Actual: 5,336,348 100-ct bottles
Growth: 2% p.a.

| 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|------|------|------|------|------|------|------|------|------|------|------|
| 5,336 | 5,443 | 5,551 | 5,663 | 5,776 | 5,891 | 6,010 | 6,129 | 6,252 | 6,377 | 6,504 |



U.S. - 52

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409652

INITIAL DOC 2247-12 CONFIDENTIAL PROFESSIONALS' EYES ONLY
TREAT SUBJECT TO PROTECTIVE ORDER

# Purdue and Rhodes 2012 Pricing

| Bottles of 100s (avg) | | Purdue Brand Net | Rhodes Generics Net |
|---|---|---|---|
| MSER BID | 15mg | $ 146.0 | $ 8.4 |
| MSER BID | 30mg | $ 277.3 | $ 13.8 |
| MSER BID | 60mg | $ 541.2 | $ 19.9 |
| MSER BID | 100mg | $ 801.2 | $ 34.6 |
| MSER BID | 200mg | $ 1,467.4 | $ 64.0 |



U.S. - 53

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INITIAL DOCUMENT CONTAINS CONFIDENTIAL OR PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Regulatory Strategy

- File abuse deterrent ER morphine as a new NDA.

- Launch the new NDA as a replacement for and with the MS Contin name (same strategy as OxyContin).

- Seek abuse deterrent labeling – likely delaying new generic competition.

- Encourage FDA to remove non-abuse deterrent products from the market.



U.S. - 54

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409654

INITIALLY CONFIDENTIAL - PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Potential Protection/IP for Proposed ER Morphine Bid Abuse Deterrent Product

| Proposed Product | Exclusivity – Data delays ANDA Approval | Patent Life |
|---|---|---|
| Hard Tablet (OxyContin like) PEO Formula | 3 Years from NDA Approval (New Dosage Form) | Until March 2, 2019 ( U.S.P.N.6,488,963) |



U.S. - 55

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004409655

INITIAL DISCLOSURE CONTAINS PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# P&L's

**Disruption Scenario**
Brand used to fill 20% of scripts written MS Contin for 3 years with 40% rebate; return to original market share and rebate. Authorized Generic price increase from 5% to 10% of in year 3 WAC

| PROFIT AND LOSS STATEMENT | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** | | | | | | | | | |
| Purdue brand | net sales, $000s | 11,235 | 11,803 | 12,402 | 191,883 | 201,578 | 211,806 | 15,108 | 15,871 |
| Purdue/Rhodes generic | net sales, $000s | 32,427 | 33,073 | 33,739 | 34,412 | 35,098 | 105,903 | 108,014 | 110,167 |
| Total Net Sales | | $ 43,662 | $ 44,876 | $ 46,141 | $ 226,294 | $236,676 | $317,709 | $123,121 | $ 126,038 |
| | | | | | | | | | |
| **Cost of Goods** | | | | | | | | | |
| Purdue brand | $000s | 219 | 224 | 228 | 5,711 | 5,825 | 5,943 | 247 | 252 |
| Purdue/Rhodes generic | $000s | 17,725 | 18,079 | 18,443 | 18,810 | 19,185 | 28,135 | 28,696 | 29,268 |
| Total Cost of Goods | | $ 17,945 | $ 18,302 | $ 18,671 | $ 24,522 | $ 25,010 | $ 34,078 | $ 28,943 | $ 29,520 |
| | | | | | | | | | |
| **Gross Margin** | | | | | | | | | |
| Purdue brand | $000s | 11,016 | 11,579 | 12,173 | 186,171 | 195,753 | 205,863 | 14,861 | 15,619 |
| Purdue/Rhodes generic | $000s | 14,702 | 14,995 | 15,297 | 15,601 | 15,912 | 77,768 | 79,318 | 80,899 |
| Net sales royalty from 3rd-party generic | 10.0% of net sales, $000s | | | | | | 3,177 | 3,240 | 3,305 |
| **Total Gross Margin** | | $ 25,717 | $ 26,574 | $ 27,470 | $ 201,773 | $211,666 | $286,808 | $ 97,419 | $ 99,823 |
| *Gross margin as % of net sales* | | *58.9%* | *59.2%* | *59.5%* | *89.2%* | *89.4%* | *90.3%* | *79.1%* | *79.2%* |
| | | | | | | | | | |
| Total Operating Expenses (before financial deal terms) | | $ 4,267 | $ 9,786 | $ 12,569 | $ 16,023 | $ 11,013 | $ 14,659 | $ 5,903 | $ 5,772 |
| | | | | | | | | | |
| **Financial Deal Terms** | | | | | | | | | |
| Total Milestones (P&L) | | | | | | | | | |
| Total Royalties | | | | | | | | | |
| **Operating Profits before Taxes** | $000s | $ 20,962 | $ 16,299 | $ 14,412 | $ 171,905 | $186,030 | $249,860 | $ 83,117 | $ 85,474 |



Redacted



U.S. - 56

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409656

INITIALLY REDACTED CONTAINS PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Development Budget

| Cost Category | Amount |
|---|---|
| Internal FTE Cost | $4,747,149 |
| | |
| Outsourced Costs: | |
| *Non-Clinical **   7,787,182* | |
| *Clinical **   13,500,000* | |
| *Regulatory **   1,350,000* | |
| *Post Marketing/Risk Management **   1,050,000* | |
| Total Outsourced Costs | $23,687,182 |
| Total R&D Costs | $28,434,331 |

*Data Source = Formulation & development of a tamper-resistant bio-equivalent MS Contin budget estimate



U.S. - 57

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409657

INITIAL DOCUMENT CONTAINS HIGHLY CONFIDENTIAL INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# ER Morphine Abuse

### Brand ER Morphine Routes of Abuse and Numbers of Abusers by Specific Routes in the ASI-MV NAVIPPRO System of Substance Abuse Treatment Centers

| Distribution of routes of administration reported by individuals within the ASI-MV network who reported past 30-day abuse of OxyContin and comparators (10/1/2011 - 9/30/2012) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | OxyContin (reformulated) (n = 1,732) | | OxyContin (original) (n = 1,660) | | Single-entity oxycodone IR (n = 1,951) | | Hydrocodone IR combination (n = 6,092) | | Original oxymorphone ER* (--) | | Morphine ER (n = 870) | |
| | n | % | n | % | n | % | n | % | n | % | n | % |
| Oral | 1,262 | 72.9 | 965 | 58.1 | 818 | 41.9 | 5,559 | 91.3 | -- | 26.3 | 330 | 37.9 |
| Snort | 510 | 29.4 | 779 | 46.9 | 1,186 | 60.8 | 1,348 | 22.1 | -- | 76.7 | 237 | 27.2 |
| Smoke | 80 | 4.6 | 171 | 10.3 | 171 | 8.8 | 66 | 1.1 | -- | 1.8 | 10 | 1.1 |
| Inject | 354 | 20.4 | 460 | 27.7 | 682 | 35.0 | 59 | 1.0 | -- | 16.2 | 505 | 58.0 |
| Other | 50 | 2.9 | 66 | 4.0 | 22 | 1.1 | 164 | 2.7 | -- | 0.9 | 34 | 3.9 |

Note that categories for route of administration in the above table are not mutually exclusive and do not sum to 100%.
*Percentages for the routes of administration categories for original extended release oxymorphone are presented as the quarterly average for the baseline period.



U.S. - 58

PUBLICLY FILED PER STIPULATION [ECF 2140]

INITIALLY FILED CONFIDENTIALLY, CROSS-REFERENCE TO INITIAL FILING TO TREAT SUBJECT TO PROTECTIVE ORDER

# Blue Sheet

U.S. - 59

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO
TREAT SUBJECT TO PROTECTIVE ORDER

**Redacted**

U.S. - 60

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004409660

INITIALLY FILED UNDER SEAL. CONFIDENTIAL INFORMATION REMOVED IN THIS VERSION. SUBJECT TO PROTECTIVE ORDER AND COURT ORDER AUTHORIZATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Redacted

U.S. - 61

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL CONFIDENTIAL INFORMATION TO PROFESSIONALS' EYES ONLY SUBJECT TO FURTHER CONFIDENTIALITY DESIGNATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Redacted

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409662

INITIALLY FILED UNDER SEAL, CONTAINS INFORMATION PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

**Redacted**

U.S. - 63

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PPLP004409663

INITIALLY FILED CONFIDENTIALLY PURSUANT TO PROTECTIVE ORDER. PARTIES AGREED TO TREAT SUBJECT TO PROTECTIVE ORDER

# Redacted

U.S. - 64

PUBLICLY FILED PER STIPULATION [ECF 2140]

INITIALLY FILED UNDER SEAL - CONFIDENTIAL PURSUANT TO ORDER GRANTING MOTION
TREAT SUBJECT TO PROTECTIVE ORDER

# Redacted

U.S. - 65

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - PROFESSIONALS' EYES ONLY - TREAT SUBJECT TO PROTECTIVE ORDER



U.S. - 66

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004409666

INITIAL DOCUMENT CONFIDENTIAL BY OFFICIAL COMMITTEE'S DECISION.
TREAT SUBJECT TO PROTECTIVE ORDER

**Redacted**

U.S. - 67

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INITIALLY FILED CONFIDENTIALLY WITH AUTHORIZATION TO
TREAT SUBJECT TO PROTECTIVE ORDER

**Redacted**

U.S. - 68

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INITIALLY FILED CONFIDENTIAL; OFFERED IN EVIDENCE BY STIPULATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Blue Sheet

U.S. - 69

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409669

HIGHLY CONFIDENTIAL PROFESSIONAL EYES ONLY - SUBJECT TO FURTHER CONFIDENTIALITY DESIGNATION.
TREAT SUBJECT TO PROTECTIVE ORDER

**MS Contin Financial Analysis**

Date: 3/23/2013

| Scenario | TR selling price as % of WAC | $000s | | |
|---|---|---|---|---|
| | | Purdue + Rhodes Total NPV | TR Value Added over Baseline NPV | Total NPV |
| #0: Baseline; no-TR; sales to EOY-2017 | 3.4% | 59,017 | - | - |
| #3: Low Case; maintain WAC | 3.4% | 39,140 | (19,877) | 11,853 |
| #2: Base Case; increase WAC pricing | 5.0% | 135,667 | 76,650 | 15,942 |
| #1: High Case; increase WAC pricing | 8.0% | 220,470 | 161,453 | 21,888 |
| #1a: High+ Case; increase WAC pricing | 12.0% | 331,646 | 272,629 | 31,710 |
| #4: Market Disruption Case | 10.0% | 303,017 | 244,000 | 28,904 |

**U.S. - 70**

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INITIALLY FILED UNDER SEAL; ORDER OF REDACTIONS IN ENTIRETY PER COURT ORDER SHALL APPLY.
TREAT SUBJECT TO PROTECTIVE ORDER

**MS Contin Financial Analysis**          *Alternate Views*

Date: 2/26/2013

| Competitors in Market Scenario | TR selling price as % of WAC | | | | | | $ millions Purdue + Rhodes Net Sales | | | $ millions Purdue + Rhodes Total NPV | TR Value Added over Baseline NPV | Total NPV | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Year 1 (2016) | | Year 2 (2017) | | Year 3 (2018) | | 2016 | 2017 | 2018 | | | | | | |
| | Months 0-6 | Months 7-12 | Months 13-18 | Months 19-24 | Months 25-30 | Months 31-36 | | | | | | | | | |
| 2 Competitors | 40.0% | 35.0% | 35.0% | 30.0% | 30.0% | 30.0% | 430 | 394 | 544 | 850 | 791 | 88 | 37.5% | 32.5% | 30.0% |
| 3 Competitors | 40.0% | 25.0% | 25.0% | 20.0% | 20.0% | 20.0% | 375 | 277 | 367 | 579 | 520 | 60 | 32.5% | 22.5% | 20.0% |
| 4 Competitors | 40.0% | 20.0% | 20.0% | 15.0% | 15.0% | 15.0% | 347 | 218 | 279 | 443 | 384 | 46 | 30.0% | 17.5% | 15.0% |
| 4+ Competitors | 40.0% | 15.0% | 15.0% | 8.0% | 8.0% | 8.0% | 319 | 148 | 156 | 259 | 200 | 28 | 27.5% | 11.5% | 8.0% |

U.S. - 71

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER. INITIAL ... CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER. TREAT SUBJECT TO PROTECTIVE ORDER

