PARTIALLY REDACTED – CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

[Draft – April 10, 2015]

# BOARDS OF DIRECTORS MEETINGS
## (U.S. Companies)

## AGENDA

Tuesday, April 21, 2015 (2:00 p.m. – 5:30 p.m.)

Wednesday, April 22, 2015 (10:00 a.m. – 4:00 p.m.)

(Total Time: 4 Hours and 15 Minutes)

1. Interim Decision
   - Decision dated April 9, 2015 regarding Authorized Bank Signatories - U.S. Companies

2. Pending Decisions
   - None

3. Updates on Negotiations for Osmotica Pharmaceutical Corp., Neurovance, Inc., Collegium Pharmaceutical, Inc., ®  **(60 Minutes)**

4. U.S. Financing Proposal **(10 Minutes)**

5. 1Q2015 Sales Update **(60 Minutes)**

6. Q1 2015 – Compliance Report (Written only)

7. **Redacted For Privilege**

8. **Redacted For Privilege**

9. **Redacted For Privilege**

10. Update – Amneal Pharmaceuticals LLC **(15 Minutes)**

11. **Redacted For Privilege**

12. Video – ADF in the News **(10 Minutes)**

13. Other

PUBLICLY FILED PER STIPULATION [ECF 2140]

OUTSIDE PROFESSIONALS' EYES ONLY-SUBJECT TO PROTECTIVE ORDER   MSF00970358