UNREDACTED - CONTAINS OUTSIDE PROFESSIONAL EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

# In the Matter Of:

*Purdue Pharma Bankruptcy*

## JONATHAN WHITE

*November 24, 2020*



PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

Highly Confidential  Jonathan White - November 24, 2020

24

```
 1        J. WHITE - HIGHLY CONFIDENTIAL
 2   chain of ownership."
 3             Did I read that correctly?
 4             MS. MONAGHAN:  I'm going to
 5        object to the form because you skipped
 6        the sentence that says "in a modern
 7        context."
 8             MR. NACHMAN:  And I meant to
 9        indicate -- I wasn't trying to -- it
10        says what it says.  I thought I
11        indicated that, but thank you.
12   BY MR. NACHMAN:
13        Q.    With Ms. Monaghan's notation, did
14   I read that correctly, sir?
15        A.    Yes, you did.
16        Q.    Do you agree that this is a
17   useful summary of at least some of the
18   benefits of the employment of a trust in
19   general, in a Jersey trust in particular?
20        A.    Actually, I would not altogether.
21   I have always shied away from advising
22   clients to set up trusts for asset
23   protection purposes.  I think there is, as
24   a matter of law, anyone who sets up a trust
25   with that expressly in mind is at risk of
```

25

```
 1        J. WHITE - HIGHLY CONFIDENTIAL
 2   having the trust set aside.
 3        Q.   Is that because the trust might
 4   be regarded as a sham trust or one set up
 5   for an improper purpose?
 6        A.   It could be argued that if one
 7   set up the trust surely for asset protect
 8   purposes, it was an improper purpose.
 9        Q.   And I take it that -- well,
10   withdrawn.
11             What are some of the other
12   purposes that non-domiciliaries of Jersey
13   would have to set up a trust in Jersey?
14        A.   You'll see them listed above and,
15   you know, preservation of wealth and, is a
16   very common one, particularly for people
17   who own businesses, forced heirship in
18   certain circumstances can be helpful for
19   people who come from countries who have,
20   who are constrained by forced heirship
21   provisions with assets in many, many
22   different countries.  The trust regime can
23   be helpful there.  And especially
24   succession planning in my experience where
25   wealthy families want to provide vehicles
```

26

```
 1      J. WHITE - HIGHLY CONFIDENTIAL
 2   to look after their wealth and ensure that
 3   wealth is held for the benefit of future
 4   generations.  And the first and the third
 5   are particular areas that I have always
 6   been involved in.
 7      Q.   Is it your testimony, Mr. White,
 8   that the establishment of numerous trusts
 9   for members of the Mortimer Sackler Family
10   in Jersey did not have as one of its
11   purposes enhanced asset protection as
12   compared to what might be available in
13   non-trust forms or other jurisdictions?
14      A.   I was never privy to any
15   discussion, Mr. Nachman, that suggested
16   asset protection was any part of the
17   planning that was done for Dr. Mortimer and
18   his family.
19      Q.   And is it, in fact, the case that
20   Jersey trusts are viewed as providing
21   certain advantages to Debtors facing claims
22   by creditors?
23      A.   I'm not quite sure I understand
24   the question.  I'm sorry, would you mind
25   just restating it?
```