Exhibit 5



COMBINED FINANCIAL STATEMENTS

Purdue Pharma L.P. and Associated Companies, PRA
Holdings, Inc. and Subsidiaries, Pharma Associates Inc.,
Pharma Associates L.P., IKUWA Holdings Inc.,
Purdue Products Inc., Purdue Pharmaceutical Products Inc.,
and Norwell Land Company
Referred to Herein as The "Companies"
Years Ended December 31, 2012 and 2011
With Report of Independent Auditors

Ernst & Young LLP

**ƎI ERNST & YOUNG**

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Purdue Pharma L.P. and Associated Companies,
PRA Holdings, Inc. and Subsidiaries,
Pharma Associates Inc.,
Pharma Associates L.P., IKUWA Holdings Inc.,
Purdue Products Inc., Purdue Pharmaceutical
Products Inc.,
and Norwell Land Company
Referred to Herein as the "Companies"

Combined Financial Statements

Years ended December 31, 2012 and 2011

## Contents

Report of Independent Auditors...........................................................................................................1

Combined Financial Statements

Combined Balance Sheets....................................................................................................................2
Combined Statements of Comprehensive Income...............................................................................3
Combined Statements of Equity ..........................................................................................................4
Combined Statements of Cash Flows ..................................................................................................5
Notes to Combined Financial Statements ...........................................................................................6

PUBLICLY FILED PER STIPULATION [ECF 2140]

    Ernst & Young LLP
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

Tel: 860 247 3100
www.ey.com

## Report of Independent Auditors

The Management and Boards of Directors of:
Purdue Pharma L.P. and Associated Companies, PRA Holdings, Inc. and
 Subsidiaries, Pharma Associates Inc., Pharma Associates L.P., IKUWA
 Holdings Inc., Purdue Products Inc., Purdue Pharmaceutical Products Inc.,
 and Norwell Land Company, collectively referred to herein as the "Companies"

We have audited the accompanying combined financial statements of the Companies, which comprise the combined balance sheets as of December 31, 2012 and 2011, and the related combined statements of comprehensive income, statements of equity, and cash flows for the years then ended, and the related notes to the combined financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these financial statements in conformity with U.S. generally accepted accounting principles; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free of material misstatement, whether due to fraud or error.

### Auditor's Responsibility

Our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### Opinion

In our opinion, the financial statements referred to above present fairly, in all material respects, the combined financial position of the Companies at December 31, 2012 and 2011, and the combined results of their operations and their cash flows for the years then ended in conformity with U.S. generally accepted accounting principles.

*Ernst & Young LLP*

March 29, 2013

1

A member firm of Ernst & Young Global Limited

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PPLPC030000761744

# The Companies'

## Combined Balance Sheets

|  | December 31, | | |
|---|---|---|---|
|  | **2012** | | 2011 |
|  | *(In Thousands)* | | |
| **Assets** | | | |
| Current assets: | | | |
| Cash and cash equivalents | **$** | **748,820** | $ 602,424 |
| Receivables, net | | **221,184** | 254,071 |
| Inventories | | **49,008** | 43,352 |
| Prepaid expenses and other current assets | | **22,022** | 32,500 |
| Investment in marketable securities | | **189,550** | - |
| Restricted cash | | **23,927** | 16,000 |
| Total current assets | | **1,254,511** | 948,347 |
| Property and equipment, net | | **149,483** | 143,163 |
| Restricted cash | | **17,205** | 42,469 |
| Other intangible assets, net | | **173,249** | 168,206 |
| Goodwill | | **23,396** | 23,396 |
| Deferred income taxes | | **6,566** | 7,507 |
| Other assets | | **25,518** | 76,545 |
| Total assets | **$** | **1,649,928** | $ 1,409,633 |
| Liabilities and Equity | | | |
| Current liabilities: | | | |
| Accounts payable | **$** | **67,439** | $ 82,621 |
| Accrued expenses and other liabilities | | **540,717** | 539,471 |
| Total current liabilities | | **608,156** | 622,092 |
| Other liabilities | | **225,707** | 219,450 |
| Total liabilities | | **833,863** | 841,542 |
| Commitments and contingencies (Note 18) | | **—** | — |
| Equity: | | | |
| Common stock | | **5** | 5 |
| Additional paid-in capital | | **1,388** | 1,388 |
| Common stock subscription receivable | | **(999)** | (999) |
| Partners' capital | | **839,100** | 694,620 |
| Retained earnings | | **21,197** | 20,195 |
| Accumulated other comprehensive loss | | **(44,626)** | (147,118) |
| Total equity | | **816,065** | 568,091 |
| Total liabilities and equity | **$** | **1,649,928** | $ 1,409,633 |

*See accompanying notes.*

2

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# The Companies'

## Combined Statements of Comprehensive Income

|  | Year Ended December 31, | |
|---|---|---|
|  | 2012 | 2011 |
|  | *(In Thousands)* | |
| Net sales | $ 2,269,193 | $ 2,303,109 |
| Cost of sales | 287,291 | 308,336 |
| Gross profit | 1,981,902 | 1,994,773 |
| Operating expenses: |  |  |
| Selling and promotion | 305,741 | 231,739 |
| General and administrative | 268,488 | 251,332 |
| Research and development | 326,551 | 299,924 |
| Other operating income, net | (87,426) | (112,717) |
| Total operating expenses | 813,354 | 670,278 |
| Operating income | 1,168,548 | 1,324,495 |
| Other income: |  |  |
| Interest income | 2,419 | 1,929 |
| Total other income | 2,419 | 1,929 |
| Income before taxes | 1,170,967 | 1,326,424 |
| Income tax provision | 3,496 | 1,185 |
| Net income | 1,167,471 | 1,325,239 |
| Other comprehensive income (loss): |  |  |
| Employee benefit plans, net of tax | 5,023 | (60,582) |
| Unrealized gain on investment | 97,469 | — |
|  | 102,492 | (60,582) |
| Comprehensive income | $ 1,269,963 | $ 1,264,657 |

*See accompanying notes.*

3

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC030000761746

The Companies'

Combined Statements of Equity

|  | Common Stock | Additional Paid-in Capital | Common Stock Subscription Receivable | Partners' Capital | Retained Earnings | Accumulated Other Comprehensive Loss | Total |
|---|---|---|---|---|---|---|---|
|  | | | | (In Thousands) | | | |
| Balance at December 31, 2010 | $ 5 | $ 1,388 | $ (999) | $ 596,758 | $ 16,357 | $ (86,536) | $ 526,973 |
| Net income | – | – | – | 1,321,401 | 3,838 | – | 1,325,239 |
| Other comprehensive loss | – | – | – | – | – | (60,582) | (60,582) |
| Partners' capital distributions: | | | | | | | |
| Pharma Associates L.P. | – | – | – | (20) | – | – | (20) |
| Norwell Land Company | – | – | – | (711) | – | – | (711) |
| Purdue Pharma L.P. | – | – | – | (1,222,808) | – | – | (1,222,808) |
| Balance at December 31, 2011 | 5 | 1,388 | (999) | 694,620 | 20,195 | (147,118) | 568,091 |
| Net income | – | – | – | 1,166,469 | 1,002 | – | 1,167,471 |
| Other comprehensive income | – | – | – | – | – | 102,492 | 102,492 |
| Partners' capital distributions: | | | | | | | |
| Pharma Associates L.P. | – | – | – | (20) | – | – | (20) |
| Norwell Land Company | – | – | – | (711) | – | – | (711) |
| Purdue Pharma L.P. | – | – | – | (1,222,808) | – | – | (1,222,808) |
| Balance at December 31, 2012 | $ 5 | $ 1,388 | $ (999) | $ 839,100 | $ 21,197 | $ (44,626) | $ 816,065 |

*See accompanying notes.*

4

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC030000761747

# The Companies'

## Combined Statements of Cash Flows

|  | Year Ended December 31, | |
| --- | --- | --- |
|  | 2012 | 2011 |
|  | *(In Thousands)* | |
| **Operating activities** | | |
| Net income | $  1,167,471 | $  1,325,239 |
| Adjustments to reconcile net income to net cash | | |
| provided by operating activities: | | |
| Depreciation and amortization | 29,799 | 28,326 |
| Deferred income taxes | 941 | (1,028) |
| Loss on disposal of assets | 47 | 34 |
| Gain on investment in marketable securities | (24,742) | – |
| Impairment of intangible asset | 19,241 | 3,953 |
| Changes in operating assets and liabilities: | | |
| Receivables | 31,665 | (666) |
| Inventories | (5,656) | 13,384 |
| Prepaid expenses and other assets | 13,595 | (32,068) |
| Accounts payable | (15,182) | 24,755 |
| Accrued expenses and other liabilities | 21,063 | 67,184 |
| Net cash provided by operating activities | 1,238,242 | 1,429,113 |
| **Investing activities** | | |
| Capital expenditures | (30,468) | (26,915) |
| Purchase of patent and product rights | (29,982) | (10,000) |
| Purchase of marketable securities | (27,500) | – |
| Decrease in restricted cash | 17,337 | 12,944 |
| Net cash used in investing activities | (70,613) | (23,971) |
| **Financing activities:** | | |
| Payments from (to) associated companies, net | 756 | (11,270) |
| Distributions to partners | (1,021,989) | (1,223,539) |
| Net cash used in financing activities | (1,021,233) | (1,234,809) |
| Increase in cash and cash equivalents | 146,396 | 170,333 |
| Cash and cash equivalents at beginning of year | 602,424 | 432,091 |
| Cash and cash equivalents at end of year | $  748,820 | $  602,424 |
| **Supplemental cash flow information:** | | |
| Income taxes paid | $  2,268 | $  1,547 |

*See accompanying notes.*

5

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PPLPC030000761748

# The Companies'

# Notes to Combined Financial Statements

December 31, 2012

## 1. Organization and Basis of Presentation

The accompanying combined financial statements include Purdue Pharma L.P. ("PPLP") and Associated Companies, PRA Holdings, Inc. and Subsidiaries, all of which are wholly owned, Pharma Associates Inc., Pharma Associates L.P., IKUWA Holdings Inc., Purdue Products Inc., Purdue Pharmaceutical Products Inc., and Norwell Land Company, which are combined as required by various financing agreements (collectively referred to herein as the "Companies"). All significant intercompany transactions and accounts have been eliminated.

