UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# In the Matter Of:

*Purdue Pharma Bankruptcy*

# CECIL PICKETT, PH.D.

October 30, 2020



PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

Highly Confidential Cecil Pickett, Ph.D. - October 30, 2020

140

```
 1   CECIL PICKETT, PhD - HIGHLY CONFIDENTIAL
 2   proposal was driven by you and Ms.
 3   Lewent and Mr. Boer, or was it driven
 4   by Mr. Baker?
 5         A    No.  I think -- as I
 6   recall, I think it was driven by us
 7   and our concern about how to make the
 8   board more efficient.
 9         Q    And when you say efficient
10   and the amount of time spent, can you
11   describe in a little more detail what
12   that time was spent on at board
13   meetings that led to this proposal?
14         A    Yeah.  I am trying to
15   think some -- of some, of an example
16   or so where -- well, one, we felt
17   there were simply -- simply too many
18   board meetings.  It really was our
19   experience serving on public company
20   boards.  We just felt that there
21   simply were too many -- too many board
22   meetings and that some of the
23   discussions at the board meetings were
24   not very efficient discussions and
25   sometimes there were differences
```

141

1   CECIL PICKETT, PhD - HIGHLY CONFIDENTIAL
2   between the family members, which I
3   think made -- made it a bit awkward at
4   the board level, disagreements within
5   families and within the family
6   members, both sides of the family.
7         So we really wanted to
8   avoid that at meetings and really just
9   focused on what management was
10   preparing and giving presentations on.
11     Q    When you say
12   "disagreements," were there
13   disagreements between the families
14   about distributions being made out of
15   Purdue to the families?
16     A    There may have been some
17   disagreements on that.  I honestly
18   didn't -- you know, I sort of tuned
19   off when -- to be perfectly honest,
20   when those kinds of things -- when
21   those kinds of disagreements were
22   being discussed within the family.
23         You know, we just felt
24   that that wasn't -- wasn't appropriate
25   to have an effective board meeting.

143

1 CECIL PICKETT, PhD - HIGHLY CONFIDENTIAL
2        And so I think in that
3 context the A Side probably was more
4 supportive of more distributions;
5 where the B side was more supportive
6 of putting money back into the
7 company.
8        That's my sort of general
9 view, if that's helpful.
10   Q   Were there also
11 disagreements at board meetings about
12 operations of the company that you
13 viewed were really operational issues
14 that should be left to management?
15        MR. HERRINGTON:  Objection
16    to form.
17    You can answer.
18        THE WITNESS:  You know, you
19    know, I think some members of
20    the board got a little more
21    granular than other members when
22    certain issues or certain
23    management presentations came
24    up.
25        I didn't view that as

144

1  CECIL PICKETT, PhD - HIGHLY CONFIDENTIAL
2          necessarily unusual because I
3          had seen it at other boards.
4          You know, some board members
5          want to know all the nuts and
6          bolts of things.  I probably
7          could have been accused of that
8          myself in terms of some of the
9          R&D programs, about maybe
10         getting a little too granular.
11             So I didn't -- I didn't see
12         it in terms of overseeing or
13         being -- being part of
14         management.
15             Is that clear?
16  BY MR. SORKIN:
17      Q    Well, let me ask a
18  follow-up.
19             Did you view Richard
20  Sackler as someone who got involved at
21  a very granular level?
22      A    I think he was -- he was
23  fairly granular with some of the
24  topics, yes.
25      Q    Are there any specific

19-23649-shl Doc 2249-7 Filed 01/11/21 Entered 01/11/21 23:08:07 Exhibit 7
Pg 6 of 8

UNREDACTED – CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

Highly Confidential Cecil Pickett, Ph.D. - October 30, 2020

176

```
 1  CECIL PICKETT, PhD - HIGHLY CONFIDENTIAL
 2  the family as to the extent of
 3  distributions.
 4       Q    Do you recall a difference
 5  in the discussions between a non-tax
 6  distribution and a tax distribution?
 7       A    I'm sorry.  Could you just
 8  repeat that one more time, please?
 9       Q    Sure.
10            Do you remember a
11  difference in the discussions between
12  a non-tax distribution and a tax
13  distribution?
14       A    Not to my recollection,
15  no.
16       Q    Do you recall whether the
17  discussions about distributions were
18  had in connection with discussions
19  regarding the budget?
20       A    Yes, I do recall that.
21       Q    Okay.
22            And what is it that you do
23  recall about that?
24       A    Well, the budget meetings
25  would -- would take place and there
```

19-23649-shl Doc 2249-7 Filed 01/11/21 Entered 01/11/21 23:08:07 Exhibit 7
Pg 7 of 8

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

Highly Confidential Cecil Pickett, Ph.D. - October 30, 2020

177

```
 1  CECIL PICKETT, PhD - HIGHLY CONFIDENTIAL
 2  was a sense of what kind of support
 3  the activities needed with regard to
 4  funding, and then I think the
 5  distribution discussions came up after
 6  that.
 7              And so I think it was put
 8  into context of what was -- what was
 9  needed for funding of ongoing
10  activities -- or a request -- or
11  request from management.
12              I mentioned -- you know, I
13  mentioned the OTC business being
14  expanded.  There was also a
15  geographical expansion in various
16  territories, too, that also needed
17  support in funding, particularly in
18  the Asian territories.
19       Q    And so the support in
20  funding could have been at any of the
21  IACs, it would have been considered as
22  a whole?
23       A    Would have -- I'm sorry --
24            (Simultaneous Crosstalk.)
25            MR. HERRINGTON:  Objection
```

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

Highly Confidential Cecil Pickett, Ph.D. - October 30, 2020

259

```
 1   CECIL PICKETT, PhD - HIGHLY CONFIDENTIAL
 2        Q    Do you know what the
 3   distinction is between Class A and
 4   Class B directors?
 5        A    The distinction I
 6   perceived is that they represent
 7   different sides of the Sackler family.
 8        Q    So as a Class A director,
 9   you would represent the Mortimer side
10   of the Sackler family?
11        A    I was brought in on the
12   Mortimer side of the Sackler family.
13   But again, when it came to voting, the
14   voting -- my voting was based upon
15   voting my own mind and what I thought
16   was the best course.
17        Q    And did you, prior to a
18   vote at a board meeting, talk to the
19   Side A members about the issue?
20        A    No.
21        Q    Do you know if that's the
22   same for Side B; do you know if the
23   Class B directors spoke to Side B of
24   the family before voting?
25        A    I just don't know.
```