UNREDACTED – CONTAINS INFORMATION THAT PARTIES HAVE DESIGNATED AS CONFIDENTIAL OR
TREAT SUBJECT TO PROTECTIVE ORDER

# In the Matter Of:

*Purdue Pharma Bankruptcy*

---

## *MORTIMER D.A. SACKLER*

*November 10, 2020*

---



269

1    M. SACKLER - HIGHLY CONFIDENTIAL

2        Q.    And as a director, were you

3    involved in approving all of the

4    distributions that are reflected on this

5    page?

6        A.    I believe myself and all the

7    directors approved them.

8        Q.    You'd be one of the people

9    involved in approving those distributions,

10   right?

11       A.    Yes.

12       Q.    Okay.

13            So what was the process that

14   Purdue Board members went through when

15   considering whether to make a distribution

16   and in what amount?

17       A.    In these years -- I mean, the

18   process changed over time.

19       Q.    Why don't we start in 2008.

20       A.    I don't remember precisely the

21   different formulas and things that were

22   used.  But at a general level, you know,

23   what the Board considered was first and

24   foremost that the company had the resources

25   it required and the money it needed for

UNREDACTED - CONTAINS INFORMATION SUBJECT TO PROFESSIONALS' EYES ONLY AND REDACTED - SUBJECT TO
TREAT SUBJECT TO PROTECTIVE ORDER

Highly Confidential    Mortimer D.A. Sackler - November 10, 2020

270

```
 1      M. SACKLER - HIGHLY CONFIDENTIAL

 2   reinvestment and for working capital as

 3   well as for any investments in R&D and

 4   corporate development that it had

 5   identified or gotten approved by the Board.

 6           So all of its needs, you know,

 7   would be set aside first, including any

 8   contingency needs.  There was always -- you

 9   know, and that changed over time in terms

10   of what, how the CFO would define what a

11   contingency need was, you know, based on

12   ensuring that the business would always

13   have enough cash on hand to meet unexpected

14   contingencies, such as when it lost its

15   patent and got it back, right, it was good

16   that it had the money it needed that time

17   to survive that period of, you know,

18   rapidly declining sales and costs and all

19   that.

20           So that was first and foremost.

21   There was always, you know, the business

22   had, got what it needed first.

23           And then beyond that, the Board

24   was discussing really what excess cash

25   should be left in the businesses and what
```

PUBLICLY FILED PER STIPULATION [ECF 2140]

INRE: PURUDUE OBTAINED SUBJECT TO A PROFESSIONALS' EYES ONLY / NON-PUBLIC PER ECF #3422
TREAT SUBJECT TO PROTECTIVE ORDER

Highly Confidential      Mortimer D.A. Sackler - November 10, 2020

271

```
 1      M. SACKLER - HIGHLY CONFIDENTIAL

 2   excess cash should come out of the

 3   business, right.  So the excess cash being

 4   left in the businesses was for unidentified

 5   corporate opportunities that may come

 6   newspaper the future, now product

 7   acquisition, company acquisition, product

 8   license.

 9           You know, those things were then

10   referred to sometimes as war chess and then

11   the rest would, you know, be decided or

12   voted on to be distributed out to the

13   shareholders.

14      Q.    And did Purdue, the Purdue Board

15   maintain corporate formalities like

16   maintaining Board minutes, for instance?

17      A.    I believe they did.

18      Q.    And the minutes were intended to

19   reflect the substance of the Board's

20   deliberations, is that right?

21      A.    In my understanding, yeah, they

22   were to record the decisions and the

23   general substance, yes.

24      Q.    Who maintained the minutes of the

25   Board at Purdue?
```

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED VERSION - FILED UNDER SEAL SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

Highly Confidential  Mortimer D.A. Sackler - November 10, 2020

310

1    M. SACKLER - HIGHLY CONFIDENTIAL

2  because people who previously were buying

3  the original formula to abuse it were not

4  buying the ADF formula, right?  You guys

5  understood that.

6    A.    And we saw that as a very

7  positive reaffirmation of the whole purpose

8  of having developed and launched the ADF.

9  That was exactly one of its intents, yes.

10    Q.    You saw that decline in Oxy sales

11  as a result of being it more difficult to

12  tamper with as one of the positives?

13    A.    Yes, to the extent the decline

14  was among people diverting and abusing it,

15  we never wanted those sales.

16    Q.    And you certainly recognized that

17  at least some of that decline was because

18  people who wanted to abuse and divert

19  OxyContin stopped buying OxyContin because

20  it was harder to tamper with, right?

21    A.    Like I said, that was the intent

22  and we were positive that that was

23  happening, you know, that less of the

24  product was getting diverted and abused.

25  That was a good thing.

PUBLICLY FILED PER STIPULATION [ECF 2140]