HIGHLY CONFIDENTIAL – SHOULD BE TREATED AS PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Year in Review – 2011
## Objectives & Budget Overview 2012

### October  31 - November 2, 2011



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC012000349870

SHALL BE DECLASSIFIED CONTAINS CONFIDENTIAL PROFESSIONALS EYES ONLY NOT FOR DISTRIBUTION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Contents



- Clinical Development

  – Regulatory landscape and strategy

  – Epidemiology data review

  – Measures to ensure success



52

PUBLICLY FILED PER STIPULATION [ECF 2140]

SHALL BE TREATED AS CONFIDENTIAL PROFESSIONALS' EYES ONLY AND SUBJECT TO.
TREAT SUBJECT TO PROTECTIVE ORDER

In support of the public health, our near term goal is to provide data that will drive FDA to conclude that the original formulation was removed for safety considerations.



53

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC012000349946

SHALL DECLARE A CONFLICT. NO PROFESSIONALS, ESPECIALLY ABSENT SUCH. TREAT SUBJECT TO PROTECTIVE ORDER

# Epidemiologic studies – Post-Marketing Requirement

| Studies | Routes | Usage/demand | Addiction | Overdose | Death |
|---------|--------|--------------|-----------|----------|-------|
| NAVIPPRO - Substance Abuse Treatment Centers | ✔ | ✔ | | | |
| Kaiser Permanente – Overdoses among insured members | | | | ✔ | ✔ |
| RADARS–Poison Centers | ✔ | | | ✔ | ✔ |
| National Surveys – RADARS College Survey, NSDUH | ✔ | ✔ | ✔ | | |
| RADARS– Drug Diversion Program | | ✔ | | | |
| Prescription Monitoring Programs - Doctor-shopping patients | | ✔ | | | |



54

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPC012000349947

SHALL OCCUR AS CONFLICTS OR PROFESSIONALS OR LIABILITY ASSUMPTION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Epidemiologic studies - Supplemental

| Studies | Routes | Usage/demand | Addiction | Overdose | Death |
|---|---|---|---|---|---|
| Internet monitoring for tamper recipes and abuse | ✓ | ✓ | | | |
| Abuser cohort in Kentucky | ✓ | ✓ | ✓ | | |
| IMS prescription data – national and "region" 0 TRx | | ✓ | | | |
| National poison data system – Poison Centers | ✓ | | | ✓ | ✓ |
| Purdue Adverse Event data base | | | | ✓ | ✓ |
| State Medical Examiners Database | | | | | ✓ |



55

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPC012000349948

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER TREAT SUBJECT TO PROTECTIVE ORDER

# The rate of OxyContin abuse in patients admitted to participating substance abuse treatment centers has declined by 62%



Source: NAVIPPRO substance abuse treatment center surveillance

56

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROFESSIONALS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER. CONTAINS MATERIAL THAT IS SUBJECT TO A PROTECTIVE ORDER RESTRICTING PUBLIC DISCLOSURE. PLAINTIFFS HAVE DESIGNATED THIS INFORMATION AS HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER.
TREAT SUBJECT TO PROTECTIVE ORDER

# Among those who reported OxyContin abuse, injecting, snorting and smoking have declined substantially



% of patients reporting OxyContin abuse by route



Source: NAVIPRRO substance abuse treatment center surveillance

57

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPC012000349950

HIGHLY CONFIDENTIAL - CONTAINS PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

# <u>Intentional</u> exposures reported through Poison Control Centers have declined for OxyContin and risen for single-entity oxycodone products (excluding OxyContin)



Source: US Poison Control Center Data

58

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC012000349951

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER. TREAT SUBJECT TO PROTECTIVE ORDER

# <u>Unintentional</u> exposures reported through Poison Control Centers have declined for OxyContin and risen for single-entity oxycodone products (excluding OxyContin)



Source: US Poison Control Center Data

59

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC012000349952

HIGHLY CONFIDENTIAL - CONTAINS PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Among college students the prevalence of OxyContin abuse has declined



N ranges between 1737 and 2066 respondents per survey round

Source: RADARS College Survey

60

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC012000349953

HIGHLY CONFIDENTIAL - SUBJECT TO PROFESSIONAL EYES ONLY - SUBJECT TO SUBSEQUENT REVIEW AND CLASSIFICATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Drug diversion cases have declined by nearly 50%





Source: The RADARS System Drug Diversion Program

61

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROFESSIONAL & LITIGATION STRATEGY. TREAT SUBJECT TO PROTECTIVE ORDER

