UNREDACTED - CONTAINS INFORMATION SUBJECT TO AGREEMENT TO
TREAT SUBJECT TO PROTECTIVE ORDER

# Contents

1. **2013 Year-in-Review & 2014 Overview**
2. **Sales & Marketing**
3. **Research & Development**
4. **Licensing & Business Development**
5. **Corporate Affairs & Communications**
6. **Law**
7. **Technical Operations**
8. **Finance**

PUBLICLY FILED PER STIPULATION [ECF 2140]
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UNREDACTED - CONTAINS HIGHLY CONFIDENTIAL INFORMATION - COUNSEL'S EYES ONLY
TREAT SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004409974
PPLP004409973



UNREDACTED - CONTAINS INFORMATION DESIGNATED CONFIDENTIAL - PARTIES TO
TREAT SUBJECT TO PROTECTIVE ORDER

# President's Overview

John H. Stewart

President & CEO

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UNREDACTED - CONTAINS INFORMATION PROFESSIONALS EYES ONLY AND SUBJECT TO
TREAT SUBJECT TO PROTECTIVE ORDER

# Sales & Marketing

**Russ Gasdia**

**Vice President**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS INFORMATION DESIGNATED CONFIDENTIAL -
TREAT SUBJECT TO PROTECTIVE ORDER

# 2014 Branded Products Overview

8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004409994
PPLP004409973

UNDOC 2249 CONTAINS INFOUL ED 13/21 ESSIENTERED 01/11/21 23:08:07
TREAT SUBJECT PG 6 OF 45CTIVE ORDER

# Analgesic Market Update

David Rosen

Executive Director

CONFIDENTIAL

14

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PUBLICLY FILED PER STIPULATION [ECF 2140]
PPLP004410000
PPLP004409973

UNDOC 2249-12 CONTAINS INFO IN POSSESSION REFERENCED 1/11/21 23:08:00
TREAT SUBJECT TO PROTECTIVE ORDER

# Evolve 2 Excellence

Mike Ronning

**Director**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNDERCC2249-2CONTAINS-Hed0-1Filed01/11/21SSI-EnteredG01/11/21ND23:08:07
TREAT SUBJECT8 of 45CTIVE ORDER

# An analysis on OxyContin® growth opportunities was completed and areas of opportunity identified

| **_Phase 1_**<br>**Analysis and Diagnostics** | **_Phase 2_**<br>**Priorities and Recommendations** |
|---|---|
| 1. ERO market landscape<br>2. OxyContin® messaging<br>3. Physician segmentation & targeting<br>4. Sales force execution & focus<br>5. Managed care access<br>6. Scientific support<br>7. Commercial spend levels | 1. Optimize sales force productivity<br>2. Strengthen messages being conveyed about OxyContin®<br>3. More proactive engagement with payers |

34

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004410020
PPLP004409973

UNREDACTED - CONTAINS INFORMATION DESIGNATED CONFIDENTIAL -
TREAT SUBJECT TO PROTECTIVE ORDER



## Objective of Evolve to Excellence project

*Ensure excellence in Sales, from targeting to execution, to significantly bolster OxyContin® and Butrans® sales and to ensure successful launches of future products*

35

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004410021
PPLP004409973

UNREDACTED DOCUMENT CONTAINS PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Team Structure



Executive Oversight Team (EOT)
Russ Gasdia, Ed Mahony, Bill Mallin, McKinsey, Ad hoc: Phil Strassburger and Bert Weinstein

Project Management Office (PMO)
Co-chairs: David Rosen, Mike Ronning; Brianne Weingarten, Jon Lowne, Dan Orizotti

Workload targeting (Hughes)

Call implementation and rep performance (Cramer)

Performance Management (Jurek)

Sales Analytics (McIntyre)

Communications & Training (Orizotti)

Messaging – Reps (Cadet; Weingarten)

Messaging – Medical (Ben Joseph; Weingarten)

