CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER.
TREAT SUBJECT TO PROTECTIVE ORDER

# Contents

1.   **Executive Summary**

2.   **Commercial Excellence**

3.   **Product Development**

4.   **Technical Operations**

5.   **People**

6.   **Financial Budget**

7.   **Wrap Up**



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411368

CONTAINS CONFIDENTIAL BUSINESS, PROFESSIONAL AND OR FINANCIALLY SENSITIVE INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget
# Executive Summary

Mark Timney

November 2014



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411369

CONTAINS CONFIDENTIAL INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Purdue's Strategy

*Status*



**Strengthening our operations & capabilities to compete more effectively**

*Significant Progress*



**Optimizing our pain assets to win in the marketplace**

*Significant Progress*

3 ) Grow

Expanding our portfolio to grow beyond pain

*In Process*



2

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CRITICAL DISEASE CONTROL OF PRODUCTION
TREAT SUBJECT PROTECTIVE ORDER

# Purdue's Six *Must Wins*

> ## Achieve Commercial Excellence

> ## Adopt a Lean Operating Structure

> ## Optimize the Pain Portfolio

> ## Become the Preferred BD Partner

> ## Demonstrate Our Value to Customers

> ## Recruit, Retain & Engage the Best People



3

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411371

CONTAINS CONFIDENTIAL PORTIONS SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Achieving Commercial Excellence

Projected to exceed sales target by $273 million

Launched E2E and R2R programs, to boost revenue and profitability

Built standardized marketing process to optimize portfolio value

Upgraded Managed Markets organization and capabilities





4

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411372

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Adopting a Lean Operating Structure



Cut operating expenses by $293 million

Reduced headcount by 143

Restructured R&D to reduce costs, virtualize discovery and enable BD

Reduced TechOps headcount despite 30% increase in volume

Offset merit increase and bonus costs with operating expense reductions



5

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Optimizing the Pain Portfolio

Concluded ADF project assessment and three programs are underway

Helped pass nation's first pro-ADF law in Massachusetts

Prepared for Hysingla launch while rejuvenating OxyContin & Butrans





PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411374

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Becoming the Preferred BD Partner



Built BD screening process that has triaged 300 assets across all TAs

Prepared to debt finance acquisitions

Developed corporate messaging platform for use with potential partners

Acquire one late-stage asset or company through BD transaction



7

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Demonstrating Our Value to Customers

Restructured Medical Affairs to enable
Commercial - R&D collaboration

Launched a cross-functional initiative
on IDN-specific  value propositions

Recruit a new head of Medical Affairs

Fully leverage existing and potential
data for optimal value demonstration





8

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411376

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Recruiting, Retaining & Engaging the Best People



> Restructured the Commercial and R&D organizations

> Selected and implementing  new Talent Management system

> Launched "4As" culture change initiative to strong colleague response

> Identify talent / capability gaps and deliver response  plan



9

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411377

# 2014 P&L

**$MM's**

|                                   | 2014<br>Budget | 2014 Latest<br>Estimate | Variance<br>Fav / (Unfav) |
|-----------------------------------|----------------|-------------------------|---------------------------|
| Net Sales                         | 1,534.4        | 1,807.1                 | 272.8                     |
| Settlement Impact - Gross Profit  | (194.6)        | (76.5)                  | 118.1                     |
| Operating Expenses                | (690.2)        | (720.4)                 | (30.2)                    |
| Operating Profit - Purdue         | 595.3          | 818.0                   | 222.6                     |



10

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411378

# 2015 P&L

## $MM's

|  | 2014 Latest Estimate | 2015 Budget Proposal | Variance Fav / (Unfav) |
|---|---|---|---|
| Net Sales | 1,807.1 | 1,287.2 |  |
| -changes due to settlements |  |  | (313.0) |
| -changes due to other |  |  | (206.9) |
| Settlement Impact - Gross Profit | (80.5) | (339.1) | (258.6) |
| Operating Expenses - before Hysingla | (720.4) | (547.4) | 173.0 |
| - Hysingla |  | (108.2) | (108.2) |
| Operating Profit Purdue | 818.0 | 435.6 | (382.3) |



11

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411379

ORIGINAL DOCUMENT CONTAINS HIGHLY CONFIDENTIAL INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# 2014 – 2015 Headcount

|  | 2014 Opening Headcount | 2015 Budget Proposal | % 2014 Jan. vs. 2015 | 2014 Jan. vs. 2015 |
|---|---|---|---|---|
| G&A | 393 | 308 | -22% | (85) |
| S&P | 752 | 728 | -3% | (24) |
| R&D | 347 | 186 | -46% | (161) |
| Tech Ops -COGS | 275 | 250 | -9% | (25) |
| Tech Ops - Durham |  | 32 | 0% | 32 |
| | | | | |
| **TOTAL** | **1,767** | **1,504** | **-15%** | **(263)** |



12

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411380

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# The External Environment

**The Economy**
 US: Largest global market
 Health spending rising fast
 Opportunity for adaptable Rx firms

**Stakeholders**
 ACA: Higher cost pressure for payers
 Accelerating provider consolidation
 Increased consumer choice


 Strengthened operations & capabilities to **compete**
 Optimizing our pain assets to **win**
 Expanding our portfolio to **grow** beyond pain



13

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONTAINS INFORMATION SUBJECT TO PROTECTION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Conclusion

## Strong 2014 Performance

✓ Sales $273 million above budget

✓ Expenses $293 million below 2013

✓ Net income $223 million above budget

✓ Hired top talent

## Prepared for 2015

✓ Continue to stabilize and grow core business

✓ Launch Hysingla with optimal support

✓ Investing in business development to grow

✓ Continuing cost discipline and culture change



14

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

INITIALLY FILED AS CONFIDENTIAL PROFESSIONALS' EYES ONLY AND SUBJECT TO PROTECTIVE ORDER.
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Commercial Budget Review

**Saeed Motahari**

**November 2014**

File Name:  2014-10-23_Commercial Budget Board Presentation  (Board)

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411383

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Contents

**A.** **Budget & Commercial  Review**

– **Executive Summary: 2014 & 2015 Financials**

– **External Market Dynamics**

– **Progress Update on Building Commercial Capabilities**

– **Net Sales, Key Success and Risks**

– **Headcount, S&P and P&L Review**

**B.** **Brand Reviews**

– **OxyContin**

– **Butrans**

– **Hysingla ER**

– **Laxatives**

Confidential – For Internal Use Only

2

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411384

# Executive Summary: 2014 Financials

**1** ▶ **Strong performance with LE Gross Sales of $2,571M vs. $2,259M (+14%)** for Budget

**2** ▶ **LE Net Sales of $1,807M , $273M (+18%)** ahead of Budget

- OxyContin: **$261M (+20%) ahead of budget driven primarily by $93M (+7%) from stronger demand** and $96M (+7%) from shifting of generic settlements to 2015

- Butrans: **$5M (+4%) ahead of budget**[1] including $19M (+15%) of stronger demand (balanced by higher rebates from improved coverage and unfavorable inventory variance)

**3** ▶ **Demand driving significant favorability** with TRxs higher vs. Budget across products:

- **Butrans YTD TRx is 22% higher vs. 2013 YTD and 8.7% higher vs. Budget**

- OxyContin YTD is -3.6% vs. 2013 YTD and 4.7% higher vs. Budget

**4** ▶ LE S&P of $258M (14.3% of net sales) is **in line with budget**[2]

**5** ▶ **LE operating margin as percent of net sales is 45.3% vs. 38.8%** for Budget

**6** ▶ **Significant progress in building capabilities and new talent especially** in Marketing and Managed Care

Note: 1) Includes updated return reserve estimates related to prior years; 2) Excluding impact of sales bonuses and savings card driven by sales over-performance

3

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER — TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Lays Foundation for Base Business To Return to Growth

**1** **2015 Budget Gross and Net Sales are higher vs. 10 Year Plan**

– **Gross sales of $2,031M are $64M higher vs. 10 Year Plan**

– **Net Sales of $1,287M are $158M favorable vs. 10 Year Plan** driven by improvements across brands (OxyContin +$85M, Butrans +$17M and Hysingla ER +$55M)[1]

– Rebates as a percent of gross sales of **31% are 6% lower vs. 10 Year Plan**

**2** To support the sales forecasts, the Commercial organization is proposing a **2015 S&P budget of $283.2M[2] (15.0% of net sales** when adjusted for AG impact and Hysingla ER)

– **Hysingla ER total S&P is $81.8M**[3]

– **In line with 2014 LE (15.2%) and other historical budgets**

– **Net headcount reduction of 11 people** versus 2014 (reduction of 28 from base budget with 17 additions to build new capabilities)

**3** 2016 gross sales of $2,147M and net sales of $1,296M could **represent a return to a growth trajectory for the base business** (the first growth in net sales since 2009)

Note: 1) 10YP excludes Hysingla ER while the budget includes Hysingla ER; 2) S&P represents 22% of net sales when including Hysingla ER launch investment; 3) $37M Marketing expense and $45M sales force expense

PUBLICLY FILED PER STIPULATION [ECF 2140]

4

Confidential – For Internal Use Only

PPLP004411386

HIGHLY CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER
Pg 20 of 249

# Both the Overall ERO Market and Branded ERO Continue to be Under Pressure



Source: IMS Health

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411387

5

Confidential – For Internal Use Only

CONTAINS CONFIDENTIAL INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# External Market Dynamics

*Market Impact*

| | |
|---|---|
| **Opioid Rescheduling** | • Rescheduling of hydrocodone and tramadol could:<br>  – Reduce the overall size of the hydrocodone IR market<br>  – Reduce barriers to switching hydrocodone IR patients to EROs<br>  – Improve relative accessibility of Butrans (currently CIII) |



| | |
|---|---|
| **Managed Care** | • Increasing pressure from managed care organizations resulting in:<br>  – Tighter utilization management including more use of exclusion lists<br>  – Demands for higher rebates on branded products<br>• Managed care taking more active role in opioid abuse management (e.g., BCBS Tennessee) |



| | |
|---|---|
| **Policy** | • Class-wide and state-level regulatory changes (e.g., limiting daily dose, mandated reporting)<br>• DEA guidelines may result in reduction / limitation of supply to wholesale distributors and retail pharmacy chains reducing patient access<br>• However, some state legislation favoring ADP products (i.e., Massachusetts) |



| | |
|---|---|
| **Abuse Deterrent Properties (ADP)** | • FDA guidance / regulations on abuse deterrence has been favorable for OxyContin to date<br>• Competitors are launching abuse deterrent technologies which could confuse the marketplace and dilute Purdue's ADP differentiation |



| | |
|---|---|
| **Integrated Delivery Networks (IDNs)** | • Increasing prevalence and evolving business models for IDNs could impact current pain management practices including potential to limit access to branded products |



6

*Confidential – For Internal Use Only*

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONTAINS CONTENT CONFIDENTIAL OR PROFESSIONAL ASSOCIATION. TREAT SUBJECT TO PROTECTIVE ORDER

# Executing Against Corporate Strategy
## Building internal capabilities to manage and capitalize on external trends

| Our Mission |
| --- |
| *Serving Patients and Customers* |

**Opioid Rescheduling**

**Managed Care**

**Policy**

**Abuse Deterrent Properties**

**Integrated Delivery Networks**

| Our Strategic Intent |
| --- |
| *Profitable Growth* |

| Our Strategy: Rebuilding Purdue to Compete, Win and Grow | |
| --- | --- |
| *2. Optimizing Pain Assets* | *3. Expanding Portfolio* |

| Our "Must-Win" Areas | | | | |
| --- | --- | --- | --- | --- |
| *Become the Preferred BD Partner* | *Achieve Commercial Excellence* | *Adopt a Lean Operating Structure* | *Optimize the Pain Portfolio* | *Demonstrate Our Value to Customers* |
| *Recruit, Retain & Engage the Best People* | | | | |

7

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

ORAL REARGUMENT OF MOTION
TREAT SUBJECT TO PROTECTIVE ORDER

# Executing Against Corporate Strategy
## Building internal capabilities to manage and capitalize on external trends

| 2. Optimizing Pain Assets | 3. Expanding Portfolio |
|---|---|

**Opioid Rescheduling**

**Managed Care**

**Policy**

**Abuse Deterrent Properties**

**Integrated Delivery Networks**

- **5 new executives,** replaced 3 and 2 open headcount

- **New organizational structure**

- Rolled out **7 core capabilities**



- **Key Deliverables**:
  - Hysingla ER Payer Segmentation & Contracting Strategy
  - Payer Value Prop
  - Contract Profitability Model
  - Co-pay Card Program
  - New Marketing System
  - IDN Engagement Strategy
  - Patient Flow / Market Structure
  - LTC & Medicaid Strategies

- Developed **launch strategy and execution plan for Hysingla ER**
  - Launch Management Office (LMO)

- Refined the **ADP strategy**

- Enhanced **focus on sales force execution (E2E)**

- Established **external ad boards with** KOLs and Payers

- Implemented consistent **process and framework for commercial / BD assessments**

- Developed **systematic process for market research**

8

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Hysingla ER Segmentation & Contracting Strategy



## CONTEXT

Launch preparation includes managed markets strategy

## OBJECTIVE / OUTCOME

Ensure profitable access with key accounts; enter negotiations with account-specific approach

---

**Understand and Segment Contracting Entities**

**Define Negotiation Approach for Each Contracting Entity**



*Segmentation*

*Account profiles*



*Negotiation approach*

- Created detailed profiles for top accounts
- Segmented by OxyContin contract performance (i.e., rebates and volume) and level of control

- Develop negotiation approach by segment
- Leverage profitability model to adjust rebate ranges as necessary by account

9

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411391

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Payer Value Proposition Development



**CONTEXT**

Payers are demanding increasing levels of evidence to demonstrate clinical and economic benefit

**OBJECTIVE / OUTCOME**

Develop aligned unbranded and branded materials to educate payers and achieve profitable access

| Internal Positioning | Internal Resources | External Resources |
|---|---|---|



| Internal Resources | External Resources |
|---|---|
| Value Proposition | Market Awareness |
| Commercial Excellence – Lunch & Learn | OxyContin Topline Deck |
| Payer Point of View | Butrans Topline Deck |
| Managed Markets Internal Awareness | Hysingla ER Topline Deck |
| Profitability Model – pending | OADP Deck |
| How to Present a Contract – pending | Hysingla ER BIM Deck - pending |
| Pharmacy and Distribution Strategy | Contract Presentation - pending |

- Developed and tested internal positioning statements linked to customer needs

- Developed internal materials to support efforts to promote the payer positioning

- Aligned positioning with customer-facing evidence to create external presentations

Confidential – For Internal Use Only

10

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONTAINS INFORMATION OF ION. TREAT SUBJECT TIVE ORDER.



# Returns to Rebate (R2R) Contract Profitability and Performance Models

**CONTEXT**

Payers demanding higher rebates for access; Purdue currently paying >$600M / year in rebates

**OBJECTIVE / OUTCOME**

Create systematic tool for evaluating profitability and performance of contracts

Profitability Model → Performance Tool

# Redacted

- Valuation tool that evaluates the profitability of contracting

- Generates contracting scenarios to conduct profitability analysis

- Tool to evaluate the actual performance of a contract

- Generates a 'return on rebates' that can be used in future contract negotiations

11

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411393

SUBJECT TO ADDITIONAL PROTECTION
TREAT SUBJECT TO PROTECTIVE ORDER

# Copay Offset Program

**CONTEXT**

Historical distribution of co-pay assistance has been suboptimal

**OBJECTIVE / OUTCOME**

Refine copay program to focus on areas with lower access and high cost sensitivity

**Current State Analysis** ▶ **Optimization** ▶ **Pilot / Launch**







- Evaluate cost sensitivity, primary cost exposure, and price to identify inefficiencies

- Identify options for reducing co-pay offset spend and improving the ROI of the programs

- Implementing test programs in selected states prior to implementation

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411394

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# New Marketing System



**CONTEXT**

To date, we've had an inconsistent approach to marketing

**OBJECTIVE / OUTCOME**

Systematized and refined the approach better position pipeline and marketed products

**Marketing System Development** ▶ **Execution**



**E**ffective

**D**ecisions and

**G**ame-winning

**E**xecution



- Developed a strategic marketing system to position Purdue as "Marketing Powerhouse"

- Developed brand strategies for OxyContin, Butrans and Hysingla ER following the framework

13

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411395

CRITICAL: REPRODUCE CONTENT AS IT APPEARS OR Entered 01/11/21 23:08:07 DISTRIBUTION.
TREAT SUBJECT 29 of 249 IVE ORDER

# Integrated Delivery Network (IDN) Engagement Strategy



## CONTEXT

IDNs are rapidly increasing and have a different business model than our traditional customers

## OBJECTIVE / OUTCOME

Launch pilot in three markets to test engagement strategies with growing customer segment

**Segmentation** ▶ **Profiling & Value Prop.** ▶ **Pilot Programs**





- Segmented IDNs based on *ERO therapy control score* and *scope of influence*

- Profiled target IDNs for launching engagement plan / pilot

- Develop appropriate value proposition materials

- Developed engagement plans to pilot IDN program with three IDNs (UPMC, Fairview, NS-LIJ)

Confidential – For Internal Use Only

14

PUBLICLY FILED PER STIPULATION [ECF 2140]

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Patient Flow / Market Structure

 

| **CONTEXT** | **OBJECTIVE / OUTCOME** |
|---|---|
| Despite various treatment options, pain patients continue to have meaningful unmet needs | Determine strategic opportunities where Purdue can connect with patients and HCPS in a meaningful, differentiated way |

## Patient Flow / Market Structure

| Patient Flow | | Market Structure |
|---|---|---|
| Patients | HCP / Pharmacists | Growth Opportunities |

  

- Map the role of chronic pain in the life of a patient from a social, physical, and emotional perspective (research with 60 patients)

- Investigate the HCP / Pharmacist perspective on diagnosis, treatment, and management of chronic pain (research with 36 HCPs and 12 pharmacists)

- Identify growth opportunities for the Purdue opioid portfolio and establish, to the extent possible, clear and distinct positioning for each brand

15

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

ORIGINAL DOCUMENT CONTAINS HIGHLY CONFIDENTIAL INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Hysingla ER Launch Management Office (LMO)

## OBJECTIVE / OUTCOME

Our Hysingla ER Launch Management Office (LMO) manages the overall launch governance, including working with the Launch Readiness Teams to report status, monitor interdependencies, and identify / resolve issues

## KEY RESPONSIBILITIES

- Ensure cross-functional coordination and communication
- Identify and escalate key risks / issues
- Launch Plan management (739 total lines including activities, sub-activities, and milestones)
- Liaise with executive leadership on the overall Hysingla ER Launch health
- Collaboration with the 7 Launch Readiness Teams (LRT):
  - LRT 1: Field Force Readiness, Training, & National Sales Meeting
  - LRT 2: Professional Promotion
  - LRT 3: Managed Markets & Trade
  - LRT 4: Medical Education, Public., & Physician / Patient Advocacy
  - LRT 5: FDA Filing & PI Negotiations
  - LRT 6: Internal & External Communications
  - LRT 7: Product Supply & Labeling





Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411398

CONTAINS INFORMATION SUBJECT TO
TREAT SUBJECT TO PROTECTIVE ORDER

# Net Sales Summary

| ($ Millions) | 2013 Actual | 2014 Budget | 2014 LE | 2015 10 Year Plan | 2015 Budget | 2016 Projection |
|---|---|---|---|---|---|---|
| OxyContin | $1,838 | $1,306 | $1,567 | $916 | $1,001 | $915 |
| Butrans | 111 | 125 | 122 | 123 | 140 | 156 |
| Hysingla ER[1] | N/A | N/A | N/A | N/A | 55 | 132 |
| Other[2] | 105 | 93 | 100 | 90 | 91 | 93 |
| Returns Reserve Adjustment[3] | (7) | 10 | 18 | N/A | N/A | N/A |
| Total Net Sales | $2,047 | $1,534 | $1,807 | **$1,129** | **$1,287** | **$1,296** |
| *% Change* | | *-25%* vs. 2013 | *18%* vs. 2014B | *-38%* vs. 2014LE | *14%* vs. 2015 10 Yr | *1%* vs. 2015B |

Note: 1) Hysingla ER was not included in 10 Year Plan. 2015 and 2016 forecasts are in line with the August Board presentation. 2) Other includes laxatives, Betadine, MS Contin, Dilaudid. Intermezzo is included in 2013 actual and 2014LE only. 3) Butrans adjustment to move return rate true ups from 2014 to prior periods, reflecting the underlying economics by year

17

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411399

CRITICAL DOCUMENT — CONFIDENTIAL — DO NOT DISTRIBUTE — TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget vs. 2015 10 Year Plan
## Net sales is favorable vs. 10 Year Plan by $158M



Note: 1) Hysingla ER was not presented in 10 Year Plan. 2) OxyContin increase is primarily driven by lower rebate rates and a stronger ERO market, but offset by higher settlements and lower share due largely to Hysingla ER. 3) Butrans increase is driven by higher share, and other positive factors (ERO market, price increase, lower savings, cards, etc.), but offset by higher rebate rate 4) Laxatives is largely driven by launch of Colace Clear and anticipated growth in Senokot 50 count.

18

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411400

ORIGINAL CLASS 1 PROTECTIVE DRAFT SUBJECT TO JUNE 2020 PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget vs. 2014 LE
## Net sales are declining by $520M driven by lower OxyContin sales



Note: 1) *All Other* under OxyContin includes +$18M in Inventory & Data Variance, -$19M decline in ERO Market, and -$7M Other 2) Butrans is largely driven by share increase from 2.5% to 2.8% which is in part driven by new Sales & Marketing initiatives. 3) Laxatives is largely driven by launch of Colace Clear and anticipated growth in Senokot 50 count. 4) Intermezzo is excluded from 2015 Budget. 5) Favorable returns reserve true up in 2014 does not repeat in 2014.

PUBLICLY FILED PER STIPULATION [ECF 2140]

Confidential – For Internal Use Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 2015 Key Success Factors

**1** Stabilization of OxyContin TRx and continued growth of Butrans TRx

**2** Continue to build core commercial capabilities

**3** Successfully launch Hysingla ER:

– Foster accountability around the Hysingla ER launch execution

– Optimize sales incentives for existing products while allowing for a strong Hysingla ER launch

– Ensure alignment across functions

**4** Capitalize on rescheduling of hydrocodone IR

**5** Augment personal promotions with non-personal tactics (especially for OxyContin)

**6** Educate stakeholders on ADP and leverage tier 4 labeling when approved

**7** Champion policy / legislation at the state and national levels

Confidential – For Internal Use Only

20

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411402

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Proposed Net Reduction of 11 Headcount
## 28-person Reduction Balanced by Building New Capabilities

| New Capabilities | |
|---|---|
| Institutional Sales | 2 |
| Managed Care/Operations[2] | 9 |
| Marketing – Hysingla ER[3] | 4 |
| Licensing and Business Development | 2 |
| Total | 17 |

| Developing a Lean Operating Structure | |
|---|---|
| Pricing and Contracting[4] | (9) |
| Sales Force[5] | (13) |
| Marketing[6] | (1) |
| Operations | (4) |
| Pharmacy and Distribution | (1) |
| Total | (28) |



**Board Approved Budget[1]**

**739**



**2015 Budget Proposal**

**728**

Note: 1) Includes 6 budgeted heads transferred from Finance  2) 6 Managed Care marketers, VP of Marketing and Managed Markets, Head of Operations (Bujnoski), Executive Director of Managed Markets (Kadatskaya) 3) Executive Director of Marketing (Xu) and 3 Product Managers  4) Outsourcing and R2R initiatives 5) 6 Territories, 1 District, 6 reductions TBD targeted for July 1, 2015; 6) Eliminate Executive Director position

21

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONTAINS REDACTED CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

Pg 37 of 249

# Without Hysingla ER, S&P Spend Would Have Been $201M



**Net Sales** $1.807Bn                  $1.287Bn

Note: 1) Excludes sales bonus above target, incremental savings cards and Intermezzo costs of $6.3M

PUBLICLY FILED PER STIPULATION [ECF 2140]

22

Confidential – For Internal Use Only

CONTAINS INFORMATION SUBJECT TO COMMON INTEREST AND JOINT PROSECUTION; TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Portfolio P&L
## Excluding Hysingla ER, 2015 Budget Outperforms 10 Year Plan by $103M Net

| | 2013 Actual | 2014 Budget | 2014 LE | 2015 10 Year Plan | 2015 Budget | 2016 Estimate |
|---|---|---|---|---|---|---|
| **GROSS BRANDED PRODUCT SALES** | $ 2,774,569 | $ 2,258,777 | $ 2,570,884 | $ 1,967,078 | $ 2,031,330 | $ 2,146,974 |
| Fee for Service | (54,623) | (44,444) | (51,043) | (38,310) | (40,370) | (42,627) |
| Discounts and Allowances | (27,325) | (45,300) | (11,435) | (43,748) | (53,674) | (50,637) |
| Patient Savings Card Discounts | (44,874) | (44,134) | (41,225) | (48,029) | (37,441) | (41,075) |
| Rebates on Branded Sales | (559,600) | (570,095) | (640,307) | (698,091) | (610,501) | (717,516) |
| Proposed Regulation Adjustment for Medicaid Rebates | (46,046) | (28,477) | (27,998) | (30,076) | (21,937) | (19,959) |
| Other | 4,844 | 8,027 | 8,232 | 20,272 | 19,835 | 20,914 |
| **NET SALES** | $ 2,046,945 | $ 1,534,354 | $ 1,807,108 | $ 1,129,096 | $ 1,287,242 | $ 1,296,074 |
| *Rebates as % of Gross Sales* | *21.8%* | *26.5%* | *26.0%* | *37.0%* | *31.1%* | *34.3%* |
| Cost of Goods Sold | (138,119) | (119,183) | (126,240) | (101,483) | (92,992) | |
| Royalty Expense | (112,105) | (83,262) | (97,136) | (63,489) | (56,715) | |
| Shipping and Warehousing | (10,745) | (8,307) | (9,155) | (7,807) | (7,962) | |
| **TOTAL COST OF GOODS SOLD** | **(260,969)** | **(210,751)** | **(232,531)** | **(172,779)** | **(157,669)** | |
| *COGS as % of Gross Sales* | *5.0%* | *5.3%* | *4.9%* | *9.0%* | *4.6%* | |
| *Shipping and Warehousing as % of Gross Sales* | *0.4%* | *0.4%* | *0.4%* | *0.7%* | *0.4%* | |
| **GROSS PROFIT** | 1,785,975 | 1,323,603 | 1,574,577 | 956,317 | 1,129,573 | |
| General and Administrative (incl Leg. Dept, excl Fees) | (154,433) | (131,579) | (131,304) | (110,035) | (131,130) | |
| *G&A as % of Net Sales* | *7.5%* | *8.6%* | *7.3%* | *9.7%* | *10.2%* | |
| | | | Redacted | | | |
| Research and Development (4) | (296,493) | (229,946) | (195,020) | (144,910) | (149,170) | |
| Research and Development Other - Milestones and Alliances | (8,518) | (5,181) | (4,999) | (3,999) | (5,610) | |
| *R&D as % of Net Sales* | *14.9%* | *15.3%* | *11.1%* | *13.2%* | *12.0%* | |
| Sales and Promotion | (277,775) | (256,630) | (257,939) | (238,041) | (283,158) | |
| *S&P as % of Net Sales* | *13.6%* | *16.7%* | *14.3%* | *21.1%* | *22.0%* | |
| Health Care Reform Fee | (29,700) | (28,791) | (33,535) | (18,834) | (17,000) | |
| Health Care Reform Fee Change in Accounting | - | - | (30,000) | - | - | |
| Other US | (4,128) | (8,746) | (17,973) | (11,778) | (15,579) | |
| **OPERATING EXPENSES** | **(840,443)** | **(690,198)** | **(720,370)** | **(570,146)** | **(655,647)** | |
| *Operating Expenses as a % of Net Sales* | *41.1%* | *45.0%* | *39.9%* | *50.5%* | *50.9%* | |
| **OPERATING MARGIN BEFORE INCENTIVES & SETTLEMENTS** | **945,532** | **633,405** | **854,207** | **386,171** | **473,926** | |
| Incentive Bonus | (39,638) | (38,908) | (35,751) | (22,083) | (38,797) | |
| Insurance Income | 990 | 850 | 200 | 500 | 500 | |
| Settlement Expense | (41,759) | - | (695) | - | - | |
| **TOTAL INCENTIVES AND SETTLEMENTS** | **(80,407)** | **(38,058)** | **(36,246)** | **(21,583)** | **(38,297)** | |
| **OPERATING PROFIT MARGIN** | **865,125** | **595,347** | **817,961** | **364,588** | **435,629** | |
| *Operating Margin as a % of Net Sales* | *42.3%* | *38.8%* | *45.3%* | *32.3%* | *33.8%* | |

23

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

# Contents

A. Budget & Commercial  Review

  – Executive Summary: 2014 & 2015 Financials

  – External Market Dynamics

  – Progress Update on Building Commercial Capabilities

  – Net Sales, Key Success and Risks

  – Headcount, S&P and P&L Review

**B.  Brand Reviews**

  – **OxyContin**

  – **Butrans**

  – **Hysingla ER**

  – **Laxatives**

Confidential – For Internal Use Only

24

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411406

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# OXYCONTIN

Confidential – For Internal Use Only

25

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411407

SUBJECT TO CONFIDENTIALITY OR
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Brand Strategy and Forecast

- OxyContin remains the dominant branded ERO; however, the regulatory, payer and competitive landscape will put increasing pressure on OxyContin

- Four strategies will drive OxyContin success:
  - **Drive profitable access**
  - **Improve Managed Care Pull-through**
  - **Increase oxycodone IR conversions**
  - Elevate the **importance of abuse deterrence**

- The current forecast projects a **2015 gross sales of $1,620M and net sales of $1,001M** (-29% & -36% lower than 2014 LE respectively)
  - Decline driven by settlements ($313M), share decline ($153M) in part due to Hysingla ER, higher rebate rates ($102M) and change in strength and tab mix ($99M), but offset in part by 6% price increase of $109M
  - The product contribution has **improved by $118M** vs. 10 Year Plan despite shifting of AGs

- 2015 **S&P budget of $92.8M** (-14% vs 2014 LE)
  - Marketing $21.3M (-1.5% vs 2014 LE)
  - Sales Force $86.1 (-17% vs 2014 LE)

26

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411408

# 68% of IR oxycodone conversions go to other ERO molecules:
## *Opportunity to increase IR oxycodone to OxyContin® conversion rate*

| SWITCHED FROM/ADDED TO PRODUCT | OXYCODONE PLAIN, OXYCODONE COMBOS | |
|---|---|---|
| Switched To/Added On Product | Sum of MAT TRxs Mar2014 | % of Total |
| OXYCONTIN* | 266,970 | 32.0% |
| GENERIC 2X/DAY MORPHINE | 225,771 | 27.1% |
| TRANS. FENTANYL | 174,057 | 20.9% |
| METHADONE | 61,323 | 7.4% |
| OPANA ER/GENERICS | 52,057 | 6.2% |
| BUTRANS* | 23,850 | 2.9% |
| EXALGO* | 13,398 | 1.6% |
| NUCYNTA ER* | 10,466 | 1.3% |
| KADIAN* | 3,870 | 0.5% |
| AVINZA* | 1,891 | 0.2% |
| ZOHYDRO ER* | 168 | 0.0% |
| **TOTAL BRANDED PRODUCTS*** | **320,613** | **38.5%** |
| **TOTAL ALL PRODUCTS** | **833,821** | **100.0%** |

**Each 0.1% increase in the IR oxycodone to ERO conversion rate equals $350k in gross sales**

Note: *Branded products
Source: Hydrocodone ER Exploratory, April 2013; HYD Drivers of Choice Report, December 2013; Chronic Patient Flow Study Update, November 2013

27

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411409

SUBJECT TO CONFIDENTIALITY AND PROTECTIVE ORDER TREAT SUBJECT TO PROTECTIVE ORDER

# Opportunity to further differentiate OxyContin® versus other EROs and educate on ADPs

*Although ~3/4 of physicians indicate an increased willingness to prescribe opioids that have ADPs, misperceptions regarding pain medications and ADFs are common*



**Impact of ADP on Willingness to Prescribe**



**Perceptions of Opioids with ADP**

Note: "Assuming an opioid formulation with abuse-deterrent properties is available, please indicate your likelihood to prescribe this formulation compared with opioid formulations without abuse-deterrent properties.", HCP n=268, Phase 1 Email Survey (Survey Gizmo); "From the list below, please indicate which opioid medications you believe are available as a formulation with abuse-deterrent properties." HCP n=268; MedLive Baseline Survey n=263; Phase 1 Email Survey (Survey Gizmo)

28

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411410

# Competitive Entrants with Abuse Deterrent Properties

*Several competitors with abuse deterrent properties are expected to enter the market next year highlighting the importance of ADP*

| | Drug (Molecule) | Current Status | Est. Launch[1] | ADP* | Company |
|---|---|---|---|---|---|
| **Agonist/ antagonist** | **Targiniq ER** | Approved July 23, 2014 | TBD | ✓ | PURDUE |
| | **Embeda** | Recalled; re-launch expected in 2014 | 2014 | ✓ | Pfizer |
| | **ALO-02**[2] (oxycodone + naltrexone) | Phase 3 | ~2016 | ✓ | Pfizer |
| **Hydrocodone** | **Zohydro ER** | Launched | Launched | ✗ | Zogenix |
| | **Zohydro ER with ADF** | In development | Q1 2015 | ✓ | Zogenix |
| | **Hysingla ER** | Ongoing Phase 3s in 2H2013 | Q1 2015 | ✓ | PURDUE |
| | **MNK-155** (hydrocodone/APAP) | NDA in 2014 | Q2 2015 | ✓ | Mallinckrodt |
| | **TD Hydrocodone** | Phase 3 | Q3 2015 | ✓ | TEVA |
| **Oxycodone** | **Xartemis XR** | Launched | Launched | ✓ | Mallinckrodt |
| | **Remoxy** | NDA filed | 2015 | ✓ | Pfizer |
| | **Oxycodone DETERx** | NDA filing Q4 2014 | Q3 2015 | ✓ | COLLEGIUM |

Sources: * Labels pending final approval; "Challenges For New Branded Extended Release Opioids", Nov. 2013; "New Competitive Entrants in the Opioid Analgesics Category: 3rd Quarter 2013 Update", Oct. 2013; Company websites

29

PUBLICLY FILED PER STIPULATION [ECF 2140]

Confidential – For Internal Use Only

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER. TREAT SUBJECT TO PROTECTIVE ORDER

# Brand Vision and Goals

 **Vision:** Leverage ADF leadership and Managed Care coverage to strengthen first line ERO from IR oxycodone switches

 **2015 Objectives**:

- Gross Sales: $1,620M
- Net Sales: $1,001M
- 4.8M Rxs[1]

## Strategic Pillars

| 1. Drive Profitable Access | 2. Improve Managed Care Pull-through | 3. New Patient Starts | 4. ADP in Prescribing |
|---|---|---|---|
| Focus on profitable access by driving optimal access / contracting via strategic account segmentation | Enhance uptake in regions with high managed care coverage but are under-indexed | Drive new patient starts by focusing on IR oxycodone conversions | Elevate the importance of abuse deterrence as a key driver for ERO prescribing |

Note: 1) Not adjusted for generic settlements

30

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411412

# OxyContin Strategic Pillars and Objectives

| 1. Drive Profitable Access | 2. Improve Managed Care Pull-through | 3. New Patient Starts | 4. ADP in Prescribing |
|---|---|---|---|
| a) Rebate based on data-driven, profitable levels | a) Enhance pull-through efforts via close team collaboration of field sales and account management teams | a) Target molecule to molecule switch from IR oxycodone to OxyContin | a) Leverage Tier 4 labeling in appropriate promotions |
| b) Streamline contracting processes | b) Target pull-through "identify / prioritize" efforts in territories that are under-indexed vs. national average in spite of favorable managed care coverage | b) Target HCPs with high NBRx share and a high oxycodone to non-OxyContin switch rate | b) Highlight the financial impact of OxyContin reformulation to payers |
| c) Customize value propositions based on segment needs | | c) Educate payers on the benefits of maintaining a patient on same ERO molecule to minimize access barriers | c) Equip sales force to effectively communicate OxyContin Abuse Deterrence clinical information |
| d) Identify and engage key healthcare stakeholders & influencers | | | d) Increase promotional efforts on OxyContin Abuse Deterrence Studies to raise awareness |

