UNREDACTED - CONTAINS INFORMATION DESIGNATED BY PRIVILEGE REVIEWERS TO
TREAT SUBJECT TO A PROTECTIVE ORDER

FEB. 2014

PUBLICLY FILED PER STIPULATION [ECF 2140]

CONTAINS CONFIDENTIAL INFORMATION - SUBJECT TO
TREAT SUBJECT TO PROTECTIVE ORDER

930 - 1015. Esteve          1115 - 1130 Syrians
1015 - 1045 EDO 1           11:30 - 12:00 Myoscience
1045 - 1115 EDO 2

Science + Tech

Phone: RS, MOAB, TES
Room: CP, RSS, SOB, PM, HM, the, Jonlaw, PB, TK,
Laman, Karan, Patrick, Manfredles, Georg,
Peter McJaman, RAS, MOAB, TES

# Redacted as Non-Purdue Material

Produced by PURDUE PHARMA L.P.    PUBLICLY FILED PER STIPULATION [ECF 2140]    PPLPBN-00001786
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

UNDER SEAL - CONTAINS INFORMATION THAT ASSIGNEES DESIGNATED HIGHLY CONFIDENTIAL -
TREAT SUBJECT TO PROTECTIVE ORDER

# Redacted as Non-Purdue Material

Produced by PURDUE PHARMA L.P.
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPBN-00001787

UNREDACTED CONTAINS INFORMATION SUBJECT TO PROFESSIONALS' EYES ONLY DESIGNATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Redacted as Non-Purdue Material

Produced by PURDUE PHARMA L.P.
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

CONTAINS INFORMATION PROFESSIONALS DESIGNATED TREAT SUBJECT TO PROTECTIVE ORDER

# Redacted as Non-Purdue Material

# Attorney-Client Privilege

Produced by PURDUE PHARMA L.P.
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED CONTAINS HIGHLY CONFIDENTIAL INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Attorney-Client Privilege

Myoscience Presentation

CP recused himself

Brian Meltzer presented

JDS wants a side-by-side comparison with Botox

Does the 5+T review of proceeding?

- KOS - should meet with physicians - but they are starting next week

RS - generally in favor but wants to see how KOLs think about other experts. concerned about anatomy and targeting (would say go ahead and keep studying)

JDS - need to visit sites and see how this is being used in the field.

RS - we need a KOL to review and come back to us (we need more than one b/c of their bias)

M.T - may be some of the comm. the numbers visit sites?

JDS - where are the sites?

RS - pay enough attention that not we have oversight on commercialization - want to control of commercialization

Produced by PURDUE PHARMA L.P.
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED
PUBLICLY FILED PER STIPULATION [ECF 2140]
PPLPBN-00001790

MT - right now we are a very conservative organization, we do not want to be all over this capacity right now b/c we need them to continue to convert

Sum of Committee is supportive b/c overload

February 26, 2014

RES, BS, TDS, PC, RS, DTS, LSS, PB
TSS, MOSS, CP, KAS
the whiteboard

MT report

key areas of focus: commercial is the number one issue:
sales, marketing at managed markets
- marketing lacks analytics, but there is
a significant opportunity
- sales - needs to foundation, obsolete basics
we need foundation, copy of our size (again
lacks analytics - and lack of talent). Lack of talent
on the leadership side - strong culture, very
compliant conservative - we are very, very, very
conservative
- managed care - very concerned about this,
built on relationships but at a very low level
(zero analytics in managed care; no understanding
on a client's side or understanding of what
our clients are doing - knowledge of managed
customers are at zero

Conversations between commercial and R+D doesn't
work - you are supposed to correct these

