AKIN GUMP STRAUSS HAUER & FELD LLP
Ira Dizengoff
Arik Preis
Mitchell Hurley
Joseph L. Sorkin
Sara L. Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF FILING OF THIRD SET OF UNREDACTED OR PARTIALLY REDACTED EXHIBITS TO THE *DECLARATION OF MITCHELL HURLEY DATED SEPTEMBER 29, 2020* [ECF NO. 1754]**

Pursuant to the *Stipulation of Settlement and Agreed Order Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection with UCC Privileges Motions* [ECF No. 2140] (the "Stipulation"), the Official Committee of Unsecured Creditors (the "Official Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

(collectively, the "Debtors") hereby files the third set of unredacted exhibits that were submitted in connection with the *Declaration of Mitchell Hurley Dated September 29, 2020* [ECF No. 1754] (the "Hurley Declaration") in support of the *Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, Or For In Camera Review, Based on Failure of the Sacklers and the Debtors to Demonstrate Documents Identified on Logs Are Privileged* [ECF No. 1752] and *Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, Or For In Camera Review, Based On Good Cause, Crime Fraud, and At Issue Exceptions To Claims of Privilege* [ECF No. 1753].

Pursuant to paragraph 3 of the Stipulation, the Official Committee hereby files copies of exhibits 50, 60, 70, 78, 80-82, 88, and 106-107 to the Hurley Declaration that are either unredacted or contain partial redactions required by the Debtors, members of the Raymond Sackler Family ("Side B"), members of the Mortimer Sackler Family ("Side A"), or the IACS.[2]

On December 18, 2020, the Official Committee filed the *Official Committee of Unsecured Creditors' Notice of Filing of First Set of Unredacted or Partially Redacted Exhibits to the Declaration of Mitchell Hurley Dated September 29, 2020* [ECF No. 2161].

On Dec. 21, 2020, the Official Committee filed the *Official Committee of Unsecured Creditors' Notice of Filing of Second Set of Unredacted Exhibits to the Declaration of Mitchell Hurley Dated September 29, 2020* [ECF No. 2178].

The Official Committee reserves all rights to contest any redactions in accordance with the Stipulation.

---

[2] As used herein, the term "IACs" shall refer to the entities represented by Royer Cooper Cohen Braunfeld LLC in these Chapter 11 Cases as of the date of the Stipulation.

Dated: New York, New York  AKIN GUMP STRAUSS HAUER & FELD LLP
January 11, 2020

By: */s/ Mitchell Hurley*
Ira Dizengoff
Arik Preis
Mitchell Hurley
Joseph L. Sorkin
Sara L. Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
apreis@akingump.com
mhurley@akingump.com
jsorkin@akingump.com
sbrauner@akingump.com

*Counsel to the Official Committee of
Unsecured Creditors Purdue Pharma L.P.*, et al.