# EXHIBIT 80

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER



# Risk Identification and Mitigation
## Selected Risks

Risks addressed separately from this report include:
Human Resources, Litigation, Compliance, Facility,
Security, Research and Development, Intellectual
Property, EHS, and Environment.

September 30, 2013
Confidential

Risk Management: Annual Review

9/30/2013

1

PPLPC031001489270
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Executive Summary

- 26 different risk types are reviewed in the 2013 Annual Financial Risk Identification and Mitigation Report. In summary, Purdue put in place adequate risk controls and risk mitigation tools in managing these risks.

- Standard risk reporting format is used: (i) Risk Owner, (ii) Elements of Risk, (iii) Existing Risk Management Controls, (iv) Further Actions, and (v) Reporting Procedures.

- The risk review process is based on a "standard" process recommended by the Institute of Management Accountants' Statements on Management Accounting— *Enterprise Risk Management: Frameworks, Elements, and Integration.*

- The reporting format is based on a risk reporting template recommended by the Corporate Executive Board organization.

- Page 7 has the Table of Contents.

Note: This report only selects a limited number of risk types for review. This is not a comprehensive review of enterprise risks. A comprehensive Enterprise Risk Management review was completed with Purdue Executive Committee in Q2-2011, which is planned to be refreshed in 2014.

9/30/2013                    Risk Management: Annual Review                    2

PPLPC031001489271
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# A Continuous Risk Management Process



Source: Adapted from Institute of Chartered Accountants in England and Wales. *No Surprises: The Case for Better Risk Reporting*, ICAEW. London, U.K., 1999. p. 47.

Risk Management Annual Review

9/30/003

3

PPLPC031001489272
PPLPC031001489270

CONFIDENTIAL

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# An Example of Comprehensive Risk



Source: Debra Elkins, "Managing Enterprise Risks in Global Automatic Manufacturing Operations," presentation at the University of Virginia, January 23, 2006. Permission granted for use.

9/30/2013          Risk Management: Annual Review          4

CONFIDENTIAL

PPLPC031001489273
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Top Ten Risks

## Global Risks Landscape 2013, World Economic Forum



- Chronic fiscal imbalances
- Water supply crises
- Rising greenhouse gas emissions
- Severe income disparity
- Major systemic financial failure
- Failure of climate change adaptation
- Extreme volatility in energy and agriculture prices
- Food shortage crises
- Diffusion of weapons of mass destruction
- Global governance failure

9/30/2013

Risk Management: Annual Review

5

CONFIDENTIAL

PPLPC031001489274
PPLPC031001489270

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER



# Five Global Risk Categories

## Global Risks Landscape 2013, World Economic Forum

Risk Management: Annual Review

9/30/2013

PPLPC031001489275
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Directory of Risks

| Category | Risk Category | Idx | Risk Subcategory | | Risk Description | Index | Page |
|---|---|---|---|---|---|---|---|
| 1.0 | Strategic | 1 | Partners | | Licensing partners | 1.1.1 | 8 |
| | | | Competitors | | Competitive pressure | 1.2.1 | 10 |
| | | | Global | | Pandemic | 1.3.1 | 12 |
| 2.0 | Financial | 1 | Internal | | Cash in bank accounts | 2.1.1 | 13 |
| | | | | | Short-term investments | 2.1.2 | 16 |
| | | | | | Defined Benefits Pension investments | 2.1.3 | 20 |
| | | | | | Defined Contributions Pension investments | 2.1.4 | 22 |
| | | | | | Financing / credit availability | 2.1.5 | 24 |
| | | | | | Internal control / cash fraud | 2.1.6 | 29 |
| | | 2 | Market | | Economic performance | 2.2.1 | 30 |
| | | | | | Inflation | 2.2.2 | 33 |
| | | | | | The Affordable Care Act | 2.2.3 | 35 |
| | | 3 | Commodities | | Foreign exchange | 2.3.1 | 38 |
| | | | | | Energy | 2.3.2 | 42 |
| | | 4 | Insurance | | Insurers' financial stability | 2.4.1 | 45 |
| | | | | | Property insurance | 2.4.2 | 48 |
| | | | | | Product liability insurance | 2.4.3 | 50 |
| | | | | | Product Recall | 2.4.4 | 51 |
| | | | | | Shipping / distribution | 2.4.5 | 52 |
| 3.0 | Operational | 1 | Value-Chain | | Customers - credit risk | 3.1.1 | 53 |
| | | | | | Vendors - financial risk | 3.1.2 | 55 |
| | | | | | Supply Chain - continuity | 3.1.3 | 56 |
| | | | | | Third-Party partner financial obligations | 3.1.4 | 57 |
| | | | | | PBM fraud / GPO fraud | 3.1.5 | 58 |
| | | 2 | Information Technology | | Cybersecurity | 3.2.1 | 59 |
| | | | | | Disaster recovery / Backup systems | 3.2.2 | 60 |

Risk Management: Annual Review

9/30/2013

7

PPLPC031001489276
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

## 1.1.1 ◆ Strategic ◆ Partners
# Licensing/Business Development Partners

| | |
|---|---|
| **Risk Owner** | Licensing and Business Development |
| **Elements of Risk** | • Partner's capabilities and abilities to execute its business plan and contractual commitments.<br>• Partner's financial creditworthiness staying as an ongoing business entity.<br>• Partner's legal/financial obligations and liability with other third parties. |
| **Existing Risk Management Controls** | • Operational and capability due diligence on partner.<br>• Financial due diligence on partner.<br>• Legal review and due diligence on key contracts with third parties.<br>• Review S&P rating and D&B reports, if available.<br>• In key alliances, Purdue representative attends partner's Board meeting.<br>• In key partnerships, Purdue participates at key steering committees with partner.<br>• In partnerships with significant investments by Purdue, Purdue has final decision-making power in steering committees. |
| **Further Actions** | None |
| **Reporting Procedures** | • Due diligence report prior to formation of partnership.<br>• Ongoing Board meeting reports, committee meeting minutes, and financial reports.<br>• Business update reports were issued on partners in which Purdue has significant equity investments, e.g. Infinity, Optherion, etc. |

CONFIDENTIAL

**PUBLICLY FILED PER STIPULATION [ECF 2140]**

PPLPC031001489277
PPLPC031001489270

1.1.1 ♦ Strategic ♦ Partners

# Licensing/Business Development Partners
(Cont.)

- Transcept
- Shionogi
- Grunenthal
- Abbott / AbbVie
- Koltan
- Novelos
- Optherion
- Newron

- LTS
- PRA
- Quintiles / Innovex
- ElMindA
- IBM
- BD Rx (potential)
- Creative Science (potential)

CONFIDENTIAL

**PUBLICLY FILED PER STIPULATION [ECF 2140]**

PPLPC031001489278
PPLPC031001489270

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 1.2.1 ◆ Strategic ◆ Competitors

# Competitive Pressure

**Risk Owner**
Purdue Corporate

- Key competitive entrants to the marketplace can significantly impact the value of Purdue's marketed products and pipeline development projects.

**Elements of Risk**

**Existing Risk Management Controls**

- Marketing (and Credit) issues daily newsflash recapping developments in pain management, pain research, Purdue competitors, and related therapeutic areas such as opioid induced constipation (OIC), insomnia, depression, and FDA regulations, etc.
- As part of the 10-year planning process, the pipeline projects are recertified annually to ensure their attractiveness from return on investments. The recertification process includes Marketing's review of competitive landscape and the payors' environment.
- Purdue staff regularly attend industry pain conferences such as American Pain Society.
- Licensing and Business Development staff regularly attend partnership conferences in which new technology and product development are presented.
- Corporate objectives: portfolio diversification, patents portfolio, focus on key competencies, in-licensing opportunities, and M&A opportunities.

**Further Actions**
None

**Reporting Procedures**

- Routine newsflash from Marketing and Credit.
- Headline alerts from Credit.
- Purdue's 10-Year Plan and Recertification Report (published annually).
- Trip reports from Purdue staff from key conferences and business development meetings.

9/30/2013

Risk Management: Annual Review

10

PPLPC031001489279
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

1.2.1 ♦ Strategic ♦ Competitors

# Competitive Pressure

(Cont.)

- Pfizer (King/Alpharma)
- Abbott
- Teva (Cephalon)
- Acura
- Durect
- Endo
- Covidien
- BDSI

- Pain Therapeutics
- Collegium Pharma
- Nektar (OIC)
- AstraZeneca (OIC)
- Theravance (OIC)
- Progenics (OIC)

9/30/2013

Risk Management: Annual Review

11

CONFIDENTIAL

PPLPC031001489280
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

1.3.1 ♦ Strategic ♦ Global

# Pandemic

| | |
|---|---|
| Risk Owner | Employee Health and Safety (EHS) |
| Elements of Risk | • H5N1<br>• Coronavirus<br>• New threats? |
| Existing Risk Management Controls | • Pandemic kits available to employees, when necessary<br>• Site-specific cross training and critical path plans in place<br>• Employees have capabilities to work in virtual offices (i.e. home)<br>• Business Continuity and Pandemic Planning intranet site established and contains plan and implementation documents, key contacts, etc.<br>• Periodic Business Continuity and Pandemic Planning team meetings are initiated when specific threats are triggered. |
| Further Actions | None |
| Reporting Procedures | None |

9/30/2013

Risk Management: Annual Review

CONFIDENTIAL

PPLPC031001489281
PPLPC031001489270

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.1 • Financial • Internal

# Cash in Bank Accounts

| | |
|---|---|
| Risk Owner | Treasurer |
| Elements of Risk | • Bank creditworthiness<br>• Preservation of principal |
| Existing Risk Management Controls | • Limit balances in bank accounts in US banks to $250,000 (current limit of FDIC insurance)<br>• Hold cash balances in depository banks with S&P ratings of A or above<br>• Monitor credit ratings of major domestic and international banks<br>• Monitor CDS of depository banks<br>• Invest excess cash in short-term U.S. Treasury bills or Agencies or mutual funds which invest in short-term U.S. Treasury bills and Agencies (U.S. Treasury bills and Agencies are backed by the U.S. government) |
| Further Actions | • Monitor levels of Federal Deposit Insurance Corporation (FDIC) insurance coverage for US bank accounts |
| Reporting Procedures | • Risk review is performed annually<br>• Bank credit rating report is published annually, or on as needed basis |

9/30/2013

Risk Management: Annual Review

13

PPLPC031001489282
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

2.1.1 ♦ Financial ♦ Internal

# Cash in Bank Accounts

(Cont.)

- All 57 bank accounts are with JP Morgan Chase.
- JP Morgan Chase has a S&P rating of A.
- Out of the top 30 worldwide banks, JP Morgan Chase has the 4th lowest CDS rates. Lower rates generally indicate lower default risks.
- As of 6/30/13, total cash balances of $8.2 million are in these bank accounts.
    These cash generated earning credits which offset cash management fees.
    Cash deposited at DDA accounts is covered by $250,000 FDIC protection.

CONFIDENTIAL

**PUBLICLY FILED PER STIPULATION [ECF 2140]**

PPLPC031001489283
PPLPC031001489270

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.1 • Financial • Internal

# Cash in Bank Accounts
## (Cont.)

### Summary of Credit Ratings on Major Banks, January 2013

| Tier | Bank Group | Country of Parent | Long-Term Credit Rating | | | Experimental Scoring | | | Jan-13 Average | Jun-12 Average | Jan-12 Average | Δ from Previous |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Moody's | S&P | Fitch | Moody's | S&P | Fitch | | | | |
| **1 Strong** | Basler Kantonalbank | Switzerland | n/a | AA+ | n/a | 7.0 | 7.0 | n/a | 7.0 | 7.0 | 7.0 | - |
| | United Overseas Bank | Singapore | Aa1 | AA- | AA | 7.0 | 5.0 | 5.0 | 5.7 | 5.7 | 5.7 | ↓ |
| | Royal Bank of Canada | Canada | Aa3 | AA- | AA | 6.0 | 5.0 | 5.0 | 5.3 | 6.0 | 6.0 | ↓ |
| | Bank of Nova Scotia | Canada | Aa2 | A+ | AA- | 6.0 | 4.0 | 5.0 | 5.0 | 5.7 | 6.0 | ↓ |
| | ANZ National Bank | Australia | Aa3 | AA- | AA- | 5.0 | 5.0 | 5.0 | 5.0 | 5.5 | 5.5 | ↓ |
| | Nordea Bank AB | Sweden | Aa3 | AA- | AA- | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.3 | - |
| | Svenska Handelsbanken | Sweden | Aa3 | AA- | AA- | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | 5.0 | - |
| **2 Fair** | HSBC (incl Bank of Bermuda) * | UK | Aa3 | A+ | AA- | 5.0 | 4.0 | 5.0 | 4.7 | 5.3 | 5.3 | ↓ |
| | J.P. Morgan Chase & Co. | U.S.A. | Aa3 | A+ | A+ | 5.0 | 4.0 | 5.0 | 4.7 | 5.3 | 5.3 | ↓ |
| | Credit Mutuel CIC (incl Inq Lux) | France | Aa3 | A+ | A+ | 5.0 | 4.0 | 4.0 | 4.3 | 4.3 | 4.0 | - |
| | Landesbank Baden-Württemberg | Germany | A3 | AA+ | A+ | 2.0 | 7.0 | 4.0 | 4.3 | 4.0 | 4.0 | ← |
| | Standard Chartered | UK | A2 | A+ | AA- | 3.0 | 4.0 | 5.0 | 4.0 | 4.0 | 4.0 | - |
| | Skandinaviska Enskilda Banken | Sweden | A1 | A+ | A+ | 5.0 | 4.0 | 3.0 | 4.0 | 4.0 | 4.0 | - |
| **Weak 3** | ING Bank | Netherlands | A2 | A+ | A+ | 3.0 | 4.0 | 4.0 | 3.7 | 4.3 | 3.3 | ↓ |
| | Bank of Tokyo-Mitsubishi UFJ | Japan | Aa3 | A+ | A | 5.0 | 4.0 | 2.0 | 3.7 | 4.0 | 4.0 | ↓ |
| | Credit Suisse | Switzerland | A1 | A | A | 4.0 | 4.0 | 4.0 | 3.7 | 4.7 | 4.7 | ↓ |
| | Mizuho Bank | Japan | A1 | A+ | A+ | 4.0 | 4.0 | 2.0 | 3.3 | 3.7 | | - |
| | Societe Generale | France | A2 | A | A+ | 4.0 | 3.0 | 3.0 | 3.3 | 3.7 | 4.0 | ← |
| | Bank of China | China | A3 | A | A | 3.0 | 3.0 | 3.0 | 3.3 | 3.3 | | - |
| | Commerzbank AG | Germany | A3 | A | A+ | 3.0 | 3.0 | 3.0 | 3.0 | 3.3 | 3.3 | ↓ |
| | Lloyds TSB | UK | A2 | A | A | 4.0 | 3.0 | 2.0 | 3.0 | 3.3 | 3.3 | ↓ |
| | Woori Bank | Korea | A1 | A | A | 2.0 | 3.0 | 2.0 | 2.7 | 3.3 | | ← |
| | Erste Group Bank AG | Austria | A3 | A | A | 2.0 | 3.0 | 2.0 | 2.7 | 2.7 | | - |
| | ABN Amro Bank | Netherlands | A3 | A+ | A | 2.0 | 2.0 | 3.0 | 2.7 | | | ← |
| | Bank of America | U.S.A. | A3 | A- | A | 2.0 | 2.0 | 3.0 | 2.7 | 2.7 | 2.5 | ↓ |
| | Royal Bank of Scotland | UK | A3 | A | A+ | 2.0 | 2.0 | 3.0 | 2.3 | 2.7 | | → |
| | Bank of N.T. Butterfield | Bermuda | A2 | A- | A- | 3.0 | 2.0 | 2.0 | 2.3 | 2.7 | 2.3 | ← |
| | KBC Bank NV | Belgium | A3 | A- | A- | 2.0 | 2.0 | 2.0 | 2.0 | 2.3 | | - |
| **4 Avoid (except for local current business needs)** | Banca Intesa San Paolo | Italy | Baa2 | BBB+ | A- | 0.5 | 1.5 | 2.0 | 1.3 | 1.8 | | ↓ |
| | Unicredit (Bank of Austria/Pekao) | Italy | Baa2 | BBB+ | A- | 0.5 | 0.5 | 2.0 | 1.3 | 3.0 | 2.7 | ↓ |
| | Absa Bank | South Africa | Baa1 | BBB | BBB | 1.0 | 1.0 | 1.0 | 1.0 | 1.7 | | - |
| | Sydbank | Denmark | Baa1 | n/a | n/a | 1.0 | 1.0 | | 1.0 | 1.0 | 3.0 | - |
| | China Merchants Bank | China | Baa3 | BBB+ | BBB | 0.3 | 1.5 | 1.0 | 0.9 | | | ↑ |
| | Allied Irish Bank | Ireland | Ba3 | BB | BBB | 0.2 | 0.0 | 1.0 | 0.4 | | | ↑ |
| | Banco Sabadell, S.A. | Spain | Ba1 | BB | BB+ | 0.0 | 0.0 | 0.5 | 0.2 | 1.3 | 1.3 | ← |
| | Greece banks | | | | | | | | | | | |
| | Portugal banks | | | | | | | | | | | |
| | Cyprus banks | | | | | | | | | | | |
| | Ireland banks | | | | | | | | | | | |
| | Spain banks | | | | | | | | | | | |
| | Italy banks | | | | | | | | | | | |

PPLPC031001489284
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.2 • Financial • Internal

# Short-Term Investments

**Risk Owner**
Treasurer

**Elements of Risk**
- Credit
- Interest rate
- Custody
- Regulatory (e.g. new money market fund rules from SEC)

**Existing Risk Management Controls**
- All short-term investments are in US Government/Agency securities or Money Market Funds that hold only these types of securities.
- All short-term investments have maturities less than 6 months.
- Short-term investment securities and shares in money market funds are held in accounts in the name of the specific Purdue entity.
- Unlike a bank depository account, these assets are not commingled with the banks' assets.
- The custodian banks who hold the government securities and money market funds are considered stable and are rated by S&P at [A-] or above.
- To optimize interest income under current market condition, target allocation is 75% T-bills and 25% money market funds.  Allocation is fine-tuned depending on market conditions.

**Further Actions**
none

**Reporting Procedures**
- Short-term investments report is issued daily to Treasurer.
- Weekly cash forecast is performed to optimize interest income per the short-term investment policy.
- Risk review is performed annually.

9/30/2013          Risk Management: Annual Review

16

CONFIDENTIAL

PPLPC03100148285
PPLPC03100148270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.2 • Financial • Internal

# Short-Term Investments
### (Cont.)

## Investments – Short-term: By Type

($MM)

| Short Term Investments: | 12/31/2007 $ | % of Total | 12/31/2008 $ | % of Total | 12/31/2009 $ | % of Total | 12/31/2010 $ | % of Total | 12/31/2011 $ | % of Total | 12/31/2012 $ | % of Total | 6/30/2013 $ | % of Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Treasury Securities | - | 0% | 48 | 9% | 207 | 39% | 466 | 79% | 494 | 72% | 796 | 93% | 890 | 92% |
| Government Sponsored Entities (GSEs) | - | 0% | 428 | 79% | 257 | 50% | 65 | 11% | 144 | 21% | 22 | 3% | 38 | 4% |
| Commercial Paper, CDs, etc. | 457 | 88% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| OSRLP Security Deposits w/BOA | 11 | 2% | 11 | 2% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| Qualified Settlement Trust (US Gov.) | 53 | 10% | 54 | 10% | 54 | 10% | 53 | 9% | 43 | 6% | 24 | 3% | 24 | 3% |
| Total | $521 | 100% | $541 | 100% | $518 | 100% | 584 | 100% | 682 | 100% | 832 | 100% | 952 | 100% |
| Portfolio Yield | 4.8% | | 1.700% | | 0.400% | | 0.091% | | 0.010% | | 0.072% | | 0.039% | |

- At year-end 2007 short-term investments consisted of high quality commercial paper and CDs.

- As the credit crisis grew in early 2008, investments were shifted to Treasuries and GSEs to reduce risk.

- In 2009, spreads between Treasuries and Agencies narrowed. As a result, investment allocation shifted towards Treasuries. This continues to be the trend.

- During the latter part of 2011, treasury bill and agency yields were zero to negative while money market funds with the same securities were yielding 0.01%.

- As Europe's debt crisis subsided in mid-2012, U.S. Treasury yields had improved slightly.

- Starting in 2013-Q3, amid Fed's talk of tapering their quantitative easing program, the long-term yields have spiked up nearly 1%. However, short-term yields have not risen with the same magnitude.

