# Notice Recipients

District/Off: 0208−7          User:                    Date Created: 1/12/2021

Case: 19−23649−rdd          Form ID: 143              Total: 4

**Recipients of Notice of Electronic Filing:**
aty          Eli J. Vonnegut          eli.vonnegut@davispolk.com
aty          Marshall Scott Huebner          marshall.huebner@davispolk.com

                                                                        TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Purdue Pharma L.P.          One Stamford Forum          201 Tresser Boulevard          Stamford, CT 06901
unk          Troy A. Pesina          Spokane County Jail          1100 W. Mallon Ave          Spokane, WA 99260

                                                                        TOTAL: 2