AKIN GUMP STRAUSS HAUER & FELD LLP
Ira Dizengoff
Arik Preis
Mitchell Hurley
Joseph L. Sorkin
Sara L. Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF FILING OF FOURTH SET OF PARTIALLY REDACTED EXHIBITS TO THE *DECLARATION OF ARIK PREIS DATED NOVEMBER 18, 2020* [ECF NO. 2015]**

Pursuant to the *Stipulation of Settlement and Agreed Order Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection with UCC Privileges Motions* [ECF No. 2140] (the "Stipulation"), the Official Committee of Unsecured Creditors (the "Official Committee")

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

1

appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby files the fourth set of partially redacted exhibits that were submitted in connection with the *Declaration of Arik Preis dated November 18, 2020* [ECF No. 2015] (the "Preis Declaration") in support of the *Official Committee of Unsecured Creditors' Reply in Support of Its Motion to Compel Production of Purportedly Privileged Documents, Or For In Camera Review, Based on Failure of the Sacklers to Demonstrate Documents Identified on Logs Are Privileged* [ECF No. 2013] and the *Official Committee of Unsecured Creditors' Reply in Support of Its Motion to Compel Production of Purportedly Privileged Documents, Or For In Camera Review, Based On Good Cause, Crime Fraud, and At Issue Exceptions To Claims of Privilege* [ECF No. 2014].

Pursuant to paragraphs 1 and 8 of the Stipulation, the Official Committee hereby files partially redacted copies of exhibits 132, 134, 137, 140, 149 and 177 to the Preis Declaration.

On December 18, 2020, the Official Committee filed the *Official Committee of Unsecured Creditors' Notice of Filing of First Set of Unredacted or Partially Redacted Exhibits to the Declaration of Arik Preis Dated November 18, 2020* [ECF No. 2169].

On December 21, 2020, the Official Committee filed the *Official Committee of Unsecured Creditors' Notice of Filing of Second Set of Unredacted Exhibits to the Declaration of Arik Preis Dated November 18, 2020* [ECF No. 2179].

On January 11, 2021, the Official Committee filed the *Official Committee of Unsecured Creditors' Notice of Filing of Third Set of Unredacted Exhibits to the Declaration of Arik Preis Dated November 18, 2020* [ECF No. 2248].

The Official Committee reserves all rights to contest any redactions in accordance with the Stipulation.

|  |  |
|---|---|
| Dated: New York, New York<br>January 12, 2020 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By: */s/ Mitchell Hurley*<br>    Ira Dizengoff<br>    Arik Preis<br>    Mitchell Hurley<br>    Joseph L. Sorkin<br>    Sara L. Brauner<br>    One Bryant Park<br>    New York, New York 10036<br>    Telephone: (212) 872-1000<br>    Facsimile: (212) 872-1002<br>    idizengoff@akingump.com<br>    apreis@akingump.com<br>    mhurley@akingump.com<br>    jsorkin@akingump.com<br>    sbrauner@akingump.com<br><br>*Counsel to the Official Committee of*<br>*Unsecured Creditors Purdue Pharma L.P.,* et al. |