Deborah Clonts
7105 Birdsnest Way
Temple, TX 76502

1-12-21

19-23649

Honorable Judge Drain
U.S. Bankruptcy Court
Southern District of N.Y.

## Certificate of No Objection

This is to certify as of 1-12-21
I have recieved no response
or objection from Debtor.
I did recieve attached but nothing further
as of 2:50 PM on the 12th of January 2021.
Deborah

I certify I mailed a copy
to Marshall Huebner
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017