UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | No. 19-23649 (RDD) |
| Debtors. |  |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Daniel R. Brice appears as counsel for Creditor Plumbers & Steamfitters Local 267 Insurance Fund ("Local 267") in the above-captioned case. The undersigned respectfully requests that all notices given or required to be given and all documents served or required to be served in the above-referenced cases be given and served upon:

Daniel R. Brice
BLITMAN & KING LLP
443 N. Franklin Street, Suite 300
Syracuse, NY 13204
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
Email: drbrice@bklawyers.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail, the internet, or otherwise filed or made with regard to this case, which affects or seeks to affect in any way any

{B0182918.1}

rights or interests of any party in interest in these cases. Pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, the undersigned counsel request that any notices or papers filed in these cases be delivered and served upon counsel at the email addressed listed herein.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes that the above attorney's request to be added to the master mailing list and the ECF/PACER electronic notice list for the above-captioned case.

| | |
|---|---|
| Dated: January 13, 2021 | */s/ Daniel R. Brice*<br>Daniel R. Brice<br><br>BLITMAN & KING LLP<br>443 N. Franklin Street, Suite 300<br>Syracuse, NY 13204<br>Telephone: (315) 422-7111<br>Facsimile: (315) 471-2623<br>Email: drbrice@bklawyers.com<br><br>*Counsel for Creditor Plumbers & Steamfitters Local 267 Insurance Fund* |

{B0182918.1}