Deborah Clonts
7105 Birdsnest Way
Temple, TX 76502

United States Bankruptcy Court
Southern District of New York

Purdue Pharma Case No. 19-23649-(RDD)

Creditors Objection to Debtors Fifth Amended order Extending Time to Object to Dischargeability of Certain debts.

I Deborah Clonts object to Purdue Pharma extending their time to object to the Dischargability of certain debts on They have openly committed fraud and plead guilty to it in 2007 and 2000. Theyve hurt people, many people have died because of them. Its just so very clear. I ask you do not extend their Time

Deborah Clonts