Debbie Clonts
7105 Birdsnest Way
Temple, TX 76502

Judge Robert Drain
US Bankruptcy Court
for the Southern District of NY
300 Quarropas Street
White Plains, NY 10601

1-9-21

Honorable Judge Drain,
    Certificate of No Response
As of January 9, 2021, I have
not Received any Objections or
notifications.

Deborah Clonts

This Certifies a Copy
was also mailed to Marshall
Huebner 450 Lexington Ave,
New York, NY, 10017

Your Honor Drain,

Not being an attorney I'm not sure if im supposed to file this. If not please disregard.

Also, your honor I want to voice my opinion on the Sacklers being allowed to continue to produce opeoids. Three of the medications they are calling M.A.T.'s are opioids. Why would you let them continue to do this. This is why we're here in the first place. My exhusband overdosed and died on Methadone. These drugs have a street value and can be abused. You are so much smarter than me and I'm positive you know this already but I wanted to voice my concern.

Sincerly,
Debbie Clonts