**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## AGENDA FOR JANUARY 20, 2021 HEARING

Time and Date of Hearing:    January 20, 2021 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:    In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. Please register with Court Solutions at www.court-solutions.com.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 1326458457#.

Copies of Motions:    A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.

## I.    CONTESTED MATTERS:

1. ***Motion to Approve Insurance Stipulation.*** Motion of the Debtors for an Order Approving Stipulation and Agreed Order Granting Joint Standing to Prosecute Claims and Causes of Action Related to the Insurance Coverage to (1) Official Committee of Unsecured Creditors and (2) Ad Hoc Committee of Governmental and other Contingent Litigation Claimants [ECF No. 2227]

   Objection Deadline: January 15, 2021 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

   A. Ironshore Specialty Insurance Company's, Formerly Known as Tig Specialty Insurance Company, Objection to Debtors' Motion for an Order Approving Stipulation [ECF No. 2281]

   B. The Ad Hoc Group of Non-Consenting States Statement in Support of Debtors Motion to Approve Stipulation Granting Joint Standing to Prosecute Claims and Causes of Action Related to the Debtors Insurance Coverage to (1) Official Committee of Unsecured Creditors and (2) Ad Hoc Committee of Governmental and other Contingent Litigation Claimants [ECF No. 2289]

   Reply:

   A. Reply in Support of the Motion of the Debtors for an Order Approving Stipulation and Agreed Order Granting Joint Standing to Prosecute Claims and Causes of Action to the Insurance Coverage to (1) Official Committee of Unsecured Creditors and (2) Ad Hoc Committee of Governmental and other Contingent Litigation Claimants [ECF No. 2292]

   Related Documents: None

   Status: This matter is going forward on a contested basis.

2. ***Deborah Clonts Claim Payment Motion.*** Motion for Claim Payment regarding Claims No. 10231, 615270, 615218 and 614341 filed by Deborah Clonts [ECF No. 2059]

> <u>Objection Deadline</u>: January 13, 2021 at 4:00 p.m. (prevailing Eastern Time).
>
> <u>Responses Received</u>:
>
>> A. Debtors' Omnibus Objection to Deborah Clonts' Motions to Approve Claimant Payment and for Lift of Automatic Stay [ECF No. 2266]
>
> <u>Reply</u>: None
>
> <u>Related Documents</u>:
>
>> A. Notice of Hearing of Motion for Claim Payment, re: Claims No. 10231, 615270, 615218 and 614341 [ECF No. 2060]
>>
>> B. Corrected Notice of Hearing of Motion for Claim Payment, re: Claims No. 10231, 615270, 615218 and 614341 [ECF No. 2081]
>
> <u>Status</u>: This matter is going forward on a contested basis.

3. ***Deborah Clonts Motion to Lift Automatic Stay.*** Motion for Lift of Automatic Stay [ECF No. 2175]

> <u>Objection Deadline</u>: January 13, 2021 at 4:00 p.m. (prevailing Eastern Time).
>
> <u>Responses Received</u>:
>
>> A. Debtors' Omnibus Objection to Deborah Clonts' Motions to Approve Claimant Payment and for Lift of Automatic Stay [ECF No. 2266]
>
> <u>Reply</u>: None
>
> <u>Related Documents</u>:
>
>> A. Letter dated 12/21/2020 in support of Amended Motion for Lifting of the Automatic Stay  [ECF No. 2194]
>>
>> B. Amended Motion to Amend Motion for Lift of Automatic Stay [ECF No. 2209]
>
> <u>Status</u>: This matter is going forward on a contested basis.

4. ***Debtors' Fifth Amended Order Extending Time to Object to Dischargeability of Certain Debts.*** Notice of Presentment of Fifth Amended Order Extending Time to Object to Dischargeability of Certain Debts [ECF No. 2220]

> Objection Deadline: January 15, 2021 at 4:00 p.m. (prevailing Eastern Time).

