**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Lucas H. Self to be admitted, *pro hac vice*, to represent the Multi-State Governmental Entities Group in the above-referenced bankruptcy cases; and upon the movant's certification that the movant is a member in good standing of the bar of State of Louisiana, as well as the bars of the U.S. Court of Appeals for the Fifth Circuit, U.S. District Court for the Eastern District of Louisiana, U.S. District Court for the Western District of Louisiana, U.S. District Court for the Southern District of Texas, it is hereby

ORDERED that Lucas H. Self, Esq., is admitted to practice, *pro hac vice*, in the above referenced bankruptcy cases to represent the Multi-State Governmental Entities Group in the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Error! Unknown document property name.**

United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 19, 2021
      White Plains, New York

                                            /s/Robert D. Drain
                                            HON. ROBERT D. DRAIN
                                            UNITED STATES BANKRUPTCY JUDGE