**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 19-23649 (RDD)<br>)<br>) (Jointly Administered)<br>) |

# FIRST SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE STATEMENT OF REGINALD BROWN, ON BEHALF OF KIRKLAND & ELLIS LLP

WASHINGTON, D.C.

Reginald Brown, being duly sworn, upon his oath, deposes and says as follows:

1. I am a partner of Kirkland & Ellis LLP, located at 1301 Pennsylvania Avenue NW, Washington, DC 20004 (the "**Firm**").

2. Purdue Pharma L.P. and its affiliates that are debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), have requested that the Firm provide services to the Debtors, and the Firm has consented to provide such services (the "**Services**"). The Services include, but are not limited to, the following: representation in connection with certain inquiries and any hearings by Congressional committees into historical opioid product sales and marketing practices, including any new Congressional inquiries or hearings that may arise related thereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

3. I submit this first supplemental affidavit (the "**First Supplemental Affidavit**") on behalf of the Firm in order to supplement the *Affidavit and Disclosure Statement of Reginald Brown, on Behalf of Kirkland & Ellis LLP* [Docket No. 2205], filed on December 24, 2020 (the "**Original Affidavit**").

4. The Firm may have performed services in the past and may perform services in the future for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. However, except as provided in the following paragraph and in the Original Affidavit, the Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not represent any such person in matters adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm currently represents Noramco, Inc. and/or one or more of its affiliates in connection with matters relating to, among other things, the acquisition of assets from Rhodes Technologies Inc., one of the Debtors in these chapter 11 cases.

6. As stated in the Original Affidavit and reaffirmed herein, neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. As stated in the Original Affidavit and reaffirmed herein, neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As stated in the Original Affidavit and reaffirmed herein, as of the commencement of the Debtors' chapter 11 cases, the Debtors owed the Firm $0.00 in respect of prepetition services rendered to the Debtors.

9. If the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this First Supplemental Affidavit and the Original Affidavit.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Affidavit and Disclosure Statement was executed on January 18, 2021, in Washington, D.C.

Reginald J. Brown, P.C.
Digitally signed by Reginald J. Brown, P.C.
Date: 2021.01.18 12:25:53 -05'00'

Affiant Name

SWORN TO AND SUBSCRIBED before me this eighteenth day of January, 2021

_Karyn M Cooper_
Notary Public

Karyn M Cooper
Commission # 10920701
Notary Public
STATE OF TEXAS
My Comm Exp. Jun 13, 2023