Kami E. Quinn
Gilbert LLP
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gotofirm.com

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re:* | : | |
| | : | |
| | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | |
| | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**FOURTEENTH MONTHLY FEE STATEMENT OF GILBERT LLP, FOR ALLOWANCE**
**OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS CO-COUNSEL TO THE AD HOC COMMITTEE OF**
**GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS**
**FOR THE PERIOD NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant: | Gilbert LLP |
|---|---|
| Authorized to provide professional services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 (Docket #553) |
| Period for which compensation and reimbursement is sought: | November 1, 2020 through November 30, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $224,509.20 (80% of $280,636.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $172.52 (100%) |
| This is a: | Monthly Fee Statement |

Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* entered by this Court on December 2, 2019 [Docket #553] (the "**Reimbursement Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket #529] (the "**Procedures Order**"), the law firm of Gilbert LLP ("**Gilbert LLP**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**AHC**"), hereby submits this fourteenth monthly fee statement (the "**Monthly Fee Statement**") for legal services rendered and reimbursement for expenses incurred for the period commencing November 1, 2020 through November 30, 2020 (the "**Application Period**").

**Itemization of Services Rendered and Expenses Incurred**

1.       Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Application Period by project category.  As reflected on Exhibit A, Gilbert LLP incurred $280,636.50 in fees during

the Application Period.  Pursuant to this Monthly Fee Statement, Gilbert LLP seeks

reimbursement of 80% of such fees, totaling $224,509.20.

2.      Annexed hereto as **Exhibit B** is a chart of Gilbert LLP's professionals and

paraprofessionals, including title, hourly rate, number of hours billed, and total fees of each

attorney and paraprofessional who rendered services to the AHC in connection with these

chapter 11 proceedings during the Application Period.  The blended hourly rate of the attorneys

during the Application Period is $933.25.  The blended hourly rate of paraprofessionals during

the Application Period is $240.71.

3.      Annexed hereto as **Exhibit C** is the summary of reasonable and necessary

expenses incurred during the Application Period.  As reflected on Exhibit C, Gilbert LLP

incurred $172.52 in expenses during the Application Period.  Pursuant to this Monthly Fee

Statement, Gilbert LLP seeks reimbursement of 100% of such expenses, totaling $172.52.

4.      Annexed hereto as **Exhibit D** are the time records of Gilbert LLP for the

Application Period, organized by project category with a daily log detailing the time spent by

each professional and an itemization of expenses.

5.      Pursuant to the Reimbursement Order, Gilbert LLP has separately recorded

services performed relating to allocation of value among the Debtors' creditors, and to the best of

Gilbert LLP's knowledge, has not included time relating to intercreditor allocation in this

Monthly Fee Statement.

## **FILING AND SERVICE**

6.      This Monthly Fee Statement will be filed and served in accordance with the

directives in the Procedures Order.

7.       Pursuant to the Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Monthly Fee Statement, serve via email, to the Notice Parties (as defined in the Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue.

8.       If an objection is timely served pursuant to the Procedures Order, the Debtors shall be authorized and directed to pay Gilbert LLP the amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection.  Any objection must set forth the precise nature of the objection and the amount at issue.  It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Gilbert LLP respectfully requests compensation in the amount of $224,509.20 (80% of $280,636.50) and reimbursement of reasonable and necessary expenses incurred in the amount of $172.52 (100%), for a total amount of $224,681.72, for the Application Period.

Dated:  January 20, 2021
       Washington, DC

Respectfully submitted,

**GILBERT LLP**


 */s/ Kami E. Quinn*
Kami E. Quinn
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
 Tele: 202.772.2200
 Fax: 202.772.3333
 Email: quinnk@gotofirm.com

*Counsel for the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants.*

4

**<u>Exhibit A</u>**

**<u>Summary of Services by Category</u>**

**SUMMARY OF SERVICES BY PROJECT CATEGORY**

| Project Code | Project Category | Hours Billed in Period | Fees for Period |
|---|---|---|---|
| A001 | Asset Analysis & Recovery | 103.1 | $74,176.50 |
| A004 | Case Administration | 72.4 | $86,570.00 |
| A006 | Employment / Fee Applications | 8.0 | $4,112.50 |
| A009 | Meetings / Communications with AHC & Creditors | 25.9 | $33,197.50 |
| A019 | Plan of Reorganization / Disclosure Statement | 99.1 | $82,580.00 |
| | | **308.5** | **$280,636.50** |

**Exhibit B**

**Summary of Compensation by Professional**

## SUMMARY OF COMPENSATION BY PROFESSIONAL

| Name of Professional | Position / Year Admitted to Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Scott D. Gilbert | Partner / District of Columbia - 1979<br>U.S. Court of Appeals for the District of Columbia – 1980<br>U.S. Court of International Trade - 1984<br>U.S. Supreme Court - 1987<br>U.S. District Court for the District of Columbia – 2008<br>Cherokee Nation - 2017<br>U.S. Court of Federal Claims - 2019 | $1,500.00 | 83.5 | $125,250.00 |
| Kami E. Quinn | Partner / Commonwealth of Virginia – 2000<br>District of Columbia – 2006<br>U.S. Court of Appeals for the Third Circuit – 2009 | $950.00 | 48.6 | $46,170.00 |
| Richard Shore | Partner / State of New York – 1988<br>District of Columbia – 1989<br>U.S. Court of Appeals for the Third Circuit – 2009<br>U.S. Court of Appeals for the Fourth Circuit – 2014<br>U.S. Court of Appeals for the Ninth Circuit – 2014<br>U.S. Court of Appeals for the Fifth Circuit – 2017<br>Cherokee Nation – 2017 | $1,200.00 | 17.6 | $21,120.00 |
| Jenna Hudson | Partner / State of Maryland – 2010<br>State of Massachusetts – 2010<br>District of Columbia - 2011<br>U.S. District Court for the District of Maryland – 2011<br>U.S. Court of Appeals for the First Circuit – 2015<br>U.S. Supreme Court - 2016<br>Cherokee Nation – 2017<br>U.S. District Court for the District of Columbia - 2019 | $675.00 | 32.2 | $21,735.00 |
| Emily Grim | Associate / Commonwealth of Pennsylvania – 2010<br>State of Illinois – 2010<br>District of Columbia – 2012<br>U.S. District Court for the District of Columbia - 2016<br>U.S. Court of Federal Claims – 2020 | $600.00 | 57.9 | $34,740.00 |
| Daniel Wolf | Associate / State of New York – 2011<br>District of Columbia – 2013<br>Southern District of New York – 2011<br>U.S. Court of Appeals for the Ninth Circuit – 2012 | $600.00 | 10.8 | $6,480.00 |
| Benjamin Massarsky | Associate / New York – 2011<br>District of Columbia – 2012<br>U.S. District Court for the District of Columbia – 2012<br>Maryland - 2016 | $500.00 | 4.9 | $2,450.00 |
| Sarah Sraders[2] | Associate / State of New York – 2016<br>District of Columbia – 2017 | $500.00 | $24.0 | $12,000.00 |
| Alison Gaske | Associate / District of Columbia – 2016 | $450.00 | 17.1 | $7,695.00 |

---

[2] Sarah Sraders' hourly rate changed due to a promotion that was effective as of October 1, 2020.

| Name of Professional | Position / Year Admitted to Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| John Girgenti | Staff Attorney / State of New York – 2002 District of Columbia – 2007 | $335.00 | 1.4 | $469.00 |
| Katherine Johnson | Paralegal – Joined firm in 2018 | $225.00 | 7.2 | $1,620.00 |
| Peggy Holland | Litigation Specialist – Joined firm in 2002 | $275.00 | 3.3 | $907.50 |
| | **Totals** | | **$308.50** | **$280,636.50** |
| | **Attorney Blended Rate** | **$933.25** | | |
| | **Paraprofessional Blended Rate** | **$240.71** | | |

