# EXHIBIT A

## EXHIBIT A – School District Clients

MIAMI-DADE COUNTY PUBLIC SCHOOL DISTRICT,

BALTIMORE PUBLIC SCHOOL DISTRICT,

ROCHESTER PUBLIC SCHOOL DISTRICT,

MINNETONKA PUBLIC SCHOOL DISTRICT,

**Illinois**

EAST AURORA PUBLIC SCHOOLS, DISTRICT 131,

THORNTON HIGH SCHOOLS, DISTRICT 205,

THORNTON FRACTIONAL HIGH SCHOOLS, DISTRICT 215,

JOLIET PUBLIC SCHOOLS, DISTRICT 86,

CHICAGO PUBLIC SCHOOLS, DISTRICT 299,

**West Virginia**

MASON COUNTY PUBLIC SCHOOL DISTRICT

**Kentucky**

FAYETTE COUNTY PUBLIC SCHOOLS,

LARUE COUNTY PUBLIC SCHOOLS,

BULLITT COUNTY PUBLIC SCHOOLS,

BREATHITT COUNTY PUBLIC SCHOOLS,

ESTILL COUNTY PUBLIC SCHOOLS,

HARRISON COUNTY PUBLIC SCHOOLS,

HART COUNTY PUBLIC SCHOOLS,

JEFFERSON COUNTY PUBLIC SCHOOLS,

JOHNSON COUNTY PUBLIC SCHOOLS,

LAWRENCE COUNTY PUBLIC SCHOOLS,

MARTIN COUNTY PUBLIC SCHOOLS,

MENIFEE COUNTY PUBLIC SCHOOLS,

OWSLEY COUNTY PUBLIC SCHOOLS,

WOLFE COUNTY PUBLIC SCHOOLS,

**Maine**

BANGOR SCHOOL DEPARTMENT,

CAPE ELIZABETH SCHOOL DISTRICT,

MAINE REGIONAL SCHOOL UNIT ("RSU") 10,

MAINE RSU 13,

MAINE RSU 25,

MAINE RSU 26,

MAINE RSU 29,

MAINE RSU 34,

MAINE RSU 40,

MAINE RSU 50,

MAINE RSU 57,

MAINE RSU 60,

MAINE RSU 71,

MAINE RSU 9,

MAINE SCHOOL ADMINISTRATIVE DISTRICT ("SAD") 11,

MAINE SAD 15,

MAINE SAD 28/FIVE TOWN CENTRAL SCHOOL DISTRICT,

MAINE SAD 35,

MAINE SAD 44,

MAINE SAD 53,

MAINE SAD 55,

MAINE SAD 6,

MAINE SAD 61,

MAINE SAD 72,

PORTLAND SCHOOL DISTRICT,

SCARBOROUGH SCHOOL DISTRICT,

SOUTH PORTLAND SCHOOL DISTRICT,

ST. GEORGE MUNICIPAL SCHOOL DISTRICT,

WATERVILLE SCHOOL DISTRICT,

ELLSWORTH SCHOOL DEPARTMENT

**New Hampshire**

GOSHEN SCHOOL DISTRICT,

KEARSARGE RSU SCHOOL -- ADMINISTRATIVE UNIT 65,

LEBANON SCHOOL DISTRICT,

PITTSFIELD SCHOOL DISTRICT,

TAMWORTH SCHOOL DISTRICT,

**New Mexico**

EUNICE PUBLIC SCHOOLS

GALLUP-MCKINLEY PUBLIC SCHOOLS