# EXHIBIT B

**Exhibit B**
Cocounsel's Clients with Other MDL Cases Pending

CITY OF SPRINGFIELD, MO
EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 HEALTH & WELFARE FUND
EMPLOYER-TEAMSTERS LOCAL NOS. 175 & 505 RETIREE HEALTH & WELFARE FUND
TEAMSTERS LOCAL NO. 348 HEALTH & WELFARE FUND
TEAMSTERS UNION LOCAL NO. 52 HEALTH AND WELFARE FUND
OHIO CONFERENCE OF TEAMSTERS & INDUSTRY HEALTH AND WELFARE FUND