December 30, 2020

Mrs. Fontaine Phillips
4611 Ann Court
Bellingham WA 98229

The Honorable Judge Robert D. Drain
United States Bankruptcy Court for the
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Case Number 19-23649

Dear Judge Drain,

## MOTION FOR LIFT OF AUTOMATIC STAY

I am writing today to ask that you recognize my claim against Purdue Pharma and the other debtors, in the amount of $3,250,000, as a non-dischargeable debt. I ask that you order my claim, Claim No.127279, be paid immediately and in full. The debtors have admitted to fraudulent criminal activity in relation to this case. Their conduct was egregious and harmful. From reading the documents put forth by the Debtors' counsel, I realize that the Bankruptcy Code rules are "designed to prevent just such a pre-plan of reorganization payment or settlement of my claim from taking place outside of certain limited circumstances," but my claim qualifies as a valid candidate based on the part of the Code that describes debts involving criminal fraud as non-dischargeable. While I do not have access to the claim numbers

I was 29 and had been suffering from a painful congenital deformity since childhood, when I was placed on oxycodone, and later Oxycontin, by my primary care physician. I was prescribed Oxycontin for a total of six years without a break and the aftermath has been devastating. It has become shockingly clear that Purdue knew that such an arrangement could never end well for me. Yet, the debtors continued to tout the efficacy of their drugs when it came to providing them to non-terminal/non-short-term-pain patients.

I am indeed lucky to be alive. However, my life has been absolutely ruined, including the loss of a rewarding and lucrative teaching career. I still have obligations and needs, but no way to meet them. Respectfully, I request that you send a check in the full amount of my claim to Fontaine Phillips, 4611 Ann Court, Bellingham, WA, 98229.

Thank you.
Sincerely,
Fontaine Phillips