Elsa L Serion
1982 Hoolaulea St
Pearl City, Hawaii 96782
(808) 384-2869
**Claim #614596**



U.S. Clerk of the
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

Dear Honorable Judge Drain,

## MOTION FOR RENEGOTIATION AND CLAIM PAYMENT

1. Under Claim No. 614596 Elsa L Serion, I would like to renegotiate and recover my personal injury claim against Purdue Pharma L.P. In lieu of recent developments, whereas Purdue Pharma LP and the U.S. Department of Justice have come to a resolution of it's criminal and civil investigation. Purdue Pharma L.P. has plead guilty to three federal criminal charges. Therefore, I ask that my settlement be multiplied by three from $300,000 to $900,000. I feel this is a fair settlement since there are no caps on personal injury settlements. My life has been horribly impacted by the hands of Purdue Pharma L.P. I had a hand in saving a life. I expended my energies and exhausted my finances to do that. However, in saving a life, I have been forever scarred emotionally and horribly impacted by Purdue Pharma L.P.

2. Purdue Pharma L.P. had admitted in federal court that they are guilty of "gross negligence". The company admitted to 3 felony counts for defrauding the federal government and for misleading the people in charge of making sure doctors do not over prescribe opiates violating the anti-kickback laws. Purdue kept paying doctors to keep patients hooked on opiates. I have witnessed firsthand this death dealing practice. I watched my friend, Keola Kekuewa, and my spiritual brother, try to take his life out of desperation. He was dead. He survived, but only to deal with his addiction. It would take years until he pulled himself out of this state. However, I have seen the struggle even now. Equally devastating, if not more, is the situation when these prescriptions are expended, no refills left, or no prescription given. I was subjected to both sides of the opiate addiction caused by Purdue Pharma, L.P. I myself, am now dealing with the consequences of expending my time, energies, and finances. I would like this claim to be resolved so that I can have closure and move on. Please send a check to my legal name: Elsa Lynn Serion and send it to the above mailing address. Thank you for your time and efforts.

I appreciate your prompt attention to this matter. If you have any questions please contact me directly at: (808) 384-2869 or elsa.hi@gmail.com

Sincerely,

*Elsa L. Serion*
Elsa L Serion