KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**SECOND NOTICE OF PROFESSIONAL FEE HOURLY
RATES FOR KING & SPALDING LLP, AS SPECIAL COUNSEL
TO THE DEBTORS AND DEBTORS IN POSSESSION**

**PLEASE TAKE NOTICE** that, on November 25, 2019, the Court approved the retention of King & Spalding LLP ("**K&S**") [ECF No. 543] as special counsel to the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**").

**PLEASE TAKE FURTHER NOTICE** that, effective ten (10) business days from the date of this Notice (absent objection), the hourly billing rates for K&S professionals expected to spend significant time on the K&S Services (as defined in the K&S retention application [ECF No. 427]) for matters other than discovery matters discussed in the next paragraph of this notice,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

will range from (i) $865 to $1,150 for partners, (ii) $500 to $1,175 for associates and counsel, and (iii) $315 to $425 for paralegals. All of the aforementioned hourly billing rates reflect a significant discount from the ordinary hourly rates of such professionals and paraprofessionals. The Debtors have consented to the increased rates.

PLEASE TAKE FURTHER NOTICE that, effective ten (10) business days from the date of this Notice (absent objection), the hourly billing rates for K&S professionals expected to spend significant time on the K&S Services (as defined in the K&S retention application [ECF No. 427]) for the UCC Document Review Matter (K&S matter number 190016), the *In re* Kelly Matter (K&S matter number 190017) and any other subsequent document review matter, will be as follows: (i) Partners - $500; (ii) Discovery Review Counsel - $295 to $350; (iii) Privilege Review Attorneys - $240; (iv) Litigation Technologists - $315; and (v) Paralegals - $225. All of the aforementioned hourly billing rates reflect a significant discount from the ordinary hourly rates of such professionals and paraprofessionals. The Debtors have consented to the increased rates.

PLEASE TAKE FURTHER NOTICE that the above rates do not reflect other agreed discounts that may be applicable to the K&S Services.

Dated:   January 25, 2021
         New York, New York

**KING & SPALDING LLP**

*/s/ Scott Davidson*
Scott Davidson
1185 Avenue of the Americas
New York, New York  10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Special Counsel to the Debtors and Debtors in Possession*