## IN THE UNITED STATES BANCKRUPCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **LYNN CARBENO BUFFALOW,** | * | |
| **STANLEY K. HAND,** | * | |
| **JENNIFER MARIE HARGRAVE,** | * | |
| **CATHERINE D. HARPER,** | * | |
| **CHERYL AND RICHARD HULEY,** | * | |
| **RICHARD H. HULSEY, JR.,** | * | |
| **SHERRY MARTER,** | * | |
| **SALLY LORRAINE MORRISON ,** | * | |
| **DENISE MURPHY,** | * | |
| **WILLIAM ALEX PATE, JR.,** | * | |
| **DALTON REACH,** | * | |
| **TIM AND TRACI REACH,** | * | |
| **DERRY DARNELL SHAMBLEY,** | * | |
| **JAMES ROBERT SHARP, SR.,** | * | |
| **ANDREW SHARPE,** | * | |
| **GEORGE M. TANTON,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **CASE #:   2019-23649** |
| | * | |
| **PURDUE PHARMA  LP,** | * | |
| | * | |
| **Defendant.** | * | |

### NOTICE OF APPEARANCE

COMES NOW Elizabeth A. Citrin, and enters her Notice of Appearance on behalf of the

following Plaintiffs:  Lynn Carbeno Buffalow, Claim No: 123177; Stanley K. Hand, Claim No:

123263; Jennifer Marie Hargrave, Claim No: 123636; Catherine D. Harper, Claim No: 123334;

Cheryl and Richard Huley, Claim No: 127818; Richard H. Hulsey, Jr., Claim No: 127950; Jr.,

Sherry Marter, Claim No: 123590; Sally Lorraine Morrison, Claim No: 123378; Denise Murphy,

Claim No: 124412; William Alex Pate, Jr., Claim No: 125139; Dalton Reach, Claim No:

124432;   Tim and Traci Reach, Claim No: 124461; Derry Darnell Shambley, Claim No:

124470; James Robert Sharp, Sr., Claim No: 125779; Andrew Sharpe, Claim No: 124514; and

George M. Tanton, Claim No: 125752.

Respectfully submitted on this the 28th day of January, 2021.

*/s/Elizabeth A. Citrin*
Elizabeth A. Citrin

Elizabeth A. Citrin, P.C.
28311 N. Main Street, Suite B-103
Daphne, AL   36526
251-626-8808
Fax:   251-626-8860
elizabeth@elizabethcitrin.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing using the CM/ECF system on

this the 28th day of January, 2021, which sends notification to all counsel of record as follows:

Anthony Boccanfuso
Law Office of Arnold Porter
250 W. 55th Street
New York, NY 10019
Phone:   212-836-8000
Email:   anthony.boccanfuso@arnoldporter.com

*/s/ Elizabeth A. Citrin*
Elizabeth A. Citrin