BEDELL CRISTIN JERSEY PARTNERSHIP
Edward Drummond
26 New Street
Saint Helier, Jersey JE2 3RA
Tel: +44 (0)1534 814814
edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*, | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**SEVENTH MONTHLY FEE STATEMENT OF
BEDELL CRISTIN JERSEY PARTNERSHIP
FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED
AS SPECIAL FOREIGN COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR
<u>THE PERIOD OF NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---:|
| Name of Applicant: | Bedell Cristin Jersey Partnership |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | June 29, 2020, *nunc pro tunc* to February 27, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | November 1, 2020 through November 30, 2020 |
| Fees Incurred: | $50,602.00 |
| 20% Holdback: | $10,120.40 |
| Total Compensation Less 20% Holdback: | $40,481.60 |
| Monthly Expenses Incurred: | $6,644.00 |
| Total Fees and Expenses Requested: | **$47,125.60** |

This is a __x__ monthly ___ interim ___ final application

Bedell Cristin Jersey Partnership ("Bedell Cristin"), special foreign counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Seventh Monthly Fee Statement") covering the period from November 1, 2020 through and including November 30, 2020 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023].

2

By this Seventh Monthly Fee Statement, Bedell Cristin requests (a) interim allowance and payment of compensation in the amount of $40,481.60 (80% of $50,602.00) for fees on account of reasonable and necessary professional services rendered to the Committee by Bedell Cristin and (b) reimbursement of actual and necessary costs and expenses in the amount of $6,644.00[2] incurred by Bedell Cristin during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each Bedell Cristin professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Bedell, Cristin for services rendered to the Committee are the same rates that Bedell Cristin charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bedell Cristin professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Bedell Cristin professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

---

[2] Expense reports or invoices for such amounts are included within Exhibit E.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Seventh Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Seventh Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on February 11, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

4

If no objections to this Seventh Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees identified herein.

If an objection to this Seventh Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Seventh Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: St Helier, Jersey  
January 28, 2021

Bedell Cristin Jersey Partnership

By: */s/ Edward Drummond*  
26 New Street, St Helier, Jersey, JE2 3RA  
Telephone: +44 (0) 1534 814621  
Edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors Purdue Pharma L.P.,* et al.

**Exhibit A**

**Timekeeper Summary**

| Partners | Department | Rate | Hours | Amount ($) |
|---|---|---|---|---|
| Advocate E. Drummond | Litigation | $750.00 | 27.9 | 20,925.00 |
| Advocate A. Davidson | Litigation | $740.00 | 0.2 | 148.00 |
| David Cadin | Litigation | $750.00 | 0.7 | 525.00 |
| **Partner Total** | | | **28.8** | **21,598.00** |
| **Senior Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs E. Shaw | International Private Client | $550.00 | 18.1 | 9,955.00 |
| **Senior Associate Total** | | | **18.1** | **9,955.00** |
| **Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs C. C. Young | Litigation | $430.00 | 44.2 | 19,006.00 |
| Mr A. Gardner | Litigation | $430.00 | 0.1 | 43.00 |
| **Associate Total** | | | **44.3** | **19,049.00** |
| **Staff Attorneys Total** | | | **91.2** | **50,602.00** |
| **Total Hours / Fees Requested** | | | **91.2** | **50,602.00** |

## TOTAL FEES FOR THE COMPENSATION PERIOD

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---:|---:|---:|
| Partners | $749.93 | 28.8 | $21,598.00 |
| Senior Associates | $550 | 18.1 | $9,955.00 |
| Associates | $430 | 44.3 | $19,049.00 |
| **Blended Attorney Rate** | **$554.85** | | |
| **Blended Rate for All Timekeepers** | **$554.85** | | |
| **Total Hours / Fees Requested:** | | 91.2 | $50,602.00 |

2

## Exhibit B

### Task Code Summary

| Task Code | Matter | Hours | Value($) |
|---|---|---:|---:|
| 3 | Bedell Cristin Fees | 23.1 | 11,147.00 |
| 13 | Analysis of Pre-Petition Transactions | 68.1 | 39,455.00 |
|  | **TOTAL:** | **91.2** | **50,602.00** |

## Exhibit C

**Itemized Fees**

# BEDELL CRISTIN

LEGAL SERVICES

| | |
|---|---|
| Mitchell Hurley | **Our ref** EBD/CCY/136744.0001 |
| Akin Gump Strauss Hauer & Feld LLP | **Invoice No** 360360 |
| One Bryant Park | **Tax date** 15 December 2020 |
| Bank of America Tower | **GST No.** 0009162 |
| New York | **Tel:** +44 (0) 1534 814814 |
| NY 10036 | |

