**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF THIRTEENTH MONTHLY FEE STATEMENT OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | November 1, 2020 through November 30, 2020 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $7,040.00 |

This is a(n):    monthly  _x_   interim  ___    final application  ___

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**THIRTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**November 1, 2020 through November 30, 2020**

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 9.5 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 39.5 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 184.0 |
| 10 | Business Plan | - |
| 11 | Case Strategy | 17.5 |
| **Total** | | **250.5** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 29.5 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 11.0 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 48.5 |
| Ben Troester | Associate, Debt Advisory & Restructuring | 50.0 |
| Kevin Chen | Analyst, Debt Advisory & Restructuring | 58.0 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 20.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 10.5 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 9.0 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 14.0 |
| **Total** | | **250.5** |

**THIRTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**November 1, 2020 through November 30, 2020**

| Category | November 2020 |
|---|---|
| Meals | $- |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 7,040.00 |
| General | - |
| **Total Expenses** | **$7,040.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**THIRTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured

creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in

possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement")

requesting (a) interim allowance of compensation for professional services rendered on behalf of

the Committee during the period from November 1, 2020 through November 30, 2020 (the

"Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00,

which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and

(c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the

Compensation Period in connection with its services to the Committee in the amount of $7,040.00.

In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable
jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal
Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034),
Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven
Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P.
(4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove
Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick
Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC
Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford
Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.      On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.      On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131].  Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4.      On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2]  A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5.      On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order").  Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2]      Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

2

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6.     On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

## Relief Requested

7.     By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from November 1, 2020 through November 30, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $7,040.00.

8.      All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as Exhibit A.

9.      The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10.     Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order. As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $7,040.00, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from November 1, 2020 through November 30, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $7,040.00.

Dated:  January 28, 2021          Respectfully submitted,
        New York, New York

                                  */s/ Leon Szlezinger*
                                  Leon Szlezinger
                                  Managing Director and Joint Global Head of
                                  Debt Advisory & Restructuring
                                  JEFFERIES LLC

