KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
|  | : |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.* | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |

-----------------------------------------------------------------x

**TWELFTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON
CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED
AND EXPENSES INCURRED AS INFORMATION AGENT FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |
| *Summary of Fees and Expenses Sought in the Fee Application* | |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | November 1, 2020 through November 30, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $19,096.18 (80% of $23,870.23) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $7,285.45 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $26,381.63 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its eleventh monthly fee statement (the "Monthly Fee Statement") for the period beginning November 1, 2020 through and including November 30, 2020 (the "Fee Period"). During the Fee Period, the fees and expenses incurred by KCC were $31,155.68.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $26,381.63, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a.  **Exhibit A**.  A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b.  **Exhibit B**.  A schedule of expenses incurred by category.

c.  **Exhibit C**.  KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on February 11, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  January 28, 2021
El Segundo, California

/s/ *Sarah Harbuck*
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah Harbuck
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

## <u>CERTIFICATION</u>

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

    a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

    b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

    c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated: January 28, 2021
       El Segundo, California

                                 /s/ *Sarah Harbuck*_____

                                 Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|----------|------|----------|-------|------|-------|
| AKW | Alyssa Kim-Whittle | Consultant | 3.9 | $203.28 | $792.79 |
| AMU | Alesha Murray | Consultant | 1.6 | $200.86 | $321.38 |
| AOP | Alfredo Pastor | Consultant | 2.9 | $200.86 | $582.50 |
| ASL | Alessia Salazar | Consultant | 1.6 | $200.86 | $321.38 |
| BSV | Betsy Silver | Consultant | 1.6 | $200.86 | $321.38 |
| BSZ | Bobbie Szlembarska | Consultant | 0.4 | $155.50 | $62.20 |
| BYH | Bryanna Hensley | Consultant | 7.4 | $200.86 | $1,486.36 |
| CCE | Cerene Credo | Consultant | 0.1 | $149.40 | $14.94 |
| CET | Christopher Estes | Consultant | 6.7 | $203.28 | $1,361.98 |
| CHD | Christopher Do | Senior Managing Consultant | 2.4 | $231.54 | $555.70 |
| CHZ | Carrie Hernandez | Consultant | 7.8 | $203.28 | $1,585.59 |
| CJC | Caitlin Corrie | Consultant | 0.1 | $125.20 | $12.52 |
| DAK | Dayna Kosinski | Consultant | 0.4 | $155.50 | $62.20 |
| DLN | Daisy Logan | Consultant | 2.4 | $200.86 | $482.06 |
| EAG | Esmeralda Aguayo | Consultant | 0.1 | $200.90 | $20.09 |
| EGA | Ellis Gatlin | Clerk | 0.4 | $53.83 | $21.53 |
| EJG | Evan Gershbein | Senior Managing Consultant | 3.6 | $231.53 | $833.50 |
| ESI | Elliser Silla | Consultant | 3.2 | $200.86 | $642.75 |
| FGZ | Francisco Gonzalez | Clerk | 0.3 | $53.83 | $16.15 |
| FRO | Francisco Rodriquez | Consultant | 0.1 | $155.50 | $15.55 |
| FTA | Frank Taylor | Clerk | 0.1 | $53.80 | $5.38 |
| GYC | Gregory Crosby | Consultant | 6.4 | $200.86 | $1,285.50 |
| HBU | Hannah Bussey | Consultant | 2.6 | $200.86 | $522.24 |
| HEF | Heather Fellows | Consultant | 0.5 | $149.42 | $74.71 |
| HUM | Hugo Morales | Consultant | 0.3 | $155.50 | $46.65 |
| ICO | Ignacio Corona | Clerk | 0.4 | $53.83 | $21.53 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.4 | $143.40 | $57.36 |
| JCC | Janece Carr | Consultant | 7.6 | $200.86 | $1,526.51 |
| JDG | Jennifer Grageda | Consultant | 0.2 | $149.40 | $29.88 |
| JHM | Joetta Thomas | Consultant | 0.4 | $182.60 | $73.04 |
| JUY | Justin Uy | Consultant | 0.4 | $125.25 | $50.10 |
| KCO | Kaci Courtright | Consultant | 0.1 | $200.90 | $20.09 |
| KPU | Kenneth Pulliam | Consultant | 4 | $200.86 | $803.45 |
| LUG | Luis Gonzales | Clerk | 0.4 | $53.80 | $21.52 |
| MAP | Manuel Pastor | Consultant | 3.3 | $200.86 | $662.84 |
| MDO | Matthew Orr | Consultant | 3.7 | $200.87 | $743.21 |
| MVA | Maria Valencia | Clerk | 0.5 | $53.84 | $26.92 |
| MVZ | Michael Valadez | Consultant | 3.7 | $200.86 | $743.20 |

