Mr. William T. Walsh, Clerk
United States District Court Clerk's Office
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, New Jersey 07102



Mr. Vito Genna, Clerk
United States Bankruptcy Court Clerk's Office
Southern District of New York
300 Quarropas Street. Room 147
White Plains, New York 10601

January 20, 2021

Re: Ronald Bass, Sr. v. PURDUE PHARMA L.P., et al.,
Civil Action No. 2:19-cv-19709-BRM-JAD

Dear Clerk of the Court,

Find copy of a letter to **PURDUE PHARMA PROCESSING CENTER**, **Case No. 19-23649(RRD)** dated 01/19/2021, in the office of Prime Clerk, LLC, as well as the information received and filed with the United States District Court Clerk's Office dated on 01/08/2021 addressed to Judge Martinotti, with supporting evidence, which I have provided the United States District Court Clerk's Office with those documents.

Sincerely

Ronald Bass, Sr.

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...**

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 9510816220971009454863

Remove ✕

This is a reminder to arrange for redelivery of your item before January 25, 2021 or your item will be returned on January 26, 2021. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

**USPS Premium Tracking™ Available** ⌄

## Delivery Attempt: Action Needed

Reminder to Schedule Redelivery of your item before January 25, 2021

**Schedule Redelivery** ⌄

---

**Text & Email Updates**  ⌄

---

**Schedule Redelivery**  ⌄

---

**Proof of Delivery**  ⌄

---

**Tracking History**  ⋀

Reminder to Schedule Redelivery of your item before January 25, 2021
This is a reminder to arrange for redelivery of your item before January 25, 2021 or your item will be returned on January 26, 2021. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

January 11, 2021, 10:27 am
Available for Pickup
BROOKLYN, NY 11232

January 11, 2021, 6:43 am
Out for Delivery
BROOKLYN, NY 11232

January 11, 2021, 6:32 am
Arrived at Post Office
BROOKLYN, NY 11232

January 11, 2021, 4:57 am
Arrived at USPS Facility
BROOKLYN, NY 11232

January 11, 2021, 2:46 am
Departed USPS Regional Facility
BROOKLYN NY DISTRIBUTION CENTER

January 10, 2021, 6:24 pm
Arrived at USPS Regional Facility
BROOKLYN NY DISTRIBUTION CENTER

January 10, 2021, 4:46 pm
Departed USPS Regional Facility
METRO NY DISTRIBUTION CENTER

January 10, 2021, 3:35 am
Arrived at USPS Regional Facility
METRO NY DISTRIBUTION CENTER

January 9, 2021, 11:37 pm
Departed USPS Regional Facility
NEWARK NJ DISTRIBUTION CENTER

January 9, 2021, 9:06 pm
Arrived at USPS Regional Facility

Feedback

NEWARK NJ DISTRIBUTION CENTER

January 9, 2021, 5:21 pm
Departed Post Office
SPRINGFIELD, NJ 07081

January 9, 2021, 1:54 pm
USPS in possession of item
SPRINGFIELD, NJ 07081

---

**Premium Tracking** ⌄

---

**Product Information** ⌄

---

See Less ∧

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**PURDUE PHARMA PROCESSINF CENTER**
Prime Clerk, LLC
Grand Central Station
60 East 42th Street, Suite 1440
New York, NY 10165

January 16, 2021

**Re: In re PURDUE PHARMA, L.P., et al.**
  **\*Case No. 19-23649(RDD)**
  **United States Bankruptcy Court for the Southern District of New York**

Dear Team Members or Staffs'

   On January 13, 2021 you received from me hands delivered information related to my creditor assigned claim number **_89590_** .

Also, I have sent Purdue Pharma, L.P. Processing Center, Priority Mail on 01/02/2021, which was never pickup from the United States Post Office under USPS Tracking No. **9510 8162 2097 1009 4548 63** which was forward to Prime Clerk, LLC 850 Third Avenue, Suite 412, Brooklyn, New York, 11232.

You should have received this priority mail by **now** but for some strange reason it haven't been pickup from the post office and the information I'm receiving form the USPS Tracking site the mail was not pickup.

**\*\*The attachments are the validity of my claims and the unlawful collection of debt, contrary to 18 U.S.C. § 1201 and New Jersey Criminal Code N.J.S.A. 2C:13-1

P.S.\* Maureen Bull, et al., they needs to stop their unadulterated drivel of falsifying information of violence and
   The accusation abusive behavior of me to use as a political shield for New Jersey Attorney General Office
   and the federal and state court criminal investigation of the Secretary of Homeland Security, et al.

\*\*The Bankruptcy Code provides an incredibly broad definition of "claim," which includes a "right to payment whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured." 11 U.S.C. § 101(5). The broad definition of "claim" is intentionally broad. 11 U.S.C. § 101(5) and 1978 Legislative History ("By this broadest possible definition . . . , the bill contemplates that all legal obligations of the debtor, no matter how remote or contingent, will be able to be dealt with in the bankruptcy case." H.R. Rep. No. 595, 95th Cong., 1st Sess. 309 (1977), S. Rep. No. 989, 95th Cong., 2d Sess. 21–22 (1978), _as reprinted in_ 1978 U.S.C.C.A.N. 5787 at 5807–08 and 6266).

The Fair Debt Collection Practices Act (FDCPA) was enacted in 1977 due to "abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors [that] contribute to the number of personal bankruptcies . . . ." 15 U.S.C. § 1692(a). Congress made its purpose in enacting the FDCPA explicit: "to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses." *Owen v. I.C. Sys., Inc.*, 629 F.3d 1263, 1270 (11th Cir. 2011) (quoting 15 U.S.C. § 1692(e)).", Quoting from the U.S. Supreme Court.

Ronald Bass, Sr.

cc: Judge Brain R. Martinotti, U.S.D.J.
　　Robert D. Drain
　　New Jersey Department of Treasury, Division of Risk Management