DAVIS POLK & WARDWELL LLP
450 Lexington Avenue New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (RDD) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**THIRD SUPPLEMENTAL DECLARATION OF TIMOTHY COLEMAN
IN CONNECTION WITH THE EMPLOYMENT AND RETENTION
OF PJT PARTNERS LP AS INVESTMENT BANKER TO
<u>THE DEBTORS AND DEBTORS IN POSSESSION</u>**

I, Timothy Coleman, hereby declare:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1. I am a Partner in and the Global Chairman of the Restructuring and Special Situations Group at PJT Partners LP ("PJT"). PJT has been engaged as the investment banker to the above-captioned debtors and debtors in possession (collectively, the "Debtors").

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Bankers* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Application").[2]

3. In connection with the Application, I submitted my initial declaration (the "Initial Declaration") describing PJT's connections to the Debtors and other potential parties in interest (the "PII"). The Initial Declaration was appended to the Application as Exhibit B.

4. On December 5, 2019, I submitted my *Supplemental Declaration of Timothy Coleman in Support of the Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 590]. On December 17, 2019, I submitted my *Amended Supplemental Declaration of Timothy Coleman in Support of the Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 657].

5. On January 9, 2020, this Court entered the *Order Approving the Debtors' Employment of PJT Partners LP as Investment Bankers* Nunc Pro Tunc *to the Petition Date* [Docket No. 728].

6. On September 23, 2020, I submitted my *Second Supplemental Declaration of Timothy Coleman in Connection with the Employment and Retention of PJT Partners LP as Investment Banker to the Debtors' and Debtors in Possession* Nunc Pro Tunc *to the Petition Date* [Docket No. 1719]

7. I hereby submit this supplemental declaration to describe the below additional connections of PJT to the PII:

---

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

    a.    PJT has been engaged to provide financial advisory services to a group of creditors of a company in a confidential matter. The members of such group include Bank of America, Goldman Sachs and JP Morgan Chase, LLC, each of which is a PII. This engagement is wholly unrelated to the Debtors and these chapter 11 cases, and PJT does not believe that the interests of the Debtors or their estates are adversely affected by this engagement.

    b.    PJT has been engaged to provide financial advisory services to a group of creditors of a company in a confidential matter. The members of such group include an affiliate of JP Morgan Investment Management Inc., one of the PII. This engagement is wholly unrelated to the Debtors and these chapter 11 cases, and PJT does not believe that the interests of the Debtors or their estates are adversely affected by this engagement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: January 29, 2021
       New York, New York

                                           /s/ *Timothy Coleman*
                                           Timothy Coleman
                                           Partner
                                           PJT Partners LP