**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x

In re:                                                                                                                Chapter 11

PURDUE PHARMA L.P., *et al.*,                                                                   Case No. 19-23649 (RDD)

                     Debtors.                                                                         (Jointly Administered)

---------------------------------------------------------------------------- x

PURDUE PHARMA L.P., *et al.*,

                     Plaintiffs.

   -against-                                                                                         Adv. Pro. No.

AIG SPECIALTY INSURANCE COMPANY, *et al.*,

                     Defendants.

**EXHIBIT A**
**SCHEDULE OF DEBTORS' INSURANCE POLICIES**

| Defendant Insurer | Insurer That Issued the Debtors' Insurance Policy | Policy Number | Policy Term[1] |
|---|---|---|---|
| AIG Specialty Insurance Company | American International Specialty Lines Insurance Company | 267-47-08 | 10/1/2003–10/1/2004 |
| AIG Specialty Insurance Company | American International Specialty Lines Insurance Company | 267-47-08 | 10/1/2004–10/1/2005 |
| Allied World Assurance Company, Ltd. | Allied World Assurance Company, Ltd. | C001210/002 | 10/1/2003–10/1/2004 |
| Allied World Assurance Company, Ltd. | Allied World Assurance Company, Ltd. | C001210/003 | 10/1/2004–10/1/2005 |
| Allied World Assurance Company, Ltd. | Allied World Assurance Company, Ltd. | C001210/004 | 10/1/2005–10/1/2006 |
| Allied World Assurance Company, Ltd. | Allied World Assurance Company, Ltd. | C001210/005 | 10/1/2006–10/1/2007 |
| American Guarantee and Liability Insurance Company | American Guarantee and Liability Insurance Company | AEC 9376768-00 | 10/1/2003–10/1/2004 |
| American Guarantee and Liability Insurance Company | American Guarantee and Liability Insurance Company | AEC 9376768-01 | 10/1/2004–10/1/2005 |
| American Guarantee and Liability Insurance Company | American Guarantee and Liability Insurance Company | AEC 9376768-02 | 10/1/2005–10/1/2006 |

---

[1] In certain instances, Debtors' Insurance Policies cover additional periods.  Periods not listed in this Exhibit A are not currently subject to this adversary proceeding.

| Defendant Insurer | Insurer That Issued the Debtors' Insurance Policy | Policy Number | Policy Term[1] |
|---|---|---|---|
| American Guarantee and Liability Insurance Company | American Guarantee and Liability Insurance Company | AEC 9376768 03 | 10/1/2006–10/1/2007 |
| American Guarantee and Liability Insurance Company | American Guarantee and Liability Insurance Company | AEC 9376768 04 | 10/1/2007–10/1/2008 |
| American Guarantee and Liability Insurance Company | American Guarantee and Liability Insurance Company | AEC 9376768 05 | 10/1/2008–10/1/2009 |
| American Guarantee and Liability Insurance Company | American Guarantee and Liability Insurance Company | AEC 9376768 06 | 10/1/2009–10/1/2010 |
| American Guarantee and Liability Insurance Company | American Guarantee and Liability Insurance Company | AEC 9376768 07 | 10/1/2010–10/1/2011 |
| American Guarantee and Liability Insurance Company | American Guarantee and Liability Insurance Company | AEC 9376768 08 | 10/1/2011–10/1/2012 |
| American Guarantee and Liability Insurance Company | American Guarantee and Liability Insurance Company | AEC 9376768 09 | 10/1/2012–10/1/2013 |
| American Guarantee and Liability Insurance Company | American Guarantee and Liability Insurance Company | AEC 9376768 10 | 10/1/2013–10/1/2014 |
| American Guarantee and Liability Insurance Company | American Guarantee and Liability Insurance Company | AEC 9376768 11 | 10/1/2014–10/1/2015 |
| American Guarantee and Liability Insurance Company | American Guarantee and Liability Insurance Company | AEC 9376768 12 | 10/1/2015–10/1/2016 |
| American International Reinsurance Company | Starr Excess Liability Insurance International Limited | 201012 | 10/1/2001–10/1/2002 |
| American International Reinsurance Company | Starr Excess Liability Insurance International Limited | 201012 | 10/1/2002–10/1/2003 |
| Arch Reinsurance Ltd. | Arch Reinsurance Ltd. | B4-UFP-03233-01 | 10/1/2003–10/1/2004 |
| Arch Reinsurance Ltd. | Arch Reinsurance Ltd. | B4-UFP-03233-02 | 10/1/2004–10/1/2005 |
| Arch Reinsurance Ltd. | Arch Reinsurance Ltd. | B4-UFP-03233-03 | 10/1/2005–10/1/2006 |
| Arch Reinsurance Ltd. | Arch Reinsurance Ltd. | UFP0018240-00 | 10/1/2006–10/1/2007 |
| Aspen American Insurance Company | Aspen American Insurance Company | CX004QT16 | 10/1/2016–10/1/2017 |
| Certain Member Companies of the International Underwriting Association of London | Certain Member Companies of the International Underwriting Association of London | 823/KE0002108 | 7/1/2001–7/1/2002 |

