B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Purdue Pharma L.P., Purdue Pharma Inc., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Purdue Pharmaceutical Products L.P., Purdue Pharma of Puerto Rico, Rhodes Pharmaceuticals L.P., Rhodes Technologies, and Avrio Health L.P. | **DEFENDANTS**<br>AIG Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company); Allied World Assurance Company, Ltd.; American Guarantee and Liability Insurance Company; et al. (*see Appendix A attached*) |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br><br>*See* Appendix A attached. | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☒ Other<br>☐ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br>This Adversary Proceeding is brought pursuant to 11 U.S.C. § 541 and Rules 7001(1) and 7001(9) of the Federal Rules of Bankruptcy Procedure to obtain a declaratory judgment regarding recovery of the proceeds of Debtors' Insurance Policies, which constitute property of the Debtors' estates. | |

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ N/A |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR  *See Appendix A attached.* | BANKRUPTCY CASE NO. | 19-23649 (RDD) |
| DISTRICT IN WHICH CASE IS PENDING  Southern District | DIVISION OFFICE  White Plains | NAME OF JUDGE  Judge Robert D. Drain |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE  January 29, 2021 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)  */s/ Paul Breene* | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.**  Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.**  Give the names and addresses of the attorneys, if known.

**Party**.  Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.**  Enter the dollar amount being demanded in the complaint.

**Signature.**  This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# Appendix A

**Defendants:** AIG Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company); Allied World Assurance Company, Ltd.; American Guarantee and Liability Insurance Company; American International Reinsurance Company (f/k/a Starr Excess Liability Insurance International Limited); Arch Reinsurance Ltd.; Aspen American Insurance Company; Certain Member Companies of the International Underwriting Association of London Subscribing to Policy No. 823/KE0002108; Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.); Evanston Insurance Company; Gulf Underwriters Insurance Company; HDI Global SE (f/k/a Gerling-Konzern General Insurance Company); Ironshore Specialty Insurance Company (f/k/a TIG Specialty Insurance Company); Liberty Insurance Corporation; Liberty Mutual Fire Insurance Company; Liberty Mutual Insurance Company; Liberty Mutual Insurance Europe SE (f/k/a Liberty International Insurance Company); National Union Fire Insurance Company of Pittsburgh, PA; Navigators Specialty Insurance Company; North American Elite Insurance Company; St. Paul Fire and Marine Insurance Company; Steadfast Insurance Company; Swiss Re International S.E. (f/k/a SR International Business Insurance Company; Also f/k/a Zurich Reinsurance (London) Limited); Tenecom Limited (f/k/a Winterthur Swiss Insurance Company); XL Bermuda Ltd. (f/k/a XL Insurance Company, Ltd.); XL Insurance America, Inc.

**Plaintiffs' Attorneys:**

REED SMITH LLP
Paul E. Breene
Ann V. Kramer
Anthony B. Crawford
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
pbreene@reedsmith.com
akramer@reedsmith.com
acrawford@reedsmith.com

*Counsel to Debtors*

GILBERT LLP
Scott D. Gilbert (admitted pro hac vice)
Richard J. Leveridge
Richard Shore (admitted pro hac vice)
Jenna A. Hudson (admitted pro hac vice)
700 Pennsylvania Ave, SE, Suite 400
Washington, DC 20003
(202) 772-2200
gilberts@gilbertlegal.com
leveridger@gilbertlegal.com
shorer@gilbertlegal.com
hudsonj@gilbertlegal.com

*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

COLE SCHOTZ P.C.
Justin R. Alberto (admitted pro hac vice)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
(302) 655-5000
jalberto@coleschotz.com

*Efficiency Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.*

**Name of Debtor:** Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).