## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| **PURDUE PHARMA L.P., et. al**[1] | ) | |
| | ) | Case No. 19-23649 (RDD) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

**COMBINED SIXTH MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
AS AUDITORS AND PROVIDERS OF OTHER PROFESSIONAL SERVICES
FOR THE DEBTORS FOR THE PERIOD FROM
NOVEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| | |
|---|---|
| Name of applicant: | Ernst & Young LLP ("EY LLP") |
| Authorized to Provide Professional Services To: | The Debtors |
| Date of retention: | December 23, 2019 (*nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | November 1, 2020 through December 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $380,000.00 |
| Less 20% Holdback: | $76,000.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $-0- |
| Total Fees and Expenses Due: | $304,000.00 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: February 1, 2021

*/s/Amelia M. Caporale*
Amelia M. Caporale
Partner, Ernst & Young LLP
20 Church Street
Hartford, CT  06103

# EXHIBIT A

## SUMMARY BY PROFESSIONAL

### *Information Security Assessment Services*

| Last Name | First Name | Title | Time |
|---|---|---|---|
| Bellon | Josephine | Manager | 7.0 |
| Lawson | Olatunde | Senior Manager | 1.0 |
| **Total** | | | **8.0** |

**Total Fixed Fees Sought for Cyber Security Services: $150,000.00**

### *Audit Services*

| Last Name | First Name | Title | Time |
|---|---|---|---|
| Backner | Jared S | Staff/Assistant | 4.0 |
| Bhupendra | Harshala | Staff/Assistant | 57.0 |
| Biedziak | Eliza Anna | Senior Manager | 1.5 |
| Caporale | Amelia M | Partner/Principal | 17.8 |
| Chawla | Garvit | Staff/Assistant | 27.0 |
| Chopra | Luv | Associate | 1.0 |
| D'Alessandro | Nicholas A | Senior | 24.6 |
| Furtado | Justin V | Manager | 34.2 |
| Giordano | Concetta A | Senior | 15.0 |
| Girdhar | Divya | Staff/Assistant | 22.0 |
| Jha | Deobrat | Senior | 5.0 |
| Jindal | Arnav | Senior | 1.5 |
| Klar | Stephanie | Staff/Assistant | 115.8 |
| Kotnala | Akshat | Staff/Assistant | 14.0 |
| Memeti | Andi | Staff/Assistant | 61.5 |
| Munjal | Saksham | Senior | 4.0 |
| Mutlu Tepe | Serpil | Manager | 0.5 |
| Nayyar | Deepankar | Senior | 35.0 |
| Ostling | Danita K | Partner/Principal | 1.0 |
| Patel | Mohammad Bilal | Staff/Assistant | 1.8 |
| Patel | Nikita P. | Staff/Assistant | 12.1 |
| Piotroski | Edmund Anthony | Senior | 11.3 |
| Poptani | Simran | Staff/Assistant | 1.5 |
| Redmond | Robert L. | Manager | 12.5 |
| Savell | Roger B | Partner/Principal | 7.3 |
| Sawhney | Akshay | Senior | 2.0 |

| Last Name | First Name | Title | Time |
|---|---|---|---|
| Sharma | Mahima | Staff/Assistant | 4.0 |
| Singh | Mohit | Supervising Associate | 0.5 |
| Sonika | Avinash | Senior Manager | 5.8 |
| Ulman | Matthew | Senior | 24.4 |
| Voutsinas | Gregory Dimitri | Manager | 30.9 |
| Wagner | Jeremy | Manager | 1.0 |
| Yousuf | Mohammed | Associate | 2.0 |
|  |  |  |  |
| **Total** |  |  | **559.5** |

**Total Fixed Fees Sought for 2020 Audit Services: $200,000.00**


*Data Privacy Services*

| Last Name | First Name | Title | Time |
|---|---|---|---|
| Azad | Sadiq | Staff/Assistant | 1.5 |
| Bellon | Josephine | Manager | 20.0 |
| DePersiis | Brian | Partner/Principal | 2.0 |
| Hirsch | Alexander | Senior Manager | 22.0 |
| Zimmerer | Tobin | Senior Manager | 11.5 |
| **Total** |  |  | **57.0** |

**Total Fixed Fees Sought for Data Privacy Services: $30,000.00**

# EXHIBIT B

# SUMMARY BY CATEGORY

## *Information Security Assessment Services*

| Time Category | Category Descriptions | Hours |
|---|---|---|
| Cyber - Current State Analysis | This category includes the wrap up of the current state report findings and presentations to Client stakeholders. | 8.0 |
| **Total** | | **8.0** |

**Total Fixed Fees Sought for Cyber Security Services: $150,000.00**

## *Audit Services*

| Time Category | Category Descriptions | Hours |
|---|---|---|
| Bankruptcy | This category includes activities associated with incremental procedures related to the bankruptcy filing | 7.0 |
| Physical Inventory Counts | This category includes review of prior year physical inventory count documentation ,meetings, preparation of inventory counts and review of documents prepared by staff. | 22.7 |
| Planning Activities | This category relates to all audit planning activities. | 184.6 |
| Risk Assurance/IT Activities | This category relates to discussion, and analysis relating to application controls, IT audit progress and IT general controls. | 252.3 |
| Year-End Substantive Testing | This category includes activities associated with Year-End audit procedures | 86.9 |
| Quality Review | This category includes activities associated with Quality Review of audit procedures | 6.0 |
| **Total** | | **559.5** |

**Total Fixed Fees Sought for 2020 Audit Services: $200,000.00**

*Data Privacy Services*

| Time Category | Category Descriptions | Hours |
|---|---|---|
| Data Privacy - Current State Analysis | This category includes the review of the migration plans as part of the Trust Services Agreement, for privacy and security risks. | 51.0 |
| Data Privacy - Conclusion | This category includes the wrap up of the current state report findings and presentations to Client stakeholders. | 6.0 |
| **Total** | | **57.0** |

**Total Fixed Fees Sought for Data Privacy Services: $30,000.00**

## EXHIBIT C

## SUMMARY DETAIL OF HOURS INCURRED BY PROFESSIONAL

*Information Security Assessment Services*

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Lawson,Olatunde | Senior Manager -Grade 3 (21) | 02-Nov-2020 | Current State Analysis | Presentation of findings and recommendations to client management | 2.0 |
| Lawson,Olatunde | Senior Manager -Grade 3 (21) | 03-Nov-2020 | Current State Analysis | Discussion with client on remediation strategy and options to mature posture within next 12 months | 2.0 |
| Lawson,Olatunde | Senior Manager -Grade 3 (21) | 04-Nov-2020 | Current State Analysis | Client feedback on team performance and next steps on project | 1.0 |
| Lawson,Olatunde | Senior Manager -Grade 3 (21) | 05-Nov-2020 | Current State Analysis | Completion of service quality survey on level of response, connection, and insights | 1.0 |
| Lawson,Olatunde | Senior Manager -Grade 3 (21) | 06-Nov-2020 | Current State Analysis | Review of assessment of service quality results and project wrap up | 1.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 19-Nov-2020 | Current State Analysis | Present assessment findings to client management team | 1.0 |
| | | | | **Total** | **8.0** |

