**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Sonia Akter, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 27, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the Ordinary Course Professionals Service List attached hereto as **Exhibit A**:

- Affidavit and Disclosure Statement of Rebecca Laffitte, on Behalf of Robinson Gray Stepp & Lafitte, LLC [Docket No. 2325]

- Affidavit and Disclosure Statement of Booker T. Shaw, on Behalf of Thompson Coburn, LLP [Docket No. 2328]

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: February 2, 2021

/s/ *Sonia Akter*
Sonia Akter

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on February 2, 2021, by Sonia Akter, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**<u>Exhibit A</u>**

# Exhibit A
## Ordinary Course Professionals Service List
### Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Akin Gump Strauss Hauer & Feld LLP | idizengoff@akingump.com<br>apreis@akingump.com<br>mhurley@akingump.com<br>sbrauner@akingump.com<br>elisovicz@akingump.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | GCicero@brownrudnick.com<br>DMolton@brownrudnick.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | spohl@brownrudnick.com |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Cole Schotz P.C. | jalberto@coleschotz.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Gilbert, LLP | litherlandc@gilbertlegal.com<br>quinnk@gilbertlegal.com<br>gilberts@gilbertlegal.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Kramer Levin Naftalis & Frankel | keckstein@kramerlevin.com<br>rringer@kramerlevin.com |
| Office of The United States Trustee | Office of The United States Trustee | paul.schwartzberg@usdoj.gov |
| Counsel to the State of Texas | Otterbourg P.C. | mcyganowski@otterbourg.com<br>jfeeney@otterbourg.com |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)

Page 1 of 1