**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### MONTHLY FEE STATEMENT OF CORNERSTONE RESEARCH FOR COMPENSATION FOR SERVICES RENDERED AS CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020

| | |
|---|---|
| **Name of Applicant** | Cornerstone Research |
| **Applicant's Role in Case** | Consultant to Purdue Pharma L.P., *et al.*, |
| **Date Order of Employment Signed** | June 11, 2020 |
| **Period for which compensation and reimbursement is sought** | December 1, 2020 through December 31, 2020 |

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | **$260,015.60** **(80% of $325,019.50)** |
| **Total reimbursement requested in this statement** | **$39.95** |
| **Total compensation and reimbursement requested in this statement** | **$260,055.55** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| **This is a(n):** _X_ Monthly Application_____Interim Application_____Final Application |
| --- |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Cornerstone Research as Consultants for the Debtors Nunc Pro Tunc to January 14, 2020* [ECF No. 1255] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Cornerstone Research, consultant for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Fee Statement of Cornerstone Research for Services Rendered as Consultant to the Debtor for the Period from December 1, 2020 Through December 31, 2020* (this "**Fee Statement**").[2] By this Fee Statement, Cornerstone Research seeks (i) compensation in the amount of **$260,015.60**, which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$325,019.50**) and ii) payment of **$39.95** for the actual, necessary expenses that Cornerstone Research incurred in connection with such services during the Fee Period.

---

[2] The period from December 1, 2020 through and including December 31, 2020, is referred to herein as the "**Fee Period**."

**Itemization of Services Rendered and Disbursements Incurred**

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Cornerstone Research consultants and litigation support staff during the Fee Period with respect to each project category.  As reflected in **Exhibit A**, Cornerstone Research incurred **$325,019.50** in fees during the Fee Period. Pursuant to this Fee Statement, Cornerstone Research seeks reimbursement for 80% of such fees, totaling **$260,015.60.**

2.    Attached hereto as **Exhibit B** is a chart of Cornerstone Research staff, including the standard hourly rate for each consultant and litigation support staff member who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each individual. The blended hourly billing rate of consultants for all services provided during the Fee Period is $495.38.[3] The hourly billing rate of the single litigation support staff member who provided services during the Fee Period is $385.00.

3.    Attached hereto as **Exhibit C** is a chart of expenses that Cornerstone Research incurred or disbursed in the amount of **$39.95** in connection with providing professional services to the Debtors during the Fee Period.

4.    Attached hereto as **Exhibit D** are the time records of Cornerstone Research for The Fee Period organized by month and project category with a daily time log describing the time spent by each consultant and litigation support staff member during Fee Period.

**Notice**

5.    The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Debtors submit that no other or further notice be given.

---

3 The blended hourly billing rate of $495.38 for consultants is derived by dividing the total fees for consultants of $324,827.00 by the total hours of 655.70.

WHEREFORE, Cornerstone Research, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of **$260,015.60** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$325,019.50**) and ii) payment of **$39.95** for the actual, necessary expenses that Cornerstone Research incurred in connection with such services during the Fee Period**.**

Dated:     February 02, 2021
            Boston, Massachusetts

CORNERSTONE RESEARCH

By:   */s/  Sally Woodhouse*

699 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 927-3000
Facsimile: (617) 927-3100

**Exhibit A**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Preparation of Fee Statements | 19.40 | $ 13,504.00 |
| Claims Valuation | 636.80 | $ 311,515.50 |
| **Total** | 656.20 | $ 325,019.50 |

**Exhibit B**

**Professional and Paraprofessional Fees**

| Individual | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Professional Fees** | | | | |
| Woodhouse, Sally | Senior Vice President | $ 850.00 | 4.60 | $ 3,910.00 |
| Kovacheva, Penka | Principal | $ 720.00 | 53.70 | $ 38,664.00 |
| Haque, Rezwan | Senior Manager | $ 645.00 | 60.80 | $ 39,216.00 |
| Lee, James | Senior Manager | $ 645.00 | 28.40 | $ 18,318.00 |
| Abraham, Sarah M. | Manager | $ 605.00 | 24.80 | $ 15,004.00 |
| Guo, Fang | Manager | $ 605.00 | 70.10 | $ 42,410.50 |
| Yanguas, Maria Lucia | Associate | $ 545.00 | 54.60 | $ 29,757.00 |
| Popov, Anton | Associate | $ 495.00 | 62.20 | $ 30,789.00 |
| King, Kyla M. | Research Associate | $ 410.00 | 54.90 | $ 22,509.00 |
| Desmedt, Maaike | Senior Analyst | $ 380.00 | 22.70 | $ 8,626.00 |
| McGill, Jeffrey S. | Senior Analyst | $ 380.00 | 22.10 | $ 8,398.00 |
| Aristidou, Andreas | Summer Associate | $ 360.00 | 34.30 | $ 12,348.00 |
| Chen, Yixin | Analyst | $ 345.00 | 48.80 | $ 16,836.00 |
| Guo, Ruihan | Analyst | $ 345.00 | 7.30 | $ 2,518.50 |
| Miller, Robert M. | Analyst | $ 345.00 | 35.60 | $ 12,282.00 |
| Delsman, Benjamin P. | Analyst | $ 345.00 | 23.40 | $ 8,073.00 |
| Bazak, Eric R. | Analyst | $ 320.00 | 40.50 | $ 12,960.00 |
| Nandwani, Gehna | Analyst | $ 320.00 | 6.90 | $ 2,208.00 |
| | | | | |
| **Paraprofessional Fees** | | | | |
| Chiappetta, Sarah | Senior Information Specialist | $ 385.00 | 0.50 | $ 192.50 |
| | ***Total*** | | **656.20** | **$ 325,019.50** |

**Exhibit C**

**Expense Summary**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Document/Data Acquisition | Journal Article | $ 39.95 |
| **Total** | | $ 39.95 |

