Dear Purdue

My name is Dennis J. Evans #297520776 my claim # 22275 Case # 19-23649 (RDD); the last time I recieved a response from you all concerning my claim since then it's been brought to my attention a Federal Judge has ruled in favor of me and others who lives have been affected. I, Dennis S. Evans is in request of a up to date Docket sheet informing me on the past, up to the present moment of you recieving this letter the actions and rulings in this Purdue Pharma L.P. Chapter 11 case. Also the amount ordered by the Judge, Purdue Pharma Chapter 11 case is responsible to pay out to the victoms.

Respectfully Thanks

*[signature]*

Return Address:
Manchester Federal Correctional Institution
P.O. Box 4000
Manchester, Ky 40962-4000

OR

Gwen Evans
Wesley Ct.
Memphis, TN 38119