**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---

**TWELFTH MONTHLY FEE STATEMENT OF KPMG LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS TAX CONSULTANT FOR THE DEBTORS
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | The Debtors and the Official Committee of Unsecured Creditors |
| Date of Retention: | February 24, 2020, *nunc pro tunc* to December 23, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | December 1, 2020 through December 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $ 40,898.80 |
| Less 20% Holdback: | $ (8,179.76) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $ 0.00 |
| Total Fees and Expenses Due: | $ 32,719.04 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Dated: February 4, 2021

                                                      */s/ Howard Steinberg*
                                                      Howard Steinberg
                                                      Partner, KPMG LLP
                                                      1350 Avenue of the Americas
                                                      New York, New York 10019
                                                      (212) 872-6562

**EXHIBIT A**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary Of Hours and Discounted Fees Incurred By Professional
December 1, 2020 through December 31, 2020

| Professional Person | Position & Department | Country of Origin | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---:|---:|---:|
| Ashley Armfield | Senior Associate - M&A Tax | US | 8.0 | $ 534 | $ 4,272.00 |
| Bela Unell | Managing Director - Washington National Tax | US | 1.1 | $ 905 | $ 995.50 |
| Casey Nunez | Managing Director - M&A Tax | US | 5.0 | $ 794 | $ 3,970.00 |
| Devon Rowles | Associate - M&A Tax | US | 5.5 | $ 350 | $ 1,925.00 |
| Douglas Holland | Principal - Washington National Tax | US | 1.1 | $ 985 | $ 1,083.50 |
| Frankie Angeleri | Senior Associate - Economic & Valuation Services | US | 5.0 | $ 533 | $ 2,665.00 |
| Howard Steinberg | Partner - M&A Tax | US | 3.9 | $ 856 | $ 3,338.40 |
| Isaac Hirsch | Managing Director - Int'l Tax | US | 6.2 | $ 819 | $ 5,077.80 |
| Jess Commisso | Associate - M&A Tax | US | 28.9 | $ 350 | $ 10,115.00 |
| Kieran Taylor | Senior Manager - Tax | US | 3.5 | $ 744 | $ 2,604.00 |
| Mark Hoffenberg | Principal - Washington National Tax | US | 1.1 | $ 980 | $ 1,078.00 |
| Molly Minnear | Principal - Economic & Valuation Services | US | 0.3 | $ 868 | $ 260.40 |
| Monica Plangman | Director - Bankruptcy | US | 1.2 | $ 279 | $ 334.80 |
| Pete DiMatteo | Manager - Int'l Tax | US | 1.1 | $ 650 | $ 715.00 |
| Wendy Shaffer | Manager - Bankruptcy | US | 12.2 | $ 202 | $ 2,464.40 |
| **Subtotal of Hours and Discounted Fees** | | | **84.1** | | **$ 40,898.80** |
| **Total Discounted Fees** | | | | | **$ 40,898.80** |
| Out of Pocket Expenses | | | | | $ - |
| **Total Fees and Out of Pocket Expenses** | | | | | **$ 40,898.80** |
| Less Holdback Adjustment (20%) | | | | | $ (8,179.76) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | **$ 32,719.04** |
| **Blended Hourly Rate** | | | | $ 486.31 | |

**EXHIBIT B**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary of Hours and Discounted Fees Incurred by Category
December 1, 2020 through December 31, 2020

