George R. Calhoun V (*pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Avenue NW
Suite 650
Washington, DC 20006-2004
(202) 524-4140 – Tel.
(202) 524-4141 – Fax
george@ifrahlaw.com

Counsel for Ironshore Specialty Insurance Company,
formerly known as TIG Specialty Insurance Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>PURDUE PHARMA L.P., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>**Case No. 19-23649-rdd**<br>**(Jointly Administered)** |

**NOTICE OF ADJOURNMENT OF HEARING REGARDING IRONSHORE**
**SPECIALTY INSURANCE COMPANY, FORMERLY KNOWN AS TIG SPECIALTY**
**INSURANCE COMPANY'S MOTION FOR RELIEF FROM STAY**

**PLEASE TAKE NOTICE THAT** on December 30, 2019, Ironshore Specialty Insurance

Company, formerly known as TIG Specialty Insurance Company, ("TIG") filed its Motion for

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Relief from Automatic Stay (the "Motion"). Dkt. 712.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors, The Ad Hoc Committee of Creditors, and the Official Committee of Unsecured Creditors filed responses to the Motion (Dkts. 753, 756, 757) and that the Court held an initial hearing on the Motion on January 24, 2020, but did not decide the Motion.

**PLEASE TAKE FURTHER NOTICE THAT** on January 27, 2021, TIG filed its Supplemental Brief in Support of the Motion. Dkt. 2326.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing to consider the Motion, which was previously scheduled for February 17, 2021, at 10:00 a.m., has been adjourned to March 24, 2021, at 10:00 a.m. (Eastern Time) before the Honorable Judge Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "Bankruptcy Court") provided that, pursuant to General Order M-543, dated March 20, 2020 ("General Order M-543"), such hearing shall be conducted telephonically so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.[2]  Parties wishing to appear at, or attend, the Hearing must refer to and comply with the Bankruptcy Court's guidelines for telephonic appearances and make arrangements with Court Solutions LLC by telephone at (917) 746-7476.

**PLEASE TAKE FURTHER NOTICE THAT** any responses or objections to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at

---

[2] A copy of General Order M-543 can be obtained by visiting http://www.nysb.uscourts.gov/news/court-operationsunder-exigent-circumstances-created-covid-19.

2

www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures, entered on November 18, 2019 (Dkt. 498), so as to be filed and received no later than March 17, 2021, at 4:00 PM (Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and related papers may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: February 5, 2021
       New York, NY                         Respectfully submitted,

                                            /s/ George Calhoun
                                            George R. Calhoun V (*pro hac vice*)
                                            IFRAH PLLC
                                            1717 Pennsylvania Avenue NW
                                            Suite 650
                                            Washington, DC 20006-2004
                                            (202) 524-4140 – Tel.
                                            (202) 524-4141 – Fax
                                            george@ifrahlaw.com

TO: Parties on the Service List