**TARTER KRINSKY & DROGIN**
*Counsel for the NAS Children Ad Hoc Committee*
1350 Broadway, 11th Floor
New York, NY 10018
Tel: (212) 216-8000
Scott S. Markowitz, Esq.
Rocco A. Cavaliere, Esq.
Michael Z. Brownstein, Esq.
Email: smarkowitz@tarterkrinsky.com
Email: rcavaliere@tarterkrinsky.com
Email: mbrownstein@tarterkrinsky.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | **Case No. 19-23649 (RDD)** |
| **PURDUE PHARMA L.P.,** *et al.*, | **(Jointly Administered)** |
| **Debtors.**[1] | |

---

**NOTICE OF WITHDRAWAL OF THE NAS CHILDREN AD HOC COMMITTEE'S MOTION ENTRY OF ORDER PURSUANT TO 11 U.S.C. §§ 105(A) AND 107(B) AND FED. R. BANKR. P. 9018 AUTHORIZING THE FILING OF CERTAIN INFORMATION AND EXHIBITS UNDER SEAL IN CONNECTION WITH THE NAS CHILDREN AD HOC COMMITTEE'S *EX PARTE* MOTION REQUESTING A COURT ORDER AUTHORIZING EXAMINATIONS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004 AND 9006**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**PLEASE TAKE NOTICE**, the *NAS Children Ad Hoc Committee* ("NAS Children Ad Hoc") hereby withdraws without prejudice the *NAS Children Ad Hoc Committee's Motion Entry of Order Pursuant to 11 U.S.C. §§ 105(A), 107(B) And Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information and Exhibits Under Seal in Connection with the NAS Children Ad Hoc Committee's Ex Parte Motion Requesting a Court Order Authorizing Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9006* pursuant to 11 U.S.C. §§ 105(a), 1112(b) and 305(a) and Rule 1017 of the Federal Rules of Bankruptcy Procedure, which was filed on February 1, 2021 under ECF Docket No. 2340.

Dated: February 5, 2021
      New York, NY

    Respectfully submitted,

    /s/Scott S. Markowitz

    **TARTER KRINSKY & DROGIN LLP**

    Scott S. Markowitz
    1350 Broadway, 11th Floor
    New York, NY 10018
    Telephone: 212-216-8000
    Facsimile: 212-216-8001
    smarkowitz@tarterkrinsky.com

    **MARTZELL, BICKFORD & CENTOLA**

    Scott R. Bickford (LA 1165)
    Spencer R. Doody (LA 27795)
    338 Lafayette Street
    New Orleans, LA 70130
    Telephone: 504-581-9065
    Facsimile: 504-581-7635
    sbickford@mbfirm.com
    srd@mbfirm.com
    usdcndoh@mbfirm.com

**CREADORE LAW FIRM PC**

450 Seventh Avenue, 14th Floor
New York, NY 10123
Telephone: 212.355.7200
Donald Creadore, Esq. (NY 2090702)
donald@creadorelawfirm.com


**LAW OFFICES OF KENT HARRISON ROBBINS, P.A**.

242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
khr@khrlawoffices.com