# EXHIBIT A

| | |
|---|---|
| **From:** | Satterlee, Ashley |
| **To:** | Manley, Micaela; Novison, Brittney |
| **Subject:** | FW: [EXT] Re: Purdue: Media Intervenors" Request for Clarifications re: Certain Redactions |
| **Date:** | Monday, February 1, 2021 5:20:13 PM |

Ashley A. Satterlee | **Milbank** | Associate
Pronouns: she/her/hers
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5422
ASatterlee@milbank.com | milbank.com

**From:** Katie Townsend <ktownsend@rcfp.org>
**Sent:** Monday, February 1, 2021 5:19 PM
**To:** Lees, Alex <ALees@milbank.com>
**Cc:** Madeline Lamo <mlamo@rcfp.org>; Satterlee, Ashley <ASatterlee@milbank.com>
**Subject:** Re: [EXT] Re: Purdue: Media Intervenors' Request for Clarifications re: Certain Redactions

Alex:  Media intervenors do not object to the redaction of true, non-public PII (i.e., social security numbers, personal phone numbers, and the like).  As you know, media intervenors previously have not objected to the redaction of any email addresses on documents where the name of the person sending or receiving the email was otherwise included in the document.  Media intervenors will continue to take that same approach with the documents still at issue.  To be clear, however, media intervenors reserve the right to object to the redaction of any email address if there is no name provided/no other way to identify the person behind that email address.  If you think it would be useful to discuss, let me know.

Thank you,
Katie



Katie Townsend
Legal Director [SEP]
ktownsend@rcfp.org · (202) 795-9303 · @katie_rcfp

On Mon, Feb 1, 2021 at 8:13 AM Lees, Alex <ALees@milbank.com> wrote:

> Katie,
>
> So that we are clear on what is in dispute, are the media intervenors challenging the right to redact nonpublic personally identifying information in the documents that remain subject to the unsealing motion? We would just as soon not burden the Court with briefing on that subject if there is no controversy. Please let me know if we can make a representation that the right to apply PII redactions is not a subject of dispute.

Thank you,

Alexander B. Lees | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5161
alees@milbank.com | milbank.com

===========================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.