Jasmine Ball
Maura Kathleen Monaghan
Jeffrey J. Rosen
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836

*Attorneys for Beacon Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.***,** | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

# DECLARATION OF JASMINE BALL

I, Jasmine Ball, an attorney duly admitted to practice in the Southern District of New York, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1.    I represent the Mortimer Sackler Initial Covered Sackler Persons (the "Mortimer Sackler ICSPs") in this dispute.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

2. I submit this declaration in support of the Mortimer D. Sackler ICSP's Limited Objection to the Media Intervenors' Motion to Intervene and Unseal Judicial Records in the above-captioned case. The examples of violent and anti-Semitic threats regarding members of the Sackler families attached to this declaration as exhibits and information regarding their sources are being filed under seal to avoid drawing additional attention to such hateful content.

3. I state that true and correct copies of the following documents are attached as exhibits hereto:

4. Attached as Exhibit 1 is a true and correct copy of a comment to a Change.org petition which states, as of February 7, 2021, that it is two years old. The petition and comment are available at ███████████████████████████████████████████████ ████████████████████████.

5. Attached as Exhibit 2 is a true and correct copy of selected comments on a Reddit thread which state, as of February 7, 2021, that they are two years old. The comments are available at ███████████████████████████████████████████████ ████████████████████████████.

6. Attached as Exhibit 3 is a true and correct copy of a post made on Twitter, dated December 11, 2020 and time-stamped 4:02 a.m., and available at ███████████████████ ███████████████████.

7. Attached as Exhibit 4 is a true and correct copy of a post made on Twitter, dated December 17, 2020 and time-stamped 5:00 p.m., and available at ███████████████████ ███████████████████████████.

8. Attached as Exhibit 5 is a true and correct copy of a post made on Twitter, dated December 17, 2020 and time-stamped 5:43 p.m., and available at ███████████████████

███████████████████████████████.

9. Attached as Exhibit 6 is a true and correct copy of two posts made on Twitter. Both posts are dated January 27, 2021. The first post is time-stamped 11:53 a.m., and the second post is time-stamped 11:55 a.m. These Twitter posts are available at ████████████████████████████████████████████████████████████.

Dated: February 7, 2021
New York, New York

By:   */s/ Jasmine Ball*_____
Jasmine Ball
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: jball@debevoise.com

*Attorney for Beacon Company*