Deborah Clonts
7105 Birdsnest Way
Temple, TX, 76502

US Bankruptcy Court
Souther District of New York
Honorable Judge Drain
300 Quarropas Street
White Plains, NY 10601

RE: Claims 10231, 615270, 614341, 67036

Your Honor,

I have tried to the best of my ability to keep Claims Straight. I have discovered a problem with my Claims so I ask if any relief is granted, your Honor decide a fair amount for my pain and suffering.

Thank you,
Debbie Clonts