FOR LEGAL USE ONLY

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Troy Anthony Pesina creditor, Pro-Se v. | CHAPTER 11 |
| | Case No: 19-23649-rdd Dockett No: 2258 |
| Purdue Pharma L.P. et.al, debtors | Response To "NOTICE OF HEARING" |

For Legal Use Only

## I. Venue & Jurisdiction

1.) I, Troy Anthony Pesina, come before this Great Court begging for it's guidance and wisdom. This Court has the authority as well as the Jurisdiction to make a Decision and to issue a Judgment and or Ruling to the following.

FOR LEGAL USE ONLY

FOR LEGAL USE ONLY

## FACTS·
## II. ISSUE

1.) . Creditor Troy Anthony Pesina, pro-se is currently "incarcerated at the Spokane County Jail in Washington State.

2.) Creditor filed a motion "Extension of time "BAR DATE" request" (Entered on 12/23/2020).

3.) United States Bankruptcy Court issued a "Notice Of Hearing". Mailed and dated on January 12, 2021 and received on January 19TH, 2021 by the Spokane County Jail. (See ex. 1&2)

4.) Notice of Hearing is to be held by the Honorable Robert D. Drain on 2/17/2021 at 10:00 a.m. eastern time. (See ex. 1)

5.) Pro-se creditor Troy Anthony Pesina informed Spokane County Jail on numerous Inmate Request Kites of pending court date that require's the use of Court Solutions telephonic hearing For Legal Use Only service. (See ex. 3 & 4).

6.) On 1-27-2021 the creditor submitted a 3rd Inmate Request Kite emphasizing the importance of the "Hearing". (see ex 3).

7.) On 1-28-2021 Spokane County Jail Sgt. Christopherson pulled "Pro-Se" creditor (emphasis added) Troy Anthony Pesina out of his cell/dorm to inform Pro-se creditor that the Spokane County Jail does not have

FOR LEGAL USE ONLY

the ability or availability to provide assistance for Pro-Se individuals such as himself. (see ex. 3)

8.)   Pro-Se creditor Troy Anthony Pesina is now prevented from schedualing any telephonic hearings and is only permited to call the court using the inmate phone system which requires an inmate to place and set up a pre-paid call and if an inmate lacks the ability to set up a pre-paid acct. then the only other option is a collect call to the court.

## III. Legal Claims

The creditor, Troy Anthony Pesina, in applying this courts instructions and following this Great Honorable Courts requirments [For Legal Use Only] was denied access to this most respected office all while being pro-se.

Mr. Pesina in good faith contacted the neccassary individuals who are in positions of authority and attempted to heed this Great Courts instructions.

FOR LEGAL USE ONLY

FOR LEGAL USE ONLY

This was out of the Pro-se creditors control and the creditor "Acted in good faith". This is clearly an intervening circumstance beyond the creditors control.

IV        Prayer for Relief

WHEREFORE, Creditor respectfully prays that this Court enter judgment and rule in favor of the Creditor Pro-se Troy Anthony Pesina.

Dated 1-28-2020

Respectfully submitted,

Troy A. Pesina

Troy A. Pesina

= Verification =

For Legal Use Only

I have read the foregoing and hereby virify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under the penalty of purjury that the foregoing is true and Correct.

Executed at Spokane, WA, 1-28-2021 Troy A. Pesina

FOR LEGAL USE ONLY

Troy A. Pesina

4-of-4

FOR LEGAL USE ONLY

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
In the
UNITED STATES BANKRUPTCY COURT

RECEIVED
JAN 19 2021
SPO. CO. JAIL

EXHIBIT #1

**FIRST-CLASS MAIL**

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FOR LEGAL USE ONLY

FOR LEGAL USE ONLY

EXIBIT #2

For Legal Use Only

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

| | |
|---|---|
| IN RE: Purdue Pharma L.P. | CASE NO.: 19–23649–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 06–1307484 | CHAPTER: 11 |

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be heard by the Honorable Robert D. Drain on 2/17/2021 at 10:00 AM to consider and act upon the following:

Motion to File Proof of Claim After Claims Bar Date filed by Troy A. Pesina (Entered: 12/23/2020).

You will be required to appear telephonically for your hearing by dialing into the Court Solutions telephonic hearing service. Prior approval will not be required for your telephonic appearance through Court Solutions for hearings until further notice. You may register for your hearing by visiting www.CourtSolutions.com. You should register your appearance 7 days prior to your scheduled hearing.

