**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., et al.,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**SIXTEENTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | December 1, 2020 through December 31, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
| --- | --- |
| Total Compensation Incurred | $139,882.98[2] |
| Less 20% Holdback | $27,976.60 |
| Total Reimbursement Requested | $0.00 |
| Total Compensation and Reimbursement Requested in this Statement | $111,906.38 |

**This is a(n):**   X Monthly Application   __ Interim Application   __ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from December 1, 2020 Through December 31, 2020* (this "**Fee Statement**").[3]   By this Fee Statement, A&P seeks (i) compensation in the

---

[2]   This amount reflects a reduction in fees in the amount of $30,706.02 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from December 1, 2020, through and including December 31, 2020, is referred to herein as the "**Fee Period**.".

amount of $111,906.38 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $139,882.98) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.     Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $139,882.98 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $111,906.38.

2.     Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $785.10.[4]  The blended hourly billing rate of all paraprofessionals is $335.75.[5]

3.     A&P did not incur or disburse any expenses during the Fee Period.

4.     Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

**Notice**

5.      A&P will provide notice of this Fee Statement in accordance with the Interim

Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $111,906.38, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $139,882.98) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

February 12, 2021                                  Respectfully submitted,


                                        By:  */s/* Rory Greiss
                                        **ARNOLD & PORTER KAYE SCHOLER LLP**
                                        Rory Greiss
                                        250 West 55th Street
                                        New York, New York 10019
                                        rory.greiss@arnoldporter.com

                                        **-AND-**

                                        Rosa J. Evergreen
                                        601 Massachusetts Ave, NW
                                        Washington, DC 2001-3743
                                        rosa.evergreen@arnoldporter.com

                                        ***Special Counsel to the Debtors***

**Exhibit A**

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 16.50 | $12,937.55 |
| Commercial Contracts Advice | 6.70 | $4,581.75 |
| Project Spiny Monster | 6.20 | $5,223.81 |
| Project Catalyst | 90.00 | $70,069.82 |
| Oncology Development Agreement | 26.00 | $18,787.43 |
| Amendment to Shionogi Collaboration | 1.10 | $816.31 |
| Retention and Fee Applications | 16.20 | $7,692.01 |
| Project Kelp III | 28.00 | $19,774.30 |
| **Total[6]** | **190.70** | **$139,882.98** |

---

[6] This amount reflects a reduction in fees in the amount of $30,706.02 on account of voluntary discounts as described in the Retention Application.

## **Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Coutu, Stephanie W. | Partner | 1997 | 935.00 | 2.4 | $2,244.00 |
| Evergreen, Rosa J. | Partner | 2005 | 950.00 | 1.90 | $1,805.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,350.00 | 3.90 | $5,265.00 |
| Greiss, Rory | Partner | 1981 | 1,180.00 | 33.60 | $39,648.00 |
| Ewart, Jason | Counsel | 2003 | 950.00 | 28.30 | $26,885.00 |
| Moskatel, Ira | Counsel | 1975 | 1,020.00 | 42.30 | $43,146.00 |
| Rothman, Eric | Counsel | 2008 | 905.00 | 16.70 | $15,113.50 |
| Boyce, Monique | Associate | 2016 | 760.00 | 3.00 | $2,280.00 |
| Clements, Ginger | Associate | 2016 | 700.00 | 2.20 | $1,540.00 |
| Eaton, Claire | Associate | 2020 | 500.00 | 9.20 | $4,600.00 |
| Einstein, Brandon | Associate | 2017 | 630.00 | 12.50 | $7,875.00 |
| Zausner, Ethan | Associate | 2017 | 700.00 | 19.70 | $13,790.00 |
| Yang, Jae | Associate | 2020 | 500.00 | 4.50 | $2,250.00 |
| Reddix, Darrell | Legal Assistant | | 395.00 | 10.50 | $4,147.50 |
| **Total** | | | | **190.70** | **170,589.00** |
| Less 15% Discount | | | | | ($30,706.02) |
| **Discounted Total** | | | | | **$139,882.98** |
| Less 20% Holdback | | | | | ($27,976.60) |
| **Total Amount Requested Herein** | | | | | **$111,906.38** |

