**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 12, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Contract Counterparties Service List attached hereto as **Exhibit A**:

- Closing Date Assigned Contracts Notice [Docket No. 2218]

Dated: February 15, 2021

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on February 15, 2021, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.
*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Exhibit A**

## Exhibit A

Contract Counterparties Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 11200651 | ARCADIS U.S. INC. | 630 PLAZA DRIVE | SUITE 200 | HIGHLANDS RANCH | CO | 80129 |
| 11200654 | ATLANTIC COFFEE & PROVISION LTD. | 267 LIBBEY PARKWAY | | WEYMOUTH | MA | 02189 |
| 11200667 | BOSTON ANALYTICAL INC. | ATTN: AILEEN HEFFERNAN | 14 MANOR PARKWAY | SALEM | NH | 03079 |
| 11200723 | ECA CHEMICAL INC. | 60 TULIP LANE | | COLTS NECK | NJ | 07722 |
| 11200749 | H. J. ASTLE COMPANY | ATTN: JIM HUTCHINSON | 4 CAROL DR | LINCOLN | RI | 02865 |
| 11200776 | INTERNATIONAL PROCESS PLANTS | 410 PRINCETON HIGHSTOWN RD | | PRINCETON JUNCTION | NJ | 08550 |
| 11200830 | OEM OF CONNECTICUT INC. D/B/A OEM AMERICA L/C/F INSPECTION AND TESTING LLC | 330 ROBERTS STREET | | EAST HARTFORD | CT | 06108 |
| 11200866 | SECURITY TECHNOLOGIES, INC. | ATTN: NEAL KERR | 176 BOLTON RD-P6 | VERNON | CT | 06077-5512 |
| 11200870 | SIEMENS INDUSTRY INC | ATTN: JAIME PARIS-BOISVERT | 2 EDGEWATER DR | NORWOOD | MA | 02062 |
| 11200871 | SIEMENS INDUSTRY INC | ATTN: MICHAEL MARIANO | 2 EDGEWATER DR | NORWOOD | MA | 02062 |
| 11200879 | SPECTRA AUTOMATION LTD | ATTN: RAMI MITRI | 8 CHARLESVIEW RD | HOPEDALE | MA | 01747 |
| 11200893 | THE LOCK SHOP, INC. | 6810 POST RD | | NORTH KINGSTOWN | RI | 02852 |
| 11413863 | WILLIAM SCOTSMAN, INC. | 215 MILLENIUM CIRCLE | | LAKEVILLE | MA | 02347 |
| 11200924 | YANKEE FIBER CONTROL INC. | 50 INDUSTRIAL WAY | | SEEKONK | MA | 02771 |