DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AGENDA FOR FEBRUARY 17, 2021 HEARING

| | |
|---|---|
| Time and Date of Hearing: | February 17, 2021 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. Please register with Court Solutions at www.court-solutions.com. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

|   |   |
|---|---|
|   | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 1326458457#. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

**I.  CONTESTED MATTERS:**

1. ***Press Motion to Intervene and Unseal.***  Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2022]

    Objection Deadline: January 11, 2021.

    Responses Received:

    A. The Ad Hoc Group of Non-Consenting States' Statement Regarding the Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2065]

    B. The Ad Hoc Committee on Accountability's Statement in Support of the Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2066]

    C. The NAS Children Ad Hoc Committee's Joinder to the Ad Hoc Group of Non-Consenting States' Statement Regarding the Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC and Reuters News & Media, Inc. [ECF No. 2090]

    D. Statement of The Raymond Sackler Family In Respect of The Motion To Intervene And Unseal Judicial Records By Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2132]

    E. Debtors' Limited Objection to the Media Intervenors' Motions to Intervene and Unseal Judicial Records and Cross-Motion to Seal Certain Judicial Records [ECF No. 2252]

    F. Statement of the Mortimer Sackler Initial Covered Sackler Persons in Respect of the Reply in Support of Motions to Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2301]

    G. Limited Objection of the Raymond Sackler Family to the First and Second Motions to Unseal Judicial Records by Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2360]

    H. Mortimer D. Sackler ICSPs Limited Objection to the Media Intervenors Motion to Intervene and Unseal Judicial Records [ECF No. 2361]

Reply:

    A. Reply in Support of Motions to Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2288]

    B. Combined Reply of Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. to the Raymond Sackler Family's and Mortimer D. Sackler ICSP's February 7 Objections to the Media Intervenors' Motions to Unseal Judicial Records [ECF No. 2384]

Related Documents:

    A. Motion for Leave to File Amended Proposed Order by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2039]

    B. Notice of Rescheduling of Hearing on Motion to Intervene and Unseal Judicial Records and Motion for Leave to File Amended Proposed Order by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2091]

    C. Notice of Filing of Stipulation and Agreed Order Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection with UCC Privilege Motions and Adjournment of Hearing on Media Intervenors' Motion to Unseal [ECF No. 2136]

    D. Stipulation and Agreed Order Signed on 12/15/2020 Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection with UCC Privilege Motions and Adjournment of Hearing on Media Intervenors' Motion to Unseal [ECF No. 2140][2]

---

[2] Pursuant to this Stipulation, the parties have re-filed revised redacted and unredacted versions of the exhibits to the *UCC Motion to Compel Production of Purportedly Privileged Documents Based on Failure to Demonstrate Documents Are Privileged* [ECF No. 1752] and *UCC Motion to Compel Production of Purportedly Privileged Documents Based on Exceptions to Privilege* [ECF No. 1753].

3

    E. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion for Entry of an Order Sealing Judicial Documents [ECF No. 2253]

    F. Declaration of Jon Lowne in Support of the Debtors' Limited Objection to Media Intervenors' Motions to Intervene [ECF No. 2254]

    G. Declaration of Jasmine Ball [ECF No. 2362]

  Status: This matter is going forward on a contested basis.

2. ***Second Press Motion to Intervene and Unseal.*** Second Motion to Unseal Judicial Records by Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2188]

  Objection Deadline: January 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

  Responses Received:

    A. Debtors' Limited Objection to the Media Intervenors' Motions to Intervene and Unseal Judicial Records and Cross-Motion to Seal Certain Judicial Records [ECF No. 2252]

    B. Statement of the Raymond Sackler Family in Respect of the Second Motion to Unseal Judicial Records by Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2265]

    C. Statement of the Mortimer Sackler Initial Covered Sackler Persons in Respect of the Reply in Support of Motions to Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2301]

    D. Limited Objection of the Raymond Sackler Family to the First and Second Motions to Unseal Judicial Records by Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2360]

