Thomas D. Bielli, Esquire
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
Facsimile: (215) 754-4177
*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., *et al.*,** | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**EIGHTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| | |
|---|---|
| **Name of Applicant** | Bielli & Klauder, LLC |
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | December 1, 2020 through December 31, 2020 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**This is a(n):**    _X_ Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Eighth Monthly Statement of Services Rendered and Expenses Incurred for the Period from December 1, 2020 through December 31, 2020* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

### Itemization of Services Rendered and Disbursements Incurred

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from December 1, 2020 through and including December 31, 2020, is referred to herein as the "**Fee Period**".

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $24,250.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

### **Notice**

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

3

Dated: February 16, 2021                    **BIELLI & KLAUDER LLC**

                                            */s/ Thomas D. Bielli*
                                            Thomas D. Bielli, Esquire
                                            1905 Spruce Street
                                            Philadelphia, PA 19103
                                            Phone: (215) 642-8271
                                            Fax: (215) 754-4177
                                            tbielli@bk-legal.com

                                            *Counsel to Fee Examiner*
                                            *David M. Klauder, Esquire*

**Exhibit A**

**Project Categories**

| Project Category | Total Hours |
|---|---|
| BK/Fee Examiner- Retention and Fee Applications | 2.6 |
| Case Administration | 6.6 |
| Fee/Employment Applications- Retention Professionals | 80.9 |
| Hearings | 1.9 |
| **Total** | **92** |

**Exhibit B**

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 34.5 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 33.5 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 11.2 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 12.8 |

**Exhibit C**

**Computation of Monthly Fee**

| Fee Description | Amount |
|---|---|
| Monthly Fee for December 2020 (includes costs of Legal Decoder, Inc.) | $24,250.00 |
| Court Solutions | $70.00 |
| **Total** | **$24,320.00** |

**Legal Decoder Inc**

cmiller@legaldecoder.com



# INVOICE

**BILL TO**

Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1286
**DATE** 12/31/2020
**DUE DATE** 12/31/2020
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - December 2020 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE**          **$24,250.00**

## Exhibit D

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
215-642-8271


Purdue Pharma, L.P.


