# Notice Recipients

District/Off: 0208−7     User:     Date Created: 2/16/2021
Case: 19−23649−rdd     Form ID: 143     Total: 4

**Recipients of Notice of Electronic Filing:**
aty     Eli J. Vonnegut     eli.vonnegut@davispolk.com
aty     Marshall Scott Huebner     marshall.huebner@davispolk.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Purdue Pharma L.P.     One Stamford Forum     201 Tresser Boulevard     Stamford, CT 06901
unk     Troy A. Pesina     Spokane County Jail     1100 W. Mallon Ave     Spokane, WA 99260

TOTAL: 2