**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF FOURTEENTH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | December 1, 2020 through December 31, 2020 |
| **Amount of Compensation Requested (after 13% discount):** | $100,729.91 |
| **Less 20% Holdback** | $20,145.98 |
| **Net of Holdback**: | $80,583.92 |
| **Amount of Expense Reimbursement Requested:** | $3,012.24 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $83,596.16 |
| **This is a** | X__ Monthly ____Interim ___ Final Fee Statement |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this fourteenth monthly fee statement (the "Fourteenth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from December 1, 2020 through December 31, 2020 (the "Fourteenth Monthly Fee Period"). By this Fourteenth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $83,596.16 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Fourteenth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.    Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fourteenth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]    The total amount sought for fees reflects (a) voluntary write offs in the amount of $612.50 and (b) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $15,664.10 for the Fourteenth Monthly Fee Period), for an overall voluntary reduction of approximately 13.5%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2020, Jones Day is using 2019 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 13.5% reduction.

hourly billing rate of Jones Day timekeepers during the Fourteenth Monthly Fee Period is approximately $676.04.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Fourteenth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Fourteenth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Fourteenth Monthly Fee Period.[5]

## NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Fourteenth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801, Attn: Justin R. Alberto and Daniel N. Brogan, Email: jalberto@bayardlaw.com and dbrogan@bayardlaw.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Fourteenth Monthly Fee Period.

[5]      The time records included in **Exhibit D** have been minimally redacted to protect privileged information.

(v) the fee examiner, Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.    Objections to this Fourteenth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than March 2, 2021 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

7.    If no objections to this Fourteenth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Fourteenth Monthly Fee Statement.

8.    To the extent that an objection to this Fourteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fourteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Fourteenth Monthly Fee Statement has

been made to this or any other court.

Dated: February 16, 2021                              /s/  Anna Kordas
        New York, NY                          JONES DAY
                                              John J. Normile
                                              Anna Kordas
                                              250 Vesey Street
                                              New York, NY 10281
                                              Telephone:     (212) 326-3939
                                              Facsimile:     (212) 755-7306
                                              Email:         jjnormile@jonesday.com
                                                             akordas@jonesday.com


                                              *Special Counsel to the Debtors and
                                              Debtors in Possession*

## EXHIBIT A

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**DECEMBER 1, 2020 – DECEMBER 31, 2020**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Thomas Bouvet | 1994 | $950.00 | $826.50 | 2.2 | $2,090.00 |
| Marta Delgado Echevarria | 1998 | $775.00 | $674.25 | .5 | $387.50 |
| Scott D. Lyne | 2001 | $1,050.00 | $913.50 | 6.5 | $6,825.00 |
| Alastair McCulloch | 1994 | $1,125.00 | $978.75 | 1.8 | $20,025.00 |
| Christopher Morrison | 2001 | $950.00 | $826.50 | .30 | $285.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | 41.7 | $51,082.50 |
| **TOTAL PARTNER:** | | | | **53.8** | **$63,395.00** |
| **COUNSEL** | | | | | |
| Indradeep Bhattacharya | 2005 | $920.00 | $800.40 | 1.8 | $1,656.00 |
| **TOTAL COUNSEL:** | | | | **1.8** | **$1,656.00** |
| **ASSOCIATE** | | | | | |
| Chané Buck | 2017 | $500.00 | $435.00 | 4.3 | $2,150.00 |
| Selien Coolen | 2015 | $450.00 | $391.50 | 2.5 | $1,125.00 |
| Colin Devinant | 2017 | $375.00 | $326.25 | 1.5 | $562.50 |
| Max Kober | 2012 | $500.00 | $435.00 | 2.0 | $1,000.00 |
| Anna Kordas | 2014 | $750.00 | $652.50 | 14.4 | $10,800.00 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | 13.6 | $8,228.00 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | 1.5 | $825.00 |
| Gulsen Taspinar | 2019 | $250.00 | $217.50 | 3.3 | $825.00 |
| **TOTAL ASSOCIATE:** | | | | **43.1** | **$25,515.50.00** |
| **LAW CLERK** | | | | | |
| Edoardo Coro | N/A | $225.00 | $195.75 | 2.5 | $562.50 |
| **TOTAL LAW CLERK** | | | | **2.5** | **$562.50** |
| **STAFF ATTORNEY** | | | | | |
| Lynne Fischer | 1996 | $525.00 | $456.75 | 45.4 | $23,835.00 |
| **TOTAL STAFF ATTORNEY:** | | | | **45.4** | **$23,835.00** |
| **PARALEGAL & STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $325.00 | $282.75 | 1.4 | $455.00 |
| Martin Ihle | N/A | $350.00 | $304.50 | .50 | $175.00 |
| Marguerite Melvin | N/A | $375.00 | $326.25 | .5 | $187.50 |
| **TOTAL LEGAL SUPPORT:** | | | | **2.4** | **$817.50** |
| **TOTAL:** | | | | **149** | **$115,781.50** |

