UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.**, *et al.*,<br><br>Debtors.[1] | Case No. 19-23649 (RDD)<br><br>Chapter 11<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION FOR ENTRY OF ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 107(c) AND FED. R. BANKR. P. 9018 AUTHORIZING THE FILING OF CERTAIN INFORMATION AND EXHIBITS UNDER SEAL IN CONNECTION WITH THE MORTIMER D. SACKLER ICSP'S MOTION TO SEAL DOCUMENTS SUBMITTED IN CONNECTION WITH THE LIMITED OBJECTION TO THE MEDIA INTERVENORS' MOTION TO INTERVENE AND UNSEAL JUDICIAL RECORDS**

Upon the motion, dated February 18, 2021 (the "**Motion**")[2] of the Mortimer Sackler Initial Covered Sackler Persons ("**Side A ICSPs**"), for entry of an order (this "**Order**"), pursuant to 11 U.S.C. §§ 105(a) and 107(c) and Fed. R. Bankr. P. 9018, authorizing the Side A ICSPs to file under seal the exhibits and certain parts of the Declaration of Jasmine Ball submitted in connection with their Limited Objection ("**Limited Objection**") [Dkt. 2361] to the *Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to such term in the Motion.

*New & Media, Inc.* and the *Second Motion to Unseal Judicial Records by Media Intervenors Dow Jones & Co., Inc., Boston Globe Media Partners LLP, and Reuters News & Media Inc.*; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and no other or further notice of the Motion being required; and, after due deliberation, the Court having determined that the legal and factual bases set forth in the Motion establish good and sufficient cause for the relief granted herein, in that disclosure of the materials that the Side A ICSPs seek to file under seal would create an "undue risk" of "unlawful injury" to members of the Side A ICSPs if publicly disclosed on the docket and is therefore properly protected under 11 U.S.C. § 107(c) on the terms of this Order; now, therefore,

**IT IS HEREBY ORDERED THAT**

1. The Motion is hereby granted as set forth herein.

2. The Side A ICSPs are authorized to file the Declaration of Jasmine Ball and exhibits submitted in connection with their Limited Objection (the "**Sealed Documents**") under seal, by providing the Sealed Documents, with a copy of this Order to the Clerk of the Court, Attn.: Mimi Correa, in an envelope, either paper or electronic, prominently marked TO BE FILED UNDER SEAL. The Sealed Documents shall remain under seal, unless otherwise ordered by the Court or disclosed in accordance with the procedures outlined in the Protective Order entered in connection with this matter.

3. The Side A ICSPs have already filed the on the public docket the redacted Declaration of Jasmine Ball [DN 2362].

4. The Side A ICSPs are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. Entry of this Order is without prejudice to the rights of any party in interest in the Chapter 11 Cases or the U.S. Trustee to seek an order of this Court unsealing all or part of the Sealed Documents.

6. This Court shall retain jurisdiction with respect to any matters, rights or disputes arising from or related to this Order.

Dated: White Plains, New York
_____ \_\_, \_\_\_\_\_  _____

THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

3