Jasmine Ball
Maura Kathleen Monaghan
Jeffrey J. Rosen
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Beacon Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF HEARING ON THE MORTIMER D. SACKLER ICSP'S MOTION TO
SEAL DOCUMENTS SUBMITTED IN CONNECTION WITH THE LIMITED
OBJECTION TO THE MEDIA INTERVENORS' MOTION TO INTERVENE AND
UNSEAL JUDICIAL RECORDS**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration
number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue
Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma
Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P.
(8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas
Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio
Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience
Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes
Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes
Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma
LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at
One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

PLEASE TAKE NOTICE that on February 18, 2021, the Mortimer Sackler Initial Covered Sackler Persons[2] ("**Side A ICSPs**") filed a Motion to Seal Documents Submitted in Connection with their Limited Objection to the Media Intervenors' motion to Intervene and Unseal Judicial Records (the "Motion to Seal").

PLEASE TAKE FURTHER NOTICE a hearing on the Side A ICSPs Motion to Seal will be held on **March 24, 2021** at **10:00 a.m. (Prevailing Eastern Time)** (the "**Hearing**") before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"), or at such other time as the Bankruptcy Court may determine.

PLEASE TAKE FURTHER NOTICE that pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), the Hearing will be conducted telephonically.[3] Parties wishing to appear at, or attend, the Hearing must refer to and comply with the Bankruptcy Court's guidelines for telephonic appearance and make arrangements with Court Solutions LLC by telephone at (917) 746-7476.

---

[2]   The Mortimer Sackler ICSPs include Ilene Sackler Lefcourt, Kathe Sackler, Mortimer D.A. Sackler, and Theresa Sackler as well as trusts for their benefit and the trustees of those trusts. *See Amended and Restated Case Stipulation Among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties dated Nov. 20, 2019*, ¶ 1 [Dkt. No. 518].

[3]   A copy of General Order M-543 can be obtained by visiting http://www.nysb.uscourts.gov/news/courtoperations-under-exigent-circumstances-created-covid-19.

PLEASE TAKE FURTHER NOTICE that any responses or objections (the "Objections") to the Motion to Seal shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* entered on November 18, 2019 [ECF No. 498], so as to be filed and received no later than **March 17, 2021** at **4:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing and a failure to appear may result in relief being granted upon default; *provided* that objecting parties shall attend the Hearing telephonically[4] so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any

---

[4]   The Bankruptcy Court's procedures for telephonic appearances are available at:
http://www.nysb.uscourts.gov/telephonic-appearances-white-plains.

pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in

accordance with the procedures and fees set forth therein.


Dated:   February 18, 2021
         New York, New York


By:      */s/ Jasmine Ball*_____
         Jasmine Ball
         Maura Kathleen Monaghan
         Jeffrey J. Rosen
         DEBEVOISE & PLIMPTON LLP
         919 Third Avenue
         New York, New York 10022
         Telephone:  (212) 909-6000
         Facsimile:  (212) 909-6836
         Email:  jball@debevoise.com
                 mkmonaghan@debevoise.com
                 jrosen@debevoise.com

         *Attorneys for Beacon Company*