# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Purdue Pharma L.P. | CASE NO.: 19−23649−rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>06−1307484 | CHAPTER:  11 |

---

## NOTICE OF ADJOURNMENT OF HEARING

PLEASE TAKE NOTICE that the hearing scheduled for 2/17/2021 has been adjourned to 3/24/2021. The hearing will be heard by the Honorable Robert D. Drain at 10:00 AM to consider and act upon the following:

Motion to File Proof of Claim After Claims Bar Date filed by Troy A. Pesina. (Vargas, Ana) (Entered: 12/23/2020)

You will be required to appear telephonically for your hearing by dialing into the Court Solutions telephonic hearing service. Prior approval will not be required for your telephonic appearance through Court Solutions for hearings until further notice. You may register for your hearing by visiting www.CourtSolutions.com. You should register your appearance 7 days prior to your scheduled hearing.

When asked for the name of the Bankruptcy Court Staff member who granted permission for you to appear telephonically, please provide the following name:

Eddie Andino, Divisional Manager

APPLICABLE TO PRO SE DEBTORS ONLY: No fee is required for pro se debtors appearing telephonically. Please indicate to Court Solutions that you are a nonattorney or are appearing pro se. Court Solutions will be provided a preapproved list of pro se and nonattorney debtors who will be appearing telephonically.

Dated: February 16, 2021

Vito Genna
Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:                                                                      Case No. 19-23649-rdd

Purdue Pharma L.P.                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-7 | User: | Page 1 of 23 |
| Date Rcvd: Feb 16, 2021 | Form ID: 143 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Purdue Pharma L.P., One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901-3432 |
| unk | + | Troy A. Pesina, Spokane County Jail, 1100 W. Mallon Ave, Spokane, WA 99260-0320 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021               Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron H. Stulman | |
| | on behalf of Interested Party Walmart  Inc. astulman@potteranderson.com, bankruptcy@potteranderson.com |
| Aaron R. Cahn | |
| | on behalf of Defendant State of West Virginia  ex rel. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | |
| | on behalf of Creditor State of West Virginia  ex rel. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aisha Rich | |
| | on behalf of Creditor Board of Chicago School District No. 299 arich@findjustice.com |
| Alexander Lees | |
| | on behalf of Interested Party Raymond Sackler Family alees@milbank.com |

alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com

Alexander Gary Rheaume

on behalf of Creditor Silicon Valley Bank arheaume@mofo.com

Alexander M Gormley

on behalf of Attorney Alexander Michael Gormley agormley@slevinhart.com  ssavitsky@slevinhart.com

Alison Archer

on behalf of Creditor Ohio Attorney General alison.archer@ohioattorneygeneral.gov

Alison Gaske

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants gaskea@gilbertlegal.com

Amanda Quick

on behalf of Defendant State of Indiana amanda.quick@atg.in.gov  marie.baker@atg.in.gov

Amanda Quick

on behalf of Creditor State of Indiana amanda.quick@atg.in.gov  marie.baker@atg.in.gov

Andrea Law

on behalf of Unknown State of Illinois alaw@atg.state.il.us

Andrew M. Troop

on behalf of Creditor Ad Hoc Group of Non-Consenting States andrew.troop@pillsburylaw.com

Andrew Vincent Alfano

on behalf of Creditor Ad Hoc Group of Non-Consenting States andrew.alfano@pillsburylaw.com

Anna Kordas

on behalf of Debtor Purdue Pharma L.P. akordas@jonesday.com  cbuck@jonesday.com

Anne Andrews

on behalf of Creditor Ryan Hampton aa@andrewsthornton.com

Anne Gilbert Wallice

on behalf of Interested Party Noramco Coventry LLC anne.wallice@kirkland.com

Annemarie Belanger Mathews

on behalf of Creditor State of South Carolina  by and through Attorney General Alan Wilson amathews@scag.gov

Anthony Crawford

on behalf of Plaintiff Avrio Health L.P. acrawford@reedsmith.com

Anthony Crawford

on behalf of Plaintiff Rhodes Pharmaceuticals L.P. acrawford@reedsmith.com

Anthony Crawford

on behalf of Plaintiff Rhodes Technologies acrawford@reedsmith.com

Anthony Crawford

on behalf of Plaintiff Purdue Pharmaceutical Products L.P. acrawford@reedsmith.com

Anthony Crawford

on behalf of Plaintiff Purdue Pharma of Puerto Rico acrawford@reedsmith.com

Anthony Crawford

on behalf of Plaintiff Purdue Pharma Inc. acrawford@reedsmith.com

Anthony Crawford

on behalf of Plaintiff Purdue Pharma L.P. acrawford@reedsmith.com

Anthony Crawford

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. acrawford@reedsmith.com

Anthony Crawford

on behalf of Plaintiff Purdue Transdermal Technologies L.P. acrawford@reedsmith.com

Anthony Crawford

on behalf of Plaintiff Purdue Pharmaceuticals L.P. acrawford@reedsmith.com

Anthony D. Boccanfuso

on behalf of Spec. Counsel Arnold & Porter Kaye Scholer LLP Anthony.Boccanfuso@apks.com
ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso

on behalf of Debtor Purdue Pharma L.P. Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Ashley Crawford

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
avcrawford@akingump.com

Ashley Keller

District/off: 0208-7                          User:                                Page 3 of 23
Date Rcvd: Feb 16, 2021                    Form ID: 143                          Total Noticed: 2

on behalf of Defendant State of Arizona  ex rel. Mark Brnovich, Attorney General ack@kellerlenkner.com

Ben Harrington

on behalf of Creditor City of Seattle benh@hbsslaw.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Transdermal Technologies L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma of Puerto Rico kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma Inc. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Rhodes Pharmaceuticals L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Debtor Purdue Pharma L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Rhodes Technologies kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Avrio Health L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharmaceuticals L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharmaceutical Products L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Bernard Ardavan Eskandari

on behalf of Defendant The People of the State of California bernard.eskandari@doj.ca.gov

