UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

# AMENDED MONTHLY FEE STATEMENT OF CORNERSTONE RESEARCH FOR COMPENSATION FOR SERVICES RENDERED AS CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021

| Name of Applicant | Cornerstone Research |
|---|---|
| Applicant's Role in Case | Consultant to Purdue Pharma L.P., *et al.*, |
| Date Order of Employment Signed | June 11, 2020 |
| Period for which compensation and reimbursement is sought | January 1, 2021 through January 31, 2021 |

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $34,575.60 (80% of $43,219.50) |
| Total reimbursement requested in this statement | $0.00 |
| Total compensation and reimbursement requested in this statement | $34,575.60 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

> **This is a(n):**   _X_ Monthly Application _____ Interim Application _____ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Cornerstone Research as Consultants for the Debtors Nunc Pro Tunc to January 14, 2020* [ECF No. 1255] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Cornerstone Research, consultant for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Fee Statement of Cornerstone Research for Services Rendered as Consultant to the Debtor for the Period from January 1, 2021 Through January 31, 2021* (this "**Fee Statement**").[2] By this Fee Statement, Cornerstone Research seeks compensation in the amount of **$34,575.60** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$43,219.50**).

---

[2] The period from January 1, 2021 through and including January 31, 2021 is referred to herein as the "**Fee Period**."

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Cornerstone Research consultants and litigation support staff during the Fee Period with respect to each project category. As reflected in **Exhibit A**, Cornerstone Research incurred **$43,219.50** in fees during the Fee Period. Pursuant to this Fee Statement, Cornerstone Research seeks reimbursement for 80% of such fees, totaling **$34,575.60.**

2. Attached hereto as **Exhibit B** is a chart of Cornerstone Research staff, including the standard hourly rate for each consultant and litigation support staff member who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each individual. The blended hourly billing rate of consultants for all services provided during the Fee Period is $504.90.[3]

3. Attached hereto as **Exhibit C** are the time records of Cornerstone Research for The Fee Period organized by month and project category with a daily time log describing the time spent by each consultant and litigation support staff member during Fee Period.

**Notice**

4. The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

---

[3] The blended hourly billing rate of $504.90 for consultants is derived by dividing the total fees for consultants of $43,219.50 by the total hours of 85.60.

3

WHEREFORE, Cornerstone Research, in connection with services rendered on behalf of the Debtors, respectfully requests compensation in the amount of **$34,575.60** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$43,219.50**).

Dated:   February 17, 2021
           Boston, Massachusetts

CORNERSTONE RESEARCH

By: */s/ Sally Woodhouse*

699 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 927-3000
Facsimile: (617) 927-3100

## Exhibit A

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Preparation of Fee Statements | 5.30 | $ 3,679.50 |
| Claims Valuation | 80.30 | $ 39,540.00 |
| **Total** | 85.60 | $ 43,219.50 |

**Exhibit B**

**Professional and Paraprofessional Fees**

| Individual | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Professional Fees** | | | | |
| Kovacheva, Penka | Principal | $ 740.00 | 7.60 | $ 5,624.00 |
| Haque, Rezwan | Senior Manager | $ 665.00 | 10.00 | $ 6,650.00 |
| Lee, James | Senior Manager | $ 665.00 | 6.80 | $ 4,522.00 |
| Abraham, Sarah M. | Manager | $ 625.00 | 5.50 | $ 3,437.50 |
| Guo, Fang | Manager | $ 625.00 | 2.90 | $ 1,812.50 |
| Yanguas, Maria Lucia | Associate | $ 560.00 | 1.80 | $ 1,008.00 |
| Popov, Anton | Associate | $ 510.00 | 7.70 | $ 3,927.00 |
| King, Kyla M. | Research Associate | $ 420.00 | 3.40 | $ 1,428.00 |
| McGill, Jeffrey S. | Senior Analyst | $ 390.00 | 23.10 | $ 9,009.00 |
| Guo, Ruihan | Analyst | $ 355.00 | 3.30 | $ 1,171.50 |
| Chen, Yixin | Analyst | $ 355.00 | 4.40 | $ 1,562.00 |
| Miller, Robert M. | Analyst | $ 355.00 | 2.60 | $ 923.00 |
| Bazak, Eric R. | Analyst | $ 330.00 | 4.80 | $ 1,584.00 |
| Lan, Yuehan | Analyst | $ 330.00 | 1.70 | $ 561.00 |
| | ***Total*** | | **85.6** | **$ 43,219.50** |

