Kami E. Quinn
Gilbert LLP
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gotofirm.com

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re:* | : | |
| | : | |
| | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | |
| | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**FIFTEENTH MONTHLY FEE STATEMENT OF GILBERT LLP, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Name of Applicant: | Gilbert LLP |
|---|---|
| Authorized to provide professional services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 (Docket #553) |
| Period for which compensation and reimbursement is sought: | December 1, 2020 through December 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $217,210.00 (80% of $271,512.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $379.65 (100%) |
| This is a: | Monthly Fee Statement |

Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 365 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), the *Order Authorizing the Debtors to Assume the Reimbursement

Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* entered by

this Court on December 2, 2019 [Docket #553] (the "**Reimbursement Order**"), and the *Order

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained

Professionals* [Docket #529] (the "**Procedures Order**"), the law firm of Gilbert LLP ("**Gilbert

LLP**"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation

Claimants (the "**AHC**"), hereby submits this fifteenth monthly fee statement (the "**Monthly Fee

Statement**") for legal services rendered and reimbursement for expenses incurred for the period

commencing December 1, 2020 through December 31, 2020 (the "**Application Period**").

### Itemization of Services Rendered and Expenses Incurred

1.        Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours

expended and fees incurred by professionals and paraprofessionals during the Application Period

by project category.  As reflected on Exhibit A, Gilbert LLP incurred $271,512.50 in fees during

the Application Period.  Pursuant to this Monthly Fee Statement, Gilbert LLP seeks

reimbursement of 80% of such fees, totaling $217,210.00.

2.      Annexed hereto as **Exhibit B** is a chart of Gilbert LLP's professionals and

paraprofessionals, including title, hourly rate, number of hours billed, and total fees of each

attorney and paraprofessional who rendered services to the AHC in connection with these

chapter 11 proceedings during the Application Period.  The blended hourly rate of the attorneys

during the Application Period is $998.15.  The blended hourly rate of paraprofessionals during

the Application Period is $245.92.

3.      Annexed hereto as **Exhibit C** is the summary of reasonable and necessary

expenses incurred during the Application Period.  As reflected on Exhibit C, Gilbert LLP

incurred $379.65 in expenses during the Application Period.  Pursuant to this Monthly Fee

Statement, Gilbert LLP seeks reimbursement of 100% of such expenses, totaling $379.65.

4.      Annexed hereto as **Exhibit D** are the time records of Gilbert LLP for the

Application Period, organized by project category with a daily log detailing the time spent by

each professional and an itemization of expenses.

5.      Pursuant to the Reimbursement Order, Gilbert LLP has separately recorded

services performed relating to allocation of value among the Debtors' creditors, and to the best of

Gilbert LLP's knowledge, has not included time relating to intercreditor allocation in this

Monthly Fee Statement.

## FILING AND SERVICE

6.      This Monthly Fee Statement will be filed and served in accordance with the

directives in the Procedures Order.

7.      Pursuant to the Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses as requested shall, within 14 days of service of the Monthly Fee Statement, serve via email, to the Notice Parties (as defined in the Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue.

8.      If an objection is timely served pursuant to the Procedures Order, the Debtors shall be authorized and directed to pay Gilbert LLP the amount equal to 80% of the fees and 100% of the expenses that are not subject to an objection. Any objection must set forth the precise nature of the objection and the amount at issue. It shall not be sufficient to simply object to all fees and expenses.

WHEREFORE, Gilbert LLP respectfully requests compensation in the amount of $217,210.00 (80% of $271,512.50) and reimbursement of reasonable and necessary expenses incurred in the amount of $379.65 (100%), for a total amount of $217,589.65, for the Application Period.

Dated:  February 19, 2021
       Washington, DC

Respectfully submitted,

**GILBERT LLP**

*/s/ Kami E. Quinn*
Kami E. Quinn
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Tele: 202.772.2200
Fax: 202.772.3333
Email: quinnk@gotofirm.com

*Counsel for the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants.*

## **Exhibit A**

## **Summary of Services by Category**

**SUMMARY OF SERVICES BY PROJECT CATEGORY**

| Project Code | Project Category | Hours Billed in Period | Fees for Period |
|---|---|---|---|
| A001 | Asset Analysis & Recovery | 115.5 | $77,675.00 |
| A004 | Case Administration | 67.3 | $98,210.00 |
| A006 | Employment / Fee Applications | 11.7 | $5,115.00 |
| A009 | Meetings / Communications with AHC & Creditors | 39.6 | $45,837.50 |
| A019 | Plan of Reorganization / Disclosure Statement | 45.3 | $44,675.00 |
| | | **279.4** | **$271,512.50** |

**Exhibit B**

**Summary of Compensation by Professional**

## SUMMARY OF COMPENSATION BY PROFESSIONAL

| Name of Professional | Position / Year Admitted to Practice | Hourly Billing Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|
| Scott D. Gilbert | Partner / District of Columbia - 1979<br>U.S. Court of Appeals for the District of Columbia – 1980<br>U.S. Court of International Trade - 1984<br>U.S. Supreme Court - 1987<br>U.S. District Court for the District of Columbia – 2008<br>Cherokee Nation - 2017<br>U.S. Court of Federal Claims - 2019 | $1,500.00 | 103.3 | $154,950.00 |
| Kami E. Quinn | Partner / Commonwealth of Virginia – 2000<br>District of Columbia – 2006<br>U.S. Court of Appeals for the Third Circuit – 2009 | $950.00 | 18.2 | $17,290.00 |
| Richard Shore | Partner / State of New York – 1988<br>District of Columbia – 1989<br>U.S. Court of Appeals for the Third Circuit – 2009<br>U.S. Court of Appeals for the Fourth Circuit – 2014<br>U.S. Court of Appeals for the Ninth Circuit – 2014<br>U.S. Court of Appeals for the Fifth Circuit – 2017<br>Cherokee Nation – 2017 | $1,200.00 | 18.5 | $22,200.00 |
| Jenna Hudson | Partner / State of Maryland – 2010<br>State of Massachusetts – 2010<br>District of Columbia - 2011<br>U.S. District Court for the District of Maryland – 2011<br>U.S. Court of Appeals for the First Circuit – 2015<br>U.S. Supreme Court - 2016<br>Cherokee Nation – 2017<br>U.S. District Court for the District of Columbia - 2019 | $675.00 | 44.5 | $30,037.50 |
| Emily Grim | Associate / Commonwealth of Pennsylvania – 2010<br>State of Illinois – 2010<br>District of Columbia – 2012<br>U.S. District Court for the District of Columbia - 2016<br>U.S. Court of Federal Claims – 2020 | $600.00 | 32.3 | $19,380.00 |
| Daniel Wolf | Associate / State of New York – 2011<br>District of Columbia – 2013<br>Southern District of New York – 2011<br>U.S. Court of Appeals for the Ninth Circuit – 2012 | $600.00 | 5.5 | $3,300.00 |
| Sarah Sraders[2] | Associate / State of New York – 2016<br>District of Columbia – 2017 | $500.00 | 13.2 | $6,600.00 |
| Alison Gaske | Associate / District of Columbia – 2016 | $450.00 | 34.1 | $15,345.00 |
| Katherine Johnson | Paralegal – Joined firm in 2018 | $225.00 | 5.7 | $1,282.50 |
| Peggy Holland | Litigation Specialist – Joined firm in 2002 | $275.00 | 4.1 | $1,127.50 |
| | **Totals** | | 279.4 | **$271,512.50** |
| | **Attorney Blended Rate** | **$998.15** | | |
| | **Paraprofessional Blended Rate** | **$240.71** | | |

[2] Sarah Sraders' hourly rate changed due to a promotion that was effective as of October 1, 2020.

