UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

------------------------------------------------------- x

### STATEMENT OF FEES AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of December 1, 2020 through December 31, 2020 (the "Twelfth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

### I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2. On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3. On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4. On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5. For the Twelfth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $540.00, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,540.00 (representing 80% of the total amount monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Twelfth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Twelfth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses.

Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Twelfth Compensation Period but not included herein.

6.    An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Twelfth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned and out-of-pocket expenses incurred during the Twelfth Compensation Period is outlined below:

| Twelfth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| December 1 - 31, 2020 | $225,000.00 | ($45,000.00) | $540.00 | **$180,540.00** |

The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.    PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 432.5 hours expended by PJT professionals in providing investment banking services to the Debtors during the Twelfth Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | December 2020 |
|---|---|
| Tim Coleman | 17.0 |
| Jamie O'Connell | 42.0 |
| Joe Turner | 95.5 |
| Rafael Schnitzler | 9.0 |
| Tom Melvin | 176.0 |
| Jovana Arsic | 29.0 |
| Gerald Sim | 57.0 |
| Lukas Schwarzmann | 6.5 |
| Ismail Mian | 0.5 |
| **Total Hours** | **432.5** |

## III. <u>Requested Relief</u>

7.    Pursuant to the Retention Order and the Procedures Order, with respect to PJT's
(a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of
$540.00, in each case earned or incurred during the Twelfth Compensation Period, PJT hereby
requests that the Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 540.00 |
| **Total Amount Due** | **$180,540.00** |

Dated: February 1, 2021                                   PJT PARTNERS LP

By: /s/ John James O'Connell III
                                                                    John James O'Connell III
                                                                    Partner
                                                                    280 Park Avenue
                                                                    New York, NY 10017
                                                                    (212) 364-7800

**APPENDIX A**

PJT Partners

PJT

February 1, 2021

Jon Lowne
Purdue Pharmaceuticals LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of December 1, 2020 through December 31, 2020: | $ | 225,000.00 |
| Less: Holdback @20% | | (45,000.00) |

Out-of-pocket expenses processed through the period of January 14, 2021:[1]

| | | |
|---|---|---|
| Meals | $ 540.00 | 540.00 |
| **Total Amount Due** | **$** | **180,540.00** |

**Invoice No. 10016665**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Dept. - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Jan-21 | | Total Expenses | |
|---|---|---|---|---|
| Employee Meals | $ | 540.00 | $ | 540.00 |
| **Total Expenses** | **$** | **540.00** | **$** | **540.00** |
|  |  |  |  |  |
| **Meals** |  |  | **$** | **540.00** |
|  |  |  |  |  |
| **Total Expenses** |  |  | **$** | **540.00** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through Januay 14, 2021**
**Invoice No. 10016665**

**Employee Meals**[1]

| | | |
|---|---|---|
| Melvin (weeknight working dinner meal) | 10/01/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/05/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/07/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/08/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/12/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/13/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/14/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/15/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/19/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/20/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/22/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/26/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/27/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/28/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/29/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/02/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/03/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/04/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/05/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/09/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/10/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/11/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/12/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/16/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/17/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/18/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/19/20 | 20.00 |
| **Subtotal - Employee Meals** | | **$ 540.00** |
| **Total Expenses** | | **$ 540.00** |

---

[1] In accordance with this Court's administrative order, meal expenses have been capped at $20 per individual.

