BEDELL CRISTIN JERSEY PARTNERSHIP
Edward Drummond
26 New Street
Saint Helier, Jersey JE2 3RA
Tel: +44 (0)1534 814814
edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**EIGHTH MONTHLY FEE STATEMENT OF**
**BEDELL CRISTIN JERSEY PARTNERSHIP**
**FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED**
**AS SPECIAL FOREIGN COUNSEL TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR**
**THE PERIOD OF DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Bedell Cristin Jersey Partnership |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | June 29, 2020, *nunc pro tunc* to February 27, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | December 1, 2020 through December 31, 2020 |
| Fees Incurred: | $16,947.00 |
| 20% Holdback: | $3,389.40 |
| Total Compensation Less 20% Holdback: | $13,557.60 |
| Monthly Expenses Incurred: | $51.22 |
| Total Fees and Expenses Requested: | **$13,608.82** |

This is the Eighth Monthly interim fee statement.

Bedell Cristin Jersey Partnership ("Bedell Cristin"), special foreign counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Eighth Monthly Fee Statement") covering the period from December 1, 2020 through and including December 31, 2020 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023]. The Honourable Robert R Drain, United States Bankruptcy Judge, approved the retention of Bedell Cristin *nun pro tunc* to February 27, 2020 by order dated June 29, 2020.

By this Eighth Monthly Fee Statement, Bedell Cristin requests (a) interim allowance and payment of compensation in the amount of 13,557.60 (80% of $16,947.00) for fees on account of reasonable and necessary professional services rendered to the Committee by Bedell Cristin and (b) reimbursement of actual and necessary costs and expenses in the amount of $51.22[2] incurred by Bedell Cristin during the Compensation Period.

## FEES FOR SERVICES RENDERED DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each Bedell Cristin professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Bedell, Cristin for services rendered to the Committee are the same rates that Bedell Cristin charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bedell Cristin professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Bedell Cristin professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

---

[2] Expense reports or invoices for such amounts are included within Exhibit E.

**EXPENSES INCURRED
DURING THE COMPENSATION PERIOD**

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Akin Gump in connection with services rendered to the Committee during the Compensation Period.

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Eighth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Eighth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on March 8, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

4

    If no objections to this Eighth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees identified herein.

    If an objection to this Eighth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Eighth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: St Helier, Jersey  
February 22, 2021

Bedell Cristin Jersey Partnership

By: */s/ Edward Drummond*  
26 New Street, St Helier, Jersey, JE2 3RA  
Telephone: +44 (0) 1534 814621  
Edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors Purdue Pharma L.P.,* et al.

**Exhibit A**

**Timekeeper Summary**

| **Partners** | **Department** | **Rate** | **Hours** | **Amount ($)** |
|---|---|---|---|---|
| Advocate E. Drummond | Litigation | $750.00 | 16.4 | 12,300.00 |
| **Partner Total** | | | **16.4** | **12,300.00** |
| **Senior Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs E. Shaw | International Private Client | $550.00 | 1.1 | 605.00 |
| **Senior Associate Total** | | | **1.1** | **605.00** |
| **Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs C. C. Young | Litigation | $430.00 | 9.1 | 3,913.00 |
| Mr A. Gardner | Litigation | $430.00 | 0.3 | 129.00 |
| **Associate Total** | | | **9.4** | **4,042.00** |
| **Staff Attorneys Total** | | | **26.9** | **16,947.00** |
| **Total Hours / Fees Requested** | | | **26.9** | **16,947.00** |

## TOTAL FEES FOR THE COMPENSATION PERIOD

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---:|---:|---:|
| Partners | $740 | 16.4 | $12,300.00 |
| Senior Associates | $550 | 1.1 | $3,913.00 |
| Associates | $430 | 9.4 | $4,042.00 |
| **Blended Attorney Rate** | **$630.00** | | |
| **Blended Rate for All Timekeepers** | **$630.00** | | |
| **Total Hours / Fees Requested:** | | **26.9** | **$16,947.00** |

