**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF FOURTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | December 1, 2020 through December 31, 2020 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $3,626.63 |
| This is a(n):   monthly  x   interim  __   final application  __ | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**FOURTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**December 1, 2020 through December 31, 2020**

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | 0.5 |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 35.0 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 209.5 |
| 10 | Business Plan | - |
| 11 | Case Strategy | - |
| | | **245.0** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 28.5 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 7.0 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 34.0 |
| Ben Troester | Associate, Debt Advisory & Restructuring | 36.5 |
| Kevin Chen | Analyst, Debt Advisory & Restructuring | 64.0 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 24.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 21.0 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 11.0 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 19.0 |
| | | **245.0** |

**FOURTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**EXPENSES BY CATEGORY**
**December 1, 2020 through December 31, 2020**

| **Category** | **December 2020** |
|---|---|
| Meals | $145.63 |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 3,471.00 |
| General | 10.00 |
| **Total Expenses** | **$3,626.63** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**FOURTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from December 1, 2020 through December 31, 2020 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $3,626.63. In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4. On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2]  A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5. On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

2

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6.      On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7.      By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from December 1, 2020 through December 31, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $3,626.63.

3

8.      All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as <u>Exhibit A</u>.

9.      The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10.     Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order. As set forth in greater detail in the summary attached hereto as <u>Exhibit B</u>, Jefferies' total expenses incurred during the Compensation Period are $3,626.63, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from December 1, 2020 through December 31, 2020; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $3,626.63.

Dated:  February 22, 2021         Respectfully submitted,
        New York, New York

                                  */s/ Leon Szlezinger*
                                  Leon Szlezinger
                                  Managing Director and Joint Global Head of
                                  Debt Advisory & Restructuring
                                  JEFFERIES LLC

# Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| **December 1, 2020 - December 31, 2020 Hours for Case Administration / General** | | | **0.5** | |
| 12/15/20 | Kevin Chen | *Review fee application order* | 0.5 | 1 |
| **December 1, 2020 - December 31, 2020 Hours for Creditor Communication** | | | **35.0** | |
| 12/03/20 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 12/03/20 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 12/03/20 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 12/03/20 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 12/03/20 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 12/07/20 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 12/07/20 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 12/07/20 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 12/07/20 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 12/07/20 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 12/10/20 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 12/10/20 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 12/10/20 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 12/10/20 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 12/10/20 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 12/15/20 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 12/15/20 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 12/15/20 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 12/15/20 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 12/15/20 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 12/17/20 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 12/17/20 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 12/17/20 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 12/17/20 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 12/17/20 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 12/21/20 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 12/21/20 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 12/21/20 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 12/21/20 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 12/21/20 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 12/30/20 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 12/30/20 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 12/30/20 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 12/30/20 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 12/30/20 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| **December 1, 2020 - December 31, 2020 Hours for Due Diligence** | | | **209.5** | |
| 12/01/20 | Leon Szlezinger | *Mundipharma tax follow-up call* | 1.0 | 9 |
| 12/01/20 | Leon Szlezinger | *Review notes from Mundipharma tax follow-up call* | 0.5 | 9 |
| 12/01/20 | Robert White | *Mundipharma tax follow-up call* | 1.0 | 9 |
| 12/01/20 | Jaspinder Kanwal | *Mundipharma tax follow-up call* | 1.0 | 9 |
| 12/01/20 | Jaspinder Kanwal | *Review notes from Mundipharma tax follow-up call* | 0.5 | 9 |
| 12/01/20 | Benjamin Troester | *Mundipharma tax follow-up call* | 1.0 | 9 |
| 12/01/20 | Benjamin Troester | *Review notes from Mundipharma tax follow-up call* | 0.5 | 9 |
| 12/01/20 | Benjamin Troester | *Review past Mundipharma tax materials* | 1.0 | 9 |
| 12/01/20 | Kevin Chen | *Mundipharma tax follow-up call* | 1.0 | 9 |
| 12/01/20 | Kevin Chen | *Prepare notes from Mundipharma tax follow-up call* | 0.5 | 9 |
| 12/01/20 | Kevin Sheridan | *Mundipharma tax follow-up call* | 1.0 | 9 |
| 12/01/20 | James Wiltshire | *Mundipharma tax follow-up call* | 1.0 | 9 |
| 12/01/20 | William Maselli | *Mundipharma tax follow-up call* | 1.0 | 9 |
| 12/01/20 | William Maselli | *Review notes from Mundipharma tax call* | 0.5 | 9 |
| 12/01/20 | Connor Hattersley | *Mundipharma tax follow-up call* | 1.0 | 9 |
| 12/03/20 | Kevin Chen | *Review PPLP data room uploads* | 3.0 | 9 |
| 12/04/20 | Leon Szlezinger | *Attend PPLP proposal presentation* | 1.0 | 9 |
| 12/04/20 | Leon Szlezinger | *Review PPLP proposal letter* | 0.5 | 9 |
| 12/04/20 | Robert White | *Attend PPLP proposal presentation* | 1.0 | 9 |
| 12/04/20 | Jaspinder Kanwal | *Attend PPLP proposal presentation* | 1.0 | 9 |
| 12/04/20 | Jaspinder Kanwal | *Review PPLP proposal letter* | 0.5 | 9 |
| 12/04/20 | Benjamin Troester | *Attend PPLP proposal presentation* | 1.0 | 9 |
| 12/04/20 | Kevin Chen | *Attend PPLP proposal presentation* | 1.0 | 9 |
| 12/04/20 | Kevin Chen | *Review PPLP proposal letter* | 0.5 | 9 |
| 12/04/20 | Kevin Chen | *Review PPLP proposal materials* | 2.5 | 9 |
| 12/04/20 | Kevin Sheridan | *Attend PPLP proposal presentation* | 1.0 | 9 |
| 12/04/20 | Kevin Sheridan | *Review PPLP proposal letter* | 0.5 | 9 |
| 12/04/20 | Kevin Sheridan | *Review PPLP proposal materials* | 2.0 | 9 |
| 12/04/20 | James Wiltshire | *Attend PPLP proposal presentation* | 1.0 | 9 |
| 12/04/20 | William Maselli | *Attend PPLP proposal presentation* | 1.0 | 9 |
| 12/04/20 | Connor Hattersley | *Attend PPLP proposal presentation* | 1.0 | 9 |
| 12/05/20 | Leon Szlezinger | *Review PPLP proposal materials* | 2.0 | 9 |
| 12/05/20 | Jaspinder Kanwal | *Review PPLP proposal materials* | 2.0 | 9 |
| 12/05/20 | Jaspinder Kanwal | *Continue to review PPLP proposal materials* | 1.5 | 9 |
| 12/05/20 | Benjamin Troester | *Review PPLP proposal letter and materials* | 3.0 | 9 |
| 12/05/20 | Benjamin Troester | *Continue to review PPLP proposal materials* | 0.5 | 9 |
| 12/05/20 | Kevin Chen | *Review PPLP financial model* | 2.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/05/20 | Kevin Chen | Review PPLP diligence tracker | 1.0 | 9 |
| 12/05/20 | Kevin Chen | Review IAC data room uploads | 1.0 | 9 |
| 12/05/20 | James Wiltshire | Review PPLP proposal materials | 2.0 | 9 |
| 12/05/20 | James Wiltshire | Review PPLP proposal letter | 0.5 | 9 |
| 12/05/20 | Connor Hattersley | Review PPLP proposal materials | 2.0 | 9 |
| 12/06/20 | Robert White | Review PPLP proposal materials | 1.0 | 9 |
| 12/06/20 | Robert White | Review PPLP proposal letter | 0.5 | 9 |
| 12/06/20 | Benjamin Troester | Review PPLP financial model | 1.0 | 9 |
| 12/06/20 | William Maselli | Review PPLP proposal materials | 1.0 | 9 |
| 12/07/20 | Leon Szlezinger | Review PPLP proposal materials | 1.0 | 9 |
| 12/07/20 | Leon Szlezinger | Discussion re: PPLP proposal | 0.5 | 9 |
| 12/07/20 | Robert White | Discussion re: PPLP proposal | 0.5 | 9 |
| 12/07/20 | Jaspinder Kanwal | Discussion re: PPLP proposal | 0.5 | 9 |
| 12/07/20 | Benjamin Troester | Discussion re: PPLP proposal | 0.5 | 9 |
| 12/07/20 | Kevin Chen | Discussion re: PPLP proposal | 0.5 | 9 |
| 12/07/20 | Kevin Sheridan | Discussion re: PPLP proposal | 0.5 | 9 |
| 12/07/20 | James Wiltshire | Discussion re: PPLP proposal | 0.5 | 9 |
| 12/07/20 | William Maselli | Discussion re: PPLP proposal | 0.5 | 9 |
| 12/07/20 | Connor Hattersley | Discussion re: PPLP proposal | 0.5 | 9 |
| 12/08/20 | Jaspinder Kanwal | Call w/ Province to coordinate workstreams | 0.5 | 9 |
| 12/08/20 | Benjamin Troester | Call w/ Province to coordinate workstreams | 0.5 | 9 |
| 12/08/20 | Kevin Chen | Call w/ Province to coordinate workstreams | 0.5 | 9 |
| 12/08/20 | Kevin Chen | Review PPLP data room uploads | 3.0 | 9 |
| 12/12/20 | Benjamin Troester | Review PPLP diligence tracker | 1.0 | 9 |
| 12/12/20 | Benjamin Troester | Review IAC data room | 1.0 | 9 |
| 12/12/20 | Kevin Chen | Review and update IAC financial model | 2.0 | 9 |
| 12/12/20 | Kevin Chen | Continue to review and update IAC financial model | 2.0 | 9 |
| 12/13/20 | Benjamin Troester | Review IAC financial model | 1.5 | 9 |
| 12/13/20 | Benjamin Troester | Review and update IAC diligence tracker | 1.0 | 9 |
| 12/14/20 | Leon Szlezinger | Discussion re: PPLP proposals and workstreams | 0.5 | 9 |
| 12/14/20 | Jaspinder Kanwal | Review IAC financial model | 1.5 | 9 |
| 12/14/20 | Jaspinder Kanwal | Call w/ Province to coordinate workstreams | 0.5 | 9 |
| 12/14/20 | Jaspinder Kanwal | Discussion re: PPLP proposals and workstreams | 0.5 | 9 |
| 12/14/20 | Benjamin Troester | Call w/ Province to coordinate workstreams | 0.5 | 9 |
| 12/14/20 | Benjamin Troester | Discussion re: PPLP proposals and workstreams | 0.5 | 9 |
| 12/14/20 | Kevin Chen | Call w/ Province to coordinate workstreams | 0.5 | 9 |
| 12/14/20 | Kevin Chen | Discussion re: PPLP proposals and workstreams | 0.5 | 9 |
| 12/14/20 | Kevin Sheridan | Discussion re: PPLP proposals and workstreams | 0.5 | 9 |
| 12/14/20 | James Wiltshire | Discussion re: PPLP proposals and workstreams | 0.5 | 9 |
| 12/14/20 | William Maselli | Discussion re: PPLP proposals and workstreams | 0.5 | 9 |
| 12/14/20 | Connor Hattersley | Discussion re: PPLP proposals and workstreams | 0.5 | 9 |
| 12/15/20 | Leon Szlezinger | Call re: IAC business plan | 1.0 | 9 |
| 12/15/20 | Leon Szlezinger | Review notes from call re: IAC business plan | 0.5 | 9 |
| 12/15/20 | Leon Szlezinger | Review prior IAC materials | 1.0 | 9 |
| 12/15/20 | Robert White | Call re: IAC business plan | 1.0 | 9 |
| 12/15/20 | Jaspinder Kanwal | Call re: IAC business plan | 1.0 | 9 |
| 12/15/20 | Jaspinder Kanwal | Review notes from call re: IAC business plan | 0.5 | 9 |
| 12/15/20 | Benjamin Troester | Call re: IAC business plan | 1.0 | 9 |
| 12/15/20 | Benjamin Troester | Review notes from call re: IAC business plan | 1.0 | 9 |
| 12/15/20 | Benjamin Troester | Review IAC data room uploads | 1.0 | 9 |
| 12/15/20 | Kevin Chen | Call re: IAC business plan | 1.0 | 9 |
| 12/15/20 | Kevin Chen | Prepare notes from call re: IAC business plan | 1.0 | 9 |
| 12/15/20 | Kevin Sheridan | Call re: IAC business plan | 1.0 | 9 |
| 12/15/20 | Kevin Sheridan | Review notes from call re: IAC business plan | 0.5 | 9 |
| 12/15/20 | James Wiltshire | Call re: IAC business plan | 1.0 | 9 |
| 12/15/20 | James Wiltshire | Review notes from IAC business plan call | 0.5 | 9 |
| 12/15/20 | William Maselli | Call re: IAC business plan | 1.0 | 9 |
| 12/15/20 | William Maselli | Review notes from call re: IAC business plan | 0.5 | 9 |
| 12/15/20 | Connor Hattersley | Call re: IAC business plan | 1.0 | 9 |
| 12/15/20 | Connor Hattersley | Prepare notes from call re: IAC business plan | 0.5 | 9 |
| 12/16/20 | Robert White | Review IAC BoD presentation | 0.5 | 9 |
| 12/16/20 | Kevin Chen | Review IAC BoD presentation | 1.5 | 9 |
| 12/16/20 | Kevin Chen | Update IAC financial model | 2.5 | 9 |
| 12/16/20 | Kevin Sheridan | Review IAC BoD presentation | 1.0 | 9 |
| 12/16/20 | William Maselli | Review IAC BoD presentation | 1.0 | 9 |
| 12/17/20 | Leon Szlezinger | Review IAC BoD presentation | 0.5 | 9 |
| 12/17/20 | Jaspinder Kanwal | Review IAC BoD presentation | 1.0 | 9 |
| 12/17/20 | James Wiltshire | Review IAC BoD presentation | 1.0 | 9 |
| 12/17/20 | Connor Hattersley | Review IAC BoD presentation | 1.5 | 9 |
| 12/19/20 | Kevin Chen | Review IAC financial model | 1.0 | 9 |
| 12/19/20 | Kevin Chen | Review PPLP proposal materials | 2.5 | 9 |
| 12/19/20 | Kevin Chen | Review IAC BoD presentation | 0.5 | 9 |
| 12/19/20 | Kevin Chen | Review Province questions re: updated business plan | 0.5 | 9 |
| 12/19/20 | James Wiltshire | Review historical pharma market data | 1.0 | 9 |
| 12/19/20 | Connor Hattersley | Review historical pharma market data | 3.0 | 9 |
| 12/20/20 | Jaspinder Kanwal | Review IAC financial model | 1.0 | 9 |
| 12/20/20 | Jaspinder Kanwal | Review historical pharma market data | 1.0 | 9 |
| 12/20/20 | Benjamin Troester | Review IAC BoD presentation | 1.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 12/20/20 | Kevin Chen | Review PPLP data room uploads | 1.0 | 9 |
| 12/20/20 | Kevin Chen | Review IAC financial model | 3.0 | 9 |
| 12/21/20 | Jaspinder Kanwal | Call w/ Province to coordinate workstreams | 0.5 | 9 |
| 12/21/20 | Jaspinder Kanwal | Review PPLP proposal materials | 1.5 | 9 |
| 12/21/20 | Jaspinder Kanwal | Review Province questions re: updated business plan | 1.0 | 9 |
| 12/21/20 | Benjamin Troester | Review IAC financial projections | 1.5 | 9 |
| 12/21/20 | Benjamin Troester | Call w/ Province to coordinate workstreams | 0.5 | 9 |
| 12/21/20 | Kevin Chen | Call w/ Province to coordinate workstreams | 0.5 | 9 |
| 12/21/20 | Kevin Chen | Review PPLP December business plan | 4.0 | 9 |
| 12/22/20 | Leon Szlezinger | Review Province questions re: updated business plan | 1.0 | 9 |
| 12/22/20 | Leon Szlezinger | Review PPLP December business plan | 1.5 | 9 |
| 12/22/20 | Leon Szlezinger | Discussion re: PPLP business plan | 0.5 | 9 |
| 12/22/20 | Jaspinder Kanwal | Discussion re: PPLP business plan | 0.5 | 9 |
| 12/22/20 | Jaspinder Kanwal | Review PPLP December business plan | 2.5 | 9 |
| 12/22/20 | Jaspinder Kanwal | Financial analysis re: PPLP December business plan | 3.0 | 9 |
| 12/22/20 | Benjamin Troester | Review Province questions re: updated business plan | 0.5 | 9 |
| 12/22/20 | Benjamin Troester | Continue to review Province questions re: updated business plan | 0.5 | 9 |
| 12/22/20 | Benjamin Troester | Discussion re: PPLP business plan | 0.5 | 9 |
| 12/22/20 | Benjamin Troester | Review IAC data room uploads | 0.5 | 9 |
| 12/22/20 | Kevin Chen | Discussion re: PPLP business plan | 0.5 | 9 |
| 12/22/20 | Kevin Sheridan | Discussion re: PPLP business plan | 0.5 | 9 |
| 12/22/20 | Kevin Sheridan | Review Province questions re: updated business plan | 2.0 | 9 |
| 12/22/20 | James Wiltshire | Discussion re: PPLP business plan | 0.5 | 9 |
| 12/22/20 | James Wiltshire | Review Province questions re: updated business plan | 4.0 | 9 |
| 12/22/20 | William Maselli | Discussion re: PPLP business plan | 0.5 | 9 |
| 12/22/20 | William Maselli | Review Province questions re: updated business plan | 1.0 | 9 |
| 12/22/20 | Connor Hattersley | Review Province questions re: updated business plan | 1.5 | 9 |
| 12/22/20 | Connor Hattersley | Discussion re: PPLP business plan | 0.5 | 9 |
| 12/22/20 | Connor Hattersley | Review PPLP December business plan | 3.0 | 9 |
| 12/23/20 | Benjamin Troester | Review PPLP December business plan | 3.5 | 9 |
| 12/23/20 | Kevin Sheridan | Review PPLP December business plan | 4.0 | 9 |
| 12/23/20 | James Wiltshire | Review PPLP December business plan | 3.0 | 9 |
| 12/23/20 | James Wiltshire | Continue to review PPLP December business plan | 2.0 | 9 |
| 12/23/20 | William Maselli | Review PPLP December business plan | 2.0 | 9 |
| 12/26/20 | Jaspinder Kanwal | Review PPLP model and financial analysis | 1.0 | 9 |
| 12/26/20 | Kevin Chen | Update PPLP model | 2.0 | 9 |
| 12/26/20 | Kevin Chen | Review various docket filings | 2.0 | 9 |
| 12/27/20 | Leon Szlezinger | Review PPLP December business plan | 4.0 | 9 |
| 12/27/20 | Leon Szlezinger | Continue to review PPLP December business plan | 1.0 | 9 |
| 12/28/20 | Leon Szlezinger | Review PPLP proposal materials | 1.0 | 9 |
| 12/28/20 | Leon Szlezinger | Review Province financial update deck | 1.5 | 9 |
| 12/28/20 | Jaspinder Kanwal | Call w/ Province to coordinate workstreams | 0.5 | 9 |
| 12/28/20 | Benjamin Troester | Call w/ Province to coordinate workstreams | 0.5 | 9 |
| 12/28/20 | Kevin Chen | Call w/ Province to coordinate workstreams | 0.5 | 9 |
| 12/28/20 | Kevin Chen | Review PPLP proposal materials | 2.5 | 9 |
| 12/28/20 | Kevin Chen | Review Province financial update deck | 1.0 | 9 |
| 12/28/20 | Kevin Sheridan | Review PPLP proposal materials | 1.0 | 9 |
| 12/29/20 | Robert White | Review PPLP proposal materials | 1.0 | 9 |
| 12/29/20 | Benjamin Troester | Review Province financial update deck | 1.0 | 9 |
| 12/29/20 | Benjamin Troester | Review PPLP data room and segment financials | 1.0 | 9 |
| 12/29/20 | Kevin Chen | Review generics segment financials | 2.5 | 9 |
| 12/29/20 | Kevin Chen | Review PPLP financial model | 1.5 | 9 |
| 12/29/20 | Connor Hattersley | Review Province financial update deck | 2.0 | 9 |
| 12/30/20 | Leon Szlezinger | Call w/ IAC financial advisor re: sale process update | 0.5 | 9 |
| 12/30/20 | Leon Szlezinger | Review notes from call w/ IAC financial advisor re: sale process update | 0.5 | 9 |
| 12/30/20 | Robert White | Call w/ IAC financial advisor re: sale process update | 0.5 | 9 |
| 12/30/20 | Jaspinder Kanwal | Review Province financial update deck | 1.0 | 9 |
| 12/30/20 | Jaspinder Kanwal | Call w/ IAC financial advisor re: sale process update | 0.5 | 9 |
| 12/30/20 | Jaspinder Kanwal | Review notes from call w/ IAC financial advisor re: sale process update | 0.5 | 9 |
| 12/30/20 | Benjamin Troester | Call w/ IAC financial advisor re: sale process update | 0.5 | 9 |
| 12/30/20 | Benjamin Troester | Review notes from call w/ IAC financial advisor re: sale process update | 0.5 | 9 |
| 12/30/20 | Kevin Chen | Call w/ IAC financial advisor re: sale process update | 0.5 | 9 |
| 12/30/20 | Kevin Chen | Organize notes from call w/ IAC financial advisor re: sale process update | 0.5 | 9 |
| 12/30/20 | Kevin Chen | Review prior IAC materials | 1.0 | 9 |
| 12/30/20 | Kevin Chen | Review IAC financial model | 1.5 | 9 |
| 12/30/20 | Kevin Sheridan | Call w/ IAC financial advisor re: sale process update | 0.5 | 9 |
| 12/30/20 | Kevin Sheridan | Review notes from call w/ IAC financial advisor re: sale process update | 0.5 | 9 |
| 12/30/20 | James Wiltshire | Review Province financial update deck | 1.5 | 9 |
| 12/30/20 | James Wiltshire | Call w/ IAC financial advisor re: sale process update | 0.5 | 9 |
| 12/30/20 | James Wiltshire | Review notes from call w/ IAC financial advisor re: sale process update | 0.5 | 9 |
| 12/30/20 | William Maselli | Call w/ IAC financial advisor re: sale process update | 0.5 | 9 |
| 12/30/20 | Connor Hattersley | Call w/ IAC financial advisor re: sale process update | 0.5 | 9 |
| 12/30/20 | Connor Hattersley | Prepare notes from call w/ IAC financial advisor re: sale process update | 0.5 | 9 |
| 12/31/20 | Kevin Sheridan | Review Province financial update deck | 0.5 | 9 |

# Exhibit B

**Expenses**

19-23649-shl Doc 2410 Filed 02/22/21 Entered 02/22/21 18:54:38 Main Document Pg 13 of 16

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---:|---|---|---|
| Kevin Chen | 10.00 | 12/03/20 | General | Cellphone stipend for deal-related work |
| Kevin Chen | 12.45 | 12/04/20 | Meals & Entertainment | Overtime meal for working late |
| Kevin Chen | 12.50 | 12/05/20 | Meals & Entertainment | Overtime meal for working late |
| Kevin Chen | 12.50 | 12/08/20 | Meals & Entertainment | Overtime meal for working late |
| Kevin Chen | 12.50 | 12/11/20 | Meals & Entertainment | Overtime meal for working late |
| Kevin Chen | 12.50 | 12/12/20 | Meals & Entertainment | Overtime meal for working late |
| Kevin Chen | 12.50 | 12/16/20 | Meals & Entertainment | Overtime meal for working late |
| Kevin Chen | 9.53 | 12/19/20 | Meals & Entertainment | Overtime meal for working late |
| Kevin Chen | 11.16 | 12/20/20 | Meals & Entertainment | Overtime meal for working late |
| Kevin Chen | 12.50 | 12/20/20 | Meals & Entertainment | Overtime meal for working late |
| Kevin Chen | 12.50 | 12/26/20 | Meals & Entertainment | Overtime meal for working late |
| Kevin Chen | 8.33 | 12/28/20 | Meals & Entertainment | Overtime meal for working late |
| Kevin Chen | 8.33 | 12/29/20 | Meals & Entertainment | Overtime meal for working late |
| Kevin Chen | 8.33 | 12/30/20 | Meals & Entertainment | Overtime meal for working late |
| Baker Botts | 3,471.00 | 12/31/20 | Legal | Legal invoice from counsel |

# BAKER BOTTS L.L.P.

| | |
|---|---|
| Austin | London |
| | Moscow |
| Brussels | New York |
| Dallas | Palo Alto |
| Dubai | Riyadh |
| Hong Kong | San Francisco |
| **Houston** | Washington |

TAX ID 74-1195457

Jefferies LLC
520 Madison Avenue
New York, NY 10022
Attn: Leon Szlezinger

Invoice Number: 1730461
Invoice Date: January 7, 2021
Attorney: R L Spigel

Total fees for services and expenses for the matter shown below through December 31, 2020.

**082383.0108**
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/04/20 | J R Herz | 0.1 | Email R. Spigel concerning upcoming deadlines in Purdue (.1) |
| 12/15/20 | J R Herz | 1.7 | Review omnibus order approving third interim fee application (.2); attend hearing on third interim fee app (1.5). |
| 12/16/20 | J R Herz | 1.6 | Review materials and communicate with client concerning issues raised by the Court (1.6) |
| 12/16/20 | R L Spigel | 0.1 | T/c with L. Szezlinger re fee hearing and email to J. Herz re same |
| 12/22/20 | J R Herz | 0.1 | Email K. Chen concerning payment of holdbacks |
| 12/31/20 | J R Herz | 0.3 | Prepare Oct. fee statement (.3) |

**Matter Hours**  3.90
**Matter Fees**  $3,401.00

**BAKER BOTTS** LLP

JEFFERIES LLC
Purdue Retention

Invoice No: 1730461
Invoice Date: January 7, 2021
Matter: 082383.0108

**2020 Lawyer Summary**

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 3.8 | 865.00 | 3,287.00 |
| Spigel, R L | 0.1 | 1,140.00 | 114.00 |
|  | **3.9** |  | **$3,401.00** |

**For Expenses Incurred:**

Court fees AMERICAN EXPRESS JACOB RHINE HERZ Court Fees Jefferies/Purdue Third Interim Fee Hearing 12152020, Case No.: 19-23649, before Judge Robert Drain, Jacob Herz participating — 70.00

**Total Expenses** **$70.00**

| | |
|---|---|
| Total Current Fees | $3,401.00 |
| Total Current Costs | $70.00 |
| **Total Due This Invoice** | **$3,471.00** |

Page 2