KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re:                                                      :       Chapter 11
                                                            :
PURDUE PHARMA L.P., *et al.*                                :       Case No. 19-23649 (RDD)
                                                            :
            Debtors.[1]                                     :       (Jointly Administered)
------------------------------------------------------------x

**THIRTEENTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON**
**CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED**
**AND EXPENSES INCURRED AS INFORMATION AGENT FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |

| *Summary of Fees and Expenses Sought in the Fee Application* | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | December 1, 2020 through December 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $19,929.53 (80% of $24,911.91) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $18,131.86 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $38,061.39 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its eleventh monthly fee statement (the "Monthly Fee Statement") for the period beginning December 1, 2020 through and including December 31, 2020 (the "Fee Period").  During the Fee Period, the fees and expenses incurred by KCC were $43,043.77.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $38,061.39, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**.  A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**.  A schedule of expenses incurred by category.

c. **Exhibit C**.  KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on March 8, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  February 22, 2021
      El Segundo, California

                /s/ *Sarah Harbuck*_____
                **KURTZMAN CARSON CONSULTANTS LLC**
                Sarah Harbuck
                Drake D. Foster
                222 N. Pacific Coast Highway
                3rd Floor
                El Segundo, California 90403
                Tel: (310) 823-9000

## <u>CERTIFICATION</u>

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

      a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

      b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

      c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  February 22, 2021
      El Segundo, California


                                          /s/ *Sarah Harbuck*       

                                          Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|----------|------|----------|-------|------|-------|
| AKW | Alyssa Kim-Whittle | Consultant | 0.9 | $ 203.29 | $    182.96 |
| AMU | Alesha Murray | Consultant | 2.2 | $ 200.86 | $    441.90 |
| AOP | Alfredo Pastor | Consultant | 6.7 | $ 200.86 | $ 1,345.77 |
| AQB | Anquinette Brandon | Consultant | 1.8 | $ 200.87 | $    361.56 |
| ASL | Alessia Salazar | Consultant | 2 | $ 200.87 | $    401.73 |
| AUE | Autumn Ellis | Consultant | 2.5 | $ 200.86 | $    502.16 |
| BSV | Betsy Silver | Consultant | 1.4 | $ 200.86 | $    281.21 |
| BSZ | Bobbie Szlembarska | Consultant | 0.4 | $ 155.50 | $      62.20 |
| BYH | Bryanna Hensley | Consultant | 0.9 | $ 200.87 | $    180.78 |
| CCE | Cerene Credo | Consultant | 0.2 | $ 149.40 | $      29.88 |
| CET | Christopher Estes | Consultant | 6.3 | $ 203.28 | $ 1,280.64 |
| CHD | Christopher Do | Senior Managing Consultant | 2 | $ 209.40 | $    418.80 |
| CHT | Cheryl Tracey | Consultant | 0.7 | $ 200.87 | $    140.61 |
| CJC | Caitlin Corrie | Consultant | 0.2 | $ 125.20 | $      25.04 |
| DAK | Dayna Kosinski | Consultant | 0.2 | $ 155.50 | $      31.10 |
| DHP | Dionne Hopson | Consultant | 0.1 | $ 200.90 | $      20.09 |
| EAG | Esmeralda Aguayo | Consultant | 10.4 | $ 200.86 | $ 2,088.95 |
| EGA | Ellis Gatlin | Clerk | 0.6 | $  53.85 | $      32.31 |
| EJG | Evan Gershbein | Senior Managing Consultant | 3 | $ 231.53 | $    694.58 |
| ESI | Elliser Silla | Consultant | 6.5 | $ 200.86 | $ 1,305.59 |
| FGZ | Francisco Gonzalez | Clerk | 0.2 | $  53.85 | $      10.77 |
| FRO | Francisco Rodriquez | Consultant | 0.2 | $ 155.50 | $      31.10 |
| FTA | Frank Taylor | Clerk | 0.3 | $  53.80 | $      16.14 |
| GYC | Gregory Crosby | Consultant | 4 | $ 200.86 | $    803.42 |
| HEF | Heather Fellows | Consultant | 0.5 | $ 149.42 | $      74.71 |
| HUM | Hugo Morales | Consultant | 0.3 | $ 155.50 | $      46.65 |
| ICO | Ignacio Corona | Clerk | 0.1 | $  53.80 | $       5.38 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.6 | $ 143.40 | $      86.04 |
| JCC | Janece Carr | Consultant | 8.9 | $ 200.86 | $ 1,787.67 |
| JHM | Joetta Thomas | Consultant | 0.3 | $ 200.87 | $      60.26 |
| JUY | Justin Uy | Consultant | 0.9 | $ 125.24 | $    112.72 |
| KPU | Kenneth Pulliam | Consultant | 10.9 | $ 200.86 | $ 2,189.36 |
| KTH | Katherine Turner | Consultant | 0.9 | $ 200.87 | $    180.78 |
| LUG | Luis Gonzales | Clerk | 0.4 | $  53.80 | $      21.52 |
| MAP | Manuel Pastor | Consultant | 0.2 | $ 200.90 | $      40.18 |
| MDO | Matthew Orr | Consultant | 1.4 | $ 200.89 | $    281.24 |
| MVA | Maria Valencia | Clerk | 0.2 | $  53.80 | $      10.76 |
| MVZ | Michael Valadez | Consultant | 0.1 | $ 200.90 | $      20.09 |

| | | | | | |
|---|---|---|---|---|---|
| NBY | Nicole Bishay | Clerk | 0.5 | $ 53.80 | $ 26.90 |
| PS | Other Project Specialist | Project Specialist | 38.1 | $ 100.00 | $ 3,810.00 |
| RIO | Rosemary Ibarra | Clerk | 0.8 | $ 53.84 | $ 43.07 |
| SDA | Samuel Miranda | Consultant | 1 | $ 200.86 | $ 200.86 |
| SEB | Senayt Berhe | Consultant | 0.2 | $ 149.40 | $ 29.88 |
| STO | Sarahi Ramirez | Clerk | 0.3 | $ 53.83 | $ 16.15 |
| SYO | Shannon Young | Consultant | 1 | $ 200.87 | $ 200.87 |
| SYU | Susan Yu | Consultant | 9.9 | $ 203.28 | $ 2,012.51 |
| TDL | Tara Dolen | Consultant | 3.9 | $ 200.86 | $ 783.35 |
| THU | Terra Hutson | Consultant | 2.7 | $ 200.87 | $ 542.34 |
| VRQ | Vanessa Triana | Senior Managing Consultant | 3.8 | $ 209.40 | $ 795.72 |
| VTM | Vien Marquez | Consultant | 4.2 | $ 200.86 | $ 843.61 |
| | | | | | |
| | **TOTALS** | | **145.8** | | **$24,911.91** |

**Exhibit B**

**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $1,107.97 |
| Reimbursement of Case Related Phone Costs | | | $348.45 |
| Printing and Mailing Expenses | | | $15,978.02 |
| Sales Tax | | | $697.42 |
| | | | |
| **TOTAL** | | | **$18,131.86** |

## Exhibit C

## Invoice



January 22, 2021


Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005


       Re: Purdue Pharma L.P. (Creditors' Committee)
         USBC Case No. 19-23649

Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period December 1, 2020 to December 31, 2020 in the amount of $43,043.77 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC



Evan Gershbein
EVP Restructuring




Enclosures



January 22, 2021

<u>Copy Parties</u>

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789FA | Invoice Date | January 22, 2021 |
|---|---|---|---|
| Invoice Number | US_KCC1979985 | Due Date | Due upon receipt |

### Purdue Pharma L.P. (Creditors' Committee)
### *Summary*

| <u>Description</u> | <u>Amount</u> |
|---|---|
| **<u>Hourly Fees</u>** | |
| Hourly Fees Charged | $24,911.91 |
| ***Total of Hourly Fees*** | $24,911.91 |
| | |
| **<u>Expenses</u>** | |
| Expenses | $17,434.44 |
| ***Total Expenses*** | $17,434.44 |
| | |
| ***Invoice Subtotal*** | **$42,346.35** |
| Sales and Use Tax | 697.42 |
| ***Total Invoice*** | **$43,043.77** |

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| | | Check Payments to: | Wire Payments to: |
|---|---|---|---|
| Account Number | 70789FA | | |
| Invoice Number | US_KCC1979985 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| Total Amount Due | $43,043.77 | Dept CH 16639 | HSBC Bank, NA |
| | | Palatine, IL 60055-6639 | 452 Fifth Avenue, New York, NY 10018 |
| Amount Paid | $ | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |

# Kurtzman Carson Consultants LLC

12/01/2020 - 12/31/2020

## Total Hourly Fees by Employee

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AKW | Alyssa Kim-Whittle | CON | 0.90 | $203.29 | $182.96 |
| AMU | Alesha Murray | CON | 2.20 | $200.86 | $441.90 |
| AOP | Alfredo Pastor | CON | 6.70 | $200.86 | $1,345.77 |
| AQB | Anquinette Brandon | CON | 1.80 | $200.87 | $361.56 |
| ASL | Alessia Salazar | CON | 2.00 | $200.87 | $401.73 |
| AUE | Autumn Ellis | CON | 2.50 | $200.86 | $502.16 |
| BSV | Betsy Silver | CON | 1.40 | $200.86 | $281.21 |
| BSZ | Bobbie Szlembarska | CON | 0.40 | $155.50 | $62.20 |
| BYH | Bryanna Hensley | CON | 0.90 | $200.87 | $180.78 |
| CCE | Cerene Credo | CON | 0.20 | $149.40 | $29.88 |
| CET | Christopher Estes | CON | 6.30 | $203.28 | $1,280.64 |
| CHD | Christopher Do | SMC | 2.00 | $209.40 | $418.80 |
| CHT | Cheryl Tracey | CON | 0.70 | $200.87 | $140.61 |
| CJC | Caitlin Corrie | CON | 0.20 | $125.20 | $25.04 |
| DAK | Dayna Kosinski | CON | 0.20 | $155.50 | $31.10 |
| DHP | Dionne Hopson | CON | 0.10 | $200.90 | $20.09 |
| EAG | Esmeralda Aguayo | CON | 10.40 | $200.86 | $2,088.95 |
| EGA | Ellis Gatlin | CL | 0.60 | $53.85 | $32.31 |
| EJG | Evan Gershbein | SMC | 3.00 | $231.53 | $694.58 |
| ESI | Elliser Silla | CON | 6.50 | $200.86 | $1,305.59 |
| FGZ | Francisco Gonzalez | CL | 0.20 | $53.85 | $10.77 |
| FRO | Francisco Rodriquez | CON | 0.20 | $155.50 | $31.10 |
| FTA | Frank Taylor | CL | 0.30 | $53.80 | $16.14 |
| GYC | Gregory Crosby | CON | 4.00 | $200.86 | $803.42 |
| HEF | Heather Fellows | CON | 0.50 | $149.42 | $74.71 |
| HUM | Hugo Morales | CON | 0.30 | $155.50 | $46.65 |
| ICO | Ignacio Corona | CL | 0.10 | $53.80 | $5.38 |
| IRJ | Ivan Rios Jimenez | CON | 0.60 | $143.40 | $86.04 |
| JCC | Janece Carr | CON | 8.90 | $200.86 | $1,787.67 |
| JHM | Joetta Thomas | CON | 0.30 | $200.87 | $60.26 |
| JUY | Justin Uy | CON | 0.90 | $125.24 | $112.72 |
| KPU | Kenneth Pulliam | CON | 10.90 | $200.86 | $2,189.36 |
| KTH | Katherine Turner | CON | 0.90 | $200.87 | $180.78 |
| LUG | Luis Gonzales | CL | 0.40 | $53.80 | $21.52 |
| MAP | Manuel Pastor | CON | 0.20 | $200.90 | $40.18 |
| MDO | Matthew Orr | CON | 1.40 | $200.89 | $281.24 |
| MVA | Maria Valencia | CL | 0.20 | $53.80 | $10.76 |
| MVZ | Michael Valadez | CON | 0.10 | $200.90 | $20.09 |
| NBY | Nicole Bishay | CL | 0.50 | $53.80 | $26.90 |
| PS | Other Project Specialist | PS | 38.10 | $100.00 | $3,810.00 |
| RIO | Rosemary Ibarra | CL | 0.80 | $53.84 | $43.07 |

# Kurtzman Carson Consultants LLC

12/01/2020 - 12/31/2020

## Total Hourly Fees by Employee

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| SDA | Samuel Miranda | CON | 1.00 | $200.86 | $200.86 |
| SEB | Senayt Berhe | CON | 0.20 | $149.40 | $29.88 |
| STO | Sarahi Ramirez | CL | 0.30 | $53.83 | $16.15 |
| SYO | Shannon Young | CON | 1.00 | $200.87 | $200.87 |
| SYU | Susan Yu | CON | 9.90 | $203.28 | $2,012.51 |
| TDL | Tara Dolen | CON | 3.90 | $200.86 | $783.35 |
| THU | Terra Hutson | CON | 2.70 | $200.87 | $542.34 |
| VRQ | Vanessa Triana | SMC | 3.80 | $209.40 | $795.72 |
| VTM | Vien Marquez | CON | 4.20 | $200.86 | $843.61 |

**Total** **$24,911.91**

# *Kurtzman Carson Consultants LLC*

### 12/01/2020 - 12/31/2020

### *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| 12/1/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/1/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/1/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/1/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Third Supplemental Declaration of Preis [DN 1887] | SMC | Noticing | 0.20 |
| 12/1/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Further Statement re Sackler Settlement [DN 1893] | SMC | Noticing | 0.20 |
| 12/1/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| 12/1/2020 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | *Total for 12/1/2020* | | *1.70* |
| 12/2/2020 | STO | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| 12/2/2020 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Replies & Declaration of Arik Pries [DNs 2013-2015] | CON | Noticing | 0.10 |
| 12/2/2020 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Bedell, Cole Schotz, Jefferies, KCC, Province, Akin & Bayard Interim Fee Apps [DNs 1976, 1978-1979, 1981-1984] | CON | Noticing | 0.10 |
| 12/2/2020 | CJC | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 12/2/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| 12/2/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/2/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/2/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Supplemental Declarations of Alberto, Szlezinger, Atkinson, Drummond & Notice of Agreement [DNs 1902-1905, 1908] | SMC | Noticing | 0.20 |
| 12/2/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| 12/2/2020 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | *Total for 12/2/2020* | | *1.80* |
| 12/3/2020 | SYU | Review mail report for Bedell, Cole Schotz, Jefferies, KCC, Province, Akin & Bayard Interim Fee Apps [DNs 1976, 1978-1979, 1981-1984] | CON | Noticing | 0.10 |
| 12/3/2020 | SYU | Review mail report for Replies & Declaration of Arik Pries [DNs 2013-2015] | CON | Noticing | 0.10 |
| 12/3/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |

# *Kurtzman Carson Consultants LLC*

12/01/2020 - 12/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 12/3/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/3/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Statement re Debtors' Settlement [DN1920] | SMC | Noticing | 0.20 |
| 12/3/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 12/3/2020* | *1.10* |
| 12/4/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Replies & Declaration of Arik Pries [DNs 2013-2015] | CON | Noticing | 0.10 |
| 12/4/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Bedell, Cole Schotz, Jefferies, KCC, Province, Akin & Bayard Interim Fee Apps [DNs 1976, 1978-1979, 1981-1984] | CON | Noticing | 0.10 |
| 12/4/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| 12/4/2020 | AQB | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 12/4/2020* | *0.70* |
| 12/7/2020 | EJG | Attention to Province Fee App [DN 2076] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 12/7/2020 | SYU | Correspond with counsel re service of Province Fee App | CON | Noticing | 0.10 |
| 12/7/2020 | SYU | Coordinate and generate Province Fee App [DN 2076] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.50 |
| 12/7/2020 | JUY | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |
| 12/7/2020 | AMU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/7/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.90 |
| 12/7/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/7/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.90 |
| 12/7/2020 | ASL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/7/2020 | AQB | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/7/2020 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 12/7/2020 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| | | | | *Total for 12/7/2020* | *5.90* |
| 12/8/2020 | SEB | Sort and manage incoming case mail received for processing | CON | Document Processing | 0.10 |
| 12/8/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |

# *Kurtzman Carson Consultants LLC*

12/01/2020 - 12/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 12/8/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| 12/8/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 12/8/2020 | SYO | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/8/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/8/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.90 |
| 12/8/2020 | KTH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 12/8/2020* | *3.20* |
| 12/9/2020 | EJG | Attention to Hearing Adjournment Notice [DN 2092] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 12/9/2020 | FTA | Assist with Hearing Adjournment Notice [DN 2092] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 12/9/2020 | LUG | Assist with Hearing Adjournment Notice [DN 2092] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 12/9/2020 | VTM | Assist with Hearing Adjournment Notice [DN 2092] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 12/9/2020 | MDO | Assist with Hearing Adjournment Notice [DN 2092] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 12/9/2020 | BSZ | Assist with Hearing Adjournment Notice [DN 2092] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 12/9/2020 | IRJ | Assist with Hearing Adjournment Notice [DN 2092] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 12/9/2020 | HUM | Assist with Hearing Adjournment Notice [DN 2092] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 12/9/2020 | ESI | Coordinate and generate Hearing Adjournment Notice [DN 2092] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 3.80 |
| 12/9/2020 | ICO | Assist with Hearing Adjournment Notice [DN 2092] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 12/9/2020 | SYU | Correspond with counsel re service of Hearing Adjournment Notice | CON | Noticing | 0.10 |
| 12/9/2020 | SYU | Coordinate and generate Hearing Adjournment Notice [DN 2092] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 12/9/2020 | SYU | Update the Noticing Case Summary Sheet | CON | Noticing | 0.20 |
| 12/9/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 12/9/2020 | AOP | Assist with Hearing Adjournment Notice [DN 2092] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 12/9/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 12/9/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/9/2020 | VRQ | Coordinate and facilitate service of Hearing Adjournment Notice [DN 2092] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 1.00 |

## *Kurtzman Carson Consultants LLC*

12/01/2020 - 12/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 12/9/2020 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.20 |
| 12/9/2020 | SDA | Prepare Affidavit of Service for 201207 Province Fee App DN 2076 mailing | CON | Noticing | 0.90 |
| 12/9/2020 | CHD | Assist with Hearing Adjournment Notice [DN 2092] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.20 |
| 12/9/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.90 |
| 12/9/2020 | NBY | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| 12/9/2020 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| 12/9/2020 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/9/2020 | KTH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | **Total for 12/9/2020** | **12.90** |
| 12/10/2020 | ESI | Coordinate and generate Hearing Adjournment Notice [DN 2092] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 12/10/2020 | ESI | Prepare Affidavit of Service for Hearing Adjournment Notice [DN 2092] mailing | CON | Noticing | 2.00 |
| 12/10/2020 | SYU | Update the Master Service List re recent correspondence | CON | Noticing | 0.20 |
| 12/10/2020 | SYU | Update the Noticing Case Summary Sheet | CON | Noticing | 0.20 |
| 12/10/2020 | SYU | Review Certificate of Service re Province Fee App [DN 2076] mailing | CON | Noticing | 0.30 |
| 12/10/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 12/10/2020 | HEF | Manage and review tracking of undeliverable mail re Hearing Adjournment Notice [DN 2092] | CON | Undeliverable Mail Processing | 0.10 |
| 12/10/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 12/10/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| 12/10/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 12/10/2020 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.80 |
| 12/10/2020 | SDA | Prepare Affidavit of Service for 201207 Province Fee App DN 2076 mailing | CON | Noticing | 0.10 |
| 12/10/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.10 |
| 12/10/2020 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | **Total for 12/10/2020** | **6.20** |
| 12/11/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 12/11/2020 | SYU | Review Certificate of Service re Hearing Adjournment Notice [DN 2092] mailing | CON | Noticing | 0.30 |
| 12/11/2020 | SYU | Update the case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 12/11/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 12/11/2020 | AMU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |

# *Kurtzman Carson Consultants LLC*

### 12/01/2020 - 12/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 12/11/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.90 |
| 12/11/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 12/11/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.90 |
| 12/11/2020 | ASL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/11/2020 | AQB | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/11/2020 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 12/11/2020* | *4.80* |
| 12/14/2020 | STO | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| 12/14/2020 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 12/14/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 12/14/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/14/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| 12/14/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 12/14/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| 12/14/2020 | AQB | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 12/14/2020* | *2.40* |
| 12/15/2020 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 12/15/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 12/15/2020 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/15/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 12/15/2020 | JHM | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/15/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.50 |
| 12/15/2020 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 12/15/2020* | *2.80* |
| 12/16/2020 | CCE | Sort and manage incoming case mail received for processing | CON | Document Processing | 0.10 |

# *Kurtzman Carson Consultants LLC*

### 12/01/2020 - 12/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 12/16/2020 | SYU | Review document received in the mail and follow up with operations team re same | CON | Document Processing | 0.20 |
| 12/16/2020 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 12/16/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 12/16/2020 | AMU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/16/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| 12/16/2020 | SYO | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/16/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| 12/16/2020 | ASL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/16/2020 | KTH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 12/16/2020* | *2.90* |
| 12/17/2020 | EJG | Attention to Preis & Bedell Declarations [DNs 2151-2152] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 12/17/2020 | EJG | Attention to Notice of Hearing [DN 2153] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 12/17/2020 | FTA | Assist with Preis & Bedell Declarations [DNs 2151-2152] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 12/17/2020 | FTA | Assist with Notice of Hearing [DN 2153] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 12/17/2020 | LUG | Assist with Notice of Hearing [DN 2153] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 12/17/2020 | LUG | Assist with Preis & Bedell Declarations [DNs 2151-2152] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 12/17/2020 | VTM | Assist with Preis & Bedell Declarations [DNs 2151-2152] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 12/17/2020 | VTM | Assist with Notice of Hearing [DN 2153] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 12/17/2020 | MDO | Assist with Notice of Hearing [DN 2153] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 12/17/2020 | MDO | Assist with Preis & Bedell Declarations [DNs 2151-2152] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 12/17/2020 | BSZ | Assist with Notice of Hearing [DN 2153] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 12/17/2020 | BSZ | Assist with Preis & Bedell Declarations [DNs 2151-2152] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 12/17/2020 | IRJ | Assist with Preis & Bedell Declarations [DNs 2151-2152] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 12/17/2020 | IRJ | Assist with Notice of Hearing [DN 2153] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 12/17/2020 | MAP | Assist with Notice of Hearing [DN 2153] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |

# *Kurtzman Carson Consultants LLC*

## 12/01/2020 - 12/31/2020

### *Time Detail*

| <u>Date</u> | <u>Employee</u> | <u>Description</u> | <u>Position Type</u> | <u>Category</u> | <u>Hours</u> |
|---|---|---|---|---|---|
| 12/17/2020 | MAP | Assist with Preis & Bedell Declarations [DNs 2151-2152] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 12/17/2020 | RIO | Assist with Notice of Hearing [DN 2153] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 12/17/2020 | RIO | Assist with Preis & Bedell Declarations [DNs 2151-2152] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 12/17/2020 | FRO | Assist with Notice of Hearing [DN 2153] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 12/17/2020 | FRO | Assist with Preis & Bedell Declarations [DNs 2151-2152] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 12/17/2020 | SYU | Correspond with counsel re service of Preis & Bedell Declarations | CON | Noticing | 0.10 |
| 12/17/2020 | SYU | Correspond with counsel re service of Notice of Hearing | CON | Noticing | 0.10 |
| 12/17/2020 | SYU | Coordinate and generate Preis & Bedell Declarations [DNs 2151-2152] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.60 |
| 12/17/2020 | SYU | Coordinate and generate Notice of Hearing [DN 2153] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 12/17/2020 | SYU | Update the Master Service List | CON | Noticing | 0.20 |
| 12/17/2020 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| 12/17/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 12/17/2020 | AOP | Assist with Preis & Bedell Declarations [DNs 2151-2152] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.90 |
| 12/17/2020 | AOP | Assist with Notice of Hearing [DN 2153] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.90 |
| 12/17/2020 | GYC | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.90 |
| 12/17/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/17/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.70 |
| 12/17/2020 | NBY | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| 12/17/2020 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| 12/17/2020 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | ***Total for 12/17/2020*** | | ***10.00*** |
| 12/18/2020 | EJG | Attention to Motions to Compel, Notices of Filing, and Responses [DNs 2156-2157, 2161, 2163-2164] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 12/18/2020 | VTM | Assist with Motions to Compel, Notices of Filing, and Responses [DNs 2156-2157, 2161, 2163-2164] mailing including preparing, inserting, affixing postage, labeling and sealing and mailing envelopes | CON | Noticing | 1.80 |
| 12/18/2020 | MDO | Assist with Motions to Compel, Notices of Filing, and Responses [DNs 2156-2157, 2161, 2163-2164] mailing including preparing, inserting, affixing postage, labeling and sealing and mailing envelopes | CON | Noticing | 0.10 |
| 12/18/2020 | SYU | Review Certificate of Service re Preis & Bedell Declarations [DNs 2151-2152] & Notice of Hearing [DN 2153] mailing | CON | Noticing | 0.30 |

## *Kurtzman Carson Consultants LLC*

12/01/2020 - 12/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 12/18/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 12/18/2020 | SYU | Coordinate and generate Motions to Compel, Notices of Filing, and Responses [DNs 2156-2157, 2161, 2163-2164] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 2.70 |
| 12/18/2020 | SYU | Correspond with counsel re service of Motions to Compel, Notices of Filing, and Responses | CON | Noticing | 0.10 |
| 12/18/2020 | HEF | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.20 |
| 12/18/2020 | JUY | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |
| 12/18/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 12/18/2020 | EAG | Prepare Certificate of Service for Preis & Bedell Declarations [DNs 2151-2152] and Notice of Hearing [DN 2153] mailings | CON | Noticing | 3.30 |
| 12/18/2020 | AOP | Assist with Motions to Compel, Notices of Filing, and Responses [DNs 2156-2157, 2161, 2163-2164] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.80 |
| 12/18/2020 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Motions to Compel, Notices of Filing, and Responses [DNs 2156-2157, 2161, 2163-2164] | CON | Noticing | 0.10 |
| 12/18/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 12/18/2020 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.60 |
| 12/18/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.70 |
| 12/18/2020 | ASL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 12/18/2020 | BSV | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/18/2020 | PS | Professional time for preparing, printing, inserting, sealing, and metering documents | PS | Document Processing | 38.10 |
| | | | ***Total for 12/18/2020*** | | ***52.90*** |
| 12/19/2020 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Hearing Adjournment Notice [DN 2092] | CON | Noticing | 0.20 |
| | | | ***Total for 12/19/2020*** | | ***0.20*** |
| 12/21/2020 | EJG | Attention to Exhibits to Declarations [DNs 2178-2179] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 12/21/2020 | LUG | Assist with Exhibits to Declarations [DNs 2178-2179] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 12/21/2020 | VTM | Assist with Exhibits to Declarations [DNs 2178-2179] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 12/21/2020 | MDO | Assist with Exhibits to Declarations [DNs 2178-2179] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 12/21/2020 | DAK | Assist with Exhibits to Declarations [DNs 2178-2179] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 12/21/2020 | BSZ | Assist with Exhibits to Declarations [DNs 2178-2179] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |

# *Kurtzman Carson Consultants LLC*

### 12/01/2020 - 12/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 12/21/2020 | HUM | Assist with Exhibits to Declarations [DNs 2178-2179] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 12/21/2020 | EGA | Assist with Exhibits to Declarations [DNs 2178-2179] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.60 |
| 12/21/2020 | FGZ | Assist with Exhibits to Declarations [DNs 2178-2179] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.20 |
| 12/21/2020 | RIO | Assist with Exhibits to Declarations [DNs 2178-2179] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.60 |
| 12/21/2020 | SYU | Correspond with counsel re service of Exhibits to Declarations | CON | Noticing | 0.10 |
| 12/21/2020 | SYU | Coordinate with production re service of Exhibits to Declarations | CON | Noticing | 0.10 |
| 12/21/2020 | SYU | Coordinate and generate Exhibits to Declarations [DNs 2178-2179] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.20 |
| 12/21/2020 | HEF | Manage and review tracking of undeliverable mail re Motions to Compel, Notices of Filing, and Responses [DNs 2156-2157, 2161, 2163-2164] | CON | Undeliverable Mail Processing | 0.10 |
| 12/21/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 12/21/2020 | EAG | Prepare Certificate of Service for Exhibits to Declarations [DNs 2178-2179] mailing | CON | Noticing | 0.90 |
| 12/21/2020 | EAG | Coordinate and generate Exhibits to Declarations [DNs 2178-2179] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 3.30 |
| 12/21/2020 | AOP | Assist with Exhibits to Declarations [DNs 2178-2179] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 12/21/2020 | SYO | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/21/2020 | VRQ | Coordinate and facilitate service of Exhibits to Declarations [DNs 2178-2179] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 1.00 |
| 12/21/2020 | CHD | Assist with Exhibits to Declarations [DNs 2178-2179]  mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| 12/21/2020 | CHD | Correspond with case team re mailing deadline | SMC | Noticing | 0.10 |
| 12/21/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Bedell, Cole Schotz, Jefferies, KCC, Province, Akin & Bayard Interim Fee Apps [DNs 1976, 1978-1979, 1981-1984] | SMC | Noticing | 0.30 |
| 12/21/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.70 |
| 12/21/2020 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 12/21/2020* | *11.90* |
| 12/22/2020 | SYU | Prepare Certificate of Service re Motions to Compel, Notices of Filing, and Responses [DNs 2156-2157, 2161, 2163-2164] mailing | CON | Noticing | 0.80 |
| 12/22/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 12/22/2020 | SYU | Review document received in the mail and follow up with operations team re same | CON | Document Processing | 0.20 |
| 12/22/2020 | HEF | Manage and review tracking of undeliverable mail re Exhibits to Declarations [DNs 2178-2179] | CON | Undeliverable Mail Processing | 0.10 |
| 12/22/2020 | SEB | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.10 |

## *Kurtzman Carson Consultants LLC*

12/01/2020 - 12/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 12/22/2020 | AKW | Review Certificate of Service for Exhibits to Declarations [DNs 2178-2179] mailing | CON | Noticing | 0.70 |
| 12/22/2020 | CHT | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 12/22/2020 | AMU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 12/22/2020 | EAG | Prepare Certificate of Service for Exhibits to Declarations [DNs 2178-2179] mailing | CON | Noticing | 2.50 |
| 12/22/2020 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Hearing Adjournment Notice [DN 2092] | CON | Noticing | 0.30 |
| 12/22/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 12/22/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/22/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.80 |
| 12/22/2020 | ASL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/22/2020 | AQB | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/22/2020 | AQB | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/22/2020 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 12/22/2020 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 12/22/2020* | *9.70* |
| 12/23/2020 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 12/23/2020 | SYU | Review Certificate of Service re Exhibits to Declarations [DNs 2178-2179] mailing | CON | Noticing | 0.30 |
| 12/23/2020 | AKW | Review Certificate of Service for Exhibits to Declarations [DNs 2178-2179] mailing | CON | Noticing | 0.20 |
| 12/23/2020 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 12/23/2020 | CHT | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| 12/23/2020 | CHT | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.10 |
| 12/23/2020 | AMU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/23/2020 | EAG | Coordinate and generate Exhibits to Declarations [DNs 2178-2179] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.10 |
| 12/23/2020 | EAG | Prepare Certificate of Service for Exhibits to Declarations [DNs 2178-2179] mailing | CON | Noticing | 0.30 |
| 12/23/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 12/23/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.70 |

# *Kurtzman Carson Consultants LLC*

12/01/2020 - 12/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | | *Total for 12/23/2020* | *3.20* |
| 12/24/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 12/24/2020 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Replies & Declaration of Arik Pries [DNs 2013-2015] | SMC | Noticing | 0.30 |
| 12/24/2020 | KPU | Oversee and guide call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| 12/24/2020 | BSV | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 12/24/2020* | *1.10* |
| 12/27/2020 | CET | Review case notes to assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 12/27/2020* | *0.30* |
| 12/28/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Hearing Adjournment Notice [DN 2092] | CON | Noticing | 0.10 |
| 12/28/2020 | CCE | Organize and file general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.10 |
| 12/28/2020 | SYU | Review document received in the mail and follow up with operations team re same | CON | Document Processing | 0.20 |
| 12/28/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 12/28/2020 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.20 |
| 12/28/2020 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Preis & Bedell Declarations [DNs 2151-2152] | CON | Noticing | 0.30 |
| 12/28/2020 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Hearing [DN 2153] | CON | Noticing | 0.30 |
| 12/28/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 12/28/2020 | VRQ | Review mail report for Hearing Adjournment Notice [DN 2092] | SMC | Noticing | 0.20 |
| 12/28/2020 | DHP | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 12/28/2020 | BSV | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 12/28/2020 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 12/28/2020 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 12/28/2020 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 12/28/2020* | *3.10* |

## *Kurtzman Carson Consultants LLC*

### 12/01/2020 - 12/31/2020

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 12/29/2020 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for  Exhibits to Declarations [DNs 2178-2179] | CON | Noticing | 0.20 |
| 12/29/2020 | SYU | Review document received in the mail and follow up with operations team re same | CON | Document Processing | 0.20 |
| 12/29/2020 | JUY | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |
| 12/29/2020 | JUY | Sort and manage incoming case mail received for processing | CON | Document Processing | 0.10 |
| 12/29/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.10 |
| 12/29/2020 | AMU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 12/29/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 12/29/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 12/29/2020 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 12/29/2020 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/29/2020 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/29/2020 | BSV | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 12/29/2020 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 12/29/2020 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 12/29/2020* | *4.60* |
| 12/30/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 12/30/2020 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/30/2020 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 12/30/2020 | NBY | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| 12/30/2020 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 12/30/2020* | *1.10* |
| 12/31/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Preis & Bedell Declarations [DNs 2151-2152] | CON | Noticing | 0.10 |
| 12/31/2020 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Hearing [DN 2153] | CON | Noticing | 0.10 |
| 12/31/2020 | JUY | File general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |

# *Kurtzman Carson Consultants LLC*

12/01/2020 - 12/31/2020

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 12/31/2020 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 12/31/2020 | CJC | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 12/31/2020 | SYO | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 12/31/2020 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 12/31/2020 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |

*Total for 12/31/2020*  **1.30**

*Total Hours*  **145.80**

# *Kurtzman Carson Consultants LLC*

### *12/01/2020 - 12/31/2020*

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $1,107.97 |
| Reimbursement of case related phone costs | | | $348.45 |
| Printing and Mailing Expenses (See Exhibit) | | | $15,978.02 |
| | | *Total Expenses* | *$17,434.44* |

# *Kurtzman Carson Consultants LLC*

### 12/01/2020 - 12/31/2020

## *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 12/7/2020 | Province Fee App [DN 2076] | 6 | Email Parties | $0.00 | $100.00 |
| 12/9/2020 | Hearing Adjournment Notice [DN 2092] | 189 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 189 Recipients | $250.00 | $250.00 |
| | | 51 | First Class Mail | | |
| | | 306 | Image notice printing for 1 document, including Purdue DN 2092 - Hearing Adjournment Notice | $0.11 | $33.66 |
| | | 51 | Standard Envelopes | $0.14 | $7.14 |
| 12/17/2020 | Preis & Bedell Declarations [DNs 2151-2152] | 188 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 188 Recipients | $250.00 | $250.00 |
| | | 51 | First Class Mail | | |
| | | 510 | Image notice printing for 2 documents, including Purdue 2151- Supplemental Preis Declaration re Rate Increases Filed Version.pdf, Purdue 2152- Bedell Supplemental Declaration re Retention Application Filed Version.pdf | $0.11 | $56.10 |
| | | 51 | Non-Standard Envelopes | $0.36 | $18.36 |
| 12/17/2020 | Notice of Hearing [DN 2153] | 188 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 188 Recipients | $250.00 | $250.00 |
| | | 51 | First Class Mail | | |
| | | 306 | Image notice printing for 1 document, including Purdue 2153 - Notice of Adjournment of Hearing on Privilege Disputes Filed Version.pdf | $0.11 | $33.66 |
| | | 51 | Standard Envelopes | $0.14 | $7.14 |
| 12/18/2020 | Motions to Compel, Notices of Filing, and Responses [DNs 2156-2157, 2161, 2163-2164] | 188 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 188 Recipients | $250.00 | $250.00 |
| | | 51 | First Class Mail | | |
| | | 122,196 | Image notice printing Motions to Compel, Notices of Filing, and Responses [DNs 2156-2157, 2161, 2163-2164] | $0.11 | $13,441.56 |
| | | 51 | Non-Standard Envelopes | $0.36 | $18.36 |
| 12/21/2020 | Exhibits to Declarations [DNs 2178-2179] | 188 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 188 Recipients | $250.00 | $250.00 |
| | | 51 | First Class Mail | | |
| | | 4,488 | Image notice printing for 2 documents, including Purdue DN 2178 2nd Exhibit to Declaration of Mitchell Hurley, Purdue DN 2179 2nd Exhibit to Declaration of Arik Preis | $0.11 | $493.68 |
| | | 51 | Non-Standard Envelopes | $0.36 | $18.36 |

## *Total Printing and Mailing Expenses*     *$15,978.02*