**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| **PURDUE PHARMA L.P., et. al**[1] | ) | |
| | ) | Case No. 19-23649 (RDD) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

**SEVENTH MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
AS AUDITORS AND PROVIDERS OF OTHER PROFESSIONAL SERVICES
FOR THE DEBTORS FOR THE PERIOD FROM
JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| | |
|---|---|
| Name of applicant: | Ernst & Young LLP ("EY LLP") |
| Authorized to Provide Professional Services To: | The Debtors |
| Date of retention: | December 23, 2019 (*nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2021 through January 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $200,000.00 |
| Less 20% Holdback: | $40,000.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $-0- |
| Total Fees and Expenses Due: | $160,000.00 |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: February 24, 2021

/s/Amelia M. Caporale
Amelia M. Caporale
Partner, Ernst & Young LLP
20 Church Street
Hartford, CT  06103

# EXHIBIT A

## SUMMARY BY PROFESSIONAL

*Audit Services*

| Last Name | First Name | Title | Time |
|---|---|---|---|
| Biedziak | Eliza Anna | Senior Manager | 4.0 |
| Breeding | Stephen | Senior Manager | 3.9 |
| Caporale | Amelia M | Partner/Principal | 13.6 |
| Chopra | Luv | Associate | 1.0 |
| Chun | Sung Hwan | Senior | 5.1 |
| Furtado | Justin V | Manager | 10.1 |
| Klar | Stephanie | Staff/Assistant | 102.5 |
| Memeti | Andi | Staff/Assistant | 81.6 |
| Mutlu Tepe | Serpil | Manager | 11.0 |
| Redmond | Robert L. | Manager | 46.5 |
| Savell | Roger B | Partner/Principal | 1.0 |
| Singh | Mohit | Supervising Associate | 0.5 |
| Stix | Benjamin L. | Staff/Assistant | 2.0 |
| Tran | Loikevin | Manager | 1.2 |
| Yousuf M.R | Mohammed | Associate | 2.0 |
| | | **Total** | **286.0** |

**Total Fixed Fees Sought for 2020 Audit Services: $200,000.00**

# EXHIBIT B

## SUMMARY BY CATEGORY

*Audit Services*

| Time Category | Category Descriptions | Hours |
|---|---|---|
| Bankruptcy | This category includes activities associated with incremental procedures related to the bankruptcy filing | 6.6 |
| Planning Activities | This category relates to all audit planning activities. | 23.2 |
| Risk Assurance/IT Activities | This category relates to discussion, and analysis relating to application controls, IT audit progress and IT general controls. | 231.8 |
| Year-End Substantive Testing | This category includes activities associated with Year-End audit procedures | 24.4 |
| | **Total** | **286.0** |

**Total Fixed Fees Sought for 2020 Audit Services: $200,000.00**

**EXHIBIT C**

**SUMMARY DETAIL OF HOURS INCURRED BY PROFESSIONAL**

*Audit Services*

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Biedziak,Eliza Anna | Senior Manager | 29 Jan 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid government pricing calculation and testing |
| Memeti,Andi | Staff/Assistant | 29 Jan 2021 | Risk Assurance/IT Activities | 3.8 | Addressing Manager comments on Manage Change, IT Operations, new/modified testing, and SAP privileged access |
| Memeti,Andi | Staff/Assistant | 29 Jan 2021 | Risk Assurance/IT Activities | 4.2 | Updating SAP user access review testing |
| Biedziak,Eliza Anna | Senior Manager | 28 Jan 2021 | Year-End Substantive Testing | 1.0 | Continued review of Medicaid government pricing calculation and testing |
| Memeti,Andi | Staff/Assistant | 28 Jan 2021 | Risk Assurance/IT Activities | 0.8 | Internal call with team (Robert Redmond and Stephanie Klar) to discuss progress updates |
| Memeti,Andi | Staff/Assistant | 28 Jan 2021 | Risk Assurance/IT Activities | 1.3 | Updating workplans with updated evidence and identifying follow-ups. |
| Memeti,Andi | Staff/Assistant | 28 Jan 2021 | Risk Assurance/IT Activities | 0.8 | Call with staff (Stephanie Klar) to assign work and go over review notes |
| Savell,Roger B | Partner/Principal | 27 Jan 2021 | Year-End Substantive Testing | 1.0 | Reviewing Noramco position paper |
| Biedziak,Eliza Anna | Senior Manager | 27 Jan 2021 | Year-End Substantive Testing | 1.0 | Continued review of Medicaid government pricing calculation and testing |
| Memeti,Andi | Staff/Assistant | 27 Jan 2021 | Risk Assurance/IT Activities | 2.1 | Updating Linux workplan and Infrastructure walkthrough. |
| Memeti,Andi | Staff/Assistant | 27 Jan 2021 | Risk Assurance/IT Activities | 1.9 | Updating term testing with late log-in users |
| Furtado,Justin V | Manager | 25 Jan 2021 | Year-End Substantive Testing | 1.5 | Review of Noramco position paper |
| Luv Chopra | Associate | 25 Jan 2021 | Bankruptcy | 0.5 | Review of engagement staffing and economics for year-end audit |

5

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Breeding,Stephen | Senior Manager | 24 Jan 2021 | Planning Activities | 0.9 | EY Actuarial - scoping document template for pension specialist testing |
| Breeding,Stephen | Senior Manager | 23 Jan 2021 | Planning Activities | 3.0 | EY Actuarial - scoping document template for pension specialist testing |
| Caporale,Amelia M | Partner/Principal | 22 Jan 2021 | Year-End Substantive Testing | 1.0 | Review of litigation technical accounting memo |
| Tran,Loikevin | Manager | 22 Jan 2021 | Year-End Substantive Testing | 1.2 | Government pricing provided by client document retrieval and organization |
| Memeti,Andi | Staff/Assistant | 22 Jan 2021 | Risk Assurance/IT Activities | 1.4 | Addressing manager's comments on SAP Manage Access process |
| Furtado,Justin V | Manager | 21 Jan 2021 | Bankruptcy | 1.1 | Drafting interim fee application schedules |
| Memeti,Andi | Staff/Assistant | 21 Jan 2021 | Risk Assurance/IT Activities | 1.3 | Updating Oracle workplan |
| Memeti,Andi | Staff/Assistant | 21 Jan 2021 | Risk Assurance/IT Activities | 1.6 | Updating Linux workplan |
| Memeti,Andi | Staff/Assistant | 21 Jan 2021 | Risk Assurance/IT Activities | 1.3 | Updated Direct change and change management testing |
| Klar,Stephanie | Staff/Assistant | 21 Jan 2021 | Risk Assurance/IT Activities | 2.5 | Updated the SAP Firefighter Substantive Testing with new samples provided. |
| Klar,Stephanie | Staff/Assistant | 21 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated the Mercury Workplan with new evidence provided. |
| Redmond,Robert L. | Manager | 20 Jan 2021 | Risk Assurance/IT Activities | 4.0 | Review of Manage Access walkthrough |
| Redmond,Robert L. | Manager | 20 Jan 2021 | Risk Assurance/IT Activities | 4.0 | Review of Manage Access walkthrough for SAP applications |
| Furtado,Justin V | Manager | 20 Jan 2021 | Risk Assurance/IT Activities | 0.2 | Application Control discussion with Robert Redmond and Nick D'Alessandro |
| Memeti,Andi | Staff/Assistant | 20 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Call with internal team Robert Redmond and Stephanie Klar for an application control status update |
| Memeti,Andi | Staff/Assistant | 20 Jan 2021 | Risk Assurance/IT Activities | 2.0 | Addressing Manager's comments for SAP ECC (ERP Central Componment) and Human Capital Management walkthroughs |

6

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Memeti,Andi | Staff/Assistant | 20 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Updating application control request list to send out to client |
| Redmond,Robert L. | Manager | 19 Jan 2021 | Risk Assurance/IT Activities | 4.0 | Review of Manage Change walkthrough (leaving comments to team) |
| Redmond,Robert L. | Manager | 19 Jan 2021 | Risk Assurance/IT Activities | 4.0 | review of Manage Change walkthrough for SAP applications (ensuring the comments were cleared that I left to the team) |
| Memeti,Andi | Staff/Assistant | 19 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Reviewing SAP Manage IT Operations walkthrough and testing |
| Memeti,Andi | Staff/Assistant | 19 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Call with internal team Robert Redmond and Stephanie Klar for an application control status update |
| Klar,Stephanie | Staff/Assistant | 19 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Updated Purdue Change Managers in ServiceNow with new evidence provided. |
| Klar,Stephanie | Staff/Assistant | 19 Jan 2021 | Risk Assurance/IT Activities | 2.5 | Updated Purdue Direct Change Test with new samples provided. |
| Klar,Stephanie | Staff/Assistant | 19 Jan 2021 | Risk Assurance/IT Activities | 6.0 | Updated Ceridian SOC (System and Organization Controls) Workplan with new evidence Provided. Updated WCGWs, CUECs and ITGC Mapping. |
| Furtado,Justin V | Manager | 18 Jan 2021 | Planning Activities | 0.3 | Engagement milestone and planning completion tracking for the year-end Purdue audit (scope and strategy documentation) |
| Caporale,Amelia M | Partner/Principal | 15 Jan 2021 | Planning Activities | 0.9 | Review scope and strategy |
| Caporale,Amelia M | Partner/Principal | 15 Jan 2021 | Year-End Substantive Testing | 1.1 | Team and client meeting to discuss accounting for DOJ settlement E. Nowakowski, J. Lowne (Purdue); J. Furtado (EY), A. Sonika (EY) |
| Furtado,Justin V | Manager | 15 Jan 2021 | Year-End Substantive Testing | 1.1 | Call to discuss DOJ settlement - E. Nowakowski, J. Lowne (Purdue); A. Caporale, A. Sonika (EY) |
| Furtado,Justin V | Manager | 15 Jan 2021 | Year-End Substantive Testing | 1.1 | Call to discuss EY quality review procedures and focus areas - A. Caporale, J. Molchan, A. Sonika |
| Memeti,Andi | Staff/Assistant | 15 Jan 2021 | Risk Assurance/IT Activities | 2.1 | Reviewing and signing off on SAP Manage Access walkthrough |
| Memeti,Andi | Staff/Assistant | 15 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Final review and signing off of SAP New mod testing. |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Memeti,Andi | Staff/Assistant | 15 Jan 2021 | Risk Assurance/IT Activities | 1.8 | Update year-end matrix |
| Klar,Stephanie | Staff/Assistant | 15 Jan 2021 | Risk Assurance/IT Activities | 4.0 | Updated the Purdue Human Capital Management Recertification with new evidence provided. |
| Klar,Stephanie | Staff/Assistant | 15 Jan 2021 | Risk Assurance/IT Activities | 5.0 | Updated the Ceridian DayForce SOC (System and Organization Controls) Workplan, What Can Go Wrongs, and Complementary User End Controls with new evidence provided |
| Caporale,Amelia M | Partner/Principal | 14 Jan 2021 | Planning Activities | 2.0 | Review scope and strategy documentation |
| Redmond,Robert L. | Manager | 14 Jan 2021 | Risk Assurance/IT Activities | 4.0 | Review of SAP ECC Privileged access walkthrough |
| Redmond,Robert L. | Manager | 14 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Internal status meeting with Andi Memeti and Stephanie Klar for application control status update - call. |
| Redmond,Robert L. | Manager | 14 Jan 2021 | Risk Assurance/IT Activities | 4.0 | Review of SAP ECC (ERP Central Componment) Privileged access walkthrough |
| Furtado,Justin V | Manager | 14 Jan 2021 | Planning Activities | 0.9 | Review of DOJ Settlement documents |
| Furtado,Justin V | Manager | 14 Jan 2021 | Planning Activities | 0.6 | Completion of audit planning documents |
| Memeti,Andi | Staff/Assistant | 14 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Internal call with team to discuss strategy R. Redmond  S. Klar |
| Memeti,Andi | Staff/Assistant | 14 Jan 2021 | Risk Assurance/IT Activities | 1.1 | Reviewing new/modified testing and signing off |
| Memeti,Andi | Staff/Assistant | 14 Jan 2021 | Risk Assurance/IT Activities | 1.2 | Updating manage change walkthrough evidence and narrative section |
| Memeti,Andi | Staff/Assistant | 14 Jan 2021 | Risk Assurance/IT Activities | 0.8 | Sorting through evidence received and identifying follow-ups/updating request list |
| Memeti,Andi | Staff/Assistant | 14 Jan 2021 | Risk Assurance/IT Activities | 1.3 | Research issue with SAP environment and look at previous clients works to see more information on the open IT environment. |
| Klar,Stephanie | Staff/Assistant | 14 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated the New and Modified User Testing with new samples provided. |
| Klar,Stephanie | Staff/Assistant | 14 Jan 2021 | Risk Assurance/IT Activities | 2.0 | Updated and addressed comments in the Common Manage IT Operations Walkthrough. |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Klar,Stephanie | Staff/Assistant | 14 Jan 2021 | Risk Assurance/IT Activities | 3.0 | Updated and addressed comments in the New and Modified User Testing. |
| Klar,Stephanie | Staff/Assistant | 14 Jan 2021 | Risk Assurance/IT Activities | 2.0 | Updated and addressed comments in the Common Manage Access Walkthrough. |
| Klar,Stephanie | Staff/Assistant | 14 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated Ceridian Dayforce Workplan with new evidence provided. |
| Caporale,Amelia M | Partner/Principal | 13 Jan 2021 | Planning Activities | 3.5 | Review scope and strategy documentation |
| Redmond,Robert L. | Manager | 13 Jan 2021 | Risk Assurance/IT Activities | 4.0 | Review of SAP Business Information Walkthrough |
| Redmond,Robert L. | Manager | 13 Jan 2021 | Risk Assurance/IT Activities | 4.0 | Review of SAP BI walkthrough |
| Memeti,Andi | Staff/Assistant | 13 Jan 2021 | Risk Assurance/IT Activities | 1.6 | Updating contractor testing with new process information |
| Memeti,Andi | Staff/Assistant | 13 Jan 2021 | Risk Assurance/IT Activities | 2.1 | Updating and signing off on SAP Change manage walkthrough |
| Memeti,Andi | Staff/Assistant | 13 Jan 2021 | Risk Assurance/IT Activities | 1.1 | Completing direct change walkthrough narrative section |
| Memeti,Andi | Staff/Assistant | 13 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Reviewing Information Technology Operations testing |
| Memeti,Andi | Staff/Assistant | 13 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Assigning work to staff and getting on call to describe objectives - with S. Klar |
| Klar,Stephanie | Staff/Assistant | 13 Jan 2021 | Risk Assurance/IT Activities | 4.0 | Updated and addressed comments in the walkthrough for Common Manage Information Technology Operations with new evidence. |
| Klar,Stephanie | Staff/Assistant | 13 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated the new/modfied user walkthrough in Manage Access with new evidence. |
| Klar,Stephanie | Staff/Assistant | 13 Jan 2021 | Risk Assurance/IT Activities | 3.0 | Updated the New and Modified User Test with new evidence. |
| Klar,Stephanie | Staff/Assistant | 13 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated the ECC (ERP Central Componment) user access review with new evidence according to the new testing strategy. |
| Caporale,Amelia M | Partner/Principal | 12 Jan 2021 | Planning Activities | 4.0 | Review scope and strategy documentation |

9

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Redmond,Robert L. | Manager | 12 Jan 2021 | Risk Assurance/IT Activities | 4.0 | Review of SAP HCM WT |
| Redmond,Robert L. | Manager | 12 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Internal status meeting with Andi Memeti and Stephanie Klar for application control status update - call. |
| Redmond,Robert L. | Manager | 12 Jan 2021 | Risk Assurance/IT Activities | 4.0 | Review of SAP Human Capital Management walkthrough |
| Mutlu Tepe,Serpil | Manager | 12 Jan 2021 | Year-End Substantive Testing | 3.0 | Rhodes - Calculation model building |
| Memeti,Andi | Staff/Assistant | 12 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Internal call with team to discuss year end updated strategy and SAP issue R. Redmond S. Klar |
| Memeti,Andi | Staff/Assistant | 12 Jan 2021 | Risk Assurance/IT Activities | 1.8 | Addressing Manager application control comments |
| Memeti,Andi | Staff/Assistant | 12 Jan 2021 | Risk Assurance/IT Activities | 1.2 | Updating request list to identify further follow-ups |
| Memeti,Andi | Staff/Assistant | 12 Jan 2021 | Risk Assurance/IT Activities | 0.8 | Call with staff to explain the change management testing S. Klar |
| Memeti,Andi | Staff/Assistant | 12 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Sorting through evidence provided by client and updating request list |
| Klar,Stephanie | Staff/Assistant | 12 Jan 2021 | Risk Assurance/IT Activities | 2.5 | Updated the S04 Oracle Workplan with new evidence. |
| Klar,Stephanie | Staff/Assistant | 12 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Updated the Purdue Change Managers in ServiceNow with new evidence. |
| Klar,Stephanie | Staff/Assistant | 12 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Testing of new evidence for users with critical access to the Purdue Backup Scheduler |
| Klar,Stephanie | Staff/Assistant | 12 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated the Purdue Backup Schedules with new evidence. |
| Klar,Stephanie | Staff/Assistant | 12 Jan 2021 | Risk Assurance/IT Activities | 2.0 | Updated New and Modified User Testing with new evidence. |
| Klar,Stephanie | Staff/Assistant | 12 Jan 2021 | Risk Assurance/IT Activities | 2.0 | Updated the walkthrough for Common Manage Access with evidence for New User Access. |
| Furtado,Justin V | Manager | 11 Jan 2021 | Year-End Substantive Testing | 0.2 | Review of legal settlement audit guidance |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Mutlu Tepe,Serpil | Manager | 11 Jan 2021 | Year-End Substantive Testing | 1.0 | Rhodes - Review for previous year observations |
| Stix,Benjamin L. | Staff/Assistant | 11 Jan 2021 | Bankruptcy | 1.0 | Review of SEC disclosures for inclusion in Purdue financial statements |
| Memeti,Andi | Staff/Assistant | 11 Jan 2021 | Risk Assurance/IT Activities | 2.2 | Updating year end update testing matrix and request list |
| Memeti,Andi | Staff/Assistant | 11 Jan 2021 | Risk Assurance/IT Activities | 1.2 | Discussing with staff tasks and how to complete walkthrough |
| Memeti,Andi | Staff/Assistant | 11 Jan 2021 | Risk Assurance/IT Activities | 1.5 | Firefighter ID testing and review |
| Memeti,Andi | Staff/Assistant | 11 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Talking with David Inaparthy (SAP Senior Architect & IT Lead) on the open SAP environment |
| Memeti,Andi | Staff/Assistant | 11 Jan 2021 | Risk Assurance/IT Activities | 1.8 | Reviewing SAP Infrastructure walkthrough procedures |
| Memeti,Andi | Staff/Assistant | 11 Jan 2021 | Risk Assurance/IT Activities | 1.8 | Reviewing ValueCentric SOC (System and Organization Controls) report |
| Klar,Stephanie | Staff/Assistant | 11 Jan 2021 | Risk Assurance/IT Activities | 6.0 | Updated the ValueCentric SOC (System and Organization Controls) Report Workplan, What Can Go Wrongs, Complementary User End Controls, and ITGC Mapping based on the new evidence. |
| Klar,Stephanie | Staff/Assistant | 11 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated and addressed comments in the walkthrough for SAP Common Manage Access based on the new testing strategy. |
| Klar,Stephanie | Staff/Assistant | 11 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated and addressed comments for the Common Manage IT Operations Walkthrough based on the new testing strategy. |
| Klar,Stephanie | Staff/Assistant | 11 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated and addressed comments in the Common Manage Change walkthrough based on the new testing strategy. |
| Mutlu Tepe,Serpil | Manager | 08 Jan 2021 | Year-End Substantive Testing | 7.0 | Rhodes - client request list review, calculation model set-up |
| Chun,Sung Hwan | Senior | 08 Jan 2021 | Planning Activities | 2.5 | EY Actuarial - scoping document template for pension specialist testing |
| Stix,Benjamin L. | Staff/Assistant | 08 Jan 2021 | Bankruptcy | 1.0 | Review of SEC disclosures for inclusion in Purdue financial statements |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Memeti,Andi | Staff/Assistant | 08 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Reviewing and signing off on SAP ECC (ERP Central Componment) walkthrough |
| Memeti,Andi | Staff/Assistant | 08 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Call with staff to explain task details S. Klar |
| Klar,Stephanie | Staff/Assistant | 08 Jan 2021 | Risk Assurance/IT Activities | 2.0 | Updated Mercury Workplan with new evidence provided. |
| Klar,Stephanie | Staff/Assistant | 08 Jan 2021 | Risk Assurance/IT Activities | 1.5 | Updated S04 Oracle Workplan with new evidence provided. |
| Klar,Stephanie | Staff/Assistant | 08 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated Common IT Infrastructure walkthrough according to the new testing strategy. |
| Klar,Stephanie | Staff/Assistant | 08 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated Common Manage IT Operations walkthrough according to the new testing strategy. |
| Klar,Stephanie | Staff/Assistant | 08 Jan 2021 | Risk Assurance/IT Activities | 2.0 | Updated the walkthrough for Common Manage Access according to the new testing strategy. |
| Klar,Stephanie | Staff/Assistant | 08 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated the walkthrough for Common Manage Change according to the new testing strategy. |
| Klar,Stephanie | Staff/Assistant | 08 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Updated the New/Modified User testing with new evidence provided. |
| Caporale,Amelia M | Partner/Principal | 07 Jan 2021 | Year-End Substantive Testing | 1.1 | Client update meeting re: Noramco sale transaction, intangible impairment testing and DOJ settlement technical accounting memo status J. Lowne (CFO) E. Nowakowski (Controller); Justin Furtado (EY) |
| Redmond,Robert L. | Manager | 07 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Internal status meeting with A. Memeti; C. Bellinzoni; S.Klar for application control status |
| Furtado,Justin V | Manager | 07 Jan 2021 | Year-End Substantive Testing | 1.1 | Call to discuss DOJ settlement and Noramco purchase - J. Lowne, E. Nowakowski (Purdue), A. Caporale (EY) |
| Chun,Sung Hwan | Senior | 07 Jan 2021 | Planning Activities | 2.6 | EY Actuarial - scoping document template for pension specialist testing |
| Memeti,Andi | Staff/Assistant | 07 Jan 2021 | Risk Assurance/IT Activities | 1.3 | Creating and updating application control smart forms |
| Memeti,Andi | Staff/Assistant | 07 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Discussing with team about open S04 production environment and planning next step approach. B. Redmond S. Klar |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Memeti,Andi | Staff/Assistant | 07 Jan 2021 | Risk Assurance/IT Activities | 1.2 | Reviewing SAP ECC Walkthrough |
| Memeti,Andi | Staff/Assistant | 07 Jan 2021 | Risk Assurance/IT Activities | 1.5 | Reviewing and signing off on SAP HCM walkthrough. |
| Memeti,Andi | Staff/Assistant | 07 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Call with Chris Bellinzoni, Bobby Redmond, and Stephanie Klar to discuss progress. |
| Memeti,Andi | Staff/Assistant | 07 Jan 2021 | Risk Assurance/IT Activities | 1.2 | Updating Manage IT Ops testing |
| Memeti,Andi | Staff/Assistant | 07 Jan 2021 | Risk Assurance/IT Activities | 1.3 | updating client request list for application control support |
| Klar,Stephanie | Staff/Assistant | 07 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated Purdue Direct Change test with new evidence provided. |
| Klar,Stephanie | Staff/Assistant | 07 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated SAP Business Information, ECC (ERP Central Componont) & Human Capital Management workplans with new evidence provided according to the new testing strategy. |
| Klar,Stephanie | Staff/Assistant | 07 Jan 2021 | Risk Assurance/IT Activities | 3.0 | Updated Purdue Change Management Test with new evidence provided according to the new testing strategy. |
| Klar,Stephanie | Staff/Assistant | 07 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated SAP Privileged Access Management Walkthrough according to the new testing strategy. |
| Klar,Stephanie | Staff/Assistant | 07 Jan 2021 | Risk Assurance/IT Activities | 2.0 | Updated New/Modified User Test with new evidence provided. |
| Klar,Stephanie | Staff/Assistant | 07 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated evidence Validation with new evidence provided. |
| Biedziak,Eliza Anna | Senior Manager | 06 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Review of Medicaid government pricing calculation and testing |
| Redmond,Robert L. | Manager | 06 Jan 2021 | Risk Assurance/IT Activities | 4.0 | Review of automated controls testing |
| Mohit Singh | Supervising Associate | 06 Jan 2021 | Bankruptcy | 0.5 | Review of charged hours to determine appropriate staffing and timing of client communication |
| Memeti,Andi | Staff/Assistant | 06 Jan 2021 | Risk Assurance/IT Activities | 1.6 | Updating year end update testing matrix and request list |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Memeti,Andi | Staff/Assistant | 06 Jan 2021 | Risk Assurance/IT Activities | 1.1 | Performing SAP password walkthrough and reviewing Network password walkthrough. |
| Memeti,Andi | Staff/Assistant | 06 Jan 2021 | Risk Assurance/IT Activities | 2.0 | Organizing SAP ECC user access review population |
| Klar,Stephanie | Staff/Assistant | 06 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated SAP Password Test with new evidence provided. |
| Klar,Stephanie | Staff/Assistant | 06 Jan 2021 | Risk Assurance/IT Activities | 2.0 | Updated Contractor Test with new evidence provided for SM37 users. |
| Klar,Stephanie | Staff/Assistant | 06 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated the walkthrough for Common Manage IT Operations according to new testing strategy. |
| Klar,Stephanie | Staff/Assistant | 06 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated Health Check Report with new evidence and tickets provided. |
| Klar,Stephanie | Staff/Assistant | 06 Jan 2021 | Risk Assurance/IT Activities | 1.5 | Updated the walkthrough for Purdue Common Change Management according to the new testing strategy. |
| Klar,Stephanie | Staff/Assistant | 06 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Updated Purdue User Access Recertification with new evidence provided according to the new testing strategy. |
| Klar,Stephanie | Staff/Assistant | 06 Jan 2021 | Risk Assurance/IT Activities | 1.5 | Updated SAP BI, ECC & HCM Workplans with new evidence provided. |
| Redmond,Robert L. | Manager | 05 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Internal status meeting with IT Team to discuss application control status A. Memeti and S. Klar |
| Redmond,Robert L. | Manager | 05 Jan 2021 | Risk Assurance/IT Activities | 0.5 | Internal status meeting for application controls with  A. Memeti; C. Bellinzoni; S. Klar |
| Furtado,Justin V | Manager | 05 Jan 2021 | Planning Activities | 1.0 | Review of year-end audit resources and engagement staffing |
| Furtado,Justin V | Manager | 05 Jan 2021 | Planning Activities | 1.0 | Review of staffing and client request list |
| Memeti,Andi | Staff/Assistant | 05 Jan 2021 | Risk Assurance/IT Activities | 1.6 | Addressing Software development documentation comments and updating request list to get new evidence |
| Memeti,Andi | Staff/Assistant | 05 Jan 2021 | Risk Assurance/IT Activities | 1.0 | Reviewing Contractor bi-weekly review process and identifying possible follow-ups. |
| Memeti,Andi | Staff/Assistant | 05 Jan 2021 | Risk Assurance/IT Activities | 1.2 | Updating request list with sample selections and follow-ups |
| Memeti,Andi | Staff/Assistant | 05 Jan 2021 | Risk Assurance/IT Activities | 0.6 | Call with Chris Bellinzoni, Bobby Redmond, and Stephanie Klar to discuss progress. |

14

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Memeti,Andi | Staff/Assistant | 05 Jan 2021 | Risk Assurance/IT Activities | 0.9 | Reviewing daily backup failure monitoring control and identifying follow-ups |
| Mohammed Yousuf M.R | Associate | 05 Jan 2021 | Bankruptcy | 2.0 | Review of engagement staffing and economics |
| Klar,Stephanie | Staff/Assistant | 05 Jan 2021 | Risk Assurance/IT Activities | 4.0 | Updated the SAP ECC user access review with new evidence provided. |
| Klar,Stephanie | Staff/Assistant | 05 Jan 2021 | Risk Assurance/IT Activities | 5.0 | Updated the year end updated testing Matrix with new evidence according to new testing strategy. |
| Memeti,Andi | Staff/Assistant | 04 Jan 2021 | Risk Assurance/IT Activities | 1.3 | Performing Purdue user access review testing and reviewing walkthrough. |
| Memeti,Andi | Staff/Assistant | 04 Jan 2021 | Risk Assurance/IT Activities | 3.0 | Performing SAP HCM user access review testing |
| Memeti,Andi | Staff/Assistant | 04 Jan 2021 | Risk Assurance/IT Activities | 1.8 | Creating software development documentation for HCM to Dayforce transition. Created software development files on Canvas and support documentation. |
| Memeti,Andi | Staff/Assistant | 04 Jan 2021 | Risk Assurance/IT Activities | 1.1 | Call with Stephanie Klar to walkthrough SAP BI Manage Access comments. |
| Luv Chopra | Associate | 04 Jan 2021 | Bankruptcy | 0.5 | Review of engagement staffing and economics |
| Klar,Stephanie | Staff/Assistant | 04 Jan 2021 | Risk Assurance/IT Activities | 6.0 | Updated New/Modified User Testing with new evidence provided. |
| Klar,Stephanie | Staff/Assistant | 04 Jan 2021 | Risk Assurance/IT Activities | 3.0 | Updated the year end updated testing Matrix with new evidence according to new testing strategy. |
| | | **Total** | | **286.0** | |

**Total Fixed Fees Sought for 2020 Audit Services is $200,000.00**