**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

---------------------------------------------------------------------------

**THIRTEENTH MONTHLY FEE STATEMENT OF KPMG LLP FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS TAX CONSULTANT FOR THE DEBTORS**
**AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | The Debtors and the Official Committee of Unsecured Creditors |
| Date of Retention: | February 24, 2020, *nunc pro tunc* to December 23, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2021 through January 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $          100,895.80 |
| Less 20% Holdback: | $          (20,179.16) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $                  0.00 |
| Total Fees and Expenses Due: | $            80,716.64 |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: February 24, 2021

_/s/ Howard Steinberg_
Howard Steinberg
Partner, KPMG LLP
1350 Avenue of the Americas
New York, New York 10019
(212) 872-6562

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary Of Hours and Discounted Fees Incurred By Professional
January 1, 2021 through January 31, 2021

| Professional Person | Position & Department | Country of Origin | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Arpit Desai | Senior Manager - Tax | UK | 0.6 | $ 750 | $ 450.00 |
| Ashley Armfield | Senior Associate - M&A Tax | US | 51.1 | $ 534 | $ 27,287.40 |
| Becky Holtje | Senior Manager - Washington National Tax | US | 3.5 | $ 744 | $ 2,604.00 |
| Casey Nunez | Managing Director - M&A Tax | US | 12.3 | $ 794 | $ 9,766.20 |
| Devon Rowles | Associate - M&A Tax | US | 30.2 | $ 350 | $ 10,570.00 |
| Douglas Holland | Principal - Washington National Tax | US | 2.2 | $ 985 | $ 2,167.00 |
| Frankie Angeleri | Senior Associate - Economic & Valuation Services | US | 1.6 | $ 533 | $ 852.80 |
| Gavin Little | Managing Director - Tax | UK | 0.6 | $ 985 | $ 591.00 |
| Howard Steinberg | Partner - M&A Tax | US | 9.2 | $ 856 | $ 7,875.20 |
| Isaac Hirsch | Managing Director - Int'l Tax | US | 24.0 | $ 819 | $ 19,656.00 |
| Jess Commisso | Associate - M&A Tax | US | 27.5 | $ 350 | $ 9,625.00 |
| Kieran Taylor | Senior Manager - Tax | US | 2.3 | $ 744 | $ 1,711.20 |
| Madeleine Latham | Associate - Tax | UK | 0.6 | $ 343 | $ 205.80 |
| Mark Hoffenberg | Principal - Washington National Tax | US | 2.2 | $ 980 | $ 2,156.00 |
| Mark Martin | Principal - Washington National Tax | US | 1.3 | $ 980 | $ 1,274.00 |
| Molly Minnear | Principal - Economic & Valuation Services | US | 1.1 | $ 868 | $ 954.80 |
| Monica Plangman | Director - Bankruptcy | US | 0.6 | $ 279 | $ 167.40 |
| Prita Subramanian | Principal - Washington National Tax | US | 1.6 | $ 980 | $ 1,568.00 |
| Wendy Shaffer | Manager - Bankruptcy | US | 7.0 | $ 202 | $ 1,414.00 |
| **Subtotal of Hours and Discounted Fees** | | | **179.5** | | **$ 100,895.80** |
| | | | | | |
| **Total Discounted Fees** | | | | | **$ 100,895.80** |
| Out of Pocket Expenses | | | | | $ - |
| **Total Fees and Out of Pocket Expenses** | | | | | **$ 100,895.80** |
| Less Holdback Adjustment (20%) | | | | | $ (20,179.16) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | **$ 80,716.64** |
| | | | | | |
| **Blended Hourly Rate** | | | **$ 562.09** | | |

**EXHIBIT B**

**Purdue Pharma L.P.**
**Case No. 19-23649**

Summary of Hours and Discounted Fees Incurred by Category
January 1, 2021 through January 31, 2021

| Category | Exhibit | Total Billed Hours | | Total Fees Requested |
|---|---|---|---|---|
| Bankruptcy Tax Consulting Services | C1 | 171.4 | $ | 98,917.40 |
| Non -Working Travel Time | C2 | 0.0 | $ | - |
| Retention Services | C3 | 0.0 | $ | - |
| Fee Application Preparation Services | C4 | 8.1 | $ | 1,978.40 |
| **Total** | | **179.5** | **$** | **100,895.80** |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Ashley Armfield | 01/04/21 | 1.2 Discussion with A. Armfield and J. Commisso (both KPMG) regarding updates to the cash tax model for the inclusion of a tax modeling adjustment. | 1.2 | $534 | $ 640.80 |
| Jess Commisso | 01/04/21 | 1.2 Discussion with A. Armfield and J. Commisso (both KPMG) regarding updates to the cash tax model for the inclusion of a tax modeling adjustment. | 1.2 | $350 | $ 420.00 |
| Jess Commisso | 01/04/21 | Updates to the Purdue cash tax model, as of 1/4/2021, pursuant to the inclusion of a tax modeling adjustment. | 3.9 | $350 | $ 1,365.00 |
| Jess Commisso | 01/05/21 | Continue (from 1/4) performing updates to the Purdue cash tax model pursuant to the inclusion of a tax modeling adjustment. | 2.9 | $350 | $ 1,015.00 |
| Ashley Armfield | 01/06/21 | 0.3 Created summary of key takeaway items from meeting with external advisors in order to provide to KPMG project team. | 0.3 | $534 | $ 160.20 |
| Isaac Hirsch | 01/06/21 | (0.4) Communication via email with project team regarding tax treatment of illustrative tax adjustments for purposes of cash tax modeling | 0.4 | $819 | $ 327.60 |
| Howard Steinberg | 01/06/21 | 0.7 Call with external advisors T. Matlock (Davis Polk), L. Altus (Davis Polk), S. Davidov (Akin Gump), H. Jacobson (Akin Gump), H. Steinberg (KPMG - Core Engagement Team - US M&A Tax), I. Hirsch (KPMG - Core Engagement Team - US International Tax), M. Hoffenberg (KPMG - US National Tax - Restructuring Specialist), D. Holland (KPMG - US National Tax - International Tax Specialist), A. Armfield (KPMG - Core Engagement Team - US M&A Tax) to discuss sharing materials with certain other advisers and next steps on tax planning. | 0.7 | $856 | $ 599.20 |
| Ashley Armfield | 01/06/21 | 0.7 Call with external advisors T. Matlock (Davis Polk), L. Altus (Davis Polk), S. Davidov (Akin Gump), H. Jacobson (Akin Gump), H. Steinberg (KPMG - Core Engagement Team - US M&A Tax), I. Hirsch (KPMG - Core Engagement Team - US International Tax), M. Hoffenberg (KPMG - US National Tax - Restructuring Specialist), D. Holland (KPMG - US National Tax - International Tax Specialist), A. Armfield (KPMG - Core Engagement Team - US M&A Tax) to discuss sharing materials with certain other advisers and next steps on tax planning. | 0.7 | $534 | $ 373.80 |
| Douglas Holland | 01/06/21 | 0.7 Call with external advisors T. Matlock (Davis Polk), L. Altus (Davis Polk), S. Davidov (Akin Gump), H. Jacobson (Akin Gump), H. Steinberg (KPMG - Core Engagement Team - US M&A Tax), I. Hirsch (KPMG - Core Engagement Team - US International Tax), M. Hoffenberg (KPMG - US National Tax - Restructuring Specialist), D. Holland (KPMG - US National Tax - International Tax Specialist), A. Armfield (KPMG - Core Engagement Team - US M&A Tax) to discuss sharing materials with certain other advisers and next steps on tax planning. | 0.7 | $985 | $ 689.50 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Isaac Hirsch | 01/06/21 | 0.7 Call with external advisors T. Matlock (Davis Polk), L. Altus (Davis Polk), S. Davidov (Akin Gump), H. Jacobson (Akin Gump), H. Steinberg (KPMG - Core Engagement Team - US M&A Tax), I. Hirsch (KPMG - Core Engagement Team - US International Tax), M. Hoffenberg (KPMG - US National Tax - Restructuring Specialist), D. Holland (KPMG - US National Tax - International Tax Specialist), A. Armfield (KPMG - Core Engagement Team - US M&A Tax) to discuss sharing materials with certain other advisers and next steps on tax planning. | 0.7 | $819 | $   573.30 |
| Mark Hoffenberg | 01/06/21 | 0.7 Call with external advisors T. Matlock (Davis Polk), L. Altus (Davis Polk), S. Davidov (Akin Gump), H. Jacobson (Akin Gump), H. Steinberg (KPMG - Core Engagement Team - US M&A Tax), I. Hirsch (KPMG - Core Engagement Team - US International Tax), M. Hoffenberg (KPMG - US National Tax - Restructuring Specialist), D. Holland (KPMG - US National Tax - International Tax Specialist), A. Armfield (KPMG - Core Engagement Team - US M&A Tax) to discuss sharing materials with certain other advisers and next steps on tax planning. | 0.7 | $980 | $   686.00 |
| Isaac Hirsch | 01/06/21 | (0.8) Prepare for call with External Advisors by reviewing prior tax matter correspondence. | 0.8 | $819 | $   655.20 |
| Ashley Armfield | 01/06/21 | 0.9 Senior Associate review of Purdue cash tax model for valuation and potential tax modeling adjustments based on model - as prepared by J. Commisso (KPMG) | 0.9 | $534 | $   480.60 |
| Ashley Armfield | 01/06/21 | Discussion with A. Armfield, D. Rowles, and J. Commisso (all KPMG) regarding further updates to the Purdue cash tax model pursuant to the addition of a tax modeling adjustment. | 1.6 | $534 | $   854.40 |
| Devon Rowles | 01/06/21 | Discussion with A. Armfield, D. Rowles, and J. Commisso (all KPMG) regarding further updates to the Purdue cash tax model pursuant to the addition of a tax modeling adjustment. | 1.6 | $350 | $   560.00 |
| Jess Commisso | 01/06/21 | Discussion with A. Armfield, D. Rowles, and J. Commisso (all KPMG) regarding further updates to the Purdue cash tax model pursuant to the addition of a tax modeling adjustment. | 1.6 | $350 | $   560.00 |
| Jess Commisso | 01/06/21 | 2.4 Continued (from 1/4) to update the Purdue cash tax model pursuant to the inclusion of a tax modeling adjustment. | 2.4 | $350 | $   840.00 |
| Isaac Hirsch | 01/07/21 | (0.5) Review and concurrently drafted comments on email from FTI regarding questions related to Purdue cash tax modeling | 0.5 | $819 | $   409.50 |
| Casey Nunez | 01/07/21 | 0.6 Conference call between G. Little (Managing Director - UK Specialist), A. Desai (Senior Manager - UK Specialist), M. Latham (Associate - UK Specialist), C. Nunez (M&A tax core US team member), I. Hirsch (Core Engagement Team - US International Tax), P. DiMatteo (Core Engagement Team - US International Tax), J. Commisso (M&A tax core US team member), and D. Rowles (M&A tax core US team member) to discuss cash tax modeling adjustment as well as overall engagement status and next steps. | 0.6 | $794 | $   476.40 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Devon Rowles | 01/07/21 | 0.6 Conference call between G. Little (Managing Director - UK Specialist), A. Desai (Senior Manager - UK Specialist), M. Latham (Associate - UK Specialist), C. Nunez (M&A tax core US team member), I. Hirsch (Core Engagement Team - US International Tax), P. DiMatteo (Core Engagement Team - US International Tax), J. Commisso (M&A tax core US team member), and D. Rowles (M&A tax core US team member) to discuss cash tax modeling adjustment as well as overall engagement status and next steps. | 0.6 | $350 | $ 210.00 |
| Isaac Hirsch | 01/07/21 | 0.6 Conference call between G. Little (Managing Director - UK Specialist), A. Desai (Senior Manager - UK Specialist), M. Latham (Associate - UK Specialist), C. Nunez (M&A tax core US team member), I. Hirsch (Core Engagement Team - US International Tax), P. DiMatteo (Core Engagement Team - US International Tax), J. Commisso (M&A tax core US team member), and D. Rowles (M&A tax core US team member) to discuss cash tax modeling adjustment as well as overall engagement status and next steps. | 0.6 | $819 | $ 491.40 |
| Jess Commisso | 01/07/21 | 0.6 Conference call between G. Little (Managing Director - UK Specialist), A. Desai (Senior Manager - UK Specialist), M. Latham (Associate - UK Specialist), C. Nunez (M&A tax core US team member), I. Hirsch (Core Engagement Team - US International Tax), P. DiMatteo (Core Engagement Team - US International Tax), J. Commisso (M&A tax core US team member), and D. Rowles (M&A tax core US team member) to discuss cash tax modeling adjustment as well as overall engagement status and next steps. | 0.6 | $350 | $ 210.00 |
| Gavin Little | 01/07/21 | 0.6 Conference call between G. Little (Managing Director - UK Specialist), A. Desai (Senior Manager - UK Specialist), M. Latham (Associate - UK Specialist), C. Nunez (M&A tax core US team member), I. Hirsch (Core Engagement Team - US International Tax), P. DiMatteo (Core Engagement Team - US International Tax), J. Commisso (M&A tax core US team member), and D. Rowles (M&A tax core US team member) to discuss cash tax modeling adjustment as well as overall engagement status and next steps. | 0.6 | $985 | $ 591.00 |
| Arpit Desai | 01/07/21 | 0.6 Conference call between G. Little (Managing Director - UK Specialist), A. Desai (Senior Manager - UK Specialist), M. Latham (Associate - UK Specialist), C. Nunez (M&A tax core US team member), I. Hirsch (Core Engagement Team - US International Tax), P. DiMatteo (Core Engagement Team - US International Tax), J. Commisso (M&A tax core US team member), and D. Rowles (M&A tax core US team member) to discuss cash tax modeling adjustment as well as overall engagement status and next steps. | 0.6 | $750 | $ 450.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Madeleine Latham | 01/07/21 | 0.6 Conference call between G. Little (Managing Director - UK Specialist), A. Desai (Senior Manager - UK Specialist), M. Latham (Associate - UK Specialist), C. Nunez (M&A tax core US team member), I. Hirsch (Core Engagement Team - US International Tax), P. DiMatteo (Core Engagement Team - US International Tax), J. Commisso (M&A tax core US team member), and D. Rowles (M&A tax core US team member) to discuss cash tax modeling adjustment as well as overall engagement status and next steps. | 0.6 | $343 | $     205.80 |
| Jess Commisso | 01/07/21 | 3.2 Continue (from 1/6) to update the Purdue cash tax model pursuant to the inclusion of a tax modeling adjustment. | 3.2 | $350 | $   1,120.00 |
| Ashley Armfield | 01/08/21 | 0.3 Review and concurrently drafted comments on proposed email response to questions raised by T. Matlock (Davis Polk) relating to tax planning and strategy of 2021. | 0.3 | $534 | $     160.20 |
| Ashley Armfield | 01/08/21 | (0.6) Meeting with C. Nunez (mergers & acquisitions tax core team member, Managing Director), I. Hirsch (International tax core team member, Managing Director), and A. Armfield (mergers and acquisitions tax core team member, Senior Associate) to discuss detailed questions received from B. Bromberg (FTI consulting) relating potential tax modeling adjustments and impact on the overall tax analysis | 0.6 | $534 | $     320.40 |
| Casey Nunez | 01/08/21 | (0.6) Meeting with C. Nunez (mergers & acquisitions tax core team member, Managing Director), I. Hirsch (International tax core team member, Managing Director), and A. Armfield (mergers and acquisitions tax core team member, Senior Associate) to discuss detailed questions received from B. Bromberg (FTI consulting) relating potential tax modeling adjustments and impact on the overall tax analysis | 0.6 | $794 | $     476.40 |
| Isaac Hirsch | 01/08/21 | (0.6) Meeting with C. Nunez (mergers & acquisitions tax core team member, Managing Director), I. Hirsch (International tax core team member, Managing Director), and A. Armfield (mergers and acquisitions tax core team member, Senior Associate) to discuss detailed questions received from B. Bromberg (FTI consulting) relating potential tax modeling adjustments and impact on the overall tax analysis | 0.6 | $819 | $     491.40 |
| Ashley Armfield | 01/08/21 | 0.8 Drafting response to B. Bromberg (FTI) email regarding Purdue tax planning strategies (to be shared with project team and to be discussed on external call on Monday 1/10). | 0.8 | $534 | $     427.20 |
| Casey Nunez | 01/08/21 | (1.2) Perform M&A Tax Managing Director review and concurrently drafted comments on questions posed by financial advisors relating to tax modeling analysis; | 1.2 | $794 | $     952.80 |
| Howard Steinberg | 01/08/21 | Partner review of analysis prepared illustrating potential tax modeling adjustment in preparation for external call with Akin and Davis Polk & Wardwell (DP&W). | 1.4 | $856 | $   1,198.40 |
| Isaac Hirsch | 01/08/21 | (1.6) Draft response to request from Akin Gump related to key assumptions in Purdue cash tax model; | 1.6 | $819 | $   1,310.40 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Jess Commisso | 01/08/21 | 2.1 Continue (from previous day) to update the Purdue cash tax model pursuant to the inclusion of a tax modeling adjustment. | 2.1 | $350 | $ 735.00 |
| Jess Commisso | 01/08/21 | 3.9 Continue (same day) to update the Purdue cash tax model pursuant to the inclusion of a tax modeling adjustment. | 3.9 | $350 | $ 1,365.00 |
| Ashley Armfield | 01/10/21 | 2.9 Senior Associate review of cash tax model updates prepared by J. Commisso (KPMG) with specific regard to certain disposition structures in relation to preparing a tax modeling adjustment estimate tab. | 2.9 | $534 | $ 1,548.60 |
| Ashley Armfield | 01/11/21 | 0.6 Drafting email to D. Rowles (KPMG) relating to updating the tax modeling analysis based on the external call with advisors on 1/11. | 0.6 | $534 | $ 320.40 |
| Ashley Armfield | 01/11/21 | Conference call with G. Koch (Alix Partners), B. Bromberg (FTI consulting), H. Jacobson (Akin Gump), T. Matlock (Davis Polk), and M. Diaz (FTI Consulting), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (M&A tax – core US team member), D. Holland (KPMG Washington National Tax), C. Nunez (M&A tax – core US team member), I. Hirsch (US International Tax – core US team member), A. Armfield (M&A tax – core US team member) and D. Rowles (M&A tax – core US team member) to discuss tax modeling analysis as well as variables impacting the potential tax modeling adjustment calculation and overall effective tax rate. | 0.9 | $534 | $ 480.60 |
| Casey Nunez | 01/11/21 | Conference call with G. Koch (Alix Partners), B. Bromberg (FTI consulting), H. Jacobson (Akin Gump), T. Matlock (Davis Polk), and M. Diaz (FTI Consulting), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (M&A tax – core US team member), D. Holland (KPMG Washington National Tax), C. Nunez (M&A tax – core US team member), I. Hirsch (US International Tax – core US team member), A. Armfield (M&A tax – core US team member) and D. Rowles (M&A tax – core US team member) to discuss tax modeling analysis as well as variables impacting the potential tax modeling adjustment calculation and overall effective tax rate. | 0.9 | $794 | $ 714.60 |
| Devon Rowles | 01/11/21 | Conference call with G. Koch (Alix Partners), B. Bromberg (FTI consulting), H. Jacobson (Akin Gump), T. Matlock (Davis Polk), and M. Diaz (FTI Consulting), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (M&A tax – core US team member), D. Holland (KPMG Washington National Tax), C. Nunez (M&A tax – core US team member), I. Hirsch (US International Tax – core US team member), A. Armfield (M&A tax – core US team member) and D. Rowles (M&A tax – core US team member) to discuss tax modeling analysis as well as variables impacting the potential tax modeling adjustment calculation and overall effective tax rate. | 0.9 | $350 | $ 315.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Douglas Holland | 01/11/21 | Conference call with G. Koch (Alix Partners), B. Bromberg (FTI consulting), H. Jacobson (Akin Gump), T. Matlock (Davis Polk), and M. Diaz (FTI Consulting), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (M&A tax – core US team member), D. Holland (KPMG Washington National Tax), C. Nunez (M&A tax – core US team member), I. Hirsch (US International Tax – core US team member), A. Armfield (M&A tax – core US team member) and D. Rowles (M&A tax – core US team member) to discuss tax modeling analysis as well as variables impacting the potential tax modeling adjustment calculation and overall effective tax rate. | 0.9 | $985 | $ 886.50 |
| Howard Steinberg | 01/11/21 | Conference call with G. Koch (Alix Partners), B. Bromberg (FTI consulting), H. Jacobson (Akin Gump), T. Matlock (Davis Polk), and M. Diaz (FTI Consulting), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (M&A tax – core US team member), D. Holland (KPMG Washington National Tax), C. Nunez (M&A tax – core US team member), I. Hirsch (US International Tax – core US team member), A. Armfield (M&A tax – core US team member) and D. Rowles (M&A tax – core US team member) to discuss tax modeling analysis as well as variables impacting the potential tax modeling adjustment calculation and overall effective tax rate. | 0.9 | $856 | $ 770.40 |
| Isaac Hirsch | 01/11/21 | Conference call with G. Koch (Alix Partners), B. Bromberg (FTI consulting), H. Jacobson (Akin Gump), T. Matlock (Davis Polk), and M. Diaz (FTI Consulting), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (M&A tax – core US team member), D. Holland (KPMG Washington National Tax), C. Nunez (M&A tax – core US team member), I. Hirsch (US International Tax – core US team member), A. Armfield (M&A tax – core US team member) and D. Rowles (M&A tax – core US team member) to discuss tax modeling analysis as well as variables impacting the potential tax modeling adjustment calculation and overall effective tax rate. | 0.9 | $819 | $ 737.10 |
| Mark Hoffenberg | 01/11/21 | Conference call with G. Koch (Alix Partners), B. Bromberg (FTI consulting), H. Jacobson (Akin Gump), T. Matlock (Davis Polk), and M. Diaz (FTI Consulting), M. Hoffenberg (KPMG Washington National Tax), H. Steinberg (M&A tax – core US team member), D. Holland (KPMG Washington National Tax), C. Nunez (M&A tax – core US team member), I. Hirsch (US International Tax – core US team member), A. Armfield (M&A tax – core US team member) and D. Rowles (M&A tax – core US team member) to discuss tax modeling analysis as well as variables impacting the potential tax modeling adjustment calculation and overall effective tax rate. | 0.9 | $980 | $ 882.00 |
| Isaac Hirsch | 01/11/21 | (1.1) Prepare for external call with Akin and DPW by reviewing analysis regarding potential tax modeling adjustment | 1.1 | $819 | $ 900.90 |
| Howard Steinberg | 01/11/21 | Partner review of analysis prepared illustrating potential tax modeling adjustment in preparation for external call with Akin and Davis Polk & Wardwell. | 1.4 | $856 | $ 1,198.40 |

## EXHIBIT C1

### Purdue Pharma L.P.
### Case No. 19-23649
Bankruptcy Tax Consulting Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ashley Armfield | 01/11/21 | 2.6 Senior Associate level review and concurrently updating the Purdue cash tax model flow relating to the tax modeling adjustment and the disposition of Independent Affiliated Company (IAC) entities. | 2.6 | $534 | $ 1,388.40 |
| Ashley Armfield | 01/11/21 | 3.9 Senior Associate reviewing cash tax model tax modeling updates made by J. Commisso (KPMG) relating to the potential tax refunds in all jurisdictions of the disposition entities, including how that would impact the US tax associated with the tax modeling adjustment. | 3.9 | $534 | $ 2,082.60 |
| Ashley Armfield | 01/11/21 | 3.9 Updating the cash tax model to reflect a tax modeling adjustment at the shareholder level. | 3.9 | $534 | $ 2,082.60 |
| Ashley Armfield | 01/12/21 | 0.8 Preparing email with comments to J. Commisso (KPMG) regarding changes to the cash tax model and the calculation of effective tax rates in connection with the potential tax modeling adjustment analysis. | 0.8 | $534 | $ 427.20 |
| Devon Rowles | 01/12/21 | 1.1 Updating the illustrative calculation of the potential tax modeling adjustment to include a summary of the sensitivity analysis regarding impact of valuation, pursuant to sending externally | 1.1 | $350 | $ 385.00 |
| Ashley Armfield | 01/12/21 | 1.3 Conference call between A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model and sensitivity analysis regarding a potential tax modeling adjustment calculation. | 1.3 | $534 | $ 694.20 |
| Devon Rowles | 01/12/21 | 1.3 Conference call between A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model and sensitivity analysis regarding a potential tax modeling adjustment calculation. | 1.3 | $350 | $ 455.00 |
| Jess Commisso | 01/12/21 | 1.3 Conference call between A. Armfield, J. Commisso, and D. Rowles (all KPMG) to discuss updates to the Purdue cash tax model and sensitivity analysis regarding a potential tax modeling adjustment calculation. | 1.3 | $350 | $ 455.00 |
| Becky Holtje | 01/12/21 | (2.9) Per direction from M. Hoffenberg (KPMG WNT), reviewed final regulations relating to the disallowance of certain tax deductions. | 2.9 | $744 | $ 2,157.60 |
| Devon Rowles | 01/12/21 | 3.9 Updating the illustrative calculation of the potential tax modeling adjustment to include a sensitivity analysis regarding the impact of changes in valuation. | 3.9 | $350 | $ 1,365.00 |
| Becky Holtje | 01/13/21 | (.6) Continued, from previous day, to review final regulations relating to the disallowance of certain tax deductions. | 0.6 | $744 | $ 446.40 |
| Casey Nunez | 01/13/21 | (1.9) Performed M&A Tax Managing Director review of hypothetical tax modeling | 1.9 | $794 | $ 1,508.60 |
| Ashley Armfield | 01/14/21 | (0.8) Conference call between I. Hirsch (US International Tax core US team member), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), and D. Rowles (M&A tax core US team member) (all KPMG) to discuss updates to the illustrative tax modeling adjustment calculation, specifically regarding sensitivity analysis and related assumptions/variables impacting the calculation. | 0.8 | $534 | $ 427.20 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Casey Nunez | 01/14/21 | (0.8) Conference call between I. Hirsch (US International Tax core US team member), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), and D. Rowles (M&A tax core US team member) (all KPMG) to discuss updates to the illustrative tax modeling adjustment calculation, specifically regarding sensitivity analysis and related assumptions/variables impacting the calculation. | 0.8 | $ 794 | $    635.20 |
| Devon Rowles | 01/14/21 | (0.8) Conference call between I. Hirsch (US International Tax core US team member), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), and D. Rowles (M&A tax core US team member) (all KPMG) to discuss updates to the illustrative tax modeling adjustment calculation, specifically regarding sensitivity analysis and related assumptions/variables impacting the calculation. | 0.8 | $ 350 | $    280.00 |
| Isaac Hirsch | 01/14/21 | (0.8) Conference call between I. Hirsch (US International Tax core US team member), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), and D. Rowles (M&A tax core US team member) (all KPMG) to discuss updates to the illustrative tax modeling adjustment calculation, specifically regarding sensitivity analysis and related assumptions/variables impacting the calculation. | 0.8 | $ 819 | $    655.20 |
| Kieran Taylor | 01/14/21 | Review of certain Purdue tax modeling documentation to confirm potential IP flows of the group | 1.2 | $ 744 | $    892.80 |
| Devon Rowles | 01/14/21 | 2.1 Updating the illustrative calculation of the potential tax modeling adjustment for managing director's comments received (I. Hirsch and C. Nunez) | 2.1 | $ 350 | $    735.00 |
| Frankie Angeleri | 01/15/21 | (0.5) Meeting with M. Minnear, P. Subramanian, M. Martin, K. Taylor, and F. Angeleri (all KPMG) to discuss timing of potential tax modeling adjustments and related tax implications | 0.5 | $ 533 | $    266.50 |
| Kieran Taylor | 01/15/21 | (0.5) Meeting with M. Minnear, P. Subramanian, M. Martin, K. Taylor, and F. Angeleri (all KPMG) to discuss timing of potential tax modeling adjustments and related tax implications | 0.5 | $ 744 | $    372.00 |
| Mark Martin | 01/15/21 | (0.5) Meeting with M. Minnear, P. Subramanian, M. Martin, K. Taylor, and F. Angeleri (all KPMG) to discuss timing of potential tax modeling adjustments and related tax implications | 0.5 | $ 980 | $    490.00 |
| Molly Minnear | 01/15/21 | (0.5) Meeting with M. Minnear, P. Subramanian, M. Martin, K. Taylor, and F. Angeleri (all KPMG) to discuss timing of potential tax modeling adjustments and related tax implications | 0.5 | $ 868 | $    434.00 |
| Prita Subramanian | 01/15/21 | (0.5) Meeting with M. Minnear, P. Subramanian, M. Martin, K. Taylor, and F. Angeleri (all KPMG) to discuss timing of potential tax modeling adjustments and related tax implications | 0.5 | $ 980 | $    490.00 |
| Frankie Angeleri | 01/15/21 | 0.5 Drafted summary of results of call (on same day) to send to engagement team to address next steps. | 0.5 | $ 533 | $    266.50 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Ashley Armfield | 01/15/21 | 0.6 KPMG meeting with P. Subramanian (Valuation Specialist), M. Minnear (Valuation Specialist), K. Taylor (Valuation Specialist), F. Angeleri (Valuation Specialist), I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) to discuss questions proposed by the client surrounding the tax modeling analysis and next steps to further such analysis. | 0.6 | $534 | $ 320.40 |
| Casey Nunez | 01/15/21 | 0.6 KPMG meeting with P. Subramanian (Valuation Specialist), M. Minnear (Valuation Specialist), K. Taylor (Valuation Specialist), F. Angeleri (Valuation Specialist), I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) to discuss questions proposed by the client surrounding the tax modeling analysis and next steps to further such analysis. | 0.6 | $794 | $ 476.40 |
| Devon Rowles | 01/15/21 | 0.6 KPMG meeting with P. Subramanian (Valuation Specialist), M. Minnear (Valuation Specialist), K. Taylor (Valuation Specialist), F. Angeleri (Valuation Specialist), I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) to discuss questions proposed by the client surrounding the tax modeling analysis and next steps to further such analysis. | 0.6 | $350 | $ 210.00 |
| Frankie Angeleri | 01/15/21 | 0.6 KPMG meeting with P. Subramanian (Valuation Specialist), M. Minnear (Valuation Specialist), K. Taylor (Valuation Specialist), F. Angeleri (Valuation Specialist), I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) to discuss questions proposed by the client surrounding the tax modeling analysis and next steps to further such analysis. | 0.6 | $533 | $ 319.80 |
| Isaac Hirsch | 01/15/21 | 0.6 KPMG meeting with P. Subramanian (Valuation Specialist), M. Minnear (Valuation Specialist), K. Taylor (Valuation Specialist), F. Angeleri (Valuation Specialist), I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) to discuss questions proposed by the client surrounding the tax modeling analysis and next steps to further such analysis. | 0.6 | $819 | $ 491.40 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Jess Commisso | 01/15/21 | 0.6 KPMG meeting with P. Subramanian (Valuation Specialist), M. Minnear (Valuation Specialist), K. Taylor (Valuation Specialist), F. Angeleri (Valuation Specialist), I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) to discuss questions proposed by the client surrounding the tax modeling analysis and next steps to further such analysis. | 0.6 | $350 | $ 210.00 |
| Kieran Taylor | 01/15/21 | 0.6 KPMG meeting with P. Subramanian (Valuation Specialist), M. Minnear (Valuation Specialist), K. Taylor (Valuation Specialist), F. Angeleri (Valuation Specialist), I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) to discuss questions proposed by the client surrounding the tax modeling analysis and next steps to further such analysis. | 0.6 | $744 | $ 446.40 |
| Molly Minnear | 01/15/21 | 0.6 KPMG meeting with P. Subramanian (Valuation Specialist), M. Minnear (Valuation Specialist), K. Taylor (Valuation Specialist), F. Angeleri (Valuation Specialist), I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) to discuss questions proposed by the client surrounding the tax modeling analysis and next steps to further such analysis. | 0.6 | $868 | $ 520.80 |
| Prita Subramanian | 01/15/21 | 0.6 KPMG meeting with P. Subramanian (Valuation Specialist), M. Minnear (Valuation Specialist), K. Taylor (Valuation Specialist), F. Angeleri (Valuation Specialist), I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) to discuss questions proposed by the client surrounding the tax modeling analysis and next steps to further such analysis. | 0.6 | $980 | $ 588.00 |
| Ashley Armfield | 01/15/21 | 0.9 Reviewing example tax modeling analysis and concurrently update assumptions and sensitivity analysis (the purpose of this analysis is to share with the larger group per their request i.e., Akin, Davis Polk, FTI Consulting, etc.). | 0.9 | $534 | $ 480.60 |
| Isaac Hirsch | 01/15/21 | (1.4) Perform managing director review of updated tax modeling adjustment analysis for purposes of cash tax modeling | 1.4 | $819 | $ 1,146.60 |
| Devon Rowles | 01/15/21 | 2.8 Continue (from prior day) to update the illustrative calculation of the potential tax modeling adjustment for KPMG managing director's comments (I. Hirsch and C. Nunez) | 2.8 | $350 | $ 980.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Ashley Armfield | 01/17/21 | 1.1 Updating cash tax model to reflect impact of a transfer of value for a specific Purdue entity including its impact on local taxes (this model update relates to discussions that we have had with external counsel (Akin, Davis Polk, FTI consulting), as we have been asked to put together the actual impact of a potential tax modeling adjustment. | 1.1 | $534 | $  587.40 |
| Ashley Armfield | 01/17/21 | 1.9 Updated the Purdue cash tax model to reflect impact of a transfer of value for a certain Purdue entity including its impact on local taxes. | 1.9 | $534 | $ 1,014.60 |
| Ashley Armfield | 01/17/21 | 2.1 Updating Purdue cash tax model to reflect impact of a transfer of value for a an additional Purdue entity including its impact on local taxes (multiple limited and general partners). | 2.1 | $534 | $ 1,121.40 |
| Ashley Armfield | 01/18/21 | 1.3 Cash tax model integration of updates relating to value shifts and how to properly compare asset versus equity sales. | 1.3 | $534 | $  694.20 |
| Ashley Armfield | 01/18/21 | 3.1 Updating cash tax model to reflect impact of a transfer of value for certain Purdue entities (two total) and impact on local taxes in the event of an equity sale. | 3.1 | $534 | $ 1,655.40 |
| Ashley Armfield | 01/18/21 | 3.3 Updating Purdue cash tax model to reflect impact of a transfer of value for additional Purdue entities (total of 3) and impact on local taxes in the event of an equity sale. | 3.3 | $534 | $ 1,762.20 |
| Ashley Armfield | 01/18/21 | 3.9 Updating various local country tax calculations (for 3 foreign countries) to reflect local country tax estimates of the impact of a tax modeling adjustment. | 3.9 | $534 | $ 2,082.60 |
| Devon Rowles | 01/20/21 | 0.6 Meeting with A. Armfield and D. Rowles (KPMG) to discuss Managing director (I. Hirsch) comments on tax modeling sensitivity analysis and corresponding changes that need to be made to deliverable. | 0.6 | $350 | $  210.00 |
| Ashley Armfield | 01/20/21 | 0.6 Meeting with A. Armfield and D. Rowles (KPMG) to discuss Managing director (I. Hirsch) comments on tax modeling sensitivity analysis and corresponding changes that need to be made to deliverable. | 0.6 | $534 | $  320.40 |
| Isaac Hirsch | 01/20/21 | (1.7) Performed managing director review of cash tax model updates with regards to effect of tax modeling adjustment, as requested by, and for purposes of discussion with Davis Polk and Akin Gump | 1.7 | $819 | $ 1,392.30 |
| Ashley Armfield | 01/20/21 | (1.8) Call with I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) regarding tax modeling analysis updates to Purdue cash tax model and next steps to respond to client questions. | 1.8 | $534 | $  961.20 |
| Casey Nunez | 01/20/21 | (1.8) Call with I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) regarding tax modeling analysis updates to Purdue cash tax model and next steps to respond to client questions. | 1.8 | $794 | $ 1,429.20 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Devon Rowles | 01/20/21 | (1.8) Call with I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) regarding tax modeling analysis updates to Purdue cash tax model and next steps to respond to client questions. | 1.8 | $350 | $ 630.00 |
| Isaac Hirsch | 01/20/21 | (1.8) Call with I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) regarding tax modeling analysis updates to Purdue cash tax model and next steps to respond to client questions. | 1.8 | $819 | $ 1,474.20 |
| Jess Commisso | 01/20/21 | (1.8) Call with I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) regarding tax modeling analysis updates to Purdue cash tax model and next steps to respond to client questions. | 1.8 | $350 | $ 630.00 |
| Devon Rowles | 01/20/21 | Updating the illustrative calculation of the potential tax modeling adjustment with regards to KPMG managing director's comments (I. Hirsch), including updating the assumptions (2.1) and sensitivity analysis (1.8) with regards to potential valuation of tax modeling adjustment. | 3.9 | $350 | $ 1,365.00 |
| Ashley Armfield | 01/21/21 | 0.5 Conference call between A. Armfield and D. Rowles (both KPMG) to discuss updates to the tax modeling client deliverable. | 0.5 | $534 | $ 267.00 |
| Devon Rowles | 01/21/21 | 0.5 Conference call between A. Armfield and D. Rowles (both KPMG) to discuss updates to the tax modeling client deliverable. | 0.5 | $350 | $ 175.00 |
| Casey Nunez | 01/21/21 | (0.6) Conference call between I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) to discuss updates to the illustrative tax adjustment model, specifically to include a sensitivity analysis depicting the impact of different variables. | 0.6 | $794 | $ 476.40 |
| Jess Commisso | 01/21/21 | (0.6) Conference call between I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) to discuss updates to the illustrative tax adjustment model, specifically to include a sensitivity analysis depicting the impact of different variables. | 0.6 | $350 | $ 210.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Isaac Hirsch | 01/21/21 | (0.6) Conference call between I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member)(all KPMG) to discuss updates to the illustrative tax adjustment model, specifically to include a sensitivity analysis depicting the impact of different variables. | 0.6 | $819 | $ 491.40 |
| Ashley Armfield | 01/21/21 | 0.6 Conference call between I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) to discuss updates to the illustrative tax adjustment model, specifically to include a sensitivity analysis depicting the impact of different variables. | 0.6 | $534 | $ 320.40 |
| Devon Rowles | 01/21/21 | 0.6 Conference call between I. Hirsch (Core Engagement Team - US International Tax), C. Nunez (M&A tax core US team member), A. Armfield (M&A tax core US team member), D. Rowles (M&A tax core US team member), and J. Commisso (M&A tax core US team member) (all KPMG) to discuss updates to the illustrative tax adjustment model, specifically to include a sensitivity analysis depicting the impact of different variables. | 0.6 | $350 | $ 210.00 |
| Isaac Hirsch | 01/21/21 | (1.1) Perform international tax managing director review of list of assumptions / related background for updated examples related to effect of tax modeling adjustment, as requested by, and for purposes of discussion with Davis Polk and Akin Gump | 1.1 | $819 | $ 900.90 |
| Casey Nunez | 01/21/21 | (2.2) Perform M&A Tax Managing Director review of updates to illustrative adjustment cash tax analysis | 2.2 | $794 | $ 1,746.80 |
| Isaac Hirsch | 01/21/21 | (2.3) Performed international tax managing director review of examples related to effect of tax modeling adjustment, as requested by, and for purposes of discussion with Davis Polk and Akin Gump. | 2.3 | $819 | $ 1,883.70 |
| Devon Rowles | 01/21/21 | 3.9 Updating the illustrative tax adjustment model for managing director's comments (I. Hirsch and C. Nunez), specifically to include a sensitivity analysis depicting the impact of different variables. | 3.9 | $350 | $ 1,365.00 |
| Ashley Armfield | 01/22/21 | 0.8 Drafting email with key conclusions and analysis relating to tax adjustment model pursuant to facilitating review by KPMG Washington National Tax (M. Hoffenberg, D. Holland). | 0.8 | $534 | $ 427.20 |
| Devon Rowles | 01/22/21 | 1.9 Updates to the illustrative tax adjustment model and client deliverable for senior associate (A. Armfield's) review comments | 1.9 | $350 | $ 665.00 |
| Isaac Hirsch | 01/22/21 | Performed international tax managing director review of example (updated to reflect my comments) regarding: effect of tax modeling adjustment, as requested by, and for purposes of discussion with Davis Polk and Akin Gump | 2.1 | $819 | $ 1,719.90 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Ashley Armfield | 01/22/21 | 3.2 Senior Associate review and concurrently update illustrative tax adjustment model (including 9 scenarios, key assumptions, etc.) pursuant to providing requested sensitivity analysis to external counsel (i.e., Davis Polk, Akin Gump, FTI Consulting). | 3.2 | $534 | $ 1,708.80 |
| Prita Subramanian | 01/24/21 | (0.5) Performed Principal WNT review of summary email prepared outlining various tax modeling key assumptions and related tax impact of a tax adjustment. | 0.5 | $980 | $ 490.00 |
| Devon Rowles | 01/25/21 | 0.7 Drafting email to KPMG team (including Washington National Tax) regarding the updated illustrative tax adjustment calculation and next steps related to upcoming call to discuss updates to such calculation. | 0.7 | $350 | $ 245.00 |
| Mark Martin | 01/25/21 | Performed WNT Principal level analysis of proposed tax modeling adjustment scenarios (0.6) and correspondence to KPMG working group regarding results of same (0.2). | 0.8 | $980 | $ 784.00 |
| Isaac Hirsch | 01/25/21 | 1.2 Performed international tax managing director review of updates, as of 1/25/21, to tax modeling adjustment examples for purposes of cash tax modeling | 1.2 | $819 | $ 982.80 |
| Howard Steinberg | 01/25/21 | Perform Partner review of tax modeling adjustment examples, specifically related to the calculation methodology. | 1.7 | $856 | $ 1,455.20 |
| Howard Steinberg | 01/26/21 | Performed Partner review of tax modeling adjustment key assumptions prior to upcoming discussion regarding same. | 1.5 | $856 | $ 1,284.00 |
| Ashley Armfield | 01/27/21 | 0.6 Call with M. Hoffenberg (Washington National Tax), H. Steinberg (M&A tax – core US team member), D. Holland (Washington National Tax), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), A. Armfield (M&A tax – core US team member), D. Rowles (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss updates to the illustrative tax adjustment model and assumption refinements. | 0.6 | $534 | $ 320.40 |
| Casey Nunez | 01/27/21 | 0.6 Call with M. Hoffenberg (Washington National Tax), H. Steinberg (M&A tax – core US team member), D. Holland (Washington National Tax), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), A. Armfield (M&A tax – core US team member), D. Rowles (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss updates to the illustrative tax adjustment model and assumption refinements. | 0.6 | $794 | $ 476.40 |
| Devon Rowles | 01/27/21 | 0.6 Call with M. Hoffenberg (Washington National Tax), H. Steinberg (M&A tax – core US team member), D. Holland (Washington National Tax), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), A. Armfield (M&A tax – core US team member), D. Rowles (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss updates to the illustrative tax adjustment model and assumption refinements. | 0.6 | $350 | $ 210.00 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Douglas Holland | 01/27/21 | 0.6 Call with M. Hoffenberg (Washington National Tax), H. Steinberg (M&A tax – core US team member), D. Holland (Washington National Tax), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), A. Armfield (M&A tax – core US team member), D. Rowles (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss updates to the illustrative tax adjustment model and assumption refinements. | 0.6 | $985 | $ 591.00 |
| Howard Steinberg | 01/27/21 | 0.6 Call with M. Hoffenberg (Washington National Tax), H. Steinberg (M&A tax – core US team member), D. Holland (Washington National Tax), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), A. Armfield (M&A tax – core US team member), D. Rowles (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss updates to the illustrative tax adjustment model and assumption refinements. | 0.6 | $856 | $ 513.60 |
| Isaac Hirsch | 01/27/21 | 0.6 Call with M. Hoffenberg (Washington National Tax), H. Steinberg (M&A tax – core US team member), D. Holland (Washington National Tax), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), A. Armfield (M&A tax – core US team member), D. Rowles (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss updates to the illustrative tax adjustment model and assumption refinements. | 0.6 | $819 | $ 491.40 |
| Jess Commisso | 01/27/21 | 0.6 Call with M. Hoffenberg (Washington National Tax), H. Steinberg (M&A tax – core US team member), D. Holland (Washington National Tax), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), A. Armfield (M&A tax – core US team member), D. Rowles (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss updates to the illustrative tax adjustment model and assumption refinements. | 0.6 | $350 | $ 210.00 |
| Mark Hoffenberg | 01/27/21 | 0.6 Call with M. Hoffenberg (Washington National Tax), H. Steinberg (M&A tax – core US team member), D. Holland (Washington National Tax), I. Hirsch (International tax – core US team member), C. Nunez (M&A tax – core US team member), A. Armfield (M&A tax – core US team member), D. Rowles (M&A tax – core US team member), and J. Commisso (M&A tax – core US team member) (all KPMG) to discuss updates to the illustrative tax adjustment model and assumption refinements. | 0.6 | $980 | $ 588.00 |
| Howard Steinberg | 01/27/21 | Performed detailed Partner review of most recent updates performed to Purdue Pharma illustrative tax adjustment model. | 1.0 | $856 | $ 856.00 |
| Isaac Hirsch | 01/27/21 | (2.6) Perform an international tax managing director review of updates to tax modeling adjustment examples to incorporate comments from KPMG international team and KPMG WNT. | 2.6 | $819 | $ 2,129.40 |
| Ashley Armfield | 01/28/21 | 0.7 Additional review of tax adjustment model assumptions based on review comments from KPMG team - resulting from discussion on 1/27. | 0.7 | $534 | $ 373.80 |

**EXHIBIT C1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Bankruptcy Tax Consulting Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Jess Commisso | 01/28/21 | 0.8 Perform updates to the illustrative tax adjustment model pursuant to managing director comments received. | 0.8 | $ 350 | $ 280.00 |
| | | **Total Bankruptcy Tax Consulting Services** | **171.4** | | **$ 98,917.40** |

**EXHIBIT C2**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Non -Working Travel Time
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | *no fees billed for these services in current month* | | | |
| | | **Total Non-Working Travel Time** | | | $        - |

**EXHIBIT C3**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Retention Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | *no fees billed for these services in current month* | | | |
| | | **Total Retention Services** | **0.0** | | **$      -** |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Wendy Shaffer | 01/04/21 | 0.4 Finalized (PDF) Purdue Pharma 11th monthly fee statement and 0.1 drafted email to provide copy of same to M. Plangman (KPMG) to request approval prior to sending for filing; 0.1 Updated PDF of Purdue Pharma 11th monthly fee statement per direction from M. Plangman; 0.1 Drafted email to Davis Polk to request review and filing/services of KPMG's 11th monthly fee statement. | 0.7 | $ 202 | $   141.40 |
| Monica Plangman | 01/04/21 | Director review of 11th monthly fee statement prior to finalization and transmit file to W. Shaffer. | 0.2 | $ 279 | $     55.80 |
| Wendy Shaffer | 01/08/21 | 0.3 Updated Purdue 11th monthly fee statement exhibits per direction from Davis Polk and 0.1 drafted email to request additional guidance regarding charges requested; 0.1 Updated PP cover sheet with regards to changes from counsel and 0.1 additional updates to PP 11th exhibit per response from counsel and 0.2 Finalize (re-PDF) and 0.1 send copy of updated fee statement to counsel for filing; 0.1 send email to H. Steinberg and C. Nunez (KPMG) regarding changes requested by counsel to Purdue 11th monthly fee statement; 1.6 Begin to prepare PP 12th monthly fee statement exhibits to include data received from professionals as of 1/8/2020; | 2.6 | $ 202 | $   525.20 |
| Wendy Shaffer | 01/15/21 | 0.8 Continued to prepare Purdue Pharma 12th monthly fee statement. | 0.8 | $ 202 | $   161.60 |
| Wendy Shaffer | 01/18/21 | 0.3 Prepared Purdue Pharma 11th monthly fee statement in Excel in preparation to send to Fee Examiner for review and 0.1 drafted email to M. Plangman (KPMG) to request review/approval of same. | 0.4 | $ 202 | $     80.80 |
| Wendy Shaffer | 01/19/21 | 0.4 Updates to Purdue 12th monthly fee statement to include data received from professionals as of 1/19/21; 0.1 Updates to 11th monthly fee statement for Purdue Pharma Excel file per M. Plangman (KPMG) and 0.1 drafted email to provide copy of final version to D. Klauder (Purdue Fee Examiner); 1.3 updated exhibit C4 of PP 12th monthly fee statement to include data received from professionals as of 1/19/21 and 0.1 drafted email to A. Armfield (KPMG) to request review of same with regards to previous comments from Davis Polk. | 2.0 | $ 202 | $   404.00 |
| Wendy Shaffer | 01/25/21 | 0.4 Updates to PP 12th monthly fee statement exhibits per direction from A. Armfield and C. Nunez (KPMG), 0.1 send copy PP 12th monthly fee statement via email to M. Plangman (KPMG) to request review / approval; 0.2 Updates to PP 12th monthly per direction from M Plangman (KPMG); 0.1 send email to H. Steinberg (KPMG Partner) to request review/approval of PP 12th monthly fee statement prior to filing: | 0.1 | $ 202 | $     20.20 |
| Monica Plangman | 01/25/21 | Director review of 12th monthly fee statement and concurrently provide comments. | 0.4 | $ 279 | $   111.60 |
| Casey Nunez | 01/25/21 | Performed Managing Director review of Purdue Pharma December monthly fee statement and concurrently drafted review comments to W. Shaffer (KPMG) | 0.5 | $ 794 | $   397.00 |
| Wendy Shaffer | 01/26/21 | 0.1 Drafted email to D. Consla (Davis Polk) to request filing and service of Purdue Pharma 12th monthly fee statement; | 0.1 | $ 202 | $     20.20 |

**EXHIBIT C4**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Fee Application Preparation Services
January 1, 2021 through January 31, 2021

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Wendy Shaffer | 01/26/21 | 0.2 Finalize (PDF) Purdue Pharma 12th monthly fee statement and 0.1 send to M. Plangman (KPMG) for final approval; | 0.3 | $ 202 | $    60.60 |
| | | **Total Fee Application Preparation Services** | **8.1** | | **$ 1,978.40** |

**EXHIBIT D**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Summary of Out of Pocket Expenses
January 1, 2021 through January 31, 2021

| Category | Amount |
|---|---|
| Airfare | $ - |
| Lodging | $ - |
| Meals | $ - |
| Ground Transportation | $ - |
| Miscellaneous | $ - |
| **Total** | **$ -** |

**EXHIBIT D1**

**Purdue Pharma L.P.**
**Case No. 19-23649**
Detail of Out of Pocket Expenses
January 1, 2021 through January 31, 2021

| Name | Date | Description | Amount |
|------|------|-------------|--------|
| | | **Air Fare Subtotal** | $          - |
| | | **Lodging Subtotal** | $          - |
| | | **Meals Subtotal** | $          - |
| | | **Total Ground Transportation** | $          - |
| | | **Miscellaneous Subtotal** | $          - |
| | | **Total Out of Pocket Expenses** | $          - |