# Exhibit 123



# Mid-year update

June 8, 2016



CONFIDENTIAL

# 2016 Mid-year Agenda
## June 8, 2016

| | | |
|---|---|---|
| **Strategic overview** | Mark Timney | 25 minutes |
| **Evolving US Environment** | Raul Damas | 20 minutes |
| **US Pain Portfolio Strategy** | Saeed Motahari | 45 minutes |
| **Medical Strategy** | Gail Cawkwell | 10 minutes |
| **OTC Strategy** | Saeed Motahari | 15 minutes |
| **BD priorities** | Alan Butcher | 10 minutes |
| **R&D Vision & Pipeline** | Alan Dunton | 30 minutes |
| **Financial outlook** | JJ Charhon | 25 minutes |





# Strategic Overview

# Mark Timney

June 8, 2016

CONFIDENTIAL

# Executive Summary

- Compared to the November 2015 forecast, we see **favorability in 2016-17**, but significant **2018-20 revenue pressures** and greater **portfolio dependence on OxyContin**
  - We have executed well in Q1 2016, and expect top- and bottom-line favorability in 2016
  - Some near-/mid-term upside is additionally driven by a favorable CMS ruling; delays in ERO competitor launches; and delays in OxyContin Authorized Generic entry
  - However, US opioid marketplace pressures have worsened since November 2015, increasing the rate of TRx decline and adding business uncertainty
  - Our mid-term portfolio outlook and diversification have been weakened by the unfavorable Butrans patent ruling and the discontinuation of our HCA and MSR development programs

- We have adjusted our investment strategy to meet our **differentiated challenges on different time horizons**
  - For the near-term, we are renewing BD efforts on commercial "value plays" in pain and adjacent spaces to immediately diversify our portfolio while leveraging our strengths
  - For the mid-term, we plan to adjust our level of commercial support to reflect our portfolio after Butrans LoE and protect our bottom line
  - For the long-term, we continue to pursue integrated BD and R&D investments to diversify our portfolio in pain and multiple other categories with a range of risk profiles

- As a result of this strategy, **our cost structure will become progressively leaner** in the 2016-2020 period, while **protecting our R&D investments for future profitable growth**



Redacted

PURDUE
CONFIDENTIAL

# YTD results demonstrate that we can execute effectively



## 2016 YTD ($M)

- "Best in class" rate of payer access expansion

- Positive legislative impacts

- In negotiation with 7 key customers to conduct population-specific studies*

- Developing innovative patient-focused programs to improve care

**We are seeing return from our capability building in 2015**

\* Medical only

# Significant evolution in forecast since 2015

*Near term favorability; after 2017, revenue pressure and increasing portfolio concentration*

|  | Timing of impact | Impact on 2016-2020 vs Prior Plan ($M) |
|---|---|---|
| **Near-term upside** | | |
| + CMS Line Extension ruling | 2016 | 274 |
| + No Butrans settlement | 2016-2017 | 41 |
| **OxyContin favorability** | | |
| + Slower share/mix decline* | 2016-2020 | 321 |
| + AG entry delays | 2016-2020 | 161 |
| **Mid-term adversity** | | |
| – Butrans PTE ruling | 2016-2020 | (401) |
| – ADF pipeline discontinuations | 2018-2020 | (169) |
| – CDC guidelines | 2016-2020 | (115) |

\* Favorability in share ($143M; largely driven by slower branded competitor launch) and mix / tablets per Rx ($342M), offset by impact of worsening ERO market TRx decline ($164M)

**PURDUE**
CONFIDENTIAL

# Favorability in 2016–17, but significant 2018–20 revenue pressures and greater portfolio dependence on OxyContin



| Net Sales ($B) | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
| As of November 2015 | 1.32 | 1.36 | 1.33 | 1.39 | 1.43 |
| | +40M | +55M | -52M | -120M | -182M |
| Latest estimate | 1.36 | 1.41 | 1.28 | 1.26 | 1.25 |

(-258M)

+96M                    (-354M)

## % OxyContin

| | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
| As of November 2015 | 76% | 72% | 66% | 61% | 58% |
| | | +1% | +9% | +13% | +15% |
| Latest estimate | 76% | 73% | 75% | 74% | 74% |

PURDUE
CONFIDENTIAL
PPLPC045000018256

# Redacted

PURDUE
CONFIDENTIAL

# We have adjusted our pain strategy across multiple time horizons

**Near-term**
- The right brand strategies for our in-line portfolio
- S&P optimization
- Continuing to evaluate late-stage and on-market assets, seeking "value plays" and portfolio breadth

**Mid-term**
- Evolving the commercial model to diversify revenues
- Opioid investments focused on transformative innovation
  - E.g., buprenorphine combinations
  - Regular landscape scan for new technology

**Long-term**
- Judicious R&D investment in new mechanisms of action
  - Select targets
  - Select indications

PURDUE
CONFIDENTIAL

PPLPC045000018258

# In the long term, a more balanced portfolio
*Seeking revenues across multiple categories with a range of risk profiles*

| | Strengthen core |
|---|---|
| | Explore adjacencies |
| | Diversify to new areas |

|  | New revenues available before 2020 | New revenues available 2020 or after |
|---|---|---|
| **Higher risk, higher return** | ENT | **Pain** (New MoAs) |
| **Lower risk, reliable return** | Pain / adjacencies (Value plays) / OTC | Biosimilars |

# We continue to add pipeline assets

*Diversifying our portfolio in pain and beyond*

2015 forecast

New since August 2015

# Redacted



# We are aggressively pursuing multiple BD opportunities

*We continue to plan for $2-2.5B investment over the next 5 years*

**Approvals requested this week**

Redacted

| | | |
|---|---|---|
| **Strengthen core** | Strengthen our core in pain with assets that **add depth and breadth** to our portfolio | Internal projects<br>• BOX<br>• TrkA<br>• Buprenorphine 2nd gen<br>• Nav 1.7<br>• TRPV1<br>• Sigma-1 |
| **Explore adjacencies** | Acquire opportunities in **high need areas adjacent to pain** and add value with current capabilities | • Lemborexant<br>• OAG |
| **Diversify to new areas** | **Diversify into therapeutic areas outside of pain** by strategically entering attractive markets | |



VMPHARMA

AnaBios — *Redefining first in human*

SHIONOGI INC.

ESTEVE

Eisai

SHIONOGI INC.

CONFIDENTIAL
CONFIDENTIAL
PPLPC045000018261

# Our cost structure will be progressively leaner

*Aggressively managing expenses while protecting R&D investments for future profitable growth*

|  | 2016* Budget | | 2016** Latest estimate | | 2018 Forecast | | 2020 Forecast | CAGR 16LE-20 |
|---|---|---|---|---|---|---|---|---|
| Net sales | 1,317 | +40 | 1,357 | -81 | 1,276 | -28 | 1,248 | -2.1% |
| Operating Expenses | (701) (53%) | -7 | (694) (51%) | -20 | (674) (53%) | -120 | (554) (44%) | -5.5% |
| Operating income | 410 31% | +44 | 454 33% | -66 | 388 30% | +104 | 492 39% | +2.0% |

\* As approved Nov 30, 2015
\*\* Excludes one-time reversal of 2015 and prior-year accruals for CMS Line Extension ($274M)

PURDUE
CONFIDENTIAL

# 2016 Mid-year Agenda
*June 8, 2016*

| | | |
|---|---|---|
| ▪ **Strategic overview** | Mark Timney | 25 minutes |
| ▪ **Evolving US Environment** | Raul Damas | 20 minutes |
| ▪ **US Pain Portfolio Strategy** | Saeed Motahari | 45 minutes |
| ▪ **Medical Strategy** | Gail Cawkwell | 10 minutes |
| ▪ **OTC Strategy** | Saeed Motahari | 15 minutes |
| ▪ **BD priorities** | Alan Butcher | 10 minutes |
| ▪ **R&D Vision & Pipeline** | Alan Dunton | 30 minutes |
| ▪ **Financial outlook** | JJ Charhon | 25 minutes |

PURDUE
CONFIDENTIAL
PPLPC045000018263





# The External Environment

# Raul Damas

June 8, 2016

CONFIDENTIAL

PPLPC045000018264

# Key Takeaways

- We're in the midst of a **national discussion about opioids**, with critical implications for Purdue.

- While treating chronic pain remains important to people, concerns about **abuse and addiction** are driving the public debate.

- Legislators and regulators are scrambling to respond, with a variety of responses geared toward **reducing opioid prescribing**.

- Companies with **abuse-deterrent technology** and other impactful initiatives will lead in the emerging landscape.

- Purdue is implementing new efforts to demonstrate **credible leadership** and exploring further steps.

PURDUE
CONFIDENTIAL

PPLPC045000018265

# Critical Shifts in The National Discussion about Pain And Opioids

| From | To |
|------|-----|
| Undertreatment of Pain | Opioid Epidemic |
| Abuse | Addiction |
| Criminal | Victim |
| FDA | CDC |
| Benefits Outweigh Risks | Lack of Long-Term Evidence |
| ADFs as Part of Solution | ADF Value Unproven |

# Heroin & Prescription Opioid Abuse Top Americans' Health Concerns

For each health issue I name, please tell me how serious a problem you think it is in this country – extremely serious, very serious, somewhat serious, or less serious than that.

■ Extremely serious   ■ Very serious   ■ Somewhat serious   ■ Less serious than that



NOTE: Some items asked of half samples. Don't know/Refused responses not shown. Question wording abbreviated. See topline for full question wording.
SOURCE: Kaiser Family Foundation Health Tracking Poll (conducted April 12-19, 2016)



THE HENRY J. KAISER FAMILY FOUNDATION

PURDUE

CONFIDENTIAL

PPLPC045000018267

# Nearly Half of Americans Say They Know Someone Who's Been Addicted to Prescription Opioids



Do you personally know anyone who has ever been addicted to prescription painkillers, or not?

Yes 44%

No 55%

Don't know/Refused 1%

PURDUE
CONFIDENTIAL
PPLPC045000018268

# Lawmakers Are Curbing Opioid Prescriptions, But Also Supporting Access to Opioids with Abuse-Deterrent Technology



- CARA Passed in Senate

- 18 Bills Passed in House

- $1.1B White House Request

- CMS Line Extension Ruling

- White House ADF Statement

- Rep. Rogers Scolds Insurers



- MA, CT, VT, ME Limit Opioids

- CT Considered Tax on CIIs

- Takeback Bills Proliferating

- 7 States Passed OADP Law

- Passed 3 State Chambers

- 21 States Considering Law

PURDUE
CONFIDENTIAL

# The FDA Is Calling for Greater Opioid Manufacturer Responsibility

Companies profiting from sales of opioids need to step beyond the requirements from FDA and display corporate responsibility to contribute in tangible ways to dealing with the societal consequences of these products.

*Speech by Commissioner Robert Califf*
*Food & Drug Law Institute*
*May 5, 2015*

19-23649-shl    Doc 2418-1    Filed 02/25/21    Entered 02/25/21 14:22:11    Exhibit
Leventhal Ex. 123_Final _Part 1    Pg 24 of 50

- Expanding Law Enforcement Liaison Education

- Launching "Team Against Opioid Abuse"

- Distributing CDC Guidelines to Prescribers

- Funding Naloxone Delivery Kits

# 2016 Mid-year Agenda
## June 8, 2016

| | | |
|---|---|---|
| **Strategic overview** | Mark Timney | 25 minutes |
| **Evolving US Environment** | Raul Damas | 20 minutes |
| **US Pain Portfolio Strategy** | Saeed Motahari | 45 minutes |
| **Medical Strategy** | Gail Cawkwell | 10 minutes |
| **OTC Strategy** | Saeed Motahari | 15 minutes |
| **BD priorities** | Alan Butcher | 10 minutes |
| **R&D Vision & Pipeline** | Alan Dunton | 30 minutes |
| **Financial outlook** | JJ Charhon | 25 minutes |

CONFIDENTIAL
PPLPC045000018272





# Pain Portfolio Strategy

# Saeed Motahari

June 8, 2016

CONFIDENTIAL

# Executive Summary – US In-Line Portfolio Optimization

- Since the November 2015 Board presentation, emerging **market and portfolio events** are expected to have significant impact on our in-line pain portfolio:
  - **Acceleration of the ERO market decline and increased competition**
  - **Earlier loss of exclusivity of Butrans** in September 2017 vs September 2022, as previously assumed

- We have been taking **actions to proactively manage external market changes**:
  - **Invest in new channels (Medicaid, LTC, and IDNs)** for niche growth opportunities
  - **Protect OxyContin share** among high decile HCPs
  - **Educate NPs/PAs** as they play an increasing role in pain management

- We will continue to strengthen the portfolio P&L with a balanced investment on **brand priorities**
  - **Butrans:** Maximize brand value by successfully launching the 2nd Gen patch
  - **Hysingla ER:** Drive growth by leveraging expanded formulary access
  - **OxyContin:** Protect business with key customers

- Our revised forecast projects a **net sales decrease of $97MM from 2016-2020** (versus November Board Presentation)

- However, we've **reduced Rx brand S&P spend by $193MM** to mitigate the revenue downside



CONFIDENTIAL

# In-Line Pain Portfolio Demand & Net Sales – November Board Presentation ($MM)



**Total Net Sales\*** ('16-'20) ($MM)    **CAGR**

$6,171\*\*    1%

HysinglaER    $621    24%

Butrans    $1,012    13%

OxyContin    $4,538    -4%

\* Net sales for 3 Rx products only; does not include OTC, other, pipeline products which would result in overall net sales of $6,647

\*\*Inclusive of AG impact of (-$1,142MM)

2016: $1,687 ($465 AG, $70, $155, $997) — $1,222
2020: $1,375 ($119 AG, $164, $256, $835) — $1,255

Legend: Butrans   Hysingla ER   OxyContin   Authorized Generics

PURDUE
CONFIDENTIAL

# However, ERO market is declining at a higher rate (3.1% vs 2.3%) than expected with a potential risk of $105MM for the portfolio over the next 3 years



# CDC Guidelines, the general environment and competition further increase pressure and pose uncertainty to our opioid portfolio

## CDC Impact on Payers

| | |
|---|---|
| **Medicare Part D** Ⓗ | • Potential to incorporate guideline in 2017 |
| **Medicaid** Ⓗ | • High level restrictions already in place |
| **Federal (VA / DoD)** Ⓗ | • May be required to follow guidelines<br>• More restrictive contracts |
| **Commercial** Ⓜ | • Commercial plans not required to follow, but more restrictions may be implemented for some |

## Impact of New Competition

| Product (Company) | Status |
|---|---|
| Belbuca (Endo) | Launched (Feb, 2016) |
| Vantrela ER (Teva) | Filed, anticipated launch 2H 2016 |
| ALO-02 (Pfizer) | Filed, anticipated launch 2H 2016 |
| Xtampza ER (Collegium) | Approved, anticipated launch June 2016 |
| Morphabond ER (Inspirion) | Approved, not yet launched |

**$237MM Impact on Portfolio (2016-2018)**

# The earlier loss of exclusivity (LOE) of Butrans due to failure to obtain patent term extension will have a significant impact on Butrans net sales

| Reference | Nov Board Presentation | ▪ **1st Gen LOE**: September 2022<br>▪ **2nd Gen Launch:** April 2017<br>▪ **Generic to 1st Gen** : not available before Oct 2022 | **Net Sales (2016-2020)**<br>**1.01Bn**\* |
|---|---|---|---|

| | | | Probability | Net Sales Variance vs. Nov Board\*\* |
|---|---|---|---|---|
| Butrans Scenario | Base (anchor for our revised strategy) | ▪ **1st Gen LOE**: September 2017<br>▪ **2nd Gen Launch**: April 2017<br> • Petition to withdraw 1st Gen NDA for safety reason<br> • Direct switch at Pharmacy<br>▪ **Generic to 1st Gen** : April 2018, not AB-rated to 2nd Gen<br>▪ **2nd Gen LOE**: Q3 2022 | **>50%** | **-$401MM**<br>*(-39.8%)* |

. \*Nov Board Presentation included costs -$111MM from 2016 to 2020 of authorized generics for Butrans 1st Gen \*\*Not risk adjusted



# The combined events cause a decrease in net sales by - $97MM to ~$6.1Bn (vs. Nov. Board) over 5 years



**In-Line Pain Portfolio Demand & Net Sales – Revised Plan ($MM)**

| | Total Net Sales* ('16-'20) ($MM) | vs Nov. Board | CAGR |
|---|---|---|---|
| | $6,076** | -$97 | -2% |
| Hysingla ER | $575 | -$47 | 27% |
| Butrans | $610 | -$401 | -20% |
| OxyContin | $4,889 | $351 | -3% |

2016: $1,686 total — $422 AG, $60, $170, $1,034 — 1,264

2020: $1,199 total — $55 AG, $155, $70, $919 — 1,144

\* Net sales for 3 Rx products only; does not include OTC, other, pipeline products which would result in overall net sales of $6558 and a variance of -$258 to Nov. Board

\*\*Inclusive of AG impact of (-$855MM)

Legend: Butrans, Hysingla ER, OxyContin, Authorized Generics

PURDUE
CONFIDENTIAL
CONFIDENTIAL
PPLPC045000018279

# We have already implemented strategies since 2015 to manage the emerging market challenges

## Market Event

 

- ACA shifting more lives under government-run health plans
- Increasing role of NP/PA in pain management

 

- Institutions (IDNs, ACOs and LTC) are playing a more important role



- More EROs entering the market (e.g., Belbuca, Xtampza ER, Vantrela ER, ALO-02)

## Strategy

**Educate NPs/PAs**

**Enhance formulary access to Medicaid, Med D plans**

**Dedicate account team for LTC, IDNs, ACOs**

**Contract directly with GPOs**

**Protect OxyContin share among high decile HCPs**

**Educate on opioid naïve Butrans data**

## Outcome

- 23 Medicaid state wins and targets in 2016

**Butrans Share with NPs**

(chart: Share, y-axis 2.40%–3.20%, x-axis Jan-15 to Jan-16; legend: NP/PA, All Specialties)

- 3 LTC GPO contracts $2MM (YTD ~ $1MM)
- 2016 incremental sales goal of $2.5MM via IDN GPO contracts



Note: HHS = Dept. of Health & Human Services,  ACA = Affordable Care Act,  IDN = Integrated Delivery Network, ACO = Accountable Care Organization, LTC = Long Term Care. NP = Nurse Practitioner, PA = Physician Assistant

# The commercial strategies we have implemented are working and we are seeing growth with both Hysingla ER and Butrans

## Sales Force Expansion

- Created dedicated sales force for each growth brand
- Rebalanced territory alignment

## Contracting Strategy

- Improved access for Hysingla ER (additional 40MM lives with coverage)
- Improved access with Butrans (23 Medicaid wins and targets)

## Pursue New Sources of Business

- Drive growth in LTC, IDN and with NP/PAs

### Accelerated Hysingla ER Growth



### Butrans Return to Growth



PURDUE

CONFIDENTIAL

# We will continue to strengthen the portfolio P&L with a balanced investment on brand priorities

 ▪ Successfully launch 2nd Gen patch

 ▪ Accelerate growth leveraging expanded access

**OXYCONTIN** Ⅲ ▪ Protect share with key customers

PURDUE
CONFIDENTIAL

# Butrans 2017 brand priorities focus on successfully launching 2nd Gen patch

**1** **Successfully launch 2nd Gen patch**

- Achieve a quick pharmacy switch to 2nd Gen patch
- Support HCP and patient switch to 2nd Gen patch

**2** **Strengthen brand value & message**

- Distill brand value into messages that differentiate and build an emotional connection with HCP for 2nd Gen

**3** **Drive pull-through and leverage access**

- Continue to drive growth in Medicaid and LTC channels
- Increase business for under-indexed accounts

PURDUE
CONFIDENTIAL

# Focus cross-functional efforts to ensure a successful Butrans 2nd Gen launch

| Function | Action/Goal |
|---|---|
| Regulatory | ▪ Secure approval before March 2017<br>▪ File petition to withdraw 1st Gen for safety upon launch |
| Supply | ▪ Manufacture 2nd Gen patch at risk to ensure supply within 60 days of approval |
| Wholesaler/ Pharmacy | ▪ Inform on new NDC numbers upon approval<br>▪ Negotiate pharmacy auto shipment prior to launch |
| Managed Care Market | ▪ Create value proposition to payers before launch<br>▪ Maintain formulary coverage for 2nd Gen at the same level as 1st Gen patch |
| Marketing | ▪ Introduce HCP & Pharmacy resources to support patient transition and education<br>▪ Create simple patient education for continuing patients<br>▪ Leverage 2nd Gen patch to create excitement with sales force and HCP customers |
| Sales | ▪ Sales training within one month of 2nd Gen approval<br>▪ Create new demand with Decile 5-10 HCPs |

PURDUE
CONFIDENTIAL
PPLPC045000018284

# We will resource appropriately to support Butrans 2nd Gen launch, and adjust S&P after generic entry to maintain contribution at pre-generic level



| | 2016 | 2020 |
|---|---|---|
| **Revised Promo Spend** | $21 | $8 |
| **Revised Sales FTEs** | 195 | 20 |

# Hysingla ER 2017 brand priorities focus on accelerating growth by leveraging the expanded access

**1**

### Increase Prescribing Depth & Breadth

- Accelerate uptake leveraging managed care wins
- Expand business in IR to ER hydrocodone conversion

**2**

### Differentiate From Competition

- Drive differentiation with Q24 dosing, access and ADP
- Explore short-term LCM opportunities (e.g., packaging)

**3**

### Improve Access and Pull-Through

- Key 2016 wins include ESI, Caremark Commercial and Part D, Optum Med D
- Continue to contract for profitable national and regional access
- Drive effective pull through with available tools and programs

PURDUE
CONFIDENTIAL
PPLPC045000018286

# Hysingla ER has outperformed competitive ERO launches and has best ROI of recent launch brands



**Competitive ERO Launches**

Source: IMS



**ROI of Recent Launch Brands**

ROI = audited IMS sales dollars / reported promo spend

Source: Audited gross IMS sales and promotional spend within first 6 months of launch

# We have reduced Hysingla ER S&P spend appropriately in order to adequately resource to drive continued growth



# OxyContin 2017 priorities focus on defending its base business with high decile HCPs

**1**

**Execute with high decile HCPs**

- Focus resources on high decile HCPs to maintain share
- Expand non-personal tactics

**2**

**Protect from ER oxycodone competitors**

- Differentiate on brand experience, proven efficacy, ADPs and access
- Highly focused managed care strategy to protect access

**3**

**Execute P&L optimization opportunities**

- Optimize brand investments and create incremental value

PURDUE

CONFIDENTIAL

# Protecting base business and P&L optimization leads to significant improvement in OxyContin net sales ($351MM) and contribution through 2020



CONFIDENTIAL

# While total sales are projected to decrease by $107MM, we have reduced S&P by $193MM to improve our bottom line



**Revised Portfolio S&P Spend**

November Board ■ Base

| | **2016** | **2017** | **2018** | **2019** | **2020** | **Average** |
|---|---|---|---|---|---|---|
| **S&P % Net Sales (Revised)** | 19.9% | 18.6% | 14.6% | 13.3% | 13.6% | 16.0% |
| **Variance (vs. Nov. Board)** | -0.7% | -1.5% | -4.2% | -5.1% | -3.5% | -3.0% |

PURDUE
CONFIDENTIAL

# In summary – Despite decline in net sales, the in-line pain portfolio bottom line still remains healthy

- We have **evolved our brand strategies** in order **to mitigate impact** due to new events

- Our strategies will improve in-line product contribution by a **reduction of $193MM in S&P spending** to offset the decline in net sales of $97MM in the next 5 years 2016-2020

# 2016 Mid-year Agenda
*June 8, 2016*

| | | |
|---|---|---|
| **Strategic overview** | Mark Timney | 25 minutes |
| **Evolving US Environment** | Raul Damas | 20 minutes |
| **US Pain Portfolio Strategy** | Saeed Motahari | 45 minutes |
| **Medical Strategy** | Gail Cawkwell | 10 minutes |
| **OTC Strategy** | Saeed Motahari | 15 minutes |
| **BD priorities** | Alan Butcher | 10 minutes |
| **R&D Vision & Pipeline** | Alan Dunton | 30 minutes |
| **Financial outlook** | JJ Charhon | 25 minutes |





# Medical Strategy

# Gail Cawkwell

June 8, 2016

CONFIDENTIAL

# Purdue Medical Affairs:
## Transforming Science into Value

- Medical affairs links **customer insights** to **medical actions** that impact Purdue's marketed medicines and pipeline assets

- Challenging and **changing US healthcare environment**, especially around pain management and opioids

- **Accurate data for robust decision-making** is more important than ever

- **Innovative approaches** are critical to have an impact

Medical Affairs strives to be trusted medical and scientific experts on our medicines, demonstrating value with medical decision makers through research, collaboration, and communications that support quality care, value and improved health outcomes for patients and customers.

# Challenging and Changing US Healthcare Environment: Assessing Opportunities for Purdue



# Helping Purdue's Customers make well-informed decisions about our medicines

## Examples of Current Projects

- **Proactive Compendia Review Projects**
  - Ensure medical online resources have accurate and current information




- **Electronic Health Record Systems Review and Outreach**
  - Reviewing and updating EHR drug pick lists so that OxyContin and Hysingla ER have ADP designation



# Redacted

- **Multichannel Customer Communication Offerings:**
  - AskMedicalServices.com for HCPs and Patients to communicate on demand regarding Purdue Products





CONFIDENTIAL | 49
PPLPC045000018297