# Proactive Compendia Review of Product Misinformation



| | |
|---|---|
| **Situation** | ▪ HCPs and consumers rely on drug information, often from online drug information compendia (ODIC), to help inform clinical decisions making<br>▪ ODIC may contain misinformation, posing potential patient safety concerns. |
| **Action** | ▪ Medical Information Pharmacists compare on-label content in ODIC drug summaries with the product prescribing information (FPI) to identify errors.<br>▪ Errors classified as inaccurate, incomplete, or omitted.<br>▪ Content-correction requests submitted to ODIC editors |
| **Business Result** | ▪ Purdue Product Compendia Review:<br>  • Reviews of Purdue opioid drug summaries within 7 ODIC between 4Q11-3Q13 revealed 859 errors<br>  • Resolution of errors: 28% as of 4Q13.<br>  • Publication: tentatively accepted in *Journal of Opioid Management*<br>▪ Collaborative Compendia Review Project:<br>  • 11 pharmaceutical companies participated in review of 270 drug summaries within 5 ODIC<br>  • Median of the total number of errors identified was 782<br>  • Resolution of errors for Purdue products: Pending<br>  • Publication: Annals of Pharmacotherapy. 2016; 50(5):352-359 |

**PURDUE**

CONFIDENTIAL

PPLPC045000018298

# Verifying Purdue Product Abuse Deterrent property designation in electronic health records

| **Situation** | ▪ Nearly half of HCPs do not know that OxyContin and Hysingla ER have abuse-deterrent properties (ADP)<br>▪ 80% of physicians prescribe via electronic health records ( eHRs)<br>▪ eHR drug names and/or drug descriptions may not have ADP designation for OxyContin or Hysingla ER |
|---|---|

| **Action** | ▪ Identify top 10 eHRs and evaluate 'pick list' drug names and/or drug descriptions for OxyContin and Hysingla ER for ADP designa<br>▪ Address gaps |
|---|---|

| **Business Result** | ▪ Update the OxyContin and Hysingla ER drug name listings to reflect their abuse-deterrent properties in drug databases serving 85% of the installed ambulatory eHRs in the USA<br>▪ Increase HCP awareness as to OxyContin and Hysingla ER having ADP at point of drug selection |
|---|---|

Medi-Span®

**Product Name:** OxyCONTIN Oral Tablet ER 12 Hour Abuse Deterrent 10 MG
**Drug Name:** Oxycodone HCl
**Drug Name and Dosage Form:** Oxycodone HCl Tablet ER 12 Hour Abuse-Deterrent

PURDUE
CONFIDENTIAL

# Redacted


PURDUE
CONFIDENTIAL

# Multichannel Customer Communications

| Situation | Health Care Professionals and consumers rely on drug information to help inform clinical decisions making | Increase in use of online compendia and technology to obtain drug information | Need to **anticipate customer needs** based on audience, time zone, preference on how/where to receive information |
|---|---|---|---|

| Action | • Offer HCPs and consumers multiple channels to obtain accurate and reliable drug information for Purdue products on-demand via www.AskMedicalServices.com: <br> • Submit an Inquiry (live) <br> • Request a Call Back (live) <br> • Schedule a Videoconference (live) <br> • Click to Chat (3Q16) |
|---|---|

  

| Business Result | ▪ AskMedicalServices.com and 'Schedule a Videoconference' launched March 2016 <br> ▪ Proactive awareness initiatives included: <br> • Tweets <br> • Bulletin to the Sales Force/eMIRF update <br> • Inclusion of www.AskMedicalServices.com on all medical response letters <br> • Press release (TBD) <br> • Email blast to HCPs (in progress) <br> • PurduePharma.com callout for www.AskMedicalServices.com (in progress) <br> • 'Ask Medical Services' Banner ads on compendia websites (in progress) <br> • 'Ask Medical Services' Sponsorship for Contact Manufacturer sections of compendia websites/apps (in progress) <br> ▪ Utilization and impact TBD |
|---|---|

CONFIDENTIAL

PPLPC045000018301

# 2016 Mid-year Agenda
## *June 8, 2016*

| | | |
|---|---|---|
| ▪ **Strategic overview** | Mark Timney | 25 minutes |
| ▪ **Evolving US Environment** | Raul Damas | 20 minutes |
| ▪ **US Pain Portfolio Strategy** | Saeed Motahari | 45 minutes |
| ▪ **Medical Strategy** | Gail Cawkwell | 10 minutes |
| ▪ **OTC Strategy** | Saeed Motahari | 15 minutes |
| ▪ **BD priorities** | Alan Butcher | 10 minutes |
| ▪ **R&D Vision & Pipeline** | Alan Dunton | 30 minutes |
| ▪ **Financial outlook** | JJ Charhon | 25 minutes |

PURDUE
CONFIDENTIAL





# OTC Strategy

# Saeed Motahari

June 8, 2016

CONFIDENTIAL

PPLPC045000018303

# Executive Summary

- Purdue's OTC business has historically grown at a slower pace than the overall industry

- Last year, the Board granted us an additional $14M to spend over 5 years to stabilize the business and increase cumulative net sales $35M by 2020

  - Achieved $4M of $35M by end of 2015 (6% net sales growth year-over-year)

- While the trajectory is starting to improve, we have identified additional tactics that can further accelerate growth

  - Distribution and pricing/price-pack-architecture have significant room for improvement

  - These growth opportunities require limited investment and yield near-term benefits compared to other options

- Overall, the team recommends a phased approach to **strengthen and extend** the core in order to prepare for a **transformational** acquisition

  - Strengthen the Core: Invest in key capabilities in 2016 to increase net sales to $100M by 2020

  - Extend the Core: Execute line extensions/tuck-in acquisitions starting in 2017 to reach $110M of net sales by 2020

  - Transform the Core: If the business has proven it can support organic growth, pursue transformative acquisitions to reach $200M of net sales by 2020



# Purdue has grown below its peers and remains modest in terms of size and OTC revenue concentration

## Public companies with presence in US OTC

'09-'14
Net Sales
CAGR

Median: 9%

Prestige

Otsuka

Sanofi

$1B in 2014
Net Sales

Median: 4%

Pfizer

Bayer

Purdue

Hisamitsu

P&G

GSK-Novartis

J&J

Pharma Companies
Consumer Companies

OTC %
of '14
net
sales

Source: CapitalIQ; Company 10-Ks and Corporate Presentations
* Indicates '11-'14 net sales CAGR



CONFIDENTIAL

# Our vision is to grow the OTC business to $200M by 2020

| **From: Sub-scale OTC BU within an Rx business** | | **To: Scaled OTC business as part of integrated Pharma company** |
|---|---|---|
| **$67M (3%)** | | **$200M (13%)** |

$200

13%

—●— Net sales $M (% of Purdue net sales)

$110

8%

$83

6%

$67

$71

3%

4%

| '14 | '15 | '20 B | Organic growth | '20 E | BD | '20 E |



# The following tactics will enable us to execute this plan

| | **0** Stabilize | **1** Strengthen | **2** Strengthen and extend | **3** Strengthen, extend, and transform |
|---|---|---|---|---|
| **Timing** | ▪ In progress | ▪ 2016 | ▪ 2016 (strengthen)<br>▪ 2017 (extend) | ▪ 2016 (strengthen)<br>▪ 2017 (extend)<br>▪ 2017-18 (transform) |
| **Description** | ▪ Execute quick wins to re-ignite growth | ▪ Invest in key consumer-facing capabilities | ▪ Extend presence in current categories | ▪ Execute transformative BD deals |
| **Activities** | ▪ New OTC personnel and salesforce<br>▪ Re-stage for Colace and Senokot | ▪ Broker management<br>▪ Pricing strategy<br>▪ Price-Pack-Architecture | ▪ Line extensions<br>▪ Tuck-in BD | ▪ Acquisition of under-managed brands<br>▪ Value creation |

PURDUE

PPLPC045000018307

# To help stabilize the score, we are investing in methods to get more consumers to the retailers...













# ...as well as a way to make the decision at the shelf easier through new product packaging

| **Before** | **After** |











- Cohesive family with clear distinctions between each line
- Contrasting colors to make the packaging more eye-catching

# Investing in key capabilities such as distribution and price optimization will help to **strengthen** the core

|  | Volume | | | Price |
|---|---|---|---|---|
|  | # Stores | # Products | Velocity |  |
| **Ⓐ Channel / distribution expansion** | | | | |
| - Mainstream channels |  | | | |
| - Specialty channels |  | | | |
| **Ⓑ Pricing and Price-pack-architecture** | | | | |
| - Relevant pack sizes at optimal prices | |  |  |  |
| - End-to-end pricing strategy | | |  |  |

PURDUE
CONFIDENTIAL
PPLPC045000018310

# 20% of stores sell laxatives but do not sell Purdue's products

**A** *Channel / distribution expansion*



Source: IRI

# Closing distribution gaps through developing broker management capabilities can drive top-line growth

**A** *Channel / distribution expansion*

○ ──▶ ● 
Not started  Complete

| **Broker management best practices** | **Purdue status** |
|---|---|

**Distribution in channels beyond FDM**
- Currently growing FDM distribution beyond existing customers
- Next area of focus will be Club, Specialty and Convenience

**Joint business planning**
- Plan and execute sales planning process as a combined team
- Hold quarterly review with OTC leadership

**Proper incentive structure**
- Pay for performance model: base incentive plan + a kicker for overachieving targets (and penalty for underachievement)

**Business Intelligence**
- Technology to track, report and analyze activities and create store-level insights
- Improve merchandising via store checks



# Slow Mag is priced at a significant premium to competitors, stemming in part from a lack of bulk and value packs

**B** *Pricing and price-pack-architecture*

## Price-pack-architecture for select magnesium brands ($ per tablet)



Source: IRI

CONFIDENTIAL

CONFIDENTIAL | 65

PPLPC045000018313

# To **extend** the consumer franchise and product lines for brands such as Slow-Mag and Betadine starting in 2017

| | Slow-Mag | Betadine |
|---|---|---|
| **Idea Generation** | ▪ Develop male and female SKUs targeting different usage across genders[1]<br>  • Sports nutrition focused SKUs for men, such as Magnesium+ Electrolytes<br>  • Foot/leg cramp SKUs for women | ▪ Develop specific SKUs for use by veterinarians<br>▪ Experiment with new delivery mechanisms (e.g., dry powder spray) |
| **Product Launch** | ▪ Grassroots marketing with key influencers (e.g., chiropractors, physical therapists, personal trainers)<br>▪ Expand distribution in specialty channels | ▪ Leverage physician recommendations<br>▪ Cultivate influencers through demonstrations and sampling with med, vet and nursing schools |

[1] Slow Mag Omnibus Survey Results (03.16); n = 1,007; physician interviews confirm cramping complaints are dominated by females



# Once Purdue has developed its core capabilities, we can acquire under-managed brands and drive value creation to **transform** the OTC business

| | Company | Brand | Description | Positioning / key claims | '15E net sales ($M) |
|---|---|---|---|---|---|
| **GI** | gsk | ex-lax | Stimulant laxative (senosides) | **Trusted treatment for gentle, overnight relief** | $16 |
| | gsk | GAVISCON | Foaming antacid (aluminum hydroxide and magnesium trisilicate) | **For fast-acting, long-term heartburn relief; doctor-recommended** | $22 |
| **GI / Supplements** | gsk | CITRUCEL —smartfiber | Methylcellulose Fiber | **The only fiber for regularity that won't cause excess gas** | $26 |
| | J&J | Lactaid BRAND | Dietary supplement tablets containing lactase enzyme to enable dairy digestion | **Contains the natural enzyme you need to digest dairy, so you can enjoy dairy whenever and wherever** | $27 |
| **ENT** | PrestigeBrands | Debrox | Microfoam to remove excess earwax (carbamide peroxide) | **America's #1 Trusted Earwax Removal Brand** | $15 |
| | Clarion brands | LIPO-FLAVONOID PLUS | Key product is Lipo-Flavonoid Plus, a flavonoid supplement for tinnitus | **Extra strength proprietary formula with guaranteed results** | $42 |



CONFIDENTIAL

PPLPC045000018315

# These efforts together are expected to yield at least $480M in incremental, cumulative net sales by 2020



**$ in Millions**

| | Progress made by | 2017 | 2018 | 2018-19 |
|---|---|---|---|---|
| | **0** Stabilize (Current budget) | **1** Strengthen | **2** Strengthen and extend | **3** Strengthen, extend, and transform |
| **'20E OTC net sales** (% of Purdue net sales) | $83 (6%) | $100 (7%) | $110 (8%) | $200 (13%) |
| **'15–'20E net sales CAGR** | 3% | 7% | 9% | 23% |

**Incremental investment[1,2]**

$14    $20 / 6    $29 / 9    $329 / 300    $385

**Incremental net sales[1]**

$35    $91 / 56    $115 / 24    $81

**Incremental product contribution[1]**

$15    $32 / 17    $38 / 6    43

[1] Cumulative 2016E-2020E; figures are incremental to 2014 budget
[2] Represents pre-tax investment (includes S&P, R&D, and deal-terms)

**PURDUE**

CONFIDENTIAL

# Purdue should focus on strengthening and extending the core to prepare for a potential future transformative acquisition

| 2009-2014 | ▪ Purdue's OTC business grew at a **slower pace** than the industry |

| 2015 | ▪ Board granted us an **additional $14M** to spend over 5 years to **increase cumulative sales $35M by 2020**<br>• Achieved **$4M** by end of year (6% net sales growth) |

| 2016 | ▪ Identified high value-added capabilities that could **strengthen the core** and increase revenue to **$100M by 2020**<br>• 2016 focus is on building out these capabilities |

| Early 2017 | ▪ Begin to realize benefits of capability investments in 2017<br>▪ Pursue tuck-in acquisitions and line extensions starting in 2017 to **extend the core** and yield revenue of **$110M by 2020** |

| 2017-2020 | ▪ If business has proven that it can support organic growth, integrate material **M&A transaction by end of 2018** to increase revenue to **$200M by 2020** |

# 2016 Mid-year Agenda
## June 8, 2016

| | | |
|---|---|---|
| **Strategic overview** | Mark Timney | 25 minutes |
| **Evolving US Environment** | Raul Damas | 20 minutes |
| **US Pain Portfolio Strategy** | Saeed Motahari | 45 minutes |
| **Medical Strategy** | Gail Cawkwell | 10 minutes |
| **OTC Strategy** | Saeed Motahari | 15 minutes |
| **BD priorities** | Alan Butcher | 10 minutes |
| **R&D Vision & Pipeline** | Alan Dunton | 30 minutes |
| **Financial outlook** | JJ Charhon | 25 minutes |

PURDUE
CONFIDENTIAL





BD Priorities

Alan Butcher

June 8, 2016

CONFIDENTIAL

# In the long term, aim for a balanced portfolio
## *Seeking revenues across multiple categories with a range of risk profiles*

| Strengthen core | | |
|---|---|---|
| Explore adjacencies | | |
| Diversify to new areas | | |

| | New revenues available before 2020 | New revenues available 2020 or after |
|---|---|---|
| **Higher risk, higher return** | ENT | **Pain** (New MoAs) |
| **Lower risk, reliable return** | Pain / adjacencies (Value plays)  OTC | Biosimilars |

# We are aggressively pursuing multiple BD opportunities

*We continue to plan for $2-2.5B investment over the next 5 years*

**Approvals requested this week**

Redacted

| | | |
|---|---|---|
| **Strengthen core** | Strengthen our core in pain with assets that **add depth and breadth** to our portfolio | Internal projects<br>- BOX<br>- TrkA<br>- Buprenorphine 2nd gen<br>- Nav 1.7<br>- TRPV1<br>- Sigma-1 |
| **Explore adjacencies** | Acquire opportunities in **high need areas adjacent to pain** and add value with current capabilities | - Lemborexant<br>- OAG |
| **Diversify to new areas** | **Diversify into therapeutic areas outside of pain** by strategically entering attractive markets | |

VMPHARMA

AnaBios
*Redefining first in human*

SHIONOGI INC.

ESTEVE

Eisai

SHIONOGI INC.

PURDUE
CONFIDENTIAL

# Purdue is pursuing a step strategy to build a portfolio within ENT

*We are committed to sourcing innovative therapeutic approaches for diseases of the ear*



| Steps of innovation | **First step**<br>**1-3 years** | **Second step**<br>**3-7 years** | **Third step**<br>**7+ years** |
|---|---|---|---|
| **Scientific complexity** | Low-Medium | Medium-High | High |
| | <span style="font-size:2em">Redacted</span> | | |
| **Innovations** | ▪ Symptom treatment in large unmet needs with no approved therapy<br>▪ Delivery platforms to improve efficacy of validated MoAs (e.g. steroids) | ▪ Combination approaches with follow on therapies<br>▪ Disease-modifying therapies and novel MoAs (e.g. Kv channel activators)<br>▪ Biomarkers & diagnostics to identify narrow sub-populations | ▪ Regenerative technologies<br>▪ Combinatorial approaches (multi-drug, multi-modality)<br>▪ Mature paradigm (disease modifying, otoprotection)<br>▪ Personalized medicine |

| Indication | | First step | Second step | Third step |
|---|---|---|---|---|
| | **Hearing loss** | ✓ (severe to profound) | ✓ (moderate) | ✓ (chronic, age-related) |
| | **Meniere's** | ✓ (refractory) | ✓ (all patients) | |
| | **Tinnitus** | ✓ (acute, post-acute) | ✓ (chronic) | |
| | **Ototoxicity** | ✓ (acute) | | ✓ (chronic) |
| | **Sinusitis/ polyps** | ✓ (refractory, severe) | ✓ (all patients) | |

# 2016 Mid-year Agenda
## June 8, 2016

| | | |
|---|---|---|
| **Strategic overview** | Mark Timney | 25 minutes |
| **Evolving US Environment** | Raul Damas | 20 minutes |
| **US Pain Portfolio Strategy** | Saeed Motahari | 45 minutes |
| **Medical Strategy** | Gail Cawkwell | 10 minutes |
| **OTC Strategy** | Saeed Motahari | 15 minutes |
| **BD priorities** | Alan Butcher | 10 minutes |
| **R&D Vision & Pipeline** | Alan Dunton | 30 minutes |
| **Financial outlook** | JJ Charhon | 25 minutes |

PURDUE
CONFIDENTIAL





# Our R&D Vision

*"Securing a Predictable Future for Purdue"*

# Alan Dunton, M.D.

June 8, 2016

CONFIDENTIAL

# Key Questions for Purdue

**1** How will R&D create value?

**2** What are the key capabilities?

**3** What are Purdue's specific needs?

PURDUE
CONFIDENTIAL

# How Purdue R&D Will Create Value

**Deliver a sustainable pipeline that yields a predictable flow of products in seamless alignment with Business Development, other global initiatives, and the IACs.**

## *A Phased Approach*

- Immediate focus on delivering late-stage assets to solve the impending patent cliff

- Simultaneously build capabilities to source and develop differentiated early stage assets

## *Key Capabilities*

- Enhance Virtual Discovery

- Build Translational Medicine Expertise

- Enhance Phase IIb / III Engine

- Implement Development Planning & Governance

- Build (Re)Formulation Expertise



# ① Multiple models exist with varying levels of focus across development stage and therapeutic area

| Model | Value Creation Strategy |
|---|---|

## Model: In-House End-to-End Innovation Capability

 

| TA(s) focus | Drug discovery | Preclin.-Ph 2a | Ph 2b-Filing |
|---|---|---|---|
| Core | High | High | High |
| Adjacent | Med | Med | Med |
| Opportunistic | | | |

## Model: Innovate on Early-Mid Stage BD&L



| TA(s) focus | Drug discovery | Preclin.-Ph 2a | Ph 2b-Filing |
|---|---|---|---|
| Core | High | High | High |
| Adjacent | Med | Med | Med |
| Opportunistic | | | |

## Model: Commercialize Mid-Late Stage BD&L





*Legacy business*

| TA(s) focus | Drug discovery | Preclin.-Ph 2a | Ph 2b-Filing |
|---|---|---|---|
| Core | *Virtual* | Med | High |
| Adjacent | | Med | High |
| Opportunistic | | | |

Level of focus: High | Med | Low

**1** Purdue aims to create value through a hybrid approach, targeting virtual discovery & licensing in core TAs

Level of focus: High | Med | Low | Limited

**Purdue Today**

|  | Discovery | Preclin.-Ph 2a | Ph 2b-Filing |
|---|---|---|---|
| **Core** • Pain | Virtual | | |
| **Adjacent** (e.g., sleep) | | | |
| **Opportunistic** | | | |

**Purdue 2017-2018**

|  | Discovery | Preclin. to Ph 2a | Ph 2b to Filing |
|---|---|---|---|
| **Core[1]** • Pain / CNS • (ENT) | Virtual | | |
| **Adjacent** | | | |
| **Opportunistic** | | | |

**Purdue 2019 & Beyond**

|  | Discovery | Preclin. to Ph 2a | Ph 2b to Filing |
|---|---|---|---|
| **Core[1]** • Pain/ CNS • (ENT) | Virtual | | |
| **Adjacent** | | | |
| **Opportunistic** | | | |

PURDUE
CONFIDENTIAL
PPLPC045000018328



## R&D Vision

*Access, develop & deliver products quickly & efficiently
in seamless alignment with BD to provide a predictable revenue flow*

| Targeted Virtual Discovery | Translational Research | Lean Mid-Late Stage Development | Additional Value Creation via (Re)Formulations |
|---|---|---|---|

**Top Quality Talent & Capabilities**

**Seamless Partnership with BD & Global Initiatives**

**Planning & Governance Overhaul**

**Capacity Planning Strategy**

# 2 Purdue's Pipeline Has Recently Expanded, But Significant Work Remains to Be Done



| | Phase I | Phase II | Phase III | Registration |
|---|---|---|---|---|
| **Pain** | **BCAT** Pain (5 programs) | **VM-902A** Pain (Non-opioid) TrkA inhibitor | | **Butrans 2nd Generation TD** Pain (Opioid) |
| | **VAN** Pain (Non opioid) TRPV1 Antagonist (Shionogi) | **Sigma (MR-309)** Pain (Non-opioid) σ1R Antagonist | | |
| **CNS / Insomnia** | **OAG** Insomnia ORL1 Agonist (Shionogi) | | **Lemborexant[1]** Insomnia Orexin Inhibitor (Eisai) | |

**Purdue Pharma L.P. only program**

**Global program**

PURDUE
CONFIDENTIAL

## 2 Realizing The Promise of Buprenorphine-Oxycodone Will Require World-Class Translational Medicine

### Abuse Potential Reduced



### Analgesia Maintained



**3** # Our vision addresses the key areas within Purdue requiring significant capability improvements

| | |
|---|---|
| **Virtual Discovery / Licensing** | ▪ **Hire Additional Virtual Discovery Experts**<br>▪ **Build VC & University Partnerships**<br>▪ **Secure Early-Stage Asset Enabling Technology Funding** |
| **Translational Medicine** | ▪ **Hire Translational Medicine/Clinical R&D Expertise**<br>▪ Access New Protocol Design Technologies |
| **Innovative (Re)Formulations** | ▪ **Build Strategic Formulation Capabilities** |
| **Key Enablers** | ▪ **Implement our Redesigned Development Planning & Governance**<br>▪ **Establish Seamless R&D / BD Partnership Model**<br>▪ Assemble TA-Focused Scientific Advisory Teams<br>▪ Identify Creative PoC & Post-PoC Regulatory strategies<br>▪ Develop Capacity Planning Strategy |

**3** Our phased implementation plan prioritizes a development engine, talent upgrade, and BD/RD collaboration

| Activities | 2016 | | | 2017 | | | |
|---|---|---|---|---|---|---|---|
| | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |

**Immediate Priorities**

- Implement Recommendations from Dev Planning and Redesign Governance
- Upgrade Talent in Translational Medicine, Virtual Discovery, Asset Team Leadership
- Align & execute on R&D-BD partnership model

**Near-Term**

- Build Scientific advisory working teams
- Hire Clinical Research professionals
- Build strategic formulation strategy/expertise

**Medium-Term**

- Access "new" tech to enhance protocol design / outcomes
- Evaluate big data capabilities for target ID
- Develop & implement capacity planning strategy



CONFIDENTIAL

# 3 Improved R&D capabilities and seamless integration with BD are the keys to sustained long-term revenues

Strategic choice

Current capabilities

**Scenario 1:**

**BD-centric development**

*(Ph II, III assets only)*

Net sales, risk-adjusted ($M)

*More near-term revenue cliff coverage w/ potentially lower long-term sustained revenues (~$200M lower)*

3,000
2,000
1,000
0

2016 2018 2020 2022 2024 2026 2028 2030 2032 2034

Ph II, III
Current plan

Vision for R&D

**Scenario 2:**

**Integrated BD & R&D**

*(Preclin., Ph I, II & III assets)*

Net sales, risk-adjusted ($M)

*Slightly lower near-term revenue cliff coverage (~$100M lower), superior long-term revenue sustainability*

3,000
2,000
1,000
0

2016 2018 2020 2022 2024 2026 2028 2030 2032 2034

Preclin/Ph I
Ph II, III
Current plan






CONFIDENTIAL

PPLPC045000018334



# How Purdue R&D Will Create Value



**Translational Research Converting High Science into Valuable Assets**

**Lean Clinical Organization Efficiently Developing Assets**

**VC & Academic Network Sourcing of Early-Stage Assets**

**Creative Formulation and Lifecycle Management Capabilities**

**Higher Quality Diligence on Late-Stage Assets**

**Diligence Support for ex-Purdue Opportunities**





# Our R&D Vision

*"Securing a Predictable Future for Purdue"*

## Alan Dunton, M.D.

June 8, 2016

# Thank you.  May we have your support?

CONFIDENTIAL

# 2016 Mid-year Agenda
## June 8, 2016

| | | |
|---|---|---|
| ▪ **Strategic overview** | Mark Timney | 25 minutes |
| ▪ **Evolving US Environment** | Raul Damas | 20 minutes |
| ▪ **US Pain Portfolio Strategy** | Saeed Motahari | 45 minutes |
| ▪ **Medical Strategy** | Gail Cawkwell | 10 minutes |
| ▪ **OTC Strategy** | Saeed Motahari | 15 minutes |
| ▪ **BD priorities** | Alan Butcher | 10 minutes |
| ▪ **R&D Vision & Pipeline** | Alan Dunton | 30 minutes |
| ▪ **Financial outlook** | JJ Charhon | 25 minutes |

PURDUE
CONFIDENTIAL





# Financial Outlook

## JJ Charhon

June 8, 2016

CONFIDENTIAL

# Executive Summary

- Operationally, **2016 still is on track** vs. Budget for Sales, Profit and Cash

- $300M Operating Margin upside mostly due to CMS' ruling on line extension definition

- **Profit & Cash Flow planned to be flat** over next 5 years despite -2% Sales CAGR

- **5-Year Sales Outlook -$258M lower than November 2015** view due to

  - Butrans revised LOE to 2018

  - Discontinuation of MSR/HCA development programs

  - Lower short/medium term expectations for Hysingla

  - Despite slower erosion than originally anticipated for OxyContin

- **5-Year Profit and Cash Outlook in line with November 2015 view** thanks to -$289M operating expense reductions including a -$195M reduction in sales & promotion costs

- Long term Plan still calls for **$2.0 - $2.5Bn of Investment over the next 5 years** to maintain current sales level (and profit) over the next 10 years

- Executing on all recommended BD opportunities should deliver desired long term financial profile, but would leave **limited additional capital capacity before 2019**

PURDUE
CONFIDENTIAL
PPLPC045000018339

- 2016 Financials – Latest Estimate

- 5 Year Plan – Net Sales and Financial Overview

- Longer Term Planning

# Agenda

- 2016 Financials – Latest Estimate

- 5 Year Plan – Net Sales and Financial Overview

- Longer Term Planning

CONFIDENTIAL

PPLPC045000018341

# 2016 April YTD P&L

| $M | YTD Actual | Variance to Budget |
|---|---|---|
| **Net Sales** | **549** | **30** |
| | | |
| **Gross Margin** | **488** | **25** |
| % of Sales | 89% | |
| | | |
| S&P | (87) | 13 |
| R&D | (22) | 8 |
| G&A | (45) | (0) |
| Legal Fees | (14) | 2 |
| Medical Affairs | (12) | 1 |
| Other | (15) | (3) |
| **Operating Expenses** | **(194)** | **20** |
| | | |
| Incentive Bonus | (13) | 0 |
| | | |
| **Operating Margin** | **280** | **45** |
| % of Sales | 51% | |

## Highlights

- Net Sales favorability driven by OxyContin of $30M due to AG impact/trade inventory of $17M and share/mix of $20M offset by lower market volume of $8M

- S&P favorability due to vacancies and timing of promotional spend

- R&D due to accrual true-ups

- Other variances are minor and largely due to timing of spend.

PURDUE
CONFIDENTIAL
PPLPC045000018342

# Full Year 2016 P&L Outlook - LE vs. Budget Key Changes

| $M | Net Sales | Profit Before Tax |
|---|---|---|
| 2016 Net Sales favorability driven by OxyContin (+$36M)[1] and Butrans (+$15M)[2] offset by Hysingla (-$10M)[3] and Other (-$1M) | 40 | 37 |
| Reversal of 2015 and prior accruals related to Medicaid Line Extension rebates of $274M, net of branded pharma fee impact ($12M) | 274 | 262 |
| Ex-USA Funding/ Other higher than budget | | (83) |
| **Total** | **314** | **216** |

(1) Favorability of $36M is driven by favorable share (+$42M) and mix/tablets per Rx (+$22M), offset by lower ERO market (-$22M) and CDC guidelines impact (-$12M)

(2) Favorability of $15M is driven by no AG (+$21M) offset by lower ERO market (-$3M)

(3) Unfavorabilty of $10M is driven by lower ERO market (-$1M), lower share (-$1M), mix/tablet per Rx (-$4M) and inventory (-$3M).

PURDUE
CONFIDENTIAL

# P&L Overview – Latest Estimate

| $M | 2016 LE | Variance to Budget | Variance to 2015 Actual |
|---|---|---|---|
| **Net Sales (before Proposed Rule Impact)** | **1,357** | **40** | **(475)** |
| Proposed Rule Accrual Reversal | 274 | 274 | 274 |
| **Net Sales (after Proposed Rule Impact)** | **1,631** | **314** | **(201)** |
| **Gross Margin** | **1,462** | **311** | **(162)** |
| *% of Sales* | *90%* | | |
| Operating Expenses | (694) | (11) | (14) |
| Incentives & Settlements | (40) | - | (24) |
| **Operating Margin (after Proposed Rule Impact)** | **728** | **300** | **(200)** |
| *% of Sales* | *45%* | | |
| **Operating Margin (before Proposed Rule Impact)** | **454** | **26** | **(474)** |
| *% of Sales* | *33%* | | |

**2016 Operational Performance on Track Vs. Budget
$300M+ Sales and Profit Favorability mostly due CMS' rebate reversal**

*PURDUE*
CONFIDENTIAL

PPLPC045000018344

# 2016 LE - Risks and Opportunities

| $M | Risk [1] | Opportunity [1] |
|---|---|---|
| **Net Sales** | | |
| 10% OxyContin AG carryover from 2016 to 2017 | | 45 |
| CDC guidelines | (12) | 3 |
| Competition | (30) | 30 |
| Blended rebate rate 1% delta | (20) | 20 |
| Hysingla net sales adjustment to demand based accounting | | 10 |
| **Subtotal** | **(62)** | **108** |
| | | |
| **Operating Expenses** | | |
| R&D accruals true-up | | 8 |
| | | |
| **Total** | **(62)** | **116** |

(1)   Gross Margin impact of net sales risk / opportunity

## Balanced Risks & Opportunities
## Up to $45M of AG Volume could carry over to 2017

PURDUE
CONFIDENTIAL

# Full Year 2016 Cash Outlook

| **$M** | |
|---|---|
| **Cash at 12/31/2016 per Budget** | **939** |
| | |
| Free Cash Flows (includes $48M of 2015 overperformance) | 125 |
| Letter of  Credit not required for Redacted covenant | 100 |
| Proposed Rule ($250M less higher taxes of $125M) | 125 |
| Kentucky | 38 |
| Ex-US Funding (includes $91M from prior period) | (174) |
| Partner Non-Tax Distributions | (168) |
| Higher Tax Distributions | (22) |
| | **25** |
| | |
| **Cash at 12/31/2016 per LE** | **964** |

## Net Cash Change still in line with Budget



CONFIDENTIAL

PPLPC045000018346

# Agenda

- 2016 Financials – Latest Estimate

- 5 Year Plan – Net Sales and Financial Overview

- Longer Term Planning

# Profit & Loss and Cash Flow Metrics, YoY

| $M | 2016 LE* | 2017 | 2018 | 2019 | 2020 | CAGR 2016-2020 |
|---|---|---|---|---|---|---|
| **Net Sales** | 1,357 | 1,412 | 1,276 | 1,264 | 1,248 | (2%) |
| *YoY* | (475) | 55 | (136) | (12) | (17) | |
| **Gross Profit** | 1,188 | 1,218 | 1,102 | 1,092 | 1,079 | (2%) |
| *% of net sales* | 88% | 86% | 86% | 86% | 86% | |
| **Operating Expenses** | (694) | (749) | (674) | (605) | (554) | (5%) |
| *YoY* | (14) | (55) | 75 | 69 | 51 | |
| **Operating Profit Margin** | 454 | 429 | 388 | 451 | 492 | 2% |
| *YoY* | (475) | (25) | (41) | 63 | 41 | |
| **Cash from Operations** | 469 | 499 | 410 | 487 | 515 | 2% |
| *YoY* | (456) | 30 | (89) | 76 | 29 | |

\* To allow better comparison, 2016LE does not include the Proposed Rule rebate accrual reversal of $274M.

**Operating Profit Margin and Cash from Operations are maintained at 2016 level through 2020 despite eroding Net Sales**

PURDUE

# Net Sales 2016LE to 2020



$M

CAGR –2%

378

1,357*

(494)

(100)

95

13

(1)

1,248

2016LE    OxyContin AG    Oxycontin ex-AG    Butrans    Hysingla ER    OTC    Pipeline/ Other    2020

## Key Drivers By Brand

- OxyContin decline of $494M due to ERO average 3.1% Rx decline (-$161M), competition driving share decline of 4.3% (-$260M), mix/tablets per Rx (-$82M) offset by price (+$31M)

- Butrans decline of $100M due largely to loss of share due to generic entry in Q2 2018 (-$56M)

- Hysingla increase of $95M driven by an increase in share of 1.0% to 2.5% (+$82M)

\* To allow better comparison, 2016LE does not include the Proposed Rule rebate accrual reversal of $274M.

## Net Sales $109M lower due to net decline in OxyContin ($116M) and Butrans ($100M), partially offset by Hysingla ($95M)

PURDUE

CONFIDENTIAL