# OxyContin AG Impact on Net Sales by Year

**$M**



(1) Changes from 2016 to 2020 are largely driven by GTN rate changes, change in allotment quantities for those counterparties that have market share arrangements and in the June 2016 Plan the contingency for settlements with future litigants of $20M in 201 7-2018 and then $40M in 2019-2020 were removed.

## Phasing of OxyContin AG impact broadly unchanged since November 2015

\* 10% volume shift would translate into $42M of Net Sales upside



CONFIDENTIAL

# OxyContin Net Sales 2016LE to 2020

$M



* To allow better comparison, 2016LE does not include the Proposed Rule rebate accrual reversal of $274M.

**Lower AG impact of $378M is more than offset by $494M brand decline**

# Butrans Scenario Base Case_Assumptions

$M

| Key Assumptions | Key Dates | Probability of Scenario |
|---|---|---|
| ▪ Launch Butrans 2nd Gen, and discontinue 1st Gen NDA for safety | April 2017 | |
| ▪ FDA does not affirm discontinuance; Non-AB rated generics come onto market | April 2018[1] | >50% |
| ▪ Revenue pressure begins in 2018, followed by 2nd Gen LOE Q3 2022 | Q3 2022[2] | |

[1] AB rated to 1st gen. 2nd gen on market, but since not AB rated to 2nd gen, not substitutable to a 2nd gen script in many states.
[2] AB rated to 2nd gen.

## Butrans Franchise anticipated to significantly erode post Q1 2018

PURDUE

CONFIDENTIAL

# Butrans Net Sales 2016 LE to 2020

**$M**



**Butrans Net Sales expected to erode by -60% Vs. 2016 level by 2020**

CONFIDENTIAL

# Hysingla Net Sales 2016 LE to 2020

**$M**



**Hysingla anticipated to Broadly offset Butrans erosion throughout 2020**

CONFIDENTIAL

PPLPC045000018354

# Cost of Goods Sold – excluding Royalty



**$M**

**% of Net Sales**

### Key Takeaways

- COGS % Net Sales increase by 130 BPts in 2017 driven by Treyburn coming on-line

- Planning to offset labor and material inflationary pressures through productivity initiatives

- In-sourcing of manufacturing of Rhodes launches (aka Project Symphony) contributing to partially offset Treyburn incremental fixed costs

Legend: Net Labor & Overhead · Material - API and Excipients · Material - 3rd Party Products

**COGS % Revenue Increase primarily driven by Treyburn Fixed Cost**

# Operating Expenses – 5-Year Trend

**$M**



\* To allow better comparison, 2016LE does not include the Proposed Rule rebate accrual reversal of $274M.

**Operating Expenses % Net Sales coming Down 7 points over the next 5 years**



CONFIDENTIAL

# R&D Plan – Risked

| $M | 2016 LE | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|
| ## Redacted | 17 | 23 | 26 | 28 | 31 |
| | 47 | 51 | 43 | 8 | - |
| Buprenorphine / Oxycodone | 4 | 7 | 6 | 3 | - |
| Buprenorphine / Fentanyl | 5 | 23 | 49 | 30 | - |
| Project Support (non-allocated OH) | 9 | 25 | 31 | 36 | 43 |
| Other [3] | 34 | 41 | 57 | 58 | 43 |
| **Risk Adjusted R&D** | **117** | **171** | **213** | **163** | **117** |
| **Non-Risked R&D** | **117** | **220** | **328** | **280** | **201** |
| **Risk Adjustment [2]** | **-** | **(49)** | **(114)** | **(117)** | **(84)** |

## Redacted

(3)    Other includes    Redacted    Discovery Research and the Butrans and Hysingla pediatric programs.

## Pipeline progression increases costs in 2017 and 2018

**PURDUE**
CONFIDENTIAL

# Sales & Promotion Expense Summary

| $M | 2016 LE* | 2017 | 2018 | 2019 | 2020 | CAGR |
|---|---|---|---|---|---|---|
| **Net Sales Before AG Impact** | **1,780** | **1,578** | **1,421** | **1,331** | **1,292** | **(8%)** |
| *Cumulative Reduction vs. '16* | | *(11%)* | *(20%)* | *(25%)* | *(27%)* | |
| **Net Sales After AG Impact** | **1,357** | **1,412** | **1,276** | **1,264** | **1,248** | **(2%)** |
| *Cumulative Reduction vs. '16* | | *4%* | *(6%)* | *(7%)* | *(8%)* | |
| | | | | | | |
| **Cost of Sales Force:** | | | | | | |
| OxyContin | 36 | 44 | 46 | 49 | 51 | 9% |
| Butrans | 58 | 62 | 27 | 7 | 7 | (41%) |
| Hysingla | 87 | 75 | 53 | 56 | 58 | (10%) |
| **Total** | **182** | **181** | **126** | **112** | **117** | **(11%)** |
| | | | | | | |
| **Promotional Spend:** | | | | | | |
| OxyContin | 20 | 18 | 17 | 16 | 15 | (7%) |
| Butrans | 21 | 25 | 10 | 10 | 8 | (22%) |
| Hysingla | 27 | 22 | 20 | 18 | 16 | (13%) |
| **Total** | **69** | **65** | **47** | **44** | **39** | **(13%)** |
| | | | | | | |
| **All Other S&P** | **60** | **60** | **61** | **57** | **59** | (0%) |
| | | | | | | |
| **S&P (excluding Pipeline)** | **311** | **305** | **234** | **213** | **215** | **(9%)** |
| *Cumulative Reduction vs. '16* | | *(2%)* | *(25%)* | *(31%)* | *(31%)* | |
| | | | **$93M** | | | |
| Pipeline S&P | - | | - | | 4 | |
| **S&P (including Pipeline)** | **311** | **305** | **234** | **213** | **219** | **(8%)** |

## Reducing S&P Expenses 15% more than Net Sales

\* To allow better comparison, 2016LE does not include the Proposed Rule rebate accrual reversal of $274M.



CONFIDENTIAL
CONFIDENTIAL | 110
PPLPC045000018358

# Sales & Promotion Expense – Sales Force Cost

| PDEs: | 2016 LE | 2017 | 2018 | 2019 | 2020 | CAGR |
|---|---|---|---|---|---|---|
| OxyContin | 262,300 | 301,000 | 301,000 | 301,000 | 301,000 | **4%** |
| Butrans | 419,250 | 430,000 | 172,000 | 43,000 | 43,000 | **(43%)** |
| Hysingla | 627,800 | 516,000 | 344,000 | 344,000 | 344,000 | **(14%)** |
| **Total** | **1,309,350** | **1,247,000** | **817,000** | **688,000** | **688,000** | **(15%)** |
| Sales Territory Business Managers | 609 | 580 | 380 | 320 | 320 | **(15%)** |
| *Cumulative Reduction vs. '16* | | *(5%)* | *(38%)* | *(47%)* | *(47%)* | |
| **Cost of Sales Force ($M)** | **$  182** | **$  181** | **$  126** | **$  112** | **$  117** | **(11%)** |
| *Cumulative Reduction vs. '16* | | *(1%)* | *(31%)* | *(39%)* | *(36%)* | |

**36% Reduction in Sales Force Expenses over the next 5 years**

PURDUE
CONFIDENTIAL

# Operating Expenses – Summary by Function

| $M | 2016 LE | 2020 | Change in '16-'20 | % Change |
|---|---|---|---|---|
| G&A | (131) | (115) | 17 | (13%) |
| Legal Fees | (46) | (42) | 4 | (8%) |
| R&D | (117) | (117) | (1) | 0% |
| R&D Milestones | (4) | (2) | 2 | (58%) |
| Medical Affairs | (43) | (39) | 4 | (9%) |
| Sales and Promotion | (311) | (219) | 93 | (30%) |
| Health Care Reform Fee | (25) | (15) | 10 | (39%) |
| Other US | (17) | (5) | 11 | (68%) |
| **Operating Expenses** | **(694)** | **(554)** | **140** | **(20%)** |

**Operating Expenses in 2020 down -20% Vs. 2016 level
despite maintaining 2016 investment level in R&D**

PURDUE

CONFIDENTIAL

# 5-year plan - Risks and Opportunities

| $M | Risk [1] | Opportunity [1] |
|---|---|---|
| **Net Sales** | | |
| CDC guidelines | (90) | 23 |
| Competition (25% higher impact vs. 50% lower impact of OxyContin Competition) | (113) | 225 |
| State level ADF legislation (eg. MA, OH, FL) | | 68 |
| Blended rebate rate 1% delta | (140) | 140 |
| Butrans 1st gen ANDA/ 2nd Gen launch scenarios | (77) | 67 |
| Sales Force Impact (50% lower return) | (66) | |
| Managed Care (50% lower return) | (23) | |
| **Total** | **(507)** | **522** |
| | | |
| **Operating Expenses** | | |
| Cost reduction initiatives and R&D projects progressing faster or slower than plan | (50) | 50 |
| **Total** | **(507)** | **572** |

(1) Gross Margin impact of net sales risk / opportunity

$65

**Net opportunity of $65M mainly due to lower than expected competition on OxyContin**

*PURDUE*
CONFIDENTIAL

# Base Case vs. Prior Long-Term Plan

| $M | | 2015 | 2016 LE* | 2017 | 2018 | 2019 | 2020 | Cum '16-'20 |
|---|---|---|---|---|---|---|---|---|
| **Base Case** | **Net Sales** | 1,833 | 1,357 | 1,412 | 1,276 | 1,264 | 1,248 | 6,558 |
| | **Operating Profit Margin** | 929 | 454 | 429 | 388 | 451 | 492 | 2,214 |
| **November 2015** | **Net Sales** | 1,753 | 1,317 | 1,357 | 1,328 | 1,385 | 1,430 | 6,816 |
| | **Operating Profit Margin** (1) | 816 | 415 | 381 | 348 | 459 | 574 | 2,177 |
| **Variance to November 2015** | **Net Sales** | 80 | 40 | 55 | (52) | (120) | (182) | (258) |
| | **Operating Profit Margin** | 113 | 40 | 48 | 40 | (8) | (82) | 38 |

(1) Operating profit margin of the November 2015 Plan is adjusted to include the latest estimate of costs of the Buprenorphine combination projects and the new method of risk adjusting R&D

* To allow better comparison, 2016LE does not include the Proposed Rule rebate accrual reversal of $274M.

## Operating profit margin improves by $38M over the 5 year period despite reduced net sales

**PURDUE**
CONFIDENTIAL

# Net Sales Reconciliation
## 2015 November Plan to June 2016 Plan (2016 - 2020)

**$M**



### Key Drivers By Brand

- OxyContin - favorability in AG (+$161M)[1], share (+$143M), mix / tablets per Rx (+$342M) offset by impact of lower market volume (-$164M) and CDC guidelines (-$100M)

- Butrans - decrease largely due to change in LOE assumptions (Q2 2018 vs Q3 2022)

- Hysingla - decline due to lower utilization of higher strengths and smaller ERO market

(1) AG reduction largely due to removal of contingency for future litigants of $20M in 2017-2018 and then $40M in 2019-2020.

\* To allow better comparison, 2016LE does not include the Proposed Rule rebate accrual reversal of $274M.

**Net Sales decrease $258M over 5 year period**

CONFIDENTIAL

# 2016-2020 Operating Profit Margin Outlook
## *Reconciliation Vs. November 2015 view*

| $M | 2016 LE | 2017 | 2018 | 2019 | 2020 | Cumulative 2016-2020 | |
|---|---|---|---|---|---|---|---|
| **Operating Profit Margin (Nov 2015, adjusted)** | **415** | **381** | **348** | **459** | **574** | **2,177** | (1) |
| Change in: | | | | | | | |
| Net Sales | 40 | 55 | (52) | (120) | (182) | (258) | |
| COGS | (3) | (15) | 1 | 8 | 18 | 9 | |
| G&A | 0 | 9 | 25 | 26 | 25 | 85 | |
| Sales and Promotion | 0 | 11 | 56 | 69 | 60 | 195 | |
| Other Operating Expenses | 2 | (11) | 11 | 12 | (4) | 9 | |
| **OPERATING EXPENSES** | **2** | **8** | **92** | **106** | **81** | **289** | |
| Incentives  & Settlements | 0 | (1) | (2) | (1) | 1 | (3) | |
| **Total Change November 2015 Versus Base** | **40** | **48** | **40** | **(8)** | **(82)** | **38** | |
| **Operating Profit Margin (Base)** | **454** | **429** | **388** | **451** | **492** | **2,214** | |

(1) Represent November plan as presented adjusted for BUP/Fentanyl and BOX programs, as well as changes in risk adjustment methodology for Lemborexant.

\* To allow better comparison, 2016LE does not include the Proposed Rule rebate accrual reversal of $274M.

**Operating profit margin improves by $38M over the 5 year period despite reduced net sales**

# 5-Year Plan - Summary

- Profit & Cash outlook in line with November 2015 view

- Net Sales forecast indicates a significant change to our business profile:

  - Lower revenue expectations for our growth products (Hysingla, Butrans)

  - No meaningful contribution from our internal Pipeline … before 2023

  - Increased reliance on OxyContin from 2018 until its LOE

  - Significant cost reduction over the next 5 years to offset the revenue gap

- Diversification away from OxyContin through BD now also needed short term

**Core Business eroding faster than anticipated
Acquisitions of Commercial-stage assets needed to avoid downsizing**

**PURDUE**

CONFIDENTIAL

PPLPC045000018365

# Agenda

- 2016 Financials – Latest Estimate

- 5 Year Plan – Net Sales and Financial Overview

- Longer Term Planning

# Executive Summary

- # Redacted
  Redacted
- To address this long-term challenge, Purdue is pursuing a multi-pronged growth strategy:
  - Optimize its current product portfolio
  - Execute on its existing R&D pipeline
  - Supplement its product and pipeline portfolio through BD&L deals
- The current pipeline of R&D projects and BD deals would imply the following:
  - $2.2B would be invested over the next 10 years, $2.0B over the next 3 years
  - The internal R&D pipeline would not be a meaningful contributor until the mid 2020s
  - Two of the six deals combined would provide ~$300M of sales in 2017 and reduce our cash flow dependency on OxyContin
  - Net Sales would be maintained above $2.0B even after OxyContin LOE (2022)
  - Operating Margin would be at least $400M for the next 10 years with a peak of $1B in 2022
- We expect $1.7B to be invested in 2016 and would need about $800M of external funding

# Strategic Category Key Assumptions

**1** **Base Business**

- Redacted                    remains the major driver of Purdue's long-term financial profile
- Butrans and Hysingla Redacted
- Pipeline projects included: ORL-1 & TRPV1 (Shionogi), Sigma 1 (Esteve), Litx

**2** **Additional Internal Pipeline added since August 2015**

- Includes: Buprenorphine/OxyContin (BOX), Buprenorphine/Fentanyl (BUF), Tropomyosin receptor kinase A (TrkA) (VM Pharma) and Lemborexant (LEM) (Eisai)
- Combined eNPV of $279M with cumulative investment to break-even of ~$365M
- Cash flow break-even in 2024 with risk-adjusted net sales reaching $413M by 2025

**3** **Near-Term Deals**

- Six BD&L deals currently under evaluation

# Redacted

- Total consideration of $1.7B in 2016



# Base Business Base Case vs. June 2015 Plan

| $M | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2021-2025 |
|---|---|---|---|---|---|---|---|---|
| **Base Case** | Net Sales | 1,248 | 1,227 | 1,399 | 668 | 409 | 482 | 4,186 |
| | Operating Profit Margin | 526 | 497 | 721 | 260 | 1 | 46 | 1,524 |
| | Free Cash Flows | 284 | 359 | 299 | (266) | (11) | 48 | 428 |
| **June 2015** | Net Sales | 1,442 | 1,418 | 1,413 | 737 | 549 | 600 | 4,715 |
| | Operating Profit Margin | 645 | 621 | 603 | 306 | 180 | 217 | 1,927 |
| | Free Cash Flows | 341 | 348 | 259 | (285) | 86 | 106 | 515 |
| **Variance to June 2015** | Net Sales | (194) | (190) | (13) | (68) | (139) | (118) | (529) |
| | Operating Profit Margin | (119) | (125) | 118 | (46) | (179) | (171) | (403) |
| | Free Cash Flow | (57) | 11 | 40 | 19 | (98) | (58) | (86) |

## Base Business expected to remain flat Redacted

CONFIDENTIAL
PPLPC045000018369

# Base Business Net Sales Comparison

**1**

| $M | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2021-2025 |
|---|---|---|---|---|---|---|---|

**Base Case**

# Redacted





**Purdue's current pipeline is projected to generate profitable sales starting in 2023**

Note: Buprenorphine/OxyContin = BOX, Buprenorphine/Fentanyl= BUF, Tropomyosin receptor kinase A = TrKA and Lemborexant = LEM



# ③ Near-Term Deals





## $1.7B of deal capacity expected to be used in 2016, but provide $300M of Net Sales starting in 2017 and help reduce dependency on OxyContin

1 ███ acquisition assumed at $9 per share for total acquisition price of $261M
  ███ acquisition assumed at $24 per share for total acquisition price of $462M
  ███ acquisition assumed at 2.5x 2015-2016 average net sales for total acquisition price of $877M
  ███ $30M upfront and future development and commercial milestones
  ███ Purdue to receive royalties on net sales
  ███ 25%/75% profit share



CONFIDENTIAL
CONFIDENTIAL | 124
PPLPC045000018372

# Redacted



CONFIDENTIAL

# Combined Risk-Adjusted Operating Income



**Projected Risk-Adjusted Operating Income**

$M

- 2016: 454
- 2017: 419
- 2018: 384
- 2019: 576
- 2020: 683
- 2021: 670
- 2022: 1,033
- 2023: 713
- 2024: 596
- 2025: 761

Projected total operating income in 2023 increases by ~174%

Near-Term Deals — 3
Additional Internal Pipeline — 2
Base Business — 1

**Operating Margin at least $400M for the next 10 years with a peak of $1B in 2022**

# Combined Risk-Adjusted Free Cash Flow



Redacted

**Current internal R&D and potential near-term BD&L deals are projected to drive cash flow growth** Redacted

**(3)** Deal Sequencing

**Projected BD&L Timeline**

# Redacted



| 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |

# Redacted

**Purdue targeting to make six BD&L transactions within the next 6-12 months**



CONFIDENTIAL

# Product Launch Sequencing

1 Base Pipeline
2 Internal Pipeline
3 Near-Term Deals

**Projected Commercial Launch Timeline**



Redacted

Lemborexant
($142M, 2028)

TrkA
($139M, 2032)

Sigma 1
($105M, 2028)

BOX
($184M, 2033)

BUF
($97M, 2026)

2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025

TRPV-1, ORL-1
($314M, 2031)

**Regular cadence of new product launches would help mitigate execution**

Note: Figures listed are Risk-Adjusted Peak Sales and Year



# Investments by Year



## Projected Risk-Adjusted Investments by Year

**$M**

(147)  (155)  (70)  (25)  (70)  (20)  (39)  (12)  (5)

(1,652)

2016  2017  2018  2019  2020  2021  2022  2023  2024  2025

Lemborexant
TrkA
BOX/BUF

## $2.2B would be invested over the next 10 years, $2.0B over the next 3 years

Note: Buprenorphine/OxyContin = BOX, Buprenorphine/Fentanyl= BUF, Tropomyosin receptor kinase A = TrkA and Lemborexant = LEM
▮ Investment does not include $400M term loan or debt costs



PURDUE
CONFIDENTIAL

# Long-Term Sources & Uses of Capital

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening Cash Balance | 1,222 | 154 | 298 | 432 | 653 | 913 | 1,055 | 1,522 | 1,414 | 1,793 | |
| **1** Free Cash Flow | 136 | 352 | 318 | 310 | 284 | 359 | 299 | (266) | (11) | 48 | 1,827 |
| **1** Ex-US Funding | (247) | (161) | (105) | (74) | (44) | (34) | (17) | (13) | (11) | (11) | (717) |
| **1** Other Internal Cash Items | (105) | 48 | 32 | 23 | 14 | 11 | 6 | 5 | 5 | 5 | 44 |
| **2 3** Net Cash Change from BD & Pipeline | (1,652) | (31) | (38) | 72 | 152 | 147 | 247 | 310 | 397 | 471 | 75 |
| | | | | | | | | | | | |
| Net Cash Balance excl. Financing | (646) | 362 | 504 | 763 | 1,059 | 1,396 | 1,590 | 1,558 | 1,793 | 2,306 | |
| | | | | | | | | | | | |
| Financing | 800 | (64) | (72) | (110) | (146) | (341) | (68) | (143) | 0 | 0 | |
| Closing Cash Balance | 154 | 298 | 432 | 653 | 913 | 1,055 | 1,522 | 1,414 | 1,793 | 2,306 | |

## We expect $1.7B to be invested in 2016 & would need $800M of external financing



Back Up Slide
(for Board)

CONFIDENTIAL

# Profit and Loss

| $M | 2015 Actual | 2016 Budget | 2016 LE | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|
| NET SALES (Before AG) | 1,976 | 1,762 | 1,780 | 1,578 | 1,421 | 1,331 | 1,292 |
| NET SALES (After AG) | 1,833 | 1,317 | 1,357 | 1,412 | 1,276 | 1,264 | 1,248 |
| | | | | | | | |
| COST OF GOODS SOLD/ ROYALTIES | (208) | (166) | (169) | (195) | (174) | (172) | (169) |
| | | | | | | | |
| GROSS PROFIT | 1,625 | 1,151 | 1,188 | 1,218 | 1,102 | 1,092 | 1,079 |
| | | | | | | | |
| General and Administrative (incl Legal Dept, excl Legal Fees) | (138) | (131) | (131) | (132) | (115) | (114) | (115) |
| Legal Fees | (48) | (51) | (46) | (53) | (49) | (46) | (42) |
| Research and Development | (82) | (117) | (117) | (171) | (213) | (163) | (117) |
| Research and Development Other - Milestones and Alliances | (48) | (6) | (4) | (3) | (2) | (2) | (2) |
| Medical Affairs | (36) | (43) | (43) | (43) | (41) | (46) | (39) |
| Sales and Promotion | (294) | (311) | (311) | (305) | (234) | (213) | (219) |
| Health Care Reform Fee | (15) | (13) | (25) | (27) | (16) | (16) | (15) |
| Other US | (20) | (10) | (17) | (15) | (5) | (5) | (5) |
| OPERATING EXPENSES | (680) | (682) | (694) | (749) | (674) | (605) | (554) |
| | | | | | | | |
| *Operating Expenses as a % of net sales (before AG)* | *-34.4%* | *-38.7%* | *-39.0%* | *-47.4%* | *-47.4%* | *-45.4%* | *-42.9%* |
| *Operating Expenses as a % of net sales (after AG)* | *-37.1%* | *-51.8%* | *-51.1%* | *-53.0%* | *-52.8%* | *-47.8%* | *-44.4%* |
| | | | | | | | |
| OPERATING MARGIN BEFORE INCENTIVES | 945 | 469 | 495 | 469 | 428 | 488 | 525 |
| | | | | | | | |
| Incentive Bonus | (42) | (40) | (40) | (40) | (40) | (37) | (33) |
| | | | | | | | |
| OPERATING PROFIT MARGIN | 929 | 428 | 454 | 429 | 388 | 451 | 492 |
| | | | | | | | |
| EX-USA/ OTHER | (229) | (178) | (262) | (191) | (149) | (97) | (56) |
| | | | | | | | |
| PROFIT BEFORE TAX | 700 | 250 | 193 | 239 | 239 | 354 | 436 |

(1) To allow better comparison, 2016LE does not include the Proposed Rule accrual reversal of $274M.  Balance sheet and CashFlow reflect the impact of not
paying the additional rebates.

## Growth in Operating Profit Margin largely driven by operating expense management on largely flat sales



# Profit and Loss Ratios

| | 2015 Actual | 2016 Budget | 2016 LE | 2017 | 2018 | 2019 | 2020 | |
|---|---|---|---|---|---|---|---|---|
| **As a % of Net Sales (After AG)** | | | | | | | | |
| General and Administrative (incl Legal Dept, excl Legal Fees) | 7.5% | 10.0% | 9.7% | 9.3% | 9.0% | 9.0% | 9.2% | |
| Legal Fees | 2.6% | 3.8% | 3.4% | 3.7% | 3.8% | 3.6% | 3.4% | |
| Research and Development | 4.5% | 8.9% | 8.6% | 12.1% | 16.7% | 12.9% | 9.4% | |
| Research and Development Other - Milestones and Alliances | 2.6% | 0.4% | 0.3% | 0.2% | 0.1% | 0.1% | 0.1% | % |
| Medical Affairs | 1.9% | 3.3% | 3.2% | 3.1% | 3.2% | 3.6% | 3.2% | net |
| Sales and Promotion | 16.1% | 23.6% | 22.9% | 21.6% | 18.3% | 16.9% | 17.5% | sales |
| Health Care Reform Fee | 0.8% | 1.0% | 1.8% | 1.9% | 1.2% | 1.2% | 1.2% | |
| Other US | 1.1% | 0.8% | 1.2% | 1.1% | 0.4% | 0.4% | 0.4% | |
| **OPERATING EXPENSES** | **37.1%** | **51.8%** | **51.1%** | **53.0%** | **52.8%** | **47.8%** | **44.4%** | |
| | | | | | | | | |
| **As a % of Net Sales (Before AG)** | | | | | | | | |
| General and Administrative (incl Legal Dept, excl Legal Fees) | 7.0% | 7.5% | 7.4% | 8.3% | 8.1% | 8.6% | 8.9% | |
| Legal Fees | 2.4% | 2.9% | 2.6% | 3.3% | 3.4% | 3.4% | 3.3% | |
| Research and Development | 4.2% | 6.6% | 6.6% | 10.8% | 15.0% | 12.2% | 9.1% | % |
| Research and Development Other - Milestones and Alliances | 2.4% | 0.3% | 0.2% | 0.2% | 0.1% | 0.1% | 0.1% | net |
| Medical Affairs | 1.8% | 2.5% | 2.4% | 2.7% | 2.9% | 3.5% | 3.0% | sales |
| Sales and Promotion | 14.9% | 17.7% | 17.5% | 19.3% | 16.5% | 16.0% | 16.9% | |
| Health Care Reform Fee | 0.7% | 0.7% | 1.4% | 1.7% | 1.1% | 1.2% | 1.2% | |
| Other US | 1.0% | 0.6% | 0.9% | 1.0% | 0.4% | 0.4% | 0.4% | |
| **OPERATING EXPENSES** | **34.4%** | **38.7%** | **39.0%** | **47.4%** | **47.4%** | **45.4%** | **42.9%** | |



CONFIDENTIAL

# Balance Sheet

| $M | 2015 Actual | 2016 Budget | 2016 LE | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| **CURRENT ASSETS** | | | | | | | |
| Cash and cash equivalents | 1,222 | 939 | 964 | 1,132 | 1,289 | 1,507 | 1,757 |
| Accounts receivable - trade | 62 | 67 | 38 | 110 | 106 | 116 | 121 |
| Due from associated companies | 26 | 26 | 26 | 23 | 21 | 19 | 18 |
| Other receivables | 28 | 28 | 30 | 27 | 28 | 29 | 30 |
| Inventories | 33 | 33 | 33 | 40 | 36 | 35 | 34 |
| Prepaid expenses and other assets | 24 | 17 | 19 | 19 | 19 | 19 | 19 |
| **TOTAL CURRENT ASSETS** | **1,396** | **1,109** | **1,109** | **1,352** | **1,499** | **1,726** | **1,979** |
| | | | | | | | |
| Property and equipment, net | 177 | 195 | 193 | 197 | 192 | 189 | 181 |
| Investments in associated companies | 32 | 34 | 32 | 4 | (13) | (18) | (19) |
| Due from associated companies | 2 | 2 | 2 | 2 | 2 | 1 | 1 |
| Intangible assets, net | 126 | 119 | 119 | 113 | 107 | 101 | 96 |
| Other assets | 20 | 12 | 19 | 18 | 17 | 16 | 15 |
| Deferred income taxes | 18 | 19 | 18 | 18 | 18 | 18 | 18 |
| Restricted cash - long term | 6 | 117 | 15 | 15 | 15 | 15 | 15 |
| **TOTAL ASSETS** | **1,776** | **1,607** | **1,508** | **1,719** | **1,837** | **2,049** | **2,286** |
| | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | |
| **CURRENT LIABILITIES** | | | | | | | |
| Accounts payable | 83 | 67 | 80 | 88 | 85 | 76 | 69 |
| Accrued expenses and taxes payable | 868 | 510 | 482 | 600 | 621 | 674 | 697 |
| Due to associated companies | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| **TOTAL CURRENT LIABILITIES** | **966** | **592** | **577** | **703** | **722** | **765** | **781** |
| | | | | | | | |
| Other liabilities | 198 | 154 | 188 | 186 | 183 | 180 | 178 |
| **TOTAL LIABILITIES** | **1,164** | **746** | **766** | **889** | **905** | **945** | **959** |
| | | | | | | | |
| **EQUITY** | | | | | | | |
| Capital stock - common | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Additional paid in capital | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Retained earnings and partners' capital | 683 | 904 | 812 | 900 | 1,002 | 1,174 | 1,397 |
| Accumulated other comprehensive income | (71) | (44) | (71) | (71) | (71) | (71) | (71) |
| Subscription receivable | (1) | (1) | (1) | (1) | (1) | (1) | (1) |
| **TOTAL EQUITY** | **612** | **861** | **742** | **830** | **932** | **1,104** | **1,327** |
| **TOTAL LIABILITIES AND EQUITY** | **1,776** | **1,607** | **1,508** | **1,719** | **1,837** | **2,049** | **2,286** |

*PURDUE*
CONFIDENTIAL

# Cash Flow Statement - 2016 LE

| $M | 2015 Actual | 2016 Budget | 2016 LE | Variance LE to Budget | Variance LE to 2015 Actual |
|---|---|---|---|---|---|
| **Operating activities** | | | | | |
| Net income | 696 | 248 | 465  (a) | 216 | (232) |
| Adjustments to reconcile net income to cash provided by operating activities: | | | | | |
| Depreciation and amortization | 26 | 27 | 26 | (1) | (0) |
| Loss on equity investment companies | 215 | 156 | 240 | 85 | 25 |
| Loss on disposal of assets | 3 | 0 | 0 | 0 | (3) |
| Payments from associates, net | 18 | 0 | 0 | 0 | (18) |
| Changes to working capital | (45) | (323) | (253) | 70 | (209) |
| Long-term assets and liabilities | 10 | (2) | (8) | (6) | (19) |
| **Total cash provided by operating activities** | **924** | **105** | **469** | **364** | **(455)** |
| | | | | | |
| **Investing activities** | | | | | |
| Capital expenditures | (51) | (35) | (35) | 0 | 16 |
| Restricted cash, net | 20 | (100) | (10) | 90 | (29) |
| Investments in associated companies, net | (210) | (158) | (240) | (83) | (31) |
| Proceeds from sale of assets | 17 | 0 | 0 | 0 | (17) |
| **Total cash used in investing activities** | **(224)** | **(293)** | **(285)** | **8** | **(61)** |
| | | | | | |
| **Financing activities** | | | | | |
| Capital contributions | 2 | 3 | 4 | 1 | 1 |
| Distributions to partners for required tax payments | (364) | (124) | (271) | (147) | 93 |
| Distributions to partners non-tax | (136) | 0 | (168) | (168) | (32) |
| Distributions to partners ex US | (67) | (5) | (7) | (2) | 60 |
| **Total cash used in financing activities** | **(564)** | **(126)** | **(442)** | **(316)** | **122** |
| | | | | | |
| **Increase (decrease) in cash and cash equivalents** | **135** | **(314)** | **(258)** | **56** | **(393)** |
| | | | | | |
| Cash and cash equivalents: | | | | | |
| Unrestricted cash at the beginning of the period | 1,087 | 1,254 | 1,222 | (32) | 135 |
| **Unrestricted cash at the end of the period** | **1,222** | **940** | **964** | **24** | **(258)** |

(a) Profit after tax in 2016LE includes reversal of proposed rule

## Favorability in after tax net income ($216M) and restricted cash ($90M) are offset by higher distributions ($315M) and ex-USA funding ($83M)



# Cash Flow Statement

| $M | 2015 Actual | 2016 Budget | 2016 LE | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|
| **Operating activities** | | | | | | | |
| Net Income after tax | 696 | 248 | 465 | 236 | 236 | 351 | 433 |
| | | | | | | | |
| Non-cash charges (credits) to net income: | | | | | | | |
| Depreciation | 19 | 20 | 19 | 26 | 26 | 26 | 26 |
| Amortization | 7 | 7 | 7 | 6 | 6 | 6 | 6 |
| Loss on disposal of fixed assets | 3 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loss on ex-USA | 216 | 156 | 240 | 182 | 115 | 72 | 39 |
| Working capital changes | (26) | (324) | (253) | 51 | 29 | 34 | 13 |
| Long-term assets and liabilities | 10 | (2) | (8) | (1) | (1) | (1) | (1) |
| **Cash flow provided by operations** | **925** | **105** | **469** | **499** | **410** | **487** | **515** |
| | | | | | | | |
| **Investing activities** | | | | | | | |
| Capital expenditure | (51) | (35) | (35) | (29) | (21) | (23) | (18) |
| Cash funding of ex-USA entities | (211) | (158) | (240) | (154) | (98) | (67) | (37) |
| Restricted cash, net | 20 | (100) | (10) | 0 | 0 | 0 | 0 |
| Proceeds from sale of assets | 17 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash flow used by investing | **(225)** | **(293)** | **(285)** | **(184)** | **(119)** | **(90)** | **(55)** |
| | | | | | | | |
| **Financing activities** | | | | | | | |
| Capital contributions | 2 | 3 | 4 | 4 | 4 | 4 | 4 |
| Distributions for required tax payments | (364) | (124) | (271) | (147) | (134) | (180) | (212) |
| Distributions for ex USA fundings | (136) | (5) | (7) | (4) | (3) | (2) | (1) |
| Distributions non-tax / Available for Investm | (67) | 0 | (168) | 0 | 0 | 0 | 0 |
| Cash flow used by financing | **(564)** | **(126)** | **(442)** | **(148)** | **(134)** | **(179)** | **(210)** |
| | | | | | | | |
| Increase (decrease) in cash and cash equivalents | 135 | (315) | (258) | 168 | 157 | 217 | 250 |
| Unrestricted Cash at beginning of period | 1,087 | 1,254 | 1,222 | 964 | 1,132 | 1,289 | 1,507 |
| **Unrestricted Cash at end of period** | **1,222** | **939** | **964** | **1,132** | **1,289** | **1,507** | **1,757** |

## Base Case projects cash of $1.7M by 2020

PURDUE

CONFIDENTIAL

PPLPC045000018385

# Cash Bridge – May 1st to December 31st

**$M**

**Actual Cash as of 5/1/2016**                      1,131

| | |
|---|---|
| Cash provided by operations | 166 |
| Capital expenditures | (27) |
| | |
| Ex-USA | (123) (a) |
| Tax distributions | (144) |
| Non-tax distributions | (40) |
| Other | 2 |
| | (167) |

**LE Cash as at 12/31/2016**                      **964**

(a) Includes Ex-US distributions and investments in associated companies

**Cash decrease of $167M over balance of year is due to operating cash flow ($166M) offset by Ex-US funding ($123M), and tax/ non-tax distributions ($184M)**

# 5 Year Plan – Operating Margin Bridge

**$M**



**Improving Operating Profit Margin by 600 BPts to 39.6% despite eroding sales**

CONFIDENTIAL

PPLPC045000018387

# Summary of Net Sales

**$M**

| Base Case | 2016 LE | 2017 | 2018 | 2019 | 2020 | Cumulative |
|-----------|--------:|-----:|-----:|-----:|-----:|-----------:|
| OxyContin | 1,034 | 1,034 | 963 | 940 | 918 | 4,889 |
| Butrans | 170 | 190 | 97 | 83 | 70 | 610 |
| Hysingla ER | 60 | 95 | 121 | 144 | 155 | 575 |
| Other | 94 | 93 | 95 | 97 | 101 | 480 |
| ADF | - | - | - | - | - | - |
| Pipeline | - | - | - | - | 4 | 4 |
| **Total** | **1,357** | **1,412** | **1,276** | **1,264** | **1,248** | **6,558** |

| Variance to November 2015 | | | | | | |
|---------------------------|-----:|----:|------:|------:|------:|------:|
| OxyContin | 37 | 54 | 86 | 91 | 83 | 351 |
| Butrans | 15 | 14 | (104) | (140) | (186) | (401) |
| Hysingla ER | (10) | (14) | (12) | (2) | (9) | (47) |
| Other | (1) | 1 | 1 | 1 | 2 | 4 |
| ADF | - | - | (23) | (71) | (75) | (169) |
| Pipeline | - | - | - | - | 4 | 4 |
| **Total** | **40** | **55** | **(52)** | **(121)** | **(181)** | **(258)** |

**Favorability in OxyContin ($351M) does not offset lower Butrans net sales ($401M) and removal of net sales of MSR/HCA Programs ($169M)**

*PURDUE*

# Summary of Net Sales

**$M**

| Base Case | 2016 LE | 2017 | 2018 | 2019 | 2020 | Cumulative |
|---|---|---|---|---|---|---|
| OxyContin | 1,034 | 1,034 | 963 | 940 | 918 | 4,889 |
| Butrans | 170 | 190 | 97 | 83 | 70 | 610 |
| Hysingla ER | 60 | 95 | 121 | 144 | 155 | 575 |
| Other | 94 | 93 | 95 | 97 | 101 | 480 |
| ADF | - | - | - | - | - | - |
| Pipeline | - | - | - | - | 4 | 4 |
| **Total** | **1,357** | **1,412** | **1,276** | **1,264** | **1,248** | **6,558** |

| Variance to June 2015 | 2016 LE | 2017 | 2018 | 2019 | 2020 | Cumulative |
|---|---|---|---|---|---|---|
| OxyContin | (51) | 186 | 222 | 217 | 206 | 780 |
| Butrans | 28 | 22 | (97) | (132) | (178) | (357) |
| Hysingla ER | (72) | (100) | (123) | (102) | (61) | (459) |
| Other | 2 | (1) | (4) | (3) | (3) | (9) |
| ADF | (4) | (66) | (155) | (152) | (149) | (526) |
| Pipeline | - | - | - | (4) | (9) | (13) |
| **Total** | **(97)** | **41** | **(156)** | **(177)** | **(194)** | **(584)** |

**Favorability in OxyContin ($780M) does not offset lower Butrans net sales ($357M), Hysingla ER ($459M), and removal of net sales of ADF ($526M)**

*PURDUE*

CONFIDENTIAL

# OxyContin P&L

| $M | 2013 Actual | 2014 Actual | 2015 Actual | 2016 Budget | 2016 LE | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** (1) | 103.7 | 150.6 | 158.4 | 155.0 | 169.8 | Redacted | | | |
| | | | | | | | | | |
| COGS/Shipping & Warehousing (2) | (4.7) | (8.2) | (7.5) | (8.8) | (9.1) | (13.4) | (6.5) | (6.0) | (4.8) |
| Royalty Expense (3) | (6.4) | (8.3) | (8.7) | (8.6) | (9.4) | Redacted | | | |
| **Gross Profit** | 92.6 | 134.1 | 142.2 | 137.6 | 151.3 | Redacted | | | |
| | | | | | | | | | |
| **Product Spending** | **(96.9)** | **(80.9)** | **(66.6)** | **(72.6)** | **(79.8)** | **(87.3)** | **(36.5)** | **(17.0)** | **(15.3)** |
| Marketing Expense | (19.2) | (14.5) | (14.2) | (21.5) | (21.5) | (25.0) | (10.0) | (10.0) | (8.0) |
| Sales Force Expense (4) | (77.7) | (66.4) | (52.4) | (51.0) | (58.3) | (62.3) | (26.5) | (7.0) | (7.3) |
| | | | | | | | | | |
| G & A Allocation at 6% of net sales | (6.2) | (9.0) | (9.5) | (9.3) | (10.2) | (11.4) | (5.8) | (5.0) | (4.2) |
| Legal Fees (5) | (2.3) | (2.5) | (6.3) | (7.8) | (8.0) | (5.8) | (0.8) | (0.8) | (0.8) |
| R&D / Medical Affairs (6) | (17.8) | (13.2) | (11.1) | (15.7) | (15.4) | (12.4) | (5.2) | (5.0) | (4.9) |
| Health Care Reform Fee | (0.7) | (1.3) | (2.8) | (2.8) | (3.1) | (3.6) | (1.2) | (1.0) | (0.9) |
| **Product Contribution** | **(31.3)** | **27.0** | **45.8** | **29.4** | **34.8** | Redacted | | | |

(1) 2016 Budget includes price increase of 9.5% in April 2016 and an AG impact on net sales of $21M.
(2) Pricing increases out pace the 3% inflation in 2017-2020. 2016 assumes a $0.6M inventory write-off. 2017 assumes a $3.1M tech transfer/scale-up project for 2nd Gen with a $0.5M inventory write-off. The year
of 2017-2020 assume no cost changes for switching to 2nd Gen outside of the 3% inflation per year.
(3) Royalty is paid to^Redacted at 5.5% of net sales.
(4) Costs are allocated to Butrans based on a percent of total PDEs as follows: 2016B - 28%, 2016LE - 32%, 2017 - 35%, 2018- 21%, 2019-2020 - 6%.
(5) 2016 Budget includes Patent Litigation and Term Extension ($7.0M) and Patent Prosecution work ($1.0M). 2017-2020 assumes no patent term extension granted with expiration in 2018.
(6) PREA spend concludes in 2017. Redacted                    Those expenses in 2018 thru 2020 are allocations comprised of FDA users fees & expenses, cost for Purdue
specific post marketing requirements programs including the Class-wide REMS & Opioid Post Marketing  Requirement Consortium hyperanalgesia studies, related database purchases, publications spend and other
allocated Medical Affairs Group overhead costs.

PURDUE
CONFIDENTIAL

# Butrans P&L

| $M | 2013 Actual | 2014 Actual | 2015 Actual | 2016 Budget | 2016 LE | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** (1) | **103.7** | **150.6** | **158.4** | **155.0** | **169.8** | **190.4** | **97.2** | **83.2** | **69.6** |
| *Rebates as % of gross sales* | *12.2%* | *23.0%* | *24.7%* | *34.6%* | *33%* | *37%* | *51%* | *55%* | *56%* |
| COGS/Shipping & Warehousing (2) | (4.7) | (8.2) | (7.5) | (8.8) | (9.1) | (13.4) | (6.5) | (6.0) | (4.8) |
| Royalty Expense (3) | (6.4) | (8.3) | (8.7) | (8.6) | (9.4) | (10.5) | (5.3) | (4.4) | (3.5) |
| **Gross Profit** | **92.6** | **134.1** | **142.2** | **137.6** | **151.3** | **166.5** | **85.4** | **72.8** | **61.2** |
| | | | | | | | | | |
| **Product Spending** | **(96.9)** | **(80.9)** | **(66.6)** | **(72.6)** | **(79.8)** | **(87.3)** | **(36.5)** | **(17.0)** | **(15.3)** |
| Marketing Expense | (19.2) | (14.5) | (14.2) | (21.5) | (21.5) | (25.0) | (10.0) | (10.0) | (8.0) |
| Sales Force Expense (4) | (77.7) | (66.4) | (52.4) | (51.0) | (58.3) | (62.3) | (26.5) | (7.0) | (7.3) |
| | | | | | | | | | |
| G & A Allocation at 6% of net sales | (6.2) | (9.0) | (9.5) | (9.3) | (10.2) | (11.4) | (5.8) | (5.0) | (4.2) |
| Legal Fees (5) | (2.3) | (2.5) | (6.3) | (7.8) | (8.0) | (5.8) | (0.8) | (0.8) | (0.8) |
| R&D / Medical Affairs (6) | (17.8) | (13.2) | (11.1) | (15.7) | (15.4) | (12.4) | (5.2) | (5.0) | (4.9) |
| Health Care Reform Fee | (0.7) | (1.3) | (2.8) | (2.8) | (3.1) | (3.6) | (1.2) | (1.0) | (0.9) |
| **Product Contribution** | **(31.3)** | **27.0** | **45.8** | **29.4** | **34.8** | **46.0** | **35.9** | **44.1** | **35.2** |

(1) 2016 Budget includes price increase of 9.5% in April 2016 and an AG impact on net sales of $21M.
(2) Pricing increases out pace the 3% inflation in 2017-2020.  2016 assumes a $0.6M inventory write-off. 2017 assumes a $3.1M tech transfer/scale-up project for 2nd Gen with a $0.5M inventory write-off.  The year of 2017-2020 assume no cost changes for switching to 2nd Gen outside of the 3% inflation per year.
(3) Royalty is paid to LTS at 5.5% of net sales.
(4) Costs are allocated to Butrans based on a percent of total PDEs as follows: 2016B - 28%, 2016LE - 32%, 2017 - 35%, 2018- 21%, 2019-2020 - 6%.
(5) 2016 Budget includes Patent Litigation and Term Extension ($7.0M) and Patent Prosecution work ($1.0M).  2017-2020 assumes no patent term extension granted with expiration in 2018.
(6) PREA spend concludes in 2017.  In 2018 and forward the LOE requires reduction in expenses.  Those expenses in 2018 thru 2020 are allocations comprised of FDA users fees & expenses, cost for Purdue specific post marketing requirements programs including the Class-wide REMS & Opioid Post Marketing  Requirement Consortium hyperanalgesia studies, related database purchases, publications spend and other allocated Medical Affairs Group overhead costs.

# Hysingla ER P&L

| $M | 2015 Actual | 2016 Budget | 2016 LE | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|
| **Net Sales** (1) | **30.0** | **69.6** | **60.3** | Redacted | | | |
| Redacted | | | | | | | |
| COGS/Shipping & Warehousing (2) | (3.5) | (3.4) | (3.0) | (5.8) | (6.5) | (7.4) | (7.7) |
| Royalty Expense (3) | (4.4) | (8.1) | (7.0) | Redacted | | | |
| **Gross Profit** | **22.1** | **58.1** | **50.3** | | | | |
| | | | | | | | |
| **Product Spending** | **(99.0)** | **(100.9)** | **(114.8)** | **(96.8)** | **(73.0)** | **(73.8)** | **(74.4)** |
| Marketing Expense (4) | (29.5) | (27.8) | (27.4) | (22.0) | (20.0) | (18.0) | (16.0) |
| Sales Force Expense (5) | (69.4) | (73.1) | (87.4) | (74.8) | (53.0) | (55.8) | (58.4) |
| G & A Allocation at 3% of net sales | (0.9) | (2.1) | (1.8) | (2.8) | (3.6) | (4.3) | (4.6) |
| Legal Fees (6) | (1.0) | (4.2) | (4.3) | (4.8) | (4.8) | (2.8) | (2.8) |
| R&D / Medical Affairs (7) | (13.9) | (14.7) | (12.5) | (16.5) | (15.1) | (11.7) | (8.4) |
| Health Care Reform Fee | (0.7) | (1.3) | (1.1) | (1.8) | (1.5) | (1.8) | (1.9) |
| **Product Contribution** | **(93.3)** | **(65.0)** | **(84.2)** | Redacted | | | |

(1) 2016 Budget includes price increase of 9.5% in January 2016.

(2) Pricing increases out pace the material inflation of 1% and the overhead inflation of 3-4% per year.

Redacted

(4) Marketing Expense decrease starting in 2017 as brand gets further from launch.

(5) Costs are allocated to Hysingla based on a percent of total PDEs as follows: 2016B - 40%, 2016LE - 48%, 2017 - 41%, 2018 - 42%, 2019-2020 - 50%.

(6) 2016 Budget includes patent challenges ($3.8M) and patent prosecutions ($0.5M). 2017 -2020 Assume patent challenges continue Redacted

Redacted

(7) PREA restarts in 2017 and completes in 2019. Other expenses are allocations comprised of FDA users fees & expenses, cost for Purdue specific post marketing requirements programs including the Class-wide REMS & Opioid Post Marketing Requirement Consortium hyperanalgesia studies, related database purchases, publications spend and other allocated Medical Affairs Group overhead costs.

PURDUE

# OTC P&L

| $M | 2013 Actual | 2014 Actual | 2015 Actual | 2016 Budget | 2016 LE | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|
| **Net Sales** | **67.0** | **67.0** | **70.6** | **70.1** | **70.1** | **73.6** | **76.5** | **79.6** | **83.2** |
| COGS/Shipping & Warehousing (1) | (22.7) | (21.6) | (20.7) | (21.6) | (22.0) | (23.0) | (24.6) | (26.2) | (28.2) |
| **Gross Profit** | **44.4** | **45.4** | **49.9** | **48.5** | **48.1** | **50.6** | **52.0** | **53.4** | **55.0** |
| *COGS/S&W as % of gross sales* | *31.7%* | *29.8%* | *27.1%* | *28.3%* | *29.2%* | *29.0%* | *29.8%* | *30.6%* | *31.5%* |
| **Product Spending** | **(16.8)** | **(15.2)** | **(13.5)** | **(15.6)** | **(15.6)** | **(15.6)** | **(15.6)** | **(15.6)** | **(15.6)** |
| *Product Spending as % of net sales* | *25.1%* | *22.7%* | *19.1%* | *22.3%* | *22.3%* | *21.2%* | *20.4%* | *19.6%* | *18.7%* |
| R&D Market Support | (0.8) | (0.9) | (0.7) | (0.8) | (0.8) | (0.8) | (0.8) | (0.8) | (0.8) |
| **Product Contribution** | **26.8** | **29.2** | **35.7** | **32.1** | **31.7** | **34.2** | **35.6** | **37.0** | **38.6** |

(1) All OTC products are contract manufactured. 2017-2020 include 3% inflation per year while the sales do not include any pricing changes.

PURDUE
CONFIDENTIAL

# R&D Projects Summary

*$M

| Asset | Indication | Phase | Geog | Launch | LOE | PTRS | Peak Net Sales* | Cost To Launch* | NPV/ eNPV* |
|-------|-----------|-------|------|--------|-----|------|-----------------|-----------------|------------|
| TRPV-1 | Chronic Pain | 1 | US | 4Q23 | 2034 | 16% | 998 | 136 | 712/93 |
| Lembo. | Insomnia | 3 | US | 1Q21 | 2034 | 32% | 444 | 149 | 436/104 |
| TrkA | Pain OA | 2 | Global | 2023 | 2032 | 25% | 1,068 | 446 | 412/43 |
| BOX | Chronic Pain | 1 | US | 1Q21 | 2033 | 34% | 540 | 240 | 469/115 |
| ORL-1 | Insomnia | 1 | US | 4Q23 | 2034 | 21% | 793 | 156 | 387/33 |
| BUF | Chronic Pain | 1 | US | 2Q21 | 2033 | 38% | 405 | 237 | 189/17 |

## All projects continue to show positive NPV / eNPV



CONFIDENTIAL

PPLPC045000018394

# Pipeline R&D Costs - Risk Adjustment

| $M | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| BOX | $  1.5 | $  13.2 | $  54.8 | $  96.5 | $  45.7 | $  1.1 |
| TKA | 0.4 | 16.6 | 35.9 | 57.8 | 61.7 | 67.2 |
| OAG | 1.5 | 9.2 | 10.8 | 18.0 | 46.0 | 35.9 |
| VAN | 1.2 | 2.4 | 10.6 | 13.9 | 40.6 | 40.7 |
| LEM | 4.4 | 47.3 | 50.6 | 42.8 | 8.2 | - |
| BUF | - | 5.2 | 46.0 | 98.8 | 59.6 | 0.7 |
| Esteve | - | - | - | - | - | 0.1 |
| **Gross R&D** | **$  9.0** | **$  94.1** | **$  208.7** | **$  327.8** | **$  261.9** | **$  145.8** |
| | | | | | | |
| **Risk Adjustment** | | | | | | |
| | | | | | | |
| BOX | $  1.5 | $  13.2 | $  27.4 | $  48.2 | $  22.9 | $  0.4 |
| TKA | 0.4 | 16.6 | 23.3 | 26.3 | 28.1 | 30.6 |
| OAG | 1.5 | 9.2 | 10.3 | 12.0 | 17.5 | 13.7 |
| VAN | 1.2 | 2.4 | 6.4 | 3.3 | 9.7 | 9.8 |
| LEM | 4.4 | 47.3 | 50.6 | 42.8 | 8.2 | - |
| BUF | - | 5.2 | 23.0 | 49.4 | 29.8 | 0.3 |
| Esteve | - | - | - | - | - | 0.0 |
| **Risk Adjusted R&D** | **$  9.0** | **$  94.1** | **$  141.0** | **$  182.0** | **$  116.2** | **$  54.7** |
| | | | | | | |
| **Risk Adjustment Factor by Year (Nc(Note 2)** | | | | | | |
| BOX | 100% | 100% | 50% | 50% | 50% | 38% |
| TKA | 100% | 100% | 65% | 46% | 46% | 46% |
| OAG | 100% | 100% | 95% | 67% | 38% | 38% |
| VAN | 100% | 100% | 60% | 24% | 24% | 24% |
| LEM | 100% | 100% | 100% | 100% | 100% | |
| BUF | | 100% | 50% | 50% | 50% | 38% |
| Esteve | | | | | | 25% |

Note 1 - does not include costs related to marketed products, discovery research or non -allocated overhead
Note 2 - the risk adjustment factor represents the cumulative probability of success by year. At launch year, represents the cum ulative PTRS%

# R&D Plan – June 2016 vs November 2015 (Risked)

| $M | 2016 | 2017 | Variance 2018 | 2019 | 2020 | Total |
|---|---|---|---|---|---|---|
| **Purdue US R&D** | | | | | | |
| Lemborexant | (9.9) | 12.6 | 16.3 | (2.9) | (0.0) | 16.1 |
| TRKA | 11.0 | 9.7 | 6.7 | (17.4) | (10.2) | (0.3) |
| Biased Opioid | (2.8) | (8.5) | (7.9) | (7.1) | (9.0) | (35.2) |
| Oxy+BUP Combination | 5.1 | 1.4 | 2.9 | 0.9 | 0.3 | 10.6 |
| BUP/Fentanyl Combination | 5.2 | 23.0 | 49.4 | 29.8 | 0.3 | 107.7 |
| ORL1 | (2.9) | 3.4 | 8.9 | 8.3 | 6.3 | 23.9 |
| TRPV1 (VAN) | (1.8) | (2.6) | 0.6 | 1.8 | 1.9 | (0.0) |
| GPI Purdue USA | **4.0** | **39.0** | **77.0** | **13.5** | **(10.5)** | **123.0** |
| | | | | | | |
| **US** | | | | | | |
| BUP | (1.0) | 3.7 | 0.5 | 0.5 | 0.5 | 4.2 |
| HYD | (3.0) | 0.2 | 1.9 | 1.1 | 0.2 | 0.5 |
| Targiniq | (0.3) | (0.1) | 0.0 | 0.0 | 0.0 | (0.4) |
| HCA - Hydrocodone APAP (Vicodin ADF) | 0.0 | (0.5) | 0.0 | 0.0 | 0.0 | (0.5) |
| Project Support (non-allocated OH) | 3.6 | (9.6) | (6.7) | 0.8 | 13.0 | 1.3 |
| Discovery Support | 0.3 | 1.1 | 1.3 | 1.4 | 1.6 | 5.6 |
| Non GPI Purdue USA | **(0.4)** | **(5.2)** | **(3.0)** | **3.9** | **15.3** | **10.6** |
| | | | | | | |
| MRL Projects | 0.0 | (0.1) | (0.1) | (0.2) | (7.7) | (8.1) |
| Operational Risk | (3.6) | (5.1) | (7.6) | 0.2 | 7.4 | (8.8) |
| Other (ORF + OCI + procurement savings) | 0.0 | 0.2 | 0.2 | 0.2 | 0.2 | 1.0 |
| Purdue USA Other | **(3.6)** | **(5.0)** | **(7.5)** | **0.2** | **(0.1)** | **(15.9)** |
| | | | | | | |
| **Total US** | **(0.0)** | **28.9** | **66.5** | **17.6** | **4.7** | **117.7** |

## Addition of the Buprenorphine combination projects add $118M to 5 year plan development costs



# Pipeline Revenue

| $M | | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|
| BOX | $ - | $ 62.6 | $ 128.8 | $ 274.7 | $ 375.5 | $ 426.2 |
| TKA | | - | - | - | 32.3 | 82.0 | 182.6 |
| OAG | | - | - | - | 83.2 | 218.4 | 505.1 |
| VAN | | - | - | - | 134.2 | 275.8 | 467.6 |
| LEM | | - | 49.2 | 121.9 | 240.1 | 335.0 | 395.8 |
| BUF | | - | 53.3 | 119.9 | 190.8 | 234.4 | 250.9 |
| Esteve | | - | - | - | 95.4 | 139.3 | 198.8 |
| Litx | | 13.9 | 41.7 | 97.2 | 138.8 | 143.0 | 147.3 |
| **NET REVENUES** | | **$ 13.9** | **$ 206.8** | **$ 467.7** | **$ 1,189.6** | **$ 1,803.4** | **$ 2,574.3** |

**Risk Adjustment**

| | PTRS % | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|
| BOX | 34% | $ - | $ 21.3 | $ 43.8 | $ 93.4 | $ 127.7 | $ 144.9 |
| TKA | 25% | - | - | - | 8.1 | 20.5 | 45.7 |
| OAG | 21% | - | - | - | 17.5 | 45.9 | 106.1 |
| VAN | 16% | - | - | - | 21.5 | 44.1 | 74.8 |
| LEM | 32% | - | 15.8 | 39.0 | 76.8 | 107.2 | 126.6 |
| BUF | 38% | - | 20.2 | 45.6 | 72.5 | 89.1 | 95.4 |
| Esteve | 25% | - | - | - | 23.9 | 34.8 | 49.7 |
| Litx | 31% | 4.3 | 12.9 | 30.1 | 43.0 | 44.3 | 45.7 |
| **NET REVENUES (Risk Adjusted)** | | **$ 4.3** | **$ 70.2** | **$ 158.5** | **$ 356.7** | **$ 513.6** | **$ 688.8** |

**Post Launch R&D Pipeline Revenues are included at cumulative probability of technical and regulatory success ("PTRS") starting 2020**

# Full Year 2016 LE Tax Distributions

**$M**

| | | |
|---|---:|---:|
| **2016 Budget Tax Distributions** | | **124** |
| Taxes on 2015 Proposed Rule (Q1) | 125 | |
| Tax Shelter on Ex-US | (24) | |
| Taxes on Kentucky | 19 | |
| Taxes on Net Sales Upside | 20 | |
| Depomed $15M (assumed not paid in 2016) | 7 | |
| | 147 | |
| **June LE Tax Distributions** | | **271** |

CONFIDENTIAL

PPLPC045000018398



Thank you

CONFIDENTIAL

PPLPC045000018399