UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------- x

### STATEMENT OF FEES AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF JANUARY 1, 2021 THROUGH JANUARY 31, 2021

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of January 1, 2021 through January 31, 2021 (the "Thirteenth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

### I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.   On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.   On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.   On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. <u>PJT's Request for Payment of Fees and Expenses</u>

5.   For the Thirteenth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $80.98, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,080.98 (representing 80% of the total amount monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Thirteenth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Thirteenth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses.

Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Thirteenth Compensation Period but not included herein.

6.    An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Thirteenth Compensation Period is attached hereto as Appendix A. A summary of the compensation earned and out-of-pocket expenses incurred during the Thirteenth Compensation Period is outlined below:

| Thirteenth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| January 1 – 31, 2021 | $225,000.00 | ($45,000.00) | $80.98 | **$180,080.98** |

7.    The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 912.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Thirteenth Compensation Period are provided in Appendix B. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | January 2021 |
|---|---:|
| Tim Coleman | 10.0 |
| Jamie O'Connell | 63.0 |
| Joe Turner | 122.5 |
| Rafael Schnitzler | 42.5 |
| Tom Melvin | 231.0 |
| Jovana Arsic | 125.0 |
| James Carbaugh | 28.0 |
| Lukas Schwarzmann | 204.0 |
| Jasmine Wu | 86.0 |
| **Total Hours** | **912.0** |

## III. <u>Requested Relief</u>

8.   Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $80.98, in each case earned or incurred during the Thirteenth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 80.98 |
| **Total Amount Due** | **$180,080.98** |

Dated: February 26, 2021               PJT PARTNERS LP

                                       By: /s/ John James O'Connell III
                                             John James O'Connell III
                                             Partner
                                             280 Park Avenue
                                             New York, NY 10017
                                             (212) 364-7800

**APPENDIX A**

PJT Partners

PJT

February 23, 2021

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---:|
| Monthly Fee for the period of January 1, 2021 through January 31, 2021: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |

Out-of-pocket expenses processed through February 3, 2021:[1]

| | | | |
|---|---|---|---:|
| Communications | $ | 40.98 | |
| Meals | | 40.00 | 80.98 |
| **Total Amount Due** | | **$** | **180,080.98** |

**Invoice No. 10016725**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Feb-21 | Total Expenses |
|---|---|---|
| Communications | $      40.98 | $      40.98 |
| Employee Meals | 40.00 | 40.00 |
| **Total Expenses** | **$      80.98** | **$      80.98** |

| | | |
|---|---|---|
| **Communications** | $ | **40.98** |
| **Meals** | | **40.00** |
| **Total Expenses** | $ | **80.98** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through February 3, 2021**
**Invoice No. 10016735**

**Communications**

| | | | |
|---|---|---|---|
| Melvin (wi-fi access while traveling) | 11/29/20 | 40.98 | |
| | **Subtotal - Communications** | **$** | **40.98** |

**Employee Meals**

| | | | |
|---|---|---|---|
| Melvin (weeknight working dinner meal) | 11/23/20 | 20.00 | |
| Melvin (weeknight working dinner meal) | 11/24/20 | 20.00 | |
| | **Subtotal - Employee Meals** | | **40.00** |
| | **Total Expenses** | **$** | **80.98** |

---

[1] In accordance with this Court's administrative order, meal expenses have been capped at $20 per individual.

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Title | Hours |
|---|---|---|
| Tim Coleman | Partner | 10.0 |
| Jamie O'Connell | Partner | 63.0 |
| Joe Turner | Managing Director | 122.5 |
| Rafael Schnitzler | Director | 42.5 |
| Tom Melvin | Vice President | 231.0 |
| Jovana Arsic | Associate | 125.0 |
| James Carbaugh | Associate | 28.0 |
| Lukas Schwarzmann | Analyst | 204.0 |
| Jasmine Wu | Analyst | 86.0 |
| | Total | **912.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tim Coleman | 01/11/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Tim Coleman | 01/12/21 | 2.5 | Board call |
| Tim Coleman | 01/15/21 | 1.0 | Dialed into Special Committee meeting |
| Tim Coleman | 01/19/21 | 1.5 | Dialed into Special Committee meeting |
| Tim Coleman | 01/28/21 | 4.5 | Dialed into board call |
| | | **10.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 01/05/21 | 0.5 | Review document in advance of conference call |
| Jamie O'Connell | 01/05/21 | 2.0 | Conference call regarding plan matters |
| Jamie O'Connell | 01/06/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 01/06/21 | 1.0 | Internal team call regarding financial modeling |
| Jamie O'Connell | 01/06/21 | 0.5 | Conference call regarding plan matters |
| Jamie O'Connell | 01/06/21 | 1.0 | Follow-up internal team call regarding financial modeling |
| Jamie O'Connell | 01/07/21 | 0.5 | Review and comment on financial analysis |
| Jamie O'Connell | 01/07/21 | 1.5 | Conference call with management and counsel regarding various matters |
| Jamie O'Connell | 01/07/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 01/08/21 | 0.5 | Review and comment on financial analysis |
| Jamie O'Connell | 01/08/21 | 0.5 | Internal team call regarding financial modeling |
| Jamie O'Connell | 01/09/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 01/09/21 | 1.5 | Review and comment on financial analysis |
| Jamie O'Connell | 01/10/21 | 0.5 | Call with J. Turner regarding financial analysis |
| Jamie O'Connell | 01/10/21 | 0.5 | Correspondences regarding financial analysis |
| Jamie O'Connell | 01/11/21 | 1.0 | Conference call with management and counsel regarding various matters |
| Jamie O'Connell | 01/11/21 | 0.5 | Call with T. Coleman regarding various matters |
| Jamie O'Connell | 01/11/21 | 1.0 | Internal team call regarding various matters |
| Jamie O'Connell | 01/11/21 | 0.5 | Conference call with counsel regarding presentation |
| Jamie O'Connell | 01/11/21 | 1.0 | Review draft document |
| Jamie O'Connell | 01/11/21 | 0.5 | Call with J. Turner regarding financial analysis |
| Jamie O'Connell | 01/12/21 | 1.0 | Review and comment on draft presentation |
| Jamie O'Connell | 01/12/21 | 0.5 | Internal team call regarding draft presentation |
| Jamie O'Connell | 01/12/21 | 2.5 | Board call |
| Jamie O'Connell | 01/13/21 | 1.0 | Discussion with advisors regarding financial analysis |
| Jamie O'Connell | 01/13/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 01/13/21 | 1.0 | Conference call with advisors regarding various matters |
| Jamie O'Connell | 01/14/21 | 1.5 | Weekly update call with management and advisors |
| Jamie O'Connell | 01/14/21 | 1.0 | Review and comment on financial analysis |
| Jamie O'Connell | 01/14/21 | 0.5 | Call with J. Turner and T. Melvin regarding financial analysis |
| Jamie O'Connell | 01/15/21 | 0.5 | Review and comment on financial analysis |
| Jamie O'Connell | 01/15/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 01/15/21 | 1.0 | Dialed into Special Committee meeting |
| Jamie O'Connell | 01/15/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 01/16/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 01/16/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 01/17/21 | 3.0 | Financial analyses |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 01/17/21 | 1.0 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 01/17/21 | 1.0 | Internal team meeting regarding various matters |
| Jamie O'Connell | 01/18/21 | 1.0 | Correspondences and call regarding various matters |
| Jamie O'Connell | 01/18/21 | 0.5 | Internal team call regarding various matters |
| Jamie O'Connell | 01/19/21 | 0.5 | Preparation for conference call |
| Jamie O'Connell | 01/19/21 | 1.5 | Dialed into Special Committee meeting |
| Jamie O'Connell | 01/19/21 | 1.0 | Weekly update call with advisors |
| Jamie O'Connell | 01/20/21 | 1.5 | Dialed into bankruptcy court hearing |
| Jamie O'Connell | 01/20/21 | 1.5 | Conference call regarding plan matters |
| Jamie O'Connell | 01/21/21 | 1.0 | Weekly conference call with management and advisors |
| Jamie O'Connell | 01/21/21 | 0.5 | Internal team call regarding financial modeling |
| Jamie O'Connell | 01/22/21 | 0.5 | Correspondences regarding financial matter |
| Jamie O'Connell | 01/22/21 | 0.5 | Dialed into board call |
| Jamie O'Connell | 01/23/21 | 1.0 | Calls with J. Turner regarding various matters |
| Jamie O'Connell | 01/24/21 | 0.5 | Call with J. Turner and T. Melvin regarding draft term sheet |
| Jamie O'Connell | 01/24/21 | 1.0 | Calls with J. Turner regarding various matters |
| Jamie O'Connell | 01/24/21 | 1.0 | Review and comment on draft term sheet |
| Jamie O'Connell | 01/24/21 | 0.5 | Review and comment on financial analysis |
| Jamie O'Connell | 01/24/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 01/26/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 01/26/21 | 0.5 | Weekly conference call with advisors |
| Jamie O'Connell | 01/26/21 | 1.5 | Multiple calls regarding various matters |
| Jamie O'Connell | 01/27/21 | 1.5 | Conference calls with management and counsel regarding various matters |
| Jamie O'Connell | 01/27/21 | 0.5 | Review and comment on financial analysis |
| Jamie O'Connell | 01/27/21 | 1.0 | Calls with J. Turner regarding various matters |
| Jamie O'Connell | 01/28/21 | 4.5 | Dialed into board call |
| Jamie O'Connell | 01/28/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 01/29/21 | 0.5 | Conference call with management and counsel regarding various matters |
| Jamie O'Connell | 01/29/21 | 1.0 | Conference call with creditor advisors regarding various matters |
| Jamie O'Connell | 01/29/21 | 1.0 | Follow-up conference call with management and counsel regarding various matters |
| Jamie O'Connell | 01/30/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 01/31/21 | 0.5 | Call with J. Turner regarding various matters |
| | | **63.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 01/04/21 | 1.0 | Diligence call with company, creditor advisors, and outside counsel |
| Joe Turner | 01/04/21 | 0.5 | PJT internal weekly update call |
| Joe Turner | 01/05/21 | 1.0 | Weekly advisor call |
| Joe Turner | 01/05/21 | 1.0 | Review of various financial scenario analyses |
| Joe Turner | 01/05/21 | 0.5 | Internal PJT discussion to review scenario analysis |
| Joe Turner | 01/06/21 | 1.0 | Prep for call with company regarding BD workstream |
| Joe Turner | 01/06/21 | 1.0 | Call with company regarding BD workstream |
| Joe Turner | 01/06/21 | 2.0 | 3x internal PJT discussions to review scenario analysis |
| Joe Turner | 01/06/21 | 0.5 | Call with DPW/Alix to review Special Committee materials |
| Joe Turner | 01/06/21 | 1.5 | Drafting/review of Special Committee materials |
| Joe Turner | 01/06/21 | 1.0 | Diligence call with company and creditor advisors |
| Joe Turner | 01/06/21 | 1.0 | Emails regarding financial analyses |
| Joe Turner | 01/07/21 | 1.0 | Weekly update call with company and advisors |
| Joe Turner | 01/07/21 | 0.5 | Call with company regarding various accounting items |
| Joe Turner | 01/07/21 | 1.0 | Correspondences and calls regarding various matters |
| Joe Turner | 01/07/21 | 0.5 | Internal PJT discussion to review scenario analysis |
| Joe Turner | 01/07/21 | 1.0 | Drafting/review of Special Committee materials |
| Joe Turner | 01/08/21 | 1.5 | 2x call with company and stakeholder advisors regarding accounting diligence |
| Joe Turner | 01/08/21 | 0.5 | Internal PJT discussion to review scenario analysis |
| Joe Turner | 01/08/21 | 0.5 | Diligence call with company and creditor advisors |
| Joe Turner | 01/09/21 | 2.0 | Review of various financial scenario analysis |
| Joe Turner | 01/10/21 | 1.0 | 2x internal PJT discussions to review scenario analysis |
| Joe Turner | 01/10/21 | 2.0 | Review of various financial scenario analysis |
| Joe Turner | 01/11/21 | 1.0 | Internal PJT discussion to review scenario analysis |
| Joe Turner | 01/11/21 | 1.0 | Discussion with Alix Partners regarding court documentation |
| Joe Turner | 01/11/21 | 1.0 | Call with Company to review scenario analysis |
| Joe Turner | 01/11/21 | 1.0 | Correspondences and calls regarding various matters |
| Joe Turner | 01/11/21 | 0.5 | Internal PJT discussion to discuss various items |
| Joe Turner | 01/11/21 | 2.5 | Review of various financial scenario analysis |
| Joe Turner | 01/11/21 | 1.0 | Emails related to coordination of financial analysis |
| Joe Turner | 01/12/21 | 2.5 | 4x internal PJT discussions to review scenario analysis |
| Joe Turner | 01/12/21 | 2.0 | Review of various financial scenario analyses |
| Joe Turner | 01/13/21 | 1.0 | Discussion with creditor advisors regarding various items |
| Joe Turner | 01/13/21 | 2.0 | Review of various financial scenario analyses |
| Joe Turner | 01/14/21 | 1.0 | 2x internal PJT discussions to review scenario analysis |
| Joe Turner | 01/14/21 | 1.5 | Correspondences and calls regarding various matters |
| Joe Turner | 01/14/21 | 3.5 | Review of various financial scenario analyses |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 01/14/21 | 1.0 | Weekly advisor call |
| Joe Turner | 01/15/21 | 3.0 | Special committee meeting (inc. prep time) |
| Joe Turner | 01/15/21 | 0.5 | Call with PJT team regarding financial analysis |
| Joe Turner | 01/15/21 | 2.5 | Review of various financial scenario analyses |
| Joe Turner | 01/16/21 | 0.5 | Call with creditor FAs regarding financial analysis |
| Joe Turner | 01/16/21 | 0.5 | Call with company regarding BD workstream |
| Joe Turner | 01/16/21 | 1.5 | Review of various financial scenario analyses |
| Joe Turner | 01/17/21 | 1.0 | Call with J. O'Connell regarding various matters |
| Joe Turner | 01/17/21 | 1.0 | Internal team meeting regarding various matters |
| Joe Turner | 01/18/21 | 1.5 | Correspondences and call regarding various matters |
| Joe Turner | 01/18/21 | 0.5 | Internal team call regarding various matters |
| Joe Turner | 01/18/21 | 0.5 | Call with Alix Partners regarding financial modeling assumptions |
| Joe Turner | 01/19/21 | 1.5 | Dialed into Special Committee meeting |
| Joe Turner | 01/19/21 | 1.0 | Weekly update call with advisors |
| Joe Turner | 01/19/21 | 1.0 | Drafting and review of correspondence to creditor advisors |
| Joe Turner | 01/20/21 | 2.0 | Dialed into bankruptcy court hearing |
| Joe Turner | 01/20/21 | 0.5 | Call(s) with Alix Partners regarding various items |
| Joe Turner | 01/20/21 | 1.5 | Conference call regarding plan matters |
| Joe Turner | 01/20/21 | 1.0 | Call with creditor FAs regarding financial analysis |
| Joe Turner | 01/21/21 | 1.0 | Weekly conference call with management and advisors |
| Joe Turner | 01/21/21 | 1.5 | Drafting and review of correspondence to creditor advisors |
| Joe Turner | 01/21/21 | 0.5 | Call with Debtor FAs regarding financial modeling assumptions |
| Joe Turner | 01/21/21 | 2.0 | Review of various financial analyses |
| Joe Turner | 01/21/21 | 1.0 | 2x internal team calls regarding financial modeling |
| Joe Turner | 01/22/21 | 0.5 | Correspondences regarding financial matter |
| Joe Turner | 01/22/21 | 2.5 | Dialed into board call (inc. prep time) |
| Joe Turner | 01/22/21 | 1.0 | Drafting and review of correspondence to creditor advisors |
| Joe Turner | 01/22/21 | 0.5 | Call with Alix regarding AG correspondence |
| Joe Turner | 01/22/21 | 1.0 | Call(s) with Alix Partners regarding various items |
| Joe Turner | 01/23/21 | 1.0 | Calls with J. O'Connell regarding various matters |
| Joe Turner | 01/24/21 | 0.5 | Call with J. O'Connell and T. Melvin regarding draft term sheet |
| Joe Turner | 01/24/21 | 1.0 | Calls with J. O'Connell regarding various matters |
| Joe Turner | 01/24/21 | 0.5 | Review and comment on draft term sheet |
| Joe Turner | 01/24/21 | 3.5 | Drafting and review of correspondence to creditor advisors |
| Joe Turner | 01/24/21 | 0.5 | Review of various financial scenario analyses |
| Joe Turner | 01/24/21 | 1.0 | Correspondences and calls regarding various matters, including tax items |
| Joe Turner | 01/25/21 | 2.0 | Drafting and review of correspondence to creditor advisors |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 01/25/21 | 0.5 | Call(s) with Alix Partners regarding various items |
| Joe Turner | 01/25/21 | 3.0 | Review of various financial scenario analyses |
| Joe Turner | 01/26/21 | 1.5 | Review of various financial scenario analyses |
| Joe Turner | 01/26/21 | 1.0 | Correspondences and calls regarding various matters |
| Joe Turner | 01/26/21 | 1.5 | Drafting and review of correspondence to creditor advisors |
| Joe Turner | 01/26/21 | 1.0 | Call(s) with Alix Partners regarding various items |
| Joe Turner | 01/27/21 | 1.5 | Conference calls with management and counsel regarding various matters |
| Joe Turner | 01/27/21 | 3.0 | 2x separate calls with creditor FAs regarding financial analysis (inc. prep time) |
| Joe Turner | 01/27/21 | 3.0 | Review of various financial scenario analyses |
| Joe Turner | 01/27/21 | 1.0 | Calls with J. O'Connell regarding various matters |
| Joe Turner | 01/28/21 | 6.0 | Dialed into board call (inc. prep time) |
| Joe Turner | 01/28/21 | 2.0 | Drafting and review of correspondence to creditor advisors |
| Joe Turner | 01/28/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 01/28/21 | 1.0 | Call(s) with Alix Partners regarding various items |
| Joe Turner | 01/29/21 | 1.0 | Conference call with management and counsel regarding various matters |
| Joe Turner | 01/29/21 | 1.0 | Conference call with creditor advisors regarding various matters |
| Joe Turner | 01/29/21 | 1.0 | Follow-up conference call with management and counsel regarding various matters |
| Joe Turner | 01/29/21 | 1.0 | Call(s) and correspondence with Alix Partners regarding various items |
| Joe Turner | 01/29/21 | 0.5 | Internal PJT call regarding financial/liquidity modeling assumptions |
| Joe Turner | 01/30/21 | 0.5 | Correspondence with Debtor advisors regarding various items |
| Joe Turner | 01/30/21 | 1.0 | Review of financial analysis |
| Joe Turner | 01/31/21 | 0.5 | Call with Debtor advisors regarding financial modeling assumptions |
| Joe Turner | 01/31/21 | 0.5 | Call with Alix to review financial analysis |
| | | **122.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 01/06/21 | 1.0 | Call with company regarding BD workstream |
| Rafael Schnitzler | 01/07/21 | 0.5 | Internal Call |
| Rafael Schnitzler | 01/08/21 | 1.5 | Drafting financial analysis |
| Rafael Schnitzler | 01/08/21 | 0.5 | Internal team call to discuss financial analysis |
| Rafael Schnitzler | 01/08/21 | 0.5 | Diligence call with company and creditor advisors |
| Rafael Schnitzler | 01/09/21 | 0.5 | Review of various financial scenario analysis |
| Rafael Schnitzler | 01/11/21 | 0.5 | Debrief Call |
| Rafael Schnitzler | 01/11/21 | 1.0 | Drafting financial analysis |
| Rafael Schnitzler | 01/12/21 | 0.5 | Review and comment on financial analysis |
| Rafael Schnitzler | 01/12/21 | 1.0 | Correspondences and calls regarding various matters |
| Rafael Schnitzler | 01/12/21 | 1.5 | Drafting financial analysis |
| Rafael Schnitzler | 01/12/21 | 0.5 | Call on financial analysis |
| Rafael Schnitzler | 01/12/21 | 1.0 | Review and comment on financial analysis |
| Rafael Schnitzler | 01/14/21 | 0.5 | Internal team call to discuss financial analysis |
| Rafael Schnitzler | 01/14/21 | 1.5 | Emails regarding diligence process |
| Rafael Schnitzler | 01/15/21 | 1.0 | Call regarding financial analysis |
| Rafael Schnitzler | 01/15/21 | 2.5 | Special committee meeting |
| Rafael Schnitzler | 01/16/21 | 0.5 | Call with company regarding BD workstream |
| Rafael Schnitzler | 01/16/21 | 1.5 | Review and comment on financial analysis |
| Rafael Schnitzler | 01/16/21 | 0.5 | Call regarding BD workstream |
| Rafael Schnitzler | 01/17/21 | 1.0 | Review of financial analysis |
| Rafael Schnitzler | 01/19/21 | 0.5 | Internal team call on deck |
| Rafael Schnitzler | 01/19/21 | 0.5 | Debrief Call |
| Rafael Schnitzler | 01/19/21 | 1.5 | Dialed into Special Committee meeting |
| Rafael Schnitzler | 01/19/21 | 1.0 | Review of financial analysis |
| Rafael Schnitzler | 01/20/21 | 2.0 | Correspondences and calls regarding various matters |
| Rafael Schnitzler | 01/21/21 | 0.5 | Call on financial analysis |
| Rafael Schnitzler | 01/21/21 | 1.5 | Drafting financial analysis |
| Rafael Schnitzler | 01/22/21 | 0.5 | PJT Advisory internal weekly update call |
| Rafael Schnitzler | 01/22/21 | 2.0 | Dialed into board call |
| Rafael Schnitzler | 01/23/21 | 2.0 | Review and comment on financial analysis |
| Rafael Schnitzler | 01/23/21 | 1.0 | Drafting financial analysis |
| Rafael Schnitzler | 01/24/21 | 1.0 | Correspondences and calls regarding various matters, including tax items |
| Rafael Schnitzler | 01/25/21 | 0.5 | Internal weekly update call |
| Rafael Schnitzler | 01/25/21 | 3.0 | Review and comment on financial analysis |
| Rafael Schnitzler | 01/26/21 | 1.5 | Review of various financial scenario analyses |
| Rafael Schnitzler | 01/26/21 | 1.0 | Correspondences and calls regarding various matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 01/28/21 | 2.0 | Review and comment on financial analysis |
| Rafael Schnitzler | 01/29/21 | 1.0 | Correspondences and calls regarding various matters |
| | | 42.5 | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 01/01/21 | 0.5 | E-mail correspondence with AlixPartners and Company management related to diligence requests |
| Thomas Melvin | 01/02/21 | 0.5 | E-mail correspondence related to various diligence requests |
| Thomas Melvin | 01/03/21 | 1.0 | E-mail correspondence related to various diligence requests |
| Thomas Melvin | 01/04/21 | 1.0 | Conference call with AlixPartners and DPW regarding diligence requests |
| Thomas Melvin | 01/04/21 | 0.5 | Weekly internal team call |
| Thomas Melvin | 01/04/21 | 1.0 | Conference call with creditor financial advisors regarding financial analysis |
| Thomas Melvin | 01/04/21 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/04/21 | 0.5 | Submit responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/04/21 | 0.5 | E-mail correspondence with AlixPartners and DPW related to various diligence requests |
| Thomas Melvin | 01/04/21 | 1.5 | Review creditor financial advisor financial analysis |
| Thomas Melvin | 01/05/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 01/05/21 | 1.0 | Conference call with Company management, AlixPartners and DPW to discuss legal matters |
| Thomas Melvin | 01/05/21 | 2.5 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 01/05/21 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/05/21 | 1.0 | E-mail correspondence with Company and creditor financial advisors related to diligence requests |
| Thomas Melvin | 01/06/21 | 1.0 | Internal team call to discuss financial analysis |
| Thomas Melvin | 01/06/21 | 0.5 | Conference call with AlixPartners and DPW to discuss legal matters |
| Thomas Melvin | 01/06/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 01/06/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 01/06/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 01/06/21 | 3.0 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 01/06/21 | 2.5 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/06/21 | 0.5 | Call with R. Schnitzler to discuss financial analysis |
| Thomas Melvin | 01/06/21 | 1.5 | E-mail correspondence with creditor financial advisors related to diligence requests |
| Thomas Melvin | 01/06/21 | 2.0 | Prepare and review financial analysis requested by DPW |
| Thomas Melvin | 01/07/21 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 01/07/21 | 0.5 | Call with J. Turner regarding various matters |
| Thomas Melvin | 01/07/21 | 0.5 | Call with Company management and AlixPartners regarding diligence requests |
| Thomas Melvin | 01/07/21 | 0.5 | Conference call with creditor financial advisors regarding financial analysis |
| Thomas Melvin | 01/07/21 | 4.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/07/21 | 1.0 | E-mail correspondence with internal team regarding various financial analyses |
| Thomas Melvin | 01/07/21 | 0.5 | Call with Company management to discuss various matters |
| Thomas Melvin | 01/07/21 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/07/21 | 0.5 | E-mail correspondence with Company management regarding creditor advisor diligence requests |
| Thomas Melvin | 01/08/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 01/08/21 | 1.0 | Call with AlixPartners regarding various diligence requests |
| Thomas Melvin | 01/08/21 | 0.5 | Call with AlixPartners and DPW regarding various matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 01/08/21 | 1.0 | Conference call with creditor financial advisors and AlixPartners regarding diligence requests |
| Thomas Melvin | 01/08/21 | 5.5 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/08/21 | 0.5 | E-mail correspondence with AlixPartners regarding diligence requests and upcoming meetings |
| Thomas Melvin | 01/08/21 | 1.0 | Review draft documentation from DPW |
| Thomas Melvin | 01/09/21 | 5.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/09/21 | 0.5 | E-mail correspondence with creditor financial advisors related to various matters |
| Thomas Melvin | 01/10/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 01/10/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 01/10/21 | 0.5 | Call with Company management and AlixPartners regarding financial analysis |
| Thomas Melvin | 01/10/21 | 5.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/10/21 | 0.5 | E-mail correspondence with internal team and Company management regarding various matters |
| Thomas Melvin | 01/11/21 | 1.0 | Conference call with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 01/11/21 | 1.0 | Call with AlixPartners regarding financial analysis |
| Thomas Melvin | 01/11/21 | 0.5 | Call with Company management and AlixPartners regarding financial analysis |
| Thomas Melvin | 01/11/21 | 0.5 | Weekly internal team call |
| Thomas Melvin | 01/11/21 | 0.5 | Conference call with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 01/11/21 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/11/21 | 5.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/11/21 | 1.0 | Review draft documentation from DPW |
| Thomas Melvin | 01/11/21 | 1.5 | E-mail correspondence with Company management and creditor advisors regarding diligence requests |
| Thomas Melvin | 01/12/21 | 1.0 | Conference call with Company management, AlixPartners and creditor financial advisors regarding diligence requests |
| Thomas Melvin | 01/12/21 | 2.0 | Attended telephonic board meeting |
| Thomas Melvin | 01/12/21 | 5.5 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/12/21 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/12/21 | 1.0 | E-mail correspondence with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 01/13/21 | 0.5 | Call with Company management and AlixPartners regarding financial analysis |
| Thomas Melvin | 01/13/21 | 1.0 | Conference call with AlixPartners and creditor financial advisors regarding various matters |
| Thomas Melvin | 01/13/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 01/13/21 | 0.5 | Conference call with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 01/13/21 | 3.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/13/21 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/13/21 | 1.0 | E-mail correspondence with AlixPartners and creditor advisors regarding diligence requests |
| Thomas Melvin | 01/13/21 | 0.5 | Prepare and review weekly meeting agenda |
| Thomas Melvin | 01/14/21 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 01/14/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 01/14/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 01/14/21 | 2.5 | Prepare and review responses to creditor financial advisor diligence requests |

# PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
### JANUARY 1, 2021 THROUGH JANUARY 31, 2021

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 01/14/21 | 1.0 | E-mail correspondence with AlixPartners and Company management regarding creditor advisor diligence requests |
| Thomas Melvin | 01/14/21 | 4.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/14/21 | 1.5 | Review of various materials related to financial analysis |
| Thomas Melvin | 01/15/21 | 1.0 | Attended portion of telephonic board meeting |
| Thomas Melvin | 01/15/21 | 0.5 | Internal team call to discuss various matters |
| Thomas Melvin | 01/15/21 | 2.0 | Review of various materials related to financial analysis |
| Thomas Melvin | 01/15/21 | 3.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/15/21 | 1.0 | E-mail correspondence with internal team regarding various financial analyses |
| Thomas Melvin | 01/15/21 | 1.5 | E-mail correspondence with DPW in response to various questions related to analysis |
| Thomas Melvin | 01/16/21 | 1.0 | Conference call with AlixPartners and creditor financial advisors regarding various matters |
| Thomas Melvin | 01/16/21 | 1.5 | Review of various materials related to financial analysis |
| Thomas Melvin | 01/16/21 | 3.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/16/21 | 1.5 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/17/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 01/17/21 | 2.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/17/21 | 1.0 | E-mail correspondence with internal team and creditor advisors regarding various matters |
| Thomas Melvin | 01/17/21 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/18/21 | 0.5 | Conference call with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 01/18/21 | 0.5 | Weekly internal team call |
| Thomas Melvin | 01/18/21 | 1.5 | E-mail correspondence with Company management and DPW in response to various questions |
| Thomas Melvin | 01/18/21 | 0.5 | Call with Company finance team regarding financial analysis |
| Thomas Melvin | 01/18/21 | 4.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/18/21 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/18/21 | 1.0 | E-mail correspondence with creditor financial advisors to coordinate in advance of upcoming meeting |
| Thomas Melvin | 01/19/21 | 1.0 | Attended portion of telephonic board meeting |
| Thomas Melvin | 01/19/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 01/19/21 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/19/21 | 4.5 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/19/21 | 1.5 | E-mail correspondence with DPW regarding various matters |
| Thomas Melvin | 01/20/21 | 1.0 | Dialed into omnibus hearing |
| Thomas Melvin | 01/20/21 | 0.5 | Conference call with AlixPartners and creditor financial advisors regarding financial analysis |
| Thomas Melvin | 01/20/21 | 1.0 | Call with AlixPartners and Company management to prepare for upcoming meeting |
| Thomas Melvin | 01/20/21 | 1.0 | Conference call with AlixPartners, Company management and creditor financial advisors regarding diligence requests |
| Thomas Melvin | 01/20/21 | 0.5 | Follow-up call with AlixPartners and creditor financial advisors |
| Thomas Melvin | 01/20/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 01/20/21 | 0.5 | Conference call with AlixPartners, DPW and Company management regarding plan documentation |
| Thomas Melvin | 01/20/21 | 1.5 | E-mail correspondence with Company management and AlixPartners regarding various matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 01/20/21 | 1.5 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/20/21 | 1.0 | Review draft plan materials from DPW |
| Thomas Melvin | 01/20/21 | 0.5 | E-mail correspondence with creditor financial advisors regarding various matters |
| Thomas Melvin | 01/21/21 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 01/21/21 | 0.5 | Call with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 01/21/21 | 0.5 | Call with creditor financial advisors regarding various matters |
| Thomas Melvin | 01/21/21 | 0.5 | Internal team call to discuss various matters |
| Thomas Melvin | 01/21/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 01/21/21 | 1.0 | Review draft plan materials from DPW |
| Thomas Melvin | 01/21/21 | 1.0 | Review draft plan materials from AlixPartners |
| Thomas Melvin | 01/21/21 | 1.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/21/21 | 3.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/21/21 | 1.0 | E-mail correspondence with AlixPartners and creditor financial advisors regarding various matters |
| Thomas Melvin | 01/22/21 | 2.0 | Attended telephonic board meeting |
| Thomas Melvin | 01/22/21 | 0.5 | Call with Company management regarding financial analysis |
| Thomas Melvin | 01/22/21 | 2.0 | Review various materials from DPW |
| Thomas Melvin | 01/22/21 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/22/21 | 2.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/22/21 | 1.0 | E-mail correspondence with internal team and DPW regarding various matters |
| Thomas Melvin | 01/22/21 | 1.5 | E-mail correspondence with creditor financial advisors regarding financial analysis |
| Thomas Melvin | 01/23/21 | 2.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/23/21 | 1.0 | E-mail correspondence with internal team and DPW regarding various matters |
| Thomas Melvin | 01/23/21 | 0.5 | E-mail correspondence with AlixPartners regarding various matters |
| Thomas Melvin | 01/24/21 | 0.5 | Call with AlixPartners and DPW regarding tax-related matters |
| Thomas Melvin | 01/24/21 | 0.5 | Call with AlixPartners and DPW regarding tax-related matters |
| Thomas Melvin | 01/24/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 01/24/21 | 2.0 | Review draft materials from DPW |
| Thomas Melvin | 01/24/21 | 3.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/25/21 | 0.5 | Internal team call to discuss financial analysis |
| Thomas Melvin | 01/25/21 | 1.5 | E-mail correspondence with internal team regarding various matters |
| Thomas Melvin | 01/25/21 | 0.5 | Call with internal team members to discuss financial analysis |
| Thomas Melvin | 01/25/21 | 2.5 | Review draft materials from DPW |
| Thomas Melvin | 01/25/21 | 1.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/25/21 | 0.5 | E-mail correspondence with creditor financial advisors regarding diligence requests |
| Thomas Melvin | 01/25/21 | 1.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/26/21 | 1.0 | Call with AlixPartners regarding various financial analyses |
| Thomas Melvin | 01/26/21 | 1.0 | Weekly debtor advisor call |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 01/26/21 | 1.0 | Internal team call to discuss financial analysis |
| Thomas Melvin | 01/26/21 | 1.0 | E-mail correspondence with internal team and DPW regarding various matters |
| Thomas Melvin | 01/26/21 | 2.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/26/21 | 1.0 | E-mail correspondence with creditor financial advisors regarding diligence requests |
| Thomas Melvin | 01/27/21 | 0.5 | Call with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 01/27/21 | 1.0 | Conference call with AlixPartners and creditor financial advisors regarding various matters |
| Thomas Melvin | 01/27/21 | 1.0 | Rescheduled weekly call with Company management and debtor advisors |
| Thomas Melvin | 01/27/21 | 2.5 | Review draft materials from DPW |
| Thomas Melvin | 01/27/21 | 2.0 | Prepare and review various internal financial analyses |
| Thomas Melvin | 01/28/21 | 5.0 | Attended telephonic board meeting |
| Thomas Melvin | 01/28/21 | 1.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/28/21 | 2.0 | Review draft materials from DPW |
| Thomas Melvin | 01/29/21 | 1.0 | Call with AlixPartners and DPW regarding upcoming meetings |
| Thomas Melvin | 01/29/21 | 1.0 | Conference call with creditor financial advisors and AlixPartners regarding financial analysis |
| Thomas Melvin | 01/29/21 | 0.5 | Call with internal capital markets team to discuss various matters |
| Thomas Melvin | 01/29/21 | 0.5 | Call with Company management, AlixPartners and DPW regarding various matters |
| Thomas Melvin | 01/29/21 | 2.0 | Prepare and review responses to creditor financial advisor diligence requests |
| Thomas Melvin | 01/29/21 | 2.0 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 01/30/21 | 1.0 | Review draft materials from DPW |
| Thomas Melvin | 01/30/21 | 0.5 | E-mail correspondence with internal team and DPW regarding various matters |
| Thomas Melvin | 01/31/21 | 0.5 | Call with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 01/31/21 | 1.0 | E-mail correspondence with internal team and DPW regarding various matters |
| Thomas Melvin | 01/31/21 | 0.5 | Call with internal team members to discuss financial analysis |
| Thomas Melvin | 01/31/21 | 0.5 | E-mail correspondence with AlixPartners regarding various matters |
| Thomas Melvin | 01/31/21 | 2.0 | Prepare and review various financial analyses and communications requested by DPW |
| | | **231.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 01/01/21 | 1.0 | Diligence call with company, creditor advisors, and outside counsel |
| Jovana Arsic | 01/04/21 | 0.5 | PJT internal weekly update call |
| Jovana Arsic | 01/05/21 | 1.0 | Weekly advisor call |
| Jovana Arsic | 01/05/21 | 0.5 | Internal PJT discussion to review scenario analysis |
| Jovana Arsic | 01/06/21 | 0.5 | Internal PJT discussion to review scenario analysis |
| Jovana Arsic | 01/06/21 | 1.0 | Diligence call with company and creditor advisors |
| Jovana Arsic | 01/07/21 | 1.0 | Weekly update call with company and advisors |
| Jovana Arsic | 01/07/21 | 1.0 | Drafting/review of Special Committee materials |
| Jovana Arsic | 01/08/21 | 0.5 | Internal PJT discussion to review scenario analysis |
| Jovana Arsic | 01/10/21 | 0.5 | Internal PJT discussions to review scenario analysis |
| Jovana Arsic | 01/11/21 | 1.0 | Internal PJT discussions to review scenario analysis |
| Jovana Arsic | 01/11/21 | 1.0 | Call on IAC tax analysis |
| Jovana Arsic | 01/11/21 | 1.5 | 2x Call with Company to review scenario analysis |
| Jovana Arsic | 01/11/21 | 1.0 | Discussion with Alix Partners regarding court documentation |
| Jovana Arsic | 01/11/21 | 1.0 | Correspondences and calls regarding various matters |
| Jovana Arsic | 01/11/21 | 2.0 | Work on financial analysis |
| Jovana Arsic | 01/11/21 | 4.0 | Review of various financial scenario analysis |
| Jovana Arsic | 01/12/21 | 4.0 | Work on scenario analysis |
| Jovana Arsic | 01/12/21 | 3.0 | Work on financial analysis |
| Jovana Arsic | 01/12/21 | 1.0 | Internal PJT discussions to review scenario analysis |
| Jovana Arsic | 01/13/21 | 0.5 | Internal PJT discussions to review scenario analysis |
| Jovana Arsic | 01/13/21 | 2.0 | Review of various financial scenario analyses |
| Jovana Arsic | 01/13/21 | 1.0 | Internal PJT discussions to review scenario analysis |
| Jovana Arsic | 01/13/21 | 1.0 | Discussion with creditor advisors regarding various items |
| Jovana Arsic | 01/13/21 | 3.0 | Work on financial analysis |
| Jovana Arsic | 01/13/21 | 1.0 | Internal PJT discussion to review financial analysis |
| Jovana Arsic | 01/13/21 | 1.0 | Call with DPW regarding scenario analysis |
| Jovana Arsic | 01/13/21 | 2.0 | Work on scenario analysis |
| Jovana Arsic | 01/14/21 | 1.0 | 2x internal PJT discussions to review scenario analysis |
| Jovana Arsic | 01/14/21 | 1.5 | Correspondences and calls regarding various matters |
| Jovana Arsic | 01/14/21 | 4.0 | Review of various financial scenario analyses |
| Jovana Arsic | 01/14/21 | 1.0 | Weekly advisor call |
| Jovana Arsic | 01/13/21 | 3.0 | Work on financial analysis |
| Jovana Arsic | 01/15/21 | 3.0 | Special committee meeting (inc. prep time) |
| Jovana Arsic | 01/15/21 | 0.5 | Call with PJT team regarding financial analysis |
| Jovana Arsic | 01/15/21 | 6.0 | Work on financial analysis |
| Jovana Arsic | 01/16/21 | 0.5 | Call with creditor FAs regarding financial analysis |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 01/16/21 | 0.5 | Call with company regarding BD workstream |
| Jovana Arsic | 01/16/21 | 2.0 | Work on financial scenario analyses |
| Jovana Arsic | 01/17/21 | 2.0 | Work on financial scenario analyses |
| Jovana Arsic | 01/17/21 | 1.0 | Internal team meeting regarding various matters |
| Jovana Arsic | 01/18/21 | 0.5 | Internal team call regarding various matters |
| Jovana Arsic | 01/18/21 | 3.5 | Work on financial analysis |
| Jovana Arsic | 01/19/21 | 1.0 | Weekly update call with advisors |
| Jovana Arsic | 01/19/21 | 5.0 | Work on financial analysis |
| Jovana Arsic | 01/20/21 | 2.0 | Dialed into bankruptcy court hearing |
| Jovana Arsic | 01/20/21 | 0.5 | Call(s) with Alix Partners regarding various items |
| Jovana Arsic | 01/20/21 | 1.5 | Conference call regarding plan matters |
| Jovana Arsic | 01/20/21 | 2.0 | 3x Call with creditor FAs regarding financial analysis |
| Jovana Arsic | 01/20/21 | 1.0 | Call regarding financial analysis |
| Jovana Arsic | 01/20/21 | 4.0 | Work on financial analysis |
| Jovana Arsic | 01/21/21 | 1.0 | Weekly conference call with management and advisors |
| Jovana Arsic | 01/21/21 | 0.5 | Call regarding claims resolution |
| Jovana Arsic | 01/21/21 | 3.0 | Work on financial analysis |
| Jovana Arsic | 01/21/21 | 1.5 | 3x internal team calls regarding financial modeling |
| Jovana Arsic | 01/22/21 | 3.0 | Work on financial analysis |
| Jovana Arsic | 01/24/21 | 2.0 | Work on financial analysis |
| Jovana Arsic | 01/24/21 | 0.5 | Internal team call regarding financial modeling |
| Jovana Arsic | 01/25/21 | 0.5 | Internal team call regarding financial modeling |
| Jovana Arsic | 01/25/21 | 4.5 | Work on financial analysis |
| Jovana Arsic | 01/26/21 | 1.5 | Review of various financial scenario analyses |
| Jovana Arsic | 01/26/21 | 4.0 | Work on financial analysis |
| Jovana Arsic | 01/26/21 | 1.0 | Weekly update call with advisors |
| Jovana Arsic | 01/26/21 | 1.0 | Internal team call regarding financial modeling |
| Jovana Arsic | 01/27/21 | 0.5 | Call with management and counsel regarding financial analysis |
| Jovana Arsic | 01/27/21 | 3.0 | 2x separate calls with creditor FAs regarding financial analysis (inc. prep time) |
| Jovana Arsic | 01/27/21 | 3.0 | Work on financial analysis |
| Jovana Arsic | 01/29/21 | 1.0 | Conference call with management and counsel regarding various matters |
| Jovana Arsic | 01/29/21 | 1.0 | Conference call with creditor advisors regarding various matters |
| Jovana Arsic | 01/29/21 | 1.0 | Follow-up conference call with management and counsel regarding various matters |
| Jovana Arsic | 01/29/21 | 0.5 | Internal PJT call regarding financial/liquidity modeling assumptions |
| Jovana Arsic | 01/30/21 | 0.5 | Correspondence with Debtor advisors regarding various items |
| Jovana Arsic | 01/30/21 | 1.0 | Review of financial analysis |
| Jovana Arsic | 01/31/21 | 3.0 | Work on financial analysis |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 01/31/21 | 0.5 | Call with Debtor advisors regarding financial modeling assumptions |
| Jovana Arsic | 01/31/21 | 0.5 | Call with Alix to review financial analysis |
| | | **125.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| James Carbaugh | 01/07/21 | 0.5 | Internal Call |
| James Carbaugh | 01/08/21 | 0.5 | Internal Call |
| James Carbaugh | 01/09/21 | 1.0 | Financial Analysis |
| James Carbaugh | 01/12/21 | 0.5 | Internal Call |
| James Carbaugh | 01/12/21 | 0.5 | Internal Call |
| James Carbaugh | 01/12/21 | 2.0 | Financial Analysis |
| James Carbaugh | 01/14/21 | 0.5 | Internal Call |
| James Carbaugh | 01/14/21 | 3.0 | Financial Analysis |
| James Carbaugh | 01/15/21 | 0.5 | Internal Call |
| James Carbaugh | 01/16/21 | 1.0 | Financial Analysis |
| James Carbaugh | 01/17/21 | 4.0 | Financial Analysis |
| James Carbaugh | 01/19/21 | 0.5 | Internal Call |
| James Carbaugh | 01/19/21 | 0.5 | Internal Call |
| James Carbaugh | 01/20/21 | 4.0 | Financial Analysis |
| James Carbaugh | 01/22/21 | 0.5 | Internal Call |
| James Carbaugh | 01/23/21 | 2.0 | Financial Analysis |
| James Carbaugh | 01/25/21 | 0.5 | Internal Call |
| James Carbaugh | 01/25/21 | 2.0 | Financial Analysis |
| James Carbaugh | 01/26/21 | 0.5 | Internal Call |
| James Carbaugh | 01/26/21 | 1.0 | Internal Call |
| James Carbaugh | 01/26/21 | 1.5 | Financial Analysis |
| James Carbaugh | 01/29/21 | 1.0 | Internal Call |
| | | **28.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 01/01/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 01/03/21 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 01/04/21 | 8.0 | Financial analysis |
| Lukas Schwarzmann | 01/04/21 | 0.5 | Internal call |
| Lukas Schwarzmann | 01/04/21 | 0.5 | Call on business plan |
| Lukas Schwarzmann | 01/05/21 | 12.0 | Financial analysis |
| Lukas Schwarzmann | 01/05/21 | 0.5 | Internal call |
| Lukas Schwarzmann | 01/06/21 | 8.0 | Financial analysis |
| Lukas Schwarzmann | 01/06/21 | 1.0 | Internal call |
| Lukas Schwarzmann | 01/06/21 | 0.5 | Call with DPW |
| Lukas Schwarzmann | 01/06/21 | 0.5 | Call on draft financial analysis |
| Lukas Schwarzmann | 01/06/21 | 0.5 | Internal call |
| Lukas Schwarzmann | 01/07/21 | 10.0 | Financial analysis |
| Lukas Schwarzmann | 01/07/21 | 0.5 | Internal call |
| Lukas Schwarzmann | 01/08/21 | 8.0 | Financial analysis |
| Lukas Schwarzmann | 01/08/21 | 0.5 | Internal call |
| Lukas Schwarzmann | 01/08/21 | 0.5 | Call on financial forecast |
| Lukas Schwarzmann | 01/09/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 01/10/21 | 7.0 | Financial analysis |
| Lukas Schwarzmann | 01/10/21 | 0.5 | Internal call on financial analysis presentation |
| Lukas Schwarzmann | 01/10/21 | 0.5 | Internal call |
| Lukas Schwarzmann | 01/10/21 | 0.5 | Internal call on financial analysis presentation |
| Lukas Schwarzmann | 01/11/21 | 8.0 | Financial analysis |
| Lukas Schwarzmann | 01/11/21 | 1.0 | Call on financial analysis |
| Lukas Schwarzmann | 01/11/21 | 0.5 | Call on presentation slide deck |
| Lukas Schwarzmann | 01/11/21 | 0.5 | Call on deal work streams |
| Lukas Schwarzmann | 01/11/21 | 0.5 | Call with DPW |
| Lukas Schwarzmann | 01/12/21 | 12.0 | Financial analysis |
| Lukas Schwarzmann | 01/12/21 | 1.0 | Call on business forecasting |
| Lukas Schwarzmann | 01/13/21 | 7.0 | Financial analysis |
| Lukas Schwarzmann | 01/13/21 | 0.5 | Call on financial analysis |
| Lukas Schwarzmann | 01/13/21 | 0.5 | Call on financial model |
| Lukas Schwarzmann | 01/13/21 | 0.5 | Call with DPW |
| Lukas Schwarzmann | 01/14/21 | 9.0 | Financial analysis |
| Lukas Schwarzmann | 01/14/21 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 01/14/21 | 0.5 | Call debrief |
| Lukas Schwarzmann | 01/14/21 | 0.5 | Internal call |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 01/15/21 | 6.0 | Financial analysis |
| Lukas Schwarzmann | 01/15/21 | 0.5 | Catch up call |
| Lukas Schwarzmann | 01/16/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 01/16/21 | 0.5 | Call on financial analysis |
| Lukas Schwarzmann | 01/17/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 01/17/21 | 0.5 | Internal call |
| Lukas Schwarzmann | 01/18/21 | 6.0 | Financial analysis |
| Lukas Schwarzmann | 01/18/21 | 0.5 | Internal call |
| Lukas Schwarzmann | 01/19/21 | 7.0 | Financial analysis |
| Lukas Schwarzmann | 01/19/21 | 1.0 | Call among debtor advisors |
| Lukas Schwarzmann | 01/20/21 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 01/20/21 | 0.5 | Call with creditor advisors |
| Lukas Schwarzmann | 01/20/21 | 1.0 | Call regarding due diligence |
| Lukas Schwarzmann | 01/20/21 | 1.0 | Call on financial analysis |
| Lukas Schwarzmann | 01/20/21 | 0.5 | Debrief call |
| Lukas Schwarzmann | 01/20/21 | 0.5 | Call on financial analysis |
| Lukas Schwarzmann | 01/20/21 | 0.5 | Call on plan term sheet |
| Lukas Schwarzmann | 01/20/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 01/21/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 01/21/21 | 0.5 | Call related to claims |
| Lukas Schwarzmann | 01/21/21 | 0.5 | Call on due diligence |
| Lukas Schwarzmann | 01/21/21 | 0.5 | Catch up call |
| Lukas Schwarzmann | 01/21/21 | 0.5 | Call on business forecast |
| Lukas Schwarzmann | 01/22/21 | 7.0 | Financial analysis |
| Lukas Schwarzmann | 01/23/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 01/24/21 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 01/24/21 | 0.5 | Internal call |
| Lukas Schwarzmann | 01/25/21 | 6.0 | Financial analysis |
| Lukas Schwarzmann | 01/25/21 | 0.5 | Internal call |
| Lukas Schwarzmann | 01/26/21 | 6.0 | Financial analysis |
| Lukas Schwarzmann | 01/26/21 | 2.0 | Prepare diligence materials |
| Lukas Schwarzmann | 01/26/21 | 1.0 | Call among debtor advisors |
| Lukas Schwarzmann | 01/26/21 | 1.0 | Call on financial analysis |
| Lukas Schwarzmann | 01/27/21 | 1.0 | Financial analysis |
| Lukas Schwarzmann | 01/27/21 | 1.0 | Biweekly call |
| Lukas Schwarzmann | 01/28/21 | 1.0 | Financial analysis |
| Lukas Schwarzmann | 01/29/21 | 1.0 | Conference call with management and counsel regarding various matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 01/29/21 | 1.0 | Call on financial analysis |
| Lukas Schwarzmann | 01/29/21 | 0.5 | Follow-up conference call with management and counsel regarding various matters |
| Lukas Schwarzmann | 01/31/21 | 6.0 | Financial analysis |
| Lukas Schwarzmann | 01/31/21 | 0.5 | Call with Alix to review financial analysis |
| | | 204.0 | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jasmine Wu | 01/11/21 | 0.5 | Debrief Call |
| Jasmine Wu | 01/12/21 | 1.0 | Internal Call |
| Jasmine Wu | 01/12/21 | 0.5 | Call on Financial Analysis |
| Jasmine Wu | 01/12/21 | 4.0 | Financial Analysis |
| Jasmine Wu | 01/13/21 | 3.0 | Financial Analysis |
| Jasmine Wu | 01/14/21 | 0.5 | Internal team call on deck |
| Jasmine Wu | 01/14/21 | 2.0 | Financial Analysis |
| Jasmine Wu | 01/15/21 | 0.5 | Call on Draft Cases |
| Jasmine Wu | 01/17/21 | 8.0 | Financial Analysis |
| Jasmine Wu | 01/18/21 | 6.0 | Financial Analysis |
| Jasmine Wu | 01/19/21 | 0.5 | Internal team call |
| Jasmine Wu | 01/19/21 | 0.5 | Debrief Call |
| Jasmine Wu | 01/20/21 | 4.0 | Financial Analysis |
| Jasmine Wu | 01/21/21 | 0.5 | Call on Financial Analysis |
| Jasmine Wu | 01/21/21 | 8.0 | Financial Analysis |
| Jasmine Wu | 01/22/21 | 0.5 | Internal team call to discuss financial analysis |
| Jasmine Wu | 01/23/21 | 9.0 | Financial Analysis |
| Jasmine Wu | 01/24/21 | 4.0 | Financial Analysis |
| Jasmine Wu | 01/25/21 | 0.5 | Internal team call to discuss financial analysis |
| Jasmine Wu | 01/25/21 | 10.0 | Financial Analysis |
| Jasmine Wu | 01/26/21 | 0.5 | Internal team call |
| Jasmine Wu | 01/26/21 | 1.0 | Internal team call to discuss financial analysis |
| Jasmine Wu | 01/26/21 | 7.0 | Financial Analysis |
| Jasmine Wu | 01/28/21 | 6.0 | Financial Analysis |
| Jasmine Wu | 01/29/21 | 1.0 | Internal team call to discuss financial analysis |
| Jasmine Wu | 01/29/21 | 7.0 | Financial Analysis |
| | | **86.0** | |