DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AGENDA FOR MARCH 1, 2021 HEARING

Time and Date of Hearing:   March 1, 2021 at 9:00 a.m. (prevailing Eastern Time)

Location of Hearing:   In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. Please register with Court Solutions at www.court-solutions.com.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

|  |  |
|---|---|
|  | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 1326458457#. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

I.  **UNCONTESTED MATTERS:**

1. *Fourth Exclusivity Extension Motion.* Motion of Debtors for Entry of a Fourth Order Extending the Exclusive Period within which to File a Chapter 11 Plan [ECF No. 2385]

    Objection Deadline: February 26, 2021 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Reply: None

    Related Documents: None

    Status: This matter is going forward on an uncontested basis.

2. *Motion to Shorten Notice.* Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Motion of Debtors for Entry of a Fifth Order Extending the Exclusive Period within which to File a Chapter 11 Plan [ECF No. 2426]

    Objection Deadline:

    Responses Received:

    Reply:

    Related Documents:

    Status: This matter is going forward on an uncontested basis.

3. *Fifth Exclusivity Extension Motion.* Motion of Debtors for Entry of a Fifth Order Extending the Exclusive Period within which to File a Chapter 11 Plan [ECF No. 2425]

    Objection Deadline: Debtors' Motion to Shorten Notice seeks objection deadline of March 1, 2021 at 9:00 a.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents:

A. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Motion of Debtors for Entry of a Fifth Order Extending the Exclusive Period within which to File a Chapter 11 Plan [ECF No. 2426]

Status: This matter is going forward on an uncontested basis.

## II.    ADVERSARY PROCEEDING MATTERS:

4. ***Motion to Extend Preliminary Injunction.*** Motion to Extend the Preliminary Injunction.  Adv. Pro. No. 19-08289 [ECF No. 219]

    Objection Deadline: February 23, 2021 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Third Restatement of Limited Objection and Reservation of Rights of Tennessee Public Officials in Response to Debtors' Motion to Continue to Extend the Preliminary Injunction for Richard Sackler. Adv. Pro. No. 19-08289 [ECF No. 222]

    Reply:

    A. Reply Statement in Further Support of Motion to Extend the Preliminary Injunction [ECF No. 223]

    Related Documents:

    A. Memorandum of Law in Support of Motion to Extend the Preliminary Injunction.  Adv. Pro. No. 19-08289 [ECF No. 220]

    Status: This matter is going forward on a contested basis.

Dated:  February 26, 2021
          New York, New York

                                 DAVIS POLK & WARDWELL LLP

By:   */s/ Eli J. Vonnegut*
        Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*