**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P. , *et al.*,** | Case No. 19-23649 (RDD) |
| | (Jointly Administered) |
| Debtors.[1] | |

### COMBINED MONTHLY FEE STATEMENT OF PRIME CLERK LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIODS FROM (I) FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020; (II) AUGUST 1, 2020 THROUGH AUGUST 31, 2020; AND (III) DECEMBER 1, 2020 THROUGH JANUARY 31, 2021

By this combined monthly fee statement (the "**Statement**"), pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby seeks compensation and reimbursement for reasonable and necessary fees and expenses incurred for the periods from (i) February 1, 2020 through February 29, 2020; (ii) August 1, 2020 through August 31, 2020 and (iii) December 1, 2020 through January 31, 2021 ((i)-(iii) collectively, the "**Statement Period**"). In accordance with the *Order Establishing Procedures for Interim*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the

"**Compensation Order**"), Prime Clerk seeks (i) allowance of reasonable and necessary fees

incurred during the Statement Period in an amount equal to $16,432.25 and payment of

$13,145.80, which represents 80% of the total amount, and (ii) reimbursement of actual,

reasonable and necessary expenses incurred during the Statement Period in an amount equal to

$0.00.  In support of the Statement, Prime Clerk respectfully represents as follows:

| | |
|---|---|
| Name of Professional: | Prime Clerk LLC |
| Authorized to Provide Administrative Advisor Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 21, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for which compensation and reimbursement is sought: | (i) February 1, 2020 through February 29, 2020; (ii) August 1, 2020 through August 31, 2020 and (iii) December 1, 2020 through January 31, 2021[2] |
| Amount of compensation sought as actual, reasonable and necessary: | $16,432.25[3] |
| 80% of compensation sought as actual, reasonable and necessary: | $13,145.80 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $0.00 |
| **Total amount to be paid at this time:** | **$13,145.80** |

---

[2] Prime Clerk did not incur any fees or expenses in its capacity as administrative advisor prior to February 2020, nor did it incur any fees or expenses from March through August 2020, or from September through November 2020.
[3] In accordance with the Compensation Order, at the expiration of the Objection Deadline (as defined in the Compensation Order), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Statement to which no Objection (as defined in the Compensation Order) has been served.

**Prior Monthly Statements**

No prior fee statements have been filed.

**Summary of Hours Billed by Prime Clerk Employees During the Statement Period**

| Employee Name | Title | Total Hours | Rate[4] | Total |
|---|---|---|---|---|
| Daloia, James F | Director of Solicitation | 3.20 | $231.50 | $740.80 |
| Johnson, Craig | Director of Solicitation | 15.90 | $231.50 | $3,680.85 |
| Orchowski, Alex T | Director of Solicitation | 30.60 | $231.50 | $7,083.90 |
| Pullo, Christina | Director of Solicitation | 0.90 | $231.50 | $208.35 |
| Sharp, David | Director of Solicitation | 1.90 | $231.50 | $439.85 |
| Orchowski, Alex T | Director of Solicitation | 0.90 | $220.50 | $198.45 |
| Pullo, Christina | Director of Solicitation | 1.40 | $220.50 | $308.70 |
| Corr, Stacey | Director | 1.00 | $214.90 | $214.90 |
| Faust, Georgia L | Director | 4.20 | $214.90 | $902.58 |
| Hill, Mike | Director | 0.60 | $214.90 | $128.94 |
| Brunswick, Gabriel | Director | 0.30 | $204.70 | $61.41 |
| Brodeur, Sarah | Solicitation Consultant | 0.90 | $209.40 | $188.46 |
| Brown, Mark M | Solicitation Consultant | 0.20 | $209.40 | $41.88 |
| Carpenter, Mary J | Solicitation Consultant | 5.30 | $209.40 | $1,109.82 |
| Gray, Ackheem J | Solicitation Consultant | 0.50 | $209.40 | $104.70 |
| Kesler, Stanislav | Solicitation Consultant | 1.10 | $209.40 | $230.34 |
| Mackey, Tessa Rose Lord | Solicitation Consultant | 1.20 | $209.40 | $251.28 |
| Okimoto, Kaitlin | Solicitation Consultant | 0.90 | $209.40 | $188.46 |
| Steinberg, Zachary | Solicitation Consultant | 1.20 | $209.40 | $251.28 |
| Taatjes, Hayden S | Solicitation Consultant | 1.10 | $209.40 | $230.34 |
| Vyskocil, Ryan J | Solicitation Consultant | 5.50 | $209.40 | $1,151.70 |
| Zarzuela, Leonel | Solicitation Consultant | 1.80 | $209.40 | $376.92 |
| Champagnie, Kadeem A | Senior Consultant | 0.50 | $170.80 | $85.40 |
| Champagnie, Kadeem A | Consultant | 0.50 | $157.50 | $78.75 |
| | **TOTAL** | **81.60** | | **$18,258.06[5]** |
| | **BLENDED RATE** | | **$223.75** | |

---

[4] Prime Clerk's hourly rates increased effective January 1, 2021 in accordance with the terms of Prime Clerk's engagement. In addition, certain Prime Clerk employees were promoted during the Statement Period and thus appear under both their current and former titles, as applicable.

[5] This amount has been discounted to $16,432.25 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $201.38.

### Summary of Fees Billed by Subject Matter During the Statement Period

| Matter Description | Total Hours | Total |
|---|---|---|
| Call Center / Credit Inquiry | 7.00 | $1,513.78 |
| Retention / Fee Application | 0.30 | $61.41 |
| Solicitation | 74.30 | $16,682.87 |
| **TOTAL** | **81.60** | **$18,258.06**[6] |

### Summary of Expenses Incurred by Prime Clerk Employee During the Statement Period

| Description | Total |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

*[Remainder of page intentionally left blank]*

---

[6] This amount has been discounted to $16,432.25 in accordance with the terms of Prime Clerk's retention.

### Jurisdiction

1.      The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.).   This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).   Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.   The predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and the Local Bankruptcy Rules.

### Background

2.      On September 15 and September 16, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.   The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.   Joint administration of the Debtors' cases was authorized by the Court by entry of an order on September 18, 2019.   On September 27, 2019, the Office of the United States Trustee for the Southern District of New York appointed an Official Committee of Unsecured Creditors to serve in these chapter 11 cases.

### Retention of Prime Clerk

3.      On November 21, 2019, the Court entered the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 531] (the "**Administrative Advisor Order**"), which authorized the Debtors to employ and retain Prime Clerk as administrative advisor *nunc pro tunc* to the Petition Date.

## Relief Requested

4.      Prime Clerk submits this Statement in accordance with the Compensation Order. All services for which Prime Clerk requests compensation were performed for, or on behalf of, the Debtors.

5.      Prime Clerk seeks (a) allowance of reasonable and necessary fees incurred during the Statement Period in the total amount of $16,432.25 and payment of $13,145.80, which represents 80% of the total amount, and (b) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

6.      Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative agent to the Debtors.  In that regard, **Exhibit A**: (a) identifies the employee that rendered services in each task category; (b) describes each service such employee performed; (c) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (d) as applicable, sets forth the type of expenses incurred.  **Exhibit B** hereto sets forth the type of expenses incurred by each Prime Clerk employee during the Statement Period, if any.  In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its employees and cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned and are subject to periodic adjustments to reflect economic and other conditions.

7.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

**Notice**

8.      Pursuant to the Compensation Order, this Statement will be served upon the Notice Parties (as defined in the Compensation Order).  Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

**Conclusion**

9.      WHEREFORE, pursuant to the Compensation Order, Prime Clerk respectfully requests (i) allowance of reasonable and necessary fees for the Statement Period in the total amount of $16,432.25 and payment of $13,145.80, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

Dated:  March 1, 2021
      New York, New York            Prime Clerk LLC

                              */s/ Shira D. Weiner*
                              Shira D. Weiner
                              General Counsel
                              One Grand Central Place
                              60 East 42nd Street, Suite 1440
                              New York, NY 10165
                              Telephone: (212) 257-5450
                              Email: sweiner@primeclerk.com

                              *Administrative Advisor to the Debtors*

## Exhibit A

**Fee Detail**



One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

primeclerk.com

## Hourly Fees by Employee through February  2020

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| CP | Pullo, Christina | DS  - Director of Solicitation | 1.40 | $220.50 | $308.70 |
| | | **TOTAL:** | **1.40** | | **$308.70** |

## Hourly Fees by Task Code through February  2020

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| SOLI | Solicitation | 1.40 | $308.70 |
| | **TOTAL:** | **1.40** | **$308.70** |

Purdue Pharma

Page 2

Invoice #: 11836

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 02/04/20 | CP | DS | Coordinate with S. Waisman (Prime Clerk) regarding call to discuss solicitation issues | Solicitation | 0.10 |
| 02/06/20 | CP | DS | Coordinate with S. Waisman (Prime Clerk) regarding solicitation call | Solicitation | 0.10 |
| 02/13/20 | CP | DS | Review proof of claim forms in preparation for plan classification and solicitation call (.2); participate on call with Davis Polk and PJT regarding solicitation process (.6); coordinate with Prime Clerk case team (S. Bindra, S. Waisman, B. Schrag) regarding same (.2); review draft chapter 11 timeline (.1); draft email to Davis Polk team regarding same (.1) | Solicitation | 1.20 |

**Total Hours**     **1.40**



One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

primeclerk.com

### Hourly Fees by Employee through August  2020

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| KAC | Champagnie, Kadeem A | CO - Consultant | 0.50 | $157.50 | $78.75 |
| GB | Brunswick, Gabriel | DI  - Director | 0.30 | $204.70 | $61.41 |
| | | **TOTAL:** | **0.80** | | **$140.16** |

### Hourly Fees by Task Code through August  2020

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| INQR | Call Center / Credit Inquiry | 0.50 | $78.75 |
| RETN | Retention / Fee Application | 0.30 | $61.41 |
| | **TOTAL:** | **0.80** | **$140.16** |

Purdue Pharma

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 08/04/20 | KAC | CO | Review and respond to inquiry from S. Lemack (AlixPartners) related to Schedules & SOFA | Call Center / Credit Inquiry | 0.50 |
| 08/06/20 | GB | DI | Draft supplemental declaration | Retention / Fee Application | 0.30 |
| | | | | **Total Hours** | **0.80** |



One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

primeclerk.com

## Hourly Fees by Employee through December  2020

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 0.90 | $220.50 | $198.45 |
| | | **TOTAL:** | **0.90** | | **$198.45** |

## Hourly Fees by Task Code through December  2020

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| SOLI | Solicitation | 0.90 | $198.45 |
| | **TOTAL:** | **0.90** | **$198.45** |

Purdue Pharma                                                                    Page 2

                                                                      Invoice #: 14331

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 12/23/20 | ATO | DS | Review and respond to inquiries from Dylan Consla (Davis Polk) related to solicitation logistics | Solicitation | 0.90 |
| | | | | **Total Hours** | **0.90** |

Prime Clerk | A Division of DUFF & PHELPS

One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

primeclerk.com

## Hourly Fees by Employee through January  2021

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| KAC | Champagnie, Kadeem A | SC - Senior Consultant | 0.50 | $170.80 | $85.40 |
| SABR | Brodeur, Sarah | SA - Solicitation Consultant | 0.90 | $209.40 | $188.46 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 0.20 | $209.40 | $41.88 |
| MJCA | Carpenter, Mary J | SA - Solicitation Consultant | 5.30 | $209.40 | $1,109.82 |
| AJG | Gray, Ackheem J | SA - Solicitation Consultant | 0.50 | $209.40 | $104.70 |
| STK | Kesler, Stanislav | SA - Solicitation Consultant | 1.10 | $209.40 | $230.34 |
| TRLM | Mackey, Tessa Rose Lord | SA - Solicitation Consultant | 1.20 | $209.40 | $251.28 |
| KOK | Okimoto, Kaitlin | SA - Solicitation Consultant | 0.90 | $209.40 | $188.46 |
| ZS | Steinberg, Zachary | SA - Solicitation Consultant | 1.20 | $209.40 | $251.28 |
| HST | Taatjes, Hayden S | SA - Solicitation Consultant | 1.10 | $209.40 | $230.34 |
| RJV | Vyskocil, Ryan J | SA - Solicitation Consultant | 5.50 | $209.40 | $1,151.70 |
| LZ | Zarzuela, Leonel | SA - Solicitation Consultant | 1.80 | $209.40 | $376.92 |
| STCO | Corr, Stacey | DI - Director | 1.00 | $214.90 | $214.90 |
| GLF | Faust, Georgia L | DI - Director | 4.20 | $214.90 | $902.58 |
| MHI | Hill, Mike | DI - Director | 0.60 | $214.90 | $128.94 |
| JFD | Daloia, James F | DS - Director of Solicitation | 3.20 | $231.50 | $740.80 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 15.90 | $231.50 | $3,680.85 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 30.60 | $231.50 | $7,083.90 |
| CP | Pullo, Christina | DS - Director of Solicitation | 0.90 | $231.50 | $208.35 |
| DS | Sharp, David | DS - Director of Solicitation | 1.90 | $231.50 | $439.85 |
| | | **TOTAL:** | **78.50** | | **$17,610.75** |

## Hourly Fees by Task Code through January  2021

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| INQR | Call Center / Credit Inquiry | 6.50 | $1,435.03 |

Purdue Pharma                                                                                    Page 2

                                                                                    Invoice #: 14593

| SOLI | Solicitation | 72.00 | $16,175.72 |
|------|-------------|-------|------------|
|      | **TOTAL:**  | **78.50** | **$17,610.75** |

Purdue Pharma                                                                      Page 3

Invoice #: 14593

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 01/06/21 | ATO | DS | Review and respond to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 1.30 |
| 01/08/21 | ATO | DS | Review and respond to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 2.30 |
| 01/08/21 | ATO | DS | Confer and coordinate with H. Baer and C. Johnson (Prime Clerk) related to solicitation mailing | Solicitation | 0.90 |
| 01/08/21 | CJ | DS | Telephone conference with H. Baer, R. Vyskocil and A. Orchowski (Prime Clerk) re reviewing claims register in advance of solicitation preparation | Solicitation | 0.40 |
| 01/08/21 | LZ | SA | Confer and coordinate with A. Orchowski (Prime Clerk) re ongoing solicitation | Solicitation | 0.50 |
| 01/11/21 | ATO | DS | Review and respond to inquiries from D. Consla (Davis Polk) related to solicitation logistics | Solicitation | 1.00 |
| 01/11/21 | CJ | DS | Conduct research and compile precedent cases in preparation of crafting solicitation procedures | Solicitation | 0.80 |
| 01/11/21 | GLF | DI | Confer and coordinate re communication logistics and case status; confer re call center logistics in connection with upcoming solicitation | Call Center / Credit Inquiry | 0.60 |
| 01/12/21 | ATO | DS | Confer and coordinate with D. Consla (Davis Polk) regarding upcoming solicitation conference call | Solicitation | 0.30 |
| 01/12/21 | ATO | DS | Prepare for and participate in telephone conference with R. Posner (Teneo) regarding upcoming solicitation | Solicitation | 0.90 |
| 01/12/21 | CJ | DS | Conduct research and compile precedent cases in preparation of crafting solicitation procedures | Solicitation | 0.50 |
| 01/12/21 | CJ | DS | Research and review "best practices" pertaining to solicitation procedures in advance of providing suggested edits to process | Solicitation | 0.90 |
| 01/12/21 | CJ | DS | Telephone conference with K. Brountzas, G. Faust and A. Orchowski (Prime Clerk) re coordinating on drafting FAQs | Call Center / Credit Inquiry | 0.20 |
| 01/12/21 | CJ | DS | Telephone conference with K. Brountzas, G. Faust, A. Orchowski (Prime Clerk), R. Posner and E. Cummings (Teneo) re fashioning communications protocol in connection with upcoming solicitation | Call Center / Credit Inquiry | 0.20 |
| 01/12/21 | CJ | DS | Coordinate with A. Orchowski (Prime Clerk) re prospective solicitation procedures | Solicitation | 0.20 |
| 01/13/21 | ATO | DS | Confer and coordinate with C. Johnson (Prime Clerk) regarding solicitation logistics conference call | Solicitation | 0.40 |
| 01/13/21 | CJ | DS | Conduct research in precedence for purposes of assisting in the drafting of solicitation procedures | Solicitation | 0.60 |
| 01/13/21 | CJ | DS | Confer with K. Brountzas (Prime Clerk) re generating FAQs in connection with projected solicitation | Solicitation | 0.20 |

Purdue Pharma

| 01/13/21 | MJCA | SA | Review and analyze solicitation procedures to be discussed with C. Johnson (Prime Clerk) in preparation of solicitation planning | Solicitation | 0.50 |
|---|---|---|---|---|---|
| 01/14/21 | ATO | DS | Telephone conference with D. Sharp, C. Johnson, R. Vyskocil, S. Kesler, H. Taatjes and M. Carpenter (Prime Clerk) re projected solicitation procedures | Solicitation | 1.10 |
| 01/14/21 | ATO | DS | Prepare for telephone conference call with D. Sharp, C. Johnson, R. Vyskocil, S. Kesler, H. Taatjes and M. Carpenter (Prime Clerk) re projected solicitation procedures | Solicitation | 1.00 |
| 01/14/21 | CJ | DS | Review precedent solicitation procedures to glean "best practices" | Solicitation | 1.20 |
| 01/14/21 | CJ | DS | Telephone conference with D. Sharp, A. Orchowski, R. Vyskocil, S. Kesler, H. Taatjes, and M. Carpenter (Prime Clerk) re projected solicitation procedures | Solicitation | 1.10 |
| 01/14/21 | DS | DS | Participate in telephone conference with C. Johnson (Prime Clerk) regarding preparation for solicitation | Solicitation | 0.50 |
| 01/14/21 | HST | SA | Prepare for and participate in telephone conference with D. Sharp, A. Orchowski, C. Johnson, R. Vyskocil, S. Kesler and M. Carpenter (Prime Clerk) re projected solicitation procedures and "best practices" | Solicitation | 1.10 |
| 01/14/21 | MJCA | SA | Telephone conference with D. Sharp, A. Orchowski, R. Vyskocil, S. Kesler, H. Taatjes and M. Carpenter (Prime Clerk) re projected solicitation procedures and "best practices" | Solicitation | 1.10 |
| 01/14/21 | MJCA | SA | Review and analyze solicitation procedures to be discussed with C. Johnson (Prime Clerk) in preparation of solicitation planning | Solicitation | 0.70 |
| 01/14/21 | RJV | SA | Prepare for and participate in Team meeting with S. Kelser C. Johnson and A. Orchowski (Prime Clerk) re solicitation procedures | Solicitation | 1.20 |
| 01/14/21 | STK | SA | Conference call with D. Sharp, A. Orchowski, R. Vyskocil, C. Johnson, H. Taatjes and M. Carpenter (Prime Clerk) re projected solicitation procedures | Solicitation | 1.10 |
| 01/14/21 | ZS | SA | Confer and coordinate with A. Romero-Wagner (Davis Polk) re solicitation logistics | Solicitation | 0.60 |
| 01/15/21 | ATO | DS | Prepare for telephone conference with D. Consla (Davis Polk) related to solicitation logistics | Solicitation | 1.20 |
| 01/15/21 | ATO | DS | Confer with C. Johnson (Prime Clerk) re prospective solicitation procedures | Solicitation | 0.30 |
| 01/15/21 | ATO | DS | Participate in telephone conference with D. Consla (Davis Polk) related to solicitation logistics | Solicitation | 0.80 |
| 01/15/21 | CJ | DS | Confer with A. Orchowski (Prime Clerk) re prospective solicitation procedures | Solicitation | 0.30 |
| 01/15/21 | CJ | DS | Telephone conference wtih C. Pullo, A. Orchowski, and H. Baer (Prime Clerk), D. Consla, A. Romero-Wagner, S. Ford and D. Klein (DPW) re prospective solicitation procedures | Solicitation | 0.70 |
| 01/15/21 | JFD | DS | Telephone conference with C. Johnson of Prime Clerk and D. Klein at Davis Polk regarding solicitation logistics | Solicitation | 0.80 |

Purdue Pharma

| 01/15/21 | KOK | SA | Confer and coordinate with C. Johnson, A. Orchowski, H. Baer (Prime Clerk) and A. Romero-Wagner (Davis Polk) re solicitation logistics | Solicitation | 0.50 |
|---|---|---|---|---|---|
| 01/15/21 | LZ | SA | Confer and coordinate with D. Consla (Davis Polk & Wardwell) re upcoming solicitation | Solicitation | 0.50 |
| 01/15/21 | RJV | SA | Prepare for and participate in telephone conference with C. Pullo, A. Orchowski (Prime Clerk) and D. Consla (Davis Polk) re solicitation procedures | Solicitation | 0.60 |
| 01/15/21 | SABR | SA | Confer and coordinate with A. Romero-Wagner (Davis Polk) and C. Johnson (Prime Clerk) re solicitation logistics | Solicitation | 0.60 |
| 01/15/21 | TRLM | SA | Prepare for and participate in telephone conference with A. Romero-Wagner (Davis Polk) and C. Johnson (Prime Clerk) re solicitation logistics | Solicitation | 0.60 |
| 01/19/21 | ATO | DS | Review and respond to inquiries from Dylan Consla (Davis Polk) related to solicitation logistics | Solicitation | 3.50 |
| 01/19/21 | ATO | DS | Confer and coordinate with H. Baer (Prime Clerk) regarding claim register to be used for upcoming solicitation | Solicitation | 0.30 |
| 01/19/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 01/20/21 | ATO | DS | Confer and coordinate with M. Dubin (Prime Clerk) regarding logistics for upcoming solicitation | Solicitation | 0.20 |
| 01/20/21 | ATO | DS | Review and respond to inquiries from Dylan Consla (Davis Polk) related to solicitation logistics | Solicitation | 3.80 |
| 01/20/21 | ATO | DS | Confer and coordinate with C. Johnson and R. Vyskocil (Prime Clerk) regarding logistics for upcoming solicitation | Solicitation | 0.70 |
| 01/20/21 | CJ | DS | Research response to questions from D. Consla (DPW) re proposed solicitation procedures | Solicitation | 1.50 |
| 01/20/21 | CJ | DS | Coordinate with A. Orchowski (Prime Clerk) re responses to questions from D. Consla (DPW) pertaining to  proposed solicitation procedures | Solicitation | 0.50 |
| 01/20/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.40 |
| 01/20/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.80 |
| 01/21/21 | ATO | DS | Confer and coordinate with M. Dubin (Prime Clerk) regarding logistics for upcoming solicitation | Solicitation | 1.00 |
| 01/21/21 | ATO | DS | Confer and coordinate with C. Johnson and R. Vyskocil (Prime Clerk) regarding logistics for upcoming solicitation | Solicitation | 0.60 |
| 01/21/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.60 |
| 01/21/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 01/22/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 01/22/21 | ATO | DS | Telephone call with C. Johnson, H. Baer, K. Brountzas, and G. Faust (Prime Clerk) re frequently asked questions and communication pertaining to upcoming solicitation mailing | Call Center / Credit Inquiry | 0.50 |
| 01/22/21 | ATO | DS | Participate in telephone conference with R. Polsner (Teneo) | Solicitation | 0.70 |

| | | | | | |
|---|---|---|---|---|---|
| | | | related to solicitation media and noticing logistics | | |
| 01/22/21 | CJ | DS | Telephone conference with M. Sharp (Purdue), R. Posner, J. Coster, M. Brunstad-Good (Teneo), A. Orchowski, H. Baer, K. Brountzas and G. Faust (Prime Clerk) re FAQs and communication pertaining to upcoming solicitation mailing | Call Center / Credit Inquiry | 0.60 |
| 01/22/21 | CJ | DS | Telephone call with A. Orchowski, H. Baer, K. Brountzas and G. Faust (Prime Clerk) re FAQs and communication pertaining to upcoming solicitation mailing | Call Center / Credit Inquiry | 0.50 |
| 01/22/21 | CJ | DS | Confer with R. Posner (Teneo) re FAQs pertaining to upcoming solicitation mailing | Call Center / Credit Inquiry | 0.30 |
| 01/22/21 | GLF | DI | Confer and coordinate re communication logistics and case updates in connection with upcoming solicitation (1.4); meet with internal Prime Clerk team re same (.5); prepare for conference call regarding call center logistics in connection with solicitation process (.4); participate in conference call with Purdue, Teneo, and Prime Clerk teams re communication logistics and solicitation process (.5); internal follow up re same (.8) | Call Center / Credit Inquiry | 3.60 |
| 01/25/21 | ATO | DS | Confer with P. Labissierre (Prime Clerk) re solicitation logistics | Solicitation | 0.30 |
| 01/25/21 | ATO | DS | Confer with M. Carpenter (Prime Clerk) re solicitation logistics | Solicitation | 0.60 |
| 01/25/21 | ATO | DS | Confer with R. Vyskocil (Prime Clerk) re comments to draft solicitation procedures | Solicitation | 0.30 |
| 01/25/21 | ATO | DS | Confer with C. Johnson (Prime Clerk) re comments to draft solicitation procedures | Solicitation | 0.50 |
| 01/25/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.60 |
| 01/25/21 | CJ | DS | Review and provide suggested edits to proposed solicitation timetable | Solicitation | 0.50 |
| 01/25/21 | CJ | DS | Review and revise draft solicitation procedures and circulate to D. Consla (DPW) updated versions | Solicitation | 1.20 |
| 01/25/21 | CJ | DS | Confer with A. Orchowski (Prime Clerk) re comments to draft solicitation procedures | Solicitation | 0.30 |
| 01/25/21 | CJ | DS | Confer with A. Orchowski (Prime Clerk) re suggested edits to proposed solicitation procedures | Solicitation | 0.50 |
| 01/25/21 | JFD | DS | Review and provide comments to solicitation procedures | Solicitation | 1.80 |
| 01/25/21 | MJCA | SA | Prepare time-line and Coordinate with A. Orchowski (Prime Clerk) re upcoming solicitation | Solicitation | 1.30 |
| 01/25/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 01/25/21 | STCO | DI | Review and comment on proposed solicitation procedures; correspondence with C. Johnson (Prime Clerk) regarding same. | Solicitation | 1.00 |
| 01/26/21 | AJG | SA | Confer and coordinate with A. Orchowski, R. Vyskocil (Prime Clerk) and D. Consla (DPW) confirmation timeline and solicitation discussion | Solicitation | 0.50 |
| 01/26/21 | ATO | DS | Participate in telephone conference with C. Pullo, J. Daloia, H. Baer, C. Johnson, A. Concepcion, M. Hill (Prime Clerk), D. Klein, D. Consla, C. Robertson and K. Benedict (Davis Polk) | Solicitation | 0.60 |

| Date | | | | | |
|---|---|---|---|---|---|
| | | | re proposed solicitation procedures and timetable | | |
| 01/26/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.40 |
| 01/26/21 | ATO | DS | Confer with H. Baer and P. Labissiere (Prime Clerk) re solicitation logistics | Solicitation | 0.30 |
| 01/26/21 | ATO | DS | Prepare for telephone conference with C. Pullo, J. Daloia, H. Baer, C. Johnson, A. Concepcion, and M. Hill (Prime Clerk) and D. Klein, D. Consla, C. Robertson, and K. Benedict (Davis Polk) re proposed solicitation procedures and timetable | Solicitation | 0.50 |
| 01/26/21 | ATO | DS | Confer with C. Johnson (Prime Clerk) re suggested edits to proposed solicitation procedures | Solicitation | 0.20 |
| 01/26/21 | CJ | DS | Telephone conference with C. Pullo, J. Daloia, H. Baer, A. Orchowski, A. Concepcion, M. Hill (Prime Clerk), D. Klein, D. Consla, C. Robertson and K. Benedict (Davis Polk) re proposed solicitation procedures and timetable | Solicitation | 0.60 |
| 01/26/21 | CJ | DS | Review and revise draft solicitation procedures and proposed solicitation timetable | Solicitation | 1.40 |
| 01/26/21 | CJ | DS | Confer with A. Orchowski (Prime Clerk) re suggested edits to proposed solicitation procedures | Solicitation | 0.20 |
| 01/26/21 | CP | DS | Review solicitation and confirmation timeline circulated by DPW in preparation for call with DPW on same (.3); participate on call with C. Robertson, D. Klein, K. Benedict, D. Consla (DPW) and C. Johnson, J. Daloia, H. Baer, A. Orchowski, M. Hill, A. Concepcion (Prime Clerk) to discuss same (.6) | Solicitation | 0.90 |
| 01/26/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.40 |
| 01/26/21 | JFD | DS | Telephone conference with C. Pullo, C. Johnson, H. Baer, A. Orchowski, A. Concepcion, and M. Hill (Prime Clerk) and D. Klein, D. Consla, C. Robertson, and K. Benedict (Davis Polk) re proposed solicitation procedures and timetable | Solicitation | 0.60 |
| 01/26/21 | KAC | SC | Prepare for and participate in telephone conference with D. Consla (David Polk) re confirmation timeline and solicitation discussion | Solicitation | 0.50 |
| 01/26/21 | KOK | SA | Confer and coordinate with A. Orchowski, D. Consla and K. Benedict re DPW confirmation timeline and solicitation plans | Solicitation | 0.40 |
| 01/26/21 | LZ | SA | Confer and coordinate with D. Consla (Davis Polk & Wardwell LLP) re ongoing solicitation | Solicitation | 0.80 |
| 01/26/21 | MHI | DI | Telephone conference with C. Pullo, J. Daloia, H. Baer, A. Orchowski, A. Concepcion, M. Hill (Prime Clerk), D. Klein, D. Consla, C. Robertson and K. Benedict (Davis Polk) re proposed solicitation procedures and timetable | Solicitation | 0.60 |
| 01/26/21 | MJCA | SA | Prepare time-line and coordinate with A. Orchowski (Prime Clerk) re upcoming solicitation | Solicitation | 1.10 |
| 01/26/21 | MJCA | SA | Review docket and important dates for solicitation time-line | Solicitation | 0.50 |
| 01/26/21 | RJV | SA | Prepare for and participate in telephone conference with C. Pullo, C. Johnson, A. Orchowski  (Prime Clerk) and D. Consla (Paul Weiss) re solicitaiton logistics | Solicitation | 0.60 |

Purdue Pharma

Page 8

Invoice #: 14593

| 01/26/21 | SABR | SA | Confer and coordinate with C. Johnson (Prime Clerk) and D. Consla (Davis Polk) re solicitation discussion and confirmation timeline | Solicitation | 0.30 |
|---|---|---|---|---|---|
| 01/26/21 | TRLM | SA | Prepare for and participate in telephone conference with D. Consia (Davis Polk) re confirmation timeline and solicitation discussion | Solicitation | 0.60 |
| 01/26/21 | ZS | SA | Confer and coordinate with D. Consla (Davis Polk) re timeline and solicitation | Solicitation | 0.60 |
| 01/27/21 | MJCA | SA | Confer and coordinate with A. Orchowski (Prime Clerk) re upcoming solicitation | Solicitation | 0.10 |
| 01/27/21 | MMB | SA | Review correspondence with case team (C. Johnson, A. Orchowski, J. Daloia, S. Kesler, H. Baer) and counsel (D. Consla at Davis) related to solicitation | Solicitation | 0.20 |
| 01/28/21 | ATO | DS | Confer with R. Vyskocil (Prime Clerk) regarding solicitation logistics | Solicitation | 0.50 |
| 01/28/21 | CJ | DS | Research precedents re solicitation procedures | Solicitation | 0.50 |
| 01/28/21 | RJV | SA | Confer and coordinate with J. Daloia & C. Johnson (Prime Clerk) re upcoming solicitation | Solicitation | 0.30 |

**Total Hours**    **78.50**

## Exhibit B

### Detail of Expenses Incurred by Prime Clerk Employees During the Statement Period

| Description | Total |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |