**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 24, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Contract Counterparties Service List attached hereto as **Exhibit A**:

- Closing Date Assigned Contracts Notice [Docket No. 2218]

Dated: March 2, 2021

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 2, 2021, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.
*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**<u>Exhibit A</u>**

Exhibit A

Contract Counterparties Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 11200721 | DYCEM LIMITED | ATTN: DINA DIFUSCO | 33 APPIAN WAY | SMITHFIELD | RI | 02917 |
| 11200729 | ENERGY SOURCE, INC. | 37 THURBER BLVD | SUITE 101 | SMITHFIELD | RI | 02917 |
| 11200770 | IDEX MPT INC D/B/A MATCON | 1835 UNDERWOOD BLVD | SUITE 2 | DELRAN | NJ | 08075 |
| 11200774 | INDUSTRIAL PROTECTION PRODUCTS, INC. | 33 NORTHWESTERN DR | | SALEM | NH | 03079 |
| 11200821 | NEW HARBOR GROUP | 400 WESTMINSTER STREET | SUITE 204 | PROVIDENCE | RI | 02903 |
| 11200892 | THE DOW CHEMICAL COMPANY | 2211 H.H. DOW WAY | | MIDLAND | MI | 48674 |
| 11200920 | WOODARD & CURRAN | 33 BROAD ST | FLOOR 7 | PROVIDENCE | RI | 02903 |
| 11200922 | WSP USA CORP | ONE PENN PLAZA | | NEW YORK | NY | 10019 |

In re: Purdue Pharma L.P., *et al.*
Case No. 19-23649 (RDD)