UNREDACTED VERSION OF DOCUMENT FILED UNDER SEAL - CONTAINS PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 69-1

**HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

*In re: Purdue Pharma L.P. et al., No. 19-23649 (Bankr. S.D.N.Y.)*

*On Behalf of the Debtors*

**List of Select Individuals Appearing on Amended Privilege Logs**

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
| | Diana H. Lenkowsky | Vice President Facilities/Admininstrative Services, One Stamford Realty L.P. |
| | Larry A. Pickett, Jr. | Vice President and CIO (former), Purdue Pharma L.P. |
| | Aidan Doyle | Director of Commercial IT and Technology Planning, Purdue Pharma L.P. |
| | Albert Carucci | Accountant, Acorn Foundation |
| | Alicia Maltz | Associate Director, Compliance, Rhodes Pharmaceuticals L.P. |
| | Alison O'Toole | Director of Oncology/Director of Medical Affairs, Napp Pharmaceuticals |
| | Amy Belmear (née Hayes) | Director, Alliance Management/Project Management, Purdue Pharma L.P. |
| | Amy D'Agostino | Counsel to Debtors, Norton Rose Fulbright LLP |
| | Anibal Barroso | Manager, Treasury, Purdue Pharma L.P. |
| | Anja Schneider | Senior Management Assistant, Mundipharma GmbH |
| | | Administrative Assistant, Purdue Pharma L.P. |
| | Anna Luk | Senior Manager, Drug Safety Systems, Purdue Pharma L.P. |
| | Anthony Aceto | Executive Director, Human |

1

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
| ▮ | | Resources, Purdue Pharma L.P. |
| ▮ | Ariel Baker | Clinical Data Coordinator/Coder, PRA International, Inc. |
| ▮ | Arthur Rosenfeld | Consultant, Purdue Pharma L.P. |
| ▮ | ▮ | Administrative Assistant for the Ethics & Compliance Department, Purdue Pharma L.P. |
| ▮ | Ashley Wait | Marketing Manager, Napp Pharmaceuticals |
| ▮ | Astrid Schwabe | Senior Regulatory Affairs Manager, Mundipharma Research GmbH & Co. KG |
| ▮ | ▮ | Administrative Assistant to Bryan Lea |
| ▮ | Barbara Buckley | Employee, Department of Clinical Research, The Purdue Frederick Company |
| ▮ | Barbara Moehring | Employee, Medical Sciences Department, Purdue Pharma L.P. |
| ▮ | Barry Stimmel | Professor of Medicine, Mount Sinai School of Medicine (New York) |
| ▮ | Bassam Freiha | Quality Control Director, Rhodes Technologies |
| ▮ | ▮ | Administrative Assistant to Herbert F. Schwartz |
| ▮ | Bernice Himmler | Senior Trust Administrator, Revinova Treuhand AG/Grant Thornton |
| ▮ | Betty Bajek | Associate Director, Drug Safety Compliance, Training, & Quality, Purdue Pharma L.P. |
| ▮ | Bill Loomis | *See infra* "William Loomis" |
| ▮ | Bin Shao | Senior Principal Investigator (chemist), Purdue Pharma L.P. |
| ▮ | N/A | Healthcare Practice listserv, Burson-Marsteller |
| ▮ | Boyd J. Carrington | IT Litigation Support, Purdue Pharma L.P. |

19-23649-shl Doc 2440 Filed 03/03/21 Entered 03/03/21 14:58:30 Exhibit 69-1
Pg 4 of 18

UNREDACTED VERSION OF EXHIBIT REFLECTING PURDUE'S CLAIMS OF PRIVILEGED
COMMUNICATIONS - TREATED AS SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
| ███ | Brenda Dawson | Employee, Drug Safety and Pharmacovigilance, Purdue Pharma L.P. |
| ███ | Bruce Reidenberg | Independent pharmaceutical consultant and inventor |
| ███ | Hermance Schaepman | French attorney who assisted communications with and advocacy before French regulators in connection with marketing authorizations |
| ███ | Camilla Mo Haavik | Business Unit Manager, Mundipharma International Ltd. |
| ███ | ███ | Administrative Assistant, Napp Pharmaceuticals |
| ███ | Carol Ann Pappolla | Library & Information Services, Purdue Pharma L.P. |
| ███ | ███ | Pro bono client of Purdue[1] |
| ███ | ███ | Executive Assistant, The Terramar Foundation, Inc. |
| ███ | Carolyn Jacobs | Executive Director, The Abacus Foundation for the Arts & Sciences, Inc. |
| ███ | Changhe Wen | Senior Manager/Senior Principal Scientist/Assistant Director, Rhodes Technologies; Purdue Pharma L.P. |
| ███ | Charles Brown | Employee, Production, Rhodes Technologies |
| ███ | Charles Love | Counsel to Debtors, Chadbourne & Parke LLP |
| ███ | Charles Muller | Director, Quality Assurance, Rhodes Technologies |
| ███ | Christopher D. Breder | Employee, Medical Research Division, Purdue Pharma L.P. |
| ███ | ███ | Administrative Assistant to Kathe A. Sackler |
| ███ | Constance Schumacher | Senior Specialist, Records Management, Purdue Pharma L.P.; Senior Project Production |

---

[1] Pro bono practice managed by Howard Udell.

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
| ■ | | Engineer, The P.F. Laboratories, Inc. |
| ■ | Constantino Rodriguez | Assistant Director, Facilities Engineering, Purdue Pharma L.P. |
| ■ | Corson Mary | *See infra* "Mary Corson" |
| ■ | Michael A. Cunniff | Counsel to Debtors, Preti, Flaherty, Beliveau & Pachios, Chartered, LLP |
| ■ | Curtis Wright IV | Executive Director of Risk Assessment, Purdue Pharma L.P. |
| ■ | Cynthia King | Document Analyst, Purdue Pharma L.P. |
| ■ | Dana L. Creanga, PhD | Biostatistician/Consultant, Purdue Pharma L.P. |
| ■ | Daniel Mahony | Brother of Ed Mahony |
| ■ | David Denton | Senior Consultant, Decision Strategies, LLC |
| ■ | David Eherts, PhD, CIH | Executive Director EHS, Purdue Pharma L.P. |
| ■ | David Gee | Head of New Technology Acquisition, Mundipharma International Ltd. |
| ■ | David Kelly | Filling and Packaging Manager, Napp Pharmaceuticals |
| ■ | David Stowe | Director, Procurement, Purdue Pharma L.P. |
| ■ | David Thompson, PhD | Director Clinical Research, Purdue Pharma Canada |
| ■ | Davina Stevenson | Employee, Regulatory Affairs, Mundipharma Research Ltd. |
| ■ | Debbie Dina | Office Manager, Marsha K. Purdue, Attorneys at Law |
| ■ | Deborah Burko | Senior Manager, Clinical Supplies, Purdue Pharma L.P. |

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
| | | |
| | Dennis J. O'Neill, Ed.D. | Executive Director, Management & Organization Development, Purdue Pharma L.P. |
| | Denzil Taylor | Internal Audit Specialist, Management Revisions Ltd. |
| | | Administrative Associate, Purdue Pharma Canada |
| | Dipti (Jinwala) Rana | Senior Analyst, Market Research, Purdue Pharma L.P. |
| | Dirk Bredenbroeker | Executive Director, European Medical Research, Mundipharma |
| | Dolores Speziale | Senior Consumer Affairs Manager, Purdue Pharma L.P. |
| | Donald Cilla | Executive Director, Clinical Operations and Clinical Pharmacology, Purdue Pharma L.P. |
| | Ed O'Donnell | Involved in the invention of pharmaceutical items for which Purdue Pharma holds patents |
| | Edward C Bryant | Vice President, Biostatistics & Statistical Probabilities, Purdue Pharma L.P. |
| | | Senior Administrative Assistant, Purdue Pharma L.P. |
| | Eileen Kelly | Assistant Director, Business Research, Purdue Pharma L.P. |
| | Elaine Tai-Lauria | Director, Information Services, Purdue Pharma L.P. |
| | Elizabeth Gutcheon | Regulatory Project Coordinator II, Purdue Pharma L.P. |
| | Elke Holzenthal | Management Assistant to Dr. Karen Reimer, Mundipharma |
| | | Executive Assistant to the CEO, |

5

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
| ███ | ███ | Mundipharma Laboratories GmbH |
| ███ | Emma Henshaw | Assistant Accountant, Napp Pharmaceutical Holdings Ltd. |
| ███ | Eric Polistena | Medical Surveillance Associate, Purdue Pharma L.P. |
| ███ | Evelyn Graham | Executive Director, Development Ops, Purdue Pharma L.P. |
| [Felicia Jones] | Felicia Jones | Help Desk, Chadbourne & Parke LLP |
| ███ | Fernando Salles | Director, External Scientific Relations, Purdue Pharma L.P. |
| ███ | Finanzabteilung Rechnungsempfang | Translates roughly from German to "finance department invoice group" |
| ███ | Fiona Nimmo | Senior Regulatory Affairs Manager/Senior Regulatory Affairs Associate (Labelling), Mundipharma Research Ltd. |
| ███ | Fanny Franco | General Manager, Mundipharma Colombia |
| ███ | Frank Leu | Principal Research Scientist, Verto Institute LLC |
| ███ | Frank Sena | Executive Director, Quality Systems Compliance, Purdue Pharma L.P. |
| ███ | Frederick Frank | Founder, Evolution Life Science Partners; Vice Chair, Burrill & Company; Investment Banker, Lehman Brothers |
| ███ | Michael Friedman | CEO, Purdue Pharma L.P. |
| ███ | Gang Jin | Senior Research Investigator, MoleD, Purdue Pharma L.P. |
| ███ | Gary Jones | President and CEO, eMagin Corporation |
| ███ | Gary Pelletier | Senior Analyst, Master Files, Purdue Pharma L.P. |
| ███ | Gemma Snell | Legal Administrator, Napp Pharmaceutical Holdings Ltd. |

6

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
| | | Senior Administrative Assistant, Purdue Pharma L.P. |
| | Geraldine De Hen | In-House Counsel, Mundipharma (France) |
| | Gill Mundin | Pharmacokinetics Manager, Clinical Pharmacology - Europe, Mundipharma Research Ltd. |
| | | Chalet Manager, La Cassine; Personal Assistant to Theresa and Mortimer Sackler |
| | Guy Dunham | Consultant, The Purdue Frederick Company |
| | Hank Martin | Principal, The ELM Group, Inc. |
| | Harry Kletzko | Deputy Managing Director, Head of Marketing and Sales, Mundipharma |
| | Heidi Schultz | Regulatory Project Coordinator, Purdue Pharma L.P. |
| | | Personal Assistant to Mortimer D. Sackler |
| | Heli Nykänen | Employee, Mundipharma Finland |
| | Ian Geschiere | Finance Manager, Mundipharma Pharmaceuticals |
| | Inka Steiof-Gebert | Management Assistant, Mundipharma |
| | Jacinta Fernandes | Legal Secretary, Chadbourne & Parke LLP |
| | Jacinta Nagler | Senior Manager, Business Development, Purdue Pharma L.P. |
| | Jacqueline Mahony | Daughter of Ed Mahony |
| | James Conover | Executive Director, Regulatory Affairs, Purdue Pharma L.P. |
| | James Keyes | Attorney, Appleby, Spurling & Hunter (Bermuda); potentially Director, Mundipharma International Ltd. |
| | James Peltier | Director, Materials Management, Rhodes Technologies |

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
| ■■■ | | |
| ■■■ | James Popp | Vice President, NDSE & PKDM, Purdue Pharma L.P. |
| ■■■ | Elizabeth Jane Ellis | Sister of John Stewart |
| ■■■ | ■■■ | Personal Assistant to Simon Bashford, Director, Mundipharma International Ltd. |
| ■■■ | Jane Schwocho | Assistant Director, Cost Accounting, Purdue Pharma L.P. |
| ■■■ | Jayaganesh Ramasamy | Senior Manager, Drug Safety Systems, Purdue Pharma L.P. |
| ■■■ | Jean Marie Neal | Director, Federal Government Affairs, Purdue Pharma L.P. |
| ■■■ | Jessica Borden | Consultant, Purdue Pharma L.P. |
| ■■■ | Jiangchao Yao | Research Investigator, Purdue Pharma L.P. |
| ■■■ | Jill Jackson | Head of Organizational Development, Napp Pharmaceuticals Ltd. |
| ■■■ | Jill Virgil Smith | Attorney, Appleby, Spurling & Hunter (Bermuda) |
| ■■■ | James K. Glassman | Chairman, Glassman Advisory |
| ■■■ | Joan Grady | Legal Assistant/Closing Coordinator, Wilkins & Griffin PLLC |
| ■■■ | Joe McCarthy | Senior Business Law Counsel, EMC Corp. |
| ■■■ | John Crowley | Executive Director, Controlled Substances Act Compliance, Purdue Pharma L.P. |
| ■■■ | John Dwyer | Chemical Operator-B, Manufacturing, P.F. Laboratories, Inc. |
| ■■■ | John Kollins | Chief Business Officer & Senior Vice President, Transcept Pharmaceuticals, Inc. |

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
| | John Mooney | Senior Director, Employee Relations, P.F. Laboratories, Inc. |
| | John F. Pinard | Director, Information Technology, Purdue Pharma Canada |
| | John Ricci | Associate Director, Web Systems, Purdue Pharma L.P. |
| | John Sweeney | Associate Director, Accounting Services, Purdue Pharma L.P. |
| | Dr. John W. Watkins | Employee, Project Management, Mundipharma Research Ltd. |
| | John B. Whitlam, PhD | Medical Affairs Director, Mundipharma Australia |
| | John Wilkins | Attorney, Wilkins & Griffin PLLC |
| | Jonathan Lupkin | Counsel to Debtors, Solomon, Zauderer, Ellenhorn, Frischer & Sharp (firm later merged with Proskauer Rose LLP) |
| | Jose Fojas | Product Manager, The Purdue Frederick Company |
| | Joseph Grills | Associate Director, EHS, Purdue Pharma L.P. |
| | Joseph Talamo | Vice President & Corporate Controller, OSI Pharmaceuticals, Inc. |
| | Josh Strassburger | Son of Phillip Strassburger; Intern, Environment, Health and Safety Department, Purdue Pharma L.P. |
| | Joseph R. Robinson | Counsel to Debtors, Troutman Sanders LLP |
| | Julie Collins | Associate Scientific & Tech. Writer, Purdue Pharma L.P. |
| | Junko Soejima | Senior Manager, Business Development, Mundipharma KK |
| | James Watson | Managing Director, Burrill & Co. |
| | Karen Getlein | Associate Director, Human Resources, Purdue Pharma L.P. |

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
| ███ | Karen Ventrella | Associate Director, Clinical Operations, Purdue Pharma L.P. |
| ███ | Kate Brooke | Oncology Administrator, Mundipharma International Ltd. |
| ███ | ███ | Senior Administrative Associate, Purdue Pharma L.P. |
| ███ | Kathryn Bennett | Management Accountant, Napp Pharmaceutical Holdings Ltd. |
| ███ | Katie DeGregory | Senior Analyst, Sales & Marketing Systems, Purdue Pharma L.P. |
| ███ | Ken Valenzano | Group Leader, Pharmacology, Purdue Pharma L.P. |
| ███ | Kerri Sherry | Benefits Specialist, Purdue Pharma L.P. |
| ███ | Kevin Bynum | Principal Scientist, AS, Purdue Pharma L.P. |
| ███ | Kiernan Bell | Attorney, Appleby, Spurling & Hunter (Bermuda) |
| ███ | ███ | Administrative Assistant to Peter Boer, Director, Purdue Pharma L.P. |
| ███ | Kirsty Lofts | Regulatory Affairs Administrator, European Regulatory Affairs, Mundipharma Research Ltd. |
| ███ | Yusuke Komatsu | Attorney, Tomotsune & Kimura (Japan) |
| ███ | Robert Kupper | Vice President & CSO, Rhodes Technologies |
| ███ | Kurt Haase | Director of Infrastructure and Collaboration Services, Purdue Pharma L.P. |
| ███ | Laura Nelson Carney | Healthcare Consultant, McKinsey & Company |

10

UNREDACTED - THIS CONTAINS OFFICERS, DIRECTORS, AND INFORMATION IN PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

19-23649-shl Doc 2440 Filed 03/03/21 Entered 03/03/21 14:58:30 Exhibit 69-1 Pg 12 of 18

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
|  | Lawrence Winick | Director, Regulatory Affairs (U.S.), Purdue Pharma L.P. |
|  | Leanne Haugen | Territory Manager, Purdue Pharma Canada |
|  | Lee San Ang | Regional Business Development Manager, Mundipharma Pte Ltd. (Singapore) |
|  | Leeam Lowin | Founder & CEO, Seraya Medical |
|  |  | Personal Assistant to "Mrs. Sackler" (seems to be Theresa Sackler) |
|  | Les Dockerill | Employee, Napp Pharmaceuticals |
|  | Li Li | Employee, Beijing Mundipharma Pharmaceutical Co., Ltd. |
|  | Li Lin | Senior Manager, Corporate Finance, Purdue Pharma L.P. |
|  | Lin Gao | Communication & Public Relations Manager, Mundipharma (China) Pharmaceutical Co. Ltd. |
|  |  | Administrative Associate, Purdue Pharma L.P. |
|  | Linda DePonte | Senior Manager, Credit Services, Purdue Pharma L.P. |
|  |  | Senior Administrative Assistant, Purdue Pharma L.P. |
|  |  | Customer Success Executive, The Network, Inc. |
|  | Lisbeth Rosen | Area Manager Assistant, Mundipharma Sweden |
|  | Locker Jiri | Branch Manager, Mundipharma Czech Republic |
|  | Lori Janosko | Manager, Corporate Communications, Purdue Pharma L.P. |
|  | Louis DeBone | Director, Rhodes Technologies |
|  | Lucy Lai | Communications Manager, Purdue Pharma Canada |
|  | Luis Reyes | Systems Analyst, Purdue Pharma L.P. |

11

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
| | | Executive Assistant to Peter Boer, Director, Purdue Pharma L.P. |
| | Marc Hart | Associate Director, Regulatory Affairs, Purdue Pharma L.P. |
| | | Senior Administrative Assistant to the General Counsel, Purdue Pharma L.P. |
| | Maribeth Landau | Spouse of Craig Landau |
| | | Administrative Associate, Purdue Pharma L.P. |
| | Dr. Mark D. Hill | Clinical Pharmacology, Mundipharma International (UK) / Napp Pharmaceuticals |
| | Mary Corson | Spouse/widow of Jonathan Sackler |
| | Masaru Kitamura | Attorney, Kitamura & Givens |
| | Maura Murphy | Counsel to Debtors, Chadbourne & Parke LLP |
| | | Intern, Office of the General Counsel, Purdue Pharma L.P. |
| | Meredith Hall (née Cauvin) | Manager, Litigation Support, Purdue Pharma L.P. |
| | Michael Celentano | Associate Director, Commercial Trade Systems, Purdue Pharma L.P. |
| | | Intern, Office of the General Counsel, Purdue Pharma L.P. |
| | Michael Simon | Deputy Head of Finance, Mundipharma Laboratories GmbH (Switzerland) |
| | | Senior Administrative Assistant, Purdue Pharma L.P. |
| | Michele Parker | Senior Manager, Quality, Purdue Pharmaceuticals L.P. |
| | | Administrative Associate to J. David Haddox, Purdue Pharma L.P. |

12

UNREDACTED VERSION OF EXHIBIT TO OFFICERS' CERTIFICATION — PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER
HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
| ■ | Michelle Ricardo | Counsel to Debtors, Chadbourne & Parke LLP |
| ■ | Michelle Timney | Spouse of Mark Timney |
| ■ | Mike Baker | Sample Technician, Purdue Pharma L.P. |
| ■ | Milo Russenberger | Trust Accountant, Revinova Treuhand AG |
| ■ | Mitsugu Kiyokawa | Discovery Research Collaborator, Shionogi Research Laboratories, Shionogi & Co., Ltd. |
| ■ | Austin O'Connor | Legal Representative, Halm Holdings SARL |
| ■ | ■ | Administrative Associate, Purdue Pharma L.P. |
| ■ | Nancy Godwin | In-House Counsel, Napp Pharmaceuticals |
| ■ | Natalia Aristizabal | Corporate Security Associate, LELE, Purdue Pharma L.P. |
| ■ | ■ | Administrative Assistant to Ake Winstrom, Mundipharma |
| ■ | N/A | Board of Directors listserv, Napp Pharmaceutical Group, Ltd. |
| ■ | Onyenoha Chukwumerije | Executive Director, Supplier Quality, P.F. Laboratories, Inc. |
| ■ | N/A | Litigation listserv for *Grinbaum v. Purdue Frederick Co.* |
| ■ | Pascale Wenger | Employee Benefits Plan Administrator, Mundipharma AG (Switzerland) |
| ■ | Pat Montgomery | Accountant, Patricia Montgomery, CPA[2] |
| ■ | Paul Baker | QC Supervisor, Purdue Canada |
| ■ | ■ | Administrative Associate, Raymond R. Sackler |
| ■ | Daniel Danford | Counsel to Debtors, Stites & Harbison PLLC |

---

[2] Communications relate to pro bono legal matters managed by Howard Udell.

13

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
| | Pete Macvean | Security Consultant, Purdue Pharma L.P. |
| | Peter Eck | Counsel to Debtors, Chadbourne & Parke LLP |
| | Peter Bonk | Assistant Director, R&D, Rhodes Technologies |
| | Peter Willumsen | Internal Auditor, Purdue Pharma L.P.; Associate Senior Auditor, IAF Corp. |
| | Petra Wilbers | Employee, Mundipharma |
| | Pinggao Zhang | Senior Biostatistician, Purdue Pharma L.P. |
| | Peter Mathers | Counsel to Debtors, Kleinfeld, Kaplan & Becker LLP |
| | Pooran Singh | Purdue Ethics and Compliance hotline caller |
| | N/A | Mail server administrator (to which errors in email processing are directed), InfoMed Direct Company |
| | Qiang Zhai | Senior Manager, Statistical Programming, Purdue Pharma L.P. |
| | Rebecca Ragans | Employee, Purdue Pharma L.P. |
| | Rene Edwards | Contract Specialist, Institutional Contracts, Pricing & Contract Administration, Purdue Pharma L.P. |
| | Richard Conklin | Security Consultant, Purdue Pharma L.P. |
| | Ron Levine | Vice President, Corporate Planning, Purdue Pharma L.P. |
| | Robert Deady | Senior Manager, Environmental Affairs, Purdue Pharma L.P. |
| | Rosanne Bakker | Marketing Manager, Mundipharma Australia |

14

UNREDACTED VERSION OF EXHIBIT RE: NAMES OF CERTAIN PERSONS IN PRIVILEGED COMMUNICATIONS - TREATED AS SUBJECT TO PROTECTIVE ORDER

19-23649-shl Doc 2440 Filed 03/03/21 Entered 03/03/21 14:58:30 Exhibit 69-1 Pg 16 of 18

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
|  | Roy Park | Associate Director, Human Resources, Purdue Pharma L.P. |
|  | Robert Paradiso | Counsel to Debtors, Davidson, Davidson & Kappel LLC |
|  | Richard Sackler | Director, Purdue Pharma L.P. |
|  | Ruth Hsu | Pharmacovigilance and Drug Information Officer, Purdue Canada |
|  | Sally Sng | HR Head, Mundipharma Pte Ltd. |
|  | Sanjukta Bhaduri | Director, Regulatory Affairs, Purdue Pharma L.P. |
|  | Sarah Guche | Contract Attorney, Purdue Pharma L.P. |
|  | Scott Albert | Involved in communications related to Burt Weinstein's personal legal matters |
|  | Scott Allen | Director, Quality Assurance, P.F. Laboratories, Inc. |
|  | Scott Campbell | Counsel to Debtors, Stewart McKelvey |
|  | Scott Hartman | CFO, Cheyenne Petroleum |
|  | Stuart D. Baker | Executive Vice President and Counsel to Board of Directors, Purdue Pharma L.P. |
|  | Serafim Silva | Docutech Operator, Purdue Pharma L.P. |
|  | Shannon Ensminger | Public Relations Consultant, Purdue Pharma L.P. |
|  | Sherlyn Celone | Director, Internet Communications Strategy, Purdue Pharma L.P. |
|  | Sheryl Siegel | Medical Director, Risk Management and Health Policy, Purdue Pharma L.P. |

UNREDACTED VERSION OF REDACTED DOCUMENT FILED UNDER SEAL - PRIVILEGED COMMUNICATIONS - TREATMENT SUBJECT TO PROTECTIVE ORDER

19-23649-shl Doc 2440 Filed 03/03/21 Entered 03/03/21 14:58:30 Exhibit 69-1 Pg 17 of 18

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
|  | Sidney Goode | Senior Site Facilities and Infrastructure Engineer, Rhodes Technologies |
|  | Simon Crossley | In-House Counsel, Napp Pharmaceuticals |
|  | Simon Gore-Grimes | Vice President, Brook & Whittle Ltd.[3] |
|  | Sophie Lovett | Employee, C.B. Mitchell |
|  | Sophie Sackler-Dlrymple | Sackler family member |
|  | Srinivas Koppaka | Senior Manager, Finance, Purdue Pharma L.P. |
|  | Stephen Huvane | IT Engineer, Purdue Pharma L.P. |
|  | Stephen Kovary | Senior Director, Production Operations, Purdue Pharma L.P. |
|  | Stephen Lazar | Executive Dean, Sackler School of Medicine |
|  | Steve Stewart | CEO, Brook & Whittle Ltd.[4] |
|  | Esther Strassburger | Spouse of Phil Strassburger |
|  | Stuart Bates | Product Specialist, Delphian Technology (employed by Purdue) |
|  |  | Executive Assistant, Mundipharma |
|  | Susan Woods | Head of Regulatory Pharmaceutics, Napp Pharmaceuticals |
|  | Suzanna Miller | Counsel to Debtors, Chadbourne & Parke LLP |
|  | Timothy Bendin | Counsel to Purdue executive J. David Haddox |
|  | Terri Cameron | Oncology Manager, Mundipharma |

---

[3] Related communications involve Craig Landau's personal legal matters.
[4] Related communications involve Craig Landau's personal legal matters.

16

| Domain/Email Address | Name | Role/Title/Description/Affiliation |
|---|---|---|
| ■■■ | Theodore Antonitis | Personal acquaintance and former employee of Sacklers[5] |
| ■■■ | Thomas Wicks | Senior Director, U.S. Regulatory Affairs, Purdue Pharma L.P. |
| ■■■ | Tom O'Gorman | Employee, Mundipharma Ireland |
| ■■■ | Tony Scifo | Senior National Account Executive, Purdue Pharma L.P. |
| US NY Harzell, Tricia | Tricia Hartzell | Paralegal, Chadbourne & Parke LLP |
| ■■■ | Ulrich Martin | Medicine Director, Mundipharma |
| ■■■ | Vanessa Froese | European Product Manager, Product Manager, Sales Representative, Mundipharma |
| ■■■ | Vince Mancinelli | President, Rhodes Pharmaceuticals |
| ■■■ | Wendy Goldstein | Counsel to Debtors, Epstein Becker & Green, P.C. |
| ■■■ | Will Heins | Director, Connecticut Coalition of Achievement Now (ConnCAN), an education advocacy group founded by Jonathan Sackler[6] |
| ■■■ | William Calvert | Associate Director, Drug Safety Systems, Purdue Pharma, L.P. |
| ■■■ | William Loomis | Director, Purdue Pharma, L.P. |
| ■■■ | Xiaoming Zhou | Employee, Purdue Pharma, L.P. |
| ■■■ | Yixun Xu | Employee, Discovery Research (Molecular Biology Department), Purdue Pharma, L.P. |
| ■■■ | Young Tae Lee | CEO, Mundipharma YH |
| US NY Devoe, Yvonne | Yvonne Devoe | Counsel to Debtors, Chadbourne & Parke LLP |

---

[5] Howard Udell assisted with personal legal matters for this individual.
[6] This information was included in our appendix "2020.08.25 Debtor Log Appendix_Domains and Individuals – Highly Confidential" provided to the UCC on August 25, 2020.

17