# Exhibit 14

| **In re Purdue Pharma L.P. et al., No. 19-23649 (Bankr. S.D.N.Y.)** |
| --- |
| July 22, 2020 - Raymond Side Initial Covered Sackler Persons Privilege Log |
| August 7, 2020 - *Addendum re: Davis Polk Wardwell communications* |
| ***Notes*** |
| Claims of attorney-client privilege and work product protection include reliance on common interest, joint defense, and similar doctrines of non-waiver, and all rights with respect to such doctrines are reserved. |
| Documents with an OLK indication do not have reliable metadata, including with respect to the date of the document. Please see Katherine Fell's letter to the Official Committee dated June 19, 2020, for additional information. |
| The author field was populated from metadata, and as such, may not reflect the actual author of the document. If the author field is blank, it is because that metadata field was not available for the document at issue. Please see Katherine Fell's email on June 24, 2020, for additional information. |

OREO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRODUCTION BATES NUMBER | RECORD TYPE | OLK INDICATION |
|---|---|---|---|---|
| PS-00004765 | PS-00004765 | | Parent | |
| PS-00004774 | PS-00004774 | | Parent | |
| PS-00004776 | PS-00004776 | | Parent | |

DPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | DOCUMENT DATE | SENDER | SENDER EMAIL | RECIPIENT |
|---|---|---|---|---|---|
| PS-00004765 | PS-00004765 | 1/28/2019 | Mortimer Sackler | Redacted - PII | Marc Kesselman*; Anthony Roncalli*; Mary Jo White*; Maura Monaghan*; Steve Miller; Craig Landau; Richard Sackler; Jonathan Sackler; David Sackler; Davidson Goldin; Paul Gallagher; Ed Williams*; Steve Mcmahon; Cecil Pickett |
| PS-00004774 | PS-00004774 | 1/28/2019 | Craig Landau | Redacted - PII | Mortimer Sackler; Marc Kesselman* |
| PS-00004776 | PS-00004776 | 1/27/2019 | Mortimer Sackler | Redacted - PII | Marc Kesselman*; Anthony Roncalli*; Mary Jo White*; Maura Monaghan*; Steve Miller; Craig Landau; Richard Sackler; Jonathan Sackler; David Sackler; Davidson Goldin; Paul Gallagher; Ed Williams*; Steve Mcmahon; Cecil Pickett |

OREO - Privilege Log - Sackler

| | | | Privilege Log Addendum - Raymond-side Initial Cover S |
|---|---|---|---|
| PRIVILEGE ID | PARENT ID | RECIPIENT EMAIL | CC |
| PS-00004765 | PS-00004765 | **Redacted - PII** | |
| PS-00004774 | PS-00004774 | **Redacted - PII** | Anthony Roncalli*; Mary Jo White*; Maura Monaghan*; Steve Miller; Richard Sackler; Jonathan Sackler; David Sackler; Davidson Goldin; Paul Gallagher; Ed Williams*; Steve Mcmahon; Cecil Pickett |
| PS-00004776 | PS-00004776 | **Redacted - PII** | |

OPEO - Privilege Log - Sackler

ackler Persons - 8/07/2020 - OPEO

| PRIVILEGE ID | PARENT ID | CC EMAIL | BCC | BCC EMAIL |
|---|---|---|---|---|
| PS-00004765 | PS-00004765 | | | |
| PS-00004774 | PS-00004774 | **Redacted - PII** | | |
| PS-00004776 | PS-00004776 | | | |

OREO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | AUTHOR | EMAIL SUBJECT LINE | FILE NAME |
|---|---|---|---|---|
| PS-00004765 | PS-00004765 | | Re: Weekly call | Re: Weekly call |
| PS-00004774 | PS-00004774 | | Re: Weekly call | Re: Weekly call |
| PS-00004776 | PS-00004776 | | Re: Weekly call | Re: Weekly call |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRIVILEGE or COMMON INTEREST | PRIVILEGE DESCRIPTION |
|---|---|---|---|
| PS-00004765 | PS-00004765 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice and reflecting work product regarding litigation strategy and defenses. |
| PS-00004774 | PS-00004774 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice and reflecting work product regarding litigation strategy and defenses. |
| PS-00004776 | PS-00004776 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice and reflecting work product regarding litigation strategy and defenses. |

DPFO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRODUCTION BATES NUMBER | RECORD TYPE | OLK INDICATION |
|---|---|---|---|---|
| PS-00004799 | PS-00004799 | | Parent | |
| PS-00004939 | PS-00004939 | | Parent | |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | DOCUMENT DATE | SENDER | SENDER EMAIL | RECIPIENT |
|---|---|---|---|---|---|
| PS-00004799 | PS-00004799 | 1/24/2019 | Mortimer Sackler | Redacted - PII | Marc Kesselman*; Anthony Roncalli*; Mary Jo White*; Maura Monaghan*; Steve Miller; Craig Landau; Richard Sackler; Jonathan Sackler; David Sackler; Davidson Goldin; Paul Gallagher; Ed Williams*; Steve Mcmahon; Cecil Pickett |
| PS-00004939 | PS-00004939 | 1/6/2019 | Richard Silbert* | Redacted - PII | Mortimer Sackler |

OPEO - Privilege Log - Sackler

| | | | Privilege Log Addendum - Raymond-side Initial Cover S |
|---|---|---|---|
| **PRIVILEGE ID** | **PARENT ID** | **RECIPIENT EMAIL** | **CC** |
| PS-00004799 | PS-00004799 | **Redacted - PII** | |
| PS-00004939 | PS-00004939 | **Redacted - PII** | Jonathan Sackler; Mortimer Sackler; Stuart Baker*; Mary Jo White*; Sheila Birnbaum*; Mark Cheffo*; Patrick Fitzgerald*; Jennifer Bragg*; Reginald Brown*; Marshall Huebner*; Gregory Joseph*; Luther Strange*; Steve Miller; Craig Landau; Danielle Stock*; Jeffrey Rosen*; Michelle Mcgreal*; Mara Leventhal*; Jerry Uzzi*; William Nordwind; Executive Assistant to Mortimer Sackler; Richard Sackler; Theodore Wells*; Anthony Roncalli*; Douglas Pepe*; David Bernick*; Alison Sher*; Joe Mclaughlin*; Donald Strauber*; David Sackler; Marc Kesselman* |

| | OPEO - Privilege Log - Sackler Persons - 8/07/2020 - OPEO | | | | |
|---|---|---|---|---|---|
| PRIVILEGE ID | PARENT ID | CC EMAIL | | BCC | BCC EMAIL |
| PS-00004799 | PS-00004799 | | | | |
| PS-00004939 | PS-00004939 | **Redacted - PII** | | | |

OREO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | AUTHOR | EMAIL SUBJECT LINE | FILE NAME |
|---|---|---|---|---|
| PS-00004799 | PS-00004799 | | Re: Weekly call | Re: Weekly call |
| PS-00004939 | PS-00004939 | | Re: Opioid Market Share Data | Re: Opioid Market Share Data |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRIVILEGE or COMMON INTEREST | PRIVILEGE DESCRIPTION |
|---|---|---|---|
| PS-00004799 | PS-00004799 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice and reflecting work product regarding litigation strategy and defenses. |
| PS-00004939 | PS-00004939 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties for the purpose of requesting and providing legal advice and reflecting work product regarding litigation strategy. |

DPEQ - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRODUCTION BATES NUMBER | RECORD TYPE | OLK INDICATION |
|---|---|---|---|---|
| PS-00004941 | PS-00004941 | | Parent | |
| PS-00127899 | PS-00127899 | | Parent | |
| PS-00127946 | PS-00127946 | | Parent | |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | DOCUMENT DATE | SENDER | SENDER EMAIL | RECIPIENT |
|---|---|---|---|---|---|
| PS-00004941 | PS-00004941 | 1/6/2019 | Mortimer Sackler | **Redacted - PII** | Richard Silbert* |
| PS-00127899 | PS-00127899 | 1/28/2019 | Mortimer Sackler | **Redacted - PII** | Marc Kesselman*; Anthony Roncalli*; Mary Jo White*; Maura Monaghan*; Steve Miller; Craig Landau; Richard Sackler; Jonathan Sackler; David Sackler; Davidson Goldin; Paul Gallagher; Ed Williams*; Steve Mcmahon; Cecil Pickett |
| PS-00127946 | PS-00127946 | 1/28/2019 | Craig Landau | **Redacted - PII** | Mortimer Sackler; Marc Kesselman* |

OPEO - Privilege Log - Sackler

Privilege Log Addendum - Raymond-side Initial Cover S

| PRIVILEGE ID | PARENT ID | RECIPIENT EMAIL | CC |
|---|---|---|---|
| PS-00004941 | PS-00004941 | Redacted - PII | Jonathan Sackler; Mortimer Sackler; Stuart Baker*; Mary Jo White*; Sheila Birnbaum*; Mark Cheffo*; Patrick Fitzgerald*; Jennifer Bragg*; Reginald Brown*; Marshall Huebner*; Gregory Joseph*; Luther Strange*; Steve Miller; Craig Landau; Danielle Stock*; Jeffrey Rosen*; Michelle Mcgreal*; Mara Leventhal*; Jerry Uzzi*; William Nordwind; *Executive Assistant to Mortimer Sackler*; Richard Sackler; Theodore Wells*; Anthony Roncalli*; Douglas Pepe*; David Bernick*; Alison Sher*; Joe Mclaughlin*; Donald Strauber*; David Sackler; Marc Kesselman* |
| PS-00127899 | PS-00127899 | Redacted - PII | |
| PS-00127946 | PS-00127946 | Redacted - PII | Anthony Roncalli*; Mary Jo White*; Maura Monaghan*; Steve Miller; Richard Sackler; Jonathan Sackler; David Sackler; Davidson Goldin; Paul Gallagher; Ed Williams*; Steve Mcmahon; Cecil Pickett |

OPEO - Privilege Log - Sackler

ackler Persons - 8/07/2020- OPEO

| PRIVILEGE ID | PARENT ID | CC EMAIL | BCC | BCC EMAIL |
|---|---|---|---|---|
| PS-00004941 | PS-00004941 | **Redacted - PII** | | |
| PS-00127899 | PS-00127899 | | | |
| PS-00127946 | PS-00127946 | **Redacted - PII** | | |

OBEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | AUTHOR | EMAIL SUBJECT LINE | FILE NAME |
|---|---|---|---|---|
| PS-00004941 | PS-00004941 | | Re: Opioid Market Share Data | Re: Opioid Market Share Data |
| PS-00127899 | PS-00127899 | | Re: Weekly call | Re: Weekly call |
| PS-00127946 | PS-00127946 | | Re: Weekly call | Re: Weekly call |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRIVILEGE or COMMON INTEREST | PRIVILEGE DESCRIPTION |
|---|---|---|---|
| PS-00004941 | PS-00004941 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties for the purpose of requesting and providing legal advice and reflecting work product regarding litigation strategy. |
| PS-00127899 | PS-00127899 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice and reflecting work product regarding litigation strategy and defenses. |
| PS-00127946 | PS-00127946 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice and reflecting work product regarding litigation strategy and defenses |

DPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRODUCTION BATES NUMBER | RECORD TYPE | OLK INDICATION |
|---|---|---|---|---|
| PS-00127962 | PS-00127962 | | Parent | |
| PS-00128073 | PS-00128073 | | Parent | |
| PS-01152233 | PS-01152233 | | Parent | |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | DOCUMENT DATE | SENDER | SENDER EMAIL | RECIPIENT |
|---|---|---|---|---|---|
| PS-00127962 | PS-00127962 | 1/27/2019 | Mortimer Sackler | **Redacted - PII** | Marc Kesselman*; Anthony Roncalli*; Mary Jo White*; Maura Monaghan*; Steve Miller; Craig Landau; Richard Sackler; Jonathan Sackler; David Sackler; Davidson Goldin; Paul Gallagher; Ed Williams*; Steve Mcmahon; Cecil Pickett |
| PS-00128073 | PS-00128073 | 1/24/2019 | Mortimer Sackler | **Redacted - PII** | Marc Kesselman*; Anthony Roncalli*; Mary Jo White*; Maura Monaghan*; Steve Miller; Craig Landau; Richard Sackler; Jonathan Sackler; David Sackler; Davidson Goldin; Paul Gallagher; Ed Williams*; Steve Mcmahon; Cecil Pickett |
| PS-01152233 | PS-01152233 | 6/14/2019 | Sheila Birnbaum* | "Birnbaum, Sheila" <sheila.birnbaum@dechert.com> | Marc Kesselman* |

OPEO - Privilege Log - Sackler

| | | Privilege Log Addendum - Raymond-side Initial Cover S | |
|---|---|---|---|
| PRIVILEGE ID | PARENT ID | RECIPIENT EMAIL | CC |
| PS-00127962 | PS-00127962 | **Redacted - PII** | |
| PS-00128073 | PS-00128073 | **Redacted - PII** | |
| PS-01152233 | PS-01152233 | **Redacted - PII** | Mortimer Sackler; Mary Jo White*; Maura Monaghan*; Jeffrey Rosen*; Mark Cheffo*; Jonathan White; Jacqueline Sackler; David Bernick*; Theodore Wells*; David Sackler; Richard Sackler; Jonathan Sackler; Luther Strange*; Anthony Roncalli*; Marshall Huebner* |

OPEO - Privilege Log - Sackler

| | | ackler Persons - 8/07/2020 - OPEO | | |
|---|---|---|---|---|
| PRIVILEGE ID | PARENT ID | CC EMAIL | BCC | BCC EMAIL |
| PS-00127962 | PS-00127962 | | | |
| PS-00128073 | PS-00128073 | | | |
| PS-01152233 | PS-01152233 | **Redacted - PII** | | |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | AUTHOR | EMAIL SUBJECT LINE | FILE NAME |
|---|---|---|---|---|
| PS-00127962 | PS-00127962 | | Re: Weekly call | Re: Weekly call |
| PS-00128073 | PS-00128073 | | Re: Weekly call | Re: Weekly call |
| PS-01152233 | PS-01152233 | | Re: FYI - Relevant Media Coverage - JOINT DEFENSE PRIVILEGED | Re: FYI - Relevant Media Coverage - JOINT DEFENSE PRIVILEGED |

OPEQ - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRIVILEGE or COMMON INTEREST | PRIVILEGE DESCRIPTION |
|---|---|---|---|
| PS-00127962 | PS-00127962 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice and reflecting work product regarding litigation strategy and defenses. |
| PS-00128073 | PS-00128073 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice and reflecting work product regarding litigation strategy and defenses. |
| PS-01152233 | PS-01152233 | AC Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice regarding litigation strategy and methods for potential settlement of liability. |

OREO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRODUCTION BATES NUMBER | RECORD TYPE | OLK INDICATION |
|---|---|---|---|---|
| PS-01152238 | PS-01152238 | | Parent | |
| RS0802572 | RS0802572 | | Parent | Metadata, Including Date, Not Reliable |
| RS0810577 | RS0810577 | | Parent | Metadata, Including Date, Not Reliable |
| RS0833787 | RS0833787 | | Parent | Metadata, Including Date, Not Reliable |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | DOCUMENT DATE | SENDER | SENDER EMAIL | RECIPIENT |
|---|---|---|---|---|---|
| PS-01152238 | PS-01152238 | 6/14/2019 | Marc Kesselman* | **Redacted - PII** | Mortimer Sackler; Sheila Birnbaum* |
| RS0802572 | RS0802572 | 5/25/2006 | Mortimer Sackler | **Redacted - PII** | Craig Landau; Mary Jo White*; Jeffrey Rosen*; Maura Monaghan*; Paul Verbinnen; Marc Kesselman*; Anthony Roncalli*; Marshall Huebner*; Sheila Birnbaum*; Mark Cheffo* |
| RS0810577 | RS0810577 | 5/25/2006 | Marshall Huebner* | **Redacted - PII** | Jonathan Sackler |
| RS0833787 | RS0833787 | 5/19/2006 | Richard Silbert* | **Redacted - PII** | Mortimer Sackler |

**Privilege Log Addendum - Raymond-side Initial Cover S**

| PRIVILEGE ID | PARENT ID | RECIPIENT EMAIL | CC |
|---|---|---|---|
| PS-01152238 | PS-01152238 | Redacted - PII | Mary Jo White*; Maura Monaghan*; Jeffrey Rosen*; Mark Cheffo*; Jonathan White; Jacqueline Sackler; David Bernick*; Theodore Wells*; David Sackler; Richard Sackler; Jonathan Sackler; Luther Strange*; Anthony Roncalli*; Marshall Huebner* |
| RS0802572 | RS0802572 | Redacted - PII | Richard Sackler; David Sackler; Jonathan Sackler; Paul Gallagher; Marc Kesselman*; Josephine Martin; Steve Miller; Anthony Roncalli*; Leslie Schreyer* |
| RS0810577 | RS0810577 | Redacted - PII | Mortimer Sackler; Craig Landau; Mary Jo White*; Jeffrey Rosen*; Maura Monaghan*; Paul Verbinnen*; Marc Kesselman*; Anthony Roncalli*; Sheila Birnbaum*; Mark Cheffo*; Richard Sackler; David Sackler; Paul Gallagher; Josephine Martin; Steve Miller; Leslie Schreyer* |
| RS0833787 | RS0833787 | Redacted - PII | Jonathan Sackler; Mortimer Sackler; Stuart Baker*; Mary Jo White*; Sheila Birnbaum*; Mark Cheffo*; Patrick Fitzgerald*; Jennifer Bragg*; Reginald Brown*; Marshall Huebner*; Gregory Joseph*; Luther Strange*; Steve Miller; Craig Landau; Danielle Stock*; Jeffrey Rosen*; Michelle Mcgreal*; Mara Leventhal*; Jerry Uzzi*; William Nordwind; *Executive Assistant to Mortimer Sackler* Richard Sackler; Theodore Wells*; Anthony Roncalli*; Douglas Pepe*; David Bernick*; Alison Sher*; Joe Mclaughlin*; Donald Strauber*; David Sackler; Marc Kesselman* |

OPEO - Privilege Log - Sackler

ackler Persons - 8/07/2020- OPEO

| PRIVILEGE ID | PARENT ID | CC EMAIL | BCC | BCC EMAIL |
|---|---|---|---|---|
| PS-01152238 | PS-01152238 | **Redacted - PII** | | |
| RS0802572 | RS0802572 | **Redacted - PII** | | |
| RS0810577 | RS0810577 | **Redacted - PII** | | |
| RS0833787 | RS0833787 | **Redacted - PII** | | |

OREO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | AUTHOR | EMAIL SUBJECT LINE | FILE NAME |
|---|---|---|---|---|
| PS-01152238 | PS-01152238 | | RE: FYI - Relevant Media Coverage - JOINT DEFENSE PRIVILEGED | RE: FYI - Relevant Media Coverage - JOINT DEFENSE PRIVILEGED |
| RS0802572 | RS0802572 | | | 741AE04B-9F5F-4397-ABE6-9FFD2B9DEF51.olk15Message |
| RS0810577 | RS0810577 | | | 83E1225E-2033-4E9B-80BB-3761E3916BF4.olk15Message |
| RS0833787 | RS0833787 | | | B322C440-14F2-4BEF-8C98-D6E8BB56EE60.olk15Message |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRIVILEGE or COMMON INTEREST | PRIVILEGE DESCRIPTION |
|---|---|---|---|
| PS-01152238 | PS-01152238 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice regarding litigation strategy and methods for potential settlement of liability. |
| RS0802572 | RS0802572 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for the purpose of requesting and providing legal advice and reflecting work product regarding the settlement of litigation, litigation strategy, and other legal developments. |
| RS0810577 | RS0810577 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for the purpose of requesting and providing legal advice and reflecting work product regarding the settlement of litigation, litigation strategy, and other legal developments. |
| RS0833787 | RS0833787 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties for the purpose of requesting and providing legal advice and reflecting work product regarding litigation strategy. |

| PRIVILEGE ID | PARENT ID | PRODUCTION BATES NUMBER | RECORD TYPE | OLK INDICATION |
|---|---|---|---|---|
| RS0846252 | RS0846252 | | Parent | Metadata, Including Date, Not Reliable |
| RS0871188 | RS0871188 | | Parent | Metadata, Including Date, Not Reliable |
| RS0871198 | RS0871198 | | Parent | Metadata, Including Date, Not Reliable |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | DOCUMENT DATE | SENDER | SENDER EMAIL | RECIPIENT |
|---|---|---|---|---|---|
| RS0846252 | RS0846252 | 5/25/2006 | Jonathan Sackler | Redacted - PII | Mortimer Sackler |
| RS0871188 | RS0871188 | 5/20/2006 | Mortimer Sackler | Redacted - PII | Marc Kesselman*; Anthony Roncalli*; Mary Jo White*; Maura Monaghan*; Steve Miller; Craig Landau; Richard Sackler; Jonathan Sackler; David Sackler; Davidson Goldin; Paul Gallagher; Ed Williams*; Steve Mcmahon; Cecil Pickett |
| RS0871198 | RS0871198 | 5/20/2006 | Mortimer Sackler | Redacted - PII | Marc Kesselman*; Anthony Roncalli*; Mary Jo White*; Maura Monaghan*; Steve Miller; Craig Landau; Richard Sackler; Jonathan Sackler; David Sackler; Davidson Goldin; Paul Gallagher; Ed Williams*; Steve Mcmahon; Cecil Pickett |

| PRIVILEGE ID | PARENT ID | RECIPIENT EMAIL | CC |
|---|---|---|---|
| RS0846252 | RS0846252 | Redacted - PII | Craig Landau; Mary Jo White*; Jeffrey Rosen*; Maura Monaghan*; Paul Verbinnen; Marc Kesselman*; Anthony Roncalli*; Marshall Huebner*; Sheila Birnbaum*; Mark Cheffo*; Richard Sackler; David Sackler; Paul Gallagher; Josephine Martin; Steve Miller; Leslie Schreyer* |
| RS0871188 | RS0871188 | Redacted - PII | |
| RS0871198 | RS0871198 | Redacted - PII | |

| PRIVILEGE ID | PARENT ID | CC EMAIL | BCC | BCC EMAIL |
|---|---|---|---|---|
| RS0846252 | RS0846252 | **Redacted - PII** | | |
| RS0871188 | RS0871188 | | | |
| RS0871198 | RS0871198 | | | |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | AUTHOR | EMAIL SUBJECT LINE | FILE NAME |
|---|---|---|---|---|
| RS0846252 | RS0846252 | | | CA9060BF-CF3A-4B85-A1C3-B4C356C53B66.olk15Message |
| RS0871188 | RS0871188 | | | FC2228CF-4097-4BE3-B930-93BB928F7211.olk15Message |
| RS0871198 | RS0871198 | | | FC251B42-6B8D-4157-8132-43D8029F3399.olk15Message |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRIVILEGE or COMMON INTEREST | PRIVILEGE DESCRIPTION |
|---|---|---|---|
| RS0846252 | RS0846252 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for the purpose of requesting and providing legal advice and reflecting work product regarding the settlement of litigation, litigation strategy, and other legal developments. |
| RS0871188 | RS0871188 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice and reflecting work product regarding litigation strategy and defenses. |
| RS0871198 | RS0871198 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice and reflecting work product regarding litigation strategy and defenses. |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRODUCTION BATES NUMBER | RECORD TYPE | OLK INDICATION |
|---|---|---|---|---|
| RS0872210 | RS0872210 | | Parent | Metadata, Including Date, Not Reliable |
| RS0903414 | RS0903414 | | Parent | Metadata, Including Date, Not Reliable |
| RS0904910 | RS0904910 | | Parent | Metadata, Including Date, Not Reliable |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | DOCUMENT DATE | SENDER | SENDER EMAIL | RECIPIENT |
|---|---|---|---|---|---|
| RS0872210 | RS0872210 | 5/20/2006 | Mortimer Sackler | Redacted - PII | Marc Kesselman*; Anthony Roncalli*; Mary Jo White*; Maura Monaghan*; Steve Miller; Craig Landau; Richard Sackler; Jonathan Sackler; David Sackler; Davidson Goldin; Paul Gallagher; Ed Williams*; Steve Mcmahon; Cecil Pickett |
| RS0903414 | RS0903414 | 5/19/2006 | Mortimer Sackler | Redacted - PII | Richard Silbert* |
| RS0904910 | RS0904910 | 5/20/2006 | Craig Landau | Redacted - PII | Mortimer Sackler; Marc Kesselman* |

| PRIVILEGE ID | PARENT ID | RECIPIENT EMAIL | CC |
|---|---|---|---|
| RS0872210 | RS0872210 | **Redacted - PII** | |
| RS0903414 | RS0903414 | Redacted - PII | Jonathan Sackler; Mortimer Sackler; Stuart Baker*; Mary Jo White*; Sheila Birnbaum*; Mark Cheffo*; Patrick Fitzgerald*; Jennifer Bragg*; Reginald Brown*; Marshall Huebner*; Gregory Joseph*; Luther Strange*; Steve Miller; Craig Landau; Danielle Stock*; Jeffrey Rosen*; Michelle Mcgreal*; Mara Leventhal*; Jerry Uzzi*; William Nordwind; Executive Assistant to Mortimer Sackler / Richard Sackler; Theodore Wells*; Anthony Roncalli*; Douglas Pepe*; David Bernick*; Alison Sher*; Joe Mclaughlin*; Donald Strauber*; David Sackler; Marc Kesselman* |
| RS0904910 | RS0904910 | **Redacted - PII** | Anthony Roncalli*; Mary Jo White*; Maura Monaghan*; Steve Miller; Richard Sackler; Jonathan Sackler; David Sackler; Davidson Goldin; Paul Gallagher; Ed Williams*; Steve Mcmahon; Cecil Pickett |

OPEO - Privilege Log - Sackler
ackler Persons - 8/07/2020 - Levethal

| PRIVILEGE ID | PARENT ID | CC EMAIL | BCC | BCC EMAIL |
|---|---|---|---|---|
| RS0872210 | RS0872210 | | | |
| RS0903414 | RS0903414 | **Redacted - PII** | | |
| RS0904910 | RS0904910 | **Redacted - PII** | | |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | AUTHOR | EMAIL SUBJECT LINE | FILE NAME |
|---|---|---|---|---|
| RS0872210 | RS0872210 | | | FE5E39D2-53F1-448C-892A-32AB39D0F56E.olk15Message |
| RS0903414 | RS0903414 | | | 57196A27-D8EE-4F16-9EBF-09FCE4F63668.olk15Message |
| RS0904910 | RS0904910 | | | 0964CDB9-3D88-47F1-9187-1AAC4251C3FF.olk15Message |

OREO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRIVILEGE or COMMON INTEREST | PRIVILEGE DESCRIPTION |
|---|---|---|---|
| RS0872210 | RS0872210 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice and reflecting work product regarding litigation strategy and defenses. |
| RS0903414 | RS0903414 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties for the purpose of requesting and providing legal advice and reflecting work product regarding litigation strategy. |
| RS0904910 | RS0904910 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice and reflecting work product regarding litigation strategy and defenses. |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRODUCTION BATES NUMBER | RECORD TYPE | OLK INDICATION |
|---|---|---|---|---|
| RSM-261880 | RSM-261880 | | Parent | Metadata, Including Date, Not Reliable |
| RSM-307565 | RSM-307565 | | Parent | Metadata, Including Date, Not Reliable |
| JS-115347 | JS-115347 | | Parent | |
| JS-115348 | JS-115347 | | Attachment | |
| JS-116596 | JS-116596 | | Parent | |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | DOCUMENT DATE | SENDER | SENDER EMAIL | RECIPIENT |
|---|---|---|---|---|---|
| RSM-261880 | RSM-261880 | 6/14/2019 | Marc Kesselman* | Redacted - PII | Mortimer Sackler; Sheila Birnbaum* |
| RSM-307565 | RSM-307565 | 6/14/2019 | Sheila Birnbaum* | "Birnbaum, Sheila" <sheila.birnbaum@dechert.com> | Marc Kesselman* |
| JS-115347 | JS-115347 | 4/29/2018 | Stuart Baker* | "Baker, Stuart D." <stuart.baker@nortonrosefulbright.com> | Dame Sackler; Richard Sackler; Ilene Lefcourt; Jonathan Sackler; Mortimer Sackler; David Sackler; Peter Boer |
| JS-115348 | JS-115347 | 4/29/2018 | | | |
| JS-116596 | JS-116596 | 1/6/2019 | Mortimer Sackler | Redacted - PII | Richard Silbert* |

| PRIVILEGE ID | PARENT ID | RECIPIENT EMAIL | CC |
|---|---|---|---|
| RSM-261880 | RSM-261880 | Redacted - PII | Mary Jo White*; Maura Monaghan*; Jeffrey Rosen*; Mark Cheffo*; Jonathan White; Jacqueline Sackler; David Bernick*; Theodore Wells*; David Sackler; Richard Sackler; Jonathan Sackler; Luther Strange*; Anthony Roncalli*; Marshall Huebner* |
| RSM-307565 | RSM-307565 | Redacted - PII | Mortimer Sackler; Mary Jo White*; Maura Monaghan*; Jeffrey Rosen*; Mark Cheffo*; Jonathan White; Jacqueline Sackler; David Bernick*; Theodore Wells*; David Sackler; Richard Sackler; Jonathan Sackler; Luther Strange*; Anthony Roncalli*; Marshall Huebner* |
| JS-115347 | JS-115347 | Redacted - PII | Marshall Huebner*; Timothy Graulich*; Michelle Mcgreal*; Craig Landau; Maria Barton*; Anthony Roncalli*; Ian McClatchey* |
| JS-115348 | JS-115347 | | |
| JS-116596 | JS-116596 | Redacted - PII | Jonathan Sackler; Mortimer Sackler; Stuart Baker*; Mary Jo White*; Sheila Birnbaum*; Mark Cheffo*; Patrick Fitzgerald*; Jennifer Bragg*; Reginald Brown*; Marshall Huebner*; Gregory Joseph*; Luther Strange*; Steve Miller; Craig Landau; Danielle Stock*; Jeffrey Rosen*; Michelle Mcgreal*; Mara Leventhal*; Jerry Uzzi*; William Nordwind; Executive Assistant to Mortimer D.A. Sackler; Richard Sackler; Theodore Wells*; Anthony Roncalli*; Douglas Pepe*; David Bernick*; Alison Sher*; Joe Mclaughlin*; Donald Strauber*; David Sackler; Marc Kesselman* |

OPEO - Privilege Log - Sackler
ackler Persons - 8/07/20    Leventhal

| PRIVILEGE ID | PARENT ID | CC EMAIL | BCC | BCC EMAIL |
|---|---|---|---|---|
| RSM-261880 | RSM-261880 | Redacted - PII | | |
| RSM-307565 | RSM-307565 | Redacted - PII | | |
| JS-115347 | JS-115347 | Redacted - PII | | |
| JS-115348 | JS-115347 | | | |
| JS-116596 | JS-116596 | Redacted - PII | | |

OPEO - Privilege Log - Sackler Leventhal

| PRIVILEGE ID | PARENT ID | AUTHOR | EMAIL SUBJECT LINE | FILE NAME |
|---|---|---|---|---|
| RSM-261880 | RSM-261880 | | | 8664C3B2-FCB1-4BB5-8592-DDE6E0FEA2B3.olk15Message |
| RSM-307565 | RSM-307565 | | | 408A15F6-E046-4AEA-BF08-0F74FC9C22DB.olk15Message |
| JS-115347 | JS-115347 | | Presentation Slides - Purdue Pharma L.P. Legal Update | Presentation Slides - Purdue Pharma L.P. Legal Update |
| JS-115348 | JS-115347 | mmcgreal | | Purdue - May Board Deck.pdf |
| JS-116596 | JS-116596 | | Re: Opioid Market Share Data | Re: Opioid Market Share Data |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRIVILEGE or COMMON INTEREST | PRIVILEGE DESCRIPTION |
|---|---|---|---|
| RSM-261880 | RSM-261880 | AC Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice regarding litigation strategy and methods for potential settlement of liability. |
| RSM-307565 | RSM-307565 | AC Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice regarding litigation strategy and methods for potential settlement of liability. |
| JS-115347 | JS-115347 | AC Privileged | Confidential communication with counsel reflecting Davis Polk's provision of legal advice to the Board of Directors of Purdue Pharma Inc. regarding Board duties. |
| JS-115348 | JS-115347 | AC Privileged | Document prepared by counsel reflecting legal advice to the Board of Directors of Purdue Pharma Inc. regarding Board duties. |
| JS-116596 | JS-116596 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties for the purpose of requesting and providing legal advice and reflecting work product regarding  litigation strategy. |

DPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRODUCTION BATES NUMBER | RECORD TYPE | OLK INDICATION |
|---|---|---|---|---|
| DSF0008452 | DSF0008452 | | Parent | |
| DSF0016810 | DSF0016810 | | Parent | |
| DSF0016811 | DSF0016810 | | Attachment | |
| DSF0024907 | DSF0024907 | | Parent | |
| DSF0024909 | DSF0024909 | | Parent | |
| DSF0032714 | DSF0032714 | | Parent | |
| DSF0032718 | DSF0032718 | | Parent | |

DPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | DOCUMENT DATE | SENDER | SENDER EMAIL | RECIPIENT |
|---|---|---|---|---|---|
| DSF0008452 | DSF0008452 | 3/26/2019 | Marshall Huebner* | "Huebner, Marshall S." <marshall.huebner@davispolk.com> | David Bernick* |
| DSF0016810 | DSF0016810 | 8/6/2019 | David Bernick* | "Bernick, David M" <dbernick@paulweiss.com> | Jerry Uzzi*; Luther Strange*; Marshall Huebner*; Benjamin Kaminetzky*; Anthony Roncalli* |
| DSF0016811 | DSF0016810 | 8/6/2019 | | | |
| DSF0024907 | DSF0024907 | 6/14/2019 | Sheila Birnbaum* | "Birnbaum, Sheila" <sheila.birnbaum@dechert.com> | Marc Kesselman* |
| DSF0024909 | DSF0024909 | 6/14/2019 | Marc Kesselman* | Redacted - PII | Mortimer Sackler; Sheila Birnbaum* |
| DSF0032714 | DSF0032714 | 4/5/2019 | Marshall Huebner* | "Huebner, Marshall S." <marshall.huebner@davispolk.com> | Jonathan Sackler |
| DSF0032718 | DSF0032718 | 4/5/2019 | Jonathan Sackler | Redacted - PII | Mortimer Sackler |

OPEO - Privilege Log - Sackler

| | | Privilege Log Addendum - Raymond-side Initial Cover S |
|---|---|---|---|
| PRIVILEGE ID | PARENT ID | RECIPIENT EMAIL | CC |
| DSF0008452 | DSF0008452 | "Bernick, David M" <dbernick@paulweiss.com> | David Sackler |
| DSF0016810 | DSF0016810 | **Redacted - PII** | David Sackler; Jonathan Sackler; Daniel Negless* |
| DSF0016811 | DSF0016810 | | |
| DSF0024907 | DSF0024907 | **Redacted - PII** | Mortimer Sackler; Mary Jo White*; Maura Monaghan*; Jeffrey Rosen*; Mark Cheffo*; Jonathan White; Jacqueline Sackler; David Bernick*; Theodore Wells*; David Sackler; Richard Sackler; Jonathan Sackler; Luther Strange*; Anthony Roncalli*; Marshall Huebner* |
| DSF0024909 | DSF0024909 | **Redacted - PII** | Mary Jo White*; Maura Monaghan*; Jeffrey Rosen*; Mark Cheffo*; Jonathan White; Jacqueline Sackler; David Bernick*; Theodore Wells*; David Sackler; Richard Sackler; Jonathan Sackler; Luther Strange*; Anthony Roncalli*; Marshall Huebner* |
| DSF0032714 | DSF0032714 | **Redacted - PII** | Mortimer Sackler; Craig Landau; Mary Jo White*; Jeffrey Rosen*; Maura Monaghan*; Paul Verbinnen; Marc Kesselman*; Anthony Roncalli*; Sheila Birnbaum*; Mark Cheffo*; Richard Sackler; David Sackler; Paul Gallagher; Josephine Martin; Steve Miller; Leslie Schreyer* |
| DSF0032718 | DSF0032718 | **Redacted - PII** | Craig Landau; Mary Jo White*; Jeffrey Rosen*; Maura Monaghan*; Paul Verbinnen; Marc Kesselman*; Anthony Roncalli*; Marshall Huebner*; Sheila Birnbaum*; Mark Cheffo*; Richard Sackler; David Sackler; Paul Gallagher; Josephine Martin; Steve Miller; Leslie Schreyer* |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | CC EMAIL | BCC | BCC EMAIL |
|---|---|---|---|---|
| DSF0008452 | DSF0008452 | Redacted - PII | | |
| DSF0016810 | DSF0016810 | Redacted - PII | | |
| DSF0016811 | DSF0016810 | | | |
| DSF0024907 | DSF0024907 | Redacted - PII | | |
| DSF0024909 | DSF0024909 | Redacted - PII | | |
| DSF0032714 | DSF0032714 | Redacted - PII | | |
| DSF0032718 | DSF0032718 | Redacted - PII | | |

DPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | AUTHOR | EMAIL SUBJECT LINE | FILE NAME |
|---|---|---|---|---|
| DSF0008452 | DSF0008452 | | Re: Update | Re: Update |
| DSF0016810 | DSF0016810 | | Privileged and Confidential - Joint Defense | Privileged and Confidential - Joint Defense |
| DSF0016811 | DSF0016810 | | | What Not Being Reported Purdues OxyContin 080619 9a.pdf |
| DSF0024907 | DSF0024907 | | Re: FYI - Relevant Media Coverage - JOINT DEFENSE PRIVILEGED | Re: FYI - Relevant Media Coverage - JOINT DEFENSE PRIVILEGED |
| DSF0024909 | DSF0024909 | | RE: FYI - Relevant Media Coverage - JOINT DEFENSE PRIVILEGED | RE: FYI - Relevant Media Coverage - JOINT DEFENSE PRIVILEGED |
| DSF0032714 | DSF0032714 | | Re: Purdue Pharma Foundation | Re: Purdue Pharma Foundation |
| DSF0032718 | DSF0032718 | | Re: Purdue Pharma Foundation | Re: Purdue Pharma Foundation |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRIVILEGE or COMMON INTEREST | PRIVILEGE DESCRIPTION |
|---|---|---|---|
| DSF0008452 | DSF0008452 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel reflecting provision of legal advice and work product regarding the settlement of litigation. |
| DSF0016810 | DSF0016810 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties for the purpose of requesting and providing legal advice, and reflecting work product, regarding litigation strategy and defenses. |
| DSF0016811 | DSF0016810 | AC Privileged; WP Privileged; Common Interest | Document prepared by counsel containing work product prepared in relation to litigation strategy and defenses. |
| DSF0024907 | DSF0024907 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties requesting, and reflecting provision of, legal advice regarding litigation strategy and methods for potential settlement of liability. |
| DSF0024909 | DSF0024909 | AC Privileged; Common Interest | Confidential communication requesting and reflecting request for and provision of legal advice regarding litigation strategy. |
| DSF0032714 | DSF0032714 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for the purpose of requesting and providing legal advice and reflecting work product regarding the settlement of litigation, litigation strategy, and other legal developments. |
| DSF0032718 | DSF0032718 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for the purpose of requesting and providing legal advice and reflecting work product regarding the settlement of litigation, litigation strategy, and other legal developments. |

DFEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRODUCTION BATES NUMBER | RECORD TYPE | OLK INDICATION |
|---|---|---|---|---|
| DSF0032787 | DSF0032787 | | Parent | |
| DSF0035524 | DSF0035524 | | Parent | |
| DSF0060957 | DSF0060957 | | Parent | |
| DSF0060958 | DSF0060957 | | Attachment | |
| DSF0060960 | DSF0060957 | | Attachment | |

DPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | DOCUMENT DATE | SENDER | SENDER EMAIL | RECIPIENT |
|---|---|---|---|---|---|
| DSF0032787 | DSF0032787 | 4/5/2019 | Mortimer Sackler | Redacted - PII | Craig Landau; Mary Jo White*; Jeffrey Rosen*; Maura Monaghan*; Paul Verbinnen; Marc Kesselman; Anthony Roncalli*; Marshall Huebner*; Sheila Birnbaum*; Mark Cheffo* |
| DSF0035524 | DSF0035524 | 3/26/2019 | David Bernick* | "Bernick, David M" <dbernick@paulweiss.com> | Marshall Huebner* |
| DSF0060957 | DSF0060957 | 8/26/2019 | Davidson Goldin | Redacted - PII | Patrick Fitzgerald*; Ted Wells*; David Brown*; Roberto Finzi*; David Bernick*; Greg Joseph*; Jerry Uzzi*; Luther Strange*; Mara Leventhal*; Anthony Roncalli*; Maura Monaghan*; Mary Jo White*; Randy Mastro*; Mylan Denerstein*; Paul Gallagher; Marc Kesselman*; Richard Silbert*; George Sard; Ed Williams*; Marshall Huebner*; Sheila Birnbaum*; Mark Cheffo* |
| DSF0060958 | DSF0060957 | 8/26/2019 | | | |
| DSF0060960 | DSF0060957 | 8/26/2019 | | | |

OPEO - Privilege Log - Sackler

| | | | Privilege Log Addendum - Raymond-side Initial Cover S |
|---|---|---|---|
| **PRIVILEGE ID** | **PARENT ID** | **RECIPIENT EMAIL** | **CC** |
| DSF0032787 | DSF0032787 | **Redacted - PII** | Richard Sackler; David Sackler; Jonathan Sackler; Paul Gallagher; Marc Kesselman*; Josephine Martin; Steve Miller; Anthony Roncalli*; Leslie Schreyer* |
| DSF0035524 | DSF0035524 | "Huebner, Marshall S." <marshall.huebner@davispolk.com> | David Sackler |
| DSF0060957 | DSF0060957 | **Redacted - PII** | Jonathan Sackler; David Sackler; Richard Sackler; Mortimer Sackler; project@ Redacted - PII |
| DSF0060958 | DSF0060957 | | |
| DSF0060960 | DSF0060957 | | |

OPEO - Privilege Log - Sackler

| Sackler Persons - 8/07/2020 - OPEO | | | | |
|---|---|---|---|---|
| PRIVILEGE ID | PARENT ID | CC EMAIL | BCC | BCC EMAIL |
| DSF0032787 | DSF0032787 | **Redacted - PII** | | |
| DSF0035524 | DSF0035524 | **Redacted - PII** | | |
| DSF0060957 | DSF0060957 | **Redacted - PII** | | |
| DSF0060958 | DSF0060957 | | | |
| DSF0060960 | DSF0060957 | | | |

DPFO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | AUTHOR | EMAIL SUBJECT LINE | FILE NAME |
|---|---|---|---|---|
| DSF0032787 | DSF0032787 | | Re: Purdue Pharma Foundation | Re: Purdue Pharma Foundation |
| DSF0035524 | DSF0035524 | | Re: Update | Re: Update |
| DSF0060957 | DSF0060957 | | Privileged -- op ed drafts | Privileged -- op ed drafts |
| DSF0060958 | DSF0060957 | | | bk only op ed Monday.docx |
| DSF0060960 | DSF0060957 | | | bk deal op ed Monday.docx |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRIVILEGE or COMMON INTEREST | PRIVILEGE DESCRIPTION |
|---|---|---|---|
| DSF0032787 | DSF0032787 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for the purpose of requesting and providing legal advice and reflecting work product regarding the settlement of litigation, litigation strategy, and other legal developments. |
| DSF0035524 | DSF0035524 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel reflecting provision of legal advice and work product regarding the settlement of litigation. |
| DSF0060957 | DSF0060957 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties for the purpose of requesting legal advice and reflecting work product regarding methods for potential settlement of liability. |
| DSF0060958 | DSF0060957 | WP Privileged; Common Interest | Document provided to counsel for defendant parties containing work product regarding methods for potential settlement of liability. |
| DSF0060960 | DSF0060957 | WP Privileged; Common Interest | Document provided to counsel for defendant parties containing work product regarding methods for potential settlement of liability. |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRODUCTION BATES NUMBER | RECORD TYPE | OLK INDICATION |
|---|---|---|---|---|
| RSNY12196588 | RSNY12196588 | | Parent | |
| RSNY12213788 | RSNY12213788 | | Parent | |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | DOCUMENT DATE | SENDER | SENDER EMAIL | RECIPIENT |
|---|---|---|---|---|---|
| RSNY12196588 | RSNY12196588 | 1/6/2019 | Richard Silbert* | Redacted - PII | Mortimer Sackler |
| RSNY12213788 | RSNY12213788 | 1/6/2019 | Mortimer Sackler | Redacted - PII | Richard Silbert* |

| | | | OREO - Privilege Log - Sackler |
| --- | --- | --- | --- |
| | | | **Privilege Log Addendum - Raymond-side Initial Cover S** |
| **PRIVILEGE ID** | **PARENT ID** | **RECIPIENT EMAIL** | **CC** |
| RSNY12196588 | RSNY12196588 | Redacted - PII | Jonathan Sackler; Mortimer Sackler; Stuart Baker*; Mary Jo White*; Sheila Birnbaum*; Mark Cheffo*; Patrick Fitzgerald*; Jennifer Bragg*; Reginald Brown*; Marshall Huebner*; Gregory Joseph*; Luther Strange*; Steve Miller; Craig Landau; Danielle Stock*; Jeffrey Rosen*; Michelle Mcgreal*; Mara Leventhal*; Jerry Uzzi*; William Nordwind; Executive Assistant to Mortimer Sackler; Richard Sackler; Theodore Wells*; Anthony Roncalli*; Douglas Pepe*; David Bernick*; Alison Sher*; Joe Mclaughlin*; Donald Strauber*; David Sackler; Marc Kesselman* |
| RSNY12213788 | RSNY12213788 | Redacted - PII | Jonathan Sackler; Mortimer Sackler; Stuart Baker*; Mary Jo White*; Sheila Birnbaum*; Mark Cheffo*; Patrick Fitzgerald*; Jennifer Bragg*; Reginald Brown*; Marshall Huebner*; Gregory Joseph*; Luther Strange*; Steve Miller; Craig Landau; Danielle Stock*; Jeffrey Rosen*; Michelle Mcgreal*; Mara Leventhal*; Jerry Uzzi*; William Nordwind; Executive Assistant to Mortimer Sackler; Richard Sackler; Theodore Wells*; Anthony Roncalli*; Douglas Pepe*; David Bernick*; Alison Sher*; Joe Mclaughlin*; Donald Strauber*; David Sackler; Marc Kesselman* |

| | | OPEO - Privilege Log - Sackler | | |
|---|---|---|---|---|

| | | ackler Persons - 8/07/2020 - OPEO | | |
|---|---|---|---|---|
| **PRIVILEGE ID** | **PARENT ID** | **CC EMAIL** | **BCC** | **BCC EMAIL** |
| RSNY12196588 | RSNY12196588 | **Redacted - PII** | | |
| RSNY12213788 | RSNY12213788 | **Redacted - PII** | | |

OPEQ - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | AUTHOR | EMAIL SUBJECT LINE | FILE NAME |
|---|---|---|---|---|
| RSNY12196588 | RSNY12196588 | | application/vnd.ms-outlook-note | Opioid Market Share Data |
| RSNY12213788 | RSNY12213788 | | application/vnd.ms-outlook-note | Opioid Market Share Data |

OPEO - Privilege Log - Sackler

| PRIVILEGE ID | PARENT ID | PRIVILEGE or COMMON INTEREST | PRIVILEGE DESCRIPTION |
|---|---|---|---|
| RSNY12196588 | RSNY12196588 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties for the purpose of requesting and providing legal advice and reflecting work product regarding litigation strategy. |
| RSNY12213788 | RSNY12213788 | AC Privileged; WP Privileged; Common Interest | Confidential communication with counsel for defendant parties for the purpose of requesting and providing legal advice and reflecting work product regarding litigation strategy. |