# Exhibit 93

**OUTSIDE PROFESSIONALS' EYES ONLY**

*In re: Purdue Pharma L.P. et al., No. 19-23649 (Bankr. S.D.N.Y.)*

*On Behalf of the Raymond-Side Initial Covered Sackler Persons*

**List of Individuals and Entities Appearing on July 22, 2020 Privilege Log**

| Domain / Email Address | Name | Description |
|---|---|---|
| [redacted] | Acorn Foundation | Family office for certain Mortimer Sackler Family members |
| [redacted] | Personal Assistant to Michael Sackler | Personal assistant to Michael Sackler |
| [redacted] | Ake Wikstrom | Director of MN Consulting LLC; Director of MNP Consulting Limited; IAC Regional Director |
| [redacted] | Alex Troy | Investment advisor to R-ICSP |
| [redacted] | Alex Troy | Investment advisor to R-ICSP |
| [redacted] | Amy Stevens | Employee of Goldin Solutions |
| [redacted] | Anthony Roncalli | See separate correspondence |
| [redacted] | Anthony Roncalli | See separate correspondence |
| [redacted] | Becky Sackler | R-ACSP |
| [redacted] | Beth Sackler | See separate correspondence |
| [redacted] | Bracewell LLP | Counsel to Raymond Sackler Family |
| [redacted] | Brian Olson | Employee of Kokino LLC |
| [redacted] | Brian Pusch | Counsel to Raymond Sackler Family |
| [redacted] | Private Equity Investment | Investment advisor to certain R-ICSPs |
| [redacted] | Carey Olsen | Counsel to Mortimer Sackler Family; Mortimer Sackler Family Trust Protector |
| [redacted] | Cecil Pickett | Director of Debtor; Director of MNP Consulting Limited; co-defendant in underlying opioid litigation |
| chadbourne.com | Chadbourne & Parke LLP | See separate correspondence |
| [redacted] | Cheyenne Petroleum Co. | Operating company owned by Raymond Sackler family; domain also used by Raymond Sackler Family's family office (North Bay Associates) |
| [redacted] | Christopher Mitchell | Trustee Director/Counsel to Mortimer Sackler Family and Raymond Sackler family, along with certain UK private foundations established by the Mortimer and Raymond Sackler Families; Director for certain IACs |
| clarelocke.com | Clare Locke LLP | Counsel to Raymond and Mortimer Sackler Families; counsel to Debtor |
| [redacted] | Clare Sackler | R-ACSP |
| cravath.com | Cravath, Swaine & Moore LLP | Counsel to IACs |

- 1 -

| Domain / Email Address | Name | Description |
|---|---|---|
| ■■■ | Dame Theresa Sackler | M-ICSP; co-defendant in underlying opioid litigation |
| davispolk.com | Davis Polk & Wardwell LLP | Counsel to Debtors |
| debevoise.com | Debevoise & Plimpton LLP | Counsel to Mortimer Sackler Family; counsel to certain directors in underlying opioid litigation |
| dechert.com | Dechert LLP | Counsel to Debtors |
| dezenhall.com | Dezenhall Resources, Ltd. | Public relations firm engaged by counsel to Raymond Sackler Family; separately engaged by Debtor |
| ■■■ | Dina Ligotino | Peter Boer's administrative assistant |
| ■■■ | Dr. Mortimer D. Sackler | Father of M-ICSPs |
| edelman.com | Edelman Holdings, Inc. / Daniel J. Edelman Limited | Public relations firm engaged by counsel to Mortimer Sackler Family; separately engaged by Debtor |
| ■■■ | Administrative Assistant to Theresa Sackler | Sackler family property manager |
| ey.com | Ernst & Young | See letter dated 7/30/2020 from Alex Lees |
| uk.ey.com | Ernst & Young LLP | See letter dated 7/30/2020 from Alex Lees |
| evercore.com | Evercore Group L.L.C. | Investment banking advisory firm engaged by IACs |
| footelaw.net | Foote & Associates LLP | Counsel to certain R-ICSP investment managers |
| ■■■ | Francis Wikstrom | Counsel to Richard Sackler |
| ■■■ | Francis Wikstrom | Counsel to Richard Sackler |
| gibsondunn.com | Gibson, Dunn & Crutcher LLP | Counsel to M-ICSP |
| goldin.com | Goldin Solutions | Public relations firm engaged by counsel to Raymond Sackler Family |
| goldinsolutions.com | Goldin Solutions | Public relations firm engaged by counsel to Raymond Sackler Family |
| ■■■ | Private Equity Investment | CEO of Raymond Sackler Family I-Way investment |
| ■■■ | Henry Dove | Potential expert consulted by Raymond Sackler Family counsel in connection with underlying opioid litigation |
| ■■■ | Hermance Schaepman | Counsel to certain IACs; Mortimer Sackler Family Trust Protector |
| hkstrategies.com | Hill & Knowlton Strategies | Public relations firm consulted by IAC |
| ■■■ | Holbrook Bugbee | Director of Rhodes Pharma Inc. |
| ■■■ | Howard Udell | General Counsel to Debtors |

**OUTSIDE PROFESSIONALS' EYES ONLY**

| Domain / Email Address | Name | Description |
|---|---|---|
| huronconsultinggroup.com | Huron Consulting Group Inc. | Consulting firm engaged by counsel for Raymond Sackler Family and Mortimer Sackler Family |
| ■ | IAF Limited | IAC |
| ■ | Ilene Sackler | M-ICSP; co-defendant in underlying opioid litigation |
| ■ | Itziar Duran | Administrative assistant to Jacques Theurillat |
| ■ | J. David Haddox | Executive at Debtor |
| ■ | Jacques Theurillat | Director of Debtor; Director of MN Consulting LLC; Director of MNP Consulting Limited |
| ■ | Personal Assistant to Theresa Sackler | Personal assistant to certain M-ACSPs |
| ■ | ■ | R-ACSP |
| ■ | Jason Krellman | Personal doctor to Richard Sackler |
| ■ | Jeff Lefcourt | M-ACSP |
| ■ | Jeff Lefcourt | M-ACSP |
| ■ | ■ | R-ACSP |
| ■ | Jerry Gliklich | Personal doctor to Richard Sackler |
| ■ | Joerg Fischer | Director of IAC; trustee and accountant to Mortimer Sackler Family |
| ■ | Jonathan White | Trustee Director/Counsel to Mortimer Sackler Family |
| ■ | Jonathan White | Trustee Director/Counsel to Mortimer Sackler Family |
| ■ | Jonathan White | Trustee Director/Counsel to Mortimer Sackler Family |
| ■ | Joseph Madri | Partner with IAC in JV |
| jha.com | Joseph Hage Aaronson LLC | Counsel to Raymond Sackler Family; counsel to certain directors in underlying opioid litigation |
| ■ | Joseph Valentino | Provided trust and tax counsel to Richard Sackler |
| ■ | Josephine Martin | Executive at Debtors |
| ■ | Joss Sackler | R-ACSP |
| ■ | Joss Sackler | R-ACSP |
| ■ | Judy Lewent | Director of Debtor; Director of MNP Consulting Limited; co-defendant in underlying opioid litigation |
| ■ | Karen Lefcourt | M-ACSP |
| ■ | Kenneth Buckfire | Director of Debtor |
| ■ | Kerry Sulkowicz | Mortimer Sackler Family trustee |
| kitchentablepartners.com | Kitchen Table Partners | Communications advisory firm engaged by IACs |
| ■ | Kokino LLC | Family office and investment firm of certain R-ICSPs |

| Domain / Email Address | Name | Description |
|---|---|---|
| lakepartners.com | Lake Partners | Consulting expert engaged by counsel for Raymond Sackler Family |
| ███████████████████ | **Investment Advisor** | Investment advisor of certain R-ICSPs |
| | Lori Sackler | Investment advisor to certain R-ICSPs |
| lutherstrangelaw.com | Luther Strange & Associates LLC | Counsel to Raymond Sackler Family |
| lynnllp.com | Lynn Pinker Hurst & Schwegmann LLP | Counsel to Debtors |
| ███████████████ | Madeleine Sackler | R-ACSP |
| ██████████ | Management Revisions Ltd. | Accounting firm engaged by IACs and Mortimer and Raymond Sackler Families |
| ████████████ | Marianna Frame | R-ACSP |
| | Marianna Sackler | R-ACSP; co-defendant in one underlying opioid litigation |
| | Marissa Sackler | M-ACSP |
| | Mary Corson | R-ACSP |
| mwe.com | McDermott Will & Emery | Massachusetts counsel to ICSPs and certain Directors of Debtor in underlying opioid litigation |
| ████████████ | Melanie Rolli | Director of MN Consulting LLC |
| ████████████ | **Private Equity Investment** | Telecommunications subsidiary of the **Private Equity Investment** **Real Estate Investment** invested in by Sackler family |
| ██████████ | Michael Joseph Collins | Director of Rhodes Technologies |
| ████████████ | Michael Kassen | R-ICSP as trustee of MCM Fiduciary Management Trust; advisor to Kokino LLC; co-investor with certain R-ICSPs |
| ████████████ | Michael Sackler | M-ACSP |
| | Michael Sackler | M-ACSP |
| milbank.com | Milbank LLP | Counsel to Raymond Sackler Family |
| ████████████ | Miles Sackler | R-ACSP |
| millerwells.com | Miller & Wells PLC | Counsel to Raymond Sackler Family |
| ██████████ | MN Consulting LLC | IAC |
| moabpartners.com | Moab Capital Partners | See email dated 6/4/20 from Kim Goldberg |
| modigroup.com | Modi Group | JV Partner in certain IACs |
| winmedicare.com | Modi Group/Sackler JV | IAC (JV) |
| morganlewis.com | Morgan, Lewis & Bockius LLP | Counsel to Debtor in underlying opioid litigation and other related matters |
| mundipharma.com | Mundipharma IAC | IAC |

OUTSIDE PROFESSIONALS' EYES ONLY

| Domain / Email Address | Name | Description |
|---|---|---|
| mundipharma.co.uk | Mundipharma IAC | IAC |
| mundipharma-cbd.com | Mundipharma IAC | IAC |
| mundipharma.com.sg | Mundipharma IAC | IAC |
| mundipharma.ch | Mundipharma IAC | IAC |
| mundipharma.de | Mundipharma IAC | IAC |
| mundipharma.ae | Mundipharma IAC | IAC |
| mundipharma-rd.eu | Mundipharma IAC | IAC |
| mundipharma-edo.com | Mundipharma IAC | IAC |
| mundipharma.com.cn | Mundipharma IAC | IAC |
| mundipharma.com.br | Mundipharma IAC | IAC |
| mundipharma.es | Mundipharma IAC | IAC |
| mundipharma.co.za | Mundipharma IAC | IAC |
| mundipharma.com.co | Mundipharma IAC | IAC |
| mundipharma.co.kr | Mundipharma IAC | IAC |
| mundipharma.com.au | Mundipharma IAC | IAC |
| mundipharma.com.mx | Mundipharma IAC | IAC |
| mundipharma.fr | Mundipharma IAC | IAC |
| mundipharma.it | Mundipharma IAC | IAC |
| mundipharma.bm | Mundipharma IAC | IAC |
| mundipharma.com.my | Mundipharma IAC | IAC |
| mundipharma.hk | Mundipharma IAC | IAC |
| mundipharmaitservices.com | Mundipharma IAC | IAC |
| mundipharma.at | Mundipharma IAC | IAC |
| mundipharma.com.ar | Mundipharma IAC | IAC |

**OUTSIDE PROFESSIONALS' EYES ONLY**

| Domain / Email Address | Name | Description |
|---|---|---|
| mundipharma-to.com | Mundipharma IAC | IAC |
| modimundipharma.com | Mundipharma IAC | IAC (JV) |
| mundipharma.be | Mundipharma IAC | IAC |
| mundipharma.co.id | Mundipharma IAC | IAC |
| mundipharma.com.cy | Mundipharma IAC | IAC (JV) |
| mundipharma.com.ph | Mundipharma IAC | IAC |
| mundipharma.com.vn | Mundipharma IAC | IAC |
| mundipharma.dk | Mundipharma IAC | IAC |
| mundipharma.eg | Mundipharma IAC | IAC |
| mundipharma.no | Mundipharma IAC | IAC |
| mundipharma.pt | Mundipharma IAC | IAC |
| mundipharma.ru | Mundipharma IAC | IAC |
| [redacted] | Mundipharma IAC | IAC |
| [redacted] | Mundipharma IAC | IAC |
| [redacted] | Mundipharma IAC | IAC |
| napp.co.uk | Napp Pharmaceuticals Limited | IAC |
| nortonrosefulbright.com | Norton Rose Fulbright | See separate correspondence |
| ogier.com | Ogier | Counsel and fiduciary to certain Mortimer Sackler Family entities; counsel to certain IACs |
| pammaylaw.com | Pam May Law Firm, P.S.C. | Counsel to Debtors |
| paulweiss.com | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Counsel to Raymond Sackler Family |
| [redacted] | Paulo Costa | Director of Debtor; Director of MNP Consulting Limited; Director of MN Consulting LLC; co-defendant in underlying opioid litigation |
| [redacted] | Paulo Costa | Director of Debtor; Director of MN Consulting LLC; Director of MNP Consulting Limited; co-defendant in underlying opioid litigation |

- 6 -

| Domain / Email Address | Name | Description |
|---|---|---|
| ▮▮▮▮▮ | Peter Boer | Director of Debtor; Director of MNP Consulting Limited; Director of Rhodes Pharmaceuticals, Inc.; Director of Rhodes Technologies, Inc.; co-defendant in underlying opioid litigation |
| ▮▮▮▮▮ | Philip C Bobbitt | Counsel to Richard Sackler |
| ▮▮▮▮▮ | Poco Bay Company | Personal domain used by certain Raymond Sackler Family members and agents |
| pharma.com | Purdue Pharma | Debtor |
| purdue.ca | Purdue Pharma | Purdue Pharma (Canada) |
| purdue.onmicrosoft.com | Purdue Pharma | Debtor |
| purduepharma.com | Purdue Pharma | Debtor |
| purplestrategies.com | Purple Strategies | Consulting firm engaged by Debtors |
| ▮▮▮▮▮ | Ralph Snyderman M.D. | Director of Debtor; Director of MNP Consulting Limited; co-defendant in underlying opioid litigation |
| windmedicare.com | Refers to winmedicare.com | Refers to winmedicare.com |
| revinova.ch | Revinova Treuhand AG | Accountant to Mortimer Sackler Family; provided financial reporting services to II-way companies |
| sacklerlefcourtcenter.com | Sackler Lefcourt Center for Child Development | Nonprofit organization associated with certain M-ICSPs |
| ▮▮▮▮▮ | Samantha Hunt | M-ACSP |
| sardverb.com | Sard Verbinnen & Co. | Public relations firm engaged by counsel to Mortimer Sackler Family |
| stblaw.com | Simpson Thacher & Bartlett LLP | Counsel to PJT Partners LP in bankruptcy; counsel to the Product Liability Advisory Counsel, Inc., in underlying opioid litigation; counsel to Stuart Baker in underlying opioid litigation and bankruptcy |
| skadden.com | Skadden, Arps, Slate, Meagher & Flom LLP | Counsel for Debtors |
| ▮▮▮▮▮ | Sophie Sackler | M-ACSP |
| ▮▮▮▮▮ | Real Estate Investment | Real estate investment company that manages investments for certain R-ICSPs |
| ▮▮▮▮▮ | Executive Assistant to Mortimer D.A. Sackler | Mortimer Sackler Jr.'s personal administrative assistant |
| ▮▮▮▮▮ | Steve Miller | Director of Debtor |
| ▮▮▮▮▮ | Stillwater LLC | Entity solely owned by Mortimer Sackler Family member |
| stites.com | Stites & Harbison | Counsel for Debtors |
| stuloeser.com | Stu Loeser & Co. | Public relations firm engaged by Debtors |

OUTSIDE PROFESSIONALS' EYES ONLY

| Domain / Email Address | Name | Description |
|---|---|---|
| ▮ | Stuart Baker | Of Counsel to Norton Rose; see Norton Rose description |
| ▮ | Subhanu Saxena | Director of MN Consulting LLC; Director of MNP Consulting Limited |
| ▮ | Summer Road LLC | Family office for certain Raymond Sackler Family members |
| ▮ | Susan Frunzi | Trustee of the Beth B. Sackler Trust |
| teneo.com | Teneo | Consulting and public relations firm engaged by Debtor |
| teneostrategy.com | Teneo | Consulting and public relations firm engaged by Debtor |
| ▮ | The Dilenschneider Group | Public relations firm engaged by Debtors |
| ▮ | Theresa Sackler | M-ICSP; co-defendant in underlying opioid litigation |
| troutmansanders.com | Troutman Sanders LLP | Counsel to Debtors |
| ▮ | TXP Services Inc. | II-Way Entity that provided executive and administrative services to Debtors |
| velaw.com | Vinson & Elkins LLP | Counsel to Debtors |
| wlrk.com | Wachtell, Lipton, Rosen & Katz | Counsel to certain R-ICSPs |
| weil.com | Weil, Gotshal & Manges LLP | Counsel to Raymond and Mortimer Sackler Families; counsel to Debtors; see letter dated July 31, 2020 from Alex Lees |
| ▮ | Whalen Search Group | R-ICSP as trustee of DABB Trust |
| ▮ | William Loomis | Director of Debtor; Director of MNP Consulting Limited |
| wilmerhale.com | Wilmer Cutler Pickering Hale and Dorr LLP | Counsel to Debtors |
| withersworldwide.com | Withers LLP | Counsel to certain Raymond Sackler Family offices |