# Exhibit 113

**OUTSIDE PROFESSIONALS' EYES ONLY**

*In re: Purdue Pharma L.P. et al.*, No. 19-23649 (Bankr. S.D.N.Y.)

*On Behalf of the Raymond-Side Initial and Additional Covered Sackler Persons*

**List of Individuals and Entities Appearing on September 21, 2020 Privilege Log**

| Domain / Email Address | Name | Description |
|---|---|---|
| mccownevans.com | McCown & Evans LLP | Counsel to Marianna Sackler Frame (R-ACSP) and ▮ |
| hunton.com | Hunton Andrews Kurth LLP | Counsel to Joss Sackler (R-ACSP); counsel to Summer Road LLC |
| ▮ | Joel Burris | Real estate broker for Raymond Sackler Family |
| ▮ | Joss Sackler | R-ACSP |
| ▮ | Risa Heller | Public relations firm engaged by Debtors and Raymond Sackler Family |
| ▮ | Ross Klenoff | Counsel to Joss Sackler (R-ACSP) |
| ▮ | Richard Wasserman | Counsel to Raymond Sackler Family |
| | ▮ | Pastor to Steve Ives |
| pmathers@kkblaw.com | Peter Mathers | Counsel to Debtors |

- 1 -