# Exhibit 122

**OUTSIDE PROFESSIONALS' EYES ONLY**

*In re: Purdue Pharma L.P. et al.*, No. 19-23649 (Bankr. S.D.N.Y.)

*On Behalf of the Raymond-Side Initial Covered Sackler Persons*

<u>**List of Individuals and Entities Appearing on September 4, 2020 Privilege Log**</u>

| Domain / Email Address | Name | Description |
|---|---|---|
| [redacted] | Theresa Sackler | See List of Individuals and Entities Appearing on July 22, 2020 Privilege Log, dated August 17, 2020 |
| [redacted] | Christopher B. Mitchell, Solicitors | Counsel to Mortimer Sackler Family and Raymond Sackler family, along with certain UK private foundations established by the Mortimer and Raymond Sackler Families |
| cwlaw.com | Conner & Winters LLP | Counsel to Raymond Sackler Family; counsel to Stephen Ives |
| [redacted] | Mundipharma IAC | IAC |
| [redacted] | SmithTaylor Client Services, Sotheby's International Realty | Brokered property purchased by entity affiliated with R-ACSP |
| [redacted] | Richard Sackler | R-ICSP |
| [redacted] | Dr. Kathe Sackler | M-ICSP; co-defendant in underlying opioid litigation |
| fbm.com | Farella Braun & Martel LLP | Counsel to Raymond Sackler Family |
| jpmorgan.com | JPMorgan Chase & Co. | Banker for certain members of the Raymond Sackler Family; lender to certain R-ICSPs |
| andersonkill.com | Anderson Kill P.C. | Counsel to Debtors |
| [redacted] | Joerg Fischer | See List of Individuals and Entities Appearing on July 22, 2020 Privilege Log, dated August 17, 2020 |
| [redacted] | Jonathan Sackler | R-ICSP |
| [redacted] | **Consultant** | Engaged by R-ICSP to assist with identifying charitable opportunities |
| [redacted] | Beth Sackler | See List of Individuals and Entities Appearing on July 22, 2020 Privilege Log, dated August 17, 2020 |
| [redacted] | A.J. O'Connor | Director of certain Mortimer Sackler Family I-Ways |
| [redacted] | **Private Equity Investment** | See List of Individuals and Entities Appearing on July 22, 2020 Privilege Log, dated August 17, 2020 |
| [redacted] | Marc Porter Magee | CEO and Founder of nonprofit education advocacy group that received charitable donations from R-ICSP |
| [redacted] | Xy Li | Counsel to IAC |
| [redacted] | Christian Guzzy | Counsel to R-ICSP |
| [redacted] | Daniel Connolly | Counsel to Raymond Sackler Family |

**OUTSIDE PROFESSIONALS' EYES ONLY**

| Domain / Email Address | Name | Description |
|---|---|---|
| [redacted] | [redacted] | See List of Individuals and Entities Appearing on July 22, 2020 Privilege Log, dated August 17, 2020 |
| [redacted] | Robert Kupper | Executive with Rhodes entities |
| [redacted] | Samantha Sackler | See List of Individuals and Entities Appearing on July 22, 2020 Privilege Log, dated August 17, 2020 |
| [redacted] | Andrew Beck | Accountant for various investment funds managed by Private Equity Investment and Real Estate Investment; see List of Individuals and Entities Appearing on July 22, 2020 Privilege Log, dated August 17, 2020 |
| [redacted] | Barbara Cording | Director of Acorn Foundation; See List of Individuals and Entities Appearing on July 22, 2020 Privilege Log, dated August 17, 2020 |
| [redacted] | Brian E. Lockwood | Executive at Purdue Pharma Canada |
| [redacted] | David Sackler | See List of Individuals and Entities Appearing on July 22, 2020 Privilege Log, dated August 17, 2020 |
| [redacted] | Deirdre Daly | Counsel to R-ICSPs |
| [redacted] | Dr. Hans-Ulrich Freimüller | Counsel to certain II-Ways |
| elamburke.com | Elam & Burke, P.A. | Counsel to Raymond Sackler Family |
| [redacted] | Elvinger Hoss Prussen | Counsel to Raymond Sackler Family I-Ways; counsel to Mortimer Sackler Family I-Ways; counsel to certain II-Ways |
| fishneave.com | Fish & Neave LP | Counsel to Debtors |
| [redacted] | Geraldine McNaney | Employee of Administrator to Mortimer Sackler Family |
| [redacted] | Helen Bonneau | Assistant to Dr. Mortimer Sackler and Dame Theresa Sackler |
| herbert.schwartz@ropesgray.com | Herbert Schwartz | Counsel to Debtors |
| [redacted] | James E. Ledbetter | Counsel to Raymond Sackler Family |
| jonesday.com | Jones Day | Counsel to Debtors |
| [redacted] | Larry R. Watson | Counsel to Summer Road LLC; see list of Individuals and Entities Appearing on July 22, 2020 Privilege Log, dated August 17, 2020 |
| [redacted] | Lawrence J. Lines III | Inadvertant recipient of email who was immediately asked to delete the email by the author of the email |
| [redacted] | Madeleine Sackler | See List of Individuals and Entities Appearing on July 22, 2020 Privilege Log, dated August 17, 2020 |
| marnie.grossman@srz.com | Marnie Grossman | Counsel to R-ICSP |
| [redacted] | Michael Sackler | See List of Individuals and Entities Appearing on July 22, 2020 Privilege Log, dated August 17, 2020 |

**OUTSIDE PROFESSIONALS' EYES ONLY**

| Domain / Email Address | Name | Description |
|---|---|---|
| Financial Intermediary | Financial Intermediary | Banker to entity managed by Kokino LLC; see List of Individuals and Entities Appearing on July 22, 2020 Privilege Log, dated August 17, 2020 |
| [redacted] | Dr. Mortimer Sackler | Family member of certain M-ICSPs |
| [redacted] | Mundipharma IAC | IAC |
| [redacted] | Patricia Leigh | Executive with Debtors and IAC |
| [redacted] | Peter Boer | See List of Individuals and Entities Appearing on July 22, 2020 Privilege Log, dated August 17, 2020 |
| [redacted] | Ruth Edelson | Trustee of Beth B. Sackler Trust and Beth Sackler 2013 Trust |
| [redacted] | Samantha Sackler | See List of Individuals and Entities Appearing on July 22, 2020 Privilege Log, dated August 17, 2020 |
| [redacted] | Shmaryahu Levin | Shareholder of joint venture partially owned by Raymond Sackler Family |
| swsslaw.com | Solomon Ward Seidenwurm & Smith, LLP | Counsel to Raymond Sackler Family |

- 3 -