JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**SUPPLEMENTAL DECLARATION OF JOHN J. NORMILE**
**IN SUPPORT OF THE APPLICATION OF THE DEBTORS FOR AN**
**ORDER AUTHORIZING THEM TO RETAIN AND EMPLOY JONES DAY**
**AS SPECIAL COUNSEL, NUNC PRO TUNC TO THE PETITION DATE**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), John J. Normile declares:

        1.      I am a partner with the law firm of Jones Day and am duly authorized to make

this declaration on behalf of Jones Day.  I make this declaration to supplement disclosures set forth in

the *Application of the Debtors for an Order Authorizing Them to Retain and Employ Jones Day as*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*Special Counsel, Nunc Pro Tunc to the Petition Date* [Docket No. 601] (the "<u>Application</u>") and my

declaration in support of the Application (the "<u>Normile Declaration</u>") [Docket No. 603].  The facts set

forth in this supplemental declaration are personally known to me and, if called as a witness, I could

and would testify thereto.

        2.      On December 5, 2019, the above-captioned debtors and debtors in possession

(the "<u>Debtors</u>") filed the Application.  On December 6, 2019, the Debtors filed the Normile

Declaration in support of the Application.  On December 20, 2019, the Court entered an order [Docket

No. 690] authorizing the retention of Jones Day as the Debtors' special litigation counsel in

the Debtors' chapter 11 cases (the "<u>Chapter 11 Cases</u>").

        3.      In connection with the Application, to check and clear potential conflicts of

interest in the Chapter 11 Cases, Jones Day researched its client database (the "<u>Conflicts Search</u>") to

determine whether it had any relationships with the persons or entities set forth on <u>Schedule 1</u> to the

Normile Declaration (the "<u>Interested Parties</u>").

## Supplemental Disclosure

        4.      In the Normile Declaration, I stated that I would, in accordance with Bankruptcy

Rule 2014(a), supplement the information contained in that declaration with respect to, among other

things, new relationships not set forth therein.

        5.      Jones Day has updated the examination of its relationships with interested

parties in the Chapter 11 Cases.  In connection therewith, Jones Day researched its client database

(the "<u>Supplemental Conflicts Search</u>") to determine whether:

- any information relating to Jones Day's relationship with any of the entities identified in the Normile Declaration, or their affiliates, was inadvertently omitted from the Normile Declaration;
- since the completion of the Normile Declaration, Jones Day has undertaken to provide client services to any of the entities researched by Jones Day in

connection with the Normile Declaration that were not clients of Jones Day at
the time of the Normile Declaration; and

- any entities not identified in the Normile Declaration, because such
  entities (i) were unknown to Jones Day at the time of the Normile Declaration or
  (ii) have taken on a role in matters relating to the Chapter 11 Case since the date
  of the Normile Declaration, are current or former clients of Jones Day.

6.      A list of the additional entities included in the Supplemental Conflicts Search

(collectively, the "Additional Parties") is set forth on Schedule 1 attached hereto.

7.      To the extent that the Supplemental Conflict Search indicated that

(a) the Normile Declaration required updating or (b) Jones Day has been or currently is employed by

any of the Additional Parties in matters unrelated to the Chapter 11 Case, the identities of those entities

and the nature of, or change in, Jones Day's relationship to them, as of December 2020, are set forth on

Schedule 2 attached hereto.

8.      To the best of my knowledge, information and belief, Jones Day has not and

does not represent or hold any interest adverse to the Debtors or to the estates with respect to the

matter on which Jones Day is retained.

9.      If Jones Day discovers additional information that requires disclosure, it will file

an additional supplemental disclosure with the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

correct to the best of my information, knowledge and belief.

Dated:  March 8, 2021
        New York, New York

Respectfully submitted,

*/s/ John J. Normile*
John J. Normile
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: 212.326.3939
Facsimile:  212.755.7306
Email:      jnormile@jonesday.com

*Special Counsel to the Debtors*

**Schedule 1**

**Purdue Pharma**
**New Parties-in-Interest**

**Debtor Entities**

Purdue Pharma, Inc.
Rhodes Associates, L.P.

**Other Related Entities**

Purdue Pharma Technologies, Inc.
Rhodes Pharmaceutical, Inc.
Rhodes Technologies, Inc.

**Vendors**

502-538 Canal Street LLC
65 West 36 LLC
A Z Corporation
Air Quality Innovative Sol LLC
Ajinomoto Althea, Inc.
Alabama Medicaid Agency
Alacrita Consulting, Inc.
Alcaliber S.A.U.
Alcaliber S.A.
Alivio Therapeutics
Alpha Scrip Incorporated
Altasciences Co., Inc.
American Express
ANI Pharmaceuticals Canada, Inc.
Antares Pharma, Inc.
APC Workforce Solutions LLC
Arizona Health Care Cost
Arkansas DHS Pharmacy Rebate
Association for Accessible Medicine
Astro Chemicals, Inc.
Bates White LLC
BDO USA LLP
Behavioral Health Leadership
Benefitfocus.Com Inc.
Blueprint Research Group LLC
Blutest Laboratories Ltd.
Boyle Transportation
Brenntag Northeast, Inc.

Brick City Greenhouse LLC
Burns Group
Cambrex Profarmaco Milano S.R.L.
CaremarkPCS Health, L.P.
CC Ford Group LLC
CCL Label, Inc.
Cenplex Building Services
Chicago Title Co. LLC
Clariant Corporation
Clariant Plastics & Coatings
Clarusone Sourcing Services LLP
CMS Communications, Inc.
Cognizant Worldwide Limited
Comdata, Inc.
Commission of Social Services
Convercent, Inc.
Customer Marketing Group
Dassault Systemes Americas Corporation
Dassault Systemes Biovia Corporation
DDB Health New York LLC
DDP Speciality Electronic Materials
Dell USA, L.P.
Department of Health Services
Department of Vermont Health Access,
    State of Vermont
Department of Health & Human Services
Department of Medical Assistance Services
Department of Veterans Affairs
DHS Drug Rebate
DHS Medicaid Expansion Rebate 054
Direct Energy Business
DOD Tricare Management Activity
Dottikon Exclusive Synthesis AG
Dow Chemical Company
DR Decision Resources, Inc.
Dubel & Associates LLC
Duke University
Dupont Nutrition USA, Inc.
Earned Visibility, Inc.
Eckhard Muhlhauser
Econdisc Contracting Solutions LLC

1

Edge Litigation Consulting LLC
EISAI, Inc.
EMC Corporation
Envision Pharmaceutical Services
EResearch Technology, Inc.
ERX Network Holdings, Inc.
Evonik Corporation
Fidelity Institutional Asset
Fidelity Investments Institutional
First Health
Florida Agency for Healthcare
    Administration
Florida Agency for Healthcare
Frewitt USA, Inc.
Frontage Laboratories, Inc.
Frontida Biopharma, Inc.
Geisinger Clinic
General Container Corporation
Halo Pharmaceutical, Inc.
Harmony Foods Corporation
Hart Engineering Corporation
Harvard Pilgrim Health Care
Haug Partners LLP
Health and Human Services Commission
Health Care Authority
Health Care Finance & Policy
Healthpartners, Inc.
Heritage Environmental Services
Heyman Group LLC
HP Enterprise Services LLC
HTS Engineering, Inc.
Humco Holding Group
IContracts, Inc.
ILC Dover, Inc.
Illinois Department of Public Aid
INC Research Toronto, Inc.
Independent Health Association
Index Encapsulation Equipt LLC
Indiana Medicaid Drug Rebates ACS
Industrial & Construction
Informa Business Intelligence, Inc.
Inmar RX Solutions, Inc.
Instedd
Interstate Resources, Inc.
International Business Machines
    Corporation

Johnson Matthey, Inc.
JS Civil Law Group PLLC
Kaiser Foundation Hospital
Kaplan Hecker & Fink LLP
Karr Tuttle Campbell
Kernel LLC
Legacy Pharmaceutical Packaging LLC
Legal & General Investment
Liberty Mutual Insurance Group
Lorenz International LLC
LPW Training Services LLC
Luminaire Canada, Inc.
Lynn Pinker Cox & Hurst LLP
Magellan RX Management
Maiwald Patentanwalts GmbH
Margaret Mary Community Hospital
Marino Tortorella & Boyle P.C.
Marketvision Research, Inc.
Marsh USA, Inc.
MC3, Inc.
McGuire Woods LLP
McMaster Carr Supply Company
Mediassociates, Inc.
Medical Assist Recoveries Federal
Medimpact Healthcare Systems, Inc.
Medline Industries, Inc.
Mercer Health & Benefits LLC
Michael J. Collins
Missouri Division of Medical Services
Model N, Inc.
MS Clinical Services LLC
Mundipharma International Ltd.
Mundipharma Laboratories GmbH
Mundipharma Singapore
Mylan Pharmaceuticals, Inc.
Navitus Health Solutions LLC
Netassemble.Com, Inc.
New England Controls, Inc.
New Jersey Drug Rebate Program
News America Marketing FSI LLC
Nielsen Co. LLC
Noahspharm, Ltd.
Noramco GmbH
North Carolina Department of Health
Novateur Ventures, Inc.
Novum PRS of Delaware, Inc.

2

Now What Research
NYS Commissioner of Taxation & Finance
NYS Department of Health
Office of the United States Trustee
Old Republication Insurance Company
Optimizerx Corporation
Optisource LLC
OptumHealth Administered Plan
PA Department of Human Services/DRP
Padilla Speer Beardsley, Inc.
Schawk Asia, Inc.
Patheon Manufacturing Services LLC
Paul Hastings LLP
Pension Benefit Guaranty Corporation
Peregrine Market Access
Pharmaceutical Research and Manufacturers
    of America (PHRMA)
Pharmaceutical Research Associates, Inc.
Pharmaceutics International, Inc.
Pharmacy Select LLP
Phillips ADR Enterprises, P.C.
Phoenix Lithographing Corporation
PRA, Inc.
Premise Health
Premise Health Employer Solutions LLC
Prime Clerk LLC
Proed Communications, Inc.
Professional Disposables International, Inc.
Providence General Foundation
Purdue Pharma Canada
Purdue Pharma LP Flex
Purdue Pharmaceuticals, L.P.
Pure Communications LLC
PureFlow, Inc.
Renewal House, Inc.
RF RLA, Inc.
Rhodes Technologies
Rolesville Equipment Company
RXmosaic LLC
Schawk Asia Pacific Pte, Ltd.
Schulte Roth & Zabel LLP
Scioscientific LLC
Security Services of Connecticut
Semmes Bowen & Semmes
SGS North America, Inc.
SHI International Corporation

Siegfried USA, Inc.
Skarzynski Black LLC
Slayback Pharma LLC
Smart Analyst, Inc.
Snell & Wilmer LLP
South Carolina Department of Health
Sovereign Pharmaceuticals LLC
Spears & Imes LLP
SpecGX LLC
Spectra Automation Ltd.
Stafford Communications Group, Inc.
State of Delaware Division of _____
State of Idaho
State of Kansas Department of Health
State of Maine
State of Michigan
State of Mississippi Division of Medicaid
Stikeman Elliott LLP
Strategic Research Insights, Inc
Sullivan & McLaughlin Companies, Inc.
Sun Pharmaceuticals Industries
Syncom BV
Systems Management Planning, Inc.
Technology Concepts & Design, Inc.
Tetragentetics, Inc.
Teva API, Inc.
Teva Canada Limited
Teva Pharmaceutical Industries Ltd.
Teva Pharmaceuticals USA, Inc.
The American Association of Poison
The Law Offices of Kenneth  (?)
The Lynx Group LLC
The Medical Affairs Co., LLC
The Sasha Group LLC
TMO Turkish Grain Board
Towers Watson Delaware, Inc.
Transitchek
Trek Medics International
Tri Pac, Inc.
Trialcard, Inc.
Tricorbraun, Inc.
TXP Services, Inc.
UBS AG Stamford
United States Treasury
University of Delaware
University of South Florida

3

Utah Department of Heath
Veolia ES Technical Solutions
VV Alacrity LLC
Walgreens
Walgreens Boots Alliance
West Virginia Department of Health &
    Human Services
Willis Towers Watson US LLC
Wilson County Tax Collector
WPP Group USA, Inc.
ZS Associates, Inc.
Zscaler, Inc.

## Utilities

Aquarion Water Company of Connecticut
AT&T
Cablevision Lightpath, Inc.
Centurylink
Comcast
Con Edison
Crystal Rock / DS Services of America, Inc.
Direct Energy Business
Dominion Energy
DS Services of America Inc.
Eversource Eneregy / CL&P
Eversource Energy / Yankee Gas
Greenlight
LiveMessage
Time Warner Cable

## Insurers

Endurance Assurance Corporation
The Insurance Company of the State of
    Pennsylvania

## Creditors' Committee Professionals

Akin Gump Strauss Hauer & Feld LLP
Bayard, P.A.
Brown Rudnick LLP
FTI Consulting, Inc.
Gilbert LLP
Houlihan Lokey
Jefferies Group LLC

Kramer Levin Naftalis & Frankel LLP
Pillsbury Winthrop Shaw
Pittman LLP
Province, Inc.

## Creditors' Committee

Agentis PLLC
Barron & Budd
Counsel's Office
Dilworth Paxson
Keller Rohrback
Lieff, Cabraser, Heinmann & Bernstein
Motley Rice LLC
Otterbourg P.C.
Robbins Geller Rudman & Down LLP
Simmons Hanly Conroy LLC
Sonosky, Chambers, Sachse, Enderson &
    Perry LLP

## Ad Hoc Group of NAS Babies

Creadore Law Firm
KHR Law Offices (Kent Harison Robins
    Law Offices)
Levenfeld Pearlstein
MB Firm

## Hospital Plaintiffs Group

Barrett Law Group
Cuneo Law
Schulte Roth & Zabel
Sherrard Roe Voight & Harbison

## Multi-State Group Entity (MSGE)

Caplin & Drysdale

## Individual Victims Group

Andrews & Thornton
ASK LLP
Dundon Advisers LLC
Gentle Turner and Sexton
Protiviti

**State of Arizona**

Consovoy McCarthy
Keller Lenkner

**State Attorney Generals**

Alabama Attorney General's Office
Alaska Attorney General's Office
Arizona Attorney General's Office
Arkansas Attorney General's Office
California Attorney General's Office
Colorado Attorney General's Office
Connecticut Attorney General's Office
Delaware Attorney General's Office
Florida Attorney General's Office
Georgia Attorney General's Office
Hawaii Attorney General's Office
Idaho Attorney General's Office
Illinois Attorney General's Office
Indiana Attorney General's Office
Iowa Attorney General's Office
Kansas Attorney General's Office
Kentucky Attorney General's Office
Louisiana Attorney General's Office
Maine Attorney General's Office
Maryland Attorney General's Office
Massachusetts Attorney General's Office
Michigan Attorney General's Office
Minnesota Attorney General's Office
Mississippi Attorney General's Office
Missouri Attorney General's Office
Montana Attorney General's Office
Nebraska Attorney General's Office
Nevada Attorney General's Office
New Hampshire Attorney General's Office
New Jersey Attorney General's Office
New Mexico Attorney General's Office
New York Attorney General's Office
North Carolina Attorney General's Office
North Dakota Attorney General's Office
Ohio Attorney General's Office
Oklahoma Attorney General's Office
Oregon Attorney General's Office
Pennsylvania Attorney General's Office
Rhode Island Attorney General's Office

South Carolina Attorney General's Office
South Dakota Attorney General's Office
Tennessee Attorney General's Office
Utah Attorney General's Office
Vermont Attorney General's Office
Virginia Attorney General's Office
Washington Attorney General's Office
West Virginia Attorney General's Office
Wisconsin Attorney General's Office
Wyoming Attorney General's Office

**Licenses/Product Development**

Alivio
Anabios
Cellact
Cognition
EISAI
Esteve
Exicure, Inc.
GL Pharma
Grunenthal
Jagotec/Vectura
Light Sciences Oncology
LTS Lohmann
Marinus Pharmaceuticals
Northlake
Ocular
Praxis
Shionogi
Shionogi Syproic
Spinethera
Tetragenetics
University of Nebraska
University of Texas
VM Pharma

**Landlords**

Clariant Plastics & Coatings

**Taxing Authorities**

Alabama Department of Revenue
Alabama State Board of Pharmacy
Arizona Department of Revenue

5

Arizona State Board of Pharmacy
Arkansas State Board of Pharmacy
California Board of Equalization
California Department of Tax & Fee
    Administration
California Franchise Tax Board
California State Board of Pharmacy
City of Chattanooga, Tennessee
City of Durham
City of Hawthorne
City of Stamford
City of Vallejo
City of Warwick
City of Wilson
Colorado Bureau of Investigation
Colorado Department of Regulatory
    Agencies, Division of Professions and
    Occupations, Board of Pharmacy
Colorado Department of Revenue
Colorado State Board of Pharmacy
Colorado Commissioner of Revenue
    Services
Comptroller of Maryland
Connecticut Commissioner of Revenue
    Services
Connecticut Department of Consumer
    Protection
Connecticut State Department of Consumer
    Protection
Coventry Fire District
Delaware Division of Professional
    Regulation
Delaware Division of Revenue
District of Columbia Department of Health,
    Health Regulation and Licensing
    Administration
District of Columbia Treasurer
Florida Department of Business and
    Professional Regulation
Florida Department of Health
Florida Department of Revenue Franchise
    Tax Board
Georgia Department of Revenue
Georgia State Board of Pharmacy
Hamilton County Trustee
Idaho State Board of Pharmacy

Idaho State Tax Commission
Illinois Department of Financial and
    Professional Regulation
Illinois Department of Revenue
Indiana Department of Revenue
Iowa Board of Pharmacy
Kansas State Board of Pharmacy
Kentucky Board of Pharmacy
Kentucky State Treasurer
Louisiana Board of Drug and Device
    Distributors
Louisiana Board of Pharmacy
Louisiana Board of Wholesale Drug
    Distributors
Louisiana Department of Health
Maine Department of Professional and
    Financial Regulation, Board of
    Pharmacy
Maine Revenue Services
Maryland Department of Health and Mental
    Hygiene
Maryland Pharmacy Board
Massachusetts Department of Revenue
Michigan Board of Pharmacy
Michigan Department of Treasury
Minnesota Board of Pharmacy
Minnesota Department of Revenue
Mississippi Board of Pharmacy
Mississippi Department of Revenue
Missouri Board of Pharmacy
Montana Board of Pharmacy
Nebraska Department of Revenue
Nevada Board of Pharmacy
Nevada Department of Taxation
New Hampshire Board of Pharmacy
New Jersey Department of Health
New Jersey Department of Treasury
New Mexico Board of Pharmacy
New York City Department of Finance
New York City Water Board
New York Department of Education – Board
    of Pharmacy
New York Department of Health
New York State Commissioner of Taxation
    & Finance
New York State Corporation

New York State Corporation Tax
North Carolina Department of Agriculture & Consumer Services
North Carolina Department of Environmental and Natural Resources
North Carolina Department of Health & Human Services
North Carolina Department of Revenue
North Dakota State Board of Pharmacy
Ohio Department of Taxation
Oklahoma State Board of Pharmacy
Oregon Department of Revenue
Oregon State Board of Pharmacy
Pennsylvania Department of Revenue
Pennsylvania Department of Health
Puerto Rico Secretary of Treasury
Rhode Island Board of Pharmacy
Rhode Island Department of Health
Rhode Island Department of Health (Division of Drug Control)
Rhode Island Department of Taxation
Secretario De Hacienda
Secretary of the State of Connecticut
South Carolina Board of Pharmacy
South Carolina Bureau of Financial Management
South Dakota Department of Health
South Dakota State Board of Pharmacy
State of Delaware Division of Professional Regulation
State of Hawaii
State of New Hampshire
State of New Jersey
State of Ohio Board of Pharmacy
State of Rhode Island
State of Washington
State of Wisconsin Department of Safety and Professional Services
Tax Collector Town of Coventry
Tennessee Board of Pharmacy
Tennessee Department  of Revenue
Texas Department of Health
Texas Department of State – Health Services
Texas State Comptroller
Treasurer, State of New Jersey
Treasurer, State of Ohio

United States Department of Treasury
United States Drug Enforcement Administration
United States Food and Drug Administration
United States Internal Revenue Service
Utah Department of Commerce, Division of Occupational and Professional Licensing
Utah State Tax Commission
Vermont Department of Taxes
Vermont Secretary of State, Office of Professional Regulation, Board of Pharmacy
Virginia Board of Pharmacy
Virginia Department of Taxation
Washington Board of Pharmacy
Washington Department of Health
West Virginia Board of Pharmacy
West Virginia State Tax Department
Wilson County Tax Collector
Wyoming Board of Pharmacy

**SCHEDULE 2**

**FIRST SUPPLEMENTAL DISCLOSURE**

**PURDUE PHARMA, L.P., ET AL.**

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED JONES DAY IN MATTERS
UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES**

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **NEW PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO ARE CURRENT CLIENTS OR WERE CLIENTS WITHIN THE LAST TWO YEARS[1]** | | |
| Ajinomoto Althea, Inc. | Vendors | • To the extent it may be related to the named party in interest, an entity named Ajinomoto Co., Inc. is a former client (closed 2018). |
| Alcaliber S.A. | Vendors | • Alcaliber, S.A. is a 60% stockholder of current client *Linneo Health SL*. |
| Altasciences Co., Inc.<br>Altasciences Acquisition Holdings, L.P.<br>Altasciences US Acquisition, Inc. | Vendors | • Parent company Altasciences Acquisition Holdings, L.P.; and affiliate companies Altasciences Co., Inc. and Altasciences US Acquisition, Inc. are former clients (all closed 2019). |
| Centurylink, Inc. | Utilities | • Centurylink, Inc. is the parent company of former client Level 3 Parent LLC (closed 2019); and<br><br>• Affiliated entity Centurylink, Inc. Defined Benefit Master Trust was a co-client in a group representation of Hot Topic, Inc. noteholders closed in 2018. |

---

[1]    The parties listed herein are parties in interest (or affiliated entities) who are current clients of Jones Day or were clients of Jones Day within the last two years.  The names of current clients of Jones Day appear in bold and italics.  The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Jones Day through its conflict reporting system.  Jones Day has not performed independent research to identify all stockholder interests or other affiliate relationships with respect to interested parties.  Moreover, Jones Day has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Chicago Title Co., LLC | Vendors | • Chicago Title Co., LLC is a former client (closed 2019). |
| Clariant Corporation<br><br>Clariant Plastics & Coatings | Vendors<br><br>Landlords<br>and<br>Vendors | • Affiliate company *Clariant Plastics & Coatings (Italia) S.p.A.* is a client in a current matter with current client *Avient Corporation*; and<br><br>• Affiliate company *Kel-Tech, Inc.* is: (a) a co-client in a current matter with current client *Arsenal Capital Partners, Inc.* |
| Comcast Corporation | Utilities | • Comcast Corporation is: (a) a former client (closed 2019); (b) the parent company of current client *NBCUniversal Media, LLC* (c) the ultimate parent company of former client Universal Pictures México, S. de R.L. de C.V. (closed 2019); and (d) a 51% joint venture owner of former client Universal Studios International BV (closed 2018). |
| Comdata, Inc. | Vendors | • Parent company *Fleetcor Technologies, Inc.* is a current client. |
| Crystal Rock/DS Services of America, Inc.<br>DS Services of America, Inc. | Utilities | • Parent company *Primo Water Corporation* is a current client. |
| Dassault Systemes Americas Corporation<br>Dassault Systemes Biovia Corporation | Vendors | • Affiliate companies *Dassault Systemes S.E.*, *Dassault Aviation S.A.* and *Dassault Systemes K.K.* are current clients; and<br><br>• Affiliate companies Dassault Systemes and RTT China are former clients (both closed 2018). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Dell USA, L.P. | Vendors | • Parent company Dell Technologies, Inc. is the ultimate parent company of current client *VMware, Inc.*; <br><br>• Affiliate company *Dell, Inc.* is: (a) a current client; and (b) a former co-client with current client *Google, Inc.* in a matter closed in 2020; <br><br>• Affiliate companies *Dell Singapore Pte. Ltd.* and *Dell Japan, Inc.* are current clients; and <br><br>• Affiliate company *EMC Corporation* (d/b/a Dell EMC) is a current client. |
| Direct Energy Business | Utilities | • Affiliate company *Direct Energy, L.P.* is: (a) a current client; and (b) a former co-client with affiliate company and former co-client Centrica Hive Limited, Canada, Inc. in a matter closed in 2018; <br><br>• Affiliate company *Centrica Hive US, Inc.* is a current client; and <br><br>• Affiliate company Centrica Connected Homes US, Inc. is a former client (closed 2018). |
| *Dominion Energy* (name given) | Utilities | • *Dominion Energy Services, Inc.* is a current client with sister company and current client *South Carolina Electric & Gas Company* in a current matter. |
| *Dow Chemical Company* | Vendors | • *Dow Chemical Company* is: (a) a current client; and (b) a 35% owner of current client *Sadara Chemical Company*; and <br><br>• Affiliate company *Dow AgroSciences LLC* is a current client; and <br><br>• Affiliate company Dow Silicones Corporation (f/k/a Dow Corning Corporation) is a former client (closed 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Duke University* | Vendors | • *Duke University* is a current client; and<br><br>• Affiliated entity Duke University Health System, Inc. is: (a) a former client (closed 2019); and (b) a former co-client with WakeMed Health & Hospitals in a matter closed in 2019. |
| Envision Pharmaceutical Services | Vendors | • Parent company *Rite Aid Corporation* is a current client. |
| Halo Pharmaceutical, Inc. | Vendors | • Parent company Permira Holdings Limited is the ultimate parent company of current clients *BakerCorp International, Inc.* and *Permira Debt Managers Limited*; and<br><br>• Affiliate company *Duff & Phelps LLC* is: (a) a current client; and (b) the employer of two individuals who are current clients in their capacity as Joint Administrators of Dearman Engine Company, Ltd. |
| Harmony Foods Corporation | Vendors | • Parent company RoundTable Healthcare Partners, L.P. is a former client (closed 2018). |
| Hawaii Attorney General's Office<br><br>State of Hawaii | State Attorney Generals<br><br>Taxing Authorities | • *State of Hawaii, Department of Commerce and Consumer Affairs Cable Television Division* is a current client. |
| HealthPartners, Inc. | Vendors | • HealthPartners, Inc. is a former client (closed 2020). |
| Houlihan Lokey | Creditors' Committee Professionals | • Houlihan Lokey is the employer of an individual who is a current client in his capacity as a director of Codere, S.A.; and<br><br>• Affiliate company Houlihan Lokey EMEA, LLP is: (a) a former client (closed 2020); and (b) a client in a current matter with affiliate company *Houlihan Lokey (MEA Financial Advisory) Ltd., et al.* |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Humco Holding Group | Vendors | • Humco Holding Group is a former client (closed 2018). |
| Jefferies Group LLC | Creditors' Committee Professionals | • Affiliate company *Jefferies LLC* is: (a) a current client; and (b) a joint venture partner in current client *Visible Alpha LLC*; and<br><br>• Affiliate companies *Jefferies International Limited* and *Jefferies Finance LLC* are current clients. |
| Legal & General Investment (name given) | Vendors | • *Legal & General Investment Management America, Inc.* is: (a) a current client; and (b) a co-client, together with several affiliated funds, in a former group representation of Hot Topic, Inc. noteholders (closed 2018); and<br><br>• Affiliate companies Legal & General Assurance Society Limited and Banner Life Insurance Company are former co-clients with current client *Bank of America Corporation* in a matter closed in 2018. |
| LTS Lohmann (name given) | Licenses/Product Development | • *LTS Lohmann Therapie-Systeme AG* is a current client. |
| Marsh USA, Inc.<br>Mercer Health & Benefits LLC | Vendors | • Affiliate companies Victor O. Schinnerer & Company Ltd. and Oliver Wyman Group are former clients (both closed 2018). |
| *Medimpact Healthcare Systems, Inc.* | Vendors | • *Medimpact Healthcare Systems, Inc.* is a current client. |
| *Medline Industries, Inc.* | Vendors | • *Medline Industries, Inc.* is a current client. |
| Michigan Attorney General's Office<br><br>Michigan Board of Pharmacy<br>Michigan Department of Treasury<br><br>State of Michigan | State Attorney Generals<br><br>Taxing Authorities<br><br><br>Vendors | • Michigan Secretary of State, Ruth Johnson, and Michigan Attorney General, William D. Schuette are former co-clients in a matter closed in 2019. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Michigan state-governed entities *Michigan State University* and *Municipal Employees' Retirement System of Michigan* are current clients; |
| | | • Michigan state-governed entity *Board of Regents of the University of Michigan* is: (a) a current client; (b) the employer of an individual who is a current client; and (c) a minority stakeholder of former client MidMichigan Health (closed 2018); |
| | | • Michigan state-governed entity State Employees Retirement System of Michigan is an investor in Domain Capital Group, the parent company of current client *Domain Capital Advisors LLC*; |
| | | • Michigan state-governed entity State of Michigan Retirement Systems is an investor in *FMH Eighth Avenue Hotel Ventures LLC*, which is a co-client in a current matter with current client *Five Star Realty Partners LLC*; |
| | | • State of Michigan Department of Treasury is an equity holder of former client ANR, Inc. (closed 2019); and |
| | | • A Jones Day attorney currently serves on the Michigan Supreme Court State Board of Law Examiners. |
| Navitus Health Solutions LLC | Vendors | • Parent company *SSM Health Care Corporation* is a current client. |
| Nebraska Attorney General's Office Nebraska Department of Revenue | State Attorney Generals Taxing Authorities | • Nebraska state-governed entity University of Nebraska is the parent of current client *The Nebraska Medical Center*. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| News America Marketing FSI LLC | Vendors | • Parent company News Corporation is: (a) the parent company of Brisbane Broncos Corporation Pty Ltd. and Brisbane Broncos Rugby League Club Limited, both members of former client Australian Rugby League Commission Limited (closed 2018); (b) the parent company of Sky Cable Pty Limited, which is a 50% joint venture partner in former client Foxtel Management Pty Limited (closed 2019); and (c) the ultimate parent company of former client Dow Jones (Japan) K.K. (closed 2018). |
| Nielsen Co. LLC | Vendors | • Parent company **Nielsen Holdings Plc** is: (a) a current client; and (b) the parent company of former client Nielsen B.V. (closed 2019). |
| OptumHealth Administered Plan | Vendors | • Parent company UnitedHealth Co., Ltd. is a former client (closed 2020). |
| Particle Sciences, Inc. | Vendors | • Affiliate company **BNSF Railway Company** is: (a) a current client; (b) a member of current client **National Rail Group**; and (c) a member of former client California Railroad Group (closed 2019); and<br><br>• Affiliate companies **Energy West Mining Company**, **Scott Fetzer Company**, **The Lubrizol Corporation** and **Johns Manville Corporation** are current clients. |
| Pharmaceutical Research and Manufacturers of America (PhRMA) | Vendors | • Pharmaceutical Research and Manufacturers of America (PhRMA) is a former client (closed 2019). |
| **PJT Partners, L.P.** | Restructuring Professionals | • **PJT Partners, L.P.** is a current client. |
| Proed Communications, Inc. | Vendors | • Parent company **Omnicom Group, Inc.** is a current client; and<br><br>• Affiliate company Omnicom Finance Holdings Plc is a former client (closed 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Protiviti, Inc. | Individual Victims Group | • Protiviti, Inc. and affiliate company Robert Half Finance & Accounting are former clients (both closed 2019). |
| Schawk Asia, Inc.<br>Schawk Asia Pacific Pte., Ltd. | Vendors | • Parent company Matthews International Corporation is a former client (closed 2020). |
| Secretario De Hacienda (name given) | Taxing Authorities | • Secretaria De Hacienda Y Crédito Público is the governing entity of former client Banco Nacional De Comercio Exterior, S.N.C. (closed 2020); and<br>• Secretaria de Hacienda y Crédito Público Mexico, *et al.* is a former client (closed 2018). |
| Skadden, Arps, Slate, Meagher & Flom LLP | Debtors' Legal Counsel | • An individual affiliated as a partner with Skadden, Arps, Slate, Meagher & Flom LLP is a former client (closed 2020). |
| State of Idaho<br>Idaho Attorney General's Office<br>Idaho State Board of Pharamacy<br>Idaho State Tax Commission | Vendors<br>State Attorney Generals<br>Taxing Authorities | • Idaho state-governed entity **The University of Idaho** is a current client. |
| TMO Turkish Grain Board | Vendors | • The government of Turkey, Republic of Turkey General Directorate of Foundations, is a minority stockholder of Kuwait Turkish Participation Bank, Inc. a former co-client with current client **Kuwait Finance House KSC** in a matter closed in 2018. |
| Towers Watson Delaware, Inc.<br>Willis Towers Watson US LLC | Vendors | • Affiliate company **Towers Watson Netherlands B.V.** is a current client. |
| United States Department of Treasury<br>United States Drug Enforcement Administration<br>United States Food and Drug Administration<br>United States Internal Revenue Service | Taxing Authorities | • United States Government-owned entity **National Railroad Passenger Corporation** is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***University of Delaware*** | Vendors | • ***University of Delaware*** is a current client. |
| University of Nebraska | Licenses/Product Development | • University of Nebraska is the parent of current client ***The Nebraska Medical Center***. |
| Virginia Board of Pharmacy<br><br>Virginia Department of Taxation | Taxing Authorities | • Virginia state-governed entity ***University of Virginia*** is a current client. |
| Walgreens<br><br>Walgreens Boots Alliance | Vendors | • Affiliate company Walgreen Co. was a co-client in Walgreen Co., *et al.*, a matter closed in 2019. |
| West Virginia Attorney General's Office<br><br>West Virginia Board of Pharmacy<br>West Virginia State Tax Department<br><br>West Virginia Department of Health & Human Services | State Attorney Generals<br><br><br>Taxing Authorities<br><br><br>Vendors | • West Virginia state-governed entities ***West Virginia University*** and ***West Virginia University College of Law*** are current clients. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **UPDATES TO PRIOR DISCLOSURE** | | |
| ***Abbott Laboratories***<br>*PRIOR DISCLOSURE:*<br>• ***Abbott Laboratories*** is:<br>(a  current client; (b) the parent company of Alere, Inc., which is a 50% joint partner in current client ***SPD Swiss Precision Diagnostics GmbH***; and the employer of an individual who is a former client (closed 2018); (c) a co-defendant and indemnitee in a current matter with current client ***AbbVie, Inc.*** and (d) the parent company of and a former co-defendant with former client St. Jude Medical LLC (closed 2018); and<br>• Affiliate company Abbott Laboratories S.A. is a former client (closed 2019). | Licensing Agreements | • Affiliate companies ***Abbott Healthcare Pvt. Ltd.***, ***Abbott BV***, ***Abbott Diabetes Care*** and ***Abbott Vascular, Inc.*** are clients;<br>• Affiliate company ***Abbott Medical Optics, Inc.*** is a co-client in a current matter with current client ***Johnson & Johnson***; and<br>• Affiliate company Abbott Point of Care, Inc. is a former client (closed 2020). |
| Ace Surgical Supply Co., Inc.<br>*PRIOR DISCLOSURE:*<br>• Ace Surgical Supply Co., Inc. is a former client (closed 2019);<br>• Parent company ***Henry Schein, Inc.*** is: (a) a current client; and (b) a 60% owner of former client Peter Brasseler Holdings LLC (closed 2019);<br>• Affiliate company ***Henry Schein One LLC*** is a current client; and<br>• Affiliate company Henry Schein Animal Health, d/b/a Butler Animal Health Supply LLC, is a former client (closed 2018). | Customers | • Affiliate company Henry Schein One LLC is now a former client (closed 2019).<br>• *See also* entry below for Henry Schein Animal Health regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Aptus Health<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Merck & Co., Inc.** and affiliate companies **Merck Sharp & Dohme (Australia) Pty Limited** and **Idenix Pharmaceuticals LLC** are current clients; and<br><br>• Affiliate company **Merck Sharp and Dohme Corporation** is: (a) a co-client in a current matter with current client **Icahn School of Medicine at Mount Sinai**; and (b) a joint venture partner in MCM Vaccine Co., the parent company of **MCM Vaccine B.V.**, a co-client in a current matter with current client **Sanofi**. | Vendors | • Affiliate company Merck Sharp & Dome (Australia) Pty Limited is now a former client (closed 2020); and<br><br>• MCM Vaccine B.V., an entity whose parent company, MCM Vaccine Co., is a joint venture partner with affiliate company **Merck Sharp and Dohme Corporation**, is now a former co-client with current client **Sanofi** in a matter closed in 2020. |
| *Bank of America, N.A.*<br><br>*PRIOR DISCLOSURE:*<br><br>• **Bank of America, N.A.** and affiliate companies **Merrill Lynch International**, **Merrill Lynch International, London Branch**, **Bank of America, N.A. London**, **Bank of America Business Credit** and **Merrill Lynch Kingdom of Saudi Arabia Company** are current clients; | Vendors | • Affiliate company **Bank of America Securities Europe S.A.** is: (a) a new client (opened 2020); and (b) a co-client in a new matter (opened 2020) with current client **Deutsche Bank AG New York**;<br><br>• Affiliate company **Bank of America Merrill Lynch International DAC, Milan Branch** is a new client (opened in 2020);<br><br>• Affiliate companies Merrill Lynch Kingdom of Saudi Arabia Company, Merrill Lynch International, London Branch and Merrill Lynch, Pierce, Fenner & Smith are now former clients (all closed 2020);<br><br>• Parent company **Bank of America Corporation** is now a former co-client with affiliate and former co-client Merrill Lynch Bank & Trust (Cayman) Limited, *et al.*, a joint representation closed in 2020; |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Parent company **Bank of America Corporation** is: (a) a current client; (b) the employer of an individual who is a former client (closed 2019); (c) the employer of a group of employees in a former joint representation closed in 2017; (d) a co-client in a current joint representation, **Merrill Lynch Bank & Trust (Cayman) Limited, et al.**, with certain of its affiliate companies; and (e) a former co-client with affiliate company and former co-client Bank of America Merrill Lynch International Ltd. in a joint representation closed in 2017;<br><br>• Affiliate company Bank of America Merrill Lynch International Limited (n/k/a **Bank of America Merrill Lynch International DAC**) is: (a) a co-client in a current matter with current client **Deutsche Bank AG New York**; and (b) a former co-client with parent company **Bank of America Corporation** in a matter closed in 2017;<br><br>• Affiliate company Banc of America Strategic Investments Corporation is a minority joint venture partner in current client **Visible Alpha LLC**;<br><br>• Affiliate company Bank of America Merrill Lynch is: (a) a member of a former group representation of lenders with current client **Goldman Sachs International** closed in 2018; (b) the indemnitor for and former employer of an individual who is a current client; and (c) the employer of an individual who is a former client (closed 2017); | | • Affiliate company **Bank of America Merrill Lynch International Designated Activity Company (DAC)** is: (a) a co-client in a new joint representation with current client **Natixis** (opened 2020); (b) a former co-client in a joint representation with **Natixis** closed in 2020; and (c) a former client with current client **Deutsche Bank AG New York** in a matter closed in 2020; and<br><br>• The individual described in prior disclosure as a current client and former employee and indemnitee of Bank of America Merrill Lynch, is now a former client (closed 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company **Merrill Lynch, Pierce, Fenner & Smith Incorporated** is: (a) a current client; and (b) a former co-client with current client **Deutsche Bank AG New York** in a matter closed in 2019; and<br><br>• Affiliate companies DSP Merrill Lynch Limited (closed 2017); Bank of America Merrill Lynch International (closed 2018); and Merrill Lynch Capital Corporation (closed 2019) are former clients. | | |
| Banner Pharmacaps Inc.<br>*PRIOR DISCLOSURE:*<br>• Parent company **Thermo Fisher Scientific, Inc.** is a current client. | Vendors | • Parent company **Thermo Fisher Scientific, Inc.** is also the parent company of Fisher Scientific, Fisher Scientific Co. LLC and Patheon Pharmaceuticals, Inc., all interested parties in these chapter 11 cases. |
| Baptist Health Corbin<br>Baptist Health Floyd<br>Baptist Health La Grange<br>Baptist Health Lexington<br>Baptist Health Louisville<br>Baptist Health Madisonville, Inc.<br>Baptist Health Paducah<br>Baptist Health Richmond, Inc.<br>Baptist Healthcare System, Inc.<br>Baptist Hospital, Inc. and Jay Hospital<br>*PRIOR DISCLOSURE:*<br>• Baptist Healthcare System, Inc. is a former client (closed 2017); and<br>• Affiliated entity Baptist Health South Florida, Inc. is a former client in former client Steering Committee of First Lien Lenders/RCS Capital Corporation (closed 2017). | Plaintiffs | • **Baptist Health System, Inc.** is a new client (opened 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Blue Cross and Blue Shield of Louisiana<br><br>*PRIOR DISCLOSURE:*<br><br>• Blue Cross/Blue Shield entity, ***Blue Cross & Blue Shield of Massachusetts*** (d/b/a Blue Cross and HMO Blue), is a current client;<br><br>• Blue Cross/Blue Shield entity, ***Blue Cross Blue Shield of Michigan*** is: (a) a current client; (b) the parent of current client ***Tessellate LLC***; (c) a former co-client with former co-client Durr Systems, Inc. in a matter closed in 2018; and (d) the parent of former client Blue Care Network of Michigan (closed 2019);<br><br>• Blue Cross/Blue Shield entity, Blue Cross of Idaho Health Service, Inc. is a former co-client in former client Steering Committee of First Lien Lenders/RCS Capital Corporation (closed 2017); and<br><br>• Blue Cross/Blue Shield entity Blue Cross Blue Shield of Florida, Inc. is a subsidiary of GuideWell Mutual Holding Corporation, an entity affiliated with current client ***Special Committee of the Board of Directors of GuideWell Mutual Holdings Corporation***. | Plaintiffs | • Blue Cross/Blue Shield entity ***Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc. (BCBSMA)*** is a new client (opened 2020);<br><br>• Tessellate LLC, a subsidiary of current client ***Blue Cross Blue Shield of Michigan***, is now a former client (closed 2019); and<br><br>• Blue Cross Blue Shield of Michigan is a former client in a term lender group closed in 2020. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Bon Secours Health System, Inc. (n/k/a **Bon Secours Mercy Health, Inc.**)<br><br>*PRIOR DISCLOSURE:*<br><br>• **Bon Secours Health System, Inc.** is a current client;<br><br>• Parent company **Bon Secours Mercy Health** is: (a) a current client; and (b) a joint venture partner in a current matter with affiliate company Bon Secours St. Mary's Hospital of Richmond, Inc.; and<br><br>• Affiliate companies Bon Secours Charity Health System, Inc. (NY), Bon Secours Baltimore Health System and Bon Secours Maria Manor Nursing Care Center, Inc. (all closed 2017); and Bon Secours Kentucky Health System, Inc., Bon Secours Virginia Health System, and Bon Secours Hampton Roads Health System (all closed 2019) are former clients. | Plaintiffs | • Bon Secours Health System, Inc. (closed 2019) is now known as parent company of current client **Bon Secours Mercy Health**; and<br><br>• Affiliate companies **Bon Secours Richmond Health System,** *et al., **Bon Secours Maryview Medical Center*** and **Bon Secours St. Francis Hospital** are new clients. |
| Cambrex Charles City, Inc.<br><br>• To the extent they are related to the named party in interest, **Cambrex Corporation** and affiliate companies **Cambrex Cooperatief UA** and **Cambrex B.V.** are current clients. | Vendors | • Cambrex Corporation and Cambrex Cooperatief UA are now former clients (both closed 2019); and Cambrex B.V. was closed more than three years prior to this disclosure. |
| Capsugel<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **Lonza Benelux B.V.** is a current client. | Vendors | • Affiliate company Lonza Benelux B.V. is now a former client (closed 2019). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***Cardinal Health, Inc.***<br><br><br><br>Cardinal Health, d/b/a/ Harvard Drug, Inc.<br>Cardinal Health P.R. 120, Inc.<br>*PRIOR DISCLOSURE:*<br><br>• ***Cardinal Health, Inc.*** and affiliate companies ***Cardinal Health 2 LLC***, ***Cardinal Health Spain 511 S.L.***, ***Cardinal Health Middle East FZ-LLC*** and ***Cardinal Health Supply Chain Services*** are current clients; and<br><br>• Affiliate company Cardinal Health 414 LLC is a former client (closed 2019). | Customers<br>and<br>50 Largest Unsecured Creditors<br><br>Customers | • Affiliate company ***Harvard Drug Group LLC*** is a current client;<br><br>• Affiliate companies Cardinal Health 2, LLC and Cardinal Health 414 LLC(both closed 2019); and Cardinal Health Supply Chain Services and Cardinal Health Spain 511 S.L. (both closed 2020) are now former clients; and<br><br>• Subsequent to Jones Day's prior disclosure affiliate company Cardinal Health Australia 503 Pty Ltd became a current and now former client (closed 2020). |

| | | |
|---|---|---|
| CBRE, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• CBRE, Inc. is a former client (closed 2019);<br><br>• Parent company ***CBRE Group, Inc.*** is: (a) a current client; (b) a co-client with current co-clients ***REI Investment 1 B.V.*** and affiliate company ***CBRE GIP Ltd.***; (c) the ultimate parent of current client ***Nacil Spain, S.L.***; (d) the ultimate parent of former client OPCI Logizola (closed 2018); and (e) a joint venture partner in a current matter with affiliate company CBRE Europe Value Partners 2;<br><br>• Affiliate companies ***CBRE EVP2 UK Investment 1 S.à.r.l.***, ***CBRE, S.A.***, ***CBRE Global Investors SGR, P.A.***, ***CBRE Global Investors Limited***, ***CBRE Logistics Venture SCSp***, ***CBRE GRP G Real Estate Investments(US), L.P.***, ***CBRE Valuation S.P.A.***, ***CBRE Global Investment Partners Global Alpha Fund Series FCP-SIF In Respect of Sub Fund CBRE Global Investment Partners***, ***CBRE Europe Value Partners 2 Holding S.C.A.***, ***CBRE Real Estate S.A.***, ***CBRE GIP UK Logistics Venture GP S.à.r.l. as GP of UK Logistics Venture SCSP***, ***CBRE Global Investors Germany GmbH***, ***CBRE GIP G Real Estate Investments (US), L.P.***, ***CBRE GIP G Real Estate Investments Holding, L.P.*** and ***CBRE GIP Iberian Hotels 1 SCSP*** are current clients;<br><br>• Affiliate company ***CBRE Global Investment Partners Limited*** is: (a) a current client; and (b a former co-client with former client Corestate Claimants in a matter closed in 2017; and | Vendors | • Affiliate companies ***CBRE European Parallel Co-Investment Vehicle 2, B.V.***, ***CBRE Global Investors Open-Ended GP S.a.r.l.*** and ***CBRE Global Investors Trustee Limited*** (all opened 2019); and ***CBRE GIP G Real Estate Investments, L.P.***, *et* al, ***CBRE Global Investors EMEA AIFM B.V.***, ***CBRE ESCF Management B.V.***, ***CBRE Limited*** and ***CBRE Global Investment Partners Global Alpha Jersey Limited*** (all opened 2020) are new clients;<br><br>• Affiliate company ***CBRE EVP2 Stayery Joint Venture S.a.r.l.***, *et al.* are co-clients with parent company ***CBRE Group, Inc.*** in a new matter (opened 2019); and<br><br>• Affiliate companies CBRE Global Investors Limited and CBRE Global Investment Partners European Co-Investment Fund 2 S.a.r.l. (both closed 2018); CBRE GIP G Real Estate Investments (US), L.P., CBRE Europe Value Partners 2 SCSP SIVAC-RAIF and CBRE Global Investors Germany GmbH (all closed 2019); and CBRE Logistics Venture SCSC, CBRE Global Investment Partners Global Alpha Fund Series FCP-SIF in respect of Sub Fund CBRE Global Investment Partners, CBRE S.A., CBRE GIP Iberian Hotels 1 SCSP, *et al;*  CBRE Global Investors (UK) Ltd., *et al.*,and CBRE Global Investors Europe Holdings Limited (all closed 2020) are now former clients. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate companies CBRE Global Multi Manager LLC and CBRE Global Collective Investors UK Limited (both closed 2017); CBRE Global Investment Administration Italy SRL, CBRE GWS S.R.L. (Italy), CBRE Global Investment Partners European Co-Investment Fund B.V., CBRE Clarion Securities LLC, CBRE Consultoria Do Brasil Ltda. and CBRE Global (all closed 2018); and CBRE, Inc., CBRE, Ltd., CBRE European Parallel Co-Investment Vehicle 2 B.V., CBRE Global Investors Southern Europe S.L., and CBRE GIP Senior Housing, L.P. (all closed 2019) are former clients. | | |
| Charles River Laboratories<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **Charles River Laboratories International, Inc.** is a current client; and<br><br>• Parent company Charles River Laboratories SA USA, Inc. (closed 2018); and affiliate companies Charles River Laboratories Ashland LLC and Charles River Laboratories SA Japan KK (both closed 2017) are former clients. | Vendors | • Affiliate company Charles River Laboratories International, Inc. is now a former client (closed 2019). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***Citibank N.A.***<br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Citigroup, Inc.** is: (a) a current client; and (b) a former co-client in a former joint representation with affiliate company Citigroup Global Capital Markets closed in 2017;<br><br>• Affiliate companies **Citigroup Energy, Inc.**, **Citibanamex Afore, S.A. de C.V.**, **Integrante Del Grupo Financiero Citibanamex**, **Citibank Financial Products**, **Citigroup Global Markets Japan, Inc.** and **DP World Australia Limited** are current clients;<br><br>• Affiliate company Citigroup Global Markets Limited is: (a) a former co-client with current client **Société Générale S.A.** in a matter closed in 2019; and (b) a former co-client with current client **Intesa SanPaolo** in a matter closed in 2017;<br><br>• Affiliate company Citicorp International Limited is: (a) a former client (closed 2019); (b) a former co-client in a former joint representation with current client **BNP Paribas** and its affiliate company BNP Paribas, Hong Kong Branch closed in 2019; and (c) a former co-client with former client DBS Bank Limited (closed 2019) in a matter closed in 2018; | Banks | • ***Citibank, N.A.*** is an investor in former client NTCIC HTC Community Investment Fund II, LLC (closed 2020);<br><br>• Affiliate company ***Citigroup Global Markets, Inc.*** is: (a) a new client (opened 2020); (b) a co-client with current client **Bank of America Corporation** in a new matter (opened 2020); and (c) a minority joint venture partner in current client ***Visible Alpha LLC***;<br><br>• One of the two group representations of former lenders and noteholders of iHeart Communications, Inc., in which affiliated entity Citigroup Pension Plan was a co-client, closed in 2020; and<br><br>• Affiliate company Citigroup Energy, Inc. is now a former client (closed 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company **Citigroup Global Markets, Inc.** is: (a) a current client; (b) a former co-client with former co-client Goldman Sachs, Inc. and current client and parent company **Citigroup, Inc.** in a matter closed in 2019; and (c) a joint venture partner in current client **Visible Alpha LLC**; <br><br> • Affiliated entity **Citigroup Pension Plan** is a co-client in two current group representations of former lenders and noteholders of iHeart Communications, Inc.; and <br><br> • Affiliate companies Citi Ventures and Citigroup Global Markets India Private Ltd. (both closed 2017); and Citibank, N.A. London Branch and Citibank, N.A., Hong Kong Branch (both closed 2018) are former clients. | | |
| City of New York <br><br> *PRIOR DISCLOSURE:* <br><br> • Affiliated entity **City of New York Group Trust** is: (a) a co-client in a current group representation of Akorn, Inc. term lenders; (b) a co-client in a current group representation of Monitronics term lenders; and (c) a former co-client in a former group representation of Hot Topic, Inc. noteholders (closed 2018); | Plaintiffs | • Akorn, Inc. Term Loan Group, in which current client **City of New York Group Trust** is a co-client is now a former client (closed 2019). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • City of New York affiliated entities Teachers' Retirement System of the City of New York, New York City Fire Department Pension Fund, Subchapter Two and New York City Police Pension Fund, Subchapter Two are former co-clients in a former group representation of Hexion 1.5 lien noteholders (closed 2019); and<br><br>• Affiliated entity, New York City Department of Education is the employer of an individual who is a former client (closed 2018). | | |
| Commonwealth of Pennsylvania<br>State of Pennsylvania<br>*PRIOR DISCLOSURE:*<br>• Pennsylvania state-governed entity **Temple University** is a current client;<br><br>• Pennsylvania state-governed entity **The Pennsylvania State University** is: (a) a current client; (b) the parent of **Penn State Milton S. Hershey Medical Center** a current client in a joint representation with current client **PinnacleHealth System**; (c) affiliated with the Board of Directors of The Pennsylvania State University, of which an individual who is a current client is a member; and (d) a co-client in a current multi-district defense group representation;<br><br>• Pennsylvania state-governed entity **University of Pittsburgh** is: (a) a current client; and (b) a co-client in a current multi-district defense group representation; | Plaintiffs | • Penn State Milton S. Hershey Medical Center, an affiliate of current client **The Pennsylvania State University**, and PinnacleHealth System are now former co-clients in a joint representation closed in 2019; and<br><br>• The State of Pennsylvania Treasury Department is now a former co-client in a group representation of term lenders closed in 2019. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| <ul><li>Two Jones Day attorneys have a current affiliation in teaching positions with the University of Pittsburgh School of Law, a state-governed entity; and</li><li>The **State of Pennsylvania Treasury Department** is a co-client in a current group representation of term lenders.</li></ul> | | |
| Cook County, Illinois<br>*PRIOR DISCLOSURE:*<ul><li>Cook County, Illinois is: (a) the employer of an individual who is a current client; (b) the former employer of an individual who is a current client; and (c) a co-defendant in a current matter with an individual who is a current client.</li></ul> | Plaintiffs | <ul><li>The individuals disclosed as current clients and an employee and former employee, respectively, of Cook County, Illinois are now former clients (both closed 2019); and</li><li>The matter in which Cook County, Illinois was a co-defendant with an individual who is a current client, was closed in 2020.</li></ul> |
| County of Sacramento<br>*PRIOR DISCLOSURE:*<ul><li>**Superior Court of California, County of Sacramento** is a co-client in a current matter with current client **Judicial Council of California**.</li></ul> | Plaintiffs | <ul><li>Superior Court of California, County of Sacramento is now a former co-client with current client **Judicial Council of California** in a matter closed in 2020.</li><li>*See also* entry below for People of California and State of California regarding related disclosure.</li></ul> |
| County of Washington<br>*PRIOR DISCLOSURE:*<ul><li>To the extent it is the same as the named party in interest, Washington County Correctional Facility in Washington County, Pennsylvania is the employer of an individual who is a current client.</li></ul> | Plaintiffs | <ul><li>The individual described in prior disclosure as a current client and employee of the Washington County Correctional Facility in Washington County, Pennsylvania, is now a former client (closed 2020).</li></ul> |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| CVS Caremark<br>CVS Distribution<br><br>CVS Caremark Part D Services, LLC<br>*PRIOR DISCLOSURE:*<br><br>• Parent company **CVS Health Corporation** (f/k/a CVS Caremark Corporation) is a current client; and<br><br>• Affiliate company CVS Pharmacy, Inc. is a former client (closed 2019). | Customers<br><br>50 Largest Unsecured Creditors | • CVS Health Corporation (f/k/a CVS Caremark Corporation) is now a former client (closed 2019). |
| Deloitte & Touche LLP<br><br>Deloitte Consulting LLP<br>*PRIOR DISCLOSURE:*<br><br>• Parent company **Deloitte LLP** is: (a) a current client; and (b) the employer of two individuals who are former clients in their capacity as Joint Administrators of the Gulmar Group of Companies in a matter closed in 2018. | Vendors<br>Other Consultants & Advisors | • Parent company Deloitte LLP is now a former client (closed 2019). |
| Elsevier<br><br>• Parent company **RELX, Inc.** and ultimate parent company **RELX Group Plc** are current clients;<br><br>• Affiliate company LexisNexis ARD ORAC GmbH & Co. KG is a former co-client with former co-client Verlag Österreich GmbH in a joint representation (closed 2017); and<br><br>• Affiliate companies Reed Elsevier (UK) Limited (closed 2017) and Elsevier Masson SAS and Elsevier Taiwan LLC (both closed 2018) are former clients. | Vendors | • Parent company RELX, Inc. and ultimate parent company RELX Group Plc are now former clients (both closed 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Fidelity Managed Income<br>*PRIOR DISCLOSURE:*<br>• Affiliate company **Fidelity Investments Money Management, Inc.** is a current client;<br>• Affiliate company **Fidelity Management and Research Company (FMR)** is: (a) a co-client, together with numerous Fidelity Funds, in a current defense group representation of General Motors term lenders; (b) a 50% shareholder of Lightning Investors Ltd., the parent company of current client **Colt Technology Services GmbH**; (c) a stockholder with affiliated entity Fidelity Management Trust in former client Harman International Industries Incorporated (closed 2018); and (d) an equity holder of current client **SilverBow Resources, Inc.**; and<br>• Affiliate company Fidelity Management & Research Company (Fixed Income Division) is a former client (closed 2017). | Vendors | • Affiliate company **Fidelity Investments, Inc.** is a co-client in new client **Ad Hoc Intelsat Jackson Unsecured Noteholders Group** (opened 2020);<br>• Affiliate company Fidelity Management and Research Company (FMR) is a former co-client with affiliate company and former co-client Fidelity Brokerage Services LLC in a matter closed in 2020;<br>• The defense group representation of General Motors term lenders, in which affiliate company Fidelity Management and Research Company (FMR) and numerous Fidelity Funds were co-clients, closed in 2020; and<br>• Affiliated entities Fidelity Investments Charitable Gift Fund and Fidelity Investments Trust are equity holders of former client Relativity Media LLC (closed 2018). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Fred Meyer Stores, Inc.<br>Harris Teeter<br>Peytons Fountain<br>Ralphs Grocery Company<br>Roundys, Inc.<br>Vitacost.Com<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **The Kroger Company** is a current client;<br><br>• Ralphs Grocery Company is a former client (closed 2017); and<br><br>• Affiliate company Kroger Limited Partnership is a former co-client with Altus Group US, Inc. in a joint representation closed in 2017. | Customers | • Parent company The Kroger Company is now a former client (closed 2020). |
| Freya Holdings Limited<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company **Freya Holding B.V.** is a current client. | Other Related Entities | • Affiliate company Freya Holding B.V. is now a former client (closed 2020). |
| FTI Consulting SC, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company **FTI Consulting, Inc.** is a current client;<br><br>• Affiliate company FTI Consulting Deutschland GmbH is a former client (closed 2017); and<br><br>• Affiliate company FTI Consulting LLP is: (a) the employer of an individual who is a current client (opened 2018); and (b) the employer of two individuals who are former clients (both closed 2018), in their capacity as administrators of Swordfish Shipco Limited, in a matter closed in 2018. | Vendors | • The individual disclosed as a current client and employee of FTI Consulting LLP is now a former client (closed 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| GCI Health | 50 Largest Unsecured Creditors and Vendors | • Affiliate company Kantar Netherlands B.V. is now a former client (closed 2020). |
| Sudler & Hennessey, LLC<br>*PRIOR DISCLOSURE:*<br>• Parent company **WPP Plc** is: (a) a co-client in a current matter with affiliate company and co-client **WPP Group USA, Inc.**; (b) the parent company of current client **Kantar Netherlands B.V.**; and (c) a stockholder of former client Imagina Media Audiovisual, S.L. (closed 2018); and<br>• Affiliate company and current client **WPP Group USA, Inc.** is a stockholder of current client **comScore, Inc.** | Vendors | |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| GEFCO Forwarding USA, Inc. <br><br> *PRIOR DISCLOSURE:* <br><br> • Governing entity, Government of the Russian Federation, is: (a) the ultimate parent company of current client ***BM Bank JSC***; (b) the owner of current client ***VTB Bank PJSC***; (c) the owner of JSC Rusnano, a shareholder of current client ***Mapper Lithography Holding B.V.***; (d) the governing entity of former clients OAO Rosneft and Ministry of Sport of the Russian Federation (both closed 2017); and Meron Holdings Limited and Rosnano (a/k/a Rusnano) (both closed 2018); (e) the ultimate governing entity of former client International Centre for Legal Protection (ICLP) (closed 2017); and (f) the governing entity of Open Joint Stock Company Gazprom Neft, the parent company of former client Sibir Energy Limited (closed 2017). | Vendors | • Russian government owned entity ***JSC Goznak*** is a new client (opened 2020); <br><br> • Russian-governed entities BM Bank JSC (closed 2019) and VTB Bank PJSC (closed 2020) are now former clients; and <br><br> • Mapper Lithograpy Holding B.V., an entity of which Russian government-owned entity JSC Rusnano is a shareholder, is now a former client (closed 2020). |
| Georgia Department of Community Health <br><br> • Georgia state-governed entities ***The Board of Regents of the University System of Georgia*** and ***Invest Georgia Board*** are current clients. | 50 Largest Unsecured Creditors | • Georgia state-governed entity, The Board of Regents of the University System of Georgia, is now a former client (closed 2019). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Goldman Sachs<br>***Goldman Sachs Asset Management, L.P.***<br>*PRIOR DISCLOSURE:*<br><br>• ***Goldman Sachs Asset Management, L.P.***, and affiliate companies ***Goldman Sachs International European Special Situations Group***, ***Goldman Sachs Merchant Banking Division***, ***Goldman Sachs México Casa De Bolsa, S.A. de C.V.*** and ***Goldman Sachs Group Y Compañía, S. de R.L. de C.V.*** are current clients;<br><br>• Affiliate company ***Goldman Sachs International*** is: (a) a current client; and (b) a co-client with affiliate company and current client ***Goldman Sachs Bank USA*** in a former group representation of lenders closed in 2018;<br><br>• Affiliate company Goldman Sachs Group Holdings (UK) Limited is the parent company of ***IQSA Holdings S.a.r.l.***, a co-client with current client ***Goldman Sachs International*** in a current matter opened in 2019;<br><br>• Affiliate company ***Goldman Sachs Australia Services Pty Ltd.*** is: (a) a current client; and (b) a former co-client with affiliate company and current client ***Goldman Sachs International*** in a matter closed in 2020 | Banks<br><br>Vendors | • Affiliate companies ***Goldman Sachs Specialty Lending Group*** (re-opened 2020); and ***Goldman Asset Management, L.P.*** (opened 2019) are new clients;<br><br>• Parent company ***Goldman Sachs Group, Inc.*** is an investor in new client ***MedVet Associates, Inc.*** (opened 2020);<br><br>• IQSA Holdings S.a.r.l., an affiliate company of Goldman Sachs Group Holdings (UK) Limited and a co-client in a matter with current client ***Goldman Sachs International*** is now a former client (closed 2020); and<br><br>• One of the two group representations of lenders and noteholders of iHeart Communications, Inc., in which affiliated entities Goldman Sachs Trust II-Goldman Sachs Multi-Manager Alternatives Fund; Goldman Sachs Funds II SICAV – Goldman Sachs Global Multi-Manager Alternatives Portfolio and Goldman Sachs Profit Sharing Master Trust were co-clients, closed in 2020. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Parent company **The Goldman Sachs Group, Inc.** is: (a) a current client; (b) the parent company and sponsor of ELQ Investors VIII Ltd., a co-owner of former client Grove Finco S.a.r.l. (closed 2020); (c) the ultimate parent of former clients GS Guernsey Investments Limited and LTS City Isledon S.a.r.l. (both closed 2018); (d) an investor in former client Neovia Logistics Services LLC (closed 2018); (e) a current or former equity holder of former client Molycorp, Inc. (closed 2017); (f) a member of former client J-Crew Ad Hoc First Lien Term Loan Group (closed 2017); and (g) a stockholder of former client Travelodge Hotels Limited (closed 2018); <br><br>• Affiliate company **Goldman Sachs & Co.** is: (a) a current client; and (b) a co-client in a current matter with current client **Morgan Stanley & Co. LLC**; <br><br>• Affiliate company Goldman Sachs Capital Partners is: (a) a co-owner of former client Education Management Corporation (closed 2018); and (b) part of a joint venture that owns former client Cooper Standard Automotive Group (closed 2017); <br><br>• Affiliate company Goldman Sachs, Inc. is a former co-client with Citigroup Global Markets, Inc. and current client **Citigroup, Inc.** in a matter closed in 2019; | | |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliated entities **Goldman Sachs Trust II-Goldman Sachs Multi-Manager Alternatives Fund** and **Goldman Sachs Funds II SICAV – Goldman Sachs Global Multi-Manager Alternatives Portfolio** are: (a) current clients together with affiliated entity and co-client **Goldman Sachs Profit Sharing Master Trust** in two current group representations of iHeart Communications, Inc. lenders and noteholders; and (b) former co-clients in a group representation of Bon-Ton second lien noteholders closed in 2019;<br><br>• Affiliate companies Global Opportunities Offshore Ltd., Goldman Sachs Lux Investment Funds and Goldman Sachs Trust are current or former equity holders in former client APP Winddown LLC, *et al.* closed in 2019;<br><br>• Affiliate company Goldman Sachs (Asia) SSG is: (a) a former client (closed 2018); and (b) a former co-client with current client **China International Capital Corporation (Hong Kong) Limited** in a matter closed in 2017;<br><br>• Affiliated entity Goldman Sachs Trust II – Goldman Sachs Multi-Manager Non-Core Fixed Income Fund is a former co-client in a group representation of Hexion 1.5 lien noteholders closed in 2019;<br><br>• Affiliate company Goldman Sachs Asia SSG is a stockholder of former client Samhi Hotels Pvt Ltd. (closed 2018); and | | |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate companies Goldman Sachs Lending Partners, and Goldman Sachs Merchant Banking Division (all closed 2018); and Goldman Sachs International Bank, Goldman Sachs BDC, Inc. and Goldman Sachs Specialty Lending Group (all closed 2019) are former clients. | | |
| Havas Health, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company Thema is a former client (closed 2017). | Vendors | • Parent company Vivendi S.A. is the ultimate parent company of new clients ***Havas Creative Group, et al.*** (opened 2020). |
| Health Advances, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company Pamplona Capital Management LLP is a former client (closed 2018). | Vendors | • In 2019 parent company Pamplona Capital Advisors, Ltd. acquired, and is now the parent company of, current client ***Infiana Group GmbH***. |
| Henry Schein Animal Health<br><br>***PRIOR DISCLOSURE:***<br><br>• Parent company ***Henry Schein, Inc.*** and affiliate company ***Henry Schein One LLC*** are current clients. | **Customers** | • Affiliate company Henry Schein One LLC is now a former client (closed 2019).<br><br>• *See also* entry above for Ace Surgical Supply Co., Inc. regarding related disclosure**.** |
| Integreon Managed Solutions, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies ***Ayalaland Offices, Inc. (ALO)*** and ***VIA Optronics GmbH*** are current clients; and<br><br>• Affiliate company ***Ayala Land, Inc. (ALI)*** is: (a) a current client; and (b) a former co-client with parent company and current client ***Ayala Corporation*** in a matter closed in 2018. | Vendors | • Affiliate companies Ayalaland Offices, Inc. (ALO) and Ayalaland Land, Inc. are now former clients (both closed 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **IBM Corporation**<br>*PRIOR DISCLOSURE:*<br><br>• **IBM Corporation**, aka **International Business Machines Corporation**; and affiliate companies **IBM China Company Limited**, **IBM United Kingdom Limited**, **IBM Watson Health**, **IBM Global Financing Australia Ltd. (IGF)**, **IBM Italia Servizi Finanziari S.R.L.**, **IBM Belgium SPRL/BVBA**, **IBM Nederland B.V.**, **IBM Argentina SRL**, **IBM Taiwan**, **IBM Japan Credit LLC**, **IBM España, S.A.** and **IBM India Pvt. Ltd.** are current clients;<br><br>• **IBM Australia Ltd.** is: (a) a current client; and (b) a former co-client, together with affiliate companies IBM Super Pty Ltd. and IBM Superlife Services Pty Ltd. with parent company **International Business Machines Corporation** in a matter closed in 2018;<br><br>• Affiliate company **IBM Japan, Ltd.** is: (a) a current client; and (b) the parent company of **Kobelco Systems Corporation**, a co-client in a current matter with parent company **International Business Machines Corporation**;<br><br>• Affiliated entity **IBM Personal Pension Plan Trust (International Business Machines)** is a co-client in a current defense group representation of General Motors term lenders; | Other Consultants and Advisors | • Affiliate companies **IBM Deutschland GmbH**, **IBM Client Innovation Center Benelux**, **IBM Singapore Pte Ltd.**, **IBM Servizi Finanziari Italia S.p.A.** and **IBM A/NZ Holdings Pty Limited** are new clients (all opened 2019);<br><br>• Affiliate companies **IBM Australia Ltd.** and **IBM Global Financing Australia Ltd.** are co-clients with parent company **International Business Machines** in a new matter (opened 2019);<br><br>• Affiliate company IBM Peru is the former employer of an individual who is a new client (opened 2020);<br><br>• Affiliate companies IBM Italia Servizi Finanziari S.R.L. and IBM India Pvt. Ltd. (both closed 2019); and IBM Belgium SPRL/BVBA (closed 2020) are now former clients;<br><br>• Kobelco Systems Corporation, an affiliate company of **IBM Japan Ltd.** is now a former client (closed 2020); and<br><br>• The defense group representation of General Motors term lenders, in which affiliated entity IBM Personal Pension Plan Trust (International Business Machines) was a co-client, closed in 2020. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company IBM S.A. is a shareholder of current client ***Viewnext S.A.***; and<br><br>• Affiliate companies IBM Japan Services Company Ltd. and Promontory Financial Group LLC (both closed 2017); and IBM Credit LLC (closed 2018) are former clients. | | |
| IMCD US LLC<br>*PRIOR DISCLOSURE:*<br>• Parent company ***IMCD N.V.*** is a current client. | Vendors | • Affiliate company ***IMCD Group B.V.*** is a current client (opened 2018). |
| ***JPMorgan Chase Bank, N.A.***<br>*PRIOR DISCLOSURE:*<br>• ***JPMorgan Chase Bank, N.A.*** is a current client;<br><br>• Parent company ***JPMorgan Chase & Co.*** is: (a) a current client; (b) a co-client in a current matter with current client ***The Bank of Nova Scotia***; and (c) a member of former client J-Crew Ad Hoc First Lien Term Loan Group (closed 2017);<br><br>• Affiliate company ***JPMorgan Securities LLC*** is: (a) a current client; (b) a co-client in a current matter with current client ***Citigroup, Inc.***; and (c) a former co-client with current client ***Deutsche Bank AG New York*** in a matter closed in 2019; | Banks | • Affiliate company ***JP Morgan Trust Company of Delaware*** is a new client (opened 2020);<br><br>• ***JPMorgan Chase Bank, N.A.*** is a co-client with affiliate company ***JPMorgan Private Bank***, *et al.* in a new matter opened 2019;<br><br>• Parent company ***JPMorgan Chase & Co.*** is the indemnitor and employer of an individual who is a new client (opened 2020);<br><br>• Affiliate company ***JPMorgan Securities LLC*** is: (a) a former co-client with current client ***Bank of America Corporation*** in a matter closed in 2020; (b) a former co-client with current client ***Citigroup, Inc.*** in a matter closed in 2020; and (c) a former co-client with ***JPMorgan Chase Bank, N.A.*** in a group representation of rue21 term lenders closed 2019;<br><br>• Affiliate company and current client JPMorgan Securities Plc is no: (a) now a former co-client (closed 2020); and (b) a former co-client with current client ***Intesa SanPaolo*** in a matter closed in 2019; |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliate company **JPMorgan Securities Plc** is: (a) a current client; (b) a former co-client with current client **Goldman Sachs International** in a matter closed in 2017; (c) a former co-client with current client **Intesa SanPaolo** in a matter closed in 2017; and (d) a former co-client with current client **UniCredit Bank AG** in a matter closed in 2019;<br><br>• Affiliate company Highbridge Capital Management LLC is a co-client in former client Ad Hoc Group of Savers LLC Term Loan Lenders (closed 2019);<br><br>• Affiliated entities JPMorgan Chase Retirement Plan Brigade, JPMorgan Chase Retirement Plan Brigade Bank Loan, JPMorgan Funds – Multi-Manager Alternatives Fund and JPMorgan Trust III – JPMorgan Multi-Manager Alternatives Fund are co-clients in a former group representation of Hexion 1.5 lien noteholders closed in 2019;<br><br>• Affiliated entity **JPMorgan Chase Retirement Plan Brigade** is: (a) a co-client in two current group representations of iHeart Communications, Inc. former lenders and noteholders; and (b) a co-client in a current group representation of Bon-Ton second lien noteholders; | | • The group representation of Bon-Ton second lien noteholders, in which affiliated entity JPMorgan Chase Retirement Plan Brigade was a co-client, closed in 2019;<br><br>• The group representation of Preferred Proppants lenders, in which affiliated entity JPMorgan Chase Retirement Plan Brigade Bank Loan was a co-client, closed in 2019;<br><br>• One of the two group representations of lenders and noteholders of iHeart Communications, Inc., in which affiliated entities JPMorgan Chase Retirement Plan Brigade Bank Loan and JPMorgan Chase Retirement Plan Brigade Bank Loan were co-clients, closed in 2020; and<br><br>• The group representation of Preferred Proppants term lenders, in which affiliated entity JPMorgan Chase Retirement Plan Brigade Bank Loan was a co-client, closed in 2019. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliated entity *JPMorgan Chase Retirement Plan Brigade Bank Loan* is: (a) a co-client in a current group representation of iHeart Communications, Inc. former lenders and noteholders; (b) a former co-client with affiliated entity JPMorgan Chase Retirement Plan and former co-client Brigade Capital Management, L.P. in a matter closed in 2018; and (c) a co-client in a current group representation of Preferred Proppants term lenders; <br><br> • Affiliate company JPMorgan India Private Limited is a former co-client with current client *Bank of America Corporation* in a matter closed in 2017; <br><br> • Affiliate company JPMorgan Investment Management, Inc. is a partner in a joint venture with current client *Mill Creek Residential Trust LLC*; and <br><br> • Affiliate companies JPMorgan Grupo Financiero, S.A. de C.V., JPMorgan Chase, National Association, JPMorgan Business Credit Corporation and JPMorgan are former clients (all closed 2018). | | |
| Matheson Tri Gas, Inc. <br><br> *PRIOR DISCLOSURE:* <br><br> • Affiliate companies *Mitsubishi Chemical Asia Pacific Pte. Ltd.* and *Lucite International, Inc.* are current clients; and <br><br> • Affiliate company Mitsubishi Tanabe Pharma Corporation is a former client (closed 2017). | Utilities | • Affiliate companies Lucite International, Inc. (closed 2019) and Mitsubishi Chemical Asia Pacific Pte. Ltd. (closed 2020) are now former clients. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Microsoft Licensing Group<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company ***Microsoft Global Finance*** is a co-client in a current defense group representation of General Motors term lenders. | Vendors | • Affiliate company ***LinkedIn Corporation*** is a current client; and<br><br>• Microsoft Global Finance is now a former co-client in the defense group representation of General Motors term lenders, which closed in 2020. |
| Mitratech Holdings, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company ***TRANSPOREON GmbH*** is a current client; and<br><br>• Affiliate company Trace One S.A. is a former client (closed 2019). | Vendors | • Affiliate company TRANSPOREON GmbH is now a former client (closed 2020); and<br><br>• Affiliate company ***Trace One S.A.*** is a new client (re-opened 2019). |
| ***Morrison & Foerster LLP***<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Morrison & Foerster LLP*** and a related individual are current clients. | Debtors' Legal Counsel | • The individual related in a matter with ***Morrison & Foerster LLP*** is now a former client (closed 2019). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***NCH Marketing Services, Inc.***<br>Valassis Direct Mail, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>- **NCH Marketing Services, Inc.** and affiliate companies **Scientific Games Corporation**, **AM General LLC** and **Revlon, Inc.** are current clients;<br><br>- Valassis Direct Mail, Inc. is a former client (closed 2018); and<br><br>- Owner, Mr. Ronald O. Perelman, is: (a) a former client (closed 2018); (b) the owner or ultimate owner of former clients, parent company MacAndrews & Forbes Holdings, Inc. (closed 2018); affiliate companies Deluxe Entertainment Services Group, Inc. (closed 2017); MacAndrews & Forbes LLC, MacAndrews & Forbes Group LLC, Harland Clarke Corporation and Valassis Communications, Inc. (all closed 2018); and Elizabeth Arden, Inc. (closed 2019). | Vendors | - Affiliate company **Revlon, Inc.** is a co-client with affiliate company **Revlon Consumer Products Corporation** in a new matter, **Revlon (Puerto Rico) Inc.**, *et al.* opened in 2020; and<br><br>- Affiliate company AM General LLC is now a former client (closed 2020). |
| ***Nixon Peabody LLP***<br><br>*PRIOR DISCLOSURE:*<br><br>- **Nixon Peabody LLP** is a current client. | Debtors' Legal Counsel | - Nixon Peabody LLP is now a former client (closed 2020). |
| Novation LLC<br><br>*PRIOR DISCLOSURE:*<br><br>- Parent company Vizient, Inc. is a former client (closed 2018); and<br><br>- Affiliate company **Provista, Inc.** is a current client. | Vendors | - Affiliate company Provista, Inc. is now a former client (closed 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Novo Nordisk<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies NNE Pharmaplan A/S (closed 2017) and Novo A/S (closed 2018) are former clients. | Other Party | • Affiliate company Novo Holdings A/S is a former client (closed 2019). |
| ***Occidental Chemical Corporation***<br>*PRIOR DISCLOSURE:*<br><br>• ***Occidental Chemical Corporation***, parent company ***Occidental Petroleum Company***; and affiliate companies ***Occidental Chemical Europe***, ***Occidental Energy Marketing, Inc.*** and ***Oxy USA, Inc.*** are current clients;<br><br>• Affiliate company Oxy Midstream Strategic Development LLC is a former client (closed 2018); and<br><br>• Affiliate company Oxy SENM Gathering, L.P. is a former co-client with parent company ***Occidental Petroleum Company*** in a matter closed in 2019. | Litigation Party | • Affiliate companies Anadarko Petroleum Corporation  and Oxy USA, Inc. are now former clients (both closed 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Ohio Department of Medicaid<br><br>State of Ohio<br>*PRIOR DISCLOSURE:*<br>• Ohio state-governed entity **The Ohio State University** is a current client;<br>• Ohio state-governed entity **State Teachers Retirement Board of Ohio** is a co-client in a current defense group representation of General Motors term lenders; and<br>• The Office of the Secretary of State of Ohio (Jon Husted) is a former client (closed 2017). | 50 Largest Unsecured Creditors<br><br>Plaintiffs | • Ohio state-governed entity The Ohio State University is now a former client (closed 2019);<br>• The defense group representation of General Motors term lenders, in which Ohio state-governed entity State Teachers Retirement Board of Ohio was a co-client, closed in 2020; and<br>• A Jones Day attorney has an affiliation in a teaching position with Ohio state-governed entity The Ohio State University – Moritz College of Law. |
| Packaging Coordinators, Inc. (n/k/a **PCI Pharma Services**<br>*PRIOR DISCLOSURE:*<br>• Packaging Coordinators, Inc. is now known as current client **PCI Pharma Services**; and<br>• Affiliate companies **Partners Group AG**, **Cerba Healthcare SAS** and **Permotio International Learning S.a.r.l.** are current clients. | 50 Largest Unsecured Creditors<br>and<br>Vendors | • Affiliate company Cerba Healthcare SAS is now a former client (closed 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| People of California<br><br>State of California<br><br>*PRIOR DISCLOSURE:*<br><br>• California state-governed entities ***Judicial Council of California*** (f/k/a Judicial Council of the State of California Administrative Office of the Courts); its affiliated entities ***Superior Court of Solano County (State of California) and the Honorable Robert C. Fracchia*** and ***State of California Court of Appeal, Second Appellate District and Justice Elwood Lui*** are current clients;<br><br>• California state-governed entity California State Teachers' Retirement System (CalSTRS) is: (a) a co-client in a current group representation of Preferred Proppants term lenders; (b) a former co-client in a group representation of Paradigm lenders (closed 2018); and (c) a former co-client in a group representation of Akorn, Inc. term lenders closed in 2019;<br><br>• California state-governed entity State of California Public Employees' Retirement System (CalPERS) is: (a) an equity holder and an interested party in current client ***ANR, Inc., et al.***; and (b) a joint venture owner of CalEast Global Logistics LLC, the ultimate parent company of former client CenterPoint Properties Trust (closed 2018); and | Plaintiffs | • The ***California Court of Appeal, Second Appellate District***, an affiliated entity of California state governed entity and current client ***Judicial Council of California***, is a new client (opened 2020);<br><br>• California state-governed entity, University of California, Irvine, is the employer of an individual who is a new client (opened 2020);<br><br>• Affiliated entity Superior Court of Solano County (Sate of California) and the Honorable Robert C. Fracchia is now a former client (closed 2020);<br><br>• The group representation of Preferred Proppants term lenders, in which the California State Teachers' Retirement System (CalSTRS) was a co-client, was closed in 2019;<br><br>• The Superior Court of Solano County (State of California) and the Honorable Robert C. Fracchia, an affiliated entity of California state governed entity and current client ***Judicial Council of California***, is now a former client (closed 2020); and<br><br>• ANR, Inc., *et al.* in which California state-governed entity State of California Public Employees' Retirement System (CalPERS) was an equity holder and an interested party, was closed in 2019. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • California state-governed entity, The Regents of the University of California, is: (a) a former client (closed 2018); (b) a former co-client in a group representation of Hot Topic Inc. noteholders closed in 2018; and (c) a former co-client in a group representation of rue21 term lenders closed in 2019. | | |
| Presidio Networked Solutions, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate companies ***Oxenwood Real Estate LLP***, ***OXW Catalina UK Limited*** and ***CareerBuilder LLC*** are current clients;<br><br>• Affiliate company Apollo Global Management LLC is: (a) a former co-client in a group representation of Skillsoft Corporation lenders closed in 2019; (b) the parent company of AP NMT Cooperatief UA, a 50% joint venture partner in AP NMT JV Newco B.V., the parent of current client ***Endemol Shine Holding B.V.***; and (c) the parent company of CPI Capital Partners Europe, L.P., a stockholder in former clients Dory 1 S.a.r.l. and Dory 1 (NFR) S.a.r.l. (both closed 2017);<br><br>• Affiliate company ***Apollo Capital Management, L.P.*** is a co-client in a current group representation of Global Eagle lenders; and<br><br>• Affiliate company LifePoint Health, Inc. is a former client (closed 2019). | Vendors | • Affiliate company Apollo Global Management LLC is now known as BRH Holdings GP Ltd., which is: (a) a private equity owner of current client ***Maxim Crane Works, L.P.***; (b) the ultimate parent company of current client ***Lumlileds LLC***, *et al.*; and (c) the ultimate parent company of Apollo Capital Management, L.P., a member of now former client Global Eagle Lender Group (closed 2020); and<br><br>• Endemol Shine Holding B.V., an entity in whose parent company, Apollo Global Management LLC (n/k/a BRH Holdings GP, Ltd.) has a 50% joint venture interest, is now a former client (closed 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| PriceWaterhouseCoopers LLP<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliated entity ***AO PriceWaterhouseCoopers Audit*** (a/k/a ***PriceWaterhouseCoopers Audit LLC***) is a current client; and<br><br>• Affiliate company PriceWaterhouseCoopers Finance & Recovery (Cayman) Ltd. is the employer of two individuals, in their capacity as liquidators of Weavering Macro Fixed Income Fund, who are former clients (both closed 2017). | Vendors | • Affiliated entity AO PriceWaterhouseCoopers Audit (a/k/a PriceWaterhouseCoopers Audit LLC) is now a former client (closed 2020). |
| Publix Super Markets, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Publix Super Markets, Inc.*** is a current client. | Customers | • Publix Super Markets, Inc. is now a former client (closed 2020). |
| ***Purdue Pharma, L.P.***<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company Purdue Pharma Canada is a former client (closed 2019). | Debtor Entities | • ***Purdue Pharma, L.P.*** and affiliate company ***Purdue Pharmaceuticals, L.P.***, *et al* are co-clients in a new matter (opened 2020). |
| Robert Bosch Packaging<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company ***Robert Bosch LLC*** is a current client; and<br><br>• Affiliate companies Robert Bosch GmbH and BSH Home Appliances (both closed 2017); and Robert Bosch Francs SAS (closed 2018) are former clients. | Vendors | • Affiliate company Robert Bosch LLC is now a former client (closed 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***St. Vincent Charity Medical Center***<br>*PRIOR DISCLOSURE:*<br><br>• ***St. Vincent Charity Medical Center*** is: (a) a current client; and (b) the parent of St. Vincent Medical Group (a/k/a Outreach Professional Services, Inc.) the employer of an individual who is a current client. | Plaintiffs | • The individual disclosed as a client and employee of St. Vincent Medical Group (a/k/a Outreach Professional Services, Inc.) is now a former client (closed 2019). |
| ***SAP America, Inc.***<br>*PRIOR DISCLOSURE:*<br><br>• ***SAP America, Inc.***, parent company ***SAP S.E.***; and affiliate companies ***SAP Labs LLC***, ***SAP CIS***, ***SAP Deutschland AG & Co. KG***, ***SAP España – Sistemas, Aplicaciones Productos En La Informática, S.A.***, ***SAP Mexico, S.A. de C.V.***, ***SAP Östereich GmbH*** and ***SAP Romania S.R.L.*** are current clients; and<br><br>• Affiliate companies SAP (UK) Limited (closed 2019) and SAP Hong Kong Co. Limited (closed 2018) are former clients. | Vendors | • Affiliate companies ***SAP National Security Services, Inc.*** (opened 2020); and ***SAP (UK) Limited*** (re-opened 2019) are new clients; and<br><br>• Affiliate company SAP España – Sistemas, Aplicaciones Productos En La Informática, S.A. is now a former client (closed 2020). |
| SpecGX, LLC<br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company ***Mallinckrodt Radiopharmaceuticals Spain S.L.*** is a current client;<br><br>• Affiliate companies Mallinckrodt Netherlands Holdings B.V. (closed 2017); Mallinckrodt Belgium BVBA (closed 2018); and Mallinckrodt Radiopharmaceuticals Deutschland GmbH (closed 2019) are former clients; and<br><br>• Related entity Mallinckrodt Noteholders is a former client (closed 2019). | 50 Largest Unsecured Creditors<br>and<br>Vendors | • Affiliate company Mallinckrodt Radiopharmaceuticals Spain S.L. is now a former client (closed 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Sprint Corporation<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Sprint Corporation*** and affiliate company ***Sprint Capital Corporation*** are current clients;<br><br>• Affiliate company Sprint Spectrum, L.P. is a former co-client with current client ***Kyocera International, Inc.*** in a matter closed in 2017; and<br><br>• Parent company SoftBank Group Corporation is a former client (closed 2019). | Utilities | • Sprint Corporation and affiliate company Sprint Capital Corporation are now former clients (both closed 2020). |
| State of Florida<br><br>*PRIOR DISCLOSURE:*<br><br>• Florida state-governed entity ***The Florida International University Board of Trustees*** is a current client; and<br><br>• Florida state-governed entity Board of Governors State University System of Florida is the governing entity of current client ***University of Central Florida***. | Plaintiffs | • Florida state-governed entity ***The District Board of Trustees of Miami Dade College, Florida*** is a new client (opened 2020); and<br><br>• Florida state-governed entity University of Central Florida is now a former client (closed 2019). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
| --- | --- | --- |
| State of Illinois<br><br>*PRIOR DISCLOSURE:*<br><br>• The State of Illinois is the employer of two individuals who are current clients;<br><br>• Office of the Governor of the State of Illinois, and Illinois state-governed entity Board of Trustees of the University of Illinois are former clients (both closed 2018); and<br><br>• Illinois state-governed entity Illinois State Board of Investment is a former co-client in a group representation of Hexion 1.5 lien noteholders; and a group representation of Bon-Ton noteholders, both closed in 2019. | Plaintiffs | • The two individuals disclosed as current clients and employees of the State of Illinois are now former clients (both closed 2019). |
| State of New Mexico<br><br>*PRIOR DISCLOSURE:*<br><br>• New Mexico state governed entity ***New Mexico State Investment Council*** is a co-client in a current group representation of Preferred Proppants lenders. | Plaintiffs | • The group representation of Preferred Proppants lenders in which New Mexico state governed entity New Mexico State Investment Council was a co-client, closed in 2019. |
| State of North Dakota<br><br>Wayne Stenehjem, North Dakota Attorney General<br><br>*PRIOR DISCLOSURE:*<br><br>• North Dakota state-governed entity North Dakota State Board of Higher Education (SBHE) is the owner of current client ***Bismarck State College***. | Plaintiffs | • Bismarck State College, an entity owned by North Dakota state-governed entity North Dakota State Board of Higher Education (SBHE), is now a former client (closed 2020); and<br><br>• North Dakota state-governed entity University of North Dakota is the owner of new client ***UND Aerospace Foundation*** (opened 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| State of Texas<br>Texas Office of the Attorney General<br>*PRIOR DISCLOSURE:*<br>• Texas state-governed entity **Texas County and District Retirement System** is a co-client in a current defense group representation of General Motors term lenders. | Plaintiffs | • The defense group representation of General Motors term lenders, in which Texas state-governed entity Texas County and District Retirement System was a co-client, closed in 2020; and<br>• A Jones Day attorney has an affiliation in a teaching position with Texas state-governed entity University of Houston Law Center. |
| Suez WTS USA, Inc.<br>*PRIOR DISCLOSURE:*<br>• Parent company **Suez S.A.**, and affiliate companies **Suez Water Technologies and Solutions S.A.**, **Suez Water Technologies & Solutions Netherlands B.V.**, **Suez R&R Belgium S.A.** and **Suez RV France** are current clients; and<br>• Affiliate companies Suez Groupe SAS, Suez Polymers B.V., Suez Eau France and Suez R&R BE North N.V. are former clients (all closed 2019). | Utilities | • Affiliate company **Suez Groupe SAS** is a new client (re-opened 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **UBS Financial Services, Inc.**<br>UBS Group AG<br>*PRIOR DISCLOSURE:*<br><br>• **UBS Financial Services, Inc.** is: (a) a co-client in a current joint representation with current client **ADP LLC**; and (b) an equity holder and an interested party in current client **ANR, Inc. et al.**;<br><br>• Affiliate company UBS AG is: (a) a shareholder, together with affiliate company UBS Global Management, of current client **NII Holdings, Inc.**; and (b) a current or former equity holder of former client Molycorp Inc. (closed 2017); and<br><br>• Affiliate company **Fineurop Investment Opportunities S.p.A.** is a current client. | Landlord<br><br>Banks | • ANR, Inc.*, et al*, a matter in which UBS Financial Services, Inc. is an equity holder and an interested party, was closed in 2019;<br><br>• The joint representation of UBS Financial Services, Inc. and ADP LLC closed in 2020; and<br><br>• Affiliate company Fineurop Investment Opportunities S.p.A. is now a former client (closed 2019). |
| **United Parcel Service (UPS)**<br>UPS Supply Chain Solutions, Inc.<br>*PRIOR DISCLOSURE:*<br><br>• **United Parcel Service (UPS)** is: (a) a current client; and (b) the parent company of current client **Marken Limited**;<br><br>• Affiliate company UPS Logistics Group International, Inc. is a stockholder of former client Coyote Logistics de Mexico, S.A. de C.V.; and<br><br>• Affiliated entity UPS Public Affairs is a former client (closed 2019). | Vendors | • Affiliate company Marken Limited is now a former client (closed 2019). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| U.S. Bank Equipment Finance<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company ***U.S. Bancorp***, and affiliate company ***U.S. Bank Corporate Trust Services*** are current clients;<br><br>• Affiliate company ***U.S. Bank, National Association*** is: (a) a current client; and (b) a party with former client Apollo Capital Management, L.P. (closed 2019) in a matter closed in 2019; and<br><br>• Affiliate company Elavon Financial Services DAC is a former co-client with current client ***Macquarie Capital (USA), Inc.*** in a matter closed in 2018. | Secured Creditors | • Affiliate company ***U.S. Bank Trust, National Association*** is a new client (opened 2019). |
| U.S. Specialty Insurance Company – HCC<br><br>*PRIOR DISCLOSURE:*<br><br>• Affiliate company ***Tokio Marine Capital Co., Ltd.*** is a current client. | Insurers | • Affiliate company Tokio Marine Capital Co., Ltd. is now a former client (closed 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Veolia ES Technical Solutions<br><br>*PRIOR DISCLOSURE:*<br><br>• Parent company ***Veolia Environnement S.A.***, and affiliate companies ***Veolia Soluciones Industriales Mexico, S.A. de C.V.***, ***Veolia Holding México, S.A. de C.V.***, ***Veolia Residuos Norte, S.A. de C.V.***, ***Veolia Vostok***, ***Veolia Water Technologies Inc.***, ***Veolia Residuos Bajío, S.A. de C.V.*** and ***Veolia Environmental Services North America Corporation*** are current clients; and<br><br>• Affiliate companies Veolia Environmental Services (Australia) Pty Ltd. (closed 2018); and Veolia Middle East SAS and Veolia ES Special Services, Inc. (both closed 2019) are former clients. | Utilities | • Affiliate companies Veolia Vostok (closed 2019); and Veolia Water Technologies, Inc. and Veolia Environmental Services North America Corporation (both closed 2020) are now former clients. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***Verizon***<br>Verizon Washington DC, Inc.<br>*PRIOR DISCLOSURE:*<br><br>• Parent company ***Verizon Communications, Inc.*** (d/b/a ***Verizon***); and affiliate companies ***Verizon Deutschland GmbH***, ***Verizon New York Inc.***, ***Verizon Services Organization, Inc.***, ***Verizon Maryland, Inc.***, ***Verizon Business Network Services, Inc.***, ***Verizon Wireless Texas LLC***, ***Verizon Services Organization, Inc.***, ***Verizon Nederland B.V.*** and ***Verizon Connect Fleet USA LLC*** are current clients;<br><br>• Affiliate company ***Verizon Wireless, Inc.*** (a/k/a ***Cellco Partnership***) is: (a) a current client; and (b) a former co-client with current client ***Kyocera International, Inc.*** in a matter closed in 2017;<br><br>• Affiliated entity ***Verizon Distressed Event Driven*** is a client in a current group representation of Preferred Proppants term lenders; and<br><br>• Affiliate Verizon Corporate Resources Group LLC and Verizon Data Services LLC (both closed 2017); Verizon Business International Holdings B.V., Verizon Belgium Luxembourg S.A. and Verizon California, Inc. (all closed 2018); and Verizon Japan Ltd., Verizon Digital Media Services, Inc. and Verizon Services Corporation (all closed 2019) are former clients. | Utilities | • Affiliate company ***Verizon Japan Ltd.*** is a new client (re-opened 2020) and a former co-client with affiliate company and former co-client Verizon UUNET Japan Ltd. in a matter closed in 2019;<br><br>• The group representation of Preferred Proppants lenders, in which affiliated entity Verizon Distressed Event Driven was a co-client, closed in 2019; and<br><br>• Affiliate companies Verizon Business Network Services, Inc., Verizon Maryland, Inc.; and Verizon Services Organization, Inc. are now former clients (all closed 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Village of Orland Park<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Village of Orland Park*** is a current client. | Plaintiffs | • Village of Orland Park is now a former client (closed 2020). |
| ***Walmart, Inc.*** (f/k/a Wal-Mart Stores, Inc.)<br><br>*PRIOR DISCLOSURE:*<br><br>• ***Walmart, Inc.*** (f/k/a Wal-Mart Stores, Inc.); and affiliate companies ***Wal-Mart Stores East, L.P.*** (d/b/a Wal-Mart Pharmacy Warehouse #46), and ***Nueva Wal Mart De México, S. de R.L. de C.V.*** are current clients; and<br><br>• Affiliate companies Wal-Mart (China) Investment Co. Ltd. (closed 2018); and Wal-Mart Stores Arkansas LLC (closed 2019) are former clients. | Customers and Vendors | • Affiliate company Nueva Wal Mart De México, S. de R.L. de C.V. is now a former client (closed 2020). |
| Washington Post Company LLC (n/k/a ***Graham Holdings Company***)<br><br>*PRIOR DISCLOSURE:*<br><br>• The Washington Post Company is now known as current client ***Graham Holdings Company***, the parent company of current client ***Kaplan, Inc.***; and former client Graham Healthcare Group, Inc. (closed 2019). | Plaintiffs | • Affiliate company Kaplan Higher Education LLC is the employer of an individual who is a new client (opened 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***Wells Fargo & Company***<br><br>Wells Fargo Financial Leasing, Inc.<br><br>*PRIOR DISCLOSURE:*<br><br>- Parent company ***Wells Fargo & Company*** is: (a) a co-client, together with affiliated entities ***Evergreen Core Plus Bond Fund (Wells Fargo Advantage Income Funds: Income Plus Fund)***; ***Evergreen Income Advantage Fund (Wells Fargo Advantage Income Opportunities Fund)***; ***Evergreen Multi Sector Income Fund (Wells Fargo Advantage Multi-Sector Income Fund)*** and ***Evergreen Utilities & High Income Fund (Wells Fargo Advantage Utilities & High Income Fund)*** in a current defense group representation of General Motors term loan lenders; and (b) a member of former client J-Crew Ad Hoc First Lien Term Loan Group (closed 2017);<br><br>- Affiliate company ***Wells Fargo Bank, N.A.*** is: (a) a current client; (b) a co-client with several of its affiliate companies in two current matters, ***Wells Fargo & Co., et al.*** and ***Wachovia Bank, N.A., et al.***; and (c) a stockholder of former client Shanghai Commercial Bank Limited (SCB) (closed 2017);<br><br>- Affiliate companies ***Wells Fargo Rail Corporation***, ***Wells Fargo Clearing Services LLC***, ***Wells Fargo Securities LLC*** and ***Wells Fargo Bank, N.A., London Branch*** are current clients; | Banks<br><br>Vendors | - Affiliate company Wells Fargo Trust Company, N.A. is now a former co-client with current client ***Citizens Financial Group, Inc.*** in a joint representation closed in 2020;<br><br>- The defense group representation of General Motors term lenders, in which ***Wells Fargo & Company*** and affiliated entities Evergreen Core Plus Bond Fund (Wells Fargo Advantage Income Funds: Income Plus Fund), Evergreen Income Advantage Fund (Wells Fargo Advantage Income Opportunities Fund), Evergreen Multi-Sector Income Fund (Wells Fargo Advantage Multi-Sector Income Fund) and Evergreen Utilities & High Income Fund (Wells Fargo Advantage Utilities & High Income Fund) were co-clients, closed in 2020; and<br><br>- One of the two group representations of lenders and noteholders of iHeart Communications, Inc., in which affiliated entity Wells Fargo Advantage Alternative Strategies Fund was a co-client, closed in 2020;<br><br>- Affiliate company ***Wells Fargo Bank, N.A.*** is a co-client with current client ***JPMorgan Chase Bank, N.A.*** in a defense group representation (opened 2019); and<br><br>- Affiliate companies Wells Fargo Rail Corporation and Wells Fargo Clearing Services LLC are now former clients (both closed 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| • Affiliated entity **Wells Fargo Advantage Alternative Strategies Fund** is a co-client in two current group representations of lenders and noteholders of iHeart Communications, Inc.; and<br><br>• Affiliate company **Wells Fargo Trust Company N.A.** is a co-client and a co-defendant with current client **Citizens Financial Group, Inc.** in current joint representation. | | |
| ***West Bend Mutual Insurance Company***<br>*PRIOR DISCLOSURE:*<br>• ***West Bend Mutual Insurance Company*** is a co-client in a current defense group representation of General Motors term lenders. | Plaintiffs | • The defense group representation of General Motors term lenders, in which West Bend Mutual Insurance Company was a member closed in 2020. |
| Yale University<br>*PRIOR DISCLOSURE:*<br>• *Yale University* is a current client. | Vendors | • Yale University is now a former client (closed 2019). |
| **PREVIOUSLY SEARCHED PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO ARE NEW CLIENTS OR RELATED TO NEW CLIENTS OR FORMER CLIENTS CLOSED IN THE PAST TWO YEARS** | | |
| Arsago B.V. | Other Related Entities | • Affiliate company Arsago ACM GmbH is a joint venture partner in new client ***Arsago Renewables GmbH*** (opened 2020). |
| Attorney General of Virginia<br>Commonwealth of Virginia | Plaintiffs' Attorneys<br>Plaintiffs | • Virginia state-governed entity ***University of Virginia*** is a new client (opened 2019). |
| City of Detroit | Plaintiffs | • An individual in her official capacity as Chief of Staff to the Mayor of the City of Detroit is a new client (opened 2020). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Healthcore, Inc. | 50 Largest Unsecured Creditors | • Parent company Anthem, Inc. is the parent of HealthSun Health Plans, Inc. An individual who is an officer of HealthSun Health Plans is a new client (opened 2019). |
| Lori Swanson, Minnesota Attorney General<br>State of Minnesota | Plaintiffs | • A Jones Day attorney has a new affiliation in a teaching position with Minnesota state-governed entity University of Minnesota Law School. |
| McKinsey & Co., Inc. | Other Consultants & Advisors | • Affiliate company *McKinsey & Company, Inc., The Netherlands* is a new client (opened 2020). |
| Ocular (name given) | Licenses/Product Development | • To the extent it is related to the named party in interest, *Ocular Therapeutix, Inc.* is a new client (opened 2020). |
| Our Lady of Bellefonte | Plaintiffs | • Former client Bon Secours Health System (closed 2019) acquired Our Lady of Bellefonte Hospital in 2020. |
| Quinault Indian Nation | Plaintffs | • The Quinault Indian Nation is a former client in a joint representation with Quileute Indian Tribe that closed 2018. |
| State of Alaska | Plaintiffs | • The State of Alaska is the owner of new client *Alaska Gasline Development Corporation (AGDC)* (opened 2020). |
| State of South Carolina | Plaintiffs | • *South Carolina State Senate* is a new client (opened 2020). |
| State of Utah | Plaintiffs | • Utah state-governed entity *Weber State University* is a new client (opened 2020). |
| State of Vermont | Plaintiffs | • Vermont state-sponsored entity University of Vermont Medical Center is a member of new client *The University of Vermont Health Network, Inc.* (opened 2020). |
| State of Washington | Plaintiffs | • Washington state entity, State of Wisconsin Investment Board is an investor in new client *Crane Capital Partners LLC* (opened 2019). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ***Tucson Medical Center, A Corporation*** | Plaintiffs | • ***Tucson Medical Center*** is a new client in a joint representation with new client ***TMC Healthcare*** opened in 2019. |