UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 4, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Mettler-Toledo AutoChem, Inc. (MMLID#11413875), 6708 Alexander Bell Drive, Columbia, MD, 21046:

- Supplemental Notice of Potential Assumption and Assignment or Assignment, as Applicable of Contracts and Proposed Cure Costs [Docket No. 2135]

On March 4, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Contract Counterparties Service List attached hereto as **Exhibit A**:

- Closing Date Assigned Contracts Notice [Docket No. 2218]

*[Remainder of page left blank intentionally]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: March 8, 2021

                                                      */s/ Nuno Cardoso*
                                                      Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 8, 2021, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

**Exhibit A**

# Exhibit A

Contract Counterparties Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 11200663 | BECKMAN COULTER+A33:G54 | 250 S KRAEMER BLVD | | BREA | CA | 92821 |
| 11200808 | MICROCAD TRAINING & CONSULTING, INC. MSA | 290 PRATT STREET | | MERIDEN | CT | 06450 |
| 11200852 | REGAN HEATING AND AIR CONDITIONING, INC. | 16 HYLESTEAD ST | | PROVIDENCE | RI | 02905 |
| 11200878 | SPARTA SYSTEMS, INC. | 2000 WATERVIEW DRIVE | SUITE 300 | HAMILTON | NJ | 08691 |