**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

## NOTICE OF FIFTEENTH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | January 1, 2021 through January 31, 2021 |
| **Amount of Compensation Requested (after 13% discount):** | $60,915.23 |
| **Less 20% Holdback** | $12,183.05 |
| **Net of Holdback**: | $48,732.18 |
| **Amount of Expense Reimbursement Requested:** | $0.00 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $48,732.18 |
| **This is a** | X__ Monthly _____Interim ___ Final Fee Statement |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this fifteenth monthly fee statement (the "Fifteenth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from January 1, 2021 through January 31, 2021 (the "Fifteenth Monthly Fee Period"). By this Fifteenth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $48,732.18 which comprises 80% of the total amount of compensation sought for actual and necessary services rendered during the Fifteenth Monthly Fee Period.

## SERVICES RENDERED AND EXPENSES INCURRED

1.    Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Fifteenth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended hourly

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]    The total amount sought for fees reflects (a) voluntary write offs in the amount of $3,767.50 and (b) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $12,869.78 for the Fifteenth Monthly Fee Period), for an overall voluntary reduction of approximately 17.4%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2021, Jones Day is using 2020 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 17.4% reduction.

billing rate of Jones Day timekeepers during the Fifteenth Monthly Fee Period is approximately

$882.83.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and

compensation sought, by project category, for the Fifteenth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** are copies of Jones Day invoices for the Fifteenth

Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

4.      Notice of this Fifteenth Monthly Fee Statement shall be given to the following

parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford,

CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis

Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher

Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@

davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One

Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email:

apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole

Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R.

Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S.

Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul

K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com.

---

[4]     The blended rate is comprised of all Jones Day timekeepers who provided services during the Fifteenth
Monthly Fee Period.

[5]     The time records included in **Exhibit C** have been minimally redacted to protect privileged information.

5.      Objections to this Fifteenth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than March 22, 2021 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

6.      If no objections to this Fifteenth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees identified in this Fifteenth Monthly Fee Statement.

7.      To the extent that an objection to this Fifteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fifteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

8.      No prior request for the relief sought in this Fifteenth Monthly Fee Statement has

been made to this or any other court.

Dated: March 8, 2021                          /s/  Anna Kordas
       New York, NY                        JONES DAY
                                            John J. Normile
                                            Anna Kordas
                                            250 Vesey Street
                                            New York, NY 10281
                                            Telephone:      (212) 326-3939
                                            Facsimile:      (212) 755-7306
                                            Email:           jjnormile@jonesday.com
                                                                     akordas@jonesday.com

                                            *Special Counsel to the Debtors and*
                                            *Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**JANUARY 1, 2021 – JANUARY 31, 2021**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Christopher Morrison | 2001 | $1,025.00 | $891.75 | 0.8 | $820.00 |
| Dan T. Moss | 2007 | $1,075.00 | $935.25 | 0.8 | $860.00 |
| John J. Normile | 1989 | $1,275.00 | $1,109.25 | 38.8 | $49,470.00 |
| Kevyn D. Orr | 1984 | $1,425.00 | $1,239.75 | .5 | $712.50 |
| **TOTAL PARTNER:** | | | | **40.9** | **$51,862.50** |
| **COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,225.00 | $1,065.75 | 0.9 | $1,102.50 |
| **TOTAL COUNSEL:** | | | | **0.9** | **$1,102.50** |
| **ASSOCIATE** | | | | | |
| Anna Kordas | 2014 | $800.00 | $696.00 | 0.6 | $480.00 |
| Kevin V. McCarthy | 2016 | $725.00 | $630.75 | 9.9 | $7,177.50 |
| Adam M. Nicolais | 2017 | $675.00 | $587.25 | 6.0 | $4,050.00 |
| **TOTAL ASSOCIATE:** | | | | **16.5** | **$11,707.50** |
| **LAW CLERK** | | | | | |
| Elliot J. Horlick | N/A | $550.00 | $478.50 | 8.0 | $4,400.00 |
| **TOTAL LAW CLERK** | | | | **8.0** | **$4,400.00** |
| **PARALEGAL & STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $350.00 | $304.50 | 0.7 | $245.00 |
| Martin Ihle | N/A | $350.00 | $304.50 | 2.0 | $700.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **2.7** | **$945.00** |
| **TOTAL:** | | | | **69.0** | **$70,017.50** |

## EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

### JANUARY 1, 2021 – JANUARY 31, 2021

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 46 | $44,020.00 |
| Strategic Corporate Advice | 16.6 | $19,240.00 |
| Retention Matters | 3.9 | $4,602.50 |
| Accord Healthcare Inc. | 2.5 | $2,155.00 |
| **TOTAL** | 69.0 | **$70,017.50** |
| **13% DISCOUNT** | | **$9,102.28** |
| **TOTAL FEES** | | **$60,915.23** |

## **EXHIBIT C**

**TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 4, 2021                                                      305158-610005

Invoice: 33471145

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 44,020.00 |
| Less 13% Fee Discount | | (5,722.60) |
| | USD | 38,297.40 |
| **TOTAL** | **USD** | **38,297.40** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610005/33471145 WITH YOUR PAYMENT

**JONES DAY**

305158-610005                                                          Page 2
                                                                 March 4, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice: 33471145

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| C M MORRISON | 0.80 | 1,025.00 | 820.00 |
| J J NORMILE | 22.60 | 1,275.00 | 28,815.00 |
| OF COUNSEL |  |  |  |
| K I NIX | 0.90 | 1,225.00 | 1,102.50 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 5.70 | 725.00 | 4,132.50 |
| A M NICOLAIS | 6.00 | 675.00 | 4,050.00 |
| LAW CLERK |  |  |  |
| E J HORLICK | 8.00 | 550.00 | 4,400.00 |
| PROJECT ASST |  |  |  |
| M IHLE | 2.00 | 350.00 | 700.00 |
| **TOTAL** | **46.00** | **USD** | **44,020.00** |

JONES DAY

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 3
March 4, 2021
Invoice: 33471145

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/04/21 | K MCCARTHY | 0.50 |

Prepare for (0.1) and participate in (0.3) weekly client teleconference regarding litigation status updates, including reviewing and providing comments to Purdue litigation tracker (0.1).

| 01/04/21 | A M NICOLAIS | 1.10 |

Drafting weekly update tracker (0.3); revisions to OB listed patents and expiration dates re same (0.5); weekly Purdue team meeting (0.3).

| 01/04/21 | J J NORMILE | 1.50 |

Preparation for (0.2) and participation in (0.3) weekly team teleconference including B. Koch, R. Inz, R. Kreppel, P. Hendler, K. McCarthy and A. Nicolais; ((review ███████████████ (0.5); review ███████████████ (0.5).)).

| 01/05/21 | K MCCARTHY | 0.50 |

Draft summary paragraph regarding ongoing litigation and PTAB proceedings (0.3) and communicate internally (0.1) and with client regarding same (0.1).

| 01/05/21 | J J NORMILE | 1.60 |

Attention to Davis, Polk & Wardwell's request for a statement regarding the status of the 961 PGR (0.8); review of various correspondence regarding potential motion to lift the stay in the district court action (0.8).

| 01/06/21 | J J NORMILE | 0.80 |

Review of various correspondence regarding potential motion to lift stay in the Massachusetts district court action.

| 01/07/21 | J J NORMILE | 1.00 |

Continued attention to preparation of statement for SDNY regarding the status of the 961 PGR.

| 01/08/21 | E J HORLICK | 1.60 |

((Review ███████████

| 01/10/21 | E J HORLICK | 2.30 |

((Research and summarize ███████████████

| 01/10/21 | K MCCARTHY | 0.20 |

((Communicate with J. Normile and E. Horlick regarding ███████████████

| 01/11/21 | E J HORLICK | 1.70 |

((Research and summarize ███████████

| 01/11/21 | K MCCARTHY | 1.90 |

((Perform legal and factual research regarding ███████████ (1.0); draft ███████████ ███████ and communicate with J. Normile regarding same (0.9).)).

| 01/11/21 | A M NICOLAIS | 0.70 |

Drafting weekly Purdue update (0.4); weekly Purdue team call (0.3).

| 01/11/21 | J J NORMILE | 2.30 |

Preparation for (0.2) and participation in (0.3) weekly teleconference with B. Koch, R. Kreppel, R. Inz, P. Hendler, K. McCarthy and A. Nicolais; ((review of legal research regarding ███████████ (1.0);)) ((attention to revising ███████████ (0.8).)).

| 01/14/21 | K MCCARTHY | 0.40 |

((Draft ███████████████ and communicate with J. Normile and E. Horlick regarding same (0.4).)).

JONES DAY

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 4
March 4, 2021
Invoice:  33471145

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

01/14/21    J J NORMILE    1.30
((Continued review of legal research ██████████████████████████████

01/15/21    E J HORLICK    2.10
((Prepare ████████████████████████████████████████████
████████

01/15/21    J J NORMILE    1.30
Preparation for (0.2) and participation in (0.3) teleconference with B. Koch, R. Inz, R. Kreppel, R. Aleali, R. Silbert, T. Robertson and P. Hendler regarding upcoming status conference before Judge Saylor and review background materials regarding same (0.5); ((review correspondence from B. Koch regarding ████████ (0.3).)).

01/17/21    E J HORLICK    0.30
((Review summary of the analysis of ████████████████████████████
████████████████████

01/17/21    K MCCARTHY    0.50
((Draft███████████████████████████ (0.3) and communicate with E. Horlick regarding same (0.2).)).

01/18/21    K MCCARTHY    0.50
((Draft███████████████████████████ (0.2) and communicate with J. Normile and E. Horlick regarding same (0.3).)).

01/18/21    J J NORMILE    1.30
Preparation for (0.2) and participation in (0.3) teleconference with J. Holdreith, O. Langer and P. Hendler regarding upcoming status conference before Judge Saylor; preparation of correspondence regarding same (0.3); ((review of ████████████████████████████ (0.5).)).

01/19/21    K MCCARTHY    0.50
Prepare for (0.1) and participate in (0.4) weekly client teleconference with J. Normile and A. Nicolais regarding litigation status updates.

01/19/21    A M NICOLAIS    0.80
Drafting weekly Purdue status updates (0.4); Purdue weekly strategy meeting (0.4).

01/19/21    J J NORMILE    1.50
Preparation for (0.1) and participation in (0.3) weekly team teleconference with B. Koch, R. Silbert, R. Kreppel, R. Inz, K. McCarthy, A. Nicolais and P. Hendler; review of various background materials in preparation for upcoming status conference before Judge Saylor (1.0).

01/21/21    C M MORRISON    0.20
Phone call with J. Normile regarding upcoming hearing and strategy.

01/21/21    J J NORMILE    2.50
Preparation for (0.5) and participation in (0.5) meet and confer with counsel for Collegium and P. Hendler regarding upcoming status conference before Judge Saylor; review of relevant background materials in preparation for 1/22/21 status conference with Judge Saylor including teleconference with C. Morrison (1.5).

01/22/21    C M MORRISON    0.60
Attend status conference with J. Saylor.

JONES DAY

305158-610005                                                                                    Page 5
                                                                                        March 4, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                    Invoice:  33471145

*Date of Service*        *Timekeeper Name*                                        *Hours*

01/22/21        A M NICOLAIS                                                        0.40
        Edits/revisions to Purdue status updates (0.4).

01/22/21        J J NORMILE                                                         3.00
        Preparation for (0.8) and participation in (1.2) status teleconference with Judge Saylor to discuss potential
        lift stay motion including review of various pleadings from district court and bankruptcy court
        proceedings3 various correspondence and teleconferences with K. McCarthy, R. Kreppel and B. Koch
        regarding same (1.0).

01/24/21        J J NORMILE                                                         2.00
        Review of various correspondence from B. Koch, R. Kreppel and P. Hendler regarding outline for motion
        to lift stay (1.0); ((review correspondence form K. McCarthy regarding ████████████████
        ████████████  (1.0).)).

01/25/21        M IHLE                                                              1.50
        Download all most recent docket items and save to R Drive and Caselink (0.4); confer paralegal team about
        imposed deadlines in need of docketing (0.6); collect and save all most recent client correspondence to R
        Drive and Caselink (0.5).

01/25/21        K MCCARTHY                                                          0.70
        Prepare for (0.2) and participate in (0.3) weekly client teleconference regarding litigation status updates;
        teleconference with A. Nicolais regarding draft motion to lift stay (0.2).

01/25/21        A M NICOLAIS                                                        1.90
        Communication in firm with K. McCarthy re Collegium lift stay brief (0.3); outline draft motion/supporting
        declaration to lift stay (0.9); drafting weekly status updates (0.2); Purdue weekly strategy meeting (0.5).

01/25/21        K I NIX                                                             0.50
        Meeting with B. Koch, R. Kreppel, R. Silbert, R. Inz, J. Normile and P. Hendler regarding motion to lift
        stay.

01/25/21        J J NORMILE                                                        1.50
        Preparation for (0.2) and participation in (0.3) weekly team teleconference with B. Koch, R. Kreppel, R.
        Silbert, R. Inz, P. Hendler, K. McCarthy and K. Nix; attention to preparation of motion to lift stay
        including prior drafts and teleconference with P. Hendler (1.0).

01/26/21        M IHLE                                                             0.50
        Download all most recent docket items and save to R Drive and Caselink (0.2); confer paralegal team about
        imposed deadlines in need of docketing (0.2); collect and save all most recent client correspondence to R
        Drive and Caselink (0.1).

01/26/21        A M NICOLAIS                                                        0.30
        Review 1/22 status conference transcript re motion to stay (0.3).

01/26/21        K I NIX                                                             0.40
        Studied transcript of January 13 hearing before Judge Saylor.

01/26/21        J J NORMILE                                                         1.00
        Review of transcript from 1/22/21 status conference before Judge Saylor (0.3) and preparation of outline
        for a motion for lift stay (0.7).

01/27/21        A M NICOLAIS                                                        0.80
        Continue drafting Collegium motion to lift stay (0.5); reviewing ████████████████████████
        ██████  (0.3).

**TOTAL**                                                                      **46.00**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 4, 2021                                                   305158-610028

                                                                        Invoice: 33471146

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2021:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 2,155.00 |
| Less 13% Fee Discount | | (280.15) |
| | USD | 1,874.85 |
| **TOTAL** | **USD** | **1,874.85** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610028/33471146 WITH YOUR PAYMENT

**JONES DAY**

305158-610028                                                      Page 2

                                                              March 4, 2021

Accord Healthcare Inc.                                   Invoice:  33471146

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| **PARTNER** | | | |
| J J NORMILE | 1.10 | 1,275.00 | 1,402.50 |
| **ASSOCIATE** | | | |
| K MCCARTHY | 0.70 | 725.00 | 507.50 |
| **PARALEGAL** | | | |
| J J DARENSBOURG | 0.70 | 350.00 | 245.00 |
| **TOTAL** | **2.50** | **USD** | **2,155.00** |

JONES DAY

305158-610028                                                                                    Page 3
                                                                                         March 4, 2021
Accord Healthcare Inc.                                                          Invoice:  33471146

SERVICES DETAIL SCHEDULE

*Date of Service*      *Timekeeper Name*                                    *Hours*

01/11/21        K MCCARTHY                                          0.70
        Attention to client, local counsel, and opposing counsel correspondence regarding Accord's motion for an
        extension of time to answer or otherwise respond to Purdue's complaint (0.3); prepare for (0.1) and
        participate in (0.2)weekly client teleconference regarding litigation status updates, including reviewing and
        providing comments to the Purdue litigation tracker (0.1).

01/11/21        J J NORMILE                                          1.10
        Review of correspondence from A. Barkoff regarding Accord's request for an extension of time to answer
        complaint including related emails from B. Koch, R. Kreppel, R. Inz and P. Hendler (0.8); related
        teleconference with local counsel R. Smith (0.3).

01/13/21        J J DARENSBOURG                                      0.70
        Manage shared database for attorneys of pleadings and correspondence regarding extension of time for
        Defendants to respond to Complaint; calendar/docket new deadlines.

**TOTAL**                                                           **2.50**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 4, 2021                                                                                      305158-645001

                                                                                         Invoice: 33471149

PURDUE PHARMA L.P.
Attention: Roxana Aleali
Vice President, Corporate Law and Assistant Corporate
Secret
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2021:

| | | |
|---|---|---|
| Ongoing Strategic Initiatives | USD | 19,240.00 |
| Less 13% Fee Discount | | (2,501.20) |
| | USD | 16,738.80 |
| **TOTAL** | **USD** | **16,738.80** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-645001/33471149 WITH YOUR PAYMENT

**JONES DAY**

305158-645001

Ongoing Strategic Initiatives

Page 2
March 4, 2021
Invoice:  33471149

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** |  |  |  |
| J J NORMILE | 13.10 | 1,275.00 | 16,702.50 |
| **ASSOCIATE** |  |  |  |
| K MCCARTHY | 3.50 | 725.00 | 2,537.50 |
| **TOTAL** | **16.60** | **USD** | **19,240.00** |

**JONES DAY**

305158-645001                                                                                    Page 3
                                                                                      March 4, 2021
Ongoing Strategic Initiatives                                                 Invoice:  33471149

SERVICES DETAIL SCHEDULE



| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/01/21 | J J NORMILE (CONFIDENTIAL MATTER) | 2.00 |
| 01/03/21 | J J NORMILE (CONFIDENTIAL MATTER) | 4.60 |
| 01/04/21 | K MCCARTHY (CONFIDENTIAL MATTER) | 3.50 |
| 01/04/21 | J J NORMILE (CONFIDENTIAL MATTER) | 4.50 |
| 01/06/21 | J J NORMILE (CONFIDENTIAL MATTER): | 1.00 |
| 01/07/21 | J J NORMILE (CONFIDENTIAL MATTER): | 1.00 |
| **TOTAL** | | **16.60** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 4, 2021                                                              305158-999007

Invoice: 33471153

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2021:

| | | |
|---|---|---|
| Retention Matters | USD | 4,602.50 |
| Less 13% Fee Discount | | (598.32) |
| | USD | 4,004.18 |
| **TOTAL** | **USD** | **4,004.18** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33471153 WITH YOUR PAYMENT

**JONES DAY**

Page 2

March 4, 2021

Retention Matters

Invoice:  33471153

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| D T MOSS | 0.80 | 1,075.00 | 860.00 |
| J J NORMILE | 2.00 | 1,275.00 | 2,550.00 |
| K D ORR | 0.50 | 1,425.00 | 712.50 |
| ASSOCIATE |  |  |  |
| A KORDAS | 0.60 | 800.00 | 480.00 |
| **TOTAL** | **3.90** | **USD** | **4,602.50** |

**JONES DAY**

305158-999007

Retention Matters

Page 3
March 4, 2021
Invoice:  33471153

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/03/21 | K D ORR | 0.50 |
| | Discussion with J. Normile and D. Moss regarding 363 issues. | |
| 01/08/21 | J J NORMILE | 1.00 |
| | Preparation for (0.2) and teleconference with (0.3) R. Kreppel regarding confidentiality designations of various documents; related correspondence with R. Kreppel and J. Swize (0.5). | |
| 01/27/21 | A KORDAS | 0.20 |
| | Communicate with J. Normile regarding supplemental declaration. | |
| 01/27/21 | J J NORMILE | 0.50 |
| | Review of supplemental Normile declaration in support of application to retain Jones Day as special counsel (0.3) and teleconference with A. Kordas regarding same (0.2). | |
| 01/29/21 | A KORDAS | 0.40 |
| | Call with D. Moss regarding supplemental declaration (0.1); revise same (0.2); circulate revised draft to J. Normile and D. Moss (0.1). | |
| 01/29/21 | D T MOSS | 0.80 |
| | Review revised Normile declaration (0.3) and communicate with Kordas regarding same (0.2); confer with Normile regarding same (0.3). | |
| 01/31/21 | J J NORMILE | 0.50 |
| | Review of correspondence from R. Inz regarding various Mannion patent prosecution matters and responsive emails from P. Hendler. | |
| **TOTAL** | | **3.90** |