FILED
U.S. BANKRUPTCY COURT
2021 MAR -5 PM 2: 13
S.D. OF N.Y.

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y.
10601

re: Extension of Bar Date request

Dear Court Clerk,
    This is another request as I never recieved confermation you recieved my first request mailed in December, for the Bar Date extension.

*[signature]*

Brian L. Danner
11-08-71

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | CHAPTER 11 |
|---|---|
| Creditor, Pro Se | CASE NO: 19-23649 |
| V. | MOTION= Extension of |
| Purdue Pharma L.P. et.al, debtors | time "Bar Date" request |

# I
## Jurisdiction and Venue

1. This is a chapter 11 Bankruptcy case claim in wich the creditor Brian Lee Danner, begs this Great court for his claim to be recognized as being filed timely. This court has the authority under the Federal rule of Bankruptcy Procedure 9006 (b)(1), this creditor is Requesting for what constitutes as, "excusable neglect", to be aplied to his claim. This creditors Personal Injury claimant Proof of claim form, (claim no: 618573) and General opoid Claimant Proof of claim form, (claim no: 618542) where filed by the Purdue

Pharma Claims Processing Center days after the July 30, 2020 Bar Date.

The creditor, Brian Lee Danner request for the following facts to be applied to the reasoning in wich this Great court will be able to make an informative and knowledgable decision.

## II. Facts

a. The global pandemic has slowed and even halted my life. Due to the nation wide lockdown my ability to communicate and correspond has become hindered and also come to a standstill at times this was out of my control.

b. At the time this creditor Brian Lee Danner tried to acquir the required claim documents the United States Postal Service was lacking in funds and due to that the affected states where informed mail would be late for outgoing and incoming

This delay transpired at the same time and several months prior to and after the courts new "Bar Date". This was out of my control.

C. I am currently Incarcerated and have been in the Spokane County Jail since May 3rd 2020 in Washington State. Here at the Spokane County Jail I only recieve 2 hours of out time a day and "no" Publications are allowed except for the U.S.A. Today and that has to be purchased from an outside vender. I am an Indegent inmate so I am unable to purchase the U.S.A. Today. So I am ignorant to what all is transpiring in the outside world and its ongoings. As soon as I could I sent a request for forms to the Purdue Pharma claims Center % Prime Clerk on or about the month of October, 2020. I recieved an acknowledgement on November 4th, 2020 my claim was recieved and processed (see exhibit 1) Proof of acceptence.

FOR LEGAL USE ONLY

See exhibit 2 - Proof of Incarceration.

d. I, BrianLee Danner, did attempt to file my claim forms in the fastest time frame possible with reguards to my current incarceration and constant state lock downs due to the Global Pandemic which is completely out of my control.

### III    Legal Claims

The creditor, BrianLee Danner, alleges he attempted to follow the courts requirments and rules as best as he was physically capable of doing in respect to his current incarceration. This creditor "Acted in good faith" (Fed rules Bankr. Proc. Rule 9006(b)(1) 11 U.S.C.A. CVI GVF (Lux) master S.a.r.l. V. Lehman Bros. Holdings Inc. 445 B.R. 137 (S.D.N.Y. 2011). This creditor is the movant requesting for the acceptance of this claims extension of Bar Date so this creditors claim may be recognized as timely.

For Legal Use Only

"Excusable neglect Standard that governs a creditor's ability to file a Proof of claim after the expiration of the claim bar date is a flexible one, and excusable neglect may include inadvertence, mistake or carelessness, as well as intervening circumstances beyond the creditor's control. (Fed. R. Bankr. P. 9006(b)(1). In re Motors Liquidation Company, 576 B.R. 761 (Bankr S.D. N.Y. 2017) under the excusable neglect Standard governing the filing of late Proofs of claim,

Congress plainely contemplated that courts would be Permitted, when appropriate, to accept late filings caused by inadvertence, mistake, or carelessness," as well as by intervening circumstances beyond a Party's control. (Fed. R. Bankr. P. 9006(b). In re Energy Future Holdings Corp., 619 B.R. 99 (Bankr. D. Del. 2020).

## IV. Prayer for Relief

WHEREFORE, creditor respectfully prays that this court enter Judgment granting the recognition of a.) Personal Injury claimant Proof of claim form.

Dated 2-28-21

Respectfully Submitted,

- Verification -

I have read the foregoing and hereby virify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under the penalty of perjury that the foregoing is true and correct.

Executed at Spokane county WA, 2-28-21
                        city, state, date

Signature: *Brian Lee Danner*
Print: Brian Lee Danner  11-08-71

Exibit #2

# Facility Admission Report



Spokane County
WASHINGTON

| Booking # | Jacket# | Offender Name: DANNER, BRIAN LEE |
| --- | --- | --- |
| 200005976 | 148291 | Alias: Texas |



Birth Place: WA
Date of Birth:
Age: 48
Address: 2240 E NORTH CRESANT
SPOKANE    WA    99207
Phone: (509) 866 - 2041

**DANNER, BRIAN LEE**

| Sex: Male | Hair Color: BROWN |
| --- | --- |
| Race: White | Eye Color: BROWN |
| Height: 6' 0" | Complexion: MEDIUM |
| Weight (lbs.): 172 | Build: MEDIUM |
| Other Features: | |

Arresting Authority: 002 - SPOKANE CITY
Arresting Officer: Laquire

Searching Officer:
Booking Officer: Schuerch, Eleaya
Book Date/Time: 05/03/2020 15:55
Last Rebook Date/Time:
Booking Assistant Officer(s)

Cell Assignment: A314 / Bed 1
Custody Status: Pretrial
Classification: MINGEI CP
County of Charge:
Billing Agencies:
SID #: WA13513685
FBI #: 261618MA3

Reporting Agency(s)

## GEI 073

**Detainers / Holds**

| Agency Name | Reason for Hold | Hold Date | Hold Expires Date |
| --- | --- | --- | --- |

**Current Charges**

| Charge Case # | Charge Code | Counts | Charge Description | | | Citation/Control # |
| --- | --- | --- | --- | --- | --- | --- |
| Court Type: | | Charge Status: | Document Type: | Warrant Type | Bond Amount | Charge Bond |
| 1910406832 | 9A.56.050(1)(A)CO | 1 | THEFT-3D(OBTAIN/EXERT CONTROL) | | GM | 2019-20198513 |
| Spokane County Superior Court | | *Pretrial* | SC Commit / Crt Order | FTA | $10,000.00 | Bond set by Court Paperwork |
| | Comments: Amended received pending sentencing.FIRST APPEARANCE CONTINUED TO 5/5/20 - REFUSED | | | | DV: | No |
| 1910406832 | 9A.52.100(3) | 1 | VEHICLE PROWLING-2D | | FC | 2019-20198513 |
| Spokane County Superior Court | | *Pretrial* | SC Commit / Crt Order | FTA | $0.00 | Bond set by Court Paperwork |
| | Comments: Amended received pending sentencing.FIRST APPEARANCE CONTINUED TO 5/5/20 - REFUSED | | | | DV: | No |
| 1910406832 | 9A.48.090 | 1 | MALICIOUS MISCHIEF-3 | | GM | 2019-20198513 |
| Spokane County Superior Court | | *Pretrial* | SC Commit / Crt Order | FTA | $0.00 | Bond set by Court Paperwork |
| | Comments: Amended received pending sentencing.FIRST APPEARANCE CONTINUED TO 5/5/20 - REFUSED | | | | DV: | No |

SPOCO Facility Admission Report printed for DANNER, BRIAN LEE
JailTracker ® Report Printed On 08/19/2020 14:44 by UserID 603

Spokane County Detention Services
Page 1 of 2

| 1910406832 | 9A.56.063 | | 1 | MAKE/HAVE MOTOR VEHICLE THEFT TOOLS | | GM | 2019-20198513 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Spokane County Superior Court | | *Pretrial* | | SC Commit / Crt Order | FTA | $0.00 | Bond set by Court Paperwork |
| | | | | | | DV: | No |
| Comments: | Amended received pending sentencing.FIRST APPEARANCE CONTINUED TO 5/5/20 - REFUSED | | | | | | |

| 20-10158132 | 46.61.024 CF | | 1 | ATTEMPTING TO ELUDE POLICE VEHICLE | | FC | 2020-20073202 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Spokane County Superior Court | | *Pretrial* | | SC Commit / Crt Order | New Charge | $20,000.00 | Bond set by Court Paperwork |
| | | | | | | DV: | No |
| Comments: | INFORMATION FILED 5/6/20RNCF 05/07/20 @ 1211FIRST APPEARANCE CONTINUED TO 5/5/20 - REFUSED | | | | | | |

| 20-10158132 | 69.50.4013 CF | | 1 | CONTROLLED SUBSTANCES POSSESSION | | FC | 2020-20073202 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Spokane County Superior Court | | *Pretrial* | | SC Commit / Crt Order | New Charge | $0.00 | Bond set by Court Paperwork |
| | | | | | | DV: | No |
| Comments: | INFORMATION FILED 5/6/20RNCF 05/07/20 @ 1211FIRST APPEARANCE CONTINUED TO 5/5/20 - REFUSED | | | | | | |

| Active Alerts | | | |
| --- | --- | --- | --- |
| Alert | Details | Created Date | Expires Date |

| Housing / Billing | | |
| --- | --- | --- |
| Details | Created Date | Expires Date |
| 001 - SPOKANE COUNTY | 5/3/2020 4:01:00 PM | 5/18/2020 8:00:00 AM |

| Housing / Billing | | |
| --- | --- | --- |
| Details | Created Date | Expires Date |
| 862 - GEI-CP Spokane County | 5/18/2020 8:01:00 AM | |

EXIBIT #7

Brian Lee Danner #148291

Spokane County Jail D-1

1100 West Mallon

Spokane, WA 99260

November 4th, 2020

Dear Brian,

Thank you for contacting Prime Clerk, the appointed claims and noticing agent for Purdue Pharma L.P.'s chapter 11 case.

If you have a medical emergency, please call 911 or go to the nearest emergency room.

In order to report an adverse event, please call +1 (888) 726-7535 and press 2 or email AEReport2@pharma.com.

An adverse event is any unwanted or unintended experience associated with the use of a drug (prescription or over the counter (OTC)) or dietary supplement in humans, whether or not it is caused by the drug and/or supplement. For either reporting method, please include or have ready a description of the event(s) you experienced, your age or age category (e.g. adolescent, adult, elderly), gender, initials, date of birth, name and/or patient identification number, the brand or generic name, active ingredient and lot number of the product involved, and your full name and contact information (phone number and current mailing address).

Please note, the Adverse Event email cannot assist you with questions regarding filing a claim or the chapter 11 proceedings in general.

You will receive a letter in the mail after Prime Clerk has processed your claim(s) that will provide you with your claim number(s). If you have additional questions after receiving this letter, please call us at (844) 217-0912.

Please find enclosed the proof of claims forms and Bar Date Notice.

Prime Clerk is not at liberty to request supporting documentation on behalf of claimants. Claimants must supply their own supporting documentation. If you wish to adjust a proof of claim that was previously filed in order to submit supporting documentation, you must fill out a new proof of claim form and select the applicable box to indicate that it amends a previously filed claim, the applicable claim number that is being amended (if known) and the original submission date (if known). If you wish to amend your claim and mail additional supporting documents by mail, please do so to one of the following addresses:

By U.S. Postal Service mail:
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4850

New York, NY 10163-4850

By overnight mail:
Purdue Pharma Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

Prime Clerk cannot provide legal advice. The Official Committee of Unsecured Creditors (the "Committee") was appointed in these cases to represent the interests of all unsecured creditors, including you if you believe you have a claim. The Committee can be reached via Kurtzman Carson Consultants ("KCC"), the Information Agent for the Committee, at (888) 647-1738 (U.S./Canada) or (310) 751-2625 (International) or https://www.kccllc.net/purduecreditors/inquiry.

Mailing address:
222 N. Pacific Coast Highway, Suite 300
El Segundo, CA 90245.

All filed claims will be addressed during the reconciliation process and you will be notified if action is required on your part at the address indicated on the claim form. The claims review process remains ongoing and Prime Clerk cannot speculate on a timeframe for the resolution of claims and disbursements (if any). If and when there is a disposition on claims and if you are an affected claimant, you will be notified at the address provided on your proof of claim form.

Please note, that the deadline to file a claim was July 30, 2020, at 5:00 p.m. (Prevailing Eastern Time). Proof of Claim forms, a list of opioids manufactured or sold by Purdue, instructions for how to file a claim, or if you wish to file a claim electronically, you may do so by visiting PurduePharmaClaims.com.

Additional information regarding the chapter 11 proceedings and any relevant pleadings may be found on the Prime Clerk website located here: https://cases.primeclerk.com/purduepharma/Home-Index

PLEASE NOTE: Prime Clerk is the appointed claims and noticing agent for Purdue Pharma L.P.'s chapter 11 case. As such, we are not permitted to provide legal or financial advice. Further, Prime Clerk is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

Prime Clerk Inquiries

**Prime Clerk**
**850 Third Avenue**
**Suite 412**
**Brooklyn, NY 11232**
**844-217-0912**