# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–7 | User: | Date Created: 3/10/2021 |
| Case: 19–23649–rdd | Form ID: 143 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    Eli J. Vonnegut    eli.vonnegut@davispolk.com
aty    Marshall Scott Huebner    marshall.huebner@davispolk.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Purdue Pharma L.P.    One Stamford Forum    201 Tresser Boulevard    Stamford, CT 06901
cr    Brian Lee Danner    Spokane County Jail D–1    #148291    1100 West Mallon    Spokane, WA 99260

TOTAL: 2