**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.¹ | : | (Jointly Administered) |
| | : | |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

Marguerite M. Melvin, being duly sworn, deposes and says:

1. I am employed by Jones Day, 250 Vesey Street, New York, New York 10280. I am over eighteen years of age, and am not a party to the above-captioned proceeding.

2. On March 8, 2021, I caused to be served a true and correct copy of the following document:

- *Supplemental Declaration of John J. Normile in Support of the Application of the Debtors For an Order Authorizing Them to Retain and Employ Jones Day as Special Counsel, Nunc Pro Tunc to the Petition Date* (the "Normile Supplemental Declaration") [Docket No. 2455]

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

NAI-1516600329

via the Court's electronic case filing and noticing system and by e-mail, as detailed on <u>Exhibit A</u>, attached hereto.

        3.        On March 9, 2021, I caused to be served a true and correct copy of the Normile Supplemental Declaration by United States First Class mail, as detailed on <u>Exhibit B</u>, attached hereto.

        */s/ Marguerite M. Melvin*
        Marguerite M. Melvin

Sworn to before me on this
10th day of March, 2021

*/s/ Dolly Waters*
Dolly Waters, Notary Public

Notary Public, State of New York
No. 01WA4877730
Qualified in Nassau County
Commission Expires November 17, 2021

**Exhibit A**

aa@andrewsthornton.com
shiggins@andrewsthornton.com
rsiko@andrewsthornton.com
Abby.G.Cunningham@wvago.gov
aginfo@azag.gov
ago.info.help@nebraska.gov
ago.info@vermont.gov
ago@state.ma.us
Alison.Archer@ohioattorneygeneral.gov
amathews@scag.gov
andrew.troop@pillsburylaw.com
andrew.alfano@pillsburylaw.com
Anne.Wallice@Kirkland.com
ARheaume@mofo.com
askconsumeraffairs@lps.state.nj.us
attorney.general@ago.mo.gov
attorney.general@alaska.gov
Attorney.General@ct.gov
Attorney.General@state.DE.US
attorneygeneral@doj.nh.gov
badams@egletlaw.com
aham@egletlaw.com
eentsminger@egletlaw.com
bankruptcy@clm.com
bankruptcy@coag.gov
BButterfield@mofo.com
benh@hbsslaw.com
bernard.eskandari@doj.ca.gov
michelle.burkart@doj.ca.gov
timothy.lundgren@doj.ca.gov
bkaswan@scott-scott.com
jscolnick@scott-scott.com
bk-robaldo@oag.texas.gov
bmc@ecfAlerts.com
brett.delange@ag.idaho.gov
Caleb.Holzaepfel@huschblackwell.com
cbrustowicz@clfnola.com
jdetty@clfnola.com
lrichardson@clfnola.com
cbs@agentislaw.com
clynch@reedsmith.com
cmomjian@attorneygeneral.gov
consumer.hotline@doj.state.or.us

consumer.mediation@maine.gov
consumerhelp@state.sd.us
ConsumerInfo@ag.state.la.us
contactdoj@mt.gov
cshore@whitecase.com
michele.meises@whitecase.com
alice.tsier@whitecase.com
ashley.chase@whitecase.com
cspringer@reedsmith.com
CSteege@jenner.com
daluzt@ballardspahr.com
roglenl@ballardspahr.com
daniel.connolly@bracewell.com
robert.burns@bracewell.com
David.Nachman@ag.ny.gov
Denise.Mondell@ct.gov
dina.yunker@atg.wa.gov
dludman@brownconnery.com
donald@creadorelawfirm.com
DonBarrettPA@gmail.com
drbrice@bklawyers.com
dwalfish@walfishfissell.com
dzwally@haugpartners.com
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com
elizabeth@elizabethcitrin.com
emailago@atg.wa.gov
eneiger@askllp.com
jchristian@askllp.com
eric.gold@mass.gov
esnyder@wilkauslander.com
esserman@sbep-law.com
dapice@sbep-law.com
fredhill70@gmail.com
gbressler@mdmc-law.com
GCicero@brownrudnick.com
DMolton@brownrudnick.com
ggoodman@foley.com
gspizer@vscplaw.com
guzzi@milbank.com
estodola@milbank.com
alees@milbank.com

NAI-1516600329

GWillard@dubllc.com
hawaiiag@hawaii.gov
Heather.Crockett@atg.in.gov
idizengoff@akingump.com
apreis@akingump.com
mhurley@akingump.com
sbrauner@akingump.com
elisovicz@akingump.com
ivolkov@mcgrailbensinger.com
jalberto@coleschotz.com
James.Stempel@Kirkland.Com
jamie.fell@stblaw.com
egraff@stblaw.com
jason.sharp@pillsburylaw.com
jblask@tuckerlaw.com
jdougherty@haugpartners.com
jfrank@fgllp.com
jkleinman@fgllp.com
jgarfinkle@buchalter.com
dslate@buchalter.com
Jill.abrams@vermont.gov
jlibet@scag.gov
Jon.Lowne@pharma.com
jonc@cuneolaw.com
jonc@cuneolaw.com
jryan@potteranderson.com
astulman@potteranderson.com
rslaugh@potteranderson.com
jshafferman@swc-law.com
jsutton2@ncdoj.gov
juanmartinez@forthepeople.com
judith.fiorentini@doj.ca.gov
jyoung@forthepeople.com
Kathryn.Blake@ag.ny.gov
kcordry@naag.org
keckstein@kramerlevin.com
rringer@kramerlevin.com
Klaw@bbslaw.com
kmaclay@capdale.com
jwehner@capdale.com
jliesemer@capdale.com
tphillips@capdale.com
kmccraw@ncdoj.gov
kstadler@gklaw.com
ktownsend@rcfp.org
lara.fogel@law.njoag.gov
leisenberg@foley.com
litherlandc@gilbertlegal.com
quinnk@gilbertlegal.com
gilberts@gilbertlegal.com
Louis.Testa@ag.ny.gov
luskin@lsellp.com
stern@lsellp.com
mailoag@oag.state.va.us
marshall.turner@huschblackwell.com
Marvin.Clements@ag.tn.gov
mbentley@bentleyandbruning.com
dwallace@bentleyandbruning.com
mbuchman@motleyrice.com
mcyganowski@otterbourg.com
jfeeney@otterbourg.com
mdf@rawlingsandassociates.com
mgold@kkwc.com
rtuchman@kkwc.com
mgoldstein@goodwinlaw.com
wweintraub@goodwinlaw.com
hsteel@goodwinlaw.com
miag@michigan.gov
mike@consovoymccarthy.com
mleventhal@jha.com
dpepe@jha.com
pjerdee@jha.com
cstanley@jha.com
gjoseph@jha.com
mlouis@macelree.com
mmorano@mdmc-law.com
nleonard@mdmc-law.com
mvaneck@attorneygeneral.gov
ndag@nd.gov
nfk@stevenslee.com
cp@stevenslee.com
nicolas.keller@dfs.ny.gov
nowak@marcus-shapira.com
rbarnes@marcus-shapira.com
oag@ArkansasAG.gov
oag@oag.state.md.us
panderson@foxswibel.com
paul.schwartzberg@usdoj.gov
paul.singer@oag.texas.gov
public.information@oag.state.tx.us
Purdue.noticing@dpw.com
purduebankruptcy@hbsslaw.com

purduepharmateam@primeclerk.com
serviceqa@primeclerk.com
reg.boards@tn.gov
rlevin@jenner.com
sam@kellerlenkner.com
sam@mitchellspeights.com
sdnyecf@dor.mo.gov
smarkowitz@tarterkrinsky.com
rcavaliere@tarterkrinsky.com
mbrownstein@tarterkrinsky.com
spohl@brownrudnick.com
tbielli@bk-legal.com
tlauria@whitecase.com

laura.femino@whitecase.com
Trish.Lazich@ohioattorneygeneral.gov
twaldrep@waldrepllp.com
jlyday@waldrepllp.com
uag@utah.gov
Umair.Khan@ag.ny.gov
vandermeusejl@doj.state.wi.us
vrubinstein@loeb.com
webmaster@atg.state.il.us
will.sugden@alston.com
jacob.johnson@alston.com
william.hao@alston.com
william.pearson@ag.iowa.gov

**Exhibit B**

| | |
|---|---|
| Air Liquide Industrial U.S. LP<br>Attn: President or General Counsel<br>9811 Katy Freeway<br>Suite 100<br>Houston, TX 77024 | United States Attorney's Office<br>Attn: U.S. Attorney<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601-4150 |
| Commonwealth of Puerto Rico<br>Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan, PR 00902-0192 | Fetzko Law Offices, P.C.<br>Attn: Brian Fetzko<br>12 Evergreen Drive, Suite 102<br>Middletown, NY 10940 |
| Ikon Financial Services<br>Attn: President or General Counsel<br>1738 Bass Rd<br>Macon, GA 31210-1043 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia, PA 19104-5016 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kimm Law Firm<br>Attn: Michael S. Kimm<br>333 Sylvan Avenue, Suite 106<br>Englewood Cliffs, N 07632 |
| Ronald George Dandar<br>c/o Legal Mail Department<br>50 Overlook Drive<br>KQ7780<br>Labelle, PA 15450 | State of Alabama Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 |
| State of Colorado Attorney General<br>Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | State of Florida Attorney General<br>Attn: Bankruptcy Department<br>The Capitol, PL 01<br>Tallahassee, FL 32399-1050 |
| State of Georgia Attorney General<br>Attn: Bankruptcy Department<br>40 Capital Square, SW<br>Atlanta, GA 30334-1300 | State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise, ID 83720-1000 |

| | |
|---|---|
| State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street<br>P.O. Box 83720<br>Boise, ID  83720-1000 | State of Indiana Attorney General<br>Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN  46204 |
| State of Iowa Attorney General<br>Attn: Bankruptcy Department<br>1305 E. Walnut Street<br>Des Moines, IA  50319 | State of Kansas Attorney General<br>Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS  66612-1597 |
| State of Kentucky Attorney General<br>Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY  40601 | State of Minnesota Attorney General<br>Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN  55101-2131 |
| State of Mississippi Attorney General<br>Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200, P.O. Box 220<br>Jackson, MS  39201 | State of Nevada Attorney General<br>Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City, NV  89701 |
| State of New Mexico Attorney General<br>Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe, NM  87504-1508 | State of Ohio Attorney General<br>Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus, OH  43215 |
| State of Oklahoma Attorney General<br>Attn: Bankruptcy Department<br>313 NE 21st Street<br>Oklahoma City, OK  73105 | State of Pennsylvania Attorney General<br>Attn: Bankruptcy Department<br>Strawberry Square<br>16th Floor<br>Harrisburg, PA  17120 |
| State of Rhode Island Attorney General<br>Attn: Bankruptcy Department<br>150 South Main Street<br>Providence, RI  02903 | State of South Carolina Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia, SC  29211-1549 |
| State of Wisconsin Attorney General<br>Attn: Bankruptcy Department<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P.O. Box 7857<br>Madison, WI  53707-7857 | State of Wyoming Attorney General<br>Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY  82002 |

| | |
|---|---|
| U.S. Bank Equipment Finance<br>Attn: President or General Counsel<br>1310 Madrid Street<br>Marshall, MN  56258 | U.S. Department of Justice<br>Attn: Legal Department<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001 |
| Washington DC Attorney General<br>Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington, DC  20001 | |