## Exhibit C

## Professional and Paraprofessional Fees for Fee Period

| Individual | Title | Hourly Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Professional Fees** | | | | |
| Woodhouse, Sally | Senior Vice President | $850.00 | 14.50 | $ 12,325.00 |
| Kovacheva, Penka | Principal | $740.00 | 7.60 | $ 5,624.00 |
| | | $720.00 | 168.00 | $ 120,960.00 |
| Haque, Rezwan | Senior Manager | $665.00 | 10.00 | $ 6,650.00 |
| | | $645.00 | 238.60 | $ 153,897.00 |
| Lee, James | Senior Manager | $665.00 | 6.80 | $ 4,522.00 |
| | | $645.00 | 186.90 | $ 120,550.50 |
| Abraham, Sarah M. | Manager | $625.00 | 5.50 | $ 3,437.50 |
| | | $605.00 | 173.50 | $ 104,967.50 |
| Guo, Fang | Manager | $625.00 | 2.90 | $ 1,812.50 |
| | | $605.00 | 264.50 | $ 160,022.50 |
| Yanguas, Maria Lucia | Associate | $560.00 | 1.80 | $ 1,008.00 |
| | | $545.00 | 320.80 | $ 174,836.00 |
| Popov, Anton | Associate | $510.00 | 7.70 | $ 3,927.00 |
| | | $495.00 | 135.10 | $ 66,874.50 |
| Russell, Nolan P. | Research Associate | $450.00 | 80.40 | $ 36,180.00 |
| King, Kyla M. | Research Associate | $420.00 | 3.40 | $ 1,428.00 |
| | | $410.00 | 318.20 | $ 130,462.00 |
| Desmedt, Maaike | Senior Analyst | $380.00 | 80.80 | $ 30,704.00 |
| McGill, Jeffrey S. | Senior Analyst | $390.00 | 23.10 | $ 9,009.00 |
| | | $380.00 | 182.00 | $ 69,160.00 |
| Aristidou, Andreas | Summer Associate | $360.00 | 303.60 | $ 109,296.00 |
| Chen, Yixin | Analyst | $355.00 | 4.40 | $ 1,562.00 |
| | | $345.00 | 197.50 | $ 68,137.50 |
| Guo, Ruihan | Analyst | $355.00 | 3.30 | $ 1,171.50 |
| | | $345.00 | 144.20 | $ 49,749.00 |
| Miller, Robert M. | Analyst | $355.00 | 2.60 | $ 923.00 |
| | | $345.00 | 180.10 | $ 62,134.50 |
| Delsman, Benjamin P. | Analyst | $345.00 | 111.60 | $ 38,502.00 |
| Bazak, Eric R. | Analyst | $330.00 | 4.80 | $ 1,584.00 |
| | | $320.00 | 210.40 | $ 67,328.00 |

---

[1] The Application includes a customary annual rate increase for all timekeepers. The rate took effect on January 1, 2021 as disclosed in a supplemental declaration filed on the Court docket at ECF No. 2138. The hourly billing rates prior to and subsequent to the increase (and the hours and amounts billed under each rate) are each provided here.

| Lan, Yuehan | Analyst | $330.00 | 1.70 | $ 561.00 |
|---|---|---|---|---|
| | | $320.00 | 59.80 | $ 19,136.00 |
| Nandwani, Ghena | Analyst | $320.00 | 91.70 | $ 29,344.00 |
| **Paraprofessional Fees** | | | | |
| Chiappetta, Sarah | Senior Information Specialist | $385.00 | 0.50 | $ 192.50 |

|  |  |  |  |  |
|---|---|---|---|---|
| ***Total*** | | | ***3,548.30*** | ***$1,667,978.00*** |