## Exhibit D

### Fees by Project Category for Fee Period

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Claims Valuation | 3,493.90 | $ 1,630,217.00 |
| Preparation of Fee Statements/Interim Application | 54.40 | $ 37,761.00 |
| **Total** | 3,548.30 | $ 1,667,978.00 |