**Exhibit F**

**Expense Summary**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Document/Data Acquisition | Journal Articles | $ 197.80 |
| Total | | $ 197.80 |