**Exhibit G**

**Customary and Comparable Compensation Disclosures for the Fee Period**

| CATEGORY OF TIMEKEEPER | Standard Rates for Professionals and Paraprofessionals at Cornerstone Research for the Fee Period[2] | Purdue Application Blended Hourly Rate |
|---|---|---|
| Vice President/ Senior Vice President | $820-$1,250 | $850.00 |
| Principal | $705-$775 | $720.87 |
| Manager/ Senior Manager | $605-$680 | $625.47 |
| Associate | $495-$575 | $529.96 |
| Research Associate | $410-$495 | $418.08 |
| Senior Analyst | $380-$390 | $380.81 |
| Analyst | $320-$350 | $336.07 |
| Summer Associate | $360.00 | $360.00 |
| **Paraprofessionals** | | |
| Information Resources | $200-$410 | $385.00 |

---

[2] Rates differ within a level due to the relative experience of the staff.