**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**SEVENTEENTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | January 1, 2021 through January 31, 2021 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
| --- | --- |
| Total Compensation Incurred | $98,897.07[2] |
| Less 20% Holdback | $19,779.41 |
| Total Reimbursement Requested | $0.00 |
| Total Compensation and Reimbursement Requested in this Statement | $79,117.66 |

**This is a(n):**   X Monthly Application     __  Interim Application     __  Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from January 1, 2021 Through January 31, 2021* (this "**Fee Statement**").[3]   By this Fee Statement, A&P seeks (i) compensation in the

---

[2]   This amount reflects a reduction in fees in the amount of $17,452.43 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from January 1, 2021, through and including January 31, 2021, is referred to herein as the "**Fee Period**.".

amount of $79,117.66 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $98,897.07) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $98,897.07 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $79,117.66.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is 885.82.[4]  The blended hourly billing rate of all paraprofessionals is $332.92.[5]

3.      A&P did not incur or disburse any expenses during the Fee Period.

4.      Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4]      This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]      This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

**Notice**

5.      A&P will provide notice of this Fee Statement in accordance with the Interim

Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $79,117.66, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $98,897.07) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

March 12, 2021                                      Respectfully submitted,


By:  _/s/ Rory Greiss_
    **ARNOLD & PORTER KAYE SCHOLER LLP**
    Rory Greiss
    250 West 55th Street
    New York, New York 10019
    rory.greiss@arnoldporter.com

    **-AND-**

    Rosa J. Evergreen
    601 Massachusetts Ave, NW
    Washington, DC 2001-3743
    rosa.evergreen@arnoldporter.com

    ***Special Counsel to the Debtors***

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 4.00 | $3,757.00 |
| Commercial Contracts Advice | 16.40 | $13,792.10 |
| Project Archie | 5.40 | $5,576.85 |
| Project Catalyst | 5.10 | $4,855.20 |
| Oncology Development Agreement | 10.00 | $8,854.87 |
| Retention and Fee Applications | 13.50 | $7,455.35 |
| Project Pluto | 26.90 | $23,630.85 |
| Project Kelp III | 28.80 | $24,158.70 |
| General Patent Settlement | 6.60 | $6,816.15 |
| **Total[6]** | **116.70** | **$98,897.07** |

---

[6] This amount reflects a reduction in fees in the amount of $17,452.43 on account of voluntary discounts as described in the Retention Application.

## **Exhibit B**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,000.00 | 1.50 | $1,500.00 |
| Greiss, Rory | Partner | 1981 | 1,215.00 | 45.10 | $54,796.50 |
| Moskatel, Ira | Counsel | 1975 | 1,120.00 | 5.10 | $5,712.00 |
| Rothman, Eric | Counsel | 2008 | 990.00 | 27.40 | $27,126.00 |
| Clements, Ginger | Associate | 2016 | 815.00 | 1.60 | $1,304.00 |
| Zausner, Ethan | Associate | 2017 | 815.00 | 27.90 | $22,738.50 |
| Reddix, Darrell | Legal Assistant | | 405.00 | 7.70 | $3,118.50 |
| Barrett, Steven | Docket Clerk | | 135.00 | 0.40 | $54.00 |
| **Total** | | | | **116.70** | **$116,349.50** |
| Less 15% Discount | | | | | ($17,452.43) |
| **Discounted Total** | | | | | **$98,897.07** |
| Less 20% Holdback | | | | | ($19,779.41) |
| **Total Amount Requested Herein** | | | | | **$79,117.66** |

**<u>Exhibit C</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Dept. VN: 1008442**
**Stamford, CT  06901-3431**

February 28, 2021
Invoice # 30124311
EIN 53-0208605

**Client/Matter # 1049218.00001**

Miscellaneous

1000000570

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2021** | $ | **4,420.00** |
| Less Discount: | | <u>-663.00</u> |
| **Fee Total** | | **3,757.00** |
| **Total Amount Due** | $ | <u>**3,757.00**</u> |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

Or Remit To:    Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 28, 2021                                                                 Invoice # 30124311

**(1049218.00001)**
**Miscellaneous**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/13/21 | 0.80 | Review, revise comments re draft term sheet. |
| Rory Greiss | 01/14/21 | 0.70 | Review, analyze R. Inz correspondence re: sublicense (.2); correspondence with E. Zausner re list of advantages of entering into sublicense now (.5). |
| Ethan Zausner | 01/14/21 | 0.80 | Draft summary email re: sublicense and related review of agreement. |
| Rory Greiss | 01/16/21 | 0.60 | Review, analyze revised sublicense agreement (.5); correspondence with R. Inz re: same. |
| Rory Greiss | 01/29/21 | 0.80 | Review, comment on latest draft of sublicense agreement (.5); correspondence with R. Inz re: same (.3). |
| Ethan Zausner | 01/29/21 | 0.30 | Review, analyze sublicense agreement. |
| **Total Hours** | | **4.00** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 2.90 | 1,215.00 | 3,523.50 |
| Ethan Zausner | 1.10 | 815.00 | 896.50 |
| **TOTAL** | **4.00** | | **4,420.00** |

**Total Current Amount Due**                                          **$3,757.00**

# Arnold&Porter

**Purdue Pharma L.P.**                                    February 28, 2021
**Attn: Maria Barton**                                   Invoice # 30124312
**General Counsel**                                       EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

**For Legal Services Rendered through January 31, 2021**      $      16,226.00

 Discount:                                                          -2,433.90

**Fee Total**                                                       13,792.10


**Total Amount Due**                                        $      13,792.10


**Wire Transfer Instructions:**

                    Account Name:        Arnold & Porter Kaye Scholer LLP
                    Bank Info:           Wells Fargo Bank NA
                                         420 Montgomery Street
                                         San Francisco, CA  94104
                    Account Number:      4127865475
                    ABA Number:          121000248 (ACH and wires)
                    Swift Code:          WFBIUS6S

**Or Remit To:**                         Arnold & Porter Kaye Scholer LLP
                                         P.O. Box 759451
                                         Baltimore, MD  21275-9451

                    **Please include invoice number on all remittances**

          For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 28, 2021                                                                Invoice # 30124312

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 01/05/21 | 1.10 | Correspondence with R. Aleali re contract interpretation. |
| Eric Rothman | 01/05/21 | 2.30 | Review, comment on Purdue form of Supply Agreement (2.1); correspondence with client re same (.2). |
| Rory Greiss | 01/07/21 | 1.30 | Review, analyze materials re: supply agreement to be prepared (.4); videoconference with E. Rothman and K. McCarthy re: same (.6); correspondence with R. Kreppel re: quality agreement and pharmacovigilance agreement status (.3). |
| Eric Rothman | 01/07/21 | 1.10 | Teleconference with R. Greiss and K. McCarthy to discuss Purdue supply agreement (.6); review, analyze materials resame (.5). |
| Rory Greiss | 01/11/21 | 0.40 | Review, analyze revised draft of proposed supply agreement (.3); correspondence from K. McCarthy re same (.1). |
| Rory Greiss | 01/14/21 | 0.40 | Correspondence with R. Kreppel re impact of third party acquisition on settlement documents (.4). |
| Ethan Zausner | 01/14/21 | 1.50 | Draft supply agreement. |
| Ethan Zausner | 01/18/21 | 0.30 | Review, revise supply agreement. |
| Eric Rothman | 01/20/21 | 1.10 | Review, analyze comments related to Purdue distributor agreement. |
| Rory Greiss | 01/22/21 | 1.90 | Review, analyze R. Inz mark-up of sublicense agreement (.6); correspondence with R. Inz re comments and suggestionsre same (.8); review,analyze  E. Zausner's comments on distribution agreement (.5). |
| Eric Rothman | 01/22/21 | 1.60 | Review, analyze comments related to Purdue distributor agreement (1.1); teleconference with E. Zausner re same (.5). |
| Ethan Zausner | 01/22/21 | 2.50 | Prepare distributor agreement (2.0); teleconference with E. Rothman re same (.5). |
| Ethan Zausner | 01/25/21 | 0.90 | Teleconference with client re: distributor agreement and related correspondence. |

**Total Hours**            **16.40**

February 28, 2021                                                                    Invoice # 30124312

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 4.00 | 1,215.00 | 4,860.00 |
| Eric Rothman | 7.20 | 990.00 | 7,128.00 |
| Ethan Zausner | 5.20 | 815.00 | 4,238.00 |
| **TOTAL** | **16.40** | | **16,226.00** |

**Total Current Amount Due**                                         **$13,792.10**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

February 28, 2021
Invoice # 30124313
EIN 53-0208605

**Client/Matter # 1049218.00131**

Project Archie

| | |
|---|---:|
| **For Legal Services Rendered through January 31, 2021** | **6,561.00** |
| **Discount** | **- 984.15** |
| **Total Amount Due**                        $ | <u>**5,576.85**</u> |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 28, 2021                                                                 Invoice # 30124313

**(1049218.00131)**
**Project Archie**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/15/21 | 0.60 | Correspondence with R. Kreppel re: finalizing quality and pharmacovigilance agreements (.2); begin revisions re same (.4). |
| Rory Greiss | 01/19/21 | 0.70 | Create execution version of quality agreement and pharmacovigilance agreement (.6); correspondence with R. Kreppel re same (.1). |
| Rory Greiss | 01/21/21 | 1.30 | Review, analyze R. Kreppel comments on agreement. |
| Rory Greiss | 01/26/21 | 2.10 | Review, analyze comments to quality agreement and pharmacovigilance agreement from R. Kreppel (.7); revise agreements (1.4). |
| Rory Greiss | 01/29/21 | 0.70 | Correspondence with R. Kreppel re: execution of phamacovigilance agreement (.7). |

**Total Hours**                              **5.40**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Rory Greiss | 5.40 | 1,215.00 | 6,561.00 |
| **Subtotal:** | **5.40** | | **6,561.00** |
| **TOTAL** | **5.40** | | **6,561.00** |

**Total Current Amount Due**                                          **$5,576.85**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**Purdue Pharma L.P.**
**One Stamford Forum**
**Stamford, CT  06901**

February 28, 2021
Invoice # 30124314
EIN 53-0208605

**Client/Matter # 1049218.00132**

Project Catalyst

20200002830

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2021** | $ | 5,712.00 |
| Discount: | | - 856.80 |
| **Fee Total** | | **4,855.20** |
| **Total Amount Due** | $ | **4,855.20** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

Or Remit To:  Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 28, 2021

Invoice # 30124314

**(1049218.00132)**
**Project Catalyst**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ira D. Moskatel | 01/06/21 | 1.00 | Correspondence with K. McCarthy re remaining supplier consent issue. |
| Ira D. Moskatel | 01/20/21 | 1.00 | Review, analyze MSFT Azure Agreement (.5); correspondence with P. Brinckerhoff re same (.5). |
| Ira D. Moskatel | 01/21/21 | 1.50 | Review, revise proposed HLC Resell Agreement (1.0); review, analyze background materials re same (.5). |
| Ira D. Moskatel | 01/24/21 | 0.80 | Draft post closing consents and amendments. |
| Ira D. Moskatel | 01/25/21 | 0.80 | Correspondence with B. Miller, P. Brinckerhoff re Azure arrangement. |

**Total Hours** **5.10**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Ira D. Moskatel | 5.10 | 1,120.00 | 5,712.00 |
| **TOTAL** | **5.10** | | **5,712.00** |

**Total Current Amount Due** **$4,855.20**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

February 28, 2021
Invoice # 30124315
EIN 53-0208605

**Client/Matter # 1049218.00143**

Oncology Development Agreement

20190002456

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2021** | $ | **10,417.50** |
| Discount: | | - 1,562.63 |
| **Fee Total** | | **8,854.87** |
| **Total Amount Due** | $ | 8,854.87 |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**             Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 28, 2021                                                    Invoice # 30124315

**(1049218.00143)**
**Oncology Development Agreement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/07/21 | 1.10 | Review, analyze latest draft of agreement (.5); correspondence with K. McCarthy re: same (.6). |
| Eric Rothman | 01/13/21 | 1.60 | Review, analyze asset term sheet. |
| Eric Rothman | 01/14/21 | 1.30 | Review, analyze asset term sheet. |
| Rory Greiss | 01/15/21 | 0.70 | Conference call with K. McCarthy, B. Miller and E. Rothman re: term sheet for transfer of assets. |
| Eric Rothman | 01/15/21 | 1.70 | Teleconference with Purdue team re serices agreement (.6); draft, review same (1.1). |
| Eric Rothman | 01/15/21 | 0.60 | Conference call with K. McCarthy, B. Miller and R. Greiss re: term sheet for transfer of assets (in part). |
| Rory Greiss | 01/19/21 | 0.50 | Review, analyze E. Rothman comments on services agreement. |
| Eric Rothman | 01/19/21 | 1.20 | Review, analyze asset term sheet. |
| Eric Rothman | 01/19/21 | 1.30 | Draft Master Services Agreement. |

**Total Hours**                          **10.00**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 2.30 | 1,215.00 | 2,794.50 |
| Eric Rothman | 7.70 | 990.00 | 7,623.00 |
| **TOTAL** | **10.00** | | **10,417.50** |

**Total Current Amount Due**                                  **$8,854.87**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**Purdue Pharma L.P.**
**One Stamford Forum**
**Stamford, CT  06901**

February 28, 2021
Invoice # 30124316
EIN 53-0208605

**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2021** | $ | **8,771.00** |
| Discount: | | -1,315.65 |
| **Fee Total** | | **7,455.35** |
| **Total Amount Due** | $ | **7,455.35** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

Or Remit To:     Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 28, 2021                                                                    Invoice # 30124316

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ginger Clements | 01/04/21 | 0.10 | Review correspondence with A&P team re November fee statement. |
| Ginger Clements | 01/05/21 | 0.10 | Correspond with A&P team re November fee statement. |
| Rosa J. Evergreen | 01/05/21 | 0.20 | Correspond with A&P team re November fee statement. |
| Darrell B. Reddix | 01/05/21 | 0.60 | Prepare Fifteenth monthly report including exhibits. |
| Ginger Clements | 01/06/21 | 0.10 | Correspond with A&P team re November fee statement. |
| Rosa J. Evergreen | 01/06/21 | 0.20 | Correspond with A&P team December fee statement. |
| Darrell B. Reddix | 01/06/21 | 1.10 | Prepare Fifteenth monthly fee report including exhibits. |
| Rory Greiss | 01/07/21 | 0.50 | Review, analyze monthly fee statement. |
| Steven Barrett | 01/07/21 | 0.40 | E-Filing of the Fifteenth Monthly Fee Statement. |
| Rosa J. Evergreen | 01/07/21 | 0.30 | Review, analyze November fee statement (.2); correspondence with A&P team re same (.1). |
| Darrell B. Reddix | 01/07/21 | 1.70 | Prepare Fifteenth monthly fee report including exhibits (1.3); prepare same for filing (.3); serve same (.1). |
| Rosa J. Evergreen | 01/08/21 | 0.20 | Correspondence with A&P team re December fee statement. |
| Darrell B. Reddix | 01/08/21 | 0.20 | Correspondence with A&P team re November fee statement. |
| Rory Greiss | 01/13/21 | 0.50 | Review, analyze exhibits for monthly fee statement. |
| Ginger Clements | 01/13/21 | 0.10 | Review, analyze correspondence with A&P team re December fee statement. |
| Rosa J. Evergreen | 01/13/21 | 0.20 | Correspondence with A&P team re December fee statement. |
| Rory Greiss | 01/14/21 | 0.50 | Teleconference with G. Issa re: billing arrangements for 2021. |
| Darrell B. Reddix | 01/19/21 | 2.00 | Prepare sixteenth monthly fee report including exhibits. |
| Ginger Clements | 01/21/21 | 0.10 | Review, analyze correspondence with D. Reddix re fee statement. |
| Rosa J. Evergreen | 01/21/21 | 0.10 | Correspondence with R. Greiss re rate increase. |
| Darrell B. Reddix | 01/21/21 | 1.70 | Prepare sixteenth monthly fee report including exhibits. |
| Rory Greiss | 01/22/21 | 0.50 | Prepare notice of fee increases (.4); distribute same (.1). |
| Rory Greiss | 01/28/21 | 0.30 | Review, comment on revisions to December invoices. |
| Ginger Clements | 01/28/21 | 1.10 | Review, analyze invoices for compliance with U.S. Trustee guidelines and local rules. |

Page 1

February 28, 2021                                                      Invoice # 30124316

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rosa J. Evergreen | 01/28/21 | 0.20 | Correspond with A&P team re December invoices. |
| Darrell B. Reddix | 01/28/21 | 0.40 | Prepare sixteenth monthly fee report including exhibits. |
| Rosa J. Evergreen | 01/29/21 | 0.10 | Correspond with A&P team re December invoices. |

**Total Hours**      **13.50**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 1.50 | 1,000.00 | 1,500.00 |
| Rory Greiss | 2.30 | 1,215.00 | 2,794.50 |
| Ginger Clements | 1.60 | 815.00 | 1,304.00 |
| Steven Barrett | 0.40 | 135.00 | 54.00 |
| Darrell B. Reddix | 7.70 | 405.00 | 3,118.50 |
| **TOTAL** | **13.50** | | **8,771.00** |

**Total Current Amount Due**      **$7,455.35**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**Purdue Pharma L.P.**
**One Stamford Forum**
**Stamford, CT  06901**

February 28, 2021
Invoice # 30124317
EIN 53-0208605

**Client/Matter # 1049218.00149**

Project Pluto

20200002767

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2021** | $ | 27,801.00 |
| Discount: | | -4,170.15 |
| **Fee Total** | | 23,630.85 |
| **Total Amount Due** | $ | 23,630.85 |

**Wire Transfer Instructions:**

|   |   |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

Or Remit To:        Arnold & Porter Kaye Scholer LLP
                    P.O. Box 759451
                    Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 28, 2021                                                                                      Invoice # 30124317


**(1049218.00149)**
**Project Pluto**


**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/07/21 | 0.80 | Review, analyze J. Doyle's proposed changes to draft agreement (.4); correspondence with E. Zausner re: revisions (.4). |
| Ethan Zausner | 01/07/21 | 0.30 | Review, analyze updated draft of license agreement and related email. |
| Rory Greiss | 01/08/21 | 1.20 | Review, analyze revisions to agreement made by E. Zausner (.5); correspondence with E. Zausner re: comments to same (.7). |
| Ethan Zausner | 01/08/21 | 1.20 | Review, revise updated draft of License Agreement. |
| Rory Greiss | 01/14/21 | 0.40 | Correspondence with R. Aleali and E. Rothman re: agreement and set up call to discuss presentation to BOD. |
| Rory Greiss | 01/15/21 | 2.30 | Conference call with R. Aleali and E. Rothman re: review of slide deck in preparation for presentation of agreement to BOD (.5); teleconference with E. Rothman and E. Zausner re: preparation of summary of agreement and revisions to slide deck and other materials (.5); correspondence with E. Rothman and E. Zausner re: same (.4); review, analyze summary for inclusion in material terms of agreement in slides (.6); correspondence re: group call on Saturday re: terms of agreement and board presentation (.3). |
| Eric Rothman | 01/15/21 | 1.70 | Teleconference with R. Aleali and R. Greiss re: review of slide deck in preparation for presentation of agreement to BOD (.5); teleconference with R. Greiss and E. Zausner re: preparation of summary of agreement and revisions to slide deck and other materials (.5); draft pluto license (1.1). |
| Ethan Zausner | 01/15/21 | 3.80 | Teleconference with R. Greiss and E. Rothman re: preparation of summary of agreement and revisions to slide deck and other materials (.5); draft full summary of agreement (1.9); review, analyze updated draft (1.4). |
| Rory Greiss | 01/16/21 | 2.70 | Review, analyze revised draft of agreement (1.1); conference call with Purdue team, DPW and financial advisors re: presenting agreement to BOD (.8); correspondence with E. Zausner and E. Rothman re: modifications to slide deck and agreement to be made (.8). |
| Ethan Zausner | 01/16/21 | 2.30 | Revise board approval deck (1.5); correspond with A&P team re: same (.8). |

Page 1

February 28, 2021                                                                                        Invoice # 30124317

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 01/17/21 | 1.90 | Review, analyze initial changes to agreement and slide deck (1.0); correspondence with E. Zausner and E. Rothman re: modifications and re: distributing agreement and slide deck to R. Aleali and J. Doyle (.9). |
| Eric Rothman | 01/17/21 | 1.10 | Draft Pluto License. |
| Rory Greiss | 01/18/21 | 2.40 | Review, analyze revisions to agreement and slide deck (1.3); correspondence with J. Doyle and R. Aleali re: bankruptcy procedures and provisions of agreement (.7); correspondence with E. Zausner re: final changes to slide deck (.4). |
| Ethan Zausner | 01/18/21 | 1.20 | Communications with R. Greiss re: updated board deck (.4); draft updated version of board deck (.8). |
| Rory Greiss | 01/20/21 | 1.20 | Review, analyze comments from J. Doyle on sections of agreement (.4); correspondence with E. Zausner and E. Rothman re: same (.1); review, comment on revised slides (.7). |
| Eric Rothman | 01/20/21 | 1.30 | Revise Pluto License. |
| Ethan Zausner | 01/20/21 | 1.10 | Revise license agreement (.2) review, analyze correspondence re: same (.2); review, analyze updated board deck and comparison (.7). |

**Total Hours**                                **26.90**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 12.90 | 1,215.00 | 15,673.50 |
| Eric Rothman | 4.10 | 990.00 | 4,059.00 |
| Ethan Zausner | 9.90 | 815.00 | 8,068.50 |
| **TOTAL** | **26.90** | | **27,801.00** |

**Total Current Amount Due**                                                        **$23,630.85**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**Purdue Pharma L.P.**
**One Stamford Forum**
**Stamford, CT  06901**

February 28, 2021
Invoice # 30124318
EIN 53-0208605

**Client/Matter # 1049218.00151**

Project Kelp III

20200002984

| | | |
|---|---|---|
| **For Legal Services Rendered through January 31, 2021** | $ | **28,422.00** |
| Discount: | | - 4,263.30 |
| **Fee Total** | | **24,158.70** |
| **Total Amount Due** | $ | **24,158.70** |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

Or Remit To:    Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 28, 2021

Invoice # 30124318

**(1049218.00151)**
**Project Kelp III**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 01/14/21 | 0.50 | Review, analyze correspondence from D. Saussy (.2); review, analyze revised agreement (.3). |
| Eric Rothman | 01/14/21 | 1.30 | Review, analyze revised draft of Kelp license agreement. |
| Ethan Zausner | 01/14/21 | 0.50 | Review, analyze revised draft of Kelp license agreement. |
| Ethan Zausner | 01/15/21 | 3.70 | Review, analyze revised draft of Kelp license agreement (.9); prepare draft of issues list (2.8). |
| Ethan Zausner | 01/19/21 | 1.20 | Review, analyze license agreement (.4); revise draft issues list (.8). |
| Rory Greiss | 01/20/21 | 0.70 | Review, comment on issues list drafted by E. Zausner. |
| Eric Rothman | 01/20/21 | 1.60 | Revise issues list for revised draft of Kelp license agreement. |
| Ethan Zausner | 01/20/21 | 0.80 | Further revise issues list. |
| Rory Greiss | 01/21/21 | 1.10 | Review, analyze revised issues list (.6); correspond with E. Zausner re: same (.5). |
| Ethan Zausner | 01/21/21 | 0.50 | Further revise issues list. |
| Rory Greiss | 01/25/21 | 2.20 | Prepare for videoconference with Purdue team re: issues list on Kelp draft (.5); conference call with R. Greiss, E. Zausner, and Purdue team (1.3); review, analyze revisions to issues list (.3); correspondence with E. Zausner and E. Rothman re: same (.1). |
| Eric Rothman | 01/25/21 | 1.80 | Teleconference with R. Greiss, E. Zausner and client to discuss Project Kelp License Agreement (1.3); correspond with A&P team re: same (.5). |
| Ethan Zausner | 01/25/21 | 1.80 | Teleconference with R. Greiss, E. Rothman, and client re: issues list (1.0); revise external issues list (.8). |
| Rory Greiss | 01/26/21 | 0.90 | Correspond with E. Zausner and E. Rothman re: issues list (.3); correspondence with Purdue team re: next steps (.6). |
| Eric Rothman | 01/26/21 | 1.10 | Correspond with E. Zausner and E. Rothman re: issues list (.3); correspondence with Purdue team re: next steps (.6). |
| Ethan Zausner | 01/26/21 | 0.40 | Further revise Kelp issues list (.3); review, analyze correspondence re same (.1). |

February 28, 2021                                                                 Invoice # 30124318

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/28/21 | 0.80 | Correspond with E. Rothman in preparation for conference with Purdue and Kelp on Friday (.5); review internal comments re: Net Sales definition, etc. sent by D. Saussy (.3). |
| Rory Greiss | 01/29/21 | 2.50 | Videoconference with E. Rothman, E. Zausner, Imbrium and Kelp re: our issues list (1.1); consider Kelp comments in preparation for follow-up call with Imbrium (.5); call with Imbrium, E. Rothman re: major issues (.9). |
| Eric Rothman | 01/29/21 | 2.60 | Videoconference with E. Rothman, E. Zausner, Imbrium and Kelp re: our issues list (1.1); consider Kelp comments in preparation for follow-up call with Imbrium (.5); call with Imbrium, E. Rothman re: major issues (.9). |
| Ethan Zausner | 01/29/21 | 2.80 | Videoconference with E. Rothman, E. Zausner, Imbrium and Kelp re: our issues list (1.1); consider Kelp comments in preparation for follow-up call with Imbrium (.5); call with Imbrium, E. Rothman re: major issues (.9). |

**Total Hours**                               **28.80**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 8.70 | 1,215.00 | 10,570.50 |
| Eric Rothman | 8.40 | 990.00 | 8,316.00 |
| Ethan Zausner | 11.70 | 815.00 | 9,535.50 |
| **TOTAL** | **28.80** | | **28,422.00** |

**Total Current Amount Due**                                                        **$24,158.70**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Rachel Kreppel**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

February 28, 2021
Invoice # 30124309
EIN 53-0208605

**Client/Matter # 1049218.00153**

General Patent Settlement

| | |
|---|---:|
| **For Legal Services Rendered through January 31, 2021** | **8,019.00** |
| Less Discount: | -1,202.85 |
| **Fee Total** | **6,816.15** |
| **Total Amount Due**                                    $ | **6,816.15** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

February 28, 2021                                                                    Invoice # 30124309

**(1049218.00153)**
**General Patent Settlement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 01/07/21 | 1.30 | Review, analyze notice of assignment of settlement documents (.4); review, analyze executed settlement agreement (.5); correspondence with R. Kreppel re: same (.4). |
| Rory Greiss | 01/08/21 | 0.40 | Correspondence with R. Kreppel re: agreement provisions. |
| Rory Greiss | 01/14/21 | 0.40 | Correspondence with R. Kreppel re status of agreements. |
| Rory Greiss | 01/14/21 | 1.00 | VIdeoconference re: commercial supply agreement with Purdue team (1.0). |
| Rory Greiss | 01/20/21 | 0.50 | Organize settlement documents for review by B. Miller. |
| Rory Greiss | 01/25/21 | 0.80 | Correspondence with R. Kreppel re: obtaining certain documents (.3); organize same for review by R. Kreppel (.5). |
| Rory Greiss | 01/28/21 | 2.20 | Review, analyze settlement agreements in view of possible change in control of a settlement party (.2.1); correspondence with R. Kreppel re: analysis (.1). |

**Total Hours**                                 **6.60**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Rory Greiss | 6.60 | 1,215.00 | 8,019.00 |
| **Subtotal:** | **6.60** | | **8,019.00** |
| **TOTAL** | **6.60** | | **8,019.00** |

**Total Current Amount Due**                                                       **$6,816.15**