BEDELL CRISTIN JERSEY PARTNERSHIP
Edward Drummond
26 New Street
Saint Helier, Jersey JE2 3RA
Tel: +44 (0)1534 814814
edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured
Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*, | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

**NINTH MONTHLY FEE STATEMENT OF
BEDELL CRISTIN JERSEY PARTNERSHIP
FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED
AS SPECIAL FOREIGN COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR
THE PERIOD OF JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---|
| Name of Applicant: | Bedell Cristin Jersey Partnership |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | June 29, 2020, *nunc pro tunc* to February 27, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | January 1, 2021 through January 31, 2021 |
| Fees Incurred: | $33,203.00 |
| 20% Holdback: | $6,640.60 |
| Total Compensation Less 20% Holdback: | $26,562.40 |
| Monthly Expenses Incurred: | $15,388.94 |
| Total Fees and Expenses Requested: | **$48,592.94** |

This is the ninth monthly fee statement.

Bedell Cristin Jersey Partnership ("Bedell Cristin"), special foreign counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Ninth Monthly Fee Statement") covering the period from January 1, 2021 through and including January 31, 2021 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023]. The Honourable Robert R Drain, United States Bankruptcy Judge, approved the retention of Bedell Cristin *nun pro tunc* to February 27, 2020 by order dated June 29, 2020.

2

By this Ninth Monthly Fee Statement, Bedell Cristin requests (a) interim allowance and payment of compensation in the amount of $26,562.40 (80% of $33,203.00) for fees on account of reasonable and necessary professional services rendered to the Committee by Bedell Cristin and (b) reimbursement of actual and necessary costs and expenses in the amount of $15,388.94[2] incurred by Bedell Cristin during the Compensation Period.

**FEES FOR SERVICES RENDERED
DURING THE COMPENSATION PERIOD**

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each Bedell Cristin professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Bedell, Cristin for services rendered to the Committee are the same rates that Bedell Cristin charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bedell Cristin professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Bedell Cristin professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

---

[2] Expense reports or invoices for such amounts are included within Exhibit E.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Ninth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email:    Christopher.Robertson@davispolk.com,    and    Dylan    Consla,    Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email:    Paul.Schwartzberg@usdoj.gov    and    Brian    S.    Masumoto,    Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Ninth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on March 26, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If no objections to this Ninth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees identified herein.

If an objection to this Ninth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Ninth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: St Helier, Jersey
March 12, 2021

Bedell Cristin Jersey Partnership

By:  */s/  Edward Drummond*
      26 New Street, St Helier, Jersey, JE2 3RA
      Telephone:  +44 (0) 1534 814621
      Edward.drummond@bedellcristin.com

      *Special Foreign Counsel to the Official Committee of Unsecured Creditors Purdue Pharma L.P.,* et al.

## Exhibit A

### Timekeeper Summary

| Partners | Department | Rate | Hours | Amount ($) |
|---|---|---|---|---|
| Advocate E. Drummond | Litigation | $770.00 | 35.2 | 27,104.00 |
| **Partner Total** | | | **35.2** | **27,104.00** |
| | | | | |
| **Senior Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs E. Shaw | International Private Client | $565.00 | 4.1 | 2,316.50 |
| **Senior Associate  Total** | | | **4.1** | **2,316.50** |
| | | | | |
| **Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs C. C. Young | Litigation | $445.00 | 8.5 | 3,782.50 |
| **Associate Total** | | | **8.5** | **3,782.50** |
| **Staff Attorneys Total** | | | **47.8** | **33,203.00** |
| **Total Hours / Fees Requested** | | | **47.8** | **33,203.00** |

## TOTAL FEES FOR THE COMPENSATION PERIOD

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $770 | 35.2 | $27,104.00 |
| Senior Associates | $565 | 4.1 | $2,316.50 |
| Associates | $445 | 8.5 | $3,782.50 |
| **Blended Attorney Rate** | **$694.62** | | |
| **Blended Rate for All Timekeepers** | **$694.62** | | |
| **Total Hours / Fees Requested:** | | **47.8** | **$33,203.00** |

**<u>Exhibit B</u>**

**Task Code Summary**

| Task Code | Matter | Hours | Value($) |
|---|---|---|---|
| 3 | Bedell Cristin Fees | 3.2 | 1,619.00 |
| 13 | Analysis of Pre-Petition Transactions | 44.6 | 31,584.00 |
| | **TOTAL:** | **47.8** | **$33,203.00** |

**<u>Exhibit C</u>**

**Itemized Fees**

# B E D E L L
# C R I S T I N

LEGAL SERVICES

| | |
|---|---|
| Mitchell Hurley | **Our ref** KLB/CCY/136744.0001 |
| Akin Gump Strauss Hauer & Feld LLP | **Invoice No** 361624 |
| One Bryant Park | **Tax date** 08 February 2021 |
| Bank of America Tower | **GST No.** 0009162 |
| New York | **Tel:** +44 (0) 1534 814814 |
| NY 10036 | |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Advocate E. Drummond** | | |
| 04/01/21 | 0013: Claim - work on note of advice. | 2:48 | 2,156.00 |
| | 0003: Fees - email exchange with accounts re: allocation. | 0:12 | 154.00 |
| 05/01/21 | 0013: Claim - further research and work on detailed note of advice (9.0 hrs). Email to Akin Gump (0.2). | 9:12 | 7,084.00 |
| 06/01/21 | 0013: Claim - work on instructions to counsel. | 1:18 | 1,001.00 |
| 07/01/21 | 0003: Fees - review and approve Dec draft invoices. | 0:18 | 231.00 |
| | 0013: Claim - email exchanges with Akin Gump and Davis Polk (0.2). Work on note of advice (1.7). | 1:54 | 1,463.00 |
| 08/01/21 | 0013: Fees - approve Dec fee statement | 0:06 | 77.00 |
| | 0013: Claim - work on note of advice. | 1:42 | 1,309.00 |
| 11/01/21 | 0013: Claim - work on note. | 4:06 | 3,157.00 |
| 12/01/21 | 0013: Claim - work on note. | 2:48 | 2,156.00 |
| 13/01/21 | 0013: Claim - email exchange with Akin Gump re: draft agreements. | 0:24 | 308.00 |
| | 0013: Claim - comments from ES on note. | 0:06 | 77.00 |
| 14/01/21 | 0013: Claim - review comments from ES (0.3) and amend draft note of advice (1.0) | 1:18 | 1,001.00 |
| 15/01/21 | 0013: Claim - emails re: agreement. | 0:06 | 77.00 |
| | 0013: Claim - work on instructions to counsel | 2:42 | 2,079.00 |
| 18/01/21 | 0013: Claims - work on instructions. | 1:12 | 924.00 |
| 19/01/21 | 0013: Claim - finalize instructions (1.2). Speak CY re: counsel (0.4). | 1:36 | 1,232.00 |
| 20/01/21 | 0013: Claims - review Jersey case (0.2) | 0:12 | 154.00 |
| 21/01/21 | 0013: Claim - research (1.00). Email to BC team (0.3).  Emails re: call with Akin Gump (0.2) | 1:30 | 1,155.00 |
| 22/01/21 | 0013: Claim - Email to Akin Gump (0.4). | 0:24 | 308.00 |
| 25/01/21 | 0013: Claim - speak CY (0.1); email exchange with CY | 0:06 | 77.00 |
| 29/01/21 | 0013: Claim - Email from Akin Gump (0.1). Review recent Jersey case; note for file (1.1). | 1:12 | 924.00 |
| | **Mrs C. C. Young** | | |
| 05/01/21 | 0003: Fees - bill report (0.4), e-mails (internal) (0.2) | 0:36 | 267.00 |
| 07/01/21 | 0003: Fees - Fees detail for fee examiner (.6), monthly fee statement (.9), billing report (.2) | 1:42 | 756.50 |
| | 0013: Claim - Review letter from AG (.1), internal correspondence (.1), review incoming correspondence (.1) | 0:18 | 133.50 |
| 08/01/21 | 0003: Fees - email to Akin Gump | 0:06 | 44.50 |
| 12/01/21 | 0013: Claim - additional instructions to counsel | 0:42 | 311.50 |
| 15/01/21 | 0013: Claim - further instructions to counsel (.8), internal discussion (.2), communication with counsel's clerk (.4) | 1:18 | 578.50 |
| 19/01/21 | 0013: Claim - correspondence with counsel (0.3), internal discussions EB (0.2) | 0:30 | 222.50 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

| | |
|---|---|
| Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE | Sort Code: 20-45-05 |
| Account Name: Bedell Group Services Offices  USD | Account Number: 62384922 |
| Swift Code: BARCGB22 | IBAN: GB88 BARC 2045 0562 3849 22 |

**26 New Street, St Helier, Jersey,**
**Channel Islands, JE2 3RA**

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29157563-1

# B E D E L L
# C R I S T I N

LEGAL SERVICES

Advice re: Purdue Pharma LP

| | | |
|---|---|---|
| Our ref | KLB/CCY/136744.0001 |
| Invoice No | 361624 |
| Tax date | 08 February 2021 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs C. C. Young** | | |
| | 0013: Claim - review updated case law (0.4), compose case bundle (0.3) | 0:42 | 311.50 |
| 21/01/21 | 0013: Claim - instructing junior counsel packet to Akin Gump (0.5), internal correspondence with ED (0.4), correspondence with counsel's clerk (0.1), review case law (0.4) discussion with ED (0.3), email to Akin Gump, (.1) | 1:48 | 801.00 |
| 25/01/21 | 0013 - Claim: email to counsel (0.3) email to Akin Gump (0.1) | 0:24 | 178.00 |
| 26/01/21 | 0013 - Claim - correspondence with counsel | 0:12 | 89.00 |
| 27/01/21 | 0003: Fees: - email to Akin Gump (0.1) email to Purdue (0.1) | 0:12 | 89.00 |
| | **Mrs E. Shaw** | | |
| 07/01/21 | 0013 - Jersey Trust Issues: review of draft correspondence. | 0:12 | 113.00 |
| 12/01/21 | 0013 - Jersey Trust Issues - review of draft correspondence | 2:12 | 1,243.00 |
| 13/01/21 | 0013 - Jersey Trust Issues - reviewing external coms | 0:12 | 113.00 |
| 14/01/21 | 0013 - Jersey Trust issues - reviewing external correspondence; follow up exchanges | 0:30 | 282.50 |
| 19/01/21 | 0013 - Jersey Trust issues: review correspondence and exchanges re same. | 0:30 | 282.50 |
| 21/01/21 | 0013 - Jersey Trust Issues - review correspondence | 0:30 | 282.50 |
| | Total:- | 47:48 | 33,203.00 |
| | Advocate E. Drummond | 35:12 | 27,104.00 |
| | Mrs C. C. Young | 8:30 | 3,782.50 |
| | Mrs E. Shaw | 4:06 | 2,316.50 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

| | |
|---|---|
| Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE | Sort Code: 20-45-05 |
| Account Name: Bedell Group Services Offices  USD | Account Number: 62384922 |
| Swift Code: BARCGB22 | IBAN: GB88 BARC 2045 0562 3849 22 |

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29157563-1

## Exhibit D

### Disbursement Summary

| Disbursement Activity | Amount ($) |
|---|---|
| LoopUp - conference call | 18.94 |
| Andrew Shaw – Professional Fees 25/01/21 to 29/01/21 | 9,870.00 |
| Tom Smith QC – Professional Fees 20/01/21 | 5,500.00 |
| **TOTAL** | **$15,388.94** |

**<u>Exhibit E</u>**

**Itemized Disbursements**

# BEDELL CRISTIN

LEGAL SERVICES

| | |
|---|---|
| Mitchell Hurley | **Our ref**  EBD/CCY/136744.0001 |
| Akin Gump Strauss Hauer & Feld LLP | **Invoice No**  361624 |
| One Bryant Park | **Tax date**  08 February 2021 |
| Bank of America Tower | **GST No.**  0009162 |
| New York | **Tel:**  +44 (0) 1534 814814 |
| NY 10036 | |

**INVOICE**

Advice re: Purdue Pharma LP

| | Charge | GST Rate |
|---|---|---|
| **Professional Fees** | | |
| To professional services rendered from 01/01/2021 to 31/01/2021 | 33,203.00 | 0.0% |
| | | |
| **Expenses** | | |
| LoopUp - conference call C Young 11/12/20 | 18.94 | 0.0% |
| **Third Party Charges** | | |
| Andrew Shaw - Professional fees 25/01/21 to 29/01/21 | 9,870.00 | 0.0% |
| Tom Smith QC - Professional fees 20/01/21 | 5,500.00 | 0.0% |
| Total excluding GST | US$ 48,591.94 | |
| Total GST | US$ 0.00 | |
| **TOTAL BALANCE DUE** | **US$ 48,591.94** | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

| | |
|---|---|
| Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE | Sort Code: 20-45-05 |
| Account Name:  Bedell Group Services Offices  USD | Account Number:  62384922 |
| Swift Code: BARCGB22 | IBAN: GB88 BARC 2045 0562 3849 22 |

26 New Street, St Helier, Jersey,
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**
A list of Partners is available for inspection at the principal office

**bedellcristin.com**

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29157563-1

# SOUTH SQUARE

3-4 South Square,
Gray's Inn,
London WC1R 5HP

T +44 (0)20 7696 9900
F +44 (0)20 7696 9911
LDE 338 Chancery Lane

practicemanagers
@southsquare.com
www.southsquare.com

Professional Fees of Mr Tom Smith QC

VAT Registration No: 761167236

Bedell Cristin

26 New Street

St Helier

Jersey

JE2 3RA

Solicitor Ref: Ed Drummond          Date: 1 February 2021    Case Ref No: 92829

**PURDUE PHARAM LP – JANUARY 2021**

| DATE | DESCRIPTION | TIME | FEES (USD hourly rate 1,100 |
|---|---|---|---|
| 30 January 2021 | Reading Papers | 5h | 5,500 |
| | | | |
| **TOTAL TIMES AND FEES FOR JANUARY 2021** | | **5h** | **5,500 USD** |

**Payment by bank transfer:**

**Tom Smith (HSBC PLC) Sort Code:40-11-58**

**Account:90335746**

**Please forward a remittance advice detailing the case ref.**



no. and amount to dylanplayfoot@southsquare.com

Cheques are payable to: Mr Tom Smith QC

VALID ONLY WHEN RECEIPTED PLEASE QUOTE CASE REFERENCE NO. ON ALL
CORRESPONDENCE

South Square and it's members are regulated by the Bar Standards Board

# SOUTH SQUARE

3-4 South Square,
Gray's Inn,
London WC1R 5HP

T +44 (0)20 7696 9900
F +44 (0)20 7696 9911
LDE 338 Chancery Lane

practicemanagers
@southsquare.com
www.southsquare.com

Professional Fees of Mr Andrew Shaw

VAT Registration No: 192573189

Bedell Cristin

26 New Street

St Helier

Jersey

JE2 3RA

Solicitor Ref: Ed Drummond          Date: 1 February 2021          Case Ref No: 92829

**PURDUE PHARAM LP – JANUARY 2021**

| DATE | DESCRIPTION | TIME | FEES (USD hourly rate 525) |
|------|-------------|------|-----------------------------|
| 25 January 2021 | Reading Papers | 48m | 420 |
| 26 January 2021 | Reading Papers, legal research | 4h | 2,100 |
| 27 January 2021 | Legal research, Considering issues, Drafting note for TS QC | 5h 36m | 2,940 |
| 28 January 2021 | Legal research, Considering issues, Drafting note for TS QC | 3h 36m | 1,890 |
| 29 January 2021 | Legal research, Considering issues, Drafting note for TS QC | 4h 48m | 2,520 |



| | | | |
|---|---|---|---|
| **TOTAL TIMES AND FEES FOR JANUARY 2021** | | **18h 48m** | **9,870 USD** |

**Payment by bank transfer:**

**Andrew Shaw (Barclays) Sort Code: 20-41-41**

**Account: 23460304**

**Please forward a remittance advice detailing the case ref.**

**no. and amount to marcomalatesta@southsquare.com**

**Cheques are payable to: Mr Andrew Shaw**

**VALID ONLY WHEN RECEIPTED PLEASE QUOTE CASE REFERENCE NO. ON ALL CORRESPONDENCE**

**South Square and it's members are regulated by the Bar Standards Board**