**MS Contin Analysis**

**S: #1a, High+ Case; increase from 3.4% WAC to 12% WAC**

| ASSUMPTIONS | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Morphine Market** | | | | | | | | | | | | | | |
| Total IMS morphine BID market | in bottles, 000s | 5,443 | 5,551 | 5,663 | 5,776 | 5,891 | 6,010 | 6,129 | 6,252 | 6,377 | 6,504 | 6,633 | 6,766 | 6,901 |
| Growth year-to-year | 2.0% p.a. | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| **Market Share, by sales bottles** | | | | | | | | | | | | | | |
| Purdue brand (2013, fixed) | 25 in bottles, 000s | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| Purdue/Rhodes generic | | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 50.0% | 50.0% | 50.0% | 50.0% | 34.8% | 34.8% | 34.8% | 34.8% |
| 3rd-party generic, licensed by Purdue | 15.0% during 2016-2019 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 15.0% | 15.0% | 15.0% | 15.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Other manufacturers | total to 100% | 64.8% | 64.8% | 64.8% | 64.8% | 64.8% | 34.6% | 34.6% | 34.6% | 34.6% | 54.8% | 54.8% | 54.8% | 54.8% |
| **Pricing, weighted-average by mg** | | | | | | | | | | | | | | |
| Purdue brand net price | 3.0% per bottle, growth yty | $ 506.71 | $ 521.91 | $ 537.57 | $ 553.69 | $ 570.30 | $ 587.41 | $ 605.04 | $ 623.19 | $ 641.88 | $ 661.14 | $ 680.97 | $ 701.40 | $ 722.44 |
| Purdue/Rhodes generic dead-net price; | 3.4% <= % of WAC =>TR | $ 17.13 | $ 17.13 | $ 17.13 | $ 66.44 | $ 66.44 | $ 66.44 | $ 66.44 | $ 66.44 | $ 66.44 | $ 66.44 | $ 66.44 | $ 66.44 | $ 66.44 |
| **Cost of Goods (Unit)** | | | | | | | | | | | | | | |
| Purdue brand | $ 9.89 per bottle, w/S&W 10% | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 |
| Purdue/Rhodes generic | $ 9.36 per bottle, w/S&W 10% | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 |

| PROFIT AND LOSS STATEMENT | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** | | | | | | | | | | | | | | |
| Purdue brand | net sales, $000s | 11,235 | 11,803 | 12,402 | 13,028 | 13,687 | 14,381 | 15,108 | 15,871 | 16,675 | 17,517 | 18,402 | 19,332 | 20,309 |
| Purdue/Rhodes generic | net sales, $000s | 32,427 | 33,073 | 33,739 | 133,478 | 136,138 | 199,647 | 203,627 | 207,685 | 211,846 | 150,302 | 153,298 | 156,353 | 159,470 |
| Total Net Sales | | $ 43,662 | $ 44,876 | $ 46,141 | $146,506 | $149,825 | $214,028 | $218,734 | $223,556 | $228,520 | $167,819 | $171,700 | $175,685 | $179,779 |
| **Cost of Goods** | | | | | | | | | | | | | | |
| Purdue brand | $000s | 219 | 224 | 228 | 233 | 237 | 242 | 247 | 252 | 257 | 262 | 267 | 273 | 278 |
| Purdue/Rhodes generic | $000s | 17,725 | 18,079 | 18,443 | 18,810 | 19,185 | 28,135 | 28,696 | 29,268 | 29,854 | 21,181 | 21,603 | 22,034 | 22,473 |
| Total Cost of Goods | | $ 17,945 | $ 18,302 | $ 18,671 | $ 19,043 | $ 19,422 | $ 28,377 | $ 28,943 | $ 29,520 | $ 30,111 | $ 21,443 | $ 21,871 | $ 22,307 | $ 22,751 |
| **Gross Margin** | | | | | | | | | | | | | | |
| Purdue brand | $000s | 11,016 | 11,579 | 12,173 | 12,796 | 13,449 | 14,139 | 14,861 | 15,619 | 16,418 | 17,255 | 18,135 | 19,060 | 20,031 |
| Purdue/Rhodes generic | $000s | 14,702 | 14,995 | 15,297 | 114,667 | 116,953 | 171,512 | 174,931 | 178,418 | 181,992 | 129,121 | 131,694 | 134,319 | 136,997 |
| Net sales royalty from 3rd-party generic | 10.0% of net sales, $000s | | | | | | 5,989 | 6,109 | 6,231 | 6,355 | 4,321 | 4,408 | 4,495 | 4,585 |
| Total Gross Margin | | $ 25,717 | $ 26,574 | $ 27,470 | $127,463 | $130,402 | $191,640 | $195,900 | $200,267 | $204,765 | $150,697 | $154,237 | $157,874 | $161,613 |
| Gross margin as % of net sales | | 58.9% | 59.2% | 59.5% | 87.0% | 87.0% | 89.5% | 89.6% | 89.6% | 89.6% | 89.8% | 89.8% | 89.9% | 89.9% |
| Total Operating Expenses (before financial deal terms) | | 4,267 | 9,786 | 12,569 | 12,432 | 7,105 | 9,994 | 10,206 | 10,160 | 10,383 | 7,652 | 7,826 | 8,006 | 8,190 |
| **Financial Deal Terms** | | | | | | | | | | | | | | |
| Total Milestones (P&L) | | | | | | | | | | | | | | |
| Total Royalties | | | | | | | | | | | | | | |

<div style="text-align:center; font-size:2em">Redacted</div>

| | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operating Profits before Taxes | $000s | $ 20,962 | $ 16,299 | $ 14,412 | $107,083 | $115,184 | $165,727 | $169,363 | $173,353 | $177,192 | $131,426 | $134,457 | $137,572 | $140,774 |
| Provision for income taxes | 50.0% tax rate | (10,481) | (8,149) | (7,206) | (53,541) | (57,592) | (82,864) | (84,681) | (86,676) | (88,596) | (65,713) | (67,228) | (68,786) | (70,387) |
| Net Income after Taxes | $000s | $ 10,481 | $ 8,149 | $ 7,206 | $ 53,541 | $ 57,592 | $ 82,864 | $ 84,681 | $ 86,676 | $ 88,596 | $ 65,713 | $ 67,228 | $ 68,786 | $ 70,387 |

| FREE CASH FLOWS ANALYSIS | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Flows Model | | | | | | | | | | | | | | |
| Net income after taxes | | 10,481 | 8,149 | 7,206 | 53,541 | 57,592 | 82,864 | 84,681 | 86,676 | 88,596 | 65,713 | 67,228 | 68,786 | 70,387 |
| Work capital changes | 10.0% of yty sales change | - | (121) | (126) | (10,037) | (332) | (6,420) | (471) | (482) | (496) | 6,070 | (388) | (399) | (409) |
| Add: milestones amortized | | | | | | | | | | | | | | |
| Subtract: milestone cash flows | | | | | | | | | | | | | | |
| Add: capital equipment depreciation | | | | | | | | | | | | | | |
| Subtract: capital equipment cash flows | | | | | | | | | | | | | | |
| Free Cash Flows | | 3,632 | 8,517 | 7,569 | 42,128 | 57,883 | 77,066 | 84,833 | 86,817 | 88,722 | 72,405 | 67,463 | 69,010 | 70,600 |
| I Free Cash Flows | | $ 3,669 | $ - | $ - | $ 4,663 | $ 3,746 | $ 7,648 | $ 7,855 | $ 8,066 | $ 8,283 | $ 5,499 | $ 5,666 | $ 5,837 | $ 6,013 |

<div>Redacted</div>

| RETURN ON INVESTMENT | discounted $000s |
|---|---|
| Purdue+Rhodes discounted free cash flows with ... formulation, 2013-2025 @12 | 331,646 |
| Purdue+Rhodes discounted free cash flows if non-TR MSER is off market at EOY- | 59,017 |
| Incremental discounted free cash flows provided by ... formulation | 272,629 |
| I discounted free cash flows @12% discount rate | 31,710 |

U.S. - 72

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004409672

MS Contin Analysis
CONFIDENTIAL - SUBJECT TO PROFESSIONALS' EYES ONLY UNDER PROTECTIVE ORDER.
TREAT SUBJECT TO PROTECTIVE ORDER

S: #1, High Case; increase from 3.4% WAC to 8% WAC

| ASSUMPTIONS | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Morphine Market** | | | | | | | | | | | | | | |
| Total IMS morphine BID market | in bottles, 000s | 5,443 | 5,551 | 5,663 | 5,776 | 5,891 | 6,010 | 6,129 | 6,252 | 6,377 | 6,504 | 6,633 | 6,766 | 6,901 |
| Growth year-to-year | 2.0% p.a. | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| **Market Share, by sales bottles** | | | | | | | | | | | | | | |
| Purdue brand (2013, fixed) | 25 in bottles, 000s | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| Purdue/Rhodes generic | | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 50.0% | 50.0% | 50.0% | 50.0% | 34.8% | 34.8% | 34.8% | 34.8% |
| 3rd-party generic, licensed by Purdue | 15.0% during 2016-2019 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 15.0% | 15.0% | 15.0% | 15.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Other manufacturers | total to 100% | 64.8% | 64.8% | 64.8% | 64.8% | 64.8% | 34.6% | 34.6% | 34.6% | 34.6% | 54.8% | 54.8% | 54.8% | 54.8% |
| **Pricing, weighted-average by mg** | | | | | | | | | | | | | | |
| Purdue brand net price | 3.0% per bottle, growth yty | $ 506.71 | $ 521.91 | $ 537.57 | $ 553.69 | $ 570.30 | $ 587.41 | $ 605.04 | $ 623.19 | $ 641.88 | $ 661.14 | $ 680.97 | $ 701.40 | $ 722.44 |
| Purdue/Rhodes generic dead-net price; | 3.4% <= % of WAC =>TR | $ 17.13 | $ 17.13 | $ 17.13 | $ 44.30 | $ 44.30 | $ 44.30 | $ 44.30 | $ 44.30 | $ 44.30 | $ 44.30 | $ 44.30 | $ 44.30 | $ 44.30 |
| **Cost of Goods (Unit)** | | | | | | | | | | | | | | |
| Purdue brand | $ 9.89 per bottle, w/S&W 10% | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 |
| Purdue/Rhodes generic | $ 9.36 per bottle, w/S&W 10% | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 |

| PROFIT AND LOSS STATEMENT | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** | | | | | | | | | | | | | | |
| Purdue brand | net sales, $000s | 11,235 | 11,803 | 12,402 | 13,028 | 13,687 | 14,381 | 15,108 | 15,871 | 16,675 | 17,517 | 18,402 | 19,332 | 20,309 |
| Purdue/Rhodes generic | net sales, $000s | 32,427 | 33,073 | 33,739 | 88,985 | 90,759 | 133,098 | 135,751 | 138,457 | 141,231 | 100,201 | 102,198 | 104,235 | 106,313 |
| Total Net Sales | | $ 43,662 | $ 44,876 | $ 46,141 | ##### | ##### | $147,479 | $150,859 | $154,328 | $157,905 | $117,718 | $120,601 | $123,568 | $126,622 |
| **Cost of Goods** | | | | | | | | | | | | | | |
| Purdue brand | $000s | 219 | 224 | 228 | 233 | 237 | 242 | 247 | 252 | 257 | 262 | 267 | 273 | 278 |
| Purdue/Rhodes generic | $000s | 17,725 | 18,079 | 18,443 | 18,810 | 19,185 | 28,135 | 28,696 | 29,268 | 29,854 | 21,181 | 21,603 | 22,034 | 22,473 |
| Total Cost of Goods | | $ 17,945 | $ 18,302 | $ 18,671 | $ 19,043 | $ 19,422 | $ 28,377 | $ 28,943 | $ 29,520 | $ 30,111 | $ 21,443 | $ 21,871 | $ 22,307 | $ 22,751 |
| **Gross Margin** | | | | | | | | | | | | | | |
| Purdue brand | $000s | 11,016 | 11,579 | 12,173 | 12,796 | 13,449 | 14,139 | 14,861 | 15,619 | 16,418 | 17,255 | 18,135 | 19,060 | 20,031 |
| Purdue/Rhodes generic | $000s | 14,702 | 14,995 | 15,297 | 70,175 | 71,574 | 104,963 | 107,055 | 109,189 | 111,376 | 79,020 | 80,595 | 82,202 | 83,840 |
| Net sales royalty from 3rd-party generic | 10.0% of net sales, $000s | | | | | | 3,993 | 4,073 | 4,154 | 4,237 | 2,881 | 2,938 | 2,997 | 3,057 |
| Total Gross Margin | | $ 25,717 | $ 26,574 | $ 27,470 | $ 82,970 | $ 85,023 | $123,095 | $125,988 | $128,962 | $132,031 | $ 99,156 | $101,668 | $104,258 | $106,928 |
| Gross margin as % of net sales | | 58.9% | 59.2% | 59.5% | 81.3% | 81.4% | 83.5% | 83.5% | 83.6% | 83.6% | 84.2% | 84.3% | 84.4% | 84.4% |
| Total Operating Expenses (before financial deal terms) | | $ 4,267 | $ 9,786 | $ 12,569 | $ 10,430 | $ 5,063 | $ 6,999 | $ 7,151 | $ 7,045 | $ 7,206 | $ 5,397 | $ 5,527 | $ 5,661 | $ 5,798 |

# Redacted

| | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Financial Deal Terms** | | | | | | | | | | | | | | |
| Total Milestones (P&L) | | | | | | | | | | | | | | |
| Total Royalties | | | | | | | | | | | | | | |
| Operating Profits before Taxes | $000s | $ 20,962 | $ 16,299 | $ 14,412 | $ 66,817 | $ 74,115 | $106,103 | $108,614 | $111,393 | $113,991 | $ 85,810 | $ 88,020 | $ 90,298 | $ 92,648 |
| Provision for income taxes | 50.0% tax rate | (10,481) | (8,149) | (7,206) | (33,409) | (37,058) | (53,051) | (54,307) | (55,697) | (56,996) | (42,905) | (44,010) | (45,149) | (46,324) |
| Net Income after Taxes | $000s | $ 10,481 | $ 8,149 | $ 7,206 | $ 33,409 | $ 37,058 | $ 53,051 | $ 54,307 | $ 55,697 | $ 56,996 | $ 42,905 | $ 44,010 | $ 45,149 | $ 46,324 |

| FREE CASH FLOWS ANALYSIS | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Flows Model | | | | | | | | | | | | | | |
| Net income after taxes | | 10,481 | 8,149 | 7,206 | 33,409 | 37,058 | 53,051 | 54,307 | 55,697 | 56,996 | 42,905 | 44,010 | 45,149 | 46,324 |
| Work capital changes | 10.0% of yty sales change | - | (121) | (126) | (5,587) | (243) | (4,303) | (338) | (347) | (358) | 4,019 | (288) | (297) | (305) |
| Add: milestones amortized | | | | | | | | | | | | | | |
| Subtract: milestone cash flows | | | | | | | | | | | | | | |
| Add: capital equipment depreciation | | | | | | | | | | | | | | |
| Subtract: capital equipment cash flows | | | | | | | | | | | | | | |
| Free Cash Flows | | 3,632 | 8,517 | 7,569 | 26,444 | 37,437 | 49,371 | 54,592 | 55,972 | 57,260 | 47,546 | 44,344 | 45,475 | 46,641 |
| Δ Free Cash Flows | | $ 3,669 | $ - | $ - | $ 3,550 | $ 2,611 | $ 4,685 | $ 4,800 | $ 4,951 | $ 5,106 | $ 3,663 | $ 3,750 | $ 3,838 | $ 3,930 |

Redacted

| RETURN ON INVESTMENT | discounted $000s |
|---|---|
| Purdue+Rhodes discounted free cash flows with formulation, 2013-2025 (@12%) | 220,470 |
| Purdue+Rhodes discounted free cash flows if non-TR MSER is off market at EOY- | 59,017 |
| Incremental discounted free cash flows provided by formulation | 161,453 |
| Δ discounted free cash flows (@12% discount rate) | 21,888 |

U.S. - 73

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409673

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER. TREAT SUBJECT TO PROTECTIVE ORDER

MS Contin Analysis
S: #2, Base Case; increase from 3.4% WAC to 5% WAC

| ASSUMPTIONS | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Morphine Market** | | | | | | | | | | | | | | |
| Total IMS morphine BID market | in bottles, 000s | 5,443 | 5,551 | 5,663 | 5,776 | 5,891 | 6,010 | 6,129 | 6,252 | 6,377 | 6,504 | 6,633 | 6,766 | 6,901 |
| Growth year-to-year | 2.0% p.a. | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| **Market Share, by sales bottles** | | | | | | | | | | | | | | |
| Purdue brand (2013, fixed) | 25 in bottles, 000s | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| Purdue/Rhodes generic | | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 50.0% | 50.0% | 50.0% | 50.0% | 34.8% | 34.8% | 34.8% | 34.8% |
| 3rd-party generic, licensed by Purdue | 15.0% during 2016-2019 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 15.0% | 15.0% | 15.0% | 15.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Other manufacturers | total to 100% | 64.8% | 64.8% | 64.8% | 64.8% | 64.8% | 34.6% | 34.6% | 34.6% | 34.6% | 54.8% | 54.8% | 54.8% | 54.8% |
| **Pricing, weighted-average by mg** | | | | | | | | | | | | | | |
| Purdue brand net price | 3.0% per bottle, growth yty | $ 506.71 | $ 521.91 | $ 537.57 | $ 553.69 | $ 570.30 | $ 587.41 | $ 605.04 | $ 623.19 | $ 641.88 | $ 661.14 | $ 680.97 | $ 701.40 | $ 722.44 |
| Purdue/Rhodes generic dead-net price; | 3.4% <= % of WAC =>TR | $ 17.13 | $ 17.13 | $ 17.13 | $ 27.68 | $ 27.68 | $ 27.68 | $ 27.68 | $ 27.68 | $ 27.68 | $ 27.68 | $ 27.68 | $ 27.68 | $ 27.68 |
| **Cost of Goods (Unit)** | | | | | | | | | | | | | | |
| Purdue brand | $ 9.89 per bottle, w/S&W 10% | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 |
| Purdue/Rhodes generic | $ 9.36 per bottle, w/S&W 10% | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 |

| PROFIT AND LOSS STATEMENT | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** | | | | | | | | | | | | | | |
| Purdue brand | net sales, $000s | 11,235 | 11,803 | 12,402 | 13,028 | 13,687 | 14,381 | 15,108 | 15,871 | 16,675 | 17,517 | 18,402 | 19,332 | 20,309 |
| Purdue/Rhodes generic | net sales, $000s | 32,427 | 33,073 | 33,739 | 55,616 | 56,724 | 83,186 | 84,844 | 86,536 | 88,269 | 62,626 | 63,874 | 65,147 | 66,446 |
| Total Net Sales | | $ 43,662 | $ 44,876 | $ 46,141 | $ 68,644 | $ 70,411 | $ 97,567 | $ 99,952 | $ 102,407 | $ 104,944 | $ 80,143 | $ 82,276 | $ 84,479 | $ 86,755 |
| **Cost of Goods** | | | | | | | | | | | | | | |
| Purdue brand | $000s | 219 | 224 | 228 | 233 | 237 | 242 | 247 | 252 | 257 | 262 | 267 | 273 | 278 |
| Purdue/Rhodes generic | $000s | 17,725 | 18,079 | 18,443 | 18,810 | 19,185 | 28,135 | 28,696 | 29,268 | 29,854 | 21,181 | 21,603 | 22,034 | 22,473 |
| Total Cost of Goods | | $ 17,945 | $ 18,302 | $ 18,671 | $ 19,043 | $ 19,422 | $ 28,377 | $ 28,943 | $ 29,520 | $ 30,111 | $ 21,443 | $ 21,871 | $ 22,307 | $ 22,751 |
| **Gross Margin** | | | | | | | | | | | | | | |
| Purdue brand | $000s | 11,016 | 11,579 | 12,173 | 12,796 | 13,449 | 14,139 | 14,861 | 15,619 | 16,418 | 17,255 | 18,135 | 19,060 | 20,031 |
| Purdue/Rhodes generic | $000s | 14,702 | 14,995 | 15,297 | 36,805 | 37,539 | 55,051 | 56,149 | 57,268 | 58,415 | 41,445 | 42,271 | 43,113 | 43,973 |
| Net sales royalty from 3rd-party generic | 10.0% of net sales, $000s | | | | | | 2,496 | 2,545 | 2,596 | 2,648 | 1,801 | 1,836 | 1,873 | 1,910 |
| Total Gross Margin | | $ 25,717 | $ 26,574 | $ 27,470 | $ 49,601 | $ 50,988 | $ 71,686 | $ 73,555 | $ 75,483 | $ 77,481 | $ 60,500 | $ 62,242 | $ 64,046 | $ 65,914 |
| Gross margin as % of net sales | | 58.9% | 59.2% | 59.5% | 72.3% | 72.4% | 73.5% | 73.6% | 73.7% | 73.8% | 75.5% | 75.7% | 75.8% | 76.0% |
| | | | | | | | | | | | | | | |
| Total Operating Expenses (before financial deal terms) | | $ 4,267 | $ 9,786 | $ 12,569 | $ 8,928 | $ 3,531 | $ 4,753 | $ 4,860 | $ 4,708 | $ 4,822 | $ 3,706 | $ 3,802 | $ 3,902 | $ 4,004 |
| **Financial Deal Terms** | | | | | | | | | | | | | | |
| Total Milestones (P&L) | | | | | | | | | | | | | | |
| Total Royalties | | | | | | | | | | | | | | |

# Redacted

| | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operating Profits before Taxes | $000s | $ 20,962 | $ 16,239 | $ 14,412 | $ 36,618 | $ 43,314 | $ 60,184 | $ 61,801 | $ 63,734 | $ 65,464 | $ 51,264 | $ 52,785 | $ 54,361 | $ 55,995 |
| Provision for income taxes | 50.0% tax rate | (10,481) | (8,149) | (7,206) | (18,309) | (21,657) | (30,092) | (30,901) | (31,867) | (32,732) | (25,632) | (26,393) | (27,181) | (27,997) |
| Net Income after Taxes | $000s | $ 10,481 | $ 8,149 | $ 7,206 | $ 18,309 | $ 21,657 | $ 30,092 | $ 30,901 | $ 31,867 | $ 32,732 | $ 25,632 | $ 26,393 | $ 27,181 | $ 27,997 |

| FREE CASH FLOWS ANALYSIS | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Flows Model | | | | | | | | | | | | | | |
| Net income after taxes | | 10,481 | 8,149 | 7,206 | 18,309 | 21,657 | 30,092 | 30,901 | 31,867 | 32,732 | 25,632 | 26,393 | 27,181 | 27,997 |
| Work capital changes | 10.0% of yty sales change | - | (121) | (126) | (2,250) | (177) | (2,716) | (238) | (245) | (254) | 2,480 | (213) | (220) | (228) |
| Add: milestones amortized | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtract: milestone cash flows | | | | | | | | | | | | | | |
| Add: capital equipment depreciation | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtract: capital equipment cash flows | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Free Cash Flows | | 3,632 | 8,517 | 7,569 | 14,681 | 22,103 | 27,999 | 31,285 | 32,244 | 33,101 | 28,735 | 26,802 | 27,583 | 28,392 |
| Free Cash Flows | | $ 3,669 | $ - | $ - | $ 2,716 | $ 1,760 | $ 3,063 | $ 3,135 | $ 3,209 | $ 3,286 | $ 2,454 | $ 2,516 | $ 2,580 | $ 2,646 |

## Redacted

| RETURN ON INVESTMENT | | discounted $000s |
|---|---|---|
| Purdue+Rhodes discounted free cash flows with formulation, 2013-2025 | @12% | 135,667 |
| Purdue+Rhodes discounted free cash flows if non-TR MSER is off market at EOY-2 | | 59,017 |
| Incremental discounted free cash flows provided by formulation | | 76,650 |
| discounted free cash flows | @12% discount rate | 15,942 |

U.S. - 74

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409674

HIGHLY CONFIDENTIAL – PROFESSIONALS' EYES ONLY; MEDIATION.
TREAT SUBJECT TO PROTECTIVE ORDER

MS Contin Analysis
S: #4, Branded Case; Market disruption case

| ASSUMPTIONS | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Morphine Market** | | | | | | | | | | | | | | |
| Total IMS morphine BID market | in bottles, 000s | 5,443 | 5,551 | 5,663 | 5,776 | 5,891 | 6,010 | 6,129 | 6,252 | 6,377 | 6,504 | 6,633 | 6,766 | 6,901 |
| Growth year-to-year | 2.0% p.a. | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| **Market Share, by sales bottles** | | | | | | | | | | | | | | |
| Purdue brand (2013, fixed) | 25 in bottles, 000s | 0.4% | 0.4% | 0.4% | 10.0% | 10.0% | 10.0% | 10.0% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| Purdue/Rhodes generic | | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 50.0% | 50.0% | 50.0% | 50.0% | 34.8% | 34.8% | 34.8% | 34.8% |
| 3rd-party generic, licensed by Purdue | 15.0% during 2016-2019 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 15.0% | 15.0% | 15.0% | 15.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Other manufacturers | total to 100% | 64.8% | 64.8% | 64.8% | 55.2% | 55.2% | 25.0% | 34.6% | 34.6% | 34.6% | 54.8% | 54.8% | 54.8% | 54.8% |
| **Pricing, weighted-average by mg** | | | | | | | | | | | | | | |
| Purdue brand net price | 3.0% per bottle, growth y/y | $ 506.71 | $ 521.91 | $ 537.57 | $ 332.22 | $ 342.18 | $ 352.45 | $ 605.04 | $ 623.19 | $ 641.88 | $ 661.14 | $ 680.97 | $ 701.40 | $ 722.44 |
| Purdue/Rhodes generic dead-net price; C | 3.4% <= % of WAC =>TR | $ 17.13 | $ 17.13 | $ 17.13 | $ 17.13 | $ 17.13 | $ 35.24 | $ 35.24 | $ 35.24 | $ 35.24 | $ 35.24 | $ 35.24 | $ 35.24 | $ 35.24 |
| **Cost of Goods (Unit)** | | | | | | | | | | | | | | |
| Purdue brand | $ 9.89 per bottle, w/S&W 10% | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 |
| Purdue/Rhodes generic | $ 9.36 per bottle, w/S&W 10% | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 |

| PROFIT AND LOSS STATEMENT | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** | | | | | | | | | | | | | | |
| Purdue brand | net sales, $000s | 11,235 | 11,803 | 12,402 | 191,883 | 201,578 | 211,806 | 15,108 | 15,871 | 16,675 | 17,517 | 18,402 | 19,332 | 20,309 |
| Purdue/Rhodes generic | net sales, $000s | 32,427 | 33,073 | 33,739 | 34,412 | 35,098 | 105,903 | 108,014 | 110,167 | 112,374 | 79,728 | 81,317 | 82,938 | 84,591 |
| Total Net Sales | | $ 43,662 | $ 44,876 | $ 46,141 | $226,294 | $236,676 | $317,709 | $123,121 | $126,038 | $129,048 | $ 97,245 | $ 99,719 | ##### | ##### |
| **Cost of Goods** | | | | | | | | | | | | | | |
| Purdue brand | $000s | 219 | 224 | 228 | 5,711 | 5,825 | 5,943 | 247 | 252 | 257 | 262 | 267 | 273 | 278 |
| Purdue/Rhodes generic | $000s | 17,725 | 18,079 | 18,443 | 18,810 | 19,185 | 28,135 | 28,696 | 29,268 | 29,854 | 21,181 | 21,603 | 22,034 | 22,473 |
| Total Cost of Goods | | $ 17,945 | $ 18,302 | $ 18,671 | $ 24,522 | $ 25,010 | $ 34,078 | $ 28,943 | $ 29,520 | $ 30,111 | $ 21,443 | $ 21,871 | $ 22,307 | $ 22,751 |
| **Gross Margin** | | | | | | | | | | | | | | |
| Purdue brand | $000s | 11,016 | 11,579 | 12,173 | 186,171 | 195,753 | 205,863 | 14,861 | 15,619 | 16,418 | 17,255 | 18,135 | 19,060 | 20,031 |
| Purdue/Rhodes generic | $000s | 14,702 | 14,995 | 15,297 | 15,601 | 15,912 | 77,768 | 79,318 | 80,899 | 82,519 | 58,546 | 59,713 | 60,904 | 62,118 |
| Net sales royalty from 3rd-party generic | 10.0% of net sales, $000s | | | | | | 3,177 | 3,240 | 3,305 | 3,371 | 2,292 | 2,338 | 2,385 | 2,432 |
| Total Gross Margin | | $ 25,717 | $ 26,574 | $ 27,470 | $201,773 | $211,666 | $286,808 | $ 97,419 | $ 99,823 | $102,308 | $ 78,094 | $ 80,186 | $ 82,348 | $ 84,581 |
| Gross margin as % of net sales | | 58.9% | 59.2% | 59.5% | 89.2% | 89.4% | 90.3% | 79.1% | 79.2% | 79.3% | 80.3% | 80.4% | 80.5% | 80.6% |
| Total Operating Expenses (before financial deal terms) | | $ 4,267 | $ 9,786 | $ 12,569 | $ 16,023 | $ 11,013 | $ 14,659 | $ 5,903 | $ 5,772 | $ 5,907 | $ 4,476 | $ 4,587 | $ 4,702 | $ 4,820 |
| **Financial Deal Terms** | | | | | | | | | | | | | | |
| Total Milestones (P&L) | | | | | | | | | | | | | | |

<p style="text-align:center; font-size:2em;">Redacted</p>

| | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Royalties | | | | | | | | | | | | | | |
| **Operating Profits before Taxes** | $000s | $ 20,962 | $ 16,299 | $ 14,412 | $171,905 | $186,030 | $249,860 | $ 83,117 | $ 85,474 | $ 87,641 | $ 66,987 | $ 68,822 | $ 70,717 | $ 72,677 |
| Provision for income taxes | 50.0% tax rate | (10,481) | (8,149) | (7,206) | (85,953) | (93,015) | (124,930) | (41,559) | (42,737) | (43,820) | (33,493) | (34,411) | (35,359) | (36,338) |
| **Net Income after Taxes** | $000s | $ 10,481 | $ 8,149 | $ 7,206 | $ 85,953 | $ 93,015 | $124,930 | $ 41,559 | $ 42,737 | $ 43,820 | $ 33,493 | $ 34,411 | $ 35,359 | $ 36,338 |

| FREE CASH FLOWS ANALYSIS | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Flows Model | | | | | | | | | | | | | | |
| Net income after taxes | | 10,481 | 8,149 | 7,206 | 85,953 | 93,015 | 124,930 | 41,559 | 42,737 | 43,820 | 33,493 | 34,411 | 35,359 | 36,338 |
| Work capital changes | 10.0% of yty sales change | - | (121) | (126) | (18,015) | (1,038) | (8,103) | 19,459 | (292) | (301) | 3,180 | (247) | (255) | (263) |
| Add: milestones amortized | | | | | | | | | | | | | | |

<p>Redacted</p>

| | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subtract: milestone cash flows | | | | | | | | | | | | | | |
| Add: capital equipment depreciation | | | | | | | | | | | | | | |
| Subtract: capital equipment cash flows | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Free Cash Flows** | | 3,632 | 8,517 | 7,569 | 66,560 | 92,599 | 117,449 | 61,640 | 43,068 | 44,142 66,575 | 37,296 | 34,786 | 35,726 | 36,698 |
| Free Cash Flows | | $ 3,669 | $ - | $ - | $ 7,611 | $ 7,000 | $ 10,833 | $ 3,888 | $ 3,977 | $ 4,069 5,692 | $ 3,004 | $ 3,077 | $ 3,153 | $ 3,231 |

| RETURN ON INVESTMENT | | discounted $000s | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purdue+Rhodes discounted free cash flows with formulation, 2013-2025 | (@12%) | 303,017 | | | | | | | | | | | | |
| Purdue+Rhodes discounted free cash flows if non-TR MSER is off market at EOY-2 | | 59,017 | | | | | | | | | | | | |
| Incremental discounted free cash flows provided by formulation | | 244,000 | | | | | | | | | | | | |
| discounted free cash flows | (@12% discount rate) | 28,904 | | | | | | | | | | | | |

U.S. - 75

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409675

HIGHLY CONFIDENTIAL - SUBJECT TO PROFESSIONALS EYES ONLY - UNDER SEAL PURSUANT TO COURT DECISION. TREAT SUBJECT TO PROTECTIVE ORDER

MS Contin Analysis
S:   #3, Low Case; maintain a 3.4% WAC

| ASSUMPTIONS | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Morphine Market** | | | | | | | | | | | | | | |
| Total IMS morphine BID market | in bottles, 000s | 5,443 | 5,551 | 5,663 | 5,776 | 5,891 | 6,010 | 6,129 | 6,252 | 6,377 | 6,504 | 6,633 | 6,766 | 6,901 |
| Growth year-to-year | 2.0% p.a. | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | |
| | | | | | | | | | | | | | | |
| **Market Share, by sales bottles** | | | | | | | | | | | | | | |
| Purdue brand (2013, fixed) | 25 in bottles, 000s | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| Purdue/Rhodes generic | | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 50.0% | 50.0% | 50.0% | 50.0% | 34.8% | 34.8% | 34.8% | 34.8% |
| 3rd-party generic, licensed by Purdue | 15.0% during 2016-2019 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 15.0% | 15.0% | 15.0% | 15.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Other manufacturers | total to 100% | 64.8% | 64.8% | 64.8% | 64.8% | 64.8% | 34.6% | 34.6% | 34.6% | 34.6% | 54.8% | 54.8% | 54.8% | 54.8% |
| | | | | | | | | | | | | | | |
| **Pricing, weighted-average by mg** | | | | | | | | | | | | | | |
| Purdue brand net price | 3.0% per bottle, growth yrly | $ 506.71 | $ 521.91 | $ 537.57 | $ 553.69 | $ 570.30 | $ 587.41 | $ 605.04 | $ 623.19 | $ 641.88 | $ 661.14 | $ 680.97 | $ 701.40 | $ 722.44 |
| Purdue/Rhodes generic dead-net price, Current | 3.4% <= % of WAC =>TR    3.4% | $ 17.13 | $ 17.13 | $ 17.13 | $ 18.72 | $ 18.72 | $ 18.72 | $ 18.72 | $ 18.72 | $ 18.72 | $ 18.72 | $ 18.72 | $ 18.72 | $ 18.72 |
| | | | | | | | | | | | | | | |
| **Cost of Goods (Unit)** | | | | | | | | | | | | | | |
| Purdue brand | $   9.89 per bottle, w/S&W 10%    74% | $ 9.89 | $ 9.89 | $ 9.89 | $ 17.17 | $ 17.17 | $ 17.17 | $ 17.17 | $ 17.17 | $ 17.17 | $ 17.17 | $ 17.17 | $ 17.17 | $ 17.17 |
| Purdue/Rhodes generic | $   9.36 per bottle, w/S&W 10%    74% | $ 9.36 | $ 9.36 | $ 9.36 | $ 16.26 | $ 16.26 | $ 16.26 | $ 16.26 | $ 16.26 | $ 16.26 | $ 16.26 | $ 16.26 | $ 16.26 | $ 16.26 |

| PROFIT AND LOSS STATEMENT | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** | | | | | | | | | | | | | | |
| Purdue brand | net sales, $000s | 11,235 | 11,803 | 12,402 | 13,028 | 13,687 | 14,381 | 15,108 | 15,871 | 16,675 | 17,517 | 18,402 | 19,332 | 20,309 |
| Purdue/Rhodes generic | net sales, $000s | 32,427 | 33,073 | 33,739 | 37,603 | 38,352 | 56,244 | 57,365 | 58,508 | 59,680 | 42,342 | 43,186 | 44,047 | 44,925 |
| Total Net Sales | | $ 43,662 | $ 44,876 | $ 46,141 | $ 50,631 | $ 52,039 | $ 70,624 | $ 72,472 | $ 74,379 | $ 76,355 | $ 59,859 | $ 61,588 | $ 63,379 | $ 65,234 |
| | | | | | | | | | | | | | | |
| **Cost of Goods** | | | | | | | | | | | | | | |
| Purdue brand | $000s | 219 | 224 | 228 | 404 | 412 | 420 | 429 | 437 | 446 | 455 | 464 | 473 | 483 |
| Purdue/Rhodes generic | $000s | 17,725 | 18,079 | 18,443 | 32,670 | 33,322 | 48,866 | 49,840 | 50,834 | 51,852 | 36,788 | 37,522 | 38,269 | 39,032 |
| Total Cost of Goods | | $ 17,945 | $ 18,302 | $ 18,671 | $ 33,074 | $ 33,734 | $ 49,287 | $ 50,269 | $ 51,271 | $ 52,298 | $ 37,243 | $ 37,986 | $ 38,743 | $ 39,515 |
| | | | | | | | | | | | | | | |
| **Gross Margin** | | | | | | | | | | | | | | |
| Purdue brand | $000s | 11,016 | 11,579 | 12,173 | 12,624 | 13,274 | 13,960 | 14,679 | 15,434 | 16,228 | 17,062 | 17,938 | 18,859 | 19,826 |
| Purdue/Rhodes generic | $000s | 14,702 | 14,995 | 15,297 | 4,932 | 5,031 | 7,377 | 7,524 | 7,674 | 7,828 | 5,554 | 5,665 | 5,778 | 5,893 |
| Net sales royalty from 3rd-party generic | 10.0% of net sales, $000s | | | | | 1,687 | 1,721 | 1,755 | 1,790 | 1,217 | 1,242 | 1,266 | 1,292 | |
| **Total Gross Margin** | | $ 25,717 | $ 26,574 | $ 27,470 | $ 17,556 | $ 18,305 | $ 23,025 | $ 23,924 | $ 24,863 | $ 25,847 | $ 23,833 | $ 24,844 | $ 25,903 | $ 27,011 |
| *Gross margin as % of net sales* | | *58.9%* | *59.2%* | *59.5%* | *34.7%* | *35.2%* | *32.6%* | *33.0%* | *33.4%* | *33.9%* | *39.8%* | *40.3%* | *40.9%* | *41.4%* |
| | | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | |
| General and administrative, IP supports | 3.0% of net sales, $000s | 1,310 | 1,346 | 1,384 | 1,519 | 1,561 | 2,119 | 2,174 | 2,231 | 2,291 | 1,796 | 1,848 | 1,901 | 1,957 |
| Selling and promotion (contracting) | 0.5% of net sales, $000s | 218 | 224 | 231 | 253 | 260 | 353 | 362 | 372 | 382 | 299 | 308 | 317 | 326 |
| Research and development | | | | | | | | | | | | | | |
| Prelaunch R&D | $  27,384 $000s   2016   launch | 2,738 | 8,215 | 10,954 | 5,477 | | | | | | | | | |
| Post-launch Regulatory support | 1.0% of net sales, $000s | | | | 506 | 520 | 706 | 725 | 744 | 764 | 599 | 616 | 634 | 652 |
| FDA annual product fee | $   100 $000s | | | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Pediatric studies | $     - $000s | | | | - | - | - | - | - | - | - | - | - | - |
| Epidemiology studies/Post-Launch | $  1,050 $000s | | | | 263 | 263 | 263 | 263 | | | | | | |
| Total Operating Expenses (before financial deal terms) | | $ 4,267 | $ 9,786 | $ 12,569 | $ 8,118 | $ 2,704 | $ 3,541 | $ 3,624 | $ 3,447 | $ 3,536 | $ 2,794 | $ 2,871 | $ 2,952 | $ 3,036 |

**Financial Deal Terms**
*Milestones & R&D Funding*
  Upfront at signing
  Milestone #1: formulation
  Milestone #2: pivotal PK/BE study
  Milestone #3: pivotal in vivo APS
  Milestone #4: 2-year stability
  Milestone #5: tech transfer
  Milestone #6: US NDA approval
  Milestone #7: US launch
  Exchange Rate impact
  R&D funding from
    Total Milestones and R&D Funding (P&L)

# Redacted

*Royalties*
  Royalty on net sales    ≤
  Royalty on net sales    >
  Share 3rd-party licensees royalty
    Total Royalties

## Redacted

| Capital Equipment for Manufacturing | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchased from    l | $   3,335 $000s @    7 yrs | 476 | 476 | 476 | 476 | 476 | 476 | 476 | - | - | - | - | - | - |
| Purchased for Wilson | $  14,665 $000s @    7 yrs | - | - | 2,095 | 2,095 | 2,095 | 2,095 | 2,095 | 2,095 | 2,095 | - | - | - | - |
| Total Capital Equipment Depreciation | | $ 476 | $ 476 | $ 2,571 | $ 2,571 | $ 2,571 | $ 2,571 | $ 2,571 | $ 2,095 | $ 2,095 | $ - | $ - | $ - | $ - |
| | | | | | | | | | | | | | | |
| **Operating Profits before Taxes** | $000s | $ 21,721 | $ 19,663 | $ 15,964 | $ 3,179 | $ 9,271 | $ 11,382 | $ 12,089 | $ 13,568 | $ 14,347 | $ 16,282 | $ 17,116 | $ 17,992 | $ 18,911 |
| | | | | | | | | | | | | | | |
| Provision for income taxes | 50.0% tax rate | (10,860) | (9,832) | (7,982) | (1,590) | (4,636) | (5,691) | (6,044) | (6,784) | (7,173) | (8,141) | (8,558) | (8,996) | (9,456) |
| | | | | | | | | | | | | | | |
| **Net Income after Taxes** | $000s | $ 10,860 | $ 9,832 | $ 7,982 | $ 1,590 | $ 4,636 | $ 5,691 | $ 6,044 | $ 6,784 | $ 7,173 | $ 8,141 | $ 8,558 | $ 8,996 | $ 9,456 |

| FREE CASH FLOWS ANALYSIS | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Flows Model | | | | | | | | | | | | | | |
| Net income after taxes | | 10,860 | 9,832 | 7,982 | 1,590 | 4,636 | 5,691 | 6,044 | 6,784 | 7,173 | 8,141 | 8,558 | 8,996 | 9,456 |
| Work capital changes | 10.0% of yty sales change | - | (121) | (126) | (449) | (141) | (1,859) | (185) | (191) | (198) | 1,650 | (173) | (179) | (185) |
| Add: milestones amortized | | | | | | | Redacted | | | | | | | |
| Subtract: milestone cash flows | | | | | | | | | | | | | | |
| Add: capital equipment depreciation | | 476 | 476 | 2,571 | 2,571 | 2,571 | 2,571 | 2,571 | 2,095 | 2,095 | - | - | - | - |
| Subtract: capital equipment cash flows | | (3,335) | | (14,665) | | | | | | | | | | |
| **Free Cash Flows** | | (714) | 8,941 | (5,350) | 866 | 8,222 | 7,560 | 9,587 | 9,845 | 10,227 | 10,947 | 9,542 | 9,973 | 10,426 |
| | | | | | | | | | | | | | | |
| Free Cash Flows | | $ 3,985 | $ (1,053) | $ (1,261) | $ 3,267 | $ 1,301 | $ 2,187 | $ 2,242 | $ 2,298 | $ 2,356 | $ 1,801 | $ 1,850 | $ 1,901 | $ 1,954 |

| RETURN ON INVESTMENT | | discounted $000s |
|---|---|---|
| Purdue+Rhodes discounted free cash flows with    ' formulation, 2013-2025 (@12% discount rate) | | 39,140 |
| Purdue+Rhodes discounted free cash flows if non-TR MSER is off market at EOY-2017 (@9% discount rate) | | 59,017 |
| Incremental discounted free cash flows provided by    ' formulation | | (19,877) |
| | | |
| l discounted free cash flows (@12% discount rate) | | 11,853 |

U.S. - 76

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL — SUBJECT TO PROFESSIONALS' EYES ONLY AND CERTAIN ADDITIONAL PERSONS UNDER THE PROTECTIVE ORDER IN THE CHAPTER 11 CASES AND CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO THE PROTECTIVE ORDER

MS Contin Analysis:
S: #0, Baseline; if no-TR formulation developed and non-TR is off market at EOY-2017

| ASSUMPTIONS | | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Morphine Market** | | | | | | | | | | | | | | | |
| Total IMS morphine BID market | in bottles, 000s | | 5,443 | 5,551 | 5,663 | 5,776 | 5,891 | 6,010 | 6,129 | 6,252 | 6,377 | 6,504 | 6,633 | 6,766 | 6,901 |
| Growth year-to-year | 2.0% p.a. | | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| **Market Share, by sales bottles** | | | | | | | | | | | | | | | |
| Purdue brand (2013, fixed) | 25 in bottles, 000s | | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | | | | | | | | |
| Purdue/Rhodes generic | | | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | | | | | | | | |
| 3rd-party generic, licensed by Purdue | 15.0% during 2016-2019 | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | | | | | | | |
| Other manufacturers | total to 100% | | 64.8% | 64.8% | 64.8% | 64.8% | 64.8% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **Pricing, weighted-average by mg** | | | | | | | | | | | | | | | |
| Purdue brand net price | 3.0% per bottle, growth yty | | $ 506.71 | $ 521.91 | $ 537.57 | $ 553.69 | $ 570.30 | $ 587.41 | $ 605.04 | $ 623.19 | $ 641.88 | $ 661.14 | $ 680.97 | $ 701.40 | $ 722.44 |
| Purdue/Rhodes generic dead-net price, Current | 3.4% <= % of WAC =>TR | | $ 17.13 | $ 17.13 | $ 17.13 | $ 17.13 | $ 17.13 | $ 17.13 | $ 17.13 | $ 17.13 | $ 17.13 | $ 17.13 | $ 17.13 | $ 17.13 | $ 17.13 |
| **Cost of Goods (Unit)** | | | | | | | | | | | | | | | |
| Purdue brand | $ 9.89 per bottle, w/S&W 10% | | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 | $ 9.89 |
| | $ 9.36 per bottle, w/S&W 10% | | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 | $ 9.36 |
| **PROFIT AND LOSS STATEMENT** | | | **2013** | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** |
| **Net Sales** | | | | | | | | | | | | | | | |
| Purdue brand | net sales, $000s | | 11,235 | 11,803 | 12,402 | 13,028 | 13,687 | - | - | - | - | - | - | - | - |
| Purdue/Rhodes generic | net sales, $000s | | 32,427 | 33,073 | 33,739 | 34,412 | 35,098 | - | - | - | - | - | - | - | - |
| Total Net Sales | | | $ 43,662 | $ 44,876 | $ 46,141 | $ 47,440 | $ 48,784 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Cost of Goods** | | | | | | | | | | | | | | | |
| Purdue brand | $000s | | 219 | 224 | 228 | 233 | 237 | - | - | - | - | - | - | - | - |
| Purdue/Rhodes generic | $000s | | 17,725 | 18,079 | 18,443 | 18,810 | 19,185 | - | - | - | - | - | - | - | - |
| Total Cost of Goods | | | $ 17,945 | $ 18,302 | $ 18,671 | $ 19,043 | $ 19,422 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Gross Margin** | | | | | | | | | | | | | | | |
| Purdue brand | $000s | | 11,016 | 11,579 | 12,173 | 12,796 | 13,449 | - | - | - | - | - | - | - | - |
| Purdue/Rhodes generic | $000s | | 14,702 | 14,995 | 15,297 | 15,601 | 15,912 | - | - | - | - | - | - | - | - |
| Net sales royalty from 3rd-party generic | 10.0% of net sales, $000s | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Gross Margin | | | $ 25,717 | $ 26,574 | $ 27,470 | $ 28,397 | $ 29,362 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Gross margin as % of net sales* | | | 58.9% | 59.2% | 59.5% | 59.9% | 60.2% | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| **Operating Expenses** | | | | | | | | | | | | | | | |
| General and administrative, IP supports | 1.0% of net sales, $000s | | 437 | 449 | 461 | 474 | 488 | - | - | - | - | - | - | - | - |
| Selling and promotion (contracting) | 0.5% of net sales, $000s | | 218 | 224 | 231 | 237 | 244 | - | - | - | - | - | - | - | - |
| Research and development | | | | | | | | | | | | | | | |
| Prelaunch R&D | $000s 2016 launch | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Post-launch Regulatory support | 0.5% of net sales, $000s | | | | | 237 | 244 | | | | | | | | |
| FDA annual product fee | $ 100 $000s | | | | | 100 | 100 | | | | | | | | |
| Pediatric studies | $ - $000s | | | | | | | | | | | | | | |
| Epidemiology studies/Post-Launch | $000s | | | | | | | | | | | | | | |
| Total Operating Expenses (before financial deal terms) | | | $ 655 | $ 673 | $ 692 | $ 1,049 | $ 1,076 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Financial Deal Terms** | | | | | | | | | | | | | | | |
| *Milestones & R&D Funding* | | | | | | | | | | | | | | | |
| Upfront at signing | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Milestone #1: formulation | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Milestone #2: pivotal PK/BE study | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Milestone #3: pivotal in vivo APS | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Milestone #4: 2-year stability | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Milestone #5: tech transfer | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Milestone #6: US NDA approval | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Milestone #7: US launch | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Exchange Rate impact | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| R&D funding from | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Milestones and R&D Funding (P&L) | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Royalties* | | | | | | | | | | | | | | | |
| Royalty on net sales | ≤ $ 150,000 $000s @ | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Royalty on net sales | > $ 150,000 $000s @ Redac | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Share 3rd-party licensees royalty | 50% | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Royalties | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| *Capital Equipment for Manufacturing* | | | | | | | | | | | | | | | |
| Purchased from I | $000s @ 7 yrs | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Purchased for Wilson | $000s @ 7 yrs | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Capital Equipment Depreciation | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Operating Profits before Taxes** | $000s | | $ 25,062 | $ 25,901 | $ 26,778 | $ 27,348 | $ 28,286 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Provision for income taxes | 50.0% tax rate | | (12,531) | (12,950) | (13,389) | (13,674) | (14,143) | - | - | - | - | - | - | - | - |
| **Net Income after Taxes** | $000s | | $ 12,531 | $ 12,950 | $ 13,389 | $ 13,674 | $ 14,143 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **FREE CASH FLOWS ANALYSIS** | | | **2013** | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** |
| **Cash Flows Model** | | | | | | | | | | | | | | | |
| Net income after taxes | | | 12,531 | 12,950 | 13,389 | 13,674 | 14,143 | - | - | - | - | - | - | - | - |
| Work capital changes | 10.0% of yty sales change | | - | (121) | (126) | (130) | (134) | 4,878 | - | - | - | - | - | - | - |
| Add: milestones amortized | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtract: milestone cash flows | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Add: capital equipment depreciation | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtract: capital equipment cash flows | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Free Cash Flows** | | | 12,531 | 12,829 | 13,262 | 13,544 | 14,009 | 4,878 | - | - | - | - | - | - | - |
| Free Cash Flows | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| RETURN ON INVESTMENT | *discounted $000s* | |
|---|---|---|
| Purdue+Rhodes discounted free cash flows with ` formulation, 2013-2025 (@12% discount rate) | | |
| Purdue+Rhodes discounted free cash flows if non-TR MSER is off market at EOY-2017 (@8% discount rate) | | 59,017 |
| Incremental discounted free cash flows provided by` formulation | | **59,017** |
| I discounted free cash flows (@12% discount rate) | | - |

Redacted

U.S. - 77

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004409677

HIGHLY CONFIDENTIAL – SUBJECT TO FURTHER CONFIDENTIALITY REVIEW AND REDACTION.
TREAT SUBJECT TO PROTECTIVE ORDER

MS Contin Analysis
S: #2, Base Case; increase from 3.4% WAC to 5% WAC

| ASSUMPTIONS | | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Morphine Market | | | | | | | | | | | | | | | |
| Total IMS morphine BID market | in bottles, 000s | | 5,443 | 5,551 | 5,663 | 5,776 | 5,891 | 6,010 | 6,129 | 6,252 | 6,377 | 6,504 | 6,633 | 6,766 | 6,901 |
| Growth year-to-year | 2.0% p.a. | | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% |
| | | | | | | | | | | | | | | | |
| Market Share, by sales bottles | | | | | | | | | | | | | | | |
| Purdue brand (2013, fixed) | 25 in bottles, 000s | | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% | 0.4% |
| Purdue/Rhodes generic | | | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 50.0% | 50.0% | 50.0% | 50.0% | 34.8% | 34.8% | 34.8% | 34.8% |
| 3rd-party generic, licensed by Purdue | 15.0% during 2016-2019 | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 15.0% | 15.0% | 15.0% | 15.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Other manufacturers | total to 100% | | 64.8% | 64.8% | 64.8% | 64.8% | 64.8% | 34.6% | 34.6% | 34.6% | 34.6% | 54.8% | 54.8% | 54.8% | 54.8% |
| | | | | | | | | | | | | | | | |
| Pricing, weighted-average by mg | | | | | | | | | | | | | | | |
| Purdue brand net price | 3.0% per bottle, growth yrly | | $ 506.71 | $ 521.91 | $ 537.57 | $ 553.69 | $ 570.30 | $ 587.41 | $ 605.04 | $ 623.19 | $ 641.88 | $ 661.14 | $ 680.97 | $ 701.40 | $ 722.44 |
| Purdue/Rhodes generic dead-net price, Current | 3.4% <= % of WAC =>TR | 5.0% | $ 17.13 | $ 17.13 | $ 17.13 | 166.11 | $ 99.80 | $ 88.11 | $ 88.11 | $ 88.11 | $ 88.11 | $ 88.11 | $ 88.11 | $ 88.11 | $ 88.11 |
| | | | | | | | | | | | | | | | |
| Cost of Goods (Unit) | | | | | | | | | | | | | | | |
| Purdue brand | $ 9.89 per bottle, w/S&W 10% | 74% | $ 9.89 | $ 9.89 | $ 9.89 | $ 17.17 | $ 17.17 | $ 17.17 | $ 17.17 | $ 17.17 | $ 17.17 | $ 17.17 | $ 17.17 | $ 17.17 | $ 17.17 |
| | $ 9.36 per bottle, w/S&W 10% | 74% | $ 9.36 | $ 9.36 | $ 9.36 | $ 16.26 | $ 16.26 | $ 16.26 | $ 16.26 | $ 16.26 | $ 16.26 | $ 16.26 | $ 16.26 | $ 16.26 | $ 16.26 |

| PROFIT AND LOSS STATEMENT | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | | | | | | | | | | | | | | |
| Purdue brand | net sales, 000s | 11,235 | 11,803 | 12,402 | 13,028 | 13,687 | 14,381 | 15,108 | 15,871 | 16,675 | 17,517 | 18,402 | 19,332 | 20,309 |
| Purdue/Rhodes generic | net sales, 000s | 32,427 | 33,073 | 33,739 | 333,694 | 204,491 | 264,757 | 270,034 | 275,417 | 280,934 | 199,319 | 203,292 | 207,344 | 211,477 |
| Total Net Sales | | $ 43,662 | $ 44,876 | $ 46,141 | ##### | ##### | ##### | ##### | ##### | ##### | ##### | ##### | ##### | ##### |
| | | | | | | | | | | | | | | |
| Cost of Goods | | | | | | | | | | | | | | |
| Purdue brand | 000s | 219 | 224 | 228 | 404 | 412 | 420 | 429 | 437 | 446 | 455 | 464 | 473 | 483 |
| Purdue/Rhodes generic | 000s | 17,725 | 18,079 | 18,443 | 32,670 | 33,322 | 48,866 | 49,840 | 50,834 | 51,852 | 36,788 | 37,522 | 38,269 | 39,032 |
| Total Cost of Goods | | $ 17,945 | $ 18,302 | $ 18,671 | $ 33,074 | $ 33,734 | $ 49,287 | $ 50,269 | $ 51,271 | $ 52,298 | $ 37,243 | $ 37,986 | $ 38,743 | $ 39,515 |
| | | | | | | | | | | | | | | |
| Gross Margin | | | | | | | | | | | | | | |
| Purdue brand | 000s | 11,016 | 11,579 | 12,173 | 12,624 | 13,274 | 13,960 | 14,679 | 15,434 | 16,228 | 17,062 | 17,938 | 18,859 | 19,826 |
| Purdue/Rhodes generic | 000s | 14,702 | 14,995 | 15,297 | 301,024 | 171,169 | 215,891 | 220,194 | 224,583 | 229,082 | 162,531 | 165,770 | 169,074 | 172,444 |
| Net sales royalty from 3rd-party generic | 10.0% of net sales, 000s | | | | | | 7,943 | 8,101 | 8,263 | 8,428 | 5,731 | 5,845 | 5,961 | 6,080 |
| Total Gross Margin | | $ 25,717 | $ 26,574 | $ 27,470 | ##### | ##### | ##### | ##### | ##### | ##### | ##### | ##### | ##### | ##### |
| Gross margin as % of net sales | | 58.9% | 59.2% | 59.5% | 90.5% | 84.5% | 85.2% | 85.2% | 85.2% | 85.3% | 85.5% | 85.5% | 85.5% | 85.6% |
| | | | | | | | | | | | | | | |
| Operating Expenses | | | | | | | | | | | | | | |
| General and administrative, IP supports | 3.0% of net sales, 000s | 1,310 | 1,346 | 1,384 | 10,402 | 6,545 | 8,374 | 8,554 | 8,739 | 8,928 | 6,651 | 6,851 | 6,800 | 6,954 |
| Selling and promotion (contracting) | 0.5% of net sales, 000s | 218 | 224 | 231 | 1,734 | 1,091 | 1,396 | 1,426 | 1,456 | 1,488 | 1,084 | 1,108 | 1,133 | 1,159 |
| Research and development | | | | | | | | | | | | | | |
| Prelaunch R&D | $ 27,384 000s 2016 launch | 2,738 | 8,215 | 10,954 | 5,477 | | | | | | | | | |
| Post-launch Regulatory support | 1.0% of net sales, 000s | | | | 3,467 | 2,182 | 2,791 | 2,851 | 2,913 | 2,976 | 2,168 | 2,217 | 2,267 | 2,318 |
| FDA annual product fee | $ 100 $000s | | | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Pediatric studies | $ - $000s | | | | - | - | - | - | | | | | | |
| Epidemiology studies/Post-Launch | $ 1,050 $000s | | | | 263 | 263 | 263 | 263 | | | | | | |
| Total Operating Expenses (before financial deal terms) | | $ 4,267 | $ 9,786 | $ 12,569 | $ 21,442 | $ 10,180 | $ 12,924 | $ 13,194 | $ 13,208 | $ 13,492 | $ 9,858 | $ 10,076 | $ 10,300 | $ 10,530 |

**Financial Deal Terms**
*Milestones & R&D Funding*
  Upfront at signing
  Milestone #1: formulation
  Milestone #2: pivotal PK/BE study
  Milestone #3: pivotal in vivo APS
  Milestone #4: 6-month stability
  Milestone #5: tech transfer
  Milestone #6: US NDA approval
  Milestone #7: US launch
  Exchange Rate impact
  R&D funding from
    Total Milestones and R&D Funding (P&L)

# Redacted

*Royalties*
  Royalty on net sales ≤
  Royalty on net sales >
  Share 3rd-party licensees royalty
    Total Royalties

# Redacted

| Capital Equipment for Manufacturing | | | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchased from | $ 3,335 $000s @ | 7 yrs | | 476 | 476 | 476 | 476 | 476 | 476 | 476 | | | | | | |
| Purchased for Wilson | $ 14,665 $000s @ | 7 yrs | | - | - | 2,095 | 2,095 | 2,095 | 2,095 | 2,095 | 2,095 | 2,095 | | | | |
| Total Capital Equipment Depreciation | | | | $ 476 | $ 476 | $ 2,571 | $ 2,571 | $ 2,571 | $ 2,571 | $ 2,571 | $ 2,095 | $ 2,095 | $ - | $ - | $ - | $ - |

| Operating Profits before Taxes | $000s | $ 21,721 | $ 19,663 | $ 15,964 | ##### | ##### | ##### | ##### | ##### | ##### | ##### | ##### | ##### | ##### |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Provision for income taxes | 50.0% tax rate | (10,860) | (9,832) | (7,982) | (133,112) | (78,961) | (99,993) | (102,183) | (104,796) | (107,105) | (79,466) | (81,261) | (83,103) | (84,995) |
| Net Income after Taxes | $000s | $ 10,860 | $ 9,832 | $ 7,982 | ##### | $ 78,961 | $ 99,993 | ##### | ##### | $ 79,466 | $ 81,261 | $ 83,103 | $ 84,995 |

| FREE CASH FLOWS ANALYSIS | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Flows Model | | | | | | | | | | | | | | |
| Net income after taxes | | 10,860 | 9,832 | 7,982 | 133,112 | 78,961 | 99,993 | 102,183 | 104,796 | 107,105 | 79,466 | 81,261 | 83,103 | 84,995 |
| Work capital changes | 10.0% of yrly sales change | - | (121) | (126) | (30,058) | 12,854 | (6,096) | (600) | (615) | (632) | 8,077 | (486) | (498) | (511) |
| Add: milestones amortized | | | | | | | Redacted | | | | | | | |
| Subtract: milestone cash flows | | | | | | | | | | | | | | |
| Add: capital equipment depreciation | | 476 | 476 | 2,571 | 2,571 | 2,571 | 2,571 | 2,571 | 2,095 | 2,095 | - | - | - | - |
| Subtract: capital equipment cash flows | | (3,335) | - | (14,665) | - | - | - | - | - | - | - | - | - | - |
| Free Cash Flows | | (714) | 8,941 | (5,350) | 102,779 | 95,543 | 97,625 | 105,310 | 107,433 | 109,724 | 88,699 | 81,931 | 83,761 | 85,640 |
| | | | | | | | | | | | | | | |
| Free Cash Flows | | $ 3,985 | $ (1,053) | $ (1,261) | $ 13,128 | $ 6,307 | $ 10,578 | $ 10,843 | $ 11,114 | $ 11,392 | $ 7,689 | $ 7,900 | $ 8,116 | $ 8,337 |

| RETURN ON INVESTMENT | | | | discounted $000s |
|---|---|---|---|---|
| Purdue+Rhodes discounted free cash flows with formulation, 2013-2025 | | (@12% discount rate) | 442,968 | |
| Purdue+Rhodes discounted free cash flows if non-TR MSER is off market at EOY-2017 | | (@6% discount rate) | 59,017 | |
| Incremental discounted free cash flows provided by formulation | | | 383,951 | |
| | | | | |
| discounted free cash flows (@12% discount rate) | | | 46,305 | |

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409678

INITIAL DOCUMENT CONTAINS CONFIDENTIAL AND NON-PUBLIC INFORMATION. PLEASE TREAT SUBJECT TO PROTECTIVE ORDER

# Blue Sheet

U.S. - 79

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409679

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

**Baker, Stuart D.**

| From: | Barmore, Robert |
|---|---|
| Sent: | Thursday, February 28, 2013 8:07 AM |
| To: | Mahony, Edward |
| Cc: | Rosen, David (Sales and Marketing); Ronning, Michael |
| Subject: | % of Rx's written with brand name in selected opioid segments |

Ed,

As requested, below are the percent of Rx's written as brands in the largest genericized opioid categories. All Rx data is in thousands for this exercise and represents the 6 months ending Jan 2013. Obviously I am focusing on oral solids.

In most categories there are other 'brands' (e.g., Lorcet) which are not listed below. I am only listing products with significant numbers of total Rx's written in each group as brand (defined as >1%). In other words, any brands not listed here are not being written in a quantity that would interest you.

Despite Vicodin being an extremely well-known brand name, in the hydrocodone / APAP space, Rx's are reasonably evenly split among Vicodin, Lortab and Norco. Close to three fourths of all hycd/apap Rx's are written as one of these on the script. This surprised me – I expected more Rx's to be written as generic.

| hycd/APAP | # Rx Written as brand | # Rx dispensed as brand | % written as brand and dispensed as generic | % of all hycd/APAP written as |
|---|---|---|---|---|
| Vicodin (all) | 12769 | 84 | 99.4% | 26.4% |
| Lortab (all) | 9829 | 46 | 99.5% | 20.3% |
| Norco | 13417 | 36 | 99.7% | 27.7% |

As we've previously discussed, the number of IR oxycodone Rx's being written as brand is quite small compared to other categories (about 6%). As we talked about, this is related to the limited amount of promotion that was put behind Roxicodone, resulting in very little long lasting brand equity.

| IR oxycodone | # Rx Written as brand | # Rx dispensed as brand | % written as brand and dispensed as generic | % of all IR oxycodone written |
|---|---|---|---|---|
| Roxicodone | 472 | 11 | 97.7% | 5.9% |

For oxycodone/APAP, despite there being a number of other 'brands', only Percocet gets a significant number of Rx's written with the brand, almost 70% of all oral solid oxycodone/APAP. Note that Endocet is priced and treated as a generic by Endo.

| oxycodone/APAP | # Rx Written as brand | # Rx dispensed as brand | % written as brand and dispensed as generic | % of all oxy/APAP written |
|---|---|---|---|---|

1

**U.S. - 80**

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004409680

INITIAL REDACTED VERSION — CONFIDENTIAL — SUBJECT TO FURTHER CONFIDENTIALITY REVIEW PURSUANT TO SECTION 11.09 OF CASE MANAGEMENT ORDER.
TREAT SUBJECT TO PROTECTIVE ORDER

Exhibit 15

| Percocet | 12706 | 99 | 99.3% | 69.0% |
|---|---|---|---|---|

Also discussed previously, MS-Contin is written close to 50% of the time of all morphine SR Rx's dispensed.  Note that Oramorph SR is written a very small percentage of the time (<< 0.1%)

| morphine SR | # Rx Written as brand | # Rx dispensed as brand | % written as brand and dispensed as generic | % of all oxy/APAP written |
|---|---|---|---|---|
| MS-Contin | 1378 | 10 | 99.3% | 47.8% |

I have quite a few urgencies I am working on right now, but can assign someone to look into other categories if one of you is interested.

Rob

Rob Barmore | Assoc. Director, Market Research | Purdue Pharma | One Stamford Forum Stamford CT 06901
| office 203.588.7634

**U.S. - 81**

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409681

INITIAL DOCUMENT – CONFIDENTIAL TREATMENT OFFEREDED, FILED ONLY. TREAT SUBJECT TO DISPOSITION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Blue Sheet

U.S. - 82

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409682

INITIAL DRAFT – HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

**Description of Rates and Routes of abuse for ER Morphine
using National Surveillance Systems**

2/15/2013

**Overview**

An abuse-deterrent formulation of ER morphine appears to be an important pipeline development target from the risk management perspective because ER morphine is quite widely prescribed among ER opioids, it's use is increasing, the rate of abuse of ER morphine is about average within the opioid class, and ER morphine is disproportionately abused by injecting and to a lesser extent by snorting.

1. <u>Trends in prescription dispensing</u>
   *(IMS data. 2003-2012)*
   - Almost 3-fold increase in dispensing of ER morphine (molecule) from 2003-2012; approximately 225,000 Rx/quarter in 2003 to 600,000 in 2012.
2. <u>Routes of administration used by individuals entering substance abuse treatment</u>
   *(NAVIPPRO System data, 2007-2010 and 2011-2012 and 2009-2012)*
   - Patients who abuse ER morphine use routes of administration of Injection and snorting frequently (51% inject and 29% snort), particularly injection.
   - The introduction of ORF did not have a big impact on routes of administration for purposes of abuse of brand ER morphine.  Among a sample of 140,496 individuals, 45.7% reported injection and 25.3% snorting of ER morphine *prior* and *after* introduction of ORF (46.0% and 25.6%) these were relatively unchanged.
3. <u>Abuse patterns before and after introduction of ORF</u>
   *(NAVIPPRO System, 2009-2012)*
   - Prevalence of brand (eg, Kadian, Avinza, MS Contin) ER morphine abuse among all individuals assessed by ASI-MV in pre- and post-ORF periods was 0.92% and 0.95%, respectively; when adjusted for dispensed prescriptions (SDI data) the prevalence was 0.02% and 0.02%.
4. <u>Calls to poison control centers</u>
   *(RADARS, 2009 and 2012)*
   - In 2009, rates of poison center calls per 1,000 unique recipients of dispensed drug (SDI data) was larger for REMS-opioids (include ER morphine) than non-REMS opioids (includes IR morphine). Specifically, rates of poison center calls per 1,000 URDD were 0.28 for ER morphine and 0.22 for IR morphine.
   - In 2012, estimated trend in poison center *URDD rates* from 2009 to 3q2012 show a significant (p=0.047) increase over time for MS Contin; on average, rates increased by 0.57 cases per 1,000 URDD each year-quarter. Estimated trend in poison center

**U.S. - 83**

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

*population rates* from 2009 to 3q2012 showed a non-significant (p=0.984) change over time for MS Contin.

U.S. - 84

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROFESSIONAL EDUCATION.
TREAT SUBJECT TO PROTECTIVE ORDER

1. **Trends in prescription dispensing (IMS data. 2003-2012)**

   a. Almost 3-fold increase in dispensing of ER morphine (molecule) from 2003-2012; approximately 225,000 Rx/quarter in 2003 to 600,000 in 2012.

   During same time period, ER oxycodone (molecule) decreased from 600,000 to 500,000 and ER oxymorphone (molecule) increased from 0 to 100,000 Rx/quarter.

   **Figure 1. ER Morphine prescription trends**



U.S. - 85

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004409685

INITIALLY FILED CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER. SUBSEQUENTLY DESIGNATED NON-CONFIDENTIAL AND SUBJECT TO PROTECTIVE ORDER.
TREAT SUBJECT TO PROTECTIVE ORDER

2. **Routes of administration used by abusers (NAVIPPRO System data, 2007-2010 and 2011-2012)**

   a. 2841 patients entering substance abuse treatment from Jan2007-Sep2010 reported administration of ER morphine by injection (51%), snorting (29%), and orally (42%).
   b. During same time period, percentage of patients reporting inject/snort/oral administration of OxyContin (n=7395) was 34%, 58%, and 54% and for hydrocodone (n=14,369) was 1%, 21% and 92%, respectively.

   **Figure 2. Routes of Abuse used for ER Morphine Prior to ORF Introduction**



PUBLICLY FILED PER STIPULATION [ECF 2140]

U.S. - 86

PPLP004409686

INITIAL DRAFT – CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

c. 870 patients entering substance abuse treatment from Oct2011-Sep2012 reported administration of ER morphine by injection and snorting (58% and 27%), smoking (1%), orally (38%) and other (4%).

During same time period, snorting and injecting were reported for reformulated OxyContin (29% and 20%), original OxyContin (47% and 28%), single-entity oxycodone IR (61% and 35%), hydrocodone IR combination (22% and 1%), and original oxymorphone ER (77% and 16%) respectively

**Table 1. Brand ER Morphine Routes of Abuse and Numbers of Abusers by Specific Routes in the ASI-MV NAVIPPRO System of Substance Abuse Treatment Centers**

| Distribution of routes of administration reported by individuals within the ASI-MV network who reported past 30-day abuse of OxyContin and comparators (10/1/2011 - 9/30/2012) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | OxyContin (reformulated) (n = 1,732) | | OxyContin (original) (n = 1,660) | | Single-entity oxycodone IR (n = 1,951) | | Hydrocodone IR combination (n = 6,092) | | Original oxymorphone ER* (--) | | Morphine ER (n = 870) |
| | n | % | n | % | n | % | n | % | n | % | n | % |
| **Oral** | 1,262 | 72.9 | 965 | 58.1 | 818 | 41.9 | 5,559 | 91.3 | -- | 26.3 | 330 | 37.9 |
| **Snort** | 510 | 29.4 | 779 | 46.9 | 1,186 | 60.8 | 1,348 | 22.1 | -- | 76.7 | 237 | 27.2 |
| **Smoke** | 80 | 4.6 | 171 | 10.3 | 171 | 8.8 | 66 | 1.1 | -- | 1.8 | 10 | 1.1 |
| **Inject** | 354 | 20.4 | 460 | 27.7 | 682 | 35.0 | 59 | 1.0 | -- | 16.2 | 505 | 58.0 |
| **Other** | 50 | 2.9 | 66 | 4.0 | 22 | 1.1 | 164 | 2.7 | -- | 0.9 | 34 | 3.9 |

Note that categories for route of administration in the above table are not mutually exclusive and do not sum to 100%.
*Percentages for the routes of administration categories for original extended release oxymorphone are presented as the quarterly average for the baseline period.

U.S. - 87

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    PPLP004409687

INITIALLY FILED UNDER SEAL CONFIDENTIAL PROFESSIONALS' EYES ONLY SUBJECT TO PROTECTIVE ORDER. TREAT SUBJECT TO PROTECTIVE ORDER

d. A sentinel survey sample of 140,496 individuals entering substance abuse treatment from Jun2009 to Mar2012 indicated that ER morphine was administered by injection and snorting *prior* to introduction of ORF (45.7% and 25.3%, respectively; Jun2009-8Aug2010), and *after* introduction of ORF (46.0% and 25.6%, respectively; 9Aug-Mar2012).

**Figure 3. Routes of Abuse used for Brand ER Morphine Before Versus After ORF Introduction**



Figure 5. Percent of people abusing ER morphine via specific ROA* before and after introduction of ORF

*Percents do not add up to 100% because respondents can report multiple routes of administration.

U.S. - 88

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROFESSIONAL/LEGAL INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

3.  **Abuse patterns before and after introduction of ORF (NAVIPPRO System, 2009-2012)**

    a.  Prevalence of ER morphine abuse among all individuals assessed by ASI-MV in
        pre- and post-ORF periods was 0.92% and 0.95%, respectively; when adjusted for
        dispensed prescriptions (SDI data) the prevalence was 0.02% and 0.02%.

        During same period, pre- and post-ORF prevalence of ER oxycodone abuse was
        4.06% and 2.41%, respectively (0.07 and 0.05 when prescription adjusted), and
        prevalence of ER oxymorphone abuse was 0.32% and 1.11%, respectively (0.06%
        and 0.12% when prescription adjusted).

**Table 2. Changes in abuse patterns of Brand ER Morphine, ER oxycodone and ER
Oxymorphone before and after introduction of ORF in the ASI-MV NAVIPPRO System**

| | Before period* (%) | After period† (%) | Pre-post relative change†† | 95% CI | | P-Value |
|---|---|---|---|---|---|---|
| **Prevalence of product-specific abuse among all individuals assessed by ASI-MV in pre- and post-periods** | | | | | | |
| 1a. ER oxycodone | 4.06 | 2.41 | -41 | -44 | -37 | <.0001 |
| 1a.1. Oral | 2.15 | 1.79 | -17 | -23 | -10 | <.0001 |
| 1a.2. Non-oral | 3.03 | 1.02 | -66 | -69 | -63 | <.0001 |
| 1b. ER oxymorphone | 0.32 | 1.11 | +246 | +199 | +301 | <.0001 |
| 1c. Brand ER morphine | 0.92 | 0.95 | +2 | -8 | +14 | 0.6634 |
| **Prescription-adjusted£ prevalence rate of product-specific abuse among all individuals assessed by ASI-MV** | | | | | | |
| 2a. ER oxycodone | 0.07 | 0.05 | -33 | -37 | -29 | <.0001 |
| 2b. ER oxymorphone | 0.06 | 0.12 | +111 | +82 | +144 | <.0001 |
| 2c. Brand ER morphine | 0.02 | 0.02 | +0.9 | -10 | +12 | 0.8778 |
| **Prevalence of abuse among prescription opioid abusers assessed by ASI-MV in pre- and post-periods** | | | | | | |
| 3a. ER oxycodone | 23.69 | 12.12 | -49 | -52 | -46 | <.0001 |
| 3a.1. Oral | 12.44 | 9.03 | -27 | -32 | -22 | <.0001 |
| 3a.2. Non-oral | 17.83 | 5.15 | -71 | -73 | -69 | <.0001 |
| 3b. ER oxymorphone | 1.87 | 5.54 | +196 | +156 | +242 | <.0001 |
| 3c. Brand ER morphine | 5.37 | 4.7 | -12 | -21 | -2 | 0.0209 |
| **Prescription-adjusted£ prevalence rate of abuse among prescription opioid abusers assessed by ASI-MV** | | | | | | |
| 4a. ER oxycodone | 0.42 | 0.24 | -42 | -45 | -39 | <.0001 |
| 4b. ER oxymorphone | 0.33 | 0.60 | +80 | +56 | +109 | <.0001 |
| 4c. Brand ER morphine | 0.12 | 0.10 | -13 | -22 | -3 | 0.0094 |

*Before period = June 2009 through August 8, 2010
† After period = August 9, 2010 through March 31, 2012 Only ORF (and not OC) is included in this column.
†† Pre-post relative change reflects the percent change in percent abuse from the pre to post-introduction period.
£ Prescription-adjusted prevalence defined as prevalence of past 30-day abuse per 10,000 prescriptions dispensed per month

**U.S. - 89**

PUBLICLY FILED PER STIPULATION [ECF 2140]

INITIAL DAUBERT CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

TREAT SUBJECT TO PROTECTIVE ORDER

1. **Rates of Call to poison control centers for ER Morphine, IR Morphine and Other opioids (RADARS, 2009)**

   a. In 2009, rates of poison center calls per 1,000 unique recipients of dispensed drug (SDI data) was larger for REMS-opioids (include ER morphine) than non-REMS opioids (includes IR morphine). Similar trends were observed for other RADARS studies including College Survey, Drug Diversion, Opioid Treatment, and SKIP.

   b. In 2009, rates of poison center calls per 1,000 unique recipients of dispensed drug (SDI data) were 0.28 for ER morphine and 0.22 for IR morphine.

      During same period, rates of poison center calls per 1,000 URDD were 0.32 for fentanyl transdermal, 0.56 for ER oxycodone, and 1.50 for methadone.

**Table 3. Rates of Intentional Exposures per 1,000 unique individuals dispensed drug (URRDs) in the RADARS System in 2009 by ER and IR Formulations**

*Table 1. RADARS® System Program Rates per 1,000 Quarterly URDD: 2009*

| Drug Class | NON-REMS Opioids | REMS Opioids | p-value |
|---|---|---|---|
| TOTAL BUPRENORPHINE | 0.88 | . | |
| TOTAL FENTANYL | 0.27 | 0.32 | 0.3772 |
| TOTAL HYDROCODONE | 0.23 | . | |
| TOTAL HYDROMORPHONE | 0.41 | . | |
| TOTAL METHADONE | . | 1.50 | |
| TOTAL MORPHINE | 0.22 | 0.28 | 0.3201 |
| TOTAL OXYCODONE | 0.22 | 0.56 | <0.0001 |
| TOTAL TRAMADOL | 0.37 | . | |
| POOLED RATE | 0.26 | 0.60 | |

Oxymorphone data are not presented.

REMS Opioids: Methadone, extended release hydromorphone once launched, extended release morphine, extended-release oxycodone, extended-release oxymorphone, transdermal fentanyl.

Non-REMS Opioids: Buprenorphine, hydrocodone, tramadol, immediate-release hydromorphone, immediate-release morphine, immediate-release oxycodone, immediate-release oxymorphone, transbuccal fentanyl, fentanyl injectable products.

Oxymorphone data are not presented.

**U.S. - 90**

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004409690

INITIALLY FILED UNDER SEAL. FILED AS AMENDED PER ORDER APPROVING STIPULATION. TREAT SUBJECT TO PROTECTIVE ORDER

2. **Calls to poison control centers (RADARS, 2012)**

   a. Relative Rates of Exposures for Morphine and other Opioids

   **Figure 4. Poison Center Intentional Exposure Rates (per 100,000 Population) Over Time – All RADARS System Opioids**



   **Figure 5. Poison Center Intentional Exposure Rates (per 1,000 URDD) Over Time – All RADARS System Opioids**



   b. Estimated trend in poison center URDD rates from 2009 to 3q2012 show a significant (p=0.047) increase over time for MS Contin; on average, rates increased by 0.57 cases per 1,000 URDD each year-quarter.

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PPLP004409691

HIGHLY CONFIDENTIAL - SUBJECT TO PROFESSIONALS' EYES ONLY / SUBJECT TO FURTHER CONFIDENTIALITY REVIEW ON.
TREAT SUBJECT TO PROTECTIVE ORDER

**Figure 6. Poison Center Intentional Exposure Rates (per 1,000 URDD) Over Time for MS Contin**



c.  Estimated trend in poison center population rates from 2009 to 3q2012 show a non-significant (p=0.984) change over time for MS Contin.

**Figure 7. Poison Center Intentional Exposure Rates (per 100,000 population) Over Time for MS Contin**



.

U.S. - 92

PUBLICLY FILED PER STIPULATION [ECF 2140]

INITIAL DOC 2247-12 CONFIDENTIAL - SUBJECT TO PROTECTIVE INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# TAB 6

U.S. - 93

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INITIAL DOCUMENT CONTAINS CONFIDENTIAL PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Quarterly Compliance Report to the Board of Directors 1Q2013

Bert Weinstein

Vice President, Corporate Compliance

April 10, 2013



U.S. - 94

PUBLICLY FILED PER STIPULATION [ECF 2140]

PARTIALLY REDACTED - CONTAINS OUTSIDE PROFESSIONALS EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Corporate Integrity Agreement - Closed



## **Purdue's CIA Officially Closed**

From Letter dated January 24th, Office of Inspector General, HHS:

We have reviewed Purdue Pharma LP's (Purdue's) Fifth Annual Report and the correspondence and information provided subsequent to Purdue's submission of the Fifth Annual Report. Based on our review of all of this information, it appears that Purdue was in compliance with the terms of the Corporate Integrity Agreement (CIA) between the Office of Inspector General (OIG) of the Department of Health and Human Services and Purdue during the fifth annual reporting period. This letter confirms that we have no further questions regarding Purdue's Fifth Annual Report and that the term of the Purdue CIA has now concluded.



U.S. - 95

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409695

INITIALLY FILED UNDER CONFIDENTIALITY PROFESSIONALS EYES ONLY PURSUANT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Key Compliance Issues Seen in Q1



## Field Sales Call Note Reviews

- Monthly call note reviews now being completed on a 30 day cycle
- Reviewing 10% of approx. 90K call notes generated monthly
- Faster spotting of issues, e.g.,
  - Pro-active discussion of OxyContin reformulation (not permitted)
  - Quality of life / implied superiority claims (not permitted)

## Sales Discipline Committee

- Completing call note reviews this fast has enhanced effectiveness of Sales discipline process
- Corporate Compliance has been able to spot trends and provide remediation more proactively and effectively



U.S. - 96

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409696

INITIALLY FILED UNDER SEAL CONTAINS PROFESSIONAL EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Key Compliance Issues Seen in Q1



## Speaker Programs – "Monitoring Forms"

- Issue – Speaker Monitoring Forms are critical to proper program compliance - not being submitted in a timely fashion
- Solution – Ongoing monthly monitoring by Corporate Compliance along with Sales Management training on requirements and impact- no longer an issue

## Field Contact Reports

- Issue – Managers not completing documented work sessions every 90 days – SOP requirement
- Solution – As part of revised Sales SOP, new work session requirement changed from 8 days annually to 2 days per quarter- will be remedied with monthly monitoring and reporting



U.S. - 97

PUBLICLY FILED PER STIPULATION [ECF 2140]

INITIALLY FILED UNDER SEAL - CONTAINS HIGHLY CONFIDENTIAL INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# "Priority Risks" Addressing in 2013



**<u>Price Reporting</u>** – Government price and rebate reporting accurate and timely - with increased focus on enforcement

**<u>Site Monitoring</u>** - Study Manager review of Monitoring Reports and clinical trial oversight

- There are thousands of clinical trial sites, with consequent multiplication of risk; we must have accuracy and integrity of data for NDA filings
- Drug diversion issues at clinical trial sites - need to be remediated



U.S. - 98

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409698

INITIALLY FILED UNDER SEAL - CONTAINS CONFIDENTIAL AND PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# "Priority Risks" Addressing in 2013



## Managed Care

- Increased government scrutiny
- Negotiations with Managed Care Organizations
- Managed Care promotional activities that touch on government lives

## Appropriate Promotion

- Intermezzo promotion by ASF and ISF
  - Risk – promotion of co-morbid conditions
  - Risk - FDA guidance on zolpidem and gender dosing
- OxyContin promotion, especially with regard to abuse potential
  - Risk – Comparative statements: i.e., reformulation vs. generic, reformulation vs. original
- OxyContin forthcoming "label change"



U.S. - 99

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409699

INITIALLY FILED CONTAINING PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# "Priority Risks" Addressing in 2013



**Sunshine Act** - Maintaining competitive advantage *and* remaining compliant
- Final regulations pose special challenges in capturing clinical data
- How good are our data sources?
- Data mining by competitors and consultants of information made public

**Quality Investigations**
- Risk in length of time to complete Quality investigations
- Need to incorporate learnings from Quality investigations and implement best practices. Need clear accountability
- New Compliance Scorecard element tracks and scores time to close investigations



U.S. - 100

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409700

INITIAL DOCUMENT CONTAINS PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Sunshine Act - Summary



To Provide public reporting on spend by pharma and device manufacturers on physicians and teaching hospitals

**<u>Why?</u>** To allow patients to make decisions about who they use as their provider

**<u>What?</u>** Any payment or transfer of value - anything with "discernible economic value"

**<u>Upcoming Dates</u>**

- **August 1, 2013 –** begin tracking transfers of value
- **March 31, 2014**– first disclosure report is due to CMS
- **September 30, 2014** – CMS will make information publicly available through a searchable website
- Annual reporting thereafter



U.S. - 101

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409701

HIGHLY CONFIDENTIAL - SUBJECT TO PROFESSIONALS' EYES ONLY AND SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Scope of Sunshine Act Payments



Examples of payments/other transfers of value to be reported:

- Meals during office visits or speaker programs
- "Educational" items and materials, if not for patient use
- Consulting fees and related expenses (inc. travel, lodging, meals)
- Speaker fees (inc. travel, lodging, meals)
- Educational and research grants
- Payments and in-kind items related to research and development activities (but with delayed publication provision for payments related to products in development)
- Exhibits, Conventions, Product Theaters



U.S. - 102

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409702

# Sunshine Act Data Requirements



For each Physician or Teaching Hospital with spend, must report the following information (not exhaustive list):

- First Name, Last Name, Middle Initial, suffix
- Primary business address
- Specialty
- National Provider Identifier #
- Amount of payment
- Dates payment made
- Form of payment

- State License Number
- State(s) of Licensure
- Physician designation (e.g., MD, DO)
- Nature and purpose of payment
- Name of the product(s) to which the payment relates
- NDC number(s) for each product to which the payment relates



U.S. - 103

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409703

INITIAL DOC 2247-12 CONTAINS CONFIDENTIAL PROFESSIONALS ONLY RECORDS ON. TREAT SUBJECT TO PROTECTIVE ORDER

# Sunshine Act Data Requirements



A new data collection system has been built to aggregate all Purdue data required for Sunshine Act and State law reporting requirements:





U.S. - 104

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

INITIAL DRAFT CONTAINS CONFIDENTIAL AND PROFESSIONALS' EYES ONLY INFORMATION TREAT SUBJECT TO PROTECTIVE ORDER

# Further Sunshine Act Provisions



## Dispute Resolution

- Covered recipients have opportunity to review data at least 45 days before data made public

- Covered recipients may initiate a dispute

- If  disputed, manufacturer and the recipient must attempt to resolve the dispute, within 15 days

- If dispute not resolved, CMS will post data as reported by the manufacturer and note it is disputed

## Civil Monetary Penalties

Manufacturers are subject to civil money penalties for failing timely to accurately and completely report data



U.S. - 105

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409705

INITIALLY FILED CONTAINS HIGHLY CONFIDENTIAL INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER



# FYI BACKUP SLIDE



U.S. - 106

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409706

# Compliance Charter Amendment



FYI – The Compliance Department activities are carried out, in part, pursuant to a 2005 Board-approved Charter. The Charter was amended in 2007 to account for certain CIA requirements. With closure of the CIA, we have broadened the activities of Purdue's Compliance Committee, and modified the membership from the CIA-required membership to account for the new role of the Committee.



U.S. - 107

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PPLP004409707