The Companies primarily develop, manufacture and sell pharmaceutical products. The Companies' products are marketed primarily to the medical and healthcare industries in the United States. The Companies are subject to the risks and uncertainties associated with a pharmaceutical company. These risks and uncertainties include, but are not limited to, technological changes, dependence on branded products currently in the marketplace, the successful completion of development efforts and obtaining regulatory approval, compliance with government regulations, patent infringement litigation, product liability litigation, antitrust litigation and competition from current and potential competitors. The Companies continually monitor the business environment and take proactive measures as market conditions dictate.

## 2. Significant Accounting Policies

### Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles in the United States requires management to make estimates and assumptions that affect the amounts reported in the financial statements and accompanying notes. Actual results could differ from those estimates.

### Cash and Cash Equivalents

The Companies consider all highly liquid instruments, with a maturity of less than 90 days when acquired, to be cash equivalents.

### Inventories

Inventories are stated at the lower of cost or market, computed using the first-in, first-out method.

6

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Companies'

## Notes to Combined Financial Statements (continued)

### 2. Significant Accounting Policies (continued)

### Property and Equipment

Property and equipment are stated at cost and depreciated primarily using the straight-line method over the estimated useful lives of the related assets, as follows:

| | |
|---|---|
| Buildings | 20 to 40 years |
| Machinery and equipment | 10 years |
| Furniture and fixtures | 10 years |
| Computer software and equipment | 4 or 5 years |
| Leasehold improvements | 10 to 20 years |

Leasehold improvements are depreciated over the lesser of the assets' useful lives or the term of the lease.

### Goodwill and Other Intangibles

Accounting principles generally accepted in the United States of America ("U.S. GAAP") require that goodwill and indefinite lived intangible assets to be assessed annually for impairment. The Companies completed the annual impairment test for 2012 in the fourth quarter and concluded that there was no impairment. Future impairment tests will be performed annually in the fourth quarter, or sooner if a triggering event occurs. The Companies have one reporting unit for goodwill impairment testing purposes.

Goodwill and indefinite lived intangibles are stated at cost and not subject to amortization. Finite lived intangible assets are amortized using the straight-line method over the estimated useful lives of the related assets up to forty years.

### Long-Lived Assets

In accordance with U.S. GAAP, the Companies evaluate the carrying value of identifiable intangible assets and long-lived assets in relation to the estimated undiscounted cash flows of the underlying assets if impairment indicators are present. If the undiscounted expected cash flows are less than the carrying amount, an impairment loss is recognized to reduce the carrying amount to fair value.

### Research and Development

Research and development costs are charged to expense as incurred.

7

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Companies'

Notes to Combined Financial Statements (continued)

## 2. Significant Accounting Policies (continued)

### Advertising Costs

Advertising costs are included in selling and promotion in the period incurred and approximated $75.8 million and $51.2 million for the years ended December 31, 2012 and 2011, respectively.

### Revenue Recognition

Revenue from sales of products is recognized at the time title passes to the customer, which generally occurs upon receipt by the customer. Rebates that may be due upon sale by distributors to their customers and estimated sales returns are recorded at the time that revenue is recognized.

In limited circumstances, where a new product is not an extension of an existing line of product or no historical experience with products in a similar therapeutic category exists, revenue is deferred until the right of return no longer exists or sufficient historical experience to estimate sales returns is developed.

The Companies establish accruals for returns, chargebacks, Medicaid, Medicare and commercial rebates in the same period as the related sales are recognized. The accruals reduce revenues. Accrued returns are included in receivables. Rebate and chargeback accruals are included in accrued expenses. At the time a rebate or chargeback payment is made or a product return is received, which occurs after the related sale, the Companies record a reduction to accrued expenses and, at the end of each reporting period, adjust accrued expenses for differences between estimated and actual payments. Due to estimates and assumptions inherent in determining the amount of returns, chargebacks and rebates, the actual amount of product returns and claims for chargebacks and rebates may be different from estimates.

In 2012, The Centers for Medicare and Medicaid Services issued a proposed rule which clarifies how certain rebates should be calculated. If that proposed rule becomes effective in its current form, the Companies would be required to record additional rebates of $60.4 million, $68.9 million and $40.0 million related to the years ending December 31, 2012, 2011 and 2010, respectively.

The Companies record rebate accruals on the value of inventory held within the distribution channel that has not been consumed by the end customer as of a reporting date. The Companies regularly review information to confirm amounts of inventory in the distribution channel such as data from several large customers' inventory management systems, and for other customers, data from third parties to help understand time and amount of inventory held by retail.

8

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Companies'

Notes to Combined Financial Statements (continued)

## 2. Significant Accounting Policies (continued)

Royalty revenue from the licensing of product rights is recorded over the periods earned and is classified as other operating income (see Note 12).

### Shipping and Handling Costs

All shipping and handling costs are included in cost of sales.

### Income Taxes

PRA Holdings, Inc. and its subsidiaries file tax returns and the related tax provision is included in the accompanying financial statements. Deferred taxes for PRA Holdings, Inc. are recognized for the future tax effects of temporary differences between financial and income tax reporting based on enacted tax laws and rates expected to be in effect when the temporary differences reverse.

Earnings and losses of the partnerships flow through to the partners' tax returns. With the exception of a minimal amount of entity-level state income taxes, the partnerships are not subject to any federal or state income taxes, nor are they entitled to any financial statement tax benefits resulting from operating losses. Accordingly, the accompanying financial statements include a tax provision only for entity-level state income taxes related to the partnerships. Payments made to taxing authorities on behalf of the partners related to partnership income are recorded as capital distributions to the partners.

### Business Concentrations

There is no single geographic concentration of sales or related accounts receivable in the United States. The Companies sell a significant portion of their products to third-party resellers and, as a result, maintain individually significant receivable balances with major wholesalers.

The three largest customers accounted for 89% and 90% of accounts receivable-trade as of December 31, 2012 and 2011, respectively, as well as 90% and 89% of net sales for the years ended December 31, 2012 and 2011, respectively. Receivables generally are due within 35 days.

Credit is extended to customers based on an evaluation of their financial condition, and collateral is not required. The evaluation of the financial condition of customers is performed to reduce the risk of loss. The Companies maintain allowances for doubtful accounts for estimated losses resulting from the inability of customers to make required payments. Past due status of accounts

9

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC030000761752

The Companies'

Notes to Combined Financial Statements (continued)

## 2. Significant Accounting Policies (continued)

receivable is determined primarily based upon contractual terms and uncollectible trade accounts receivable are written off once it is deemed that the accounts will not be collected. Account write-offs have historically been de-minimis.

Revenue from the sales of the Companies' OxyContin[®] Tablets ("OxyContin") product was 92% and 94% of net sales for the years ended December 31, 2012 and 2011, respectively.

As of December 31, 2012, the Companies' workforce did not include union employees.

### Fair Values of Financial Instruments

Accounting Standards Codification ("ASC") 820, Fair Value Measurements and Disclosures, defines fair value, establishes a framework for measuring fair value and expands disclosure about fair value by establishing a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1 measurements) and the lowest priority to unobservable inputs (Level 3 measurements). The three levels of the fair value hierarchy are as follows:

Level 1: Unadjusted quoted prices in active markets that are available at the measurement date for identical assets or liabilities.

Level 2: Quoted prices of similar assets or liabilities in active markets or quoted prices for identical or similar assets in markets that are not active.

Level 3: Prices or valuations where there is little if any market activity and require inputs that are significant and unobservable.

The Companies' financial instruments include cash and cash equivalents, accounts and loans receivable, marketable securities and accounts payable. All of these financial instruments except marketable securities are accounted for on an historical cost basis, which due to the nature of these instruments, approximates fair value at the balance sheet dates. The fair values of marketable securities are determined by quoted prices, in active markets, for each specific security (Level 1).

10

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    PPLPC030000761753

# The Companies'

## Notes to Combined Financial Statements (continued)

### 2. Significant Accounting Policies (continued)

#### Subsequent Events

The Companies have evaluated subsequent events through March 29, 2013, which represents the date the financial statements were available to be issued and concluded that there are no significant subsequent events that would have a material impact on the Companies' combined financial statements

#### Accounting Developments

In May 2011, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") No. 2011-04, *Fair Value Measurement (Topic 820): Amendments to Achieve Common Fair Value Measurement and Disclosure Requirements in U.S. GAAP and IFRS.* This ASU clarifies and changes the application of various fair value measurement principles and disclosure requirements, and is effective for annual periods beginning after December 15, 2011. The adoption of this guidance had no impact on the Companies' combined financial statements.

In June 2011, the FASB issued ASU No. 2011-05, *Comprehensive Income (Topic 220): Presentation of Comprehensive Income.* ASU No. 2011-05 eliminates the option to present components of other comprehensive income as part of the statement of shareholders' equity. All non-owner changes in shareholder's equity instead must be presented either in a single continuous statement of comprehensive income or in two separate but consecutive statements. ASU 2011-05 is effective retrospectively for private companies for fiscal years ending after December 15, 2012. The Companies adopted this guidance by including two separate but consecutive statements. The adoption of this guidance had no impact on the Companies' financial condition or results of operations.

In September 2011, the FASB issued ASU No. 2011-08, *Intangibles-Goodwill and Other (Topic 350): Testing Goodwill for Impairment.* An entity has the option to first assess qualitative factors to determine whether the existence of events or circumstances leads to a determination that it is more likely than not that the fair value of a reporting unit is less than its carrying amount. If an entity determines that the fair value of a reporting unit is more likely than not greater than its carrying amount, then performing the two-step impairment test is unnecessary. However, if an entity concludes otherwise, then it is required to perform the first step of the two-step impairment test by calculating the fair value of the reporting unit and comparing the fair value with the carrying amount of the reporting unit. If the carrying amount of a reporting unit exceeds its fair

11

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC030000761754

The Companies'

Notes to Combined Financial Statements (continued)

**2. Significant Accounting Policies (continued)**

value, then the entity is required to perform the second step of the goodwill impairment test to measure the amount of the impairment loss. Under this ASU an entity has the option to bypass the qualitative assessment and proceed directly to performing the first step of the two-step goodwill impairment test. An entity may resume performing the qualitative assessment in any subsequent period. This ASU is effective for annual and interim goodwill impairment tests performed for fiscal years beginning after December 15, 2011. The adoption of this guidance did not have any impact on the Companies' combined financial statements.

In July 2012, the FASB issued ASU No. 2012-02, *Intangibles-Goodwill and Other (Topic 350): Testing Indefinite-Lived Intangible Assets for Impairment*. An entity has the option to first perform a qualitative assessment to determine whether the existence of events and circumstances indicates that it is more likely than not that the indefinite-lived intangible asset is impaired. If an entity concludes that it is more likely than not that the fair value of such an asset exceeds its carrying amount, then the entity is not required to calculate the fair value of the asset in that year. However, if an entity concludes otherwise, then it is required to determine the fair value of the indefinite-lived intangible asset and perform the quantitative impairment test by comparing the fair value with the carrying amount. Under this ASU an entity has the option to bypass the qualitative assessment and proceed directly to performing the quantitative impairment test. An entity may resume performing the qualitative assessment in any subsequent period. This ASU is effective for annual and interim impairment tests performed for fiscal years beginning after September 15, 2012. The adoption of this guidance had no impact on the Companies' combined financial statements.

**3. Collaboration Agreement with** Redacted

Redacted

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PPLPC030000761755

SHALL BE TREATED AS PROFESSIONALS' EYES ONLY.
TREAT SUBJECT TO PROTECTIVE ORDER

The Companies'

Notes to Combined Financial Statements (continued)

**3. Collaboration Agreement with**   Redacted   **(continued)**

# Redacted

**4. Restricted Cash**

In December 2005, PPLP contributed $50.0 million into a trust in connection with certain legal proceedings. During 2012 and 2011, the trust earned interest of $0.1 million annually, paid administrative fees and taxes of $0.4 million and $0.7 million, respectively, and paid out legal settlements of $18.8 million and $9.4 million, respectively. As of December 31, 2012 and 2011, the balance in the trust was $23.9 million and $43.0 million, respectively.

As of December 31, 2012 and 2011, the Companies had restricted cash of $17.2 million and $15.5 million, respectively, related to their cash collateralized standby letters of credit (see Note 13).

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PPLPC030000761756

# The Companies'

## Notes to Combined Financial Statements (continued)

### 5. Receivables

|  | December 31, | | |
| --- | --- | --- | --- |
|  | 2012 | | 2011 |
|  | *(In Thousands)* | | |
| Accounts receivable – trade, net | $ | 187,130 | $ 218,800 |
| Accounts receivable – associated companies |  | 31,043 | 28,698 |
| Insurance recovery receivable (see Note 18) |  | – | 673 |
| Other receivables |  | 3,011 | 5,900 |
|  | $ | 221,184 | $ 254,071 |

Accounts receivable – trade are net of allowances for doubtful accounts, sales returns and customer payment discounts of $153.9 million and $86.0 million at December 31, 2012 and 2011, respectively.

### 6. Inventories

|  | December 31, | | |
| --- | --- | --- | --- |
|  | 2012 | | 2011 |
|  | *(In Thousands)* | | |
| Raw materials | $ | 15,146 | $ 18,055 |
| Work in process |  | 8,748 | 1,885 |
| Finished goods |  | 25,114 | 23,412 |
|  | $ | 49,008 | $ 43,352 |

### 7. Other Intangible Assets

|  | December 31, 2012 | | | | December 31, 2011 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Historical Cost | | Accumulated Amortization | | Historical Cost | | Accumulated Amortization | |
|  | *(In Thousands)* | | | | | | | |
| Assets subject to amortization: | | | | | | | | |
| Marketing rights - Dilaudid® | $ | 99,117 | $ | 12,167 | $ | 99,117 | $ | 9,682 |
| Patent rights - Intermezzo® | | – | | – | | 10,000 | | – |
| Patent rights - OxyContin | | 23,982 | | 3,143 | | 4,000 | | 825 |
| Patent rights - BUTRANS® | | 815 | | 272 | | 815 | | 136 |
| | | 123,914 | | 15,582 | | 113,932 | | 10,643 |
| Assets not subject to amortization: | | | | | | | | |
| Trademarks and product rights | | 64,917 | | | | 64,917 | | |
| | | 64,917 | | | | 64,917 | | |
| | $ | 188,831 | $ | 15,582 | | $ 178,849 | $ | 10,643 |

14

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Companies'

Notes to Combined Financial Statements (continued)

**7. Other Intangible Assets (continued)**

# Redacted

In July 2009, PPLP entered into a license and collaboration agreement with Transcept Pharmaceuticals, Inc. ("Transcept") which granted PPLP a sublicense to a patent held by Transcept. Under the terms of the agreement, payments are required to be made by PPLP to Transcept upon the achievement of certain milestones. In December 2011, upon the Food and Drug Administration's ("FDA") Orange Book Listing of a patent, PPLP was required to make a payment of $10.0 million to Transcept. That payment was capitalized and was being amortized over its estimated useful life of 8 years. In August 2012, upon the FDA Orange Book Listing of a second patent, PPLP was required to make an additional payment of $10.0 million to Transcept. In 2012, based on indicators of impairment the Companies estimated future cash flows to evaluate the fair value of two milestone payments that had been capitalized. As a result of this evaluation those assets were written down to their fair value of zero and an impairment charge of $19.2 million was recognized in Other Operating Income.

In December 2010, PPLP entered into a settlement agreement to eliminate the requirement to pay royalties based on sales of Ryzolt®. In connection with that settlement agreement, an intangible asset of $5.3 million was recorded. In 2011, based on indicators of impairment the Companies used estimated future cash flows to evaluate the fair value of an intangible asset related to a royalty settlement agreement. As a result of this evaluation the asset was fully written off and an impairment charge of $4.0 million was recognized in Other Operating Income.

# Redacted

15

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC030000761758

TREAT SUBJECT TO PROTECTIVE ORDER

The Companies'

Notes to Combined Financial Statements (continued)

**7. Other Intangible Assets (continued)**

# Redacted

In December 2007, 3XP acquired the rights to certain Dilaudid® and Dilaudid® HP pain medications in the United States, its territories and possessions for $50 million. In March 2008, 3XP purchased for an additional $45.5 million the United States rights to the remaining Dilaudid and Dilaudid HP pain medications not previously acquired and assumed liability for returns of products sold prior to its acquisition of $3.6 million. The Companies have determined the useful life of the licenses to be forty years and will amortize them accordingly.

The trademarks and products rights not subject to amortization are related to the Colace®, Peri-Colace®, Slow-mag® and mineral oil products.

Amortization expense for five succeeding years is estimated as follows:

| | | |
|------|---|-------|
| 2013 | $ | 6,840 |
| 2014 | | 6,840 |
| 2015 | | 6,840 |
| 2016 | | 6,840 |
| 2017 | | 6,450 |

**8. Other Assets**

| | December 31, | | |
|---|---|---|---|
| | 2012 | | 2011 |
| | (In Thousands) | | |
| Redacted | $ — | $ | 50,135 |
| Prepaid rent | 13,174 | | 14,204 |
| Lease security deposit | 6,000 | | 6,000 |
| ERG loan receivable (see Note 17) | 3,000 | | 3,250 |
| Other assets | 3,344 | | 2,956 |
| | $ 25,518 | $ | 76,545 |

16

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC030000761759

The Companies'

Notes to Combined Financial Statements (continued)

## 9. Property and Equipment

|  | December 31, | | |
| --- | --- | --- | --- |
|  | 2012 | | 2011 |
|  | (In Thousands) | | |
| Land and buildings | $ | 53,698 | $ 53,538 |
| Leasehold improvements |  | 76,210 | 74,492 |
| Machinery and equipment |  | 139,627 | 129,298 |
| Computer software and equipment |  | 180,595 | 166,155 |
| Furniture and fixtures |  | 15,226 | 14,274 |
| Construction in progress |  | 6,563 | 4,488 |
|  |  | 471,919 | 442,245 |
| Accumulated depreciation |  | (322,436) | (299,082) |
|  | $ | 149,483 | $ 143,163 |

Depreciation expense for the years ended December 31, 2012 and 2011 was $24.1 million and $23.8 million, respectively.

## 10. Accrued Expenses and Other Liabilities

|  | December 31, | | |
| --- | --- | --- | --- |
|  | 2012 | | 2011 |
|  | (In Thousands) | | |
| Rebates | $ | 388,659 | $ 387,336 |
| Bonuses, salaries and benefits |  | 48,401 | 43,295 |
| Legal expenses |  | 10,009 | 5,005 |
| Settlement expense (see Note 18) |  | 25,263 | 37,370 |
| Royalties expense |  | 26,606 | 19,820 |
| Deferred revenue |  | 8,981 | — |
| Infinity line of credit (see Note 3) |  | — | 1,730 |
| Taxes |  | — | 18,005 |
| Deferred advertising income |  | 10,000 | — |
| Other accrued expenses |  | 4,828 | 11,792 |
| Due to associated companies |  | 17,970 | 15,118 |
|  | $ | 540,717 | $ 539,471 |

17

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Companies'

Notes to Combined Financial Statements (continued)

## 11. Other Long-term Liabilities

|  | December 31, | | |
|---|---|---|---|
|  | 2012 | | 2011 |
|  | *(In Thousands)* | | |
| Employee benefits liability (see Note 15) | $ | 199,931 | $ 187,422 |
| Infinity line of credit (see Note 3) |  | — | 10,813 |
| Other long-term liabilities |  | 25,776 | 21,215 |
|  | $ | 225,707 | $ 219,450 |

## 12. Other Operating Income, net

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | 2012 | | 2011 |
|  | *(In Thousands)* | | |
| OxyContin royalty income (see Note 17) | $ | (83,961) | $ (91,367) |
| Legal settlements (see Note 18) |  | 14,247 | 6,772 |
| Insurance recoveries (see Note 18) |  | (3,520) | (30,639) |
| Impairment of intangible assets (see Note 7) |  | 19,241 | 3,952 |
| Infinity line of credit (see Note 3) |  | (24,742) | — |
| Other |  | (8,691) | (1,435) |
|  | $ | (87,426) | $ (112,717) |

## 13. Debt

On November 14, 2012, the Companies renewed their existing credit facility (the "Credit Facility") through November 14, 2015. The commitment under the Credit Facility was $45 million as of December 31, 2012 and 2011. The Credit Facility is used to issue letters of credit and may be used for other general corporate purposes. The Credit Facility provides the borrowers a choice of paying interest based on the Eurodollar Rate or at the Base Rate (each as defined in the Credit Facility), plus in each case, an applicable margin. All borrowings (including the issuance of letters of credit) under the Credit Facility require cash collateralization.

The Companies had $15.5 million of cash collateralized standby letters of credit outstanding as of December 31, 2012 and 2011 (see Note 4). These were collateralized with restricted cash of $17.2 million and $15.5 million as of December 31, 2012 and 2011, respectively.

18

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC030000761761

The Companies'

Notes to Combined Financial Statements (continued)

## 14. Income Taxes

Significant components of the income tax provision / (benefit) are as follows:

|  | Year Ended December 31, | |
|---|---|---|
|  | 2012 | 2011 |
|  | (In Thousands) | |
| Current: |  |  |
| Federal | $ 1,633 | $ 1,393 |
| State | 777 | 820 |
|  | 2,410 | 2,213 |
| Deferred: |  |  |
| Federal | 982 | (638) |
| State | 104 | (390) |
|  | 1,086 | (1,028) |
| Total | $ 3,496 | $ 1,185 |

Significant components of the Companies' deferred tax assets and liabilities are as follows:

|  | December 31, | |
|---|---|---|
|  | 2012 | 2011 |
|  | (In Thousands) | |
| Deferred tax assets: |  |  |
| Employee benefit programs | $ 1,147 | $ 1,024 |
| Property and equipment | 3,935 | 5,406 |
| Accumulated other comprehensive income | 3,429 | 3,284 |
| Other | 14 | 10 |
| Total deferred tax assets | 8,525 | 9,724 |
| Deferred tax liabilities: |  |  |
| Pension | 1,613 | 1,862 |
| Other | 346 | 355 |
| Total deferred tax liabilities | 1,959 | 2,217 |
| Net deferred tax assets before valuation allowance | 6,566 | 7,507 |
| Valuation allowance | – | – |
| Net deferred tax assets | $ 6,566 | $ 7,507 |

19

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Companies'

Notes to Combined Financial Statements (continued)

## 14. Income Taxes (continued)

Income tax expense differs from the amount computed at the statutory U.S. federal income tax rate principally due to state income taxes and partnership income or losses, which are not included in the Companies' tax returns.

## 15. Pension and Postretirement Benefit Plans

Certain entities included in the combined financial statements provide retirement benefits to substantially all U.S. non-union employees through The Purdue Pharma L.P. Pension Plan ("PPLP Plan"), a noncontributory defined benefit pension plan. A separate defined benefit plan, The P.F. Laboratories, Inc. Pension Plan ("PF Labs Plan"), is maintained for employees that had been covered under a collective bargaining agreement that is based on negotiated benefits and years of service. Effective June 30, 2009, all then actively employed participants of the PF Labs Plan were terminated. There have been no participants employed or accruing benefits under the plan since that time.

On November 16, 2012, it was announced that effective January 1, 2013 the PPLP Pension Plan would be amended. If an employee was actively employed on January 1, 2013 and on that date had reached their 45th birthday and their age plus years of Purdue service total 50 or more, they will continue to participate in the Pension Plan. For all other employees, as of January 1, 2013, Purdue will make additional contributions into their 401(k) Plan and they will cease to accrue benefits in the Pension Plan as of December 31, 2012. The benefit that they have accrued in the Pension Plan as of December 31, 2012, once vested, will be payable upon retirement. Other than these additional 401(k) plan contributions, the current 401(k) Plan remains unchanged.

As a result of this change there was a reduction in pension liabilities of approximately $15 million which was included in other comprehensive income and a curtailment loss of approximately $1 million.

20

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC030000761763

The Companies'

Notes to Combined Financial Statements (continued)

## 15. Pension and Postretirement Benefit Plans (continued)

The annual benefit cost of the pension plans and the postretirement plans for the years ended December 31, 2012 and 2011 are as follows:

|  | Pension Plans Years Ended December 31, | | Postretirement Plans Years Ended December 31, | |
|---|---|---|---|---|
|  | 2012 | 2011 | 2012 | 2011 |
|  | (In thousands) | | | |
| **Components of net periodic benefit cost** |  |  |  |  |
| Service cost | $ 16,309 | $ 12,997 | $ 6,367 | $ 4,832 |
| Interest cost | 13,447 | 13,430 | 3,363 | 3,171 |
| Expected return on plan assets | (13,780) | (13,377) | – | – |
| Amortization of net transition obligation | – | – | 45 | 46 |
| Amortization of prior service cost | 173 | 173 | (132) | (107) |
| Amortization of prior experience loss | 6,141 | 3,802 | 482 | 28 |
| Net amortization and deferral | – | – | 595 | 591 |
| Adjustment for additional expense | – | – | – | 5 |
| Curtailment loss | 887 | – | – | – |
| Net periodic benefit cost | $ 23,177 | $ 17,025 | $ 10,720 | $ 8,566 |

Amounts expected to be recognized in net periodic benefit cost in the coming year for the Companies' pension plans and the postretirement plans:

|  | (In Thousands) |
|---|---|
| Amortization of net actuarial losses | $ 9,136 |
| Amortization of prior service cost | (54) |
| Amortization of net transition obligation | 25 |

21

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC030000761764

# The Companies'

## Notes to Combined Financial Statements (continued)

### 15. Pension and Postretirement Benefit Plans (continued)

**Weighted-average assumptions for the net periodic benefit cost:**

|  | Pension Plans Years Ended December 31, | | Postretirement Plans Years Ended December 31, | |
|---|---|---|---|---|
|  | 2012 | 2011 | 2012 | 2011 |
| Discount rate | 4.55% | 5.50% | 4.70% | 5.75% |
| Expected return on plan assets | 7.00% | 7.00% | | |
|  | | | N/A | N/A |
| Rate of compensation increase | 4.50% | 4.50% | 4.50% | 4.50% |

The following table displays the assumed health care cost trend rates:

|  | 2012 | | | 2011 | | |
|---|---|---|---|---|---|---|
| Year | <65 | >65 | AARP | <65 | >65 | AARP |
| Health care cost trend rate assumed for 2013 | 7.1% | 7.6% | 7.6% | 7.5% | 8.1% | 8.1% |
| Rate to which the cost trend rate is assumed to decline (ultimate trend) | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| Year the rate reaches the ultimate trend rate | 2018 | 2018 | 2018 | 2018 | 2018 | 2018 |

A one-percentage-point change in the assumed health care cost trend rate would have the following effects:

|  | 1-Percentage Point Increase | 1-Percentage Point Decrease |
|---|---|---|
|  | (In Thousands) | |
| Effect on total of service and interest cost components in the year ended December 31, 2012 | $ 2,396 | $ (1,791) |
| Effect on accumulated post retirement benefit obligation as of December 31, 2012 | $ 19,000 | $ (14,419) |

22

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC030000761765

The Companies'

## Notes to Combined Financial Statements (continued)

### 15. Pension and Postretirement Benefit Plans (continued)

The following table sets forth information related to the benefit obligation and the fair value of plan assets at December 31, 2012 and 2011 for the Companies' defined benefit pension and postretirement plans:

| | Pension Plans December 31, | | Postretirement Plans December 31, | |
|---|---|---|---|---|
| | 2012 | 2011 | 2012 | 2011 |
| | *(In Thousands)* | | | |
| **Change in benefit obligation** | | | | |
| Benefit obligation at beginning of year | $ 303,718 | $ 242,041 | $ 77,180 | $ 56,642 |
| Service cost | 16,309 | 12,997 | 6,367 | 4,832 |
| Interest cost | 13,447 | 13,430 | 3,363 | 3,171 |
| Amendments | (14,692) | – | – | (361) |
| Actuarial loss | 26,454 | 44,411 | 4,422 | 14,635 |
| Transfer of obligation to associated entities | (122) | (6) | (43) | (27) |
| Benefits paid | (7,675) | (9,155) | (1,462) | (1,712) |
| Benefit obligation at end of year | $ 337,439 | $ 303,718 | $ 89,827 | $ 77,180 |
| | | | | |
| **Change in plan assets** | | | | |
| Fair value of plan assets at beginning of year | $ 191,572 | $ 189,368 | $ – | $ – |
| Actual return on plan assets | 26,450 | 3,304 | – | – |
| Employer contribution | 14,687 | 8,066 | 1,462 | 1,712 |
| Transfer of assets from (to) associated entities | 64 | (11) | – | – |
| Benefits paid | (7,675) | (9,155) | (1,462) | (1,712) |
| Fair value of plan assets at end of year | $ 225,098 | $ 191,572 | $ – | $ – |
| | | | | |
| **Funded status of plan at end of year** | $ (112,341) | $ (112,146) | $ (89,827) | $ (77,180) |

| | Pension Plans December 31, | | Postretirement Plans December 31, | |
|---|---|---|---|---|
| | 2012 | 2011 | 2012 | 2011 |
| | *(In Thousands)* | | | |
| **Amounts recognized in the Companies' balance sheet consist of the following** | | | | |
| Current liabilities | $ – | $ – | $ (2,237) | $ (1,904) |
| Non-current liabilities | (112,341) | (112,146) | (87,590) | (75,276) |
| Total recognized in combined balance sheet | $(112,341) | $ (112,146) | $ (89,827) | $ (77,180) |

23

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Companies'

Notes to Combined Financial Statements (continued)

## 15. Pension and Postretirement Benefit Plans (continued)

| | Pension Plans December 31, | | | Postretirement Plans December 31, | | |
|---|---|---|---|---|---|---|
| | 2012 | | 2011 | 2012 | | 2011 |
| | *(In Thousands)* | | | | | |
| **Amounts recognized in accumulated other comprehensive loss consist of** | | | | | | |
| Net actuarial loss | $ 122,048 | $ | 129,289 | $ 24,266 | $ | 20,930 |
| Prior service cost | 698 | | 1,759 | (1,530) | | (1,663) |
| Transition obligation | – | | – | 42 | | 87 |
| Total before tax effects | $ 122,746 | $ | 131,048 | $ 22,778 | $ | 19,354 |
| | | | | | | |
| Accumulated benefit obligation | $ 304,611 | $ | 260,847 | | | |
| **Changes in Plan assets and benefit obligations recognized in other comprehensive loss and net income** | | | | | | |
| Net periodic benefit cost | $ 23,177 | $ | 17,025 | $ 10,720 | $ | 8,566 |
| Net actuarial (gain) loss | (1,100) | | 51,323 | 4,412 | | 14,623 |
| Amortization of net actuarial loss | (6,141) | | (3,802) | (1,076) | | (619) |
| Prior service cost | (888) | | – | 1 | | (360) |
| Transition obligation | – | | – | – | | – |
| Amortization of prior service cost | (173) | | (173) | 132 | | 107 |
| Amortization of transition obligation | – | | – | (45) | | (45) |
| Total recognized in other comprehensive loss, before tax | $ (8,302) | $ | 47,348 | $ 3,424 | $ | 13,706 |
| Total recognized in net periodic cost and other comprehensive loss | $ 14,875 | $ | 64,373 | $ 14,144 | $ | 22,272 |
| **Weighted-average assumptions as of December 31 for the benefit obligation** | | | | | | |
| Discount rate | 3.95% | | 4.55% | 4.30% | | 4.70% |
| Rate of compensation increase | 4.50% | | 4.50% | 4.50% | | 4.50% |

The expected long-term rate of return assumption is based on a building block approach, determining risk-free asset return assumptions, and applying a weighted average methodology to the proportion of plan assets in each applicable asset class.

At December 31, 2012 and 2011, both the PPLP Plan and the PF Labs Plan had accumulated benefit obligations in excess of plan assets.

24

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Companies'

## Notes to Combined Financial Statements (continued)

### 15. Pension and Postretirement Benefit Plans (continued)

Estimated future cash flow information is as follows:

|  | Pension Plans | Postretirement Plans |
|---|---|---|
|  | (In Thousands) | |
| **Employer Contributions** | | |
| For the year ending December 31, 2013 | $ 9,662 | $ – |
| **Expected Benefit Payments** | | |
| For the year ending December 31, 2013 | 7,905 | 2,237 |
| For the year ending December 31, 2014 | 10,737 | 2,216 |
| For the year ending December 31, 2015 | 10,609 | 2,404 |
| For the year ending December 31, 2016 | 13,305 | 2,617 |
| For the year ending December 31, 2017 | 12,826 | 2,809 |
| For the years ending December 31, 2018 - 2022 | 101,902 | 18,090 |

### The PPLP Plan

With the assistance of its investment manager, consultant and actuary, the PPLP Plan pursues a risk-conscious asset mix of 1940 Act Mutual Funds (that invest in equities, bonds and other investments, as detailed below) against a long-term rate-of-return-on-assets assumption of 7.00%.

The PPLP Plan's objectives include providing real growth of the plan through the total return on principal and income; preserving the assets and minimizing risk in the plan with appropriate diversification and investment strategies; and providing a source of retirement income for its participants and beneficiaries.

The fair value of PPLP pension assets by asset category at December 31, 2012 was as follows:

|  | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| **Amounts (In thousands)** | | | | |
| Mutual funds | $ 218,143 | $ – | $ – | $ 218,143 |
| Total | $ 218,143 | $ – | $ – | $ 218,143 |

25

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PPLPC030000761768

The Companies'

Notes to Combined Financial Statements (continued)

### 15. Pension and Postretirement Benefit Plans (continued)

The fair value of PPLP pension assets by asset category at December 31, 2011 was as follows:

|  | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| **Amounts (In Thousands)** |  |  |  |  |
| Mutual funds | $ 166,705 | $ — | $ — | $ 166,705 |
| Hedge Fund | — | — | 18,570 | 18,570 |
| Total | $ 166,705 | $ — | $ 18,570 | $ 185,275 |

*Mutual funds*: Valued at the net asset value of shares held by the PPLP Plan at year end based on quoted prices in an active market.

*Hedge fund:* Valued based on the fair market value of the underlying assets, which are valued based on available market and other information obtained by the PPLP Plan's trustee.

The following table below sets forth a summary of changes in the fair value of the PPLP Plan's Level 3 assets for the years ended December 31, 2012 and 2011:

|  | Hedge Fund | |
|---|---|---|
|  | 2012 | 2011 |
| **Amounts (In Thousands)** |  |  |
| Balance, beginning of year | $ 18,570 | $ 18,909 |
| Sales | (18,803) | — |
| Unrealized gains (losses) | 233 | (339) |
| Balance, end of year | $ — | $ 18,570 |

The PPLP Plan's current asset allocation and permissible ranges at December 31, 2012 are as follows. The PPLP Plan manages to approximate this specific allocation.

|  | Amount (In Thousands) | % | % Allocation (Target) |
|---|---|---|---|
| Mutual funds | $ 218,143 | 100% | 100% |
| Total | $ 218,143 | 100% | 100% |

26

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Companies'

## Notes to Combined Financial Statements (continued)

### 15. Pension and Postretirement Benefit Plans (continued)

#### The PF Labs Plan

With the assistance of its investment manager, consultant and actuary, the PF Labs Plan pursues a risk-conscious asset mix of 1940 Act Mutual Funds (that invest in equities and securities, as detailed below) against a long-term rate-of-return-on-assets assumption of 6.00%.

The PF Labs Plan's objectives include providing real growth of the plan through the total return on principal and income; preserving the assets and minimizing risk in the plan with appropriate diversification and investment strategies; and providing a source of retirement income for its participants and beneficiaries.

The fair value of PF Labs pension assets by asset category at December 31, 2012 was as follows:

|  | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
|  | *Amounts (In Thousands)* | | | |
| Mutual funds | $ 6,955 | $ – | $ – | $ 6,955 |
| Total | $ 6,955 | $ – | $ – | $ 6,955 |

The fair value of PF Labs pension assets by asset category at December 31, 2011 was as follows:

|  | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
|  | *Amounts (In Thousands)* | | | |
| Mutual funds | $ 6,212 | $ – | $ – | $ 6,212 |
| Hedge Fund | – | – | 85 | 85 |
| Total | $ 6,212 | $ – | 85 | $ 6,297 |

*Mutual funds*: Valued at the net asset value of shares held by the PF Labs Plan at year end based on quoted prices in an active market.

*Hedge fund:* Valued based on the fair market value of the underlying assets, which are valued based on available market and other information obtained by the PF Labs Plan's trustee.

27

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC030000761770

The Companies'

Notes to Combined Financial Statements (continued)

### 15. Pension and Postretirement Benefit Plans (continued)

The following table below sets forth a summary of changes in the fair value of the PF Labs Plan's Level 3 assets for the years ended December 31, 2012 and 2011:

|  | Hedge Fund | |
|---|---|---|
|  | 2012 | 2011 |
| **Amounts (In Thousands)** | | |
| Balance, beginning of year | $ 85 | $ 857 |
| Sales | (85) | (850) |
| Purchases | – | 85 |
| Unrealized (losses) gains | – | (7) |
| Balance, end of year | $ – | $ 85 |

The PF Labs Plan's current asset allocation, targets and permissible ranges at December 31, 2012 are as follows. The PF Labs Plan manages to approximate this allocation.

|  | Amount (In Thousands) | % | % Allocation (Target) |
|---|---|---|---|
| Mutual funds | $ 6,955 | 100% | 100% |
| Total | $6,955 | 100% | 100% |

### 16. Defined Contribution Plans

Certain entities included in the combined financial statements also sponsor a defined contribution 401(k) savings plan available to domestic non-union employees who meet certain minimum age and service requirements. Employer matching contributions through December 31, 2012 are 50% of each employee's contributions to the plan, limited to a maximum of 6% of each employee's covered earnings. The net cost of these plans totaled $5.5 million for the years ended December 31, 2012 and 2011.

Certain entities included in the combined financial statements established defined contribution plans covering certain salaried employees. Awards under the plans vest over either a three or five-year period. The expense recognized for the years ended December 31, 2012 and 2011 was $8.3 million and $8.9 million, respectively.

28

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC030000761771

The Companies'

Notes to Combined Financial Statements (continued)

## 17. Related Party Transactions

Certain entities in the combined financial statements are parties to license or royalty arrangements, for the manufacture and sale of various products to entities owned directly or indirectly for the benefit of the families of certain directors of the Companies. Royalty income under those agreements approximated $84.0 million and $91.4 million for the years ended December 31, 2012 and 2011, respectively, and royalty expenses under separate agreements approximated $1.2 million and $1.8 million for the years ended December 31, 2012 and 2011, respectively.

In the ordinary course of business, the Companies perform certain research and development for associated companies. The Companies performed $1.0 million and $1.4 million in research and development work for associated companies for the years ended December 31, 2012 and 2011, respectively.

Purdue Pharma Technologies Inc., an associated company, provides security services and environmental health and safety consulting to the Companies. The value of these goods and services approximated $45.3 million and $27.4 million for the years ended December 31, 2012 and 2011, respectively.

PPLP has a receivable from ERG Realty Inc. ("ERG"), an independent associated company. The loan, which bears interest payable quarterly at 3.28% per annum, matures on September 30, 2020. The balance outstanding at December 31, 2012 and 2011 was $3.0 million and $3.3 million, respectively.

Effective January 1, 2006, PPLP entered into a lease agreement expiring in 2020 (the "OSR Lease") to lease certain floors of One Stamford Forum, the headquarters of the Companies located in Stamford, Connecticut, from One Stamford Realty L.P. ("OSR"). Various independent associated companies have guaranteed PPLP's obligations under the OSR Lease. In conjunction with the execution of the OSR Lease, a security deposit of $6.0 million was paid by PPLP which is to be returned to PPLP in 2016, provided that at such time no event of default exists. Further, PPLP paid certain lease related expenses in the amount of $11 million which are being amortized over the life of the lease. The security deposit and lease related expenses made by PPLP to OSR are included in Other assets.

29

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Companies'

## Notes to Combined Financial Statements (continued)

### 17. Related Party Transactions (continued)

At December 31, 2012, future minimum lease payments under the OSR Lease are as follows:

|            | (In Thousands) |
|------------|---------------:|
| 2013       | $ 6,404        |
| 2014       | 6,987          |
| 2015       | 6,987          |
| 2016       | 7,224          |
| 2017       | 7,224          |
| Thereafter | 21,673         |
|            | $ 56,499       |

### 18. Commitments and Contingencies

#### Leases

Aggregate future lease payments under non-cancelable operating leases with initial or remaining terms of more than one year at December 31, 2012 (including the OSR Lease) are as follows:

|            | (In Thousands) |
|------------|---------------:|
| 2013       | $ 19,266       |
| 2014       | 23,329         |
| 2015       | 23,762         |
| 2016       | 20,837         |
| 2017       | 17,802         |
| Thereafter | 64,813         |
|            | $ 169,809      |

Lease expense approximated $19.2 million and $16.6 million for the years ended December 31, 2012 and 2011, respectively.

#### Insurance

Insurance coverage for the Companies is purchased subject to market conditions existing at the time of purchase (including cost and availability). In recent years, the market for particular types of insurance has become more restrictive in terms and coverage, cost and available limits. As a

30

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC030000761773

# The Companies'

## Notes to Combined Financial Statements (continued)

### 18. Commitments and Contingencies (continued)

result of these limits, the Companies may be self-insured. The market for product liability insurance, in particular, has become more restrictive in policy terms, available limits and cost. On October 1, 2001, the Companies began to self-insure product liability claims. The Companies' mix between self-insured and third party insured risks is evaluated at each renewal. If the Companies incur substantial liabilities that exceed the Companies' available insurance, if any, and that are in excess of existing accruals, there could be a materially adverse effect to the Companies' financial position, operations and cash flows.

### Legal Proceedings

The Companies record accruals for contingencies to the extent that the occurrence of the contingency is probable and the amount of liability is reasonably estimable. If the reasonable estimate of liability is within a range of amounts and some amount within the range appears to be a better estimate than any other, then the Companies record that amount as an accrual. If no amount within the range is a reasonable estimate, then the Companies record the lowest amount as an accrual. Such assessments involve a series of complex judgments and rely heavily on estimates and assumptions regarding future events that management has deemed reasonable. Excessive outcomes can occur, and it is possible that the Companies could incur judgments or enter into settlements in excess of the amounts accrued, which could have a material adverse effect on the Companies' financial position, operations and cash flows.

The Companies' accounting policy with respect to defense costs is to expense all costs as incurred and to record recoveries from insurance when collection is assured. The Companies record receivables for other non-defense cost insurance recoveries based on existing deductibles and coverage limits, when collection is assured.

Various lawsuits, claims and proceedings are pending or threatened against certain of the Companies. The most significant are described below. The Companies recorded expense for settlements of $14.2 million in 2012 and $6.8 million in 2011 with respect to these matters. The total accrued balance at December 31, 2012 was $25.3 million which has been classified as a current liability.

### OxyContin® Tablets Litigation - Civil Product Liability Lawsuits

Numerous individuals have made product liability claims related to OxyContin® tablets ("OxyContin") against certain of the Companies. Most of those claimants allege that (1) they suffered bodily injury from the use of OxyContin, including addiction, (2) the defendant

31

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC030000761774

The Companies'

Notes to Combined Financial Statements (continued)

### 18. Commitments and Contingencies (continued)

Companies failed to adequately warn them about the risks of addiction, and (3) the defendant Companies "over-promoted" and aggressively and/or fraudulently marketed OxyContin. The claimants seek various forms of relief, including compensatory and punitive damages, interest and costs, and attorneys' fees.

As of March 29, 2013, approximately 21 OxyContin product liability lawsuits are pending in the United States against the defendant Companies. Only three of those lawsuits are being actively litigated (e.g., the parties are now or soon will be engaged in discovery or substantive motion practice). The remaining lawsuits are inactive or the claimants are in the process of determining whether or not to participate in previously negotiated group settlements.

Since the beginning of 2011, the defendant Companies have entered into six settlements to resolve OxyContin personal injury claims. First, on January 24, 2011, the defendant Companies reached an agreement to settle 274 OxyContin cases brought in Staten Island, New York by New York and non-New York residents. As of March 29, 2013, all but three of the plaintiffs agreed to participate in the settlement, and each of the cases, including the cases brought by the three non-participating plaintiffs, has been dismissed. The non-participating plaintiffs have the right to re-file their lawsuits, but as of March 29, 2013, none has done so. Second, on July 6, 2011, the defendant Companies settled the claims of a plaintiff who had brought a case in Madison County, Illinois. Third, on October 18, 2011 the defendant Companies entered into a settlement with a plaintiff who had brought a case in Reno, Nevada. Fourth, on May 1, 2012, the defendant Companies entered into a settlement with a plaintiff who had brought an action in Nassau County, New York. Fifth, the defendant Companies finalized a settlement agreement with a plaintiff who had a lawsuit pending in Stamford, Connecticut, and on June 1, 2012 that action was withdrawn with prejudice. Sixth, the defendant Companies entered into a settlement with a plaintiff who had brought an action in San Diego, California, and the case was dismissed with prejudice on September 21, 2012.

The defendant Companies have also maintained agreements to toll the statutes of limitations of potential claims on behalf of approximately several hundred individuals not subject to the settlements. On August 24, 2010, the defendant Companies signed a settlement agreement that will potentially resolve the claims of up to 155 of such claimants. As of March 29, 2013, nearly all of those claimants have agreed to participate in the settlement.

Previously, there were five putative class action suits that were filed in federal courts in Colorado, Michigan, Mississippi, Nevada and Washington against certain of the Companies asserting a class on behalf of individuals residing in these states, as well as any person in the

32

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Companies'

Notes to Combined Financial Statements (continued)

## 18. Commitments and Contingencies (continued)

United States who between the years 1995 and 2001 was prescribed and/or used OxyContin, and claiming, among other things, injunctive relief and certain types of damages. These class actions subsequently settled in March 2010 and have been dismissed against the defendant Companies.

In addition, there are nine product liability putative class action lawsuits against the defendant Companies in Canada, collectively advancing claims on behalf of all Canadians who have been prescribed and/or used OxyContin. A hearing on the plaintiffs' motion for class certification has been postponed as the plaintiffs have stated their intention to revise their motion.

The defendant Companies believe they have meritorious defenses with respect to such claims and will vigorously defend them.

### OxyContin® Tablets Litigation – Consumer Protection Claims

On September 9, 2010, a putative nationwide consumer class action was filed against certain of the Companies by a California consumer alleging improper promotion of OxyContin caused consumers to pay an excessive price for the medication. On May 19, 2011, the plaintiff voluntarily dismissed without prejudice her claims after the defendant Companies filed motions to dismiss the claims and strike the class allegations. In the event plaintiff should re-file her claims, the defendant Companies believe they have meritorious defenses with respect to such claims and would vigorously defend them.

*OxyContin® Tablets Litigation - Regulatory, Law Enforcement and Governmental Matters*

On July 20, 2007, the U.S. District Court for the Western District of Virginia (the "WDVA") approved a settlement between certain of the Companies and the U.S. Attorney's Office for the WDVA to end a pending investigation. As part of this resolution, The Purdue Frederick Company Inc. pled guilty to a single felony count of misbranding based upon misstatements made in the promotion of OxyContin to healthcare professionals that occurred prior to July 2001. As part of the

agreement with the government and based upon their senior positions with such Companies, three former executives also pled guilty to a single "strict liability" misdemeanor for misbranding based upon the misconduct of other employees while the executives held their positions of responsibility. The terms of the agreement also provided that PPLP enter into a Corporate Integrity Agreement pursuant to which it is maintaining a compliance program and has engaged an Independent Review Organization to perform reviews of specified promotional

33

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Companies'

Notes to Combined Financial Statements (continued)

## 18. Commitments and Contingencies (continued)

and product services during the term of such Corporate Integrity Agreement. The Corporate Integrity Agreement became effective on July 31, 2007 and ended on July 31, 2012.

In May 2007, in connection with investigations involving activities related to certain of the Companies and their promotion of OxyContin, such Companies signed consent judgments to settle investigations with 27 State Attorneys General. In addition, such Companies settled separately with the Attorneys General for the State of Florida and the State of Mississippi.

On October 4, 2007, the Attorney General of the Commonwealth of Kentucky and Pike County, Kentucky filed a claim against certain of the Companies in state court alleging such Companies' improper promotion of OxyContin caused the plaintiffs to pay for excessive costs related to the usage of OxyContin, as well as the costs arising from misuse and addiction. The plaintiffs asserted various causes of action for their claim under Kentucky law, including violation of state antitrust laws and the Kentucky Medicaid Fraud Statute. The action was removed to the U.S. District Court for the Eastern District of Kentucky on October 29, 2007 and subsequently transferred to the Southern District. On September 26, 2011, the Southern District granted plaintiffs' motion to remand the case back to Kentucky state court. The defendant Companies' appealed the motion to the United States Court of Appeal for the Second Circuit (the "Second Circuit"). On October 24, 2011, the Second Circuit granted the defendant Companies a temporary stay of the Southern District's remand order pending the Second Circuit's determination of the appeal. On January 9, 2013, the Second Circuit denied the defendant Companies' appeal, and on or around February 1, 2013, the case was transferred back to Kentucky state court. On February 8, 2013, Purdue filed two motions in other courts, arguing that the vast bulk of plaintiffs' claims and damages recoverable had been resolved or prohibited either by the Companies' May 2007 consent judgment with the Attorney General of Kentucky or by The Purdue Frederick Company Inc.'s plea agreement with the federal government. These motions are currently pending. The defendant Companies in this action believe they have meritorious defenses with respect to these claims and will vigorously defend them.

### Patent Litigations
Generic competition for OxyContin in the United States could have a materially adverse impact on the Companies' financial position, operations and cash flows.

34

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC030000761777

The Companies'

Notes to Combined Financial Statements (continued)

## 18. Commitments and Contingencies (continued)

### U.S. Patent Litigations

1. OxyContin Patent Litigations (original formulation)

On or around June 28, 2010, certain of the Companies received a notice indicating that Food and Drug Administration ("FDA") approval of an Abbreviated New Drug Application ("ANDA") is being sought to engage in the commercial manufacture, use or sale of oxycodone hydrochloride extended release tablets prior to the expiration of certain of the Companies' (a) original patents related to OxyContin, which will expire on April 16, 2013, and (b) low-ABUK oxycodone patents (see item 2 below for further information on the low-ABUK oxycodone patents). On August 11, 2010, certain of the Companies commenced patent infringement litigation in the Southern District and the U.S. District Court for the Eastern District of Pennsylvania against Varam, Inc. ("Varam") and KVK-Tech, Inc. ("KVK"). Since the plaintiff Companies filed suit against Varam and KVK within 45 days of receipt of notice of their respective filings with the FDA, the plaintiff Companies, under the Hatch-Waxman Act, are entitled to an automatic statutory stay, which effectively prevents Varam and KVK from launching their generic controlled-release oxycodone products from the date of receipt of their respective notices until the earlier of: (i) 30 months or (ii) a court decision finding the patents in-suit invalid, unenforceable, or not infringed. On or around March 2, 2012, certain of the Companies received a notice indicating that Varam and KVK are seeking approval for oxycodone hydrochloride extended release tablets in 10 mg, 15 mg, 20 mg, 30 mg, 60 mg and 80 mg dosage strengths. Certain of the Companies commenced patent infringement litigation in the Southern District on April 10, 2012, and the U.S. District Court for the Eastern District of Pennsylvania on April 12, 2012 against Varam and KVK. The Pennsylvania actions were transferred to the Southern District by order of the Judicial Panel on Multidistrict Litigation.

To the extent the plaintiff Companies do not prevail in the litigation and/or to the extent the FDA approves one or more of the proposed ANDAs, the Companies could experience generic competition for OxyContin.

2. Low-ABUK Oxycodone Patent Litigations (original formulation)

On or around April 9, 2010, certain of the Companies received notices indicating that FDA approval of ANDAs is being sought to engage in the commercial manufacture, use or sale of oxycodone hydrochloride extended release tablets prior to the expiration of certain of the Companies' patents related to low-ABUK oxycodone which have been listed in the FDA's Approved Drug Products with Therapeutic Equivalence Evaluations (the "Orange Book") in connection with OxyContin.

35

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC030000761778

The Companies'

Notes to Combined Financial Statements (continued)

## 18. Commitments and Contingencies (continued)

On May 5, 2010, certain of the Companies commenced patent infringement litigation in the Southern District against Ranbaxy Inc., Ranbaxy Pharmaceuticals Inc. and Ranbaxy Laboratories Limited (collectively, "Ranbaxy"), Actavis Elizabeth LLC ("Actavis"), and Mylan Pharmaceuticals Inc. and Mylan Inc. (collectively, "Mylan"). On January 30, 2013, certain of the Companies commenced patent infringement litigation in the Southern District against Impax Laboratories, Inc. ("Impax"). The Companies believe that the ANDAs for which the low-ABUK oxycodone notices were provided are not seeking FDA approval until after April 16, 2013, the date on which the last of the original patents related to OxyContin will expire.

On December 28, 2012, certain of the Companies settled their litigations (including the litigations in Section 3 below) with Ranbaxy. A Consent Judgment was entered on January 8, 2013. A trial against Actavis was held in November/December of 2012. On March 18, 2013, certain of the Companies agreed on terms to settle their litigations with Actavis, Watson Florida (as defined below) and Andrx (as defined below).

To the extent the plaintiff Companies do not prevail in the litigation and/or to the extent the FDA approves the proposed ANDAs, the Companies could experience generic competition for OxyContin.

## OxyContin Patent Litigations (reformulation)

Certain of the Companies received notices indicating that FDA approval of an ANDA is being sought to engage in the commercial manufacture, use or sale of oxycodone hydrochloride extended release tablets in 10 mg, 15 mg, 20 mg, 30 mg, 40 mg, 60 mg and/or 80 mg dosage strengths prior to the expiration of certain of the Companies' patents related to low-ABUK oxycodone, and prior to the expiration of certain third party patents which PPLP licensed from such third parties. All such patents have been listed in the Orange Book in connection with the reformulation of OxyContin.

On March 23, 2011, certain of the Companies commenced patent infringement litigation in (a) the Southern District against Watson Laboratories, Inc. – Florida ("Watson Florida"), Andrx Labs, LLC ("Andrx"), Teva Pharmaceuticals USA, Inc. ("Teva"), and Actavis; (b) the Southern District of Florida against Watson Florida; and (c) Delaware against Andrx. On March 18, 2013, certain of the Companies agreed on terms to settle their litigations with Watson Florida and Andrx. As part of the merger between the Watson and Actavis groups of companies, Actavis's ANDA was divested to Par Pharmaceutical, Inc. ("Par") in the fourth quarter of 2012 and the litigation against Par is ongoing.

36

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    PPLPC030000761779

The Companies'

## Notes to Combined Financial Statements (continued)

### 18. Commitments and Contingencies (continued)

On June 28, 2012, certain of the Companies commenced patent infringement litigation against Teva regarding an additional third party patent to which PPLP has a license. On July 20, 2012, certain of the Companies commenced patent infringement litigation against Actavis regarding an additional third party patent to which PPLP has a license. As noted above, the ANDA now resides with Par and thus this action is still pending against Par.

On April 8, 2011, certain of the Companies commenced patent infringement litigation in the Southern District against Ranbaxy and Impax. The Ranbaxy matter has been settled (see Section 2 above). On February 1, 2013, certain of the Companies commenced patent infringement litigation in the Southern District against Impax in response to a notice the Companies received regarding two additional third party patents to which PPLP has a license.

On July 7, 2011, certain of the Companies commenced patent infringement litigation in the Southern District against Sandoz, Inc. ("Sandoz") regarding certain dosage strengths of oxycodone hydrochloride extended release tablets. On February 3, 2012, certain of the Companies commenced patent infringement litigation in the Southern District against Sandoz regarding additional dosage strengths of oxycodone hydrochloride extended release tablets. On June 28, 2012 and October 10, 2012, certain of the Companies commenced patent infringement litigations against Sandoz regarding an additional third party patent to which PPLP has a license.

On November 10, 2011, certain of the Companies commenced patent infringement litigation in the Southern District against Amneal Pharmaceuticals, LLC.

On April 13, 2012, certain of the Companies commenced patent infringement litigation in the Southern District against Mylan.

On January 30, 2013, certain of the Companies commenced patent infringement litigation in the Southern District against Epic Pharma, LLC.

The Companies believe that the ANDAs for which the notices were provided are not seeking FDA approval until after April 16, 2013, the date on which the last of the original patents related to OxyContin will expire. Since the plaintiff Companies filed suit within 45 days of receipt of notice of the defendant companies' respective filings with the FDA, the plaintiff Companies, under the Hatch-Waxman Act, are entitled to an automatic statutory stay, which effectively prevents defendants from launching their generic controlled-release oxycodone products from the date of receipt of their respective notices until the earlier of: (i) 30 months or (ii) a court decision finding the patents in-suit invalid, unenforceable, or not infringed.

37

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Companies'

## Notes to Combined Financial Statements (continued)

### 18. Commitments and Contingencies (continued)

To the extent the plaintiff Companies do not prevail in the litigation and/or to the extent the FDA approves one or more of the proposed ANDAs, the Companies could experience generic competition for OxyContin.

### Intermezzo® Patent Litigations

On or about July 12, 13 and 26, 2012, certain of the Companies received notices from Actavis, Watson Florida and Novel Laboratories, Inc. ("Novel"), respectively, indicating that FDA approval of ANDAs is being sought to engage in the commercial manufacture, use or sale of zolpidem tartrate sublingual tablets in 1.75 mg and 3.5 mg dosage strengths prior to the expiration of certain third party patents that certain of the Companies licensed from such third party. All such patents have been listed in the Orange Book in connection with Intermezzo. On August 31, September 10, and September 12, 2012, certain of the Companies commenced patent infringement litigation in the U.S. District Court for the District of New Jersey ("New Jersey District") against Actavis, Watson Florida and Novel, respectively. On December 20, 2012, the action against Watson Florida was dismissed without prejudice since Watson Florida withdrew its ANDA.

On or about September 13, 2012, certain of the Companies received notices from Par Pharmaceutical, Inc. ("Par Pharmaceutical") and Par Formulations Private Ltd. ("Par Formulations") indicating that FDA approval of ANDAs is being sought to engage in the commercial manufacture, use or sale of zolpidem tartrate sublingual tablets in 1.75 mg and 3.5 mg dosage strengths prior to the expiration of certain third party patents that one of the Companies licensed from such third party. All such patents have been listed in the Orange Book in connection with Intermezzo. On October 25, 2012, certain of the Companies commenced patent infringement litigation in the New Jersey District against Par Pharmaceutical and Par Formulations.

Since the plaintiff Companies filed suit against Actavis, Watson Florida, Novel, Par Pharmaceutical and Par Formulations within 45 days of receipt of notice of their respective filings with the FDA, the plaintiff Companies, under the Hatch-Waxman Act, are entitled to an automatic statutory stay, which effectively prevents Actavis, Watson Florida, Novel, Par Pharmaceutical and Par Formulations from launching their zolpidem tartrate sublingual tablets in 1.75 mg and 3.5 mg dosage strengths from the date of receipt of their respective notices until the earlier of: (i) 30 months or (ii) a court decision finding the patents in-suit invalid, unenforceable, or not infringed.

38

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Companies'

Notes to Combined Financial Statements (continued)

## 18. Commitments and Contingencies (continued)

On or about February 19, 2013, certain of the Companies received notice from Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. indicating that FDA approval of an ANDA is being sought to engage in the commercial manufacture, use or sale of zolpidem tartrate sublingual tablets in 1.75 mg and 3.5 mg dosage strengths prior to the expiration of certain third party patents that certain of the Companies licensed from such third party. All such patents have been listed in the Orange Book in connection with Intermezzo. The Companies are considering their options.

To the extent the plaintiff Companies do not prevail in the litigation and/or to the extent the FDA approves one or more of the proposed ANDAs, the Companies could experience generic competition for Intermezzo.

5. Depomed Patent Litigation

On or around January 29, 2013, Depomed, Inc. ("Depomed") filed a claim against certain of the Companies in the New Jersey District alleging that OxyContin infringes various Depomed patents. The defendant Companies are evaluating the claim and preparing their response. To the extent the defendant Companies do not prevail in the litigation, they would be liable for damages for sales of OxyContin, and potentially subject to an injunction.

## Non-U.S. Patent Litigations

The Companies are parties to license agreements with certain foreign associated companies pursuant to which the Companies receive royalties in connection with the sale by the foreign associated companies of certain oxycodone controlled-release products. In most of the world, the original OxyContin patents expired on November 25, 2012, terminating that royalty income. Certain of the foreign associated companies are parties to pending patent litigations and were parties to patent litigations that have been settled.

The Companies recorded aggregate OxyContin royalties from their foreign associated companies of $83.9 million and $91.4 million in the years ended December 31, 2012 and 2011, respectively. If such associated companies do not prevail or settle the pending litigations, the Companies could experience a decrease in royalty income in the future.

39

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Companies'

Notes to Combined Financial Statements (continued)

## 18. Commitments and Contingencies (continued)

### Antitrust Litigations

Following the 2004 decision by the Southern District in the Endo patent litigation holding that the OxyContin patents were unenforceable due to inequitable conduct, approximately 68 antitrust lawsuits were filed against certain of the Companies.

The antitrust lawsuits can be separated into three categories: (a) the proposed class of direct purchasers of OxyContin, (b) 56 complaints filed by indirect purchasers of OxyContin, many purporting to represent nationwide or statewide classes of indirect purchasers, and (c) 11 direct purchasers who opted out of the proposed direct purchaser class described in (a). The defendant Companies have settled all of the 56 indirect purchaser actions, entered into a settlement agreement with the direct purchaser class (which settlement was approved by the Southern District), and settled the claims asserted by the 11 direct purchasers that opted out of the direct purchaser class.

### Insurance Coverage Litigations

The Companies have a \$1 billion tower of product liability insurance covering certain years when plaintiffs alleged certain damages related to OxyContin. Previously, certain of the Companies entered into settlement agreements with certain OxyContin insurers. In 2011, certain of the Companies settled with another OxyContin insurer that is part of the product liability insurance tower. The Companies recorded insurance proceeds of \$3.5 million and \$30.6 million for the years ended December 31, 2012 and 2011, respectively, under the settlements referenced above and/or pertinent insurance policies.

The Companies have now exhausted approximately \$209.1 million of available insurance under the \$1 billion tower. The balance of the payments received from insurance companies did not reduce the limits of insurance. Further recoveries from this insurance tower are not assured.

### Average Wholesale Price Litigation

As of November 19, 2012, PPLP and certain of the other Companies (collectively with PPLP referred to herein as the "AWP Companies"), have settled all of the Average Wholesale Price ("AWP") lawsuits brought by various states.

40

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          PPLPC030000761783

The Companies'

## Notes to Combined Financial Statements (continued)

### 18. Commitments and Contingencies (continued)

These lawsuits alleged that the AWP Companies inflated their AWPs and other reported prices knowing that the Medicaid agencies reimbursed pharmacies for Medicaid beneficiary prescriptions based on AWP and otherwise relied on other prices reported by the AWP Companies. The AWPs at issue included OxyContin and, in some instances, other PPLP products.

### Regulatory, Law Enforcement and Governmental Matters

The Companies and their facilities are regularly inspected by, and the Companies are subject to inquiries from, various regulatory agencies, including the FDA, the Federal Trade Commission and the Drug Enforcement Administration.

PPLP filed a Citizen Petition with the FDA on June 23, 2008 (as further supplemented on October 15, 2008) requesting that the FDA require King Pharmaceuticals, Inc. and Pain Therapeutics, Inc. (collectively, "KPPT") to certify to the OxyContin patents for the Remoxy™ NDA filed by KPPT. Remoxy is a twice-a-day oxycodone formulation. On December 19, 2008, the FDA notified PPLP that the Citizen Petition was premature and made no comment on the substantive issues. PPLP also filed a Citizen Petition with the FDA on January 14, 2011 again requesting that the FDA require KPPT to certify to the OxyContin patents for the Remoxy™ NDA filed by KPPT. If the FDA does not ultimately decide the substantive issues in these petitions in PPLP's favor, the FDA may approve the KPPT NDA resulting in the subsequent launch of Remoxy by KPPT.

Three Citizen Petitions have been filed with the FDA on September 30, 2010, October 8, 2010 and June 9, 2011, respectively, each requesting that the FDA determine whether OxyContin sold pursuant to NDA No. 20-553 by PPLP has been voluntarily withdrawn from the market due to reasons other than safety and effectiveness. The Companies have filed responses to these Citizen Petitions asserting that for reasons of safety PPLP withdrew the NDA for the original formulation of OxyContin after it obtained approval and launched the reformulation of the drug. The Companies do not know at this time when the FDA will respond to such Citizen Petitions or what the FDA's response will be to such Citizen Petitions.

On May 8, 2012, PPLP and certain other pharmaceutical companies and medical groups received a letter from the United States Senate Committee on Finance requesting information about relationships between such pharmaceutical companies and several professional medical associations, patient advocacy groups, and key opinion leaders in the field of pain management. PPLP has provided responsive documents and continues to cooperate with the ongoing investigation.

41

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The Companies'

Notes to Combined Financial Statements (continued)

### 18. Commitments and Contingencies (continued)

On July 13, 2012, PPLP filed a Citizen Petition requesting the FDA not to approve any ANDA to reformulated OxyContin (NDA No. 22-272), unless the ANDA filer satisfies certain *in vitro* and *in vivo* criteria related to the ability to misuse or abuse the ANDA formulation. That Citizen Petition was denied on January 23, 2013 on non-substantive grounds, and on February 22, 2013, Purdue filed a petition for reconsideration.

On July 25, 2012, a Citizen Petition was filed with the FDA that seeks a change in labeling for opioid analgesic medications that would modify those labels in the following respects for use in patients with chronic non-malignant pain: (i) to limit indication to patients suffering from severe pain, (ii) with a maximum daily dose of 100 mg of morphine equivalents and (iii) with a maximum duration of 90 days. The FDA held hearings on regarding this petition in early February. The FDA has not announced a timeline for delivering their response.

### 19. Common Stock

Common stock is comprised of the following:

|  | Year Ended December 31, | | | |
|  | 2012 | | 2011 | |
|  | *(In Thousands)* | | | |
| Common stock, $1 par value – PRA Holdings, Inc. | | | | |
| Authorized shares – 500 | | | | |
| Issued and outstanding shares – 500 | $ | 1 | $ | 1 |
| Common stock, $1 par value – Pharma Associates Inc. | | | | |
| Authorized shares – 1,000 | | | | |
| Issued and outstanding shares – 1,000 | | 1 | | 1 |
| Common stock, $1 par value – IKUWA Holdings Inc. | | | | |
| Authorized shares – 1,000 | | | | |
| Issued and outstanding shares – 1,000 | | 1 | | 1 |
| Common stock, $1 par value – Purdue Products Inc. | | | | |
| Authorized shares – 1,000 | | | | |
| Issued and outstanding shares – 1,000 | | 1 | | 1 |
| Common stock, $1 par value – Purdue Pharmaceutical Products Inc. | | | | |
| Authorized shares – 1,000 | | | | |
| Issued and outstanding shares – 1,000 | | 1 | | 1 |
| | $ | 5 | $ | 5 |

42

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT AS PROFESSIONALS' EYES ONLY INFORMATION.

Ernst & Young LLP

Assurance | Tax | Transactions | Advisory

About Ernst & Young

Ernst & Young is a global leader in assurance,
tax, transaction and advisory services.
Worldwide, our 167,000 people are united by
our shared values and an unwavering commitment to
quality. We make a difference by helping our people, our
clients and our wider communities achieve their potential.

For more information, please visit www.ey.com

Ernst & Young refers to the global organization
of member firms of Ernst & Young Global Limited,
each of which is a separate legal entity.
Ernst & Young Global Limited, a UK company
limited by guarantee, does not provide services
to clients. This Report has been prepared by
Ernst & Young LLP, a client serving member firm
located in the United States.



PUBLICLY FILED PER STIPULATION [ECF 2140]