# The percent of OxyContin Rxs paid for with cash has declined disproportionately for the higher strengths



Source: Ohio Prescription Monitoring Program



62

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPC012000349955

HIGHLY CONFIDENTIAL - SUBJECT TO PROFESSIONALS' EYES ONLY - SUBJECT TO TREAT SUBJECT TO PROTECTIVE ORDER

# Snorting and injection of reformulated OxyContin is substantially lower in opioid abusers (n=192)



Source: University of Kentucky Study

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Drug-abuse related adverse events have declined by more than 50%

| Preferred Term (MedDRA SMQ for Drug Abuse) | No. of OC cases | No. of OC cases / 100,000 Rx* | No. of ORF cases | No. of ORF cases / 100,000 Rx* |
|---|---|---|---|---|
| Accidental overdose | 21 | 0.53 | 10 | 0.27 |
| Dependence | 4 | 0.10 | 0 | 0.00 |
| Disturbance in social behaviour | 1 | 0.03 | 1 | 0.03 |
| Drug abuse | 429 | 10.89 | 147 | 3.99 |
| Drug abuser | 13 | 0.33 | 3 | 0.08 |
| Drug dependence | 387 | 9.82 | 133 | 3.61 |
| Drug dependence, antepartum | 0 | 0.00 | 2 | 0.05 |
| Drug detoxification | 6 | 0.15 | 2 | 0.05 |
| Drug level increased | 10 | 0.25 | 1 | 0.03 |
| Drug screen positive | 1 | 0.03 | 2 | 0.05 |
| Drug tolerance | 17 | 0.43 | 6 | 0.16 |
| Drug tolerance decreased | 3 | 0.08 | 1 | 0.03 |
| Intentional overdose | 7 | 0.18 | 8 | 0.22 |
| Multiple drug overdose | 44 | 1.12 | 14 | 0.38 |
| Multiple drug overdose accidental | 25 | 0.63 | 12 | 0.33 |
| Multiple drug overdose intentional | 5 | 0.13 | 3 | 0.08 |
| Overdose | 94 | 2.39 | 33 | 0.90 |
| Polysubstance dependence | 5 | 0.13 | 5 | 0.14 |
| Substance abuse | 149 | 3.78 | 69 | 1.87 |
| **Total** | **1,221** | **30.98** | **452** | **12.27** |

Original "OC"
Jan 1 – Aug 1 2010

Reformulated "OP"
Jan 1 – Aug 1 2011



Rate per 100,000 prescriptions during corresponding reporting interval

64

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL - SUBJECT TO PROFESSIONALS' EYES ONLY - SUBJECT TO CONFIDENTIAL TREATMENT. Exhibit 9
TREAT SUBJECT TO PROTECTIVE ORDER

# Provisional epidemiology study conclusions support our OxyContin strategy

- Substantial reductions in OxyContin abuse following marketplace transition

- Substantial reduction in abuse via routes that require tampering

- Substantial reduction in adverse consequences of abuse

*Reformulated OxyContin offers significant tamper resistance, abuse deterrence, and on this basis, provides a meaningful public health benefit*



65

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPC012000349958

HIGHLY CONFIDENTIAL - SUBJECT TO PROFESSIONALS' EYES ONLY - SUBJECT TO TREAT SUBJECT TO PROTECTIVE ORDER

# These conclusions also support Purdue's long-term strategy and justify investment in our analgesic pipeline





PUBLICLY FILED PER STIPULATION [ECF 2140]

66

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC012000349959

HIGHLY CONFIDENTIAL - SUBJECT TO PROFESSIONALS' EYES ONLY / SUBJECT TO
TREAT SUBJECT TO PROTECTIVE ORDER

# Ongoing and Planned Clinical Programs are the Largest Undertaking in Purdue's History



*31 studies*
*38 countries*
*968 sites*
*17 CRO / Vendors*
*20,467 patients screened*
*5,971 patients randomized*
*1.6 Million - eCRF pages*
*9,000 monitoring trips*
*25,000 DCFs*
*97 Site QA audits*



67

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC012000349960

FHI ALLDOC2249-9 CONFIDENTIAL PROFESSIONALS' EYES ONLY SUBJECT TO.
TREAT SUBJECT TO PROTECTIVE ORDER

Exhibit 9

# The primary resource and cost drivers are large, multinational, Phase III studies

|  | **2009** | **2010** | **2011-2012** |
|---|---|---|---|
| **Phase 1** | 10 | 12 | **26** |
| **Phase 2** | 0 | 0 | **4** |
| **Phase 3** | 2 | 1 | **12** |
| **US Sites** | 121 | 18 | **863** |
| **Ex-US Sites** | 2 | 3 | **173** |
| **# Subjects** | 1057 | 830 | **6879** |



68

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLPC012000349961