Alternative promotion strategies (Justason)

Pharmacy/Trade (Seid; Must)

Market demand forecasting (Barmore)

36

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004410022
PPLP004409973

UNREDACTED - CONTAINS INFORMATION PROFESSIONALS' EYES ONLY - HIGHLY CONFIDENTIAL -
TREAT SUBJECT TO PROTECTIVE ORDER

# Team 1 Objectives
## Workload targeting , territory, and call mix team

Situation:  The highest value targets would benefit from increased frequency, and the target list itself could be better focused to incorporate additional factors that are more predictive of potential prescription gains

Objectives:

- Improve target list by incorporating additional factors such as new-to-brand writing, % generic prescription, % brand prescription, and managed care access
- Move to workload-based targeting where each prescriber receives the optimal number of calls for each brand
- Promote increased rep adherence to target list
  - Develop communications plan and training to gain rep buy-in
  - Closely track reach and frequency by decile
- Determine the optimal mix of call effort between OxyContin® and Butrans®, with OxyContin® as the default priority

37

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004410023
PPLP004409973

UNREDACTED - CONTAINS INFORMATION DESIGNATED CONFIDENTIAL OR HIGHLY CONFIDENTIAL -
TREAT SUBJECT TO PROTECTIVE ORDER

# The opportunity exists to reach ~ 7,500 decile 5-10 prescribers



**Sales force reach[1] by Market Decile[2] for ERO TRx in Q1 2013**

High prescribers → Low prescribers

% Decile Reach

| Market prescriber decile by TRx |
| 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 | 1 |
| 78 | 75 | 72 | 65 | 57 | 47 | 36 | 24 | 11 | 3 |

**Prescribers not reached**

| 91 | 212 | 377 | 854 | 1,969 | 3,958 | 7,174 | 12,153 | 18,515 | 24,167 |

1 Reach defined as at least 1 P1 or P2 in Q1 2013
2 Market decile based on ER-IR market basket as defined by ZS Associates

38

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004410024
PPLP004409973

UNREDACTED CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER
Exhibit 12

# Team 1 Timeline
## Workload targeting, territory, and call mix timeline

| Milestone | Oct | Nov | Dec | Jan | Feb |
|---|---|---|---|---|---|
| 1. Deliver **workload-based algorithm** to incorporate prescriber characteristics into targeting (e.g. new-to-brand writing, managed care access) | | ◆ | | | |
| 2. Determine **call balance based on OxyContin® optimization** | | ◆ | | | |
| 3. Determine **optimal call balance based on joint OxyContin®/Butrans® optimization** | | | ◆ | | |
| 4. Deliver final **workload-based target list** to field, cleaned up for no access HCPs, specialties, other issues | | | | ◆ | |
| 5. Develop **re-alignment scenarios inclusive of Targiniq launch** | | | | | ◆ |

39

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004410025
PPLP004409973

UNREDACTED - CONTAINS HIGHLY CONFIDENTIAL INFORMATION - PLEASE
TREAT SUBJECT TO PROTECTIVE ORDER

# Team 2 Objectives
## Call implementation and rep performance

Situation: There is an opportunity to deliver improved physician targets lists to representatives, increase adherence to the target list, and increase calls per day.

Objectives: Develop a performance metric plan that drives sales performance to corporate goals and achieves sales call objectives (target adherence to target list and frequency).

- Clean call list to more effectively classify a reps ability to make a sales call
- Set field targets for calls per day and adherence to call plan
- Develop options to increase days on territory
- Develop productivity and adherence metrics, and reporting thereon
- Implement improvements in the reps territory management system such as call planning and routing

40

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004410026
PPLP004409973

UNREDACTED - CONTAINS CONFIDENTIAL AND PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Team 2 Example
# Increase calls by > 50,000 or 7% in 2014 versus 2011-2013 average

Situation: The Sales Force has averaged 705,000 sales calls per year (2011-2013)

Objectives: To deliver over 755,000 sales calls in 2014 by:

1. Increasing the average number of calls per day from 7.0 to 7.3.
   - Reduce number of pharmacy calls from 2 to 1
   - Improve call routing effectiveness

2. Average days off territory have averaged 60 days. We will drive down days off territory by 5 days.
   - Implement new ways to deliver training to increase rep days on territory
   - Implement more effective monitoring of reasons for being off territory by tracking, reporting and driving change in behavior
   - Implement calendarized call target goals and performance measurements

41

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004410027
PPLP004409973

UNREDACTED - CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL
TREAT SUBJECT TO PROTECTIVE ORDER

# Team 2 Timeline
## Call implementation and rep performance timeline

| Milestone | Oct | Nov | Dec | Jan | Feb |
|---|---|---|---|---|---|
| 1. Roll out key metrics to the field to drive performance | | ◆ | | | |
| 2. Implement a new process for call list clean-up that will more effectively classify ability to call eg. policy no-see, no-see by choice, moved etc, and integrate classifications with targeting process. | | | ◆ | | |
| 3. Develop options to maximize days on territory and increase calls per rep. | | ◆ | | | |
| 4. Identify and implement enhancements to improve territory/rep performance including: <br> - Enhancements to call routing <br> - Strategies to temporarily fill vacant territories <br> - Rep messaging and reporting | | | ◆ | | |

42

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004410028

PPLP004409973

UNDER SEAL - CONTAINS INFORMATION SUBJECT TO PROFESSIONAL EYES ONLY / CONFIDENTIAL
TREAT SUBJECT TO PROTECTIVE ORDER

# Team 6 Objective
# Deliver stronger OxyContin® messages to healthcare professionals

<u>Situation</u>: "Workload targeting" and the new label containing abuse deterrent language creates an opportunity to:

- Refresh messages regarding the new formulation
- Improve process for real time contact between HCPs and medical services
- Develop regional messaging to enhance payer pull through

<u>Objectives</u>:

1. Develop training materials for representatives on  messages:
   - FDA update on ERO indication
   - Appropriate Patient Messaging
   - Managed Care
   - Abuse Deterrence

2. Develop and implement strategy/tactics to enhance Managed Care messaging in underperforming territories
   - Identify territories with lower OxyContin® market share relative to similar territories with equal Managed Care access

43

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004410029
PPLP004409973

UNREDACTED - CONTAINS INFORMATION EXPRESSIVELY DESIGNATED TO
TREAT SUBJECT TO PROTECTIVE ORDER

# Key Dates For Overall E2E Implementation

| Milestone | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |
|---|---|---|---|---|---|---|---|---|
| 1. Regional Managers meeting | | ◆ 11/12 | | | | | | |
| 2. District Managers meeting | | | ◆ 12/10 - 12/12 | | | | | |
| 3. National sales meeting | | | | ◆ 01/26 - 01/30 | | | | |
| 4. Ongoing H1 2014 implementation | | | | | | | | |

44

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004410030
PPLP004409973

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UNREDACTED - CONTAINS HIGHLY CONFIDENTIAL INFORMATION -
TREAT SUBJECT TO PROTECTIVE ORDER

PPLP004410031
PPLP004409973

45

**PMO Bios**

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS INFORMATION PROFESSIONALS' EYES ONLY - SUBJECT TO
TREAT SUBJECT TO PROTECTIVE ORDER

# Jon Lowne
## Controller

Jon has been with Purdue of over 18 years, having led multiple functions including Financial Accounting / Reporting, Accounts Payable, Payroll, Customer Service, Credit, Financial Planning and Budgeting, Financial Systems, Continuous Improvement and Internal Audit.  Jon has been a member of Audit Committee, Capital Committee, Leadership Counsel and Rebate Pricing Committee.  In addition, he has led implementations of multiple technology platforms to streamline transactions (such as SAP), driving improved operations, cost reductions and staffing reductions in multiple areas in face of  volume increases.

Prior to joining Purdue, Jon was with Price Waterhouse Coopers where he led consulting assignments in financial accounting, taxation, and acquisition due diligence reviews in Poland, England and USA ranging from emerging businesses to publicly held international corporations.   Jon was selected from over 300 candidates for an International Career Development Program in USA

Jon is a Chartered Accountant and holds a Bachelors in Economics and Accounting from Nottingham University, England.

46

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004410032
PPLP004409973

UNREDACTED - CONTAINS INFORMATION SUBJECT TO PROFESSIONAL EYES ONLY DESIGNATION -
TREAT SUBJECT TO PROTECTIVE ORDER

# Dan Orizotti

## Associate Director, Field Management Development

Dan currently is the Associate Director of the Field Management Development team at Purdue. Dan began his career at Purdue 8 years ago as a Professional Sales Representative in Montana where he quickly became the District Field Trainer for the Colorado District. After two successful years as a Professional Sales Representative, Dan was promoted to District Manager of the Portland, OR District where he was the North West District Manager of the year in the 2008/2009 contest. Dan was selected to the District Manger Advisory Council in 2010 and was selected to the Advanced Leadership Development Program in 2011. In August of 2012, Dan was promoted to Associate Director of Field Management Development in Stamford, CT. Some of Dan's responsibilities include: Training new District Managers, training tenured District Managers through SMBA, Managers Meetings, and National Meetings. Communication and training of managers through the new hire development process. Hiring and training Regional Field Trainers, and training representatives in development for management and other areas of promotion (REMAP).

Dan began his pharmaceutical career with Wyeth Pharmaceuticals, where he was selected to participate in their management development program.

Dan holds a Bachelor of Arts in Business Administration with emphasis in Marketing, as well as, a Minor in Communication Studies from the University of Montana.
.

47

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004410033
PPLP004409973

UNREDACTED - CONTAINS INFORMATION DESIGNATED AS CONFIDENTIAL -
TREAT SUBJECT TO PROTECTIVE ORDER

# Mike Ronning

## Director, Marketing, New Product Development & Planning

Mike is currently a Director of Marketing responsible for the New Product Development and Planning function at Purdue.  Mike began his career at Purdue 4.5 years ago as the OxyContin® BBU lead.  More recently he has taken on a newly formed position that leads the commercial evaluation of Licensing and Business Development (LBD) and Innovation Team opportunities.  Additionally, he represents the sales and marketing organization in providing commercial guidance on current pipeline products as well in-line early stage products coming out of Discovery and the formulation group.

Prior to joining Purdue, Mike spent 9 years at Forest Laboratories. There, Mike launched three products over a 5 year period of time and led numerous business development assessments which culminated in several licensing deals that have generated significant revenue to the organization. Mike began his pharmaceutical career at TAP pharmaceuticals where he had increasing roles of responsibility in sales, marketing, and BD.

Mike holds a Bachelor of Science degree in Biochemistry from the University of New Hampshire.

48

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UNREDACTED - CONTAINS INFORMATION SUBJECT TO PROFESSIONALS' EYES ONLY
TREAT SUBJECT TO PROTECTIVE ORDER

# David Rosen
## Executive Director, Forecasting, Analytics, & Market Research

David currently leads the Forecasting, Analytics and Market Research group at Purdue. David began his career at Purdue 10 years ago as a Forecasting Manager but soon worked his way up into significant additional responsibilities.  David is a member of MAST and was also one of the original members of the Leadership Council.

Prior to joining Purdue, he was a consultant at Easton Associates, an international consulting firm specializing in product and business strategy for companies in the life sciences industries.  There David led opportunity assessments, due diligence analyses and go to market strategies for numerous novel pharmaceutical therapies, medical devices and diagnostic tests.  David began his pharmaceutical career at Bristol Myers Squibb, where he was selected to participate in their management development program.

David holds a Bachelor of Arts in Psychology from Cornell University.  In addition, he holds a Masters of Business Administration in Healthcare Finance and Strategy and a Masters of Public Health with honors both from Yale University.
.

49

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004410035
PPLP004409973

UNREDACTED VERSION CONTAINS INFORMATION PROFESSIONALS' EYES ONLY UNDER THE
TREAT SUBJECT TO PROTECTIVE ORDER

# Brianne Weingarten

## Executive Director, Alliance Management
## OxyContin R&D Project Leader

Currently Executive Director, Alliance Management and OxyContin R&D Project Leader, Brianne has responsibility for driving the success of alliances with partner organizations and assuring that the needs of the alliance are met. She manages the transition from initial contractual agreement to assuring that the partners are working together effectively. In addition, Brianne is currently leading drug product development and post-marketing teams.

During her career with Purdue, which successfully spans more than 25 years, Brianne has progressed through a series of positions within Worldwide Research and Development and the Quality organizations including both Pharmacokinetics/ Drug Metabolism and Worldwide Project Management.  She has led global drug product teams, both for internal candidate development as well as alliance co-developments.

Brianne is a member of the Healthcare Businesswomen's Association, Drug Information Association, Association of Strategic Alliance Professionals, American Association of Pharmaceutical Scientists, and the Licensing Executives Society. She earned an MS degree in Pharmacology from New York Medical College.

50

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004410036
PPLP004409973

UNREDACTED - CONTAINS INFORMATION PROFESSIONALS' EYES ONLY SUBJECT TO
TREAT SUBJECT TO PROTECTIVE ORDER

# Managed Markets

Tim Richards
Executive Director
Todd Killian
Director

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004410037
PPLP004409973

UNDOCUMENT CONTAINS CONFIDENTIAL INFORMATION AND SHALL TREAT SUBJECT TO PROTECTIVE ORDER

# OxyContin®
# 2014 Budget Proposal

**Ron Cadet**
**Associate Director**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PUBLICLY FILED PER STIPULATION [ECF 2140]
PPLP004410053
PPLP004409973

UNREDACTED - CONTAINS INFORMATION PROFESSIONALS' EYES ONLY OR
TREAT SUBJECT TO PROTECTIVE ORDER

# Butrans® Transdermal System
## 2014 Budget Proposal

Gary J. Lewandowski

Director

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004410073
PPLP004409973

UNREDACTED - CONTAINS INFORMATION THAT DEBTORS PROFESSIONAL EYES ONLY DESIGNATED TO TREAT SUBJECT TO PROTECTIVE ORDER

# Laxatives
## 2014 Budget Proposal

### Charlene Bailey
#### Director

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004410098
PPLP004409973

UNLESS CC 2249 CONTAINS HIGHLY CONFIDENTIAL — PROFESSIONALS' EYES ONLY, TREAT SUBJECT TO PROTECTIVE ORDER

# 2014 Budget Proposal
## Selling & Promotion Spend

126

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004410112
PPLP004409973

UNID DOC 2249-12 CONTAINS INFORMATION CONFIDENTIAL ASSIGNMENT 01/11/21 23:08:07
TREAT SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004410122
PPLP004409973

UNREDACTED VERSION - CONTAINS INFORMATION SUBJECT TO CONFIDENTIALITY AND PROFESSIONAL EYES' ONLY - TREAT SUBJECT TO PROTECTIVE ORDER

# Sales Force Incentives – United States

COUNTRY : **United States**

## SALES REPRESENTATIVES COMPENSATION

| | 2013 On-target Compensation *(note 1)* | | 2013 Potential Compensation *(note 2)* | |
|---|---|---|---|---|
| **Compensation** | vs. Basic (=100) | % Total | vs. Basic (=100) | % Total |
| Variable Pay *(note 3)* | | | | |
|   - sales related | 55.5 | 35.7% | 214.3 | 68.2% |
|   - non-sales related | 0 | 0.0% | 0 | 0.0% |
| **Total Variable Pay** | 55.5 | 35.7% | 214.3 | 68.2% |
| Non-variable Pay (i.e. Fixed Base Salary) | 100.0 | 64.3% | 100.0 | 31.8% |
| **TOTAL COMPENSATION** | 155.5 | 100.0% | 314.3 | 100.0% |

Total on-target sales 2013 = $'000    **3,134**

| 2012 achievement | On-target and above | Maximum |
|---|---|---|
|   - number of reps | 82 | 0 |
|   - as % of total sales reps | 16.9% | 0.0% |

Total sales reps @ 31.12.12 =    **485**

Notes:

(1) On-target compensation is the average compensation structure for sales representatives if 100% sales targets are achieved.

(2) Potential compensation is the maximum compensation structure for a sales representative reaching the limit of his variable pay.

(3) Variable pay to be classified between "sales related" and "non-sales related" based on determinant of variable pay. E.g. A retention bonus calculated by reference to length of service would be reported as "non-sales related" but reported as "sales related" if based on sales performance.

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004410123
PPLP004409973

UNITED DOCUMENT CONTAINS CONFIDENTIAL PROFESSIONAL DESIGNATED CASE NO:
TREAT SUBJECT TO PROTECTIVE ORDER

# Sales Force Incentives – United States

---

*Outline of scheme structure (including limits to variable pay)*

- Sales Incentive program is created quarterly to reflect the current corporate goals and market conditions.

- Bonus is determined by product performance at the territory level.

- Representative target pay for 2013 is $11,350 per quarter.  Target bonus is approximately 35% total compensation.

- Target bonus is earned at 100% of performance goal.

- Maximum bonus potential is capped.

---

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004410124
PPLP004409973

UNITED... CONTAINS... CONFIDENTIAL... TREAT SUBJECT TO ... PROTECTIVE ORDER

# Sales Force Incentives – United States

*Comparison to local market practice*

- HayGroup Sales Force Effectiveness Study:

| 2012 Market | Base Salary | Target Bonus | Target Bonus / Base Salary |
|---|---|---|---|
| Senior | $98,600 | $20,500 | 17% |
| Advanced | $78,000 | $20,500 | 21% |
| Skilled | $66,400 | $21,000 | 24% |

- We are above the 75th percentile of the local market.

*Risk mitigation controls over sales representatives e.g. 'claw back' provisions*

- Field personnel who are determined to be in serious violation of the company's compliance policies, as determined in Management's sole discretion, may have the quarterly bonus withheld in full or in part. In determining the amount of any such reduction, the nature and frequency of the violation(s) will be considered.

- In the event that highly unusual and unanticipated sales are realized in any quarter and are determined to have been realized through little or no effort on the part of Field Personnel, Senior Management may declare such sales as "windfall sales." An evaluation of such sales will be made and appropriate adjustments in incentive compensation may be made.

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PPLP004410125
PPLP004409973

UNDER CONTAINS HIGHLY CONFIDENTIAL ACCESS 01/11/21 CASE 08:07
TREAT SUBJECT TO PROTECTIVE ORDER

# Back up slides

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004410126
PPLP004409973

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Sales Force Incentives – United States

**COUNTRY :** **United States**

## SALES REPRESENTATIVES COMPENSATION

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED VERSION CONTAINS SUBJECT TO BE ACCESSIBLE TREAT SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED CONTAINS INFORMATION SUBJECT TO CONFIDENTIAL TREAT SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS INFORMATION SUBJECT TO TREAT SUBJECT TO PROTECTIVE ORDER

UNDER SEAL: CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED VERSION CONTAINS INFORMATION SUBJECT TO A CONFIDENTIALITY AND PROTECTIVE ORDER TREAT SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNITED STATES – CONTAINS HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNITED STATES CONTAINS HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

PUBLICLY FILED PER STIPULATION [ECF 2140]