Confidential – For Internal Use Only

31

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411413

CONTAINS MATERIAL SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Drive Profitable Access



| Objective | Description | Deliverable |
|---|---|---|

**a)** Rebate based on data-driven, profitable levels

- Leverage R2R Profitability and Performance models to negotiate favorable contract terms

# Redacted

**b)** Streamline contracting processes

- Create new effective process for negotiating and finalizing contract from customer request through signature



**c)** Customize value propositions based on segment needs

- Create segment-specific payer materials



**d)** Identify and engage key healthcare stakeholders & influencers

- Develop advocacy approach with payers and influencers
- Identify key stakeholder across customer types (e.g., plans, PBMs, Med D, Medicaid, Pharmacy, providers, IDNs)



32

Confidential – For Internal Use Only
PUBLICLY FILED PER STIPULATION [ECF 2140]

ORIGINAL DOCUMENT CONTROLS PROVISIONS OF
TREAT SUBJECT TO PROTECTIVE ORDER

# Improve Managed Care Pull-through



| Objective | Description | Deliverable |
|---|---|---|

**a)** Enhance pull-through efforts via close team collaboration of field sales and account management teams

- Ensure close coordination between sales and account management activities
- Develop integrated account plans with cross-functional input
- Leverage materials and tools to support pull through activities



**b)** Target pull-through "identify / prioritize" efforts in territories that are under-indexed vs. national average in spite of favorable managed care coverage

- Segment and prioritize territories with strong managed care coverage but lower volume
- Leverage existing materials and develop key messages to ensure heightened awareness of OxyContin coverage



Confidential – For Internal Use Only

33

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# New Patient Starts



**3.**

| Objective | Description | Deliverable |
|---|---|---|

**a)**

Target molecule to molecule switch from IR oxycodone to OxyContin

- Develop data (HOPE study) to support messaging on molecule-to-molecule benefit
- Promote molecule-to-molecule benefit as a portfolio message through reps and PTN module

**HOPE Study**



**b)**

Target HCPs with high NBRx share and a high oxycodone to non OxyContin switch rate

- Segment and prioritize HCPs based on market opportunity
- Message on molecule-to-molecule benefits, OxyContin access, and ADP to overcome brand barriers

**HCP Segmentation**

**c)**

Educate payers on the benefits of maintaining a patient on same ERO molecule to minimize access barriers

- Partner with a payer to study treatment patterns, opioid rotation, persistency, and costs of patients initiating OxyContin and other ER/LA opioids

**Study Details**

| Analysis | Retrospective claims analyses with a payer organization |
|---|---|
| Solution | Presentation to P&T members (FDAMA 114)<br>Posters and manuscripts |
| Execution | FDAMA 114 (Customer Facing Teams)<br>Response to unsolicited requests<br>AMCP dossier |
| Notes | Timelines:<br>• Contract: 1Q2015<br>• Analysis plan: 2Q2015<br>• Results: 3Q2015<br>• Dissemination: 4Q2015 |

34

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411416

# Abuse Deterrence in Prescribing

| | **Objective** | **Description** | **Deliverable** |
|---|---|---|---|
| **a)** | Leverage Tier 4 labeling in appropriate promotions | • Promote Tier 4 labeling as a key differentiator to prescribers, payers and policy makers |  |
| **b)** | Highlight the financial impact of OxyContin reformulation to payers | • Develop data and materials to support proactive and reactive conversations with payers regarding the financial impact of abuse deterrence |  |
| **c)** | Equip sales force to effectively communicate OxyContin Abuse Deterrence clinical information | • Create messages for the field that specifically respond to customer concerns<br>• Empower MSLs with additional materials for various interactions<br>• Train sales force on communicating all aspects of abuse deterrence studies | |
| **d)** | Increase promotional efforts on OxyContin Abuse Deterrence Studies to raise awareness | • Generate supporting data and related promotional materials on abuse deterrence<br>• Drive awareness of OxyContin Abuse Deterrence Studies / Reformulation | |

35

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

SUBJECT TO PROTECTIVE ORDER — TREAT SUBJECT TO PROTECTIVE ORDER

# OxyContin Net sales Budget is up vs. 10 Year Plan by $85M
## Largely driven by lower rebates, but offset by higher settlements

| ($ Millions) | 2013 Actual | 2014 Budget | 2014 LE | 2015 10 Year Plan | 2015 Budget | 2016 Projection |
|---|---|---|---|---|---|---|
| OxyContin Gross Sales | $2,526 | $1,977 | $2,282 | $1,675 | $1,620 | $1,600 |
| Total ERO Rxs | 26.0 | 24.9 | 25.8 | 24.9 | 25.4 | 25.1 |
| OxyContin Rxs[1] | 5.7 | 5.2 | 5.4 | 4.7 | 4.8 | 4.4 |
| Share | 21.7% | 20.7% | 20.9% | 19.0% | 19.0% | 17.7% |
| Generic Settlements | $0 | ($261) | ($121) | ($411) | ($577) | ($435) |
| Rebates | ($585) | ($561) | ($618) | ($669) | ($543) | ($611) |
| Patient Savings Cards, FFS, Discounts | ($103) | ($110) | ($96) | ($89) | ($76) | ($74) |
| **OxyContin Net Sales** | **$1,838** | **$1,306** | **$1,567** | **$916** | **$1,001** | **$915** |
| *% Change* | | -29% vs. 2013 | 20% vs. 2014B | -42% vs. 2014LE | 9% vs. 2015 10 Yr | -9% vs. 2015B |

Note: 1) Not adjusted for generic settlements

36

Confidential – For Internal Use Only
PUBLICLY FILED PER STIPULATION [ECF 2140]
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
PPLP004411418

[CRITICAL-DOCUMENT-CONTROL-PROPRIETARY-INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER]

# 2015 Net Sales Budget vs. 2015 10 Year Plan
## Sales are higher due to lower rebate rates and stronger Rx demand, but offset by settlements



- Rebate rate is 33.5% vs. 39.9% in the 10 Year Plan.
- Price Increase was assumed at 6% 4/15 and is now 6% 1/15.
- Savings Cards redemption rate and average redemption value are reduced based on moving from $25/$90 to $30/$70.
- Strength mix shifting towards lower strengths has slowed with 40-80mg share going from 29% in the 10 Year Plan to 33% in the Budget.
- Rx volume is 4.8MM vs. 4.7MM
  – ERO market is stronger than previously estimated 25.4MM vs. 24.9MM Rx's
  – Share of 19.0% includes reductions due to Hysingla ER & LA HYD (includes Hysingla ER and other long acting hydrocodone products) ($56MM), but offsetting this are Sales & Marketing initiatives (includes call centers, Physicians Interactive, increased spend on PTN, Peer Direct and Contract Sales Force) $38MM, and declines in share have slowed.
- Other includes slower than forecasted decline in institutional volume, but offset by inventory declines.
- Settlements include ^Redacted and are shown as increase over previously estimated settlements. Total value is $577MM gross. Redacted

Redacted

37

Confidential – For Internal Use Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411419

SUBJECT TO PROTECTIVE ORDER — HIGHLY CONFIDENTIAL — TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Net Sales Budget is $566M lower than 2014 LE largely driven by settlements, share decline and higher rebate rates



- Price increase 6%.
- Share decrease from 20.9% to 19.0%. Major drivers of share include Hysingla ER and other long acting hydrocodone products ($64M), managed care losses and restrictions with Aetna Commercial, UHC Commercial, Cigna Med-D and potential additional restrictions ($61M), DeterRx ($6M) and continued decreasing demand. Offsetting these slightly are Sales & Marketing initiatives (Physicians Interactive, Peer Direct, call centers and PTN) $30M, CSO $17M
- Rebate rate increases to 33.5% from 27.1%
- Settlements include Redacted and are shown as increase over 2014 settlements. Total gross value in 2015 is $577M.
- Strength mix continues to shift towards lower strengths with 40-80mg share decreasing from 36% in 2014 to 33% in 2015.
- Tabs per Rx decline from 63.6 to 61.6.
- ERO market declines from 25.8MM to 25.4MM Rx's.

38

Confidential – For Internal Use Only
PUBLICLY FILED PER STIPULATION [ECF 2140]
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER — TREAT SUBJECT TO PROTECTIVE ORDER

# Oxycodone ER Monthly Rxs



Oxycodone ER Rxs[1]

Hydrocodone ER Rxs

**Hysingla ER Launch**

**ADF Zohydro Launch**

**Teva Launch**

Increasing managed care pressures offset in part by wins with CVS, MedImpact, Prime, Optum, HealthNet and Envision

Hydrocodone ERs incl. Hysingla ER

Managed care pressures, other competition (DeteRx)

- Actual
- 2015 Budget
- Hydrocodone ERs
- 12 month trend

| Actual | 492 | 446 | 476 | 470 | 488 | 450 | 484 | 480 | 450 | 487 | 457 | 480 | 472 | 429 | 457 | 456 | 463 | 444 | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 2015 Budget | 451 | 444 | 443 | 444 | 440 | 439 | 418 | 408 | 402 | 401 | 398 | 397 | 397 | 390 | 389 | 389 | 386 | 385 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Note: 1) Not adjusted for generic settlements

PUBLICLY FILED PER STIPULATION [ECF 2140]

Confidential – For Internal Use Only

39

SUBJECT TO CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Gross to Net
## Rebates as a percent of gross sales are expected to increase

| ($ Millions) | 2013 Actual | 2014 Budget | 2014 LE | 2015 10 Yr Plan | 2015 Budget | 2016 Projected |
|---|---|---|---|---|---|---|
| Gross Sales | $2,525.6 | $1,977.3 | $2,281.5 | $1,675.3 | $1,620.4 | $1,600.1 |
| Fee for Service | (50.6) | (40.0) | (46.3) | (33.9) | (33.3) | (32.8) |
| Discounts & Other Allow. | (17.8) | (35.8) | (20.2)[1] | (20.1) | (22.5) | (22.2) |
| Patient Savings Cards | (34.7) | (34.3) | (30.0)[2] | (36.8) | (21.1) | (20.0) |
| Rebates on Branded Sales | (584.8) | (561.2) | (618.4)[3] | (668.8) | (542.7) | (610.6) |
| Net Sales | $1,837.6 | $1,306.0 | $1,566.6 | $915.8 | $1,000.9 | $914.7 |
| Rebates as a % Gross Sales | 23.2% | 28.4% | 27.1% | 39.9%[4] | 33.5% | 38.2% |

(1) 2014 Latest Estimate reflects expectations that the returns rate is driven down from budget rate of 1.3% to 0.87% for 2013 and prior ($18 million) and 1.3% to 0.83% for 2014 ($6 million). 2014 and on includes royalty income, plus the net value of transfer price income received above the cost of manufacturing and shipping the AG product to our counterparties (Actavis, Ranbaxy, Par, Sandoz, Impax, Teva and future litigants).
(2) 2014 LE reflects a change in program from $25/$90 to $30/$70 resulting in decrease of $6.5 million, offset by demand increase driving an increase of $2.1 million.
(3) 2014 LE reflects a reduction in Medicaid rebates based on change in estimate for outstanding California managed Medicaid invoices dating back to 2010. Based on information provided by California with their Q2 2014 rebate submission that noted "nearly all managed care plans have completed submission of their retroactive pharmacy claims", we have reduced our estimated liability by $29 million in 2014. 2014 blended rebate rates are approximately in line with budget.
(4) Higher 10 year plan rebate assumptions were developed by channel and at the time of of Optum, United Healthcare and Caremark negotiations in early 2015 versus plan-by-plan build reflected in 2015 Budget Proposal.

PUBLICLY FILED PER STIPULATION [ECF 2140]

40

Confidential – For Internal Use Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411422

# OxyContin 2014 LE vs 2015 Budget Marketing Spend



PUBLICLY FILED PER STIPULATION [ECF 2140]

41

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411423

ORIGINAL SUBJECT TO CONTINUED PROTECTION; TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Additional Opportunities and Risks



| Opportunities | Probability | Upside Potential (Net) |
|---|---|---|
| Tier 4 ADF Approval | ◔ | <$5M |
| ADF legislation (e.g., MA, OH, FL) | ◑ | <$5M |
| LTC Strategy | ◑ | <$5M |
| IDN Strategy | ◔ | $6M |

| Risks | Probability | Downside Potential (Net) |
|---|---|---|
| State and federal restrictions on opioid prescribing (e.g., Washington State) | ◑ | TBD |
| Greater impact of oxycodone DeterRx | ◑ | $6M[1] |
| Change in resources and/or higher than anticipated cannibalization from Hysingla ER | ◑ | $6-13M[1] |

**Key:** ◑ Low ←——→ ● High

Note: 1) In addition to forecast

PUBLICLY FILED PER STIPULATION [ECF 2140]

Confidential – For Internal Use Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411424

# 2015 Budget OxyContin P&L

| ($MM's) | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | Variance '15 v '14 | 2016 Estimate | Variance '16 v '15 |
|---|---|---|---|---|---|---|---|
| Gross Sales (1) | $ 2,525.6 | $ 1,977.3 | $ 2,281.5 | $ 1,620.4 | | $ 1,600.1 | |
| Net Sales | 1,837.6 | 1,306.0 | 1,566.6 | 1,000.9 | -36% | 914.7 | -9% |
| Rebates as % of Gross Sales (2) | 23% | 28% | 27% | 33% | | 38% | |
| COGS/Shipping & Warehousing (3) | (67.2) | (46.3) | (58.5) | (33.6) | | | |
| Royalty Expense/Amort. of Milestone Pymts. | (107.3) | (78.5) | (92.5) | (47.7) | | | |
| Gross Profit | 1,663.0 | 1,181.1 | 1,415.6 | 919.6 | -35% | | |
| Marketing Expense | (18.8) | (24.4) | (21.6) | (21.3) | | | |
| Sales Force Expense (4) | (65.3) | (84.4) | (86.1) | (71.5) | | | |
| Product Spending | (84.1) | (108.8) | (107.7) | (92.8) | -14% | | |
| Product Spending as % of Net Sales | 5% | 8% | 7% | 9% | | | |
| G & A Allocation | (76.1) | (64.5) | (65.5) | (66.6) | | | |
| Redacted | | | | | | | |
| R&D Market Support (6) | (45.8) | (41.9) | (43.4) | (25.3) | | | |
| Insurance Income/Settlement Expense | (40.6) | 0.9 | 0.2 | 0.5 | | | |
| Health Care Reform Fee (7) | (28.7) | (27.9) | (32.0) | (13.2) | | | |
| Healthcare Reform Fee Change in Accounting | - | - | (27.3) | - | | | |
| Other Expenses | (233.8) | (149.1) | (194.8) | (131.1) | | | |
| Product Contribution | $ 1,345.1 | $ 923.3 | $ 1,113.1 | $ 695.7 | -37% | | |
| Product Contribution % | 73% | 71% | 71% | 70% | | | |

(1) 2015 Budget includes price increase of 6.0% on January 6, 2015 and gross sales impact of generic settlement agreements ($577 mm).

(2) The increase in the blended rebate rate is from 27% to 33% is primarily due to higher rebate rebate rates in the commercial and Medicare Part D channels to maintain formulary coverage.

(3) COGS reflects unit standard cost, inventory adjustments and other (eg. annual stability)

(4) Sales Force includes allocation of Sales Force, Sales Operations, Sales Training, and 50 rep contract sales force. Total costs are allocated to OxyContin assuming 45% of PDEs.

## Redacted

(6) Consists of allocated costs of classwide REMs, RADARs, Health Policy and adverse events/product complaints processing of $18.8 mm, FDA User fees of $1.9 mm and other of $4.6 mm.

(7) Represents Purdue's portion of the $2.8 billion industry fee, which is allocated to OxyContin based on Purdue's estimated prescription drug sales to the government as a % of total industry sales to government. In October 2014, the IRS published rules (re)defining that the fee should be calculated based on current year's sales. So in 2014 the change in accounting to catch up to accruing on current year sales is $27.3 mm.

43

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411425

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# BUTRANS

Confidential – For Internal Use Only

44

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411426

# 2015 Brand Strategy and Forecast

- Butrans is **demonstrating significant growth** (YTD TRx is 22% higher vs. 2013 YTD and 8.0% higher vs. Budget)

- **Focus in 2015 is to continue to drive growth using three strategic pillars** to drive share within prioritized HCP segments:
  - **Drive IRO to Butrans conversions** and **use with opioid-naïve patients**
  - **Optimize profitable access and pull through**
  - **Improve fill rates and patient persistence**

- 2015 Budget projects gross sales of $243M **(26.5% growth vs. 2014LE)** and net sales of $140M **(up $18.6M or 15% vs. 2014LE)**

- 2015 Budget up **$17.1M vs. 10 year plan** largely driven by share growth (+$15M), but offset by higher rebate rates (-$9M)

- 2015 **S&P budget of $58.4M** (-28% vs 2014 LE)
  - Marketing $17.1M (+4% vs 2014 LE)
  - Sales Force $41.3 (-37% vs 2014 LE)

45

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

CRITICAL AND CONFIDENTIAL INFORMATION, SUBJECT TO PROTECTIVE ORDER. TREAT SUBJECT TO PROTECTIVE ORDER

# Butrans Growth Opportunities Summary



**Butrans Market Opportunities**
(2013 Rx)

Non Switching
Switch to ERO
Butrans

- Butrans captures **4%** of this market vs fentanyl's **21%**
- Switch rate of **3.6%**
- Switch rate of **3.3%**

Opioid Naïve | Chronic Compliant Hydrocodone IR | Chronic Compliant Tramadol IR

2.9M — 26K | 1.0M — 17K | 0.5M — 8K

26.0M | 5.8M

*vs. ~8% IR to ER average*

PUBLICLY FILED PER STIPULATION [ECF 2140]

46

Confidential – For Internal Use Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411428

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER. TREAT SUBJECT TO PROTECTIVE ORDER

# Brand Vision and Goals

 **Vision:** To be the preferred ERO for moderate chronic pain*

 **2015 Objectives**:

- Gross Sales: $243M
- Net Sales: $140M
- 724K Rxs

## Strategic Pillars

**1.** **Market Expansion**

**2.** **Profitable Access**

**3.** **Improved Adherence**

Drive HCP switches of Tramadol and Low-dose Hydrocodone IRO to ERO Conversions and Drive more Butrans use with Opioid-Naïve patients

Optimize Profitable Access and Pull Through

Improve Fill Rates and Patient Persistence

Note: *As determined by HCP, Butrans will be promoted within full indication and FPI

PUBLICLY FILED PER STIPULATION [ECF 2140]

Confidential – For Internal Use Only

47

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Butrans Strategic Pillars and Objectives

| 1. Market Expansion | 2. Profitable Access | 3. Improved Adherence |
|---|---|---|

a) Educate market on buprenorphine molecule and Butrans

b) Educate on schedule 3 status

a) Optimize profitability of contracting

b) Clarify value proposition to payers

c) Improve collaborative pull-through with sales and managed markets

a) Educate patients on appropriate product use to reduce reversal rates

b) Engage patients in Butrans Experience Program

c) Educate HCPs on appropriate titration

Confidential – For Internal Use Only

48

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411430

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Market Expansion



| Objective | Description | Deliverable |
|---|---|---|

**a)**

Educate market on buprenorphine molecule and Butrans

- Align publication campaign and messaging to four key themes:
  - Dosing and Titration
  - Post-marketing Experience
  - Product Differentiation
  - Patient Selection



**b)**

Educate on schedule 3 status

- Leverage MSL team and MSL materials to educate market on schedule 3 status

- Capitalize on disruptive market events from hydrocodone IR rescheduling



49

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Profitable Access

| Objective | Description | Deliverable |
|---|---|---|
| **a)** Optimize profitability of contracting | • Leverage R2R Profitability and Performance models to negotiate favorable contract terms |  |
| **b)** Clarify value proposition to payers | • **Value Propositions \|** Define and test value proposition statements with payers<br><br>• **Topline Decks \|** Align internal positioning to be in line with product portfolio using relevant customer-facing evidence |  |
| **c)** Improve collaborative pull-through with sales and managed markets | • Segment pharmacies and distribution networks to improve pull-through/stocking<br><br>• Target pull-through for contracted business |  |

50

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Improved Adherence

3.

| Objective | Description | Deliverable |
|---|---|---|

**a)**

Educate patients on appropriate product use to reduce reversal rates

- Educate patients through pharmacy programs (Adheris, McKesson, etc.)

 

**b)**

Engage patients in Butrans Experience Program

- Continue to improve direct feedback on Butrans use



**c)**

Educate HCPs on appropriate titration

- Use titration guide to educate physicians and nurses to properly titrate up to effective dose



51

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Butrans net sales Budget is up vs. 10 Year Plan by $17.1M
## Largely driven by higher share, but offset by higher rebate rates

| | 2013 Actual | 2014 Budget | 2014 LE | 2015 10 Year Plan | 2015 Budget | 2016 Projection |
|---|---|---|---|---|---|---|
| **Butrans Gross Sales** | **$147M** | **$189M** | **$192M** | **$204M** | **$243M** | **$264M** |
| Total ERO Rxs | 26.0M | 24.9M | 25.8M | 24.9M | 25.4M | 25.1M |
| Butrans Rxs | 529K | 587K | 651K | 639K | 724K | 740K |
| Share | 2.0% | 2.4% | 2.5% | 2.6% | 2.8% | 2.9% |
| Rebates | ($19) | ($36) | ($48) | ($58) | ($79) | ($88) |
| Patient Savings Cards, FFS, Discounts | ($18) | ($28) | ($22) | ($22) | ($24) | ($19) |
| Butrans Net Sales[1] | $111 | $125 | $122 | $123 | $140 | $156 |
| % Change | | 13% vs. 2013 | -2% vs. 2014B | 1% vs. 2014LE | 15% vs. 2015 10 Yr | 11% vs. 2015B |

Note: 1) Butrans Net Sales is before return reserve adjustments related to prior years (2014 Budget +$10M and 2014LE +$18M)

PUBLICLY FILED PER STIPULATION [ECF 2140]
Confidential – For Internal Use Only

52

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411434

CRITICAL DOCUMENT SUBJECT TO PROTECTIVE ORDER - DO NOT DISTRIBUTE.
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Butrans Net Sales Budget vs. 2015 10 Year Plan
## Up $17.1 M largely driven by share growth, but offset by higher rebate rates



- Share increase from 2.6% to 2.8%. Included in share increase are Sales & Mktg initiatives $10M, Managed Care & pull through $4M, continued share increase and offsetting these is Hysingla ER & long acting hydrocodone ($9M),
- ERO market is stronger than previously estimated 25.4M vs. 24.9M Rx's.
- Price increase was assumed at 6% 4/15, but is now 6% 1/15.
- Rebate rate increased from 28.6% to 32.5.%.
- Patient savings card expense is lower due to improved formulary coverage

53

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

CRITICAL DOCUMENT CONTROL OF DISTRIBUTION:
TREAT SUBJECT TO PROTECTIVE ORDER
Pg 69 of 249

# 2015 Net Sales are up $18.6M vs. 2014 LE
## Largely driven by price increase and share growth, partially offset by higher rebates



- Price increase 6%.
- Share increase from 2.5% to 2.8%. Major drivers of share include managed care wins & pull through $4M and sales & marketing initiatives $7M. Offsetting these increases is impact of Hysingla ER and other long acting hydrocodone products ($9M).
- Rebate rate increases from 24.9% to 32.5%.
- ERO market declines from 25.8M to 25.4M Rx's.

54

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411436

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Butrans Monthly Rx's



Butrans is demonstrating significant growth (YTD TRx is 22% higher vs. 2013 YTD and 8.7% higher vs. Budget)

55

Confidential – For Internal Use Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411437

SUBJECT TO PROTECTION AS CONFIDENTIAL OR HIGHLY CONFIDENTIAL INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Gross to Net

## Rebates as a percent of gross sales are expected to increase

| ($ Millions) | 2013 Actual | 2014 Budget | 2014 LE | 2015 10 Yr Plan | 2015 Budget | 2016 Projected |
|---|---|---|---|---|---|---|
| Gross Sales | $147.4 | $188.8 | $192.5 | $204.0 | $242.8 | $264.1 |
| Fee for Service | (3.1) | (3.8) | (3.8) | (4.2) | (5.0) | (5.4) |
| Discounts & Other Allow. | (13.0) | (4.1)[1] | 9.9[1] | (6.9) | (7.6) | (3.0) |
| Patient Savings Cards[3] | (8.8) | (9.8) | (10.4) | (11.2) | (10.9) | (11.2) |
| Rebates on Branded Sales | (18.9) | (35.7) | (47.9) | (58.2) | (78.8) | (88.2) |
| Impact of Prior Year Adj. on Return Rates | 7.5[1] | (10.5)[1] | (18.4)[1] | 0.0 | 0.0 | 0.0 |
| Net Sales | $111.2 | $124.8 | $121.9 | $123.4 | $140.4 | $156.2 |
| Rebates as a % Gross Sales | 12.8% | 18.9% | 24.9%[3] | 28.6% | 32.5%[2] | 33.4% |

(1) The 2014 LE reflects our latest expectations that the returns rate has been driven down from budget rate of 8% or higher for 2013 and prior ($18 or $8 million favorable to budget) and 8% to 5.25% for 2014 ($5 million favorable to budget)
(2) Variances driven by improved formulary coverage and reflect a plan-by-plan build in 2015 Budget Proposal as compared to the 10 Year Plan which is developed at a higher level with channel assumptions only
(3) The higher blended rebate rate in the 2014 LE versus Budget is largely due to improved formulary coverage than assumed in the budget as a result of Caremark and Optum wins

56

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

ORIGINALLY FILED SUBJECT TO PROTECTIVE ORDER — TREAT SUBJECT TO PROTECTIVE ORDER

# Butrans 2014 LE vs 2015 Budget Marketing Spend



Note: Other includes: Journal Advertising (+$270K), Adherence Program (+$395K), Marketing Initiatives ($700K), Conventions (-$292K), Special Promotions (+$345K), and other (+$330K)

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Confidential – For Internal Use Only

PPLP004411439

CONTAINS PROFESSIONALS' EYES ONLY INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Additional Opportunities and Risks

| ⊕ Opportunities | Probability | Upside Potential *(Net)* |
|---|---|---|
| Hydrocodone combinations rescheduled to CII | ◑ | $3-5M |
| Expand promotion to Long Term Care | ◑ | $3M |
| Direct to Patient marketing | ◑ | $<5M |

| ⊖ Risks | Probability | Downside Potential *(Net)* |
|---|---|---|
| Impact of Hysingla ER (resource shift, higher than anticipated cannibalization) | ◑ | $3-5M |
| Increasing rebate pressure from payers | ◑ | $2.5M |
| Approval of BEMA | ◑ | $<1M (included in forecast) |

**Key:** ◐ Low ←——→ ● High

58

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 2015 Budget Butrans P&L

| ($MM's) | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | Variance '15 v '14 | 2016 Estimate | Variance '16 v '15 |
|---|---|---|---|---|---|---|---|
| Gross Sales [1] | $ 147.4 | $ 188.8 | $ 192.5 | $ 242.8 | | $ 264.1 | |
| Net Sales [2] | 111.2 | 124.8 | 121.9 | 140.5 | 15% | 156.2 | 11% |
| Rebates as % of Gross Sales [3] | 12.8% | 18.9% | 24.9% | 32.5% | | 33.4% | |
| COGS/Shipping & Warehousing [4] | (4.7) | (7.2) | (7.8) | (9.8) | | | |
| Royalty Expense/Amort. of Milestone Pymts. [5] | (6.4) | (7.7) | (8.0) | (7.9) | | | |
| Gross Profit | 100.1 | 109.9 | 106.1 | 122.8 | 16% | | |
| Marketing Expense | (19.3) | (17.3) | (16.4) | (17.1) | | | |
| Sales Force Expense [6] | (77.7) | (62.3) | (65.0) | (41.3) | | | |
| Product Spending | (97.0) | (79.6) | (81.4) | (58.4) | -28% | | |
| Product Spending as a % of Net Sales | 87.2% | 63.8% | 66.8% | 41.5% | | | |
| G & A Allocation at 6% of net sales | (6.2) | (8.1) | (8.4) | (8.4) | | | |
| R&D Market Support [8] | (17.8) | (15.9) | (13.4) | (12.6) | | | |
| Health Care Reform Fee [9] | (0.7) | (0.4) | (0.8) | (2.5) | | | |
| Healthcare Reform Fee Accounting Restatement [9] | - | - | (2.3) | | | | |
| Other Expenses | (26.9) | (25.4) | (25.9) | (30.2) | | | |
| Product Contribution | $ (23.8) | $ 4.9 | $ (1.2) | $ 34.2 | 2938% | | |
| Product Contribution % | -21.5% | 3.9% | -1.0% | 24.3% | | | |

**Redacted**

(1) 2015 Budget includes price increase of 6% on January 6, 2015.
(2) Adjusted to move return rate true ups to prior period to show the underlying economics by year and remove "accounting" true ups.
(3) The increase in the blended rebate rate from 24.9% to 32.5% is primarily due to improved formulary coverage.
(4) COGS reflects unit standard cost, inventory adjustments and other (eg. annual stability). 2015 Budget includes $1 mm for inventory write-off for 2nd source API at Noramco.
(5) Payment to LTS at 5.5% of net sales and $200k to Perrigo.
(6) Sales Force includes allocation of Sales Force, Sales Operations, Sales Training, and 50 rep contract sales force. Total costs are allocated to Butrans assuming 26% of PDEs.

**Redacted**

(8) 2015 Budget is comprised of allocated costs of classwide REMs, RADARs, Health Policy and adverse events/product complaints processing of $4.5 million, FDA User fees of $1.0 million and costs of pediatric study of $7.1 million.
(9) Represents Purdue's portion of the $2.8 billion industry fee, which is allocated to Butrans based on Purdue's estimated prescription drug sales to the government as a % of total industry sales to government. In October 2014, the IRS published rules (re)defining that the fee should be calculated based on current year's sales. So in 2014 the change in accounting to catch up to accruing on current year sales is $2.3 mm. Sales to government increase in 2014 as a result of Medicare Part D and Medicaid formulary wins.

59

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411441

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# HYSINGLA ER

Confidential – For Internal Use Only

60

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411442

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Brand Strategy and Forecast

- Hysingla ER will be the **first-to-market hydrocodone ER with abuse deterrent properties**; the launch strategy will capitalize on the **significant opportunity** represented by the broad base of hydrocodone IR patients eligible for an ERO while addressing payer / competitive pressures

- Hysingla ER forecasted to generate **gross sales of $77M and net sales of $55M in 2015 ($192M gross and $132M net in 2016)**
  - 2015 forecast in line with Butrans first year Rx and sales performance
  - 2015 financial **investment request of $82M ($37M marketing, $45M sales)** to support launch strategy

- **Three key strategies** will drive the successful launch of Hysingla ER:
  - **Accelerate Uptake**
  - **Drive Profitable Access**
  - **Leverage Purdue Resources**

- Current focus is on execution led by the **Hysingla ER Launch Management Office (LMO)**
  - Launch plans **integrated across functions and aligned to key priorities / milestones**
  - **Cross-functional Launch Readiness Teams (LRTs) formed** to execute against priorities
  - **Hysingla ER LMO manages** overall launch governance, tracks progress, and mitigates risks
  - Launch program making strong progress; on **track for successful launch**

61

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411443

SUBJECT TO PROTECTIVE ORDER — OUTSIDE COUNSEL AND EXPERTS ONLY; TREAT SUBJECT TO PROTECTIVE ORDER

# Hysingla ER Market Opportunity



**IRO to ERO TRx**

**IRO to ERO Conversion Rate[3]**

**Opportunity to further increase conversion rate; 1% increase = 270K Rxs**

| Total Rx | | |
|---|---|---|
| 1M | 1.3M | 267K |

Notes: 1) Chronic, compliant based on 90+ days on therapy and >80% compliance by fulfillment; 2) Chronic definition allows for a 15-day fulfillment gap; 3) Of Rxs to chronic and compliant patients, 2013 full year data
Sources: Butrans Market by Specialty, 2013; ERO TRx, 2014

62

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411444

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Brand Vision and Goals

 **Vision**: Be the leading hydrocodone ER—complementing a portfolio of pain medications for all chronic pain patients


### 2015 Objectives

- $77M Gross Sales
- $55M Net Sales
- 197K Rxs

## Strategic Pillars

| 1. Accelerate Uptake | 2. Drive Profitable Access | 3. Leverage Purdue Resources |
|---|---|---|
| Establish Hysingla ER as Brand of Choice and Drive Market Expansion by Increasing Hydrocodone IR to ER Conversion | Align Access Strategy and Targeting to Maximize Profitable Growth | Optimize Purdue Pain Assets to Accelerate Hysingla ER Uptake |

Confidential – For Internal Use Only

63

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Hysingla ER Strategic Pillars and Objectives

## 1. Accelerate Uptake

a) Disproportionately invest resources in target segments to establish Hysingla ER as the brand of choice for hydrocodone IR-exposed patients

b) Drive differentiation of Q24 dosing and ADP through medical education and publications

c) Create optimal patient and HCP experience

## 2. Drive Profitable Access

a) Drive initial demand and favorable formulary coverage through payer segmentation, segment-based contracting strategies and segment-specific value propositions

b) Leverage MSL knowledge-base / relationships to support brand / payer strategies

c) Ensure access through copay support, access coordination and seamless fulfillment

## 3. Leverage Purdue Resources

a) Leverage Purdue's existing, experienced sales force to drive uptake with target HCPs

b) Leverage real-world data to address payer and policy-maker concerns

c) Pursue favorable public policy and regulatory status for Hysingla ER

64

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411446

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Accelerate Uptake



| Objective | Description | Deliverable |
|---|---|---|

**a)** Disproportionately invest resources in target segments to establish Hysingla ER as the brand of choice for hydrocodone IR-exposed patients

- Target two key segments: 'Proactives' and 'Delayers'
- Prioritize Hysingla ER promotion at launch

**b)** Drive differentiation of Q24 dosing and ADP through medical education and publications

- Engage ~11,000 HCPs (70% of target HCPs) at various venues
- Implement speaker programs and advisory board meetings post launch
- Increase OADP awareness and relevance in Rx choice



**c)** Create optimal patient and HCP experience

- Implement Patient Experience Program
- Educate HCPs around proper titration



Confidential – For Internal Use Only

65

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

ORIGINAL DOCUMENT CONTROL FOR PUBLICATION. DO NOT DISTRIBUTE.
TREAT SUBJECT TO PROTECTIVE ORDER



# Contracting Options to Achieve Exclusivity and Gain Profitable Access



**Priority Negotiating Options**

**T2/Preferred Tier** — Unrestricted
- Unrestricted or Step Edit through hydrocodone IR
- Net Price Parity to OxyContin

**T3/Non-Preferred Tier** — Unrestricted
- Unrestricted or Step Edit through hydrocodone IR
- Lower rebate relative to OxyContin

**Generic/Brand Protection** — Tier 2
- T2 Unrestricted
- Incremental rebate based on Generic vs. Brand Ratio

**Portfolio Rebate** — Tier 2
- T2 Unrestricted with Portfolio Rebate
- Exclusive 1-of-2, 2-year contract

**Deprioritized**

**IRO/ERO Protection** — Tier 2
- Med D plans only
- T2 Unrestricted; incremental rebate based on IRO vs. ERO conversion rate

**Price Match** — Tier 2
- Used in 2016 and later to defend Hysingla ER's position in exclusive contracts
- Guaranteed net price parity (+/-10%) to Teva

*With additional rebates available for expedited review or exclusivity*

Note: Based on initial analysis, the Portfolio Rebate, Price Match, and IRO / ERO Conversion Rate Protection options pose the most risk to Purdue: 1) The Portfolio Rebate option could be appealing to larger accounts but should be used very selectively because of the associated risks; 2) The Price Match option is difficult to assess but poses a major risk given that Purdue will have no control over / knowledge of Teva's pricing or rebating; 3) The IRO / ERO Conversion Rate Protection option will be difficult to execute because it is difficult to measure, there is no good analog and the impact of the rescheduling of hydrocodone IR is still unknown

66

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Leverage Purdue Resources

3.

| Objective | Description | Deliverable |
|---|---|---|

**a)**

Leverage Purdue's existing, experienced sales force to drive uptake with target HCPs

- Leverage existing sales force and prioritize Hysingla ER at launch

- Add additional contract sales force capacity at launch to drive uptake



**b)**

Leverage real-world data to address payer and policy-maker concerns

- Leverage post-marketing studies to support payer strategy
  - Real world / epidemiology data
  - Risk management data
  - HOPE studies

**c)**

Pursue favorable public policy and regulatory status for Hysingla ER

- Leverage corporate affairs resources to support policy agenda

- Continue to build awareness and public policy support for ADP in opioids

67

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONTAINS CONFIDENTIAL INFORMATION — TREAT SUBJECT TO PROTECTIVE ORDER

# Pre-Launch Planning to Support Hysingla ER Strategy

| 1. | Accelerate Uptake | 2. | Drive Profitable Access | 3. | Leverage Purdue Resources |

*Seamless execution*

## I. Prepare The Market

Create awareness and relevance of key market drivers to our key customers

Create favorable market access environment for reimbursement

## II. Prepare The Product

Prepare to produce and distribute the product, including the final label and supply activities

## III. Prepare The Organization

Drive operational readiness involving sales force readiness, standing up the necessary infrastructure (tech & logistics), and enabling supporting functions

## Execute Effectively

68

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411450

SUBJECT TO PROTECTIVE ORDER — CONTAINS INFORMATION THE PRODUCING PARTY DESIGNATED TO TREAT SUBJECT TO PROTECTIVE ORDER

# Pre-Launch Activities: Represented Functions and Activities

| Activity | Represented Functions | Key Supporting Activities |
|---|---|---|
| **I. Prepare The Market** | **Managed Markets, Marketing, PR & Corp Communications, HOPE, OADP, MSLs, etc.** | • Prepare Managed Markets<br>• Implement Internal / External Comms.<br>• Accelerate Selected HOPE Studies<br>• Go to Market with Unbranded Campaigns<br>• Attend Conferences, Submit Abstracts<br>• Launch Print and Digital Assets |
| **II. Prepare The Product** | **Regulatory, Supply, Packaging, Creative Services, etc.** | • Complete FDA Negotiations<br>• Develop Final FPI<br>• Create Packaging & Labeling<br>• Prepare and Ship Supply |
| **III. Prepare The Org.** | **Sales Ops, IT, Medical Information, Operations, Customer Service, Finance, HR, etc.** | • Rollout Sales Training Modules<br>• Create Final HCP Target List<br>• Finalize New Incentive Comp<br>• Complete IT Development<br>• Prepare Medical Info |

Confidential – For Internal Use Only

69

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

TREAT SUBJECT TO PROTECTIVE ORDER

# Hysingla ER Launch Management Office

**Execute Effectively**

**Our Hysingla ER Launch Management Office manages the overall launch governance, including working with the Launch Readiness Teams to report status, monitor interdependencies, and identify / resolve issues**

Key Responsibilities of the Launch Management Office:

- Ensure cross-functional coordination and communication

- Launch plan tracking and monitoring

- Document and escalate key risks / decisions

- Track status of individual activities

- Monitor interdependencies

- Surface key issues / hot topics

- Identify common themes / challenges / bottlenecks

- Liaise with executive leadership on the overall Hysingla ER launch health





Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411452

CONTAINS REDACTED INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Key Launch Timelines

| Q4 2014 | | | Q1 2015 | | |
|---|---|---|---|---|---|
| Oct | Nov | Dec | Jan | Feb | Mar |

**Milestones**

Final Label | 12/10: First Order Accepted | 1/5: First Ship Date | Rep full branded promotion begins

**OPDP**

Promo Materials Development — CVA & Journal Ad | OPDP Review — 11/4 OPDP Submission, 45 Day Review | Post-OPDP Refinement — Time to Finalize May Vary | In use

**Managed Markets**

NAE / AE Training 11/3 - 11/5 — Contracting Strat, Rebate Strat, Value Prop

◆ National Acct Managers begin discussions w/ wholesalers and retailers; Wholesaler & retail stocking promotion (account level)

◆ MCO & Trade promo begins

◆ Retail stocking promotion (store level)

**Sales Training / NSM**

National Sales Meeting (NSM) Preparation

◆ 10/21: Determine NSM Agenda
◆ 11/11: Complete 50% of Workshop Content to Discuss at RM Quarterly Business Meeting
◆ 12/9: Complete 90% of Workshop Content to Discuss at District Manager Meeting

**10/28 FDA Approval**

**1/26 - 1/28 National Sales Meeting**

71

Confidential – For Internal Use Only
PUBLICLY FILED PER STIPULATION [ECF 2140]
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411453

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUB-JECT TO PROTECTIVE ORDER

# 2015 Additional Opportunities and Risks

| Opportunity / Risk | Impact | Probability | Net Sales Impact | |
|---|---|---|---|---|
| | | | 2015 | 2016 |
| ➕ Impact of Teva Delay by One Quarter to 4Q15 | • Teva delay increases Hysingla ER volume given more time on market as the exclusive Hydrocodone ER with ADP | ◕ | $5M | $5M |
| ➕ Impact from Hydrocodone Rescheduling *(included in forecast)* | • One-time increase in the ERO market<br>• More overall hydrocodone ER scripts<br>• One-time decline in hydrocodone IR market<br>• Based on NY State analog | ◕ | $10M | $10M |
| ➖ Delayed Hysingla Launch by One Quarter to 2Q15 | • Delayed launch reduces volume and period of exclusivity before Teva launch | ◕ | (-$20M) | (-$25M) |

**Key:** ◐ Low ⟷ ● High

Confidential – For Internal Use Only
PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411454

# 2015 Budget Hysingla ER P&L

| ($MM's) | | 2015 Budget | 2016 Forecast | Variance '16 v '15 |
|---|---|---|---|---|
| **Gross Sales (1)** | | $ 77.2 | $ 191.9 | |
| **Net Sales (2)** | | 55.0 | 131.8 | 140% |
| Rebates as % of Gross Sales | | 12% | 19% | |
| COGS/Shipping & Warehousing | | (2.6) | (7.7) | |
| Royalty Expense | (3) | (4.4) | (10.6) | |
| **Gross Profit** | | 48.0 | 113.6 | 137% |
| Marketing Expense | | (37.0) | (28.9) | |
| Sales Force Expense | (4) | (44.8) | (47.1) | |
| **Product Spending** | | **(81.8)** | **(76.0)** | -7% |
| Product Spending as % of Net Sales | | **149%** | **58%** | |
| Amortization of milestone payments | (5) | (1.6) | (1.6) | |
| G & A Allocation | | (1.9) | (3.6) | |
| Redacted | | | | |
| R&D Market Support | (7) | (17.4) | (10.8) | |
| Health Care Reform Fee | (8) | - | (4.3) | |
| Healthcare Reform Fee Change in Accounting | (8) | (1.1) | - | |
| **Other Expenses** | | **(26.4)** | **(22.9)** | |
| **Product Contribution** | | $ (60.2) | $ 14.7 | 124% |
| Product Contributions as % of Net Sales | | -110% | 11% | |

(1) Gross sales assumes pricing at $327 average Rx in 2015.
(2) In 2015 it is assumed that 62% of business comes from the commercial channel with Tier 3 at rebates of 10%. The increase in the blended rebate rate from 12% to 19% between 2015 Budget and 2016 Estimate is primarily due to improved formulary coverage.

Redacted

(4) Sales Force includes allocation of Sales Force, Sales Operations, Sales Training, and 50 rep contract sales force. Total costs are allocated to Hysingla assuming 33% of PDEs.

Redacted

Redacted

(7) Comprised of $11.8 mm of expense for pediatric studies, $2.6mm in Health Outcomes studies to support commercial strategy and $2.5 mm in other fees and allocated expenses (including $1 mm in Drug Safety and Pharmacovigilance and $0.8MM in FDA fees)
(8) Represents Purdue's portion of the $2.8 billion industry fee, which is allocated to Hysingla based on Purdue's estimated prescription drug sales to the government as a % of total industry sales to government. In October 2014, the IRS published rules (re)defining that the fee should be calculated based on current year's sales. So in 2015 the change in accounting to catch up to accruing on current year sales is $1.1 mm.

73

Confidential – For Internal Use Only

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# LAXATIVES

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411456

CONFIDENTIAL — SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Executive Summary

- 2014 Purdue Laxatives Objectives:
  - November LE $50.3M gross sales
  - Gross sales through August +2% versus budget
  - $21.1M in product contribution, +$300K versus budget

- Competitive Landscape (52 weeks ending 7/13/14)
  - Total retail sales reached $438M, or -2% versus previous period
    - Colace +1%, Peri-Colace +4%, Senokot-S trends -6%, Senokot -7%
    - Senokot and Senokot-S growth inhibited by high retail shelf price

- Forecast for 2015
  - $52.1M in gross factory sales (+$1.7M increase, or +4% above the 2014 LE)
  - Product contribution forecast $25.6M (+$4.5M, or +21% above the 2014 LE)

- Requesting $11.9M to support the 2015 strategy

75

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411457

CONTAINS CONFIDENTIAL INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Brand Vision and Goals

 **Vision:** Make Colace the #1 stool softener brand in both unit <u>and</u> dollar retail sales, while increasing distribution for Senokot

 **2015 Objectives**

- Gross Sales: $52.1M

---

**Strategic Pillars**

| 1. Convert Retail Customers | 2. Demonstrate Value | 3. Convert Information Seekers |
|---|---|---|
| Convert customers at the point of purchase with "retail specific" promotions | Demonstrate value while creating an emotional connection to Colace Capsules and Senokot Tablets | Convert "information seekers" to Colace and Senokot via digital engagement |

Confidential – For Internal Use Only

76

PUBLICLY FILED PER STIPULATION [ECF 2140]

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Strategic Pillars and Objectives

| **1.** Convert Retail Customers | **2.** Demonstrate Value | **3.** Convert Information Seekers |
|---|---|---|
| a) Provide rationale for retailers to support Colace, support distribution | a) Secure native advertising (in-program placements) to leverage trusted programs and media celebrities | a) Fund Purdue laxatives search campaign to direct ready-to-buy consumers seeking category information to Purdue brands |
| b) Use coupons and rebates to incent customers to: <br> – Try Colace versus less expensive competitive brands <br> – Purchase Senokot Tablets | b) Create location-based, point-of-care media to intersect customers with brand messaging benefits while receiving care from HCPs | b) Introduce ads on contextually-relevant webpages (e.g., using keyword targeting of "stool softener") |
| c) Leverage in-store media to educate and influence customer purchase decision during path to purchase (at point of sale) | c) Create humorous location-based media to overcome low engagement in category, placing ads in outdoors locations where progress is "backed up" (e.g., traffic delays) | c) Use retail website banner ads as well as mobile retail advertising to deliver promotional messages |
| d) Implement national FSI coupon to provide tie-in to retail sales activity | | d) Target online video advertisements at contextually relevant consumers |

Confidential – For Internal Use Only

77

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Laxatives Product Spend: 2015 Budget vs. 2014 LE
## Revised spend in the 2015 budget is down $2.1M



Note: 1) "Other" includes Special Promotion, Advertising and Promotion Materials

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411460

78

Confidential – For Internal Use Only

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER:
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Laxatives P&L

| ($MM's) | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | Variance '15 vs '14 | 2016 Estimate | Variance '16 vs '15 |
|---|---|---|---|---|---|---|---|
| Gross Sales [1] | $ 50.6 | $ 50.3 | $ 50.3 | $ 52.1 | | $ 52.4 | |
| Net Sales | 49.5 | 49.2 | 49.2 | 50.9 | 3% | 51.2 | 1% |
| COGS [2] | (10.1) | (10.7) | (10.7) | (10.8) | | | |
| Shipping and Warehousing [2] | (3.0) | (2.6) | (2.6) | (1.9) | | | |
| Gross Profit | 36.4 | 35.8 | 35.9 | 38.1 | 6% | | |
| Marketing Expense [3] | (15.1) | (13.6) | (13.5) | (11.2) | | | |
| Sales Force Expense [4] | (0.4) | (0.7) | (0.4) | (0.7) | | | |
| Product Spending | (15.5) | (14.3) | (14.0) | (11.9) | -15% | | |
| *Product Spending as % of Net Sales* | *31.3%* | *29.0%* | *28.4%* | *23.3%* | | | |
| Other Expenses | | | | | | | |
| R&D Market Support [5] | (0.8) | (0.8) | (0.8) | (0.7) | | | |
| Product Contribution | $ 20.2 | $ 20.8 | $ 21.1 | $ 25.6 | 21% | | |
| *Production Contribution %* | *40.7%* | *42.2%* | *42.9%* | *50.2%* | | | |

**Notes:**
(1) Laxatives include Senokot, Senokot S, Colace and Peri-Colace Brands. Sales forecast includes a price increase of 3% on select SKU's in 2015.
(2) COGS reflects units at standard costs, inventory adjustments and other costs (eg. annual commercial stability, validation work).
(3) Marketing expenses include consumer advertising, co-op advertising, advertising and agency fees, samples, coupons and others.
(4) Sales force expense includes cost of outside sales agents (Acosta commissions).
(5) Includes estimated R&D support across Medical Services, Drug Safety, Regulatory and other support functions.

Confidential – For Internal Use Only

79

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL FOR ATTORNEYS' EYES ONLY TREAT SUBJECT TO PROTECTIVE ORDER

# APPENDIX
# PORTFOLIO

Confidential – For Internal Use Only

80

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411462

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Portfolio P&L

| ($000's) | 2012 Actual | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | 2015 Budget vs. 2014 Latest Estimate |
|---|---|---|---|---|---|---|
| Gross Branded Product Sales | $3,004,905 | $2,774,569 | $2,258,777 | $2,570,884 | $2,031,330 | ($539,554) |
| Fee for Service | (69,313) | (54,623) | (44,444) | (51,043) | (40,370) | 10,673 |
| Discounts and Allowances | (134,032) | (27,325) | (45,300) | (11,435) **(1a.)** | (53,674) **(10a.)** | (42,239) |
| Patient Savings Card Discounts | (25,104) | (44,874) | (44,134) | (41,225) **(1b.)** | (37,441) **(10b.)** | 3,784 |
| Rebates on Branded Sales | (517,606) | (559,600) | (570,095) | (640,307) **(1c.)** | (610,501) **(10c.)** | 29,806 |
| Proposed regulation adj for Medicaid rebates | (60,383) | (46,046) | (28,477) | (27,998) | (21,937) | 6,061 |
| Other | 2,455 | 4,844 | 8,027 | 8,232 | 19,835 **(10d.)** | 11,603 |
| *Rebates as % of Gross Branded Product Sales* | *19.2%* | *21.8%* | *26.5%* | *26.0%* | *31.1%* | *5.1%* |
| **NET REVENUE** | **2,200,922** | **2,046,945** | **1,534,354** | **1,807,108** | **1,287,242** | **(519,866)** |
| Cost of Goods Sold | (148,475) | (138,119) | (119,183) | (126,240) **(2)** | (92,992) **(11)** | 33,248 |
| *COGS as % of Gross Branded Product Sales* | *4.9%* | *5.0%* | *5.3%* | *4.9%* | *4.6%* | *-0.3%* |
| Royalty Expense | (120,268) | (112,105) | (83,262) | (97,136) **(3)** | (56,715) **(12)** | 40,421 |
| Shipping and Warehousing | (11,814) | (10,745) | (8,307) | (9,155) | (7,962) | 1,193 |
| **GROSS PROFIT** | **1,920,365** | **1,785,975** | **1,323,603** | **1,574,577** | **1,129,573** | **(445,004)** |
| G&A (incl. Legal Department but excl. Legal Fees) | (151,635) | (154,433) | (131,579) | (131,304) | (131,130) | 174 |
| *G&A as % of Net Revenues* | *6.9%* | *7.5%* | *8.6%* | *7.3%* | *10.2%* | *2.9%* |
| Legal Fees | (49,143) | (69,396) | (29,325) | (49,600) **(4)** | (54,000) **(13)** | (4,400) |
| R&D | (312,513) | (296,493) | (229,946) | (195,020) **(5)** | (149,170) **(14)** | 45,850 |
| R&D Other - Milestone and Alliances | (2,284) | (8,518) | (5,181) | (4,999) | (5,610) | (611) |
| *R&D as % of Net Revenues* | *14.3%* | *14.9%* | *15.3%* | *11.1%* | *12.0%* | *1.0%* |
| Sales and Promotion | (303,110) | (277,775) | (256,630) | (257,939) | (283,158) **(15)** | (25,219) |
| *S&P as % of Net Revenues* | *13.8%* | *13.6%* | *16.7%* | *14.3%* | *22.0%* | *7.7%* |
| Health Care Reform Fee | (31,251) | (29,700) | (28,791) | (33,535) **(6)** | (17,000) **(16)** | 16,535 |
| Health Care Reform Fee Change in Accounting | | 0 | 0 | (30,000) **(6)** | 0 | |
| Other - US | (17,641) | (4,128) | (8,746) | (17,973) **(7)** | (15,579) **(17)** | 2,394 |
| **OPERATING EXPENSES** | **(867,577)** | **(840,443)** | **(690,198)** | **(720,370)** | **(655,647)** | **64,723** |
| *Operating Expenses as % of Net Revenues* | *39.4%* | *41.1%* | *45.0%* | *39.9%* | *50.9%* | *11.1%* |
| *SG&A as a % of Net Revenues* | *20.7%* | *21.1%* | *25.3%* | *21.5%* | *32.2%* | *10.6%* |
| **OPERATING MARGIN BEFORE INCENTIVE & SETTLEMENTS** | **1,052,788** | **945,533** | **633,405** | **854,207** | **473,926** | **(380,281)** |
| *Operating margin as % of Net Revenues* | *47.8%* | *46.2%* | *41.3%* | *47.3%* | *36.8%* | *-10.5%* |
| Incentive Bonus | (34,285) | (39,638) | (38,908) | (35,751) **(8)** | (38,797) **(18)** | (3,046) |
| Insurance Income | 3,520 | 990 | 850 | 200 | 500 | 300 |
| Settlement Expense | (14,247) | (41,759) | 0 | (695) | 0 | 695 |
| **TOTAL INCENTIVES AND SETTLEMENTS** | **(45,012)** | **(80,407)** | **(38,058)** | **(36,246)** | **(38,297)** | **(2,051)** |
| **OPERATING MARGIN AFTER INCENTIVES AND SETTLEMENTS** | **1,007,776** | **865,126** | **595,347** | **817,961** | **435,629** | **(382,332)** |
| *Operating margin as % of Net Revenues* | *45.8%* | *42.3%* | *38.8%* | *45.3%* | *33.8%* | *-11.4%* |
| **Other Items** | | | | | | |
| Royalty Income - ex US | 83,961 | 48,465 | 39,031 | 40,088 | 38,877 | (1,211) |
| Royalty Expense - ex US | | (6,755) | (6,450) | (7,370) | (8,059) | |
| Ex US Expenses | (65,063) | (186,198) | (199,275) | (199,090) | (192,393) | 6,697 |
| Other ex-US expenses | (15,026) | (15,665) | (11,007) | (16,274) | (17,622) | (1,348) |
| Gain on Infinity stock | - | 124,581 | | | | - |
| One Time Charges/Other Items | (2,146) | (65,082) | (16,092) | (27,599) **(9)** | (15,118) | 12,481 |
| Interest Income / (Expense), net | 1,354 | 199 | 200 | 200 | 200 | - |
| **TOTAL OTHER ITEMS** | **3,080** | **(100,455)** | **(193,593)** | **(210,045)** | **(194,115)** | **15,930** |
| **PROFIT/LOSS BEFORE TAX** | $ 1,010,856 | $ 764,671 | $ 401,754 | $ 607,916 | $ 241,514 | $ (366,402) |

81

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411463

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# APPENDIX
# OXYCONTIN

Confidential – For Internal Use Only

82

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411464

# Oxycodone ER Monthly Kilograms



|  | Jan-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 | Aug-14 | Sep-14 | Oct-14 | Nov-14 | Dec-14 | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 month trend | 1,095 | 991 | 1,054 | 1,044 | 1,064 | 1,014 | 1,021 | 977 | 975 | 991 | 973 | 969 | 961 | 919 | 917 | 931 | 914 | 909 | 901 | 861 | 859 | 872 | 854 | 849 |
| 2015 Budget | 1,095 | 991 | 1,054 | 1,044 | 1,064 | 1,014 | 1,021 | 990 | 984 | 988 | 973 | 966 | 920 | 885 | 873 | 874 | 860 | 857 | 857 | 830 | 826 | 829 | 817 | 813 |

83

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411465

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# OxyContin Rx's by Strength
## The strength mix continues to shift towards lower strengths.



| | YTD 6/14 vs. YTD 6/13 | 2015 vs. 2014 |
|---|---|---|
| 10mg | 0.4% | -5.0% |
| 15mg | 20.0% | 14.0% |
| 20mg | -4.8% | -12.4% |
| 30mg | 6.1% | -6.1% |
| 40mg | -10.1% | -18.0% |
| 60mg | -2.8% | -9.0% |
| 80mg | -13.2% | -19.9% |

Confidential – For Internal Use Only

84

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411466

# OxyContin Tablets per Rx by Strength
## Tablets per Rx are expected to decline from 63.6 on average in 2014 to 61.6 in 2015.



| | YTD Avg. 6/14 vs. YTD Avg. 6/13 | 2015 Avg. vs. 2014 Avg. |
|---|---|---|
| 10mg | -3.1% | -2.6% |
| 15mg | -1.0% | -1.1% |
| 20mg | -2.2% | -1.8% |
| 30mg | -1.7% | -1.9% |
| 40mg | -2.5% | -2.5% |
| 60mg | -1.8% | -1.4% |
| 80mg | -2.4% | -1.9% |

85

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

# OxyContin S&P Spend Detail

| $000s | 2014 Budget | 2014 Latest Estimate | 2014 LE vs. 2014 Budget | 2015 Budget | 2015 Budget vs. 2014 LE |
|---|---|---|---|---|---|
| **Core Activities** | | | | | |
| Agency Spend | 8,962 | 8,111 | (850) | 2,837 | (5,274) |
| Promotional Materials - All Other | 750 | 750 | - | 500 | (250) |
| Savings Cards | 7,306 | 6,375 | (931) | 4,064 | (2,312) |
| Patient Savings Card Task Savings Target | - | - | - | (310) | (310) |
| Conventions | 413 | 393 | (20) | 358 | (35) |
| Fingertip Formulary | 999 | 655 | (344) | 509 | (145) |
| Market Research - Primary, Secondary, and Analytics | 1,450 | 1,250 | (200) | 314 | (936) |
| MediScripts | 250 | 250 | - | - | (250) |
| Learn Something | - | - | - | 184 | 184 |
| Postage | 325 | 325 | - | 325 | - |
| All Other | 793 | 543 | (250) | 214 | (328) |
| *Subtotal Non Allocated Activities* | 21,247 | 18,651 | (2,595) | 8,995 | (9,656) |
| Data allocations to brand (largely IMS) | 1,056 | 1,056 | - | 2,557 | 1,501 |
| Physician's Desk Reference | - | - | - | 101 | 101 |
| *Subtotal Allocated Supporting Activities* | 1,056 | 1,056 | - | 2,658 | 1,602 |
| Procurement Savings | | | | (589) | (589) |
| **Subtotal Core Activities** | **22,303** | **19,707** | **(2,595)** | **11,064** | **(8,643)** |
| **New Initiatives Included in Sales Forecast** | | | | | |
| Professional Television Network | 594 | 444 | (150) | 3,000 | 2,556 |
| Call Center | 1,022 | 639 | (383) | 808 | 169 |
| Peer Direct | 500 | 500 | - | 1,000 | 500 |
| Physicians Interactive | - | 350 | 350 | 4,275 | 3,925 |
| Procurement Savings | | | | (454) | (454) |
| **Subtotal New Initiatives Included in Sales Forecast** | **2,116** | **1,933** | **(183)** | **8,629** | **6,696** |
| **Total Promotional Spend** | **24,419** | **21,640** | **(2,778)** | **19,693** | **(1,947)** |
| *Promotional Spend as % of Net Sales* | *1.5%* | *1.4%* | *-0.5%* | *2.0%* | *0.5%* |
| Cover my Meds | • | • | • | 1,600 | 1,600 |
| **Total Promotional Spend with New Initiatives** | **24,419** | **21,640** | **(2,778)** | **21,293** | **(347)** |
| *Promotional Spend as % of Net Sales* | *1.5%* | *1.4%* | *-0.5%* | *2.1%* | *0.7%* |

PUBLICLY FILED PER STIPULATION [ECF 2140]

Confidential – For Internal Use Only

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONFIDENTIAL - SUBJECT TO PROTECTION
TREAT SUBJECT TO PROTECTIVE ORDER

# APPENDIX
# BUTRANS

87

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411469

Confidential – For Internal Use Only

TREAT SUBJECT TO PROTECTIVE ORDER

# Butrans Monthly Rx's



Butrans is demonstrating significant growth (YTD TRx is 22% higher vs. 2013 YTD and 8.0% higher vs. Budget)

| 2014 LE | 651 |
| 2015 (12 mo. Trend) | 756 |
| 2015 Budget | 724 |

Δ 12 mo. Trend vs. 2015 Budget = 32 Rx's or $11MM

| | Actual |
| 2015 Budget |
| Trend |

| | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 | Jul-13 | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 | Jan-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 | Jul-14 | Aug-14 | Sep-14 | Oct-14 | Nov-14 | Dec-14 | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual | 42 | 38 | 42 | 43 | 45 | 41 | 45 | 46 | 44 | 49 | 46 | 48 | 48 | 46 | 50 | 53 | 54 | 53 | | | | | | | | | | | | | | | | | | |
| 12 month trend | | | | | | | | | | | | | | | | | | 53 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 63 | 64 | 65 | 66 | 67 | 68 | |
| 2015 Budget | | | | | | | | | | | | | | | | | | 53 | 56 | 58 | 57 | 59 | 58 | 60 | 58 | 58 | 59 | 59 | 60 | 59 | 61 | 62 | 61 | 64 | 61 | 62 |

88

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411470

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Butrans Rx's by Strength



| | YTD 6/14 vs. YTD 6/13 | 2015 vs. 2014 |
|---|---|---|
| 5mcg | 9.03% | 1.33% |
| 10mcg | 10.17% | 3.35% |
| 15mcg | N/A | 76.22% |
| 20mcg | 9.42% | 1.08% |

Confidential – For Internal Use Only

89

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONTAINS PROFESSIONALS' EYES ONLY INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Butrans S&P Spend Detail

| Core Activities | 2014 Budget | 2014 Latest Estimate | 2014 LE vs 2014 Budget | 2015 Budget Proposal | 2015 Bud vs 2014 LE |
|---|---|---|---|---|---|
| Agency Spend | 3,765 | 3,630 | (136) | 3,204 | (425) |
| eMarketing Other | 65 | 65 | - | - | (65) |
| Patient Savings Card | 2,288 | 2,699 | 411 | 2,857 | 158 |
| Patient Savings Card Task Savings Target | | | | (190) | (190) |
| Marketing Education Programs (Speakers) | 2,500 | 2,400 | (100) | 1,836 | (564) |
| Journal Advertising | 980 | 980 | - | 1,250 | 270 |
| Direct Mail, Print & Mailing Costs for Rep Promotional Materials | 1,220 | 1,020 | (200) | 1,020 | - |
| Adherence Program | 750 | 605 | (145) | 1,000 | 395 |
| Market Research - Primary, Secondary, and Analytic | 1,519 | 1,339 | (180) | 822 | (517) |
| Marketing Initiatives | - | - | - | 700 | 700 |
| Conventions | 809 | 779 | (30) | 487 | (292) |
| Fingertip Formulary Services and Formulary Grids | 880 | 452 | (428) | 446 | (6) |
| Special Promotions - Recurring projects | 870 | 555 | (315) | 900 | 345 |
| Butrans Experience Program | 380 | 230 | (150) | 305 | 75 |
| Postage | 525 | 425 | (100) | 350 | (75) |
| IMS Data & Physicians Desk Reference | 704 | 704 | - | 477 | (227) |
| Procurement Savings | - | - | - | (783) | (783) |
| **Subtotal Core Activities** | **$ 17,254** | **$ 15,882** | **$ (1,372)** | **$ 14,681** | **$ (1,201)** |
| | | | | | |
| **New Initiatives Included in Sales Forecast** | | | | | |
| Call Center | - | 183 | 183 | 328 | 145 |
| Physicians Interactive | - | 350 | 350 | 745 | 395 |
| Procurement Savings | | | | (54) | (54) |
| **Subtotal New Initiatives Included in Sales Forecast** | **$ -** | **$ 533** | **$ 533** | **$ 1,019** | **$ 486** |
| | | | | | |
| **Total Promotional Spend** | **$ 17,254** | **$ 16,415** | **$ (839)** | **$ 15,700** | **$ (715)** |
| Promotional Spend as % of Net Sales | 13.8% | 13.5% | -0.4% | 11.2% | -2.3% |
| Cover my Meds | $ - | $ - | $ - | $ 1,400 | $ 1,400 |
| | | | | | |
| **Total Promotional Spend with New Initiatives** | **$ 17,254** | **$ 16,415** | **$ (839)** | **$ 17,101** | **$ 685** |
| Promotional Spend as % of Net Sales | 13.8% | 13.5% | | 12.2% | -1.3% |
| | | | -0.4% | | |

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# APPENDIX
# HYSINGLA ER

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411473

# Benefits of Keeping Patient on Same Molecule



| Surveyed HCPs[1] | |
|---|---|
| Patient was able to **tolerate** it | *75%* |
| Anticipate sustained **efficacy** | *69%* |
| Easier to explain / patient is more likely to accept or be **compliant** | *46%* |
| More likely to be **covered by insurance** | *37%* |
| **Patient is familiar** with it | *36%* |
| **Physician is familiar** with it | *30%* |

**Current Molecule-to-Molecule IRO-to-ERO Options**

Oxycodone IR → Oxycodone ER (OxyContin)

Oxymorphone IR → Oxymorphone ER (Opana ER)

Tapentadol IR → Tapentadol ER (Nucynta)

Hydromorphone IR → Hydromorphone ER (Exalgo)

Morphine IR → Morphine Sulfate ER (Avinza, MS Contin & Kadian)

Hydrocodone IR ⤏ Hydrocodone ER (Hysingla ER)

**Other than Zohydro, there is currently no molecule-to-molecule switch available for hydrocodone IR patients**

Note: 1) Based on PCPs (n=98), NP/PAs (n=48), Pain Specialists (n=95), Oncologists (n=45)
Sources: Hydrocodone ER Exploratory, April 2013; HYD Drivers of Choice Report, December 2013; Chronic Pain Patient Flow Study Update, November 2013

92

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411474

# Hysingla ER Forecasted Performance Relative to Other Launches



**Prescriptions after Launch**[1]

**Year 0-3 Cumulative Rxs**

Source: Long-acting SEO Launch Comparison
Note: 1) FDA Approval dates: Kadian 3Q96; Avinza 1Q02; Embeda 3Q09; Opana-ER 2Q06; Exalgo 1Q10; Nucynta ER 3Q11; Butrans 2Q10; OxyContin 4Q95

93

Confidential – For Internal Use Only

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

ORIGINALLY FILED CONFIDENTIAL SUBJECT TO PROTECTION. TREAT SUBJECT TO PROTECTIVE ORDER.

# Hydrocodone ER Competitive Dynamics



| | | | | | |
|---|---|---|---|---|---|
| **Total Rxs** | 358K | 746K | 1,395K | 1,748K | 1,836K |
| **Hysingla ER Rxs** | 197K | 491K | 793K | 928K | 820K |

Note: 1) Initial analysis indicated Teva would launch at start of Q4 2015.  Teva filed NDA in October 2014 indicating potential Q3 market entry;
2) Generic Teva enters the market in 2020, while generic Hysingla ER will enter in 2021, generic entry shows only generic volume captured from the branded hydrocodone ER market, excludes generic hydrocodone uptake from other generic molecules
Sources: Butrans Market by Specialty,  February OxyContin LRx Report, Peak brand share of new entrants from Source of Business Data (IMS); Monitor Deloitte Analysis

Confidential – For Internal Use Only

94

PUBLICLY FILED PER STIPULATION [ECF 2140]

SUBJECT TO A HIGHLY CONFIDENTIAL PROFESSIONALS' EYES ONLY DESIGNATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Product Development Budget Submission

**Todd Baumgartner**

**November 2014**



File Name: 2015 Budget Submission RD vF

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411477

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Agenda

- Overview
- Product Development
  - Butrans 2nd Generation
  - OCI
  - MSR
  - HCA
- US Collaboration on IAC projects
  - Esteve
  - GL Pharma
- 2015 Budget



2

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER



# EXECUTING PURDUE'S STRATEGY – COMPETE, WIN & GROW



3

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411479

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER TREAT SUBJECT TO PROTECTIVE ORDER

# 2014 Accomplishments:

## Redesigned and Right-sized the R&D Organization



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411480

4

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# 2014 Accomplishments:
## Product Development

- FDA Approvals: Targiniq ER NDA, ER/LA Opioid class label & REMS, Butrans intermediate strength & multiple patch
- FDA Submissions: Hysingla ER NDA (Priority Review), OCI NDA, OxyContin Tier 4 abuse-deterrence label and Pediatric exclusivity (6 months additional exclusivity), Butrans higher strengths
- New Patents issued – support ORF and HYD
- Drive efficient, compliant wind-down of de-emphasized projects – ongoing
- Prepared ADF development plan to maximize value of current platforms

  

  



5

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411481

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# 2014 Accomplishments:
## Leadership in Pain Management

- **Leadership in abuse deterrence** –
  - Presented abuse deterrence results to FDA, NIDA, Health Canada, DEA, United Healthcare, RADARS annual meeting
  - Led branded industry presentations at Oct 30-31 FDA public meeting on abuse deterrence
- **Active leadership position among ER/LA opioid companies in PMR program, class REMS and other interactions with FDA**
- **Led the revision of all labeling & promotional materials following FDA Safety Labeling Change for all ER/LA opioid products**





6

PUBLICLY FILED PER STIPULATION [ECF 2140]

CRITICAL Doc 2349-13 CONTAINS INFORMATION SUBJECT TO PROTECTION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Delivering the "Must Wins" in 2015 & Beyond



**Become the preferred BD Partner**

- ❏ Dedicated R&D team/MDs to support BD assessments; "all hands" flexibility adopted
- ❏ Establish "virtual" Discovery-BD model
- ❏ Innovation sourced from partnerships / external sources



**Achieve Commercial Excellence**

- ❏ Ensure alignment with commercial objectives on strategic direction of development projects and LCM
- ❏ Provide data & insight in support of commercial strategy
- ❏ Be the first company to achieve a Tier 4 abuse-deterrent label based on epidemiology data
- ❏ Demonstrate abuse deterrence of Hysingla ER in the real world



**Adopt a "Lean" Operating Structure**

- ❏ Continue to improve R&D efficiency and quality
- ❏ Meet all FDA postmarketing requirements
- ❏ Implement improved material review & document management/submission systems



**Optimize the Pain Portfolio**

- ❏ Support Hysingla ER launch
- ❏ Butrans: 2nd generation
- ❏ ADF products (MSR, HCA)
- ❏ Biased ligand lead
- ❏ OAG sleep study



**Demonstrate our Value to Customers**

- ❏ Maintain or further enhance Purdue's reputation at FDA
- ❏ Evolve Big Data strategy of benefit to IDNs or payers, Purdue and patients

Recruit, Retain & Engage the Best People



7

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411483

ORIGINAL DOCUMENT CONTAINS "CONFIDENTIAL AND RESTRICTED INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER"

# The "New" Discovery Research

## Discovery Research

### Opioid Research
IND Target 1Q2016

### Virtual Discovery

**Internal Resources**
Molecules
Cellular Assays
KO Animals

**Virtual Resources**
Chemistry CRO
Pharmacology CRO
Academics

World-wide Scouting Network
World-class Informatics Platform

❑ Capability includes proprietary biology for competitive advantage in biased opioid research, supplemented by external research contractors

❑ Global virtual discovery to create new business development opportunities for Purdue



8

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411484

CONTAINS INFORMATION SUBJECT TO PROTECTION.
TREAT SUBJECT TO PROTECTIVE ORDER



# PRODUCT DEVELOPMENT



9

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411485

ORIGINAL DOCUMENT CONTAINS CONFIDENTIAL INFORMATION.
TREAT SUBJECT TO THE PROTECTIVE ORDER

# Product Development Overview*

## FDA Submission Development and Post Submission Support



*PREA programs not included (BUP, Dilaudid, Hysingla)



10

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    PPLP004411486

CRITICAL ... CONTROL ... OF ... SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Butrans 2nd Generation

*Value Proposition*

- Improve product - 2nd generation will include a smaller patch size with a lower drug load, a "state of the art" hypoallergenic adhesive, and softer polyethylene foil

- Improve Butrans exclusivity - If patent term extension is not available, then 2nd Generation Butrans would help maintain exclusivity for approximately 2 additional years

- NPV (assuming patent term extension is not available) – $58MM





11

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    PPLP004411487

ORIGINAL DOCUMENT CONTAINS COLOR. PLEASE REFER TO ORIGINAL DOCUMENT ON FILE.
TREAT SUBJECT TO PROTECTIVE ORDER

# Butrans 2nd Generation

*Provisional Program Milestones*



| Activity | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| **Non-clinical** | | | | | | |
| ■ BUP-N-048 (Heat Application Study) | ■ | | | | | |
| **Clinical** | | | | | | |
| ■ BUP1506 (Dose Prop) | ■ | | | | | |
| ■ BUP1026 (Bioequivalence) | | ■ | | | | |
| ■ BUP1027 (Adhesion) | | ■ | | | | |
| ■ BUP1028 (Skin Irritation & Sensitization ) | | ■ | | | | |
| ■ BUPXXXX (Tech Transfer) | | Timing TBD | | | | |
| **sNDA Submission** | | 4Q 2015 | | | | |
| **Action Date** | | | 2Q 2016 | | | |
| **Launch** | | | 3Q 2016 | | | |

*Additional studies to be conducted by UK for registration in Europe*



12

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411488

# Butrans 2nd Generation
*Budget*



| R&D | | | | | | |
|---|---|---|---|---|---|---|
| **Department / Budget Item\*** | **2014 Budget** | **2015 Budget** | **2016 Budget** | **2017 Budget** | **2018 Budget** | **Total 2015 - End** |
| **People Cost (1)** | $ 4,037,904 | $ 7,147,046 | $ 2,486,432 | $ - | $ - | $ 9,633,478 |
| **- Equivalent FTE's** | 7.2 | 12.4 | 4.3 | | | |
| | | | | | | |
| **Direct Cost** | | | | | | |
| **Clinical** | 1,014,734 | 9,991,600 | - | - | - | 9,991,600 |
| | | | | | | |
| **Nonclinical** | 1,012,005 | 1,063,225 | 232,805 | 120,000 | - | 1,416,030 |
| | | | | | | - |
| **Other R&D** | 50,000 | 2,590,000 | 1,100,000 | - | - | 3,690,000 |
| **Subtotal - Direct Cost** | 2,076,739 | 13,644,825 | 1,332,805 | 120,000 | - | 15,097,630 |
| | | | | | | |
| **Total R&D** | $ 6,114,643 | $ 20,791,871 | $ 3,819,237 | $ 120,000 | $ - | $ 24,731,108 |

*Note:*
 (1) People Cost is based on budgeted FTEs at $578,240 per FTE per year for 2015 and beyond.



13

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411489

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER / TREAT SUBJECT TO PROTECTIVE ORDER

# OCI

*Value Proposition*

- Purdue is recognized as the leader in ADF technology.  Our AD products offer an opportunity to reduce abuse of prescription meds while at the same time providing a good return on investment.  OCI represents an opportunity to utilize our experience in developing abuse deterrent products to improve IR oxycodone.

- There are no forms of IR single-entity oxycodone with abuse-deterrent labeling on the market.   There are reports of significant levels of abuse of Roxicodone

- OCI is formulated with gelling and aversive excipients and expected to deter intravenous and intranasal abuse

- NDA was filed 29-Aug-2014 and launch expected in 2015

- NPV - $213MM



14

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411490

CONTAINS INFORMATION SUBJECT TO
TREAT SUBJECT TO PROTECTIVE ORDER

# OCI
*Program Milestones*

| Activity | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| **Non-clinical** | | | | | | |
| ■   SLS Chronic Toxicology: Rat/Dog | | | | | | |
| **NDA Submission (505(b)(2)** | 3Q 2014 ✓ | | | | | |
| **Action Date (12 month)** | | 3Q 2015 | | | | |
| **Launch** | | 3Q 2015 | | | | |



15

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411491

CONTAINS INFORMATION SUBJECT TO PROTECTION ORDER.
TREAT SUBJECT TO PROTECTIVE ORDER



# OCI
*Budget*

| Department / Budget Item* | 2014 Budget | 2015 Budget | 2016 Budget | 2017 Budget | 2018 Budget | Total 2015 - End |
|---|---|---|---|---|---|---|
| **R&D** | | | | | | |
| People Cost (1) | $ 7,025,616 | $ 289,120 | $ - | $ - | $ - | $ 289,120 |
| - Equivalent FTE's | 12.5 | 0.5 | | | | |
| **Direct Cost** | | | | | | |
| Clinical | (315,966) | - | - | - | - | - |
| Nonclinical | 2,311,770 | 1,250,080 | - | - | - | 1,250,080 |
| Other R&D | 1,400,335 | 287,087 | - | - | - | 287,087 |
| Subtotal - Direct Cost | 3,396,139 | 1,537,167 | - | - | - | 1,537,167 |
| **Total R&D** | **$ 10,421,755** | **$ 1,826,287** | **$ -** | **$ -** | **$ -** | **$ 1,826,287** |

**Note:**
 (1) People Cost is based on budgeted FTEs at $578,240 per FTE per year for 2015 and beyond.



16

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411492

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER. TREAT SUBJECT TO PROTECTIVE ORDER

# MSR

*Value Proposition (P&L)*

- Improve product - MSR represents an opportunity to improve our current product and to continue our leadership in ADF technologies.

- MS Contin is being formulated using Resistec™ our proprietary technology employing physical/chemical barriers to deter abuse

- Expected launch - 2017

- NPV - $119MM



17

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411493

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# MSR
## *Provisional Program Milestones*



| Activity | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| **Non-clinical** | | | | | | |
| ▪ Final Formulation Selected (15, 30, 60, 100, 200) | 4Q 2014 | | | | | |
| ▪ In-vitro Abuse Deterrence Testing | | ■ | | | | |
| **Clinical** | | | | | | |
| ▪ Pilot PK (up to 6 iterations; including dose prop) | ■ | | | | | |
| ▪ Pivotal BE (6 studies) | | ■ | | | | |
| ▪ Abuse Potential (2 studies) | | ■ | | | | |
| **End of Phase 2 Meeting** | | 2Q 2015 | | | | |
| **NDA Submission** | | | 2Q 2016 | | | |
| **Action Date** | | | | 2Q 2017 | | |
| **Launch** | | | | 2Q 2017 | | |



18

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411494

SUBJECT TO FRE 408 AND PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER



# MSR
*Budget*

## R&D

| Department / Budget Item* | 2014 Budget | 2015 Budget | 2016 Budget | 2017 Budget | 2018 Budget | Total 2015 - End |
|---|---|---|---|---|---|---|
| People Cost (1) | $ 3,807,648 | $ 9,020,544 | $ 3,093,584 | $ - | $ - | $ 12,114,128 |
| - Equivalent FTE's | 6.8 | 15.6 | 5.4 | | | |
| **Direct Cost** | | | | | | |
| Clinical | 4,585,000 | 10,665,000 | - | - | - | 10,665,000 |
| Nonclinical | 745,000 | 2,710,000 | - | - | - | 2,710,000 |
| | | | | | | - |
| Other R&D | 291,798 | 496,693 | 1,387,656 | - | - | 1,884,349 |
| Subtotal - Direct Cost | 5,621,798 | 13,871,693 | 1,387,656 | - | - | 15,259,349 |
| **Total R&D** | $ 9,429,446 | $ 22,892,237 | $ 4,481,240 | $ - | $ - | $ 27,373,477 |

*Note:*
 (1) People Cost is based on budgeted FTEs at $578,240 per FTE per year for 2015 and beyond.



19

PUBLICLY FILED PER STIPULATION [ECF 2140]
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411495

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# HCA

*Value Proposition (P&L)*

- Purdue is recognized as the leader in ADF technology.  Our AD products offer an opportunity to reduce abuse of prescription meds while at the same time providing a good return on investment. HCA represents an opportunity to continue that leadership. There are currently no forms of IR hydrocodone/APAP with abuse-deterrent labeling on the market.

- There is the potential for transition from non-ADFs in this class in favor of ADFs

- HCA is being formulated with gelling and aversive excipients and expected to deter intravenous and intranasal abuse

- Expected launch - 2018

- NPV - $54MM



20

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411496

SUBMITTED SUBJECT TO CONFIDENTIAL TREATMENT REQUEST - SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# HCA

## *Provisional Program Milestones*

| Activity | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| **Non-clinical** | | | | | | |
| ■ Final Formulation Selected (15, 30, 60, 100, 200) based on dissolution & preliminary in-vitro testing (no PK studies) | | ◆ 1Q 2015 | | | | |
| ■ In-vitro Abuse Deterrence Testing | | | | | | |
| ■ Stability | | | | | | |
| **Clinical** | | | | | | |
| ■ Pivotal BE (2 studies) | | | | | | |
| ■ Abuse Potential (1 study) | | | | | | |
| **NDA Submission** | | | | ◆ 4Q 2016 | | |
| **Action Date** | | | | | ◆ 4Q 2017 | |
| **Launch** | | | | | ◆ 1Q 2018 | |



21

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411497



# HCA
*Budget*

| Department / Budget Item* | 2014 Budget | 2015 Budget | 2016 Budget | 2017 Budget | 2018 Budget | Total 2015 - End |
|---|---|---|---|---|---|---|
| **R&D** | | | | | | |
| People Cost (1) | $ 1,347,840 | $ 4,250,064 | $ 5,814,203 | $ - | $ - | $ 10,064,267 |
| - Equivalent FTE's | 2.4 | 7.4 | 10.1 | | | |
| | | | | | | |
| **Direct Cost** | | | | | | |
| Clinical | - | 528,850 | 2,600,150 | - | - | 3,129,000 |
| | | | | | | |
| Nonclinical | 200,000 | 325,000 | 675,000 | - | - | 1,000,000 |
| | | | | | | - |
| Other R&D | - | 605,960 | 2,267,109 | - | - | 2,873,069 |
| Subtotal - Direct Cost | 200,000 | 1,459,810 | 5,542,259 | - | - | 7,002,069 |
| | | | | | | |
| **Total R&D** | **$ 1,547,840** | **$ 5,709,874** | **$ 11,356,462** | **$ -** | **$ -** | **$ 17,066,336** |

*Note:*
(1) People Cost is based on budgeted FTEs at $578,240 per FTE per year for 2015 and beyond.



22

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411498

CONTAINS INFORMATION SUBJECT TO
TREAT SUBJECT TO PROTECTIVE ORDER



# US COLLABORATION ON IAC PROJECTS



23

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411499

SUBJECT TO PROTECTIVE ORDER    CONTAINS INFORMATION SUBJECT TO COMMON INTEREST PRIVILEGE.
TREAT SUBJECT TO THE PROTECTIVE ORDER

# Redacted



24

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411500

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Redacted



25

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER.
TREAT SUBJECT TO PROTECTIVE ORDER



# R&D BUDGET



26

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411502

SUBJECT TO CONFIDENTIALITY AND PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal - R&D (Only) Expense

| ($MM's) | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | 2015 vs. 2014 LE |
|---|---|---|---|---|---|
| R&D Spend | $ 279.2 | $ 212.6 | $ 181.8 | $ 135.5 | $ (46.3) |
| R&D as % of Net Sales | 13.6% | 13.9% | 10.1% | 10.5% | 0.5% |
| Headcount (end of year Budget) | 310 | 275 | 154 | 150 | (4) |

| 2014 Budget | | $ 212.6 |
|---|---|---|
| | | Increase/ (Decrease) |
| **MSR** - Slower formulation development; higher expected spend in 2015. | | $ (12.3) |
| **HYD** - Reduced Phase 3 clinical spend in 2014 as prior year spend was higher. | | (11.0) |
| **Targiniq** - Close down of Pain+ OIC studies. | | (17.5) |
| **OCI** - Reduced clinical spend in 2014 as prior year spend was higher. | | (3.5) |
| **ORF** - Acceleration of sNDA filing into 2014. | | 4.0 |
| **HCA** - Vicodin ADF and other new initiatives. | | 4.5 |
| **All Other:** Reduction in underspend estimate offset by organizational changes. | | 5.0 |
| Subtotal | | $ (30.8) |
| 2014 Latest Estimate | | $ 181.8 |

| 2013 Actual | | $ 279.2 |
|---|---|---|
| | | Increase/ (Decrease) |
| **Targiniq** - Pain NDA submission in 2013; Closeout of Pain+ OIC studies in 2014. | | $ (76.7) |
| **HYD** - NDA submission in early 2014; offset by startup of PREA in 2015. | | (47.0) |
| **ORF** - sNDA submission accelerated into 2014. | | (18.3) |
| **OCI** - sNDA submission in 2014. | | (13.9) |
| Redacted | | (17.5) |
| **MSR** - Increase in Phase 1 BE studies based on formulation development in late | | 21.4 |
| **HCA** - Vicodin ADF and other new initiatives. | | 17.6 |
| **BUP** - Increase in develop costs for BE, skin irritation and tech transfer studies. | | 14.5 |
| **All Other** - headcount reductions/restructure in 2014. | | (23.8) |
| Subtotal | | $ (143.7) |
| 2015 Budget Proposal | | $ 135.5 |



27

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411503

  
# 2015 Budget Proposal - R&D (Only) Expense

| | | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | 2015 Budget Proposal Vs. 2013 Actual | |
|---|---|---|---|---|---|---|---|
| | | | | | | $ | % |
| **Discovery and** Redacted**Collaboration** | | $ 40.5 | $ 18.3 | $ 13.9 | $ 8.9 | $ (31.6) | -78.1% | ↓ |
| **Project Development**<br/>(Targiniq, Hysingla, BUP 2nd Gen) | | 136.6 | 103.7 | 75.3 | 27.8 | (108.8) | -79.6% | ↓ |
| **ADF**<br/>(OCI, MS Contin TR, Vicodin) | | 17.2 | 35.6 | 24.4 | 42.3 | 25.1 | 145.3% | ↑ |
| **Pediatric**<br/>(ORF, BUP, Hysingla) | | 35.5 | 27.3 | 32.0 | 16.6 | (18.9) | -53.2% | ↓ |
| **Marketed Products Support** [1] | | 35.1 | 43.8 | 33.8 | 30.7 | (4.4) | -12.5% | ↓ |
| **All Other** [2] | | 14.2 | (16.1) | 2.4 | 9.2 | (5.0) | -35.5% | ↓ |
| | **Total** | $ 279.2 | $ 212.6 | $ 181.8 | $ 135.5 | $ (143.7) | -51.5% | ↓ |
| **R&D as % of Net Sales** | | 13.6% | 13.9% | 10.1% | 10.5% | -3.1% | NA | |
| **FTE Headcount** | | 310 | 275 | 154 | 150 | (160) | -51.6% | ↓ |

**Note 1:** Marketed Products Support includes non development project related spend in Risk Management, Regulatory and Drug Safety.
**Note 2:** All Other includes expenses not specifically allocated to projects and Cranbury Occupancy costs.  It also includes the Underspend Estimate as follows: 2014B = $24.5 mm; 2014LE = $5 mm and 2015B = $3.5 mm.



28

PUBLICLY FILED PER STIPULATION [ECF 2140]

# 2015 Budget Proposal – Project Spend Expense (R&D Only)

| | Clinical | NonClinical | Tech Transfer Transfer | Medical Research | Regulatory | All Other | Direct Total | People Cost Total | Project Total |
|---|---|---|---|---|---|---|---|---|---|
| **BUP Existing** | $ 3,695,767 | $ 331,180 | $ - | $ 348,028 | $ 29,831 | $ 271,667 | $ 4,676,473 | $ 2,417,043 | $ 7,093,516 |
| **BUP 2G** | 9,991,600 | 1,063,225 | 2,450,000 | - | 140,000 | - | 13,644,825 | 7,147,046 | 20,791,871 |
| **BUPAdd** | - | - | - | - | 10,000 | - | 10,000 | 57,824 | 67,824 |
| sub-total | 13,687,367 | 1,394,405 | 2,450,000 | 348,028 | 179,831 | 271,667 | 18,331,298 | 9,621,914 | 27,953,212 |
| **HCA** | 528,850 | 325,000 | 511,329 | - | 94,631 | - | 1,459,810 | 4,250,064 | 5,709,874 |
| **HYD** | 4,785,000 | 500,000 | 83,776 | 954,588 | 199,812 | 436,667 | 6,959,843 | 4,244,282 | 11,204,125 |
| **MSR** | 10,665,000 | 2,710,000 | 441,063 | 5,677 | 49,953 | - | 13,871,693 | 9,020,544 | 22,892,237 |
| **OAG** | 1,550,000 | 242,000 | - | - | 14,986 | - | 1,806,986 | 1,734,720 | 3,541,706 |
| **OCI** | - | 1,250,080 | 212,157 | - | 74,930 | - | 1,537,167 | 289,120 | 1,826,287 |
| **ONU** | - | 75,000 | - | 292,610 | 14,986 | - | 382,596 | 289,120 | 671,716 |
| **ORF** | 200,000 | 153,114 | - | 26,000 | 199,812 | 1,441,667 | 2,020,593 | 2,602,080 | 4,622,673 |
| **VND** | - | - | - | - | 4,995 | - | 4,995 | 115,648 | 120,643 |
| **New Initiatives** | 1,055,000 | 940,000 | 598,343 | - | 189,263 | - | 2,782,606 | 9,089,933 | 11,872,538 |
| **Project Total** | $ 32,471,217 | $ 7,589,599 | $ 4,296,668 | $ 1,626,903 | $ 1,023,199 | $ 2,150,001 | $ 49,157,587 | $ 41,257,424 | $ 90,415,011 |



29

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411505

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# R&D Key Budget Drivers

- Virtual Discovery
- Abuse Deterrence
  - MSR
  - HCA
- Development Projects
  - BUP2G
  - OAG for sleep
- Postmarketing Requirements
  - BUP (including pediatrics)
  - HYD (including pediatrics)
  - ORF
  - Class REMS
  - Class PMR Studies



30

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411506

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# R&D Key Budget Assumptions

- Budget is based on the current work plan
- Budget for in-licensed projects will be addressed prior to project initiation
- Activities not included in the budget
  - Targiniq Launch activities (including epidemiology studies)
  - Targiniq pediatric study (based on request for revision of FDA requirement)
  - VAN or OAG (beyond POC in sleep)
  - BNA
- HCA – BE studies will not be required by FDA
- Organization should be prepared to initiate work on late stage development assets
- No exploratory technology development in Pharmaceutics
- Expecting a 30-40% increase in adverse event (AE) reports from HYD launch and other activities
- DSP will continue to be responsible for processing AEs for the OxyContin Authorized Generic (AG) products as well as all pharmacovigilance activities for Rhodes marketed products



31

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411507

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER



# THANK YOU



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411508

CONTAINS INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER



# BACK-UP MATERIALS



33

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 2015 Budget Proposal - R&D (Only) Expense

($MM's)

**Expense Budget**

| Research and Development: | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | 2015 vs 2014 LE |
|---|---|---|---|---|---|
| Discovery Research | $ 16.4 | $ 14.8 | $ 10.0 | $ 6.3 | $ (3.7) |
| Redacted Collaboration | 2.9 | (1.1) | (0.7) | (1.0) | (0.3) |
| Nonclinical | 40.0 | 30.8 | 27.6 | 22.3 | (5.3) |
| Cranbury Occupancy | 13.1 | 13.8 | 14.7 | 12.1 | (2.6) |
| Tech Transfer | 3.3 | 6.0 | 2.1 | 4.3 | 2.2 |
| Clinical Program | 117.4 | 80.0 | 52.8 | 30.5 | (22.3) |
| Medical Research | 27.9 | 30.4 | 22.9 | 20.2 | (2.6) |
| R&D Innovations | 5.4 | - | - | - | - |
| Outsource Management | 1.2 | 1.4 | 0.9 | 0.6 | (0.3) |
| Project Management | 5.0 | 4.3 | 3.2 | 2.1 | (1.1) |
| Risk Management | 12.6 | 18.0 | 17.6 | 17.6 | 0.0 |
| Regulatory | 15.0 | 19.7 | 18.5 | 9.5 | (9.0) |
| Drug Safety | 8.1 | 8.7 | 7.1 | 6.4 | (0.7) |
| Stamford Occupancy / Depreciation | 10.9 | 10.3 | 10.3 | 8.2 | (2.1) |
| **Total R&D - Gross** | **$ 279.2** | **$ 237.0** | **$ 186.8** | **$ 139.0** | **$ (47.8)** |
| Underspend Estimate | - | (24.5) | (5.0) | (3.5) | 1.5 |
| Targeted Cost Reductions - 2015 | - | - | - | - | |
| **Total R&D - Net** | **$ 279.2** | **$ 212.6** | **$ 181.8** | **$ 135.5** | **$ (46.3)** |

**Headcount**

| | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | 2015 vs 2014 LE |
|---|---|---|---|---|
| Discovery Research | 47 | 7 | 10 | 3 |
| Redacted Collaboration | - | - | - | - |
| Nonclinical | 50 | 35 | 35 | - |
| Cranbury Occupancy | 13 | 8 | 8 | - |
| Tech Transfer | - | - | - | - |
| Clinical Program | - | - | - | - |
| Medical Research | 71 | 44 | 45 | 1 |
| R&D Innovations | - | - | - | - |
| Outsource Management | 7 | 3 | 3 | - |
| Project Management | 17 | 9 | 8 | (1) |
| Risk Management | 14 | 11 | 11 | - |
| Regulatory | 25 | 16 | 15 | (1) |
| Drug Safety | 31 | 21 | 15 | (6) |
| Stamford Occupancy / Depreciation | | | | |
| **Total R&D - Gross** | **275** | **154** | **150** | **(4)** |



34

PUBLICLY FILED PER STIPULATION [ECF 2140]

# 2015 Budget Proposal – R&D Expense (R&D Only)

($MM's)

| | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | 2016 Forecast | 2017 Forecast | 2018 Forecast | 2019 Forecast | 2020 Forecast | 2021 Forecast | 2022 Forecast | 2023 Forecast | 2015-2023 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Butrans:** | | | | | | | | | | | | | |
| BUP - Existing Strengths | $ 8.6 | $ 7.3 | $ 8.0 | $ 7.1 | $ 6.0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13.1 |
| BUP - Add'l Strengths | 4.1 | 1.4 | 1.4 | 0.1 | 0.1 | - | - | - | - | - | - | - | 0.1 |
| BUP - 2G | 0.9 | 6.1 | 6.1 | 20.8 | 3.8 | 0.1 | - | - | - | - | - | - | 24.7 |
| Total | 13.5 | 14.8 | 15.5 | 28.0 | 9.9 | 0.1 | - | - | - | - | - | - | 38.0 |
| HYD (1) | 58.2 | 39.2 | 28.2 | 11.2 | 8.4 | 6.8 | 0.1 | - | - | - | - | - | 26.5 |
| Targiniq (2) | 77.4 | 58.4 | 40.9 | 0.7 | - | - | - | - | - | - | - | - | 0.7 |
| Oxy ADIR (OCI) (3) | 15.7 | 13.9 | 10.4 | 1.8 | - | - | - | - | - | - | - | - | 1.8 |
| Oxycontin | 22.9 | 18.6 | 22.6 | 4.6 | 1.8 | - | - | - | - | - | - | - | 6.5 |
| Redacted | 3.9 | 0.6 | 2.0 | 3.5 | - | - | - | - | - | - | - | - | 3.5 |
| | 12.8 | - | 2.3 | 0.1 | - | - | - | - | - | - | - | - | 0.1 |
| | 4.4 | 4.0 | 0.4 | - | - | - | - | - | - | - | - | - | - |
| MS Contin Reformulated (Abuse Deterrent) (4) | 1.5 | 21.7 | 9.4 | 22.9 | 4.5 | - | - | - | - | - | - | - | 27.4 |
| Redacted | 1.1 | 4.6 | 3.5 | - | - | - | - | - | - | - | - | - | - |
| HCA - Hydrocodone APAP (Vicodin ADF) | - | - | 1.5 | 5.7 | 11.4 | - | - | - | - | - | - | - | 17.1 |
| New Initiatives | - | - | 3.0 | 11.9 | 18.9 | 2.6 | - | - | - | - | - | - | 33.4 |
| **Total Development Projects** | **211.7** | **175.8** | **139.8** | **90.4** | **54.9** | **9.5** | **0.1** | **-** | **-** | **-** | **-** | **-** | **154.9** |
| Project Support (5) | 16.0 | 2.6 | 3.2 | 11.6 | 10.0 | 5.0 | - | - | - | - | - | - | 26.6 |
| Discovery Support (6) | 16.4 | 14.8 | 10.0 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 56.3 |
| **Total Available for Project Support & New Initiatives** | **32.4** | **17.4** | **13.2** | **17.9** | **16.3** | **11.3** | **6.3** | **6.3** | **6.3** | **6.3** | **6.3** | **6.3** | **82.9** |
| **Market Support (7)** | **35.1** | **43.8** | **33.8** | **30.7** | **30.7** | **30.7** | **30.7** | **25.7** | **15.7** | **5.7** | **5.7** | **5.7** | **181.7** |
| **Underspend Estimate** | | (24.5) | (5.0) | (3.5) | 3.5 | - | - | - | - | - | - | - | |
| **Total R&D** | $ 279.2 | $ 212.6 | $ 181.8 | $ 135.5 | $ 105.4 | $ 51.5 | $ 37.1 | $ 32.0 | $ 22.0 | $ 12.0 | $ 12.0 | $ 12.0 | $ 419.5 |
| **R&D Expense As A % of Net Sales** | 13.6% | 13.9% | 10.1% | 10.5% | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | |

**Note 1:** Includes Pediatric PREA expense.
**Note 2:** Excludes Pediatric PREA expense.
**Note 3:** Includes all expenses through NDA submission and review period.
**Note 4:** Assumes spend through FDA filing.
**Note 5:** Project Support includes spend in Medical Research, Nonclinical and Project Management not specifically allocated to projects. It also includes Cranbury Occupancy. Reduced to $0 after 2017 as projects reach completion.
**Note 6:** Discovery Support excludes Cranbury occupancy costs included in Project Support.
**Note 7:** Market Support includes non project related spend in Risk Management, Regulatory and Drug Safety. It also includes Stamford Occupancy.



35

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411511

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTION
TREAT SUBJECT TO PROTECTIVE ORDER



# A PROPOSED STRATEGY FOR VIRTUAL DISCOVERY AT PURDUE



36

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONTAINS INFORMATION SUBJECT TO PROTECTION UNDER PROTECTIVE ORDER.
TREAT SUBJECT TO PROTECTIVE ORDER

# Purdue's <u>Internal</u> Research Is Focused And Optimally Virtual

- Internal research is strictly directed towards biased opioids with a goal to file an IND in the US in Q1 2015.

- Internal experimental capability centers on novel molecules, assays, and animals that give competitive advantage.

- Agreements with multiple CROs and academic laboratories provide additional access to routine capabilities as needed.



37

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411513

SUBJECT TO PROTECTIVE ORDER
CONTAINS INFORMATION DESIGNATED BY NON-DEBTORS:
TREAT SUBJECT TO PROTECTIVE ORDER

# Purdue's External Virtual Discovery Sciences

- Goal:
  - Establish an external network of research & development, matching a small in-house staff with premier science and innovation around the world.
    - Steady delivery of high quality business opportunities
    - Not limited to pain or stage of development
    - Must be competitive

- Strategy:





38

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411514

PARTIALLY REDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Being Competitive…

NEW PATENTS
SCIENTIFIC PUBLICATIONS
INSTITUTIONAL FUNDING
PUBLIC HEALTH & POLICY TRENDS
PURDUE VIRTUAL DISCOVERY SCIENCES
SCOUTING ACTIVITIES
MUNDIPHARMA BUSINESS INTEL
PHARMIT
SACKLER INSTITUTES

- Purdue has unique capabilities that will enhance the efficiency of our processes while creating a competitive business advantage.
  - Re-purposed informatics/visualization systems
  - Sackler Institutes provide head-start access to top Universities
  - Mundipharma's existing science network in Europe & beyond.

PURDUE

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER.
TREAT SUBJECT TO PROTECTIVE ORDER

# Deliverables

- Provide analytics & science content that can inform the Purdue licensing strategy

- Identify attractive opportunities early & facilitate increased number of deals for Purdue

- Provide enhanced scientific diligence & competitive analysis

- Elevate the stature of Purdue as a partner of choice & help expand our portfolio



40

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411516

INITIALLY FILED UNDER SEAL PROFESSIONALS' EYES ONLY SUBJECT TO PROTECTION.
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal Technical Operations







**David Lundie**

**November 3, 2014**

CONFIDENTIAL

File Name: 2015 Budget – Tech Ops – Board – D. Lundie – Nov. 2014

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411517

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Technical Operations

Includes: Manufacturing, Quality, Supply Chain, Distribution, Pharmaceutical Technology and Packaging Design & Development



Redacted

**David Lundie
VP, Technical Operations**

- **Joseph Northington
Head of Quality
Hire Date: 2011**
- **Monte Phipps
Executive Director, Supply Chain Management
Hire Date: 2013**
- **Donogh McGuire
Executive Director, Plant Manager – Wilson
Hire Date: 2012**
- **Jack Hoblitzell
Director, Pharmaceutical Technology
Hire Date: 2013**
- **David Richiger
Executive Director, Project Planning & Management
Hire Date: 1998**

## *2014 Notable Events*

### Compliance
- DEA, FDA – Zero comments / 483 citations
- FM Global Risk top rating - 100% for 4th year

### Customer Service: 34% volume increase
- **Purdue**
  - OxyContin, plus Settlements
  - Butrans 7.5mcg and West Caldwell qualified
  - Hysingla ER in Q3/Q4 2014
- **Rhodes - Manufacture, Supply, Distribution**
  - MSER. Launched OxyIR and Oxy APAP
  - Supply Chain Excellence Award - 3rd Year
- **Mundipharma**
  - Registered in 21 markets and launches in 5

### Cost and Continuous Improvement
- Avoided 44 FTE's - Scale-up OxyIR, MSER, Oxy APAP, Packaging optimization. IT Systems
- Tablet Conversion cost down 8% year-over-year

### Project Breeze- New Facility
- Major steps on restructuring to a single Technical Operations (Tech Ops) Hub
- Treyburn on schedule and within budget

**PURDUE**

2

PUBLICLY FILED PER STIPULATION [ECF 2140]

# 2015 Budget Assumptions, Risks and Sensitivities

**Purdue**
- OxyContin and launch of Hysingla ER and OCI (Oxycodone IR- ADF)
- Butrans 2nd Generation and higher strength filings. No significant change in OTC
- ADF / R&D Development Work: Morphine (MSR) and Hydrocodone (HYD) APAP.  Dilaudid technology transfer to Wilson

**International Associated Companies (IAC's) / Mundipharma**
- Registration and Launch of OxyContin New Formulation (ONF) in new markets
  - Increasing 147% from 17 to 42 markets
- Poised to support Oxy IR-ADF and Hysingla ER: Canada, APAC, MEA and LATAM

**Rhodes**
- Continued supply of Oxy IR, Oxy APAP, MSER.  Increased distribution volume from Wilson
- Development: Hydromorphone ER, HYD APAP, Oxy APAP, MSER and transdermals

**Major Process / Cost Improvements**
- Tech Ops Hub: Totowa - close mid-2015.  Treyburn - project on schedule with occupancy mid-2015
- Bulk Material handling, Serialization requirements, Packaging efficiency and Scale-up Oxy IR-ADF

**Budget Risks and Sensitivities**
- **Rhodes Pharma (RP) Volume:**  MSER, Oxy IR and Oxy APAP contribution - $16 mm
- **OCI Strategy:** assumed 1:1 switch-out with Oxy IR for the Oxy IR-ADF version on FDA approval
- **Inventory Write-offs and Variances**: $8 mm total - $4 mm oxycodone revaluation of Rhodes Technologies supplied API and $4 mm finished goods write–off of which Butrans comprises $1 mm



3

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411519

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER -
TREAT SUBJECT TO PROTECTIVE ORDER

# Cost of Goods Sold Summary

| ($MM's) | 2013 Actual | 2014 Latest Estimate | 2015 Budget Proposal | |
|---|---|---|---|---|
| Material | $ 75.7 | $ 73.4 | $ 48.2 | (1) |
| Labor & Overhead | 66.7 | 64.8 | 56.2 | (2) |
| **Total Direct COGS** | $ 142.4 | $ 138.2 | $ 104.3 | |
| Inventory W/O's and Variances | $ 3.9 | $ 4.9 | $ 8.3 | (3) |
| **Subtotal Cost of Goods Sold** | $ 146.3 | $ 143.0 | $ 112.7 | |
| Rhodes Pharma / Mundi Recovery | (8.2) | (16.8) | (19.7) | (4) |
| **Total Cost of Goods Sold** | $ 138.1 | $ 126.2 | $ 93.0 | |
| **% of Gross Sales** | 5.0% | 4.9% | 4.6% | (5) |
| **% of Net Sales** | 6.7% | 7.0% | 7.2% | |

## 2015 Budget vs. 2013 Actual

(1) **Material Cost Reductions Down 36%:** Driven by - lower sales ($20.5 mm), reduced oxycodone pricing ($5.9 mm), and Procurement savings ($1.1 mm).

(2) **Lower Labor and Overhead;  Down $10.5 mm** - Tech Ops Hub synergies & Totowa reductions, Operational Efficiencies.

(3) **Inventory Write-Off's Increased $4.4 mm**; Oxycodone revaluation - $4.3 mm.  Butrans qualify second source  API $1.0 mm.

(4) **Rhodes and Mundipharma Overhead Recovery -  up $11.5 mm**  - tablet volumes increase 103% over 2013.

## (5) Bottom-Line: COGS as a % of Gross Sales has decreased 8%; from 5.0%  to 4.6%.

- Note that while material, labor and overhead costs continue to decrease through cost savings initiatives, and the Rhodes/Mundipharma overhead contribution grows, the reduction in Net Sales out paces these reductions.



4

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411520

# Tablet Manufacturing Summary

**Tablets in MM's**

| | | 2013 Actual | 2014 Latest Estimate | 2015 Budget Proposal | 2015 Budget Proposal vs. 2013 Actual | |
|---|---|---|---|---|---|---|
| | | | | | Total | % Change |
| **Purdue** | OxyContin | 430 | 361 | 354 | (76) | -18% |
| | Hysingla | - | 3 | 6 | 6 | 100% |
| | MS Contin | 2 | 6 | 1 | (1) | -57% |
| | **Total Purdue** | **432** | **370** | **361** | **(71)** | **-16%** |
| **Mundipharma/ IAC's** | **OxyContin** | **11** | **73** | **40** | **29** | **262%** |
| **Rhodes** | MSER | 304 | 277 | 262 | (42) | -14% |
| | Oxy IR | - | 63 | 148 | 148 | 100% |
| | Oxy APAP | - | 76 | 189 | 189 | 100% |
| | **Total Rhodes** | **304** | **416** | **599** | **295** | **97%** |
| **Total Commercial Tablets** | | **747** | **859** | **1,000** | **253** | **34%** |

---

**2015 Total Tablet Volume Versus 2013 Actual**
- *Purdue* - **Commercial volume down 16%:** OxyContin and limited volume for Hysingla ER in 2015.
- *Mundipharma / IAC's* - **Tablets up 262%;**. Initial supply to Australian market (2014) replaced with registration of 42 international markets (Middle East / Africa, Asia Pacific and Latin America).
- *Rhodes Pharmaceuticals (Generic)* - **Tablets up 97%;** underlying MSER high volume plus Oxy IR and Oxy APAP launches.

## Bottom Line: 34% Increased Activity



5

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411521

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Third Party Supply Chain and Packaging Metrics

| | 2013 Actual | 2014 Latest Estimate | 2015 Budget Proposal |
|---|---|---|---|
| External Batches | 506 | (16%) → 445 | 423 |
| International SKUs | 46 | 237% → 63 | 155 |
| International Territories | 17 | 147% → 21 | 42 |
| Total Units Distributed - Wilson | 9.3 | 29% → 11.3 | 12.0 |
| Approved Headcount | 34 | (9%) → 33 | 31 |
| Labor & OH Spending ($MM's) | $6.2 | (8%) → $6.0 | $5.7 |

Budget Drivers

Budget Costs

***Supply Chain Productivity with Increasing Complexity:***

**Activity Changes 2013 vs. 2015**
- International SKUs and territories increasing 237% and 147% respectively
  - Conversion from OxyContin classic to ONF
  - Conversion from bottles to blister packs

- Introduction of Rhodes Oxy APAP and Oxy IR, and International ONF blisters equates to 80+ batches at our third party packagers

**Costs**
- Less headcount, lower labor and overhead cost (-8%) due primarily to efficiency gains realized as we move to single Tech Ops Hub in NC

**International Complexity**
- Multiple languages, regional distribution partners and different Regulatory requirements
- Market serialization requirement



6

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411522

OMITTED PURSUANT TO CONFIDENTIAL TREATMENT PROVISION
TREAT SUBJECT TO PROTECTIVE ORDER

# Quality Control Metrics

| | 2013 Actual | 2014 Latest Estimate | 2015 Budget Proposal |
|---|---|---|---|
| Total Batches | 1019 | *(16%)* 833 | 858 |
| Routine Testing (# of LIMS tests) | 7,806 | 6,844 | 8,469 |
| Stability/Development Tests (# of tablets tested) | 1,307 | Note 1 5,317 | 1,418 |
| Total Testing Activity (# of LIMS tests + # of NR tablets tested) | 9,113 | 12,161 Note 2 | 9,887 |
| Test/Analyst | 480 | 579 | 449 |
| Audits | 71 | 50 | 50 |
| Approved Headcount | 73 | 69 | 70 |
| Labor & OH Spending $MM | $11.7 | *(6%)* $10.9 | $11.0 |

Budget Drivers

Budget Costs

## QC Sample Testing

**Note 1:** Increase of 4,000 tests driven by FDA guidance on testing for Hysingla ER, OxyAPAP and OxyIR launches

**Note 2 :** Tablet volumes and complexity increasing since 2013 - mitigated by impact of Batch Scale-up (X6 fold) reduces samples by 4,230 or 43% in 2015

Lab investigations/ total tests improved: 0.68% to 0.23%

### 2015 Efficiency Initiatives
**Quality Control**
- Computerized Systems, Robotics and Sample Preparation Improvements (3.0 FTE's)
- Test / Analyst shift caused by increasing equipment changeovers due to product mix

**Quality Assurance**
- Streamline - Auditing, Complaints and Adverse Events: **$650k annual savings**

## QC Costs Down 6%



7

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411523

CONTAINS MATERIAL SUBJECT TO PROTECTIVE ORDER — TREAT SUBJECT TO PROTECTIVE ORDER

# Wilson Operations Metrics

| Wilson | 2013 Actual | 2014 Latest Estimate | 2015 Budget Proposal |
|---|---|---|---|
| Commercial Tablets (mil) | 747 | 859 (34%) | 1000 |
| Mfg. SKU's | 55 | 113 | 136 |
| Development Batches | 93 | 70 | 129 |
| Headcount | 202 | 206 (3%) | 209 |
| Labor & OH Cost $MM | $37.3 | $39.8 | $39.9 |
| Commercial Batches | 513 | 388 | 434 |
| Tablet Conversion Cost (cents) | $0.050 | $0.046 (20%) | $0.040 |
| MM's Tablets Per FTE | 3.7 | 4.2 (30%) | 4.8 |

Budget Drivers

Budget Costs

Operational

### 2013-2015

**Tablet increase 34%**

**Total headcount up only 3% due to:**
- 63 FTE's avoided via efficiency projects
- Productivity / FTE up 30%

**Yield increases** continue to provide a **$1.8 mm savings** annually

**RP Partnership**
- Growing the 2015 expected manufacturing contribution to **~ $16 mm** resulting in lower cost to Purdue's P&L

**Tablet conversion cost comes down 20%**



8

PUBLICLY FILED PER STIPULATION [ECF 2140]
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
PPLP004411524

ORIGINAL DOCUMENT CONTAINS CONFIDENTIAL INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Technical Operations Headcount Summary

| | 2013 Approved | Tech Ops Hub Synergies & Restructure | Unbudgeted Oxy IR Changes | 2014 Latest Estimate | Tech Ops Hub Synergies Realized | 2015 Board Requests | 2015 Proposed Budget |
|---|---|---|---|---|---|---|---|
| Wilson | 108 | -7 | 9 | 110 | 0 | 1 | 111 |
| Total Quality | 107 | -11 | 3 | 99 | 0 | 1 | 100 |
| Supply Chain | 28 | 0 | 0 | 28 | -3 | 0 | 25 |
| IT | 24 | 0 | 0 | 24 | 0 | 0 | 24 |
| Pharm Tech, Package Design & All Other | 24 | -4 | 0 | 20 | -1 | 1 | 20 |
| Totowa | 18 | -13 | 0 | 5 | -5 | 0 | 0 |
| **Total Tech Operations** | **309** | **-35** | **12** | **286** | **-9** | **3** | **280** |

**Headcount: 29 FTE Reduction**

**Activity: + 34%**
**Complexity (SKU's): Mundipharma + 237% and Rhodes +317%**

---

**Headcount: Down 29 - 2013 Approved to 2015 Budget**
- Driven by process optimization, Tech Ops Hub synergies, and improved Quality systems

**2015 Headcount Requests: 3**
- Manufacturing Shift Supervisor
- Lab - DEA Accountability
- Packaging Development & Design - Projected Rhodes and Mundipharma SKU volume / complexity

---



9

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411525

# Technical Operations Budget - 2015 Summary Major Deliverables

## Compliance: Sustained Commitment
✓ Positive Regulatory position with respect to cGMP, DEA, FM Global and EHS functions
✓ Inspection Readiness (LATAM, APAC, MEA, REMs, Oxy IR-ADF  Pre-Approval Inspection)

## Customer Service: Optimize Pain, Preferred Partner and Commercial Excellence
✓ Maintain >99% Delivery Performance for existing Purdue, Mundipharma and RP products
✓ Ensure Launch Supply of Hysingla ER, OCI (Oxycodone IR-ADF). Support ADF programs

## Cost: Lean Operating Structure Outcomes  from Start of 2014 to Budget 2015
✓ Tablet Volume; + 34%                    - Number batches down by 15%
✓ Total COGs; Down $45 mm                - Down 33% from $138 mm to $93 mm
✓ Labor and O/H; Down $10.5 mm           - Reduced by 16%
✓ Tablet Conversion Cost; 4.0 cents      - Down 20%
✓ Tech Ops FTE's; Down 29 FTE's          - Avoided / Reduced 107 FTE's over the period
                                            ✓ Continuous Improvement Initiatives (-63 FTE)
                                            ✓ Restructuring / Tech Ops Hub (- 44 FTE)

## Strategic Initiative: Project Breeze and Technical Operations Hub
✓ Treyburn Operational: Certificate of Occupancy in July 2015
✓ Equipment and Facility Qualified - complete by end 2015



10

PUBLICLY FILED PER STIPULATION [ECF 2140]

# Back-Up Slides

- Benchmarking Performance
- Project Breeze and Technical Operations Hub Strategy Summary
- Third Party Manufacturing Batch Plan
- Headcount Detail



11

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONTAINS INFORMATION SUBJECT TO PROTECTION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Benchmarking: Technical Operations

| Measure | 2014 | Industry Average | Industry Best |
|---|---|---|---|
| On Time Delivery | 99.6% | 97.0% | 99.3% |
| Shipped Complete | 100.0% | 97.0% | 99.7% |
| Right First Time | 93.8% | 85 - 95% | 99.4% |
| Schedule Attainment | 100% | 92.0% | 97.0% |
| OEE (Overall Equip. Effectiveness) | 37.0% | 29.0% | 39.0% |
| FM Global Rating | 87 | 55 | 87 |
| FDA (% of companies with 483s) | 0% | 23% | 0% |

| Wilson - Internal Cost / Efficiency Metrics | 2011 | 2012 | 2013 | 2014 LE | 2015 B |
|---|---|---|---|---|---|
| Tablet Conversion Cost (cents) | $0.073 | $0.063 | $0.050 | $0.046 | $0.040 |
| Millions Tablets per FTE | 2.6 | 3.1 | 3.7 | 4.2 | 4.8 |
| Manufacturing Yields: ONF/ OTR | 96.4% | 98.0% | 97.8% | 97.8% | 97.8% |
| Manufacturing Yields: MSER | 95.6% | 96.5% | 96.2% | 97.0% | 97% |

✓ *Positive trends on all key metrics*



12

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411528

CONTAINS INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Technical Operations Hub

## Interim Review of Projected Operating Costs



**Treyburn Site  - April 2014**



13

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411529

TREAT SUBJECT TO PROTECTIVE ORDER

# Impact of Tech Ops Hub
# Manufacturing Strategy on Operating Costs and Efficiency

|  | <u>2011</u><br>Tech Ops Hub<br>Approved<br>Wilson & Totowa | <u>2014</u><br>Current<br>Wilson + Totowa<br>as back up | <u>2018</u><br>Wilson & Treyburn<br>Tech Ops Hub<br>Fully Operational |
|---|---|---|---|
| **Labor and O/ H for Manufacturing Sites** | $50.4 mm | $47.9 mm | $65.4 mm |
| **Operational Headcount (Manufacturing Sites)** | 214 | 213 | 299 |
| **Tablet Capacity** | 1.2B tablets | 1.2B tablets | 1.8B tablets |
| **Tablet Volume** | 490 mm | 859 mm | 1.5 B |
| **MM's tablets per total Operations FTE** | 2.3 | 4.0 | 6.2 |
| **Tablet Conversion cost** | **10 cents** | **5.6 cents** | **3.5 cents** |
| **IAC Tablet Volume** | 174 mm | 489 mm | 1.5 B |
| **IAC Overhead Contribution** | $2.7 mm | $16.3 mm | $30.3 mm |
| **Purdue Net Overhead After IAC Contribution** | **$47.7 mm** | **$31.6 mm** | **$35.4 mm** |

---

## Impact of Technical Operations / Hub Strategy
- **Tablet Conversion Cost:** 10 cents to a projected 3.5 cents (Models in 2011 predicted 4.5 cents)
- **Net overhead for manufacturing after IAC contribution:** $47.7 mm to $35.4 mm



14

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411530

# Project Breeze Summary

**Project Approved for $67.5 on July 25, 2013**

- Project Spend to Date                      $21.2 mm
- Open Commitments                           $31.3 mm
- Total Spend / Committed                     $52.5 mm
- Available to Spend / Commit                 $15.0 mm

- Project is on track to be delivered on time and within budget
- Certificate of Occupancy is expected by July 1, 2015
- Engineering and Qualification staff going from 10 to 32 FTE's in 2015
- IT infrastructure group is scheduled to move into the facility in 4Q 2015
- Equipment and facility qualification to be completed by year end 2015





15

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411531

# Project Breeze Progress 2014



Jan

Feb

Apr

May

Jul

Aug







PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411532

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Totowa Transition and Technical Operations Hub

- **Totowa Transition**
  - 2015 budget assumes Totowa sold by June 30, 2015
  - Q1 2015 key Totowa equipment will begin being transitioned to new facility in Durham, NC
  - Site spending continues to decline:
    - 2012            $12.4 mm
    - 2013            $10.8 mm       ($1.6 mm)
    - 2014 LE          $8.1 mm       ($4.3 mm)
    - 2015 Budget      $5.6 mm       ($6.8 mm)
- Detailed plans are being put in place to facilitate a quick transition of the site to a new owner should an offer be finalized
  - ~ $500K spend savings per month
- Headcount synergies continue to be realized as roles transition from Totowa to the NC Tech Ops Hub



17

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
TREAT SUBJECT TO PROTECTIVE ORDER

# Third Party Manufacturing Batch Plan



18

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONTAINS INFORMATION SUBJECT TO A PROTECTION TREAT SUBJECT TO PROTECTIVE ORDER

# Third Party Manufacturing Batch Plan

| Product | 2013 Actual | 2014 Latest Estimate | 2015 Budget Proposal | 2015 Budget Proposal vs. 2013 Actual |
|---|---|---|---|---|
| Betadine/Betasept | 143 | 152 | 138 | (5) |
| Senokot | 83 | 57 | 49 | (34) |
| Dilaudid | 92 | 27 | 24 | (68) |
| Colace/Peri-Colace | 72 | 43 | 38 | (34) |
| Butrans | 38 | 23 | 28 | (10) |
| OxyContin blisters | 33 | 29 | 27 | (6) |
| Mundi ORF (Blisters) | - | 69 | 65 | 65 |
| Rhodes Blisters | - | 4 | 15 | 15 |
| Intermezzo | 8 | 3 | 0 | (8) |
| Slow-Mag | 37 | 40 | 39 | 2 |
| **Total External Mfg** | **506** | **445** | **423** | **(83)** |
| | | | **% change** | **-16%** |

**Third party batch plan decreasing over 2013 Actual (16%) driven mainly by:**
- Senokot, Colace and Peri-Colace promotions and technology transfers in 2013
- Reduced Dilaudid inventory

**Rhodes and International packaging requirements increasing in 2014 / 2015**



19

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411535

HIGHLY CONFIDENTIAL — SUBJECT TO
TREAT SUBJECT TO PROTECTIVE ORDER

# Headcount



20

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411536

CONTAINS INFORMATION SUBJECT TO PROTECTION
TREAT SUBJECT TO PROTECTIVE ORDER

# Technical Operations – Headcount By Function

| | 2013 Approved | 2014 Latest Estimate | 2015 Budget Proposal | Variance |
|---|---|---|---|---|
| **Wilson** | 108 | 110 | 111 | 3 |
| **Quality COGS** | 73 | 69 | 70 | (3) |
| **Supply Chain** | 28 | 28 | 25 | (3) |
| **IT** | 24 | 24 | 24 | - |
| **Pharm Tech** | 13 | 12 | 12 | (1) |
| **PD&D** | 6 | 5 | 6 | - |
| **Other** | 5 | 3 | 2 | (3) |
| **Totowa** | 18 | 5 | - | (18) |
| **Total COGS Headcount** | **275** | **256** | **250** | **(25)** |
| | | | | |
| **Corp Quality** | 34 | 30 | 30 | (4) |
| | | | | |
| **Total Tech Ops Headcount** | **309** | **286** | **280** | **(29)** |

29 FTE Reduction



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411537

# Lean Operating Structure: Continuous Improvement Initiatives and Restructuring to Technical Operations Hub 2013 -2015



**Wilson Commercial Plan – 2014 Impact of MSER and Oxy APAP Scale up-optimization on Batch Count**

29% reduction in batches

55% reduction in batches

- 739
- 494
- 159
- 112, 112, 112

2014 MSER & OAP Not Scaled Up | 2014 w/MSER Scaleup | 2014 w/MSER and APAP Scaleup

■ Rhodes Volume  ■ Purdue Volume

| Headcount Reductions Due to Process Optimization (Note 1) | 2013-2014 | 2015 Budget Proposal | Total |
|---|---|---|---|
| Packaging lines, QC automation and DEA oversight improvements, Lab systems. RF Scanning | 12.7 | 4.1 | 16.8 |
| MSER, Oxy IR & Oxy APAP Scale-up Optimization | 31.0 | | 31.0 |
| OCI (Oxy IR–ADF) Scale-up x6 and Optimization | | 15.3 | 15.3 |
| **Total** | **43.7** | **19.4** | **63.1** |

**(Note 1)** Excludes OxyContin X6 fold Scale –up, completed prior to 2014



## Impact of Tech Ops Hub Synergies

Treyburn

| Tech Ops Hub Restructuring | 2013-2015 FTE Reductions |
|---|---|
| Totowa | 18 |
| Quality | 11 |
| Wilson | 7 |
| Supply Chain | 3 |
| Pharm Tech / Other | 3 |
| IT/ HR/ Finance/ EHS | 2 |
| **Total FTE's** | **44** |

**Grand Total: Elimination of 107 FTE's**

PUBLICLY FILED PER STIPULATION [ECF 2140]
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411538

SUBJECT TO INITIAL DOCUMENT CONTAINS INFORMATION CONFIDENTIAL PROFESSIONALS' EYES ONLY AS TO WHICH PLAINTIFFS SHALL TREAT SUBJECT TO THE PROTECTIVE ORDER

# 2015 Budget Submission



**Susie Robinson**

**2015 People Programs**

**November, 2014**

File name: 2015 Budget Planning – HR Admin Services EHS

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411539

CONFIDENTIAL - SUBJECT TO PROTECTION
TREAT SUBJECT TO PROTECTIVE ORDER

# Contents

1. **My First 60 Days**

2. **Executive Summary**

3. **2014 Achievements**

4. **The Health of our Workforce**

5. **2015 Objectives**

6. **2015 Budget**



2

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411540

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# My First 60 Days

- **There is collective confidence that it is an exciting time in Purdue's evolution**

- **The organization is well positioned for change**

- **HR is transforming itself to align with the new business strategy and meet the current and future needs of the business**



3

3

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411541

CONTAINS PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Executive Summary

■ **In 2015, we will have three areas of focus that are also reflected in our budget proposal:**

❑ Talent Management Capabilities and Programs

❑ HR initiatives that help to advance our business strategy and transformation agenda

❑ Cost discipline – lower costs, greater value



4

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411542

CONTAINS INFORMATION SUBJECT TO PROTECTION. TREAT SUBJECT TO PROTECTIVE ORDER

# Our Must Wins: 2014 Achievements

■ **Recruit, Retain & Engage the Best People**

- ❑ Implement Talent Capabilities Assessment
- ❑ Redesign Performance Management Program

■ **Adopt a Lean Operating Structure**

- ❑ Benefits Plan Changes and Cost Reductions
- ❑ Organizational Structure Redesign & Downsizing
- ❑ Real Estate Optimization & Reduction
- ❑ Support the EHS requirements of new equipment implementations and plant closing



5

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411543

SUBMITTED PURSUANT TO PROTECTIVE ORDER; SUBJECT TO COMMON INTEREST. COURT TO
TREAT SUBJECT TO PROTECTIVE ORDER

# Benefits: 2015 Strategy and Changes

- **Strategic Approach**
  - ❑ A benefits offering that reflects our culture and diverse workforce
  - ❑ Emphasis on employee ownership of decisions
  - ❑ High level of quality and value
  - ❑ Automated and streamlined
  - ❑ Increased focus on preventative healthcare

- **Cost Approach**
  - ❑ Appropriate and competitive cost sharing model (70% employer paid /30% employee paid)
  - ❑ All programs and providers were marketed and aggressively negotiated

- **2015 Plan Changes**
  - ❑ Post-65 Retiree Medical Benefits
    - ■ Program eligibility continued for active employees maintained in the PPLP Pension Plan and eliminated for all other employees
    - ■ Implemented Retiree Spending Account model
      - ❑ Spending account model provides $2,500 per covered participant
      - ❑ Reduction of accrued liability for this benefit (Accrual reduced by $25 million)
      - ❑ Reduces on-going accounting expense by $6 million per year
  - ❑ Employee Medical Benefits Program
    - ■ Consumer Directed Health Plan Option
      - ❑ Tax deferred Health Savings Account with employer contribution
      - ❑ This Consumer Directed model will lead to lower overall expenses due to increased claim cost awareness and management by participants.



6

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER — TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Projected Employee Benefit Plan Expenses

| | Average Cost per Employee[1] | | | Total Annual Cost[1] |
|---|---|---|---|---|
| | 2013 | 2014 Budget | 2015 Budget | 2015 Budget |
| Medical / Welfare | $14,908 | $15,498 | $17,005 | $30.0 million |
| Retirement | $23,712 | $19,596 | $18,264 | $32.4 million |
| Total | $38,620 | $35,094 | $35,269 | $62.4 million |
| Change vs. Prior Year | | -9.1% | 1.4%[2] | -1.5% |
| Medical Plan Cost Share Ratio | 78%/22% | 73%/27% | 70%/30% | |

-14.1% decrease from 2013

**We are maintaining well-run, competitive and cost-predictable plans**

**Medical Inflation in 2015 is projected to be 8%**

[1] Includes Rhodes
[2] Population decreased 2.9%



7

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411545

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER.
TREAT SUBJECT TO PROTECTIVE ORDER

# Human Capital Metrics

- ## We are **right-sizing** the Organization
  - Company headcount trending downward from 1767 in 2013 to 1504 proposed for 2015

- ## We are **hiring** talented people
  - Hired and onboarded 122 new colleagues so far this year

- ## The **workforce** is stable, yet dynamic
  - Voluntary Turnover is 9.5% vs. the industry benchmark of 10%

- ## Our colleagues are very **engaged**
  - Despite the high level of change, cost containment, and restructuring over the past year, our recent Pulse Survey[1] results show a high level of engagement.
    - 99% understand how their role contributes to achieving business objectives
    - 99% understand Purdue's strategy of Compete, Win and Grow
    - 93% are proud to tell people where they work
    - 90% indicate they have the tools to do their job effectively
    - 87% are confident that our strategy will lead to growth and increased profitability
    - 80% feel valued for the work they do
    - 80% indicate their Manager inspires them

> **In 2015, we will implement a People & Workforce Dashboard**



[1]Results are preliminary with 579 respondents

8

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411546

CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER
Pg 180 of 249

# Our Must Wins: 2015 Objectives

- **Recruit, Retain and Engage the Best People**
  - ❑ Strategic and operational Talent programs are our main focus
    - Talent Capabilities Assessment
    - New Recruiting Model
    - Colleague Onboarding Program
    - Diversity and Inclusion Program (Women's Network, other Affinity Group?)
    - New Performance Planning Program
  - ❑ Communications
    - Build a new Intranet Site
    - Create a Human Capital Dashboard
  - ❑ Total Rewards
    - Communicate our Total Rewards Philosophy
    - Assess competitiveness of our Compensation and Benefits programs
    - Compensation aligned with strategic goals and outcomes
    - Cost-efficient benefits programs that promote health & wellness

- **Adopt a Lean Operating Structure**
  - ❑ HR Org Design
  - ❑ Technology enabled Objective Planning & Measurement
  - ❑ HR Project Management Office
  - ❑ Facilities Optimization



9

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONTAINS PROFESSIONAL EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal:  HR, Admin Services, EHS

| | $'s | | | | | Headcount | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2013 Actual | 2014 Budget | 2015 Proposed | % Variance to 2013 | % Variance to 2014 | 2013 Actual | 2014 Budget | 2015 Proposed | % Variance to 2013 | % Variance to 2014 |
| Human Resources | 6,979,698 | 5,993,260 | 5,645,410 | -19% | -6% | 27 | 23 | 21 | -22% | -9% |
| EHS | 3,123,966 | 3,104,470 | 2,640,987 | -15% | -15% | 8 | 7 | 6 | -25% | -14% |
| Admin Services | 26,894,151 | 25,176,077 | 24,703,039 | -8% | -2% | 34 | 30 | 29 | -15% | -3% |
| | 36,997,816 | 34,273,807 | 32,989,436 | -11% | -4% | 69 | 60 | 56 | -19% | -7% |

**We are doing more with less, and will continue to drive efficiency and increase effectiveness**



10

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411548

INITIAL DOCUMENT - CONTAINS CONFIDENTIAL PROFESSIONALS EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Submission



**Ed Mahony**

**Finance**

**November 2014**

File Name: 2015 Finance – Budget Proposal V9

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411549

CONTAINS INFORMATION SUBJECT TO PROTECTION.
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Process

- Zero Based Budget --- reviewed all spending keeping only that spend that is aligned with PROFITABLE GROWTH

- Cross functional review of spending by EC members

- Extensive use of ROI analysis

- Inflation and compensation increases offset by savings

- Each area set Procurement savings goals and those goals are embedded in the budget



2

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

ORIGINAL DOCUMENT CONTAINS CONFIDENTIAL INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Significant Overperformance vs. 2014 Budget

**$MM's**

|  | 2014 Budget | 2014 Latest Estimate | Variance | Footnote |
|---|---|---|---|---|
| Net Sales | 1,534.4 | 1,807.1 | 272.8 | 1 |
| Settlement Impact - Gross Profit | (194.6) | (76.5) | 118.1 | 2 |
| Operating Expenses | (690.2) | (720.4) | (30.2) | 3 |
| Operating Profit - Purdue | 595.3 | 818.0 | 222.6 | 4 |
| Pre-tax profit - after ex-USA | 401.8 | 607.9 | 206.2 | 5 |
| Tax Distributions | (120.2) | (373.9) | (253.7) | 6 |
| Non tax distributions / available to invest | (331.9) | (288.9) | 43.0 | 7 |
| Cash at year end | 432.4 | 757.6 | 325.2 | 8 |



3

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

ORIGINAL DOCUMENT CONTAINS CONFIDENTIAL INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Significant Overperformance vs. 2014 Budget Footnotes

1 – Net Sales over budget by $272.8 mm due to :

    OxyContin (+261 mm) – (a) prescriptions over budget by 4.0% due to better execution (E2E, etc.) ($93 mm), (b) consumption of AG delayed to 2015 ($95 mm) and (c ) favorability in returns and rebate expense ($53 mm)

    Butrans (+5 mm) – prescriptions over budget  by 8% due to better execution (E2E, etc.) and improved Medicare Part D coverage.

2 – Decrease due to shift of AG settlements to 2015.

3 – Operating expenses are $30 mm higher than budget largely due to Healthcare Reform Fee accounting change ($30 mm).

4 – Operating Profit – Purdue is higher than budget by $222.6 mm.

5 – Pre-tax profit is $206.2 mm higher than budget, slightly lower than the operating profit improvement due to Purdue layoff costs of $11 mm and ex-USA $5 mm.

6 – Tax distributions are higher than budget by $253.7 mm due to budget assuming rebates on proposed Medicaid Line Extension rule being paid and therefore deductible in 2014 (now expected to be paid in 2015) and higher profits.

7 – Non-tax distributions are lower than budget by $43 mm driven by $254 mm higher in taxes offset by higher pre-tax profit.

8 – Cash is higher than budget by $325 mm since (i) projected payment of additional rebates on proposed Medicaid Line Item rule are projected to be delayed to 2015 and (ii) pre-tax profit better than budget.



4

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411552

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal

### $MM's

| | 2014 Latest Estimate | 2015 Budget Proposal | Variance Fav / (Unfav) | Footnote |
|---|---|---|---|---|
| Net Sales | 1,807.1 | 1,287.2 | | 1 |
| -changes due to settlements | | | (313.0) | |
| -changes due to other | | | (206.9) | |
| Settlement Impact - Gross Profit | (80.5) | (339.1) | (258.6) | 2 |
| Operating Expenses - before Hysingla | (720.4) | (547.4) | 173.0 | 3 |
|                  - Hysingla | | (108.2) | (108.2) | |
| Operating Profit Purdue | 818.0 | 435.6 | (382.3) | 4 |
| Ex US expense net | (210.0) | (194.1) | 15.9 | 5 |
| Pre-tax profit - after ex-USA | 607.9 | 241.5 | (366.4) | 6 |
| Tax Distributions | (373.9) | (11.3) | 362.6 | 7 |
| Non tax distributions / available to invest | (288.9) | (200.0) | 88.9 | 8 |
| Cash at year end | 757.6 | 507.3 | (250.3) | 9 |



5

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411553

TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal - Footnotes

1 – Net sales decline of $520 mm due to:

OxyContin - $566 mm decrease due to settlements ($313 mm), branded Rx decline ($153 mm), higher rebates to maintain formulary coverage ($102 mm), strength and tablet mix ($99 mm) offset by 6% price increase ($109 mm).

Butrans - $18 mm increase largely due to 11% higher scripts driven by improved formulary coverage and new promotional initiatives.

Hysingla - $55 mm of net sales in 1st year of launch.

Redacted

**3 – Decrease in operating expenses of $173 mm, with $108 mm of that saving reinvested in Hysingla for a net reduction of $65 mm due to:**

a. R&D reduction of $63 mm with $17 mm reinvested in Hysingla

b. S&P reduction of $57mm with $82 mm reinvested in Hysingla

c. Healthcare Reform Fee reduction of $46 mm ($30 mm for change in accounting in 2014 and $16 mm for lower 2015 fee due to lower sales and assumed deduction of rebates paid on finalization of Proposed Medicaid Line Extension Rule).

4 – Operating income decrease of $382 mm due to lower gross profit margin on lower sales of $445 mm, investment in Hysingla of $108 mm, offset by lower operating expenses of $173 mm.

5 – Ex-USA expense decrease of $16 mm due to lower layoff costs in 2015.

6 – Pre tax profit decrease of $362 mm represents operating income decrease of $382 mm offset by lower ex-USA expense of $16 mm

7 – Tax distributions are lower by $363 mm due to lower income and the assumed payment/deduction of the rebates on the proposed Medicaid Line Extension rule in 2015.

8 – Non tax distributions are calculated to ensure cash and equity targets are achieved. The $200 mm is higher than might be expected because 2015 taxable income is assumed to be offset by the projected tax deduction of the Medicaid Line Extension payment.

9 – Cash is lower due to projected payment of additional rebates on proposed Medicaid Line Extension rule of $220 mm in 2015.



6

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411554

ORIGINALLY FILED UNDER SEAL BY STIPULATION AND PROTECTIVE ORDER. TREAT SUBJECT TO PROTECTIVE ORDER.

# 2015 Budget Proposal – P&L

| ($000's) | 2013 Actual | 2014 Latest Estimate | 2015 Budget Proposal | 2015 Budget vs. 2014 Latest Estimate |
|---|---|---|---|---|
| **Gross Branded Product Sales** | **$2,774,569** | **$2,570,884** | **$2,031,330** | **($539,554)** |
| | | | | |
| Fee for Service | (54,623) | (51,043) | (40,370) | 10,673 |
| Discounts and Allowances | (27,325) | (11,435) | (53,674) | (42,239) |
| Patient Savings Card Discounts | (44,874) | (41,225) | (37,441) | 3,784 |
| Rebates on Branded Sales | (559,600) | (640,307) | (610,501) | 29,806 |
| Proposed regulation adj for Medicaid rebates | (46,046) | (27,998) | (21,937) | 6,061 |
| Other | 4,844 | 8,232 | 19,835 | 11,603 |
| *Rebates as % of Gross Branded Product Sales* | *21.8%* | *26.0%* | *31.1%* | *5.1%* |
| **NET REVENUE** | **2,046,945** | **1,807,108** | **1,287,242** | **(519,866)** |
| | | | | |
| Cost of Goods Sold | (138,119) | (126,240) | (92,992) | 33,248 |
| *COGS as % of Gross Branded Product Sales* | *5.0%* | *4.9%* | *4.6%* | *-0.3%* |
| Royalty Expense | (112,105) | (97,136) | (56,715) | 40,421 |
| Shipping and Warehousing | (10,745) | (9,155) | (7,962) | 1,193 |
| | | | | |
| **GROSS PROFIT** | **1,785,975** | **1,574,577** | **1,129,573** | **(445,004)** |
| | | | | |
| G&A (incl. Legal Department but excl. Legal Fees) | (154,433) | (131,304) | (131,130) | 174 |
| *G&A as % of Net Revenue* | *7.5%* | *7.3%* | *10.2%* | *2.9%* |
| R&D | (296,493) | (195,020) | (149,170) | 45,850 |
| R&D Other - Milestone and Alliances | (8,518) | (4,999) | (5,610) | (611) |
| *R&D as % of Net Revenues* | *14.9%* | *11.1%* | *12.0%* | *1.0%* |
| Sales and Promotion | (277,775) | (257,939) | (283,158) | (25,219) |
| *S&P as % of Net Revenues* | *13.6%* | *14.3%* | *22.0%* | *7.7%* |
| Health Care Reform Fee | (29,700) | (33,535) | (17,000) | 16,535 |
| Health Care Reform Fee Change in Accounting | 0 | (30,000) | 0 | 30,000 |
| Other - US | (4,128) | (17,973) | (15,579) | 2,394 |
| **OPERATING EXPENSES** | **(840,443)** | **(720,370)** | **(655,647)** | **64,723** |
| *Operating Expenses as % of Net Revenues* | *41.1%* | *39.9%* | *50.9%* | *11.1%* |
| *SG&A as a % of Net Revenues* | *21.1%* | *21.5%* | *32.2%* | *10.6%* |
| **OPERATING MARGIN BEFORE INCENTIVE & SETTLEMENTS** | **945,533** | **854,207** | **473,926** | **(380,281)** |
| *Operating margin as % of Net Revenues* | *46.2%* | *47.3%* | *36.8%* | *-10.5%* |
| | | | | |
| Incentive Bonus | (39,638) | (35,751) | (38,797) | (3,046) |
| Insurance Income | 990 | 200 | 500 | 300 |
| Settlement Expense | (41,759) | (695) | 0 | 695 |
| **TOTAL INCENTIVES AND SETTLEMENTS** | **(80,407)** | **(36,246)** | **(38,297)** | **(2,051)** |
| | | | | |
| **OPERATING MARGIN AFTER INCENTIVES AND SETTLEMENTS** | **865,126** | **817,961** | **435,629** | **(382,332)** |
| *Operating margin as % of Net Revenues* | *42.3%* | *45.3%* | *33.8%* | *-11.4%* |
| Other Items | | | | |
| Royalty Income - ex US | 48,465 | 40,088 | 38,877 | (1,211) |
| Royalty Expense - ex US | (6,755) | (7,370) | (8,059) | (689) |
| Ex US Expenses | (186,198) | (199,090) | (192,393) | 6,697 |
| Other ex-US expenses | (15,665) | (16,274) | (17,622) | (1,348) |
| Gain on Infinity stock | 124,581 | - | - | - |
| One Time Charges/Other Items | (65,082) | (27,599) | (15,118) | 12,481 |
| Interest Income / (Expense), net | 199 | 200 | 200 | - |
| **TOTAL OTHER ITEMS** | **(100,455)** | **(210,045)** | **(194,115)** | **15,930** |
| | | | | |
| **PROFIT/LOSS BEFORE TAX** | **$ 764,671** | **$ 607,916** | **$ 241,514** | **$ (366,402)** |

Redacted



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411555

CONTAINS INFORMATION DESIGNATED BY PARTIES AS CONFIDENTIAL. HANDLE SUBJECT TO PROTECTIVE ORDER.
TREAT SUBJECT TO ANY APPLICABLE PROTECTIVE ORDER

# 2015 Budget Proposal – OxyContin Patent Settlements – Margin Impact Lower and Delayed

**$MM's**

|  | 2014 | 2015 | 2016 to 2020 | Total |
|---|---|---|---|---|
| 2013 10 Year Plan | $    313.6 | $    302.9 | $    1,536.1 | $    2,152.6 |
| 2014 10 Year Plan | 181.9 | 211.9 | 925.4 | 1,319.2 |
| 2015 Budget Proposal | 80.5 | 339.1 | 899.6 | 1,319.2 |

Includes contingency for future settlements.



8

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411556

CONTAINS INFORMATION DESIGNATED AS CONFIDENTIAL OR HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER OR SUBJECT TO ADDITIONAL CONFIDENTIALITY OBLIGATIONS.
TREAT SUBJECT TO THE PROTECTIVE ORDER

# 2015 Budget Proposal – Net Sales

$MMs

|  |  | 2013 Actual | 2014 LE | 2015 Budget |
|---|---|---|---|---|
| **OxyContin** |  |  |  |  |
|  | Rx's [1] | 5.7 | 5.4 | 4.8 |
|  | Gross revenue $/Rx [2] | 437 | 440 | 441 |
|  | Rebate % | 23% | 27% | 33% |
|  | Settlement Net Sales Impact |  | (80.5) | (339.1) |
|  | **Net Sales** | $ 1,837.6 | $ 1,566.6 | $ 1,000.9 |
| **Butrans** |  |  |  |  |
|  | Rx's | 0.53 | 0.65 | 0.72 |
|  | Gross revenue $/Rx [3] | 268 | 306 | 341 |
|  | Rebate % | 13% | 25% | 32% |
|  | **Net Sales** [2] | $ 111.2 | $ 121.9 | $ 140.5 |
| **Hysingla** |  |  |  |  |
|  | Rx's |  |  | 0.20 |
|  | Gross revenue $/Rx [4] |  |  | 327 |
|  | Rebate % |  |  | 12% |
|  | **Net Sales** |  |  | $ 55.0 |
| **All Other** | **Net Sales** | $ 105.7 | $ 100.2 | $ 90.9 |
| **Total Net Sales** [2] |  | $ 2,054.4 | $ 1,788.7 | $ 1,287.2 |

(1) Represents total Oxycodone ER scripts i.e. including scripts filled with AGs.
(2) List price increase January 2015 of 6% offset by reduction in strength mix and tabs/script
(3) List price increase January 2015 of 6%
(4) Price parity to OxyContin on Mg to Mg basis



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          PPLP004411557

# 2015 Budget Proposal - Cost of Goods Sold
# - Cost Decreasing with Volume Increasing

| ($MM's) | 2012 Actual | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | 2015 Budget Proposal vs. 2013 Actual Variance |
|---|---|---|---|---|---|---|
| Gross Sales | $ 3,004.9 | $ 2,774.6 | $ 2,258.8 | $ 2,570.9 | $ 2,031.3 | |
| Material | $ 76.8 | $ 75.7 | $ 64.1 | $ 73.4 | $ 48.2 | |
| as a % of gross sales | 2.6% | 2.7% | 2.8% | 2.9% | 2.4% (1) | |
| Labor & Overhead | $ 66.8 | $ 66.7 | $ 65.9 | $ 64.8 | $ 56.2 | |
| as a % of gross sales | 2.2% | 2.4% | 2.9% | 2.5% | 2.8% | |
| Inventory Variances | 6.4 | 3.9 | 3.0 | 4.9 | $ 8.3 | |
| OxyContin Settlements COGS Reduction | - | - | (1.0) | (0.5) | (0.9) | |
| Rhodes Pharmaceuticals/Mundi Recovery | (1.5) | (8.2) | (12.7) | (16.3) | (18.8) (2) | |
| Total Cost of Goods Sold | $ 148.5 | $ 138.1 | $ 119.2 | $ 126.2 | $ 93.0 | $ (45.1) |
| as a % of gross sales | 4.9% | 5.0% | 5.3% | 4.9% | 4.6% (3) | |
| COGS Headcount | 274 | 275 | 246 | 256 | 250 | -25 |

(1) $27.5 mm decrease from 2013 Actual driven by volume/mix ($20.5mm), lower oxycodone pricing ($5.9 mm) and other cost reductions ($1.1 mm).

(2) Higher overhead recovery for IAC's (Rhodes Pharmaceuticals and Mundipharma) as their tablet volume increases 103% over 2013 Actual. Number of Ex US territories supplied by Technical Operations increasing from 17 to 42 (147%) since 2013.

(3) Overhead and material costs continue to decrease in 2015 with 1) the removal of Totowa expenses ($10.8 mm decrease 2013-2015), 2) lower Oxycodone pricing from Rhodes Technologies (-24%), 3) realization of some Tech Ops Hub synergies, 4) $1 mm material cost reduction commitment, and 5) the continued growth of the Rhodes Pharmaceutical/Mundipharma overhead contribution. The impact of Technical Operations' commitment to cost reductions, continuous improvement and maximizing existing assets can best be seen as COGS performance against gross sales decreases from 2013 to 2015 (5.0% to 4.6%).



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411558

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal - Cost of Goods Sold

## 2014 Budget vs. 2014 Latest Estimate:

| | |
|---|---:|
| **2014 Budget** | **$ 119.2** |

**Material** — 9.4
Volume/Mix for OxyContin $8.4 mm, Dilaudid $0.4 mm, Betadine/Betasept $0.3 mm, and Colace/Pericolace $0.3 mm.

**Inventory Write Offs** — 1.9
Dilaudid due to reduced demand $0.8 mm, Butrans expiry due to higher inventories during transition to LTS West Caldwell facility $0.5 mm, and Targiniq ER development materials $0.5 mm.

**Headcount Related Costs** — 0.9
Recruiting and relocation costs for open headcount.

**Rhodes/Mundi Recovery** — (3.6)
Overhead recovery from incremental volumes.

**Wages and Fringe** — (1.6)
Open headcount in 2014 ($1.5 mm), additional Project Slim favorability ($0.5 mm) and 3 headcount reductions ($0.2 mm). Offset partially by Oxy IR -12 headcount $0.5 mm.

**Other** — 0.1

| | |
|---|---:|
| **2014 Latest Estimate** | **$ 126.2** |

## 2013 Actual vs. 2015 Budget Proposal:

| | |
|---|---:|
| **2013 Actual** | **$ 138.1** |

**Material** — (27.5)
Primarily volume and mix ($20.5 mm) coupled with lower oxycodone pricing from Rhodes Technologies ($5.9 mm) and $1.1 mm other procurement savings.

**Discontinued Operation - Totowa** — (10.8)

**Rhodes Pharmaceuticals/Mundipharma** — (10.6)
Rhodes Pharmaceuticals: Increase in overhead recovery of $9.3 mm for manufacturing Rhodes Pharmaceuticals products (97% tablet increase).
Mundipharma: Increase in overhead recovery of $1.3 mm. Significant activity increase with the # of territories supported increasing from 17 to 42 and tablets up 262%.

**Headcount Restructuring/Synergies** — (5.3)
Reduction of 40 full time positions and 7 temporary employees in COGS since 2013 due to restructuring and North Carolina Hub Synergies.

**Inventory Write Offs** — 4.4
Revaluation on OxyContin and Oxycodone API $4.3 mm resulting from Rhodes Technologies price reduction coupled with Butrans Noramco 2nd source Buprenorphine $1 mm offset by lower inventory write offs for Dilaudid and the elimination of Intermezzo in 2015 ($0.9 mm).

**Wages and Benefits** — 4.0
Merit $2.4 mm, Oxy IR Headcount 12 positions $1.2 mm, 2015 headcount requests 3 positions $0.4 mm.

**IT Consulting** — 0.9
Risk Mitigation, Laboratory Information Management System, Offshore Resources

**Other** — (0.3)

| | |
|---|---:|
| **2015 Budget Proposal** | **$ 93.0** |



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    PPLP004411559

SHOULD BE TREATED AS CONFIDENTIAL FOR PURPOSES OF PROTECTIVE ORDER.
TREAT SUBJECT TO PROTECTIVE ORDER

# Summary – Operating Expenses are reduced $293 million with $108.2 mm reinvested in Hysingla

**$MMs**

|  | Closing 2013 Run Rate | 2015 Estimate | Variance $ | Variance % |
|---|---|---|---|---|
| S&P before Hysingla | 277.8 | 201.4 | (76.4) | -27.5% |
| Other operating expenses | 562.7 | 346.1 | (216.6) | -38.5% |
|  | 840.4 | 547.4 | (293.0) | -34.9% |
| Hysingla | - | 108.2 | 108.2 | N/A |
| Total Operating Expenses | 840.4 | 655.6 | (184.8) | -22.0% |



12

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411560

CONTAINS INFORMATION SUBJECT TO PROTECTION.
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal - Selling and Promotion

$ '000s

|  | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | Variance '15 vs '14 |
|---|---|---|---|---|---|
| Total S&P | $ 277,775 | $ 256,630 | $ 257,939 | $ 283,158 | $ 25,219 |
| S&P as % of Net Sales | 14% | 17% | 14% | 22% | 10% |

| Variance'15 vs '14 | |
|---|---|
| Base | (56,537) |
| Hysingla | 81,756 |
| Net | 25,219 |

| Approved Headcount | 2013 Approved | 2014 Budget | 2015 Budget Proposal | Variance '15 vs '14 |
|---|---|---|---|---|
| Field Reps | 525 | 525 | 519 | (6) |
| Other | 227 | 214 | 209 | (5) |
| **Total** | **752** | **739** | **728** | **(11)** |



13

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411561

CONTAINS INFORMATION SUBJECT TO PROTECTION
TREAT SUBJECT TO PROTECTIVE ORDER

# 2013 Actual – 2015 Budget Roll Forward - Selling and Promotion

*$ '000s*

| | | |
|---|---:|---:|
| **2014 Budget** | $ | 256,630 |
| Sales bonus driven by higher demand | 5,247 | |
| Savings cards fees driven by higher demand | 512 | |
| Intermezzo spending not in 2014 Budget | 549 | |
| Spend reductions committed to in the Mid Year Update | (5,000) | |
| | $ | 1,308 |
| **2014 Latest Estimate** | $ | 257,939 |

| | | |
|---|---:|---:|
| **2013 Actual** | $ | 277,775 |
| Hysingla ER Launch | 81,244 | |
| 50 person contract sales force | 10,000 | |
| New Promotional Initiatives - Call Center, Physicians Interactive (multichannel marketing), Cover My Meds (prior authorization/step edit assistance program) | 10,182 | |
| Build capabilities to support strategy across brands, including Managed Care Marketing and Institutional Account Management. | 4,941 | |
| Reductions | (65,156) | |
| Intermezzo | (30,082) | |
| Laxatives promotional spend reduction | (3,641) | |
| Elimination of Targiniq spending | (2,106) | |
| | $ | 5,383 |
| **2015 Budget** | $ | 283,158 |



14

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411562

# 2015 Budget Proposal – G&A

($MM's)

| | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | $ Var 2014 Latest Estimate vs. 2014 Budget | $ Var 2015 Budget vs. 2013 Actual |
|---|---|---|---|---|---|---|
| G&A Expenses | $154.4 | $131.6 | $131.3 | $131.1 | ($0.3) | ($23.3) / (15%) |
| Approved Headcount | 393 | 324 | 311 | 308 | (13) | (85) / (22%) |

### 2014 Latest Estimate vs. 2014 Budget:

| | | |
|---|---|---|
| **2014 Budget:** | | **$131.6** |
| Across all departments | Reduced 13 FTEs | (1.2) |
| License and Business Development | Eliminated fees associated with El Minda project | (1.0) |
| Corporate Communications | Lower organizational dues and grant programs. | (0.9) |
| IPAP (Indigent Patient Assistance Program) | Budget assumed program to end Q1 2014. Program is ongoing | 1.6 |
| IT | Savings for moving to the cloud was delayed | 0.5 |
| Human Resources | Leadership development program / VP overlap | 0.4 |
| Other | Across all other departments | 0.2 |
| **2014 Latest Estimate:** | | **$131.3** |

### 2015 Budget Proposal vs. 2013 Actual:

| | | |
|---|---|---|
| **2013 Actual** | | **$154.4** |
| Reduction of 85 FTEs across all departments | | (13.9) |
| License and Business Development | Increased consultant activity, added 3 FTEs | 3.1 |
| Corporate Communications | Reduction in dues, grants and consultant projects | (8.6) |
| IPAP (Indigent Patient Assistance Program) | Reduced program | (1.7) |
| Administrative Services | Reduction of mobile devices, duplication, elimination of warehouse lease | (0.8) |
| Security | Reduced grants, RX Patrol and travel | (0.7) |
| Quality | Reduced consultants and staff extenders | (0.6) |
| Other | Reductions taken across all other departments | (0.1) |
| **2015 Budget:** | | **$131.1** |



15

PUBLICLY FILED PER STIPULATION [ECF 2140]
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411563

# 2015 Budget Proposal - Information Technology

| ($MM's) | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | $ Var 2014 Latest Estimate vs. 2014 Budget | $ Var 2015 Budget vs. 2013 Actual |
|---|---|---|---|---|---|---|
| People Costs | $25.0 | $21.2 | $19.8 | $21.9 | ($1.4) | ($3.1) |
| Non People Costs | 18.3 | 18.9 | 20.3 | 17.6 | 1.4 | (0.7) |
| Total (includes MFG and R&D) | $43.3 | $40.1 | $40.1 | $39.4 | ($0.1) | ($3.8) / (9%) |
| Approved Headcount | 131 | 105 | 102 | 102 | 0 | (29) / (22%) |

| **2014 Budget vs. 2014 Latest Estimate:** | |
|---|---|
| **2014 Budget:** | **$40.1** |
| | |
| **2014 Latest Estimate:** | **$40.1** |

| **2013 Actual vs. 2015 Budget Proposal** | |
|---|---|
| **2013 Actual:** | **$43.3** |
| Elimination of 29 positions | (2.7) |
| Reduced employee benefits | (0.4) |
| Reduced software maintenance, licenses and hardware support | (1.3) |
| Increase in consulting and outside services to offset reduction in headcount | 1.7 |
| Increase chargeback to Rhodes | (0.6) |
| Reduced travel/training and hiring costs | (0.2) |
| All other | (0.3) |
| **2015 Budget Proposal:** | **$39.4** |



*Note: Includes total Purdue IT spend, some of which is reflected in the COGS line*

16

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411564

CONFIDENTIAL - SUBJECT TO PROFESSIONAL EYES ONLY / COMPETITIVE DECISION MAKERS INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Redacted

PUBLICLY FILED PER STIPULATION [ECF 2140]

INITIAL... CONTAINS... PROF... CONTAINS... CONFIDENTIAL INFORMATION.
TREAT SUBJECT... PROTECTIVE ORDER

**Redacted**

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONFIDENTIAL — SUBJECT TO PROFESSIONALS' EYES ONLY — MAY CONTAIN INFORMATION.
TREAT SUBJECT TO THE PROTECTIVE ORDER

**Redacted**

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

OMITTED — FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER. TREAT SUBJECT TO PROTECTIVE ORDER.

# 2015 Budget Proposal - R&D Expense

| | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | 2015 Budget Proposal Vs. 2013 Actual | |
|---|---|---|---|---|---|---|
| | | | | | $ | % |
| Discovery and Redacted Collaboration | $ 40.5 | $ 18.3 | $ 13.9 | $ 8.9 | $ (31.6) | -78.1% |
| Project Development<br>(Targiniq, Hysingla, BUP 2nd Gen) | 136.6 | 103.7 | 75.3 | 27.8 | (108.8) | -79.6% |
| ADF<br>(OCI, MS Contin TR, Vicodin) | 17.2 | 35.6 | 24.4 | 42.3 | 25.1 | 145.3% |
| Pediatric<br>(ORF, BUP, Hysingla) | 35.5 | 27.3 | 32.0 | 16.6 | (18.9) | -53.2% |
| Marketed Products Support [1] | 35.1 | 43.8 | 33.8 | 30.7 | (4.4) | -12.5% |
| All Other [2] | 14.2 | (16.1) | 2.4 | 9.2 | (5.0) | -35.5% |
| Medical Affairs [3] | 17.3 | 17.4 | 13.2 | 13.6 | (3.7) | -21.2% |
| Total | $ 296.5 | $ 229.9 | $ 195.0 | $ 149.2 | $ (147.3) | -49.7% |
| R&D as % of Net Sales | 14.5% | 15.0% | 10.8% | 11.6% | -2.9% | NA |
| FTE Headcount | 347 | 313 | 188 | 186 | (161) | -46.4% |

**Note 1:** Marketed Products Support includes spend in Risk Management (2015B = $15.4 mm), Regulatory (2015B = $8.5 mm) and Drug Safety (2015B = $6.4 mm).

**Note 2:** All Other includes expenses not specifically allocated to projects and Cranbury Occupancy costs. It also includes the Underspend Estimate as follows: 2014B = $24.5 mm; 2014LE = $5.0 mm and 2015B = $3.5 mm.

**Note 3:** Medical Affairs includes Medical Services (2015B = $2.5 mm), Medical Education (2015B = $1.1 mm), Healthcare Education (2015B = $3.9 mm) and Health Outcomes (2015B = $5.1 mm).



20

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 2015 Budget Proposal - R&D Expense

| 2014 Budget | | $ 229.9 |
|---|---|---|
| | Increase/(Decrease) | |
| **MSR -** Slower formulation development; higher expected spend in 2015. | $ (12.0) | |
| **HYD -** Reduced Phase 3 clinical spend in 2014 as prior year spend was higher. | (10.7) | |
| **Targiniq -** Close down of Pain+ OIC studies. | (18.0) | |
| **OCI -** Reduced clinical spend in 2014 as prior year spend was higher. | (3.8) | |
| **ORF -** Acceleration of sNDA filing into 2014. | 3.2 | |
| **HCA -** Vicodin ADF and other new initiatives. | 4.5 | |
| **All Other:** Reduction in underspend estimate offset by organizational changes. | 1.9 | |
| Subtotal | | $ (34.9) |
| **2014 Latest Estimate** | | $ 195.0 |

| 2013 Actual | | $ 296.5 |
|---|---|---|
| | Increase/(Decrease) | |
| **Targiniq -** Pain NDA submission in 2013; Closeout of Pain+ OIC studies in 2014. | $ (77.4) | |
| **HYD -** NDA submission in early 2014; offset by startup of PREA in 2015. | (44.3) | |
| **ORF -** sNDA submission accelerated into 2014. | (19.3) | |
| **OCI -** sNDA submission in 2014. | (13.9) | |
| Redacted | (17.5) | |
| **MSR -** Increase in Phase 1 BE studies based on formulation development in late | 21.4 | |
| **HCA -** Vicodin ADF and other new initiatives. | 17.5 | |
| **BUP -** Increase in develop costs for BE, skin irritation and tech transfer studies. | 13.9 | |
| **All Other -** headcount reductions/restructure in 2014. | (27.7) | |
| Subtotal | | $ (147.3) |
| **2015 Budget Proposal** | | $ 149.2 |



21

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411569

# 2015 Budget Proposal - P&L

| ($000's) | 2013 Actual | 2014 Latest Estimate | 2015 Budget Proposal | 2015 Budget vs. 2014 Latest Estimate |
|---|---|---|---|---|
| Gross Branded Product Sales | $2,774,569 | $2,570,884 | $2,031,330 | ($539,554) |
| Fee for Service | (54,623) | (51,043) | (40,370) | 10,673 |
| Discounts and Allowances | (27,325) | (11,435) | (53,674) | (42,239) |
| Patient Savings Card Discounts | (44,874) | (41,225) | (37,441) | 3,784 |
| Rebates on Branded Sales | (559,600) | (640,307) | (610,501) | 29,806 |
| Proposed regulation adj for Medicaid rebates | (46,046) | (27,998) | (21,937) | 6,061 |
| Other | 4,844 | 8,232 | 19,835 | 11,603 |
| *Rebates as % of Gross Branded Product Sales* | *21.8%* | *26.0%* | *31.1%* | *5.1%* |
| NET REVENUE | 2,046,945 | 1,807,108 | 1,287,242 | (519,866) |
| Cost of Goods Sold | (138,119) | (126,240) | (92,992) | 33,248 |
| *COGS as % of Gross Branded Product Sales* | *5.0%* | *4.9%* | *4.6%* | *-0.3%* |
| Royalty Expense | (112,105) | (97,136) | (56,715) | 40,421 |
| Shipping and Warehousing | (10,745) | (9,155) | (7,962) | 1,193 |
| GROSS PROFIT | 1,785,975 | 1,574,577 | 1,129,573 | (445,004) |
| G&A (incl. Legal Department but excl. Legal Fees) | (154,433) | (131,304) | (131,130) | 174 |
| *G&A as % of Net Revenues* | *7.5%* | *7.3%* | *10.2%* | *2.9%* |
| R&D | (296,493) | (195,020) | (149,170) | 45,850 |
| R&D Other - Milestone and Alliances | (8,518) | (4,999) | (5,610) | (611) |
| *R&D as % of Net Revenues* | *14.9%* | *11.1%* | *12.0%* | *1.0%* |
| Sales and Promotion | (277,775) | (257,939) | (283,158) | (25,219) |
| *S&P as % of Net Revenues* | *13.6%* | *14.3%* | *22.0%* | *7.7%* |
| Health Care Reform Fee | (29,700) | (33,535) | (17,000) | 16,535 |
| Health Care Reform Fee Change in Accounting | 0 | (30,000) | | 30,000 |
| Other - US | (4,128) | (17,973) | (15,579) | 2,394 |
| OPERATING EXPENSES | (840,443) | (720,370) | (655,647) | 64,723 |
| *Operating Expenses as % of Net Revenues* | *41.1%* | *39.9%* | *50.9%* | *11.1%* |
| *SG&A as a % of Net Revenues* | *21.1%* | *21.5%* | *32.2%* | *10.6%* |
| OPERATING MARGIN BEFORE INCENTIVE & SETTLEMENTS | 945,533 | 854,207 | 473,926 | (380,281) |
| *Operating margin as % of Net Revenues* | *46.2%* | *47.3%* | *36.8%* | *-10.5%* |
| Incentive Bonus | (39,638) | (35,751) | (38,797) | (3,046) |
| Insurance Income | 990 | 200 | 500 | 300 |
| Settlement Expense | (41,759) | (695) | 0 | 695 |
| TOTAL INCENTIVES AND SETTLEMENTS | (80,407) | (36,246) | (38,297) | (2,051) |
| OPERATING MARGIN AFTER INCENTIVES AND SETTLEMENTS | 865,126 | 817,961 | 435,629 | (382,332) |
| *Operating margin as % of Net Revenues* | 42.3% | 45.3% | 33.8% | -11.4% |
| Other Items | | | | |
| Royalty Income - ex US | 48,465 | 40,088 | 38,877 | (1,211) |
| Royalty Expense - ex US | (6,755) | (7,370) | (8,059) | (689) |
| Ex US Expenses | (186,198) | (199,090) | (192,393) | 6,697 |
| Other ex-US expenses | (15,665) | (16,274) | (17,622) | (1,348) |
| Gain on Infinity stock | 124,581 | - | - | - |
| One Time Charges/Other Items | (65,082) | (27,599) | (15,118) | 12,481 |
| Interest Income / (Expense), net | 199 | 200 | 200 | - |
| TOTAL OTHER ITEMS | (100,455) | (210,045) | (194,115) | 15,930 |
| PROFIT/LOSS BEFORE TAX | $ 764,671 | $ 607,916 | $ 241,514 | $ (366,402) |



22

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SHOULD BE TREATED AS SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal

**$MM's**

|  | 2014 Latest Estimate | 2015 Budget Proposal | Variance Fav / (Unfav) | Footnote |
|---|---|---|---|---|
| Net Sales | 1,807.1 | 1,287.2 |  | 1 |
| -changes due to settlements |  |  | (313.0) |  |
| -changes due to other |  |  | (206.9) |  |
| Settlement Impact - Gross Profit | (80.5) | (339.1) | (258.6) | 2 |
| Operating Expenses - before Hysingla | (720.4) | (547.4) | 173.0 | 3 |
|      - Hysingla |  | (108.2) | (108.2) |  |
| Operating Profit Purdue | 818.0 | 435.6 | (382.3) | 4 |
| Ex US expense net | (210.0) | (194.1) | 15.9 | 5 |
| Pre-tax profit - after ex-USA | 607.9 | 241.5 | (366.4) | 6 |
| Tax Distributions | (373.9) | (11.3) | 362.6 | 7 |
| Non tax distributions / available to invest | (288.9) | (200.0) | 88.9 | 8 |
| Cash at year end | 757.6 | 507.3 | (250.3) | 9 |



23

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONTAINS INFORMATION SUBJECT TO PROTECTION. TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal – Major Opportunities and Risks

|  | Impact $MMs | Likelihood |
|---|---|---|
| **Opportunities** | | |
| 1. Medicaid line extension rebate rule resolved in our favor | $265 | L |
| 2. Provision for future patent settlements may be too high | $0 – 126 | M |
| 3. Prescription trends improve as a result of commercial excellence initiatives (eg. E2E, R2R, Cover my Meds, co pay optimization etc) | $25 – 40 | M |
| **Risks** | | |
| 1. Unanticipated managed care pressure | $25 - 75 | M |

# Redacted



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411572

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Conclusion

### Strong 2014 Performance

✓ Sales $273 million above budget

✓ Expenses $293 million below 2013

✓ Net income $223 million above budget

✓ Hired top talent

### Prepared for 2015

✓ Continue to stabilize and grow core business

✓ Launch Hysingla with optimal support

✓ Investing in business development to grow

✓ Continuing cost discipline and culture change



25

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411573

SHITAL DOCUMENT - CONFIDENTIAL - SUBJECT TO PROTECTION.
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal - Back-Up



26

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    PPLP004411574

CONTAINS INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal -
# P&L, Balance Sheet and Cash Flows



27

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411575

# 2015 Budget Proposal - P&L

| ($000's) | 2013 Actual | 2014 Latest Estimate | | 2015 Budget Proposal | | 2015 Budget vs. 2014 Latest Estimate |
|---|---|---|---|---|---|---|
| **Gross Branded Product Sales** | $2,774,569 | $2,570,884 | | $2,031,330 | | ($539,554) |
| Fee for Service | (54,623) | (51,043) | | (40,370) | | 10,673 |
| Discounts and Allowances | (27,325) | (11,435) | (1a.) | (53,674) | (10a.) | (42,239) |
| Patient Savings Card Discounts | (44,874) | (41,225) | (1b.) | (37,441) | (10b.) | 3,784 |
| Rebates on Branded Sales | (559,600) | (640,307) | (1c.) | (610,501) | (10c.) | 29,806 |
| Proposed regulation adj for Medicaid rebates | (46,046) | (27,998) | | (21,937) | | 6,061 |
| Other | 4,844 | 8,232 | | 19,835 | (10d.) | 11,603 |
| *Rebates as % of Gross Branded Product Sales* | *21.8%* | *26.0%* | | *31.1%* | | *5.1%* |
| **NET REVENUE** | **2,046,945** | **1,807,108** | | **1,287,242** | | **(519,866)** |
| Cost of Goods Sold | (138,119) | (126,240) | (2) | (92,992) | (11) | 33,248 |
| *COGS as % of Gross Branded Product Sales* | *5.0%* | *4.9%* | | *4.6%* | | *-0.3%* |
| Royalty Expense | (112,105) | (97,136) | (3) | (56,715) | (12) | 40,421 |
| Shipping and Warehousing | (10,745) | (9,155) | | (7,962) | | 1,193 |
| **GROSS PROFIT** | **1,785,975** | **1,574,577** | | **1,129,573** | | **(445,004)** |
| G&A (incl. Legal Department but excl. Legal Fees) | (154,433) | (131,304) | | (131,130) | | 174 |
| *G&A as % of Net Revenues* | *7.5%* | *7.3%* | | *10.2%* | | *2.9%* |
| R&D | (296,493) | (195,020) | (5) | (149,170) | (14) | 45,850 |
| R&D Other - Milestone and Alliances | (8,518) | (4,999) | | (5,610) | | (611) |
| *R&D as % of Net Revenues* | *14.9%* | *11.1%* | | *12.0%* | | *1.0%* |
| Sales and Promotion | (277,775) | (257,939) | | (283,158) | (15) | (25,219) |
| *S&P as % of Net Revenues* | *13.6%* | *14.3%* | | *22.0%* | | *7.7%* |
| Health Care Reform Fee | (29,700) | (33,535) | (6) | (17,000) | (16) | 16,535 |
| Health Care Reform Fee Change in Accounting | | | | (30,000) | (6) | (30,000) |
| Other - US | (4,128) | (17,973) | (7) | (15,579) | (17) | 2,394 |
| **OPERATING EXPENSES** | **(840,443)** | **(720,370)** | | **(655,647)** | | **64,723** |
| *Operating Expenses as % of Net Revenues* | *41.1%* | *39.9%* | | *50.9%* | | *11.1%* |
| *SG&A as a % of Net Revenues* | *21.1%* | *21.5%* | | *32.2%* | | *10.6%* |
| **OPERATING MARGIN BEFORE INCENTIVE & SETTLEMENTS** | **945,533** | **854,207** | | **473,926** | | **(380,281)** |
| *Operating margin as % of Net Revenues* | *46.2%* | *47.3%* | | *36.8%* | | *-10.5%* |
| Incentive Bonus | (39,638) | (35,751) | (8) | (38,797) | (18) | (3,046) |
| Insurance Income | 990 | 200 | | 500 | | 300 |
| Settlement Expense | (41,759) | (695) | | 0 | | 695 |
| **TOTAL INCENTIVES AND SETTLEMENTS** | **(80,407)** | **(36,246)** | | **(38,297)** | | **(2,051)** |
| **OPERATING MARGIN AFTER INCENTIVES AND SETTLEMENTS** | **865,126** | **817,961** | | **435,629** | | **(382,332)** |
| *Operating margin as % of Net Revenues* | *42.3%* | *45.3%* | | *33.8%* | | *-11.4%* |
| **Other Items** | | | | | | |
| Royalty Income - ex US | 48,465 | 40,088 | | 38,877 | | (1,211) |
| Royalty Expense - ex US | (6,755) | (7,370) | | (8,059) | | (689) |
| Ex US Expenses | (186,198) | (199,090) | | (192,393) | | 6,697 |
| Other ex-US expenses | (15,665) | (16,274) | | (17,622) | | (1,348) |
| Gain on Infinity stock | 124,581 | - | | - | | - |
| One Time Charges/Other Items | (65,082) | (27,599) | (9) | (15,118) | | 12,481 |
| Interest Income / (Expense), net | 199 | 200 | | 200 | | - |
| **TOTAL OTHER ITEMS** | **(100,455)** | **(210,045)** | | **(194,115)** | | **15,930** |
| **PROFIT/LOSS BEFORE TAX** | **$ 764,671** | **$ 607,916** | | **$ 241,514** | | **$ (366,402)** |



See next slide for footnote explanations

28

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 2014 P&L Highlights

1. Net sales are higher than budget by $273 mm due to OxyContin ($261 mm), **Redacted** and Butrans ($5 mm) sales.
   a. Discounts and Allowances are $33.9 mm favorable to budget due to lower than expected returns which resulted in reducing prior year expense by $26.0 mm and current year expense by $13.6 mm.
   b. Patient savings card expense is $3 mm favorable to budget primarily due to change in OxyContin program design reducing the benefit from $25/$90 to $30/70.
   c. Rebates are under budget by 0.5% of gross sales due to a reduction in estimated California managed Medicaid rebates.
2. Cost of Goods is estimated at 4.9% of gross sales versus budget of 5.3%. The reduction is due to higher Purdue sales and Rhodes Pharmaceuticals and exUSA production volumes in Wilson.
3. Royalty expense is $13.9 mm higher than budget primarily due to delay in finalization of Proposed Medicaid Line Extension Rule until 2015 (these additional rebates are not deductible until rule is final) and higher net sales in 2014.

# Redacted

5. R&D spending is $34.9 mm lower than budget largely due to close down of Targiniq Pain+ OIC studies ($18.0 mm), lower costs for Phase 3 studies and NDA submission prep costs for Hysingla ($10.7 mm), and lower MS Contin TR spend due to formulation delays ($11.9 mm), partially offset by initiation of Vicodin ADF Project and other new initiatives ($4.5 mm).
6. In October 2014, the IRS re interpreted the 2010 Healthcare Reform Act, now stating that the Health Care Reform fee for a given year was based on the sales to the government for that year.  This was contrary to SEC and accounting guidance previously issued which had stated  that an accrual was necessary based on the prior year's sales for each year.  As a result a one-time catch up accrual of $30 million was recorded in Q3 2013.
7. Other – US of $17.9 mm primarily relates to various consulting to support the strategy including E2E, R2R, Abuse Deterrent Formulation, BD transformation, Finance transformation, executive recruiting and investment banker fees.
8. Incentive bonus is projected to be paid out at target in 2014 but based on lower headcount than assumed in budget.  Actual expense will be based on performance and Board approval.

# Redacted



PUBLICLY FILED PER STIPULATION [ECF 2140]

29

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411577

SUBMITTED SUBJECT TO AND CONTINGENT UPON THE ENTRY OF A CONFIDENTIALITY AND PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 P&L Highlights

10.   Net Sales are budgeted to decrease $520 mm or 29% vs. 2014 due to:
- OxyContin - $566 mm or -36.1% due to settlements ($313 mm), Rx volume decline ($153 mm) in part due to Hysingla ER, higher rebate rates ($102 mm) and change in strength and tab mix ($99 mm), but offset in part by 6% price increase ($109 mm)
- Butrans     +$18 mm or +14.7% due to Rx volume increase ($19 mm) as a result of improved formulary coverage and promotional initiatives, 6% price increase ($20 mm) offset by higher rebates on improved formulary coverage ($17 mm).
- Hysingla    +$55 mm  (1st year of launch)

   a.   Discounts and Allowances in 2015 are expected to cost $42 mm more than 2014, on lower sales,  due to one-time changes in estimated return rates of $39.6 mm reflected in 2014LE not repeating in 2015.
   b.   Rebates increase from 26.0% to 31.1% due to anticipated increases necessary to maintain or improve formulary coverage.
   c.   Patient Savings Card Discounts in 2015 are expected to cost $37 mm, or $4 million lower than 2014, largely driven by lower sales of OxyContin.
   d.   Other $14.2 mm of authorized generic transfer price margin in 2015 and royalties related to settlement agreements.
11.   Cost of Goods is budgeted at 4.6% of gross sales a decrease of 0.3% due to lower overhead spending, a 23.5% decrease in oxycodone API cost and higher Rhodes Pharmaceuticals production volumes in Wilson which improves overhead absorption.
12.   Royalty expense is budgeted to be lower by $40 mm due to lower sales and projected unfavorable finalization of Proposed Medicaid Line Extension Rule in 2015 which allows the deduction of rebates for royalties.

# Redacted

14.   R&D is budgeted to be lower by $73 mm with $27 mm reinvested in ADF projects which we expect to be commercialized by Rhodes, for a net decline of $46 mm.
15.   S&P budgeted to be lower by $57 mm with $82 mm reinvested in Hysingla launch, for a net increase of $25 mm.
16.   The 2015 Health Care Reform fee is based on Purdue's sales to the government for 2015.  The lower fee is due to lower sales and the deduction of the additional rebates related to the finalization of Proposed Medicaid Line Extension Rule in 2015.
17.   Other – US includes $10 mm President's Reserve and $5 mm of operating expenses related to the new Treyburn facility.
18.   Incentive bonus assumes company performance is 100% in 2014 and 2015. Increase of $3.0 mm is largely due to timing of senior level changes and terminations ($0.7 mm), 2015 LTRP grants assumed to be funded at 100% ($0.5 mm) and expected increase in headcount/salaries in 2015 ($1.8 mm).

Targiniq & Intermezzo – sales and expenses are not included in the 2015 Budget Proposal.



30

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 2015 Budget Proposal - P&L ratios

| | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | |
|---|---|---|---|---|---|
| **GROSS BRANDED PRODUCT SALES** | 100% | *100%* | 100% | 100% | |
| Fee for Service | -2.0% | *-2.0%* | -2.0% | -2.0% | |
| Discounts and Allowances | -1.0% | *-2.0%* | -0.4% | -2.6% (1) | |
| Patient Savings Card Discount | -1.6% | *-2.0%* | -1.6% | -1.8% | |
| Rebates on Branded Sales | -20.2% | *-25.2%* | -24.9% | -30.1% (2) | |
| Proposed Regulation Adjustment for Medicaid Rebates | -1.7% | *-1.3%* | -1.1% | -1.1% | |
| Other | 0.2% | *0.4%* | 0.3% | 1.0% | Income statement line items as a percent of gross sales |
| **NET BRANDED REVENUES** | 73.8% | *67.9%* | 70.3% | 63.4% | |
| Cost of Goods Sold | -5.0% | *-5.3%* | -4.9% | -4.6% | |
| Royalty Expense | -4.0% | *-3.7%* | -3.8% | -2.8% (3) | |
| Shipping and Warehousing | -0.4% | *-0.4%* | -0.4% | -0.4% | |
| **TOTAL COST OF GOODS SOLD** | -9.4% | *-9.3%* | -9.0% | -7.8% | |
| **GROSS PROFIT** | **64.4%** | *58.6%* | **61.2%** | **55.6%** | |
| General and Administrative (incl Legal Dept, excl Legal Fees) | -7.5% | *-8.6%* | -7.3% | -10.2% | |
| Research and Development | -14.5% | *-15.0%* | -10.8% | -11.6% | |
| Research and Development Other - Milestones and Alliances | -0.4% | *-0.3%* | -0.3% | -0.4% | |
| Sales and Promotion | -13.6% | *-16.7%* | -14.3% | -22.0% | |
| Health Care Reform Fee | -1.5% | *-1.9%* | -1.9% | -1.3% | |
| Health Care Reform Fee Change in Accounting | 0.0% | | -1.7% | | |
| Other US | -0.2% | *-0.6%* | -1.0% | -1.2% | |
| **OPERATING EXPENSES** | -41.1% | *-45.0%* | -39.9% | -50.9% (4) | |
| **OPERATING MARGIN BEFORE INCENTIVES AND SETTLEMENTS** | **46.2%** | *41.3%* | **47.3%** | **36.8%** | |
| Incentive Bonus | -1.9% | *-2.5%* | -2.0% | -3.0% | |
| Insurance Income | 0.0% | *0.1%* | 0.0% | 0.0% | |
| Settlement Expense | -2.0% | *0.0%* | 0.0% | 0.0% | Income statement line items as a percent of net sales |
| **TOTAL INCENTIVES AND SETTLEMENTS** | -3.9% | *-2.5%* | -2.0% | -3.0% | |
| **OPERATING MARGIN AFTER INCENTIVES AND SETTLEMENTS** | **42.3%** | *38.8%* | **45.3%** | **33.8% (5)** | |
| Royalty Income - ex US | 2.4% | *2.5%* | 2.2% | 3.0% | |
| Royalty Expenses - ex US | -0.3% | | | | |
| Ex US Expenses | -9.1% | *-13.0%* | -11.0% | -14.9% | |
| Other ex-US expenses | -0.8% | *-0.7%* | -0.9% | -1.4% | |
| One Time Charges / Other Items | 6.1% | *0.0%* | 0.0% | 0.0% | |
| Gain on Infinity stock | -3.2% | *-1.0%* | -1.5% | -1.2% | |
| Interest Income (Expense), net | 0.0% | *0.0%* | 0.0% | 0.0% | |
| **TOTAL OTHER ITEMS** | -4.9% | *-12.2%* | -11.2% | -14.5% | |
| **PROFIT BEFORE TAX** | **37.4%** | *26.2%* | **33.6%** | **18.8%** | |



Benchmark of 31 pharma companies:
Profit before tax – 22.7%, R&D – 18.9%, SG&A (includes legal fees and HCRF) – 29.9%)

See next page for footnote explanations

31

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER.
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal - P&L Ratios Highlights

1.  Higher due to a 2014 return accrual reversal not repeating in 2015 - (2.2%).
2.  Combined rebates higher in 2015 due to anticipated increases necessary to maintain or improve formulary coverage – (5.2%).
3.  Royalty expense lower due to projection that Proposed Rule is finalized unfavorable to Purdue in 2015 which allows the deduction of rebates for royalties – (1.0%).
4.  The 11% increase in operating expense from 2014 to 2015 is due to:
    a)  $108.2 mm or 8.4% for Hysingla launch
    b)  42 mm or 3.2% reinvested in ADF projects
    c)  Remaining operating expenses will be flat as a percent of net sales despite the AG shift from 2014 to 2015.  Operating expenses managed to at least offset merit increases and inflation.
5.  Operating margin has decreased from 42.3% in 2013 to 33.8% in 2015.  If the impact of Hysingla launch support spend and the shift in AG sales shift which adversely impacts 2015 is removed, operating margin would be 43.5% of net sales.



32

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal - Cash Flow

| ($ MM's) | 2012 Actual | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | |
|---|---|---|---|---|---|---|
| **Operating activities** | | | | | | |
| Net income | $ 1,008.3 | $ 762.7 | $ 409.2 | $ 603.3 | $ 238.2 | |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | | | | |
| Depreciation and amortization | 29.1 | 31.5 | 33.2 | 37.6 | 32.9 | |
| Impairment of intangible asset | 20.0 | 50.5 | 0.0 | 0.0 | 0.0 | |
| Deferred income taxes | (2.6) | 1.3 | 0.0 | (1.0) | 5.8 | |
| Loss on unconsolidated, associated companies | 101.0 | 183.8 | 187.9 | 182.5 | 174.7 | [1] |
| Distribution and gain on Infinity Stock | 0.0 | 92.1 | 0.0 | 0.0 | 0.0 | |
| Changes to working capital | 88.6 | 101.2 | (350.5) | (8.4) | (286.5) | [2] |
| Long-term assets and liabilities | (2.0) | 22.7 | 9.0 | 4.7 | 2.6 | |
| **Total cash provided by operating activities** | **1,242.4** | **1,245.7** | **288.7** | **818.8** | **167.8** | |
| **Investing activities** | | | | | | |
| Capital expenditures | (30.5) | (27.7) | (61.0) | (55.0) | (36.0) | [3] |
| Purchase of product marketing rights and other intangibles | (30.0) | 0.0 | (8.1) | (8.1) | 0.0 | |
| Restricted cash, net | 17.3 | 3.6 | 16.9 | 12.6 | 6.8 | |
| Investments in associated companies, net | (89.1) | (212.8) | (188.1) | (185.0) | (178.1) | [1] |
| Acquisition of Infinity common stock | (27.5) | 0.0 | 0.0 | 0.0 | 0.0 | |
| **Total cash used in investing activities** | **(159.7)** | **(237.0)** | **(240.2)** | **(235.5)** | **(207.3)** | |
| **Financing activities** | | | | | | |
| Payments (to) from associates, net | (2.7) | 6.5 | 0.0 | 4.9 | 0.5 | |
| Capital contributions | 0.0 | 0.9 | 0.0 | 0.0 | 0.0 | |
| Distributions to partners for required tax payments | (459.2) | (399.1) | (120.2) | (373.9) | (11.3) | [4] |
| Available for Distributions or Investments | (471.6) | (540.6) | (331.9) | (288.9) | (200.0) | [5] |
| **Total cash used in financing activities** | **(933.6)** | **(932.2)** | **(452.1)** | **(657.9)** | **(210.8)** | |
| **Increase in cash and cash equivalents** | **149.1** | **76.6** | **(403.6)** | **(74.6)** | **(250.3)** | |
| Cash and cash equivalents: | | | | | | |
| Unrestricted cash at the beginning of the period | 606.5 | 755.6 | 836.0 | 832.2 | 757.6 | |
| **Unrestricted cash at the end of the period** | $ **755.6** | $ **832.2** | $ **432.4** | $ **757.6** | $ **507.3** | [6] |

See next slide for explanations of footnotes.

33

PUBLICLY FILED PER STIPULATION [ECF 2140]

# 2015 Budget Proposal - Cash Flow Highlights

1. The P&L impact of investments in Europe, Japan, Latin America and Asia Pacific is added back ($174.7 mm) and the cash funding of Europe ($41 mm), Japan ($25 mm), and Asia and Latin America ($113 mm) totaling $178.1 mm is shown as a cash outflow. The difference represents share of Germany income recognized in P&L with no associated cash funding.

2. Change in working capital primarily due to reduction in rebate accruals (due to generic settlements reducing year 2015 brand demand and rebates thereon) and rebates for CMS rule of $238 mm which are assumed in this budget to be paid in 2015-H2.

3. Total 2015 capital expenditures of $36 mm assumes $26 mm related to the new manufacturing facility.

4. For 2014 and 2015, the federal statutory withholding tax rate applied to taxable income is 43.4% (comprising a federal income tax rate of 39.6% and a Medicare tax rate on net investment income of 3.8%). 50% of partnership taxable income is distributed to various taxing authorities for the benefit of the owners (either directly or indirectly) after considering book tax differences:

| | 2014 Latest Estimate | 2015 Budget Proposal |
|---|---|---|
| **Book Net Income** | $ 603,242 | $ 238,184 |
| Federal Tax Provision on Corporations | 4,674 | 3,330 |
| | | |
| Health Care Reform Fee | 63,535 | 17,000 |
| Meals & Entertainment | 6,442 | 6,442 |
| Political Contributions | 2,585 | 2,585 |
| Book depreciation in excess of tax depreciation | 13,466 | 14,047 |
| Book pension expense in excess of tax deductible plan contributions | (550) | (574) |
| Post-retirement medical benefits expense in excess of tax deductible payments | 3,906 | 1,498 |
| Foreign book losses in excess of tax deductible losses | 80,134 | 87,822 |
| Qualified Settlement Trust reversionary taxable income | 16,932 | - |
| Settlements paid in excess of settlement expense | (22) | (60,478) |
| Tax write-off of Transcept Milestone Payments | (3,000) | (36,972) |
| CMS Medicaid Ruling Accrual | 13,998 | (229,322) |
| All other (tax deductible milestones, decreases in sales return and wholesaler reserves, etc.) | (106,169) | (32,122) |
| **Partnership taxable income** | $ 699,173 | $ 11,440 |

5. <sup>Redacted</sup>equity covenant is at $350 mm.

5. ^Redacted equity covenant is at $350 mm.

6. Purdue maintains cash of ~ $400-500 mm (three months of net sales in 2015.)



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 2015 Budget Proposal - P&L – 2006 to 2015

($000's)

| | 2005 Actual | 2006 Actual | 2007 Actual | 2008 Actual | 2009 Actual | 2010 Actual | 2011 Actual | 2012 Actual | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Branded Product Sales** | **$1,285,214** | **$755,663** | **$1,194,988** | **$2,559,475** | **$3,012,143** | **$3,127,873** | **$2,971,161** | **$3,004,905** | **$2,774,569** | *$2,258,777* | **$2,570,884** | **$2,031,330** |
| Fee for Service | (1,755) | (10,742) | (24,970) | (38,987) | (65,645) | (79,237) | (74,507) | (69,313) | (54,623) | *(44,444)* | (51,043) | (40,370) |
| Discounts and Allowances | (21,485) | (13,286) | (41,841) | (78,774) | (66,133) | (48,792) | (56,222) | (134,032) | (27,325) | *(45,300)* | (11,435) | (53,674) |
| Patient Savings Card Discounts | - | - | - | (13,444) | (17,131) | (15,691) | (15,572) | (25,104) | (44,874) | *(44,134)* | (41,225) | (37,441) |
| Rebates on Branded Sales | (220,581) | (46,464) | (148,693) | (342,153) | (455,092) | (621,633) | (515,815) | (517,606) | (559,600) | *(570,095)* | (640,307) | (610,501) |
| Proposed regulation adjustment for Medicaid rebates (2) | | | | | | (40,041) | (68,854) | (60,383) | (46,046) | *(28,477)* | (27,998) | (21,937) |
| Other | 99,760 | 149,985 | 80,141 | 18,128 | 37,244 | 27,611 | 12,380 | 2,455 | 4,844 | *8,027* | 8,232 | 19,835 |
| *Rebates as % of Gross Branded Product Sales* | *17.2%* | *6.1%* | *12.4%* | *13.4%* | *15.1%* | *21.2%* | *20.7%* | *19.2%* | *21.8%* | *25.9%* | *26.0%* | *31.1%* |
| **NET REVENUES** | **1,141,153** | **835,156** | **1,059,625** | **2,104,245** | **2,445,386** | **2,350,090** | **2,222,495** | **2,200,922** | **2,046,945** | *1,534,354* | **1,807,108** | **1,287,242** |
| Cost of Goods Sold | (124,267) | (92,985) | (101,603) | (150,545) | (167,182) | (161,090) | (166,870) | (148,475) | (138,119) | *(119,183)* | (126,240) | (92,992) |
| *COGS as % of Gross Branded Product Sales* | *9.7%* | *12.3%* | *8.5%* | *5.9%* | *5.6%* | *5.2%* | *5.6%* | *4.9%* | *5.0%* | *5.3%* | *4.9%* | *4.6%* |
| Royalty Expense | (1,508) | 69 | (4,303) | (2,414) | (10,486) | (53,342) | (115,272) | (120,268) | (112,105) | *(83,262)* | (97,136) | (56,715) |
| Shipping and Warehousing | (8,720) | (8,097) | (8,411) | (10,255) | (10,927) | (11,182) | (11,831) | (11,814) | (10,745) | *(8,307)* | (9,155) | (7,962) |
| **GROSS PROFIT** | **1,006,658** | **734,143** | **945,308** | **1,941,031** | **2,256,791** | **2,124,476** | **1,928,522** | **1,920,365** | **1,785,975** | *1,323,603* | **1,574,577** | **1,129,573** |
| G&A (incl. Legal Department but excl. Legal Fees) | (137,507) | (108,306) | (114,136) | (125,141) | (129,385) | (137,831) | (144,255) | (151,635) | (154,433) | *(131,579)* | (131,304) | (131,130) |
| *G&A as % of Net Revenues* | *12.0%* | *13.0%* | *11.7%* | *6.0%* | *5.4%* | *5.9%* | *6.5%* | *6.9%* | *7.5%* | *8.6%* | *7.3%* | *10.2%* |
| Research and Development | (175,046) | (65,031) | (107,450) | (120,449) | (132,623) | (164,784) | (269,937) | (312,313) | (296,493) | *(229,946)* | (195,020) | (149,170) |
| R&D Other - Milestone and Alliances (1) | - | - | (4,534) | (7,716) | (60,628) | (8,899) | (604) | (2,284) | (8,518) | *(5,181)* | (4,999) | (5,610) |
| *R&D as % of Net Revenues* | *15.3%* | *7.8%* | *10.1%* | *5.7%* | *5.4%* | *7.0%* | *12.1%* | *14.2%* | *14.9%* | *15.3%* | *11.1%* | *12.0%* |
| Abbott Commission | (67,423) | (35,112) | | | | | | | | | | |
| Sales and Promotion | (117,803) | (72,109) | (116,071) | (135,555) | (156,686) | (194,735) | (229,317) | (303,110) | (277,775) | *(256,630)* | (257,939) | (283,158) |
| *S&P as % of Net Revenues* | *10.3%* | *8.6%* | *11.9%* | *6.5%* | *6.5%* | *8.3%* | *10.3%* | *13.8%* | *13.6%* | *16.7%* | *14.3%* | *22.0%* |
| Health Care Reform Fee | | | | | | | (26,543) | (31,251) | (29,700) | *(28,791)* | (33,535) | (17,000) |
| Other - US | (2,395) | (9,522) | (7,320) | (15,457) | (10,561) | 16,544 | (3,055) | (17,641) | (4,128) | *(8,746)* | (17,973) | (15,579) |
| **OPERATING EXPENSES** | **(627,124)** | **(380,442)** | **(413,859)** | **(482,327)** | **(555,393)** | **(540,272)** | **(713,622)** | **(867,577)** | **(840,443)** | *(690,198)* | **(690,370)** | **(655,647)** |
| *Operating Expenses as % of Net Revenues* | *55.0%* | *45.6%* | *42.3%* | *23.1%* | *23.1%* | *23.0%* | *32.1%* | *39.4%* | *41.1%* | *45.0%* | *39.9%* | *50.9%* |
| *SG&A as % of Net Revenues* | *22.4%* | *21.6%* | *21.7%* | *12.4%* | *11.7%* | *14.2%* | *16.8%* | *20.7%* | *21.1%* | *25.3%* | *21.5%* | *32.2%* |
| Rhodes | (297) | (2,189) | - | - | - | - | - | - | - | | | |
| **OPERATING MARGIN BEFORE INCENTIVE & SETTLEMENTS** | **379,237** | **351,512** | **531,449** | **1,458,704** | **1,701,398** | **1,584,203** | **1,214,900** | **1,052,788** | **945,532** | *633,405* | **884,207** | **473,926** |
| *Operating margin as % of Net Revenues* | *33.2%* | *42.1%* | *50.2%* | *69.3%* | *69.6%* | *67.4%* | *54.7%* | *47.8%* | *46.2%* | *41.3%* | *47.3%* | *36.8%* |
| Incentive Bonus | (21,759) | (29,589) | (42,554) | (30,771) | (33,203) | (38,744) | (33,054) | (34,285) | (39,638) | *(38,908)* | (35,751) | (38,797) |
| Insurance Income | 90,000 | 184,548 | 33,820 | 11,714 | 8,768 | 15,863 | 30,639 | 3,520 | 990 | *850* | 200 | 500 |
| Settlement Expense | (100,000) | (591,443) | (1,930) | (44,859) | (40,419) | (17,435) | (6,773) | (14,247) | (41,759) | *0* | (695) | - |
| **TOTAL INCENTIVES AND SETTLEMENTS** | **(31,759)** | **(436,484)** | **(10,664)** | **(63,916)** | **(64,854)** | **(40,316)** | **(9,188)** | **(45,012)** | **(80,407)** | *(38,058)* | **(36,246)** | **(38,297)** |
| **OPERATING PROFIT MARGIN** | **347,478** | **(84,972)** | **520,785** | **1,394,788** | **1,636,544** | **1,543,888** | **1,205,712** | **1,007,776** | **865,125** | *595,347* | **847,961** | **435,629** |
| *Operating profit margin as % of Net Revenues* | *30.4%* | *-10.2%* | *49.1%* | *66.3%* | *66.9%* | *65.7%* | *54.3%* | *45.8%* | *42.3%* | *38.8%* | *45.3%* | *33.8%* |
| **Other Items** | | | | | | | | | | | | |
| Royalty Income - ex US | 44,286 | 59,490 | 65,023 | 71,469 | 76,137 | 84,789 | 91,367 | 83,961 | 48,465 | *39,031* | 40,088 | 38,877 |
| Royalty Expense - ex US | | | | | | | | | (6,755) | *(6,450)* | (7,370) | (8,059) |
| Ex US Expenses | (42,256) | (15,681) | (6,846) | (125,993) | (122,406) | (132,648) | (129,506) | (65,063) | (186,198) | *(199,275)* | (199,090) | (192,393) |
| Other ex-US expenses | - | - | - | - | - | - | (19,624) | (15,026) | (15,665) | *(11,007)* | (16,274) | (17,622) |
| One Time Charges/Other Items | (216,757) | (496) | (2,024) | (2,213) | 776 | (24,477) | (2,482) | (2,146) | 124,581 | | (27,599) | (15,118) |
| Gain on Infinity stock | | | | | | | | | (65,082) | *(16,092)* | | |
| Interest Income, net | 2,714 | 24,526 | 33,414 | 15,640 | 969 | 535 | 356 | 1,354 | 199 | *200* | 200 | 200 |
| **TOTAL OTHER ITEMS** | **(212,013)** | **67,839** | **89,567** | **(41,097)** | **(44,524)** | **(71,801)** | **(59,889)** | **3,080** | **(100,455)** | *(193,593)* | **(210,045)** | **(194,115)** |
| **PROFIT/LOSS BEFORE TAX** | **$135,465** | **($17,133)** | **$610,352** | **$1,353,691** | **$1,592,020** | **$1,472,087** | **$1,145,823** | **$1,010,856** | **764,670** | *401,754* | **637,916** | **241,514** |

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411583

CRITICAL DOCUMENTS CONTAINED WITHIN THIS EXHIBIT ARE SUBJECT TO PROTECTION.
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal - P&L Ratios Compared to Other Pharma Companies

| Annual Data | | As % of Net Sales | | |
|---|---|---|---|---|
| | | Pretax Profit (before ex-US) | R&D | (1) SG&A |
| **Purdue US** | 2013A | 37.4% | 14.9% | 26.2% |
| | 2014LE | 33.6% | 11.1% | 28.8% |
| | 2015B | 18.8% | 12.0% | 38.9% |
| | | | | |
| **Endo** | 2013 | -21.4% | 5.4% | 32.5% |
| **Allergan** | 2013 | 27.5% | 16.5% | 40.0% |
| **Forest** | 2013/4 | -1.4% | 30.8% | 49.8% |
| **AbbVie** | 2013 | 28.4% | 17.0% | 28.5% |
| **Pfizer** | 2013 | 30.5% | 12.9% | 27.8% |
| **Eli Lilly** | 2013 | 25.5% | 23.9% | 30.8% |
| **AstraZeneca** | 2013 | 12.7% | 18.8% | 48.7% |
| **J&J** | 2013 | 21.7% | 11.5% | 30.6% |
| **Peers (31) Median** | 2013 | 22.7% | 18.9% | 29.9% |



(1) Includes Legal fees and Health Care Reform Fee.

36

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411584

# 2015 Budget Proposal - Balance Sheet

| ($ MM's) | 2012 Actual | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **CURRENT ASSETS** | | | | | | |
| Cash and cash equivalents . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 755.6 | $ 832.2 | $ 432.4 | $ 757.6 | $ 507.3 | |
| Accounts receivable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 187.1 | 134.5 | 92.3 | 138.3 | 103.8 | 3 |
| Due from associated companies . . . . . . . . . . . . . . . . . . . . . | 31.8 | 27.3 | 16.2 | 22.8 | 22.6 | |
| Other receivables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3.0 | 12.3 | 12.0 | 13.7 | 13.3 | |
| Inventories . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 50.6 | 57.6 | 45.3 | 50.0 | 34.4 | |
| Prepaid expenses and other assets . . . . . . . . . . . . . . . . . . | 22.1 | 19.8 | 19.8 | 22.7 | 19.7 | |
| Restricted cash - current . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23.9 | 16.8 | 0.0 | 7.9 | 0.0 | |
| **TOTAL CURRENT ASSETS** . . . . . . . . . . . . . . . . . . . . . . . . . | **1,074.2** | **1,100.4** | **618.0** | **1,013.0** | **701.0** | |
| | | | | | | |
| Property and equipment, net . . . . . . . . . . . . . . . . . . . . . . . . . | 149.5 | 152.5 | 191.8 | 177.2 | 189.1 | 4 |
| Investments in associated companies . . . . . . . . . . . . . . . . | 7.9 | 36.9 | 28.1 | 39.4 | 42.8 | |
| Due from associated companies . . . . . . . . . . . . . . . . . . . . . | 3.0 | 2.8 | 3.0 | 2.5 | 2.3 | |
| Restricted cash - long term . . . . . . . . . . . . . . . . . . . . . . . . . . | 17.2 | 20.8 | 21.1 | 17.0 | 18.1 | 2 |
| Goodwill . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23.4 | 23.4 | 23.4 | 23.4 | 23.4 | |
| Product rights, trademarks and other intangibles, net . . . | 173.2 | 115.9 | 167.6 | 116.8 | 108.0 | |
| Other assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 22.5 | 21.2 | 19.7 | 21.4 | 19.7 | |
| Investment in Infinity stock . . . . . . . . . . . . . . . . . . . . . . . . . . | 189.5 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Deferred income taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19.8 | 18.5 | 19.5 | 19.5 | 13.6 | |
| **TOTAL ASSETS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$ 1,680.3** | **$ 1,492.4** | **$ 1,092.1** | **$ 1,430.1** | **$ 1,118.0** | |
| | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | |
| **CURRENT LIABILITIES** | | | | | | |
| Accounts payable . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 71.2 | $ 90.4 | $ 69.5 | $ 85.4 | $ 69.2 | 5 |
| Accrued expenses and taxes payable . . . . . . . . . . . . . . . . | 694.7 | 738.0 | 315.2 | 735.1 | 411.4 | 1 |
| Due to associated companies . . . . . . . . . . . . . . . . . . . . . . . | 12.4 | 14.1 | 14.3 | 14.3 | 14.3 | |
| **TOTAL CURRENT LIABILITIES** . . . . . . . . . . . . . . . . . . . . . . | **778.3** | **842.5** | **399.1** | **834.8** | **494.9** | |
| | | | | | | |
| Other long-term liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . | 230.2 | 166.3 | 193.1 | 184.2 | 180.7 | 7 |
| **TOTAL LIABILITIES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1,008.5** | **1,008.8** | **592.1** | **1,019.0** | **675.5** | |
| | | | | | | |
| **EQUITY** | | | | | | |
| Capital stock - common . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Additional paid in capital . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | |
| Subscription receivable . . . . . . . . . . . . . . . . . . . . . . . . . . . . | (1.0) | (1.0) | (1.0) | (1.0) | (1.0) | 7 |
| Accumulated other comprehensive loss . . . . . . . . . . . . . . | (139.9) | (54.6) | (72.2) | (67.6) | (63.1) | 6 |
| Unrealized gain / loss on Infinity stock . . . . . . . . . . . . . . . | 97.5 | 0.0 | 0.0 | 0.0 | 0.0 | |
| Retained earnings and partners' capital . . . . . . . . . . . . . . | 713.2 | 537.2 | 571.2 | 477.7 | 504.6 | |
| **TOTAL EQUITY** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **671.7** | **483.6** | **500.0** | **411.1** | **442.5** | 8 |
| **TOTAL LIABILITIES AND EQUITY** . . . . . . . . . . . . . . . . . . . . | **$ 1,680.3** | **$ 1,492.4** | **$ 1,092.1** | **$ 1,430.1** | **$ 1,118.0** | |

PURDUE

37

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SUBMITTED UNDER SEAL - SUBJECT TO PROTECTIVE ORDER OF THE SOUTHERN DISTRICT OF NEW YORK. TREAT SUBJECT TO PROTECTIVE ORDER.

# 2015 Budget Proposal – Balance Sheet Highlights

(1) CMS Medicaid rebate rules for line extensions are now projected to be finalized unfavorable to Purdue and paid in 2015 (vs. 2014 as assumed in 2014 Budget) with additional rebates paid of $220 mm in 2015-H2. This results in higher accruals and cash in the 2014 Latest Estimate and lower accruals and cash in 2015. Other decreases in accruals in 2015 are due to lower Medicaid, Tricare, and Coverage rebates as a result of lower OxyContin sales ($50 mm) **Redacted**

**Redacted**

(2) Restricted cash represents the following:

|  | 2014 | 2015 |
|---|---|---|

# Redacted



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 2015 Budget Proposal - Balance Sheet Highlights

(3) Accounts receivable and inventory decreases are due to lower sales.

(4) The 2015 budget assumes $36 mm of capital expenditures, of which $26 mm relates to the new facility.

(5) Accounts payable: The 2014LE increase is due to Targiniq shut down costs accrued in 2014. The 2015 budget decrease is due to completion of larger projects such as Targiniq and Hysingla in 2014.

(6) All shares of Infinity stock were distributed in 2013.

(7) Other long term liabilities comprise accruals for pension and other post retirement obligations ($153 mm), and LTRP ($11 mm). The accruals for pension and other post retirement obligations are recorded at net present value using end of year discount rates, and include other assumptions around life expectancy, annual compensation or medical cost increases  and return on pension plan assets. Accumulated other comprehensive loss represents that amount of these accruals that has not been recognized as expense in the P&L.

(8) Bank Group and Internal Reporting Group equity are projected to be $661 mm and $442 mm at 12/31/2015, respectively. The difference represents ex- US investments that are held outside of the bank group but within internal reporting.



39

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411587

CONTAINS INFORMATION SUBJECT TO
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal – Variance vs. 10-Year Forecast

**$MMs**

|  | 2015 Budget | 10-Year Forecast | Variance $ | Variance % |  |
|---|---|---|---|---|---|
| **Gross Sales** | 2,031 | 1,967 | 64 | 3% | |
| **Net Sales** | 1,287 | 1,129 | 158 | 14% | [1] |
| **Gross Profit** | 1,130 | 967 | 163 | 17% | |
| **Operating Expenses** | 656 | 578 | 78 | 13% | [2] |
| **Pre-tax Profits** | 242 | 157 | 85 | 54% | |
| **Unrestricted Cash** | 507 | 374 | 133 | 36% | |
| **Shareholders' Equity** | 443 | 425 | 18 | 4% | |
| **Non-tax Distributions / Available for Investments** | 200 | 141 | 59 | 42% | |

[1]
1. OxyContin $85 mm,
2. Butrans $17 mm and
3. Hysingla $55 mm not in 10 year plan

[2]
1. Higher legal fees of $14 mm,
2. Higher S&P $51 mm for Hysingla, new capabilities and new promotional initiatives
3. Higher R&D of $11 mm largely due to Hysingla.



40

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411588

CONTAINS INFORMATION SUBJECT TO
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal - Net Sales



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411589

# 2015 Budget Proposal – Gross to Net Sales by Brand

*Expressed in 000's*

| | 2013 Actual | 2014 Latest Estimate | 2015 Budget Proposal | 2016 Forecast |
|---|---|---|---|---|
| **OXYCONTIN** | | | | |
| **Gross Branded Product Sales** | $ 2,525,577 | $ 2,281,545 | $ 1,620,442 | $ 1,600,143 |
| Fee for Service | (50,637) | (46,297) | (33,265) | (32,817) |
| Discounts and Other Allowances | (17,828) | (24,120) | (36,730) | (37,172) |
| Patient Savings Card Discounts | (34,719) | (30,017) | (21,130) | (19,975) |
| Rebates on Branded Sales | (538,771) | (590,422) | (520,751) | (590,574) |
| Proposed Regulation Adjustment for Medicaid Rebates | (46,046) | (27,998) | (21,937) | (19,959) |
| Other | 0 | 3,882 | 14,241 | 15,033 |
| **OXYCONTIN NET SALES** | $ 1,837,576 | $ 1,566,573 | $ 1,000,870 | $ 914,679 |
| *Rebates as % of Gross Sales* | *23.2%* | *27.1%* | *33.5%* | *38.2%* |
| **BUTRANS** | | | | |
| **Gross Branded Product Sales** | $ 147,410 | $ 192,480 | $ 242,800 | $ 264,100 |
| Fee for Service | (3,091) | (3,811) | (5,014) | (5,448) |
| Discounts and Other Allowances | (12,999) | 9,911 | (7,589) | (3,032) |
| Patient Savings Card Discounts | (8,776) | (10,403) | (10,905) | (11,198) |
| Rebates on Branded Sales | (18,889) | (47,885) | (78,794) | (88,221) |
| **BUTRANS NET SALES** | $ 103,655 | $ 140,292 | $ 140,498 | $ 156,201 |
| *Rebates as % of Gross Sales* | *12.8%* | *24.9%* | *32.5%* | *33.4%* |
| **HYSINGLA** | | | | |
| **Gross Branded Product Sales** | | | $ 77,207 | $ 191,882 |
| Fee for Service | | | (1,544) | (3,838) |
| Discounts and Other Allowances | | | (6,303) | (9,594) |
| Patient Savings Card Discounts | | | (5,404) | (9,902) |
| Rebates on Branded Sales | | | (8,956) | (36,720) |
| **HYSINGLA NET SALES** | | | $ 55,000 | 131,828 |
| *Rebates as % of Gross Sales* | | | *11.6%* | *19.1%* |
| **All Other NET SALES** | 105,714 | 100,243 | 90,875 | 93,365 |
| **TOTAL NET SALES** | $ 2,046,945 | $ 1,807,108 | $ 1,287,243 | $ 1,296,074 |



42

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411590

# 2015 Budget Proposal – OxyContin Price Per Rx

|  | 2010 | 2011 | 2012 | 2013 | 2014 Nov. LE | 2015 (1) |
|---|---|---|---|---|---|---|
| Total Retail Demand $ (Gross) | $ 3,038,334,979 | $ 2,809,206,991 | $ 2,573,305,987 | $ 2,463,706,772 | $ 2,369,436,562 | $ 2,100,650,429 |
| WAC per TRx | $ 454.40 | $ 434.00 | $ 440.52 | $ 437.23 | $ 440.38 | $ 441.27 |
| Net Sales as % of Gross (Excluding Other Income) | 73.5% | 73.0% | 72.3% | 72.8% | 68.5% | 60.9% |
| Total Retail Demand $ (Net) | $ 2,234,391,757 | $ 2,051,475,581 | $ 1,859,465,863 | $ 1,792,560,775 | $ 1,622,890,656 | $ 1,279,010,148 |
| Net WAC per TRx | $ 334.16 | $ 316.94 | $ 318.32 | $ 318.12 | $ 301.63 | $ 268.67 (2) |

(1) Does not reflect final TRx numbers, but for purposes of this analysis 2015 assumes that additional gross sales increase has the same mix by strength.
(2) Decrease in Net WAC per TRx is primarily driven by higher blended rebate rates of 6.4%



43

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411591

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER:
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal - Net Sales – 2010 to 2015 OxyContin Price/Volume Roll forward

| ($MM's) | 2010 vs. 2011 | | 2011 vs. 2012 | | 2012 vs. 2013 | | 2013 vs. 2014 Latest Estimate | | 2014 Latest Estimate vs. 2015 Budget | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Opening Net Sales** | $ | 2,350.1 | $ | 2,222.5 | $ | 2,200.9 | $ | 2,046.9 | $ | 1,807.1 | |
| OxyContin Volume and Mix | | (336.9) | | (164.2) | | (192.2) | | (285.7) | | (530.1) | |
| OxyContin List Price | | 147.1 | | 103.2 | | 103.9 | | 104.8 | | 68.1 | |
| OxyContin Other Price | | 3.6 | | 36.8 | | (80.9) | | (90.1) | | (103.7) | Note 1 |
| All Other Products | | 58.6 | | 2.6 | | 15.1 | | 31.1 | | 45.8 | |
| **Ending Net Sales** | $ | 2,222.5 | $ | 2,200.9 | $ | 2,046.9 | $ | 1,807.1 | $ | 1,287.2 | |

Note 1 - Variance in OxyContin Other Price primarily driven by Rebate Rate (Positive variance from 2011 to 2012 Actual primarily driven by reversal in 2012 for over-accruals for rebates and coverage gap expense in 2011).



**44**

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411592

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal - Headcount



45

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLP004411593

CONTAINS INFORMATION OF PURDUE SUBJECT TO PROTECTION. TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal - Headcount Summary

|  | 2013 Approved | 2015 Budget Proposal | 2015 vs. 2013 | |
|---|---|---|---|---|
| G&A | 393 | 308 | (85) | -22% |
| S&P | 752 | 728 | (24) | -3% |
| R&D | 347 | 186 | (161) | -46% |
| Tech Ops-COGS | 275 | 250 | (25) | -9% |
| Tech Ops-Durham | - | 32 | 32 | |
| **TOTAL** | **1,767** | **1,504** | **(263)** | **-15%** |



46

PUBLICLY FILED PER STIPULATION [ECF 2140]
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
PPLP004411594

# 2015 Budget Proposal - G&A Headcount

| G&A: | V.P. | 2013 Approved | 2014 Approved | 2015 Budget Proposal | HDC Change '13 to '15 | |
|---|---|---|---|---|---|---|
| | | | | | # | $ |
| Finance/Procurement | Ed Mahony | 81 | 61 | 59 | (22) | -27% |
| IT | Larry Pickett | 102 | 75 | 75 | (27) | -26% |
| HR, Corp EHS, Admin Services | Susie Robinson | 64 | 52 | 52 | (12) | -19% |
| Law | Phil Strassburger | 44 | 34 | 34 | (10) | -23% |
| Corporate Communications | Raul Damas | 31 | 31 | 30 | (1) | -3% (1) |
| L&BD | Brian Meltzer | 7 | 8 | 10 | 3 | 43% |
| Compliance | Bert Weinstein | 12 | 10 | 10 | (2) | -17% |
| Corporate Security | Mark Geraci | 15 | 11 | 11 | (4) | -27% |
| Corporate Quality | David Lundie | 34 | 30 | 30 | (4) | -12% |
| Executive Admin | | 2 | 3 | 1 | (1) | -50% |
| **Total G&A (2)** | | **392** | **315** | **312** | **(80)** | **-20%** |

*Note:*

*(1) - Corporate Communications headcount (all years) reflects headcount reclass from R&D due to the re-organization of that group.*

*(2) - Does not include President's Reserve.*



47

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411595

CONTAINS INFORMATION CONTAINED IN THE COURT'S MODIFICATION
TREAT SUBJECT TO PROTECTIVE ORDER
Pg 229 of 249

# 2015 Budget Proposal - R&D Headcount

| | | Headcount | | | | Headcount Change 2013 vs. 2015 | |
|---|---|---|---|---|---|---|---|
| | 2013 Approved | 2014 Approved | 2014 Latest Estimate | 2015 Budget Proposal | 2015 vs 2014 LE | # | % |
| **Research and Development:** | | | | | | | |
| Discovery Research | 53 | 47 | 7 | 10 | 3 | (43) | -81% |
| Nonclinical | 55 | 50 | 35 | 35 | - | (20) | -36% |
| Cranbury Occupancy | 15 | 13 | 8 | 8 | - | (7) | -47% |
| Medical Research | 77 | 71 | 44 | 45 | 1 | (32) | -42% |
| R&D Innovations | 3 | - | - | - | - | (3) | -100% |
| Outsource Management | 7 | 7 | 3 | 3 | - | (4) | -57% |
| Project Management | 20 | 17 | 9 | 8 | (1) | (12) | -60% |
| Risk Management | 14 | 14 | 11 | 11 | - | (3) | -21% |
| Regulatory | 27 | 25 | 16 | 15 | (1) | (12) | -44% |
| Drug Safety | 39 | 31 | 21 | 15 | (6) | (24) | -62% |
| **Total R&D Group** | **310** | **275** | **154** | **150** | **(4)** | **(160)** | **-52%** |
| **Medical Affairs Group:** | | | | | | | |
| Medical Affairs | 4 | 3 | 3 | 2 | (1) | (2) | -50% |
| H.O.P.E. | 5 | 9 | 6 | 6 | - | 1 | 20% |
| Medical Services | 13 | 13 | 12 | 12 | - | (1) | -8% |
| Library | - | - | - | - | - | | |
| Medical Education | 3 | 2 | 1 | 2 | 1 | (1) | -33% |
| HC Education | 12 | 11 | 12 | 14 | 2 | 2 | 17% |
| Health Policy | - | - | - | - | - | | |
| **Total Medical Affairs Group** | **37** | **38** | **34** | **36** | **2** | **(1)** | **-3%** |
| **Grand Total** | **347** | **313** | **188** | **186** | **(2)** | **(161)** | **-46%** |



48

PUBLICLY FILED PER STIPULATION [ECF 2140]
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411596

# 2015 Budget Proposal – S&P Headcount

## Net Reduction of 11 Headcount, 28-person Reduction Balanced by Building New Capabilities

| New Capabilities | |
| --- | --- |
| Institutional Sales | 2 |
| Managed Care/Operations[2] | 9 |
| Marketing – Hysingla ER[3] | 4 |
| Licensing and Business Development | 2 |
| Total | 17 |

| Developing a Lean Operating Structure | |
| --- | --- |
| Pricing and Contracting[4] | (9) |
| Sales Force[5] | (13) |
| Marketing[6] | (1) |
| Operations | (4) |
| Pharmacy and Distribution | (1) |
| Total | (28) |

| 2014 Budget[1] | | New Capabilities | | Developing a Lean Operating Structure | | 2015 Budget Proposal |
| --- | --- | --- | --- | --- | --- | --- |
| 739 | + | 17 | − | (28) | = | 728 |

Note: 1) Includes 6 budgeted heads transferred from Finance  2) 6 Managed Care marketers, VP of Marketing and Managed Markets (Ogle), Head of Operations (Bujnoski), Executive Director of Managed Markets (Kadatskaya) 3) Executive Director of Marketing (Xu) and 3 Product Managers  4) Outsourcing and R2R initiatives 5) 6 Territories, 1 District, 6 reductions TBD targeted for July 1, 2015; 6) Eliminate Executive Director position



49

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411597

# 2015 Budget Proposal – Tech Ops Headcount

| | 2013 Approved | 2014 Approved | 2014 Estimate | 2015 Budget Proposal | Headcount Change 2013 vs. 2015 # | % |
|---|---|---|---|---|---|---|
| Totowa | 18 | 5 | 5 | - | (18) | -100% |
| Supply Chain | 55 | 47 | 45 | 41 | (14) | -25% |
| Wilson (1) | 202 | 194 | 206 | 209 | 7 | 3% |
| Subtotal | 275 | 246 | 256 | 250 | (25) | -9% |
| Durham | - | 10 | 10 | 32 | 32 | |
| Tech Ops Total | 275 | 256 | 266 | 282 | 7 | 3% |

Note: (1) 2014 Estimate includes 12 Board approved additions due to increase in Rhodes volume.
(2) Headcount (Totowa, Supply Chain and Wilson) down 25 or 10% since 2013 while experiencing higher tablet volumes (+34%) and increased complexity with more product SKU's (+116%) and Ex US territories (+147%) being supported by Technical Operations.



50

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411598

# 2015 Budget Proposal
# Cost Centers



PUBLICLY FILED PER STIPULATION [ECF 2140]
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
PPLP004411599

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal - Corporate Affairs

| | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | Variance | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | (2014 LE vs 2014 Budget) | (2015 Budget vs 2013 Actual) |
| Public Affairs | $6.5 | $5.3 | $4.9 | $4.8 | ($0.4) | ($1.6) |
| State Government Affairs | 9.8 | 8.1 | 3.4 | 3.6 | (4.7) | (6.2) |
| Patient and Professional Relations | - | - | 4.2 | 3.5 | 4.2 | 3.5 |
| Federal Government Affairs | 3.5 | 3.4 | 3.5 | 1.1 | 0.1 | (2.4) |
| Pharma Fund | 1.3 | 0.8 | 0.8 | 0.4 | - | (0.9) |
| Health Policy | 1.8 | 1.5 | 1.5 | 2.0 | - | 0.1 |
| Business Intelligence & Scientific Information | 3.6 | 3.2 | 3.2 | 2.2 | (0.0) | (1.4) |
| **Total Corporate Affairs** | **$26.6** | **$22.3** | **$21.4** | **$17.6** | **($0.9)** | **($9.0)** |
| **Approved FTE Headcount** | **33** | **31** | **31** | **30** | **-** | **(3)** |

| 2014 Latest Estimate vs. 2014 Budget | | |
| --- | --- | --- |
| **2014 Budget** | | $22.3 |
| Reduce organizational dues and grants | (0.6) | |
| Reduce Public Affairs grants and programs | (0.5) | |
| Other | 0.1 | |
| | | (0.9) |
| **2014 Latest Estimate** | | **$21.4** |

| 2015 Budget vs. 2013 Actual | | |
| --- | --- | --- |
| **2013 Actual** | | $26.6 |
| Move PhRMA dues to President | (2.4) | |
| Reduce Organizational Dues and Grants | (2.7) | |
| Reduced Consulting/Outside Services | (2.3) | |
| Reduce Community grants | (0.9) | |
| Eliminate/transfer BIO annual dues | (0.3) | |
| Library - reduce subscription services | (0.5) | |
| People costs | 0.3 | |
| | | (9.0) |
| **2015 Budget Proposal** | | **$17.6** |



52

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411600

CONFIDENTIAL - SUBJECT TO PROFESSIONALS' EYES ONLY PROVISION.
TREAT SUBJECT TO PROTECTIVE ORDER

**Redacted**

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          PPLP004411601

# 2015 Budget Proposal - R&D Expense

($MM's)

| | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | 2016 Forecast | 2017 Forecast | 2018 Forecast | 2019 Forecast | 2020 Forecast | 2021 Forecast | 2022 Forecast | 2023 Forecast | 2015-2023 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Butrans:** | | | | | | | | | | | | | |
| BUP - Existing Strengths | $ 8.8 | $ 8.4 | $ 9.1 | $ 7.1 | $ 6.0 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13.1 |
| BUP - Add'l Strengths | 4.3 | 1.4 | 1.4 | 0.1 | 0.1 | - | - | - | - | - | - | - | 0.1 |
| BUP - 2G | 1.0 | 6.1 | 6.1 | 20.8 | 3.8 | 0.1 | - | - | - | - | - | - | 24.7 |
| Total | 14.1 | 15.9 | 16.5 | 28.0 | 9.9 | 0.1 | - | - | - | - | - | - | 38.0 |
| HYD **(1)** | 58.6 | 41.2 | 30.5 | 14.3 | 8.4 | 6.8 | 0.1 | - | - | - | - | - | 29.6 |
| Targiniq **(2)** | 78.1 | 60.2 | 42.2 | 0.7 | - | - | - | - | - | - | - | - | 0.7 |
| Oxy ADIR (OCI) **(3)** | 15.7 | 14.3 | 10.5 | 1.8 | - | - | - | - | - | - | - | - | 1.8 |
| Oxycontin | 23.9 | 19.4 | 22.6 | 4.6 | 1.8 | - | - | - | - | - | - | - | 6.5 |
| Redacted | 3.9 | 0.3 | 2.0 | 3.5 | - | - | - | - | - | - | - | - | 3.5 |
| | 12.8 | 2.0 | 2.3 | 0.1 | - | - | - | - | - | - | - | - | 0.1 |
| | 4.4 | 5.9 | 0.4 | - | - | - | - | - | - | - | - | - | - |
| MS Contin Reformulated (Abuse Deterrent) **(4)** | 1.5 | 21.4 | 9.4 | 22.9 | 4.5 | - | - | - | - | - | - | - | 27.4 |
| Redacted | 1.1 | 5.6 | 3.5 | - | - | - | - | - | - | - | - | - | - |
| HCA - Hydrocodone APAP (Vicodin ADF) | - | - | 1.5 | 5.7 | 11.4 | - | - | - | - | - | - | - | 17.1 |
| New Initiatives | - | - | 3.0 | 11.9 | 18.9 | 2.6 | - | - | - | - | - | - | 33.4 |
| **Total Development Projects** | 214.2 | 186.3 | 144.6 | 93.5 | 54.9 | 9.5 | 0.1 | - | - | - | - | - | 158.0 |
| Project Support **(5)** | 16.0 | 2.6 | 3.2 | 11.6 | 10.0 | 5.0 | - | - | - | - | - | - | 26.6 |
| Discovery Support **(6)** | 16.4 | 14.8 | 10.0 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 56.3 |
| **Total Available for Project Support & New Initiatives** | 32.4 | 17.4 | 13.2 | 17.9 | 16.3 | 11.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 82.9 |
| Market Support **(7)** | 49.9 | 50.7 | 42.3 | 41.2 | 41.2 | 41.2 | 41.2 | 36.2 | 26.2 | 16.2 | 16.2 | 16.2 | 276.2 |
| **Underspend Estimate** | - | (24.5) | (5.0) | (3.5) | 3.5 | - | - | - | - | - | - | - | |
| **Total R&D + Medical Affairs Group** | $ 296.5 | $ 229.9 | $ 195.0 | $ 149.2 | $ 115.9 | $ 62.0 | $ 47.6 | $ 42.5 | $ 32.5 | $ 22.5 | $ 22.5 | $ 22.5 | $ 517.1 |
| **R&D Expense As A % of Net Sales** | 14.5% | 15.0% | 10.8% | 11.6% | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | N.A. | |

Note 1: Includes Pediatric PREA expense.

Note 2: Excludes Pediatric PREA expense.

Note 3: Includes all expenses through NDA submission and review period.

Note 4: Assumes spend through FDA filing.

Note 5: Project Support includes spend in Medical Research, Nonclinical and Project Management not specifically allocated to projects. It also includes Cranbury Occupancy. Reduced to $0 after 2017 as projects reach completion.

Note 6: Discovery Support excludes Cranbury occupancy costs included in Project Support.

Note 7: Market Support includes non project related spend in Risk Management, Regulatory, Drug Safety and Medical Affairs. It also includes Stamford Occupancy.



54

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411602

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal
# Sales Rep Bonus – Rules of the Road



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          PPLP004411603

ORIGINAL DOCUMENT CONTAINS CONFIDENTIAL INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

# 2014 Budget Proposal – Sales Bonus

**CURRENCY**

| Compensation | 2014 On-target Compensation $ '000 | % Total | 2014 Potential Compensation $ '000 | % Total |
|---|---|---|---|---|
| Variable Pay | | | | |
| - sales related | 46.6 | 36.4% | 124.6 | 60.5% |
| - non-sales related | 0 | 0.0% | 0 | 0.0% |
| **Total Variable Pay** | **46.6** | **36.4%** | **125** | **60.5%** |
| Non-variable Pay (i.e. Fixed base Salary) | 81.3 | 63.6% | 81.3 | 39.5% |
| **TOTAL COMPENSATION** | **127.9** | **100.0%** | **205.9** | **100.0%** |
| | | | | |
| Total on-target sales for 2014 = | 2,474 | | | |

| 2013 achievement | On-target and above | Maximum |
|---|---|---|
| - number of reps | 205 | 0 |
| - as % of total sales reps | 40.3% | 0.0% |
| | | |
| Total sales reps @ 31.12.13 = | 509 | |

**RATIOS**

| Compensation | 2014 On-target Compensation vs. Basic (=100) | % Total | 2014 Potential Compensation vs. Basic (=100) | % Total |
|---|---|---|---|---|
| Variable Pay | | | | |
| - sales related | 57.3 | 36.4% | 153.3 | 60.5% |
| - non-sales related | 0 | 0.0% | 0 | 0.0% |
| **Total Variable Pay** | **57.3** | **36.4%** | **153.3** | **60.5%** |
| Non-variable Pay (i.e. Fixed base Salary) | 100.0 | 63.6% | 100.0 | 39.5% |
| **TOTAL COMPENSATION** | **157.3** | **100.0%** | **253.3** | **100.0%** |
| | | | | |
| Total on-target sales for 2014 = | 2,474 | | | |

| Estimated 2013 achievement | On-target and above | Maximum |
|---|---|---|
| - number of reps | 205 | 0 |
| - as % of total sales reps | 40.3% | 0.0% |
| | | |
| Total sales reps @ 31.12.13 = | 509 | |



56

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411604

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal Capital



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411605

# 2015 Budget: Capital Request - $33.5 MM

| Project Name | | Capital Budget |
|---|---|---|
| Project Breeze Human Cost of Capital 2015 - 2016 **(1)** | $ | 14,100,000 |
| 2015 Hardware Refresh | | 5,499,926 |
| 2015W 2D Bar Code Serialization Compliance **(2)** | | 1,700,000 |
| 2015W IBC Containment | | 995,000 |
| PC Refresh 2015 | | 485,500 |
| Regulatory Submission System | | 474,000 |
| 2015 Rebate Management Software | | 350,000 |
| Office 365 Advanced Features Strategy and Implementation | | 340,000 |
| Homogenizer Mixer for LTS West Caldwell- 2nd Gen Butrans **(3)** | | 330,000 |
| 2015W General Equipment Projects | | 300,000 |
| 2015W Office Window Replacement | | 300,000 |
| Other Projects < $300,000 | | 3,659,000 |
| | sub-total $ | 28,533,426 |
| **President's Reserve Request** * | | |
| Digital Detailing **(4)** | $ | 4,000,000 |
| General Project Reserve | | 1,000,000 |
| **2015 Capital Request** | $ | **33,533,426** |

Note:
**(1)** Under U.S. GAAP Purdue must capitalize the costs of internal staff required to construct the building, infrastructure, and complete the validation process required for the site approval in late 2016.  In previous years this amount was expensed via cost centers due to immateriality.

**(2)** 2D Bar Code on each bottle of Purdue's products is required by U.S. Drug Quality and Security Act (DQSA) and industry is obliged to be implemented by 2017, possibly sooner for international products.

**(3)** Equipment costs paid by Purdue are recouped via discounts off contracted product rates under separate agreement with LTS.

**(4)** Develop Digital Detailing platform for reps to deliver content to HCPs via i-Pads.

* Initiation of project is contingent on presenting a full project plan, justification and budget to the Capital Committee and President/CEO.



3

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal - Brand Business Unit P&L



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411607

# 2015 Budget Proposal - OxyContin P&L

| ($MM's) | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | Variance '15 v '14 | 2016 Estimate | Variance '16 v '15 |
|---|---|---|---|---|---|---|---|
| **Gross Sales (1)** | $ 2,525.6 | $ 1,977.3 | $ 2,281.5 | $ 1,620.4 | | $ 1,600.1 | |
| **Net Sales** | 1,837.6 | 1,306.0 | 1,566.6 | 1,000.9 | **-36%** | 914.7 | **-9%** |
| Rebates as % of Gross Sales (2) | 23% | 28% | 27% | 33% | | 38% | |
| COGS/Shipping & Warehousing | (67.2) | (46.3) | (58.5) | (33.6) | | | |
| Royalty Expense/Amort. of Milestone Pymts. | (107.3) | (78.5) | (92.5) | (47.7) | | | |
| **Gross Profit** | **1,663.0** | 1,181.1 | 1,415.6 | 919.6 | **-35%** | | |
| Marketing Expense | (18.8) | (24.4) | (21.6) | (21.3) | | | |
| Sales Force Expense (3) | (65.3) | (84.4) | (86.1) | (71.5) | | | |
| **Product Spending** | **(84.1)** | (108.8) | **(107.7)** | **(92.8)** | **-14%** | | |
| Product Spending as % of Net Sales | 5% | 8% | 7% | 9% | | | |
| G & A Allocation | (76.1) | (64.5) | (65.5) | (66.6) | | | |
| R&D Market Support (5) | (45.8) | (41.9) | (43.4) | (25.3) | | | |
| Insurance Income/Settlement Expense | (40.6) | 0.9 | 0.2 | 0.5 | | | |
| Health Care Reform Fee (6) | (28.7) | (27.9) | (32.0) | (13.2) | | | |
| Healthcare Reform Fee Change in Accounting | - | - | (27.3) | - | | | |
| **Other Expenses** | **(233.8)** | (149.1) | **(194.8)** | **(131.1)** | | | |
| **Product Contribution** | $ 1,345.1 | $ 923.3 | $ 1,113.1 | $ 695.7 | **-37%** | | |
| Product Contribution % | 73% | 71% | 71% | 70% | | | |

*Redacted* (over G & A Allocation section)

(1) 2015 Budget includes price increase of 6.0% in 2015 and a settlement agreement gross sales impact of $577 mm.

(2) The increase in the blended rebate rate is from 27% to 33% is due to higher rebate rates in the commercial and Medicare Part D channels to maintain formulary coverage.

(3) Sales Force includes allocation of Sales Force, Sales Operations, Sales Training, and 50 rep contract sales force. Total 2015 costs are allocated to OxyContin assuming 45% of PDEs.

# Redacted

(5) Consists of allocated costs of classwide REMS, RADARs, Health Policy and adverse events/product complaints processing of $18.8 mm, FDA User fees of $1.9 mm and other of $4.6 mm.

(6) Represents Purdue's portion of the $2.8 billion industry fee, which is allocated to OxyContin based on Purdue's estimated prescription drug sales to the government as a % of total industry sales to government. In October 2014, the IRS published rules (re)defining that the fee should be calculated based on current year's sales. So in 2014 the change in accounting to catch up to accruing on current year sales is $27.3 mm.



60

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411608

# 2015 Budget Proposal – Butrans Inception to date P&L

| ($MM's) | 2009 & Prior Actual | 2010 Actual | 2011 Actual | 2012 Actual | 2013 Actual | 2014 Budget | 2014 Latest Estimate | 2015 Budget Proposal | Variance '15 v '14 | 2016 Estimate | Variance '16 v '15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Sales** | $ - | $ - | $ 73.5 | $ 112.9 | $ 147.4 | $ 188.8 | $ 192.5 | $ 242.8 | | $ 264.1 | |
| | | | | | | | | | | | |
| **Net Sales** [1] | - | - | - | 96.2 | 111.2 | 124.8 | 121.9 | 140.5 | 15% | $156.2 | 11% |
| *Rebates as % of Gross Sales* [2] | | | | 4.2% | 5.4% | 12.8% | 18.9% | 24.9% | 32.5% | 33.4% | |
| | | | | | | | | | | | |
| COGS/Shipping & Warehousing | - | (0.9) | (6.9) | (8.5) | (4.7) | (7.2) | (7.8) | (9.8) | | | |
| Royalty Expense/Amort. of Milestone Pymts. [3] | - | - | (3.4) | (4.5) | (6.4) | (7.7) | (8.0) | (7.9) | | | |
| **Gross Profit** | - | (0.9) | 45.7 | 83.2 | 100.1 | 109.9 | 106.1 | 122.8 | 16% | | |
| | | | | | | | | | | | |
| Marketing Expense [4] | 0.0 | (6.7) | (28.1) | (20.4) | (19.3) | (17.3) | (16.4) | (17.1) | | | |
| Sales Force Expense [5] | 0.0 | 0.0 | (92.4) | (85.5) | (77.7) | (62.3) | (65.0) | (41.3) | | | |
| **Product Spending** | - | (6.7) | (120.5) | (105.9) | (97.0) | (79.6) | (81.4) | (58.4) | -28% | | |
| *Product Spending as % of Net Sales* | | | | 110.1% | 87.2% | 63.8% | 66.8% | 41.5% | | | |
| | | | | | | | | | | | |
| **Other Expenses** | | | | | | | | | | | |
| G & A Allocation at 6% of net sales | 0.0 | 0.0 | (3.4) | (5.1) | (6.2) | (8.1) | (8.4) | (8.4) | | | |
| | | | | | | | | | | | |
| R&D Market Support [7] | 0.0 | (8.9) | (22.2) | (17.1) | (17.8) | (15.9) | (13.4) | (12.6) | | | |
| Health Care Reform Fee [8] | - | - | - | (1.2) | (0.7) | (0.4) | (0.8) | (2.5) | | | |
| Healthcare Reform Fee Accounting Restatement [8] | - | - | - | - | - | - | (2.3) | - | | | |
| **Product Contribution** | $ - | $ (16.8) | $ (101.1) | $ (47.0) | $ (23.8) | $ 4.9 | $ (1.2) | $ 34.2 | | | |
| *Product Contribution as % of Net Sales* | | | | -48.8% | -21.5% | 3.9% | -1.0% | 24.3% | | | |
| | | | | | | | | | | | |
| Pre-Launch R&D | (461.2) | - | - | - | - | - | - | - | | | |
| R&D on Higher Strengths and 2nd Generation Patch | - | (26.1) | (13.5) | (26.0) | (15.3) | (7.5) | (7.5) | (20.9) | | | |
| **Net Contribution** | $ (461.2) | $ (42.9) | $ (114.6) | $ (73.0) | $ (39.1) | $ (2.6) | $ (8.7) | 13.3 | | | |
| *Net Product Contribution as % of Net Sales* | | | | -75.8% | -35.2% | -2.1% | -7.1% | 9.4% | | | |

Purdue Cumulative Investment $ (729) [9]

**Notes:**

(1) Net sales is adjusted to move return rate true ups to prior period to show the underlying economics by year.

(2) The increase in the blended rebate rate from 24.9% in 2014LE to 32.5% in 2015 Budget is primarily due to improved formulary coverage.

Redacted

(4) Marketing expenses include marketing education programs, market research, journal advertising, agency fees, e-marketing, patient savings card admin fees, conventions and other special promotions.

(5) Sales force allocation is based upon call position and cost per call. Butrans primary calls are weighted at 82% in 2012 Actual, 58% in 2013 Actual, 33% in 2014 Latest Estimate, and 24% in 2015

Redacted

(7) R&D 2015 Budget is comprised of allocated costs of classwide REMS, RADARS, Health Policy and adverse events/product complaints processing of $4.5 million, FDA User fees of $1.0 million and costs of pediatric study of $7.1 million.

(8) Represents Purdue's portion of the $2.8 billion industry fee, which is allocated to Butrans based on Purdue's estimated prescription drug sales to the government as a % of total industry sales to government. In October 2014, the IRS published rules (re)defining that the fee should be calculated based on current year's sales. So in 2014 the change in accounting to catch up to accruing on current year sales is $2.3 mm. Sales to government increase in 2014 as a result of Medicare Part D and Medicaid formulary wins.

(9) Per 12/20/13 Post-Mortem analysis, group wide IRR on Butrans was projected to be 8% after tax. Since that analysis, results have been better than plan.



PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

61

PPLP004411609

TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal - Hysingla P&L

| ($MM's) | | 2015 Budget | | 2016 Forecast | | Variance '16 v '15 |
|---|---|---|---|---|---|---|
| **Gross Sales (1)** | | $ | 77.2 | $ | 191.9 | |
| | | | | | | |
| **Net Sales (2)** | | | 55.0 | | 131.8 | 140% |
| Rebates as % of Gross Sales | | | 12% | | 19% | |
| | | | | | | |
| COGS/Shipping & Warehousing | | | (2.6) | | (7.7) | |
| Royalty Expense/Amort. of Milestone Pymts. | (3) (4) | | (6.0) | | (12.2) | |
| **Gross Profit** | | | 46.4 | | 112.0 | 142% |
| | | | | | | |
| Marketing Expense | | | (37.0) | | (28.9) | |
| Sales Force Expense | (5) | | (44.8) | | (47.1) | |
| **Product Spending** | | | **(81.8)** | | **(76.0)** | -7% |
| Product Spending as % of Net Sales | | | 149% | | 58% | |
| | | | | | | |
| G & A Allocation at 3% of net sales | | | (1.9) | | (3.6) | |
| | | **Redacted** | | | | |
| R&D Market Support | (7) | | (17.4) | | (10.8) | |
| Health Care Reform Fee | (8) | | - | | (4.3) | |
| Healthcare Reform Fee Change in Accounting | (8) | | (1.1) | | - | |
| **Other Expenses** | | | **(24.8)** | | **(21.3)** | |
| | | | | | | |
| **Product Contribution** | | $ | **(60.2)** | $ | **14.7** | 124% |
| Product Contributions as % of Net Sales | | | -110% | | 11% | |

(1) Gross sales assumes pricing at $327 average Rx in 2015 on a price parity with OxyContin on a strength by strength basis.
(2) In 2015 it is assumed that 62% of business comes from the commercial channel with Tier 3 at rebates of 10%. The increase in the blended rebate rate from 12% to 19% between 2015 Budget and 2016 Estimate is primarily due to improved formulary coverage.

<center>Redacted</center>

(4) Represents $4.1 mm and $4.0 mm approval milestones to  Redacted  and Abbott, respectively which are being amortized over a period of 5 years, through 2019.
(5) Sales Force includes allocation of Sales Force, Sales Operations, Sales Training, and 50 rep contract sales force. Total costs are allocated to Hysingla assuming 33% of PDEs.

**Redacted**

(7) Comprised of $11.8 mm of expense for pediatric studies, $2.6mm in Health Outcomes studies to support commercial strategy and $2.5 mm in other fees and allocated expenses (including $1 mm in Drug Safety and Pharmacovigilance and $0.8MM in FDA fees)
(8) Represents Purdue's portion of the $2.8 billion industry fee, which is allocated to Hysingla based on Purdue's estimated prescription drug sales to the government as a % of total industry sales to government. In October 2014, the IRS published rules (re)defining that the fee should be calculated based on current year's sales. So in 2015 the change in accounting to catch up to accruing on current year sales is $1.1 mm.



62

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONTAINS INFORMATION SUBJECT TO PROTECTION.
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Budget Proposal - Historical Laxatives P&L

| ($MM's) | 2009 Actual | 2010 Actual | 2011 Actual | 2012 Actual | 2013 Actual | 2014 Latest Estimate | 2015 Budget Proposal | 2016 Estimate |
|---|---|---|---|---|---|---|---|---|
| **GROSS SALES** [1] | $ 52.2 | $ 48.1 | $ 51.1 | $ 51.5 | $ 50.6 | $ 50.3 | $ 52.1 | $ 52.4 |
| **NET SALES** | 51.1 | 46.9 | 50.0 | 48.8 | 49.5 | 49.2 | 50.9 | 51.2 |
| **GROSS PROFIT** | 42.0 | 35.9 | 38.9 | 37.6 | 36.4 | 35.9 | 38.1 | |
| Marketing Expense [2] | (11.8) | (15.5) | (13.8) | (14.3) | (15.1) | (13.5) | (11.2) | |
| Sales Force Expense [3] | (6.2) | (6.3) | (3.9) | (4.6) | (0.4) | (0.4) | (0.7) | |
| **TOTAL PRODUCT SPENDING** | **(18.0)** | **(21.7)** | **(17.7)** | **(19.0)** | **(15.5)** | **(14.0)** | **(11.9)** | |
| *Product Spending as a % of Net Sales* | *35.3%* | *46.3%* | *35.4%* | *38.8%* | *31.3%* | *28.4%* | *23.3%* | |
| **OTHER EXPENSES** [4] | (11.2) | (1.2) | (1.3) | (1.3) | (0.8) | (0.8) | (0.7) | |
| **PRODUCT CONTRIBUTION** | $ 12.7 | $ 13.0 | $ 19.9 | $ 17.3 | $ 20.2 | $ 21.1 | $ 25.6 | |
| *Product Contribution %* | *24.9%* | *27.6%* | *39.8%* | *35.4%* | *40.7%* | *42.9%* | *50.2%* | |

(1) Laxatives includes Senokot, Senokot S, Colace and Peri-Colace Brands. The Gross Sales impact of product diversion is estimated at $2.8 mm in 2013 and $1.0 mm in 2012.
(2) Marketing expenses include consumer advertising, co-op advertising, advertising and agency fees, samples, coupons and others.
(3) Sales force expense includes cost of outside sales agents (Acosta). In 2012 and prior Laxatives were detailed in a tertiary position by sales force.
(4) Other includes estimated R&D market support across Medical Services, Drug Safety, Regulatory and other support functions. 2009 Actual includes $10.0 mm of costs related to product recall and qualification of Purdue Canada.



63

PUBLICLY FILED PER STIPULATION [ECF 2140]
HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411611

ORIGINAL IS PROPERTY OF PURDUE – DO NOT DISTRIBUTION – TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Royalty & Milestone Expense Budget Proposal – OxyContin

($MMs)

Redacted

| | 2009 ACT | 2010 ACT | 2011 ACT | 2012 ACT | 2013 ACT | *2014 Budget* | 2014 Latest Estimate | 2015 Budget Proposal |
|---|---|---|---|---|---|---|---|---|
| Net Sales[3] | $  - | $  604.5 | $  2,153.4 | $  2,047.1 | $  1,849.3 | *$  1,275.5* | $  1,555.5 | $  714.7 |

Royalty Calculated Before Cap[1]:

**Royalty Due[1]:**

Redacted

| | 2009 ACT | 2010 ACT | 2011 ACT | 2012 ACT | 2013 ACT | *2014 Budget* | 2014 Latest Estimate | 2015 Budget Proposal |
|---|---|---|---|---|---|---|---|---|
| Net Sales | $  - | $  1,011.2 | $  2,021.8 | $  2,048.8 | $  1,877.8 | *$  1,302.5* | $  1,588.2 | $  743.1 |

**Royalty Due[2]**

**Total Royalty Expense**

Milestone Amortization Expense[4]

**Total Royalty & Milestone Expense**

# Redacted

(2) Redacted royalty equals Redacted of Net Sales prior to commencement of Redacted royalty payments (Sept. 2010) and Redacted of Net Sales thereafter.

(3) The reduction in 2015 net sales is a result of decreasing demand, impact of settlement agreements, and additional Medicaid rebates that can only be deducted when the Proposed Rule becomes final. The 2015 net sales forecast assumes that the final CMS rules treat the new OxyContin as a line extension and that $265 million of retroactive rebates will be due in 2015. The 2014 budget assumed that these rules would be finalized in 2014.

(4) Milestones incurred at or subsequent to FDA approval are amortized through 2017 (expected useful life). See next slide for detail.



64

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411612

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER.
TREAT SUBJECT TO PROTECTIVE ORDER

# 2015 Milestone Expense Budget Proposal

| ($MM's) | 2009 & Prior ACT | 2010 ACT | 2011 ACT | 2012 ACT | 2013 ACT | *2014 Budget* | 2014 Latest Estimate | 2015 Budget Proposal | Cumulative Payment |
|---|---|---|---|---|---|---|---|---|---|
| Redacted | | | | | | | | | |
| Contract Execution | | | | | | | | | |
| Broad Claim Patent (assumes patent issued) | | | | | | | | | |
| Further Claim Patent (assumes patent issued) | | | | | | | | | |
| Marketing Authorization in U.S. (Hydrocodone) | | | | | | | | | |
| Redacted | | | | | | | | | |
| License Fee | | | | | | | | | |
| NDA Filing in U.S. (OxyContin) | | | | | | | | | |
| NDA Approval in U.S. (OxyContin) | | | | | | | | | |
| NDA Filing in U.S. (Hydrocodone) | | | | | | | | | |
| NDA Approval in U.S. (Hydrocodone) | | | | | | | | | |



**Total Milestones Paid**[1]

**Milestone Amortization Expense**[2]

(1) Ex US milestones paid or to be paid by the end of 2014 total $27.3 mm Redacted are not included above.

(2) Milestones incurred prior to FDA approval are expensed immediately (100%).  Milestones incurred at or subsequent to FDA approval are amortized over their expected useful life.  Additional $1.6MM versus 2014 is related to hydrocodone.



65

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                PPLP004411613

INITIAL DOC FILED CONTAINS CONFIDENTIAL PROFESSIONALS EYES ONLY MATERIAL. INSTRUCTION.
TREAT SUBJECT TO THE PROTECTIVE ORDER

# 2015 Budget Wrap Up



Mark Timney

November 2014

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

CONTAINS INFORMATION SUBJECT TO PROTECTION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Conclusion

**Strong 2014 Performance**

✓ Sales $273 million above budget

✓ Expenses $293 million below 2013

✓ Net income $223 million above budget

✓ Hired top talent

**Prepared for 2015**

✓ Continue to stabilize and grow core business

✓ Launch Hysingla with optimal support

✓ Investing in business development to grow

✓ Continuing cost discipline and culture change



2

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| 2015 PURDUE SUMMARY OBJECTIVES & KEY METRICS | Weight | Weighted Score |
|---|---|---|
| **1. Commercial Excellence** <br> a) Achieve $1,227.2 mm in net sales – excluding any settlement impact <br> b) Achieve $55 mm net sales for Hysingla ER by 4Q2015 | 35% | |
| **2. Preferred BD Partner** <br> a) Complete one (1) commercial product deal and one (1) development stage pipeline opportunity by 4Q2015 <br> b) Establish Virtual Discovery core team, scouting network and informatics platform by 4Q2015 | 20% | |
| **3. Adopt a Lean Operating Strategy** <br> a) Achieve Operating Expense of $655.6 mm in 2015 <br> b) Operating Profit Margin of $435.6 mm in 2015 | 10% | |
| **4. Optimize the Pain Portfolio** <br> a) Maintain OxyContin exclusivity by settlement, litigation, and/or regulatory protection <br> b) File Butrans 2nd generation patch sNDA/NDA by 4Q2015 <br> c) ADF Strategy: <br>    1. Complete OCI Launch plan by 3Q2015 <br>    2. Achieve R & D Metrics | 15% | |
| **5. Recruit, Retain, and Engage the Best People** <br> a) Implement Talent Management System by 4Q2015 | 10% | |
| **6. Demonstrate Value to Our Customers** <br> a) Maintain >99% Delivery Performance for existing Purdue and Rhodes Products <br> b) Obtain Certificate of Occupancy for Treyburn, NC site by 2Q2015 and Complete Product Registration batches by 4Q2015 <br> c) Pass abuse-deterrent formulation legislation in five (5) states by 4Q2015 <br> d) Six (6) MSL's to deliver: 1) OADP message to 80% of top 200 influencers 2Q2015, 2) Hysingla clinical overview to 40 Commercial/Medicare accounts 1Q2015, and to 10 accounts within Workers Comp, Medicaid, Pharmacy & Distribution and Long Term Care Market by 2Q2015 | 10% | |

**SUSTAINED COMPLIANCE WITH LAWS, REGULATIONS, AND COMPANY POLICIES INCLUDING REGULATORY COMPLIANCE AND AT ALL SITES WITH NO MAJOR FINDINGS.**

PUBLICLY FILED PER STIPULATION [ECF 2140]

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

PPLP004411616