UNDER SEAL PURSUANT TO CONFIDENTIALITY STIPULATION AND AGREED
TREAT SUBJECT TO PROTECTIVE ORDER

people and drive the label
- Pre-launch planning — is not done;
very behind on Targaniq® - need to
be starting this 18 months before launch
- Pricing and Payor component doesn't
exist
Organization called "Monitor" - built
process for phase companies — have asked
for a Monitor "light" process and doing
launch process for Targaniq® - how we
bring this product to market, want to understand
which segments we can win in and the needs
a payor strategy to get access (which will
be incredibly challenging)
    + what is the role in an harder area setting
the asset
- HYD launch team is learning from Monitor on
the launch plan for Targaniq®
- accelerated sales & $ program evolve to
excellence - the sales program with McKinsey
- managed care — convinced two people who
gest. retired to come in and do a gap
analysis (we pay some of the lowest
rebates on Oxy b/c of its strength, but on
3 channels how to get from access — must
be able to gain faster
- talent search on-going for commercial leaders

Wants to bring in talent that is a potential
successor to him; after Sudry he will
have his final two or three. once he
determines the right commercial candidate he
wants to move fast and he wants
the right person to integrate — displacement
of Russ — not right person to lead any of
the functions underneath commercial — or
Wendell — they have very low analytical
ability (also Tim declared in managed care and
some of the talent we have in marketing)

<u>BD</u> — **Attorney-Client Privilege** light a fire
under them to bring in new opportunities and
maximize what we have — lacks analytics to
analyze opportunities — some hidden talent
in BD that are not getting exposure —
connection with marketing is not there
— sources and scouting is sporadic — we don't
have an external connection
→ may want to use connections in R+D to do
scouting; down to the final two candidates
lead BD and strategy
leads to bring in accountability to leadership team so
the targets are processed quickly

<u>R+D</u> —
Targeting ⓒ — team brings in McKinsey team for
ALcon — we need to bring this capability in
to the organization

UNDER SEAL – CONTAINS PROFESSIONALS' EYES ONLY INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

OIC – *[illegible]* *[illegible]* information is coming to FC
Bo d,.

**Attorney-Client Privilege**

# Attorney-Client Privilege

CP – Gary Stiles *[illegible]* drug approval so he's
surprised

MT – transparency is *[illegible]* is lacking, he gets
different stories from members of FC teams; doesn't
understand why bad news doesn't get up the chain;
he has trust issues w/ FC ppl.

– structure – want to option to change structure
*[illegible]* from Tent *[illegible]* to healthy portfolio of
products; when structure options are *[illegible]*
at he will decide as a *[illegible]* is appropriate
for that *[illegible]*

– *[illegible]* CP and RS to *[illegible]* *[illegible]*; doesn't
think it is working

Strategy is *[illegible]* drug w/ *[illegible]* *[illegible]* so
when he comes forward w/ the strategy he
can cut costs and redirect resources;
may want a "near *[illegible]*" for *[illegible]*

Produced by PURDUE PHARMA L.P.      PUBLICLY FILED PER STIPULATION [ECF 2140]      PPLPBN-00001795
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

Strengths - will want to figure out how to
build and use our our strengths

**Redacted as Non-Purdue Material**

- build for resilience
- MT would not put another penny into
Intermezzo ©

Confidential the search; David can do a functional role
but it is not working - he is considered poorly,
as an enforcer

Strengths                    OK
David Lundie                 Bert Weinstein
Phil Strassburger            Ed Mahony - will open our
Raul Damas                   him; passionate about the
                             business but may not be
                             trusted by some of the other
                             executives -
                             (analy styles (undecided)

Requests:

1. Speed in terms of selecting talent he can to to
   bring in; want to flight partners who will
   push him

2. Strategy - we be held and by April placed
   here the right way forward; if he can title
   assets at and monetize, does he get to
   keep funds - he will pressure ~~test~~ all
   assets to sell if we are setting all value

→ interview final candidate with a quick
recommendation to the BOD for its decision
(we could have telephone meeting to decide)
BOD would limit to two people –

Pablo volunteers
KAS volunteers  } important is we get it
RSS volunteers  } done quickly – must
                   be able to act on the
                   vote the candidate is
                   available

(Approved by
had vote)

✓

Produced by PURDUE PHARMA L.P.        PUBLICLY FILED PER STIPULATION [ECF 2140]        PPLPBN-00001797
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER REQUEST TO
TREAT SUBJECT TO PROTECTIVE ORDER

**Redacted as Non-Purdue Material**

Source and Technology Report

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPBN-00001798

UNREDACTED - CONTAINS HIGHLY CONFIDENTIAL INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

**Redacted as Non-Purdue Material**

Myoscience (Cecil stepped out) RS reports

RSS doesn't think the team is doing a good enough job

TDS could let it play out to see what the commercial terms will be

MT — we will answer the science questions first and then come back to work on the commercial terms.

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPBN-00001799

UNREDACTED VERSION CONTAINS CONFIDENTIAL PROFESSIONAL EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# Redacted as Non-Purdue Material

Produced by PURDUE PHARMA L.P.
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPBN-00001800

UNDER SEAL—CONTAINS HIGHLY CONFIDENTIAL SUBJECT TO PROFESSIONALS' EYES ONLY PURSUANT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

# Redacted as Non-Purdue Material

Produced by PURDUE PHARMA L.P.
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPBN-00001801

CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER
TREAT SUBJECT TO PROTECTIVE ORDER

February 27, 2014

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.    PUBLICLY FILED PER STIPULATION [ECF 2140]    PPLPBN-00001802
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

Feb 27, 2014                    10:45 a.m.

# Redacted as Non-Purdue Material

Produced by PURDUE PHARMA L.P.          PUBLICLY FILED PER STIPULATION [ECF 2140]                    PPLPBN-00001803
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

UNREDACTED - CONTAINS INFORMATION SUBJECT TO MOTION TO SEAL OR CID OBTAIN CONFIDENTIAL TREATMENT SUBJECT TO PROTECTIVE ORDER

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.          PUBLICLY FILED PER STIPULATION [ECF 2140]                              PPLPBN-00001804
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

UNREDACTED - CONTAINS INFORMATION SUBJECT TO THE PROTECTIVE ORDER TO TREAT SUBJECT MATERIAL AS CONFIDENTIAL UNDER THE PROTECTIVE ORDER

**Redacted as Non-Purdue Material**

US Salary Increases at Bonuses

*deferred to after lunch →*

60% of last year bonus target

MT putting together a new scorecard for PPLP, which will come back to

New Retention Policing US

**Redacted as Non-Purdue Material**

**Redacted as Non-Purdue Material**

**Redacted as Non-Purdue Material**

- MT wants to sort preferred candidates
- speed is critical
- two weeks will be added to all (should come direct sign to)

*Approved*

Produced by PURDUE PHARMA L.P.
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPBN-00001805

UNDER SEAL — CONTAINS INFORMATION SUBJECT TO PROFESSIONALS' EYES ONLY PROTECTIVE ORDER / TREAT SUBJECT TO PROTECTIVE ORDER

**Redacted as Non-Purdue Material**

2014 Funding Requests

Dose / Approval

US Salary Increases at 2013 Bonuses

2.5% salary increase enter budget by about
$50,000

bases remain below were close enter budget
- the more below were note by PHS before
he left and MT will use the opportunity

to tell each one what be expected for
the persons next year

- 2.52% average increase; ranging from 0 to
4.7%
- bonuses are below budget; bonuses
pool was 60% and previously
approved

✓ Approval has been voted

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.            PUBLICLY FILED PER STIPULATION [ECF 2140]            PPLPBN-00001807
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

UNDER SEAL CONTAINING HIGHLY CONFIDENTIAL INFORMATION SUBJECT TO
TREAT SUBJECT TO PROTECTIVE ORDER

# Redacted as Non-Purdue Material

Produced by PURDUE PHARMA L.P.
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

PUBLICLY FILED PER STIPULATION [ECF 2140]

PPLPBN-00001808