CONFIDENTIAL

PPLPC031001489286
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.2 ♦ Financial ♦ Internal

# Short-Term Investments
### (Cont.)

## Investments – Short-term: By Custodian

| ($MM) | 12/31/2007 | | 12/31/2008 | | 12/31/2009 | | 12/31/2010 | | 12/31/2011 | | 12/31/2012 | | 6/30/2013 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Custodian/Trusts:** | $ | % of Total | $ | % of Total | $ | % of Total | $ | % of Total | $ | % of Total | $ | % of Total | $ | % of Total |
| Bank of America - (securities held in name of Purdue entity) | $97 | 19% | $102 | 19% | $67 | 13% | $96 | 16% | $0 | 0% | $292 | 35% | $417 | 44% |
| Dreyfus MMF - (shares held in name of Purdue entity) | 94 | 18% | 19 | 4% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| Federated MMF - (shares held in name of Purdue entity) | 1 | 0% | 171 | 32% | 160 | 31% | 65 | 11% | 144 | 21% | 1 | 0% | - | 0% |
| Goldman Sachs MMF - (shares held in name of Purdue entity) | 65 | 12% | 115 | 21% | 98 | 19% | 60 | 10% | 210 | 31% | 21 | 3% | 37 | 4% |
| Western Assets MMF - (shares held in name of Purdue entity) | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 284 | 42% | 144 | 17% | 148 | 16% |
| JPMorgan - (securities held in name of Purdue entity) | - | 0% | 80 | 15% | 140 | 27% | 310 | 53% | 0 | 0% | 350 | 42% | 325 | 34% |
| Merrill Lynch - (securities held in the name of Purdue entity) | 60 | 12% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| UBS - (shares held in the name of Purdue entity) | 151 | 29% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| Smith Barney/Citigroup (GST) | 53 | 10% | 54 | 10% | 53 | 10% | 53 | 9% | 43 | 6% | 24 | 3% | 24 | 3% |
| **Total** | $521 | 100% | $541 | 100% | $518 | 100% | $584 | 100% | $682 | 100% | $832 | 100% | $952 | 100% |

- During 2008, short-term investments were moved away from Merrill Lynch and UBS to more financially stable broker/dealers. JP Morgan was added.

- Western Assets runs one of the larger, higher yielding treasury money market funds.

CONFIDENTIAL

PPLPC031001489287
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.2 ♦ Financial ♦ Internal

# Short-Term Investments

(Cont.)

**Proposed SEC rule details:** contains two potential operational rules — can be implemented separately or together

- **Floating rate NAV**

  Daily share prices would fluctuate to the nearest basis point (0.01%)

  Fluctuation would be based on the performance of the underlying holdings, just like any other fund

- **Withdrawal restriction options when a fund crosses a liquidity threshold (15% weekly liquidity)**

  Impose redemption "gates" (not permit withdrawals) for up to 30 days

  Allow fund to charge up to 2% (as set by the fund's board) on all withdrawals

  Require notification and disclosure of liquidity trigger and actions

  Government funds exempted in proposed rule, but can opt-in

- **Other rules – report fund holdings, strengthen diversification, enhance stress testing**

- **Next Steps**

  The rule is not yet effective (i.e. not approved nor implemented.)

  90-day comment period (ending in September 2013)

  Rule revision by SEC

  SEC vote; if approved, final regulations released with an effective date TBD

9/30/2013                    Risk Management: Annual Review                    19

PPLPC031001489288
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.3 • Financial • Internal

# Defined Benefits Pension Investments

**Risk Owner**  Pension Investment Committee

**Elements of Risk**
- Funding target: meet liability projection
- Performance of investments
- Fiduciary responsibilities
- Regulatory (e.g. ERISA and DOL) compliance

**Existing Risk Management Controls**
- With contribution and return, Purdue targets to reach ≥95% ERISA funding target.
- Assume a realistic long-term investment return expectation @ 7% p.a.
- Routine performance monitoring and benchmarking of investments.
- Utilize indexing for asset classes where active management yields little value.
- Schedule of review meetings with SEI – investment manager, along with actuary.
- SEI as Purdue's co-fiduciary – asset liability study and asset allocation modeling.
- Hired an 3rd-party consultant to critique Purdue's pension management process.
- Provide annual training for the Pension Investment Committee

**Further Actions**
- Consider utilizing 3rd-party consultant in a review process once every 3-5 years

**Reporting Procedures**
- Quarterly pension plan performance report
- SEI presentation to pension investment committee
- Routine pension investment committee meeting minutes
- Pension actuary reports
- 3rd-party consultant report

9/30/2013

Risk Management: Annual Review

20

PPLPC03100148929289
PPLPC03100148927O

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 2.1.3 • Financial • Internal

# Defined Benefits Pension Investments
### (Cont.)

| Total Portfolio ($MMs) | 12/31/2007 | % of total | 12/31/2008 | % of total | 12/31/2009 | % of total | 12/31/2010 | % of total | 12/31/2011 | % of total | 12/31/2012 | % of total | 6/30/2013 | % of total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Small/Mid Cap Equity | 9.4 | | 7.3 | | - | | 6.7 | | 6.3 | | 8.9 | | 10.9 | |
| Disciplined Equity | 36.2 | | 27.5 | | - | | - | | - | | - | | - | |
| Large Cap Index | - | | - | | 59.3 | | 52.9 | | 52.8 | | 74.9 | | 76.8 | |
| Total U.S. Equity | 45.6 | | 34.8 | | 59.3 | | 59.6 | | 59.1 | | 83.8 | | 87.7 | |
| Emerging Markets Equity Index | 1.4 | | 1.0 | | 1.9 | | - | | 8.0 | | 10.0 | | 12.2 | |
| International Developed Equity | 13.4 | | 9.8 | | 15.9 | | - | | 19.7 | | 30.4 | | 35.2 | |
| International Developed Index | - | | - | | - | | 28.7 | | - | | - | | - | |
| Total International Equity | 14.8 | | 10.8 | | 17.8 | | 28.7 | | 27.8 | | 40.4 | | 47.4 | |
| Total Equity | 60.4 | 40% | 45.5 | 38% | 77.2 | 45% | 88.3 | 44% | 86.9 | 43% | 124.2 | 52% | 135.1 | 55% |
| Emerging Markets Debt | 7.6 | | 6.4 | | 8.9 | | 8.3 | | 8.3 | | 9.1 | | 11.1 | |
| High Yield Bond | 7.4 | | 5.6 | | 9.1 | | 17.0 | | 14.7 | | 18.0 | | 16.5 | |
| Core Fixed/Ext. Dur./Treasury | 51.9 | | 41.3 | | 55.7 | | 64.2 | | 72.1 | | 87.1 | | 75.1 | |
| Opportunistic Income | - | | - | | - | | - | | - | | - | | 9.6 | |
| Total Fixed Income | 66.9 | 44% | 53.2 | 45% | 73.7 | 43% | 89.5 | 45% | 95.1 | 47% | 114.2 | 48% | 112.3 | 45% |
| Hedge Fund-of-Funds | 24.6 | 16% | 19.9 | 17% | 20.5 | 12% | 20.8 | 10% | 19.6 | 10% | - | 0% | - | 0% |
| Accrued Income | 0.3 | | 0.1 | | 0.3 | | 0.3 | | 0.3 | | - | | - | |
| Total Portfolio (PPLP & PFL) | 152.2 | 100% | 118.8 | 100% | 171.7 | 100% | 198.9 | 100% | 202.0 | 100% | 238.4 | 100% | 247.4 | 100% |

- The plans are managed by SEI which acts as a manager of individual fund managers. The target asset allocation for the PPLP plan is Equity – 56%; Fixed Income – 44%. The target asset allocation for the PFL plan is Equity – 0%; Fixed Income – 100%.
- In September 2011, per asset-allocation study and performance review of the SEI Hedge Fund, Purdue Investment Committee implemented the recommendation of exiting the SEI Hedge Fund and investing its assets in existing equities and fixed income funds.
- About 50% of the PPLP plan assets are indexed.
- In late 2011, Purdue Investment Committee implemented the recommendation to employ liability-driven investing (LDI) for the PFL plan, which will help to minimize volatility of its ERISA funding ratio.
- In 2013 June year-to-date, Purdue had contributed $5.8 million to the pension plans. 2013 full-year budget of cash funding is $10.7 million.
- Under the ERISA (employee retirement income security act), the pension plans are funded approximately in the 95% range (APTAP).
- 2013 June month-end, PPLP portfolio's 1-year return was 11.5%. In beginning of 2013, Plans assumed a 7% return for full-year 2013.

9/30/2013    Risk Management: Annual Review

PPLPC03100148290
PPLPC03100148270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.4 ♦ Financial ♦ Internal

# Defined Contribution (401k) Investments

**Risk Owner** — Pension Investment Committee

**Elements of Risk**
- Costs of plan operation and investments are competitive
- Appropriate selection of investment options for employees
- Fiduciary responsibilities

**Existing Risk Management Controls**
- Routine performance monitoring and benchmarking of investments
- Periodic deep-dive review of funds in the watch list
- Benchmarking costs of plan operation and investments
- Schedule of review meeting with Fidelity Investments
- SEI serves as an independent consultant providing routine (once-a-year) review of 401(k) plan performance
- Fidelity Investments issues communications to employees on key developments

**Further Actions** — None

**Reporting Procedures**
- Quarterly 401(k) plan performance report
- Fidelity Investments reports to Pension Investment Committee
- SEI presentation on 401(k) plan review to pension investment committee
- Periodic deep-drive review of funds
- Routine pension investment committee meeting minutes

9/30/2013

Risk Management: Annual Review

22

PPLPC03100148291
PPLPC03100148 9270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Defined Contribution (401k) Investments

## 2.1.4 ◆ Financial ◆ Internal (Cont.)

Balances as of 6/30/2013

| List | Fund Name | Morningstar Category | PPLP ($MMs) | % of Total | YTD | 1-Year | 3-Year | 5-Year | 10-Year | MS Rating Current | MS Rating Prior | Change B/(W) | YTD % Rank in Category (Lower Better) | 3-Yr % Rank in Category (Lower Better) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **US Equities** | | | $148.83 | 43.3% | | | | | | | | | | |
| 21 | Fidelity Spartan 500 Index Inv | US OE Large Blend | $24.58 | 7.1% | 13.3% | 20.5% | 18.4% | 7.0% | 7.2% | ★★★★ | ★★★★ | | 43% | 19% |
| 4 | Fidelity Contrafund K | US OE Large Growth | $46.83 | 13.6% | 11.5% | 16.9% | 16.8% | 6.1% | 10.0% | ★★★★ | ★★★★ | (1) | 40% | 45% |
| 25 | Dodge & Cox Stock | US OE Large Value | $30.28 | 8.8% | 17.6% | 30.6% | 19.2% | 6.7% | 8.0% | ★★★ | ★★★ | | 9% | 10% |
| 31 | AllianzGI NFJ Dividend Value Instl | US OE Large Value | $3.57 | 1.0% | 13.4% | 22.3% | 18.1% | 4.2% | 8.1% | ★★★ | ★★★ | | 75% | 26% |
| 26 | Vanguard Extended Market Idx Signal | US OE Mid-Cap Blend | $5.99 | 1.7% | 15.7% | 26.0% | 19.7% | 9.0% | 10.5% | ★★★ | ★★★ | | 34% | 18% |
| 28 | Neuberger Berman Genesis Instl | US OE Mid-Cap Growth | $32.27 | 9.4% | 13.0% | 20.1% | 17.5% | 5.4% | 11.5% | ★★★★ | ★★★★ | | 48% | 42% |
| 24 | Managers Cadence Emerging Companies I | US OE Small Growth | $1.70 | 0.5% | 17.9% | 26.7% | 25.9% | 11.1% | 9.2% | ★★★★ | ★★★★ | | 29% | 1% |
| 33 | Northern Small Cap Value | US OE Small Value | $3.61 | 1.0% | 15.1% | 24.0% | 18.4% | 9.3% | 10.3% | ★★★★ | ★★★★ | | 60% | 31% |
| **Foreign Equities** | | | $26.09 | 7.6% | | | | | | | | | | |
| 27 | Vanguard Total Intl Stock Index Inv | US OE Foreign Large Blend | $3.71 | 1.1% | -0.5% | 13.5% | 8.2% | -0.9% | 8.3% | ★★★ | ★★★ | (1) | 89% | 78% |
| 7 | Fidelity Diversified International K | US OE Foreign Large Blend | $20.60 | 6.0% | 5.0% | 18.5% | 11.1% | -0.9% | 8.1% | ★★★ | ★★★ | (1) | 13% | 18% |
| 34 | Oppenheimer Developing Markets Y | US OE Diversified Emerging Mkt | $1.78 | 0.5% | -3.8% | 7.9% | 8.1% | 5.5% | 18.1% | ★★★★★ | ★★★★★ | | 19% | 5% |
| **Fixed Income** | | | $73.86 | 21.5% | | | | | | | | | | |
| 36 | Vanguard Prime Money Market Instl | US OE Money Market Taxable | $33.21 | 9.7% | 0.0% | 0.1% | 0.1% | 0.5% | 1.9% | | | | | |
| 20 | Fidelity Managed Income | US OE Money Market Taxable | $14.96 | 4.4% | 0.6% | 1.1% | 1.3% | 1.5% | 2.8% | | | | | |
| 22 | Fidelity Spartan US Bond Idx Investor | US OE Intermediate-Term Bond | $12.24 | 3.6% | -2.6% | -0.7% | 3.3% | 4.9% | 4.2% | ★★★ | ★★★ | | 58% | 77% |
| 23 | PIMCO Total Return Instl | US OE Intermediate-Term Bond | $11.85 | 3.4% | -3.0% | 1.2% | 4.7% | 7.3% | 6.0% | ★★★★★ | ★★★★★ | | 81% | 34% |
| 37 | Fidelity High Yield Income | US OE High Yield Income | $1.59 | 0.5% | 0.8% | 8.2% | 9.7% | 9.4% | 8.2% | ★★★★ | ★★★★ | | 64% | 46% |
| **Asset Allocation** | | | $24.38 | 7.1% | | | | | | | | | | |
| 2 | Fidelity Puritan K | US OE Moderate Allocation | $15.24 | 4.4% | 6.5% | 12.2% | 12.6% | 6.4% | 7.0% | ★★★★ | ★★★★ | | 43% | 21% |
| 6 | Fidelity Asset Manager 50% | US OE Moderate Allocation | $9.14 | 2.7% | 3.5% | 9.4% | 9.9% | 5.8% | 5.3% | ★★★ | ★★★ | | 79% | 74% |
| **Freedom Fund Family** | | | $70.87 | 20.6% | | | | | | | | | | |
| 8 | Fidelity Freedom Income | US OE Retirement Income | $1.22 | 0.4% | 0.5% | 3.5% | 5.2% | 4.0% | 4.0% | ★★★ | ★★ | +1 | 64% | 81% |
| 9 | Fidelity Freedom 2000 | US OE Target Date 2000-2010 | $0.51 | 0.1% | 0.5% | 3.5% | 5.3% | 3.8% | 4.1% | ★★ | ★★ | | 79% | 94% |
| 10 | Fidelity Freedom 2010 | US OE Target Date 2000-2010 | $3.10 | 0.9% | 2.8% | 7.9% | 8.9% | 4.4% | 5.5% | ★★ | ★★ | | 21% | 35% |
| 11 | Fidelity Freedom 2015 | US OE Target Date 2011-2015 | $6.61 | 1.9% | 2.9% | 8.2% | 9.1% | 4.2% | | ★★★ | ★★★ | | 32% | 49% |
| 12 | Fidelity Freedom 2020 | US OE Target Date 2016-2020 | $12.10 | 3.5% | 3.4% | 9.2% | 10.1% | 3.9% | 6.1% | ★★★ | ★★★ | | 49% | 47% |
| 13 | Fidelity Freedom 2025 | US OE Target Date 2021-2025 | $10.26 | 3.0% | 4.6% | 11.3% | 11.2% | 4.1% | | ★★★ | ★★★ | | 58% | 56% |
| 14 | Fidelity Freedom 2030 | US OE Target Date 2026-2030 | $14.02 | 4.1% | 5.1% | 12.0% | 11.6% | 3.5% | 6.3% | ★★★ | ★★★ | | 55% | 55% |
| 15 | Fidelity Freedom 2035 | US OE Target Date 2031-2035 | $9.70 | 2.8% | 6.2% | 13.7% | 12.2% | 3.6% | | ★★ | ★★★ | (1) | 63% | 73% |
| 16 | Fidelity Freedom 2040 | US OE Target Date 2036-2040 | $8.12 | 2.4% | 6.3% | 13.9% | 12.4% | 3.4% | 6.5% | ★★ | ★★★ | | 61% | 63% |
| 17 | Fidelity Freedom 2045 | US OE Target Date 2041-2045 | $3.79 | 1.1% | 6.6% | 14.5% | 12.6% | 3.5% | | ★★★ | ★★★ | | 66% | 84% |
| 18 | Fidelity Freedom 2050 | US OE Target Date 2046-2050 | $1.28 | 0.4% | 6.7% | 14.6% | 12.8% | 3.1% | | ★★ | ★★ | | 68% | 69% |
| 35 | Fidelity Freedom 2055 | US OE Target Date 2051+ | $0.12 | 0.0% | 7.0% | 15.2% | | | | | | | 77% | |

**Total Balances: $343.98    100.0%**

Frozen fund

Risk Management, Annual Review

9/30/2013

CONFIDENTIAL

PPLPC031001489292
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.5 ♦ Financial ♦ Internal

# Financing / Credit Availability

**Risk Owner**

Chief Financial Officer / Treasurer

**Elements of Risk**

- Secure credit capacity for varying needs of working capital
- Secure credit capacity for letters of credit, e.g. insurance, clinical trials, etc.
- Prepare credit availability, monitor cost of borrowing, and maintain relationship with lenders; when appropriate, provide financing options to the Board in the event cash is needed for licensing or acquisition opportunities.

**Existing Risk Management Controls**

- Forecast working capital needs – long-term, medium-term, and short-term cash flows forecasts.
- Benchmark working capital performance
- In Oct 2012, extended Purdue's $45mm line of credit (cash-collateralized in Treasuries) with Bank of America for 3 years, while locked in investment-grade pricing. Next renewal time is October 2015.
- Ongoing monitoring of credit markets, e.g. Loan Pricing Conference, Reuters' Gold Sheet, AFP website, and industry surveys.
- Annual business update meetings with two relationship banks: Bank of America and JP Morgan Chase.

**Further Actions**

- None

**Reporting Procedures**

- Publish long-term, medium-term, and short-term cash flows forecasts.
- Provide credit markets snapshot, once-a-year or as needed basis.
- Ongoing monitor of utilization levels of line of credit.
- Prepare business update presentation and provide meeting minutes on business update meetings with banks.

9/30/2013

Risk Management: Annual Review

24

PPLPC031001489293
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER



## 2.1.5 ♦ Financial ♦ Internal

# Financing / Credit Availability

### (Cont.)

For Creditworthiness Profile: Between BBB- and BB

| Multi-Year Bank Loans | BBB- | BB | Average of Two |
|---|---|---|---|
| Upfront Fee | n/a | 50-75 bps | 50-75 bps |
| Undrawn Pricing (average) | 25 bps | 50 bps | 38 bps |
| Drawn Pricing (average) | LIBOR + 156 bps | LIBOR + 258 bps | LIBOR + 207 bps |

9/30/2013

Risk Management: Annual Review

25

PPLPC031001489294
PPLPC031001489270

CONFIDENTIAL

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Financing / Credit Availability

## 2.1.5 ♦ Financial ♦ Internal

### Outstanding Letters of Credit, 6/30/2013

6/30/2013

## BANK OF AMERICA - LETTERS OF CREDIT

### PURDUE PHARMA L.P.

| B of A Number | Chase Number | Beneficiary | Note | Type | Value Date | Expiry Date | Final Expiration | Amount | Notification Period | Non-renewal Notification |
|---|---|---|---|---|---|---|---|---|---|---|
| 68005629 | T239009 | Liberty Mutual Insurance Company | (1) | Irrev Sby | 3/30/2013 | 3/30/2014 | Evergreen | 1,170,000.00 | 60 days | 1/29/2014 |
| 68005629 | T617521 | Liberty Mutual Insurance Company | (1) | Irrev Sby | 3/30/2013 | 3/30/2014 | Evergreen | 490,000.00 | 60 days | 1/29/2014 |
| 68005628 | T343343 | Liberty Mutual Insurance Company | (4) | Irrev Sby | 3/30/2013 | 3/30/2014 | Evergreen | 10,000,000.00 | 60 days | 1/29/2014 |
| 68046126 | NA | Insurance Company Of The State Of PA | (5) | Irrev Sby | 10/1/2013 | 10/1/2014 | Evergreen | 2,500,000.00 | 60 days | 8/22/2014 |
| Total | | | | | | | | 14,160,000.00 | | |

| Number | Beneficiary | | Type | Value Date | Expiry Date | Final Expiration | Amount | Notification Period | Non-renewal Notification |
|---|---|---|---|---|---|---|---|---|---|
| 68005652 | T311930 | Zurich American Insurance Company | (1) | Irrev Sby | 3/31/2013 | 3/31/2014 | Evergreen | 500,000.00 | 30 days | 3/1/2014 |
| 68005641 | T313430 | LumbermensMutual Casualty Company | (1) | Irrev Sby | 3/31/2013 | 3/31/2014 | Evergreen | 250,000.00 | 60 days | 1/30/2014 |
| 68005649 | T360306 | Royal Indemnity Company | (1) | Irrev Sby | 3/31/2013 | 3/31/2014 | Evergreen | 250,000.00 | 60 days | 1/30/2014 |
| Total | | | | | | | | 1,000,000.00 | | |

### THE PF LABORATORIES, INC. Account No. 128061862

| Number | Beneficiary | | Type | Value Date | Expiry Date | Final Expiration | Amount | Notification Period | Non-renewal Notification |
|---|---|---|---|---|---|---|---|---|---|
| 66044678 | State of Wyoming | (2) | Annual | 6/11/2013 | 6/30/2014 | 6/30/2014 | 100,000.00 | 60 | 5/1/2014 |
| Total | | | | | | | 100,000.00 | | |

### PURDUE PHARMACEUTICALS L.P. Account No. 020915993

| Number | Beneficiary | | Type | Value Date | Expiry Date | Final Expiration | Amount | Notification Period | Non-renewal Notification |
|---|---|---|---|---|---|---|---|---|---|
| 68044677 | State of Wyoming | (2) | Annual | 6/11/2013 | 6/30/2014 | 6/30/2014 | 100,000.00 | 60 | 5/1/2014 |
| 68034023 | North Carolina Department of Environment and Natural Resources | (3) | Annual | 4/30/2013 | 4/30/2014 | Evergreen | 121,200.00 | 60 | 3/1/2014 |
| Total | | | | | | | 221,200.00 | | |

| Grand Total | 15,481,200.00 |
|---|---|

| Total Revolver | 45,000,000.00 |
| Total Borrowed | 0.00 |
| Total LOC | 15,481,200.00 |
| Total Unused Revolver | 29,518,800.00 |

(1) Security for incurred but not yet paid workers comp and auto liability claims
(2) Required security to be a distributor in the state of WY
(3) Required security to be posted for underground tank in NC
(4) Collateral for $10 million US products liability insurance (fronted)
(5) Collateral for $10 million non-US products liability and clinical trials insurance (fronted)

Risk Management, Annual Review

9/30/2013

PPLPC031001489295
PPLPC031001489270

CONFIDENTIAL

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 2.1.5 ♦ Financial ♦ Internal

# Financing / Credit Availability
### Cash Conversion Cycle (CCC)

### Cash Conversion Cycle
#### Data as of 12/31/2012

| | | Purdue | (Average) U.S. Pharma | (Average) S&P 500 |
|---|---|---|---|---|
| Days Inventory Outstanding (DIO) | + | (c) 121.8 | 145.2 | 71.7 |
| Days Sales Outstanding (DSO) | + | 34.7 | 66.9 | 49.9 |
| Days Payable Outstanding (DPO) | - | (a) 38.8 | 78.1 | 63.1 |
| **Cash Conversion Cycle (CCC)** | **=** | **117.7** | **134.0** | **58.5** |

### Other Working Capital Ratios

| | | Purdue | U.S. Pharma | S&P 500 |
|---|---|---|---|---|
| Current Ratio | | 1.4 | 2.9 | 2.0 |
| Quick Ratio | | 1.0 | 2.3 | 1.3 |
| Working Capital as % of Sales (peers @ median) | | 13% | 36% | 12% |
| Cash & Equivalents (unrestricted) @ Average Month's Sales | | (b) 3.7 | 2.1 | 1.2 |

For Purdue, DPO is published by Finance from internal reporting. DIO is calculated by standard formula. Purdue DSO is from internal financial reporting. Excluded rebates.

(a) Industry's DPO average is not comparable to Purdue because Purdue's cost of goods is de minimis comparing with others. Purdue number excluded rebates DPO.

(b) Purdue maintains cash at 3 months of net sales for working capital uses. Other companies might have short-term bank credit facilities for working capital uses; thus, they can maintain lower cash balances.

(c) Purdue's DIO on finished goods was 112 days.

Notes
**U.S. Pharma** is defined as:
1) Industry Classifications: Biotechnology (Primary) OR Pharmaceuticals (Primary)
2) Total Revenue (Latest 12-Month) ($US50mm, Historical rate): is greater than $500mm.
3) EBITDA (Latest 12-Month) ($US50mm, Historical rate): is greater than $0mm. (i.e. profitable)
4) Geographic Locations: United States of America (Primary)
Total 33 companies selected by Capital IQ in 2013 report.

9/30/2013                                    Risk Management, Annual Review                                    27

CONFIDENTIAL

PPLPC031001489296
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER



# Financing / Credit Availability

2.1.5 ♦ Financial ♦ Internal

Cash Conversion Cycle ♦ Working Capital as % of Net Sales

## Cash Conversion Cycle

| Days | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|
| Purdue | 86.1 | 103.4 | 140.7 | 120.1 | 117.7 |
| U.S. Pharma (Average) | 133.2 | 140.3 | 133.2 | 127.4 | 134.0 |
| S&P 500 (Average) | 58.3 | 62.0 | 55.9 | 55.8 | 58.5 |

9/30/2013

Risk Management: Annual Review

## Working Capital as % of Net Sales

| | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|
| Purdue | 15% | 11% | 14% | 10% | 13% |
| U.S. Pharma (Median) | 39% | 40% | 39% | 44% | 36% |
| S&P 500 (Median) | 10% | 15% | 14% | 12% | 12% |

28

PPLPC031001489297
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.6 ● Financial ● Internal

# Internal Control / Cash Fraud

| | |
|---|---|
| Risk Owner | Controller |
| Elements of Risk | • Fraudulent wires<br>• Fraudulent ACH debits<br>• Forged checks |
| Existing Risk Management Controls | • Positive pay ensures checks only clear for amount, check number and vendor of a check issued by Purdue; no check cashing capability at bank branches.<br>• Daily review of all wires hitting all our bank accounts (performed by Treasury)<br>• Monthly bank account reconciliation by Accounting<br>• Secured electronic payment approval process in SAP via biometric security with fingerprint authentication<br>• Separate approvers required for all third-party wire transfers in Treasury Workstation (total 2 people are required)<br>• Newly implemented PaySource process with integrated payable and payment processes, with enhanced controls to ensure proper payment approval and secure transmission of payment information to bank.<br>• Triennial review of list of authorized signers recorded at bank (performed by Treasury)<br>• $15mm Crime insurance (worldwide)<br>• Segregation of duties between invoice processing, vendor master maintenance and payment processing.<br>• Monthly reviews of changes to vendor master, annual cleansing of vendor master, annual fraud audit and software to detect duplicate payments.<br>• ACH debit blocks to be implemented on all DDA bank accounts. |
| Further Actions | • ACH debit blocks have been implemented on 33 DDA bank accounts.<br>• There are 23 DDA bank accounts left that need ACH debit blocks. Evaluation continues. |
| Reporting Procedures | Annual review |

9/30/2013

Risk Management: Annual Review

29

CONFIDENTIAL

PPLPC031001489298
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.2.1 ◆ Financial ◆ Market

# Economic Performance

**Risk Owner**

Chief Financial Officer

**Elements of Risk**

- General economic performance (whether favorable or unfavorable) affects pharmaceutical industry. (source: IMS)
- Economic performance impacts Purdue's operations such as distributors, business partners, customers, suppliers, credit providers, pension funding, etc.

**Existing Risk Management Controls**

- Using financial instruments to mitigate risk of economic performance is very costly.
- Pharmaceutical sales are generally believed less dependent on economic cycles than other cyclical industries while the magnitude of impacts, if any, are generally less severe. However, the recent economic recession is changing this generally assumption—in the last 24 months, there was a strong correlation between pharmaceutical sales and consumer confidence. However, the correlation has ended at the end of 2012 when consumer confidence remains high but medical utilization continues at depressed levels.
- Significant economic news, economic indicators, and public-domain economic projections are shared with key finance executives so financial assumptions can be fine-tuned if necessary.
- Closely monitor/manage working capital (accounts receivable and accounts payable)
- Quarterly reports of key economic and financial indicators are published. Data come from Federal Reserve, Capital IQ, and other sources.

**Further Actions**

- None

**Reporting Procedures**

- Significant economic news, economic indicators, and public-domain economic projections are shared with key finance executives, as needed basis.
- Quarterly reports of key economic and financial indicators are published to the CFO.

9/30/2013

Risk Management: Annual Review

30

PPLPC03100148929 9
PPLPC03100148927 0

CONFIDENTIAL

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 2.2.1 ♦ Financial ♦ Market
# Economic Performance (cont.)

Microsoft Excel Worksheet

## 2013-Q2 Economic Indicator Report is attached.

| Economic Indicator | 2011 A | 2012 A | 2013 F | 2014 F |
|---|---|---|---|---|
| Real GDP (YoY Δ %) | 1.8% | 2.8% | 1.6% | 2.8% |
| CPI (YoY Δ %) | 3.2% | 2.1% | 1.5% | 1.6% |
| Interest Rate | 2011 A | 2012 A | 2013 F | 2014 F |
| Fed Funds | 0 - 0.25% | 0 - 0.25% | 0 - 0.25% | 0 - 0.25% |
| 3-Month T-Bill | 0.01% | 0.04% | 0.02% | 0.10% |
| 3-Month LIBOR | 0.58% | 0.31% | 0.25% | 0.40% |
| 2-Year T-Note | 0.24% | 0.25% | 0.50% | 1.25% |
| 10-Year T-Note | 1.88% | 1.75% | 3.00% | 4.00% |
| 30-Year T-Bond | 2.90% | 2.95% | 3.85% | 4.80% |
| Foreign Exchange | Sep-2013 F | Dec-2013 F | Jun-2014 F | Dec-2014 F |
| Euro-USD | 1.30 | 1.25 | 1.23 | 1.22 |
| USD-JPY | 103 | 105 | 106 | 108 |
| GBP-USD | 1.55 | 1.51 | 1.52 | 1.53 |
| USD-CAD | 1.05 | 1.04 | 1.04 | 1.03 |

Risk Management: Annual Review

9/30/2013

31

## U.S. Treasury Yield Curve

■Current*    O1 Month Ago    ♦1 Year Ago    O3 Years Ago    O5 Years Ago    O10 Years Ago



### U.S. Treasury Bond Yields

| Maturity | Current* | Yesterday | Last Week | Last Month |
|---|---|---|---|---|
| 3 Month | 0.02 | 0.02 | 0.01 | 0.03 |
| 6 Month | 0.05 | 0.05 | 0.04 | 0.06 |
| 2 Year | 0.36 | 0.35 | 0.34 | 0.40 |
| 3 Year | 0.66 | 0.67 | 0.67 | 0.80 |
| 5 Year | 1.14 | 1.44 | 1.43 | 1.66 |
| 10 Year | 2.61 | 2.67 | 2.69 | 2.82 |
| 20 Year | 3.37 | 3.40 | 3.46 | 3.55 |
| 30 Year | 3.65 | 3.67 | 3.75 | 3.60 |

### Morningstar Government Bond Index

| Name | 1-Week | YTD | 4-Week | 13-Week | 1-Year | 2-Year | 5-Year |
|---|---|---|---|---|---|---|---|
| US Govt Bond | 0.38 | -1.97 | 1.05 | 0.64 | -1.84 | 2.34 | 4.14 |
| Intermediate US Govt Bond | 0.34 | -1.81 | 1.49 | 1.07 | -1.63 | 2.51 | 4.85 |
| Long-Term US Govt Bond | 1.30 | -7.15 | 2.47 | -0.41 | -7.12 | 4.01 | 6.43 |
| Short-Term US Govt Bond | 0.06 | 0.13 | 0.37 | 0.50 | 0.25 | 0.94 | 2.21 |

Source: Morningstar

PPLPC03100148 9300
PPLPC03100148 9270

CONFIDENTIAL

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 2.2.1 ♦ Financial ♦ Market
# Economic Performance
### (cont.)

2013-September, J.P. Morgan Med Utilization Tracker Report is attached.



Pharmaceutical sales are generally believed less dependent on economic cycles than other cyclical industries while the magnitude of impacts, if any, are generally less severe. However, the recent economic recession is changing this generally assumption—in the last 24 months, there was a strong correlation between pharmaceutical sales and consumer confidence. However, the correlation has ended at the end of 2012 when consumer confidence remains high but medical utilization continues at depressed levels.

Risk Management Annual Review

9/30/2013

32

PPLPC031001489301
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER



## 2.2.2 ♦ Financial ♦ Market

# Inflation

**Risk Owner**
Chief Financial Officer

**Elements of Risk**
- Inflation affects Purdue's cost of doing business, e.g. labor costs, cost of raw materials, interest rate movement, etc.
- Cost of purchases in business contracts is often tied to an inflation index such as CPI or PPI.
- Actual inflation contributes to budget variance, if actual inflation materially varies from budget assumption.

**Existing Risk Management Controls**
- Using financial instruments to mitigate risk of inflation is very costly.
- Significant inflation news and public-domain inflation projections are shared with key finance executives so financial assumptions can be fine-tuned if necessary.
- Maximize use of fixed cost rate in business contracts.
- Monitor third-party outlook of U.S. inflation. (A recent copy is attached as a reference.)
- Use third-party analytical forecasts to support budgetary assumptions.

**Further Actions**
None

**Reporting Procedures**
- Significant inflation news and public-domain inflation projections are shared with key finance executives, as needed basis.

9/30/2013                    Risk Management: Annual Review                    33

PPLPC031001489302
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER



## 2.2.2 ♦ Financial ♦ Market

# Inflation
### Consumer Price Index

United States of America - CPI (Y-o-Y %) (Monthly)

United States of America - CPI (Y-o-Y %) (Monthly)

Risk Management: Annual Review

9/30/2013

34

PPLPC031001489303
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.2.3 ♦ Financial ♦ Market

# The Affordable Care Act

**Risk Owner**    Purdue Corporate

**Elements of Risk**

- Health Care Reform requires increased rebates and other fees on pharmaceutical industry starting in 2010. Health Care Reform also includes Quality of Care standards/metrics and incentives in Government programs as well as provisions for Health Insurance Exchanges run by the individual states starting in 2014. Pharmacy Benefit Managers will play a major role in these areas.

**Existing Risk Management Controls**

- Managed Care organization and Rebate Pricing Committee (RPC) to develop strategies to meet challenges of Health Care Reform. RPC reports to Commercial Products Portfolio Committee.
- Working with Purdue's Law Department, continue ongoing review of rules, interpretation, and development of the Health Care Reform Act.
- Working with Purdue's Rebate/Reimbursement Group to include the financial impact into the budget financials.
- Monitor reports and analyses from equity analysts, market researchers, and Congressional Budget Offices for latest forecasts.

**Further Actions**    None

**Reporting Procedures**

- Financial impact is part of the budgeting and financial reporting process.

9/30/2013                                    Risk Management  Annual Review

35

CONFIDENTIAL

PPLPC031001489304
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.2.3 ◆ Financial ◆ Market

# The Affordable Care Act
### (Cont.)

■ Health Care Reform enacted in early 2010 increased rebates and other fees on the pharmaceutical industry.

**Medicare Part D:**

Effective January 1, 2011, manufacturers are required to pay 50% of the cost of a patient's prescription while in the donut hole.

| $0 - $2,840 | Covered by patient and Medicare Part D program |
| $2,930 - $6,658 | Covered by patient and manufacturer (50/50) |
| $6,658+ | Covered primarily by Medicare Part D program |

**Medicaid:**

Change in base rebate rate percentage to 23.1% minimum for brand products

States' Medicaid population shifting requiring increased rebates for formulary inclusion
   Managed Medicaid population covered by PBM is now entitled to higher Medicaid rate

Medicaid expansion to extend coverage to those with incomes above 133% of federal poverty (beginning January 2014) struck down by US Supreme Court. States will have to determine how to handle patients through Health Insurance Exchanges. Subsidies likely required.

**Annual Fee on Branded Prescription Pharmaceutical Sales:**

Based on manufacturer's relative share of the aggregated branded drug sales across government programs (effective 2011 based on 2010 sales/market)

**Impact of Health Care Reform:**

| ($MMs) | 2010 ACT | 2011 ACT | 2012 Budget | 2012 Latest Estimate | 2013 Budget Proposal |
|---|---|---|---|---|---|
| Medicare Part D Coverage Gap | $ - | $ 42.4 | $ 34.1 | $ 44.8 | $ 45.4 |
| Medicaid Managed Care Impact | 15.8 | 7.4 | 12.5 | 8.2 | 11.4 |
| Annual Pharmaceutical Fee | - | 26.5 | 26.6 | 31.3 | 31.8 |
| **Total** | $ 15.8 | $ 76.3 | $ 73.2 | $ 84.3 | $ 88.6 |
| | | | | | |
| **Benefit of Lower Rebate on New Formulation of OxyContin** | $ 40.0 | $ 68.9 | $ 74.8 | $ 62.5 | $ 65.6 |

Risk Management: Annual Review

9/30/2013

36

PPLPC03100148 9305
PPLPC03100148 9270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED – CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.2.3 ♦ Financial ♦ Market

# The Affordable Care Act

(Cont.)

**Table 1. CBO's May 2013 Estimate of the Effects of the Affordable Care Act on Health Insurance Coverage**

| EFFECTS ON INSURANCE COVERAGE^a (Millions of nonelderly people, by calendar year) | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prior-Law Coverage^b** | | | | | | | | | | | |
| Medicaid and CHIP | 35 | 34 | 34 | 33 | 33 | 33 | 33 | 34 | 34 | 34 | 34 |
| Employment-Based | 156 | 157 | 159 | 161 | 164 | 165 | 166 | 167 | 167 | 168 | 169 |
| Nongroup and Other^c | 25 | 25 | 26 | 26 | 27 | 27 | 27 | 27 | 28 | 28 | 28 |
| Uninsured^d | 57 | 57 | 57 | 56 | 56 | 55 | 55 | 56 | 56 | 56 | 56 |
| TOTAL | 272 | 274 | 276 | 277 | 279 | 281 | 282 | 284 | 285 | 286 | 288 |
| **Change** | | | | | | | | | | | |
| Medicaid and CHIP | 1 | 9 | 12 | 12 | 12 | 12 | 12 | 13 | 13 | 13 | 13 |
| Employment-Based^e | 2 | * | -2 | -6 | -6 | -7 | -7 | -7 | -7 | -7 | -7 |
| Nongroup and Other^e | * | -2 | -3 | -4 | -5 | -5 | -5 | -5 | -5 | -5 | -5 |
| Insurance Exchanges | 0 | 7 | 13 | 22 | 24 | 25 | 25 | 24 | 25 | 24 | 24 |
| Uninsured^e | -2 | -14 | -20 | -25 | -25 | -25 | -25 | -25 | -25 | -25 | -25 |
| **Uninsured Under the Affordable Care Act** | | | | | | | | | | | |
| Number of Uninsured Nonelderly People^d | 55 | 44 | 37 | 31 | 30 | 30 | 30 | 30 | 31 | 31 | 31 |
| Insured Share of the Nonelderly Population^d | | | | | | | | | | | |
| Including All Residents | 80% | 84% | 86% | 89% | 89% | 89% | 89% | 89% | 89% | 89% | 89% |
| Excluding Unauthorized Immigrants | 82% | 86% | 89% | 91% | 92% | 92% | 92% | 92% | 92% | 92% | 92% |
| **Memo: Exchange Enrollees and Subsidies** | | | | | | | | | | | |
| Number with Unaffordable Offer from Employer^f | | * | * | * | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Number of Unsubsidized Exchange Enrollees | | 1 | 2 | 4 | 4 | 5 | 5 | 5 | 5 | 5 | 5 |
| Average Exchange Subsidy per Subsidized Enrollee | | $5,290 | $5,330 | $5,350 | $5,590 | $5,990 | $6,240 | $6,720 | $7,060 | $7,460 | $7,900 |

Sources: Congressional Budget Office, staff of the Joint Committee on Taxation.

CONFIDENTIAL

PPLPC031001489306
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

2.3.1 ♦ Financial ♦ Commodities

# Foreign Exchange

**Risk Owner**

Chief Financial Officer / Treasurer

**Elements of Risk**

- Purdue's foreign exchange exposure includes inflows of royalty income and outflows for German/Europe/Japan funding,        Redacted        R&D funding, and vendor payment.
- In 2013 Budget, Purdue has an inflow of $41 million in 11 foreign currencies and an outflow of $173 million in 7 foreign currencies. This results in a net outflow of $132 million from 12 foreign currencies. Purdue's foreign exchange risk is dominated by the net outflow of €118 million in Euros.
- Appreciation or depreciation of U.S. dollars against foreign currencies can have material impacts onto Purdue's cash flows and financial results versus budget.

**Existing Risk Management Controls**

- Purdue's foreign exchange exposure is analyzed at least once a year.
- Projection of foreign exchange is provided by Bank of America.
- Multiple scenarios of foreign exchange movement are reviewed.
- Foreign exchange exposure is shared with the Board and advisors and is managed at a higher level.

**Further Actions**

- None

**Reporting Procedures**

- Purdue's foreign exchange exposure analysis is done at least once a year.
- The FX exposure analysis was completed in January 2013.

9/30/2013

Risk Management: Annual Review

38

PPLPC031001489307
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.3.1 ◆ Financial ◆ Commodities

# Foreign Exchange
(Cont.)



| Foreign Exchange Forecast Rates | | 2013 Budget FX Rate Per 1 USD | 1/18/2013 Foreign Exchange Rate Spot |
|---|---|---|---|
| AUD | Australian Dollars | 0.96 | 0.95 |
| CAD | Canadian Dollars | 0.98 | 0.99 |
| CHF | Swiss Franc | 0.94 | 0.93 |
| EUR | Euros | 0.78 | 0.77 |
| GBP | British Pounds | 0.62 | 0.62 |
| JPY | Japanese Yen | 77.80 | 88.00 |
| KRW | Korean Won | 1,110 | 1,064 |
| MYR | Malaysian Ringgits | 3.06 | 3.04 |
| NOK | Norwegian Krone | 5.72 | 5.61 |
| NZD | New Zealand Dollars | 1.20 | 1.19 |
| PHP | Philippine Peso | 41.70 | 40.91 |
| PLN | Polish Zloty | 3.20 | 3.17 |
| SGD | Singapore Dollars | 1.23 | 1.23 |

Risk Management: Annual Review

9/30/2013

PPLPC031001489308
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 2.3.1 ♦ Financial ♦ Commodities

# Foreign Exchange
### (Cont.)

**Purdue**
**Foreign Currency Exposure Summary**
**2013 Budget and Budget Rates**
**$000s - Inflows / (Outflows)**

| | Euros EUR | Canadian Dollars CAD | Japanese Yen JPY | Pound Sterling GBP | Swiss Franc CHF | Others | Total |
|---|---|---|---|---|---|---|---|
| | | | Foreign Exchange Exposure in US Dollars Equivalent | | | | |
| Royalties - OxyContin | 6,860 | 13,009 | 10,983 | 3,515 | 1,164 | 5,023 | 40,554 |
| | | Redacted | | | | | |
| ex-USA OxyContin Development Costs | - | - | - | (1,205) | - | - | (1,205) |
| Significant Vendor Payments (Legal, CRO, etc.) | (4,838) | (192) | (682) | (6,582) | (736) | (2,426) | (15,457) |
| NET Subtotal - Inflows/(Outflows): | $ (66,568) | $ 12,817 | $ 10,301 | $ (4,272) | $ 428 | $ 2,597 | $ (44,698) |
| Start-Up Funding (Europe, Germany) | (84,785) | - | - | - | (2,872) | - | (87,657) |
| NET Grand Total - Inflows/(Outflows): | $ (151,353) | $ 12,817 | $ 10,301 | $ (4,272) | $ (2,444) | $ 2,597 | $ (132,355) |

Notes:

Redacted

9/30/2013          Risk Management: Annual Review

40

CONFIDENTIAL

PPLPC031001489309
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER



**2.3.1 ♦ Financial ♦ Commodities**

# Foreign Exchange
*(Cont.)*

## Euro/USD Exchange Rate
(5-Year History)

Week of Sep 23, 2013:   ■ EURUSD=X 1.3517

Source: Yahoo Finance

Risk Management: Annual Review

9/30/2013

41

PPLPC031001489310
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 2.3.2 ♦ Financial ♦ Commodities

# Energy

**Risk Owner**

Corporate Procurement

**Elements of Risk**

- Energy prices are subject to influences of many factors such as supply, demand, geopolitical event, economic policy, value of the U.S. dollars, etc.
- Purdue's 2013 budget projected a spend of $13.6 million in various energy uses such as electricity, natural gas and gasoline.
- Material fluctuations in energy prices and supply could significantly impact manufacturing costs, supply chain, product supply to customers and financial results.

**Existing Risk Management Controls**

- Corporate Procurement placed long-term contracts: 50% of the 2013 budget are fixed-priced.
- Long-term projection of energy prices is built into the 2013 budget assumption, i.e. average gasoline price in 2013. (another 31%)
- 52% of the 2013 budget is electricity and 19% of it is variable-priced. Electricity rates are subject to regulatory review and a mix of different generation methods such as coal, gas, nuclear, hydro, etc. Material change within a 12-month window is unlikely.
- Thus, true exposure is only at 9% (or $1.3MM) of the 2013 energy budget.
- Purdue's property policy that covers property damage or business interruption as a result of a service interruption has a $100/50mm service interruption sublimit for U.S./ex-USA.

**Further Actions**

- None

**Reporting Procedures**

Annual risk review with Corporate Procurement

9/30/2013

Risk Management: Annual Review

42

PPLPC0310014893II
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 2.3.2 ♦ Financial ♦ Commodities

# Energy
### (Cont.)



Energy Forecast by Bank of America, 9/25/2013

**Macro outlook**

- For 2H13, we believe commodity demand will find support on a modest improvement in global economic growth, but remain concerned by the lack of growth momentum in EMs, rising geopolitical risk and large-scale monetary easing by the Fed
- Higher US interest rates, EM FX depreciation and the subsequent flow of capital out of EMs does not bode well for commodity prices, as demand is largely reliant China and other EMs. Persistent high prices in local currencies may lead to demand destruction

**WTI and Brent crude oil**

- Global crude oil markets have seen widespread oil supply disruptions across the MENA region, but headlines on both diplomatic progress in Syria and improving exports from Libya have helped tightness recede.
- A return of Iranian oil presents moderate risk to the oil market, in our view, as a partial removal of Saudi Arabian oil could cushion the blow to prices. Net, we believe the return of 1 mn b/d could push prices $10/bbl lower although a full recovery will likely be difficult.
- Softer EM oil demand growth, continued strength in non-OPEC supply growth plus a seasonal slowdown in demand should lead Brent crude oil prices to avg $102/bbl in 4Q13. Next year, we believe prices will fail to push much higher and forecast avg $105/bbl for 2014
- Beyond 2014, we see less of a structural oil market deficit on softer EM activity and a rise in non-conventional oil supply. We see growing risk that Brent moves down structurally to a $90-100/bbl band
- For WTI, we forecast avg 4Q13 prices of $99/bbl on the back of rising domestic supplies and surging crude runs. For 2014, we see prices averaging $92/bbl as surging shale oil output plus oil storage and import displacement limitations continue to present downside risk.
- Long-dated contracts for delivery in years such as 2019 & 2020 dropped to $80/bbl, signalling a normalization of energy sector returns.
- Unless crude export regulatory constraints are removed, we see risk of WTI prices falling to $50/bbl over the next 24 months.

| | units | 3Q13F | 4Q13F | 2013F | 1Q14F | 2Q14F | 3Q14F | 4Q14F | 2014F |
|---|---|---|---|---|---|---|---|---|---|
| WTI Crude Oil | ($/bbl) | 101.00 | 99.00 | 97.00 | 90.00 | 90.00 | 94.00 | 94.00 | 92.00 |
| Brent Crude Oil | ($/bbl) | 104.00 | 102.00 | 105.00 | 101.00 | 103.00 | 107.00 | 109.00 | 105.00 |
| US NY Harbor ULSD (HO) Cracks to Brent Crude Oil | ($/bbl) | 17.82 | 19.00 | 17.64 | 16.00 | 14.00 | 17.00 | 18.00 | 16.25 |
| US RBOB Cracks to Brent Crude Oil | ($/bbl) | 11.32 | 1.00 | 10.51 | 5.00 | 9.00 | 8.00 | 2.00 | 6.00 |
| USGC 1% Residual Cracks to Brent Crude Oil | ($/bbl) | (17.28) | (14.00) | (14.45) | (11.00) | (9.00) | (8.00) | (7.00) | (8.75) |
| NWE 0.2% Gasoil Cracks to Brent Crude Oil | ($/bbl) | 14.52 | 17.00 | 14.97 | 18.00 | 13.00 | 12.00 | 14.00 | 14.25 |
| NWE Eurobob Cracks to Brent Crude Oil | ($/bbl) | 10.09 | 0.50 | 7.92 | 3.00 | 5.00 | 7.00 | 1.00 | 4.00 |
| NWE 1% Residual Cracks to Brent Crude Oil | ($/bbl) | (15.66) | (16.00) | (13.84) | (14.00) | (12.00) | (12.00) | (10.00) | (12.00) |
| US Natural Gas | ($/MMBtu) | 3.80 | 4.30 | 3.90 | 4.30 | 4.10 | 4.00 | 4.40 | 4.20 |
| Thermal coal, Newcastle FOB | ($/t) | 76 | 74 | 83 | 77 | 79 | 85 | 87 | 82 |

Risk Management: Annual Review

9/30/2013

43

CONFIDENTIAL

PPLPC031001489312
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 2.3.2 ♦ Financial ♦ Commodities
# Energy
### (Cont.)

### ELECTRIC

| Vendor | Site | 2013 Bud | Fixed or Variable | Percent Of Spend | Contract | Years | Contract Start | | Contract Rates |
|---|---|---|---|---|---|---|---|---|---|
| CL&P / Hess | OSF | $2,442,977 | F | 34% | Yes | 3 | 12/1/2010 * | | 7.92 |
| CL&P / Hess | Stamford Warehouse | $38,850 | V | 1% | No | | | | |
| Nat'l Grid/TransCanada | Rhodes | $1,200,000 | F | 17% | Yes | 2 | 1-Jan-12 | | 8.15 |
| Reliant / NRG | Cranbury | $925,000 | F | 13% | Yes | 3 | 1-Aug-13 | | 7.47 |
| Reliant / NRG | Totowa | $1,235,820 | F | 17% | Yes | 3 | 1-Aug-13 | | 7.47 |
| City of Wilson | Wilson | $1,286,600 | V | 18% | No | 0 | Municipality (Not de-regulated) | | |

**Total Electric Expense** — **$7,129,247**

| | | |
|---|---|---|
| | Electric: | 19% Variable    $1,325,450 |
| | | 81% Fixed       $5,803,797 |
| | | **100%** |

### GAS

| Vendor | Site | 2013 Bud | Fixed or Variable | Percent Of Spend | Contract | Years | Contract Start | | Contract Rates |
|---|---|---|---|---|---|---|---|---|---|
| Hess | OSF | $168,153 | F | 7% | Yes | 3 | 1-Jan-14 | | 7.775 |
| CL&P / Hess | Stamford Warehouse | $44,100 | V | 2% | No | | | | |
| Hess | Cranbury | $325,000 | F | 14% | Yes | 3 | 1-Dec-12 | | 5.29 |
| Hess | Totowa | $492,600 | F | 22% | Yes | 3 | 1-Dec-12 | | 5.29 |
| Nat'l Grid/Direct Energy | Rhodes | $700,000 | V | 31% | Yes | | | | |
| City of Wilson | Wilson | $538,000 | V | 24% | No | | Variable Rate (Not deregulated) | | |

**Total Gas Expense** — **$2,267,853**

| | | |
|---|---|---|
| | Gas: | 57% Variable    $1,282,100 |
| | | 43% Fixed       $985,753 |
| | | **100%** |

### GASOLINE

| | | | Fixed or Variable | Percent Of Spend | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Gasoline | All (Purdue + Quinties Sales) | $4,195,674 | V | | | | Not sure if the Quinties impact of $1,474,890 was reduced from the budget | | |

**Total Gasoline Expense** — **$4,195,674**

| | |
|---|---|
| | 100% Variable    $4,195,674 |

**Totals:**

| | | |
|---|---|---|
| | | 50% Variable    $6,803,224 |
| **$13,592,774** | | 50% Fixed       $6,789,550 |

\* Online Auction for Stamford electronic will be held on September 16, 2011

9/30/2013        Risk Management Annual Review

PPLPC0310014489313
PPLPC0310014489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.4.1 ♦ Financial ♦ Insurance

# Insurers' Financial Stability

| | |
|---|---|
| Risk Owner | Treasurer |
| Elements of Risk | • Insurer's financial ability to pay claims<br>• Continuity of Purdue's insurance policies<br>• Investment performance which affects insurer's financial position and profitability |
| | • Review of each insurer's A.M. Best ratings which take into account insurer's claim losses and investment performance.<br>• Minimum A.M. Best rating of A- or above  (A- = Excellent) |
| Existing Risk Management Controls | |
| Further Actions | None |
| Reporting Procedures | Annual reviews prior to renewals |

9/30/2013

Risk Management: Annual Review

45

CONFIDENTIAL

PPLPC031001489314
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.4.1 ♦ Financial ♦ Insurance

# Insurers' Financial Stability

(Cont.)

Adobe Acrobat Document

46

## A.M. Best Company – Insurance Financial Strength Rating

- **A.M. Best Company** is a global full-service credit rating agency dedicated to serving the financial and health-care service industries. It began assigning credit ratings in 1906, making it the first of today's rating agencies to use symbols to differentiate the relative creditworthiness of companies.

- Best's Credit Ratings are independent opinions regarding the creditworthiness of an issuer or debt obligation. Best's Credit Ratings are based on a comprehensive quantitative and qualitative evaluation of a company's balance sheet strength, operating performance and business profile, or, where appropriate, the specific nature and details of a debt security.

### Rating Scale – FSR

**Secure**

| | |
|---|---|
| A++ and A+ | Superior |
| A and A- | Excellent |
| B++ and B+ | Good |

**Vulnerable**

| | |
|---|---|
| B and B- | Fair |
| C++ and C+ | Marginal |
| C and C- | Weak |
| D | Poor |
| E | Under Regulatory Supervision |
| F | In Liquidation |
| S | Suspended |

9/30/2013

Risk Management: Annual Review

PPLPC031001489315
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 2.4.1 ♦ Financial ♦ Insurance

# Insurers' Financial Stability

(A.M. Best Financial Strength Rating)

## Global Insurance Policies (2012-2013) - not including locally admitted policies.

### US - only

| Company | Policy Type | Limits | Best Rating (8/29/12) | Outlook |
|---|---|---|---|---|
| Liberty Mutual Fire Insurance Co. | Worker Comp/Employers Liability | $2,000,000 | A | Stable |
| Liberty Mutual Fire Insurance Co. | Auto Liability | $2,000,000 | A | Stable |
| Liberty Mutual Fire Insurance Co. | General Liability | $1,750,000 | A | Stable |
| Liberty Mutual Fire Insurance Co. | Products Front | $10,000,000 | A | Stable |

### Global

| Company | Policy Type | Limits | Best Rating (8/29/12) | Outlook |
|---|---|---|---|---|
| Liberty Mutual Fire Insurance Co. | Umbrella Liability | $25,000,000 | A | Stable |
| American Guarantee & Liability (Zurich) | Excess Liability | $25,000,000 | A+ | Stable |
| XL Insurance America Inc. | Excess Liability | $25,000,000 | A | Stable |
| FM Global | Property | $1,000,000,000 | A+ | Stable |
| National Liability & Fire Ins. Co (CV Starr) | Ocean Cargo | $20MM /$35MM (US/Can) | A | Stable |
| National Union Fire Ins (AIG) | Primary D&O | $25,000,000 | A | Stable |
| Zurich American Insurance Company | 1st Excess D&O | $15,000,000 | A+ | Stable |
| US Specialty Insurance Co. (HCC) | 2nd Excess D&O | $15,000,000 | A+ | Stable |
| Allied World National Assurance Company (AWAC) | 3rd Excess D&O - non-US | $15,000,000 | A | Stable |
| Arch Insurance Co. | 4th Excess D&O - non-US only | $10,000,000 | A+ | Stable |
| XL Insurance America Inc. | Excess Liability | $25,000,000 | A | Stable |
| National Union Fire Ins (AIG) | EPL/Fiduciary | $15,000,000 | A | Stable |
| Zurich American Insurance Company | Crime | $15,000,000 | A+ | Stable |
| Great American Insurance Company | Special Contingency | $25,000,000 | A | Positive |

### Non - US

| Company | Policy Type | Limits | Best Rating (8/29/12) | Outlook |
|---|---|---|---|---|
| Insurance Co of the State of Pennsylvania (AIG) | Foreign GL/Excess/AL DIC | $2,000,000 | A | Stable |
| Insurance Co of the State of Pennsylvania (AIG) | Foreign EL/WC | $2,000,000 | A | Stable |
| Insurance Co of the State of Pennsylvania (AIG) | Non-US Products/CTA front | $10,000,000 | A | Stable |
| QBE International Insurance | Non-US Products/CTA excess | $30,000,000 | A | Stable |
| Newline | Non-US Products/CTA excess | $15,000,000 | A | Stable |

### OSRLP

| Company | Policy Type | Limits | Best Rating (8/29/12) | Outlook |
|---|---|---|---|---|
| Federal Insurance Co. | Property | $162,087,938 | A++ | Stable |
| Federal Insurance Co. | General Liability | $1,750,000 | A++ | Stable |
| St. Paul Fire & Marine Insurance Co | Umbrella Liability | $25,000,000 | A+ | Stable |
| Federal Insurance Co. | Excess Liability | $25,000,000 | A++ | Stable |

Risk Management: Annual Review

9/30/2013

47

CONFIDENTIAL

PPLPC0310001489316
PPLPC0310001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

2.4.2 ◆ Financial ◆ Insurance

# Property Insurance

**Risk Owner**

Treasurer

**Elements of Risk**

- Property loss or damage
- Interruption of utilities

**Existing Risk Management Controls**

- Loss prevention programs
- Safety programs
- Back up manufacturing for Wilson
- Back up sourcing for API
- Purdue's property insurance has $1 billion limits (subject to sub-limits on flood, quake, etc). Its coverage would allow Purdue to roughly cover between three and four months of sales.

**Further Actions**

- Consider qualifying a backup for Morphine Sulfate API for Rhodes Pharma (Note: A second source strategy is in place for morphine for Rhodes Pharma. Plan is to qualify Rhodes Technologies API, scheduled to be available in 2014.)
- New back up facility to replace Totowa (announced at Treyburn Corporate Park in Durham County, North Carolina, in September 2013)

**Reporting Procedures**

Annual risk review

9/30/2013

Risk Management: Annual Review

48

CONFIDENTIAL

PPLPC031001489317
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

**2.4.2 ♦ Financial ♦ Insurance**

# Property Insurance
(Cont.)

## Manufacturing Facilities

▪ Wilson received the 2010 Award of Excellence from FM Global. Totowa received the same award in 2011. Cranbury to receive this award in 2013. These facilities were recognized for their significant contributions and their commitment to property loss prevention. This award is given to less than 1% of the sites FM Global inspects.

▪ Coventry receive HPR status in late 2011.

▪ Wilson – converted to duel fuel boilers and installation of two 30,000 diesel tanks for the boilers and generators. This will allow Wilson to run up to eight days without electricity and gas.

▪ Rhodes – Generators will only run controlled shutdown of critical processes and life safety systems.

▪ Totowa – No generators.

▪ Property Insurance has $1 billion limits (subject to sub-limits on flood, quake, etc). Based on the cost to replace the fixed assets and inventory at Wilson of approximately $170mm and an average monthly sales margin of $250mm, our coverage would allow us to cover between 3 to 4 months of sales. Within the time period to ramp up Totowa.

▪ In late 2012, Purdue and Mundipharma met with F.M. Global in exploring further opportunities in property loss prevention at major manufacturing and research facilities. The meeting was found to be productive. The major takeaway was for Mundipharma/Napp to provide FM Global with a continuity plan for Cambridge. All parties participated agreed to participate at a follow up meeting in late 2013.

9/30/2013                    Risk Management: Annual Review                    49

CONFIDENTIAL

PPLPC03100148931B
PPLPC03100148927O

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.4.3 ♦ Financial ♦ Insurance

# Product Liability Insurance

**Risk Owner**         Purdue Corporate

**Elements of Risk**   • Injury
                       • Death
                       • Diversion
                       • Abuse

**Existing Risk
Management
Controls**             • Shipping/Distribution security
                       • Sales and Marketing training
                       • Product education
                       • REMS
                       • ORF (new formulation)

**Further Actions**    • In mid-2012, Purdue worked with two insurance brokers in exploring the
                       insurance market capacity for a product liability policy. The conclusion was
                       that the available product liability insurance is not cost-justified. A check of
                       the product liability insurance markets in mid-2013 resulted with same
                       conclusion.
                       • Continue monitor commercial availability and price of product liability
                       insurance

**Reporting Procedures**   Annual risk review

9/30/2013              Risk Management: Annual Review

50

CONFIDENTIAL

PPLPC031001489319
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.4.4 ♦ Financial ♦ Insurance

## Product Recall

| | |
|---|---|
| Risk Owner | Purdue Corporate |
| Elements of Risk | • Quality<br>• Labeling<br>• Tampering |
| Existing Risk Management Controls | • Quality Assurance Plan<br>• GMP<br>• Quality Testing<br>• Recall plan in place<br>• $10MM insurance for tampering as a result of a documented threat |
| Further Action | Continue to monitor recall insurance availability |
| Reporting Procedures | Annual risk review |

9/30/2013

Risk Management: Annual Review

51

CONFIDENTIAL

PPLPC031001489320
PPLPC031001489270

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.4.5 ♦ Financial ♦ Insurance

# Shipping / Distribution

| | |
|---|---|
| Risk Owner | Corporate Security |
| Element of Risk | • Theft<br>• Hijacking |
| Existing Risk Management Controls | • RFID<br>• Shipping security protocols<br>• Periodic audit of carriers<br>• Due diligence/vetting of potential new carriers<br>• $35MM (shipping within US)/$10MM (shipping outside US) insurance per shipment |
| Further Actions | None |
| Reporting Procedures | Annual review |

Risk Management: Annual Review

9/30/2013

CONFIDENTIAL

PPLPC031001489321
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

### 3.1.1 ♦ Operational ♦ Value-Chain

# Customers – Credit Risk

**Risk Owner**   Sales Department

**Elements of Risk**
- Creditworthiness of customers

**Existing Risk Management Controls**
- Annual review of all customers with exposures > $25k or > $50k annual sales (i.e. about ≈120 customers are annually reviewed.)
- News alerts of publically-traded customers are reviewed daily.
- For privately-held companies we receive at minimum annual reports and for some interim financials.  We have good relationships with their senior financial management and talk as needed.
- Credit lines are based on customer needs and ability to pay.
- Additional credit requests exceed $1.0mm--the Controller must approve our exposure, and if it exceeds $2.0mm the EVP/CFO must approve the exposure.

**Further Actions**   None

**Reporting Procedures**
- Significant customer developments are communicated with Sales, Customer Service, and others promptly
- Annual review performed by Credit Department

9/30/2013

Risk Management: Annual Review

53

PPLPC031001489322
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

3.1.1 ♦ Operational ♦ Value-Chain

# Customers – Credit Risk
(Cont.)

- During 2012, Purdue's average accounts receivable balance was $251 million.

- Our 3 largest customers—AmerisourceBergen, Cardinal Health, and McKesson Corp.—account for approximately 90% of our sales and accounts receivable.

- If one of these Big 3s went under, the supply to our end customers would be uninterrupted since customers would go to their secondary suppliers.

- Based on current credit review, we think that it is unlikely to encounter a credit risk from one of the Big 3 wholesalers in the immediate time horizon.

9/30/2013

Risk Management: Annual Review

54

CONFIDENTIAL

PPLPC031001489323
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

3.1.2 ♦ Operational ♦ Value-Chain

# Vendors – Financial Risk

| | |
|---|---|
| Risk Owner | Procurement |
| Elements of Risk | • Continuity of mission-critical supplies, materials, and services |
| Existing Risk Management Controls | • Annual Review of "Critical Vendors" as identified by users -- (approx. 215) by Credit group<br>• News alerts of publicly-traded vendors are reviewed two times per week<br>• Upon request by business managers, Credit will review new vendors who have potential significant spend as part of the RFP process. |
| Further Action | None |
| Reporting Procedure | • Significant vendor developments are communicated with Procurement, business managers, and others promptly.<br>• Annual review performed by Credit Department |

Risk Management: Annual Review

9/30/2013

55

CONFIDENTIAL

PPLPC031001489324
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

### 3.1.3 ♦ Operational ♦ Value-Chain
# Supply Chain – Continuity

**Risk Owner**
Corporate Procurement

**Elements of Risk**
- Disruption of critical raw material supplies

**Existing Risk Management Controls**
- Qualify secondary source
- Proprietary sources should have back up manufacturing sites
- Review Business Continuity Plan of suppliers
- Stock ample levels of raw material without secondary source
- Due diligence is performed on prospective suppliers/manufacturers of a pending licensing and business development transaction.

**Further Actions**
- Consider qualifying a backup for Morphine Sulfate API for Rhodes Pharma (Note: A second source strategy is in place for morphine for Rhodes Pharma. Plan is to qualify Rhodes Technologies API, scheduled to be available in 2014.)

**Reporting Procedures**
Annual reporting

9/30/2013

Risk Management: Annual Review

56

CONFIDENTIAL

PPLPC031001489325
PPLPC031001489270

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

3.1.4 ♦ Operational ♦ Value-Chain

# 3rd-Party Partner
## Financial Obligations

**Risk Owner**
Chief Financial Officer

**Elements of Risk**
- Non compliance of contractual obligation
- Failure to receive cash inflows timely
- Failure to pay cash outflows timely

**Existing Risk Management Controls**
- Negotiated contract terms developed by a cross-functional team (including Finance)
- Audit rights included in all contracts
- Identified individuals responsible for the 3rd-party financial obligations: cash outflows or inflows and reporting
- Monitoring of business partners including review of public disclosures and financial statements
- Specific Finance staff members are assigned to manage the financial obligations of key 3rd-party partners.
- Quarterly royalty (incoming or outgoing) reports are prepared by Finance staff and reviewed/shared with CFO
- Additional details and explanations are requested for unusual sales variances and significant gross-to-net deductions

**Further Actions**
None

**Reporting Procedures**
- Quarterly royalty (incoming or outgoing) reports are prepared by Finance staff and reviewed/shared with CFO

9/30/2013

Risk Management: Annual Review

57

CONFIDENTIAL

PPLPC031001489326
PPLPC031001489270

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

3.1.5 ♦ Operational ♦ Value-Chain

# PBM Frauds / GPO Frauds

**Risk Owner**
Chief Financial Officer & Managed Markets Contracting & Operations

**Elements of Risk**
- Risks in contracting
- Enforcement of contracts
- Audit of contract terms require additional resources and utilization of 3rd party auditors for major PBMs
- Invalid/fraudulent activities
- Maintain relationship with payors, while ensuring compliance

**Existing Risk Management Controls**
- Rebate Pricing Committee (RPC) oversees pricing, discounts and rebating strategy and has regularly scheduled meetings
- Audits of contract terms by Purdue or third-party auditors
- Data validation of 99% of commercial and Medicare Part D business by IMS.
- Review trends of PBM rebates, in relation to sales trend
- Monitor managed care industry news

**Further Actions**
None

**Reporting Procedures**
- Rebate Pricing Committee meeting minutes and action items
- RPC reports audit findings to Executive Audit Committee at least annually.

9/30/2013

Risk Management: Annual Review

58

PPLPC031001489327
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 3.2.1 ◆ Operational ◆ Information Technology
# Cyber Security

**Risk Owner**   Chief Information Officer

**Elements of Risk**
- Hacking
- Viruses and Malware
- Data Thefts
- Intrusions
- Disgruntle employees
- Supply Chain

**Existing Risk Management Controls**
- Intrusion detection
- Symantec Anti-virus software
- Local firewall agents
- Proxy servers
- Employee access control
- GPS support (for Purdue's shipments)
- Zscaler content filtering
- Tripwire
- Data Privacy Policy

**Further Actions**   Annual end user audit

**Reporting Procedures**   Annual Reporting

9/30/2013

Risk Management: Annual Review

59

PPLPC031001489328
PPLPC031001489270

CONFIDENTIAL

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

3.2.2 ♦ Operational ♦ Information Technology

# Disaster Recovery / Backup Systems

**Risk Owner**

Chief Information Officer

**Elements of Risk**

- Data center outage
- Data center force majeure

**Existing Risk Management Controls**

- Stamford Data Center and Wilson Data Center utilizing a mix of disk, tape, and virtual backups.
- Back up tapes sent to 3rd party site
- Establish hot sites/warm sites
- Best case recovery time is 48 hours for mission-critical applications

**Further Actions**

- Continue migration to tapeless backup for all systems – no need for disk and tape backups
- Increase the number of systems utilizing replication based recovery to improve recovery time of mission-critical applications

**Reporting Procedures**

Annual reporting

Risk Management: Annual Review

9/30/2013

PPLPC031001489329
PPLPC031001489270

CONFIDENTIAL

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION
TREAT SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 81

PUBLICLY FILED PER STIPULATION [ECF 2140]

**Produced Natively**

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONAL EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Risk Identification and Mitigation

## Selected Risks

December 1, 2014
Confidential

Risks addressed separately from this report include: Human Resources, Litigation, Compliance, Facility, Security, Research and Development, Intellectual Property, EHS, and Environment.

12/1/2014

Risk Management: Annual Review

1

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER.

# Executive Summary

- 26 different risk types are reviewed in the 2014 Annual Financial Risk Identification and Mitigation Report.  In summary, Purdue put in place adequate risk controls and risk mitigation tools in managing these risks.

- Standard risk reporting format is used: (i) Risk Owner, (ii) Elements of Risk, (iii) Existing Risk Management Controls, (iv) Further Actions, and (v) Reporting Procedures.

- The risk review process is based on a "standard" process recommended by the Institute of Management Accountants' Statements on Management Accounting-- *Enterprise Risk Management: Frameworks, Elements, and Integration*.

- The reporting format is based on a risk reporting template recommended by the Corporate Executive Board organization.

- Page 7 has the Table of Contents.

Note: This report only selects a limited number of risk types for review.  This is not a comprehensive review of enterprise risks.  A comprehensive Enterprise Risk Management review was completed with Purdue Executive Committee in Q2-2011, which is planned to be refreshed in 2014.

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONAL'S EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# A Continuous Risk Management Process



Source: Adapted from Institute of Chartered Accountants in England and Wales, *No Surprises: The Case
for Better Risk Reporting*, ICAEW, London, U.K., 1999, p. 47.

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

# An Example of Comprehensive Risk



Source: Debra Elkins, "Managing Enterprise Risks in Global Automatic Manufacturing Operations," presentation at the University of Virginia, January 23, 2006. Permmission granted for use.

**Rating Scale**

- **Probability of Occurrence**
  - High
  - Medium
  - Low

- **Severity / Impact**
  - High
  - Medium
  - Low

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Top Ten Risks

## Global Risks Landscape 2014, World Economic Forum

- Fiscal crises in key economies
- Structurally high unemployment/underemployment
- Water crises
- Severe income disparity
- Failure of climate change mitigation and adaptation
- Greater incidence of extreme weather events
- Global governance failure
- Food crises
- Failure of a major financial mechanism/institution
- Profound political and social instability

Risk Management: Annual Review
PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFIT SHRVAL - EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

# Global Risk Categories

## Global Risks Landscape 2014, World Economic Forum



PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

# Directory of Risks

| Category | Risk Category | Idx | Risk Subcategory | Risk Description | Index | Page |
|----------|---------------|-----|------------------|-----------------|-------|------|
| 1.0 | Strategic | 1 | Partners | Licensing partners | 1.1.1 | 8 |
| | | | Competitors | Competitive pressure | 1.2.1 | 10 |
| | | | Global | Pandemic | 1.3.1 | 12 |
| 2.0 | Financial | 1 | Internal | Cash in bank accounts | 2.1.1 | 13 |
| | | | | Short-term investments | 2.1.2 | 16 |
| | | | | Defined Benefits Pension investments | 2.1.3 | 20 |
| | | | | Defined Contributions Pension investments | 2.1.4 | 22 |
| | | | | Financing / credit availability | 2.1.5 | 24 |
| | | | | Internal control / cash fraud | 2.1.6 | 29 |
| | | 2 | Market | Economic performance | 2.2.1 | 30 |
| | | | | Inflation | 2.2.2 | 33 |
| | | | | The Affordable Care Act | 2.2.3 | 35 |
| | | 3 | Commodities | Foreign exchange | 2.3.1 | 38 |
| | | | | Energy | 2.3.2 | 42 |
| | | 4 | Insurance | Insurers' financial stability | 2.4.1 | 45 |
| | | | | Property insurance | 2.4.2 | 48 |
| | | | | Product liability insurance | 2.4.3 | 50 |
| | | | | Product Recall | 2.4.4 | 51 |
| | | | | Shipping / distribution | 2.4.5 | 52 |
| 3.0 | Operational | 1 | Value-Chain | Customers - credit risk | 3.1.1 | 53 |
| | | | | Vendors - financial risk | 3.1.2 | 55 |
| | | | | Supply Chain - continuity | 3.1.3 | 56 |
| | | | | Third-Party partner financial obligations | 3.1.4 | 57 |
| | | | | PBM fraud / GPO fraud | 3.1.5 | 58 |
| | | 2 | Information Technology | Cybersecurity | 3.2.1 | 59 |
| | | | | Disaster recovery / Backup systems | 3.2.2 | 60 |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

♦ Strategic ♦ Partners

1.1.1

# Licensing/Business Development Partners

| Risk Owner | Licensing and Business Development |
|---|---|
| Elements of Risk | <ul><li>Partner's capabilities and abilities to execute its business plan and contractual commitments.</li><li>Partner's financial creditworthiness staying as an ongoing business entity.</li><li>Partner's legal/financial obligations and liability with other third parties.</li></ul> |
| Existing Risk Management Controls | <ul><li>Operational and capability due diligence on partner.</li><li>Financial due diligence on partner.</li><li>Legal review and due diligence on key contracts with third parties.</li><li>Review S&P rating and D&B reports, if available.</li><li>In key alliances, Purdue representative attends partner's Board meeting.</li><li>In key partnerships, Purdue participates at key steering committees with partner.</li><li>In partnerships with significant investments by Purdue, Purdue has final decision-making power in steering committees.</li></ul> |
| Further Actions | None |
| Reporting Procedures | <ul><li>Due diligence report prior to formation of partnership.</li><li>Ongoing Board meeting reports, committee meeting minutes, and financial reports.</li><li>Business update reports were issued on partners in which Purdue has significant equity investments, e.g. Infinity, Optherion, etc.</li></ul> |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONAL EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

♦ Strategic ♦ Partners

# Licensing/Business Development Partners

(Cont.)

- Transcept
- Shionogi
- Grunenthal
- Abbott / AbbVie
- Koltan
- Novelos
- Optherion
- Newron

- LTS
- PRA
- Quintiles / Innovex
- ElMindA
- IBM
- BD Rx (potential)
- Creative Science (potential)

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

1 . 2 . 1  ♦  S t r a t e g i c  ♦  C o m p e t i t o r s

# Competitive Pressure

| | |
|---|---|
| Risk Owner | Purdue Corporate |
| Elements of Risk | • Key competitive entrants to the marketplace can significantly impact the value of Purdue's marketed products and pipeline development projects. |
| Existing Risk Management Controls | • Marketing (and Credit) issues daily newsflash recapping developments in pain management, pain research, Purdue competitors, and related therapeutic areas such as opioid induced constipation (OIC), insomnia, depression, and FDA regulations, etc.<br>• As part of the 10-year planning process, the pipeline projects are recertified annually to ensure their attractiveness from return on investments.  The recertification process includes Marketing's review of competitive landscape and the payors' environment.<br>• Purdue staff regularly attend industry pain conferences such as American Pain Society.<br>• Licensing and Business Development staff regularly attend partnership conferences in which new technology and product development are presented.<br>• Corporate objectives: portfolio diversification, patents portfolio, focus on key competencies, in-licensing opportunities, and M&A opportunities. |
| Further Actions | None |
| Reporting Procedures | • Routine newsflash from Marketing and Credit.<br>• Headline alerts from Credit.<br>• Purdue's 10-Year Plan and Recertification Report (published annually).<br>• Trip reports from Purdue staff from key conferences and business development meetings. |

Risk Management: Annual Review

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

1.2.1 ♦ Strategic ♦ Competitors

# Competitive Pressure

### (Cont.)

- Pfizer (King/Alpharma)
- Abbott
- Teva (Cephalon)
- Acura
- Durect
- Endo
- Covidien
- BDSI

- Pain Therapeutics
- Collegium Pharma
- Nektar (OIC)
- AstraZeneca (OIC)
- Theravance (OIC)
- Progenics (OIC)

Risk Management: Annual Review

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

1.3.1    ❖ Strategic ❖ Global

# Pandemic

| Risk Owner | Environment, Health and Safety (EHS) |
|---|---|
| Elements of Risk | • Ebola Virus Disease<br>• Avian Influenza A (H7N9) Virus<br>• Middle East Respiratory Corona Virus (MERS-CoV)<br>• Seasonal Influenza |
| Existing Risk Management Controls | • In response to the number and variety of emerging health issues of concern, the Pandemic Planning Committee has been re-configured to become the Purdue Outbreak Response Team (PORT). Team members representing Medical, Risk Management, Human Resources, EHS, Security and Finance are included. The group meets as required when specific threats are triggered.<br>• The Business Continuity and Pandemic Planning Team intranet page is being updated to reflect the new, broader mandate of the group, and is now entitled the *Business Continuity and Purdue Outbreak Response Team* site. The contents of the pages are being updated to reflect current business status.<br>• Employee communications is an important aspect of risk management. To that end, the Purdue Health Alert Information site is available to all employees on the EHS intranet site as a source of information and helpful links to agencies and organizations involved with the management and control of emerging health issues.<br>• Employees have capabilities to work at a remote location (Totowa site) and in virtual offices (home or contracted location) for specific Business Continuity needs. |
| Further Actions | Updating of BCP documents continuing with business realignment. |
| Reporting Procedures | None |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.1 ◆ Financial ◆ Internal

# Cash in Bank Accounts

| Risk Owner | Treasurer |
|---|---|
| Elements of Risk | • Bank creditworthiness<br>• Preservation of principal |
| Existing Risk Management Controls | • Limit balances in bank accounts in US banks to $250,000 (current limit of FDIC insurance)<br>• Hold cash balances in depository banks with S&P ratings of A- or above<br>• Monitor credit ratings of major domestic banks<br>• Monitor CDS of depository banks<br>• Invest excess cash in short-term U.S. Treasury bills or Agencies or Tier 1 non-financial Commercial Paper or mutual funds which invest in short-term U.S. Treasury bills and Agencies (U.S. Treasury bills and Agencies are backed by the U.S. government) |
| Further Actions | • Monitor levels of Federal Deposit Insurance Corporation (FDIC) insurance coverage for US bank accounts |
| Reporting Procedures | • Risk review is performed annually<br>• Bank credit rating report is published annually, or on as needed basis |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

2.1.1 ◆ Financial ◆ Internal

# Cash in Bank Accounts

(Cont.)

- All 57 bank accounts are with JP Morgan Chase.

- JP Morgan Chase has a S&P rating of A.

- Out of the top US banks, JP Morgan Chase has the 3rd lowest CDS rates. Lower rates generally indicate lower default risks.

- As of 6/30/14, total cash balances of $10.3 million are in these bank accounts.

  - These cash generated earning credits which offset cash management fees.

  - Cash deposited at DDA accounts is covered by $250,000 FDIC protection.

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

2.1.2  ♦ Financial  ♦ Internal

# Short-Term Investments

| Risk Owner | Treasurer |
|---|---|
| Elements of Risk | • Credit<br>• Interest rate<br>• Custody<br>• Regulatory (e.g. new money market fund rules from SEC) |
| Existing Risk Management Controls | • All short-term investments are in US Government/Agency securities or non-financial Tier 1 Commercial Paper or Money Market Funds that hold only US Government/Agency securities.<br>• All short-term investments have maturities less than 6 months.<br>• Short-term investment securities and shares in money market funds are held in accounts in the name of the specific Purdue entity.<br>• Unlike a bank depository account, these assets are not commingled with the banks' assets.<br>• The custodian banks who hold the securities and money market funds are considered stable and are rated by S&P at [A-] or above.<br>• To optimize interest income under current market condition, target allocation is 75% T-bills and 25% money market funds. Allocation is fine-tuned depending on market conditions. |
| Further Actions | none |
| Reporting Procedures | • Short-term investments report is issued daily to Treasurer.<br>• Weekly cash forecast is performed to optimize interest income per the short-term investment policy.<br>• Risk review is performed annually. |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

**2.1.2**  ◆ **Financial**  ◆ **Internal**

# Short-Term Investments

### (Cont.)

## Investments – Short-term: By Type

| ($MM) | 12/31/2007 | | 12/31/2008 | | 12/31/2009 | | 12/31/2010 | | 12/31/2011 | | 12/31/2012 | | 12/31/2013 | | 6/30/2014 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ | % of Total | $ | % of Total | $ | % of Total | $ | % of Total | $ | % of Total | $ | % of Total | $ | % of Total | $ | % of Total |
| Short Term Investments: | | | | | | | | | | | | | | | | |
| Treasury Securities | - | 0% | 48 | 9% | 207 | 39% | 466 | 79% | 494 | 72% | 786 | 93% | 687 | 73% | 858 | 73% |
| Government Sponsored Entities (GSEs) | - | 0% | 428 | 79% | 257 | 50% | 65 | 11% | 144 | 21% | 22 | 3% | 41 | 4% | 110 | 10% |
| Commercial Paper, CDs, etc. | 457 | 88% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | 180 | 19% | 180 | 16% |
| OSRLP Securitiy Deposits w/BOA | 11 | 2% | 11 | 2% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| Qualified Settlement Trust (US Govt.) | 53 | 10% | 54 | 10% | 54 | 10% | 53 | 9% | 43 | 6% | 24 | 3% | 17 | 2% | 8 | 1% |
| Total | $521 | 100% | $541 | 100% | $518 | 100% | 584 | 100% | 682 | 100% | 832 | 100% | 925 | 100% | 1,156 | 100% |
| Portfolio Yield | | 4.8% | | 1.700% | | 0.400% | | 0.091% | | 0.010% | | 0.072% | | 0.051% | | 0.032% |

- At year-end 2007 short-term investments consisted of high quality commercial paper and CDs.
- As the credit crisis grew in early 2008, investments were shifted to Treasuries and GSEs to reduce risk.
- In 2009, spreads between Treasuries and Agencies narrowed.  As a result, investment allocation shifted towards Treasuries.  This continues to be the trend until mid 2014.
- Currently, spreads between Treasuries and Agencies has widened, investment allocation has shifted towards Agencies.  Also reallocated more funds to Tier 1 Non-Financial Commercial Paper.

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.2    ♦ Financial    ♦ Internal

# Short-Term Investments

## (Cont.)

## Investments – Short-term: By Custodian

| ($MM) | 12/31/2007 | | 12/31/2008 | | 12/31/2009 | | 12/31/2010 | | 12/31/2011 | | 12/31/2012 | | 12/31/2013 | | 6/30/2014 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Custodian/Trusts: | $ | % of Total | $ | % of Total | $ | % of Total | $ | % of Total | $ | % of Total | $ | % of Total | $ | % of Total | $ | % of Total |
| Bank of America - (securities held in name of Purdue entity) | $97 | 19% | $102 | 19% | $67 | 13% | $96 | 16% | $0 | 0% | $292 | 35% | $361 | 39% | $181 | 16% |
| Dreyfus MMF - (shares held in name of Purdue entity) | 94 | 18% | 19 | 4% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| Federated MMF - (shares held in name of Purdue entity) | 1 | 0% | 171 | 32% | 160 | 31% | 65 | 11% | 144 | 21% | 1 | 0% | 0 | 0% | 0 | 0% |
| Goldman Sachs MMF- (shares held in name of Purdue entity) | 65 | 12% | 115 | 21% | 98 | 19% | 60 | 10% | 210 | 31% | 21 | 3% | 41 | 4% | 110 | 10% |
| Western Assets MMF- (shares held in name of Purdue entity) | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 284 | 42% | 144 | 17% | 144 | 16% | 497 | 43% |
| JPMorgan - (securities held in the name of Purdue entity) | - | 0% | 80 | 15% | 140 | 27% | 310 | 53% | - | 0% | 350 | 42% | 362 | 39% | 360 | 31% |
| Merrill Lynch - (securities held in the name of Purdue entity) | 60 | 12% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| UBS - (shares held in the name of Purdue entity) | 151 | 29% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% | - | 0% |
| Smith Barney/Citigroup (QST) | 53 | 10% | 54 | 10% | 53 | 10% | 53 | 9% | 43 | 6% | 24 | 3% | 17 | 2% | 8 | 1% |
| Total | $521 | 100% | $541 | 100% | $518 | 100% | $584 | 100% | $682 | 100% | $832 | 100% | $925 | 100% | $1,156 | 100% |

- During 2008, short-term investments were moved away from Merrill Lynch and UBS to more financially stable broker/dealers.  JP Morgan was added.
- Western Assets runs one of the larger, higher yielding treasury only money market funds.

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONAL'S' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

**2.1.2** ◆ Financial ◆ Internal

# Short-Term Investments

## (Cont.)

**New SEC Money Market Fund Reforms**: implementation date of October 14, 2016

- **New Definitions**
  - Government Fund – Is a fund that invests 99.5% of their total assets in cash, government securities or repurchase agreements collateralized by government securities. These funds are to be exempt from these new rules.
  - Retail Funds – Are Prime and Tax-Exempt funds designed to limit beneficial owners to natural persons, meaning individual investors, or human beings. These funds may look through to the end investor to determine whether beneficial ownership is limited to natural persons.
- **Floating rate NAV – apply only to Institutional Prime or Tax-Exempt funds**
  - Daily share prices would fluctuate to the nearest basis point (0.01%)
  - Fluctuation would be based on the performance of the underlying holdings, just like any other fund
- **Redemption Gates and Liquidity Fees when a fund crosses a liquidity threshold (10%/30% weekly liquidity or 1%/2% liquidity fees) – Prime and Tax-Exempt funds only**
  - Impose redemption "gates" (not permit withdrawals) for up to 10 days on withdrawals below fund's weekly liquidity thresholds
  - Allow funds to charge up to 2% (as set by the fund's board) on withdrawals below fund's weekly liquidity thresholds
  - Require notification and disclosure of liquidity trigger and actions
  - Government funds can opt-in

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONAL'S EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.3  ♦ Financial   ♦ Internal

# Defined Benefits Pension Investments

| Risk Owner | Pension Investment Committee |
|---|---|
| Elements of Risk | • Funding target: meet liability projection<br>• Performance of investments<br>• Fiduciary responsibilities<br>• Regulatory (e.g. ERISA and DOL) compliance |
| Existing Risk Management Controls | • With contribution and return, Purdue targets to reach ≥95% ERISA funding target.<br>• Assume a realistic long-term investment return expectation @ 7% p.a.<br>• Routine performance monitoring and benchmarking of investments.<br>• Utilize indexing for asset classes where active management yields little value.<br>• Schedule of review meetings with SEI – investment manager, along with actuary.<br>• SEI as Purdue's co-fiduciary – asset liability study and asset allocation modeling.<br>• Hired an 3rd-party consultant to critique Purdue's pension management process.<br>• Provide annual training for the Pension Investment Committee |
| Further Actions | • Consider utilizing 3rd-party consultant in a review process once every 3-5 years |
| Reporting Procedures | • Quarterly pension plan performance report<br>• SEI presentation to pension investment committee<br>• Routine pension investment committee meeting minutes<br>• Pension actuary reports<br>• 3rd-party consultant report |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.3 ♦ Financial ♦ Internal

# Defined Benefits Pension Investments

## (Cont.)

| Total Portfolio ($MMs) | 12/31/2007 | % of total | 12/31/2008 | % of total | 12/31/2009 | % of total | 12/31/2010 | % of total | 12/31/2011 | % of total | 12/31/2012 | % of total | 6/30/2013 | % of total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Small/Mid Cap Equity | 9.4 | | 7.3 | | - | | 6.7 | | 6.3 | | 8.9 | | 10.9 | |
| Disciplined Equity | 36.2 | | 27.5 | | - | | | | | | | | | |
| Large Cap Index | - | | - | | 59.3 | | 52.9 | | 52.8 | | 74.9 | | 76.8 | |
| Total U.S. Equity | 45.6 | | 34.8 | | 59.3 | | 59.6 | | 59.1 | | 83.8 | | 87.7 | |
| | | | | | | | | | | | | | | |
| Emerging Markets Equity Index | 1.4 | | 1.0 | | 1.9 | | - | | 8.0 | | 10.0 | | 12.2 | |
| International Developed Equity | 13.4 | | 9.8 | | 15.9 | | - | | | | | | | |
| International Developed Index | - | | - | | - | | 28.7 | | 19.7 | | 30.4 | | 35.2 | |
| Total International Equity | 14.8 | | 10.8 | | 17.8 | | 28.7 | | 27.8 | | 40.4 | | 47.4 | |
| **Total Equity** | **60.4** | 40% | **45.5** | 38% | **77.2** | 45% | **88.3** | 44% | **86.9** | 43% | **124.2** | 52% | **135.1** | 55% |
| | | | | | | | | | | | | | | |
| Emerging Markets Debt | 7.6 | | 6.4 | | 8.9 | | 8.3 | | 8.3 | | 9.1 | | 11.1 | |
| High Yield Bond | 7.4 | | 5.6 | | 9.1 | | 17.0 | | 14.7 | | 18.0 | | 16.5 | |
| Core Fixed/Ext. Dur./Treasury | 51.9 | | 41.3 | | 55.7 | | 64.2 | | 72.1 | | 87.1 | | 75.1 | |
| Opportunistic Income | - | | - | | - | | - | | - | | - | | 9.6 | |
| **Total Fixed Income** | **66.9** | 44% | **53.2** | 45% | **73.7** | 43% | **89.5** | 45% | **95.1** | 47% | **114.2** | 48% | **112.3** | 45% |
| | | | | | | | | | | | | | | |
| **Hedge Fund-of-Funds** | **24.6** | 16% | **19.9** | 17% | **20.5** | 12% | **20.8** | 10% | **19.6** | 10% | **-** | 0% | **-** | 0% |
| Accrued Income | 0.3 | | 0.1 | | 0.3 | | 0.3 | | 0.3 | | - | | - | |
| **Total Portfolio (PPLP & PFL)** | **152.2** | 100% | **118.8** | 100% | **171.7** | 100% | **198.9** | 100% | **202.0** | 100% | **238.4** | 100% | **247.4** | 100% |

- The plans are managed by SEI which acts as a manager of individual fund managers. The target asset allocation for the PPLP plan is Equity – 56%; Fixed Income – 44%. The target asset allocation for the PFL plan is Equity – 0%; Fixed Income – 100%.
- In September 2011, per asset-allocation study and performance review of the SEI Hedge Fund, Purdue Investment Committee implemented the recommendation of exiting the SEI Hedge Fund and investing its assets in existing equities and fixed income funds.
- About 50% of the PPLP plan assets are indexed.
- In late 2011, Purdue Investment Committee implemented the recommendation to employ liability-driven investing (LDI) for the PFL plan, which will help to minimize volatility of its ERISA funding ratio.
- In 2013 June year-to-date, Purdue had contributed $5.8 million to the pension plans. 2013 full-year budget of cash funding is $10.7 million.
- Under the ERISA (employee retirement income security act), the pension plans are funded approximately in the 95% range (APTAP).
- 2013 June month-end, PPLP portfolio's 1-year return was 11.5%. In beginning of 2013, Plans assumed a 7% return for full-year 2013.

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.4 ◆ Financial ◆ Internal

# Defined Contribution (401k) Investments

| Risk Owner | Pension Investment Committee |
|---|---|
| Elements of Risk | • Costs of plan operation and investments are competitive<br>• Appropriate selection of investment options for employees<br>• Fiduciary responsibilities |
| Existing Risk Management Controls | • Routine performance monitoring and benchmarking of investments<br>• Periodic deep-dive review of funds in the watch list<br>• Benchmarking costs of plan operation and investments<br>• Schedule of review meeting with Fidelity Investments<br>• SEI serves as an independent consultant providing routine (once-a-year) review of 401(k) plan performance<br>• Fidelity Investments issues communications to employees on key developments |
| Further Actions | • None |
| Reporting Procedures | • Quarterly 401(k) plan performance report<br>• Fidelity Investments reports to Pension Investment Committee<br>• SEI presentation on 401(k) plan review to pension investment committee<br>• Periodic deep-drive review of funds<br>• Routine pension investment committee meeting minutes |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.4   ◆ Financial ◆ Internal

# Defined Contribution (401k) Investments

## (Cont.)

| List | Fund Name | Morningstar Category | PPLP | % of Total | YTD | 1-Year | 3-Year | 5-Year | 10-Year | Current | Prior | Change B/(W) | YTD % Rank in Category (Lower Better) | 3-Yr % Rank in Category (Lower Better) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **U.S. Equities** | | | $ 148.83 | 43.3% | | | | | | | | | | |
| 21 | Fidelity Spartan 500 Index Inv | US OE Large Blend | $ 24.58 | 7.1% | 13.8% | 20.5% | 18.4% | 7.0% | 7.2% | ÜÜÜ | ÜÜÜ | | 43% | 19% |
| 4 | Fidelity Contrafund K | US OE Large Growth | $ 46.83 | 13.6% | 11.5% | 16.9% | 16.8% | 6.1% | 10.0% | ÜÜÜ | ÜÜÜÜ | (1) | 40% | 45% |
| 25 | Dodge & Cox Stock | US OE Large Value | $ 30.28 | 8.8% | 17.6% | 30.6% | 19.2% | 6.7% | 8.0% | ÜÜÜ | ÜÜÜ | | 9% | 10% |
| 31 | AllianzGI NFJ Dividend Value Instl | US OE Large Value | $ 3.57 | 1.0% | 13.4% | 22.3% | 18.1% | 4.2% | 8.1% | ÜÜÜ | ÜÜÜ | | 75% | 26% |
| 26 | Vanguard Extended Market Idx Signal | US OE Mid-Cap Blend | $ 5.99 | 1.7% | 15.7% | 26.0% | 19.7% | 9.0% | 10.5% | ÜÜÜ | ÜÜÜ | | 34% | 18% |
| 28 | Neuberger Berman Genesis Instl | US OE Mid-Cap Growth | $ 32.27 | 9.4% | 13.0% | 20.1% | 17.5% | 5.4% | 11.5% | ÜÜÜ | ÜÜÜ | | 48% | 42% |
| 24 ● | Managers Cadence Emerging Companies I | US OE Small Growth | $ 1.70 | 0.5% | 17.9% | 26.7% | 25.9% | 11.1% | 9.2% | ÜÜÜÜ | ÜÜÜ | | 29% | 1% |
| 33 | Northern Small Cap Value | US OE Small Value | $ 3.61 | 1.0% | 15.1% | 24.0% | 18.4% | 9.3% | 10.3% | ÜÜÜ | ÜÜÜ | | 60% | 31% |
| **Foreign Equities** | | | $ 26.09 | 7.6% | | | | | | | | | | |
| 27 | Vanguard Total Intl Stock Index Inv | US OE Foreign Large Blend | $ 3.71 | 1.1% | -0.5% | 13.5% | 8.2% | -0.9% | 8.3% | ÜÜÜ | ÜÜÜÜ | (1) | 89% | 78% |
| 7 | Fidelity Diversified International K | US OE Foreign Large Blend | $ 20.60 | 6.0% | 5.0% | 18.5% | 11.1% | -0.9% | 8.1% | ÜÜÜ | ÜÜÜÜ | (1) | 13% | 18% |
| 34 | Oppenheimer Developing Markets Y | US OE Diversified Emerging Mkts | $ 1.78 | 0.5% | -3.8% | 7.9% | 8.1% | 5.5% | 18.1% | ÜÜÜÜ | ÜÜÜÜ | | 19% | 5% |
| **Fixed Income** | | | $ 73.86 | 21.5% | | | | | | | | | | |
| 36 | Vanguard Prime Money Market Instl | US Money Market Taxable | $ 33.21 | 9.7% | 0.0% | 0.1% | 0.1% | 0.5% | 1.9% | | | | | |
| 20 | Fidelity Managed Income | US Money Market Taxable | $ 14.96 | 4.4% | 0.6% | 1.1% | 1.3% | 1.5% | 2.8% | | | | | |
| 22 | Fidelity Spartan US Bond Idx Investor | US OE Intermediate-Term Bond | $ 12.24 | 3.6% | -2.6% | -1.0% | 3.3% | 4.9% | 4.2% | ÜÜÜ | ÜÜÜ | | 58% | 77% |
| 23 | PIMCO Total Return Instl | US OE Intermediate-Term Bond | $ 11.85 | 3.4% | -3.0% | 1.2% | 4.7% | 7.3% | 6.0% | ÜÜÜÜ | ÜÜÜÜ | | 81% | 34% |
| 37 | Fidelity High Income | US OE High Yield Bond | $ 1.59 | 0.5% | 0.8% | 8.2% | 9.7% | 9.4% | 8.2% | ÜÜÜ | ÜÜÜ | | 64% | 46% |
| **Asset Allocation** | | | $ 24.38 | 7.1% | | | | | | | | | | |
| 2 | Fidelity Puritan K | US OE Moderate Allocation | $ 15.24 | 4.4% | 6.5% | 12.2% | 12.6% | 6.4% | 7.0% | ÜÜÜ | ÜÜÜ | | 43% | 21% |
| 6 | Fidelity Asset Manager 50% | US OE Moderate Allocation | $ 9.14 | 2.7% | 3.9% | 9.4% | 9.9% | 5.8% | 5.3% | ÜÜÜ | ÜÜÜ | | 79% | 74% |
| **Freedom Fund Family** | | | $ 70.82 | 20.6% | | | | | | | | | | |
| 8 | Fidelity Freedom Income | US OE Retirement Income | $ 1.22 | 0.4% | 0.5% | 3.5% | 5.2% | 4.0% | 4.0% | ÜÜÜ | ÜÜ | +1 | 64% | 81% |
| 9 | Fidelity Freedom 2000 | US OE Target Date 2000-2010 | $ 0.51 | 0.1% | 0.5% | 3.5% | 5.3% | 3.8% | 4.1% | ÜÜ | ÜÜ | | 79% | 94% |
| 10 | Fidelity Freedom 2010 | US OE Target Date 2000-2010 | $ 3.10 | 0.9% | 2.8% | 7.9% | 8.9% | 4.4% | 5.5% | ÜÜÜ | ÜÜÜ | | 21% | 35% |
| 11 | Fidelity Freedom 2015 | US OE Target Date 2011-2015 | $ 6.61 | 1.9% | 2.9% | 8.2% | 9.1% | 4.2% | | ÜÜÜ | ÜÜÜ | | 32% | 49% |
| 12 | Fidelity Freedom 2020 | US OE Target Date 2016-2020 | $ 12.10 | 3.5% | 3.4% | 9.2% | 10.1% | 3.9% | 6.1% | ÜÜÜ | ÜÜÜ | | 49% | 47% |
| 13 | Fidelity Freedom 2025 | US OE Target Date 2021-2025 | $ 10.26 | 3.0% | 4.6% | 11.3% | 11.2% | 4.1% | | ÜÜÜ | ÜÜÜ | | 58% | 56% |
| 14 | Fidelity Freedom 2030 | US OE Target Date 2026-2030 | $ 14.02 | 4.1% | 5.1% | 12.0% | 11.6% | 3.5% | 6.3% | ÜÜÜ | ÜÜÜ | | 55% | 55% |
| 15 | Fidelity Freedom 2035 | US OE Target Date 2031-2035 | $ 9.70 | 2.8% | 6.2% | 13.7% | 12.2% | 3.6% | | ÜÜ | ÜÜÜ | (1) | 63% | 73% |
| 16 | Fidelity Freedom 2040 | US OE Target Date 2036-2040 | $ 8.12 | 2.4% | 6.3% | 13.9% | 12.4% | 3.4% | 6.5% | ÜÜ | ÜÜ | | 61% | 63% |
| 17 | Fidelity Freedom 2045 | US OE Target Date 2041-2045 | $ 3.79 | 1.1% | 6.6% | 14.5% | 12.6% | 3.5% | | ÜÜÜ | ÜÜÜ | | 66% | 84% |
| 18 | Fidelity Freedom 2050 | US OE Target Date 2046-2050 | $ 1.28 | 0.4% | 6.7% | 14.6% | 12.8% | 3.1% | | ÜÜ | ÜÜ | | 68% | 69% |
| 35 | Fidelity Freedom 2055 | US OE Target Date 2051+ | $ 0.12 | 0.0% | 7.0% | 15.2% | | | | | | | 77% | |

● Frozen fund

| Total Balances: | $ 343.98 | 100.0% |
|---|---|---|

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.5    ◆ Financial    ◆ Internal

# Financing / Credit Availability

| Risk Owner | Chief Financial Officer / Treasurer |
|---|---|
| Elements of Risk | • Secure credit capacity for varying needs of working capital<br>• Secure credit capacity for letters of credit, e.g. insurance, clinical trials, etc.<br>• Prepare credit availability, monitor cost of borrowing, and maintain relationship with lenders; when appropriate, provide financing options to the Board in the event cash is needed for licensing or acquisition opportunities. |
| Existing Risk Management Controls | • Forecast working capital needs – long-term, medium-term, and short-term cash flows forecasts.<br>• Benchmark working capital performance<br>• In Oct 2012, extended Purdue's $45mm line of credit (cash-collateralized in Treasuries) with Bank of America for 3 years, while locked in investment-grade pricing.  Next renewal time is October 2015.<br>• Ongoing monitoring of credit markets, e.g. Loan Pricing Conference, Reuters' Gold Sheet, AFP website, and industry surveys.<br>• Annual business update meetings with two relationship banks: Bank of America and JP Morgan Chase. |
| Further Actions | • None |
| Reporting Procedures | • Publish long-term, medium-term, and short-term cash flows forecasts.<br>• Provide credit markets snapshot, once-a-year or as needed basis.<br>• Ongoing monitor of utilization levels of line of credit.<br>• Prepare business update presentation and provide meeting minutes on business update meetings with banks. |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONAL'S EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.5    ◆ Financial ◆ Internal

# Financing / Credit Availability

### (Cont.)

## For Creditworthiness Profile: Between BBB- and BB

| Multi-Year Bank Loans | BBB- | BB | Average of Two |
|---|---|---|---|
| Upfront Fee | n/a | 50-75 bps | 50-75 bps |
| Undrawn Pricing (average) | 25 bps | 50 bps | 38 bps |
| Drawn Pricing (average) | LIBOR + 156 bps | LIBOR + 258 bps | LIBOR + 207 bps |



Risk Management: Annual Review

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONAL EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.5 ◆ Financial ◆ Internal

# Financing / Credit Availability

### Outstanding Letters of Credit, 9/30/2014

**BANK OF AMERICA - LETTERS OF CREDIT (issued from credit line)**                                                              9/30/2014

**PURDUE PHARMA L.P.**

| B of A Number | Chase Number | Beneficiary | Note | Type | Value Date | Expiry Date | Final Expiration | Amount | Notification Period | Non-renewal Notification |
|---|---|---|---|---|---|---|---|---|---|---|
| 68005629 | T239009 | Liberty Mutual Insurance Company | (1) | Irrev Sby | 3/30/2013 | 3/30/2014 | Evergreen | 1,170,000.00 | 60 days | 1/29/2014 |
| 68005629 | T617521 | Liberty Mutual Insurance Company | (1) | Irrev Sby | 3/30/2013 | 3/30/2014 | Evergreen | 490,000.00 | 60 days | 1/29/2014 |
| 68005628 | T343343 | Liberty Mutual Insurance Company | (4) | Irrev Sby | 3/30/2013 | 3/30/2014 | Evergreen | 10,000,000.00 | 60 days | 1/29/2014 |
| 68046126 | NA | Insurance Company Of The State Of PA | (5) | Irrev Sby | 10/1/2013 | 10/1/2014 | Evergreen | 2,500,000.00 | 60 days | 8/2/2014 |
| **Total** | | | | | | | | **14,160,000.00** | | |

| Number | | Beneficiary | Note | Type | Value Date | Expiry Date | Final Expiration | Amount | Notification Period | Non-renewal Notification |
|---|---|---|---|---|---|---|---|---|---|---|
| 68005652 | T311930 | Zurich American Insurance Company | (1) | Irrev Sby | 3/31/2013 | 3/31/2014 | Evergreen | 500,000.00 | 30 days | 3/1/2014 |
| 68005641 | T313430 | Lubermans Mutual Casualty Company | (1) | Irrev Sby | 3/31/2013 | 3/31/2014 | Evergreen | 250,000.00 | 60 days | 1/30/2014 |
| **Total** | | | | | | | | **750,000.00** | | |

**THE PF LABORATORIES, INC. Account No. 128061662**

| Number | Beneficiary | Note | Type | Value Date | Expiry Date | Final Expiration | Amount | Notification Period | Non-renewal Notification |
|---|---|---|---|---|---|---|---|---|---|
| 68044678 | State of Wyoming | (2) | Annual | 6/11/2013 | 6/30/2014 | 6/30/2014 | 100,000.00 | 60 | 5/1/2014 |
| | | | | | | | **100,000.00** | | |

**PURDUE PHARMACEUTICALS L.P.  Account No. 020915993**

| Number | Beneficiary | Note | Type | Value Date | Expiry Date | Final Expiration | Amount | Notification Period | Non-renewal Notification |
|---|---|---|---|---|---|---|---|---|---|
| 68044677 | State of Wyoming | (2) | Annual | 6/11/2013 | 6/30/2014 | 6/30/2014 | 100,000.00 | 60 | 5/1/2014 |
| 68034023 | North Carolina Department of Environment and Natural Resources | (3) | Annual | 4/30/2013 | 4/30/2014 | Evergreen | 121,200.00 | 60 | 3/1/2014 |
| | | | | | | | **221,200.00** | | |

**PURDUE PHARMA MANUFACTURING L.P.**

| Number | Beneficiary | Note | Type | Value Date | Expiry Date | Final Expiration | Amount | Notification Period | Non-renewal Notification |
|---|---|---|---|---|---|---|---|---|---|
| 68101508 | County of Durham | (6) | Annual | 1/27/2014 | 1/27/2015 | Evergreen | 100,000.00 | 120 | 9/29/2014 |
| | **Grand Total** | | | | | | **15,331,200.00** | | |

Notes:                                                          Total Revolver      45,000,000.00
(1) Security for incurred but not yet paid workers comp and auto liability claims       Total Borrowed              0.00
(2) Required security to be a distributor in the state of WY           Total LOC      15,331,200.00
(3) Required security to be posted for underground tank in NC          Total Unused Revolver    29,668,800.00
(4) Collateral for $10 million US products liability insurance (fronted)
(5) Collateral for $10 million non-US products liability and clinical trials insurance (fronted)
(6) Collateral for soil erosion permit

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.1.5 ♦ Financial ♦ Internal

# Financing / Credit Availability

### Cash Conversion Cycle (CCC)

| Cash Conversion Cycle<br>Data as of 12/31/2012 | | | Purdue | (Average)<br>U.S.<br>Pharma | (Average)<br>S&P<br>500 |
|---|---|---|---|---|---|
| Days Inventory Outstanding (DIO) | + | (c) | 121.8 | 145.2 | 71.7 |
| Days Sales Outstanding (DSO) | + | | 34.7 | 66.9 | 49.9 |
| Days Payable Outstanding (DPO) | - | (a) | 38.8 | 78.1 | 63.1 |
| **Cash Conversion Cycle (CCC)** | **=** | | **117.7** | **134.0** | **58.5** |

| Other Working Capital Ratios | | | | |
|---|---|---|---|---|
| Current Ratio | | 1.4 | 2.9 | 2.0 |
| Quick Ratio | | 1.0 | 2.3 | 1.3 |
| Working Capital as % of Sales   (peers @ median) | | 13% | 36% | 12% |
| Cash & Equivalents (unrestricted) @ Average Month's Sales | (b) | 3.7 | 2.1 | 1.2 |

Notes

**U.S. Pharma** is defined as:
1) Industry Classifications: Biotechnology (Primary) OR Pharmaceuticals (Primary)
2) Total Revenue [Latest 12-Month] ($USDmm, Historical rate): is greater than $500mm.
3) EBITDA [Latest 12-Month] ($USDmm, Historical rate): is greater than $0mm. (i.e. profitable)
4) Geographic Locations: United States of America (Primary)
Total 33 companies selected by Capital IQ in 2013 report.

For Purdue, DPO is published by Finance from internal reporting. DIO is calculated by standard formula. Purdue DSO is from internal financial reporting.  Excluded rebates.
(a) Industry's DPO average is not comparable to Purdue because Purdue's cost of goods is de minimis comparing with others.  Purdue number excluded rebates DPO.
(b) Purdue maintains cash at 3 months of net sales for working capital uses.  Other companies might have short-term bank credit facilities for working capital uses; thus, they can maintain lower cash balances.
(c) Purdue's DIO on finished goods was 112 days.

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 2.1.5 ♦ Financial ♦ Internal

# Financing / Credit Availability

### Cash Conversion Cycle ♦ Working Capital as % of Net Sales





| Cash Conversion Cycle | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|
| Purdue | 86.1 | 103.4 | 140.7 | 120.1 | 117.7 |
| U.S. Pharma (Average) | 133.2 | 140.3 | 133.2 | 127.4 | 134.0 |
| S&P 500 (Average) | 58.3 | 62.0 | 55.9 | 55.8 | 58.5 |

| Working Capital as % of Net Sales | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|
| Purdue | 15% | 11% | 14% | 10% | 13% |
| U.S. Pharma (Median) | 39% | 40% | 39% | 44% | 36% |
| S&P 500 (Median) | 10% | 15% | 14% | 12% | 12% |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

2.1.6 ♦ Financial ♦ Internal

# Internal Control / Cash Fraud

| Risk Owner | Controller |
|---|---|
| Elements of Risk | • Fraudulent wires<br>• Fraudulent ACH debits<br>• Forged checks |
| Existing Risk Management Controls | • Positive pay ensures checks only clear for amount, check number and vendor of a check issued by Purdue; no check cashing capability at bank branches.<br>• Daily review of all wires hitting all our bank accounts (performed by Treasury)<br>• Monthly bank account reconciliation by Accounting<br>• Secured electronic payment approval process in SAP via biometric security with fingerprint authentication<br>• Separate approvers required for all third-party wire transfers in Treasury Workstation (total 2 people are required)<br>• Newly implemented PaySource process with integrated payable and payment processes, with enhanced controls to ensure proper payment approval and secure transmission of payment information to bank.<br>• Triennial review of list of authorized signers recorded at bank (performed by Treasury)<br>• $15mm Crime insurance (worldwide)<br>• Segregation of duties between invoice processing, vendor master maintenance and payment processing.<br>• Monthly reviews of changes to vendor master, annual cleansing of vendor master, annual fraud audit and software to detect duplicate payments.<br>• ACH debit blocks on all DDA bank accounts.<br>• Check blocks on all non- check bank accounts. |
| Further Actions | • None |
| Reporting Procedures | Annual review |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.2.1 ♦ Financial ♦ Market

# Economic Performance

| Risk Owner | Chief Financial Officer |
|---|---|
| Elements of Risk | • General economic performance (whether favorable or unfavorable) affects pharmaceutical industry.  (source: IMS)<br>• Economic performance impacts Purdue's operations such as distributors, business partners, customers, suppliers, credit providers, pension funding, etc. |
| Existing Risk Management Controls | • Using financial instruments to mitigate risk of economic performance is very costly.<br>• Pharmaceutical sales are generally believed less dependent on economic cycles than other cyclical industries while the magnitude of impacts, if any, are generally less severe.  However, the recent economic recession is changing this generally assumption—in the last 24 months, there was a strong correlation between pharmaceutical sales and consumer confidence.  However, the correlation has ended at the end of 2012 when consumer confidence remains high but medical utilization continues at depressed levels.<br>• Significant economic news, economic indicators, and public-domain economic projections are shared with key finance executives so financial assumptions can be fine-tuned if necessary.<br>• Closely monitor/manage working capital (accounts receivable and accounts payable)<br>• Quarterly reports of key economic and financial indicators are published.  Data come from Federal Reserve, Capital IQ, and other sources. |
| Further Actions | • None |
| Reporting Procedures | • Significant economic news, economic indicators, and public-domain economic projections are shared with key finance executives, as needed basis.<br>• Quarterly reports of key economic and financial indicators are published to the CFO. |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.2.1  ✧ Financial ✧ Market

# Economic Performance

**(cont.)**

Microsoft Excel
Worksheet

2013-Q2 Economic Indicator Report is attached.

| Economic Indicator | 2011 A | 2012 A | 2013 F | 2014 F |
|---|---|---|---|---|
| **Real GDP (YoY Δ %)** | 1.8% | 2.8% | 1.6% | 2.8% |
| **CPI (YoY Δ %)** | 3.2% | 2.1% | 1.5% | 1.6% |
| **Interest Rate** | **2011 A** | **2012 A** | **2013 F** | **2014 F** |
| **Fed Funds** | 0 - 0.25% | 0 - 0.25% | 0 - 0.25% | 0 - 0.25% |
| **3-Month T-Bill** | 0.01% | 0.04% | 0.02% | 0.10% |
| **3-Month LIBOR** | 0.58% | 0.31% | 0.25% | 0.40% |
| **2-Year T-Note** | 0.24% | 0.25% | 0.50% | 1.25% |
| **10-Year T-Note** | 1.88% | 1.75% | 3.00% | 4.00% |
| **30-Year T-Bond** | 2.90% | 2.95% | 3.85% | 4.80% |
| **Foreign Exchange** | **Sep-2013 F** | **Dec-2013 F** | **Jun-2014 F** | **Dec-2014 F** |
| **Euro-USD** | 1.30 | 1.25 | 1.23 | 1.22 |
| **USD-JPY** | 103 | 105 | 106 | 108 |
| **GBP-USD** | 1.55 | 1.51 | 1.52 | 1.53 |
| **USD-CAD** | 1.05 | 1.04 | 1.04 | 1.03 |

## U.S. Treasury Yield Curve



Source: Morningstar

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFIT SHOWINGS EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

## 2.2.1 ♦ Financial ♦ Market

# Economic Performance

### (cont.)



2013-September, J.P. Morgan Med Utilization Tracker Report is attached.



Pharmaceutical sales are generally believed less dependent on economic cycles than other cyclical industries while the magnitude of impacts, if any, are generally less severe. However, the recent economic recession is changing this generally assumption—in the last 24 months, there was a strong correlation between pharmaceutical sales and consumer confidence. However, the correlation has ended at the end of 2012 when consumer confidence remains high but medical utilization continues at depressed levels.

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONAL EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.2.2    ◊ Financial  ◊ Market

# Inflation



| Risk Owner | Chief Financial Officer |
|---|---|
| Elements of Risk | • Inflation affects Purdue's cost of doing business, e.g. labor costs, cost of raw materials, interest rate movement, etc.<br>• Cost of purchases in business contracts is often tied to an inflation index such as CPI or PPI.<br>• Actual inflation contributes to budget variance, if actual inflation materially varies from budget assumption. |
| Existing Risk Management Controls | • Using financial instruments to mitigate risk of inflation is very costly.<br>• Significant inflation news and public-domain inflation projections are shared with key finance executives so financial assumptions can be fine-tuned if necessary.<br>• Maximize use of fixed cost rate in business contracts.<br>• Monitor third-party outlook of U.S. inflation.  (A recent copy is attached as a reference.)<br>• Use third-party analytical forecasts to support budgetary assumptions. |
| Further Actions | None |
| Reporting Procedures | • Significant inflation news and public-domain inflation projections are shared with key finance executives, as needed basis. |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.2.2    ❖ Financial ❖ Market

# Inflation

### Consumer Price Index



PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2 . 2 . 3   ◊ Financial  ◊ Market

# The Affordable Care Act

| Risk Owner | Purdue Corporate |
|---|---|
| Elements of Risk | • Health Care Reform requires increased rebates and other fees on pharmaceutical industry starting in 2010.  Health Care Reform also includes Quality of Care standards/metrics and incentives in Government programs as well as provisions for Health Insurance Exchanges run by the individual states starting in 2014.  Pharmacy Benefit Managers will play a major role in these areas. |
| Existing Risk Management Controls | • Managed Care organization and Rebate Pricing Committee (RPC) to develop strategies to meet challenges of Health Care Reform.  RPC reports to Commercial Products Portfolio Committee.<br>• Working with Purdue's Law Department, continue ongoing review of rules, interpretation, and development of the Health Care Reform Act.<br>• Working with Purdue's Rebate/Reimbursement Group to include the financial impact into the budget financials.<br>• Monitor reports and analyses from equity analysts, market researchers, and Congressional Budget Offices for latest forecasts. |
| Further Actions | None |
| Reporting Procedures | • Financial impact is part of the budgeting and financial reporting process. |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.2.3    ◆ Financial ◆ Market

# The Affordable Care Act

### (Cont.)

■ **Health Care Reform enacted in early 2010 increased rebates and other fees on the pharmaceutical industry.**

Medicare Part D:
- Effective January 1, 2011, manufacturers are required to pay 50% of the cost of a patient's prescription while in the donut hole.
  - $0 - $2,840                        Covered by patient and Medicare Part D program
  - **$2,930 - $6,658 Covered by patient and manufacturer (50/50)**
  - $6,658+                           Covered primarily by Medicare Part D program

Medicaid:
- Change in base rebate rate percentage to 23.1% minimum for brand products
- States' Medicaid population shifting requiring increased rebates for formulary inclusion
  - Managed Medicaid population covered by PBM is now entitled to higher Medicaid rate
- Medicaid expansion to extend coverage to those with incomes above 133% of federal poverty (beginning January 2014) struck down by US Supreme Court.  States will have to determine how to handle patients through Health Insurance Exchanges.  Subsidies likely required.

Annual Fee on Branded Prescription Pharmaceutical Sales:
- Based on manufacturer's relative share of the aggregated branded drug sales across government programs (effective 2011 based on 2010 sales/market)

<u>Impact of Health Care Reform:</u>

| ($MMs) | 2010 ACT | 2011 ACT | *2012 Budget* | 2012 Latest Estimate | 2013 Budget Proposal |
|---|---|---|---|---|---|
| Medicare Part D Coverage Gap | $      - | $   42.4 | *$   34.1* | $   44.8 | $   45.4 |
| Medicaid Managed Care Impact | 15.8 | 7.4 | *12.5* | 8.2 | 11.4 |
| Annual Pharmaceutical Fee | - | 26.5 | *26.6* | 31.3 | 31.8 |
| **Total** | **$   15.8** | **$   76.3** | ***$   73.2*** | **$   84.3** | **$   88.6** |
| **Benefit of Lower Rebate on New Formulation of OxyContin** | **$   40.0** | **$   68.9** | ***$   74.8*** | **$   62.5** | **$   65.6** |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2 . 2 . 3    ✧ Financial ✧ Market

# The Affordable Care Act

(Cont.)

### Table 1. CBO's May 2013 Estimate of the Effects of the Affordable Care Act on Health Insurance Coverage

| EFFECTS ON INSURANCE COVERAGE[a] | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Millions of nonelderly people, by calendar year) | | | | | | | | | | | | |
| Prior-Law | Medicaid and CHIP | 35 | 34 | 34 | 33 | 33 | 33 | 33 | 34 | 34 | 34 | 34 |
| Coverage[b] | Employment-Based | 156 | 157 | 159 | 161 | 164 | 165 | 166 | 167 | 167 | 168 | 169 |
| | Nongroup and Other[c] | 25 | 25 | 26 | 26 | 27 | 27 | 27 | 27 | 28 | 28 | 28 |
| | Uninsured[d] | 57 | 57 | 57 | 56 | 56 | 55 | 55 | 56 | 56 | 56 | 56 |
| | TOTAL | 272 | 274 | 276 | 277 | 279 | 281 | 282 | 284 | 285 | 286 | 288 |
| Change | Medicaid and CHIP | 1 | 9 | 12 | 12 | 12 | 12 | 12 | 13 | 13 | 13 | 13 |
| | Employment-Based[e] | 2 | * | -2 | -6 | -6 | -7 | -7 | -7 | -7 | -7 | -7 |
| | Nongroup and Other[c] | * | -2 | -3 | -4 | -5 | -5 | -5 | -5 | -5 | -5 | -5 |
| | Insurance Exchanges | 0 | 7 | 13 | 22 | 24 | 25 | 25 | 24 | 25 | 24 | 24 |
| | Uninsured[d] | -2 | -14 | -20 | -25 | -25 | -25 | -25 | -25 | -25 | -25 | -25 |
| Uninsured Under the Affordable Care Act | | | | | | | | | | | | |
| Number of Uninsured Nonelderly People[d] | | 55 | 44 | 37 | 31 | 30 | 30 | 30 | 30 | 31 | 31 | 31 |
| Insured Share of the Nonelderly Population[a] | | | | | | | | | | | | |
| Including All Residents | | 80% | 84% | 86% | 89% | 89% | 89% | 89% | 89% | 89% | 89% | 89% |
| Excluding Unauthorized Immigrants | | 82% | 86% | 89% | 91% | 92% | 92% | 92% | 92% | 92% | 92% | 92% |
| *Memo: Exchange Enrollees and Subsidies* | | | | | | | | | | | | |
| *Number with Unaffordable Offer from Employer[f]* | | | * | * | * | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| *Number of Unsubsidized Exchange Enrollees* | | | 1 | 2 | 4 | 4 | 5 | 5 | 5 | 5 | 5 | 5 |
| *Average Exchange Subsidy per Subsidized Enrollee* | | | $5,290 | $5,330 | $5,350 | $5,590 | $5,990 | $6,240 | $6,720 | $7,060 | $7,460 | $7,900 |

Sources: Congressional Budget Office; staff of the Joint Committee on Taxation.

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.3.1    ◆ Financial ◆ Commodities

# Foreign Exchange

| Risk Owner | Chief Financial Officer / Treasurer |
|---|---|
| Elements of Risk | • Purdue's foreign exchange exposure includes inflows of royalty income and outflows for German/Europe/Japan funding, Redacted R&D funding, and vendor payment.<br>• In 2013 Budget, Purdue has an inflow of $41 million in 11 foreign currencies and an outflow of $173 million in 7 foreign currencies.  This results in a net outflow of $132 million from 12 foreign currencies.  Purdue's foreign exchange risk is dominated by the net outflow of €118 million in Euros.<br>• Appreciation or depreciation of U.S. dollars against foreign currencies can have material impacts onto Purdue's cash flows and financial results versus budget. |
| Existing Risk Management Controls | • Purdue's foreign exchange exposure is analyzed at least once a year.<br>• Projection of foreign exchange is provided by Bank of America.<br>• Multiple scenarios of foreign exchange movement are reviewed.<br>• Foreign exchange exposure is shared with the Board and advisors and is managed at a higher level. |
| Further Actions | • None |
| Reporting Procedures | • Purdue's foreign exchange exposure analysis is done at least once a year.<br>• The FX exposure analysis was completed in January 2013. |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.3.1 ◆ Financial ◆ Commodities

# Foreign Exchange

(Cont.)



| | Foreign Exchange Forecast Rates | 2013 Budget FX Rate<br>Per 1 USD | 1/18/2013 Foreign Exchange Rate<br>Spot |
|---|---|---|---|
| AUD | Australian Dollars | 0.96 | 0.95 |
| CAD | Canadian Dollars | 0.98 | 0.99 |
| CHF | Swiss Franc | 0.94 | 0.93 |
| EUR | Euros | 0.78 | 0.77 |
| GBP | British Pounds | 0.62 | 0.62 |
| JPY | Japanese Yen | 77.80 | 88.00 |
| KRW | Korean Won | 1,110 | 1,064 |
| MYR | Malaysian Ringgits | 3.06 | 3.04 |
| NOK | Norwegian Krone | 5.72 | 5.61 |
| NZD | New Zealand Dollars | 1.20 | 1.19 |
| PHP | Philippine Peso | 41.70 | 40.91 |
| PLN | Polish Zloty | 3.20 | 3.17 |
| SGD | Singapore Dollars | 1.23 | 1.23 |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONAL EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

**2.3.1** ◆ **Financial** ◆ **Commodities**

# Foreign Exchange

### (Cont.)

| Purdue<br>Foreign Currency Exposure Summary<br>2013 Budget and Budget Rates<br>$000s  - Inflows / (Outflows) | Foreign Exchange Exposure in US Dollars Equivalent | | | | | | |
|---|---|---|---|---|---|---|---|
| | Euros<br><br>EUR | Canadian<br>Dollars<br>CAD | Japanese<br>Yen<br>JPY | Pound<br>Sterling<br>GBP | Swiss<br>Franc<br>CHF | Others | Total |
| **Royalties - OxyContin** | 6,860 | 13,009 | 10,983 | 3,515 | 1,164 | 5,023 | **40,554** |

# Redacted

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ex-USA OxyContin Development Costs** | - | - | - | (1,205) | - | - | **(1,205)** |
| **Significant Vendor Payments (Legal, CRO, etc.)** | (4,838) | (192) | (682) | (6,582) | (736) | (2,426) | **(15,457)** |
| **NET Subtotal - Inflows/(Outflows):** | $  (66,568) | $  12,817 | $  10,301 | $  (4,272) | $  428 | $  2,597 | $  (44,698) |
| **Start-Up Funding (Europe, Germany)** | (84,785) | - | - | - | (2,872) | - | **(87,657)** |
| **NET Grand Total - Inflows/(Outflows):** | $  (151,353) | $  12,817 | $  10,301 | $  (4,272) | $  (2,444) | $  2,597 | $  (132,355) |

Notes:

# Redacted

Risk Management: Annual Review

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.3.1  ◆ Financial  ◆ Commodities

# Foreign Exchange

(Cont.)

## Euro/USD Exchange Rate

(5-Year History)



Source: Yahoo Finance

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

**2.3.2 ♦ Financial ♦ Commodities**

# Energy

| Risk Owner | Corporate Procurement |
|---|---|
| Elements of Risk | • Energy prices are subject to influences of many factors such as supply, demand, geopolitical event, economic policy, value of the U.S. dollars, etc.<br>• Purdue's 2014 budget projected a spend of $11.6 million in various energy uses such as electricity, natural gas and gasoline.<br>• Material fluctuations in energy prices and supply could significantly impact manufacturing costs, supply chain, product supply to customers and financial results. |
| Existing Risk Management Controls | • Corporate Procurement placed long-term contracts: 64% of the 2014 budget are fixed-priced.<br>• Long-term projection of energy prices is built into the 2014 budget assumption, i.e. average gasoline price in 2014.<br>• 59% of the 2014 budget is electricity and 17% of it is variable-priced.  Electricity rates are subject to regulatory review and a mix of different generation methods such as coal, gas, nuclear, hydro, etc.   Material change within a 12-month window is unlikely.<br>• Thus, true exposure is only at 10% (or $1.1MM) of the 2014 energy budget.<br>• Purdue's property policy that covers property damage or business interruption as a result of a service interruption has a $100/50mm service interruption sublimit for U.S./ex-USA. |
| Further Actions | • None |
| Reporting Procedures | Annual risk review with Corporate Procurement |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

**2.3.2  ♦  Financial  ♦  Commodities**

# Energy
### (Cont.)
#### Energy Forecast by Bank of America, 11/23/2014

# OPEC keeps oil prices low

Our commodity strategists expect WTI and Brent prices to rebound to an average of $85/bbl and $93/bbl in 4Q, respectively, and $90/bbl and $98/bbl in 2015. They see the recent swoon as supply driven with a likely OPEC supply cut on November 27 meeting (Saudinomics for beginners). In addition, the increase in global demand provides support to their 2015 forecasts. They do see risks for a WTI fall to $75/bbl as Cushing and PADD3 stocks outpace global ones. BofAML's base case sees only a temporary drop in oil before rebounding into year-end and in 2015. However, a high degree of uncertainty around the strength of global demand and OPEC's reaction function in particular mean oil prices could remain at current levels or lower for an extended period. We analyze such a scenario and recommend a trade to benefit from it.

The failure of Saudi Arabia to respond to the recent oil price decline with a production cut has fed speculation of a change in its reaction in response to increasing shale production, and other geopolitical realties (Russia, IS, Iran), according to our EEMEA strategists. A substantial fiscal buffer provides Saudi Arabia room to weather a short-term fall in oil prices below a breakeven of $95/bbl, allowing it to pursue goals of punishing higher costs suppliers (like Iran, Russia, and newer North American suppliers), while also maintaining/increasing its market share. Indeed, our EEMEA strategists argue a 1mn bpd oil cut would lead to only a $10/bbl increase in oil prices, incentivizing Saudi to protect oil output market share. This suggests oil could stay low, in which case incremental North American investment could suffer when current wells run dry.

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.3.2 ◆ Financial ◆ Commodities

# Energy

### (Cont.)

### ELECTRIC

| Vendor | Site | 2014Bud | Fixed or Variable | Percent Of Spend | Contract | Years | Contract Start | Contract Rates |
|---|---|---|---|---|---|---|---|---|
| CL&P / Liberty | OSF | 2,203,266 | F | 32% | Yes | 3 | 16-Sep-13 | 7.51 |
| CL&P / Liberty | Stamford Warehouse | 32,000 | F | 0.5% | Yes | 3 | 16-Sep-13 | 7.51 |
| Nat'l Grid/TransCanada | Rhodes | 1,636,490 | F | 24% | Yes | 3 | Evergreen/August 2013 | 10.08 |
| PS&G / NRG | Cranbury | 850,000 | F | 12% | Yes | 3 | 1-Aug-13 | 7.47 |
| PS&G / NRG | Totowa | 1,000,000 | F | 15% | Yes | 3 | 1-Aug-13 | 7.47 |
| City of Wilson | Wilson | 1,024,000 | V | 15% | No | 0 | Municipality (Not de-regulated) | |
| Con Edison | 62nd Street | 110,000 | V | 2% | No | 0 | | |
| Total Electric Expense | | $6,855,756 | | 100% | | | | |
| | Electric: | | 17% | Variable | | | 1,134,000 | |
| | | | 83% | Fixed | | | 5,721,756 | |

### GAS

| Vendor | Site | 2014 Bud | Fixed or Variable | Percent Of Spend | Contract | Years | Contract Start | Contract Rates |
|---|---|---|---|---|---|---|---|---|
| Hess / Yankee Gas | OSF | 125,000 | F | 6% | Yes | 3 | 1-Jan-14 | 7.775 |
| Hess / Yankee Gas | Stamford Warehouse | 30,000 | F | 1% | Yes | 3 | 1-Jan-14 | 7.775 |
| PS&G / Hess | Cranbury | 300,000 | F | 14% | | | | 5.29 |
| PS&G / Hess | Totowa | 400,000 | F | 19% | | | | 5.29 |
| Nat'l Grid/Direct Energy | Rhodes | 878,500 | F | 41% | Yes | 3 | Evergreen/August 2013 | 6.78 |
| City of Wilson | Wilson | 428,000 | V | 20% | No | | Variable Rate (Not deregulated) | |
| Total Gas Expense | | $2,161,500 | | 100% | | | | |
| | Gas: | | 20% | Variable | | | 428,000 | |
| | | | 80% | Fixed | | | 1,733,500 | |

### GASOLINE

| Vendor | Site | | Fixed or Variable | | | | | |
|---|---|---|---|---|---|---|---|---|
| Gasoline | All | 2,572,473 | V | | | | | |
| Total Gasoline Expense | | $2,572,473 | | 100% | Variable | | | $2,572,473 |
| | Totals: | | | | | | | |
| | | | | 36% | Variable | | | $4,134,473 |
| | $11,589,729 | | | 64% | Fixed | | | $7,455,256 |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.4.1  ♦ Financial ♦ Insurance

# Insurers' Financial Stability

| Risk Owner | Treasurer |
|---|---|
| Elements of Risk | • Insurer's financial ability to pay claims<br>• Continuity of Purdue's insurance policies<br>• Investment performance which affects insurer's financial position and profitability |
| Existing Risk Management Controls | • Review of each insurer's A.M. Best ratings which take into account insurer's claim losses and investment performance.<br>• Minimum A.M. Best rating of A- or above  (A- = Excellent) |
| Further Actions | None |
| Reporting Procedures | Annual reviews prior to renewals |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.4.1 ♦ Financial ♦ Insurance

# Insurers' Financial Stability

(Cont.)



Adobe Acrobat
Document

## A.M. Best Company – Insurance Financial Strength Rating

| Rating Scale – FSR | |
|---|---|
| **Secure** | |
| A++ and A+ | Superior |
| A and A- | Excellent |
| B++ and B+ | Good |
| **Vulnerable** | |
| B and B- | Fair |
| C++ and C+ | Marginal |
| C and C- | Weak |
| D | Poor |
| E | Under Regulatory Supervision |
| F | In Liquidation |
| S | Suspended |

- **A.M. Best Company** is a global full-service credit rating agency dedicated to serving the financial and health-care service industries. It began assigning credit ratings in 1906, making it the first of today's rating agencies to use symbols to differentiate the relative creditworthiness of companies.
- Best's Credit Ratings are independent opinions regarding the creditworthiness of an issuer or debt obligation. Best's Credit Ratings are based on a comprehensive quantitative and qualitative evaluation of a company's balance sheet strength, operating performance and business profile, or, where appropriate, the specific nature and details of a debt security.

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.4.1 ♦ Financial ♦ Insurance

# Insurers' Financial Stability

### (A.M. Best Financial Strength Rating)

| Global Insurance Policies (2013-2014) - not including locally admitted policies. | | | | |
|---|---|---|---|---|
| **US - only** | **Policy Type** | **Limits** | **Best Rating (6/6/14)** | **Outlook** |
| Liberty Mutual Fire Insurance Co. | Worker Comp/Employers Liability | $2,000,000 | A | Stable |
| Liberty Mutual Fire Insurance Co. | Auto Liability | $2,000,000 | A | Stable |
| Liberty Mutual Fire Insurance Co. | General Liability | $1,750,000 | A | Stable |
| Liberty Mutual Fire Insurance Co. | Products Front | $10,000,000 | A | Stable |
| Chubb | Employed Lawyers | $3,000,000 | A++ | Stable |
| **Global** | | | | |
| Swiss Re | Umbrella Liability | $25,000,000 | A+ | Stable |
| American Guarantee & Liability (Zurich) | Excess Liability | $25,000,000 | A+ | Stable |
| XL Insurance America Inc. | Excess Liability | $50,000,000 | A+ | Stable |
| FM Global | Property | $1,000,000,000 | A+ | Stable |
| National Liability & Fire Ins. Co (CV Starr) | Ocean Cargo | $20MM /$35MM (US/Can) | A | Stable |
| National Union Fire Ins (AIG) | Primary D&O | $25,000,000 | A | Stable |
| Zurich American Insurance Company | 1st Excess D&O | $15,000,000 | A+ | Stable |
| US Specialty Insurance Co. (HCC) | 2nd Excess D&O | $15,000,000 | A+ | Stable |
| Allied World National Assurance Company (AWAC) | 3rd Excess D&O - non-US | $15,000,000 | A | Stable |
| Arch Insurance Co. | 4th Excess D&O - non-US only | $10,000,000 | A+ | Stable |
| XL Insurance America Inc. | Excess Liability | $25,000,000 | A+ | Stable |
| National Union Fire Ins (AIG) | EPL/Fiduciary | $15,000,000 | A | Stable |
| Zurich American Insurance Company | Crime | $15,000,000 | A+ | Stable |
| Great American Insurance Company | Special Contingency | $25,000,000 | A+ | Stable |
| **Non - US** | | | | |
| Insurance Co of the State of Pennsylvania (AIG) | Foreign GL/Excess/AL DIC | $2,000,000 | A | Stable |
| Insurance Co of the State of Pennsylvania (AIG) | Foreign EL/WC | $2,000,000 | A | Stable |
| Insurance Co of the State of Pennsylvania (AIG) | Non-US Products/CTA front | $10,000,000 | A | Stable |
| QBE International Insurance | Non-US Products/CTA excess | $30,000,000 | A | Stable |
| Newline | Non-US Products/CTA excess | $15,000,000 | A | Stable |
| **OSRLP** | | | | |
| Zurich American Insurance Company | Property | $162,087,938 | A+ | Stable |
| Zurich American Insurance Company | General Liability | $1,750,000 | A+ | Stable |
| St. Paul Fire & Marine Insurance Co. | Umbrella Liability | $25,000,000 | A++ | Stable |
| Zurich American Insurance Company | Excess Liability | $25,000,000 | A+ | Stable |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.4.2 ♦ Financial ♦ Insurance

# Property Insurance

| Risk Owner | Treasurer |
|---|---|
| Elements of Risk | • Property loss or damage<br>• Interruption of utilities |
| Existing Risk Management Controls | • Loss prevention programs<br>• Safety programs<br>• Back up manufacturing for Wilson<br>• Back up sourcing for API<br>• Purdue's property insurance has $1 billion limits (subject to sub-limits on flood, quake, etc).  Its coverage would allow Purdue to roughly cover between three and four months of sales. |
| Further Actions | • Assess whether additional BI limits are needed/available assuming an 18 month gap between Totowa sale/shutdown and Treyburn FDA qualification for ORF. |
| Reporting Procedures | Annual risk review |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.4.2 ♦ Financial ♦ Insurance

# Property Insurance

### (Cont.)

## Manufacturing Facilities

- Wilson received the 2010 Award of Excellence from FM Global. Totowa received the same award in 2011.  Cranbury to receive this award in 2013.  These facilities were recognized for their significant contributions and their commitment to property loss prevention. This award is given to less than 1% of the sites FM Global inspects.

- Coventry receive HPR status in late 2011.

- Wilson – converted to duel fuel boilers and installation of two 30,000 diesel tanks for the boilers and generators.  This will allow Wilson to run up to eight days without electricity and gas.

- Rhodes – Generators will only run controlled shutdown of critical processes and life safety systems.

- Totowa – No generators.

- Property Insurance has $1 billion limits (subject to sub-limits on service interruption flood, quake, etc).  Based on the cost to replace the fixed assets and inventory at Wilson of approximately $170mm and an average 2015 monthly sales margin of $80mm, our coverage would allow us to cover up to 10 months of sales.  This could be an area of risk as there could be as much as 18 month gap between sale/shutdown of Totowa and Treyburn FDA qualification for ORF.

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.4.3 ◆ Financial ◆ Insurance

# Product Liability Insurance

| Risk Owner | Purdue Corporate |
|---|---|
| Elements of Risk | • Injury<br>• Death<br>• Diversion<br>• Abuse |
| Existing Risk Management Controls | • Shipping/Distribution security<br>• Sales and Marketing training<br>• Product education<br>• REMS<br>• ORF (new formulation) |
| Further Actions | • In mid-2012, Purdue worked with two insurance brokers in exploring the insurance market capacity for a product liability policy.  The conclusion was that the available product liability insurance is not cost-justified.  A check of the product liability insurance markets in mid-2013 and mid-2014 resulted with same conclusion.<br>• Continue monitor commercial availability and price of product liability insurance |
| Reporting Procedures | Annual risk review |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.4.4 ♦ Financial ♦ Insurance

# Product Recall

| Risk Owner | Purdue Corporate |
|---|---|
| Elements of Risk | • Quality<br>• Labeling<br>• Tampering |
| Existing Risk Management Controls | • Quality Assurance Plan<br>• GMP<br>• Quality Testing<br>• Recall plan in place<br>• $10MM insurance for tampering as a result of a documented threat |
| Further Action | Continue to monitor recall insurance availability |
| Reporting Procedures | Annual risk review |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

2.4.5 ◆ Financial ◆ Insurance

# Shipping / Distribution

| Risk Owner | Corporate Security |
|---|---|
| Element of Risk | • Theft<br>• Hijacking |
| Existing Risk Management Controls | • RFID<br>• Shipping security protocols<br>• Periodic audit of carriers<br>• Due diligence/vetting of potential new carriers<br>• $35MM (shipping within US)/$10MM (shipping outside US) insurance per shipment |
| Further Actions | None |
| Reporting Procedures | Annual review |

Risk Management: Annual Review

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

### 3.1.1 ♦ Operational ♦ Value-Chain

# Customers – Credit Risk

| Risk Owner | Sales Department |
|---|---|
| Elements of Risk | • Creditworthiness of customers |
| Existing Risk Management Controls | • Annual review of all customers with exposures > $25k or > $50k annual sales (i.e. about ≈120 customers are annually reviewed.)<br>• News alerts of publically-traded customers are reviewed daily.<br>• For privately-held companies we receive at minimum annual reports and for some interim financials.  We have good relationships with their senior financial management and talk as needed.<br>• Credit lines are based on customer needs and ability to pay.<br>• Additional credit requests exceed $1.0mm--the Controller must approve our exposure, and if it exceeds $2.0mm the EVP/CFO must approve the exposure. |
| Further Actions | None |
| Reporting Procedures | • Significant customer developments are communicated with Sales, Customer Service, and others promptly<br>• Annual review performed by Credit Department |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

3.1.1 ♦ Operational ♦ Value-Chain

# Customers – Credit Risk

**(Cont.)**

- During 2014, Purdue's average accounts receivable balance was $261 million.

- Our 3 largest customers—AmerisourceBergen, Cardinal Health, and McKesson Corp.—account for approximately 90% of our sales and accounts receivable.

- If one of these Big 3s went under, the supply to our end customers would be uninterrupted since customers would go to their secondary suppliers.

- Based on current credit review, we think that it is unlikely to encounter a credit risk from one of the Big 3 wholesalers in the immediate time horizon.

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

3.1.2 ♦ Operational ♦ Value-Chain

# Vendors – Financial Risk

| Risk Owner | Procurement |
|---|---|
| Elements of Risk | • Continuity of mission-critical supplies, materials, and services |
| Existing Risk Management Controls | • Upon request by business managers, Credit will review new vendors who have potential significant spend as part of the RFP process. |
| Further Action | None |
| Reporting Procedure | None |

Risk Management: Annual Review

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

3.1.3 ♦ Operational ♦ Value-Chain

# Supply Chain – Continuity

| Risk Owner | Corporate Procurement |
|---|---|
| Elements of Risk | • Disruption of critical raw material supplies |
| Existing Risk Management Controls | • Qualify secondary source<br>• Proprietary sources should have back up manufacturing sites<br>• Review Business Continuity Plan of suppliers<br>• Stock ample levels of raw material without secondary source<br>• Due diligence is performed on prospective suppliers/manufacturers of a pending licensing and business development transaction. |
| Further Actions | • Consider qualifying a backup for Morphine Sulfate API for Rhodes Pharma (Note:  A second source strategy is in place for morphine for Rhodes Pharma.  Plan is to qualify Rhodes Technologies API, scheduled to be available in 4th quarter 2014.) |
| Reporting Procedures | Annual reporting |

Risk Management: Annual Review

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

3.1.4 ♦ Operational ♦ Value-Chain

# 3rd-Party Partner Financial Obligations

| Risk Owner | Chief Financial Officer |
|---|---|
| Elements of Risk | • Non compliance of contractual obligation<br>• Failure to receive cash inflows timely<br>• Failure to pay cash outflows timely |
| Existing Risk Management Controls | • Negotiated contract terms developed by a cross-functional team (including Finance)<br>• Audit rights included in all contracts<br>• Identified individuals responsible for the 3rd-party financial obligations: cash outflows or inflows and reporting<br>• Monitoring of business partners including review of public disclosures and financial statements<br>• Specific Finance staff members are assigned to manage the financial obligations of key 3rd-party partners.<br>• Quarterly royalty (incoming or outgoing) reports are prepared by Finance staff and reviewed/shared with CFO<br>• Additional details and explanations are requested for unusual sales variances and significant gross-to-net deductions |
| Further Actions | None |
| Reporting Procedures | • Quarterly royalty (incoming or outgoing) reports are prepared by Finance staff and reviewed/shared with CFO |

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

3.1.5 ♦ Operational ♦ Value-Chain

# PBM Frauds

| Risk Owner | Pricing & Contract Administration (PCA) & Payer Marketing (PM) |
|---|---|
| Elements of Risk | • Risks in contracting<br>• Enforcement of contracts<br>• Audit of contract terms require additional resources and utilization of 3rd party auditors for major PBMs<br>• Invalid/fraudulent activities<br>• Maintain relationship with payors, while ensuring compliance |
| Existing Risk Management Controls | • PM oversees discounts and rebating strategy is aligned with the approved brand strategy document (approved by President and CEO).<br>• Audits of contract terms by Purdue or third-party auditors<br>• Data validation of 99% of commercial and Medicare Part D business by IMS.<br>• Semi-annual formulary compliance validation of at least top 80% of plans<br>• Review trends of PBM rebates, in relation to sales trend<br>• Monitor managed care industry news |
| Further Actions | None |
| Reporting Procedures | • PCA reports audit findings to Executive Audit Committee at least annually.<br>• Payer Marketing to report managed care contract and discount rate updates on a weekly basis. |

Risk Management: Annual Review

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION. TREAT SUBJECT TO PROTECTIVE ORDER

3.2.1 ♦ Operational ♦ Information Technology

# Cyber Security

| Risk Owner | Chief Information Officer |
|---|---|
| Elements of Risk | • Targeted attacks<br>• Viruses and Malware<br>• Data loss (theft, unauthorized disclosure or modification)<br>• Intrusions<br>• Insider threats (Disgruntled employees and credential disclosure)<br>• Supply Chain system disruption |
| Existing Risk Management Controls | • Endpoint protection (Anti-virus, Intrusion detection)<br>• Select system log aggregation and correlation<br>• Host and network based firewalls<br>• Employee and administrative access control<br>• GPS support (for Purdue's shipments)<br>• Cloud proxy with web anti-virus/content filtering<br>• Data Protection Policy |
| Further Actions | • Annual end user audit<br>• Improve intrusion prevention capability |
| Reporting Procedures | Annual Reporting |

Risk Management: Annual Review

PUBLICLY FILED PER STIPULATION [ECF 2140]

UNREDACTED - CONTAINS OUTSIDE PROFESSIONALS' EYES ONLY INFORMATION.
TREAT SUBJECT TO PROTECTIVE ORDER

3.2.2 ♦ Operational ♦ Information Technology

# Disaster Recovery / Backup Systems

| Risk Owner | Chief Information Officer |
|---|---|
| Elements of Risk | • Data center outage<br>• Data center force majeure<br>• Loss of production data |
| Existing  Risk Management Controls | • 100% of production systems replicated to standby in remote site<br>• Stamford Data Center and Wilson Data Center utilizing disk backups<br>• Establish hot sites/warm sites<br>• Best case recovery time is 48 hours for mission-critical applications<br>• Periodic disaster recovery exercises to test processes<br>• Periodic data restores to verify backup data |
| Further Actions | • Retire legacy tape systems<br>• Improve recovery automation to reduce the time to recovery for replicated systems |
| Reporting Procedures | Annual reporting |

PUBLICLY FILED PER STIPULATION [ECF 2140]