> Responses Received:

>> A. Objection to Debtors' Fifth Amended Order Extending Time to Object to Dischargeability of Certain Debts filed by Deborah Clonts [ECF No. 2270]

> Reply:

>> A. Debtors' Reply in Further Support of the Fifth Amended Order Extending Time to Object to Dischargeability of Certain Debts [ECF No. 2287]

> Related Documents:

>> A. Motion of Debtors for Entry of an Order Extending Time to Object to Dischargeability of Certain Debts [ECF No. 700]

>> B. Order Extending Time to Object to Dischargeability of Certain Debts [ECF No. 720]

>> C. First Amended Order Extending Time to Object to Dischargeability of Certain Debts [ECF No. 1009]

>> D. Second Amended Order Extending Time to Object to Dischargeability of Certain Debts [ECF No. 1290]

>> E. Third Amended Order Extending Time to Object to Dischargeability of Certain Debts [ECF No. 1524]

>> F. Fourth Amended Order Extending Time to Object to Dischargeability of Certain Debts [ECF No. 1829]

> Status: This matter is going forward on a contested basis.

5. ***Press Motion to Intervene and Unseal.*** Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2022]

> Objection Deadline: January 11, 2021.

> Responses Received:

4

A. The Ad Hoc Group of Non-Consenting States' Statement Regarding the Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2065]

B. The Ad Hoc Committee on Accountability's Statement in Support of the Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2066]

C. The NAS Children Ad Hoc Committee's Joinder to the Ad Hoc Group of Non-Consenting States' Statement Regarding the Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC and Reuters News & Media, Inc. [ECF No. 2090]

D. Statement of The Raymond Sackler Family In Respect of The Motion To Intervene And Unseal Judicial Records By Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2132]

E. Debtors' Limited Objection to the Media Intervenors' Motions to Intervene and Unseal Judicial Records and Cross-Motion to Seal Certain Judicial Records [ECF No. 2252]

Reply:

A. Reply in Support of Motions to Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No.2288]

Related Documents:

A. Motion for Leave to File Amended Proposed Order by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2039]

B. Notice of Rescheduling of Hearing on Motion to Intervene and Unseal Judicial Records and Motion for Leave to File Amended Proposed Order by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2091]

C. Notice of Filing of Stipulation and Agreed Order Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection with UCC Privilege Motions and Adjournment of Hearing on Media Intervenors' Motion to Unseal [ECF No. 2136]

D. Stipulation and Agreed Order Signed on 12/15/2020 Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection with UCC Privilege Motions and Adjournment of Hearing on Media Intervenors' Motion to Unseal [ECF No. 2140][2]

E. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion for Entry of an Order Sealing Judicial Documents [ECF No. 2253]

F. Declaration of Jon Lowne in Support of the Debtors' Limited Objection to Media Intervenors' Motions to Intervene [ECF No. 2254]

Status: This matter is going forward on a contested basis.

6. ***Second Press Motion to Intervene and Unseal.*** Second Motion to Unseal Judicial Records by Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2188]

Objection Deadline: January 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Debtors' Limited Objection to the Media Intervenors' Motions to Intervene and Unseal Judicial Records and Cross-Motion to Seal Certain Judicial Records [ECF No. 2252]

B. Statement of the Raymond Sackler Family in Respect of the Second Motion to Unseal Judicial Records by Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2265]

Reply:

A. Reply in Support of Motions to Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No.2288]

Related Documents:

A. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion for Entry of an Order Sealing Judicial Documents [ECF No. 2253]

---

[2] Pursuant to this Stipulation, the parties have re-filed revised redacted and unredacted versions of the exhibits to the *UCC Motion to Compel Production of Purportedly Privileged Documents Based on Failure to Demonstrate Documents Are Privileged* [ECF No. 1752] and *UCC Motion to Compel Production of Purportedly Privileged Documents Based on Exceptions to Privilege* [ECF No. 1753].

B. Declaration of Jon Lowne in Support of the Debtors' Limited Objection to Media Intervenors' Motions to Intervene [ECF No. 2254]

Status: This matter is going forward on a contested basis.

7. ***Debtors' Motion to Shorten Notice.*** Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion for Entry of an Order Sealing Judicial Documents [ECF No. 2253]

Objection Deadline:

Responses Received:

Reply:

Related Documents:

Status: This matter is going forward on an uncontested basis.

8. ***Debtors' Cross-Motion to Seal.*** Debtors' Limited Objection to the Media Intervenors' Motions to Intervene and Unseal Judicial Records and Cross-Motion to Seal Certain Judicial Records [ECF No. 2252]

Objection Deadline: Debtors' Motion to Shorten seeks objection deadline of January 18, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents:

A. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion for Entry of an Order Sealing Judicial Documents [ECF No. 2253]

B. All documents related to the *Press Motion to Intervene and Unseal* [ECF No. 2022] and the *Second Press Motion to Intervene and Unseal* [ECF No. 2188]

Status: This matter is going forward on a contested basis.

## II.   **CONTINUED MATTERS**:

9. ***UCC Motion to Compel Production of Purportedly Privileged Documents Based on Failure to Demonstrate Documents Are Privileged.*** Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged

Documents, or for In Camera Review, Based on Failure of the Sacklers and the
Debtors to Demonstrate Documents Identified on Logs Are Privileged [ECF
No. 1752]

> Objection Deadline: October 14, 2020 at 11:59 p.m. (prevailing Eastern
> Time).

> Responses Received:

>> A. Objection of Mortimer Sackler Initial Covered Sackler Persons to
>> the Official Committee of Unsecured Creditors' Motion to Compel
>> Production of Purportedly Privileged Documents, or for *In Camera*
>> Review, Based on Failure of the Sacklers and the Debtors to
>> Demonstrate Documents Identified on Logs Are Privileged
>> [ECF No. 1806]

>> B. Debtors' Omnibus Objection to the Official Committee's Motions
>> to Compel Production of the Debtors' Privileged Documents and
>> Cross-Motion for a Protective Order [ECF No. 1808]

>> C. The Raymond Sackler Family's Opposition to the Official
>> Committee of Unsecured Creditors' General Challenges Motion
>> [ECF No. 1810]

>> D. Amended Raymond Sackler Family's Opposition to the Official
>> Committee of Unsecured Creditors' General Challenges Motion
>> [ECF No. 1816]

>> E. The Ad Hoc Group of Non-Consenting States Statement in
>> Support of the Official Committee of Unsecured Creditors Motions
>> to Compel Production of Purportedly Privileged Documents or for
>> in Camera Review [ECF No. 2012]

> Reply:

>> A. Official Committee of Unsecured Creditors' Reply in Support of
>> Motion to Compel Production of Purportedly Privileged
>> Documents, or for In Camera Review, Based on Failure of the
>> Sacklers to Demonstrate Documents Identified on Logs are
>> Privileged [ECF No. 2013]

> Related Documents:

>> A. Declaration of Mitchell Hurley Dated September 29, 2020 [ECF
>> No. 1754]

>> B  Letter from Audrey Strauss, Acting United States Attorney for the
>> Southern District of New York, Requesting Permission to File a
>> Statement of Interest Regarding the UCC's Motions to Compel
>> Production filed on September 30, 2020 [ECF No. 1803]

8

C.  Second Declaration of Jasmine Ball Dated October 14, 2020 [ECF No. 1807]

D.  Declaration of Benjamin S. Kaminetzky in Support of Debtors' Omnibus Objection to the Official Committee's Motions to Compel Production of the Debtors' Privileged Documents and Cross-Motion for a Protective Order [ECF No. 1809]

E.  Declaration of Mara Leventhal Dated October 14, 2020 [ECF No. 1812]

F.  Letter from Audrey Strauss, Acting United States Attorney for the Southern District of New York, Making Statement of Interest in Opposition to UCC's Motion to Compel [ECF No. 1821]

G.  Stipulation and Agreed Order Regarding Amended Briefing Schedule in the Chapter 11 Cases [ECF No. 1848]

H.  Notice of Agreement Between Debtors and Official Committee of Unsecured Creditors Regarding Privilege Motions and Adjournment of Hearing with Respect to Remaining Privilege Disputes as to the Sacklers [ECF No. 1908]

I.  Notice of Filing of Stipulation of Settlement and Agreed Order Regarding Official Committee's Motions to Compel and Debtors' Motion for Protective Order [ECF No. 1955]

J.  Declaration of Arik Preis Dated November 18, 2020 [ECF No. 2015]

K.  Stipulation and Agreed Order Signed on 12/15/2020 Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection with UCC Privilege Motions and Adjournment of Hearing on Media Intervenors' Motion to Unseal [ECF No. 2140]

L.  Notice of Adjournment of Hearing on Privilege Disputes [ECF No. 2153]

M.  Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for in Camera Review, Based on Failure of the Sacklers and the Debtors to Demonstrate Documents Identified on Logs are Privileged (Unredacted) [ECF No. 2156]

N.  Declaration of Benjamin S. Kaminetzky in Support of Debtors Omnibus Objection to the Official Committees Motions to Compel Production of the Debtors Privileged Documents and Cross-

Motion for a Protective Order filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. [ECF No. 2160]

O. Official Committee of Unsecured Creditors Notice of Filing of First Set of Unredacted or Partially Redacted Exhibits to the Declaration of Mitchell Hurley dated September 29, 2020 [ECF No. 2161]

P. Exhibits 21-43 to Declaration of Benjamin S. Kaminetzky in Support of Debtors Omnibus Objection to the Official Committees Motions to Compel Production of the Debtors Privileged Documents and Cross-Motion for a Protective Order filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. [ECF No. 2162]

Q. Official Committee of Unsecured Creditors' Reply in Support of Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Failure of the Sacklers to Demonstrate Documents Identified on Logs are Privileged (Partially Unredacted) [ECF No. 2163]

R. Exhibits 44-60 to Declaration of Benjamin S. Kaminetzky in Support of Debtors Omnibus Objection to the Official Committees Motions to Compel Production of the Debtors Privileged Documents and Cross-Motion for a Protective Order filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. [ECF No. 2165]

S. Exhibits 61-79 to Declaration of Benjamin S. Kaminetzky in Support of Debtors Omnibus Objection to the Official Committees Motions to Compel Production of the Debtors Privileged Documents and Cross-Motion for a Protective Order filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. [ECF No. 2166]

T. Notice of the Raymond Sackler Family of Filing of Documents Previously Filed Under Seal [ECF No. 2167]

U. Debtors Omnibus Objection to the Official Committees Motions to Compel Production of the Debtors Privileged Documents and Cross-Motion for a Protective Order *(unredacted)* [ECF No. 2168]

V. Official Committee of Unsecured Creditors Notice of Filing of First Set of Unredacted or Partially Redacted Exhibits to the Declaration of Arik Preis dated November 18, 2020 [ECF No. 2169]

10

W.  Objection of Mortimer Sackler Initial Covered Sackler Persons to
the Official Committee of Unsecured Creditors' Motion to Compel
Production of Purportedly Privileged Documents or for In Camera
Review, Based on Failure of the Sacklers and the Debtors to
Demonstrate Documents Identified on Logs are Privileged
[ECF No. 2172]

X.  Declaration of Jasmine Ball [ECF No. 2173]

Y.  Official Committee of Unsecured Creditors Notice of Filing of
Second Set of Unredacted Exhibits to the Declaration of Mitchell
Hurley dated September 29, 2020 [ECF No. 2178]

Z.  Official Committee of Unsecured Creditors Notice of Filing of
Second Set of Unredacted Exhibits to the Declaration of Arik Preis
dated November 18, 2020 [ECF No. 2179]

AA. Notice of the Raymond Sackler Family of Filing of Documents
Previously Filed Under Seal [ECF No. 2181]

BB. Declaration pursuant to Stipulation and Agreed Order Regarding
Media Intervenors' Motion to Unseal Materials Filed in
Connection with UCC Privileges Motions [ECF No. 2182]

CC. Notice of Correction to the Declaration of Mara Leventhal Dated
October 14, 2020 (ECF No. 2167-2) and the Amended Raymond
Sackler Family's Opposition to the Official Committee of
Unsecured Creditors' Exceptions Motion (ECF No. 2167-3) [ECF
No. 2191]

DD. Declaration of Jasmine Ball [ECF No. 2247]

EE.  Official Committee of Unsecured Creditors' Notice of Filing of
Third Set of Unredacted or Partially Redacted Exhibits to the
Declaration of Arik Preis Dated November 18, 2020 [ECF No.
2248]

FF.  Official Committee of Unsecured Creditors' Notice of Filing of
Third Set of Unredacted or Partially Redacted Exhibits to to the
Declaration of Mitchell Hurley Dated September 29, 2020 [ECF
No. 2250]

GG. Notice of the Raymond Sackler Family of Filing of Documents
Previously Filed Under Seal [ECF No. 2251]

HH. Notice of The Raymond Sackler Family of Filing of Documents
Previously Filed Under Seal [ECF No. 2255]

II.   Official Committee of Unsecured Creditors' Notice of Filing of
Fourth Set of Partially Redacted Exhibits to the Declaration of
Mitchell Hurley Dated September 29, 2020 [ECF No. 2259]

JJ.   Official Committee of Unsecured Creditors' Notice of Filing of
Fourth Set of Partially Redacted Exhibits to the Declaration of
Arik Preis Dated November 18, 2020 [ECF No. 2261]

KK. Notice of Adjournment of Hearing on Privilege Disputes [ECF
No. 2291]

Status: This matter is continued to a date to be determined.

10. ***UCC Motion to Compel Production of Purportedly Privileged Documents Based on
Exceptions to Privilege.***   Official Committee of Unsecured Creditors' Motion to
Compel Production of Purportedly Privileged Documents, or for *In Camera* Review,
Based on Good Cause, Crime Fraud, and At Issue Exceptions to Claims of Privilege
[ECF No. 1753]

Objection Deadline: October 14, 2020 at 11:59 p.m. (prevailing Eastern
Time).

Responses Received:

A.   Objection by Mortimer Sackler Initial Covered Sackler Persons to
the Official Committee of Unsecured Creditors' Motion to Compel
Production of Purportedly Privileged Documents, or for *In Camera*
Review, Based on Good Cause, Crime Fraud, and At Issue
Exceptions to Claims of Privilege [ECF No. 1804]

B.   Debtors' Omnibus Objection to the Official Committee's Motions
to Compel Production of the Debtors' Privileged Documents and
Cross-Motion for a Protective Order [ECF No. 1808]

C.   The Raymond Sackler Family's Opposition to the Official
Committee of Unsecured Creditors' Exceptions Motion [ECF
No. 1811]

D.   Amended Raymond Sackler Family's Opposition to the Official
Committee of Unsecured Creditors' Exceptions Motion [ECF
No. 1815]

E.   The Ad Hoc Group of Non-Consenting States Statement in
Support of the Official Committee of Unsecured Creditors Motions
to Compel Production of Purportedly Privileged Documents or for
in Camera Review [ECF No. 2012]

12

    F.   The Raymond Sackler Family's Surreply In Further Support of Its Opposition To The Official Committee of Unsecured Creditors' Exceptions Motion [ECF No. 2093]

    G.   Sur-Reply Memorandum of Objection of Mortimer Sackler Initial Covered Sackler Persons to the Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privilege [ECF No. 2095]

Reply:

    A.   Official Committee of Unsecured Creditors Reply in Support of Its Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privilege [ECF No. 2014]

Related Documents:

    A.   Declaration of Mitchell Hurley Dated September 29, 2020 [ECF No. 1754]

    B.   Letter from Audrey Strauss, Acting United States Attorney for the Southern District of New York, Requesting Permission to File a Statement of Interest Regarding the UCC's Motions to Compel Production filed on September 30, 2020 [ECF No. 1803]

    C.   Declaration of Jasmine Ball Dated October 14, 2020 [ECF No. 1805]

    D.   Declaration of Benjamin S. Kaminetzky in Support of Debtors' Omnibus Objection to the Official Committee's Motions to Compel Production of the Debtors' Privileged Documents and Cross-Motion for a Protective Order [ECF No. 1809]

    E.   Declaration of Mara Leventhal Dated October 14, 2020 [ECF No. 1812]

    F.   Stipulation and Agreed Order Regarding Amended Briefing Schedule in the Chapter 11 Cases [ECF No. 1848]

    G.   Notice of Agreement Between Debtors and Official Committee of Unsecured Creditors Regarding Privilege Motions and Adjournment of Hearing with Respect to Remaining Privilege Disputes as to the Sacklers [ECF No. 1908]

H.    Notice of Filing of Stipulation of Settlement and Agreed Order
      Regarding Official Committee's Motions to Compel and Debtors'
      Motion for Protective Order [ECF No. 1955]

I.    Declaration of Arik Preis Dated November 18, 2020 [ECF No.
      2015]

J.    Notice of Adjournment of Hearing on Privilege Disputes [ECF No.
      2092]

K.    Declaration of Mara Leventhal Dated December 9, 2020 [ECF No.
      2094]

L.    Supplemental Declaration of Jasmine Ball Dated December 9,
      2020 [ECF No. 2096]

M.    Stipulation and Agreed Order Signed on 12/15/2020 Regarding
      Media Intervenors' Motion to Unseal Materials Filed in
      Connection with UCC Privilege Motions and Adjournment of
      Hearing on Media Intervenors' Motion to Unseal [ECF No. 2140]

N.    Notice of Adjournment of Hearing on Privilege Disputes [ECF
      No. 2153]

O.    Official Committee of Unsecured Creditors' Motion to Compel
      Production of Purportedly Privileged Documents, or for in Camera
      Review, Based on Good Cause, Crime Fraud, and at Issue
      Exceptions to Claims of Privilege (Unredacted) [ECF No. 2157]

P.    Declaration of Benjamin S. Kaminetzky in Support of Debtors
      Omnibus Objection to the Official Committees Motions to Compel
      Production of the Debtors Privileged Documents and Cross-
      Motion for a Protective Order filed by Benjamin S. Kaminetzky on
      behalf of Purdue Pharma L.P. [ECF No. 2160]

Q.    Official Committee of Unsecured Creditors Notice of Filing of
      First Set of Unredacted or Partially Redacted Exhibits to the
      Declaration of Mitchell Hurley dated September 29, 2020 [ECF
      No. 2161]

R.    Exhibits 21-43 to Declaration of Benjamin S. Kaminetzky in
      Support of Debtors Omnibus Objection to the Official Committees
      Motions to Compel Production of the Debtors Privileged
      Documents and Cross-Motion for a Protective Order filed by
      Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. [ECF
      No. 2162]

S.   Official Committee of Unsecured Creditors' Reply in Support of
     Motion to Compel Production of Purportedly Privileged
     Documents, or for In Camera Review, Based on Good Cause,
     Crime Fraud and At Issue Exceptions to Claims of Privilege
     (Partially Unredacted) [ECF No. 2164]

T.   Exhibits 44-60 to Declaration of Benjamin S. Kaminetzky in
     Support of Debtors Omnibus Objection to the Official Committees
     Motions to Compel Production of the Debtors Privileged
     Documents and Cross-Motion for a Protective Order filed by
     Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. [ECF
     No. 2165]

U.   Exhibits 61-79 to Declaration of Benjamin S. Kaminetzky in
     Support of Debtors Omnibus Objection to the Official Committees
     Motions to Compel Production of the Debtors Privileged
     Documents and Cross-Motion for a Protective Order filed by
     Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P. [ECF
     No. 2166]

V.   Notice of the Raymond Sackler Family of Filing of Documents
     Previously Filed Under Seal [ECF No. 2167]

W.   Debtors Omnibus Objection to the Official Committees Motions to
     Compel Production of the Debtors Privileged Documents and
     Cross-Motion for a Protective Order *(unredacted)* [ECF No. 2168]

X.   Official Committee of Unsecured Creditors Notice of Filing of
     First Set of Unredacted or Partially Redacted Exhibits to the
     Declaration of Arik Preis dated November 18, 2020 [ECF
     No. 2169]

Y.   Objection of Mortimer Sackler Initial Covered Sackler Persons to
     the Official Committee of Unsecured Creditors' Motion to Compel
     Production of Purportedly Privileged Documents, or for In Camera
     Review, Based on Good Cause, Crime Fraud, and At Issue
     Exceptions to Claims of Privilege [ECF No. 2171]

Z.   Declaration of Jasmine Ball [ECF No. 2173]

AA.  Official Committee of Unsecured Creditors Notice of Filing of
     Second Set of Unredacted Exhibits to the Declaration of Mitchell
     Hurley dated September 29, 2020 [ECF No. 2178]

BB.  Official Committee of Unsecured Creditors Notice of Filing of
     Second Set of Unredacted Exhibits to the Declaration of Arik
     Preis dated November 18, 2020 [ECF No. 2179]

CC. Notice of the Raymond Sackler Family of Filing of Documents Previously Filed Under Seal [ECF No. 2181]

DD. Declaration pursuant to Stipulation and Agreed Order Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection with UCC Privileges Motions [ECF No. 2182]

EE. Notice of Correction to the Declaration of Mara Leventhal Dated October 14, 2020 (ECF No. 2167-2) and the Amended Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' Exceptions Motion (ECF No. 2167-3) [ECF No. 2191]

FF. Sur-Reply Memorandum of Objection of Mortimer Sackler Initial Covered Sackler Persons to the Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privilege (related document(s)1753) filed by Jasmine Ball on behalf of Beacon Company. [ECF No. 2246]

GG. Declaration of Jasmine Ball [ECF No. 2247]

HH. Official Committee of Unsecured Creditors' Notice of Filing of Third Set of Unredacted or Partially Redacted Exhibits to the Declaration of Arik Preis Dated November 18, 2020 [ECF No. 2248]

II.  Second Declaration of Jasmine Ball [ECF No. 2249]

JJ.  Official Committee of Unsecured Creditors' Notice of Filing of Third Set of Unredacted or Partially Redacted Exhibits to to the Declaration of Mitchell Hurley Dated September 29, 2020 [ECF No. 2250]

KK. Notice of the Raymond Sackler Family of Filing of Documents Previously Filed Under Seal [ECF No. 2251]

LL. Notice of The Raymond Sackler Family of Filing of Documents Previously Filed Under Seal [ECF No. 2255]

MM. Notice of The Raymond Sackler Family of Filing of Documents Previously Filed Under Seal [ECF No. 2256]

NN. Official Committee of Unsecured Creditors' Notice of Filing of Fourth Set of Partially Redacted Exhibits to the Declaration of Mitchell Hurley Dated September 29, 2020 [ECF No. 2259]

OO. Official Committee of Unsecured Creditors' Reply in Support of Its Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privilege [ECF No. 2260]

PP. Official Committee of Unsecured Creditors' Notice of Filing of Fourth Set of Partially Redacted Exhibits to the Declaration of Arik Preis Dated November 18, 2020 [ECF No. 2261]

QQ. Notice of Adjournment of Hearing on Privilege Disputes [ECF No. 2291]

Status: This matter is continued to a date to be determined.

11. ***Kyle M. Parks Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date filed by Kyle M. Parks [ECF No. 2057]

Objection Deadline: February 10, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents:

A. Notice of Hearing of Motion to File Proof of Claim after Claims Bar Date [ECF No. 2058]

B. Corrected Notice of Hearing of Motion to File Proof of Claim After Claims Bar Date [ECF No. 2080]

C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [No. 2267]

Status: This matter is continued to February 17, 2021, at 10:00 a.m. (prevailing Eastern Time).

12. ***Arlandis C. Isaac Late Claim Motion.*** Motion Tolling Filing Deadline (Claim submitted but not filed - pending disposition of the motion) filed by Arlandis C. Isaac [ECF No. 2069]

Objection Deadline: February 10, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents:

A. Notice of Hearing: Motion Tolling Filing Deadline [ECF No. 2070]

B. Corrected Notice of Hearing of Motion Tolling Filing Deadline [ECF No. 2082]

C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [No. 2267]

Status: This matter is continued to February 17, 2021, at 10:00 a.m. (prevailing Eastern Time).

13. ***Andrew Youngblood Late Claim Motion.*** Motion for Tolling Filing Deadline (Claim submitted but not filed - pending disposition of the motion) filed by Andrew S. Youngblood [ECF No. 2071]

Objection Deadline: February 10, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents:

A. Notice of Hearing: Motion Tolling Filing Deadline [ECF No. 2072]

B. Corrected Notice of Hearing of Motion Tolling Filing Deadline [ECF No. 2084]

C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [No. 2267]

Status: This matter is continued to February 17, 2021, at 10:00 a.m. (prevailing Eastern Time).

14. ***Shane Christian Peterson Late Claim Motion.*** Motion to Request Extension for Filling Proof of Claim (Claim was not included with the motion) filed by Shane Christian Peterson  [ECF No. 2086]

Objection Deadline: February 10, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents:

A. Notice of Hearing of Motion to Request Extension for Filling Proof of
Claim [ECF No. 2087]

B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of
Claim after Extended General Bar Date [No. 2267]

Status: This matter is continued to February 17, 2021, at 10:00 a.m.
(prevailing Eastern Time).

15. ***Neil W. King Late Claim.***  Motion for Tolling Filing Deadline (Claim submitted but
not filed - pending disposition of the motion)  filed by Neil W. King [ECF No. 2088]

Objection Deadline: February 10, 2021 at 4:00 p.m. (prevailing Eastern
Time).

Responses Received: None

Reply: None

Related Documents:

A. Notice of Hearing Motion Tolling Filing Deadline [ECF No. 2089]

B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of
Claim after Extended General Bar Date [No. 2267]

Status: This matter is continued to February 17, 2021, at 10:00 a.m.
(prevailing Eastern Time).

Dated:    January 19, 2021
          New York, New York

                          DAVIS POLK & WARDWELL LLP

                          By:   */s/ Eli J. Vonnegut*
                                Eli J. Vonnegut

                          450 Lexington Avenue
                          New York, New York 10017
                          Telephone: (212) 450-4000
                          Facsimile:  (212) 701-5800
                          Marshall S. Huebner
                          Benjamin S. Kaminetzky
                          Timothy Graulich
                          Eli J. Vonnegut
                          Christopher S. Robertson

                          *Counsel to the Debtors*
                          *and Debtors in Possession*