**Exhibit C**

**Summary of Expenses Incurred**

## SUMMARY OF EXPENSES INCURRED

| DESCRIPTION | Total Expenses for Period |
|---|---|
| Westlaw | $51.30 |
| PACER | $46.22 |
| Filing Fees | $75.00 |
| | **$172.52** |

**<u>Exhibit D</u>**

**<u>Time and Expense Detail</u>**



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

January 20, 2021

Ad Hoc Committee
c/o Marshall S. Huebner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

| Invoice Number: | 11321944 |
| Client Number: | 1599 |
| Tax ID: | 52-2283869 |

---

**FOR PROFESSIONAL SERVICES RENDERED through November 30, 2020**

**Re:   Ad Hoc Committee (Purdue)**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Purdue Bankruptcy | 280,636.50 | 172.52 | 280,809.02 |
| **Total** | **280,636.50** | **172.52** | **280,809.02** |

| | |
|---|---|
| TOTAL FEES | $ 280,636.50 |
| TOTAL EXPENSES | $ 172.52 |
| **TOTAL FEES AND EXPENSES** | **$ 280,809.02** |



**FOR PROFESSIONAL SERVICES RENDERED through November 30, 2020**

**Purdue Bankruptcy**

**A001:  Asset Analysis & Recovery**

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Shore, R. | 11/02/20 | Analyze insurance recovery strategy. | .20 | 240.00 |
| Hudson, J. | 11/02/20 | Revise template confidentiality agreement. | .20 | 135.00 |
| Hudson, J. | 11/02/20 | Communicate with Debtors and UCC re insurance recovery strategy. | .40 | 270.00 |
| Hudson, J. | 11/02/20 | Analyze insurance recovery next steps. | .60 | 405.00 |
| Hudson, J. | 11/02/20 | Review update from A. Kramer re Insurers #3, #6, and #24. | .10 | 67.50 |
| Johnson, K. | 11/02/20 | Revise tracking spreadsheet to include correspondence and policy information as it relates to certain policies. | 2.80 | 630.00 |
| Gaske, A. | 11/02/20 | Revise tracking spreadsheet pursuant to D. Wolf comments and correspondence in response to Document I. | 2.30 | 1,035.00 |
| Gaske, A. | 11/02/20 | Analyze insurance review status and strategy. | .40 | 180.00 |
| Shore, R. | 11/03/20 | Analyze strategy re moving forward on insurance matters. | .50 | 600.00 |
| Shore, R. | 11/03/20 | Review confidentiality agreement. | .30 | 360.00 |
| Hudson, J. | 11/03/20 | Analyze insurance recovery strategy. | .50 | 337.50 |
| Hudson, J. | 11/03/20 | Revise draft confidentiality agreement for insurer negotiations. | .40 | 270.00 |
| Wolf, D. | 11/03/20 | Analyze insurance review status and recovery strategy. | .50 | 300.00 |
| Massarsky, B. | 11/03/20 | Draft memorandum re Insurance Issue #22 impact on insurance coverage. | .60 | 300.00 |
| Johnson, K. | 11/03/20 | Revise tracking spreadsheet re organization and insurer contact information. | .30 | 67.50 |
| Gaske, A. | 11/03/20 | Review update re insurance recovery issues. | .70 | 315.00 |
| Gaske, A. | 11/03/20 | Revise confidentiality agreement to tailor for Insurer #3. | .80 | 360.00 |
| Gaske, A. | 11/03/20 | Revise insurer tracking sheet pursuant to D. Wolf comments. | .90 | 405.00 |
| Hudson, J. | 11/04/20 | Finalize and send draft confidentiality agreement to Insurers #3, #6, and #24. | .50 | 337.50 |
| Girgenti, J. | 11/04/20 | Revise analysis of insurance provisions re Insurance Issue #22. | .40 | 134.00 |

1

Invoice Number: 11321944
January 20, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Massarsky, B. | 11/04/20 | Continue drafting memorandum re Insurance Issue #22 impact on insurance coverage. | 1.00 | 500.00 |
| Johnson, K. | 11/04/20 | Draft settlement reference sheets for Insurers #1, #4, and #27. | .80 | 180.00 |
| Gaske, A. | 11/04/20 | Review insurer-specific reference sheet re correspondence. | .50 | 225.00 |
| Gaske, A. | 11/04/20 | Review deposition summaries re insurance-related topics. | .40 | 180.00 |
| Gilbert, S. | 11/05/20 | Confer with K. Quinn, R. Shore, J. Hudson and others re insurance and mediation strategy. | 1.00 | 1,500.00 |
| Quinn, K. | 11/05/20 | Confer with bankruptcy team (S. Gilbert, E. Grim, S. Sraders) and insurance team (J. Hudson, R. Shore, D. Wolf) re strategy (1.0); confer with R. Shore re follow-up insurance strategy (0.2). | 1.20 | 1,140.00 |
| Shore, R. | 11/05/20 | Confer with S. Gilbert and team re insurance status and strategy (1.0); confer with K. Quinn re follow up to same (0.2). | 1.20 | 1,440.00 |
| Shore, R. | 11/05/20 | Review Debtors' mark-up of Document A. | .30 | 360.00 |
| Hudson, J. | 11/05/20 | Analyze options for Documents N. | .40 | 270.00 |
| Hudson, J. | 11/05/20 | Confer with S. Gilbert, K. Quinn, R. Shore, E. Grim, D. Wolf, and S. Sraders case status and strategy. | 1.00 | 675.00 |
| Hudson, J. | 11/05/20 | Analyze insurance recovery strategy. | .20 | 135.00 |
| Grim, E. | 11/05/20 | Confer with R. Shore, J. Hudson, D. Wolf, S. Gilbert, K. Quinn, and S. Sraders re status update and strategy moving forward. | 1.00 | 600.00 |
| Grim, E. | 11/05/20 | Analyze issues relating to Document F. | .60 | 360.00 |
| Wolf, D. | 11/05/20 | Confer with S. Gilbert, R. Shore, K. Quinn, J. Hudson, E. Grim, and S. Sraders re bankruptcy and insurance recovery strategy. | 1.00 | 600.00 |
| Wolf, D. | 11/05/20 | Revise Document A, section 2. | .20 | 120.00 |
| Massarsky, B. | 11/05/20 | Continue drafting memorandum re Insurance Issue #22 impact on insurance coverage. | .50 | 250.00 |
| Johnson, K. | 11/05/20 | Revise tracking spreadsheet to include new correspondence re Document I. | .20 | 45.00 |
| Sraders, S. | 11/05/20 | Confer with S. Gilbert, K. Quinn, R. Shore, J. Hudson, E. Grim, and D. Wolf re strategy. | 1.00 | 500.00 |
| Quinn, K. | 11/06/20 | Confer with MSGE and R. Shore re Document F. | 1.00 | 950.00 |
| Shore, R. | 11/06/20 | Analyze bankruptcy and insurance recovery strategy. | .50 | 600.00 |
| Shore, R. | 11/06/20 | Review Debtors' edits to Document A. | .80 | 960.00 |
| Shore, R. | 11/06/20 | Review update on research related to Insurance Issue #20. | .20 | 240.00 |

Invoice Number: 11321944
January 20, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Shore, R. | 11/06/20 | Confer with MSGE and K. Quinn re Document F. | 1.00 | 1,200.00 |
| Hudson, J. | 11/06/20 | Review Debtors' edits to Document A. | .50 | 337.50 |
| Hudson, J. | 11/06/20 | Review research related to Insurance Issue #20. | .20 | 135.00 |
| Hudson, J. | 11/06/20 | Analyze insurance status and strategy. | .90 | 607.50 |
| Hudson, J. | 11/06/20 | Communicate with Brown Rudnick re filing Document F. | .40 | 270.00 |
| Hudson, J. | 11/06/20 | Revise Document F. | .10 | 67.50 |
| Wolf, D. | 11/06/20 | Analyze bankruptcy and insurance recovery strategy. | .90 | 540.00 |
| Wolf, D. | 11/06/20 | Draft memorandum re bankruptcy negotiations and insurance recovery strategy. | 2.20 | 1,320.00 |
| Massarsky, B. | 11/06/20 | Analyze newly uploaded documents to Intralinks website for relevance to insurance coverage issues. | .30 | 150.00 |
| Massarsky, B. | 11/06/20 | Continue drafting memorandum re Insurance Issue #22 impact on insurance coverage. | .90 | 450.00 |
| Gaske, A. | 11/06/20 | Revise tracking spreadsheet re response to Document I. | .60 | 270.00 |
| Gaske, A. | 11/06/20 | Review summary of S. Baker deposition re insurance-related testimony. | .20 | 90.00 |
| Quinn, K. | 11/08/20 | Review Document F. | .40 | 380.00 |
| Quinn, K. | 11/08/20 | Revise draft correspondence re Document F strategy. | .20 | 190.00 |
| Shore, R. | 11/08/20 | Analyze Document F strategy. | .80 | 960.00 |
| Shore, R. | 11/08/20 | Revise note to S. Gilbert re Document F. | .80 | 960.00 |
| Hudson, J. | 11/08/20 | Analyze approach to Document F in light of discussions with other public claimant groups. | .90 | 607.50 |
| Hudson, J. | 11/08/20 | Analyze insurance strategy as part of larger strategy. | .50 | 337.50 |
| Hudson, J. | 11/08/20 | Review analysis of insurance discussions at depositions to date. | .10 | 67.50 |
| Wolf, D. | 11/08/20 | Revise memorandum re bankruptcy negotiations and insurance recovery strategy. | .40 | 240.00 |
| Quinn, K. | 11/09/20 | Confer with A. Troop (NCSG counsel) re Document F. | .60 | 570.00 |
| Shore, R. | 11/09/20 | Review Document F strategy. | 1.40 | 1,680.00 |
| Shore, R. | 11/09/20 | Analyze potential next steps for Insurers #3, #6, and #24. | .10 | 120.00 |
| Shore, R. | 11/09/20 | Revise notes to client, multistate group, and non-consenting states group re status of stipulation and next steps. | .20 | 240.00 |

Invoice Number: 11321944
January 20, 2021

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Hudson, J. | 11/09/20 | Communicate with team re update related to insurance strategy efforts. | .10 | 67.50 |
| Hudson, J. | 11/09/20 | Confer with A. Kramer (Debtors' counsel) re confidentiality agreements for insurer discussions. | .10 | 67.50 |
| Hudson, J. | 11/09/20 | Analyze next steps for Document F. | 1.40 | 945.00 |
| Hudson, J. | 11/09/20 | Analyze potential next steps for Insurers #3, #6, and #24. | .10 | 67.50 |
| Hudson, J. | 11/09/20 | Analyze next steps for insurance recovery strategy. | .60 | 405.00 |
| Hudson, J. | 11/09/20 | Confer with Debtors and UCC re proposal for Document F. | .20 | 135.00 |
| Hudson, J. | 11/09/20 | Confer with A. Kramer (Debtors' counsel) and A. Preis (UCC counsel) re next steps for Insurers #3, #6, and #24. | .10 | 67.50 |
| Hudson, J. | 11/09/20 | Revise Document F. | .40 | 270.00 |
| Hudson, J. | 11/09/20 | Confer with non-consenting states' counsel re status of Document F. | .50 | 337.50 |
| Hudson, J. | 11/09/20 | Confer with Brown Rudnick re procedural approach to Document F. | .10 | 67.50 |
| Wolf, D. | 11/09/20 | Revise memorandum re Document L. | .40 | 240.00 |
| Massarsky, B. | 11/09/20 | Continue drafting memorandum re Insurance Issue #22 impact on insurance coverage. | 1.60 | 800.00 |
| Gaske, A. | 11/09/20 | Draft insurance task list. | .90 | 405.00 |
| Shore, R. | 11/10/20 | Review response to initial response from Insurers #3, #6, and #24 to confidentiality agreement. | .20 | 240.00 |
| Shore, R. | 11/10/20 | Communicate with S. Gilbert re Document F. | .20 | 240.00 |
| Hudson, J. | 11/10/20 | Review and respond to initial response from Insurers #3, #6, and #24 to confidentiality agreement. | .80 | 540.00 |
| Hudson, J. | 11/10/20 | Analyze insurance recovery strategy. | .30 | 202.50 |
| Hudson, J. | 11/10/20 | Begin drafting settlement position paper to Insurers #3, #6, and #24. | 1.30 | 877.50 |
| Grim, E. | 11/10/20 | Review insurer confidentiality agreement. | .10 | 60.00 |
| Shore, R. | 11/11/20 | Analyze insurance strategy and next steps. | .60 | 720.00 |
| Hudson, J. | 11/11/20 | Review insurance recovery strategy. | .70 | 472.50 |
| Hudson, J. | 11/11/20 | Revise position paper re Insurers #3, #6, #24. | .10 | 67.50 |
| Hudson, J. | 11/11/20 | Analyze next steps for insurance recovery analysis. | .20 | 135.00 |
| Grim, E. | 11/11/20 | Review D&O insurance recovery strategy. | .70 | 420.00 |
| Wolf, D. | 11/11/20 | Analyze D&O insurance and recovery strategy. | 1.30 | 780.00 |
| Wolf, D. | 11/11/20 | Revise strategy memorandum re D&O insurance recovery. | 1.30 | 780.00 |
| Gaske, A. | 11/11/20 | Review insurance update and strategy. | .80 | 360.00 |

Invoice Number: 11321944
January 20, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|------:|-------:|
| Shore, R. | 11/12/20 | Review and revise draft insurance section of planning memorandum. | 1.50 | 1,800.00 |
| Hudson, J. | 11/12/20 | Revise strategy outline sections pertaining to insurance recovery. | .40 | 270.00 |
| Wolf, D. | 11/12/20 | Revise memorandum re bankruptcy and insurance recovery strategy. | .20 | 120.00 |
| Shore, R. | 11/13/20 | Review next steps for insurance recovery. | .20 | 240.00 |
| Shore, R. | 11/13/20 | Review response to M. Auslander on confidentiality agreement. | .20 | 240.00 |
| Hudson, J. | 11/13/20 | Review next steps for insurance recovery. | .10 | 67.50 |
| Hudson, J. | 11/13/20 | Review responses to reservation of rights letters. | .20 | 135.00 |
| Hudson, J. | 11/13/20 | Communicate with S. Gilbert re next steps for insurance recovery analysis. | .10 | 67.50 |
| Wolf, D. | 11/13/20 | Revise discovery requests re insurance coverage. | .30 | 180.00 |
| Gilbert, S. | 11/16/20 | Confer with insurance team re bankruptcy / insurance strategy. | .30 | 450.00 |
| Quinn, K. | 11/16/20 | Confer with team re insurance strategy and bankruptcy status. | .30 | 285.00 |
| Shore, R. | 11/16/20 | Confer with S. Gilbert, D. Wolf, K. Quinn, J. Hudson, E. Grim, A. Gaske, and S. Sraders re bankruptcy and insurance recovery strategy. | .30 | 360.00 |
| Hudson, J. | 11/16/20 | Confer with S. Gilbert and team re insurance strategy as a part of overall strategy. | .30 | 202.50 |
| Hudson, J. | 11/16/20 | Confer with A. Kramer (Debtors' counsel) and A. Preis (UCC counsel) re insurance recovery, including next steps for Insurers #3, #6, and #24. | .20 | 135.00 |
| Hudson, J. | 11/16/20 | Analyze insurance recovery strategy, including next steps for Insurers #3, #6, and #24. | .60 | 405.00 |
| Grim, E. | 11/16/20 | Confer with bankruptcy team (K. Quinn, S. Sraders, S. Gilbert) and insurance teams (R. Shore, J. Hudson, D. Wolf, A. Gaske) re case status and strategy. | .30 | 180.00 |
| Wolf, D. | 11/16/20 | Confer with S. Gilbert, R. Shore, K. Quinn, J. Hudson, E. Grim, A. Gaske, and S. Sraders re bankruptcy and insurance recovery strategy. | .30 | 180.00 |
| Gaske, A. | 11/16/20 | Confer with team re case status and strategy. | .30 | 135.00 |
| Sraders, S. | 11/16/20 | Confer with team re insurance and bankruptcy strategy. | .30 | 150.00 |
| Johnson, K. | 11/17/20 | Revise tracking spreadsheet to include new correspondence re Document I. | .20 | 45.00 |
| Gaske, A. | 11/17/20 | Revise tracking spreadsheet re summarize response to Document I. | .60 | 270.00 |

Invoice Number: 11321944
January 20, 2021

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Hudson, J. | 11/18/20 | Communicate with Debtors and UCC re insurance-related tasks. | .30 | 202.50 |
| Shore, R. | 11/19/20 | Confer with Debtors, UCC, J. Hudson, and A. Gaske re next steps. | .80 | 960.00 |
| Hudson, J. | 11/19/20 | Review Debtors' suggested revisions to Document A. | .40 | 270.00 |
| Hudson, J. | 11/19/20 | Confer with Debtors and UCC re insurance-related tasks. | .80 | 540.00 |
| Hudson, J. | 11/19/20 | Analyze next steps in insurance recovery. | .60 | 405.00 |
| Gaske, A. | 11/19/20 | Confer with Debtors, UCC, R. Shore and J. Hudson re insurance next steps. | .80 | 360.00 |
| Shore, R. | 11/20/20 | Analyze insurance recovery strategy. | .60 | 720.00 |
| Hudson, J. | 11/20/20 | Confer with A. Preis (UCC counsel) re potential impacts of pending discussions on insurance strategy. | .10 | 67.50 |
| Gilbert, S. | 11/23/20 | Meet with team re insurance strategy. | .20 | 300.00 |
| Quinn, K. | 11/23/20 | Confer with A. Preis (UCC counsel), R. Shore and J. Hudson re mediation related issues. | .60 | 570.00 |
| Shore, R. | 11/23/20 | Review insurance recovery issues. | .40 | 480.00 |
| Shore, R. | 11/23/20 | Confer with A. Kramer (Debtors' counsel) and J. Hudson re insurance strategy. | .20 | 240.00 |
| Shore, R. | 11/23/20 | Confer with A. Pries (UCC counsel), K. Quinn, and J. Hudson re insurance mediation. | .60 | 720.00 |
| Shore, R. | 11/23/20 | Confer with bankruptcy team (S. Gilbert, K. Quinn, E. Grim, S. Sraders) and insurance team (R. Shore, J. Hudson, A. Gaske) re insurance / bankruptcy strategy. | .20 | 240.00 |
| Hudson, J. | 11/23/20 | Analyze insurance recovery strategy. | .70 | 472.50 |
| Hudson, J. | 11/23/20 | Confer with A. Kramer (Debtors' counsel) and R. Shore re insurance recovery strategy. | .20 | 135.00 |
| Hudson, J. | 11/23/20 | Confer with A. Preis (UCC counsel), K. Quinn and R. Shore re insurance recovery. | .60 | 405.00 |
| Hudson, J. | 11/23/20 | Revise settlement position paper to be sent to Insurers #3, #6, and #24. | .30 | 202.50 |
| Grim, E. | 11/23/20 | Confer with bankruptcy team (S. Gilbert, K. Quinn, E. Grim, S. Sraders) and insurance team (R. Shore, J. Hudson, A. Gaske). | .20 | 120.00 |
| Gaske, A. | 11/23/20 | Review deposition summary of R. Sackler re insurance-related topics. | .20 | 90.00 |
| Gaske, A. | 11/23/20 | Review insurance status update. | .40 | 180.00 |

Invoice Number: 11321944
January 20, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gaske, A. | 11/23/20 | Confer with bankruptcy team (S. Gilbert, K. Quinn, E. Grim, S. Sraders) and insurance team (R. Shore, J. Hudson, and A. Gaske) re strategy. | .20 | 90.00 |
| Sraders, S. | 11/23/20 | Confer with insurance team (R. Shore, J. Hudson, A. Gaske) and bankruptcy team (S. Gilbert, K. Quinn, E. Grim) re case progress and strategy. | .20 | 100.00 |
| Gilbert, S. | 11/24/20 | Confer with S. Birnbaum (Debtors' counsel) re Document F. | .50 | 750.00 |
| Shore, R. | 11/24/20 | Confer with J. Hudson re settlement position paper to be sent to Insurers #3, #6, and #24. | .10 | 120.00 |
| Shore, R. | 11/24/20 | Confer with counsel for Insurers #3, #6, and #24 re scheduling. | .50 | 600.00 |
| Shore, R. | 11/24/20 | Correspond with S. Birnbaum (Debtors' counsel) and S. Gilbert re Document F. | .20 | 240.00 |
| Hudson, J. | 11/24/20 | Confer with R. Shore re settlement position paper to be sent to Insurers #3, #6, and #24. | .10 | 67.50 |
| Hudson, J. | 11/24/20 | Confer with counsel for Insurers #3, #6, and #24 re next steps. | .30 | 202.50 |
| Hudson, J. | 11/24/20 | Revise settlement position paper to be sent to Insurers #3, #6, and #24. | 5.20 | 3,510.00 |
| Grim, E. | 11/24/20 | Revise insurer letter to reflect current status of bankruptcy proceedings. | .20 | 120.00 |
| Wolf, D. | 11/24/20 | Revise letter to Insurer #3 re scope of coverage under various policies. | 1.00 | 600.00 |
| Sraders, S. | 11/24/20 | Review draft Insurer #3 position paper. | .10 | 50.00 |
| Gilbert, S. | 11/25/20 | Confer with claimant counsel re insurance. | .70 | 1,050.00 |
| Quinn, K. | 11/25/20 | Confer with J. Hudson re news reports and implications for insurance recovery. | .20 | 190.00 |
| Shore, R. | 11/25/20 | Review draft confidentiality agreement from Insurer #3. | .50 | 600.00 |
| Hudson, J. | 11/25/20 | Revise settlement position paper to be sent to Insurers #3, #6, and #24. | .20 | 135.00 |
| Hudson, J. | 11/25/20 | Review insurers' proposed edits to confidentiality agreement. | .30 | 202.50 |
| Hudson, J. | 11/25/20 | Confer with K. Quinn re Insurance Issue #22 in light of recent developments. | .30 | 202.50 |
| Gaske, A. | 11/27/20 | Review opioid coverage claim decisions. | .70 | 315.00 |
| Quinn, K. | 11/29/20 | Confer with R. Shore re confidentiality agreement. | .30 | 285.00 |
| Shore, R. | 11/29/20 | Review insurance confidentiality agreement. | .60 | 720.00 |
| Shore, R. | 11/29/20 | Confer with K. Quinn re confidentiality agreement. | .30 | 360.00 |
| Shore, R. | 11/29/20 | Communicate with S. Gilbert re Document F. | .10 | 120.00 |

Invoice Number: 11321944
January 20, 2021

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Hudson, J. | 11/29/20 | Revise settlement position paper to be sent to Insurers #3, #6, and #24. | .90 | 607.50 |
| Hudson, J. | 11/29/20 | Analyze next steps as to Insurers #3, #6, and #24 with Debtors and UCC. | .30 | 202.50 |
| Hudson, J. | 11/29/20 | Analyze approach to insurance confidentiality agreement. | .70 | 472.50 |
| Hudson, J. | 11/29/20 | Confer with A. Kramer (Debtors' counsel) re position paper to be sent to Insurers #3, #6, and #24. | .10 | 67.50 |
| Gaske, A. | 11/29/20 | Continue reviewing court opinions on coverage of opioid claims re Insurance Issue #20 memorandum. | .70 | 315.00 |
| Gilbert, S. | 11/30/20 | Confer with team re insurance strategy. | .80 | 1,200.00 |
| Shore, R. | 11/30/20 | Confer with insurance and bankruptcy teams (S. Gilbert, K. Quinn, J. Hudson, E. Grim, D. Wolf, S. Sraders, and A. Gaske) re insurance recovery strategy and related issues. | .80 | 960.00 |
| Shore, R. | 11/30/20 | Review status of Document F. | .20 | 240.00 |
| Hudson, J. | 11/30/20 | Confer with A. Kramer (Debtors' counsel) re position paper to be sent to Insurers #3, #6, and #24. | .10 | 67.50 |
| Hudson, J. | 11/30/20 | Communicate with R. Leveridge, M. Rush, and A. Farra re insurance strategy. | .10 | 67.50 |
| Hudson, J. | 11/30/20 | Revise draft confidentiality agreement with Insurers #3, #6, and #24. | .40 | 270.00 |
| Hudson, J. | 11/30/20 | Confer with insurance and bankruptcy teams (S. Gilbert, K. Quinn, R. Shore, E. Grim, D. Wolf, S. Sraders, and A. Gaske) re insurance recovery strategy, including Documents A and F, and Insurers #3, #6, and #24. | .80 | 540.00 |
| Hudson, J. | 11/30/20 | Review status of research related to Insurance Issue #20. | .10 | 67.50 |
| Hudson, J. | 11/30/20 | Review position paper to be sent to Insurers #3, #6, and #24. | .10 | 67.50 |
| Hudson, J. | 11/30/20 | Begin revising Document N. | .20 | 135.00 |
| Hudson, J. | 11/30/20 | Confer with G. Cicero (Brown Rudnick) re options for Document F. | .10 | 67.50 |
| Hudson, J. | 11/30/20 | Confer with A. Troop (NCSG counsel) re Document F. | .10 | 67.50 |
| Hudson, J. | 11/30/20 | Revise Document F. | .70 | 472.50 |
| Girgenti, J. | 11/30/20 | Research re Insurance Issue #22 and effect on previous analysis. | .50 | 167.50 |
| Girgenti, J. | 11/30/20 | Draft memorandum re impact of Insurance Issue #22 re insurance coverage | .50 | 167.50 |

Invoice Number: 11321944
January 20, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Grim, E. | 11/30/20 | Confer with insurance team (R. Shore, J. Hudson, D. Wolf, A Gaske) and bankruptcy team (S. Gilbert, K. Quinn, S. Sraders) re insurance recovery strategy. | .80 | 480.00 |
| Wolf, D. | 11/30/20 | Confer with S. Gilbert, R. Shore, K. Quinn, J. Hudson, A. Gaske, and S. Sraders re insurance recovery and bankruptcy strategy. | .80 | 480.00 |
| Johnson, K. | 11/30/20 | Review board minutes for purposes of insurance analysis. | .50 | 112.50 |
| Gaske, A. | 11/30/20 | Confer with J. Hudson, R. Shore, D. Wolf, (insurance team), S. Sraders, K. Quinn, E. Grim, and S. Gilbert (bankruptcy team) re case updates. | .80 | 360.00 |
| Gaske, A. | 11/30/20 | Draft memorandum re Insurance Issue #20. | 3.90 | 1,755.00 |
| Sraders, S. | 11/30/20 | Confer with insurance team (R. Shore, J. Hudson, D. Wolf, A. Gaske) and bankruptcy team (S. Gilbert, K. Quinn, E. Grim) re case progress and strategy. | .80 | 400.00 |
| | | **Project Total:** | **103.10** | **$ 74,176.50** |

## A004: Case Administration

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 11/02/20 | Correspond with AHC co-counsel re mediation strategy (1.1); confer with co-counsel re same (0.9). | 2.00 | 3,000.00 |
| Quinn, K. | 11/02/20 | Review summaries of depositions. | .30 | 285.00 |
| Grim, E. | 11/02/20 | Review summaries of Sackler depositions. | .10 | 60.00 |
| Gilbert, S. | 11/04/20 | Confer with D. Nachman (NCSG counsel) and others re post-emergence Purdue governance issues. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/04/20 | Confer with T. Phillips (mediator) re next steps in mediation. | .50 | 750.00 |
| Gilbert, S. | 11/05/20 | Confer with AHC co-counsel re governance issues (1.0); draft correspondence re same (1.0). | 2.00 | 3,000.00 |
| Gilbert, S. | 11/05/20 | Confer with Debtors' counsel re third party. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/06/20 | Confer with D. Nachman (NCSG counsel) re third party. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/06/20 | Confer with AHC representatives and co-counsel re third party. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/06/20 | Confer with Houlihan Lokey re third party. | .50 | 750.00 |
| Gilbert, S. | 11/06/20 | Confer with K. Feinberg (mediator) re open issues in Phase II mediation. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/06/20 | Confer with D. Nachman (NCSG counsel) re mediation. | 1.00 | 1,500.00 |

Invoice Number: 11321944
January 20, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 11/08/20 | Confer with A. Preis (UCC counsel) re open Phase II mediation issues. | .50 | 750.00 |
| Gilbert, S. | 11/09/20 | Confer with D. Nachman (NCSG counsel) re new developments in Phase II mediation. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/09/20 | Confer with co-counsel (D. Molton and others) re DOJ settlement. | .70 | 1,050.00 |
| Gilbert, S. | 11/09/20 | Confer with Houlihan Lokey re third party. | .50 | 750.00 |
| Quinn, K. | 11/09/20 | Participate in call with AHC co-counsel re DOJ proposed settlement. | .70 | 665.00 |
| Grim, E. | 11/09/20 | Confer with co-counsel (D. Molton, M. Cyganowski and others) re response to DOJ deal. | .70 | 420.00 |
| Gilbert, S. | 11/10/20 | Confer with D. Nachman (NCSG counsel) re DOJ settlement. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/11/20 | Confer with D. Nachman (NCSG counsel) re post-emergence Purdue governance issues. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/11/20 | Confer with AHC professionals re mediation. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/12/20 | Confer with AHC, UCC, and NCSG re Sackler issues. | 1.80 | 2,700.00 |
| Gilbert, S. | 11/12/20 | Confer with AHC professionals re open governance issues for post-emergence Purdue. | .50 | 750.00 |
| Gilbert, S. | 11/12/20 | Attend UCC presentation re Sacklers. | 1.80 | 2,700.00 |
| Quinn, K. | 11/12/20 | Review and correspond re Drain letter re amicus. | .30 | 285.00 |
| Grim, E. | 11/12/20 | Confer with UCC counsel (A. Preis, others) re Sackler issues. | 1.80 | 1,080.00 |
| Sraders, S. | 11/12/20 | Confer with UCC, AHC, and NCSG re Sackler issues. | 1.80 | 900.00 |
| Gilbert, S. | 11/13/20 | Confer with D. Nachman (NCSG counsel) re next steps in mediation. | 1.00 | 1,500.00 |
| Sraders, S. | 11/13/20 | Confer with G. Cicero (Brown Rudnick) re issues related to Sackler negotiations. | .10 | 50.00 |
| Gilbert, S. | 11/15/20 | Confer with D. Nachman (NCSG counsel) re new developments in mediation. | .50 | 750.00 |
| Quinn, K. | 11/15/20 | Participate in call with DOJ re settlement. | 1.30 | 1,235.00 |
| Gilbert, S. | 11/16/20 | Confer with D. Nachman (NCSG counsel) re issues arising from DOJ settlement. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/16/20 | Confer with M. Huebner (Debtors' counsel) re post-emergence Purdue. | .40 | 600.00 |
| Gilbert, S. | 11/16/20 | Confer with mediators re mediation. | 1.00 | 1,500.00 |
| Quinn, K. | 11/16/20 | Confer with team re overall case strategy and next steps. | .50 | 475.00 |
| Quinn, K. | 11/16/20 | Participate in call with DOJ re status and corporate structure. | 1.20 | 1,140.00 |

Invoice Number: 11321944
January 20, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 11/17/20 | Attend hearing re DOJ settlement. | 2.50 | 3,750.00 |
| Quinn, K. | 11/17/20 | Participate in hearing re DOJ settlement (Part II). | 1.00 | 950.00 |
| Sraders, S. | 11/17/20 | Attend hearing re approval of DOJ settlement with Debtors. | 2.50 | 1,250.00 |
| Sraders, S. | 11/17/20 | Draft summary of hearing on motion to approve settlement with DOJ. | 1.00 | 500.00 |
| Gilbert, S. | 11/18/20 | Confer with D. Nachman (NCSG counsel) re DOJ settlement hearing and next steps. | 1.00 | 1,500.00 |
| Quinn, K. | 11/18/20 | Review summary of remainder of hearing. | .20 | 190.00 |
| Grim, E. | 11/18/20 | Review summaries of DOJ settlement approval hearing and Court ruling. | .20 | 120.00 |
| Gilbert, S. | 11/19/20 | Meet with K. Feinberg (mediator) re next steps in mediation. | 2.00 | 3,000.00 |
| Gilbert, S. | 11/20/20 | Confer with D. Nachman (NCSG counsel) re Sackler negotiations. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/20/20 | Confer with AHC and NCSG re structure. | 2.00 | 3,000.00 |
| Grim, E. | 11/20/20 | Confer with AHC and NCSG re post-emergence structure. | 2.00 | 1,200.00 |
| Sraders, S. | 11/20/20 | Confer with Debtors re public health initiatives. | 1.30 | 650.00 |
| Gilbert, S. | 11/23/20 | Confer with D. Nachman (NCSG counsel) re post-emergence Purdue. | 1.00 | 1,500.00 |
| Grim, E. | 11/23/20 | Communicate with S. Gilbert re next steps in Phase II mediation. | .20 | 120.00 |
| Gilbert, S. | 11/24/20 | Confer with AHC re mediation status and strategy. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/24/20 | Confer with K. Feinberg (mediator) re mediation (0.7); confer with M. Huebner (Debtors' counsel) re same (0.3). | 1.00 | 1,500.00 |
| Gilbert, S. | 11/25/20 | Confer with D. Nachman (NCSG counsel) re Sackler negotiations. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/25/20 | Meet with AHC and NCSG re post-emergence Purdue. | 1.50 | 2,250.00 |
| Gilbert, S. | 11/25/20 | Confer with K. Feinberg (mediator) re TDP negotiations (0.7); confer with T. Phillips (mediator) re other Phase II issues (0.6); confer with S. Birnbaum and M. Kesselman (Debtors' counsel) re same (0.7). | 2.00 | 3,000.00 |
| Quinn, K. | 11/25/20 | Review NCSG proposal re Sacklers. | .30 | 285.00 |
| Quinn, K. | 11/25/20 | Participate in call with NCSG re Sackler negotiations. | .60 | 570.00 |
| Grim, E. | 11/25/20 | Confer with AHC and NCSG re Sackler negotiations and next steps. | .60 | 360.00 |

Invoice Number: 11321944
January 20, 2021

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Gilbert, S. | 11/28/20 | Confer with G. Uzzi (Sackler counsel) re Sackler negotiations. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/29/20 | Confer with D. Nachman (NCSG counsel) re Sackler negotiations. | .50 | 750.00 |
| Gilbert, S. | 11/30/20 | Confer with D. Nachman (NCSG counsel) re Sackler negotiations. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/30/20 | Attend mediation with AHC and Sacklers. | 1.70 | 2,550.00 |
| Gilbert, S. | 11/30/20 | Correspond with mediators re mediation (0.6); confer with mediators re same (0.9). | 1.50 | 2,250.00 |
| Quinn, K. | 11/30/20 | Confer with NCSG re mediation follow up. | .80 | 760.00 |
| Quinn, K. | 11/30/20 | Confer with AHC co-counsel and Sackler counsel re next steps in Sackler negotiations. | 1.20 | 1,140.00 |
| Grim, E. | 11/30/20 | Confer with AHC co-counsel and Sackler counsel re Sackler negotiations. | 1.20 | 720.00 |
| Grim, E. | 11/30/20 | Confer with AHC and NCSG re Sackler negotiations, | 1.70 | 1,020.00 |
| Johnson, K. | 11/30/20 | Revise pro hac vice motions and orders re J. Hudson, M. Rush, R. Shore and A. Gaske. | 2.40 | 540.00 |
| | | **Project Total:** | **72.40** | **$ 86,570.00** |

## A006:  Employment / Fee Applications

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Quinn, K. | 11/02/20 | Revise fee statements. | .50 | 475.00 |
| Holland, P. | 11/04/20 | Revise September fee statement per E. Grim comments (1.1); communicate with C. Gange re same (.1). | 1.20 | 330.00 |
| Holland, P. | 11/12/20 | Finalize September fee statement; communicate with C. Gange re same. | .60 | 165.00 |
| Holland, P. | 11/12/20 | Revise 3rd interim fee application and exhibits (1.2); communicate with K. Quinn and E. Grim re same (.1). | 1.30 | 357.50 |
| Quinn, K. | 11/15/20 | Review interim fee application. | .30 | 285.00 |
| Quinn, K. | 11/19/20 | Review Debtors' motion re fee application issues. | .30 | 285.00 |
| Grim, E. | 11/23/20 | Revise October fee application. | .70 | 420.00 |
| Holland, P. | 11/24/20 | Communicate with C. Gange (Kramer Levin), E. Grim and K. Quinn re status of submission of allocation fees and expenses. | .20 | 55.00 |
| Grim, E. | 11/30/20 | Revise October/November fee statements. | 2.90 | 1,740.00 |
| | | **Project Total:** | **8.00** | **$ 4,112.50** |

Invoice Number: 11321944
January 20, 2021

## A009:  Meetings / Communications with AHC & Creditors

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 11/02/20 | Confer with AHC re mediation. | 1.50 | 2,250.00 |
| Gilbert, S. | 11/03/20 | Confer with non-states of AHC re mediation status and strategy. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/04/20 | Confer with AHC re business structure. | 1.00 | 1,500.00 |
| Quinn, K. | 11/04/20 | Participate in call with AHC re business structure. | 1.00 | 950.00 |
| Gilbert, S. | 11/05/20 | Confer with AHC re mediation status and strategy. | 1.00 | 1,500.00 |
| Grim, E. | 11/06/20 | Communicate with J. Conroy (AHC rep) re post-emergence Purdue. | .40 | 240.00 |
| Gilbert, S. | 11/07/20 | Confer with J. Rice (AHC rep) re Sacklers. | 1.00 | 1,500.00 |
| Hudson, J. | 11/09/20 | Confer with Ad Hoc Committee re status of Document F. | .10 | 67.50 |
| Gilbert, S. | 11/10/20 | Confer with AHC re Sackler negotiations. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/10/20 | Confer with AHC professionals re third party. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/11/20 | Confer with AHC re third party. | 1.50 | 2,250.00 |
| Grim, E. | 11/12/20 | Confer with AHC re follow-up issues from meeting with Debtors re structure of post-emergence Purdue. | .50 | 300.00 |
| Grim, E. | 11/13/20 | Confer with AHC mediation subgroup re structure of post-emergence Purdue. | 1.30 | 780.00 |
| Gilbert, S. | 11/15/20 | Confer with P. Singer (AHC rep) re mediation. | .80 | 1,200.00 |
| Gilbert, S. | 11/16/20 | Confer with P. Singer (AHC rep) re mediation status and strategy. | .50 | 750.00 |
| Gilbert, S. | 11/17/20 | Confer with AHC re mediation strategy. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/18/20 | Attend AHC meeting re post-emergence Purdue governance issues. | 1.60 | 2,400.00 |
| Grim, E. | 11/18/20 | Confer with AHC re post-emergence Purdue governance issues. | 1.60 | 960.00 |
| Sraders, S. | 11/18/20 | Confer with Ad Hoc Committee re post-emergence Purdue governance issues. | 1.60 | 800.00 |
| Gilbert, S. | 11/19/20 | Confer with AHC re mediation strategy. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/19/20 | Confer with AHC mediation delegation re structure, tax issues, and tribes. | 2.00 | 3,000.00 |
| Gilbert, S. | 11/20/20 | Attend AHC meeting with Debtors re post-emergence structure. | 1.50 | 2,250.00 |
| Gilbert, S. | 11/30/20 | Meet with AHC re Sacklers. | 1.50 | 2,250.00 |
| Gilbert, S. | 11/30/20 | Confer with J. Rice (AHC rep) re Sacklers. | .50 | 750.00 |
| | | **Project Total:** | **25.90** | **$ 33,197.50** |

Invoice Number: 11321944
January 20, 2021

**A019:  Plan of Reorganization / Disclosure Statement**

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 11/03/20 | Attend AHC presentation to DOJ re post-emergence Purdue. | 1.40 | 2,100.00 |
| Quinn, K. | 11/03/20 | Meet with DOJ re future of the company and public health goals. | 1.40 | 1,330.00 |
| Grim, E. | 11/03/20 | Confer with DOJ re structure of future Purdue. | 1.40 | 840.00 |
| Sraders, S. | 11/04/20 | Review recent correspondence re term sheet. | .20 | 100.00 |
| Quinn, K. | 11/05/20 | Review post-emergence structure document. | .70 | 665.00 |
| Quinn, K. | 11/05/20 | Confer with professionals re post-emergence structure recommendations. | 1.00 | 950.00 |
| Quinn, K. | 11/05/20 | Review and analyze correspondence re tribal and tax structures. | .30 | 285.00 |
| Sraders, S. | 11/05/20 | Draft outline re next steps in matter. | .50 | 250.00 |
| Quinn, K. | 11/06/20 | Meet with team re strategy memorandum (0.5); review draft outline re tasks for strategy memorandum (0.2). | .70 | 665.00 |
| Quinn, K. | 11/06/20 | Confer with co-counsel (R. Ringer and others) re bankruptcy sale options. | 1.10 | 1,045.00 |
| Quinn, K. | 11/06/20 | Confer with S. Gilbert re sale issues. | .40 | 380.00 |
| Hudson, J. | 11/06/20 | Confer with K. Quinn, E. Grim and S. Sraders re strategy. | .20 | 135.00 |
| Grim, E. | 11/06/20 | Draft strategy outline re future of Purdue and road to confirmation. | 1.80 | 1,080.00 |
| Grim, E. | 11/06/20 | Confer with S. Sraders re strategy outline re road to confirmation. | .20 | 120.00 |
| Sraders, S. | 11/06/20 | Confer with K. Quinn, J. Hudson, and E. Grim re preparation of strategic outlines. | .30 | 150.00 |
| Sraders, S. | 11/06/20 | Draft outline of considerations in Purdue reorganization. | 3.70 | 1,850.00 |
| Grim, E. | 11/07/20 | Draft strategy outline re future of Purdue and road to confirmation. | 1.50 | 900.00 |
| Quinn, K. | 11/08/20 | Review and consider tax implications correspondence from co-counsel. | .10 | 95.00 |
| Quinn, K. | 11/08/20 | Answer questions for strategic considerations memorandum. | .80 | 760.00 |
| Quinn, K. | 11/08/20 | Review outlines of case strategy memos. | 1.00 | 950.00 |
| Quinn, K. | 11/08/20 | Confer with co-counsel re DOJ proposal. | .80 | 760.00 |
| Grim, E. | 11/08/20 | Revise strategy outline re future of Purdue and road to confirmation. | 1.50 | 900.00 |
| Quinn, K. | 11/09/20 | Revise draft memorandum re post-emergence structure. | 4.50 | 4,275.00 |

Invoice Number: 11321944
January 20, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 11/09/20 | Participate in call with advisors re potential buyer issues. | .70 | 665.00 |
| Grim, E. | 11/09/20 | Revise strategy outline. | .30 | 180.00 |
| Sraders, S. | 11/09/20 | Revise outline re post-emergence structure. | 2.80 | 1,400.00 |
| Quinn, K. | 11/10/20 | Review draft TDP provided by PI claimants rep. | .50 | 475.00 |
| Quinn, K. | 11/10/20 | Confer with co-counsel re edits to draft memorandum re structure. | .50 | 475.00 |
| Grim, E. | 11/10/20 | Revise strategy outline re future of Purdue and road to confirmation. | 1.90 | 1,140.00 |
| Grim, E. | 11/10/20 | Review PI group proposed TDP. | .90 | 540.00 |
| Grim, E. | 11/10/20 | Confer with AHC subcommittee re PI group proposed TDP. | .80 | 480.00 |
| Gilbert, S. | 11/11/20 | Confer with B. Kelly (Brown Rudnick) re structure and tax issues. | .50 | 750.00 |
| Quinn, K. | 11/11/20 | Final review and revisions to governance presentations. | .30 | 285.00 |
| Grim, E. | 11/11/20 | Draft strategy outline re future of Purdue and road to confirmation. | 3.30 | 1,980.00 |
| Grim, E. | 11/11/20 | Continue to review PI group proposed TDP. | .30 | 180.00 |
| Gilbert, S. | 11/12/20 | Attend structure presentation to Debtors. | 2.00 | 3,000.00 |
| Gilbert, S. | 11/12/20 | Confer with mediators re TDP. | 1.00 | 1,500.00 |
| Quinn, K. | 11/12/20 | Participate in presentation to Debtors re structure issues. (partial) | 1.00 | 950.00 |
| Quinn, K. | 11/12/20 | Participate in UCC presentation re Sackler claim. | 1.00 | 950.00 |
| Quinn, K. | 11/12/20 | Participate in call with co-counsel re memorandum to clients re post-effective date structure. | .50 | 475.00 |
| Quinn, K. | 11/12/20 | Attend presentation from PI claimants re proposed TDP. | 1.00 | 950.00 |
| Quinn, K. | 11/12/20 | Review and revise memorandum re KL draft of corporate structure. | .50 | 475.00 |
| Grim, E. | 11/12/20 | Confer with Debtors re structure of post-emergence Purdue. | 2.40 | 1,440.00 |
| Grim, E. | 11/12/20 | Draft strategy outline re future of Debtors and road to confirmation. | 1.80 | 1,080.00 |
| Sraders, S. | 11/12/20 | Confer with personal injury creditors and outside counsel re trust distribution procedures. | 1.20 | 600.00 |
| Sraders, S. | 11/12/20 | Revise summary of Sackler presentation. | 1.80 | 900.00 |
| Gilbert, S. | 11/13/20 | Confer with mediation delegation co-counsel re structure issues relative to post-bankruptcy Purdue. | 1.30 | 1,950.00 |
| Gilbert, S. | 11/13/20 | Confer with D. Nachman (NCSG counsel) re post-emergence Purdue. | .70 | 1,050.00 |

Invoice Number: 11321944
January 20, 2021

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Quinn, K. | 11/13/20 | Meet with mediation delegation re post-bankruptcy corporate structure. | 1.30 | 1,235.00 |
| Quinn, K. | 11/13/20 | Correspond with co-counsel re post-bankruptcy structure negotiations. | .30 | 285.00 |
| Quinn, K. | 11/13/20 | Review KL revisions to post-bankruptcy structure memorandum. | .40 | 380.00 |
| Quinn, K. | 11/13/20 | Further revisions to draft memorandum re post-bankruptcy corporate structure. | 1.00 | 950.00 |
| Grim, E. | 11/13/20 | Draft strategy outline re future of Purdue and road to confirmation. | 2.90 | 1,740.00 |
| Grim, E. | 11/13/20 | Confer and correspond with S. Sraders and K. Quinn re strategy outline re post-emergence Purdue. | 1.20 | 720.00 |
| Grim, E. | 11/13/20 | Review NAS proposed TDP. | .20 | 120.00 |
| Sraders, S. | 11/13/20 | Confer with K. Quinn and E. Grim re strategy outline/presentation. | .40 | 200.00 |
| Quinn, K. | 11/16/20 | Review S. Gilbert update re structure conversations. | .20 | 190.00 |
| Grim, E. | 11/16/20 | Draft strategy outline re alternatives to consensual confirmation. | 1.10 | 660.00 |
| Grim, E. | 11/16/20 | Confer with DOJ representatives and co-counsel (D. Molton and others) re post-emergence Purdue. | 1.30 | 780.00 |
| Grim, E. | 11/16/20 | Revise strategy outline re outstanding issues re post-emergence Purdue. | 1.40 | 840.00 |
| Sraders, S. | 11/16/20 | Review presentation from Kramer Levin re alternative plan structures. | .30 | 150.00 |
| Grim, E. | 11/17/20 | Revise strategy outline re alternatives to consensual confirmation. | .20 | 120.00 |
| Grim, E. | 11/18/20 | Communicate with S. Sraders re follow-up issues from governance call. | .10 | 60.00 |
| Quinn, K. | 11/19/20 | Review correspondence between clients and others re post-emergence structure issues. | .20 | 190.00 |
| Quinn, K. | 11/19/20 | Confer with E. Grim re revisions to strategy deck. | .50 | 475.00 |
| Quinn, K. | 11/19/20 | Confer with E. Grim re plan alternatives memorandum. | .80 | 760.00 |
| Grim, E. | 11/19/20 | Confer with K. Quinn re memorandum on alternatives to consensual reorganization. | .80 | 480.00 |
| Grim, E. | 11/19/20 | Revise memorandum re alternatives to consensual reorganization. | .30 | 180.00 |
| Gilbert, S. | 11/20/20 | Confer with co-counsel re tax structuring. | 1.00 | 1,500.00 |
| Quinn, K. | 11/20/20 | Participate in call with AHC and NCSG re structure issues. | 1.80 | 1,710.00 |

Invoice Number: 11321944
January 20, 2021

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Quinn, K. | 11/20/20 | Telephone call with R. Ringer (Kramer Levin) and S. Gilbert re client requested bullet points. | .30 | 285.00 |
| Grim, E. | 11/20/20 | Revise memorandum re alternatives to consensual reorganization. | 5.60 | 3,360.00 |
| Sraders, S. | 11/20/20 | Confer with AHC and NCSG re governance structure. | 2.10 | 1,050.00 |
| Quinn, K. | 11/22/20 | Revise plan alternatives memorandum. | 1.00 | 950.00 |
| Grim, E. | 11/22/20 | Revise memorandum re alternatives to consensual reorganization. | .50 | 300.00 |
| Grim, E. | 11/22/20 | Communicate with TDP subcommittee re NAS proposal. | .10 | 60.00 |
| Quinn, K. | 11/23/20 | Communicate with K. Maclay re MSGE participation in plan support. | .10 | 95.00 |
| Quinn, K. | 11/23/20 | Revise KL draft decisions list for clients. | .70 | 665.00 |
| Grim, E. | 11/23/20 | Review NAS proposed TDP. | .20 | 120.00 |
| Gilbert, S. | 11/24/20 | Confer with PI counsel (A. Andrews) re NAS term sheet. | 1.20 | 1,800.00 |
| Gilbert, S. | 11/24/20 | Confer with AHC and NAS re NAS TDP term sheet. | 1.30 | 1,950.00 |
| Gilbert, S. | 11/24/20 | Meet with DOJ re structure. | 1.50 | 2,250.00 |
| Quinn, K. | 11/24/20 | Participate in call and pre-call with TDP subcommittee re NAS input into TDP issues. | 1.40 | 1,330.00 |
| Quinn, K. | 11/24/20 | Review NAS submissions re TDP issues. | .50 | 475.00 |
| Quinn, K. | 11/24/20 | Participate in call with DOJ and client re future of Purdue. | 1.00 | 950.00 |
| Grim, E. | 11/24/20 | Review NAS proposed TDP and letters. | .30 | 180.00 |
| Grim, E. | 11/24/20 | Confer with TDP subcommittee re NAS proposed TDP. | .20 | 120.00 |
| Grim, E. | 11/24/20 | Confer with DOJ re structure for post-emergence Purdue. | 1.10 | 660.00 |
| Grim, E. | 11/24/20 | Confer with TDP subcommittee and NAS group re NAS proposed TDP. | 1.20 | 720.00 |
| Quinn, K. | 11/25/20 | Review Brown Rudnick memorandum re tax letter status. | .40 | 380.00 |
| Quinn, K. | 11/25/20 | Review NAS comments re PI TDP. | .30 | 285.00 |
| Quinn, K. | 11/25/20 | Review Debtors' draft plan term sheet. | 1.00 | 950.00 |
| Gilbert, S. | 11/30/20 | Meet with professionals re plan term sheet. | 1.00 | 1,500.00 |
| Gilbert, S. | 11/30/20 | Meet with Debtors and public entities re post-emergence Purdue and PHI. | 1.30 | 1,950.00 |
| Quinn, K. | 11/30/20 | Participate in PHI / future of company presentation. | 1.30 | 1,235.00 |

Invoice Number: 11321944
January 20, 2021

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Grim, E. | 11/30/20 | Confer with Debtors and creditor groups re PHI projections. | 1.30 | 780.00 |
| | | **Project Total:** | **99.10** | **$ 82,580.00** |
| | | **TOTAL CHARGEABLE HOURS** | **308.50** | |
| | | **TOTAL FEES** | | **$ 280,636.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Gilbert, S. | 83.50 | 1,500.00 | 125,250.00 |
| Quinn, K. | 48.60 | 950.00 | 46,170.00 |
| Shore, R. | 17.60 | 1,200.00 | 21,120.00 |
| Holland, P. | 3.30 | 275.00 | 907.50 |
| Hudson, J. | 32.20 | 675.00 | 21,735.00 |
| Girgenti, J. | 1.40 | 335.00 | 469.00 |
| Grim, E. | 57.90 | 600.00 | 34,740.00 |
| Wolf, D. | 10.80 | 600.00 | 6,480.00 |
| Massarsky, B. | 4.90 | 500.00 | 2,450.00 |
| Johnson, K. | 7.20 | 225.00 | 1,620.00 |
| Gaske, A. | 17.10 | 450.00 | 7,695.00 |
| Sraders, S. | 24.00 | 500.00 | 12,000.00 |
| **TOTALS** | **308.50** | | **$ 280,636.50** |

**TASK SUMMARY**

| Task | Description | Hours | Amount |
|---|---|---|---|
| A001 | Asset Analysis & Recovery | 103.10 | 74,176.50 |
| A004 | Case Administration | 72.40 | 86,570.00 |
| A006 | Employment / Fee Applications | 8.00 | 4,112.50 |
| A009 | Meetings / Communications with AHC & Creditors | 25.90 | 33,197.50 |
| A019 | Plan of Reorganization / Disclosure Statement | 99.10 | 82,580.00 |

Invoice Number: 11321944
January 20, 2021

**EXPENSE DETAILS**

**E106:  Online Research**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 11/30/20 | Westlaw | E106 | 46.22 |
| 11/30/20 | PACER | E106 | 51.30 |
| | **Sub-Total of Expenses:** | | **$ 97.52** |

**E112:  Court Fees**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 11/30/20 | Filing Fees / DC Bar / M. Rush / Certificate of Good Standing / 11.30.2020 | E112 | 25.00 |
| 11/30/20 | Filing Fees / DC Bar / A. Gaske / Certificate of Good Standing / 11.30.2020 | E112 | 25.00 |
| 11/30/20 | Filing Fees / DC Bar / R. Shore / Certificate of Good Standing / 11.30.2020 | E112 | 25.00 |
| | **Sub-Total of Expenses:** | | **$ 75.00** |
| | **TOTAL EXPENSES** | | **$ 172.52** |
| | **TOTAL FEES AND EXPENSES** | | **$ 280,809.02** |