**INVOICE**

Advice re: Purdue Pharma LP

| | Charge | GST Rate |
|---|---|---|
| **Professional Fees** | | |
| To professional services rendered from 01/11/2020 to 30/11/2020 | 50,602.00 | 0.0% |
| **Expenses** | | |
| LoopUp - conference call C Young 4.30pm | 44.80 | 0.0% |
| **Third Party Charges** | | |
| Mr Tom Smith - Professional fees 20 & 21 November 2020 | 6,600.00 | 0.0% |
| Total excluding GST | US$ 57,246.80 | |
| Total GST | US$ 0.00 | |
| **TOTAL BALANCE DUE** | **US$ 57,246.80** | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE     Sort Code: 20-45-05
Account Name:  Bedell Group Services Offices  USD                  Account Number: 62384922
Swift Code: BARCGB22                                                IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,            **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA                     A list of Partners is available for inspection at the principal office

**bedellcristin.com**                        BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29008556-1

# BEDELL CRISTIN

**LEGAL SERVICES**

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036

| | |
|---|---|
| Our ref | KLB/CCY/136744.0001 |
| Invoice No | 360360 |
| Tax date | 15 December 2020 |
| GST No. | 0009162 |
| Tel: | +44 (0) 1534 814814 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate D.M. Cadin** | | |
| 18/11/20 | 0013: Claim - Call with ED | 0:42 | 525.00 |
| | **Advocate A.M. Davidson** | | |
| 04/11/20 | 0003: Fees – Attending CY re take/on and invoicing issues | 0:12 | 148.00 |
| | **Advocate E. Drummond** | | |
| 03/11/20 | 0003: Fees - Call with CY re: billing / fee statements (0.3). Reviewing narratives (0.2) | 0:30 | 375.00 |
| 04/11/20 | 0013: Claim - Review email and attachments overnight from Debevoise (0.7). Email exchanges and call with ES re: DD and lists of trusts (0.7). Email exchanges with Akin Gump re: reply to Debevoise (0.5) | 1:54 | 1,425.00 |
| | 0003: Fees - series of emails with CY to finalize September invoices. | 0:54 | 675.00 |
| 05/11/20 | 0003: Fees - review Sept monthly fee statement and data (0.3). review interim fee application (0.3); comments to CY (0.3). | 0:54 | 675.00 |
| 06/11/20 | 0003: Fees - review and approve final Sept invoice, monthly statement and second interim fee application. | 0:18 | 225.00 |
| 09/11/20 | 0003: Fees - review October proformas (0.2); email to CY (0.1). | 0:18 | 225.00 |
| 10/11/20 | 0003: Fees - review and approve Oct invoice. | 0:42 | 525.00 |
| 11/11/20 | 0013: Claim - Email to Akin Gump (0.1). Review email exchange between Akin Gump and Debevoise (0.1) | 0:12 | 150.00 |
| 12/11/20 | 0013: Claim - Responding to inquiry from KP at Akin (0.5). | 0:30 | 375.00 |
| 13/11/20 | 0013: Claim - Review email and attachments from Debevoise (0.2). Email to Akin Gump (0.3). | 0:30 | 375.00 |
| 15/11/20 | 0013: Claim - Emails with Akin Gump (0.2). Prep for calls (0.4);; Call with Akin Gump (0.6). Call with State of NY (0.9). Email to BC team of next steps (0.4). | 2:36 | 1,950.00 |
| 16/11/20 | 0013: Claim - Call with team (0.5). Research (1.1). Email exchange with Akin Gump (0.4). | 2:00 | 1,500.00 |
| 17/11/20 | 0013: Claim - agreement - email exchange with Jackie at Akin (0.1); review email from JY to Debevoise (0.1). | 0:12 | 150.00 |
| 18/11/20 | 0013: Claims - Research re: debtor claims. | 1:36 | 1,200.00 |
| | 0013 - Agreement - email exchange with Akin Gump about agreement (0.3). | 0:18 | 225.00 |
| 19/11/20 | 0013: Claim - Research involving review of Jersey and UK caselaw (4.0). Drafting and sending detailed further instructions to counsel (1.9). | 5:54 | 4,425.00 |
| | 0013: Claim - Review email and questions from Akin Gump (0.1). Email to Akin Gump (0.1). | 0:12 | 150.00 |
| 20/11/20 | 0013: Claim - Research (2.2). Call with CY and ES (0.8). Call with Counsel (1.5). Follow up email to counsel (0.8). Further research. Prep for call (0.5). Pre-call with Akin Gump (0.8) followed by call with Akin Gump and Consenting States (0.8). | 7:24 | 5,550.00 |
| 24/11/20 | 0013: Claim - email exchange with CY re: cases referred to by counsel. | 0:12 | 150.00 |
| 25/11/20 | 0013: Claim - Speak and exchange emails with CY re: next steps (0.2), review Jersey case relevant to claims (0.2). | 0:24 | 300.00 |
| 27/11/20 | 00013: Claim - research (0.4) | 0:24 | 300.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE    Sort Code: 20-45-05  
Account Name:  Bedell Group Services Offices  USD    Account Number: 62384922  
Swift Code: BARCGB22    IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office

bedellcristin.com

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29008556-1

# BEDELL CRISTIN

LEGAL SERVICES

| | | | |
|---|---|---|---|
| Advice re: Purdue Pharma LP | | Our ref | KLB/CCY/136744.0001 |
| | | Invoice No | 360360 |
| | | Tax date | 15 December 2020 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mr A. G. E. Garner** | | |
| 05/11/20 | 0003: Fees - internal email correspondence | 0:06 | 43.00 |
| | **Mrs C. C. Young** | | |
| 02/11/20 | 0003: Fees - monthly statement and interim fee application | 3:18 | 1,419.00 |
| 03/11/20 | 0003: Fees - interim fee application (0.8), monthly fee statement for September (0.5), fixing August fee details (error) and correspondence for fee examiner (0.3) | 1:36 | 688.00 |
| 04/11/20 | 0013: Claim - Review incoming e-mails | 0:18 | 129.00 |
| | 0003: Fee - Interim fee application (4.0), monthly fee statement (1.5) | 5:30 | 2,365.00 |
| 05/11/20 | 0003: Fee - preparation of interim fee application monthly statement and data details (3.0), internal call and discussion with ED (.3) | 3:18 | 1,419.00 |
| 06/11/20 | 0003: Fees - amending interim fee and monthly fee statement (0.6), email to Akin Gump (0.1) | 0:42 | 301.00 |
| | 0003: Fees - Review Bill Reports | 0:54 | 387.00 |
| 09/11/20 | 0003: monthly Fee statement (October), bill report, and fee details | 2:06 | 903.00 |
| 10/11/20 | 0003: Fees - finalising monthly fee statement and bill reports | 0:54 | 387.00 |
| 12/11/20 | 0003: Fees - Email to Akin Gump and Purdue Pharma | 0:06 | 43.00 |
| 15/11/20 | 0013: Claim - Internal telephone call with Akin Gump (0.5) telephone call with Akin Gump and NY State attorneys (1.0) | 1:30 | 645.00 |
| 16/11/20 | 0013: Claim - review incoming emails and amendment to agreement (0.3), review attendance note for outstanding queries (0.2), internal Bedell call (0.5), internal email, 0.1), researching outstanding queries from call with Pilsbury/Akin Gump (4.1) | 5:12 | 2,236.00 |
| | 0003: Fees - interim application review and amend (0.4), email to Akin Gump (0.1) | 0:30 | 215.00 |
| 17/11/20 | 0013: Claim - researching Jersey Trust legal points | 1:36 | 688.00 |
| 18/11/20 | 0013: Claim - Research/reviewing jersey trust issues (0.9), call and correspondence with counsel's clerk (0.2) | 1:06 | 473.00 |
| 19/11/20 | 0013: Claim - Internal discussion with ED (0.4), research possible claims (0.3) | 0:42 | 301.00 |
| | 0003: Fees - Billing - query from finance | 0:18 | 129.00 |
| 20/11/20 | 0013: Claim - review of incoming correspondence (0.2), research jersey cases on legal trust issue (2.9), internal call (0.4), internal call (0.8), email to counsel (0.1) | 4:24 | 1,892.00 |
| | 0013: Claim - telephone call with Akin Gump and counsels of non-consenting states | 1:36 | 688.00 |
| 24/11/20 | 0013: Claim - Research on cases | 0:36 | 258.00 |
| 25/11/20 | 0013: Claim - research Jersey legal trust issues case law (0.2) Discussion with ED (0.2), review material from Akin Gump (1.2) | 1:24 | 602.00 |
| 26/11/20 | 0013: Claim - Review agreement (0.3), review information from client (1.9) | 2:12 | 946.00 |
| | 0013: Claim - research jersey legal authorities and cases | 0:36 | 258.00 |
| 30/11/20 | 0013: Claim - Review case and authorities and drafting case summaries | 3:48 | 1,634.00 |
| | **Mrs E. Shaw** | | |
| 03/11/20 | 0013 - Jersey Trust Issues - internal exchanges | 0:12 | 110.00 |
| 04/11/20 | 0013 - Jersey Trust Issues - compare/review updated trust schedule against information held (1.7); email re findings (0.3) | 2:00 | 1,100.00 |
| | 0013 - Jersey Trust Issues - exchange re trust list review (0.2) and follow up internal call (0.2) | 0:24 | 220.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE       Sort Code: 20-45-05
Account Name:  Bedell Group Services Offices  USD           Account Number: 62384922
Swift Code: BARCGB22                                        IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,                **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA                         A list of Partners is available for inspection at the principal office

bedellcristin.com                                BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29008556-1

# BEDELL CRISTIN

LEGAL SERVICES

Advice re: Purdue Pharma LP

Our ref KLB/CCY/136744.0001
Invoice No 360360
Tax date 15 December 2020

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs E. Shaw** | | |
| | 0013 - Jersey Trust Issues - review correspondence | 0:12 | 110.00 |
| 05/11/20 | 0013 - Jersey Trust Issues: reviewing exchanges | 0:12 | 110.00 |
| 15/11/20 | 0013 - Jersey Trust issues: call with Akin Gump and NY state lawyers | 1:00 | 550.00 |
| | 0013 - Jersey Trust Issues: call with Akin Gump re claims | 0:42 | 385.00 |
| | 0013 - Jersey Trust Issue Issues: exchanges re call (0.2) and pre call reading (0.3) | 0:30 | 275.00 |
| | 0013 - Jersey Trust Issues: post call research re Jersey Legal issues | 0:24 | 220.00 |
| 16/11/20 | 0013 - Jersey Trust Issues: internal discussions post call | 0:54 | 495.00 |
| | 0013 - Jersey Trust Issues: research (2.0) and follow up communications (0.5) | 2:30 | 1,375.00 |
| 18/11/20 | 0013 - Jersey Trust Issues - reviewing correspondence and attachments | 0:12 | 110.00 |
| 20/11/20 | 0013 - Jersey Trust Issues: internal attendances to discuss issues arising | 4:12 | 2,310.00 |
| | 0013 - Jersey Trust Issues: call with counsel | 1:30 | 825.00 |
| | 0013 - Jersey Trust Issues: research of issues | 1:00 | 550.00 |
| | 0013 - Jersey Trust Issues: call with Akin Gump | 0:54 | 495.00 |
| | 0013 - Jersey Trust Issues: call with consenting states | 0:54 | 495.00 |
| 25/11/20 | 0013 - Jersey Trust Issues: internal exchanges | 0:12 | 110.00 |
| 02/12/20 | 0013 - Jersey Trust review - internal exchanges | 0:12 | 110.00 |
| | Total:- | 91:12 | 50,602.00 |
| | Advocate D.M. Cadin | 0:42 | 525.00 |
| | Advocate A.M. Davidson | 0:12 | 148.00 |
| | Advocate E. Drummond | 27:54 | 20,925.00 |
| | Mr A. G. E. Garner | 0:06 | 43.00 |
| | Mrs C. C. Young | 44:12 | 19,006.00 |
| | Mrs E. Shaw | 18:06 | 9,955.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE    Sort Code: 20-45-05
Account Name:  Bedell Group Services Offices  USD    Account Number:  62384922
Swift Code: BARCGB22    IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,    **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA    A list of Partners is available for inspection at the principal office

**bedellcristin.com**    BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29008556-1

**Exhibit D**

**Disbursement Summary**

| Disbursement Activity | Amount ($) |
|---|---:|
| Consultant's professional fees | 6,600.00 |
| LoopUp - conference call | 44.00 |
| **TOTAL** | **$6,644.00** |

5

## Exhibit E

**Itemized Disbursements**



3-4 South Square,
Gray's Inn,
London WC1R 5HP

T +44 (0)20 7696 9900
F +44 (0)20 7696 9911
LDE 338 Chancery Lane

practicemanagers
@southsquare.com
www.southsquare.com

Professional Fees of Mr Tom Smith QC

VAT Registration No: 761167236

Bedell Cristin

26 New Street

St Helier

Jersey

JE2 3RA

Solicitor Ref: Ed Drummond         Date: 1 December 2020         Case Ref No: 92624

**PURDUE PHARAM LP – NOVEMBER 2020**

| DATE | DESCRIPTION | TIME | FEES (USD hourly rate 1,100 |
| --- | --- | --- | --- |
| 20 November 2020 | Preparing for and advising by telephone | 4h | 4,400 |
| 21 November 2020 | Reading further authorities | 2h | 2,200 |
|  |  |  |  |
|  |  |  |  |
| **TOTAL TIMES AND FEES FOR NOVEMBER 2020** |  | **6h** | **6,600 USD** |



**Payment by bank transfer:**

**Tom Smith (HSBC PLC) Sort Code:40-11-58**

**Account:90335746**

**Please forward a remittance advice detailing the case ref.**

**no. and amount to dylanplayfoot@southsquare.com**

**Cheques are payable to: Mr Tom Smith QC**

**VALID ONLY WHEN RECEIPTED PLEASE QUOTE CASE REFERENCE NO. ON ALL CORRESPONDENCE**

**South Square and it's members are regulated by the Bar Standards Board**