## **Exhibit A**

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| | | **November 1, 2020 - November 30, 2020 Hours for Case Administration / General** | **9.5** | |
| 11/10/10 | Kevin Chen | *Call with IQVIA counsel re: Jefferies TPA* | 0.5 | 1 |
| 11/04/20 | Leon Szlezinger | *Prepare Jefferies Fee App* | 1.5 | 1 |
| 11/04/20 | Kevin Chen | *Prepare Jefferies Fee App* | 2.0 | 1 |
| 11/05/20 | Benjamin Troester | *Review Jefferies Fee App* | 1.0 | 1 |
| 11/05/20 | Kevin Chen | *Prepare Jefferies Interim Fee App* | 0.5 | 1 |
| 11/06/20 | Leon Szlezinger | *Review Jefferies Fee App and Interim Fee App* | 1.0 | 1 |
| 11/12/20 | Kevin Chen | *Prepare Jefferies Interim Fee App* | 1.5 | 1 |
| 11/12/20 | Connor Hattersley | *Administrative task re: client onboarding* | 0.5 | 1 |
| 11/13/20 | Benjamin Troester | *Review Interim Fee App* | 0.5 | 1 |
| 11/19/20 | Kevin Chen | *Administrative tasks re: billing* | 0.5 | 1 |
| | | | | |
| | | **November 1, 2020 - November 30, 2020 Hours for Creditor Communication** | **39.5** | |
| 11/02/20 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 11/02/20 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 11/02/20 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 11/02/20 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 11/02/20 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 11/02/20 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 11/06/20 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 11/06/20 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 11/06/20 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 11/06/20 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 11/06/20 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 11/09/20 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 11/09/20 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 11/09/20 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 11/09/20 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 11/09/20 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 11/12/20 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 11/12/20 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 11/12/20 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 11/12/20 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 11/12/20 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 11/12/20 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 11/16/20 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 11/16/20 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 11/16/20 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 11/16/20 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 11/16/20 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 11/16/20 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 11/19/20 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 11/19/20 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 11/19/20 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 11/19/20 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 11/19/20 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 11/25/20 | Leon Szlezinger | *Prepare for Attend UCC update call* | 0.5 | 3 |
| 11/25/20 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 11/25/20 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 11/25/20 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 11/25/20 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 11/25/20 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 11/25/20 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| | | | | |
| | | **November 1, 2020 - November 30, 2020 Hours for Due Diligence** | **184.0** | |
| 11/03/20 | Leon Szlezinger | *Review IAC financial update* | 1.0 | 9 |
| 11/03/20 | Jaspinder Kanwal | *Review IAC financial update slides* | 1.0 | 9 |
| 11/03/20 | Kevin Chen | *Review IAC financial update report* | 1.0 | 9 |
| 11/03/20 | Kevin Sheridan | *Review IAC financial update report* | 1.0 | 9 |
| 11/03/20 | Kevin Sheridan | *Review IAC financial projections* | 2.0 | 9 |
| 11/04/20 | Leon Szlezinger | *Review PPLP proposal supplemental materials* | 1.5 | 9 |
| 11/04/20 | Robert White | *Review materials re: PPLP proposal* | 1.0 | 9 |
| 11/04/20 | Jaspinder Kanwal | *Review supplemental materials re: PPLP proposal* | 2.5 | 9 |
| 11/04/20 | Benjamin Troester | *Review IAC financial update slides* | 1.0 | 9 |
| 11/04/20 | Kevin Chen | *Review PPLP proposal supplemental materials* | 1.0 | 9 |
| 11/04/20 | Kevin Sheridan | *Review PPLP proposal supplemental materials* | 1.5 | 9 |
| 11/04/20 | James Wiltshire | *Review PPLP proposal supplemental materials* | 1.0 | 9 |
| 11/04/20 | James Wiltshire | *Review PPLP financial projections* | 1.0 | 9 |
| 11/04/20 | William Maselli | *Review PPLP proposal supplemental materials* | 1.0 | 9 |
| 11/04/20 | William Maselli | *Review IAC financial update slides* | 0.5 | 9 |
| 11/05/20 | Leon Szlezinger | *Research PPLP proposal* | 1.0 | 9 |
| 11/05/20 | Jaspinder Kanwal | *Review IAC data room* | 2.0 | 9 |
| 11/05/20 | Jaspinder Kanwal | *Review PPLP financial analysis* | 3.0 | 9 |
| 11/05/20 | Benjamin Troester | *Review PPLP proposal materials* | 1.5 | 9 |
| 11/05/20 | Benjamin Troester | *Update PPLP financial analysis* | 3.0 | 9 |
| 11/05/20 | Kevin Chen | *Review various docket filings* | 2.0 | 9 |
| 11/05/20 | Kevin Chen | *Review PPLP data room uploads* | 2.0 | 9 |
| 11/05/20 | Kevin Sheridan | *Research re: PPLP proposal* | 2.5 | 9 |

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 11/05/20 | Connor Hattersley | Review IAC financial update slides | 1.0 | 9 |
| 11/06/20 | Connor Hattersley | Review PPLP proposal supplemental materials | 1.0 | 9 |
| 11/06/20 | Benjamin Troester | Review IAC presentation and budget books | 4.0 | 9 |
| 11/07/20 | Kevin Chen | Review IAC data room uploads | 1.0 | 9 |
| 11/07/20 | Kevin Chen | Review IAC diligence tracker | 1.5 | 9 |
| 11/08/20 | Benjamin Troester | Review IAC diligence items | 2.0 | 9 |
| 11/08/20 | Kevin Chen | Prepare IAC financial analysis | 4.0 | 9 |
| 11/09/20 | Kevin Chen | Prepare IAC financial analysis | 1.5 | 9 |
| 11/09/20 | Connor Hattersley | Prepare IAC financial analysis | 1.0 | 9 |
| 11/10/20 | Leon Szlezinger | Review Jefferies IQMA TPA | 0.5 | 9 |
| 11/10/20 | Benjamin Troester | Review various docket filings | 2.0 | 9 |
| 11/10/20 | Benjamin Troester | Review IAC financial analysis | 2.0 | 9 |
| 11/11/20 | Leon Szlezinger | Review PPLP proposal | 1.5 | 9 |
| 11/11/20 | Jaspinder Kanwal | Review PPLP proposal materials | 1.5 | 9 |
| 11/11/20 | Jaspinder Kanwal | Continue to review PPLP proposal materials | 1.0 | 9 |
| 11/11/20 | Jaspinder Kanwal | Review PPLP financial analysis | 3.0 | 9 |
| 11/11/20 | Kevin Chen | Review PPLP proposal | 1.0 | 9 |
| 11/11/20 | Kevin Chen | Review PPLP business plan materials | 3.0 | 9 |
| 11/11/20 | Kevin Sheridan | Review PPLP proposal | 1.5 | 9 |
| 11/12/20 | Leon Szlezinger | Review PPLP business plan | 1.0 | 9 |
| 11/12/20 | Robert White | Review PPLP proposal | 1.5 | 9 |
| 11/12/20 | Jaspinder Kanwal | Review IAC financial analysis | 2.0 | 9 |
| 11/12/20 | Benjamin Troester | Review PPLP proposal | 1.0 | 9 |
| 11/12/20 | Benjamin Troester | Continue to review PPLP proposal | 0.5 | 9 |
| 11/12/20 | Benjamin Troester | Update PPLP financial analysis | 2.0 | 9 |
| 11/12/20 | Kevin Chen | Prepare PPLP business plan financial analysis | 4.0 | 9 |
| 11/12/20 | Connor Hattersley | Review PPLP proposal | 1.0 | 9 |
| 11/13/20 | Leon Szlezinger | Review Jefferies Interim Fee App | 0.5 | 9 |
| 11/13/20 | Leon Szlezinger | IAC tax call | 1.0 | 9 |
| 11/13/20 | Leon Szlezinger | Review notes from IAC tax call | 0.5 | 9 |
| 11/13/20 | Robert White | IAC tax call | 1.0 | 9 |
| 11/13/20 | Robert White | Review notes from IAC tax call | 0.5 | 9 |
| 11/13/20 | Jaspinder Kanwal | IAC tax call | 1.0 | 9 |
| 11/13/20 | Jaspinder Kanwal | Review KPMG tax materials | 2.0 | 9 |
| 11/13/20 | Benjamin Troester | IAC tax call | 1.0 | 9 |
| 11/13/20 | Benjamin Troester | Review notes from IAC tax call | 0.5 | 9 |
| 11/13/20 | Benjamin Troester | Review KPMG tax materials | 1.0 | 9 |
| 11/13/20 | Kevin Chen | IAC tax call | 1.0 | 9 |
| 11/13/20 | Kevin Chen | Organize notes from IAC tax call | 1.0 | 9 |
| 11/13/20 | Kevin Sheridan | IAC tax call | 1.0 | 9 |
| 11/13/20 | James Wiltshire | IAC tax call | 1.0 | 9 |
| 11/13/20 | James Wiltshire | Review notes from IAC tax call | 0.5 | 9 |
| 11/13/20 | James Wiltshire | Review KPMG tax materials | 2.0 | 9 |
| 11/13/20 | James Wiltshire | Review IAC financial projections | 1.0 | 9 |
| 11/13/20 | William Maselli | IAC tax call | 1.0 | 9 |
| 11/13/20 | Connor Hattersley | Prepare PPLP business plan financial analysis | 1.5 | 9 |
| 11/13/20 | Connor Hattersley | IAC tax call | 1.0 | 9 |
| 11/14/20 | Benjamin Troester | Review IAC diligence items | 2.0 | 9 |
| 11/14/20 | Benjamin Troester | Review IAC diligence tracker | 1.0 | 9 |
| 11/14/20 | Kevin Sheridan | Review notes from IAC tax call | 0.5 | 9 |
| 11/14/20 | James Wiltshire | Review PPLP proposal | 1.0 | 9 |
| 11/14/20 | James Wiltshire | Research PPLP proposal | 2.0 | 9 |
| 11/14/20 | William Maselli | Review & reseach PPLP proposal | 4.0 | 9 |
| 11/15/20 | Benjamin Troester | Review IAC materials and reports | 2.0 | 9 |
| 11/16/20 | Kevin Chen | Prepare PPLP business plan financial analysis | 2.0 | 9 |
| 11/16/20 | William Maselli | Review IAC diligence items | 1.0 | 9 |
| 11/17/20 | Connor Hattersley | Review PPLP data room uploads | 2.0 | 9 |
| 11/17/20 | Connor Hattersley | Review IAC data room uploads | 1.0 | 9 |
| 11/18/20 | Robert White | Review various docket filings and news articles | 1.5 | 9 |
| 11/18/20 | Benjamin Troester | Review PPLP data room uploads | 2.5 | 9 |
| 11/20/20 | Kevin Chen | Review PPLP data room uploads | 2.5 | 9 |
| 11/22/20 | Robert White | Review Province analysis re: PPLP proposal | 1.5 | 9 |
| 11/22/20 | Jaspinder Kanwal | Review PPLP data room | 1.5 | 9 |
| 11/22/20 | Kevin Chen | Review Province analysis re: PPLP proposal | 4.0 | 9 |
| 11/22/20 | Kevin Chen | Continue to review Province analysis re: PPLP proposal | 2.5 | 9 |
| 11/22/20 | Kevin Sheridan | Review Province analysis re: PPLP proposal | 2.0 | 9 |
| 11/23/20 | Leon Szlezinger | Review Province analysis re: PPLP proposal | 4.0 | 9 |
| 11/23/20 | Leon Szlezinger | Continue to review Province analysis re: PPLP proposal | 1.0 | 9 |
| 11/23/20 | Jaspinder Kanwal | Review Province analysis re: PPLP proposal | 3.0 | 9 |
| 11/23/20 | Jaspinder Kanwal | Prepare internal analysis re: PPLP proposal | 2.0 | 9 |
| 11/23/20 | Benjamin Troester | Review Province analysis re: PPLP proposal | 2.5 | 9 |
| 11/23/20 | Connor Hattersley | Review Province analysis re: PPLP proposal | 4.0 | 9 |
| 11/24/20 | Leon Szlezinger | Review internal PPLP proposal analysis | 1.0 | 9 |
| 11/24/20 | Jaspinder Kanwal | Review Province analysis re: PPLP proposal | 2.0 | 9 |
| 11/24/20 | Benjamin Troester | Review PPLP business plan and financials | 2.0 | 9 |
| 11/24/20 | James Wiltshire | Review Province analysis re: PPLP proposal | 1.0 | 9 |
| 11/24/20 | William Maselli | Review Province analysis re: PPLP proposal | 1.5 | 9 |
| 11/25/20 | Jaspinder Kanwal | Review Province analysis re: PPLP proposal | 1.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|------|--------|----------|-------|----------|
| 11/25/20 | Jaspinder Kanwal | *Prepare internal analysis re: PPLP proposal* | 1.5 | 9 |
| 11/26/20 | Kevin Chen | *Review PPLP data room uploads* | 1.5 | 9 |
| 11/27/20 | Benjamin Troester | *Review IAC materials and reports* | 2.0 | 9 |
| 11/28/20 | Leon Szlezinger | *Continue to review PPLP proposal and Province's analysis* | 2.0 | 9 |
| 11/29/20 | Jaspinder Kanwal | *Review PPLP financial model* | 4.0 | 9 |
| 11/29/20 | Benjamin Troester | *Review PPLP data room uploads* | 1.5 | 9 |
| 11/29/20 | Kevin Chen | *Review IAC data room* | 1.0 | 9 |
| 11/30/20 | Jaspinder Kanwal | *Review PPLP data room* | 3.0 | 9 |
| 11/30/20 | Kevin Chen | *Review PPLP business plan financial model* | 4.0 | 9 |
|  |  |  |  |  |
|  | **November 1, 2020 - November 30, 2020 Hours for Case Strategy** |  | **17.5** |  |
| 11/02/20 | Leon Szlezinger | *Internal workstreams discussion* | 0.5 | 11 |
| 11/02/20 | Jaspinder Kanwal | *Weekly FA coordination call* | 0.5 | 11 |
| 11/02/20 | Jaspinder Kanwal | *Internal workstreams discussion* | 0.5 | 11 |
| 11/02/20 | Benjamin Troester | *Weekly FA coordination call* | 0.5 | 11 |
| 11/02/20 | Benjamin Troester | *Internal workstreams discussion* | 0.5 | 11 |
| 11/02/20 | Kevin Chen | *Weekly FA coordination call* | 0.5 | 11 |
| 11/02/20 | Kevin Chen | *Internal workstreams discussion* | 0.5 | 11 |
| 11/09/20 | Jaspinder Kanwal | *Weekly FA coordination call* | 0.5 | 11 |
| 11/09/20 | Benjamin Troester | *Weekly FA coordination call* | 0.5 | 11 |
| 11/09/20 | Kevin Chen | *Weekly FA coordination call* | 0.5 | 11 |
| 11/16/20 | Leon Szlezinger | *Internal workstreams discussion* | 0.5 | 11 |
| 11/16/20 | Jaspinder Kanwal | *Weekly FA coordination call* | 0.5 | 11 |
| 11/16/20 | Jaspinder Kanwal | *Internal workstreams discussion* | 0.5 | 11 |
| 11/16/20 | Benjamin Troester | *Weekly FA coordination call* | 0.5 | 11 |
| 11/16/20 | Benjamin Troester | *Internal workstreams discussion* | 0.5 | 11 |
| 11/16/20 | Kevin Chen | *Weekly FA coordination call* | 0.5 | 11 |
| 11/16/20 | Kevin Chen | *Internal workstreams discussion* | 0.5 | 11 |
| 11/23/20 | Leon Szlezinger | *Internal workstreams discussion* | 0.5 | 11 |
| 11/23/20 | Leon Szlezinger | *Prepare for weekly FA coordination call* | 0.5 | 11 |
| 11/23/20 | Leon Szlezinger | *Weekly FA coordination call* | 0.5 | 11 |
| 11/23/20 | Jaspinder Kanwal | *Weekly FA coordination call* | 0.5 | 11 |
| 11/23/20 | Jaspinder Kanwal | *Internal workstreams discussion* | 0.5 | 11 |
| 11/23/20 | Benjamin Troester | *Weekly FA coordination call* | 0.5 | 11 |
| 11/23/20 | Benjamin Troester | *Internal workstreams discussion* | 0.5 | 11 |
| 11/23/20 | Kevin Chen | *Weekly FA coordination call* | 0.5 | 11 |
| 11/23/20 | Kevin Chen | *Internal workstreams discussion* | 0.5 | 11 |
| 11/23/20 | Kevin Sheridan | *Prepare for weekly FA coordination call* | 0.5 | 11 |
| 11/23/20 | Kevin Sheridan | *Weekly FA coordination call* | 0.5 | 11 |
| 11/30/20 | Leon Szlezinger | *Internal workstreams discussion* | 0.5 | 11 |
| 11/30/20 | Jaspinder Kanwal | *Weekly FA coordination call* | 0.5 | 11 |
| 11/30/20 | Jaspinder Kanwal | *Internal workstreams discussion* | 0.5 | 11 |
| 11/30/20 | Benjamin Troester | *Weekly FA coordination call* | 0.5 | 11 |
| 11/30/20 | Benjamin Troester | *Internal workstreams discussion* | 0.5 | 11 |
| 11/30/20 | Kevin Chen | *Weekly FA coordination call* | 0.5 | 11 |
| 11/30/20 | Kevin Chen | *Internal workstreams discussion* | 0.5 | 11 |

**<u>Exhibit B</u>**

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Baker Botts | 7,040.00 | 11/30/20 | Legal | Invoice from legal counsel |

# BAKER BOTTS L.L.P.

Austin          London
Beijing         Moscow
Brussels        New York
Dallas          Palo Alto
Dubai           Riyadh
Hong Kong       San Francisco
**Houston**     Washington

TAX ID 74-1195457

Jefferies LLC                                  Invoice Number:    1726944
520 Madison Avenue                             Invoice Date:      December 7, 2020
New York, NY  10022                            Attorney:          R L Spigel
Attn:  Leon Szlezinger

---

Total fees for services and expenses for the matter shown below through November 30, 2020.

**082383.0108**
Purdue Retention

---

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/02/20 | J R Herz | 1.9 | Draft Third Supplemental Declaration (1.5); draft Sept. Fee Statement (.2); revise third supplemental declaration based on R. Spigel's comments (.2) |
| 11/02/20 | R L Spigel | 0.2 | Email w   J. Herz re supplemental declaration; review Akin declaration |
| 11/03/20 | J R Herz | 0.4 | Email client concerning his comments to supplemental declaration (.1); revise supplemental dec. based on client comments (.3) |
| 11/03/20 | R L Spigel | 0.2 | Review revised supplemental disclosure and email with J. Herz re same |
| 11/04/20 | R M Fontenla | 1.1 | Revising interim fee application as per J. Herz direction (1.1). |
| 11/04/20 | J R Herz | 0.7 | Begin to draft third interim fee app. |
| 11/05/20 | J R Herz | 0.3 | Review Sept. Fee statement time records (.2); compile final version of fee statement to send to Akin (.1) |
| 11/06/20 | R M Fontenla | 0.7 | Emails with J. Herz (0.2); revise third interim fee statement (0.5). |
| 11/06/20 | J R Herz | 0.8 | Email Akin re: Sept. 2020 fee statement (.1); continue to draft third interim fee app (.7). |
| 11/10/20 | J R Herz | 0.6 | Review and revise third interim application based on internal comments. |
| 11/10/20 | R L Spigel | 0.3 | Reviewing and revising fee application; email with J. Herz re same |
| 11/11/20 | J R Herz | 0.2 | Review and finalize third interim application prior to client review (.2) |

# BAKER BOTTS LLP

| | Invoice No: | 1726944 |
|---|---|---|
| | Invoice Date: | December 7, 2020 |
| | Matter: | 082383.0108 |

JEFFERIES LLC
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/12/20 | J R Herz | 0.3 | Review final version of Jefferies' third interim fee app. |
| 11/13/20 | J R Herz | 0.9 | Finalize third interim fee application and compile exhibits for filing (.8); email R. Spigel concerning application (.1) |
| 11/17/20 | J R Herz | 0.1 | Email Akin team concerning interim fee hearing (.1) |
| 11/30/20 | J R Herz | 0.1 | Email Akin team concerning Sept. Fee Statement (.1) |

| | |
|---|---|
| **Matter Hours** | **8.80** |
| **Matter Fees** | **$6,922.50** |

# BAKER BOTTS LLP

|  | Invoice No: | 1726944 |
|---|---|---|
|  | Invoice Date: | December 7, 2020 |
|  | Matter: | 082383.0108 |

JEFFERIES LLC
Purdue Retention

## 2020 Lawyer Summary

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 6.3 | 865.00 | 5,449.50 |
| Spigel, R L | 0.7 | 1,140.00 | 798.00 |
|  | **7.0** |  | **$6,247.50** |

## 2020 Non-Lawyer Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Fontenla, R M | 1.8 | 375.00 | 675.00 |
|  | **1.8** |  | **$675.00** |

**For Expenses Incurred:**

| | |
|---|---|
| AMERICAN EXPRESS JACOB RHINE HERZ Miscellaneous - Legal Hearing 8/26/2020 at 10 a.m. before Judge Cecelia Morris, attended by J Herz; Case Name: Purdue Pharma L.P. Case Number: 19-23649; | 70.00 |
| Computer research services | 47.50 |
| **Total Expenses** | **$117.50** |

| | |
|---|---|
| Total Current Fees | $6,922.50 |
| Total Current Costs | $117.50 |
| **Total Due This Invoice** | **$7,040.00** |