| NBY | Nicole Bishay | Clerk | 0.2 | $53.80 | $10.76 |
|-----|---------------|-------|-----|--------|--------|
| PS | Other Project Specialist | Project Specialist | 10.7 | $100.00 | $1,070.00 |
| PTI | Portia Ashworth | Consultant | 1.7 | $200.86 | $341.46 |
| RIO | Rosemary Ibarra | Clerk | 0.2 | $53.85 | $10.77 |
| RJG | Richard Gonzales | Consultant | 0.1 | $203.30 | $20.33 |
| RMZ | Rossmery Martinez | Consultant | 3.1 | $203.28 | $630.18 |
| SDA | Samuel Miranda | Consultant | 5 | $200.86 | $1,004.30 |
| STO | Sarahi Ramirez | Clerk | 0.9 | $53.84 | $48.46 |
| SYR | Sydney Reitzel | Senior Consultant | 0.6 | $206.90 | $124.14 |
| SYU | Susan Yu | Consultant | 10.3 | $203.28 | $2,093.82 |
| TDL | Tara Dolen | Consultant | 1.6 | $200.86 | $321.38 |
| THU | Terra Hutson | Consultant | 4 | $200.85 | $803.41 |
| VRQ | Vanessa Triana | Senior Managing Consultant | 2.3 | $209.40 | $481.62 |
| VTM | Vien Marquez | Consultant | 3.4 | $200.86 | $682.92 |
| | | | | | |
| | **TOTALS** | | **126.1** | | **$23,870.23** |

**Exhibit B**

**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| Photocopies | 1 | $0.11 | $0.11 |
| First Class Mail | | | $1,074.96 |
| Reimbursement of Case Related Phone Costs | | | $46.92 |
| Printing and Mailing Expenses | | | $5,907.98 |
| Sales Tax | | | $255.48 |
| | | | |
| **TOTAL** | | | **$7,285.45** |

## **Exhibit C**

## **Invoice**

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789FA | Invoice Date | December 28, 2020 |
|---|---|---|---|
| Invoice Number | US_KCC1963160 | Due Date | Due upon receipt |

### Purdue Pharma L.P. (Creditors' Committee)
### *Summary*

| <u>*Description*</u> | <u>*Amount*</u> |
|---|---|
| **<u>Hourly Fees</u>** | |
| Hourly Fees Charged | $23,870.23 |
| ***Total of Hourly Fees*** | $23,870.23 |
| | |
| **<u>Expenses</u>** | |
| Expenses | $7,029.97 |
| ***Total Expenses*** | $7,029.97 |
| | |
| ***Invoice Subtotal*** | **$30,900.20** |
| Sales and Use Tax | 255.48 |
| ***Total Invoice*** | **$31,155.68** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 70789FA | **Check Payments to:** | **Wire Payments to:** |
|---|---|---|---|
| Invoice Number | US_KCC1963160 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $31,155.68 | Dept CH 16639 | HSBC Bank, NA |
| | | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| Amount Paid | $ | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

# Kurtzman Carson Consultants LLC

11/01/2020 - 11/30/2020

## Total Hourly Fees by Employee

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---|---|---|---|---|---|
| AKW | Alyssa Kim-Whittle | CON | 3.90 | $203.28 | $792.79 |
| AMU | Alesha Murray | CON | 1.60 | $200.86 | $321.38 |
| AOP | Alfredo Pastor | CON | 2.90 | $200.86 | $582.50 |
| ASL | Alessia Salazar | CON | 1.60 | $200.86 | $321.38 |
| BSV | Betsy Silver | CON | 1.60 | $200.86 | $321.38 |
| BSZ | Bobbie Szlembarska | CON | 0.40 | $155.50 | $62.20 |
| BYH | Bryanna Hensley | CON | 7.40 | $200.86 | $1,486.36 |
| CCE | Cerene Credo | CON | 0.10 | $149.40 | $14.94 |
| CET | Christopher Estes | CON | 6.70 | $203.28 | $1,361.98 |
| CHD | Christopher Do | SMC | 2.40 | $231.54 | $555.70 |
| CHZ | Carrie Hernandez | CON | 7.80 | $203.28 | $1,585.59 |
| CJC | Caitlin Corrie | CON | 0.10 | $125.20 | $12.52 |
| DAK | Dayna Kosinski | CON | 0.40 | $155.50 | $62.20 |
| DLN | Daisy Logan | CON | 2.40 | $200.86 | $482.06 |
| EAG | Esmeralda Aguayo | CON | 0.10 | $200.90 | $20.09 |
| EGA | Ellis Gatlin | CL | 0.40 | $53.83 | $21.53 |
| EJG | Evan Gershbein | SMC | 3.60 | $231.53 | $833.50 |
| ESI | Elliser Silla | CON | 3.20 | $200.86 | $642.75 |
| FGZ | Francisco Gonzalez | CL | 0.30 | $53.83 | $16.15 |
| FRO | Francisco Rodriquez | CON | 0.10 | $155.50 | $15.55 |
| FTA | Frank Taylor | CL | 0.10 | $53.80 | $5.38 |
| GYC | Gregory Crosby | CON | 6.40 | $200.86 | $1,285.50 |
| HBU | Hannah Bussey | CON | 2.60 | $200.86 | $522.24 |
| HEF | Heather Fellows | CON | 0.50 | $149.42 | $74.71 |
| HUM | Hugo Morales | CON | 0.30 | $155.50 | $46.65 |
| ICO | Ignacio Corona | CL | 0.40 | $53.83 | $21.53 |
| IRJ | Ivan Rios Jimenez | CON | 0.40 | $143.40 | $57.36 |
| JCC | Janece Carr | CON | 7.60 | $200.86 | $1,526.51 |
| JDG | Jennifer Grageda | CON | 0.20 | $149.40 | $29.88 |
| JHM | Joetta Thomas | CON | 0.40 | $182.60 | $73.04 |
| JUY | Justin Uy | CON | 0.40 | $125.25 | $50.10 |
| KCO | Kaci Courtright | CON | 0.10 | $200.90 | $20.09 |
| KPU | Kenneth Pulliam | CON | 4.00 | $200.86 | $803.45 |
| LUG | Luis Gonzales | CL | 0.40 | $53.80 | $21.52 |
| MAP | Manuel Pastor | CON | 3.30 | $200.86 | $662.84 |
| MDO | Matthew Orr | CON | 3.70 | $200.87 | $743.21 |
| MVA | Maria Valencia | CL | 0.50 | $53.84 | $26.92 |
| MVZ | Michael Valadez | CON | 3.70 | $200.86 | $743.20 |
| NBY | Nicole Bishay | CL | 0.20 | $53.80 | $10.76 |
| PS | Other Project Specialist | PS | 10.70 | $100.00 | $1,070.00 |
| PTI | Portia Ashworth | CON | 1.70 | $200.86 | $341.46 |

# Kurtzman Carson Consultants LLC

11/01/2020 - 11/30/2020

## Total Hourly Fees by Employee

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| RIO | Rosemary Ibarra | CL | 0.20 | $53.85 | $10.77 |
| RJG | Richard Gonzales | CON | 0.10 | $203.30 | $20.33 |
| RMZ | Rossmery Martinez | CON | 3.10 | $203.28 | $630.18 |
| SDA | Samuel Miranda | CON | 5.00 | $200.86 | $1,004.30 |
| STO | Sarahi Ramirez | CL | 0.90 | $53.84 | $48.46 |
| SYR | Sydney Reitzel | SC | 0.60 | $206.90 | $124.14 |
| SYU | Susan Yu | CON | 10.30 | $203.28 | $2,093.82 |
| TDL | Tara Dolen | CON | 1.60 | $200.86 | $321.38 |
| THU | Terra Hutson | CON | 4.00 | $200.85 | $803.41 |
| VRQ | Vanessa Triana | SMC | 2.30 | $209.40 | $481.62 |
| VTM | Vien Marquez | CON | 3.40 | $200.86 | $682.92 |

**Total**  **$23,870.23**

## *Kurtzman Carson Consultants LLC*

### 11/01/2020 - 11/30/2020

### *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| 11/1/2020 | RMZ | Administrative review Certificate of Service for Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] mailing | CON | Noticing | 0.20 |
| 11/1/2020 | RMZ | Administrative review Certificate of Service for Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] mailing | CON | Noticing | 0.30 |
| 11/1/2020 | RMZ | Administrative review Certificate of Service for Sackler Settlement Response [DN 1856] mailing | CON | Noticing | 0.30 |
| 11/1/2020 | RMZ | File three Certificates of Service on Pacer website | CON | Noticing | 0.50 |
| 11/1/2020 | RMZ | Coordinate and generate Third Supplemental Declaration of Preis [Docket No. 1887] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.80 |
| 11/1/2020 | RMZ | Correspond with KCC case team re Certificates of Service to be complete | CON | Noticing | 0.20 |
| 11/1/2020 | RMZ | Correspond with KCC Noticing team re filing of completed Certificates of Service | CON | Noticing | 0.20 |
| 11/1/2020 | RMZ | Correspond with counsel re service of Third Supplemental Declaration of Preis [DN 1887] | CON | Noticing | 0.20 |
| 11/1/2020 | RMZ | Review of Third Supplemental Declaration of Preis [DN 1887] to ensure inclusion of all service parties | CON | Noticing | 0.20 |
| | | | *Total for 11/1/2020* | | *2.90* |
| 11/2/2020 | EJG | Attention to Third Supplemental Declaration of Preis [DN 1887] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 11/2/2020 | LUG | Assist with Third Supplemental Declaration of Preis [DN 1887] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 11/2/2020 | VTM | Assist with Third Supplemental Declaration of Preis [DN 1887] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/2/2020 | MDO | Assist with Third Supplemental Declaration of Preis [DN 1887] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/2/2020 | BSZ | Assist with Third Supplemental Declaration of Preis [DN 1887] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 11/2/2020 | IRJ | Assist with Third Supplemental Declaration of Preis [DN 1887] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 11/2/2020 | HUM | Assist with Third Supplemental Declaration of Preis [DN 1887] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 11/2/2020 | RMZ | Administrative review of Third Supplemental Declaration of Preis [DN 1887] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.20 |
| 11/2/2020 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] | CON | Noticing | 0.30 |
| 11/2/2020 | EGA | Assist with Third Supplemental Declaration of Preis [DN 1887] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 11/2/2020 | ICO | Assist with Third Supplemental Declaration of Preis [DN 1887] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |

# *Kurtzman Carson Consultants LLC*

### 11/01/2020 - 11/30/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 11/2/2020 | EAG | Prepare Certificate of Service for Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] mailing | CON | Noticing | 0.10 |
| 11/2/2020 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] | CON | Noticing | 0.30 |
| 11/2/2020 | AOP | Assist with Third Supplemental Declaration of Preis [DN 1887] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.90 |
| 11/2/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Sackler Settlement Response [DN 1856] | CON | Noticing | 0.30 |
| 11/2/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Third Supplemental Declaration of Preis [DN 1887] | CON | Noticing | 0.10 |
| 11/2/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/2/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 11/2/2020 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.50 |
| 11/2/2020 | CHD | Assist with Third Supplemental Declaration of Preis [DN 1887] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.20 |
| 11/2/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 11/2/2020* | *5.80* |
| 11/3/2020 | EJG | Attention to Further Statement re Sackler Settlement [DN 1893] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 11/3/2020 | LUG | Assist with Further Statement re Sackler Settlement [DN 1893] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 11/3/2020 | VTM | Assist with Further Statement re Sackler Settlement [DN 1893] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/3/2020 | MDO | Assist with Further Statement re Sackler Settlement [DN 1893] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/3/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] | CON | Noticing | 0.10 |
| 11/3/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] | CON | Noticing | 0.10 |
| 11/3/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Sackler Settlement Response [DN 1856] | CON | Noticing | 0.10 |
| 11/3/2020 | BSZ | Assist with Further Statement re Sackler Settlement [DN 1893] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 11/3/2020 | IRJ | Assist with Further Statement re Sackler Settlement [DN 1893] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |

# *Kurtzman Carson Consultants LLC*

### 11/01/2020 - 11/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/3/2020 | HUM | Assist with Further Statement re Sackler Settlement [DN 1893] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 11/3/2020 | MAP | Assist with Further Statement re Sackler Settlement [DN 1893] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 11/3/2020 | EGA | Assist with Further Statement re Sackler Settlement [DN 1893] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 11/3/2020 | ICO | Assist with Further Statement re Sackler Settlement [DN 1893] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 11/3/2020 | SYU | Review Certificate of Service re Fee Statements of Akin, Cole Schotz, Province, Jefferies, KCC, and Bedell [DNs 1870-1875] mailing | CON | Noticing | 0.30 |
| 11/3/2020 | SYU | Review Certificate of Service re Amended Fee Statement of KCC [Docket No. 1879] mailing | CON | Noticing | 0.30 |
| 11/3/2020 | SYU | Electronically file 3 Certificates of Service with the court | CON | Noticing | 0.30 |
| 11/3/2020 | SYU | Correspond with counsel re service of Further Statement re Sackler Settlement | CON | Noticing | 0.10 |
| 11/3/2020 | SYU | Coordinate and generate Further Statement re Sackler Settlement [DN 1893] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 11/3/2020 | SYU | Review Certificate of Service re Third Supplemental Declaration of Preis [DN 1887] mailing | CON | Noticing | 0.40 |
| 11/3/2020 | HEF | Manage and review tracking of undeliverable mail re Sackler Settlement Response [DN 1856] | CON | Undeliverable Mail Processing | 0.10 |
| 11/3/2020 | JUY | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |
| 11/3/2020 | HBU | Prepare Certificate of Service for Third Supplemental Declaration of Preis [DN 1887] mailing | CON | Noticing | 2.60 |
| 11/3/2020 | AOP | Assist with Further Statement re Sackler Settlement [DN 1893] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 11/3/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 11/3/2020 | CHZ | Prepare Certificate of Service for Fee Statements of Akin, Cole Schotz, Province, Jefferies, KCC, and Bedell [DN 1870-1875] mailing | CON | Noticing | 2.50 |
| 11/3/2020 | CHZ | Prepare Certificate of Service for Amended KCC Fee App [DN 1879] mailing | CON | Noticing | 2.20 |
| 11/3/2020 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.90 |
| 11/3/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for 2004 Motion & Declaration of Hurley [DNs 1779-1780] | SMC | Noticing | 0.20 |
| 11/3/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for 2004 Order of Former Executives [DN 1788] | SMC | Noticing | 0.20 |
| 11/3/2020 | CHD | Assist with Further Statement re Sackler Settlement [DN 1893] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| 11/3/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| 11/3/2020 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |

# *Kurtzman Carson Consultants LLC*

11/01/2020 - 11/30/2020

## *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| | | | *Total for 11/3/2020* | | *15.60* |
| 11/4/2020 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 11/4/2020 | ESI | Prepare Affidavit of Service for Further Statement re Sackler Settlement [DN 1893] mailing | CON | Noticing | 2.50 |
| 11/4/2020 | SYU | Review mail report for Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] | CON | Noticing | 0.10 |
| 11/4/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/4/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 11/4/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 11/4/2020 | VRQ | Correspondence re Affidavts of Service; review files and follow-up re same | SMC | Noticing | 0.20 |
| 11/4/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| 11/4/2020 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| 11/4/2020 | NBY | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | *Total for 11/4/2020* | | *4.30* |
| 11/5/2020 | ESI | Prepare Affidavit of Service for Further Statement re Sackler Settlement [DN 1893] mailing | CON | Noticing | 0.70 |
| 11/5/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 11/5/2020 | SYU | Review mail report for Sackler Settlement Response [DN 1856] | CON | Noticing | 0.10 |
| 11/5/2020 | SYU | Review mail report for Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] | CON | Noticing | 0.10 |
| 11/5/2020 | SYU | Review Certificate of Service re Further Statement re Sackler Settlement [DN 1893] mailing | CON | Noticing | 0.40 |
| 11/5/2020 | AKW | Review Certificate of Service for Further Statement re Sackler Settlement [DN 1893] mailing | CON | Noticing | 1.10 |
| 11/5/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.60 |
| 11/5/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 11/5/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.70 |
| 11/5/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/5/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 11/5/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/5/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| | | | *Total for 11/5/2020* | | *5.50* |

# *Kurtzman Carson Consultants LLC*

### 11/01/2020 - 11/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/6/2020 | EJG | Attention to Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 11/6/2020 | LUG | Assist with Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 11/6/2020 | VTM | Assist with Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/6/2020 | MDO | Assist with Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/6/2020 | DAK | Assist with Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 11/6/2020 | BSZ | Assist with Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 11/6/2020 | HUM | Assist with Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 11/6/2020 | MAP | Assist with Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.20 |
| 11/6/2020 | EGA | Assist with Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 11/6/2020 | FGZ | Assist with Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 11/6/2020 | RIO | Assist with Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 11/6/2020 | SYU | Correspond with counsel re service of Supplemental Declarations of Alberto, Szlezinger, Atkinson & Drummond | CON | Noticing | 0.10 |
| 11/6/2020 | SYU | Coordinate and generate Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.80 |
| 11/6/2020 | SYU | Correspond with counsel re service of Notice of Agreement | CON | Noticing | 0.10 |
| 11/6/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 11/6/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.70 |
| 11/6/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/6/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 11/6/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/6/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Fee Statements of Akin, Cole Schotz, Province, Jefferies, KCC, and Bedell [DNs 1870-1875] | SMC | Noticing | 0.10 |

## *Kurtzman Carson Consultants LLC*

### 11/01/2020 - 11/30/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/6/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Amended Fee Statement of KCC [Docket No. 1879] | SMC | Noticing | 0.10 |
| 11/6/2020 | CHD | Assist with Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.20 |
| 11/6/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | **Total for 11/6/2020** | | **7.30** |
| 11/7/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Stipulation and Agreed Order re Amended Briefing Schedule [DN 1843] | SMC | Noticing | 0.20 |
| 11/7/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Stipulation and Agreed Order re Amended Briefing Schedule [DN 1848] | SMC | Noticing | 0.20 |
| 11/7/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Sackler Settlement Response [DN 1856] | SMC | Noticing | 0.20 |
| | | | **Total for 11/7/2020** | | **0.60** |
| 11/9/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 11/9/2020 | SYR | Review certificate of service for Supplemental Declarations of Alberto, Szlezinger, Atkinson & Drummond [DNs 1902-1905] mailing and follow up re same | SC | Noticing | 0.40 |
| 11/9/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/9/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 11/9/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | **Total for 11/9/2020** | | **1.50** |
| 11/10/2020 | STO | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| 11/10/2020 | SYU | Review Certificate of Service re Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] mailing | CON | Noticing | 0.40 |
| 11/10/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 11/10/2020 | SYU | Update Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 11/10/2020 | SYU | Process change of address into KCC CaseView | CON | Creditor Matrix | 0.20 |
| 11/10/2020 | SDA | Prepare Affidavit of Service for Supplemental Declarations of Alberto, Szlezinger, Atkinson & Drummond [DNs 1902-1905] mailing | CON | Noticing | 2.80 |
| | | | **Total for 11/10/2020** | | **3.90** |
| 11/11/2020 | EJG | Attention to Akin, Cole Schotz, Bayard, Bedell, Jefferies, Province, and KCC Fee Statements [DNs 1923-1930] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 11/11/2020 | SYU | Correspond with counsel re service of Statement re Debtors' Settlement | CON | Noticing | 0.10 |

# *Kurtzman Carson Consultants LLC*

### 11/01/2020 - 11/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/11/2020 | SYU | Coordinate and generate Statement re Debtors' Settlement [DN1920] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 11/11/2020 | SYU | Correspond with counsel re service of Akin, Cole Schotz, Bayard, Bedell, Jefferies, Province, and KCC Fee Statements | CON | Noticing | 0.10 |
| 11/11/2020 | SYU | Coordinate and generate Akin, Cole Schotz, Bayard, Bedell, Jefferies, Province, and KCC Fee Statements [DNs 1923-1930] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 11/11/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 11/11/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/11/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 11/11/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 11/11/2020* | *3.30* |
| 11/12/2020 | EJG | Attention to Statement re Debtors' Settlement [DN1920] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 11/12/2020 | FTA | Assist with Statement re Debtors' Settlement [DN1920] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 11/12/2020 | LUG | Assist with Statement re Debtors' Settlement [DN1920] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 11/12/2020 | VTM | Assist with Statement re Debtors' Settlement [DN1920] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/12/2020 | MDO | Assist with Statement re Debtors' Settlement [DN1920] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/12/2020 | DAK | Assist with Statement re Debtors' Settlement [DN1920] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 11/12/2020 | BSZ | Assist with Statement re Debtors' Settlement [DN1920] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 11/12/2020 | FGZ | Assist with Statement re Debtors' Settlement [DN1920] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 11/12/2020 | ICO | Assist with Statement re Debtors' Settlement [DN1920] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 11/12/2020 | FRO | Assist with Statement re Debtors' Settlement [DN1920] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 11/12/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 11/12/2020 | AOP | Assist with Statement re Debtors' Settlement [DN1920] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 11/12/2020 | MVZ | Assist with Statement re Debtors' Settlement [DN1920] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.80 |
| 11/12/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 11/12/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 11/12/2020 | CHD | Assist with Statement re Debtors' Settlement [DN1920] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.20 |

# *Kurtzman Carson Consultants LLC*

### 11/01/2020 - 11/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | | *Total for 11/12/2020* | *4.40* |
| 11/13/2020 | STO | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| 11/13/2020 | SYU | Review Certificate of Service re Statement re Debtors' Settlement [DN1920] & Akin, Cole Schotz, Bayard, Bedell, Jefferies, Province, and KCC Fee Statements [DNs 1923-1930] mailing | CON | Noticing | 0.40 |
| 11/13/2020 | AKW | Review Certificate of Service for Statement re Debtors' Settlement [DN 1920] mailing | CON | Noticing | 0.90 |
| 11/13/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 11/13/2020 | SYR | Review revised certificate of service for Statement re Debtors' Settlement [DN 1920] mailing | SC | Noticing | 0.20 |
| 11/13/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 11/13/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.70 |
| 11/13/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 11/13/2020 | PTI | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 11/13/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 11/13/2020 | DLN | Prepare Certificate of Service for Statement re Debtors' Settlement [DN 1920] mailing | CON | Noticing | 2.20 |
| | | | | *Total for 11/13/2020* | *6.50* |
| 11/16/2020 | EJG | Attention to Bedell, Cole Schotz, Jefferies, KCC, Province, Akin & Bayard Interim Fee Apps [DNs 1976, 1978-1979, 1981-1984] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 11/16/2020 | VTM | Assist with Bedell, Cole Schotz, Jefferies, KCC, Province, Akin & Bayard Interim Fee Apps [DNs 1976, 1978-1979, 1981-1984] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/16/2020 | MDO | Assist with Bedell, Cole Schotz, Jefferies, KCC, Province, Akin & Bayard Interim Fee Apps [DNs 1976, 1978-1979, 1981-1984] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/16/2020 | SYU | Review Certificate of Service re Statement re Debtors' Settlement [DN1920] mailing | CON | Noticing | 0.30 |
| 11/16/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 11/16/2020 | SYU | Correspond with counsel re service of Bedell, Cole Schotz, Jefferies, KCC, Province, Akin & Bayard Interim Fee Apps | CON | Noticing | 0.10 |
| 11/16/2020 | SYU | Coordinate and generate Bedell, Cole Schotz, Jefferies, KCC, Province, Akin & Bayard Interim Fee Apps [DNs 1976, 1978-1979, 1981-1984] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 11/16/2020 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.30 |
| 11/16/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 11/16/2020 | MVZ | Assist with Bedell, Cole Schotz, Jefferies, KCC, Province, Akin & Bayard Interim Fee Apps [DNs 1976, 1978-1979, 1981-1984] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 2.00 |

# *Kurtzman Carson Consultants LLC*

11/01/2020 - 11/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/16/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 11/16/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.70 |
| 11/16/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/16/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 11/16/2020 | DLN | Prepare Certificate of Service for Statement re Debtors' Settlement [DN 1920] mailing | CON | Noticing | 0.20 |
| 11/16/2020 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| 11/16/2020 | MVA | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| 11/16/2020 | PS | Professional time for preparing, printing, inserting, sealing, and metering documents | PS | Document Processing | 5.70 |
| | | | | **Total for 11/16/2020** | **13.60** |
| 11/17/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 11/17/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Bedell, Cole Schotz, Jefferies, KCC, Province, Akin & Bayard Interim Fee Apps [DNs 1976, 1978-1979, 1981-1984] | CON | Noticing | 0.10 |
| 11/17/2020 | CJC | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 11/17/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 11/17/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.50 |
| 11/17/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/17/2020 | KCO | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 11/17/2020 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.50 |
| 11/17/2020 | SDA | Prepare Affidavit of Service for Bedell, Cole Schotz, Jefferies, KCC, Province, Akin & Bayard Interim Fee Apps [DNs 1976, 1978-1979, 1981-1984]   mailing | CON | Noticing | 2.20 |
| | | | | **Total for 11/17/2020** | **4.50** |
| 11/18/2020 | SYU | Review Certificate of Service re Bedell, Cole Schotz, Jefferies, KCC, Province, Akin & Bayard Interim Fee Apps [DNs 1976-1978, 1981-1984] mailing | CON | Noticing | 0.40 |
| 11/18/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 11/18/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.50 |
| 11/18/2020 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Third Supplemental Declaration of Preis [DN 1887] | CON | Noticing | 0.30 |
| 11/18/2020 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Further Statement re Sackler Settlement [DN 1893] | CON | Noticing | 0.30 |

# *Kurtzman Carson Consultants LLC*

11/01/2020 - 11/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/18/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.50 |
| 11/18/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/18/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 11/18/2020 | RJG | Review invoice for accuracy and completeness | CON | Case Administration / Maintenance | 0.10 |
| | | | | **Total for 11/18/2020** | **3.00** |
| 11/19/2020 | EJG | Attention to Replies & Declaration of Arik Pries [DNs 2013-2015] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 11/19/2020 | VTM | Assist with Replies & Declaration of Arik Pries [DNs 2013-2015] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.70 |
| 11/19/2020 | MDO | Assist with Replies & Declaration of Arik Pries [DNs 2013-2015] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 11/19/2020 | MAP | Assist with Replies & Declaration of Arik Pries [DNs 2013-2015] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.40 |
| 11/19/2020 | SYU | Coordinate and generate Replies & Declaration of Arik Pries [DNs 2013-2015] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 11/19/2020 | SYU | Correspond with counsel re service of Replies & Declaration of Arik Pries | CON | Noticing | 0.10 |
| 11/19/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 2.10 |
| 11/19/2020 | AMU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 1.60 |
| 11/19/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Replies & Declaration of Arik Pries [DNs 2013-2015] | CON | Noticing | 0.10 |
| 11/19/2020 | BYH | Participate in training sessions for review and discussion of communications materials in preparation for responding to creditor inquiries | CON | Communications / Call Center | 2.30 |
| 11/19/2020 | GYC | Participate in training sessions for review and discussion of communications materials in preparation for responding to creditor inquiries | CON | Communications / Call Center | 0.80 |
| 11/19/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.50 |
| 11/19/2020 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 11/19/2020 | JCC | Participate in training sessions for review and discussion of communications materials in preparation for responding to creditor inquiries | CON | Communications / Call Center | 1.70 |
| 11/19/2020 | CHD | Assist with Replies & Declaration of Arik Pries [DNs 2013-2015] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| 11/19/2020 | ASL | Participate in training sessions for review and discussion of communications materials in preparation for responding to creditor inquiries | CON | Communications / Call Center | 1.60 |
| 11/19/2020 | BSV | Participate in training sessions for review and discussion of communications materials in preparation for responding to creditor inquiries | CON | Communications / Call Center | 1.60 |
| 11/19/2020 | TDL | Participate in training sessions for review and discussion of communications materials in preparation for responding to creditor inquiries | CON | Communications / Call Center | 1.60 |

# *Kurtzman Carson Consultants LLC*

11/01/2020 - 11/30/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/19/2020 | PS | Professional time for preparing, printing, inserting, sealing, and metering documents | PS | Document Processing | 5.00 |
| | | | ***Total for 11/19/2020*** | | ***23.60*** |
| 11/20/2020 | JDG | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 11/20/2020 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] | CON | Noticing | 0.30 |
| 11/20/2020 | STO | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| 11/20/2020 | STO | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| 11/20/2020 | HEF | Manage and review tracking of undeliverable mail re Replies & Declaration of Arik Pries [DNs 2013-2015] | CON | Undeliverable Mail Processing | 0.10 |
| 11/20/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.90 |
| 11/20/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Debtors' Settlement [DN1920] | CON | Noticing | 0.30 |
| 11/20/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 1.20 |
| 11/20/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.80 |
| 11/20/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 2.20 |
| 11/20/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | ***Total for 11/20/2020*** | | ***6.60*** |
| 11/21/2020 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for  Statement re Debtors' Settlement [DN1920] | CON | Noticing | 0.20 |
| 11/21/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] | CON | Noticing | 0.10 |
| 11/21/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Further Statement re Sackler Settlement [DN 1893] | CON | Noticing | 0.10 |
| 11/21/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Debtors' Settlement [DN1920] | CON | Noticing | 0.10 |
| 11/21/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Third Supplemental Declaration of Preis [DN 1887] | CON | Noticing | 0.10 |
| | | | ***Total for 11/21/2020*** | | ***0.60*** |
| 11/23/2020 | CCE | Sort and manage incoming case mail received for processing | CON | Document Processing | 0.10 |
| 11/23/2020 | SYU | Review mail report for Statement re Debtors' Settlement [DN1920] | CON | Noticing | 0.10 |

## *Kurtzman Carson Consultants LLC*

### 11/01/2020 - 11/30/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/23/2020 | SYU | Review mail report for Further Statement re Sackler Settlement [DN 1893] | CON | Noticing | 0.10 |
| 11/23/2020 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 11/23/2020 | SYU | Review mail report for Third Supplemental Declaration of Preis [DN 1887] | CON | Noticing | 0.10 |
| 11/23/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 11/23/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 11/23/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/23/2020 | CHZ | Prepare Certificate of Service for Replies & Declaration of Arik Pries [DNs 2013-2015] mailing | CON | Noticing | 3.10 |
| 11/23/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/23/2020 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.20 |
| 11/23/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 11/23/2020* | *5.30* |
| 11/24/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 11/24/2020 | SYU | Review Certificate of Service re Replies & Declaration of Arik Pries [DNs 2013-2015] mailing | CON | Noticing | 0.40 |
| 11/24/2020 | AKW | Review Certificate of Service for Replies & Declaration of Arik Pries [DNs 2013-2015] mailing | CON | Noticing | 1.90 |
| 11/24/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/24/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 11/24/2020* | *2.90* |
| 11/25/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 11/25/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/25/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/25/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 11/25/2020* | *1.20* |
| 11/27/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 11/27/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 11/27/2020* | *0.50* |
| 11/30/2020 | STO | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| 11/30/2020 | JUY | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |

# *Kurtzman Carson Consultants LLC*

11/01/2020 - 11/30/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 11/30/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 11/30/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 11/30/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 11/30/2020 | JHM | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 11/30/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 11/30/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |

**Total for 11/30/2020**    **2.70**

**Total Hours**    **126.10**

## *Kurtzman Carson Consultants LLC*

11/01/2020 - 11/30/2020

### *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| Photocopies | 1 | $0.11 | $0.11 |
| Reimbursement of case related phone costs | | | $46.92 |
| First Class Mail | | | $1,074.96 |
| Printing and Mail Expenses (See Exhibit) | | | $5,907.98 |
| | | *Total Expenses* | *$7,029.97* |

# *Kurtzman Carson Consultants LLC*

### 11/01/2020 - 11/30/2020

### *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 11/2/2020 | Third Supplemental Declaration of Preis [DN 1887] | 188 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 188 Recipients | $250.00 | $250.00 |
| | | 50 | First Class Mail | | |
| | | 300 | Image notice printing for 1 document, including Purdue 1887 - Third Supplemental Preis Declaration in Support of Akin Gump Retention Application.pdf | $0.11 | $33.00 |
| | | 50 | Standard Envelopes | $0.14 | $7.00 |
| 11/3/2020 | Further Statement re Sackler Settlement [DN 1893] | 188 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 188 Recipients | $250.00 | $250.00 |
| | | 51 | First Class Mail | | |
| | | 408 | Image notice printing for 1 document, including Purdue 1893 - Further Statement re Sackler Settlement.pdf | $0.11 | $44.88 |
| | | 51 | Standard Envelopes | $0.14 | $7.14 |
| 11/6/2020 | Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] | 188 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 188 Recipients | $250.00 | $250.00 |
| | | 50 | First Class Mail | | |
| | | 1,200 | Image notice printing for 5 documents, including Purdue 1902 - Second Supplemental Declaration of Justin Alberto.pdf, Purdue 1903 - Third Supplemental Declaration of Leon Szlezinger.pdf, Purdue 1904 - Supplemental Declaration of Michael Atkinson.pdf, Purdue 1905 - Supplemental Declaration of Edward Drummond.pdf, Purdue 1908 - Notice re Debtor Privilege Agreement.pdf | $0.11 | $132.00 |
| | | 50 | Non-Standard Envelopes | $0.36 | $18.00 |
| 11/12/2020 | Statement re Debtors' Settlement [DN1920] | 188 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 188 Recipients | $250.00 | $250.00 |
| | | 51 | First Class Mail | | |
| | | 714 | Image notice printing for 1 document, including Purdue 1920 - UCC Limited Objection re Debtors DOJ Settlement.pdf | $0.11 | $78.54 |
| | | 51 | Non-Standard Envelopes | $0.36 | $18.36 |
| 11/11/2020 | Akin, Cole Schotz, Bayard, Bedell, Jefferies, Province, and KCC Fee Statements [DNs 1923-1930] | 6 | Email Parties | $0.00 | $100.00 |
| 11/16/2020 | Bedell, Cole Schotz, Jefferies, KCC, Province, Akin & Bayard Interim Fee Apps [DNs 1976, 1978-1979, 1981-1984] | 188 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 188 Recipients | $250.00 | $250.00 |
| | | 51 | First Class Mail | | |
| | | 16,116 | Image notice printing Bedell, Cole Schotz, Jefferies, KCC, Province, Akin & Bayard Interim Fee Apps [DNs 1976, 1978-1979, 1981-1984] | $0.11 | $1,772.76 |
| | | 51 | Non-Standard Envelopes | $0.36 | $18.36 |
| 11/19/2020 | Replies & Declaration of Arik Pries [DNs 2013-2015] | 188 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 188 Recipients | $250.00 | $250.00 |
| | | 51 | First Class Mail | | |

| 11/19/2020 | Replies & Declaration of Arik Pries [DNs 2013-2015] | 14,982 | Image notice printing Replies & Declaration of Arik Pries [DNs 2013-2015] | $0.11 | $1,559.58 |
| | | 51 | Non-Standard Envelopes | $0.36 | $18.36 |

**_Total Printing and Mailing Expenses_**                    **_$5,907.98_**