| Defendant Insurer | Insurer That Issued the Debtors' Insurance Policy | Policy Number | Policy Term[1] |
|---|---|---|---|
| Certain Member Companies of the International Underwriting Association of London[2] | Certain Member Companies of the International Underwriting Association of London | 823/KE0002108 | 7/1/2002–7/1/2003 |
| Certain Member Companies of the International Underwriting Association of London[2] | Certain Member Companies of the International Underwriting Association of London | 823/KE0002108 | 7/1/2003–10/1/2003 |
| Chubb Bermuda Insurance Ltd. | ACE Bermuda Insurance Ltd. | PRA-1031/5 | 7/1/2001–7/1/2002 |
| Chubb Bermuda Insurance Ltd. | ACE Bermuda Insurance Ltd. | PRA-1031/5 | 7/1/2002–10/1/2002 |
| Evanston Insurance Company | Evanston Insurance Company | XO-GA-1138-00 | 10/1/2001–10/1/2002 |
| Gulf Underwriters Insurance Company | Gulf Underwriters Insurance Company | GU6078280 | 10/1/2002–10/1/2003 |
| Gulf Underwriters Insurance Company | Gulf Underwriters Insurance Company | GU6078280 | 10/1/2003–10/1/2004 |
| Gulf Underwriters Insurance Company | Gulf Underwriters Insurance Company | GU6078280 | 10/1/2004–10/1/2005 |
| HDI Global SE | Gerling-Konzern General Insurance Company | 823/KE9801816 | 10/1/2002–10/1/2003 |
| HDI Global SE | Gerling-Konzern General Insurance Company | 823/KE9801816 | 10/1/2003–10/1/2004 |
| HDI Global SE | Gerling-Konzern General Insurance Company | 823/KE9801816 | 10/1/2004–10/1/2005 |
| HDI Global SE | Gerling-Konzern General Insurance Company | 823/KE9901926 | 10/1/2001–10/1/2002 |
| HDI Global SE | Gerling-Konzern General Insurance Company | 823/KE9901926 | 10/1/2002–10/1/2003 |
| HDI Global SE | Gerling-Konzern General Insurance Company | 823/KE9801818 | 10/1/2001–10/1/2002 |
| HDI Global SE | Gerling-Konzern General Insurance Company | 823/KE9801818 | 10/1/2002–10/1/2003 |
| HDI Global SE | Gerling-Konzern General Insurance Company | 823/KE9801818 | 10/1/2003–10/1/2004 |
| HDI Global SE | Gerling-Konzern General Insurance Company | 823/KE9801818 | 10/1/2004–10/1/2005 |
| Ironshore Specialty Insurance Company | TIG Specialty Insurance Company | XEX 37690728/ XLX38822826 | 7/1/2001–7/1/2002 |

---

[2] As noted in the Complaint, the subscribing companies include, but are not limited to, Winterthur Swiss Insurance Company, Ace Insurance S.A. N.V., New Hampshire Insurance Company (per AIG Europe (UK) Ltd.), the Underwriter Insurance Company Limited, SR International Business Insurance Company Ltd., and QBE International Insurance Limited.

3

| Defendant Insurer | Insurer That Issued the Debtors' Insurance Policy | Policy Number | Policy Term[1] |
|---|---|---|---|
| Ironshore Specialty Insurance Company | TIG Specialty Insurance Company | XEX 37690728/ XLX38822826 | 7/1/2002– 10/1/2002 |
| Liberty Insurance Corporation | Liberty Insurance Corporation | TH7-611-004531-141 | 10/1/2011– 10/1/2012 |
| Liberty Mutual Fire Insurance Company | Liberty Mutual Fire Insurance Company | RG2-611-004531-023 | 7/1/2003– 7/1/2004 |
| Liberty Mutual Fire Insurance Company | Liberty Mutual Fire Insurance Company | RG2-611-004531-023 | 7/1/2004– 10/1/2004 |
| Liberty Mutual Fire Insurance Company | Liberty Mutual Fire Insurance Company | TH2-611-004531-063 | 10/1/2003– 10/1/2004 |
| Liberty Mutual Fire Insurance Company | Liberty Mutual Fire Insurance Company | TH2-611-004531-064 | 10/1/2004– 10/1/2005 |
| Liberty Mutual Fire Insurance Company | Liberty Mutual Fire Insurance Company | TH2-611-004531-065 | 10/1/2005– 10/1/2006 |
| Liberty Mutual Fire Insurance Company | Liberty Mutual Fire Insurance Company | TH2-611-004531-066 | 10/1/2006– 10/1/2007 |
| Liberty Mutual Fire Insurance Company | Liberty Mutual Fire Insurance Company | TH2-611-004531-148 | 10/1/2008– 10/1/2009 |
| Liberty Mutual Fire Insurance Company | Liberty Mutual Fire Insurance Company | TH2-611-004531-149 | 10/1/2009– 10/1/2010 |
| Liberty Mutual Fire Insurance Company | Liberty Mutual Fire Insurance Company | TH2-611-004531-140 | 10/1/2010– 10/1/2011 |
| Liberty Mutual Fire Insurance Company | Liberty Mutual Fire Insurance Company | EN2-611-004531-023 | 10/1/2013– 10/1/2014 |
| Liberty Mutual Fire Insurance Company | Liberty Mutual Fire Insurance Company | EN2-611-004531-024 | 10/1/2014– 10/1/2015 |
| Liberty Mutual Fire Insurance Company | Liberty Mutual Fire Insurance Company | EN2-611-004531-025 | 10/1/2015– 10/1/2016 |
| Liberty Mutual Fire Insurance Company | Liberty Mutual Fire Insurance Company | EN2-611-004531-026 | 10/1/2016– 10/1/2017 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | EN1-611-004531-024 | 10/1/2004– 10/1/2005 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | EN1-611-004531-025 | 10/1/2005– 10/1/2006 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | EN1-611-004531-026 | 10/1/2006– 10/1/2007 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | EN1-611-004531-027 | 10/1/2007– 10/1/2008 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | EN1-611-004531-028 | 10/1/2008– 10/1/2009 |

4

| Defendant Insurer | Insurer That Issued the Debtors' Insurance Policy | Policy Number | Policy Term[1] |
|---|---|---|---|
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | EN1-611-004531-029 | 10/1/2009–10/1/2010 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | EN1-611-004531-020 | 10/1/2010–10/1/2011 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | EN1-611-004531-021 | 10/1/2011–10/1/2012 |
| Liberty Mutual Insurance Company | Liberty Mutual Insurance Company | EN1-611-004531-022 | 10/1/2012–10/1/2013 |
| Liberty Mutual Insurance Europe SE | Liberty International Insurance Company | 823/KE9901928 | 10/1/2001–10/1/2002 |
| Liberty Mutual Insurance Europe SE | Liberty International Insurance Company | 823/KE9901928 | 10/1/2002–10/1/2003 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | BE 357 40 57 | 10/1/2001–10/1/2002 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | BE 357 40 57 | 10/1/2002–10/1/2003 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | BE 357 40 57 | 10/1/2003–10/1/2004 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | BE 357 40 57 | 10/1/2004–10/1/2005 |
| National Union Fire Insurance Company of Pittsburgh, PA | National Union Fire Insurance Company of Pittsburgh, PA | 9835266 | 10/1/2007–10/1/2008 |
| Navigators Specialty Insurance Company | Navigators Specialty Insurance Company | NY17LGL786201NC | 10/1/2017–10/1/2018 |
| Navigators Specialty Insurance Company | Navigators Specialty Insurance Company | SM16FXR884487IC | 10/1/2016–10/1/2017 |
| North American Elite Insurance Company | North American Elite Insurance Company | H2U0000619-00 | 10/1/2012–10/1/2013 |
| North American Elite Insurance Company | North American Elite Insurance Company | UMB 0008020 01 | 10/1/2013–10/1/2014 |
| North American Elite Insurance Company | North American Elite Insurance Company | UMB 0008020 02 | 10/1/2014–10/1/2015 |
| North American Elite Insurance Company | North American Elite Insurance Company | UMB 0008020 03 | 10/1/2015–10/1/2016 |
| North American Elite Insurance Company | North American Elite Insurance Company | UMB 0008020 04 | 10/1/2016–10/1/2017 |

| Defendant Insurer | Insurer That Issued the Debtors' Insurance Policy | Policy Number | Policy Term[1] |
|---|---|---|---|
| St. Paul Fire and Marine Insurance Company | St. Paul Fire and Marine Insurance Company | QI05700185 | 10/1/2007–10/1/2008 |
| Steadfast Insurance Company | Steadfast Insurance Company | GL02729885-03 | 10/1/2002–10/1/2003 |
| Steadfast Insurance Company | Steadfast Insurance Company | GL02729885-03 | 10/1/2003–10/1/2004 |
| Steadfast Insurance Company | Steadfast Insurance Company | GL02729885-03 | 10/1/2004–10/1/2005 |
| Swiss Re International S.E. | SR International Business Insurance Company | 823/KE9901927 | 10/1/2001–10/1/2002 |
| Swiss Re International S.E. | SR International Business Insurance Company | 823/KE9901927 | 10/1/2002–10/1/2003 |
| Swiss Re International S.E. | Zurich Reinsurance (London) Limited | 823/KE9801815 | 10/1/2002–10/1/2003 |
| Swiss Re International S.E. | Zurich Reinsurance (London) Limited | 823/KE9801815 | 10/1/2003–10/1/2004 |
| Swiss Re International S.E. | Zurich Reinsurance (London) Limited | 823/KE9801815 | 10/1/2004–10/1/2005 |
| Swiss Re International S.E. | Zurich Reinsurance (London) Limited | 823/KE9801817 | 10/1/2001–10/1/2002 |
| Swiss Re International S.E. | Zurich Reinsurance (London) Limited | 823/KE9801817 | 10/1/2002–10/1/2003 |
| Swiss Re International S.E. | Zurich Reinsurance (London) Limited | 823/KE9801817 | 10/1/2003–10/1/2004 |
| Swiss Re International S.E. | Zurich Reinsurance (London) Limited | 823/KE9801817 | 10/1/2004–10/1/2005 |
| Swiss Re International S.E. | Zurich Reinsurance (London) Limited | 823/KE9901925 | 10/1/2001–10/1/2002 |
| Swiss Re International S.E. | Zurich Reinsurance (London) Limited | 823/KE9901925 | 10/1/2002–10/1/2003 |
| Tenecom Limited | Winterthur Swiss Insurance Company | 823/KE9801818 | 10/1/2001–10/1/2002 |
| Tenecom Limited | Winterthur Swiss Insurance Company | 823/KE9801818 | 10/1/2002–10/1/2003 |
| Tenecom Limited | Winterthur Swiss Insurance Company | 823/KE9801818 | 10/1/2003–10/1/2004 |
| Tenecom Limited | Winterthur Swiss Insurance Company | 823/KE9801818 | 10/1/2004–10/1/2005 |
| XL Bermuda Ltd. | XL Insurance Company, Ltd. | XLUMB-00342 | 10/1/2001–10/1/2002 |

| Defendant Insurer | Insurer That Issued the Debtors' Insurance Policy | Policy Number | Policy Term[1] |
|---|---|---|---|
| XL Bermuda Ltd. | XL Insurance Company, Ltd. | XLUMB-00342 | 10/1/2002–10/1/2003 |
| XL Insurance America, Inc. | XL Insurance America, Inc. | US00011152LI08A | 10/1/2008–10/1/2009 |
| XL Insurance America, Inc. | XL Insurance America, Inc. | US00011152LI09A | 10/1/2009–10/1/2010 |
| XL Insurance America, Inc. | XL Insurance America, Inc. | US00011152LI10A | 10/1/2010–10/1/2011 |
| XL Insurance America, Inc. | XL Insurance America, Inc. | US00011152LI11A | 10/1/2011–10/1/2012 |
| XL Insurance America, Inc. | XL Insurance America, Inc. | US00011152LI12A | 10/1/2012–10/1/2013 |
| XL Insurance America, Inc. | XL Insurance America, Inc. | US00011152LI13A | 10/1/2013–10/1/2014 |
| XL Insurance America, Inc. | XL Insurance America, Inc. | US00011152LI14A | 10/1/2014–10/1/2015 |
| XL Insurance America, Inc. | XL Insurance America, Inc. | US00011152LI15A | 10/1/2015–10/1/2016 |
| XL Insurance America, Inc. | XL Insurance America, Inc. | US00011152LI16A | 10/1/2016–10/1/2017 |