**Total Fixed Fees Sought for Cyber Security Services: $150,000.00**

7

*Audit Services*

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Savell,Roger B | Partner/Principal | 02 Nov 2020 | Quality Review | 1.0 | Discuss DOJ settlement - A. Caporale, R. Savell, D. Ostling. |
| Ostling,Danita K | Partner/Principal | 02 Nov 2020 | Quality Review | 1.0 | Discuss DOJ settlement - A. Caporale, R. Savell, D. Ostling. |
| Caporale,Amelia M | Partner/Principal | 02 Nov 2020 | Quality Review | 1.0 | Discuss DOJ settlement - A. Caporale, R. Savell, D. Ostling. |
| Klar,Stephanie | Staff/Assistant | 02 Nov 2020 | Risk Assurance/IT Activities | 3.0 | Updated IT walkthroughs |
| Redmond,Robert L. | Manager | 03 Nov 2020 | Risk Assurance/IT Activities | 4.0 | Review of all IT Planning documentation |
| Redmond,Robert L. | Manager | 04 Nov 2020 | Risk Assurance/IT Activities | 0.5 | Initial kickoff meeting with client, J Narlis, D Inaparthy; EY J Laver, A Memeti |
| Memeti,Andi | Staff/Assistant | 05 Nov 2020 | Risk Assurance/IT Activities | 1.0 | Meeting with IT Team to kick-off Audit and go over FY20 strategy |
| Simran Poptani | Staff/Assistant | 05 Nov 2020 | Planning Activities | 1.5 | Set up client supporting files |
| Klar,Stephanie | Staff/Assistant | 05 Nov 2020 | Risk Assurance/IT Activities | 1.0 | Rolled forward Prior year evidence and updated the dates. |
| Klar,Stephanie | Staff/Assistant | 05 Nov 2020 | Risk Assurance/IT Activities | 3.8 | Designed and implemented a current year tracker to organize all walkthroughs, workplans |
| D'Alessandro,Nicholas A | Senior | 06 Nov 2020 | Planning Activities | 1.0 | Documentation of planning workpapers |
| Memeti,Andi | Staff/Assistant | 06 Nov 2020 | Risk Assurance/IT Activities | 1.0 | Create request list and update planning documents |
| Akshat Kotnala | Staff/Assistant | 06 Nov 2020 | Planning Activities | 7.0 | Documentation of planning workpapers |

8

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Caporale,Amelia M | Partner/Principal | 09 Nov 2020 | Planning Activities | 1.0 | Meeting with the Executive group of the Purdue audit team to discuss audit planning matters, strategy, and communications with Management. Attendees: Amelia Caporale, Avinash Sonika, Justin Furtado, Gregory Voutsinas |
| Sonika,Avinash | Senior Manager | 09 Nov 2020 | Planning Activities | 1.0 | Meeting with the Executive group of the Purdue audit team to discuss audit planning matters, strategy, and communications with Management. Attendees: Amelia Caporale, Avinash Sonika, Justin Furtado, Gregory Voutsinas |
| Furtado,Justin V | Manager | 09 Nov 2020 | Planning Activities | 1.0 | Meeting with the Executive group of the Purdue audit team to discuss audit planning matters, strategy, and communications with Management. Attendees: Amelia Caporale, Avinash Sonika, Justin Furtado, Gregory Voutsinas |
| Furtado,Justin V | Manager | 09 Nov 2020 | Physical Inventory Counts | 1.0 | call to discuss year-end inventory count procedures - T. Buggs, J. Carlisle (Purdue); N. D'Alessandro (EY) |
| D'Alessandro,Nicholas A | Senior | 09 Nov 2020 | Planning Activities | 2.2 | Client portal set up, follow-up with client on requests/answering questions on new requests etc. |
| Voutsinas,Gregory Dimitri | Manager | 09 Nov 2020 | Planning Activities | 0.5 | Time spent preparing for team meeting, familiarizing myself with Non-Complex audit approach |
| Voutsinas,Gregory Dimitri | Manager | 09 Nov 2020 | Planning Activities | 1.0 | Meeting with the Executive group of the Purdue audit team to discuss audit planning matters, strategy, and communications with Management. Attendees: Amelia Caporale, Avinash Sonika, Justin Furtado, Gregory Voutsinas |
| Akshat Kotnala | Staff/Assistant | 09 Nov 2020 | Planning Activities | 6.0 | Documentation of planning workpapers |
| Caporale,Amelia M | Partner/Principal | 10 Nov 2020 | Planning Activities | 0.5 | Call to discuss EY internal coaching - A. Sonika, J. Furtado, J. Molchan |
| Furtado,Justin V | Manager | 10 Nov 2020 | Year-End Substantive Testing | 0.5 | Call to discuss client request list - E. Nowakowski, R. Ullman, C. Lin, J. Bernadel (Purdue), G. Voutsinas, N. D'Alessandro, M. Ulman, E. Piotroski (EY) |
| Furtado,Justin V | Manager | 10 Nov 2020 | Quality Review | 0.5 | Call to discuss EY internal coaching - A. Sonika, A. Caporale, J. Molchan |
| Ulman,Matthew | Senior | 10 Nov 2020 | Quality Review | 0.5 | Interim produced by client call with the client to go over items requested for interim testing. Attendance included Nicholas D'Alessandro, Justin Furtado, Eric Nowakowski, Jhumy Bernadel, Jennifer Annunziata. |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Memeti,Andi | Staff/Assistant | 10 Nov 2020 | Risk Assurance/IT Activities | 0.5 | Create follow-up requests for client question. |
| Memeti,Andi | Staff/Assistant | 10 Nov 2020 | Risk Assurance/IT Activities | 0.5 | Drafting Planning documents |
| Akshat Kotnala | Staff/Assistant | 10 Nov 2020 | Planning Activities | 1.0 | Documentation of planning workpapers |
| Furtado,Justin V | Manager | 11 Nov 2020 | Planning Activities | 0.5 | Preliminary review of group scoping file |
| Deepankar Nayyar | Senior | 11 Nov 2020 | Planning Activities | 6.0 | PPLP and Rhodes  scoping form procedures performed |
| Voutsinas,Gregory Dimitri | Manager | 12 Nov 2020 | Risk Assurance/IT Activities | 0.5 | Time spent informally discussing IT audit scope and budget |
| Furtado,Justin V | Manager | 13 Nov 2020 | Planning Activities | 0.8 | Meeting to discuss planning and assignments for staff - N. D'Alessandro, G. Voustinas, J. Furtado |
| D'Alessandro,Nicholas A | Senior | 13 Nov 2020 | Planning Activities | 0.8 | Meeting to discuss planning and assignments for staff - N. D'Alessandro, G. Voustinas, J. Furtado |
| Voutsinas,Gregory Dimitri | Manager | 13 Nov 2020 | Planning Activities | 0.8 | Meeting to discuss planning and assignments for staff - N. D'Alessandro, G. Voustinas, J. Furtado |
| Memeti,Andi | Staff/Assistant | 13 Nov 2020 | Risk Assurance/IT Activities | 1.0 | Creating the application control request list - new in-scope applications. |
| Furtado,Justin V | Manager | 16 Nov 2020 | Planning Activities | 4.7 | Completing audit planning work |
| D'Alessandro,Nicholas A | Senior | 16 Nov 2020 | Planning Activities | 1.2 | Setting up staff on interim substantive procedures. |
| Voutsinas,Gregory Dimitri | Manager | 16 Nov 2020 | Planning Activities | 1.0 | Time spent with India team on Audit planning template instructions and talking them |
| Caporale,Amelia M | Partner/Principal | 17 Nov 2020 | Planning Activities | 0.5 | Prepare risk assessment |
| Furtado,Justin V | Manager | 17 Nov 2020 | Planning Activities | 0.6 | Call to discuss Rhodes Tech inventory count procedures - W. DiNicola, E. Flath, R. Haberlin (Purdue); N. D'Alessandro, M. Ulman (EY) |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| D'Alessandro,Nicholas A | Senior | 17 Nov 2020 | Planning Activities | 0.6 | Call to discuss Rhodes Tech inventory counts - W. DiNicola, E. Flath, R. Haberlin (Purdue); N. D'Alessandro, M. Ulman (EY) |
| Voutsinas,Gregory Dimitri | Manager | 17 Nov 2020 | Planning Activities | 1.3 | Drafting planning documents, including Audit Planning Template |
| Deepankar Nayyar | Senior | 17 Nov 2020 | Planning Activities | 11.0 | 1) Sales testing  Controlled Substance testing and over the counter 2) Trail Balance set up and mapping |
| Ulman,Matthew | Senior | 17 Nov 2020 | Planning Activities | 0.5 | Call with client to discuss testing strategy for inventory observation of the Rhodes tech facility. call participants included Nicholas D'Alessandro, Justin Furtado, Matthew Ulman, Ronald Haberlin, Walter Diniccola, Eric Flath |
| Furtado,Justin V | Manager | 18 Nov 2020 | Planning Activities | 1.2 | Addressing comments in audit planning workpapers |
| D'Alessandro,Nicholas A | Senior | 18 Nov 2020 | Planning Activities | 0.5 | Setting up staff on interim substantive procedures. |
| Divya Girdhar | Staff/Assistant | 18 Nov 2020 | Planning Activities | 11.0 | Vendor Chargeback listing, Sales register , Controlled substances and Trial Balance set up  PPLP and Rhodes |
| Garvit Chawla | Staff/Assistant | 18 Nov 2020 | Planning Activities | 7.0 | Creating Estimates lead for team discussion |
| Caporale,Amelia M | Partner/Principal | 19 Nov 2020 | Quality Review | 0.5 | Discuss risk assessment with Roger Savell, Engagement quality review partner |
| Sonika,Avinash | Senior Manager | 19 Nov 2020 | Planning Activities | 2.0 | Reviewed and discussed with team on planning documents - Planning Materiality calculation and memo, Estimates Lead, deck related to team planning meeting for FY20 audit |
| Furtado,Justin V | Manager | 19 Nov 2020 | Planning Activities | 0.6 | Discussion of audit sample techniques and methodologies N. D'Alessandro, D. Nayyar |
| Furtado,Justin V | Manager | 19 Nov 2020 | Planning Activities | 0.8 | Drafting planning documents, including Audit Planning Template |
| D'Alessandro,Nicholas A | Senior | 19 Nov 2020 | Planning Activities | 0.5 | Setting up staff on interim substantive procedures. |
| Voutsinas,Gregory Dimitri | Manager | 19 Nov 2020 | Planning Activities | 1.0 | Risk assessment prep and related follow-up |
| Divya Girdhar | Staff/Assistant | 19 Nov 2020 | Planning Activities | 11.0 | Vendor Chargeback listing, Sales register , Controlled substances and Trial Balance set up  PPLP and Rhodes...continued |
| Garvit Chawla | Staff/Assistant | 19 Nov 2020 | Planning Activities | 2.0 | Identifying accounting estimates and evaluating risk for each estimate |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Caporale,Amelia M | Partner/Principal | 20 Nov 2020 | Quality Review | 1.0 | Discuss risk assessment with Danita Ostling, Roger Savell and Molly Tucker (.5)Discuss Rhodes Technology inventory approach (.5) |
| Furtado,Justin V | Manager | 20 Nov 2020 | Planning Activities | 0.5 | Team meeting to discuss inventory count procedures for year-end; A. Caporale, A. Sonika, G. Voutsinas, N. D'Alessandro |
| Furtado,Justin V | Manager | 20 Nov 2020 | Planning Activities | 1.0 | Team meeting to discuss Audit Planning Event - N. D'Alessandro, G. Voutsinas, M. Ulman, E. Piotroski |
| D'Alessandro,Nicholas A | Senior | 20 Nov 2020 | Planning Activities | 0.5 | Call to discuss Rhodes Tech inventory counts - Amelia Caporale (EY) Avinash Sonika (EY) J. Furtado (EY) G. Voutsinas (EY) |
| Voutsinas,Gregory Dimitri | Manager | 20 Nov 2020 | Planning Activities | 0.5 | Call to discuss Rhodes Tech inventory counts - Amelia Caporale (EY) Avinash Sonika (EY) J. Furtado (EY) G. Voutsinas (EY) |
| Voutsinas,Gregory Dimitri | Manager | 20 Nov 2020 | Planning Activities | 1.0 | Team meeting to discuss Audit Planning Event - N. D'Alessandro, G. Voutsinas, M. Ulman, E. Piotroski |
| Piotroski,Edmund Anthony | Senior | 20 Nov 2020 | Planning Activities | 1.0 | Team meeting to discuss Audit Planning Event - N. D'Alessandro, G. Voutsinas, M. Ulman, E. Piotroski |
| Ulman,Matthew | Senior | 20 Nov 2020 | Planning Activities | 1.0 | Team meeting to discuss Audit Planning Event - N. D'Alessandro, G. Voutsinas, M. Ulman, E. Piotroski |
| Caporale,Amelia M | Partner/Principal | 23 Nov 2020 | Planning Activities | 1.8 | Team meeting to discuss Purdue business updates, risk assessment, key estimates, audit scoping, and other matters. Attendees: R.Savell, A. Caporale, A. Sonika, J. Furtado, G. Voutsinas, N. D'Alessandro, M. Ulman, E.Piotroski, M. Patel, N Patel |
| Savell,Roger B | Partner/Principal | 23 Nov 2020 | Planning Activities | 1.8 | Team meeting to discuss Purdue business updates, risk assessment, key estimates, audit scoping, and other matters. Attendees: R.Savell, A. Caporale, A. Sonika, J. Furtado, G. Voutsinas, N. D'Alessandro, M. Ulman, E.Piotroski, M. Patel, N Patel |
| Sonika,Avinash | Senior Manager | 23 Nov 2020 | Planning Activities | 1.8 | Team meeting to discuss Purdue business updates, risk assessment, key estimates, audit scoping, and other matters. Attendees: R.Savell, A. Caporale, A. Sonika, J. Furtado, G. Voutsinas, N. D'Alessandro, M. Ulman, E.Piotroski, M. Patel, N Patel |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Furtado,Justin V | Manager | 23 Nov 2020 | Planning Activities | 1.8 | Team meeting to discuss Purdue business updates, risk assessment, key estimates, audit scoping, and other matters. Attendees: R.Savell, A. Caporale, A. Sonika, J. Furtado, G. Voutsinas, N. D'Alessandro, M. Ulman, E.Piotroski, M. Patel, N Patel |
| Furtado,Justin V | Manager | 23 Nov 2020 | Planning Activities | 2.3 | Review of team planning event workpapers in advance of team meeting |
| D'Alessandro,Nicholas A | Senior | 23 Nov 2020 | Planning Activities | 1.8 | Team meeting to discuss Purdue business updates, risk assessment, key estimates, audit scoping, and other matters. Attendees: R.Savell, A. Caporale, A. Sonika, J. Furtado, G. Voutsinas, N. D'Alessandro, M. Ulman, E.Piotroski, M. Patel, N Patel |
| Voutsinas,Gregory Dimitri | Manager | 23 Nov 2020 | Planning Activities | 1.5 | Preparation for Purdue Executive Discussion and Approval Point Meetings |
| Voutsinas,Gregory Dimitri | Manager | 23 Nov 2020 | Planning Activities | 1.8 | Team meeting to discuss Purdue business updates, risk assessment, key estimates, audit scoping, and other matters. Attendees: R.Savell, A. Caporale, A. Sonika, J. Furtado, G. Voutsinas, N. D'Alessandro, M. Ulman, E.Piotroski, M. Patel, N Patel |
| Piotroski,Edmund Anthony | Senior | 23 Nov 2020 | Planning Activities | 1.8 | Team meeting to discuss the Purdue audit, business updates, risk assessment, key estimates, audit scoping, and other matters. Attendees: R. Savell, A. Caporale, A. Sonika, J. Furtado, G. Voutsinas, N. D'Alessandro, M. Ulman, E.Piotroski, M. Patel, N Patel |
| Patel,Mohammad Bilal | Staff/Assistant | 23 Nov 2020 | Planning Activities | 1.8 | Team meeting to discuss Purdue business updates, risk assessment, key estimates, audit scoping, and other matters. Attendees: R.Savell, A. Caporale, A. Sonika, J. Furtado, G. Voutsinas, N. D'Alessandro, M. Ulman, E.Piotroski, M. Patel, N Patel |
| Patel,Nikita P. | Staff/Assistant | 23 Nov 2020 | Planning Activities | 1.8 | Team meeting to discuss Purdue business updates, risk assessment, key estimates, audit scoping, and other matters. Attendees: R.Savell, A. Caporale, A. Sonika, J. Furtado, G. Voutsinas, N. D'Alessandro, M. Ulman, E.Piotroski, M. Patel, N Patel |
| Mahima Sharma | Staff/Assistant | 23 Nov 2020 | Planning Activities | 4.0 | Validating journal entry data for use in EY Helix tool |

13

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Ulman,Matthew | Senior | 23 Nov 2020 | Planning Activities | 2.8 | Team meeting to discuss Purdue and One Stamford Realty business updates, risk assessment, key estimates, audit scoping, and other matters. Attendees: R. Savell, A. Caporale, A. Sonika, J. Furtado, G. Voutsinas, N. D'Alessandro, M. Ulman, E.Piotroski, M. Patel, N Patel |
| Ulman,Matthew | Senior | 23 Nov 2020 | Planning Activities | 1.0 | Preparation for team meeting to discuss Purdue business updates, risk assessment, key estimates, audit scoping, and other matters. |
| Furtado,Justin V | Manager | 24 Nov 2020 | Planning Activities | 1.5 | Completion of audit materials presentation |
| D'Alessandro,Nicholas A | Senior | 24 Nov 2020 | Planning Activities | 1.0 | Team meeting with Justin Furtado and Matthew Ulman to discuss implementing revenue data analytics. |
| Voutsinas,Gregory Dimitri | Manager | 24 Nov 2020 | Planning Activities | 2.5 | Time spent updating, reviewing combined risk assessment planning document |
| Voutsinas,Gregory Dimitri | Manager | 24 Nov 2020 | Planning Activities | 0.5 | Meeting to discuss follow-up from Executive event. Attendees: J. Furtado, G. Voutsinas, N. D'Alessandro, M. Ulman, E.Piotroski |
| Arnav Jindal | Senior | 24 Nov 2020 | Year-End Substantive Testing | 1.0 | Validating journal entry data for use in EY Helix tool |
| Patel,Nikita P. | Staff/Assistant | 24 Nov 2020 | Year-End Substantive Testing | 1.4 | Making selections for vendor chargeback substantive testing for Purdue Pharma LP and Rhodes Pharma |
| Patel,Nikita P. | Staff/Assistant | 24 Nov 2020 | Year-End Substantive Testing | 2.6 | Purdue Pharma LP payroll selections for new hires, terminations, salary changes for controls testing |
| Ulman,Matthew | Senior | 24 Nov 2020 | Planning Activities | 0.5 | Team meeting to discuss Purdue business updates, risk assessment, key estimates, audit scoping, and other matters. Attendees: J. Furtado, G. Voutsinas, N. D'Alessandro, M. Ulman |
| Ulman,Matthew | Senior | 24 Nov 2020 | Planning Activities | 1.3 | Rhodes Pharma Helix General Ledger Analyzer for Revenue first year implementation procedures |
| Akshay Sawhney | Senior | 25 Nov 2020 | Planning Activities | 2.0 | Validating journal entry data for use in EY Helix tool |
| Caporale,Amelia M | Partner/Principal | 30 Nov 2020 | Bankruptcy | 2.5 | Review DOJ settlement and accounting |
| Caporale,Amelia M | Partner/Principal | 30 Nov 2020 | Bankruptcy | 1.5 | Review and prepare for Audit committee presentation |
| Sonika,Avinash | Senior Manager | 30 Nov 2020 | Planning Activities | 1.0 | Review of 2020 audit plan book for presentation to Audit Committee and also discussion with Amelia (engagement |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| | | | | | partner). |
| D'Alessandro,Nicholas A | Senior | 30 Nov 2020 | Planning Activities | 1.0 | Team meeting to discuss the Audit Sampling Approach, EY General Ledger Analyzer Tool initial output and Inventory Count procedures. Attendees: G. Voutsinas, N. D'Alessandro, M. Ulman, E. Piotroski |
| D'Alessandro,Nicholas A | Senior | 30 Nov 2020 | Planning Activities | 1.0 | Audit Committee Planning Book, and Severance discussion/research |
| Giordano,Concetta A | Senior | 30 Nov 2020 | Year-End Substantive Testing | 1.0 | Creation of EY Helix tool for Revenue testing |
| Piotroski,Edmund Anthony | Senior | 30 Nov 2020 | Planning Activities | 1.0 | Team meeting to discuss the PPLP Sampling Approach, EY General Ledger Analyzer Tool initial output and Inventory Count procedures. Attendees: G. Voutsinas, N. D'Alessandro, M. Ulman, E. Piotroski |
| Ulman,Matthew | Senior | 30 Nov 2020 | Planning Activities | 3.5 | Implementation work for the Revenue program using the Helix General Ledger Analyzer for Purdue and Rhodes Pharma |
| Ulman,Matthew | Senior | 30 Nov 2020 | Planning Activities | 1.0 | Team meeting to discuss the PPLP Sampling Approach, EY General Ledger Analyzer Tool initial output and Inventory Count procedures. Attendees: G. Voutsinas, N. D'Alessandro, M. Ulman, E. Piotroski |
| Luv Chopra | Associate | 30 Nov 2020 | Planning Activities | 1.0 | Engagement Economics dashboard set up |
| Caporale,Amelia M | Partner/Principal | 01 Dec 2020 | Bankruptcy | 1.0 | Discuss DOJ settlement facts and accounting with client |
| Savell,Roger B | Partner/Principal | 01 Dec 2020 | Planning Activities | 1.0 | Workpaper review and call with client in prep for AC meeting |
| Redmond,Robert L. | Manager | 01 Dec 2020 | Risk Assurance/IT Activities | 1.0 | Walkthrough meetings w/ client to discuss logical access process. J. Narlis, D. Inaparthy, J. thangavels. darveshj. Bachman |
| D'Alessandro,Nicholas A | Senior | 01 Dec 2020 | Planning Activities | 1.0 | Audit Committee Planning Book |
| Mutlu Tepe,Serpil | Manager | 01 Dec 2020 | Year-End Substantive Testing | 0.5 | Rhodes - Preparing scoping document and data and documents request list |
| Mohit Singh | Supervising Associate | 01 Dec 2020 | Planning Activities | 0.5 | Engagement Economics dashboard set up |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Arnav Jindal | Senior | 01 Dec 2020 | Year-End Substantive Testing | 0.5 | Validating journal entry data for use in EY Helix tool |
| Memeti,Andi | Staff/Assistant | 01 Dec 2020 | Risk Assurance/IT Activities | 1.0 | Call with Purdue IT team to walkthrough the Manage Access process and discuss the new Dayforce integration. |
| Caporale,Amelia M | Partner/Principal | 02 Dec 2020 | Planning Activities | 3.5 | Prepare for Audit committee presentation and attend audit committee w R. Savell |
| Savell,Roger B | Partner/Principal | 02 Dec 2020 | Planning Activities | 2.0 | Audit committee meeting with A. Caporale |
| Redmond,Robert L. | Manager | 02 Dec 2020 | Risk Assurance/IT Activities | 1.0 | Walkthrough meetings w/ client to discuss Change Management process. J. narlisd. Inaparthyj. thangavel |
| D'Alessandro,Nicholas A | Senior | 02 Dec 2020 | Year-End Substantive Testing | 3.8 | Working through journal entry validation procedures with data analytics team, and also investing time in new revenue program/correlation procedures. |
| Giordano,Concetta A | Senior | 02 Dec 2020 | Year-End Substantive Testing | 1.5 | Creation of EY Helix tool for Revenue testing |
| Deepankar Nayyar | Senior | 02 Dec 2020 | Year-End Substantive Testing | 9.0 | Trial balance set up and lead sheets |
| Piotroski,Edmund Anthony | Senior | 02 Dec 2020 | Physical Inventory Counts | 2.5 | Preparation and meeting with Tray Buggs and Tommy Boykin to discuss the upcoming Wilson Warehouse Inventory Count |
| Patel,Nikita P. | Staff/Assistant | 02 Dec 2020 | Year-End Substantive Testing | 2.2 | Purdue Pharma updated human resources system for payroll to Ceridian Dayforce. Updated selections for payroll controls to reflect both systems. |
| Patel,Nikita P. | Staff/Assistant | 02 Dec 2020 | Year-End Substantive Testing | 0.6 | Compiled prior year lead sheets to send to Global Delivery Services team so they can rollforward the files for 2020 year end. |
| Patel,Nikita P. | Staff/Assistant | 02 Dec 2020 | Year-End Substantive Testing | 1.8 | Reviewed and documented new contracts as of September 30, 2020 that we received via email. |
| Memeti,Andi | Staff/Assistant | 02 Dec 2020 | Risk Assurance/IT Activities | 1.0 | SAP Manage change process walkthrough and support review |

16

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Harshala Bhupendra Gidh | Staff/Assistant | 02 Dec 2020 | Risk Assurance/IT Activities | 2.0 | Purdue Pharma SAP Enterprise system Logical Access Recertification Walkthrough (IT B6.01) |
| Harshala Bhupendra Gidh | Staff/Assistant | 02 Dec 2020 | Risk Assurance/IT Activities | 4.0 | Purdue Pharma SAP Human Resources Logical access recertification walkthrough (IT B5.01) |
| Klar,Stephanie | Staff/Assistant | 02 Dec 2020 | Risk Assurance/IT Activities | 9.0 | EY IT Change Management Walkthrough meeting and documentation |
| Caporale,Amelia M | Partner/Principal | 03 Dec 2020 | Bankruptcy | 0.5 | Document risk assessment regarding DOJ settlement |
| Savell,Roger B | Partner/Principal | 03 Dec 2020 | Quality Review | 0.5 | Audit. Re litigation accounting and memo |
| Redmond,Robert L. | Manager | 03 Dec 2020 | Risk Assurance/IT Activities | 1.0 | Walkthrough meetings w/ client to discuss IT Operations process. J. narlisd. Inaparthyj. thangavel |
| Furtado,Justin V | Manager | 03 Dec 2020 | Physical Inventory Counts | 0.4 | Inventory count preparation |
| Furtado,Justin V | Manager | 03 Dec 2020 | Physical Inventory Counts | 2.1 | Wilson, North Carolina and Rhodes Tech inventory count scheduling and discussion with client on virtual observation procedures. |
| D'Alessandro,Nicholas A | Senior | 03 Dec 2020 | Physical Inventory Counts | 2.1 | Wilson, North Carolina and Rhodes Tech inventory count scheduling and discussion with client on virtual observation procedures. |
| Giordano,Concetta A | Senior | 03 Dec 2020 | Year-End Substantive Testing | 1.5 | Creation of EY Helix tool for Revenue testing |
| Deepankar Nayyar | Senior | 03 Dec 2020 | Year-End Substantive Testing | 9.0 | Trial balance set up and lead sheets |
| Patel,Nikita P. | Staff/Assistant | 03 Dec 2020 | Year-End Substantive Testing | 0.5 | Reviewed and documented new contracts as of September 30, 2020 |
| Memeti,Andi | Staff/Assistant | 03 Dec 2020 | Risk Assurance/IT Activities | 1.0 | SAP IT Manage Operations walkthrough and documentation review |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Garvit Chawla | Staff/Assistant | 03 Dec 2020 | Year-End Substantive Testing | 9.0 | Drafting testing leadsheets for various accounts based on the current year interim trial balance |
| Harshala Bhupendra Gidh | Staff/Assistant | 03 Dec 2020 | Risk Assurance/IT Activities | 4.0 | Purdue Pharma Change Management Walkthrough (IT B2.00) |
| Harshala Bhupendra Gidh | Staff/Assistant | 03 Dec 2020 | Risk Assurance/IT Activities | 2.0 | Purdue Pharma Logical Access Recertification Walkthrough (IT B6.01) |
| Klar,Stephanie | Staff/Assistant | 03 Dec 2020 | Risk Assurance/IT Activities | 4.5 | Updating the walkthrough for Common Manage IT Operations according to new testing strategy |
| Klar,Stephanie | Staff/Assistant | 03 Dec 2020 | Risk Assurance/IT Activities | 4.5 | Updating the walkthrough for Manage Access according to new testing strategy. |
| Redmond,Robert L. | Manager | 04 Dec 2020 | Risk Assurance/IT Activities | 0.5 | Internal Status meeting w/ team to discuss workpapers. |
| Redmond,Robert L. | Manager | 04 Dec 2020 | Risk Assurance/IT Activities | 0.5 | Review of executive comments pertaining to IT planning memorandum & scoping documents. |
| Furtado,Justin V | Manager | 04 Dec 2020 | Planning Activities | 1.5 | Updating billing schedule and terms |
| D'Alessandro,Nicholas A | Senior | 04 Dec 2020 | Year-End Substantive Testing | 1.5 | Vendor chargeback, returns processed and payroll selections - working with staff to make selections and send out, and also format testing workpapers/procedures to set up GDS. |
| Giordano,Concetta A | Senior | 04 Dec 2020 | Year-End Substantive Testing | 2.0 | Creation of EY Helix tool for Revenue testing |
| Ulman,Matthew | Senior | 04 Dec 2020 | Year-End Substantive Testing | 0.7 | Processing Rhodes pharma processed returns listing and making interim selections for testing to the business |
| Ulman,Matthew | Senior | 04 Dec 2020 | Year-End Substantive Testing | 0.6 | Implementation work for the Revenue program using the Helix General Ledger Analyzer for Purdue and Rhodes Pharma |
| Memeti,Andi | Staff/Assistant | 04 Dec 2020 | Risk Assurance/IT | 1.5 | Updating SAP IT Manage Operations and reviewing SAP New and Modified user process |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| | | | Activities | | |
| Garvit Chawla | Staff/Assistant | 04 Dec 2020 | Year-End Substantive Testing | 9.0 | Drafting testing leadsheets for various accounts based on the current year interim trial balance |
| Harshala Bhupendra Gidh | Staff/Assistant | 04 Dec 2020 | Risk Assurance/IT Activities | 4.0 | Purdue Pharma Change Management Walkthrough (IT B2.00) |
| Furtado,Justin V | Manager | 07 Dec 2020 | Planning Activities | 1.4 | Review of planning documents |
| D'Alessandro,Nicholas A | Senior | 07 Dec 2020 | Physical Inventory Counts | 2.1 | Inventory count observation discussions, vendor chargeback and sales returns discussion/selections, payroll testing |
| Giordano,Concetta A | Senior | 07 Dec 2020 | Year-End Substantive Testing | 2.0 | Creation of EY Helix tool for Revenue testing |
| Deobrat Jha | Senior | 07 Dec 2020 | Risk Assurance/IT Activities | 1.0 | Created instructions for Staff to document testing. |
| Piotroski,Edmund Anthony | Senior | 07 Dec 2020 | Physical Inventory Counts | 5.0 | Wilson Warehouse Inventory Count and documentation |
| Memeti,Andi | Staff/Assistant | 07 Dec 2020 | Risk Assurance/IT Activities | 2.0 | Inspected list of evidence provided by client and created request list with follow-up evidence. |
| Memeti,Andi | Staff/Assistant | 07 Dec 2020 | Risk Assurance/IT Activities | 1.0 | Create application control client request list |
| Memeti,Andi | Staff/Assistant | 07 Dec 2020 | Risk Assurance/IT Activities | 1.5 | Review SAP Manage Change and identified follow-ups |
| Memeti,Andi | Staff/Assistant | 07 Dec 2020 | Risk Assurance/IT Activities | 1.5 | Inspect SAP manage change evidence and select samples |
| Harshala Bhupendra Gidh | Staff/Assistant | 07 Dec 2020 | Risk Assurance/IT Activities | 4.0 | Purdue Pharma IT workplans updating. |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Klar,Stephanie | Staff/Assistant | 07 Dec 2020 | Risk Assurance/IT Activities | 9.0 | Updated Common Manage Access Walkthrough. Documented Common Manage Access Walkthrough including new/modified user process and password settings. Updating Request List with new evidence. Provided examples of Follow Ups. |
| Caporale,Amelia M | Partner/Principal | 08 Dec 2020 | Year-End Substantive Testing | 0.5 | Government pricing testing update and review of recent news related to government pricing - E. Biedziak, J. Furtado |
| Savell,Roger B | Partner/Principal | 08 Dec 2020 | Planning Activities | 1.0 | Review of planning documents |
| Biedziak,Eliza Anna | Senior Manager | 08 Dec 2020 | Year-End Substantive Testing | 0.5 | Government pricing testing update and review of recent news related to government pricing - A. Caporale, J. Furtado |
| Furtado,Justin V | Manager | 08 Dec 2020 | Year-End Substantive Testing | 1.0 | Government pricing testing update and review of recent news related to government pricing - A. Caporale, E. Biedziak |
| Giordano,Concetta A | Senior | 08 Dec 2020 | Year-End Substantive Testing | 3.0 | Creation of EY Helix tool for Revenue testing |
| Voutsinas,Gregory Dimitri | Manager | 08 Dec 2020 | Planning Activities | 5.0 | Time spent organizing Purdue audit strategy files, actions items, and roles |
| Deobrat Jha | Senior | 08 Dec 2020 | Risk Assurance/IT Activities | 1.0 | Created instructions for Staff to document testing. |
| Memeti,Andi | Staff/Assistant | 08 Dec 2020 | Risk Assurance/IT Activities | 1.5 | Reviewed audit evidence received and selected IT Manage Operations samples |
| Memeti,Andi | Staff/Assistant | 08 Dec 2020 | Risk Assurance/IT Activities | 1.5 | Reviewed SAP manage change walkthrough |
| Memeti,Andi | Staff/Assistant | 08 Dec 2020 | Risk Assurance/IT Activities | 2.0 | Reviewed SAP User access reviews |
| Mohammed Yousuf M.R | Associate | 08 Dec 2020 | Planning Activities | 2.0 | Updating engagement economics and status dashboard |
| Harshala Bhupendra Gidh | Staff/Assistant | 08 Dec 2020 | Risk Assurance/IT Activities | 0.5 | Purdue Pharma Meeting with Andi (query discussion) |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Harshala Bhupendra Gidh | Staff/Assistant | 08 Dec 2020 | Risk Assurance/IT Activities | 3.0 | Purdue Pharma IT workplans updating. |
| Klar,Stephanie | Staff/Assistant | 08 Dec 2020 | Risk Assurance/IT Activities | 4.5 | Updating the walkthrough for Common Manage IT Operations according to new testing strategy. |
| Klar,Stephanie | Staff/Assistant | 08 Dec 2020 | Risk Assurance/IT Activities | 4.5 | Updating the walkthrough for Manage Access according to new testing strategy. |
| Caporale,Amelia M | Partner/Principal | 09 Dec 2020 | Planning Activities | 0.5 | Review of planning documents |
| Furtado,Justin V | Manager | 09 Dec 2020 | Planning Activities | 2.0 | Review of planning documents |
| Giordano,Concetta A | Senior | 09 Dec 2020 | Year-End Substantive Testing | 3.0 | Creation of EY Helix tool for Revenue testing |
| Voutsinas,Gregory Dimitri | Manager | 09 Dec 2020 | Planning Activities | 2.0 | Time spent organizing Purdue audit strategy files, actions items, and roles |
| Deobrat Jha | Senior | 09 Dec 2020 | Risk Assurance/IT Activities | 1.0 | Created instructions for Staff to document testing. |
| Memeti,Andi | Staff/Assistant | 09 Dec 2020 | Risk Assurance/IT Activities | 2.0 | Reviewed SAP Manage Access Walkthrough |
| Memeti,Andi | Staff/Assistant | 09 Dec 2020 | Risk Assurance/IT Activities | 2.0 | Reviewed SAP testing workplans |
| Memeti,Andi | Staff/Assistant | 09 Dec 2020 | Risk Assurance/IT Activities | 1.0 | Review of testing evidence received and drafting follow-up request list |
| Harshala Bhupendra Gidh | Staff/Assistant | 09 Dec 2020 | Risk Assurance/IT Activities | 3.0 | Purdue Pharma workplan updating. |
| Harshala Bhupendra Gidh | Staff/Assistant | 09 Dec 2020 | Risk Assurance/IT Activities | 0.5 | Purdue Pharma Weekly Touch point call with A. Memeti and S. Klar |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Klar,Stephanie | Staff/Assistant | 09 Dec 2020 | Risk Assurance/IT Activities | 7.0 | Updating the walkthrough for Common Manage IT Operations and Common Manage Access |
| Klar,Stephanie | Staff/Assistant | 09 Dec 2020 | Risk Assurance/IT Activities | 2.0 | Created SOC Report request list for in-scope applications. |
| Furtado,Justin V | Manager | 10 Dec 2020 | Planning Activities | 2.0 | Review of Purdue audit documents and action items |
| Voutsinas,Gregory Dimitri | Manager | 10 Dec 2020 | Planning Activities | 1.5 | Time spent organizing Purdue audit strategy files, actions items, and roles |
| Deobrat Jha | Senior | 10 Dec 2020 | Risk Assurance/IT Activities | 1.0 | Created instructions for Staff to document testing. |
| Memeti,Andi | Staff/Assistant | 10 Dec 2020 | Risk Assurance/IT Activities | 2.0 | SAP Basis client request list documentation |
| Memeti,Andi | Staff/Assistant | 10 Dec 2020 | Risk Assurance/IT Activities | 2.0 | Reviewed SAP Manage IT Operations walkthrough |
| Memeti,Andi | Staff/Assistant | 10 Dec 2020 | Risk Assurance/IT Activities | 2.0 | Updated Service organization request list for in scope reports |
| Harshala Bhupendra Gidh | Staff/Assistant | 10 Dec 2020 | Risk Assurance/IT Activities | 3.0 | Purdue Pharma workplan updating. |
| Harshala Bhupendra Gidh | Staff/Assistant | 10 Dec 2020 | Risk Assurance/IT Activities | 3.0 | Purdue Pharma IT E1.00 application control updating. |
| Saksham Munjal | Senior | 10 Dec 2020 | Planning Activities | 4.0 | Drafting planning documents including audit planning template |
| Klar,Stephanie | Staff/Assistant | 10 Dec 2020 | Risk Assurance/IT Activities | 3.0 | Updated Purdue IT Ops Testing with new evidence. |
| Klar,Stephanie | Staff/Assistant | 10 Dec 2020 | Risk Assurance/IT Activities | 2.0 | Updated Contractor Automated Termination testing |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Klar,Stephanie | Staff/Assistant | 10 Dec 2020 | Risk Assurance/IT Activities | 2.0 | Updating Common Manage IT Operations walkthrough and documenting support |
| Klar,Stephanie | Staff/Assistant | 10 Dec 2020 | Risk Assurance/IT Activities | 2.0 | Updating Manage Access walkthrough and documenting support |
| Voutsinas,Gregory Dimitri | Manager | 11 Dec 2020 | Planning Activities | 3.0 | Reviewing planning documents including audit planning template |
| Deobrat Jha | Senior | 11 Dec 2020 | Risk Assurance/IT Activities | 1.0 | Created instructions for Staff to document testing. |
| Ulman,Matthew | Senior | 11 Dec 2020 | Year-End Substantive Testing | 1.0 | Review of Purdue Pharma and Rhodes Pharma revenue analytics |
| Memeti,Andi | Staff/Assistant | 11 Dec 2020 | Risk Assurance/IT Activities | 3.0 | Testing Sales and AR application controls, including updating client request list |
| Harshala Bhupendra Gidh | Staff/Assistant | 11 Dec 2020 | Risk Assurance/IT Activities | 4.0 | Purdue Pharma application control updating. |
| Klar,Stephanie | Staff/Assistant | 11 Dec 2020 | Risk Assurance/IT Activities | 7.0 | Updating SAP ECC Sales and Accounts Receivable application controls with new evidence. |
| Klar,Stephanie | Staff/Assistant | 11 Dec 2020 | Risk Assurance/IT Activities | 2.0 | Updating Common Manage IT Operations walkthrough and documenting support |
| Wagner,Jeremy | Manager | 14 Dec 2020 | Year-End Substantive Testing | 1.0 | Creation of EY Helix tool for Revenue testing |
| Furtado,Justin V | Manager | 14 Dec 2020 | Physical Inventory Counts | 1.0 | Call to discuss inventory count procedures: W. DeNicola, E. Flath (Purdue); J. Backner, M. Ulman (EY) |
| Giordano,Concetta A | Senior | 14 Dec 2020 | Year-End Substantive Testing | 1.0 | Creation of EY Helix tool for Revenue testing |
| Voutsinas,Gregory Dimitri | Manager | 14 Dec 2020 | Planning Activities | 1.5 | Preparing planning documents |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Ulman,Matthew | Senior | 14 Dec 2020 | Physical Inventory Counts | 0.5 | Call with client to discuss upcoming year end inventory count at coventry plant. Matthew Ulman, Justin Furtado, Eric Flath, Walter Diniccola |
| Ulman,Matthew | Senior | 14 Dec 2020 | Physical Inventory Counts | 0.5 | Call with providence staff in preparation for year end inventory count at coventry plant. Matthew Ulman, Justin Furtado, Jared Backner |
| Memeti,Andi | Staff/Assistant | 14 Dec 2020 | Risk Assurance/IT Activities | 3.0 | Reviewing Manage Infrastructure and updating client request list |
| Harshala Bhupendra Gidh | Staff/Assistant | 14 Dec 2020 | Risk Assurance/IT Activities | 3.0 | Purdue Pharma SAp Firefighter Substantive Testing |
| Klar,Stephanie | Staff/Assistant | 14 Dec 2020 | Risk Assurance/IT Activities | 5.0 | Updating SAP ECC Sales and Accounts Receivable Application controls with new evidence. |
| Klar,Stephanie | Staff/Assistant | 14 Dec 2020 | Risk Assurance/IT Activities | 4.0 | Performing Common Manage IT operations walkthrough testing |
| Redmond,Robert L. | Manager | 15 Dec 2020 | Risk Assurance/IT Activities | 3.0 | Review of key planning documentation for IT procedures. |
| Voutsinas,Gregory Dimitri | Manager | 15 Dec 2020 | Planning Activities | 1.0 | Preparing planning documents |
| Ulman,Matthew | Senior | 15 Dec 2020 | Physical Inventory Counts | 1.0 | Inventory count preparation |
| Memeti,Andi | Staff/Assistant | 15 Dec 2020 | Risk Assurance/IT Activities | 5.0 | Testing and documentation of payroll application controls |
| Harshala Bhupendra Gidh | Staff/Assistant | 15 Dec 2020 | Risk Assurance/IT Activities | 3.0 | Purdue Pharma IT C10.00  SAp Firefighter Substantive Testing |
| Klar,Stephanie | Staff/Assistant | 15 Dec 2020 | Risk Assurance/IT Activities | 2.5 | Updating SAP ECC Payroll Application Controls with new evidence provided. |
| Klar,Stephanie | Staff/Assistant | 15 Dec 2020 | Risk Assurance/IT | 5.0 | Updating SAP Workplans with new evidence provided |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| | | | Activities | | |
| Klar,Stephanie | Staff/Assistant | 15 Dec 2020 | Risk Assurance/IT Activities | 1.5 | Updating Common Manage Access Walkthrough based on new evidence. |
| Redmond,Robert L. | Manager | 16 Dec 2020 | Risk Assurance/IT Activities | 0.5 | Internal Status meeting w/ A. Memeti & S. Klar to discuss workpapers and path forward. |
| Voutsinas,Gregory Dimitri | Manager | 16 Dec 2020 | Planning Activities | 0.5 | Preparing planning documents |
| Ulman,Matthew | Senior | 16 Dec 2020 | Physical Inventory Counts | 0.5 | Discussing the count and any questions with the on-site staff on the day of the inventory count at Rhodes technologies |
| Backner,Jared S | Staff/Assistant | 16 Dec 2020 | Physical Inventory Counts | 4.0 | Performance of Rhodes Technologies physical inventory count |
| Memeti,Andi | Staff/Assistant | 16 Dec 2020 | Risk Assurance/IT Activities | 7.0 | Reviewing SAP Privileged Access Walkthroughs |
| Harshala Bhupendra Gidh | Staff/Assistant | 16 Dec 2020 | Risk Assurance/IT Activities | 3.5 | Purdue Pharma IT C1.00 Change Management testing |
| Harshala Bhupendra Gidh | Staff/Assistant | 16 Dec 2020 | Risk Assurance/IT Activities | 0.5 | Purdue Pharma Weekly touch point call with Andi Memeti and Stephanie Klar |
| Klar,Stephanie | Staff/Assistant | 16 Dec 2020 | Risk Assurance/IT Activities | 9.0 | 4 hours - Created Purdue Status Tracker with all w/p and controls that were completed or in progress. 2 hours - Updating Manage IT Operations Walkthrough with new evidence from SAP Basis Tracking. 2 hours - Updating Common Manage Change Walkthrough with new evidence provided.1 hour - Updating Common Manage Access Walkthrough with new evidence provided from SAP Basis Tracking. |
| Caporale,Amelia M | Partner/Principal | 17 Dec 2020 | Bankruptcy | 1.5 | Virtual Purdue/Sackler Congressional Hearing |
| Biedziak,Eliza Anna | Senior Manager | 17 Dec 2020 | Year-End Substantive Testing | 1.0 | Review information provided for government pricing testing |
| Furtado,Justin V | Manager | 17 Dec 2020 | Planning Activities | 1.5 | Call to discuss engagement planning and economics with N. D'Alessandro |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| D'Alessandro,Nicholas A | Senior | 17 Dec 2020 | Year-End Substantive Testing | 2.0 | Budget/estimated time of completion discussion, as well as working with client on request list/open items |
| Voutsinas,Gregory Dimitri | Manager | 17 Dec 2020 | Planning Activities | 0.5 | Preparing planning documents |
| Memeti,Andi | Staff/Assistant | 17 Dec 2020 | Risk Assurance/IT Activities | 4.0 | Reviewing SAP IT Operations walkthrough .5 hours - reviewing SAP Manage Change walkthrough1.5 hours - reviewing SAP Common Manage Change 1 hour - sorting through received evidence and updating request list to include PY evidence.1.5 hours - documenting SAP new/mod process. |
| Memeti,Andi | Staff/Assistant | 17 Dec 2020 | Risk Assurance/IT Activities | 4.0 | Reviewing SAP Manage Change walkthrough and testing |
| Harshala Bhupendra Gidh | Staff/Assistant | 17 Dec 2020 | Risk Assurance/IT Activities | 4.0 | Purdue Pharma IT C3.00, New and Modified user testing |
| Harshala Bhupendra Gidh | Staff/Assistant | 17 Dec 2020 | Risk Assurance/IT Activities | 3.0 | Purdue Pharma IT C1.00 Change Management testing |
| Klar,Stephanie | Staff/Assistant | 17 Dec 2020 | Risk Assurance/IT Activities | 3.5 | Updating Common and Direct Change Infrastructure Workplans |
| Klar,Stephanie | Staff/Assistant | 17 Dec 2020 | Risk Assurance/IT Activities | 5.5 | Updating SAP FireFighter walkthrough and testing |
| Redmond,Robert L. | Manager | 18 Dec 2020 | Risk Assurance/IT Activities | 0.5 | Meeting with D. Inaparthy to discuss status of open IT items for audit. |
| Voutsinas,Gregory Dimitri | Manager | 18 Dec 2020 | Planning Activities | 2.0 | Preparing planning documents |
| Memeti,Andi | Staff/Assistant | 18 Dec 2020 | Risk Assurance/IT Activities | 4.0 | SAP Manage access testing review |
| Memeti,Andi | Staff/Assistant | 18 Dec 2020 | Risk Assurance/IT Activities | 1.0 | Updating request list for new/modified user testing samples |
| Harshala Bhupendra | Staff/Assistant | 18 Dec 2020 | Risk | 3.0 | Purdue Pharma IT C3.00, New and Modified user testing |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Gidh | | | Risk Assurance/IT Activities | | |
| Klar,Stephanie | Staff/Assistant | 18 Dec 2020 | Risk Assurance/IT Activities | 2.0 | Updating Common Change Infrastructure Workplans. |
| Klar,Stephanie | Staff/Assistant | 18 Dec 2020 | Risk Assurance/IT Activities | 6.0 | Updating testing forms for SAP ECC Sales and Accounts Receivable Application Controls and Payroll Controls. |
| Klar,Stephanie | Staff/Assistant | 18 Dec 2020 | Risk Assurance/IT Activities | 1.0 | Updating Purdue Initial Request List with new evidence provided and new follow-ups. |
| Ulman,Matthew | Senior | 21 Dec 2020 | Year-End Substantive Testing | 2.0 | Meeting with Justin Furtado to discuss planning, strategy and overall implementation of revenue analyzer program for Rhodes pharma and Purdue Pharma |
| Patel,Nikita P. | Staff/Assistant | 22 Dec 2020 | Year-End Substantive Testing | 1.2 | Updating interim payroll selections for control testing with the new listings we received for merit-based salary changes and hourly employees. |
| Ulman,Matthew | Senior | 22 Dec 2020 | Year-End Substantive Testing | 2.5 | Review of Purdue Pharma and Rhodes Pharma revenue analytics |
| Ulman,Matthew | Senior | 23 Dec 2020 | Year-End Substantive Testing | 2.0 | Review of Purdue Pharma and Rhodes Pharma revenue analytics |
| Ulman,Matthew | Senior | 24 Dec 2020 | Year-End Substantive Testing | 1.0 | Review of Purdue Pharma and Rhodes Pharma revenue analytics |
| Furtado,Justin V | Manager | 21 Dec 2020 | Year-End Substantive Testing | 2.0 | Meeting with Matt Ulman to discuss planning, strategy and overall implementation of revenue analyzer program for Rhodes pharma and Purdue pharma |
| **Total** | | | | **559.5** | |

**Total Fixed Fees Sought for 2020 Audit Services is $200,000.00**

*Data Privacy Services*

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Zimmerer,Tobin | Senior Manager - Grade 4 | 30-Nov-20 | Current State Analysis | Reviewed initial documentation received from Purdue on the current state plan and conducted internal kickoff to commence the data protection assessment project | 0.5 |
| Zimmerer,Tobin | Senior Manager - Grade 4 | 2-Dec-20 | Current State Analysis | Conducted project kickoff for data protection assessment and gathered information on current IT transition plan | 1.0 |
| Zimmerer,Tobin | Senior Manager - Grade 4 | 4-Dec-20 | Current State Analysis | Reviewed IT transition plan presentations and developed presentation content for IT workshop on 12/8/2020 | 1.5 |
| Zimmerer,Tobin | Senior Manager - Grade 4 | 7-Dec-20 | Current State Analysis | Conducted interview with Hussein Ghnaimeh and David Fogel on the data identification and data types as it pertains to the agreement between Noramco and Purdue. Developed additional content for the project workshop and reviewed the workshop materials with the EY team. | 1.5 |
| Zimmerer,Tobin | Senior Manager - Grade 4 | 8-Dec-20 | Current State Analysis | Conducted security assessment workshop with the Purdue IT team to gather information on the current configurations of the applications and IT systems, understand how roles and responsibilities will be transferred to Noramco, and formulate initial observations on the cybersecurity readiness of the systems, processes and operating model | 3.0 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Zimmerer,Tobin | Senior Manager - Grade 4 | 9-Dec-20 | Current State Analysis | Conducted follow on interviews with the business owners for the core applications being shared with Noramco, gathered additional details on the manner by which Noramco employees will use these applications, gain a better understanding of the information that may be exposed in these applications, and develop additional perspectives on the potential risks to Purdue | 2.0 |
| Zimmerer,Tobin | Senior Manager - Grade 4 | 10-Dec-20 | Current State Analysis | Compiled observations across all workshops and formulated initial point of view on areas of risks from a cybersecurity perspective. | 1.0 |
| Zimmerer,Tobin | Senior Manager - Grade 4 | 11-Dec-20 | Current State Analysis | Reviewed observations and potential risk areas with Hussein and the EY team, reviewed summary level observations and provided guidance to the EY team on next steps for developing the formal report | 1.0 |
| Hirsch,Alexander Samson | Senior Manager - Grade 4 | 7-Dec-20 | Current State Analysis | Conducted interview with Hussein Ghnaimeh and David Fogel on the data identification process plans. | 2.0 |
| Hirsch,Alexander Samson | Senior Manager - Grade 4 | 8-Dec-20 | Current State Analysis | Developed content for and facilitated the data protection workshop with Purdue IT team to gather information on the current IT Applications and Infrastructure transition plans | 4.0 |
| Hirsch,Alexander Samson | Senior Manager - Grade 4 | 8-Dec-20 | Current State Analysis | Conducted additional meetings with Hussein Ghnaimeh, David Fogel and Karen McCarthy on data separation guidelines | 1.0 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Hirsch,Alexander Samson | Senior Manager - Grade 4 | 9-Dec-20 | Current State Analysis | Facilitated follow-up interviews with the business owners for the core applications being in scope, gathered additional details to identify what data resides within the applications in scope. | 1.0 |
| Hirsch,Alexander Samson | Senior Manager - Grade 4 | 10-Dec-20 | Current State Analysis | Aggregated observations from workshop interviews, follow-up discussions, and documents reviewed. Drafted initial observations of risk areas and initialized the draft assessment report. | 3.0 |
| Hirsch,Alexander Samson | Senior Manager - Grade 4 | 14-Dec-20 | Current State Analysis | Conducted project update discussion to review initial observations with Hussein Ghnaimeh | 1.0 |
| Hirsch,Alexander Samson | Senior Manager - Grade 4 | 14-Dec-20 | Current State Analysis | Drafting of risk assessment report including observations and associated risks areas. | 2.0 |
| Hirsch,Alexander Samson | Senior Manager - Grade 4 | 15-Dec-20 | Current State Analysis | Follow-up meeting/interview to validate observation and capture additional information | 1.0 |
| Hirsch,Alexander Samson | Senior Manager - Grade 4 | 15-Dec-20 | Current State Analysis | Continued drafting of risk assessment report including observations and associated risks areas. | 2.0 |
| Hirsch,Alexander Samson | Senior Manager - Grade 4 | 16-Dec-20 | Current State Analysis | Continued drafting of risk assessment report including observations and associated risks areas. | 4.0 |
| Hirsch,Alexander Samson | Senior Manager - Grade 4 | 17-Dec-20 | Current State Analysis | Conducted second Draft report review meeting with Hussein Ghnaimeh, to discuss observations and identified risks | 1.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 1-Dec-20 | Current State Analysis | Scheduling kickoff meetings with Hussein Ghnaimeh | 1.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 2-Dec-20 | Current State Analysis | Kickoff discussion with Hussein Ghnaimeh | 1.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 7-Dec-20 | Current State Analysis | Meet with Hussein Ghnaimeh and David Fogel and took notes for analysis | 1.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 8-Dec-20 | Current State Analysis | Reviewed content for workshop, and discussed team approach | 1.0 |

| Employee Name | Title | Date | Project Category | Description | Hours |
|---|---|---|---|---|---|
| Bellon, Josephine | Manager-Grade 1 (32) | 9-Dec-20 | Current State Analysis | Took notes in follow-up meeting for core application owners | 1.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 10-Dec-20 | Current State Analysis | Reviewed initial findings and provided feedback to team | 1.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 11-Dec-20 | Current State Analysis | Client update meeting to discuss initial findings | 1.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 14-Dec-20 | Current State Analysis | Reviewing current state analysis evidence for report draft | 3.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 15-Dec-20 | Current State Analysis | Drafting current state analysis report | 3.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 16-Dec-20 | Current State Analysis | Continued drafting currents state analysis report | 6.0 |
| Bellon, Josephine | Manager-Grade 1 (32) | 17-Dec-20 | Current State Analysis | Presented findings report draft to Client stakeholder | 1.0 |
| DePersiis,Brian | Partner/Principal - Grade 1 | 4-Dec-20 | Current State Analysis | Review Draft findings report | 2.0 |
| Azad,Sadiq | Staff/Assistant-Grade 3 | 15-Dec-20 | Current State Analysis | Edited findings report for grammar and formatting | 1.5 |
| | | | **Total** | | **57.0** |

**Total Fixed Fees Sought for Data Privacy Services: $30,000.00**