## Exhibit D

## Time Detail by Project Category and Month

**Project Category: Preparation of Fee Statements**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Kovacheva, Penka | 12/1/2020 | 0.1 | Reviewed updates to time details for monthly fee statement. |
| Kovacheva, Penka | 12/2/2020 | 0.5 | Reviewed fee examiner's comments on interim fee application. |
| Kovacheva, Penka | 12/2/2020 | 1.0 | Prepared responses to fee examiner's comments on interim fee application. |
| Woodhouse, Sally | 12/2/2020 | 0.5 | Reviewed fee examiner's report and related time entries. |
| Kovacheva, Penka | 12/3/2020 | 0.5 | Updated time details for monthly fee application. |
| Lee, James | 12/3/2020 | 0.2 | Reviewed time details for monthly fee statement. |
| Kovacheva, Penka | 12/6/2020 | 0.4 | Reviewed time details for monthly fee statement. |
| Lee, James | 12/6/2020 | 1.5 | Reviewed time details for monthly fee statement. |
| Lee, James | 12/7/2020 | 0.1 | Reviewed time details for monthly fee statement. |
| Haque, Rezwan | 12/10/2020 | 1.2 | Reviewed time details for monthly fee statement. |
| Guo, Fang | 12/11/2020 | 1.2 | Reviewed time details for monthly fee statement. |
| Haque, Rezwan | 12/11/2020 | 1.7 | Reviewed time details for monthly fee statement. |
| Kovacheva, Penka | 12/11/2020 | 0.5 | Reviewed time details for monthly fee statement. |
| Woodhouse, Sally | 12/12/2020 | 0.3 | Corresponded with fee examiner. |
| Kovacheva, Penka | 12/13/2020 | 0.2 | Corresponded with team member regarding fee examiner's request. |
| Kovacheva, Penka | 12/13/2020 | 0.4 | Reviewed supplemental fee declaration. |
| Woodhouse, Sally | 12/13/2020 | 0.2 | Corresponded with team member regarding fee examiner's request. |
| Abraham, Sarah M. | 12/14/2020 | 0.9 | Reviewed time details for monthly fee statement. |
| Kovacheva, Penka | 12/14/2020 | 4.4 | Updated time details for monthly fee statement. |
| Kovacheva, Penka | 12/15/2020 | 0.3 | Reviewed time details for monthly fee statement. |

| Kovacheva, Penka | 12/17/2020 | 0.2 | Reviewed time details for monthly fee statement. |
| Kovacheva, Penka | 12/21/2020 | 0.2 | Reviewed time details for monthly fee statement. |
| Kovacheva, Penka | 12/22/2020 | 0.1 | Reviewed time details for monthly fee statement. |
| Kovacheva, Penka | 12/23/2020 | 1.2 | Updated monthly fee statement. |
| Kovacheva, Penka | 12/29/2020 | 0.7 | Reviewed updates to monthly fee statement. |
| Kovacheva, Penka | 12/30/2020 | 0.9 | Finalized monthly fee statement. |

**Total**    19.4

## Project Category: Claims Valuation

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Abraham, Sarah M. | 12/1/2020 | 3.5 | Managed updates to third-party payer valuations. |
| Aristidou, Andreas | 12/1/2020 | 1.2 | Reviewed analysis of third-party payer claims. |
| Aristidou, Andreas | 12/1/2020 | 3.4 | Reviewed non-US government proof of claims. |
| Bazak, Eric R. | 12/1/2020 | 1.5 | Investigated methodologies for tribal claims calculations. |
| Delsman, Benjamin P. | 12/1/2020 | 2.1 | Reviewed healthcare provider claims. |
| Desmedt, Maaike | 12/1/2020 | 2.9 | Analyzed prescriptions data. |
| Guo, Fang | 12/1/2020 | 0.9 | Researched public claims valuation methodology. |
| Guo, Fang | 12/1/2020 | 1.9 | Prepared summary exhibits for states and NAS claims valuation. |
| Guo, Fang | 12/1/2020 | 2.2 | Prepared work plan for tribal and municipal claims valuation. |
| Haque, Rezwan | 12/1/2020 | 1.3 | Reviewed analysis of hospital claims. |
| Haque, Rezwan | 12/1/2020 | 3.8 | Reviewed claims from health care providers. |
| King, Kyla M. | 12/1/2020 | 2.1 | Performed robustness checks of state claims estimates. |
| King, Kyla M. | 12/1/2020 | 3.1 | Analyzed tribe and municipality claims. |
| Kovacheva, Penka | 12/1/2020 | 2.6 | Managed analysis of government entities' claim valuation. |

| | | | |
|---|---|---|---|
| Lee, James | 12/1/2020 | 1.0 | Reviewed sensitivity analyses to third-party payer claims valuations. |
| Lee, James | 12/1/2020 | 2.7 | Analyzed estimates of claims valuations for commercial claimant groups. |
| McGill, Jeffrey S. | 12/1/2020 | 2.1 | Updated calculations for third-party payer claims valuations. |
| McGill, Jeffrey S. | 12/1/2020 | 3.8 | Updated code used for third-party payer claims valuation. |
| Miller, Robert M. | 12/1/2020 | 0.7 | Researched public claims valuation sensitivities. |
| Miller, Robert M. | 12/1/2020 | 1.0 | Analyzed municipal and tribal claims. |
| Nandwani, Gehna | 12/1/2020 | 0.8 | Analyzed prescription data for third-party payer claims valuation. |
| Popov, Anton | 12/1/2020 | 2.3 | Reviewed academic literature on healthcare provider costs. |
| Yanguas, Maria Lucia | 12/1/2020 | 1.5 | Prepared methodology for hospital claim valuation. |
| Yanguas, Maria Lucia | 12/1/2020 | 3.1 | Reviewed list of healthcare provider claimants. |
| Yanguas, Maria Lucia | 12/1/2020 | 3.1 | Reviewed data sources for non-US government claims analyses. |
| Abraham, Sarah M. | 12/2/2020 | 2.5 | Prepared materials on third-party payer valuations for call with expert. |
| Abraham, Sarah M. | 12/2/2020 | 3.8 | Assessed robustness of third-party payers claims valuation. |
| Aristidou, Andreas | 12/2/2020 | 1.2 | Analyzed third-party payer claims. |
| Aristidou, Andreas | 12/2/2020 | 1.6 | Summarized academic literature on non-US government claims. |
| Aristidou, Andreas | 12/2/2020 | 2.4 | Conducted academic research on non-US government claims. |
| Aristidou, Andreas | 12/2/2020 | 3.9 | Reviewed non-US government proof of claims. |
| Chen, Yixin | 12/2/2020 | 0.8 | Conducted research on healthcare provider claimant groups. |
| Delsman, Benjamin P. | 12/2/2020 | 3.7 | Analyzed healthcare provider claims. |
| Desmedt, Maaike | 12/2/2020 | 4.4 | Analyzed prescriptions data. |
| Guo, Fang | 12/2/2020 | 2.2 | Prepared summary exhibits for NAS and states claims valuation. |
| Haque, Rezwan | 12/2/2020 | 1.8 | Reviewed claims from health care providers. |
| Haque, Rezwan | 12/2/2020 | 2.8 | Reviewed analysis of hospital claims. |
| King, Kyla M. | 12/2/2020 | 2.9 | Analyzed tribe claims. |
| Kovacheva, Penka | 12/2/2020 | 2.1 | Managed analysis of non-US government claims valuation. |
| Lee, James | 12/2/2020 | 3.1 | Analyzed third-party payer claims valuations. |

| | | | |
|---|---|---|---|
| McGill, Jeffrey S. | 12/2/2020 | 2.9 | Updated statistical code for third-party payer claims valuation. |
| McGill, Jeffrey S. | 12/2/2020 | 3.4 | Performed sensitivity analyses of third-party payer claims. |
| Nandwani, Gehna | 12/2/2020 | 1.8 | Reviewed academic literature regarding methodologies for third-party payer claims valuation. |
| Popov, Anton | 12/2/2020 | 4.8 | Reviewed claims by healthcare care providers. |
| Yanguas, Maria Lucia | 12/2/2020 | 0.8 | Reviewed list of healthcare provider claimants. |
| Yanguas, Maria Lucia | 12/2/2020 | 1.5 | Reviewed drug survey data. |
| Yanguas, Maria Lucia | 12/2/2020 | 2.3 | Reviewed and updated hospital claims valuation. |
| Abraham, Sarah M. | 12/3/2020 | 1.0 | Call with expert regarding third-party payer claims. |
| Abraham, Sarah M. | 12/3/2020 | 2.3 | Prepared materials on third-party payer valuations for call with expert. |
| Aristidou, Andreas | 12/3/2020 | 3.2 | Researched data sources for non-US government claims estimation. |
| Aristidou, Andreas | 12/3/2020 | 3.5 | Reviewed academic literature on non-US government claims. |
| Bazak, Eric R. | 12/3/2020 | 2.2 | Estimated tribal claims. |
| Chen, Yixin | 12/3/2020 | 1.0 | Summarized healthcare provider claims. |
| Delsman, Benjamin P. | 12/3/2020 | 2.9 | Analyzed healthcare provider claims. |
| Guo, Fang | 12/3/2020 | 1.0 | Discussed with expert public claims analyses. |
| Guo, Fang | 12/3/2020 | 1.7 | Reviewed term sheets for public claimants. |
| Guo, Fang | 12/3/2020 | 2.2 | Analyzed tribal and municipal claims. |
| Haque, Rezwan | 12/3/2020 | 0.8 | Prepared agenda for call with expert regarding healthcare provider claims. |
| Haque, Rezwan | 12/3/2020 | 1.0 | Call with expert to discuss claims estimates for healthcare providers. |
| Haque, Rezwan | 12/3/2020 | 2.7 | Reviewed claims from healthcare providers. |
| King, Kyla M. | 12/3/2020 | 1.9 | Analyzed tribe and municipality claims. |
| Kovacheva, Penka | 12/3/2020 | 0.8 | Researched statistics on prescription opioid sales outside the US. |
| Kovacheva, Penka | 12/3/2020 | 1.0 | Call with expert regarding analysis of commercial and non-US government claim valuation. |
| Kovacheva, Penka | 12/3/2020 | 1.1 | Reviewed preliminary estimates of municipal government claims. |
| Kovacheva, Penka | 12/3/2020 | 2.3 | Reviewed non-US government claimants' proof of claim forms and attached documentation. |

| Lee, James | 12/3/2020 | 1.0 | Discussed with expert third-party payer claims valuation estimates. |
|---|---|---|---|
| Lee, James | 12/3/2020 | 3.6 | Analyzed prescriptions and pricing data for third-party payer claims. |
| McGill, Jeffrey S. | 12/3/2020 | 1.7 | Drafted methodology for third-party payer claims valuation. |
| McGill, Jeffrey S. | 12/3/2020 | 2.8 | Created summary statistics for third-party payer claims valuation. |
| Miller, Robert M. | 12/3/2020 | 3.5 | Analyzed municipal claims. |
| Nandwani, Gehna | 12/3/2020 | 4.3 | Analyzed prescription data. |
| Popov, Anton | 12/3/2020 | 5.4 | Reviewed and summarized claims by healthcare providers. |
| Woodhouse, Sally | 12/3/2020 | 1.0 | Call with expert regarding claims valuation analyses. |
| Yanguas, Maria Lucia | 12/3/2020 | 3.7 | Reviewed academic literature on healthcare provider costs. |
| Yanguas, Maria Lucia | 12/3/2020 | 4.9 | Reviewed academic literature on non-US government costs. |
| Abraham, Sarah M. | 12/4/2020 | 0.4 | Discussed third-party payer claims valuation analyses with team. |
| Abraham, Sarah M. | 12/4/2020 | 0.7 | Prepared materials for meeting with counsel regarding third-party payer claims. |
| Abraham, Sarah M. | 12/4/2020 | 1.3 | Call with counsel regarding third-party payer claims valuation. |
| Aristidou, Andreas | 12/4/2020 | 0.5 | Discussed non-US government claims valuation analyses with team. |
| Aristidou, Andreas | 12/4/2020 | 2.1 | Analyzed non-US government claims. |
| Bazak, Eric R. | 12/4/2020 | 0.6 | Analyzed municipal and tribal claims. |
| Bazak, Eric R. | 12/4/2020 | 0.7 | Checked state claims exhibit. |
| Bazak, Eric R. | 12/4/2020 | 1.5 | Researched historical data for non-US government claims analysis. |
| Guo, Fang | 12/4/2020 | 0.5 | Discussed public claims valuation with team. |
| Guo, Fang | 12/4/2020 | 0.6 | Updated exhibit of public claims valuation. |
| Guo, Fang | 12/4/2020 | 1.3 | Discussed with counsel public claims analyses. |
| Guo, Fang | 12/4/2020 | 1.4 | Reviewed allocation schedule for public claimants. |
| Haque, Rezwan | 12/4/2020 | 0.5 | Discussed hospital claims valuation analyses with team. |
| Haque, Rezwan | 12/4/2020 | 0.5 | Corresponded with counsel regarding commercial claimant groups. |
| Haque, Rezwan | 12/4/2020 | 1.1 | Call with counsel to discuss hospital claims valuation. |

| | | | |
|---|---|---|---|
| Haque, Rezwan | 12/4/2020 | 1.3 | Reviewed hospital claims valuation analyses. |
| Haque, Rezwan | 12/4/2020 | 1.3 | Managed research on healthcare provider claims. |
| Haque, Rezwan | 12/4/2020 | 1.6 | Reviewed academic literature on healthcare provider claims. |
| Kovacheva, Penka | 12/4/2020 | 0.6 | Prepared summary of non-US government claims analysis for call with counsel. |
| Kovacheva, Penka | 12/4/2020 | 0.8 | Directed follow-up research and analysis of non-US governmental claims. |
| Kovacheva, Penka | 12/4/2020 | 1.2 | Call with counsel regarding analysis of public and commercial claims valuation. |
| Lee, James | 12/4/2020 | 0.4 | Discussed third-party payer claims valuation estimates with team. |
| Lee, James | 12/4/2020 | 0.9 | Reviewed third-party payer claims valuation estimates. |
| Lee, James | 12/4/2020 | 1.3 | Discussed third-party payer claims valuation estimates with counsel. |
| Lee, James | 12/4/2020 | 2.2 | Analyzed third-party payer claimant valuation estimates. |
| McGill, Jeffrey S. | 12/4/2020 | 2.3 | Checked statistics used in public claims analyses. |
| McGill, Jeffrey S. | 12/4/2020 | 3.1 | Updated calculations for third-party payer claims valuations. |
| Popov, Anton | 12/4/2020 | 0.5 | Discussed healthcare provider claims valuation analyses with team. |
| Popov, Anton | 12/4/2020 | 1.7 | Reviewed academic literature on healthcare provider costs. |
| Yanguas, Maria Lucia | 12/4/2020 | 0.5 | Discussed healthcare provider claims valuation analyses with team. |
| Yanguas, Maria Lucia | 12/4/2020 | 1.0 | Reviewed academic literature on non-US government costs. |
| Yanguas, Maria Lucia | 12/4/2020 | 4.8 | Conducted preliminary analysis of non-US government claims. |
| Kovacheva, Penka | 12/6/2020 | 0.8 | Reviewed academic literature on opioid-related costs of physicians and tribal governments. |
| Kovacheva, Penka | 12/6/2020 | 1.3 | Reviewed preliminary estimates of non-US government claims valuation. |
| Abraham, Sarah M. | 12/7/2020 | 1.2 | Reviewed robustness of pricing data in third-party payer claims valuation. |
| Aristidou, Andreas | 12/7/2020 | 2.0 | Reviewed academic literature on non-US government proof of claims. |
| Aristidou, Andreas | 12/7/2020 | 2.3 | Researched academic literature on non-US government claims. |

| Bazak, Eric R. | 12/7/2020 | 1.3 | Calculated statistics for non-US government claims analyses. |
|---|---|---|---|
| Bazak, Eric R. | 12/7/2020 | 3.8 | Updated sensitivity analyses for state claims. |
| Chen, Yixin | 12/7/2020 | 1.5 | Reviewed academic literature related to healthcare provider claims. |
| Desmedt, Maaike | 12/7/2020 | 0.5 | Reviewed data on non-US government claims. |
| Desmedt, Maaike | 12/7/2020 | 1.5 | Analyzed prescriptions data. |
| Desmedt, Maaike | 12/7/2020 | 2.8 | Researched historical data for tribal claims estimation. |
| Guo, Fang | 12/7/2020 | 1.1 | Reviewed updated exhibits of state and NAS claims valuation. |
| Guo, Fang | 12/7/2020 | 2.8 | Prepared work plan for public claims valuation. |
| Guo, Ruihan | 12/7/2020 | 2.4 | Researched data sources for tribal claims valuation. |
| Haque, Rezwan | 12/7/2020 | 1.5 | Reviewed academic literature on healthcare provider costs. |
| Haque, Rezwan | 12/7/2020 | 2.4 | Reviewed analysis of healthcare provider claims. |
| King, Kyla M. | 12/7/2020 | 1.6 | Updated state claims exhibit. |
| King, Kyla M. | 12/7/2020 | 3.8 | Checked sensitivity analysis of state claims. |
| Kovacheva, Penka | 12/7/2020 | 0.4 | Directed analysis of tribe and healthcare provider claims. |
| Kovacheva, Penka | 12/7/2020 | 1.3 | Reviewed and updated methodology for analyzing non-US government claims. |
| Lee, James | 12/7/2020 | 0.7 | Prepared work plan for third-party payer analysis for team. |
| Miller, Robert M. | 12/7/2020 | 0.7 | Reviewed updates to public claims exhibit. |
| Miller, Robert M. | 12/7/2020 | 2.8 | Checked public claims exhibit. |
| Popov, Anton | 12/7/2020 | 2.4 | Analyzed hospital claims. |
| Yanguas, Maria Lucia | 12/7/2020 | 4.0 | Reviewed methodology for estimating non-US government claims. |
| Aristidou, Andreas | 12/8/2020 | 2.3 | Reviewed academic literature on non-US government claims. |
| Aristidou, Andreas | 12/8/2020 | 3.2 | Analyzed non-US government claims. |
| Bazak, Eric R. | 12/8/2020 | 3.4 | Updated sensitivity analyses for public claims. |
| Chen, Yixin | 12/8/2020 | 1.8 | Calculated healthcare provider costs. |
| Chen, Yixin | 12/8/2020 | 3.1 | Conducted academic research on healthcare provider costs. |
| Delsman, Benjamin P. | 12/8/2020 | 2.6 | Researched academic literature on healthcare provider costs. |

| Desmedt, Maaike | 12/8/2020 | 3.0 | Reviewed drug use survey data. |
|---|---|---|---|
| Desmedt, Maaike | 12/8/2020 | 3.5 | Analyzed drug use survey data. |
| Desmedt, Maaike | 12/8/2020 | 3.5 | Researched historical data for tribal claims estimation. |
| Guo, Fang | 12/8/2020 | 0.9 | Reviewed updated exhibit of public and NAS claims valuation. |
| Guo, Fang | 12/8/2020 | 1.4 | Prepared work plan for tribal and municipal claims valuation. |
| Guo, Ruihan | 12/8/2020 | 4.9 | Researched data sources for tribal claims valuation. |
| Haque, Rezwan | 12/8/2020 | 1.5 | Reviewed and summarized claims from healthcare providers. |
| Haque, Rezwan | 12/8/2020 | 1.8 | Reviewed academic literature on healthcare provider costs. |
| King, Kyla M. | 12/8/2020 | 0.8 | Updated NAS claims exhibit. |
| King, Kyla M. | 12/8/2020 | 0.8 | Updated state claims exhibit. |
| King, Kyla M. | 12/8/2020 | 2.9 | Checked updates to NAS claims exhibit. |
| King, Kyla M. | 12/8/2020 | 3.5 | Checked state claims exhibit. |
| Kovacheva, Penka | 12/8/2020 | 2.3 | Reviewed preliminary claim valuation estimates for healthcare providers and government claimants. |
| Miller, Robert M. | 12/8/2020 | 0.5 | Researched drug use data for tribes' claims valuation. |
| Miller, Robert M. | 12/8/2020 | 3.9 | Checked public claims exhibit. |
| Popov, Anton | 12/8/2020 | 3.0 | Analyzed healthcare provider claims. |
| Yanguas, Maria Lucia | 12/8/2020 | 1.1 | Updated cost estimates for hospitals. |
| Yanguas, Maria Lucia | 12/8/2020 | 2.1 | Analyzed survey data for non-US government claims analyses. |
| Yanguas, Maria Lucia | 12/8/2020 | 2.8 | Reviewed analysis of non-US government claims. |
| Aristidou, Andreas | 12/9/2020 | 1.0 | Checked non-US government claims analysis. |
| Bazak, Eric R. | 12/9/2020 | 1.1 | Updated state claims exhibit. |
| Chen, Yixin | 12/9/2020 | 3.8 | Updated calculations of healthcare provider costs. |
| Delsman, Benjamin P. | 12/9/2020 | 4.4 | Researched academic literature on healthcare provider costs. |
| Guo, Fang | 12/9/2020 | 1.0 | Discussed with counsel public claims valuation. |
| Guo, Fang | 12/9/2020 | 1.1 | Reviewed exhibits of public and NAS claims valuation. |
| Guo, Fang | 12/9/2020 | 1.2 | Drafted questions for counsel regarding municipal term sheet. |
| Guo, Fang | 12/9/2020 | 2.2 | Prepared work plan for tribal and municipal claims valuation. |

| Haque, Rezwan | 12/9/2020 | 1.0 | Call with counsel to discuss claims valuation for healthcare providers. |
| Haque, Rezwan | 12/9/2020 | 1.3 | Reviewed academic literature on healthcare provider costs. |
| Haque, Rezwan | 12/9/2020 | 2.4 | Reviewed analysis of healthcare provider claims. |
| King, Kyla M. | 12/9/2020 | 1.3 | Finalized adjustments to hospital claims exhibit. |
| King, Kyla M. | 12/9/2020 | 2.1 | Updated NAS claims exhibit. |
| King, Kyla M. | 12/9/2020 | 3.3 | Finalized adjustments to state claims exhibit. |
| Kovacheva, Penka | 12/9/2020 | 0.5 | Reviewed updates to US states' claims valuation analyses. |
| Kovacheva, Penka | 12/9/2020 | 0.9 | Reviewed and updated methodology for municipal government claims analysis. |
| Kovacheva, Penka | 12/9/2020 | 1.1 | Discussed with counsel analysis of non-US government claims. |
| Miller, Robert M. | 12/9/2020 | 0.7 | Updated NAS exhibit. |
| Miller, Robert M. | 12/9/2020 | 1.8 | Checked updates to NAS exhibit. |
| Miller, Robert M. | 12/9/2020 | 2.6 | Checked public claims valuation sensitivities. |
| Popov, Anton | 12/9/2020 | 2.1 | Reviewed academic literature on healthcare provider costs. |
| Popov, Anton | 12/9/2020 | 2.8 | Estimated costs of healthcare providers. |
| Yanguas, Maria Lucia | 12/9/2020 | 0.6 | Reviewed hospital claims estimates. |
| Bazak, Eric R. | 12/10/2020 | 0.5 | Checked sensitivity analyses of state claims. |
| Chen, Yixin | 12/10/2020 | 3.0 | Conducted academic research on healthcare provider costs. |
| Chen, Yixin | 12/10/2020 | 3.9 | Analyzed claims from healthcare providers. |
| Delsman, Benjamin P. | 12/10/2020 | 2.4 | Researched data sources for healthcare provider claims estimation. |
| Guo, Fang | 12/10/2020 | 1.0 | Discussed with expert public claims valuation. |
| Guo, Fang | 12/10/2020 | 2.2 | Updated questions for counsel regarding municipal term sheet. |
| Haque, Rezwan | 12/10/2020 | 1.0 | Call with expert to discuss claims valuation for healthcare providers. |
| Haque, Rezwan | 12/10/2020 | 2.8 | Reviewed analysis of healthcare provider claims. |
| King, Kyla M. | 12/10/2020 | 1.4 | Analyzed prescriptions data for healthcare provider claims. |
| Kovacheva, Penka | 12/10/2020 | 1.0 | Discussed with expert analysis of government claims. |

| Kovacheva, Penka | 12/10/2020 | 1.6 | Reviewed and updated methodology for analyzing municipal government and tribal claims. |
|---|---|---|---|
| Popov, Anton | 12/10/2020 | 1.3 | Reviewed calculations of healthcare provider costs. |
| Popov, Anton | 12/10/2020 | 3.3 | Estimated costs of healthcare providers. |
| Woodhouse, Sally | 12/10/2020 | 1.0 | Call with expert to discuss claims valuation. |
| Yanguas, Maria Lucia | 12/10/2020 | 1.9 | Reviewed updates to healthcare provider claims. |
| Yanguas, Maria Lucia | 12/10/2020 | 2.1 | Reviewed drug survey data. |
| Abraham, Sarah M. | 12/11/2020 | 0.7 | Followed up with team and counsel regarding third-party payer claims valuations. |
| Abraham, Sarah M. | 12/11/2020 | 1.2 | Call with counsel regarding third-party payer claims valuation. |
| Aristidou, Andreas | 12/11/2020 | 0.5 | Discussed non-US government claims valuation analyses with team. |
| Bazak, Eric R. | 12/11/2020 | 0.3 | Reviewed municipal and tribes claims estimates. |
| Bazak, Eric R. | 12/11/2020 | 3.5 | Analyzed historical data for healthcare provider claims. |
| Chen, Yixin | 12/11/2020 | 2.1 | Conducted academic research on healthcare provider costs. |
| Chen, Yixin | 12/11/2020 | 2.6 | Checked healthcare provider claims analysis. |
| Delsman, Benjamin P. | 12/11/2020 | 0.5 | Estimated hospital costs. |
| Delsman, Benjamin P. | 12/11/2020 | 0.6 | Reviewed claims made by healthcare providers. |
| Guo, Fang | 12/11/2020 | 0.5 | Managed analysis of tribal and municipal claims. |
| Guo, Fang | 12/11/2020 | 0.5 | Discussed public claims valuation analyses with team. |
| Guo, Fang | 12/11/2020 | 0.6 | Reviewed public and NAS exhibits for call with counsel. |
| Guo, Fang | 12/11/2020 | 1.3 | Discussed with counsel NAS claims valuation. |
| Haque, Rezwan | 12/11/2020 | 0.5 | Discussed healthcare provider claims analyses with team. |
| Haque, Rezwan | 12/11/2020 | 1.2 | Call with counsel to discuss claims valuation for healthcare providers. |
| Haque, Rezwan | 12/11/2020 | 1.8 | Reviewed exhibits on healthcare provider claims. |
| King, Kyla M. | 12/11/2020 | 0.7 | Updated NAS claims exhibit. |
| King, Kyla M. | 12/11/2020 | 1.1 | Analyzed municipalities' and tribes' claims. |

| | | | |
|---|---|---|---|
| Kovacheva, Penka | 12/11/2020 | 0.8 | Directed follow-up claims valuation analyses for commercial and government claimant groups. |
| Kovacheva, Penka | 12/11/2020 | 1.2 | Call with counsel regarding updates to claims valuation analyses for government and private claimant |
| Lee, James | 12/11/2020 | 0.2 | Prepared materials regarding third-party payer claims valuation estimates for call with counsel. |
| Lee, James | 12/11/2020 | 0.5 | Discussed third-party payer claims valuation with team. |
| Lee, James | 12/11/2020 | 1.2 | Call with counsel to discuss third-party payer claims valuation estimations. |
| Miller, Robert M. | 12/11/2020 | 0.3 | Checked NAS claims exhibit. |
| Miller, Robert M. | 12/11/2020 | 1.1 | Reviewed term sheet of municipalities. |
| Popov, Anton | 12/11/2020 | 0.3 | Reviewed calculations of healthcare provider costs. |
| Popov, Anton | 12/11/2020 | 0.5 | Discussed healthcare provider claims valuation analyses with team. |
| Popov, Anton | 12/11/2020 | 1.4 | Reviewed academic literature on treatment costs. |
| Popov, Anton | 12/11/2020 | 3.7 | Updated costs estimates for healthcare providers. |
| Woodhouse, Sally | 12/11/2020 | 0.4 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 12/11/2020 | 0.5 | Discussed healthcare provider claims valuation analyses with team. |
| Yanguas, Maria Lucia | 12/11/2020 | 2.8 | Reviewed updates to healthcare provider claims analyses. |
| Bazak, Eric R. | 12/14/2020 | 3.0 | Estimated municipal claims. |
| Bazak, Eric R. | 12/14/2020 | 3.4 | Performed sensitivity analyses for hospital claims. |
| Chen, Yixin | 12/14/2020 | 1.4 | Reviewed and summarized healthcare provider claims forms. |
| Delsman, Benjamin P. | 12/14/2020 | 0.6 | Analyzed hospital cost data. |
| Delsman, Benjamin P. | 12/14/2020 | 0.7 | Summarized costs of healthcare providers. |
| Guo, Fang | 12/14/2020 | 1.2 | Developed work plan for public claims estimation. |
| Haque, Rezwan | 12/14/2020 | 2.8 | Reviewed analysis of healthcare provider claims. |
| King, Kyla M. | 12/14/2020 | 3.7 | Analyzed municipalities' and tribes' claims. |
| Lee, James | 12/14/2020 | 0.3 | Analyzed claims valuations for commercial claimant groups. |
| Popov, Anton | 12/14/2020 | 2.0 | Updated costs estimates for healthcare providers. |

| | | | |
|---|---|---|---|
| Yanguas, Maria Lucia | 12/14/2020 | 2.8 | Reviewed updates to healthcare provider claims analyses. |
| Bazak, Eric R. | 12/15/2020 | 1.6 | Estimated municipal claims. |
| Bazak, Eric R. | 12/15/2020 | 1.7 | Performed sensitivity analyses for healthcare provider claims. |
| Chen, Yixin | 12/15/2020 | 1.6 | Analyzed claims of healthcare providers. |
| Chen, Yixin | 12/15/2020 | 1.9 | Calculated healthcare provider costs. |
| Chen, Yixin | 12/15/2020 | 3.6 | Reviewed and summarized healthcare provider claims forms. |
| Delsman, Benjamin P. | 12/15/2020 | 0.9 | Analyzed hospital cost data. |
| Delsman, Benjamin P. | 12/15/2020 | 1.5 | Summarized costs of healthcare providers. |
| Guo, Fang | 12/15/2020 | 1.4 | Reviewed public claims estimates. |
| Haque, Rezwan | 12/15/2020 | 0.8 | Reviewed literature on healthcare provider costs. |
| Haque, Rezwan | 12/15/2020 | 1.5 | Reviewed analysis of healthcare provider claims. |
| King, Kyla M. | 12/15/2020 | 2.9 | Analyzed municipalities' and tribes' claims. |
| Kovacheva, Penka | 12/15/2020 | 1.2 | Reviewed methodology for estimating claims of healthcare providers. |
| Miller, Robert M. | 12/15/2020 | 0.3 | Checked municipalities' claims exhibit. |
| Miller, Robert M. | 12/15/2020 | 0.4 | Updated work plan for municipal claims analyses. |
| Popov, Anton | 12/15/2020 | 1.6 | Reviewed estimates of healthcare provider costs. |
| Popov, Anton | 12/15/2020 | 2.8 | Updated costs estimates for healthcare providers. |
| Yanguas, Maria Lucia | 12/15/2020 | 4.2 | Reviewed healthcare provider claims analysis. |
| Bazak, Eric R. | 12/16/2020 | 1.5 | Analyzed municipal allocation model. |
| Chen, Yixin | 12/16/2020 | 0.9 | Reviewed and summarized healthcare provider claims forms. |
| Guo, Fang | 12/16/2020 | 1.4 | Reviewed public claims estimates. |
| Haque, Rezwan | 12/16/2020 | 1.3 | Reviewed analysis of healthcare provider claims. |
| Haque, Rezwan | 12/16/2020 | 1.5 | Reviewed literature on healthcare provider costs. |
| King, Kyla M. | 12/16/2020 | 4.3 | Analyzed municipalities' and tribes' claims. |
| Kovacheva, Penka | 12/16/2020 | 0.9 | Reviewed analysis of municipal claims estimation. |
| Miller, Robert M. | 12/16/2020 | 3.7 | Analyzed municipal claims. |
| Popov, Anton | 12/16/2020 | 0.1 | Analyzed claims of healthcare providers. |

| Popov, Anton | 12/16/2020 | 1.4 | Reviewed analysis of healthcare provider costs. |
| Yanguas, Maria Lucia | 12/16/2020 | 1.1 | Updated healthcare provider claims exhibits. |
| Chen, Yixin | 12/17/2020 | 1.7 | Checked analysis of healthcare provider costs. |
| Chen, Yixin | 12/17/2020 | 2.0 | Created exhibit for analysis of healthcare provider claims. |
| Guo, Fang | 12/17/2020 | 0.8 | Updated claims valuation exhibit for municipalities. |
| Haque, Rezwan | 12/17/2020 | 0.9 | Call with expert to discuss healthcare provider claims. |
| Haque, Rezwan | 12/17/2020 | 1.2 | Reviewed healthcare provider claims exhibits. |
| Haque, Rezwan | 12/17/2020 | 1.7 | Reviewed academic literature on healthcare provider costs. |
| Kovacheva, Penka | 12/17/2020 | 0.9 | Discussed with expert claims valuation analyses for public claimants and healthcare providers. |
| Kovacheva, Penka | 12/17/2020 | 0.9 | Prepared materials for calls with expert and counsel regarding public claims analyses. |
| Popov, Anton | 12/17/2020 | 0.8 | Checked analysis of healthcare provider costs. |
| Woodhouse, Sally | 12/17/2020 | 0.9 | Call with expert to discuss claims valuation analyses. |
| Abraham, Sarah M. | 12/18/2020 | 0.5 | Discussed third-party payer claims valuation analyses with team. |
| Abraham, Sarah M. | 12/18/2020 | 0.6 | Identified data sources for commercial claims valuations. |
| Abraham, Sarah M. | 12/18/2020 | 1.0 | Call with counsel regarding third-party payer claims valuation. |
| Bazak, Eric R. | 12/18/2020 | 1.1 | Prepared municipal claims exhibit. |
| Chen, Yixin | 12/18/2020 | 2.6 | Calculated healthcare provider costs. |
| Delsman, Benjamin P. | 12/18/2020 | 0.5 | Checked calculations for healthcare provider costs. |
| Guo, Fang | 12/18/2020 | 0.5 | Discussed public claims valuation analyses with team. |
| Guo, Fang | 12/18/2020 | 0.6 | Reviewed exhibit of municipal claims. |
| Guo, Fang | 12/18/2020 | 1.0 | Discussed with counsel public claims estimates. |
| Guo, Fang | 12/18/2020 | 2.9 | Prepared work plan for public claims valuation. |
| Haque, Rezwan | 12/18/2020 | 0.5 | Discussed healthcare provider claims analyses with team. |
| Haque, Rezwan | 12/18/2020 | 0.8 | Reviewed healthcare provider claims exhibits. |

| Haque, Rezwan | 12/18/2020 | 1.0 | Call with counsel to discuss healthcare provider claims. |
| Kovacheva, Penka | 12/18/2020 | 1.0 | Discussed with counsel municipal and state government claims valuation. |
| Kovacheva, Penka | 12/18/2020 | 1.4 | Reviewed methodology for sensitivity analyses of public claims valuation. |
| Lee, James | 12/18/2020 | 0.3 | Prepared work plan for third-party payer claims valuations. |
| Lee, James | 12/18/2020 | 0.5 | Discussed commercial claims valuation estimates with team. |
| Lee, James | 12/18/2020 | 1.0 | Call with counsel regarding commercial claims valuations. |
| Miller, Robert M. | 12/18/2020 | 0.7 | Analyzed state claims. |
| Popov, Anton | 12/18/2020 | 0.5 | Discussed healthcare provider claims valuation analyses with team. |
| Popov, Anton | 12/18/2020 | 1.0 | Reviewed analysis of healthcare provider costs. |
| Woodhouse, Sally | 12/18/2020 | 0.3 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 12/18/2020 | 0.5 | Reviewed work plan for follow-up healthcare providers claims analyses. |
| Yanguas, Maria Lucia | 12/18/2020 | 0.5 | Discussed healthcare provider claims valuation analyses with team. |
| Guo, Fang | 12/19/2020 | 1.3 | Developed work plan for public claims valuation. |
| Kovacheva, Penka | 12/19/2020 | 0.6 | Reviewed and updated methodology for sensitivity analyses of states and NAS claims valuation. |
| Chen, Yixin | 12/21/2020 | 1.6 | Summarized data methodology for analysis of healthcare provider claims. |
| Chen, Yixin | 12/21/2020 | 3.1 | Calculated summary statistics for healthcare provider claimants. |
| Desmedt, Maaike | 12/21/2020 | 0.6 | Analyzed personal injury claims. |
| Guo, Fang | 12/21/2020 | 1.9 | Reviewed exhibit of municipal and tribal claims. |
| Guo, Fang | 12/21/2020 | 2.6 | Developed work plan for state and NAS claims valuation. |
| Haque, Rezwan | 12/21/2020 | 0.7 | Reviewed analysis of healthcare provider claims. |
| King, Kyla M. | 12/21/2020 | 1.7 | Checked adjustments to NAS claims exhibit. |
| King, Kyla M. | 12/21/2020 | 2.2 | Analyzed municipalities' and tribes' claims. |
| King, Kyla M. | 12/21/2020 | 2.3 | Updated state claims exhibit. |
| Kovacheva, Penka | 12/21/2020 | 0.8 | Reviewed methodology for additional sensitivity analyses of states' claims. |

| Lee, James | 12/21/2020 | 0.5 | Reviewed personal injury and third-party payer claims valuation estimates. |
| Miller, Robert M. | 12/21/2020 | 2.1 | Checked municipality claims exhibit. |
| Miller, Robert M. | 12/21/2020 | 2.6 | Updated NAS claims exhibit. |
| Popov, Anton | 12/21/2020 | 1.8 | Calculated healthcare provider costs from public data sources. |
| Popov, Anton | 12/21/2020 | 3.5 | Updated exhibit of state claims valuation. |
| Yanguas, Maria Lucia | 12/21/2020 | 0.4 | Checked updates to healthcare providers claims analysis. |
| Abraham, Sarah M. | 12/22/2020 | 0.5 | Discussed commercial claims valuation with counsel. |
| Bazak, Eric R. | 12/22/2020 | 0.6 | Updated healthcare provider claims analyses. |
| Bazak, Eric R. | 12/22/2020 | 2.7 | Updated municipal claims estimates. |
| Chen, Yixin | 12/22/2020 | 1.3 | Checked summary statistics for healthcare provider claims. |
| Guo, Fang | 12/22/2020 | 0.9 | Discussed with counsel public and NAS exhibits. |
| Guo, Fang | 12/22/2020 | 3.5 | Reviewed allocation model for municipal and state claims. |
| Guo, Fang | 12/22/2020 | 3.9 | Reviewed updated exhibit of public and NAS claims estimates. |
| Haque, Rezwan | 12/22/2020 | 0.4 | Reviewed analysis of healthcare provider claims. |
| Haque, Rezwan | 12/22/2020 | 0.9 | Call with counsel to discuss healthcare provider claims analyses. |
| King, Kyla M. | 12/22/2020 | 0.4 | Updated state claims exhibit. |
| King, Kyla M. | 12/22/2020 | 0.5 | Analyzed municipalities' and tribes' claims. |
| King, Kyla M. | 12/22/2020 | 0.5 | Updated NAS claims exhibit. |
| King, Kyla M. | 12/22/2020 | 3.1 | Researched municipalities' allocation model. |
| Kovacheva, Penka | 12/22/2020 | 0.9 | Discussed with counsel sensitivity analyses for states, NAS, and municipality claim estimates. |
| Kovacheva, Penka | 12/22/2020 | 1.2 | Reviewed methodology for new sensitivity analyses of municipalities' claim estimates. |
| Kovacheva, Penka | 12/22/2020 | 1.4 | Reviewed new sensitivity analyses of states and NAS claim estimates. |
| Lee, James | 12/22/2020 | 0.9 | Call with counsel regarding personal injury and third-party payer claims valuation estimates. |
| Lee, James | 12/22/2020 | 1.2 | Prepared work plan for third-party payer claims valuation estimates. |
| Miller, Robert M. | 12/22/2020 | 0.7 | Reviewed term sheet of municipalities. |

| Miller, Robert M. | 12/22/2020 | 1.1 | Analyzed municipal claims. |
|---|---|---|---|
| Popov, Anton | 12/22/2020 | 4.9 | Updated exhibit of NAS claims valuation. |
| Abraham, Sarah M. | 12/23/2020 | 0.3 | Discussed commercial claims valuation with team. |
| Bazak, Eric R. | 12/23/2020 | 4.5 | Prepared municipalities' claims exhibits. |
| Chen, Yixin | 12/23/2020 | 3.5 | Analyzed healthcare provider costs. |
| Guo, Fang | 12/23/2020 | 0.5 | Discussed claims valuation analyses with team. |
| Guo, Fang | 12/23/2020 | 2.0 | Reviewed exhibit of municipal and tribal claims estimates. |
| Guo, Fang | 12/23/2020 | 2.2 | Reviewed public and NAS claims valuation exhibits. |
| Guo, Fang | 12/23/2020 | 3.9 | Developed work plan for estimating municipalities' claims. |
| Haque, Rezwan | 12/23/2020 | 0.4 | Discussed healthcare provider claims analyses with team. |
| Kovacheva, Penka | 12/23/2020 | 1.3 | Updated methodology for additional analyses of municipal claim estimates. |
| Kovacheva, Penka | 12/23/2020 | 1.4 | Reviewed updates to exhibits summarizing sensitivity analyses for states and NAS claim estimates. |
| Lee, James | 12/23/2020 | 0.1 | Reviewed third-party payer claims valuation estimates. |
| Lee, James | 12/23/2020 | 0.5 | Discussed with team third-party payer claims valuation analysis. |
| Miller, Robert M. | 12/23/2020 | 0.9 | Updated state and NAS claims exhibits. |
| Miller, Robert M. | 12/23/2020 | 3.5 | Analyzed municipal and tribal claims. |
| Popov, Anton | 12/23/2020 | 0.3 | Updated exhibits of state and NAS claims valuation. |
| Popov, Anton | 12/23/2020 | 3.3 | Reviewed methodology for calculating healthcare costs from public data sources. |
| Guo, Fang | 12/24/2020 | 0.4 | Discussed with expert public and NAS claims valuation. |
| Kovacheva, Penka | 12/24/2020 | 0.2 | Reviewed updates to government and NAS claim estimates. |
| Kovacheva, Penka | 12/24/2020 | 0.4 | Call with expert regarding analyses of government and NAS claim estimates. |
| Lee, James | 12/24/2020 | 0.4 | Call with expert regarding third-party payer claims valuation estimates. |
| Popov, Anton | 12/24/2020 | 2.0 | Reviewed methodology for calculating healthcare costs from public data sources. |
| Haque, Rezwan | 12/28/2020 | 0.3 | Reviewed analysis of healthcare provider claims. |

| Kovacheva, Penka | 12/29/2020 | 0.4 | Prepared agenda for call with counsel regarding public and commercial claim estimates. |
| Abraham, Sarah M. | 12/30/2020 | 0.8 | Call with counsel regarding valuation of commercial claims. |
| Abraham, Sarah M. | 12/30/2020 | 1.6 | Designed sensitives for third-party payer claims valuation. |
| Guo, Fang | 12/30/2020 | 0.5 | Discussed public claims valuation analyses with team. |
| Guo, Fang | 12/30/2020 | 0.8 | Reviewed public claims valuation exhibits for call with counsel. |
| Guo, Fang | 12/30/2020 | 1.0 | Discussed public claims valuation with counsel. |
| Haque, Rezwan | 12/30/2020 | 0.5 | Discussed healthcare provider claims analyses with team. |
| Haque, Rezwan | 12/30/2020 | 1.0 | Call with counsel to discuss healthcare claims valuation. |
| Kovacheva, Penka | 12/30/2020 | 0.7 | Reviewed methodology for sensitivity analyses of hospital and third-party payer claim valuations. |
| Kovacheva, Penka | 12/30/2020 | 0.8 | Discussed with counsel analyses of commercial and government claims. |
| Lee, James | 12/30/2020 | 0.4 | Discussed with team third-party payer claims valuation estimates. |
| Lee, James | 12/30/2020 | 0.8 | Outlined next analyses for third-party payer claims valuation estimates. |
| Lee, James | 12/30/2020 | 0.9 | Call with counsel to discuss third-party payer claims valuation estimates. |
| Popov, Anton | 12/30/2020 | 0.1 | Reviewed estimates of hospital costs. |
| Popov, Anton | 12/30/2020 | 0.4 | Discussed healthcare provider claims valuation analyses with team. |
| Popov, Anton | 12/31/2020 | 0.2 | Reviewed cost estimates for healthcare providers. |
| **Litigation Support** | | | |
| Chiappetta, Sarah | 12/8/2020 | 0.5 | Conducted database search for expert reports. |

**Total**                    **636.8**
**Grand Total**              **656.2**