| **Category** | **Exhibit** | **Total Billed Hours** | **Total Fees Requested** |
|---|---|---|---|
| Bankruptcy Tax Consulting Services | C1 | 68.2 | $ 36,114.60 |
| Non-Working Travel Time | C2 | 0.0 | $ - |
| Retention Services | C3 | 0.0 | $ - |
| Fee Application Preparation Services | C4 | 15.9 | $ 4,784.20 |
| **Total** | | **84.1** | **$ 40,898.80** |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
December 1, 2020 through December 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ashley Armfield | 12/01/20 | Review of illustrative tax adjustment calculation deliverable, including key modeling assumptions / simplifications, prior to external call. | 0.4 | $ 534 | $ 213.60 |
| Ashley Armfield | 12/01/20 | Call with M. Hoffenberg (Washington National Tax – Lead tax partner – Corporate tax), H. Steinberg (M&A tax – core US team member – Lead tax partner), D. Holland (Washington National Tax – International tax specialist), B. Unell (Washington National Tax – Managing Director specialist in bankruptcy restructurings), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), P. DiMatteo (International tax – core US team member), A. Armfield (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss effects of a tax modeling on settlement and overall next steps. | 1.1 | $ 534 | $ 587.40 |
| Bela Unell | 12/01/20 | Call with M. Hoffenberg (Washington National Tax – Lead tax partner – Corporate tax), H. Steinberg (M&A tax – core US team member – Lead tax partner), D. Holland (Washington National Tax – International tax specialist), B. Unell (Washington National Tax – Managing Director specialist in bankruptcy restructurings), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), P. DiMatteo (International tax – core US team member), A. Armfield (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss effects of a tax modeling on settlement and overall next steps. | 1.1 | $ 905 | $ 995.50 |
| Casey Nunez | 12/01/20 | Call with M. Hoffenberg (Washington National Tax – Lead tax partner – Corporate tax), H. Steinberg (M&A tax – core US team member – Lead tax partner), D. Holland (Washington National Tax – International tax specialist), B. Unell (Washington National Tax – Managing Director specialist in bankruptcy restructurings), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), P. DiMatteo (International tax – core US team member), A. Armfield (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss effects of a tax modeling on settlement and overall next steps. | 1.1 | $ 794 | $ 873.40 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
December 1, 2020 through December 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Howard Steinberg | 12/01/21 | Call with M. Hoffenberg (Washington National Tax – Lead tax partner – Corporate tax), H. Steinberg (M&A tax – core US team member – Lead tax partner), D. Holland (Washington National Tax – International tax specialist), B. Unell (Washington National Tax – Managing Director specialist in bankruptcy restructurings), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), P. DiMatteo (International tax – core US team member), A. Armfield (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss effects of a tax modeling on settlement and overall next steps. | 1.1 | $ 856 | $ 941.60 |
| Douglas Holland | 12/01/20 | Call with M. Hoffenberg (Washington National Tax – Lead tax partner – Corporate tax), H. Steinberg (M&A tax – core US team member – Lead tax partner), D. Holland (Washington National Tax – International tax specialist), B. Unell (Washington National Tax – Managing Director specialist in bankruptcy restructurings), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), P. DiMatteo (International tax – core US team member), A. Armfield (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss effects of a tax modeling on settlement and overall next steps. | 1.1 | $ 985 | $ 1,083.50 |
| Isaac Hirsch | 12/01/20 | Call with M. Hoffenberg (Washington National Tax – Lead tax partner – Corporate tax), H. Steinberg (M&A tax – core US team member – Lead tax partner), D. Holland (Washington National Tax – International tax specialist), B. Unell (Washington National Tax – Managing Director specialist in bankruptcy restructurings), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), P. DiMatteo (International tax – core US team member), A. Armfield (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss effects of a tax modeling on settlement and overall next steps. | 1.1 | $ 819 | $ 900.90 |
| Jess Commisso | 12/01/20 | Call with M. Hoffenberg (Washington National Tax – Lead tax partner – Corporate tax), H. Steinberg (M&A tax – core US team member – Lead tax partner), D. Holland (Washington National Tax – International tax specialist), B. Unell (Washington National Tax – Managing Director specialist in bankruptcy restructurings), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), P. DiMatteo (International tax – core US team member), A. Armfield (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss effects of a tax modeling on settlement and overall next steps. | 1.1 | $ 350 | $ 385.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
December 1, 2020 through December 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Mark Hoffenberg | 12/01/20 | Call with M. Hoffenberg (Washington National Tax – Lead tax partner – Corporate tax), H. Steinberg (M&A tax – core US team member – Lead tax partner), D. Holland (Washington National Tax – International tax specialist), B. Unell (Washington National Tax – Managing Director specialist in bankruptcy restructurings), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), P. DiMatteo (International tax – core US team member), A. Armfield (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss effects of a tax modeling on settlement and overall next steps. | 1.1 | $ 980 | $ 1,078.00 |
| Pete DiMatteo | 12/01/20 | Call with M. Hoffenberg (Washington National Tax – Lead tax partner – Corporate tax), H. Steinberg (M&A tax – core US team member – Lead tax partner), D. Holland (Washington National Tax – International tax specialist), B. Unell (Washington National Tax – Managing Director specialist in bankruptcy restructurings), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), P. DiMatteo (International tax – core US team member), A. Armfield (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss effects of a tax modeling on settlement and overall next steps. | 1.1 | $ 650 | $ 715.00 |
| Casey Nunez | 12/01/20 | (1.4) Performed M&A Tax Managing Director review of certain tax modeling example schedules for illustrating impact of an adjustment to be provided to Akin and Davis Polk | 1.4 | $ 794 | $ 1,111.60 |
| Ashley Armfield | 12/01/20 | 1.6 Reviewed Alix Partners' cash distribution memo pursuant to updating cash tax model for relevant assumptions. | 1.6 | $ 534 | $ 854.40 |
| Isaac Hirsch | 12/01/20 | (1.8) Prepare for external call to discuss effects of a certain adjustment on the settlement as well as overall next steps by reviewing latest version of Purdue cash tax model along with related assumptions. | 1.8 | $ 819 | $ 1,474.20 |
| Kieran Taylor | 12/02/20 | Call with F. Angeleri (KPMG) to discuss further findings related to Purdue structure from a tax modeling perspective. | 0.2 | $ 744 | $ 148.80 |
| Frankie Angeleri | 12/02/20 | Call with K. Taylor (KPMG) to discuss further findings related to Purdue structure from a tax modeling perspective. | 0.2 | $ 533 | $ 106.60 |
| Jess Commisso | 12/02/20 | 0.6 Review of certain tax modeling and tax law pursuant to application of a certain adjustment in the cash tax model. | 0.6 | $ 350 | $ 210.00 |
| Isaac Hirsch | 12/02/20 | Communication via email with Akin and Davis Polk regarding updates to cash tax modeling for certain tax adjustments and the impact on net proceeds | 1.2 | $ 819 | $ 982.80 |
| Frankie Angeleri | 12/02/20 | 3.8 Adding additional information to the transactions summary / flow chart based on previous discussion with K. Taylor (KPMG). | 3.8 | $ 533 | $ 2,025.40 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
December 1, 2020 through December 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Frankie Angeleri | 12/02/20 | 0.2 Updated the tax related summary to include source information. | 0.2 | $ 533 | $ 106.60 |
| Ashley Armfield | 12/03/20 | 0.4 Planning of tax strategy for updating cash tax model for sensitivity analysis based on external calls. | 0.4 | $ 534 | $ 213.60 |
| Howard Steinberg | 12/03/20 | Perform Partner review of the illustrative tax adjustment model, including key modeling assumptions, prior to issuing client deliverable. | 1.4 | $ 856 | $ 1,198.40 |
| Kieran Taylor | 12/03/20 | Performed Senior Manager review of transaction diagram flow. | 1.8 | $ 744 | $ 1,339.20 |
| Jess Commisso | 12/04/20 | 0.8 Performed brainstorming related to best approach to update the cash tax model pursuant to incorporation of certain tax adjustments. | 0.8 | $ 350 | $ 280.00 |
| Ashley Armfield | 12/04/20 | 1.1 Discussion with A. Armfield, D. Rowles, and J. Commisso (all KPMG) on cash tax model updates pursuant to implementation of a certain tax adjustment. | 1.1 | $ 534 | $ 587.40 |
| Devon Rowles | 12/04/20 | 1.1 Discussion with A. Armfield, D. Rowles, and J. Commisso (all KPMG) on cash tax model updates pursuant to implementation of a certain tax adjustment. | 1.1 | $ 350 | $ 385.00 |
| Jess Commisso | 12/04/20 | 1.1 Discussion with A. Armfield, D. Rowles, and J. Commisso (all KPMG) on cash tax model updates pursuant to implementation of a certain tax adjustment. | 1.1 | $ 350 | $ 385.00 |
| Ashley Armfield | 12/07/20 | 0.4 Drafting email to J. Commisso and D. Rowles (both KPMG) regarding cash tax model updates, specifically to include certain tax adjustments. | 0.4 | $ 534 | $ 213.60 |
| Isaac Hirsch | 12/07/20 | (0.6) Performed managing director review of updates to cash tax model, as of 12/7/2020, with focus on proposed tax adjustment | 0.6 | $ 819 | $ 491.40 |
| Ashley Armfield | 12/07/20 | 0.8 Discussion with I. Hirsch, A. Armfield, D. Rowles, and J. Commisso (all KPMG) regarding the implementation of a certain tax adjustment into the cash tax model. | 0.8 | $ 534 | $ 427.20 |
| Isaac Hirsch | 12/07/20 | 0.8 Discussion with I. Hirsch, A. Armfield, D. Rowles, and J. Commisso (all KPMG) regarding the implementation of a certain tax adjustment into the cash tax model. | 0.8 | $ 819 | $ 655.20 |
| Jess Commisso | 12/07/20 | 0.8 Discussion with I. Hirsch, A. Armfield, D. Rowles, and J. Commisso (all KPMG) regarding the implementation of a certain tax adjustment into the cash tax model. | 0.8 | $ 350 | $ 280.00 |
| Kieran Taylor | 12/07/20 | Senior Manager review of the intercompany flow chart prepared by F. Angeleri (KPMG) to consider the potential tax adjustments available. | 1.2 | $ 744 | $ 892.80 |
| Jess Commisso | 12/07/20 | 1.8 Continue, from same day, to update the Purdue cash tax model pursuant to incorporating a certain tax adjustment. | 1.8 | $ 350 | $ 630.00 |
| Jess Commisso | 12/07/20 | 3.9 Updates to the Purdue cash tax model, as of 12/7/2020, pursuant to incorporating a certain tax adjustment. | 3.9 | $ 350 | $ 1,365.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
December 1, 2020 through December 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Frankie Angeleri | 12/08/20 | 0.2 Drafted email of certain transactions to M. Minnear and K. Taylor (both KPMG); 0.3 Drafted email regarding certain transactions and overall findings regarding potential for certain tax adjustments to the KPMG M&A project team. | 0.5 | $ 533 | $ 266.50 |
| Frankie Angeleri | 12/08/20 | Meeting with M. Minnear, K. Taylor, and F. Angeleri (all KPMG) to discuss certain transactions and potential tax adjustments. | 0.3 | $ 533 | $ 159.90 |
| Kieran Taylor | 12/08/20 | Meeting with M. Minnear, K. Taylor, and F. Angeleri (all KPMG) to discuss certain transactions and potential tax adjustments. | 0.3 | $ 744 | $ 223.20 |
| Molly Minnear | 12/08/20 | Meeting with M. Minnear, K. Taylor, and F. Angeleri (all KPMG) to discuss certain transactions and potential tax adjustments. | 0.3 | $ 868 | $ 260.40 |
| Jess Commisso | 12/08/20 | Updates to the cash tax model, as of 12/8/2020, pursuant to incorporating a certain tax adjustment. | 3.0 | $ 350 | $ 1,050.00 |
| Isaac Hirsch | 12/10/20 | Performed managing director review of updates to cash tax model for potential tax adjustment | 0.3 | $ 819 | $ 245.70 |
| Jess Commisso | 12/14/20 | 1.1 Continue, same day, to update the Purdue cash tax model pursuant to incorporating certain tax adjustments (including waterfall impact throughout disposition entities and shareholders). | 1.3 | $ 350 | $ 455.00 |
| Ashley Armfield | 12/14/20 | 1.1 Call with A. Armfield, J. Commisso, and D. Rowles (all KPMG) regarding updates to the Purdue cash tax model pursuant to incorporation of certain tax adjustments. | 1.1 | $ 534 | $ 587.40 |
| Devon Rowles | 12/14/20 | 1.1 Call with A. Armfield, J. Commisso, and D. Rowles (all KPMG) regarding updates to the Purdue cash tax model pursuant to incorporation of certain tax adjustments. | 1.1 | $ 350 | $ 385.00 |
| Jess Commisso | 12/14/20 | 1.1 Call with A. Armfield, J. Commisso, and D. Rowles (all KPMG) regarding updates to the Purdue cash tax model pursuant to incorporation of certain tax adjustments. | 1.1 | $ 350 | $ 385.00 |
| Jess Commisso | 12/14/20 | Updates to the cash tax model, as of 12/14/20, pursuant to incorporating certain tax adjustments and the impact on cash flows of shareholders in structure. | 3.2 | $ 350 | $ 1,120.00 |
| Ashley Armfield | 12/15/20 | 1.1 Call with A. Armfield, D. Rowles, and J. Commisso (all KPMG) to discuss the integration of tax adjustments into the cash tax model as well as the drafting of key modeling assumptions. | 1.1 | $ 534 | $ 587.40 |
| Devon Rowles | 12/15/20 | 1.1 Call with A. Armfield, D. Rowles, and J. Commisso (all KPMG) to discuss the integration of tax adjustments into the cash tax model as well as the drafting of key modeling assumptions. | 1.1 | $ 350 | $ 385.00 |
| Jess Commisso | 12/15/20 | 1.1 Call with A. Armfield, D. Rowles, and J. Commisso (all KPMG) to discuss the integration of tax adjustments into the cash tax model as well as the drafting of key modeling assumptions. | 1.1 | $ 350 | $ 385.00 |
| Devon Rowles | 12/15/20 | 1.3 Updates to the Purdue cash tax model to incorporate the certain tax modeling. | 1.3 | $ 350 | $ 455.00 |
| Jess Commisso | 12/15/20 | 2.7 Continued (same day) to update the Purdue cash tax model pursuant to incorporating a certain tax adjustment. | 2.0 | $ 350 | $ 700.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
December 1, 2020 through December 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jess Commisso | 12/15/20 | 3.2 Updates to the Purdue cash tax model pursuant to incorporating a certain tax adjustments, including local country tax treatment (10 jurisdictions). | 3.9 | $ 350 | $ 1,365.00 |
| Devon Rowles | 12/16/20 | Updates to the Purdue cash tax model, as of 12/16/20, pursuant to integrating certain tax adjustments. | 0.9 | $ 350 | $ 315.00 |
| Jess Commisso | 12/16/20 | Updates to the cash tax model, as of 12/16/20, pursuant to incorporating a certain tax adjustments in relevant local jurisdictions. | 3.2 | $ 350 | $ 1,120.00 |
| Isaac Hirsch | 12/21/20 | Drafted email to Akin and Davis Polk regarding response to Houlihan Lokey related to correspondence with certain advisors. | 0.4 | $ 819 | $ 327.60 |
| Howard Steinberg | 12/21/20 | Performed Partner review of cash tax model, specifically regarding assumptions for potential tax adjustments. | 1.4 | $ 856 | $ 1,198.40 |
| **Total Bankruptcy Tax Consulting Services** | | | **68.2** | | **$ 36,114.60** |

**EXHIBIT C2**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Non-Working Travel Time
December 1, 2020 through December 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | *no fees billed for these services in current month* | | | |
| | | **Total Non-Working Travel Time** | | | **$ -** |

**EXHIBIT C3**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Retention Services
December 1, 2020 through December 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | *no fees billed for these services in current month* | | | |
| | | **Total Retention Services** | **0.0** | | **$ -** |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
December 1, 2020 through December 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Wendy Shaffer | 12/01/20 | 0.3 Updates to Purdue 10th monthly fee statement per direction from Davis Polk and 0.1 finalization (PDF) of same and 0.1 drafted email to send updated version to Davis Polk for filing. | 0.5 | $ 202 | $ 101.00 |
| Wendy Shaffer | 12/02/20 | 0.1 Drafted email to C. Nunez (KPMG) with copy of filed version of Purdue Pharma 10th monthly and related objection deadline | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 12/03/20 | 0.1 Begin to prepare cover sheet for Purdue Pharma 11th monthly fee statement and 0.2 updated exhibit C1 of Purdue Pharma 11th monthly fee statement to include data received from KPMG foreign member firms as of 12/3/2020 | 0.3 | $ 202 | $ 60.60 |
| Wendy Shaffer | 12/03/20 | 0.4 Begin to create exhibits for Purdue Pharma 11th monthly fee statement. | 0.4 | $ 202 | $ 80.80 |
| Wendy Shaffer | 12/06/20 | 0.2 Prepared Purdue Pharma 10th monthly fee statement in Excel and 0.1 send to M. Plangman (KPMG) via email for review/approval. 0.1 Drafted email to T. Nobis (Purdue Fee Examiner) to provide copy of KPMG 10th monthly fee statement in excel as requested. | 0.4 | $ 202 | $ 80.80 |
| Wendy Shaffer | 12/08/20 | 1.0 Updates to exhibit C1 of Purdue Pharma 11th monthly fee statement to include data received from professionals as of 12/08/2020 | 1.0 | $ 202 | $ 202.00 |
| Wendy Shaffer | 12/09/20 | 0.3 Call with M. Plangman (KPMG) regarding go forward to address Purdue fee examiner report. | 0.3 | $ 202 | $ 60.60 |
| Monica Plangman | 12/10/20 | Call with S. Carlin, M. Plangman, W. Shaffer, J. Roberts and C. Nunez (KPMG) to discuss Fee Examiner report and go-forward. | 0.4 | $ 279 | $ 111.60 |
| Casey Nunez | 12/10/20 | Call with S. Carlin, M. Plangman, W. Shaffer, J. Roberts and C. Nunez (KPMG) to discuss Fee Examiner report and go-forward. | 0.4 | $ 794 | $ 317.60 |
| Wendy Shaffer | 12/10/20 | Call with S. Carlin, M. Plangman, W. Shaffer, J. Roberts and C. Nunez (KPMG) to discuss Fee Examiner report and go-forward. | 0.4 | $ 202 | $ 80.80 |
| Wendy Shaffer | 12/10/20 | 1.9 Updates to exhibit C1 of Purdue Pharma 11th monthly fee statement to include data received from professionals as of 12/10/2020 | 1.9 | $ 202 | $ 383.80 |
| Wendy Shaffer | 12/11/20 | 0.3 Call with D. Klauder (Purdue Fee Examiner) and S. Carlin (KPMG Office of General Counsel) regarding comments related to KPMG 3rd Interim fee application and 0.1 Drafted email to D. Klauder (Bielli & Klauder, LLC) to confirm agreed upon reduction amount related to KPMG interim application. | 0.4 | $ 202 | $ 80.80 |
| Wendy Shaffer | 12/15/20 | 0.1 Review/approve Purdue Proposed Order sent by counsel related to 3rd Interim fee application. 3.5 Updates to Purdue 11th monthly fee statement to include data received from professionals as of 12/15/2020; | 3.6 | $ 202 | $ 727.20 |
| Wendy Shaffer | 12/16/20 | 0.5 Finalized Purdue Pharma 11th monthly fee statement and 0.1 drafted email to A. Armfield (KPMG) to request revisions of monthly fee application draft with regards to previous comments received from Davis Polk. | 0.6 | $ 202 | $ 121.20 |
| Casey Nunez | 12/17/20 | Performed Managing Director review of Purdue Pharma November monthly fee statement and concurrently drafted review comments to W. Shaffer (KPMG). | 1.2 | $ 794 | $ 952.80 |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
December 1, 2020 through December 31, 2020

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Wendy Shaffer | 12/18/20 | 0.6 Updated the Purdue Pharma 11th monthly fee statement to include updates from C. Nunez (KPMG) to address previous comments from Davis Polk and 0.3 finalized same; 0.2 send outstanding questions to team; 0.1 drafted email to send copy of same to M. Plangman (KPMG) | 1.2 | $ 202 | $ 242.40 |
| Wendy Shaffer | 12/21/20 | 0.6 Updates to Purdue Pharma 11th monthly fee statement per direction from M. Plangman (KPMG) | 0.6 | $ 202 | $ 121.20 |
| Monica Plangman | 12/21/20 | Performed Director review of November fee statement and concurrently provide comments. | 0.8 | $ 279 | $ 223.20 |
| Wendy Shaffer | 12/22/20 | 0.1 Drafted email to H. Steinberg (KPMG) to request review/approval of Purdue Pharma 11th monthly fee statement | 0.1 | $ 202 | $ 20.20 |
| Wendy Shaffer | 12/22/20 | 0.1 Finalized Purdue Pharma 11th monthly cover sheet with regards to updated exhibits and 0.1 drafted email to send copy of same to M. Plangman (KPMG) for review/approval. | 0.2 | $ 202 | $ 40.40 |
| Wendy Shaffer | 12/22/20 | 0.2 Updates to Purdue Pharma 11th monthly fee statement per direction from C. Nunez (KPMG); | 0.2 | $ 202 | $ 40.40 |
| Casey Nunez | 12/22/20 | Performed Managing Director review of updated Purdue monthly fee statement documents prior to filing. | 0.9 | $ 794 | $ 714.60 |
| | | **Total Fee Application Preparation Services** | **15.9** | | **$ 4,784.20** |

**EXHIBIT D**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary of Out of Pocket Expenses
December 1, 2020 through December 31, 2020

| Category | Amount |
|---|---:|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | $ - |
| **Total** | **$ -** |

**EXHIBIT D1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Detail of Out of Pocket Expenses
December 1, 2020 through December 31, 2020

| Name | Date | Description | Amount |
|---|---|---|---|
| | | **Air Fare Subtotal** | $ - |
| | | **Lodging Subtotal** | $ - |
| | | **Meals Subtotal** | $ - |
| | | **Total Ground Transportation** | $ - |
| | | **Miscellaneous Subtotal** | $ - |
| | | **Total Out of Pocket Expenses** | $ - |