When asked for the name of the Bankruptcy Court Staff member who granted permission for you to appear telephonically, please provide the following name:

Eddie Andino, Divisional Manager

APPLICABLE TO PRO SE DEBTORS ONLY: No fee is required for pro se debtors appearing telephonically. Please indicate to Court Solutions that you are a nonattorney or are appearing pro se. Court Solutions will be provided a preapproved list of pro se and nonattorney debtors who will be appearing telephonically.

Dated: January 12, 2021

Vito Genna
Clerk of the Court

51304030253013

EXIBIT #3

For Legal Use Only

FOR LEGAL USE ONLY

**SPOKANE COUNTY DETENTION SERVICES**
**INMATE REQUEST**

Receiving Officer:

PERS # VC

Date: 01801

Housing Unit: 3W30

Date: 1-27-2021

Inmate Pesina    Troy    09-12-1977    360101

LAST NAME    FIRST NAME    DOB    CCID

| JAIL DEPARTMENTS | | | OTHER AGENCIES | |
|---|---|---|---|---|
| ☐ Admin | ☐ Jail Records | ☐ Programs | ☐ City Public Defender | ☐ Sheriff Records |
| ☐ Chaplain | ☐ Kitchen | ☒ Sergeants | ☐ County Public Defender | ☐ Spokane PD Records |
| ☐ Classification | ☐ Law Library | ☐ | ☐ District Court | ☐ Superior Court |
| ☐ Commissary | ☐ Mail Desk | ☐ | ☐ DOC | ☐ US Marshall's |
| ☐ Education/GED | ☐ Property # | ☐ | ☐ Municipal Court | ☐ Other |

\* Medical and Mental Health Requests must use a Medical Request Form

**\*\* USE A SEPARATE FORM FOR EACH REQUEST \*\***

Explanation: I have written 2 kites prior. I am "Pro-Se" in a legal matter in the "United States Bankruptcy Court Southern District of New York" case # 19-23649-shl Dockett # 2258. I recieved "Notice of Hearing" scheduled for 2-17-2021 at 10:00 a.m Eastern time thats 7:00 a.m Pacific. I need to schedule for the hearing by calling Court Solutions telephonic hearing service or by registering on line.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DO NOT WRITE BELOW THIS LINE - JAIL STAFF ONLY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Reason: at www.courtSolutions.com. I am needing to know if this is possisie here so I can inform the court if it isn't and why I dont want to lose = see back for info

Jail does NOT have avaliability for phone hearings. You will have to use inmate phone system.

Responding Staff: Sgt Christopherson    Date: 1/28/21

FOR LEGAL USE ONLY

EXIBIT #4

For Legal Use Only

FOR LEGAL USE ONLY

| Receiving Officer: | **SPOKANE COUNTY DETENTION SERVICES** | Housing Unit: 3W30 |
|---|---|---|
| PERS # 360 over | **INMATE REQUEST** | Date: 1-27-2021 |
| Date: over | | |

**Inmate** Pesina            Troy                    09-12-1977   360101

| LAST NAME | FIRST NAME | DOB | CCID |

| JAIL DEPARTMENTS | | | OTHER AGENCIES | |
|---|---|---|---|---|
| ☒ Admin | ☐ Jail Records | ☐ Programs | ☐ City Public Defender | ☐ Sheriff Records |
| ☐ Chaplain | ☐ Kitchen | ☐ Sergeants | ☐ County Public Defender | ☐ Spokane PD Records |
| ☐ Classification | ☐ Law Library | ☐ | ☐ District Court | ☐ Superior Court |
| ☐ Commissary | ☐ Mail Desk | ☐ | ☐ DOC | ☐ US Marshall's |
| ☐ Education/GED | ☐ Property # | ☐ | ☐ Municipal Court | ☐ Other |

*\* Medical and Mental Health Requests must use a Medical Request Form*

**\*\* USE A SEPARATE FORM FOR EACH REQUEST \*\***

Explanation: I am Pro-Se in a legal matter in "United States Bankruptcy Court Southern District of New York" Case # 19-23649-rdd Dockett # 2258'. I recieved "NOTICE OF HEARING" Scheduled for 2-17-2021 at 10:00 a.m Eastern time that means 7:00 a.m Pacific. I need to schedual a hearing by Calling Court Solutions telephonic hearing service. I have the "Notice of

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DO NOT WRITE BELOW THIS LINE - JAIL STAFF ONLY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Reason: Hearing" for your inspection. I dont want to lose in Court by failing to attend the hearing telephonicly. Please forward if you cant help me.

This needs to be arranged through your Attorney

Responding Staff: 3 JSD                                    Date: 1-28-2021