**<u>Exhibit C</u>**

**Detailed Time Records and Expenses**

# Arnold & Porter

**Purdue Pharma L.P.**                                          February 11, 2021
**Purdue Pharma L.P.**                                        Invoice # 30123271
**Philip C. Strassburger, Esq.**                                 EIN 53-0208605
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00001**

Miscellaneous

1000000570


| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2020** | **$** | **15,777.50** |
| Less Discount: | | <u>-2,839.95</u> |
| **Fee Total** | | **12,937.55** |
| **Total Amount Due** | **$** | **<u>12,937.55</u>** |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

Or Remit To:             Arnold & Porter Kaye Scholer LLP
                         P.O. Box 759451
                         Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 11, 2021                                                                    Invoice # 30123271

**(1049218.00001)**
**Miscellaneous**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Eric Rothman | 12/14/20 | 1.20 | Review, analyze payor agreement. |
| Rory Greiss | 12/16/20 | 0.50 | Correspondence with R. Inz and J. Yang re: license agreement chart. |
| Jae Yang | 12/16/20 | 0.40 | Review, revise license agreement review chart (.2); prepare redline (.2). |
| Rory Greiss | 12/17/20 | 1.10 | Revise pharmacovigilance agreement (1.0); correspondence with R. Kreppel re: same (.1). |
| Eric Rothman | 12/17/20 | 1.10 | Prepare termination precedent file. |
| Rory Greiss | 12/18/20 | 2.40 | Review, revise drafts of quality agreement (.9); finalize pharmacovigilance agreement (.7); teleconference with R. Inz re: license agreements and effects of catalyst transaction on provisions (.5); correspondence with J. Yang re: review of existing license agreement provisions (.3). |
| Jae Yang | 12/18/20 | 0.20 | Review license agreement review chart (.1); review email communication with R. Greiss (.1). |
| Rory Greiss | 12/21/20 | 1.80 | Correspondence with J. Yang and E. Rothman re: license agreement issues and patent assignments (.7); conference call with J. Yang and Richard Inz re: which party bears registration costs and patent assignments (.7); call with Rachel Kreppel re: DSA issues with counterparty (.4). |
| Jae Yang | 12/21/20 | 1.00 | Teleconference call with R. Greiss and Richard Inz re: which party bears registration costs and patent assignments (.7); review Oxycontin ORF licenses (.2); review license agreement review chart (.1). |
| Rory Greiss | 12/22/20 | 1.20 | Review Distribution and Supply Agreement re: obligations for labeling, purchase orders (.9); correspondence with R. Kreppel re: same (.3). |
| Rory Greiss | 12/23/20 | 0.80 | Review provisions of license agreement (.4); correspondence with J. Yang re: same (.4). |
| Jae Yang | 12/23/20 | 1.00 | Review, analyze Brazil ORF license (.4); draft email summary re: same (.2); review email communication with R. Greiss re: same (.2). |
| Rory Greiss | 12/29/20 | 1.40 | Review chart drafted by J. Yang re: comparison of license agreement costs provisions (.8); comment on provisions (.4); further correspondence with J. Yang re: same (.2). |
| Jae Yang | 12/29/20 | 1.90 | Review, draft ORF license agreement review table (1.2); review ORF license agreements and provisions on cost allocation for registration of products (.7). |
| Rory Greiss | 12/31/20 | 0.50 | Call with R. Aleali re: issues in various patent litigation settlements and other matters. |

**Total Hours**                          **16.50**

February 11, 2021                                                                Invoice # 30123271

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 9.70 | 1,180.00 | 11,446.00 |
| Eric Rothman | 2.30 | 905.00 | 2,081.50 |
| Jae Yang | 4.50 | 500.00 | 2,150.00 |
| **TOTAL** | **16.50** | | **15,677.50** |

**Total Current Amount Due**                                                    **$12,937.55**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Maria Barton**
**General Counsel**
**One Stamford Forum**
**Stamford, CT  06901**

January 4, 2021
Invoice # 30123272
EIN 53-0208605

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2020** | $ | 5,587.50 |
| Discount: | | -1,005.75 |
| **Fee Total** | | 4,581.75 |
| **Total Amount Due** | $ | 4,581.75 |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 4, 2021                                                                                        Invoice # 30123272

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ethan Zausner | 12/03/20 | 2.50 | Review, revise updated draft of supply agreement. |
| Ethan Zausner | 12/04/20 | 0.50 | Review, analyze supply agreement. |
| Ethan Zausner | 12/07/20 | 0.50 | Review, analyze supply agreement. |
| Rory Greiss | 12/11/20 | 0.50 | Correspondence with K. McCarthy re: market access agreement (.2); correspondence with E. Rothman re: review of agreement (.3). |
| Ethan Zausner | 12/16/20 | 0.70 | Review, revise updated draft of supply agreement. |
| Rory Greiss | 12/30/20 | 0.90 | Review definition of Marketing Authorization and concepts of pre-and post-approval in services agreement (.3); correspondence with R. Aleali and E. Rothman re: same (.2); call with E. Rothman re: supply arrangement (.4). |
| Eric Rothman | 12/30/20 | 1.10 | Review, revise supply agreement (.7); teleconference with R. Greiss re: same (.4). |
| **Total Hours** | | **6.70** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 1.40 | 1,180.00 | 1,652.00 |
| Eric Rothman | 1.10 | 905.00 | 995.50 |
| Ethan Zausner | 4.20 | 700.00 | 2,940.00 |
| **TOTAL** | **6.70** | | **5,587.50** |

**Total Current Amount Due**                                                                          **$4,581.75**

Page 1

# Arnold&Porter

**Purdue Pharma L.P.**                                          February 2, 2021
**Attn: Edward G. Angelini**                                 Invoice # 30123273
**Associate General Counsel**                               EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**

**Client/Matter # 1049218.00129**

Project Spiny Monster

20180001843

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2020** | $ | 6,370.50 |
| Less Discount: | | -1,146.69 |
| **Fee Total** | | **5,223.81** |
| **Total Amount Due** | $ | **5,223.81** |

**Wire Transfer Instructions:**

|  | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**              Arnold & Porter Kaye Scholer LLP
                              P.O. Box 759451
                              Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 2, 2021                                                                          Invoice # 30123273

**(1049218.00129)**
**Project Spiny Monster**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 12/21/20 | 0.40 | Review correspondence from R. Aleali re: proposed amendment (.2); correspondence with E. Rothman re: same (.2). |
| Stephanie W. Coutu | 12/21/20 | 2.40 | Review new financing documents (1.6) and provide comments thereto (.8). |
| Rory Greiss | 12/22/20 | 2.10 | Review proposed amendment (.6); review provisions of existing agreement (.3); call with E. Rothman re: amendment, S. Coutu's comments and points to include in email (.8); review, comment on draft email to R. Aleali (.4). |
| Eric Rothman | 12/22/20 | 1.30 | Teleconference with R. Greiss to discuss amendments to Spiny Monster Agreements (.8); correspondence with R. Greiss and R. Aleali re: same (.5). |
| **Total Hours** | | **6.20** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Stephanie W. Coutu | 2.40 | 935.00 | 2,244.00 |
| Rory Greiss | 2.50 | 1,180.00 | 2,950.00 |
| Eric Rothman | 1.30 | 905.00 | 1,176.50 |
| **TOTAL** | **6.20** | | **7,438.00** |

**Total Current Amount Due**                                                   **$5,223.81**

# Arnold&Porter

**Purdue Pharma L.P.**
**Philip Strassburger, Esq.**
**One Stamford Forum**
**Stamford, CT  06901-3431**

January 4, 2021
Invoice # 30123277
EIN 53-0208605

**Client/Matter # 1049218.00132**

Project Catalyst

20200002830

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2020** | **$** | **85,451.00** |
| Less Discount: | | -15,381.18 |
| **Fee Total** | | **70,069.82** |
| **Total Amount Due** | **$** | **70,069.82** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**     Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 4, 2021                                                                    Invoice # 30123277

**(1049218.00132)**
**Project Catalyst**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Deborah L. Feinstein | 12/01/20 | 1.00 | Review, analyze documents for 4(c) compliance. |
| Ira D. Moskatel | 12/01/20 | 1.50 | Correspond with K. McCarthy re: report. |
| Jason C. Ewart | 12/01/20 | 2.00 | Review documents for response to voluntary request. |
| Brandon R. Einstein | 12/01/20 | 0.90 | Teleconference call with client to discuss IT Services Transition process (.8); correspondence with I. Moskatel re: same (.1). |
| Deborah L. Feinstein | 12/02/20 | 0.20 | Review, analyze documents for 4(c) compliance. |
| Ira D. Moskatel | 12/02/20 | 1.50 | Correspondence with P. Brinckerhoff re: preliminary document reviews. |
| Brandon R. Einstein | 12/02/20 | 0.20 | Review third party license agreements related to the IT services agreement underlying transaction. |
| Ira D. Moskatel | 12/03/20 | 1.50 | Review, analyze B, Einstein notes re: EMC Agreement (.3); telephone conference with B. Einstein and client re: same (1.0); review schedules (.2). |
| Jason C. Ewart | 12/03/20 | 4.00 | Review, analyze bankruptcy filings (2.5); draft email to D. Feinstein regarding issues and documents (.5); prepare response to voluntary request (1.0). |
| Brandon R. Einstein | 12/03/20 | 2.00 | Review third party software license agreement related to IT services agreement; (.7); teleconference with I. Moskatel and client re: services transition process (1.0); correspondence with I. Mosktatel re: same (.3). |
| Deborah L. Feinstein | 12/04/20 | 1.00 | Teleconference with J. Ewart and client re: 4(c) compliance review. |
| Ira D. Moskatel | 12/04/20 | 3.30 | Analyze IT supplier arrangements and required consents. |
| Jason C. Ewart | 12/04/20 | 5.80 | Review, analyze documents for response to voluntary request (3.0); draft document hold notice (1.0); draft questions to clients regarding documents for voluntary request (.8); teleconference with D. Feinstein and client re: 4(c) compliance review (1.0). |
| Brandon R. Einstein | 12/04/20 | 0.40 | Review third party IT license agreements (.2); inventory outstanding third party IT products related to the transition of IT services (.2). |
| Deborah L. Feinstein | 12/05/20 | 0.80 | Correspondence with client re: 4(c) compliance issues and documents. |
| Jason C. Ewart | 12/06/20 | 1.50 | Review, analyze documents for response to voluntary request. |
| Ira D. Moskatel | 12/07/20 | 3.00 | Analyze consent requirements and interaction with TSA. |
| Jason C. Ewart | 12/07/20 | 6.00 | Review, analyze documents for response to voluntary request. |
| Brandon R. Einstein | 12/07/20 | 1.00 | Review, analyze third party IT license agreements (.5); correspondence with I. Mosktatel re: same (.5). |
| Ira D. Moskatel | 12/08/20 | 4.50 | Review, analyze consent issues including background on relevant suppliers. |
| Jason C. Ewart | 12/08/20 | 6.00 | Prepare response to voluntary request. |
| Brandon R. Einstein | 12/08/20 | 1.40 | Conference call with client to discuss IT services transition and related agreement (1.0); correspondence with I. Moskatel and discuss strategy re: same (.4). |

Page 1

January 4, 2021                                                                                    Invoice # 30123277

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Deborah L. Feinstein | 12/09/20 | 0.50 | Teleconference with M. Boyce, J. Ewart, client and co-counsel to discuss 4(c)/4(d) production and inquiry. |
| Ira D. Moskatel | 12/09/20 | 3.00 | Analyze consent requirements and approaches. |
| Jason C. Ewart | 12/09/20 | 3.00 | Teleconference with D. Feinstein, M. Boyce, client and co-counsel to discuss 4(c)/4(d) production and inquiry (.5); prepare response to voluntary request (2.5). |
| Brandon R. Einstein | 12/09/20 | 0.40 | Review, revise consent letter relating to transition of IT services. |
| Monique Boyce | 12/09/20 | 2.50 | Teleconference with D. Feinstein, J. Ewart, client and co-counsel to discuss 4(c)/4(d) production and inquiry (.5); review 4(c)/4(d) production including related correspondence (2.0). |
| Deborah L. Feinstein | 12/10/20 | 0.20 | Correspondence with A&P team and client re: call to discuss voluntary production. |
| Ira D. Moskatel | 12/10/20 | 3.00 | Prepare amendment and various consents. |
| Brandon R. Einstein | 12/10/20 | 0.60 | Review, revise third party IT consent letters and amendments with I. Moskatel. |
| Monique Boyce | 12/10/20 | 0.50 | Teleconference with client regarding voluntary production (.1); review voluntary production (.3); correspondence with A&P team and clients re: status of review (.1). |
| Ira D. Moskatel | 12/11/20 | 4.00 | Review, analyze TSA provisions (1.0);  revise draft consents (2.1); teleconference with client, B. Einstein re: same (.5). |
| Brandon R. Einstein | 12/11/20 | 0.90 | Conference call with client, I. Moskatel to discuss third party consent letters and amendments (.5); debrief status call with I. Moskatel to discuss the same (.4). |
| Ira D. Moskatel | 12/13/20 | 1.00 | Correspondence with P. Brinckerhoff re: analysis of proposed order form. |
| Ira D. Moskatel | 12/14/20 | 4.00 | Review, analyze third party agreement (3.8); correspondence with B. Einstein re: pending consents. |
| Brandon R. Einstein | 12/14/20 | 1.10 | Review, analyze third party IT license agreements (.8); revise consent letter (.3). |
| Ira D. Moskatel | 12/15/20 | 4.00 | Telephone conference with B. Einstein and client to discuss transition of IT services agreements (.7); review, revise draft of third party agreement (3.3). |
| Brandon R. Einstein | 12/15/20 | 1.80 | Teleconference with I. Moskatel and client to discuss transition of IT services agreements (.7); correspondence with I. Moksatel re: same (.1); review third party IT Agreement and draft consent letter to third party IT service provider (1.0). |
| Ira D. Moskatel | 12/16/20 | 2.00 | Teleconference with P. Brinckerhoff, B. Miler, B. Einstein re: consents (.5); teleconference with B. Einstein re: follow up re: consents review (.5); review, revise same (1.0). |
| Brandon R. Einstein | 12/16/20 | 1.00 | Conference call with I. Moskatel and client to discuss transition of IT Services (.5); teleconference with I. Moskatel to discuss the same (.5). |
| Ira D. Moskatel | 12/17/20 | 1.00 | Correspondence with B. Einstein and client on consent issues and mechanics. |
| Brandon R. Einstein | 12/17/20 | 0.40 | Prepare third party consent letters in regards to transition of IT service licenses. |
| Deborah L. Feinstein | 12/18/20 | 0.10 | Correspondence with third party and client re: 4(c) compliance matter. |
| Ira D. Moskatel | 12/18/20 | 2.00 | Telephone conference with P. Brinckerhoff re: consent issues (1.0); prepare status update re: same (1.0). |

January 4, 2021                                                                                Invoice # 30123277

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Brandon R. Einstein | 12/18/20 | 0.40 | Conference call with client to discuss transition of IT services. |
| Ira D. Moskatel | 12/21/20 | 2.00 | Correspond with P. Brinckerhoff re: consent issues. |
| Ira D. Moskatel | 12/23/20 | 1.00 | Prepare close out status including report to R. Aleali. |
| Deborah L. Feinstein | 12/31/20 | 0.10 | Teleconference with R. Aleali re: diligence. |

**Total Hours**                        **90.00**


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Deborah L. Feinstein | 3.90 | 1,350.00 | 5,265.00 |
| Jason C. Ewart | 28.30 | 950.00 | 26,885.00 |
| Ira D. Moskatel | 42.30 | 1,020.00 | 43,146.00 |
| Monique Boyce | 3.00 | 760.00 | 2,280.00 |
| Brandon R. Einstein | 12.50 | 630.00 | 7,875.00 |
| **TOTAL** | **90.00** | | **85,451.00** |


**Total Current Amount Due**                                                        **$70,069.82**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

February 2, 2021
Invoice # 30123274
EIN 53-0208605

**Client/Matter # 1049218.00143**

Oncology Development Agreement

20190002456

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2020** | $ | 22,911.50 |
| Less Discount: | | -4,124.07 |
| **Fee Total** | | 18,787.43 |
| **Total Amount Due** | $ | 18,787.43 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 2, 2021

Invoice # 30123274

**(1049218.00143)**
**Oncology Development Agreement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 12/08/20 | 1.10 | Review Oncology Services Agreement (.6); correspondence with R. Greiss and C. Eaton re: same (.5). |
| Rory Greiss | 12/09/20 | 1.90 | Video conference with C. Eaton and E. Rothman to discuss preparing slides re: oncology agreements (.6); review and comment on draft slides (.7); further correspondence re: final version to go to Purdue (.4). |
| Eric Rothman | 12/09/20 | 0.60 | Teleconference with R. Greiss and C. Eaton to discuss Oncology Services Agreement. |
| Claire Eaton | 12/09/20 | 3.30 | Teleconference with R. Greiss and E. Rothman to discuss slide deck (.6); correspondence with R. Greiss and E. Rothman re: same (.2); prepare slide deck for client presentation with creditors (2.5). |
| Rory Greiss | 12/10/20 | 3.20 | Review revised version of agreements sent by other side (2.5); correspondence with E. Rothman and C. Eaton re: certain issues (.3); correspondence with Purdue team re: review schedule (.4). |
| Claire Eaton | 12/10/20 | 0.40 | Review third party comments to services agreement. |
| Rory Greiss | 12/11/20 | 3.20 | Call with E. Rothman and C. Eaton to prepare for conference with Purdue team re: mark ups of agreements (.5); videoconference with K. McCarthy, R. Aleali, E. Rothman and C. Eaton re: mark-ups and re: preparation of issues lists (.8); follow-up correspondence with C. Eaton and E. Rothman re: issues to be included (1.2); begin review of new mark-ups delivered to Purdue (.7). |
| Eric Rothman | 12/11/20 | 2.70 | Telephone conference with R. Greiss, C. Eaton re: agreement (.5); telephone conference with same, client re: same (.8); revise issues list re: same (1.4). |
| Claire Eaton | 12/11/20 | 4.10 | Meeting with R. Greiss and E. Rothman to discuss issues related to third party markup of the service agreement and deed (.5); draft issues list re: same (1.9); video conference with R. Greiss, E. Rothman and client to discuss same (.8); revise issues list (.9). |
| Rory Greiss | 12/12/20 | 2.20 | Review issues list drafted by C. Eaton (1.0); mark-up with comments (.8); correspondence with C. Eaton re: comments (.4). |
| Claire Eaton | 12/12/20 | 0.50 | Prepare draft issues list (.4); correspondence with R. Greiss and E. Rothman re: same (.1). |
| Rory Greiss | 12/14/20 | 0.80 | Review, analyze final issues list (.7); correspondence with E. Rothman and C. Eaton re: same. |
| Eric Rothman | 12/14/20 | 1.10 | Prepare issues list re: draft agreement. |
| Claire Eaton | 12/14/20 | 0.90 | Review, revise draft issues list based on comments from R. Greiss, E. Rothman and Davis Polk (.8); send same to client for review (.1). |

**Total Hours**                    **26.00**

February 2, 2021                                                              Invoice # 30123274

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 11.30 | 1180.00 | 13,334.00 |
| Eric Rothman | 5.50 | 905.00 | 4,997.50 |
| Claire Eaton | 9.20 | 500.00 | 4,600.00 |
| **TOTAL** | **26.00** | | **22,911.50** |

**Total Current Amount Due**                                              **$18,787.43**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

February 2, 2021
Invoice # 30123310
EIN 53-0208605

**Client/Matter # 1049218.00144**

Amendment to Shionogi Collaboration

20190002605

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2020** | $ | **995.50** |
| Less Discount: | | -179.19 |
| **Fee Total** | | **816.31** |
| **Total Amount Due** | $ | **816.31** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**           Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 2, 2021

Invoice # 30123310

**(1049218.00144)**
**Amendment to Shionogi Collaboration**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 12/03/20 | 1.10 | Review Shionogi Agreement (.4); analyze one collaboration product (.7). |
| **Total Hours** | | **1.10** | |

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|---|-------|------|-------|
| **Partner** | | | | |
| Eric Rothman | | 1.10 | 905.00 | 995.50 |
| | **Subtotal:** | **1.10** | | **995.50** |
| **TOTAL** | | **1.10** | | **995.50** |

**Total Current Amount Due**                                    $816.31

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Philip Strassburger**
**Vice President and General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

January 4, 2021
Invoice # 30123276
EIN 53-0208605

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2020** | $ | 9,380.50 |
| Discount: | | -1,688.49 |
| **Fee Total** | | **7,692.01** |
| **Total Amount Due** | $ | **7,692.01** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**     Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 4, 2021

Invoice # 30123276

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ginger Clements | 12/01/20 | 0.80 | Review, analyze invoices re compliance with U.S. Trustee guidelines (.7); correspond with A&P team re same (.1). |
| Rosa J. Evergreen | 12/01/20 | 0.20 | Correspondence with A&P team re: November monthly fee statement. |
| Darrell B. Reddix | 12/01/20 | 0.30 | Prepare Fourteenth Monthly report including exhibits. |
| Rory Greiss | 12/03/20 | 0.70 | Review exhibits for November monthly fee statement. |
| Rosa J. Evergreen | 12/03/20 | 0.20 | Correspondence with R. Greiss re: November monthly fee statement. |
| Darrell B. Reddix | 12/08/20 | 1.00 | Prepare Fifteenth monthly fee statement including exhibits. |
| Rory Greiss | 12/10/20 | 0.40 | Correspond with A&P team re: monthly fee statement for October. |
| Ginger Clements | 12/10/20 | 0.40 | Telephone conference with D. Reddix re invoice review (.3); review correspondence with A&P team re filing of fee statement (.1). |
| Rosa J. Evergreen | 12/10/20 | 0.30 | Correspondence with A&P team re: finalizing and filing monthly fee statement |
| Darrell B. Reddix | 12/10/20 | 4.70 | Prepare Fourteenth monthly fee statement including exhibits (2.5); prepare monthly fee statement for filing (.4); serve same (.1). prepare Fifteenth monthly fee statement including exhibits (1.3); teleconference with G. Clement re: same (.3); correspond with M. Boyce re: same (.1). |
| Ginger Clements | 12/11/20 | 0.10 | Correspond with D. Reddix re November fee statement. |
| Darrell B. Reddix | 12/11/20 | 3.50 | Prepare Fifteenth monthly fee statement including exhibits. |
| Rosa J. Evergreen | 12/12/20 | 0.20 | Correspondence with A&P team re: November fee statement. |
| Rory Greiss | 12/15/20 | 0.50 | Review proposed fee order (.3); correspondence with R. Evergreen and D. Reddix re: same (.2). |
| Rosa J. Evergreen | 12/15/20 | 0.40 | Review, analyze fee application order (.1); communicate with R. Greiss re: hearing on fee application (.3). |
| Darrell B. Reddix | 12/15/20 | 0.10 | Review Third Interim fee application for comparison to Proposed Fee Order. |
| Ginger Clements | 12/16/20 | 0.80 | Review, analyze invoices re compliance with U.S. Trustee guidelines and local rules. |
| Rosa J. Evergreen | 12/16/20 | 0.30 | Review, analyze fee order (.1); review November fee statement (.2). |
| Darrell B. Reddix | 12/16/20 | 0.40 | Prepare Fifteenth Monthly Fee Report including exhibits. |
| Ginger Clements | 12/17/20 | 0.10 | Review correspondence with A&P team re monthly fee statement. |
| Darrell B. Reddix | 12/17/20 | 0.50 | Prepare Fifteenth Monthly Fee Report including exhibits. |
| Rosa J. Evergreen | 12/28/20 | 0.20 | Review, analyze monthly fee statement (.1); correspond with R. Greiss re: timing (.1). |
| Rosa J. Evergreen | 12/31/20 | 0.10 | Correspondence with A&P team re: November fee statement. |

**Total Hours**          **16.20**

January 4, 2021                                                        Invoice # 30123276

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 1.90 | 950.00 | 1,805.00 |
| Rory Greiss | 1.60 | 1,180.00 | 1,888.00 |
| Ginger Clements | 2.20 | 700.00 | 1,540.00 |
| Darrell B. Reddix | 10.50 | 395.00 | 4,147.50 |
| **TOTAL** | **16.20** | | **9,380.50** |

**Total Current Amount Due**                                          **$7,692.01**

# Arnold&Porter

**Purdue Pharma L.P.**                                           January 4, 2021
**Attn: Roxana Aleali**                                    Invoice # 30123275
**Associate General Counsel**                              EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00151**

Project Kelp III

20200002984


| | | |
|---|---|---|
| **For Legal Services Rendered through December 31, 2020** | $ | 24,115.00 |
| Discount: | | -4,340.70 |
| **Fee Total** | | 19,774.30 |
| **Total Amount Due** | $ | 19,774.30 |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**              Arnold & Porter Kaye Scholer LLP
                             P.O. Box 759451
                             Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

January 4, 2021                                                                    Invoice # 30123275

**(1049218.00151)**
**Project Kelp III**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 12/01/20 | 1.50 | Teleconference with E. Zausner and R. Greiss to discuss Project Kelp License Agreement. |
| Ethan Zausner | 12/01/20 | 6.30 | Teleconference with E. Rothman to walk through draft license and development agreement (1.5); review, revise updated draft of agreement (4.8). |
| Rory Greiss | 12/02/20 | 2.50 | Review, analyze revised draft agreement (1.4); correspondence with E. Zausner re: same (.1); review E. Rothman's comments to same (.6); correspondence with E. Zausner and E. Rothman to finalize draft (.4). |
| Eric Rothman | 12/02/20 | 1.80 | Review, revise Kelp III License Agreement (1.6); teleconferences with E. Zausner re: same (.2). |
| Ethan Zausner | 12/02/20 | 4.70 | Teleconferences with E. Rothman to discuss draft License Agreement (.2); continued revising License Agreement based on comments received (4.5). |
| Ethan Zausner | 12/03/20 | 0.40 | Prepare final License Agreement for client review. |
| Rory Greiss | 12/08/20 | 3.10 | Prepare for conference call with Purdue team re: revised draft (.5); conference call with D. Saussy, K. McCarthy, B. Miller, E. Rothman and E. Zausner to discuss draft (1.3); review revisions made by E. Zausner (.5); teleconference with E. Zausner. and E. Rothman to finalize draft (.5); correspondence with E. Zausner and E. Rothman re: same (.3). |
| Eric Rothman | 12/08/20 | 2.10 | Teleconference with R. Greiss, E. Zausner and client to discuss Project Kelp License Agreement (1.3); teleconference with R. Greiss and E. Rothman to discuss updates to agreement (.5); provide comments on same (.3). |
| Ethan Zausner | 12/08/20 | 4.10 | Teleconference with R. Greiss, E. Rothman and client to discuss draft agreement (1.3); teleconference with R. Greiss and E. Rothman to discuss updates to agreement (.5); revise updated draft of agreement (2.3). |
| Rory Greiss | 12/17/20 | 0.70 | Correspondence with D. Saussy, K. McCarthy and E. Rothman re: issues raised by opposing side on latest draft of agreement. |
| Rory Greiss | 12/18/20 | 0.30 | Correspondence with D. Saussy re: discussion between principals on open issues. |
| Rory Greiss | 12/22/20 | 0.50 | Review correspondence from D. Saussy re: change of control termination (.3); review E. Rothman response (.2). |

**Total Hours**                          **28.00**

**Legal Services-Attorney Summary**

Page 1

January 4, 2021                                                          Invoice # 30123275

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 7.10 | 1,180.00 | 8,378.00 |
| Eric Rothman | 5.40 | 905.00 | 4,887.00 |
| Ethan Zausner | 15.50 | 700.00 | 10,850.00 |
| **TOTAL** | **28.00** | | **24,115.00** |

**Total Current Amount Due**                                            **$19,774.30**