    E. Mortimer D. Sackler ICSPs Limited Objection to the Media Intervenors Motion to Intervene and Unseal Judicial Records [ECF No. 2361]

  Reply:

    A. Reply in Support of Motions to Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2288]

> B. Combined Reply of Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. to the Raymond Sackler Family's and Mortimer D. Sackler ICSP's February 7 Objections to the Media Intervenors' Motions to Unseal Judicial Records [ECF No. 2384]
>
> Related Documents:
>
> A. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion for Entry of an Order Sealing Judicial Documents [ECF No. 2253]
>
> B. Declaration of Jon Lowne in Support of the Debtors' Limited Objection to Media Intervenors' Motions to Intervene [ECF No. 2254]
>
> C. Declaration of Jasmine Ball [ECF No. 2362]
>
> Status: This matter is going forward on a contested basis.

3. ***Debtors' Cross-Motion to Seal.*** Debtors' Limited Objection to the Media Intervenors' Motions to Intervene and Unseal Judicial Records and Cross-Motion to Seal Certain Judicial Records [ECF No. 2252]

> Objection Deadline: January 18, 2021 at 4:00 p.m. (prevailing Eastern Time).
>
> Responses Received: None
>
> Reply: None
>
> Related Documents:
>
> A. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion for Entry of an Order Sealing Judicial Documents [ECF No. 2253]
>
> B. All documents related to the *Press Motion to Intervene and Unseal* [ECF No. 2022] and the *Second Press Motion to Intervene and Unseal* [ECF No. 2188]
>
> Status: This matter is going forward on a contested basis.

II. **CONTINUED MATTERS:**

4. ***TIG Specialty Insurance Stay Relief Motion.*** Motion for Relief from the Automatic Stay [ECF No. 712]

> Objection Deadline: March 17, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Debtors' Objection to TIG's Motion for Relief from the Automatic Stay [ECF No. 753]

B. Objection of the Official Committee of Unsecured Creditors to the Motion of Ironshore Specialty Insurance Company for Relief from Automatic Stay and Joinder to the Debtor's Objection to Such Motion [ECF No. 756]

C. Ad Hoc Committee's Statement in Support of Debtors' Objection to TIG's Motion for Relief from the Automatic Stay [ECF No. 757]

Reply:

A. Consolidated Reply in Support of Ironshore Specialty Insurance Company, Formerly Known as TIG Specialty Insurance Company's Motion for Relief from the Automatic Stay [ECF No. 765]

B. Ironshore Specialty Insurance Company's, Formerly Known as TIG Specialty Insurance Company, Supplemental Brief in Support of Motion for Relief from Automatic Stay [ECF No. 2326]

Related Documents:

A. Memorandum of Law in Support of Motion for Relief from the Automatic Stay [ECF No. 712-1]

B. Declaration of George Calhoun in Support of Motion for Relief from Automatic Stay [ECF No. 712-2]

C. Amended Notice of Motion and Hearing [ECF No. 723]

D. Declaration of Benjamin S. Kaminetzky in Support of Debtors' Objection to TIG's Motion for Relief from the Automatic Stay [ECF No. 755]

E. Notice of Motion and Hearing [ECF No. 2327]

F. Notice of Adjournment of Hearing Regarding Ironshore Specialty Insurance Company, Formerly Known as TIG Specialty Insurance Company's Motion for Relief from Stay [ECF No. 2354]

Status: This matter is continued to March 24, 2021, at 10:00 a.m. (prevailing Eastern Time).

5. **Kyle M. Parks Late Claim Motion.** Motion to File Proof of Claim after Claims Bar Date filed by Kyle M. Parks [ECF No. 2057]

Objection Deadline: March 17, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents:

    A. Notice of Hearing of Motion to File Proof of Claim after Claims Bar Date [ECF No. 2058]

    B. Corrected Notice of Hearing of Motion to File Proof of Claim After Claims Bar Date [ECF No. 2080]

    C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

    D. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

Status: This matter is continued to March 24, 2021, at 10:00 a.m. (prevailing Eastern Time).

6. ***Arlandis C. Issac Late Claim Motion.*** Motion Tolling Filing Deadline (Claim submitted but not filed - pending disposition of the motion) filed by Arlandis C. Issac [ECF No. 2069]

Objection Deadline: March 17, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents:

    A. Notice of Hearing: Motion Tolling Filing Deadline [ECF No. 2070]

    B. Corrected Notice of Hearing of Motion Tolling Filing Deadline [ECF No. 2082]

    C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

    D. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

<u>Status</u>: This matter is continued to March 24, 2021, at 10:00 a.m. (prevailing Eastern Time).

7. ***Andre S. Youngblood Late Claim Motion.*** Motion for Tolling Filing Deadline (Claim submitted but not filed - pending disposition of the motion) filed by Andre S. Youngblood [ECF No. 2071]

<u>Objection Deadline</u>: March 17, 2021 at 4:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>: None

<u>Reply</u>: None

<u>Related Documents</u>:

A. Notice of Hearing: Motion Tolling Filing Deadline [ECF No. 2072]

B. Corrected Notice of Hearing of Motion Tolling Filing Deadline [ECF No. 2084]

C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

D. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

<u>Status</u>: This matter is continued to March 24, 2021, at 10:00 a.m. (prevailing Eastern Time).

8. ***Shane Christian Peterson Late Claim Motion.*** Motion to Request Extension for Filling Proof of Claim (Claim was not included with the motion) filed by Shane Christian Peterson  [ECF No. 2086]

<u>Objection Deadline</u>: March 17, 2021 at 4:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>: None

<u>Reply</u>: None

<u>Related Documents</u>:

A. Notice of Hearing of Motion to Request Extension for Filling Proof of Claim [ECF No. 2087]

B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

      C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

   Status: This matter is continued to March 24, 2021, at 10:00 a.m. (prevailing Eastern Time).

9. ***Neil W. King Late Claim Motion.*** Motion for Tolling Filing Deadline (Claim submitted but not filed - pending disposition of the motion) filed by Neil W. King [ECF No. 2088]

   Objection Deadline: March 17, 2021 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None

   Reply: None

   Related Documents:

      A. Notice of Hearing Motion Tolling Filing Deadline [ECF No. 2089]

      B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

      C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

   Status: This matter is continued to March 24, 2021, at 10:00 a.m. (prevailing Eastern Time).

10. ***Troy A. Pesina Late Claim Motion.*** Motion to File Proof of Claim After Claims Bar Date filed by Troy A. Pesina [ECF No. 2193]

   Objection Deadline: March 17, 2021 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None

   Reply: None

   Related Documents:

      A. Notice of Hearing of Motion to File Proof of Claim After Claims Bar Date [ECF No. 2258]

      B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2357]

      C.  Response to Notice of Hearing [ECF No. 2374]

    Status: This matter is continued to March 24, 2021, at 10:00 a.m. (prevailing Eastern Time).

11. ***Lisa M. Acquaviva Late Claim Motion.*** Motion to File Proof of Claim After Claims Bar Date [ECF No. 2211]

    Objection Deadline: March 17, 2021 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Reply: None

    Related Documents:

      A.  Notice of Hearing for Motion to File Proof of Claim After Claims Bar Date [ECF No. 2237]

      B.  Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2357]

    Status: This matter is continued to March 24, 2021, at 10:00 a.m. (prevailing Eastern Time).

Dated: February 16, 2021
      New York, New York

                              DAVIS POLK & WARDWELL LLP

                              By:  */s/ Eli J. Vonnegut*
                                     Eli J. Vonnegut

                              450 Lexington Avenue
                              New York, New York 10017
                              Telephone: (212) 450-4000
                              Facsimile: (212) 701-5800
                              Marshall S. Huebner
                              Benjamin S. Kaminetzky
                              Timothy Graulich
                              Eli J. Vonnegut
                              Christopher S. Robertson

                              *Counsel to the Debtors*
                              *and Debtors in Possession*