**Invoice Number: 2261**
Invoice Period: 12-01-2020 - 12-31-2020


Payment Terms: Upon Receipt

**RE: Fee Examiner**


## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 12-01-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.70 | 350.00 | 945.00 |
| | | Prepare Wilmer Hale Fee Report | | | |
| 12-01-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Finalize Jones Day Fee Report | | | |
| 12-01-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Finalize Cornerstone Fee Report | | | |
| 12-01-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Finalize Wilmer Hale Fee Report | | | |
| 12-01-2020 | Thomas Bielli | [ALL] Case Administration | 0.40 | 350.00 | 140.00 |
| | | Review transcript from prior fee hearing | | | |
| 12-01-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Coordinate delivery of various interim reports to professionals | | | |
| 12-01-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review interim reports from Jones Day, Wilmer Hale, Cornerstone | | | |
| 12-01-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review interim reports for Skadden and discuss with T. Bielli | | | |
| 12-01-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Edit interim report for Akin Gump | | | |
| 12-01-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Edit interim reports for Dechert, Kramer Levin | | | |
| 12-01-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 375.00 | 450.00 |
| | | Work on interim report for Davis Polk | | | |
| 12-01-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 195.00 | 234.00 |
| | | Preparation of Alix Partners' 3rd Interim Review Report | | | |
| 12-01-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Receipt of Cornerstone's 6th monthly fee statement and corresponding data; Receipt of PJT's 8th monthly fee statement; correspondence to I. Bielli re: FTI review status | | | |
| 12-01-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.20 | 195.00 | 429.00 |
| | | Review of Alix Partners' 12-13 monthly data | | | |
| 12-01-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Create final spreadsheets for Skadden | | | |
| 12-01-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 3.20 | 100.00 | 320.00 |
| | | Download data from Isa, review, and draft report for FTI third interim | | | |
| 12-01-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Create final spreadsheets for Jones Day | | | |
| 12-01-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Create final spreadsheets for Dave for Akin Gump, Dechert, Bedell Cristen, and Cole Schotz | | | |
| 12-01-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 100.00 | 90.00 |
| | | Create final spreadsheets for Dave for Gilbert, Otterbourg, Province, Bayard, Kramer Levin, Cole Schotz, and Akin Gump | | | |
| 12-01-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Create final spreadsheets for Wilmerhale and Jones day | | | |
| 12-02-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Draft final letters for FTI and AlixPartners send to Dave | | | |
| 12-02-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Create final spreadsheets for FTI | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 12-02-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review response from Province and discuss internally | | | |
| 12-02-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Edit letters to Akin Gump and Cole Schotz and send out same | | | |
| 12-02-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Draft interim report for FTI | | | |
| 12-02-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 375.00 | 675.00 |
| | | Draft and edit interim report for David Polk | | | |
| 12-02-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Review and revision of FTI's 3rd Interim Review Report | | | |
| 12-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Wilmer Hale amendments and subsequent report | | | |
| 12-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Jones Day Fee Report; record and upload same | | | |
| 12-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Brown Rudnick Fee Report; record and upload same | | | |
| 12-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Otterbourg Fee Report; record and upload same | | | |
| 12-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Province Fee Report; record and upload same | | | |
| 12-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Bedell Cristin Fee Report; record and upload same | | | |
| 12-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Bayard Fee Report; record and upload same | | | |
| 12-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Bayard Fee Report; record and upload same | | | |
| 12-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Wilmer Hale Fee Report; record and upload same | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 12-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Cornerstone Fee Report; record and upload same | | | |
| 12-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Dechert Fee Report; record and upload same | | | |
| 12-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Skadden Fee Report; record and upload same | | | |
| 12-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Kramer Levin Fee Report; record and upload same | | | |
| 12-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Gilbert Fee Report; record and upload same | | | |
| 12-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Cole Shotz Fee Report; record and upload same | | | |
| 12-02-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final Akin Gump Fee Report; record and upload same | | | |
| 12-02-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review Wilmer Cutler amended interim fee app | | | |
| 12-03-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review of final correspondence to Jefferies; record  same | | | |
| 12-03-2020 | Thomas Bielli | [ALL] Hearings | 0.20 | 350.00 | 70.00 |
| | | Review of final correspondence to Jefferies; record  same | | | |
| 12-03-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Correspond with Dechert with respect to fee report and admin tasks | | | |
| 12-03-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review of Davis Polk Fee Report; conference with Fee Examiner re same | | | |
| 12-03-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review of final FTI Fee Report; record and upload same | | | |
| 12-03-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 375.00 | 487.50 |
| | | Edit Davis Polk interim report and submit same | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 12-03-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Edit FTI interim report and submit same | | | |
| 12-03-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Review Houlihan analysis and begin report | | | |
| 12-03-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Follow up emails with various professionals re: interim reports sent | | | |
| 12-03-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Discussions with T. Bielli re: interim fee review | | | |
| 12-03-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Format spreadsheets for Davis Polk | | | |
| 12-03-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Update FTI final spreadsheets and final letter | | | |
| 12-03-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Work on province 3rd interim review report | | | |
| 12-03-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 100.00 | 70.00 |
| | | Re-review province third interim data and draft review report | | | |
| 12-03-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Create Dechert- Administrative tasks spreadsheet | | | |
| 12-04-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Create Final spreadsheets for Alix Partners | | | |
| 12-04-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Create final spreadsheets for Province | | | |
| 12-04-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Draft final fee examiner letter for Houlihan | | | |
| 12-04-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Phone call with Akin and Cole Schotz re: interim reports for 3rd interim periods | | | |
| 12-04-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Follow up emails with Akin and Cole Schotz re: interim reports for 3rd interim periods | | | |
| 12-04-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Attention to Dechert interim report including emails and phone call re: same | | | |
| 12-04-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Discuss status of fee app reviews with T. Bielli | | | |
| 12-04-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Begin drafting AlixPartners interim report and review of analysis re: same | | | |
| 12-04-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Prepare for discussion with Cole and Akin re Fee Report | | | |
| 12-04-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Otterbourg on resolution of Fee Application | | | |
| 12-04-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Conference call with Cole Shotz and Akin re resolution | | | |
| 12-04-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Follow up correspondence with Cole Shotz re fee examiners report | | | |
| 12-04-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review of final Houlihan Lokey Fee Report; record and upload same | | | |
| 12-04-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with FTI re Fee Request | | | |
| 12-04-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review correspondence from Akin re position re fee examiner report | | | |
| 12-04-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Attention to Dechert's comments to Fee Report | | | |
| 12-05-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review KCC fee issues | | | |
| 12-05-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review E&Y fee issues | | | |
| 12-05-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained | 0.50 | 350.00 | 175.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review PJT fee issues | | | |
| 12-05-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.30 | 350.00 | 805.00 |
| | | Prepare King & Spalding Fee Report | | | |
| 12-05-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 375.00 | 750.00 |
| | | Attention to interim reports including KPMG and AlixPartners | | | |
| 12-05-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Enter final spreadsheet for the final letter of King & Spalding | | | |
| 12-06-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Create final spreadsheets for King & Spalding | | | |
| 12-06-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Create final spreadsheets for KPMG | | | |
| 12-06-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 100.00 | 50.00 |
| | | Go through docket and make a list of those professionals who filed an interim between August and 12/06. Send to Tom and Dave | | | |
| 12-06-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Cross reference professionals who filed an interim with final letters | | | |
| 12-06-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review King & Spalding and discuss with T. Bielli | | | |
| 12-06-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Various discussions re: status of fee apps | | | |
| 12-06-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to interim reports | | | |
| 12-06-2020 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | | Receipt of KPMG's 10th monthly fee statement; Receipt of PJT's 9th monthly fee statement; Receipt and review of Wilmer Hale's Amended 11th monthly fee statement and Amended 3rd Interim application; email correspondence with Wilmer Hale re: revised data from 11th monthly; Receipt of Alix Partners' 14th monthly fee statement; Update Assignment Log in preparation of 4th interim tracking | | | |
| 12-06-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Review of Jones Day's 12th monthly data; | | | |
| 12-06-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained | 1.00 | 195.00 | 195.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | Professionals | | | |

Review of King & Spalding's 14th monthly fee data; correspondence to S. Davidson re: discrepancy in data provided.

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 12-06-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |

Email correspondence to Alix Partners requesting 14th month data; Email correspondence to KPMG requesting 10th month data; Correspondence to I. Bielli re: Province published data and Interim post-mortem discussion

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 12-06-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |

Review of Cornerstone's 6th monthly fee data; correspondence to Legal Decoder team re: issues with analysis

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 12-06-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |

Discussion of King & Spalding Fee Review

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 12-07-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |

Review correspondence from King & Spalding re position re fee examiner report

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 12-07-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |

Review correspondence from Providence re position re fee examiner report

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 12-07-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |

Review correspondence from Alix re position re fee examiner report

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 12-07-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |

Review correspondence from KPMG re position re fee examiner report

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 12-07-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |

Review correspondence from Providence re resolution of fee examiner issues

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 12-07-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |

Review correspondence from Wilmer Hale re resolution of fee examiner issues

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 12-07-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |

Attention to KPMG and AlixPartners interim reports

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 12-07-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |

Attention to BK monthly fee apps

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 12-07-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |

Review Dechert response to interim report

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 12-07-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Attention to FTI interim report including discussions re: same | | | |
| 12-08-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails with Wilmer Hale re: resolution of issues | | | |
| 12-08-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to responses to interim reports including Jones Day, Skadden | | | |
| 12-08-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 375.00 | 262.50 |
| | | Review interim report and draft response to Dechert interim report | | | |
| 12-08-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Attention to fee review issues/discussions with T. Bielli re: same | | | |
| 12-08-2020 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 195.00 | 58.50 |
| | | Review of King & Spalding 3rd interim report re: transient timekeeper question; update internal procedure to update rule re: reviewing transient timekeeper | | | |
| 12-08-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Email correspondence with Legal Decoder re: analysis issues; email correspondence with King & Spalding re: correct data files; Receipt of KPMG's 10th monthly fee data; Receipt of Alix Partners' 14th monthly data; Receipt of Province's 14th monthly fee statement; Receipt of Wilmer Hale's 12th monthly fee statement | | | |
| 12-08-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review King & Spalding's response; correspond with team re same | | | |
| 12-08-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Correspond with Dechert re next steps | | | |
| 12-08-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review response of Skadden | | | |
| 12-08-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review Brown Rudnick's response | | | |
| 12-09-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence to Dechert re next steps | | | |
| 12-09-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Correspond with Brown Rudnick re resolution of Fee Examiners review | | | |
| 12-09-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 350.00 | 245.00 |
| | | Prepare for Jones Day Fee Report review; conference call with Jones Day re same | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 12-09-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review and respond to KPMG re Fee Report | | | |
| 12-09-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review Bedell's response | | | |
| 12-09-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review Alix response; correspond with DMK re same | | | |
| 12-09-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Brown Rudnick response to interim report and emails re: same | | | |
| 12-09-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Review AlixPartners response to interim report and draft and send reply | | | |
| 12-09-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Jones Day interim report and reply | | | |
| 12-09-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails with KPMG re: fee review | | | |
| 12-09-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Phone call with Jones Day re: interim report issues | | | |
| 12-09-2020 | Isabel Bielli | [ALL] Case Administration | 0.60 | 100.00 | 60.00 |
| | | Third interim discussion with Tracey, about how to move forward for fourth interim period. | | | |
| 12-10-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review Bedell Cristin response to interim report and reply accordingly | | | |
| 12-10-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to interim report issues including review of Davis Polk in anticipation of call | | | |
| 12-10-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 375.00 | 300.00 |
| | | Phone call with Davis Polk re: interim report issues | | | |
| 12-10-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 350.00 | 315.00 |
| | | Conference call with Davis Polk | | | |
| 12-10-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review correspondence re Bedell Cristin's response to Fee Examiner Report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 12-11-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review response from Bedell Cristin to Fee Examiner's Report | | | |
| 12-11-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review response from Davis Polk after discussion | | | |
| 12-11-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review response from Gilbert to Fee Examiner's Report | | | |
| 12-11-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond with King & Spalding re Fee Examiners Report | | | |
| 12-11-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Conference call with Skadden re Fee Examiners Report | | | |
| 12-11-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond with Skadden re FE report | | | |
| 12-11-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspond with KPMG re Fee Examiners Report | | | |
| 12-11-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review response from King & Spalding to Fee Examiner's Report | | | |
| 12-11-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Correspondence with Skadden re resolution of Fee Examiners Report | | | |
| 12-11-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails with Bedell re: resolution of interim report issues | | | |
| 12-11-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Emails response by Gilbert to interim report and emails re: same | | | |
| 12-11-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to King & Spalding interim report and resolution | | | |
| 12-11-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Review Davis Polk response to interim report and discuss with T. Bielli | | | |
| 12-11-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.30 | 375.00 | 487.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Attention to Skadden interim report and resolution including conference call re: same | | | |
| 12-11-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Attention to KPMG interim report and resolution | | | |
| 12-13-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to Davis Polk interim report and response thereto | | | |
| 12-13-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Review Cornerstone Research response to interim report and respond by email | | | |
| 12-13-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails to various professionals who have not responded to interim reports | | | |
| 12-13-2020 | Tracey Nobis | B110 - Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of Jones Day's 13th monthly fee statement and data files; Email correspondence with Legal Decoder re: Cornerstone's analysis; Receipt of Wilmer Hale's 12th monthly data files; Receipt of Arnold & Porter's 14th monthly fee statement; Receipt of Brown Rudnick's 13th monthly fee statement; Receipt of Gilbert's 13th monthly fee statement and corresponding data files; Receipt of Skadden's 13th monthly fee statement and corresponding data files | | | |
| 12-13-2020 | Tracey Nobis | B110 - Case Administration | 0.30 | 195.00 | 58.50 |
| | | Review of Assignment Log and analysis publishing status from LSA; Correspondence to Arnold & Porter requesting 14th monthly data; Correspondencce to PJT requesting 8th and 9th monthly data; Correspondence to Brown Rudnick requesting 13th month data; Correspondence to Akin Gump requesting Province's 14th monthly data files | | | |
| 12-14-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with Davis Polk re; resolution of interim report | | | |
| 12-14-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Attention to Alix Partners resolution of interim report | | | |
| 12-14-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Attention to Kramer Levin resolution of interim report | | | |
| 12-14-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 375.00 | 112.50 |
| | | Attention to Houlihan resolution of interim report | | | |
| 12-14-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Discussions with T. Bielli and review of all resolutions re: interim fees | | | |
| 12-14-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Review and respond to Bayard with respect to Fee Examiner's Report | | | |
| 12-14-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review resolution to Kramer Leven's Fee Report | | | |
| 12-14-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Attention to Alix Partners Fee Report and discussions with respect to same; conference call and correspondence with Alix re resolution | | | |
| 12-14-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Final review of Fee Chart | | | |
| 12-14-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Resolution of Houlihan Lokey | | | |
| 12-14-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 350.00 | 35.00 |
| | | Review position paper from Bayard re Fee Examiner Report | | | |
| 12-14-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 350.00 | 70.00 |
| | | Review of draft resolution to DP re Fee Examiner Report | | | |
| 12-14-2020 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.20 | 100.00 | 120.00 |
| | | Draft October and November monthly fee reports | | | |
| 12-15-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 350.00 | 175.00 |
| | | Prepare for hearing | | | |
| 12-15-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.50 | 350.00 | 525.00 |
| | | Attend hearing | | | |
| 12-15-2020 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Review, revise and edit proposed form of order (qc numbers from professionals) | | | |
| 12-15-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review Providence response to overlap issue | | | |
| 12-15-2020 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 350.00 | 105.00 |
| | | Review response from Akin to Judge's comments | | | |
| 12-15-2020 | David Klauder | B110 - Case Administration | 0.10 | 375.00 | 37.50 |
| | | Review hearing agenda | | | |
| 12-15-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention hearing prep and omnibus fee order | | | |
| 12-15-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained | 0.20 | 375.00 | 75.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Professionals | | | |
| | | Review various emails re: Akin Gump reduction request | | | |
| 12-15-2020 | David Klauder | B245 - Hearings | 1.70 | 375.00 | 637.50 |
| | | Attend telephonic fee hearing | | | |
| 12-15-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Follow up emails with Province re: judge's comments at hearing | | | |
| 12-15-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Follow up emails with Akin Gump re: judge's comments at hearing | | | |
| 12-15-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 375.00 | 187.50 |
| | | Attention to fee order including emails with Davis Polk and discussing same with T. Bielli | | | |
| 12-16-2020 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.20 | 375.00 | 75.00 |
| | | Review and edit Oct and Nov monthly fee apps | | | |
| 12-16-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Review fee order entered by Court | | | |
| 12-16-2020 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Call with Legal Decoder re: status of data publishing; Skadden analysis results | | | |
| 12-16-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Update exhibits for the october and november monthlys | | | |
| 12-17-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails with Bayard re: Judge Drain comments to fee app | | | |
| 12-18-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails re: transcript from 12/15 hearing | | | |
| 12-18-2020 | Thomas Bielli | [ALL] Case Administration | 0.30 | 350.00 | 105.00 |
| | | Review transcript from hearing on interim fees | | | |
| 12-23-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 350.00 | 175.00 |
| | | Final Review, filing of October Fee Statement | | | |
| 12-23-2020 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.50 | 350.00 | 175.00 |
| | | Final Review, filing of November Fee Statement | | | |
| 12-23-2020 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | Emails with Bk team re: continued fee review/issues to address | | | |
| 12-23-2020 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of Province's 14th monthly fee data; Receipt of Arnold & Porter's 14th monthly data; Receipt of Kramer Levin's 13th monthly fee statement; Receipt of King & Spalding's 15th monthly fee statement and corresponding data; Receipt of Davis Polk's 14th monthly fee statement; Receipt of E&Y's 5th monthly fee statement; Receipt of Skadden's 14th monthly fee statement and corresponding data; Receipt of Dechert's 14th monthly fee statement | | | |
| 12-23-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Review of Order Granting Third Interim Fee Applications; update agreed reductions in assignment log | | | |
| 12-23-2020 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt of PJT's 8th and 9th monthly data sets and correspondence to IB re: same; email correspondence with Legal Decoder re: data analysis publishing; Receipt of E&Y's 5th monthly data; Receipt of FTI's 13th monthly fee statement; | | | |
| 12-23-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 100.00 | 20.00 |
| | | Download Davis Polk 14th monthly fee app | | | |
| 12-23-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.30 | 100.00 | 30.00 |
| | | Final review october and november monthly fee apps | | | |
| 12-23-2020 | Tracey Nobis | [ALL] Case Administration | 0.30 | 195.00 | 58.50 |
| | | Review of 3rd Interim Hearing transcript; and correspondence to FE re: same | | | |
| 12-23-2020 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Review October and November monthly data circulate same | | | |