**<u>EXHIBIT B</u>**

**COMPENSATION BY PROJECT CATEGORY**

**<u>DECEMBER 1, 2020 – DECEMBER 31, 2020</u>**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 9.9 | $7,495.50 |
| Intellipharmaceutics Corp. | .8 | $980.00 |
| Strategic Corporate Advice | 11.9 | $12,345.50 |
| Retention Matters | 72.9 | $47,140.00 |
| Accord Healthcare Inc. | 1.3 | $1,282.50 |
| Project Catalyst | 52.2 | $46,538.00 |
| **TOTAL** | 149 | **$115,781.50** |
| **13% DISCOUNT** | | **$15,051.60** |
| **TOTAL FEES** | | **$100,729.91** |

## EXHIBIT C

**EXPENSE SUMMARY**
**DECEMBER 1, 2020 – DECEMBER 31, 2020**

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $3,000.00 |
| United Parcel Service Charges | $12.24 |
| **TOTAL** | **$3,012.24** |

## EXHIBIT D

**TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

February 11, 2021                                                    305158-610005

Invoice: 33464890

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 7,495.50 |
| Less 13% Fee Discount | | (974.41) |
| | USD | 6,521.09 |
| **TOTAL** | **USD** | **6,521.09** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/33464890 WITH YOUR PAYMENT

JONES DAY

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

### TIMEKEEPER DETAIL SCHEDULE

|                    | Hours | Rate     | Amount   |
|--------------------|-------|----------|----------|
| PARTNER            |       |          |          |
| C M MORRISON       | 0.30  | 950.00   | 285.00   |
| J J NORMILE        | 3.10  | 1,225.00 | 3,797.50 |
| ASSOCIATE          |       |          |          |
| K MCCARTHY         | 4.60  | 605.00   | 2,783.00 |
| PARALEGAL          |       |          |          |
| J J DARENSBOURG    | 1.40  | 325.00   | 455.00   |
| PROJECT ASST       |       |          |          |
| M IHLE             | 0.50  | 350.00   | 175.00   |
| **TOTAL**          | **9.90** | **USD** | **7,495.50** |

JONES DAY

305158-610005                                                              Page 3
                                                                February 11, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals        Invoice:  33464890

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

12/05/20      J J NORMILE                                              0.80
Review of correspondence regarding execution of consulting agreements with former Rhodes Technology employees.

12/07/20      K MCCARTHY                                               1.00
Analyze litigation test results (0.6) and communicate with J. Normile regarding same (0.2); participate in client weekly teleconference regarding litigation status updates (0.2).

12/14/20      M IHLE                                                   0.50
Review Caselink and R Drive in search of documents per attorney request.

12/14/20      K MCCARTHY                                               1.40
((Analyze ███████████████ (0.8) and revise summary of same (0.2) )); prepare for (0.2) and participate in weekly client teleconference with J. Normile, A. Nicolais regarding litigation status updates (0.2).

12/14/20      J J NORMILE                                              1.00
Preparation for (0.3) and participation in weekly team teleconference with B. Koch, R. Inz, P. Hendler, K. McCarthy and A. Nicolais including discussion regarding document retention issues from Rhodes Technologies (0.2); related teleconferences with K. McCarthy and A. Nicolais (0.5).

12/15/20      J J DARENSBOURG                                          1.20
Review past Rhodes document productions for client input.

12/15/20      J J NORMILE                                              0.50
Review of correspondence from O. Langer regarding upcoming status conference before Judge Saylor and related emails and teleconferences.

12/16/20      K MCCARTHY                                               0.50
Attention to miscellaneous correspondence with co-counsel and opposing counsel regarding draft status letter to Court (0.2) and edits to same (0.3).

12/16/20      C M MORRISON                                             0.30
Review joint letter to court.

12/16/20      J J NORMILE                                              0.80
Revise draft letter to Judge Saylor regarding upcoming status conference (0.6) and related emails regarding same (0.2).

12/17/20      K MCCARTHY                                               1.00
Analyze litigation testing results (0.3) and revise internal summary of same (0.7).

12/21/20      K MCCARTHY                                               0.70
Prepare (0.2) and participate in weekly client teleconference with J. Normile, P. Hendler, and A. Nicolais regarding litigation status updates (0.3); communicate with P. Hendler regarding litigation test results (0.2).

12/23/20      J J DARENSBOURG                                          0.20
Manage shared database for attorneys of Joint Status Letter and Notice of Rescheduling of Status Conference.

**TOTAL**                                                             **9.90**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

February 11, 2021                                               305158-610013

Invoice: 33464907

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 980.00 |
| Less 13% Fee Discount | | (127.40) |
| | USD | 852.60 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| Hosting Charges | 3,000.00 |
| | 3,000.00 |

| **TOTAL** | **USD** | **3,852.60** |
|---|---|---|

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33464907 WITH YOUR PAYMENT

**JONES DAY**

305158-610013                                                         Page 2
                                                              February 11, 2021
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.        Invoice:  33464907

### TIMEKEEPER DETAIL SCHEDULE

|                | Hours | Rate     | Amount |
|----------------|-------|----------|--------|
| **PARTNER**    |       |          |        |
| J J NORMILE    | 0.80  | 1,225.00 | 980.00 |
| **TOTAL**      | **0.80** | **USD** | **980.00** |

## JONES DAY

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/07/20 | J J NORMILE | 0.80 |

Preparation for (0.1) and participation in weekly teleconference with B. Koch, R. Inz, R. Kreppel, P. Hendler, K. McCarthy and A. Nicolais (0.2); ████████████████████████████████████ ██████████████████████████ (0.5) )).

**TOTAL**                                                                              **0.80**

JONES DAY

305158-610013                                                                      Page 4
                                                                          February 11, 2021
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.             Invoice:  33464907

### DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **HOSTING CHARGES** | | | | |
| 12/08/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Hosting Charges - PACE ANALYTICAL SERVICES, LLC for November 2020 storage. | | | |
| 12/31/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Hosting Charges - PACE ANALYTICAL SERVICES, LLC for December 2020 storage. | | | |
| | **Hosting Charges Subtotal** | | | **3,000.00** |
| | **TOTAL** | | **USD** | **3,000.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

February 11, 2021                                                                 305158-610028

Invoice: 33464909

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2020:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 1,282.50 |
| Less 13% Fee Discount | | (166.72) |
| | USD | 1,115.78 |
| **TOTAL** | **USD** | **1,115.78** |

Please remit payment to:

**ACH Transfer (preferred)**            **Wire Transfer**
Citibank, N.A.                                    Citibank, N.A.
New York, NY                                    New York, NY
Account Name: Jones Day                Account Name: Jones Day
Account No: 37026407                     Account No: 37026407
ABA No: 021000089                        ABA No: 021000089
                                                         Swift Code: CITIUS33

PLEASE REFERENCE 305158-610028/33464909 WITH YOUR PAYMENT

**JONES DAY**

305158-610028                                                          Page 2
                                                              February 11, 2021
Accord Healthcare Inc.                                    Invoice:  33464909

TIMEKEEPER DETAIL SCHEDULE

|              | *Hours* | *Rate*   | *Amount* |
|--------------|---------|----------|----------|
| PARTNER      |         |          |          |
|  J J NORMILE | 0.80    | 1,225.00 | 980.00   |
| ASSOCIATE    |         |          |          |
|  K MCCARTHY  | 0.50    | 605.00   | 302.50   |
| **TOTAL**    | **1.30**| **USD**  | **1,282.50** |

**JONES DAY**

305158-610028                                                                                          Page 3
                                                                                              February 11, 2021
Accord Healthcare Inc.                                                                  Invoice:  33464909


SERVICES DETAIL SCHEDULE


*Date of Service*      *Timekeeper Name*                                          *Hours*

12/01/20      K MCCARTHY                                                          0.50
        Attention to miscellaneous internal and client correspondence regarding defendants' motion for extension
        of time to answer (0.5).

12/01/20      J J NORMILE                                                         0.80
        Review of various correspondence regarding Accord's request to file an unopposed motion to extend its
        time to answer.

**TOTAL**                                                                        **1.30**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

February 11, 2021                                                    305158-640003

                                                                 Invoice: 33464915

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2020:

| | | |
|---|---|---|
| Project Catalyst | USD | 46,538.00 |
| Less 13% Fee Discount | | (6,049.94) |
| | USD | 40,488.06 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| United Parcel Service Charges | 12.24 |
| | 12.24 |

**TOTAL**                                              **USD**        **40,500.30**

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                        Citibank, N.A.
New York, NY                          New York, NY
Account Name: Jones Day              Account Name: Jones Day
Account No: 37026407                 Account No: 37026407
ABA No: 021000089                    ABA No: 021000089
                                     Swift Code: CITIUS33

PLEASE REFERENCE 305158-640003/33464915 WITH YOUR PAYMENT

**JONES DAY**

305158-640003                                              Page 2
                                                    February 11, 2021
Project Catalyst                                  Invoice:  33464915

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| T BOUVET | 2.20 | 950.00 | 2,090.00 |
| M DELGADO ECHEVARRIA | 0.50 | 775.00 | 387.50 |
| S D LYNE | 6.50 | 1,050.00 | 6,825.00 |
| A MCCULLOCH | 1.80 | 1,125.00 | 2,025.00 |
| J J NORMILE | 20.40 | 1,225.00 | 24,990.00 |
| L SCHIONA | 0.80 | 875.00 | 700.00 |
| COUNSEL |  |  |  |
| I BHATTACHARYA | 1.80 | 920.00 | 1,656.00 |
| ASSOCIATE |  |  |  |
| S COOLEN | 2.50 | 450.00 | 1,125.00 |
| C DEVINANT | 1.50 | 375.00 | 562.50 |
| M KOBER | 2.00 | 500.00 | 1,000.00 |
| K MCCARTHY | 4.90 | 605.00 | 2,964.50 |
| A M NICOLAIS | 1.50 | 550.00 | 825.00 |
| G TASPINAR | 3.30 | 250.00 | 825.00 |
| LAW CLERK |  |  |  |
| E CORÒ | 2.50 | 225.00 | 562.50 |
| **TOTAL** | **52.20** | **USD** | **46,538.00** |

# JONES DAY

305158-640003                                                        Page 3
                                                              February 11, 2021

Project Catalyst                                              Invoice:  33464915

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**12/01/20    J J NORMILE                                            1.00**
Attention to preparation of ██████████████████ (0.6) and review of various correspondence
from B. Koch, Aleali and P. Hendler (0.4).

**12/07/20    A M NICOLAIS                                           0.40**
Drafting weekly updates (.3); weekly Purdue meeting (.1).

**12/08/20    S D LYNE                                               0.60**
Conferences (0.3) and correspondence (0.3) regarding retention of books and records.

**12/08/20    J J NORMILE                                            1.00**
Review of various correspondence from B. Koch, K. McCarthy and S. Lyne regarding retention of key
litigation documents.

**12/11/20    J J NORMILE                                            0.50**
Review of various correspondence relating to the retention of books and records from Rhodes
Technologies.

**12/12/20    J J NORMILE                                            0.50**
Review of additional correspondence regarding retention of various books and records of Rhodes
Technologies.

**12/14/20    S D LYNE                                               2.30**
Correspondence regarding APA Books and Records provisions (0.5); review APA (1.8).

**12/14/20    K MCCARTHY                                             2.10**
(( Revise ██████████████████ (0.5); communicate with S. Lyne and J.
Normile regarding ████████████ (0.9); analyze ██████████████ 
(0.5) and communicate with S. Lyne regarding same (0.2). )).

**12/14/20    A M NICOLAIS                                           0.60**
Draft weekly Purdue updates (0.3): weekly Purdue team meeting (0.3).

**12/15/20    S D LYNE                                               2.90**
Correspondence regarding Catalyst APA Books & Records provisions and amendments to same (0.5);
review APA Books & Records provisions (2.4).

**12/15/20    K MCCARTHY                                             2.00**
(( Revise ████████████████████ (1.0); attention to
miscellaneous correspondence (0.3) and teleconferences with J. Normile and S. Lyne regarding████████
██████████████████ (0.7).)).

**12/15/20    J J NORMILE                                            1.00**
Preparation for (0.3) and participation in (0.7) teleconference with K. McCarthy and S. Lyne regarding
retention of key documents and review of various drafts regarding same.

**12/21/20    K MCCARTHY                                             0.30**
Communicate with B. Koch and J. Normile regarding outstanding Project Catalyst issues (0.3).

**12/21/20    A M NICOLAIS                                           0.50**
Edits to Purdue weekly tracker (0.3); weekly Purdue meeting (0.2).

**12/22/20    K MCCARTHY                                             0.50**
Prepare for client teleconference regarding potential Project Catalyst amendment language (0.2); attention
to correspondence with B. Koch and J. Normile regarding same (0.3).

**JONES DAY**

305158-640003                                                         Page 4
                                                               February 11, 2021
Project Catalyst                                          Invoice:  33464915

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**12/22/20    J J NORMILE                                          1.50**
Preparation for (0.3) and participation in teleconference with K. McCarthy and B. Koch regarding various document retention issues (0.2); ████████████████████████████████████

**12/23/20    T BOUVET                                             0.50**
((Attending to John Normile's question regarding ████████████████████

**12/23/20    M DELGADO ECHEVARRIA                                 0.50**
((Reply to question on ██████████████████

**12/23/20    M KOBER                                              1.00**
((Review case law (0.8) and report to John Normile (0.2) ████████████████████

**12/23/20    A MCCULLOCH                                          0.80**
((Advising on ████████████████ (0.8), and liaising with FR, ES and DE attorneys ███
████████

**12/23/20    J J NORMILE                                          4.50**
Preparation for (0.4) and participation in (0.6) teleconference with K. McCarthy, J. Doyle, B. Koch, R. Aleali, R. Schlossberg, K. Ickes, M. Gibson and A. Gallogty ████████████████
████ various teleconference with foreign associates regarding same (1.5); review of correspondence from A. McCulloch, T. Bouvet and C. Paul regarding same (1.0); review of ████████████████
████████████████████ (0.7); various emails with B. Koch regarding same (0.3).

**12/24/20    S COOLEN                                             2.50**
((Analyze ██████████████████████████

**12/24/20    E CORÒ                                               2.50**
((Analyze ████████████████████████ (2.0).)); ((Draft ██████████████████
(0.5).)).

**12/24/20    A MCCULLOCH                                          0.30**
((Emails with J Normile ██████████████

**12/24/20    J J NORMILE                                          3.30**
((Continued attention to ██████████████████ (1.0); review ████████████████
██████████████ (1.5); review ████████████████████████
(.80).)).

**12/24/20    L SCHIONA                                            0.80**
((Review ██████████████████

**12/24/20    G TASPINAR                                           3.30**
((Research ████████████ (2.5); draft email to Alistair and John re foregoing (0.5); call with S. Coolen re foregoing (0.3). )).

**12/27/20    T BOUVET                                             0.70**
((Attend to John Normile's question regarding ████████████████████

**12/27/20    J J NORMILE                                          1.80**
((Review of ██████████ (0.8); related correspondence ████████████ (1.0).)).

**12/28/20    C DEVINANT                                           1.50**
((Review internal email exchanges between J. Normile, T. Bouvet and team regarding ████████████
████████████ (0.5); draft ████████████████████ (1.0).)).

JONES DAY

305158-640003                                                                                    Page 5
                                                                                    February 11, 2021
Project Catalyst                                                              Invoice:  33464915

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 12/28/20 | M KOBER | 1.00 |

Review various e-mails (0.2); review additional question by John Normile (0.3); draft response (0.5).

| 12/28/20 | A MCCULLOCH | 0.30 |

Emails with J Normile, instructing I Bhattacharya.

| 12/28/20 | J J NORMILE | 1.50 |

Review of various correspondence regarding amendments to APA from J. Doyle, K. Ickes, R. Aleali, A. McCulloch and T. Bouvet (0.5) and draft amendment language (1.0).

| 12/29/20 | I BHATTACHARYA | 1.80 |

((Reviewing ███████████████ (0.6); preparing ███████████ (0.8); discussing approach with A McCulloch (0.2); advise to J Normile (0.2).)).

| 12/29/20 | T BOUVET | 1.00 |

((Review of ████████████████████████████████
████████

| 12/29/20 | A MCCULLOCH | 0.40 |

((Reviewing ██████████████████████████

| 12/29/20 | J J NORMILE | 1.50 |

((Various correspondence ███████████████████████████████
█████████ (1.0); related emails with B. Koch and J. Doyle (0.5).)).

| 12/30/20 | S D LYNE | 0.70 |

Conferences and correspondence regarding retention of documents and APA amendment regarding same.

| 12/30/20 | J J NORMILE | 2.30 |

((Preparation for and participation in teleconference with J. Doyle and B. Koch regarding ████████ ████████ (0.8); review of ████████████████████████ (1.5).)).

**TOTAL**                                                                       **52.20**

JONES DAY

305158-640003                                                              Page 6
                                                                  February 11, 2021
Project Catalyst                                               Invoice:  33464915

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|---|---|---|---|---|
| **UNITED PARCEL SERVICE CHARGES** | | | | |
| 11/24/20 | K HORN | NYC | 12.24 | |
| | United Parcel Services Charges, Pablo Hendler, 1Z10445E0394894525 | | | |
| | **United Parcel Service charges Subtotal** | | | **12.24** |
| | **TOTAL** | | **USD** | **12.24** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

February 11, 2021                                                                                    305158-645001

Invoice: 33464917

PURDUE PHARMA L.P.
Attention: Roxana Aleali
Vice President, Corporate Law and Assistant Corporate
Secret
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2020:

| | | |
|---|---|---|
| Ongoing Strategic Initiatives | USD | 12,345.50 |
| Less 13% Fee Discount | | (1,604.91) |
| | USD | 10,740.59 |
| **TOTAL** | **USD** | **10,740.59** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-645001/33464917 WITH YOUR PAYMENT

**JONES DAY**

305158-645001                                                    Page 2
                                                         February 11, 2021
Ongoing Strategic Initiatives                           Invoice:  33464917

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 8.30 | 1,225.00 | 10,167.50 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 3.60 | 605.00 | 2,178.00 |
| **TOTAL** | **11.90** | **USD** | **12,345.50** |

JONES DAY

305158-645001

Ongoing Strategic Initiatives

Page 3
February 11, 2021
Invoice:  33464917

SERVICES DETAIL SCHEDULE



| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/29/20 | K MCCARTHY (CONFIDENTIAL MATTER) | 0.80 |
| 12/30/20 | K MCCARTHY (CONFIDENTIAL MATTER) | 1.30 |
| 12/30/20 | J J NORMILE (CONFIDENTIAL MATTER) | 3.50 |
| 12/31/20 | K MCCARTHY (CONFIDENTIAL MATTER) | 1.50 |
| 12/31/20 | J J NORMILE (CONFIDENTIAL MATTER) | 4.80 |
| **TOTAL** | | **11.90** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

February 11, 2021

305158-999007

Invoice: 33464918

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 47,140.00 |
| Less 13% Fee Discount | | (6,128.20) |
| | USD | 41,011.80 |
| **TOTAL** | **USD** | **41,011.80** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-999007/33464918 WITH YOUR PAYMENT

**JONES DAY**

305158-999007

Retention Matters

Page 2
February 11, 2021
Invoice:  33464918

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 8.30 | 1,225.00 | 10,167.50 |
| ASSOCIATE | | | |
| C BUCK | 4.30 | 500.00 | 2,150.00 |
| A KORDAS | 14.40 | 750.00 | 10,800.00 |
| STAFF ATTY | | | |
| L C FISCHER | 45.40 | 525.00 | 23,835.00 |
| PARALEGAL | | | |
| M M MELVIN | 0.50 | 375.00 | 187.50 |
| **TOTAL** | **72.90** | **USD** | **47,140.00** |

JONES DAY

305158-999007                                                            Page 3
                                                                February 11, 2021
Retention Matters                                               Invoice:  33464918

SERVICES DETAIL SCHEDULE

*Date of Service*        Timekeeper Name                              *Hours*

12/01/20        L C FISCHER                                            6.40
Analyze conflict inquiry reports covering approximately 4,000+ interested parties in conjunction with preparing the Firm's supplemental disclosure as special litigation counsel to the debtors.

12/02/20        L C FISCHER                                            4.30
Analyze conflict inquiry reports covering approximately 4000+ interested parties in conjunction with preparing the Firm's supplemental disclosure as special litigation counsel to the debtors.

12/02/20        A KORDAS                                              3.70
Review fee examiner letter (0.2); prepare response to same (1.4); review records in connection with same (0.7); revise November invoices for compliance with UST guidelines (1.4).

12/02/20        J J NORMILE                                           1.00
Attention to Purdue's Third Interim Fee Application (0.4) and revise November draft bills (0.6).

12/03/20        L C FISCHER                                            4.10
Analyze conflict inquiry reports covering approximately 4000+ interested parties in conjunction with preparing the Firm's supplemental disclosure as special litigation counsel to the debtors.

12/04/20        C BUCK                                                1.40
Update fee app worksheet for November fee statement.

12/04/20        A KORDAS                                              0.30
Review correspondence from J. Normile regarding fee examiner letter (0.2); call with J. Normile regarding same (0.1).

12/06/20        C BUCK                                                1.70
Draft November Fee Statement and exhibits in support.

12/07/20        C BUCK                                                0.80
Revise November fee statement.

12/07/20        C BUCK                                                0.40
Redact time entries for November fee statement exhibit.

12/07/20        L C FISCHER                                            4.10
Draft disclosure document for the Firm's supplemental disclosure as special litigation counsel to the debtors.

12/07/20        A KORDAS                                              1.70
Draft fee examiner letter (0.2); correspond with J. Normile regarding same (0.1); edit monthly fee statement (0.6); redact invoices for filing (0.7); correspond with J. Normile regarding same (0.1).

12/08/20        L C FISCHER                                            6.00
Edit disclosure document for the Firm's supplemental disclosure as special litigation counsel to the Debtors.

12/08/20        A KORDAS                                              1.90
Revise fee examiner letter (0.7); call with J. Normile regarding same (0.3); correspond with fee examiner regarding matter (0.1); finalize fee statement (0.8).

12/08/20        M M MELVIN                                            0.50
Redact (0.2), PDF and assemble (0.1) the November 2020 invoice with the 13th monthly fee statement and e-file (0.1); serve the 13th monthly fee statement by e-mail (0.1).

12/08/20        J J NORMILE                                           0.80
Attention to various matters relating to Jones Day's Third Interim Fee Petition.

JONES DAY

305158-999007                                                    Page 4
                                                       February 11, 2021
Retention Matters                                   Invoice:  33464918

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

12/09/20      L C FISCHER                              6.30
Revise disclosure document for the Firm's supplemental disclosure as special litigation counsel to the debtors.

12/09/20      A KORDAS                                 0.50
Prepare for (0.1) and participate in (0.4) conference with fee examiner regarding this interim fee application.

12/10/20      L C FISCHER                              5.00
Revise disclosure document in conjunction with preparing the Firm's supplemental disclosure as special litigation counsel for the debtors.

12/15/20      L C FISCHER                              2.50
Revise the Firm's supplemental disclosure as special litigation counsel to the debtors.

12/15/20      A KORDAS                                 1.70
Appear for hearing on third interim fee applications (1.6); confer with J. Normile regarding same (0.1).

12/15/20      J J NORMILE                              0.50
Attention to various issues relevant to upcoming fee application hearing including teleconference with A. Kordas (0.5).

12/16/20      L C FISCHER                              3.50
Revise the Firm's supplemental disclosure as special litigation counsel to the debtors.

12/17/20      L C FISCHER                              3.00
Revise disclosure document for the Firm's first supplemental disclosure as special litigation counsel to the debtors (2.8); email with A. Kordas regarding same (0.2).

12/17/20      J J NORMILE                              3.50
((Preparation for (0.4) and participation in (0.6) teleconference ██████████████████████
████████████████████████████████████ (0.5); review relevant background
materials regarding same (1.0); review ██████████████████████████████████████
██████████ (1.0).))

12/18/20      J J NORMILE                              2.50
((Preparation for (0.3) and participation in (0.7) teleconference ████████████████████
██████████████████████ review of relevant background
materials regarding same (0.6) and various teleconferences ██████████████████████
(0.9).))

12/22/20      A KORDAS                                 1.50
Draft supplemental disclosure and supporting declaration.

12/28/20      L C FISCHER                              0.20
Email communication with A. Kordas regarding comments for draft of the Firm's first supplemental disclosure as special litigation counsel to the debtors.

12/28/20      A KORDAS                                 3.10
Revise supplemental declaration in support of retention (0.8); revise supplemental disclosures (2.0); correspond with L. Fischer and J. Normile regarding matter (0.3).

**TOTAL**                                             **72.90**