Bernard Ardavan Eskandari

on behalf of Creditor The People of the State of California bernard.eskandari@doj.ca.gov

Beth Kaswan

on behalf of Defendant Town of Springfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Natick bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Cambridge bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Canton bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Worcester bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Haverhill bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Norwich bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Worcester bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Springfield  Mass. bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Wakefield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Lynnfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Middletown bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Framingham bkaswan@scott-scott.com

District/off: 0208-7                                    User:                                    Page 4 of 23
Date Rcvd: Feb 16, 2021                         Form ID: 143                          Total Noticed: 2

Beth Kaswan
                    on behalf of Defendant City of Chicopee bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor Town of Wakefield bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City of Salem bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City of Haverhill bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City of Trenton bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor Town of Lynnfield bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City Of Paterson  New Jersey bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant Town of Wethersfield bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City of Framingham bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor City of Salem bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant Town of Canton bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant Town of Randolph bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City of Portsmouth bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant Town of Natick bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor City of Gloucester bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor City of Cambridge bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor Town of Randolph bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant City of Gloucester bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Creditor City of Chicopee bkaswan@scott-scott.com

Beth Kaswan
                    on behalf of Defendant Town of Enfield bkaswan@scott-scott.com

Brady C. Williamson
                    on behalf of Creditor Tennessee Plaintiffs bwilliamson@gklaw.com

Brady C. Williamson
                    on behalf of Creditor Arkansas Plaintiffs bwilliamson@gklaw.com

Brendan O'Neil
                    on behalf of Creditor State of Maine brendan.oneil@maine.gov

Brett T DeLange
                    on behalf of Defendant State of Idaho  Through Attorney General Lawrence G. Wasden brett.delange@ag.idaho.gov

Brett T DeLange
                    on behalf of Creditor State of Idaho  Through Attorney General Lawrence G. Wasden brett.delange@ag.idaho.gov

Brian Edmunds
                    on behalf of Creditor State Of Maryland bedmunds@oag.state.md.us

Brian S. Masumoto
                    on behalf of U.S. Trustee United States Trustee nysbnotice@gmail.com

CRG Financial LLC
                    on behalf of Creditor CRG Financial LLC notices@CRGfinancial.com

District/off: 0208-7                                    User:                                              Page 5 of 23
Date Rcvd: Feb 16, 2021                            Form ID: 143                                    Total Noticed: 2

CRG Financial LLC
on behalf of Creditor CRG Financial  LLC as Assignee of Fike Corporation notices@CRGfinancial.com

Carol E. Momjian
on behalf of Creditor Commonwealth of Pennsylvania cmomjian@attorneygeneral.gov

Catherine Steege
on behalf of Creditor McKesson Corporation csteege@jenner.com  jeffrey_cross@discovery.com

Celeste Brustowicz
on behalf of Unknown Kara Trainor Brucato cbrustowicz@sch-llc.com  lrichardson@clfnola.com

Charles Wysong
on behalf of Creditor Board of Chicago School District No. 299 cwysong@hsplegal.com

Chiung-Hui Huang
on behalf of Creditor The Board of Education of Thornton Fractional Township High School District 215 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor The Board of Education of East Aurora School District 131 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor Board of Chicago School District No. 299 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor The Board of Education of Thornton Township High School District 205 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor Board of Education of Thornton Township High School District 205 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor Board of Education of East Aurora School District 131 chuang@hslawyers.com

Chiung-Hui Huang
on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 chuang@hslawyers.com

Christopher A. Lynch
on behalf of Creditor AmerisourceBergen Drug Corporation clynch@reedsmith.com

Christopher B Spuches
on behalf of Creditor Attorney General  State of Florida cbs@ecclegal.com,
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches
on behalf of Defendant State of Florida  Office of the Attorney General, Department of Legal Affairs cbs@ecclegal.com,
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Clayton Matheson, I
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
cmatheson@akingump.com

Constantine Dean Pourakis
on behalf of Creditor Eric Hestrup  et al. cp@stevenslee.com

Corey Roush
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
croush@akingump.com

Cyrus Mehri
on behalf of Creditor Board of Education of East Aurora School District 131 cmehri@findjustice.com

Cyrus Mehri
on behalf of Creditor Board of Education of Thornton Township High School District 205 cmehri@findjustice.com

Cyrus Mehri
on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 cmehri@findjustice.com

Cyrus Mehri
on behalf of Creditor Board of Chicago School District No. 299 cmehri@findjustice.com

Cyrus Mehri
on behalf of Creditor La Rue County School District  Kentucky cmehri@findjustice.com

Cyrus Mehri
on behalf of Creditor Bullitt County School District  Kentucky cmehri@findjustice.com

Daniel Walfish
on behalf of Unknown Bankruptcy Professors as Amici Curiae dwalfish@walfishfissell.com

Daniel H. Slate
on behalf of Creditor McKesson Corporation dslate@buchalter.com

Daniel R Brice
> on behalf of Creditor Plumbers & Steamfitters Local 267 Insurance Fund drbrice@bklawyers.com

Daniel S. Connolly
> on behalf of Unknown Richard Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly
> on behalf of Unknown Jonathan Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly
> on behalf of Unknown Beverly Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly
> on behalf of Unknown David Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Darlene M. Nowak
> on behalf of Creditor Giant Eagle  Inc. nowak@marcus-shapira.com

David Zwally
> on behalf of Interested Party Pharmaceutical Research Associates L.P. dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party Vitamerican Chemicals  Inc. dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party IAF Corporation dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party Nappwood Land Corporation dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party Rhodes Pharmaceuticals Inc. dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party Coventry Technologies L.P. dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party The Purdue Frederick Company Inc. dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party BR Holdings Associates Inc. dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party RSJ Company L.P. dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party The Seven Hundred Realty Corporation dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party Purdue Biopharma L.P. dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party Pharma Technologies Inc. dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party Pharma Associates L.P. dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party Hospice Provident LLC dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party Connecticut Avenue Realty Co.  Inc. dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party Avrio Health Inc. dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party Purdue Biopharma Inc. dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party PLP Associates Holding Inc. dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party Sawwood Land Corporation dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party PLP Associates Holdings L.P. dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party Vitamerican Corporation dzwally@haugpartners.com

David Zwally
> on behalf of Interested Party TXP Services  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Essential Raw Materials dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Purdue Pharma Technologies Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Rhodes Technologies Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Pharma Associates Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party BR Holdings Associates L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party The P.F. Laboratories  Inc dzwally@haugpartners.com

David Zwally
on behalf of Interested Party One Stamford Realty L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Caas Leasing  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Midvale Chemical Company dzwally@haugpartners.com

David Zwally
on behalf of Interested Party PRA Holdings  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party New Suffolk Holdings LLP dzwally@haugpartners.com

David Zwally
on behalf of Interested Party E.R.G. Realty  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Purdue Healthcare Technologies L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party One Stamford Land Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Purdue Healthcare Technologies Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Pharmaceutical Research Associates  Inc dzwally@haugpartners.com

David Zwally
on behalf of Interested Party The Terramar Foundation  Inc. dzwally@haugpartners.com

David Eli Nachman
on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York
david.nachman@ag.ny.gov

David Eli Nachman
on behalf of Creditor People of the State of New York david.nachman@ag.ny.gov

Dawn Stewart
on behalf of Creditor Board of Chicago School District No. 299 dstewart@thestewartlawfirm.com

Denise Mondell
on behalf of Creditor State of Connecticut denise.mondell@ct.gov

Dennis Windscheffel
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
dwindscheffel@akingump.com

Dina L. Yunker Frank
on behalf of Interested Party Washington State Department of Revenue bcuyunker@atg.wa.gov

Donald K. Ludman
on behalf of Unknown SAP America  Inc. dludman@brownconnery.com

Dorothy White-Coleman
on behalf of Unknown City of Bellefontaine Neighbors  Missouri whitecoleman@whitecoleman.net

Edward E. Neiger
on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. eneiger@askllp.com
lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Eleanor M. Mullen
on behalf of Creditor State of Connecticut eleanor.mullen@ct.gov

District/off: 0208-7                                    User:                                    Page 8 of 23
Date Rcvd: Feb 16, 2021                           Form ID: 143                           Total Noticed: 2

Eli J. Vonnegut

on behalf of Debtor Nayatt Cove Lifescience Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharma of Puerto Rico eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Quidnick Land L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Rhodes Pharmaceuticals L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Neuroscience Company eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharma L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Avrio Health L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Rhodes Technologies eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Interested Party PJT Partners LP eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Purdue Pharma Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Rhodes Associates L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharma Manufacturing L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Purdue Pharmaceutical Products L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Greenfield BioVentures L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Button Land L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Adlon Therapeutics L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Purdue Transdermal Technologies L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor SVC Pharma Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Seven Seas Hill Corp. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor SVC Pharma LP eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Paul Land Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Purdue Pharma Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Avrio Health L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Rhodes Technologies eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Debtor Ophir Green Corp. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Purdue Pharma of Puerto Rico eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut

on behalf of Plaintiff Purdue Pharma L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor UDF LP eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharmaceutical Products L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Transdermal Technologies L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharmaceuticals L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Imbrium Therapeutics L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharmaceuticals L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Elisha D. Graff
on behalf of Interested Party PJT Partners LP egraff@stblaw.com

Elizabeth Scott
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al. edscott@akingump.com

Elizabeth A Citrin
on behalf of Creditor Buffalow  et al. elizabeth@elizabethcitrin.com

Emily Brown
on behalf of Creditor Board of Chicago School District No. 299 ebrown@hsplegal.com

Eric Goldstein
on behalf of Interested Party United HealthCare Services  Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric J. Snyder
on behalf of Creditor State of Alabama esnyder@wilkauslander.com  jstauder@wilkauslander.com

Eric John Maloney
on behalf of Defendant State of Minnesota by its Attorney General  Keith Ellison eric.maloney@ag.state.mn.us

Eric John Maloney
on behalf of Creditor State of Minnesota eric.maloney@ag.state.mn.us

Eric M. Gold
on behalf of Defendant Commonwealth of Massachusetts eric.gold@state.ma.us

Eric M. Gold
on behalf of Creditor Commonwealth of Massachusetts eric.gold@state.ma.us

Erin West
on behalf of Creditor Tennessee Plaintiffs ewest@gklaw.com  kboucher@gklaw.com;elewerenz@gklaw.com

Erin West
on behalf of Creditor Arkansas Plaintiffs ewest@gklaw.com  kboucher@gklaw.com;elewerenz@gklaw.com

Evan Romanoff
on behalf of Creditor State of Minnesota evan.romanoff@ag.state.mn.us

Evan M. Jones
on behalf of Interested Party Ortho-McNeil-Janssen Pharmaceuticals  Inc. n/k/a Janssen Pharmaceuticals, Inc. ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Evan M. Jones
on behalf of Interested Party Janssen Pharmaceutica  Inc. n/k/a Janssen Pharmaceuticals, Inc. ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Evan M. Jones
on behalf of Interested Party Johnson & Johnson ejones@omm.com  evan-jones-5677@ecf.pacerpro.com

Evan M. Jones
on behalf of Interested Party Janssen Pharmaceuticals  Inc. ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Gary A. Gotto
on behalf of Creditor Nez Perce Tribe ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Thurston County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Humboldt County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Thornton ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Brighton ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Saint Regis Mohawk Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Pierce County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Burlington ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Mount Vernon ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor San Juan County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Mohave County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor The Makah Indian Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City and County of Denver ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Clark County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Lakewood ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Westminster ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Yuma County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Mesa County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Maricopa County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Eureka ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Skagit County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Cochise County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Arizona Counties Insurance Pool ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Whatcom County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Mount Vernon School District ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Northglenn ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Arizona School Alliance for Workers' Compensation ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Boulder County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City and County of Broomfield ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Santa Barbara County ggotto@kellerrohrback.com

District/off: 0208-7
Date Rcvd: Feb 16, 2021
User:
Form ID: 143
Page 11 of 23
Total Noticed: 2

Gary A. Gotto

on behalf of Creditor Arapahoe County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Unknown City of Federal Heights ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Franklin County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Lummi Tribe of the Lummi Reservation ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Town of Hudson ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Adams County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Chelan County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Fremont County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Ada County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Missoula County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Teller County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Spokane County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Commerce City ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Clallam County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Walla Walla County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Navajo County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Sedro-Woolley School District ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Greeley ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Olympia ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Northwest Arizona Employee Benefit Trust ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Bainbridge ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Arizona Municipal Risk Retention Pool ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Tri-County Health Department ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Jefferson County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Larimer County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Spokane ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Kitsap County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Kingman ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Black Hawk ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Tacoma ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Vancouver ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Aurora ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor La Conner School District ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Anacortes ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Sedro-Woolley ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Tulalip Tribes ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor King County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Whitman County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Sheridan ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor City of Kent ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Island County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Lincoln County ggotto@kellerrohrback.com

Gary A. Gotto
    on behalf of Creditor Kittitas County ggotto@kellerrohrback.com

Gary D. Bressler
    on behalf of Creditor Westchester Fire Insurance Company gbressler@mdmc-law.com
    scarney@mdmc-law.com;nleonard@mdmc-law.com

George Calhoun, IV
    on behalf of Unknown Ironshore Specialty Insurance Company george@ifrahlaw.com

George Robert Gage, Jr
    on behalf of Unknown Allergan Finance LLC grgage@gagespencer.com

George W. Shuster, Jr.
    on behalf of Debtor Purdue Pharma L.P. george.shuster@wilmerhale.com
    WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Gerard Uzzi
    on behalf of Interested Party Raymond Sackler Family guzzi@milbank.com
    jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
    l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
    on behalf of Unknown Richard Sackler guzzi@milbank.com
    jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
    l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
    on behalf of Unknown Jonathan Sackler guzzi@milbank.com
    jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
    l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
    on behalf of Unknown Jonathan Sackler guzzi@milbank.com
    jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
    l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
    on behalf of Unknown Dr. Richard Sackler  Jonathan Sackler, David Sackler, and Beverly Sackler guzzi@milbank.com,
    jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
    l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
    on behalf of Unknown David Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
    on behalf of Interested Party The Raymond Sackler Family guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
    on behalf of Unknown Beverly Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com;mmuscara@Milbank.com

Gillian Feiner
    on behalf of Defendant Commonwealth of Massachusetts gillian.feiner@mass.gov

Gillian Feiner
    on behalf of Creditor Commonwealth of Massachusetts gillian.feiner@mass.gov

Gregory Dale Willard
    on behalf of Creditor State of Missouri  by its Attorney General Eric S. Schmitt gwillard@dubllc.com

Gregory P. Joseph
    on behalf of Unknown Jonathan Sackler gjoseph@jhany.com

Gregory P. Joseph
    on behalf of Unknown Beverly Sackler gjoseph@jhany.com

Gregory P. Joseph
    on behalf of Unknown Richard Sackler gjoseph@jhany.com

Gregory P. Joseph
    on behalf of Unknown David Sackler gjoseph@jhany.com

Heather M Crockett
    on behalf of Defendant State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Heather M Crockett
    on behalf of Creditor State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Ilana Volkov
    on behalf of Creditor Ad Hoc Group of Hospitals ivolkov@mcgrailbensinger.com  ivolkov@mcgrailbensinger.com

Ira Burnim
    on behalf of Unknown Kennedy Forum and other national organizations irabster@gmail.com

Ira S. Dizengoff
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

J. Christopher Shore
    on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. cshore@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com

Jake Holdreith
    on behalf of Unknown Collegium Pharmaceutical  Inc. jholdreith@robinskaplan.com,
bmiller@robinskaplan.com;tbarrett@robinskaplan.com;cmay@robinskaplan.com

James Stempel
    on behalf of Interested Party Noramco Coventry LLC jstempel@kirkland.com

James Franklin Ozment, I
    on behalf of Plaintiff Creighton Bloyd frankozmentlaw@gmail.com

James Franklin Ozment, I
    on behalf of Plaintiff Charles Fitch frankozmentlaw@gmail.com

James I. McClammy
    on behalf of Debtor Purdue Pharma L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Avrio Health L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Purdue Pharma L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Rhodes Technologies james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
on behalf of Plaintiff Purdue Pharma Inc. james.mcclammy@davispolk.com ecf.ct.papers@davispolk.com

James I. McClammy
on behalf of Plaintiff Purdue Transdermal Technologies L.P. james.mcclammy@davispolk.com ecf.ct.papers@davispolk.com

James I. McClammy
on behalf of Plaintiff Purdue Pharma of Puerto Rico james.mcclammy@davispolk.com ecf.ct.papers@davispolk.com

James I. McClammy
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. james.mcclammy@davispolk.com ecf.ct.papers@davispolk.com

James I. McClammy
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. james.mcclammy@davispolk.com ecf.ct.papers@davispolk.com

James I. McClammy
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. james.mcclammy@davispolk.com ecf.ct.papers@davispolk.com

James I. McClammy
on behalf of Plaintiff Purdue Pharmaceuticals L.P. james.mcclammy@davispolk.com ecf.ct.papers@davispolk.com

James T. Boffetti
on behalf of Creditor State of New Hampshire james.boffetti@doj.nh.gov janet.demers@doj.nh.gov

Jamie Fell
on behalf of Interested Party PJT Partners LP jamie.fell@stblaw.com

Jasmine Ball
on behalf of Unknown Beacon Company jball@debevoise.com cponeal@debevoise.com;nquigley@debevoise.com

Jay Teitelbaum
on behalf of Creditor Community Health Systems Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Jay Teitelbaum
on behalf of Unknown Community Health Systems Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Jeffrey K. Garfinkle
on behalf of Creditor McKesson Corporation on behalf of itself and certain corporate affiliates jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com

Jeffrey K. Garfinkle
on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com dcyrankowski@buchalter.com;docket@buchalter.com

Jenna A Hudson
on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants hudsonj@gilbertlegal.com

Jenna A Hudson
on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants hudsonj@gilbertlegal.com

Jennifer B Lyday
on behalf of Creditor State of North Carolina notice@waldrepwall.com

Jennifer Lynn Vandermeuse
on behalf of Interested Party State of Wisconsin vandermeusejl@doj.state.wi.us radkeke@doj.state.wi.us

Jennifer Lynn Vandermeuse
on behalf of Defendant State of Wisconsin vandermeusejl@doj.state.wi.us radkeke@doj.state.wi.us

Jeremy Pearlman
on behalf of Creditor State of Connecticut jeremy.pearlman@ct.gov

Jeremy C. Kleinman
on behalf of Interested Party Walgreen Co. and certain corporate affiliates and subsidiaries jkleinman@fgllp.com

Jill Abrams
on behalf of Creditor The State of Vermont by and through Attorney General Thomas J. Donovan Jr. jill.abrams@vermont.gov

Joanna Lydgate
on behalf of Creditor Commonwealth of Massachusetts joanna.lydgate@mass.gov

Joel Shafferman
on behalf of Creditor Casey David Nadolski shaffermanjoel@gmail.com

John Michael Connolly
on behalf of Creditor Attorney General State of Arizona mike@consovoymccarthy.com

John Wayne Hogan
on behalf of Creditor Board of Chicago School District No. 299 hogan@terrellhogan.com

Jonathan Watson Cuneo

on behalf of Creditor Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
jonc@cuneolaw.com

Jordan S. Blask

on behalf of Creditor Thermo Fisher Scientific jblask@fbtlaw.com  agilbert@tuckerlaw.com

Joseph D. Frank

on behalf of Interested Party Walgreen Co. and certain corporate affiliates and subsidiaries jfrank@fgllp.com
csucic@fgllp.com;csmith@fgllp.com

Joseph L Mulvey

on behalf of Creditor Lou Ann Marocco Trustee for the Bankruptcy Estate of Kevin D. Sullivan joseph@mulveylawllc.com

Joshua Karsh

on behalf of Creditor Board of Chicago School District No. 299 pleadings@findjustice.com

Joshua Karsh

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 pleadings@findjustice.com

Joshua Karsh

on behalf of Creditor Board of Education of Thornton Township High School District 205 pleadings@findjustice.com

Joshua Karsh

on behalf of Creditor Independent Public School Districts pleadings@findjustice.com

Joshua Karsh

on behalf of Creditor Board of Education of East Aurora School District 131 pleadings@findjustice.com

Judith Aurora Yosepha Fiorentini

on behalf of Creditor The People of the State of California judith.fiorentini@doj.ca.gov

Julie Elizabeth Cohen

on behalf of Debtor Purdue Pharma L.P. julie.cohen@skadden.com

Justino D Petrarca

on behalf of Creditor Board of Education of East Aurora School District 131 jpetrarca@edlawyer.com  emcnulty@edlawyer.com

Justino D Petrarca

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 jpetrarca@edlawyer.com
emcnulty@edlawyer.com

Justino D Petrarca

on behalf of Creditor Board of Education of Thornton Township High School District 205 jpetrarca@edlawyer.com
emcnulty@edlawyer.com

Katherine McCraw

on behalf of Creditor NC Dept. of Health and Human Services kmccraw@ncdoj.gov
kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov

Katherine Stadler

on behalf of Creditor Tennessee Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler

on behalf of Creditor Arkansas Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler

on behalf of Defendant Tennessee Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler

on behalf of Defendant Arkansas Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Kathryn Blake

on behalf of Creditor People of the State of New York kathryn.blake@ag.ny.gov

Kathryn Blake

on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York
kathryn.blake@ag.ny.gov

KatieLynn B Townsend

on behalf of Intervenor Dow Jones & Company  Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc.
ktownsend@rcfp.org

Kenneth H. Eckstein

on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
keckstein@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Kenneth H. Eckstein

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
keckstein@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Kevin C. Maclay

on behalf of Unknown Multi-State Governmental Entities Group cecilia-guerrero-caplin-6140@ecf.pacerpro.com

Kimberly P. Massicotte
on behalf of Creditor State of Connecticut kimberly.massicotte@ct.gov

Lara J Fogel
on behalf of Creditor State of New Jersey lfogel@levinelee.com

Lara J Fogel
on behalf of Defendant State of New Jersey lfogel@levinelee.com

Laura Femino
on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. laura.femino@whitecase.com

Laura McFarlane
on behalf of Interested Party State of Wisconsin mcfarlanele@doj.state.wi.us

Laurel D. Roglen
on behalf of Creditor DuPont de Nemours  Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Lauren Guth Barnes
on behalf of Creditor Blue Cross Blue Shield Association lauren@hbsslaw.com  purduebankruptcy@hbsslaw.com

Laurie Rubinow
on behalf of Unknown Ad Hoc Group of Self-Funded Health Plans lrubinow@sfmslaw.com

Lawrence Fogelman
on behalf of Unknown United States of America lawrence.fogelman@usdoj.gov

Lawrence L. Tong
on behalf of Creditor State of Hawaii ex rel. Clare E. Connors  Attorney General lawrence.l.tong@hawaii.gov, mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov

Leah M. Eisenberg
on behalf of Creditor CVS Caremark Part D Services  L.L.C. leisenberg@foley.com, leisenberg@foley.com

Leah M. Eisenberg
on behalf of Creditor CaremarkPCS Health  L.L.C. leisenberg@foley.com, leisenberg@foley.com

Leslie A. Eaton
on behalf of Creditor Colorado Attorney General leslie.eaton@coag.gov

Leslie A. Eaton
on behalf of Creditor Colorado Department of Law leslie.eaton@coag.gov

Leslie A. Goller
on behalf of Creditor Board of Chicago School District No. 299 lgoller@terrellhogan.com

Linda Singer
on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants lsinger@motleyrice.com

Linda Singer
on behalf of Unknown State of Utah lsinger@motleyrice.com

Linda J Conti
on behalf of Creditor State of Maine linda.conti@maine.gov

Lisa A Szymanski
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Purdue Pharma of Puerto Rico lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Purdue Transdermal Technologies L.P. lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Rhodes Technologies lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Purdue Pharma Inc. lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Purdue Pharma L.P. lszymanski@reedsmith.com

Lisa A Szymanski
on behalf of Plaintiff Avrio Health L.P. lszymanski@reedsmith.com

Lisa A Szymanski

District/off: 0208-7
Date Rcvd: Feb 16, 2021

User:

Form ID: 143

Page 17 of 23

Total Noticed: 2

on behalf of Plaintiff Purdue Pharmaceuticals L.P. lszymanski@reedsmith.com

Lori A. Butler

on behalf of Creditor Pension Benefit Guaranty Corporation butler.lori@pbgc.gov  efile@pbgc.gov

Louis J. Testa

on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York
louis.testa@ag.ny.gov

Louis J. Testa

on behalf of Creditor People of the State of New York louis.testa@ag.ny.gov

Lowell W. Finson

on behalf of Creditor Anne Alexander  et al. lowellwfinson@gmail.com

Mai Lan G. Rodgers

on behalf of Creditor Pension Benefit Guaranty Corporation rodgers.mailan@pbgc.gov  efile@pbgc.gov

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharmaceuticals L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Rhodes Pharmaceuticals L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Debtor Purdue Pharma L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharmaceutical Products L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharma Inc. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharma L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Rhodes Technologies mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Pharma of Puerto Rico mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Avrio Health L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc Joseph Tobak

on behalf of Plaintiff Purdue Transdermal Technologies L.P. mtobak@dpw.com  ecf.ct.papers@davispolk.com

Marc P Gertz

on behalf of Creditor Northeast Ohio School Board Group mpgertz@gertzrosen.com

Margaret Truesdale

on behalf of Creditor Board of Chicago School District No. 299 mtruesdale@hsplegal.com

Mark Krueger

on behalf of Creditor State of Nevada mkrueger@ag.nv.gov  dpotnar@ag.nv.gov,jwhitson@ag.nv.gov,lmtucker@ag.nv.gov

Mark Tate

on behalf of Attorney Village of Amityville  NY, et al. wkell@tatelawgroup.com

Mark S. Dym

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 mdym@hsplegal.com

Mark S. Dym

on behalf of Creditor Board of Education of Thornton Township High School District 205 mdym@hsplegal.com

Mark S. Dym

on behalf of Creditor Board of Education of East Aurora School District 131 mdym@hsplegal.com

Mark S. Dym

on behalf of Creditor Board of Chicago School District No. 299 mdym@hsplegal.com

Marshall C. Turner

on behalf of Creditor Ascent Health Services marshall.turner@husch.com  marshall.turner-8668@ecf.pacerpro.com

Marshall C. Turner

on behalf of Creditor Express Scripts  Inc. marshall.turner@husch.com, marshall.turner-8668@ecf.pacerpro.com

Marshall C. Turner

on behalf of Creditor Express Scripts Senior Care Holdings  Inc. marshall.turner@husch.com,

District/off: 0208-7 | User: | Page 18 of 23
Date Rcvd: Feb 16, 2021 | Form ID: 143 | Total Noticed: 2

marshall-turner-8668@ecf.pacerpro.com

Marvin E. Clements, Jr.

on behalf of Creditor Tennessee Attorney General's Office agbanknewyork@ag.tn.gov

Marvin E. Clements, Jr.

on behalf of Creditor TN Dept of Revenue agbanknewyork@ag.tn.gov

Matthew J. Gold

on behalf of Defendant State of Washington mgold@kkwc.com

Matthew J. Gold

on behalf of Interested Party State of Washington mgold@kkwc.com

Matthew J. Piers

on behalf of Creditor Board of Education of Thornton Township High School District 205 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers

on behalf of Creditor The Board of Education of Thornton Township High School District 205 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers

on behalf of Creditor The Board of Education of East Aurora School District 131 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers

on behalf of Creditor The Board of Education of Thornton Fractional Township High School District 215 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers

on behalf of Creditor Board of Chicago School District No. 299 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers

on behalf of Creditor Board of Education of East Aurora School District 131 mpiers@hsplegal.com
rortiz@hsplegal.com;docketing@hsplegal.com

Mawerdi Hamid

on behalf of Creditor State of Minnesota mawerdi.hamid@ag.state.mn.us

Megan Paris Rundlet

on behalf of Defendant State of Colorado megan.rundlet@coag.gov

Megan Paris Rundlet

on behalf of Creditor Colorado Attorney General megan.rundlet@coag.gov

Melanie L. Cyganowski

on behalf of Creditor State of Texas  acting by and through the Attorney General of Texas, Ken Paxton mcyganowski@oshr.com,
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melanie L. Cyganowski

on behalf of Creditor the State of Texas  acting by and through the Attorney General of Texas, Ken Paxton
mcyganowski@oshr.com,
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melanie L. Cyganowski

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants mcyganowski@oshr.com
awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melissa L. Van Eck

on behalf of Creditor Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Melissa L. Van Eck

on behalf of Defendant Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Merrida Coxwell

on behalf of Attorney Merrida P Coxwell lenah@coxwelllaw.com

Michael Goldstein

on behalf of Creditor Teva Canada Limited mgoldstein@goodwinlaw.com

Michael Goldstein

on behalf of Creditor Anda  Inc. mgoldstein@goodwinlaw.com

Michael Goldstein

on behalf of Creditor Teva Pharmaceuticals USA  Inc. mgoldstein@goodwinlaw.com

Michael Luskin

on behalf of Interested Party Old Republic Insurance Company luskin@lsellp.com

Michael B. Rush

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants rushm@gotofirm.com

Michael G Louis

on behalf of Unknown Joan E. Vasko mlouis@macelree.com

Michael I. Baird

on behalf of Creditor Pension Benefit Guaranty Corporation baird.michael@pbgc.gov  efile@pbgc.gov

Michael J Kasen

on behalf of Creditor Fredrick Hill mkasen@kasenlaw.com

Michael Morris Buchman

on behalf of Creditor Tucson Medical Center mbuchman@motleyrice.com

Michael S. Kimm

on behalf of Creditor Jung U. Kim msk@kimmlaw.com  law@kimmlaw.com;proh@kimmlaw.com

Michiyo Michelle Burkart

on behalf of Defendant The People of the State of California michelle.burkart@doj.ca.gov

Michiyo Michelle Burkart

on behalf of Creditor The People of the State of California michelle.burkart@doj.ca.gov

Mimi Liu

on behalf of Unknown State of Utah mliu@motleyrice.com

Mimi Liu

on behalf of Creditor Ad Hoc Group of Non-Consenting States mliu@motleyrice.com

Morgan R Bentley

on behalf of Attorney Sarasota County Public Hospital District mbentley@bentleyandbruning.com

Morton R. Branzburg

on behalf of Creditor AmerisourceBergen Drug Corporation mbranzburg@klehr.com  jtaylor@klehr.com

Muhammad Umair Khan

on behalf of Creditor People of the State of New York umair.khan@ag.ny.gov

Neil Francis Xavier Kelly

on behalf of Unknown STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS nkelly@riag.ri.gov
mdifonzo@riag.ri.gov

Neil L Henrichsen

on behalf of Unknown Board of Chicago School District No. 299 nhenrichsen@hslawyers.com

Nicholas F. Kajon

on behalf of Creditor Barbara Rivers nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Debra Dawsey nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Zachary R. Schneider nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Dora Lawrence nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor W. Andrew Fox nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Michael Klodzinski nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Amel Eiland nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Marketing Services of Indiana  Inc. nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor MSI Corporation nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Heather Enders nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Michael Konig nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Kevin Wilk nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor William Taylor nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Kimberly Brand nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Eli Medina nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Al Marino  Inc. nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Edward Grace nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Michael Christy nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Jordan Chu nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Michael Lopez nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Jason Reynolds nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Deborah Green-Kuchta nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Nadja Streiter nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Eric Hestrup  et al. nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor William Stock nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Ronald D. Stracener nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Gretta Golden nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Darcy Sherman nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Glenn Golden nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor F. Kirk Hopkins nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Attorney General  State of Arizona nfk@stevenslee.com

Nicholas F. Kajon
                  on behalf of Creditor Lou Sardella nfk@stevenslee.com

Nicklas Arnold Akers
                  on behalf of Creditor The People of the State of California nicklas.akers@doj.ca.gov

Nicklas Arnold Akers
                  on behalf of Defendant The People of the State of California nicklas.akers@doj.ca.gov

Nickolas Karavolas
                  on behalf of Interested Party Her Majesty in Right of the Province of British Columbia nkaravolas@phillipslytle.com
                  ddrons@phillipslytle.com

Nicolas G. Keller
                  on behalf of Unknown New York State Department of Financial Services nicolas.keller@dfs.ny.gov

Nicole A Leonard
                  on behalf of Creditor Westchester Fire Insurance Company nleonard@mdmc-law.com  sshidner@mdmc-law.com

Norma E. Ortiz
                  on behalf of Unknown The National Association for the Advancement of Colored People email@ortizandortiz.com
                  bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com

District/off: 0208-7

Date Rcvd: Feb 16, 2021

User:

Form ID: 143

Page 21 of 23

Total Noticed: 2

Patrick Francis McTernan
 on behalf of Defendant State of Hawaii  ex rel. Clare E. Connors, Attorney General pmcternan@croninfried.com,
 cfskf@croninfried.com

Patrick Francis McTernan
 on behalf of Creditor State of Hawaii ex rel. Clare E. Connors  Attorney General pmcternan@croninfried.com,
 cfskf@croninfried.com

Paul A. Rachmuth
 on behalf of Creditor Ad Hoc Committee on Accountability paul@paresq.com

Paul E. Breene
 on behalf of Plaintiff Purdue Pharma of Puerto Rico pbreene@reedsmith.com

Paul E. Breene
 on behalf of Plaintiff Purdue Transdermal Technologies L.P. pbreene@reedsmith.com

Paul E. Breene
 on behalf of Plaintiff Purdue Pharma Manufacturing L.P. pbreene@reedsmith.com

Paul E. Breene
 on behalf of Plaintiff Purdue Pharmaceuticals L.P. pbreene@reedsmith.com

Paul E. Breene
 on behalf of Plaintiff Purdue Pharmaceutical Products L.P. pbreene@reedsmith.com

Paul E. Breene
 on behalf of Plaintiff Rhodes Pharmaceuticals L.P. pbreene@reedsmith.com

Paul E. Breene
 on behalf of Plaintiff Avrio Health L.P. pbreene@reedsmith.com

Paul E. Breene
 on behalf of Plaintiff Rhodes Technologies pbreene@reedsmith.com

Paul E. Breene
 on behalf of Plaintiff Purdue Pharma L.P. pbreene@reedsmith.com

Paul E. Breene
 on behalf of Plaintiff Purdue Pharma Inc. pbreene@reedsmith.com

Paul S Rothstein
 on behalf of Unknown Paul S Rothstein psr@rothsteinforjustice.com

Paul S Rothstein
 on behalf of Attorney Paul S Rothstein psr@rothsteinforjustice.com

Pearl Shah
 on behalf of Creditor Ad Hoc Group of Hospitals pshah@mcgrailbensinger.com

Pearl Shah
 on behalf of Creditor Hospital Claimants pshah@mcgrailbensinger.com

Peter D'Apice
 on behalf of Creditor Tiffany Dunford dapice@sbep-law.com

Peter D'Apice
 on behalf of Creditor Certain Native American Tribes and Others dapice@sbep-law.com

Peter H Weinberger
 on behalf of Unknown Plaintiffs' Co-Leads and Plaintiffs' Executive Committee in MDL 2804 sschebek@spanglaw.com

Richard Shore
 on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants shorer@gilbertlegal.com

Richard Shore
 on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
 shorer@gilbertlegal.com

Richard B. Levin
 on behalf of Creditor McKesson Corporation rlevin@jenner.com

Richard James Leveridge
 on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
 leveridger@gilbertlegal.com

Richard R Gan
 on behalf of Attorney Richard R Gan richlaw1@comcast.net

Robert Padjen
 on behalf of Creditor Colorado Department of Law robert.padjen@coag.gov

Robert Padjen

|  | on behalf of Defendant State of Colorado robert.padjen@coag.gov |
| Robert P. Charbonneau | on behalf of Creditor Attorney General State of Florida rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com |
| Samuel Mitchell | on behalf of Creditor Tucson Medical Center sam@mitchellspeights.com |
| Sara Tonnesen | on behalf of Defendant Consumer Protection Division Office of the Attorney General (Md.) stonnesen@oag.state.md.us |
| Scott F. Gautier | on behalf of Unknown Collegium Pharmaceutical Inc. sgautier@robinskaplan.com, kmeek@robinskaplan.com;mdelaney@robinskaplan.com |
| Scott I. Davidson | on behalf of Debtor Purdue Pharma L.P. sdavidson@kslaw.com jcmccullough@kslaw.com |
| Scott S. Markowitz | on behalf of Creditor Ad Hoc Committee of NAS Babies smarkowitz@tarterkrinsky.com snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com |
| Sean A. O'Neal | on behalf of Interested Party Norton Rose Fulbright US LLP soneal@cgsh.com maofiling@cgsh.com |
| Sean Michael Murphy | on behalf of Defendant State of Wisconsin murphysm@doj.state.wi.us radkeke@doj.state.wi.us |
| Sean Michael Murphy | on behalf of Interested Party State of Wisconsin murphysm@doj.state.wi.us radkeke@doj.state.wi.us |
| Seth Adam Meyer | on behalf of Defendant State of Arizona ex rel. Mark Brnovich, Attorney General sam@kellerlenkner.com, docket@kellerlenkner.com |
| Seth Adam Meyer | on behalf of Creditor State of Arizona sam@kellerlenkner.com docket@kellerlenkner.com |
| Seth Adam Meyer | on behalf of Creditor Attorney General State of Arizona sam@kellerlenkner.com, docket@kellerlenkner.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Shmuel Vasser | on behalf of Attorney Dechert LLP shmuel.vasser@dechert.com nycmanagingclerks@dechert.com,brett.stone@dechert.com |
| Steven A Skalet | on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 sskalet@findjustice.com |
| Steven A Skalet | on behalf of Creditor Board of Chicago School District No. 299 sskalet@findjustice.com |
| Steven A Skalet | on behalf of Creditor Board of Education of East Aurora School District 131 sskalet@findjustice.com |
| Steven A Skalet | on behalf of Creditor Board of Education of Thornton Township High School District 205 sskalet@findjustice.com |
| Steven A. Ginther | on behalf of Creditor Missouri Department of Revenue sdnyecf@dor.mo.gov |
| Steven P Ordaz | on behalf of Unknown BMC Group Inc sordaz@bmcgroup.com |
| Susan Ellis | on behalf of Unknown State of Illinois sellis@atg.state.il.us |
| Sydenham B. Alexander, III | on behalf of Defendant Commonwealth of Massachusetts sandy.alexander@mass.gov |
| Sydenham B. Alexander, III | on behalf of Creditor Commonwealth of Massachusetts sandy.alexander@mass.gov |
| Thomas Lauria | on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. tlauria@whitecase.com |
| Thomas D. Bielli | on behalf of Examiner David M. Klauder tbielli@bk-legal.com dklauder@bk-legal.com;tnobis@bk-legal.com |
| Thomas Moultrie Beshere, III | on behalf of Creditor Commonwealth of Virginia ex rel. Mark R. Herring, Attorney General tbeshere@oag.state.va.us |

District/off: 0208-7 | User: | Page 23 of 23
Date Rcvd: Feb 16, 2021 | Form ID: 143 | Total Noticed: 2

Timothy Lundgren
on behalf of Creditor The People of the State of California timothy.lundgren@doj.ca.gov

Timothy E. Graulich
on behalf of Debtor Purdue Pharma L.P. ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Todd E. Phillips
on behalf of Unknown Multi-State Governmental Entities Group tphillips@capdale.com
cecilia-guerrero-caplin-6140@ecf.pacerpro.com,cguerrero@capdale.com

Trish Lazich
on behalf of Creditor Ohio Attorney General trish.lazich@ohioattorneygeneral.gov

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Vadim J. Rubinstein
on behalf of Creditor Nevada Counties and Municipalities vrubinstein@loeb.com
vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com

Vadim J. Rubinstein
on behalf of Defendant Nevada Counties and Municipalities vrubinstein@loeb.com
vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com

Wendy Tien
on behalf of Defendant State of Minnesota by its Attorney General  Keith Ellison wendy.tien@ag.state.mn.us

William Hao
on behalf of Creditor OptumRX  Inc. william.hao@alston.com, leslie.salcedo@alston.com

William P. Weintraub
on behalf of Creditor Anda  Inc. wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

William P. Weintraub
on behalf of Creditor Teva Pharmaceuticals USA  Inc. wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

William P. Weintraub
on behalf of Creditor Teva Canada Limited wweintraub@goodwinprocter.com  gfox@goodwinprocter.com

William R Pearson
on behalf of Defendant State of Iowa  Thomas J. Miller, Attorney General of Iowa william.pearson@ag.iowa.gov

William R Pearson
on behalf of Creditor State of Iowa  Ex Rel william.pearson@ag.iowa.gov

William S Consovoy
on behalf of Creditor Attorney General  State of Arizona will@consovoymccarthy.com

TOTAL: 577