**Exhibit C**

**Time Detail by Project Category and Month**

**Project Category: Preparation of Fee Statements**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Kovacheva, Penka | 1/4/2021 | 0.1 | Reviewed time details for monthly fee statement. |
| Guo, Fang | 1/6/2021 | 0.6 | Updated time details for monthly fee statement. |
| Kovacheva, Penka | 1/6/2021 | 0.2 | Reviewed time details for monthly fee statement. |
| Abraham, Sarah M. | 1/10/2021 | 0.4 | Updated time details for monthly fee statement. |
| Lee, James | 1/10/2021 | 0.3 | Updated time details for monthly fee statement. |
| Haque, Rezwan | 1/11/2021 | 0.2 | Reviewed time details for monthly fee statement. |
| Kovacheva, Penka | 1/12/2021 | 0.1 | Reviewed time details for monthly fee statement. |
| Haque, Rezwan | 1/13/2021 | 1.2 | Reviewed time details for monthly fee statement. |
| Kovacheva, Penka | 1/13/2021 | 1.5 | Reviewed time details for monthly fee statement. |
| Kovacheva, Penka | 1/28/2021 | 0.7 | Updated monthly fee statement. |

**Total    5.3**

**Project Category: Claims Valuation**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Guo, Ruihan | 1/2/2021 | 1.4 | Checked updates to third-party payer claims analyses. |
| Abraham, Sarah M. | 1/4/2021 | 0.9 | Managed third-party payer claims valuation analyses. |
| Bazak, Eric R. | 1/4/2021 | 0.4 | Drafted summary of state claims valuation methodology. |

| Name | Date | Hours | Description |
|---|---|---|---|
| Chen, Yixin | 1/4/2021 | 1.3 | Performed sensitivity analyses for healthcare provider claims. |
| Guo, Fang | 1/4/2021 | 0.2 | Drafted methodology summary for public claims analysis. |
| Haque, Rezwan | 1/4/2021 | 1.4 | Reviewed healthcare provider claims valuation analyses. |
| Kovacheva, Penka | 1/4/2021 | 0.4 | Directed updates to commercial claims analyses. |
| Lee, James | 1/4/2021 | 0.2 | Analyzed third-party payer claims. |
| McGill, Jeffrey S. | 1/4/2021 | 3.2 | Updated statistical code for third-party payer claims analyses. |
| McGill, Jeffrey S. | 1/4/2021 | 3.9 | Updated third-party payer claims analyses. |
| Miller, Robert M. | 1/4/2021 | 0.3 | Drafted summary of public claims valuation methodology. |
| Popov, Anton | 1/4/2021 | 2.4 | Updated exhibit summarizing hospital claims analyses. |
| Yanguas, Maria Lucia | 1/4/2021 | 0.5 | Reviewed updates to healthcare provider claims analyses. |
| Abraham, Sarah M. | 1/5/2021 | 0.8 | Reviewed updates to third-party payer claims valuation analyses. |
| Chen, Yixin | 1/5/2021 | 3.1 | Performed sensitivity analyses for healthcare provider claims. |
| Haque, Rezwan | 1/5/2021 | 1.2 | Reviewed literature on healthcare provider costs. |
| Lan, Yuehan | 1/5/2021 | 1.7 | Checked underlying data calculations for third-party payer claims analyses. |
| McGill, Jeffrey S. | 1/5/2021 | 2.3 | Updated statistical code for third-party payer claims analyses. |
| McGill, Jeffrey S. | 1/5/2021 | 3.4 | Performed sensitivity analyses of third-party payer claims. |
| Popov, Anton | 1/5/2021 | 1.3 | Updated exhibit summarizing healthcare provider claims analyses. |
| Abraham, Sarah M. | 1/6/2021 | 1.1 | Prepared summary table of third-party payer claims valuation. |
| Bazak, Eric R. | 1/6/2021 | 1.5 | Drafted summary of state claims valuation analyses. |
| Haque, Rezwan | 1/6/2021 | 0.5 | Provided feedback on healthcare provider claims exhibits. |
| Haque, Rezwan | 1/6/2021 | 1.3 | Reviewed healthcare provider claims valuation analyses. |
| Kovacheva, Penka | 1/6/2021 | 1.2 | Reviewed sensitivity analyses of healthcare claims valuation. |
| Lee, James | 1/6/2021 | 0.1 | Reviewed third-party payer claims valuation estimates. |
| McGill, Jeffrey S. | 1/6/2021 | 3.6 | Updated data for third-party payer claims analyses. |

8

| | | | |
|---|---|---|---|
| Popov, Anton | 1/6/2021 | 1.5 | Prepared exhibits summarizing healthcare provider claims analyses. |
| Yanguas, Maria Lucia | 1/6/2021 | 0.3 | Reviewed hospital claims calculations. |
| Abraham, Sarah M. | 1/7/2021 | 0.4 | Call with expert regarding valuation of commercial claims. |
| Bazak, Eric R. | 1/7/2021 | 1.1 | Updated summary of state claims valuation methodology. |
| Guo, Fang | 1/7/2021 | 0.4 | Discussed public claims valuation analyses with expert. |
| Haque, Rezwan | 1/7/2021 | 0.4 | Call with expert to discuss healthcare provider claims valuation analyses. |
| Haque, Rezwan | 1/7/2021 | 0.8 | Reviewed healthcare provider claims valuation exhibits. |
| King, Kyla M. | 1/7/2021 | 0.2 | Summarized public claims valuation methodology. |
| Kovacheva, Penka | 1/7/2021 | 0.4 | Discussed with expert updates to commercial claim estimates. |
| Kovacheva, Penka | 1/7/2021 | 0.9 | Reviewed updates to analyses of commercial claim valuation. |
| Lee, James | 1/7/2021 | 0.4 | Call with expert to discuss third party payer claims valuation estimates. |
| Lee, James | 1/7/2021 | 2.1 | Updated third-party payer claims valuation estimates. |
| McGill, Jeffrey S. | 1/7/2021 | 3.2 | Updated third-party payer claims estimates. |
| Popov, Anton | 1/7/2021 | 1.5 | Updated exhibits summarizing healthcare provider claims analyses. |
| Yanguas, Maria Lucia | 1/7/2021 | 0.7 | Reviewed updates to claims estimates for healthcare providers. |
| Abraham, Sarah M. | 1/8/2021 | 0.3 | Discussed third-party payer claims valuation estimates with team. |
| Abraham, Sarah M. | 1/8/2021 | 0.7 | Call with counsel regarding valuation of third-party payer claims. |
| Guo, Fang | 1/8/2021 | 0.3 | Discussed public claims valuation analyses with team. |
| Guo, Fang | 1/8/2021 | 0.8 | Discussed public claims valuation analyses with counsel. |
| Haque, Rezwan | 1/8/2021 | 0.3 | Corresponded with counsel regarding healthcare provider claims valuation exhibits. |
| Haque, Rezwan | 1/8/2021 | 0.3 | Discussed healthcare provider claims valuation analyses with team. |
| Haque, Rezwan | 1/8/2021 | 0.8 | Reviewed healthcare provider claims exhibits. |
| Haque, Rezwan | 1/8/2021 | 0.9 | Call with counsel to discuss hospital claims valuation analyses. |

9

| | | | |
|---|---|---|---|
| King, Kyla M. | 1/8/2021 | 1.1 | Summarized claims valuation methodology. |
| Kovacheva, Penka | 1/8/2021 | 0.6 | Reviewed updates to hospital claims valuation analyses. |
| Kovacheva, Penka | 1/8/2021 | 0.7 | Discussed updates to commercial claims analyses with counsel. |
| Lee, James | 1/8/2021 | 0.3 | Discussed third-party payer claims valuations with team. |
| Lee, James | 1/8/2021 | 0.4 | Prepared materials for call with counsel regarding third-party claims valuations. |
| Lee, James | 1/8/2021 | 0.9 | Call with counsel regarding third-party payer claims valuations. |
| Popov, Anton | 1/8/2021 | 0.2 | Updated exhibit summarizing hospital costs. |
| Popov, Anton | 1/8/2021 | 0.3 | Discussed healthcare provider claims valuation analyses with team. |
| Yanguas, Maria Lucia | 1/8/2021 | 0.3 | Discussed healthcare provider claims valuation analyses with team. |
| Kovacheva, Penka | 1/12/2021 | 0.2 | Corresponded with team regarding follow-up claims valuation analyses. |
| Lee, James | 1/12/2021 | 0.3 | Corresponded with expert regarding claims valuation estimates. |
| Abraham, Sarah M. | 1/14/2021 | 0.2 | Corresponded with team and counsel regarding third-party claims valuation. |
| King, Kyla M. | 1/14/2021 | 2.1 | Updated summary of public claims valuation methodology. |
| Miller, Robert M. | 1/14/2021 | 1.3 | Drafted summary of NAS claims valuation methodology. |
| Lee, James | 1/15/2021 | 0.3 | Corresponded with expert regarding claims valuation estimates. |
| Abraham, Sarah M. | 1/19/2021 | 0.3 | Reviewed updates to third-party payer valuation analysis. |
| Bazak, Eric R. | 1/19/2021 | 1.8 | Updated state and NAS claims exhibits. |
| Guo, Fang | 1/19/2021 | 0.6 | Reviewed updated NAS and states claims exhibits. |
| Haque, Rezwan | 1/19/2021 | 0.4 | Reviewed healthcare provider claims analyses. |
| Lee, James | 1/19/2021 | 0.5 | Updated analysis of third-party payer claims valuation estimates. |
| McGill, Jeffrey S. | 1/19/2021 | 1.9 | Updated exhibit summarizing third-party payer claims analyses. |
| Miller, Robert M. | 1/19/2021 | 0.4 | Checked updates to NAS claims valuation estimates. |
| Popov, Anton | 1/19/2021 | 0.5 | Updated exhibits summarizing healthcare provider costs. |
| Abraham, Sarah M. | 1/20/2021 | 0.4 | Reviewed updates to third-party payer claims valuation. |

| | | | |
|---|---|---|---|
| Haque, Rezwan | 1/20/2021 | 0.3 | Reviewed healthcare provider claims exhibit. |
| Lee, James | 1/20/2021 | 0.2 | Reviewed updates to analysis of third-party payer claims valuations. |
| McGill, Jeffrey S. | 1/20/2021 | 1.6 | Checked exhibit summarizing third-party payer claims analyses. |
| Guo, Ruihan | 1/21/2021 | 1.9 | Checked updates to healthcare provider claims analyses. |
| Kovacheva, Penka | 1/21/2021 | 0.6 | Reviewed updates to valuation analyses for commercial claimants. |
| Lee, James | 1/21/2021 | 0.2 | Reviewed estimates of third-party payer claims valuations. |
| Miller, Robert M. | 1/21/2021 | 0.6 | Reviewed summary of NAS claims valuation methodology. |
| Lee, James | 1/22/2021 | 0.4 | Corresponded with expert regarding claims valuation estimates. |
| Lee, James | 1/29/2021 | 0.2 | Corresponded with expert regarding claims valuation estimates. |
| **Total** | | **80.3** | |
| **Grand Total** | | **85.6** | |