**<u>Exhibit C</u>**

**<u>Summary of Expenses Incurred</u>**

## SUMMARY OF EXPENSES INCURRED

| DESCRIPTION | Total Expenses for Period |
|---|---|
| Westlaw | $379.65 |
|  | **$379.65** |

**Exhibit D**

**Time and Expense Detail**


**GILBERT** LLP

700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

February 19, 2021

Ad Hoc Committee
c/o Marshall S. Huebner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY  10017

Invoice Number:    11322058
Client Number:       1599

---

**FOR PROFESSIONAL SERVICES RENDERED through December 31, 2020**

**Re:   Ad Hoc Committee (Purdue)**

| Matter Description | Fees | Costs | Total |
|---|---|---|---|
| Purdue Bankruptcy | 271,512.50 | 379.65 | 271,892.15 |
| **Total** | **271,512.50** | **379.65** | **271,892.15** |

|  |  |
|---|---|
| TOTAL FEES | $ 271,512.50 |
| TOTAL EXPENSES | $ 379.65 |
| **TOTAL FEES AND EXPENSES** | **$ 271,892.15** |



**FOR PROFESSIONAL SERVICES RENDERED through December 31, 2020**

**Purdue Bankruptcy**

**A001:  Asset Analysis & Recovery**

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Quinn, K. | 12/01/20 | Review and revise draft email and one-pager re Document F. | .80 | 760.00 |
| Shore, R. | 12/01/20 | Revise draft one-pager re Document F for multistate and non-consenting states groups. | 1.60 | 1,920.00 |
| Hudson, J. | 12/01/20 | Review updated research on Insurance Issue #43 from S. Sraders. | .20 | 135.00 |
| Hudson, J. | 12/01/20 | Confer with A. Preis (UCC counsel) re approach to insurer discussions. | .10 | 67.50 |
| Hudson, J. | 12/01/20 | Confer with G. Cicero (Brown Rudnick) and A. Deering re options for Document F. | .30 | 202.50 |
| Hudson, J. | 12/01/20 | Confer with A. Troop (NCSG counsel) re potential approaches to Document F. | .10 | 67.50 |
| Hudson, J. | 12/01/20 | Draft summary of Documents F and N for other governmental constituencies. | 1.20 | 810.00 |
| Hudson, J. | 12/01/20 | Analyze options for Document F. | 1.10 | 742.50 |
| Hudson, J. | 12/01/20 | Revise Document N. | .20 | 135.00 |
| Hudson, J. | 12/01/20 | Confer with Debtors and UCC re draft confidentiality agreement with Insurers #3, #6, and #24. | .10 | 67.50 |
| Hudson, J. | 12/01/20 | Revise Document F. | .40 | 270.00 |
| Grim, E. | 12/01/20 | Communicate with J. Hudson re procedure for insurance-related filing. | .10 | 60.00 |
| Sraders, S. | 12/01/20 | Research re Insurance Issue #43. | 6.20 | 3,100.00 |
| Quinn, K. | 12/02/20 | Confer with R. Shore and J. Hudson re insurance recovery update and strategy. | .50 | 475.00 |
| Shore, R. | 12/02/20 | Confer with J. Hudson re Document F (0.2); review correspondence from A. Pries re Document F (0.3); confer with J. Hudson and K. Quinn re Document F and insurance strategy (0.5); telephone call with client re Document F (0.5); telephone call with co-counsel re Document F (0.9); telephone call with client re Document F (0.4); communications with S. Gilbert re S. Birnbaum call (0.7). | 3.50 | 4,200.00 |
| Shore, R. | 12/02/20 | Review Debtors' comments / edits re Insurers #3, #6, and #24 position statement. | .30 | 360.00 |
| Hudson, J. | 12/02/20 | Confer with Debtors and UCC re draft confidentiality agreement with Insurers #3, #6, and #24. | .20 | 135.00 |

Invoice Number: 11322058
February 19, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Hudson, J. | 12/02/20 | Finalize revised draft confidentiality agreement with Insurers #3, #6, and #24. | .20 | 135.00 |
| Hudson, J. | 12/02/20 | Confer with counsel for Insurers #3, #6, and #24 re revised draft confidentiality agreement. | .10 | 67.50 |
| Hudson, J. | 12/02/20 | Analyze potential approach to Documents F and N. | .10 | 67.50 |
| Hudson, J. | 12/02/20 | Confer with K. Eckstein and R. Ringer (Kramer Levin), and R. Shore re potential approach to Documents F and N. | .50 | 337.50 |
| Hudson, J. | 12/02/20 | Confer with R. Shore and K. Quinn re approach to Documents F and N and next steps for insurance recovery. | .50 | 337.50 |
| Hudson, J. | 12/02/20 | Confer with R. Shore re next steps for insurance recovery strategy. | .20 | 135.00 |
| Hudson, J. | 12/02/20 | Review summary of insurance references in ongoing depositions. | .10 | 67.50 |
| Hudson, J. | 12/02/20 | Confer with UCC re draft position paper for Insurers #3, #6, and #24. | .20 | 135.00 |
| Wolf, D. | 12/02/20 | Revise letter to Insurers #3, #6 and#24 re scope of coverage obligations. | .60 | 360.00 |
| Gaske, A. | 12/02/20 | Review recent deposition summaries re insurance-related topics. | .80 | 360.00 |
| Gilbert, S. | 12/03/20 | Confer with Debtors' counsel re insurance. | .80 | 1,200.00 |
| Hudson, J. | 12/03/20 | Confer with S. Birnbaum, A. Kramer, and P. Breene (Debtors' counsel), S. Gilbert, and R. Shore re interaction between potential trust structures and insurance strategy. | .80 | 540.00 |
| Hudson, J. | 12/03/20 | Review next steps for insurance recovery. | .20 | 135.00 |
| Hudson, J. | 12/03/20 | Confer with A. Troop (NCSG counsel) re approach to Documents F and N. | .10 | 67.50 |
| Hudson, J. | 12/03/20 | Communicate with R. Shore, K. Quinn, and E. Grim re interaction between potential trust structures and insurance strategy. | .10 | 67.50 |
| Hudson, J. | 12/03/20 | Communicate with R. Shore and K. Quinn re approach to Documents F and N. | .10 | 67.50 |
| Hudson, J. | 12/03/20 | Confer with UCC re draft position paper for Insurers #3, #6, and #24,and approach to Documents N and F. | .80 | 540.00 |
| Hudson, J. | 12/03/20 | Analyze approach to Documents N and F in light of discussion with UCC. | .20 | 135.00 |
| Hudson, J. | 12/03/20 | Revise Document F. | .10 | 67.50 |
| Grim, E. | 12/03/20 | Communicate with J. Hudson re Debtors' inquiries on insurance issue. | .10 | 60.00 |
| Gaske, A. | 12/03/20 | Draft memorandum re Insurance Issue #20. | 1.70 | 765.00 |

Invoice Number: 11322058
February 19, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gaske, A. | 12/03/20 | Draft agenda for weekly insurance team call. | .80 | 360.00 |
| Shore, R. | 12/04/20 | Review materials from A. Pries. | .70 | 840.00 |
| Shore, R. | 12/04/20 | Confer with team re insurance strategy. | .60 | 720.00 |
| Shore, R. | 12/04/20 | Confer with A. Preis re settlement letter to Insurers #3, #6 and #24. | .20 | 240.00 |
| Hudson, J. | 12/04/20 | Review status of Document A, Document M, and insurer settlement negotiations with Debtors and UCC. | .20 | 135.00 |
| Hudson, J. | 12/04/20 | Communicate with S. Birnbaum, A. Kramer, and P. Breene (Debtors' counsel), S. Gilbert, and R. Shore re interaction between potential trust structures and insurance strategy. | .20 | 135.00 |
| Hudson, J. | 12/04/20 | Confer with R. Shore, D. Wolf, and A. Gaske re insurance strategy. | .60 | 405.00 |
| Hudson, J. | 12/04/20 | Confer with policy review team re insurance status and strategy impacting review priorities. | .20 | 135.00 |
| Hudson, J. | 12/04/20 | Review status of Document A, Document M, and insurer settlement negotiations. | .80 | 540.00 |
| Wolf, D. | 12/04/20 | Confer with R. Shore, J. Hudson, and A. Gaske re insurance recovery strategy. | .60 | 360.00 |
| Wolf, D. | 12/04/20 | Confer with J. Hudson and policy review team re status of policy analysis. | .20 | 120.00 |
| Johnson, K. | 12/04/20 | Revise tracking spreadsheet to include new correspondence re Document I. | .20 | 45.00 |
| Gaske, A. | 12/04/20 | Confer with team re policy review status. | .20 | 90.00 |
| Gaske, A. | 12/04/20 | Confer with R. Shore, J. Hudson, and D. Wolf re insurance updates. | .50 | 225.00 |
| Gaske, A. | 12/06/20 | Revise insurer tracking spreadsheet re response to Document I. | .30 | 135.00 |
| Gilbert, S. | 12/07/20 | Confer with A. Preis re insurance. | .50 | 750.00 |
| Gilbert, S. | 12/07/20 | Confer with team re insurance strategy. | .40 | 600.00 |
| Quinn, K. | 12/07/20 | Confer with team re insurance recovery strategy. | .40 | 380.00 |
| Shore, R. | 12/07/20 | Confer with team re insurance recovery strategy and analysis. | .40 | 480.00 |
| Shore, R. | 12/07/20 | Review correspondence from counsel for Insurers #3, #6 and #24 re confidentiality agreement. | .20 | 240.00 |
| Hudson, J. | 12/07/20 | Confer with insurance / bankruptcy teams re next steps for insurance recovery. | .40 | 270.00 |
| Hudson, J. | 12/07/20 | Analyze potential interaction between insurance negotiations and Sackler-related motions practice. | .10 | 67.50 |
| Hudson, J. | 12/07/20 | Revise reference sheet for negotiations with Insurers #3, #6, and #24. | .10 | 67.50 |

Invoice Number: 11322058
February 19, 2021

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Hudson, J. | 12/07/20 | Communicate with KCIC re updates to insurance coverage charts. | .30 | 202.50 |
| Hudson, J. | 12/07/20 | Analyze coverage under additional policy issued by Insurer #36. | .30 | 202.50 |
| Hudson, J. | 12/07/20 | Revise position paper for Insurers #3, #6, and #24. | 4.60 | 3,105.00 |
| Hudson, J. | 12/07/20 | Revise Document A. | .20 | 135.00 |
| Grim, E. | 12/07/20 | Confer with team (S. Gilbert and others) re bankruptcy status and strategy for insurance recovery. | .40 | 240.00 |
| Wolf, D. | 12/07/20 | Review Insurers #3, #6, and #24 general liability policies re scope of coverage. | .50 | 300.00 |
| Wolf, D. | 12/07/20 | Confer with S. Gilbert, R. Shore, K. Quinn, J. Hudson, E. Grim, A. Gaske, and S. Sraders insurance recovery strategy and analysis. | .40 | 240.00 |
| Wolf, D. | 12/07/20 | Research breach of fiduciary duty claims re individual insureds. | 2.00 | 1,200.00 |
| Gaske, A. | 12/07/20 | Communicate with R. Lyle and J. Hudson re insolvency status for Insurer #22. | .30 | 135.00 |
| Gaske, A. | 12/07/20 | Confer with insurance team (J. Hudson, R. Shore, D. Wolf) and bankruptcy team (S. Gilbert, K. Quinn, E. Grim, S. Sraders) re case updates. | .40 | 180.00 |
| Sraders, S. | 12/07/20 | Confer with R. Shore, J. Hudson, D. Wolf, A. Gaske, S. Gilbert, K. Quinn, and E. Grim re case progress and strategy. | .40 | 200.00 |
| Shore, R. | 12/08/20 | Confer with J. Hudson re Insurers #3, #6, and #24. | .10 | 120.00 |
| Hudson, J. | 12/08/20 | Communicate with Debtors and UCC re revisions to settlement position paper for Insurers #3, #6, and #24. | .40 | 270.00 |
| Hudson, J. | 12/08/20 | Confer with R. Shore re approach to settlement position paper for Insurers #3, #6, and #24. | .10 | 67.50 |
| Hudson, J. | 12/08/20 | Review potential updates to insurance coverage charts. | .10 | 67.50 |
| Hudson, J. | 12/08/20 | Revise settlement position paper for Insurers #3, #6, and #24. | .20 | 135.00 |
| Johnson, K. | 12/08/20 | Review past correspondence re Insurer #36 policy information. | .40 | 90.00 |
| Gaske, A. | 12/08/20 | Revise tracking information re missing policy (0.9); research related correspondence (0.5). | 1.40 | 630.00 |
| Shore, R. | 12/09/20 | Confer with D. Wolf, J. Hudson, and A. Gaske re insurance recovery strategy. | .10 | 120.00 |
| Hudson, J. | 12/09/20 | Confer with R. Shore, D. Wolf, and A. Gaske re potential next steps for insurance recovery. | .10 | 67.50 |

Invoice Number: 11322058
February 19, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Wolf, D. | 12/09/20 | Confer with R. Shore, J. Hudson, and A. Gaske re insurance recovery strategy. | .10 | 60.00 |
| Gaske, A. | 12/09/20 | Confer with R. Shore, J. Hudson, and D. Wolf re next steps. | .10 | 45.00 |
| Shore, R. | 12/10/20 | Review and revise Insurers #3, #6 and #24 position paper. | 1.80 | 2,160.00 |
| Hudson, J. | 12/10/20 | Confer with A. Gaske re insurance coverage strategy. | .30 | 202.50 |
| Hudson, J. | 12/10/20 | Revise Document A. | 2.30 | 1,552.50 |
| Hudson, J. | 12/10/20 | Revise Document F. | .40 | 270.00 |
| Hudson, J. | 12/10/20 | Communicate with S. Gilbert re strategy related to Document F. | .10 | 67.50 |
| Hudson, J. | 12/10/20 | Communicate with Debtors re comments to Document A. | .30 | 202.50 |
| Hudson, J. | 12/10/20 | Communicate with Debtors and UCC re comments to outstanding items related to Insurers #3, #6, and #24. | .50 | 337.50 |
| Hudson, J. | 12/10/20 | Revise confidentiality agreement with Insurers #3, #6, and #24. | .50 | 337.50 |
| Hudson, J. | 12/10/20 | Revise position paper for Insurers #3, #6, and #24. | 1.30 | 877.50 |
| Hudson, J. | 12/10/20 | Review correspondence from Insurer #24. | .10 | 67.50 |
| Wolf, D. | 12/10/20 | Revise Document A per comments from Debtors' counsel. | .20 | 120.00 |
| Johnson, K. | 12/10/20 | Review past insurance settlement agreements in Intralinks. | .20 | 45.00 |
| Gaske, A. | 12/10/20 | Confer with J. Hudson re insurance-related issues. | .30 | 135.00 |
| Gaske, A. | 12/10/20 | Communicate with K. Quinn and E. Grim re common interest agreement. | .20 | 90.00 |
| Gaske, A. | 12/10/20 | Draft agenda for policy review team meeting. | .40 | 180.00 |
| Shore, R. | 12/11/20 | Confer with team re strategy and next steps stipulation, confidentiality agreement for settlement negotiations with Insurers #3, #6 and #24 position paper. | .50 | 600.00 |
| Hudson, J. | 12/11/20 | Confer with R. Shore, D. Wolf and A. Gaske re insurance recovery strategy. | .50 | 337.50 |
| Hudson, J. | 12/11/20 | Communicate with D. Wolf and A. Gaske re insurance review status and strategy. | .10 | 67.50 |
| Hudson, J. | 12/11/20 | Begin analysis of impact of updates received from A. Kramer on Document A and position paper for Insurers #3, #6, and #24. | .20 | 135.00 |
| Hudson, J. | 12/11/20 | Revise position paper for Insurers #3, #6, and #24. | 1.10 | 742.50 |
| Hudson, J. | 12/11/20 | Revise Document A. | .10 | 67.50 |

Invoice Number: 11322058
February 19, 2021

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Hudson, J. | 12/11/20 | Confer with A. Kramer (Debtors' counsel) re potential options for Document A. | .30 | 202.50 |
| Wolf, D. | 12/11/20 | Confer with R. Shore, J. Hudson, and A. Gaske re insurance recovery and bankruptcy strategy. | .50 | 300.00 |
| Wolf, D. | 12/11/20 | Confer with J. Hudson and A. Gaske re insurance recovery and bankruptcy strategy. | .10 | 60.00 |
| Gaske, A. | 12/11/20 | Confer with R. Shore, D. Wolf, and J. Hudson re insurance next steps. | .50 | 225.00 |
| Gaske, A. | 12/11/20 | Confer with J. Hudson and D. Wolf re insurance analysis. | .10 | 45.00 |
| Gaske, A. | 12/11/20 | Revise position letter to Insurer #3. | 2.30 | 1,035.00 |
| Gaske, A. | 12/13/20 | Research Rhode Island law re Insurance Issue #45. | 2.50 | 1,125.00 |
| Gaske, A. | 12/13/20 | Research Delaware law re Insurance Issue #45. | .70 | 315.00 |
| Shore, R. | 12/14/20 | Confer with E. Grim and J. Hudson re insurance recovery strategy update. | .20 | 240.00 |
| Hudson, J. | 12/14/20 | Confer with R. Shore and E. Grim re bankruptcy and allocation updates that might impact insurance recovery strategy. | .20 | 135.00 |
| Hudson, J. | 12/14/20 | Communicate with Debtors and UCC re draft confidentiality agreement with Insurers #3, #6, and #24. | .10 | 67.50 |
| Hudson, J. | 12/14/20 | Revise confidentiality agreement with Insurers #3, #6, and #24. | .10 | 67.50 |
| Hudson, J. | 12/14/20 | Communicate with S. Gilbert re Document F strategy. | .10 | 67.50 |
| Hudson, J. | 12/14/20 | Communicate with KCIC re analysis of applicable policy periods. | .10 | 67.50 |
| Grim, E. | 12/14/20 | Confer with R. Shore and J. Hudson re status of bankruptcy proceedings and impact on insurance strategy. | .20 | 120.00 |
| Gaske, A. | 12/14/20 | Draft portion of common interest agreement re insurance recovery. | 2.20 | 990.00 |
| Shore, R. | 12/15/20 | Confer with insurers and J. Hudson re confidentiality agreement with Insurers #3, #6 and #24. | .20 | 240.00 |
| Hudson, J. | 12/15/20 | Revise confidentiality agreement with Insurers #3, #6, and #24. | .30 | 202.50 |
| Hudson, J. | 12/15/20 | Confer with Insurers #3, #6, and #24 re revised confidentiality agreement. | .20 | 135.00 |
| Hudson, J. | 12/15/20 | Continue to analyze impact of updates received from A. Kramer on Document A and position paper for Insurers #3, #6, and #24. | .20 | 135.00 |

Invoice Number: 11322058
February 19, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gaske, A. | 12/15/20 | Draft portion of common interest agreement re insurance recovery. | 1.10 | 495.00 |
| Hudson, J. | 12/16/20 | Analyze update from Debtors on settlement-related outreach to Insurers #26, #29, and #30. | .10 | 67.50 |
| Hudson, J. | 12/16/20 | Confer with UCC re update from Debtors on settlement-related outreach to Insurers #26, #29, and #30. | .20 | 135.00 |
| Gaske, A. | 12/16/20 | Draft remaining portions of common interest agreement re insurance recovery. | 1.60 | 720.00 |
| Shore, R. | 12/17/20 | Confer with J. Hudson re insurance strategy. | .80 | 960.00 |
| Hudson, J. | 12/17/20 | Confer with R. Shore re next steps for insurance recovery. | .80 | 540.00 |
| Hudson, J. | 12/17/20 | Review analysis of including Insurer #31 in Document A. | .10 | 67.50 |
| Hudson, J. | 12/17/20 | Review status of correspondence and negotiations by insurer. | .40 | 270.00 |
| Hudson, J. | 12/17/20 | Confer with A. Kramer (Debtors' counsel) re next steps for insurer settlement outreach. | .10 | 67.50 |
| Hudson, J. | 12/17/20 | Continue analyzing impact of updates received from A. Kramer on Document A and position paper for Insurers #3, #6, and #24. | .90 | 607.50 |
| Hudson, J. | 12/17/20 | Communicate with S. Gilbert re feedback on Document F strategy. | .10 | 67.50 |
| Johnson, K. | 12/17/20 | Revise notice and invitation letters and insurer responses tracking chart re claims and legal representative contact information. | 1.50 | 337.50 |
| Gaske, A. | 12/17/20 | Review current insurer contacts and add specific insurers to various tracking spreadsheets. | 1.30 | 585.00 |
| Shore, R. | 12/18/20 | Analyze next steps for insurance recovery strategy. | 1.10 | 1,320.00 |
| Shore, R. | 12/18/20 | Communicate with S. Gilbert, J. Hudson and S. Sraders re Document F strategy. | .40 | 480.00 |
| Shore, R. | 12/18/20 | Analyze Document F. | .50 | 600.00 |
| Hudson, J. | 12/18/20 | Review update from A. Kramer re discussions with insurance counsel. | .20 | 135.00 |
| Hudson, J. | 12/18/20 | Communicate with R. Shore re insurance recovery strategy. | .10 | 67.50 |
| Hudson, J. | 12/18/20 | Confer with K. Maclay (MSGE counsel) re Document F. | .10 | 67.50 |
| Hudson, J. | 12/18/20 | Communicate with S. Gilbert, R. Shore and S. Sraders re Document F strategy. | .40 | 270.00 |
| Hudson, J. | 12/18/20 | Communicate with Debtors and UCC re strategy for Document F. | .10 | 67.50 |

Invoice Number: 11322058
February 19, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gaske, A. | 12/18/20 | Revise opioid insurance task list re add additional tasks. | .20 | 90.00 |
| Gaske, A. | 12/18/20 | Research Connecticut law re Insurance Issue #45. | 1.40 | 630.00 |
| Shore, R. | 12/20/20 | Communicate with J. Hudson re Document F strategy. | .10 | 120.00 |
| Hudson, J. | 12/20/20 | Analyze options for filing Document F. | .10 | 67.50 |
| Shore, R. | 12/21/20 | Confer with team re status and strategy. | .20 | 240.00 |
| Shore, R. | 12/21/20 | Confer with E. Grim, S. Sraders, J. Hudson and A. Gaske re status and strategy. | .20 | 240.00 |
| Shore, R. | 12/21/20 | Confer with Debtors' counsel and UCC re settlement and stipulation strategy. | .60 | 720.00 |
| Shore, R. | 12/21/20 | Communication with counsel for Insurers #3, #6, and #24 re confidentiality agreement. | .10 | 120.00 |
| Hudson, J. | 12/21/20 | Communicate with Insurers #3, #6, and #24 re revised confidentiality agreement. | .10 | 67.50 |
| Hudson, J. | 12/21/20 | Confer with bankruptcy team (E. Grim, S. Sraders) and insurance team (R. Shore, A. Gaske) re status and strategy. | .20 | 135.00 |
| Hudson, J. | 12/21/20 | Analyze options for confidentiality agreement based on response from Insurers #3, #6, and #24. | .20 | 135.00 |
| Hudson, J. | 12/21/20 | Analyze with Debtors and UCC options for Document E. | 1.90 | 1,282.50 |
| Grim, E. | 12/21/20 | Confer with bankruptcy team (S. Sraders) and insurance team (R. Shore, Hudson, A. Gaske) re status and strategy. | .20 | 120.00 |
| Grim, E. | 12/21/20 | Communicate with J. Hudson and S. Sraders re allocation deal terms and impact on public creditor recovery. | .20 | 120.00 |
| Gaske, A. | 12/21/20 | Research Delaware law re Insurance Issue #45. | 3.00 | 1,350.00 |
| Gaske, A. | 12/21/20 | Draft portion of memorandum re summary of Delaware law re Insurance Issue #45. | 1.00 | 450.00 |
| Gaske, A. | 12/21/20 | Draft portion of memorandum re Connecticut law on Insurance Issue #45. | 1.60 | 720.00 |
| Gaske, A. | 12/21/20 | Research Rhode Island law re Insurance Issue #20. | 1.40 | 630.00 |
| Gaske, A. | 12/21/20 | Confer with bankruptcy team (E. Grim, S. Sraders) and insurance team (R. Shore, J. Hudson) re status and strategy. | .20 | 90.00 |
| Sraders, S. | 12/21/20 | Confer with bankruptcy team (E. Grim) and insurance team (R. Shore, J. Hudson, A. Gaske) re case progress and strategy. | .20 | 100.00 |
| Shore, R. | 12/22/20 | Communicate with J. Hudson re insurer contacts re settlement (0.2); communicate with A. Kramer re same (0.3). | .50 | 600.00 |

Invoice Number: 11322058
February 19, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Hudson, J. | 12/22/20 | Analyze status of initial settlement discussions with insurers. | .50 | 337.50 |
| Hudson, J. | 12/22/20 | Confer with Debtors' counsel (A. Kramer) re status of outreach to insurers. | 1.40 | 945.00 |
| Johnson, K. | 12/22/20 | Revise tracking spreadsheet to include new correspondence re Document I. | .40 | 90.00 |
| Gaske, A. | 12/22/20 | Revise insurer tracking spreadsheet re response to Document I and update counsel contacts. | 1.20 | 540.00 |
| Shore, R. | 12/23/20 | Communicate with J. Hudson re calls to insurers re settlement meetings (0.5); communicate with A. Kramer re same (0.1); confer with A. Preis re same (0.1); confer with A. Preis re Insurers #3, #6, and #24 confidentiality agreement (0.3). | 1.00 | 1,200.00 |
| Hudson, J. | 12/23/20 | Communicate with S. Gilbert on potential options for Documents E and F. | .10 | 67.50 |
| Hudson, J. | 12/23/20 | Communicate with UCC (A. Preis) re developments impacting Documents E and F. | .10 | 67.50 |
| Hudson, J. | 12/23/20 | Finalize analysis of initial settlement outreach to insurers. | 1.80 | 1,215.00 |
| Hudson, J. | 12/23/20 | Confer with Debtors' counsel (A. Kramer) re status of outreach to insurers, including recent denials of interest in settlement discussions. | .10 | 67.50 |
| Hudson, J. | 12/23/20 | Confer with UCC (A. Preis) re process for future communications with insurers. | .20 | 135.00 |
| Johnson, K. | 12/23/20 | Revise tracking spreadsheet to include new correspondence re Document I. | 1.10 | 247.50 |
| Gaske, A. | 12/23/20 | Revise insurer tracking spreadsheet re updates from Debtors' counsel. | 1.30 | 585.00 |
| Hudson, J. | 12/26/20 | Confer with UCC (A. Preis) re process for finalizing initial outreach to insurers. | .10 | 67.50 |
| Shore, R. | 12/28/20 | Analyze insurance strategy and next steps. | .20 | 240.00 |
| Hudson, J. | 12/28/20 | Confer with counsel for Insurer #27, Debtors (A. Kramer), and UCC (A. Preis) re potential settlement. | .30 | 202.50 |
| Hudson, J. | 12/28/20 | Confer with Debtors' counsel (A. Kramer, B. Kaminetsky, and K. Benedict) and UCC (A. Preis) re Document E. | .10 | 67.50 |
| Hudson, J. | 12/28/20 | Confer with Debtors' counsel (A. Kramer) and UCC (A. Preis) re finalizing initial outreach to insurers. | .70 | 472.50 |
| Hudson, J. | 12/28/20 | Analyze next steps for settlement outreach and Document E. | .50 | 337.50 |
| Hudson, J. | 12/28/20 | Communicate with Insurer #5 re potential settlement discussions. | .40 | 270.00 |

Invoice Number: 11322058
February 19, 2021

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Hudson, J. | 12/28/20 | Communicate with Insurer #32 re potential settlement discussions. | .10 | 67.50 |
| Hudson, J. | 12/28/20 | Communicate with Insurer #26 re potential settlement discussions. | .10 | 67.50 |
| Hudson, J. | 12/28/20 | Communicate with Insurer #25 re potential settlement discussions. | .40 | 270.00 |
| Hudson, J. | 12/28/20 | Communicate with Insurer #15 re potential settlement discussions. | .50 | 337.50 |
| Hudson, J. | 12/28/20 | Communicate with Insurer #13 re potential settlement discussions. | .10 | 67.50 |
| Hudson, J. | 12/28/20 | Communicate with Insurer #12 re potential settlement discussions. | .10 | 67.50 |
| Hudson, J. | 12/28/20 | Communicate with Insurer #11 re potential settlement discussions. | .20 | 135.00 |
| Hudson, J. | 12/28/20 | Communicate with Insurer #31 re potential settlement discussions. | .40 | 270.00 |
| Shore, R. | 12/29/20 | Analyze motion re stipulation. | .50 | 600.00 |
| Shore, R. | 12/29/20 | Correspond with counsel for Insurers #3, #6, and #24 re confidentiality agreement. | .10 | 120.00 |
| Hudson, J. | 12/29/20 | Revise Debtors' draft of Document E. | .30 | 202.50 |
| Hudson, J. | 12/29/20 | Analyze potential next steps re Insurers #3 and #24. | .20 | 135.00 |
| Hudson, J. | 12/29/20 | Analyze specifics of initial insurer outreach to confirm complete. | .10 | 67.50 |
| Grim, E. | 12/29/20 | Revise motion re Document F. | .20 | 120.00 |
| Wolf, D. | 12/29/20 | Review and revise Document E. | .30 | 180.00 |
| Gaske, A. | 12/29/20 | Revise insurer correspondence tracking spreadsheet re updates in correspondence. | 1.80 | 810.00 |
| Hudson, J. | 12/30/20 | Confer with Debtors' counsel (A. Kramer, S. Birnbaum) and UCC (A. Preis) re completion of initial insurer outreach. | .30 | 202.50 |
| Hudson, J. | 12/30/20 | Confer with counsel for Insurer #12 re next steps. | .10 | 67.50 |
| Hudson, J. | 12/30/20 | Confer with Debtors' counsel (A. Kramer and S. Birnbaum) and UCC (A. Preis) re update on Insurer #12. | .10 | 67.50 |
| Hudson, J. | 12/30/20 | Finalize revisions to Debtors' draft of Document E. | .70 | 472.50 |
| Grim, E. | 12/30/20 | Continue to revise motion re Document F. | .60 | 360.00 |
| Gaske, A. | 12/30/20 | Revise insurer tracking spreadsheet re recent correspondence. | 1.00 | 450.00 |
| Shore, R. | 12/31/20 | Confer with J. Hudson re Document E. (0.1); revise same (0.1); communicate with Debtors' counsel re same (0.1); confer with E. Grim re same (0.1). | .40 | 480.00 |

Invoice Number: 11322058
February 19, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Hudson, J. | 12/31/20 | Confer with Debtors re Document E. | .20 | 135.00 |
| Gaske, A. | 12/31/20 | Revise insurer tracking spreadsheet re update contact list. | .30 | 135.00 |
| | | **Project Total:** | **115.50** | **$ 77,675.00** |

### A004: Case Administration

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 12/01/20 | Confer with A. Preis re mediation. | .50 | 750.00 |
| Gilbert, S. | 12/01/20 | Confer with Debtors' professionals re mediation. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/02/20 | Confer with D. Nachman re mediation. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/02/20 | Correspondence and attend virtual conferences re mediation. | 1.50 | 2,250.00 |
| Quinn, K. | 12/02/20 | Review case update and summary of motions from Kramer Levin. | .20 | 190.00 |
| Gilbert, S. | 12/03/20 | Meet with DOJ re Newco. | 2.00 | 3,000.00 |
| Gilbert, S. | 12/03/20 | Attend abatement meetings with hospitals (1.3); meet with NAS re TDP (0.7). | 2.00 | 3,000.00 |
| Quinn, K. | 12/03/20 | Participate in meeting with AHC and DOJ re post-confirmation structure. | 2.00 | 1,900.00 |
| Gilbert, S. | 12/04/20 | Confer with D. Nachman re Sackler issues. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/04/20 | Confer with AHC professionals re mediation. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/05/20 | Confer with D. Nachman re post-emergence Purdue (0.6); confer with S. Birnbaum re same (0.4). | 1.00 | 1,500.00 |
| Gilbert, S. | 12/06/20 | Confer with AHC advisors re options for post-emergence Purdue. | 1.50 | 2,250.00 |
| Gilbert, S. | 12/06/20 | Confer with D. Nachman re post-emergence Purdue. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/07/20 | Confer with D. Molton and DOJ re post-emergence Purdue. | 1.30 | 1,950.00 |
| Quinn, K. | 12/07/20 | Participate in mediator meeting with non-states group. | .80 | 760.00 |
| Grim, E. | 12/07/20 | Confer with non-state group and mediators re Sackler negotiations and other Phase II issues. | .80 | 480.00 |
| Gilbert, S. | 12/08/20 | Confer with K. Feinberg re Phase II issues. | .50 | 750.00 |
| Gilbert, S. | 12/08/20 | Confer with D. Nachman re mediation. | .50 | 750.00 |
| Gilbert, S. | 12/08/20 | Confer with hospitals re abatement. | 1.50 | 2,250.00 |
| Gilbert, S. | 12/08/20 | Meet with DOJ re mediation. | 2.00 | 3,000.00 |
| Gilbert, S. | 12/09/20 | Correspondence and telephone calls with AHC re mediation. | 1.50 | 2,250.00 |

Invoice Number: 11322058
February 19, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 12/10/20 | Confer with D. Nachman re Sackler negotiations. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/10/20 | Meet with DOJ, AHC, and NCSG re Opco. | 2.00 | 3,000.00 |
| Gilbert, S. | 12/10/20 | Confer with K. Maclay re term sheet issues. | .50 | 750.00 |
| Gilbert, S. | 12/10/20 | Confer with D. Molton re mediation. | .50 | 750.00 |
| Gilbert, S. | 12/10/20 | Confer with R. Ringer re post-emergence Purdue structure. | .50 | 750.00 |
| Gilbert, S. | 12/11/20 | Confer with D. Nachman re Sackler negotiations. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/11/20 | Confer with DOJ re post-emergence Purdue structure. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/11/20 | Confer with S. Birnbaum re post-emergence Purdue structure. | .50 | 750.00 |
| Gilbert, S. | 12/12/20 | Confer with K. Feinberg re post-emergence Purdue structure. | .50 | 750.00 |
| Gilbert, S. | 12/14/20 | Confer with D. Nachman re post-emergence Purdue structure. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/14/20 | Meet with DOJ and NCSG re post-emergence Purdue structure. | 1.50 | 2,250.00 |
| Gilbert, S. | 12/14/20 | Confer with professionals re mediation. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/14/20 | Confer with K. Feinberg re Sackler negotiations. | .50 | 750.00 |
| Sraders, S. | 12/14/20 | Review issues list prepared by AHC professionals. | .10 | 50.00 |
| Gilbert, S. | 12/15/20 | Attend omnibus hearing. | 2.00 | 3,000.00 |
| Gilbert, S. | 12/15/20 | Confer with Houlihan re IACs. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/15/20 | Confer with K. Feinberg re Phase II issues. | .50 | 750.00 |
| Gilbert, S. | 12/16/20 | Confer with D. Nachman re Phase II issues. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/16/20 | Meet with AHC and NCSG re Opco. | 2.00 | 3,000.00 |
| Gilbert, S. | 12/16/20 | Confer with Houlihan Lokey re IACs. | 1.80 | 2,700.00 |
| Gilbert, S. | 12/18/20 | Confer with D. Nachman re post-emergence Purdue. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/18/20 | Confer with AHC and NCSG re Opco. | 1.50 | 2,250.00 |
| Gilbert, S. | 12/19/20 | Confer with K. Feinberg re Phase II issues. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/20/20 | Meet with AHC and NCSG re Opco. | 2.50 | 3,750.00 |
| Gilbert, S. | 12/21/20 | Confer with DOJ, AHC, and NCSG re Opco. | 2.00 | 3,000.00 |
| Gilbert, S. | 12/21/20 | Confer with D. Nachman re Sackler negotiations. | .50 | 750.00 |
| Gilbert, S. | 12/21/20 | Confer with Sacklers and mediators re negotiations. | 1.50 | 2,250.00 |
| Gilbert, S. | 12/22/20 | Confer with S. Birnbaum, K. Feinberg, and M. Kesselman re Phase II issues. | 1.50 | 2,250.00 |
| Sraders, S. | 12/22/20 | Review summary from Brown Rudnick re status of proceeding. | .50 | 250.00 |
| Gilbert, S. | 12/23/20 | Meet with DOJ, NCSG, MSGE, and AHC re Opco. | 2.00 | 3,000.00 |
| Gilbert, S. | 12/23/20 | Confer with A. Preis re post-emergence Purdue. | .50 | 750.00 |

Invoice Number: 11322058
February 19, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Grim, E. | 12/23/20 | Draft status report for non-state AHC members. | .80 | 480.00 |
| Gilbert, S. | 12/28/20 | Confer with D. Nachman re Sackler negotiations. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/28/20 | Confer with K. Feinberg re Sackler negotiations. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/28/20 | Confer with NCSG, AHC, and MSGE re Opco. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/28/20 | Confer with T. Phillips re mediation. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/29/20 | Confer with S. Birnbaum re Opco. | .50 | 750.00 |
| Gilbert, S. | 12/29/20 | Confer with Davis Polk re Opco. | .50 | 750.00 |
| Gilbert, S. | 12/30/20 | Confer with D. Nachman re Phase II issues. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/30/20 | Confer with K. Feinberg re Phase II issues. | .50 | 750.00 |
| Quinn, K. | 12/30/20 | Confer with K. Maclay re common interest issues. | 1.00 | 950.00 |
| | | **Project Total:** | **67.30** | **$ 96,710.00** |

## A006:  Employment / Fee Applications

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Grim, E. | 12/01/20 | Revise October/November fee application. | .30 | 180.00 |
| Holland, P. | 12/03/20 | Draft October fee statement. | .80 | 220.00 |
| Grim, E. | 12/04/20 | Revise October fee statement and exhibits. | .40 | 240.00 |
| Quinn, K. | 12/05/20 | Review Fee Examiner report; communicate with team re same. | .40 | 380.00 |
| Holland, P. | 12/05/20 | Review Fee Examiner's initial report re third interim fee application. | .30 | 82.50 |
| Holland, P. | 12/05/20 | Prepare spreadsheet of fees requested interim application v Fee Examiner suggested reductions. | .70 | 192.50 |
| Holland, P. | 12/05/20 | Draft summary of issues for responding to Fee Examiner initial report re third interim fee application. | .50 | 137.50 |
| Holland, P. | 12/09/20 | Prepare spreadsheet of certain original time entries for responding to Fee Examiner inquiries re same (0.9); communications with E. Grim re same and other materials needed for responding to Fee Examiner (.2); review draft response to Fee Examiner (0.3). | 1.40 | 385.00 |
| Grim, E. | 12/09/20 | Draft response to Fee Examiner third interim report. | 4.30 | 2,580.00 |
| Johnson, K. | 12/09/20 | Analyze and identify non-internal communications identified in Fee Examiner's report re third interim fee application. | 1.90 | 427.50 |
| Grim, E. | 12/10/20 | Revise response to Fee Examiner third interim report. | .30 | 180.00 |

Invoice Number: 11322058
February 19, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Holland, P. | 12/11/20 | Finalize October fee statement; communicate with C. Gange re same. | .40 | 110.00 |
| | | **Project Total:** | **11.70** | **$ 5,115.00** |

### A009:  Meetings / Communications with AHC & Creditors

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 12/01/20 | Confer with AHC members re mediation. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/01/20 | Confer with non-states re mediation. | 1.00 | 1,500.00 |
| Quinn, K. | 12/01/20 | Participate in call with client (partial) re mediation. | .30 | 285.00 |
| Grim, E. | 12/01/20 | Confer with non-state group re Phase II mediation updates. | 1.00 | 600.00 |
| Gilbert, S. | 12/02/20 | Confer with AHC re case update and strategy. | 1.70 | 2,550.00 |
| Quinn, K. | 12/02/20 | Participate in call with AHC re status updates and strategy. | 1.70 | 1,615.00 |
| Hudson, J. | 12/02/20 | Attend Ad Hoc Committee meeting re approach to Documents F and N. | 1.70 | 1,147.50 |
| Grim, E. | 12/02/20 | Confer with AHC re status of Phase II mediation, plan issues, and insurance recovery strategy. | 1.70 | 1,020.00 |
| Gilbert, S. | 12/03/20 | Confer with AHC members re mediation. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/03/20 | Meet with AHC re plan alternatives. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/03/20 | Confer with AHC re mediation (0.7); correspond with AHC re same (0.5). | 1.20 | 1,800.00 |
| Gilbert, S. | 12/04/20 | Confer with AHC members re mediation updates. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/07/20 | Meet with non-state AHC group and mediators. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/08/20 | Confer with AHC members re mediation updates. | 2.00 | 3,000.00 |
| Gilbert, S. | 12/08/20 | Confer with non-state group re mediation. | 1.00 | 1,500.00 |
| Grim, E. | 12/08/20 | Confer with non-state group re follow-up issues from meeting with mediators. | .50 | 300.00 |
| Gilbert, S. | 12/09/20 | Confer with AHC re post-emergence structure. | 2.50 | 3,750.00 |
| Quinn, K. | 12/09/20 | Confer with client re post-emergence structure (partial). | 2.00 | 1,900.00 |
| Grim, E. | 12/09/20 | Confer with AHC re Opco structure and Sackler negotiations. | 1.80 | 1,080.00 |
| Gilbert, S. | 12/14/20 | Meet with AHC re DOJ. | .50 | 750.00 |
| Gilbert, S. | 12/14/20 | Confer with Davis Polk re MSGE issues. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/15/20 | Confer with AHC re mediation strategy. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/16/20 | Confer with AHC re plan issues. | 2.00 | 3,000.00 |
| Grim, E. | 12/16/20 | Confer with AHC re plan issues (partial). | 1.30 | 780.00 |

Invoice Number: 11322058
February 19, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Gilbert, S. | 12/17/20 | Confer with AHC members re new developments in mediation. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/17/20 | Meet with AHC re Opco. | 2.50 | 3,750.00 |
| Grim, E. | 12/17/20 | Confer with AHC mediation subgroup re structure of operating entity of post-emergence Purdue. | 2.50 | 1,500.00 |
| Gilbert, S. | 12/22/20 | Confer with AHC re mediation updates. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/22/20 | Confer with R. Budd re mediation. | .50 | 750.00 |
| Gilbert, S. | 12/22/20 | Confer with non-state AHC group re Sackler negotiations and post-emergence Purdue. | .60 | 900.00 |
| Grim, E. | 12/22/20 | Confer with non-state group re Sackler negotiations and discussions re post-emergence Purdue. | .60 | 360.00 |
| | | **Project Total:** | **39.60** | **$ 47,337.50** |

## A019: Plan of Reorganization / Disclosure Statement

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Grim, E. | 12/01/20 | Confer with G. Cicero (Brown Rudnick) re TDP negotiations and agenda for non-state update call. | .10 | 60.00 |
| Grim, E. | 12/01/20 | Communicate with J. Hudson and S. Sraders re insurance language for plan. | .10 | 60.00 |
| Gilbert, S. | 12/02/20 | Confer with counsel re plan alternatives options. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/02/20 | Confer with A. Andrews re TDP. | .50 | 750.00 |
| Quinn, K. | 12/02/20 | Confer with S. Gilbert and E. Grim re revisions to plan alternatives memorandum. | 1.00 | 950.00 |
| Grim, E. | 12/02/20 | Revise memorandum re plan alternatives. | 1.40 | 840.00 |
| Grim, E. | 12/02/20 | Review allocations reflecting plan alternatives. | .20 | 120.00 |
| Grim, E. | 12/02/20 | Confer with S. Gilbert, K. Quinn, and S. Sraders re memorandum re plan issues. | 1.00 | 600.00 |
| Sraders, S. | 12/02/20 | Confer with S. Gilbert, K. Quinn, and E. Grim re presentation re plan issues. | 1.00 | 500.00 |
| Sraders, S. | 12/02/20 | Review term sheets with private creditor groups to ensure appropriate allocation amounts. | .70 | 350.00 |
| Sraders, S. | 12/02/20 | Revise presentation re plan issues. | 1.40 | 700.00 |
| Quinn, K. | 12/03/20 | Reivew potential purchaser information. | .30 | 285.00 |
| Quinn, K. | 12/03/20 | Confer with insurance team re sample plan provisions transferring coverage rights. | .30 | 285.00 |
| Quinn, K. | 12/03/20 | Confer with R. Ringer (Kramer Levin) and S. Gilbert re revised memorandum. | .50 | 475.00 |

Invoice Number: 11322058
February 19, 2021

| Name | Date | Services | Hours | Amount |
|------|------|----------|-------|--------|
| Shore, R. | 12/03/20 | Confer with Debtors re plan structure and insurance (0.8); confer with K. Quinn re plan language re transfer of insurance rights (0.5); review Takata plan re transfer of insurance rights (0.3). | 1.40 | 1,680.00 |
| Grim, E. | 12/03/20 | Revise memorandum and allocations relating to plan alternatives. | .50 | 300.00 |
| Grim, E. | 12/03/20 | Communicate with co-counsel (R. Ringer, others) re memorandum on plan issues. | .10 | 60.00 |
| Grim, E. | 12/03/20 | Confer with AHC, NCSG, and DOJ re structure and governance of post-emergence Purdue. | 2.00 | 1,200.00 |
| Grim, E. | 12/03/20 | Review templates for potential insurance-related plan provisions. | .20 | 120.00 |
| Sraders, S. | 12/03/20 | Revise draft presentation re plan to incorporate comments from Brown Rudnick. | .20 | 100.00 |
| Quinn, K. | 12/04/20 | Confer with co-counsel re strategy and plan issues memorandum. | .90 | 855.00 |
| Grim, E. | 12/04/20 | Confer with co-counsel (R. Ringer, others) re memorandum on plan constructs. | .90 | 540.00 |
| Quinn, K. | 12/06/20 | Participate in call with co-counsel and professionals re sale options. | 1.40 | 1,330.00 |
| Grim, E. | 12/06/20 | Confer with professionals (FTI, Houlihan) re post-emergence Purdue. | 1.40 | 840.00 |
| Grim, E. | 12/08/20 | Revise memorandum re plan issues. | .20 | 120.00 |
| Quinn, K. | 12/10/20 | Participate in call with DOJ re future company structure (partial). | .70 | 665.00 |
| Grim, E. | 12/15/20 | Communicate with G. Cicero (Brown Rudnick) and K. Quinn re TDP negotiations, | .10 | 60.00 |
| Sraders, S. | 12/16/20 | Review term sheet provided by Debtors. | .30 | 150.00 |
| Gilbert, S. | 12/17/20 | Confer with A. Andrews re TDP. | .50 | 750.00 |
| Gilbert, S. | 12/18/20 | Confer with PI counsel and others re TDP proposal. | 2.00 | 3,000.00 |
| Grim, E. | 12/18/20 | Confer with A. Andrews and others (PI counsel) (partial) re TDP proposal. | 1.60 | 960.00 |
| Gilbert, S. | 12/20/20 | Review NCSG draft term sheet. | 1.00 | 1,500.00 |
| Gilbert, S. | 12/20/20 | Confer with D. Nachman, G. Uzzi, and K. Feinberg re term sheet. | 5.50 | 8,250.00 |
| Sraders, S. | 12/21/20 | Review current analyses for allocation of assets. | .40 | 200.00 |
| Sraders, S. | 12/21/20 | Analyze value of estate and creditor allocations. | .20 | 100.00 |
| Gilbert, S. | 12/22/20 | Confer with Debtors and others re AHC financial presentation to DOJ. | 2.00 | 3,000.00 |
| Grim, E. | 12/22/20 | Confer with Debtors and all creditor groups re updated financial projections. | 2.00 | 1,200.00 |
| Gilbert, S. | 12/23/20 | Confer with A. Andrews re TDP. | .50 | 750.00 |

Invoice Number: 11322058
February 19, 2021

| Name | Date | Services | Hours | Amount |
|---|---|---|---|---|
| Quinn, K. | 12/23/20 | Participate in call with DOJ re governance issues. | 2.00 | 1,900.00 |
| Grim, E. | 12/23/20 | Confer with Debtors and all creditor groups re structure of post-emergence Purdue. | 2.10 | 1,260.00 |
| Sraders, S. | 12/23/20 | Revise one-page deal summary sheet. | .40 | 200.00 |
| Sraders, S. | 12/23/20 | Analyze private creditor term sheets to compare with Debtors' term sheets. | 1.20 | 600.00 |
| Gilbert, S. | 12/29/20 | Confer with AHC professionals re term sheet. | 2.00 | 3,000.00 |
| Quinn, K. | 12/29/20 | Participate in call with AHC professionals re plan term sheet (partial). | 1.00 | 950.00 |
| Grim, E. | 12/29/20 | Revise plan term sheet. | .10 | 60.00 |
| Gilbert, S. | 12/30/20 | Confer with AHC professionals re plan alternatives. | 1.00 | 1,500.00 |
| | | **Project Total:** | **45.30** | **$ 44,675.00** |
| | | **TOTAL CHARGEABLE HOURS** | **279.40** | |
| | | **TOTAL FEES** | | **$ 271,512.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Gilbert, S. | 103.30 | 1,500.00 | 154,950.00 |
| Quinn, K. | 18.20 | 950.00 | 17,290.00 |
| Shore, R. | 18.50 | 1,200.00 | 22,200.00 |
| Holland, P. | 4.10 | 275.00 | 1,127.50 |
| Hudson, J. | 44.50 | 675.00 | 30,037.50 |
| Grim, E. | 32.30 | 600.00 | 19,380.00 |
| Wolf, D. | 5.50 | 600.00 | 3,300.00 |
| Johnson, K. | 5.70 | 225.00 | 1,282.50 |
| Gaske, A. | 34.10 | 450.00 | 15,345.00 |
| Sraders, S. | 13.20 | 500.00 | 6,600.00 |
| **TOTALS** | **279.40** | | **$ 271,512.50** |

Invoice Number: 11322058
February 19, 2021

**TASK SUMMARY**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| A001 | Asset Analysis & Recovery | 115.50 | 77,675.00 |
| A004 | Case Administration | 67.30 | 96,710.00 |
| A006 | Employment / Fee Applications | 11.70 | 5,115.00 |
| A009 | Meetings / Communications with AHC & Creditors | 39.60 | 47,337.50 |
| A019 | Plan of Reorganization / Disclosure Statement | 45.30 | 44,675.00 |

**EXPENSE DETAILS**

**E106:  Online Research**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 12/31/20 | Westlaw | E106 | 379.65 |
|  | Sub-Total of Expenses: |  | $ 379.65 |

| | | |
|---|---|---|
| **TOTAL EXPENSES** | | **$ 379.65** |

| | | |
|---|---|---|
| **TOTAL FEES AND EXPENSES** | | **$ 271,892.15** |