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Title | Hours |
|---|---|---|
| Tim Coleman | Partner | 17.0 |
| Jamie O'Connell | Partner | 42.0 |
| Joe Turner | Managing Director | 95.5 |
| Rafael Schnitzler | Director | 9.0 |
| Tom Melvin | Associate | 176.0 |
| Jovana Arsic | Associate | 29.0 |
| Gerald Sim | Analyst | 57.0 |
| Lukas Schwarzmann | Analyst | 6.5 |
| Ismail Mian | Analyst | 0.5 |
| | **Total** | **432.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tim Coleman | 12/01/20 | 0.5 | Weekly update call |
| Tim Coleman | 12/03/20 | 1.0 | Internal call regarding various matters |
| Tim Coleman | 12/07/20 | 0.5 | Internal call regarding various matters |
| Tim Coleman | 12/07/20 | 1.0 | Conference call with management and counsel regarding various matters |
| Tim Coleman | 12/07/20 | 0.5 | Follow-up internal call regarding various matters |
| Tim Coleman | 12/08/20 | 1.0 | Internal call regarding various matters |
| Tim Coleman | 12/08/20 | 0.5 | Weekly update call with advisors |
| Tim Coleman | 12/09/20 | 0.5 | Conference call with management and counsel regarding various matters |
| Tim Coleman | 12/10/20 | 5.5 | Board call |
| Tim Coleman | 12/14/20 | 0.5 | Weekly internal update call |
| Tim Coleman | 12/15/20 | 0.5 | Weekly advisor update call |
| Tim Coleman | 12/17/20 | 1.0 | Internal call regarding various matters |
| Tim Coleman | 12/22/20 | 1.0 | Conference call with management and counsel regarding various matters |
| Tim Coleman | 12/28/20 | 2.0 | Conference call with management and counsel regarding various matters |
| Tim Coleman | 12/30/20 | 1.0 | Special Committee call |
| | | **17.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 12/01/20 | 0.5 | Weekly update call |
| Jamie O'Connell | 12/03/20 | 1.0 | Internal call regarding various matters |
| Jamie O'Connell | 12/04/20 | 0.5 | Call with J. Turner regarding financial matter |
| Jamie O'Connell | 12/04/20 | 1.0 | Conference call regarding financial matter |
| Jamie O'Connell | 12/05/20 | 0.5 | Review financial analysis |
| Jamie O'Connell | 12/05/20 | 1.0 | Call with J. Turner regarding financial matter |
| Jamie O'Connell | 12/06/20 | 0.5 | Call with R. Schnitzler regarding financial matter |
| Jamie O'Connell | 12/06/20 | 0.5 | Call with J. Turner regarding financial matter |
| Jamie O'Connell | 12/07/20 | 0.5 | Internal call regarding various matters |
| Jamie O'Connell | 12/07/20 | 1.0 | Conference call with management and counsel regarding various matters |
| Jamie O'Connell | 12/07/20 | 0.5 | Follow-up internal call regarding various matters |
| Jamie O'Connell | 12/08/20 | 0.5 | Review financial analysis |
| Jamie O'Connell | 12/08/20 | 1.0 | Internal call regarding various matters |
| Jamie O'Connell | 12/08/20 | 0.5 | Weekly update call with advisors |
| Jamie O'Connell | 12/09/20 | 0.5 | Conference call with management and counsel regarding various matters |
| Jamie O'Connell | 12/09/20 | 0.5 | Call with. J. Turner regarding financial analysis |
| Jamie O'Connell | 12/09/20 | 0.5 | Call with. J. Turner and T. Melvin regarding financial analysis |
| Jamie O'Connell | 12/09/20 | 0.5 | Review and comment on financial analysis |
| Jamie O'Connell | 12/10/20 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 12/10/20 | 5.5 | Board call |
| Jamie O'Connell | 12/10/20 | 0.5 | Review financial analysis |
| Jamie O'Connell | 12/10/20 | 0.5 | Call with T. Melvin regarding financial analysis |
| Jamie O'Connell | 12/11/20 | 0.5 | Review financial analysis |
| Jamie O'Connell | 12/14/20 | 0.5 | Weekly internal update call |
| Jamie O'Connell | 12/15/20 | 1.5 | Dialed into court hearing |
| Jamie O'Connell | 12/15/20 | 0.5 | Weekly advisor update call |
| Jamie O'Connell | 12/17/20 | 1.0 | Internal call regarding various matters |
| Jamie O'Connell | 12/17/20 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 12/17/20 | 0.5 | Review and comment on correspondence |
| Jamie O'Connell | 12/18/20 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 12/19/20 | 1.0 | Correspondences regarding various matters |
| Jamie O'Connell | 12/20/20 | 0.5 | Call with J. Turner regarding presentation |
| Jamie O'Connell | 12/20/20 | 0.5 | Call with counsel regarding presentation |
| Jamie O'Connell | 12/21/20 | 1.0 | Call with J. Turner regarding presentation |
| Jamie O'Connell | 12/21/20 | 1.0 | Call with counsel regarding presentation |
| Jamie O'Connell | 12/22/20 | 0.5 | Call with J. Turner regarding presentation |
| Jamie O'Connell | 12/22/20 | 1.0 | Conference call with management and counsel regarding various matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 12/22/20 | 1.0 | Follow-up call with J. Turner regarding presentation |
| Jamie O'Connell | 12/22/20 | 2.0 | Preparation for presentation to creditor groups |
| Jamie O'Connell | 12/23/20 | 1.0 | 2x calls with J. Turner regarding presentation and other matters |
| Jamie O'Connell | 12/23/20 | 1.0 | Preparation for presentation to creditor groups |
| Jamie O'Connell | 12/23/20 | 2.0 | Presentation to creditor groups |
| Jamie O'Connell | 12/27/20 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 12/28/20 | 1.0 | Review and preparation for conference call |
| Jamie O'Connell | 12/28/20 | 2.0 | Conference call with management and counsel regarding various matters |
| Jamie O'Connell | 12/29/20 | 0.5 | Internal calls regarding board meeting |
| Jamie O'Connell | 12/30/20 | 1.0 | Special Committee call |
| Jamie O'Connell | 12/31/20 | 0.5 | Conference call regarding various matters |
| | | **42.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 12/01/20 | 1.0 | IAC call regarding tax diligence |
| Joe Turner | 12/01/20 | 0.5 | Call with creditor advisors regarding financial analysis |
| Joe Turner | 12/01/20 | 2.0 | Review of various financial analyses |
| Joe Turner | 12/01/20 | 1.0 | Weekly advisor call |
| Joe Turner | 12/01/20 | 0.5 | Debtor advisor regroup following IAC call |
| Joe Turner | 12/01/20 | 1.0 | 2x calls with PJT personnel regarding financial analysis |
| Joe Turner | 12/02/20 | 0.5 | Catch up call with Alix Partners regarding various topics |
| Joe Turner | 12/02/20 | 1.5 | Review of various financial analyses |
| Joe Turner | 12/02/20 | 0.5 | Emails relating to diligence processes |
| Joe Turner | 12/02/20 | 1.5 | Review of various business plan materials |
| Joe Turner | 12/03/20 | 1.0 | Calls with PJT personnel regarding financial analysis (including preparation time) |
| Joe Turner | 12/04/20 | 2.0 | Calls with PJT personnel regarding financial analysis (including preparation time) |
| Joe Turner | 12/04/20 | 0.5 | Call with J. O'Connell regarding financial matter |
| Joe Turner | 12/05/20 | 1.5 | Review of various financial analyses |
| Joe Turner | 12/05/20 | 2.5 | Review of various business plan materials |
| Joe Turner | 12/05/20 | 1.5 | Calls with PJT personnel regarding financial analysis (including preparation time) |
| Joe Turner | 12/05/20 | 1.0 | Call with J. O'Connell regarding financial matter |
| Joe Turner | 12/06/20 | 0.5 | Call with creditor advisors regarding financial analysis |
| Joe Turner | 12/06/20 | 1.0 | Review of various financial analyses |
| Joe Turner | 12/06/20 | 1.0 | Emails relating to diligence processes |
| Joe Turner | 12/06/20 | 0.5 | Call with J. O'Connell regarding financial matter |
| Joe Turner | 12/06/20 | 0.5 | Catch up call with Alix Partners regarding various topics (including diligence provision) |
| Joe Turner | 12/07/20 | 1.0 | 2x internal calls regarding various financial analyses |
| Joe Turner | 12/07/20 | 2.0 | Call with creditor advisors regarding PBC governance structure (including preparation time) |
| Joe Turner | 12/07/20 | 0.5 | Internal PJT weekly call |
| Joe Turner | 12/08/20 | 2.0 | 2x internal calls regarding various financial analyses |
| Joe Turner | 12/08/20 | 1.0 | Call with company regarding various financial analyses |
| Joe Turner | 12/08/20 | 1.0 | Weekly advisor call |
| Joe Turner | 12/08/20 | 1.0 | Review of materials for BOD meeting |
| Joe Turner | 12/09/20 | 0.5 | Advisor/company call to prep for BOD |
| Joe Turner | 12/09/20 | 1.0 | Review of materials for BOD meeting |
| Joe Turner | 12/09/20 | 1.0 | 2x internal calls regarding various financial analyses with J. O'Connell and T. Melvin |
| Joe Turner | 12/09/20 | 1.0 | Emails relating to diligence processes |
| Joe Turner | 12/10/20 | 1.0 | Additional prep for presenting in BOD meeting |
| Joe Turner | 12/10/20 | 5.0 | Telephonic BOD meeting |
| Joe Turner | 12/10/20 | 1.0 | Review of various financial analyses |
| Joe Turner | 12/11/20 | 0.5 | Responding to requests from company/DPW various financial analyses |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 12/11/20 | 2.0 | Drafting of various financial analyses |
| Joe Turner | 12/12/20 | 1.5 | Drafting/review of various financial analyses |
| Joe Turner | 12/14/20 | 0.5 | Internal PJT weekly call |
| Joe Turner | 12/14/20 | 0.5 | Emails relating to diligence processes |
| Joe Turner | 12/15/20 | 1.5 | Telephonic hearing |
| Joe Turner | 12/15/20 | 1.0 | IAC diligence call regarding business plan |
| Joe Turner | 12/15/20 | 0.5 | Weekly advisor call |
| Joe Turner | 12/15/20 | 2.0 | Drafting of various financial analyses |
| Joe Turner | 12/15/20 | 0.5 | Discussion with debtor advisors regarding tax modelling |
| Joe Turner | 12/15/20 | 0.5 | Discussion with company, DPW and Alix regarding stakeholder diligence requests |
| Joe Turner | 12/16/20 | 0.5 | Discussion with Alix regarding financial analyses |
| Joe Turner | 12/16/20 | 0.5 | Emails relating to diligence processes |
| Joe Turner | 12/16/20 | 2.5 | Review of status of various diligence / analyses for creditors (post business plan refresh) |
| Joe Turner | 12/16/20 | 0.5 | Discussion with company, DPW and Alix regarding financial analyses |
| Joe Turner | 12/17/20 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 12/17/20 | 0.5 | Emails relating to diligence processes |
| Joe Turner | 12/18/20 | 1.0 | Emails relating to diligence processes |
| Joe Turner | 12/20/20 | 0.5 | Call with J. O'Connell regarding presentation |
| Joe Turner | 12/20/20 | 2.5 | Review/drafting of various presentation materials |
| Joe Turner | 12/20/20 | 0.5 | Call with counsel regarding presentation |
| Joe Turner | 12/21/20 | 1.0 | Call with J. O'Connell regarding presentation |
| Joe Turner | 12/21/20 | 1.0 | Email correspondence with various stakeholders |
| Joe Turner | 12/21/20 | 1.5 | Review/drafting of various presentation materials |
| Joe Turner | 12/21/20 | 1.0 | Call with counsel regarding presentation |
| Joe Turner | 12/22/20 | 0.5 | Call with J. O'Connell regarding presentation |
| Joe Turner | 12/22/20 | 2.0 | Review/drafting of various presentation materials |
| Joe Turner | 12/22/20 | 1.0 | Conference call with management and counsel regarding various matters |
| Joe Turner | 12/22/20 | 1.0 | Follow-up call with J. O'Connell regarding presentation |
| Joe Turner | 12/23/20 | 3.5 | Call with various stakeholders, including preparation time |
| Joe Turner | 12/23/20 | 1.0 | Follow-up call with company, counsel and Alix Partners regarding presentation |
| Joe Turner | 12/23/20 | 1.0 | Email correspondence with various stakeholders |
| Joe Turner | 12/23/20 | 1.0 | 2x calls with J. O'Connell regarding presentation and other matters |
| Joe Turner | 12/23/20 | 1.0 | Emails relating to diligence processes |
| Joe Turner | 12/23/20 | 1.0 | Call with creditor advisor regarding financial analyses |
| Joe Turner | 12/24/20 | 1.5 | Review of various financial analyses |
| Joe Turner | 12/27/20 | 0.5 | Call with J. O'Connell regarding various items |
| Joe Turner | 12/27/20 | 0.5 | Internal PJT catch-up call |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 12/27/20 | 1.5 | Review of various financial analyses |
| Joe Turner | 12/28/20 | 0.5 | Internal PJT catch-up call |
| Joe Turner | 12/28/20 | 1.0 | Call with company regarding various financial analyses |
| Joe Turner | 12/28/20 | 1.0 | Call with company and stakeholder advisors regarding various diligence items |
| Joe Turner | 12/28/20 | 0.5 | Internal PJT catch-up call #2 |
| Joe Turner | 12/28/20 | 0.5 | Call with Alix and DPW regarding diligence processes |
| Joe Turner | 12/28/20 | 1.5 | Review of various financial analyses and diligence items |
| Joe Turner | 12/28/20 | 1.0 | Emails relating to various financial analyses and diligence items |
| Joe Turner | 12/29/20 | 0.5 | Internal PJT catch-up call |
| Joe Turner | 12/29/20 | 1.5 | Review of Special Committee materials |
| Joe Turner | 12/29/20 | 1.0 | Weekly advisor call |
| Joe Turner | 12/30/20 | 1.0 | Review of Special Committee materials |
| Joe Turner | 12/31/20 | 1.0 | Diligence call with company and stakeholder advisors |
| | | 95.5 | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 12/01/20 | 0.5 | Weekly update call |
| Rafael Schnitzler | 12/03/20 | 1.0 | Internal call regarding various matters |
| Rafael Schnitzler | 12/06/20 | 0.5 | Call with J. O'Connell regarding financial matter |
| Rafael Schnitzler | 12/07/20 | 0.5 | Internal call regarding various matters |
| Rafael Schnitzler | 12/07/20 | 1.0 | Conference call with management and counsel regarding various matters |
| Rafael Schnitzler | 12/07/20 | 0.5 | Follow-up internal call regarding various matters |
| Rafael Schnitzler | 12/08/20 | 1.0 | Internal call regarding various matters |
| Rafael Schnitzler | 12/08/20 | 0.5 | Weekly update call with advisors |
| Rafael Schnitzler | 12/09/20 | 0.5 | Conference call with management and counsel regarding various matters |
| Rafael Schnitzler | 12/14/20 | 0.5 | Weekly internal update call |
| Rafael Schnitzler | 12/15/20 | 0.5 | Weekly advisor update call |
| Rafael Schnitzler | 12/17/20 | 1.0 | Internal call regarding various matters |
| Rafael Schnitzler | 12/22/20 | 1.0 | Conference call with management and counsel regarding various matters |
| | | **9.0** | |

# PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 12/01/20 | 1.0 | Conference call with various stakeholder advisors to discuss tax-related matters |
| Thomas Melvin | 12/01/20 | 0.5 | Conference call with creditor financial advisors to discuss financial analysis |
| Thomas Melvin | 12/01/20 | 1.0 | Weekly debtor advisor group call |
| Thomas Melvin | 12/01/20 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 12/01/20 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 12/01/20 | 0.5 | E-mail correspondence with creditor financial advisors regarding diligence requests |
| Thomas Melvin | 12/01/20 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/01/20 | 0.5 | Internal call to discuss financial analysis |
| Thomas Melvin | 12/01/20 | 0.5 | Call with J. Turner to discuss financial analyses |
| Thomas Melvin | 12/01/20 | 1.5 | E-mail correspondence with Company management, AlixPartners and creditor advisors regarding diligence requests |
| Thomas Melvin | 12/01/20 | 1.0 | Review various materials at request of Company management |
| Thomas Melvin | 12/01/20 | 1.0 | Prepare financial analysis at request of Company management |
| Thomas Melvin | 12/02/20 | 0.5 | Call with AlixPartners to discuss various matters |
| Thomas Melvin | 12/02/20 | 2.0 | Review various materials at request of Company management |
| Thomas Melvin | 12/02/20 | 0.5 | Prepare and review agenda for weekly call |
| Thomas Melvin | 12/02/20 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/02/20 | 1.0 | Review various materials prepared by AlixPartners |
| Thomas Melvin | 12/02/20 | 1.0 | Prepare and review various financial analyses |
| Thomas Melvin | 12/02/20 | 1.0 | E-mail correspondence with AlixPartners related to diligence requests |
| Thomas Melvin | 12/03/20 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 12/03/20 | 1.5 | Review of budget presentation at request of Company management |
| Thomas Melvin | 12/03/20 | 2.5 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/03/20 | 3.0 | Review and evaluate various materials |
| Thomas Melvin | 12/03/20 | 0.5 | Internal team call to discuss various matters |
| Thomas Melvin | 12/03/20 | 0.5 | E-mail correspondence with internal team to coordinate upcoming meetings |
| Thomas Melvin | 12/03/20 | 1.0 | Review Company presentation materials |
| Thomas Melvin | 12/03/20 | 1.0 | E-mail correspondence with internal team regarding financial analysis |
| Thomas Melvin | 12/04/20 | 1.0 | Conference call with AlixPartners and Company management regarding various matters |
| Thomas Melvin | 12/04/20 | 3.5 | Prepare and review financial analysis |
| Thomas Melvin | 12/04/20 | 1.0 | E-mail correspondence with creditor financial advisors regarding diligence requests |
| Thomas Melvin | 12/04/20 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 12/05/20 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 12/05/20 | 2.0 | Prepare and review financial analysis |
| Thomas Melvin | 12/05/20 | 0.5 | E-mail correspondence with creditor financial advisors regarding upcoming call |
| Thomas Melvin | 12/06/20 | 0.5 | Conference call with creditor financial advisors to discuss financial analysis |
| Thomas Melvin | 12/06/20 | 0.5 | Call with AlixPartners to discuss various matters |
| Thomas Melvin | 12/06/20 | 3.0 | Prepare and review financial analysis |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 12/06/20 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/06/20 | 1.0 | E-mail correspondence with AlixPartners related to data room uploads |
| Thomas Melvin | 12/06/20 | 1.5 | E-mail correspondence with internal team regarding response to requests |
| Thomas Melvin | 12/07/20 | 0.5 | Internal team call to discuss diligence process |
| Thomas Melvin | 12/07/20 | 1.0 | Conference call with debtor advisors and Company management to discuss various matters |
| Thomas Melvin | 12/07/20 | 0.5 | Conference call with AlixPartners and Company management regarding financial analysis |
| Thomas Melvin | 12/07/20 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/07/20 | 2.5 | Prepare and review financial analysis |
| Thomas Melvin | 12/07/20 | 1.0 | E-mail correspondence with internal team |
| Thomas Melvin | 12/07/20 | 1.5 | Prepare and review materials for Company management |
| Thomas Melvin | 12/07/20 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding diligence requests |
| Thomas Melvin | 12/08/20 | 1.0 | Conference call with AlixPartners, DPW and Company management regarding various matters |
| Thomas Melvin | 12/08/20 | 0.5 | Conference call with creditor financial advisors to discuss various matters |
| Thomas Melvin | 12/08/20 | 1.0 | Internal team call to discuss various matters |
| Thomas Melvin | 12/08/20 | 1.0 | Weekly debtor advisor group call |
| Thomas Melvin | 12/08/20 | 1.0 | Conference call with AlixPartners and DPW regarding diligence process |
| Thomas Melvin | 12/08/20 | 0.5 | Conference call with creditor financial advisors to discuss financial analysis |
| Thomas Melvin | 12/08/20 | 1.0 | Call with Company management to discuss various financial matters |
| Thomas Melvin | 12/08/20 | 2.0 | Prepare and review financial analysis |
| Thomas Melvin | 12/08/20 | 1.5 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/09/20 | 0.5 | Conference call with debtor advisors and Company management to discuss board meeting preparation |
| Thomas Melvin | 12/09/20 | 0.5 | Call with Company management and AlixPartners to discuss various diligence items |
| Thomas Melvin | 12/09/20 | 3.0 | Prepare and review financial analysis |
| Thomas Melvin | 12/09/20 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/09/20 | 1.0 | Review diligence responses |
| Thomas Melvin | 12/09/20 | 2.0 | Prepare financial analysis requested by DPW |
| Thomas Melvin | 12/10/20 | 2.0 | Attended portion of board meeting |
| Thomas Melvin | 12/10/20 | 1.5 | Call with Company management, AlixPartners and DPW regarding various diligence items |
| Thomas Melvin | 12/10/20 | 2.0 | Prepare financial analysis requested by DPW |
| Thomas Melvin | 12/10/20 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/10/20 | 0.5 | E-mail correspondence with creditor advisors related to diligence requests |
| Thomas Melvin | 12/11/20 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 12/11/20 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/11/20 | 0.5 | E-mail correspondence with creditor advisors related to diligence requests |
| Thomas Melvin | 12/11/20 | 2.5 | Prepare and review financial analyses requested by DPW |
| Thomas Melvin | 12/11/20 | 1.0 | E-mail correspondence with AlixPartners and Company management related to diligence requests |
| Thomas Melvin | 12/12/20 | 1.0 | Prepare and review responses to creditor financial advisor diligence requests |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 12/13/20 | 2.0 | Prepare and review financial analyses requested by DPW |
| Thomas Melvin | 12/13/20 | 1.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/14/20 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 12/14/20 | 2.0 | Prepare and review financial analyses requested by DPW |
| Thomas Melvin | 12/14/20 | 2.5 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/15/20 | 1.0 | Dialed in for part of telephonic hearing |
| Thomas Melvin | 12/15/20 | 1.0 | Weekly debtor advisor group call |
| Thomas Melvin | 12/15/20 | 0.5 | Conference call with DPW and AlixPartners regarding tax-related matters |
| Thomas Melvin | 12/15/20 | 0.5 | Call with Company management and AlixPartners to discuss various diligence items |
| Thomas Melvin | 12/15/20 | 1.5 | Prepare and review financial analyses requested by DPW |
| Thomas Melvin | 12/15/20 | 2.5 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/15/20 | 1.0 | E-mail correspondence with creditor advisors related to diligence requests |
| Thomas Melvin | 12/15/20 | 1.0 | E-mail correspondence with internal team regarding various analyses |
| Thomas Melvin | 12/16/20 | 0.5 | Call with AlixPartners to discuss financial analysis |
| Thomas Melvin | 12/16/20 | 0.5 | Call with AlixPartners and DPW to discuss financial analysis |
| Thomas Melvin | 12/16/20 | 0.5 | Conference call with AlixPartners and creditor financial advisors regarding updated business plan |
| Thomas Melvin | 12/16/20 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/16/20 | 2.0 | Prepare and review financial analyses requested by DPW |
| Thomas Melvin | 12/16/20 | 0.5 | Internal team call to review financial analysis |
| Thomas Melvin | 12/16/20 | 0.5 | Prepare and review agenda for weekly call |
| Thomas Melvin | 12/17/20 | 0.5 | Internal team call to discuss various work streams |
| Thomas Melvin | 12/17/20 | 1.0 | E-mail correspondence with Company management regarding upcoming meeting |
| Thomas Melvin | 12/17/20 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/17/20 | 1.0 | Prepare and review financial analyses requested by DPW |
| Thomas Melvin | 12/18/20 | 0.5 | Call with AlixPartners to discuss various diligence items |
| Thomas Melvin | 12/18/20 | 1.0 | Conference call with AlixPartners, Company management and creditor advisors regarding business plan assumptions |
| Thomas Melvin | 12/18/20 | 0.5 | Conference call with AlixPartners and DPW to discuss various tax-related matters |
| Thomas Melvin | 12/19/20 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 12/19/20 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/19/20 | 2.0 | Prepare and review financial analyses requested by DPW |
| Thomas Melvin | 12/20/20 | 2.0 | Prepare and review financial analyses requested by DPW |
| Thomas Melvin | 12/20/20 | 0.5 | E-mail correspondence with internal team regarding financial analysis |
| Thomas Melvin | 12/21/20 | 0.5 | Call with Company management and AlixPartners to discuss various diligence items |
| Thomas Melvin | 12/21/20 | 1.0 | Call with DPW and AlixPartners to discuss various analyses |
| Thomas Melvin | 12/21/20 | 1.0 | Call with DPW, AlixPartners and Company management to discuss various analyses |
| Thomas Melvin | 12/21/20 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/21/20 | 3.0 | Prepare and review financial analyses requested by DPW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 12/21/20 | 1.0 | Update slides for Company finance team |
| Thomas Melvin | 12/22/20 | 0.5 | Call with AlixPartners to discuss various diligence items |
| Thomas Melvin | 12/22/20 | 1.0 | Call with DPW, AlixPartners and Company management to discuss various analyses |
| Thomas Melvin | 12/22/20 | 1.0 | Call with AlixPartners and Company management to discuss diligence requests |
| Thomas Melvin | 12/22/20 | 1.0 | Weekly debtor advisor group call |
| Thomas Melvin | 12/22/20 | 1.5 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/22/20 | 5.0 | Prepare and review financial analyses requested by DPW |
| Thomas Melvin | 12/23/20 | 2.0 | Conference call with various creditor group advisors to discuss post-emergence structure |
| Thomas Melvin | 12/23/20 | 0.5 | Call with AlixPartners and creditor group financial advisors regarding diligence requests |
| Thomas Melvin | 12/23/20 | 3.0 | Prepare and review financial analyses requested by DPW |
| Thomas Melvin | 12/23/20 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/27/20 | 0.5 | Internal team call to discuss various analyses |
| Thomas Melvin | 12/27/20 | 1.5 | Prepare and review financial analyses requested by DPW |
| Thomas Melvin | 12/28/20 | 0.5 | Internal team call to discuss various analyses |
| Thomas Melvin | 12/28/20 | 1.0 | Call with AlixPartners and Company management to discuss diligence requests |
| Thomas Melvin | 12/28/20 | 1.0 | Call with AlixPartners and Company management to discuss diligence requests |
| Thomas Melvin | 12/28/20 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 12/28/20 | 1.0 | Call with DPW, AlixPartners and Company management to discuss various analyses |
| Thomas Melvin | 12/28/20 | 0.5 | Call with DPW, AlixPartners and Company management to discuss legal diligence requests |
| Thomas Melvin | 12/28/20 | 2.0 | Prepare and review financial analyses requested by DPW |
| Thomas Melvin | 12/28/20 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 12/28/20 | 1.0 | E-mail correspondence with DPW regarding presentation materials |
| Thomas Melvin | 12/29/20 | 1.0 | Weekly debtor advisor group call |
| Thomas Melvin | 12/29/20 | 0.5 | Internal team call to discuss various matters |
| Thomas Melvin | 12/29/20 | 2.0 | Prepare and review financial analyses requested by DPW |
| Thomas Melvin | 12/29/20 | 1.0 | Prepare and review responses to creditor financial advisor requests |
| Thomas Melvin | 12/29/20 | 1.0 | Prepare and review internal financial analysis |
| Thomas Melvin | 12/30/20 | 1.0 | Special Committee conference call |
| Thomas Melvin | 12/30/20 | 1.5 | Prepare and review financial analyses requested by DPW |
| Thomas Melvin | 12/30/20 | 1.0 | Prepare and review responses to creditor financial advisor requests |
| Thomas Melvin | 12/31/20 | 1.0 | Conference call with AlixPartners and Company management to discuss diligence requests |
| Thomas Melvin | 12/31/20 | 1.0 | Prepare and review responses to creditor financial advisor requests |
| | | **176.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 12/01/20 | 1.0 | IAC call regarding tax diligence |
| Jovana Arsic | 12/01/20 | 0.5 | Call with creditor advisors regarding financial analysis |
| Jovana Arsic | 12/01/20 | 1.0 | Weekly advisor call |
| Jovana Arsic | 12/01/20 | 0.5 | Debtor advisor regroup following IAC call |
| Jovana Arsic | 12/01/20 | 1.0 | 2x Internal PJT calls regarding financial analysis |
| Jovana Arsic | 12/02/20 | 0.5 | Catch up call with Alix Partners regarding various topics |
| Jovana Arsic | 12/05/20 | 1.5 | Internal PJT call regarding financial analysis |
| Jovana Arsic | 12/06/20 | 0.5 | Call with creditor advisors regarding financial analysis |
| Jovana Arsic | 12/06/20 | 1.0 | Review of various financial analyses |
| Jovana Arsic | 12/07/20 | 1.0 | Internal PJT calls regarding financial analysis |
| Jovana Arsic | 12/07/20 | 1.0 | Conference call with debtor advisors and Company management to discuss various matters |
| Jovana Arsic | 12/07/20 | 0.5 | Conference call with AlixPartners and Company management regarding financial analysis |
| Jovana Arsic | 12/07/20 | 0.5 | Internal PJT weekly call |
| Jovana Arsic | 12/08/20 | 1.0 | Conference call with AlixPartners, DPW and Company management regarding various matters |
| Jovana Arsic | 12/08/20 | 2.0 | Internal PJT calls regarding financial analysis |
| Jovana Arsic | 12/08/20 | 1.0 | Weekly advisor call |
| Jovana Arsic | 12/10/20 | 1.0 | Review of various financial analyses |
| Jovana Arsic | 12/14/20 | 0.5 | Internal team call to discuss financial analysis |
| Jovana Arsic | 12/14/20 | 0.5 | Internal PJT weekly call |
| Jovana Arsic | 12/15/20 | 1.0 | IAC diligence call regarding business plan |
| Jovana Arsic | 12/15/20 | 0.5 | Weekly advisor call |
| Jovana Arsic | 12/16/20 | 0.5 | Discussion with company, DPW and Alix regarding financial analyses |
| Jovana Arsic | 12/21/20 | 1.5 | Review/drafting of various presentation materials |
| Jovana Arsic | 12/23/20 | 1.0 | Follow-up call with company, counsel and Alix Partners regarding presentation |
| Jovana Arsic | 12/23/20 | 1.0 | Call with creditor advisor regarding financial analyses |
| Jovana Arsic | 12/24/20 | 1.5 | Review of various financial analyses |
| Jovana Arsic | 12/27/20 | 0.5 | Internal PJT catch-up call |
| Jovana Arsic | 12/27/20 | 1.5 | Review of various financial analyses |
| Jovana Arsic | 12/28/20 | 0.5 | Internal PJT catch-up call |
| Jovana Arsic | 12/28/20 | 1.0 | Call with company regarding various financial analyses |
| Jovana Arsic | 12/28/20 | 0.5 | Internal PJT catch-up call |
| Jovana Arsic | 12/29/20 | 0.5 | Internal PJT catch-up call |
| Jovana Arsic | 12/29/20 | 1.0 | Weekly advisor call |
| | | **29.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gerald Sim | 12/01/20 | 0.5 | Weekly update call |
| Gerald Sim | 12/01/20 | 0.5 | Internal team discussion on various matters |
| Gerald Sim | 12/01/20 | 2.0 | Put together financial analysis |
| Gerald Sim | 12/01/20 | 1.0 | Update financial analysis |
| Gerald Sim | 12/01/20 | 0.5 | Internal team discussion on various matters |
| Gerald Sim | 12/02/20 | 0.5 | Draft agenda for weekly call |
| Gerald Sim | 12/02/20 | 1.0 | Update financial analysis |
| Gerald Sim | 12/02/20 | 0.5 | Update financial analysis |
| Gerald Sim | 12/02/20 | 0.5 | Call with T. Melvin on various matters |
| Gerald Sim | 12/02/20 | 0.5 | Draft agenda for weekly call |
| Gerald Sim | 12/03/20 | 0.5 | Weekly call with advisors and Company |
| Gerald Sim | 12/03/20 | 2.5 | Update financial analysis |
| Gerald Sim | 12/03/20 | 0.5 | Call with T. Melvin on various matters |
| Gerald Sim | 12/03/20 | 1.0 | Update financial analysis |
| Gerald Sim | 12/03/20 | 1.0 | Put together detailed sources and uses for financial analysis |
| Gerald Sim | 12/03/20 | 2.0 | Went through financial analysis |
| Gerald Sim | 12/03/20 | 0.5 | Internal team discussion on various matters |
| Gerald Sim | 12/04/20 | 1.0 | Internal team discussion on various matters |
| Gerald Sim | 12/04/20 | 2.0 | Work on financial analysis |
| Gerald Sim | 12/05/20 | 0.5 | Internal team discussion on various matters |
| Gerald Sim | 12/06/20 | 3.0 | Update financial analysis |
| Gerald Sim | 12/06/20 | 0.5 | Call with Alix on various matters |
| Gerald Sim | 12/06/20 | 1.0 | Update financial analysis |
| Gerald Sim | 12/06/20 | 0.5 | Internal team discussion on various matters |
| Gerald Sim | 12/06/20 | 2.0 | Update financial analysis |
| Gerald Sim | 12/07/20 | 2.0 | Work on financial analysis |
| Gerald Sim | 12/08/20 | 1.0 | Work on financial analysis |
| Gerald Sim | 12/09/20 | 2.0 | Work on financial analysis |
| Gerald Sim | 12/12/20 | 0.5 | Call with management |
| Gerald Sim | 12/13/20 | 2.0 | Mediation call between UCC and Debtors |
| Gerald Sim | 12/14/20 | 1.0 | Work on settlement cash flow analysis |
| Gerald Sim | 12/15/20 | 2.0 | Work on business plan deck |
| Gerald Sim | 12/16/20 | 2.0 | Work on financial analysis |
| Gerald Sim | 12/16/20 | 0.5 | Draft agenda for weekly call |
| Gerald Sim | 12/16/20 | 1.0 | Call with financial advisors |
| Gerald Sim | 12/17/20 | 1.0 | Work on settlement cash flow analysis |
| Gerald Sim | 12/17/20 | 1.0 | Weekly advisor call |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Gerald Sim | 12/18/20 | 1.0 | Work on illustrative case study |
| Gerald Sim | 12/18/20 | 0.5 | Call with T. Melvin on various matters |
| Gerald Sim | 12/18/20 | 1.0 | Work on illustrative case study |
| Gerald Sim | 12/18/20 | 1.0 | Work on settlement cash flow analysis |
| Gerald Sim | 12/19/20 | 2.0 | Work on cash flow pages in DPW deck |
| Gerald Sim | 12/19/20 | 0.5 | Call with T. Melvin on various matters |
| Gerald Sim | 12/19/20 | 1.0 | Work on cash flow pages in DPW deck |
| Gerald Sim | 12/19/20 | 0.5 | Work on cash flow pages in DPW deck |
| Gerald Sim | 12/20/20 | 0.5 | Work on financial analysis |
| Gerald Sim | 12/20/20 | 0.5 | Diligence follow-up call |
| Gerald Sim | 12/21/20 | 0.5 | Update financial analysis |
| Gerald Sim | 12/22/20 | 0.5 | Internal team catchup |
| Gerald Sim | 12/22/20 | 1.0 | Update financial analysis |
| Gerald Sim | 12/23/20 | 1.0 | Call with L. Schwarzmann on various matters |
| Gerald Sim | 12/24/20 | 1.0 | Internal catchup on scenario analysis |
| Gerald Sim | 12/24/20 | 0.5 | Internal team catchup |
| Gerald Sim | 12/24/20 | 1.0 | Weekly call with advisors |
| Gerald Sim | 12/24/20 | 1.0 | Call with advisors on forecast scenarios |
|  |  | **57.0** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 12/27/20 | 0.5 | Internal Catch-Up |
| Lukas Schwarzmann | 12/27/20 | 1.0 | Financial Analysis |
| Lukas Schwarzmann | 12/28/20 | 1.0 | Internal Discussion |
| Lukas Schwarzmann | 12/28/20 | 1.0 | Call with Company |
| Lukas Schwarzmann | 12/29/20 | 1.0 | Advisors Call |
| Lukas Schwarzmann | 12/29/20 | 2.0 | Financial Analysis |
| | | **6.5** | |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Ismail Mian | 12/10/20 | 0.5 | WACC Analysis update |
| | | **0.5** | |