**Exhibit B**

**Task Code Summary**

| Task Code | Matter | Hours | Value($) |
|---|---|---:|---:|
| 3 | Bedell Cristin Fees | 10.7 | 5,721.00 |
| 13 | Analysis of Pre-Petition Transactions | 16.2 | 11,226.00 |
| | **TOTAL:** | **26.9** | **16,947.00** |

**<u>Exhibit C</u>**

**Itemized Fees**

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley  
Akin Gump Strauss Hauer & Feld LLP  
One Bryant Park  
Bank of America Tower  
New York  
NY 10036

| | |
|---|---|
| Our ref | KLB/CCY/136744.0001 |
| Invoice No | 360939 |
| Tax date | 07 January 2021 |
| GST No. | 0009162 |
| Tel: | +44 (0) 1534 814814 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate E. Drummond** | | |
| 01/12/20 | 0013: Claim - case review. | 0:06 | 75.00 |
| 02/12/20 | 0013: Claim - Speak CY re case review. | 0:12 | 150.00 |
| 03/12/20 | 0013: Claim - Case review. | 0:30 | 375.00 |
| 07/12/20 | 0013 - Claim - Speak to CY re: claims. | 0:06 | 75.00 |
| 08/12/20 | 0013: Claim - Reviewing cases provided by counsel. | 1:00 | 750.00 |
| | 0003: Fees - review comments from Fee Examiner - email to CY. | 0:12 | 150.00 |
| 09/12/20 | 0013: Claim - Reviewing cases from counsel. | 2:48 | 2,100.00 |
| | 0003: Fees - review (0.2) and amend CY draft reply to the fee examiner (0.4). | 0:36 | 450.00 |
| 10/12/20 | 0003: Fees - Email from fee examiner. | 0:06 | 75.00 |
| | 0013: Claim - further review of cases from counsel and research on claim issues arising (2.5). Email to EH at Akin (0.1). | 2:18 | 1,725.00 |
| 11/12/20 | 0003: Fees - Series of emails and call with CY re: FE offer; email to fee examiner; offer accepted. | 0:42 | 525.00 |
| | 0013: Claim - Call with CY (0.2). Call with EH at Akin (0.5). Review text on issues raised by counsel (0.7). | 1:24 | 1,050.00 |
| 14/12/20 | 0003: Fees - review Nov invoices (0.2). Emails re: fee hearing (0.2 | 0:12 | 150.00 |
| 15/12/20 | 0013: Claim - Attending virtual US court hearing before Judge Drain (9:54am ET to 11:36am ET). | 1:42 | 1,275.00 |
| | 0003: Fees - review and approve Nov invoices. | 0:18 | 225.00 |
| 16/12/20 | 0013: Claim - Prepare note of advice. | 2:00 | 1,500.00 |
| 17/12/20 | 0003: Fees - review note of Court hearing (0.2) and order (0.1). Review email from Akin Gump about rate increases (0.1). Email to CY (0.1), NC and ALD with new rates (0.2). Email exchanges with CY re: 2nd supplemental declaration (0.5). | 1:12 | 900.00 |
| | 0013: Claim - work on note of advice | 0:06 | 75.00 |
| 18/12/20 | 0003: Fees - review and approve Nov fee application. | 0:12 | 150.00 |
| | 0013: Claim - work on note of advice. | 0:42 | 525.00 |
| | **Mrs C. C. Young** | | |
| 02/12/20 | 0013: Claim - Internal discussions with ED (0.2) | 0:12 | 86.00 |
| | 0003: Fees - review UST Fee guidelines on expense reimbursement (0.1), internal emails (0.3) | 0:24 | 172.00 |
| 04/12/20 | 0003: Fees - review bill reports | 0:30 | 215.00 |
| | 0013: Claim - correspondence with counsel (0.2), internal discussion with EBD (0.1) | 0:18 | 129.00 |
| 08/12/20 | 0003: Fees - review fee report and draft response to fee examiner | 0:42 | 301.00 |
| | 0003: Fees - billing report, etc | 0:12 | 86.00 |
| 09/12/20 | 0003: Fees: monthly fee statement | 2:42 | 1,161.00 |
| 11/12/20 | 0013: Claim - internal discussion with ED | 0:18 | 129.00 |
| | 0003: Fees - consider fee examiner response (0.3), | 0:18 | 129.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE    Sort Code: 20-45-05  
Account Name:  Bedell Group Services Offices  USD    Account Number: 62384922  
Swift Code: BARCGB22    IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,    **Bedell Cristin Jersey Partnership**  
Channel Islands, JE2 3RA    A list of Partners is available for inspection at the principal office

bedellcristin.com    BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

# BEDELL CRISTIN

LEGAL SERVICES

| | | | |
|---|---|---|---|
| Advice re: Purdue Pharma LP | | Our ref | KLB/CCY/136744.0001 |
| | | Invoice No | 360939 |
| | | Tax date | 07 January 2021 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs C. C. Young** | | |
| | 0013: Claim - preparing for call (0.3) telephone call with EH (Akin Gump) (0.6) | 0:54 | 387.00 |
| 15/12/20 | 0003: fees - billing report | 0:06 | 43.00 |
| 16/12/20 | 0013: Claim - internal discussion with ED | 0:12 | 86.00 |
| 17/12/20 | 0003: Fees - Amend Monthly Fee statement | 1:00 | 430.00 |
| | 0003: Fees - Second Supplemental declaration (1.0), email correspondences with Akin Gump (0,2). | 1:12 | 516.00 |
| 18/12/20 | 0003: Fees - Email to Akin Gump | 0:06 | 43.00 |
| | **Mrs E. Shaw** | | |
| 11/12/20 | 0013: Claim - Jersey Trust Issues - attending call with AG. | 0:42 | 385.00 |
| | 0013: Claim - Jersey Trust Issues: reviewing research notes ahead of call. | 0:24 | 220.00 |
| | **Mr A. G. E. Garner** | | |
| 03/12/20 | 0013: Claim - Internal email correspondence about next steps | 0:18 | 129.00 |
| | | | |
| | Total:- | 26:54 | 16,947.00 |
| | | | |
| | Advocate E. Drummond | 16:24 | 12,300.00 |
| | Mrs C. C. Young | 9:06 | 3,913.00 |
| | Mrs E. Shaw | 1:06 | 605.00 |
| | Mr A. G. E. Garner | 0:18 | 129.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE    Sort Code: 20-45-05
Account Name:  Bedell Group Services Offices  USD    Account Number:  62384922
Swift Code: BARCGB22    IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,    **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA    A list of Partners is available for inspection at the principal office

bedellcristin.com    BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

**Exhibit D**

**Disbursement Summary**

| Disbursement Activity | Amount ($) |
|---|---:|
| LoopUp - conference call | 51.22 |
| **TOTAL** | **$51.22** |

5

## Exhibit E

**Itemized Disbursements**

# BEDELL CRISTIN

LEGAL SERVICES

| | |
|---|---|
| Mitchell Hurley | **Our ref** EBD/CCY/136744.0001 |
| Akin Gump Strauss Hauer & Feld LLP | **Invoice No** 360939 |
| One Bryant Park | **Tax date** 07 January 2021 |
| Bank of America Tower | **GST No.** 0009162 |
| New York | **Tel:** +44 (0) 1534 814814 |
| NY 10036 | |

**INVOICE**

Advice re: Purdue Pharma LP

| | Charge | GST Rate |
|---|---:|---:|
| **Professional Fees** | | |
| To professional services rendered from 01/12/2020 to 31/12/2020 | 16,947.00 | 0.0% |
| **Expenses** | | |
| LoopUp - conference call C Young 20/11/20 | 51.22 | 0.0% |
| **Third Party Charges** | | |
| | 0.00 | 0.0% |
| Total excluding GST | US$ 16,998.22 | |
| Total GST | US$ 0.00 | |
| **TOTAL BALANCE DUE** | **US$ 16,998.22** | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE    Sort Code: 20-45-05
Account Name: Bedell Group Services Offices  USD    Account Number: 62384922
Swift Code: BARCGB22    IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,    **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA    A list of Partners is available for inspection at the principal office

**bedellcristin.com**    BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE