**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF FIFTEENTH MONTHLY FEE STATEMENT OF
JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | January 1, 2021 through January 31, 2021 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $1,497.93 |
| This is a(n):   monthly  x    interim  __    final application  __ | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**FIFTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
**January 1, 2020 through January 31, 2020**

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | - |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 42.0 |
| 4 | Debtor Communication | - |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 203.0 |
| 10 | Business Plan | - |
| 11 | Case Strategy | - |
| | | **236.0** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 28.5 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 10.5 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 43.0 |
| Ben Troester | Associate, Debt Advisory & Restructuring | 36.5 |
| Kevin Chen | Analyst, Debt Advisory & Restructuring | 51.5 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 26.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 19.0 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 9.5 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 20.5 |
| | | **236.0** |

## FIFTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC

### EXPENSES BY CATEGORY
### January 1, 2021 through January 31, 2021

| **Category** | **January 2021** |
|---|---:|
| Meals | $49.43 |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 1,438.50 |
| General | 10.00 |
| **Total Expenses** | **$1,497.93** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**FIFTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from January 1, 2021 through January 31, 2021 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $1,497.93. In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.      On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3.      On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4.      On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2] A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5.      On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

2

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6. On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7. By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from January 1, 2021 through January 31, 2021; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $1,497.93.

8.      All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee.  Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order.  Such time records are attached hereto as <u>Exhibit A</u>.

9.      The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters.  Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

### **Actual and Necessary Expenses**

10.     Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order.  As set forth in greater detail in the summary attached hereto as <u>Exhibit B</u>, Jefferies' total expenses incurred during the Compensation Period are $1,497.93, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from January 1, 2021 through January 31, 2021; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $1,497.93.

Dated:  March 12, 2021                                  Respectfully submitted,
        New York, New York

                                                  */s/ Leon Szlezinger*
                                                  Leon Szlezinger
                                                  Managing Director and Joint Global Head of
                                                  Debt Advisory & Restructuring
                                                  JEFFERIES LLC

# Exhibit A

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | **January 1, 2021 - January 31, 2021 Hours for Creditor Communication** | | **42.0** | |
| 01/04/21 | Leon Szlezinger | Attend UCC update call | 1.0 | 3 |
| 01/04/21 | Jaspinder Kanwal | Attend UCC update call | 1.0 | 3 |
| 01/04/21 | Benjamin Troester | Attend UCC update call | 1.0 | 3 |
| 01/04/21 | Kevin Chen | Attend UCC update call | 1.0 | 3 |
| 01/04/21 | Kevin Sheridan | Attend UCC update call | 1.0 | 3 |
| 01/07/21 | Leon Szlezinger | Attend UCC update call | 1.0 | 3 |
| 01/07/21 | Jaspinder Kanwal | Attend UCC update call | 1.0 | 3 |
| 01/07/21 | Benjamin Troester | Attend UCC update call | 1.0 | 3 |
| 01/07/21 | Kevin Chen | Attend UCC update call | 1.0 | 3 |
| 01/07/21 | Kevin Sheridan | Attend UCC update call | 1.0 | 3 |
| 01/11/21 | Leon Szlezinger | Attend UCC update call | 1.0 | 3 |
| 01/11/21 | Jaspinder Kanwal | Attend UCC update call | 1.0 | 3 |
| 01/11/21 | Benjamin Troester | Attend UCC update call | 1.0 | 3 |
| 01/11/21 | Kevin Chen | Attend UCC update call | 1.0 | 3 |
| 01/11/21 | Kevin Sheridan | Attend UCC update call | 1.0 | 3 |
| 01/15/21 | Leon Szlezinger | Attend UCC update call | 1.0 | 3 |
| 01/15/21 | Jaspinder Kanwal | Attend UCC update call | 1.0 | 3 |
| 01/15/21 | Benjamin Troester | Attend UCC update call | 1.0 | 3 |
| 01/15/21 | Kevin Chen | Attend UCC update call | 1.0 | 3 |
| 01/15/21 | Kevin Sheridan | Attend UCC update call | 1.0 | 3 |
| 01/18/21 | Leon Szlezinger | Attend UCC call with Judge Lee | 1.0 | 3 |
| 01/18/21 | Robert White | Attend UCC call with Judge Lee | 1.0 | 3 |
| 01/18/21 | Jaspinder Kanwal | Attend UCC call with Judge Lee | 1.0 | 3 |
| 01/18/21 | Benjamin Troester | Attend UCC call with Judge Lee | 1.0 | 3 |
| 01/18/21 | Kevin Chen | Attend UCC call with Judge Lee | 1.0 | 3 |
| 01/18/21 | Kevin Sheridan | Attend UCC call with Judge Lee | 1.0 | 3 |
| 01/18/21 | James Wiltshire | Attend UCC call with Judge Lee | 1.0 | 3 |
| 01/21/21 | Leon Szlezinger | Attend UCC update call | 1.0 | 3 |
| 01/21/21 | Jaspinder Kanwal | Attend UCC update call | 1.0 | 3 |
| 01/21/21 | Benjamin Troester | Attend UCC update call | 1.0 | 3 |
| 01/21/21 | Kevin Chen | Attend UCC update call | 1.0 | 3 |
| 01/21/21 | Kevin Sheridan | Attend UCC update call | 1.0 | 3 |
| 01/25/21 | Leon Szlezinger | Attend UCC update call | 1.0 | 3 |
| 01/25/21 | Jaspinder Kanwal | Attend UCC update call | 1.0 | 3 |
| 01/25/21 | Benjamin Troester | Attend UCC update call | 1.0 | 3 |
| 01/25/21 | Kevin Chen | Attend UCC update call | 1.0 | 3 |
| 01/25/21 | Kevin Sheridan | Attend UCC update call | 1.0 | 3 |
| 01/27/21 | Leon Szlezinger | Attend UCC update call | 1.0 | 3 |
| 01/27/21 | Jaspinder Kanwal | Attend UCC update call | 1.0 | 3 |
| 01/27/21 | Benjamin Troester | Attend UCC update call | 1.0 | 3 |
| 01/27/21 | Kevin Chen | Attend UCC update call | 1.0 | 3 |
| 01/27/21 | Kevin Sheridan | Attend UCC update call | 1.0 | 3 |
| | **January 1, 2021 - January 31, 2021 Hours for Due Diligence** | | **203.0** | |
| 01/04/21 | Leon Szlezinger | Call with Province to discuss workstreams | 0.5 | 9 |
| 01/04/21 | Jaspinder Kanwal | Call with Province to discuss workstreams | 0.5 | 9 |
| 01/04/21 | Benjamin Troester | Call with Province to discuss workstreams | 0.5 | 9 |
| 01/04/21 | Kevin Chen | Call with Province to discuss workstreams | 0.5 | 9 |
| 01/05/21 | Kevin Chen | Review PPLP data room uploads | 4.0 | 9 |
| 01/06/21 | Kevin Chen | Update IAC and PPLP financial models | 4.0 | 9 |
| 01/07/21 | Jaspinder Kanwal | Review 2021 IAC budget files | 4.0 | 9 |
| 01/07/21 | Benjamin Troester | Review 2021 IAC budget files | 1.5 | 9 |
| 01/07/21 | Benjamin Troester | Update IAC financial model | 2.0 | 9 |
| 01/07/21 | Kevin Chen | Review 2021 IAC budget files | 2.5 | 9 |
| 01/07/21 | Kevin Chen | Review IAC hierarchy | 1.5 | 9 |
| 01/07/21 | Kevin Sheridan | Review 2021 IAC budget files | 2.0 | 9 |
| 01/08/21 | Leon Szlezinger | Review 2021 IAC budget files | 1.5 | 9 |
| 01/08/21 | Jaspinder Kanwal | Update IAC financial model | 2.0 | 9 |
| 01/08/21 | Jaspinder Kanwal | Review IAC hierarchy | 1.0 | 9 |
| 01/08/21 | Kevin Sheridan | Review files re: IAC corporate structure and hierarchy | 0.5 | 9 |
| 01/09/21 | Benjamin Troester | Review IAC hierarchy | 1.0 | 9 |
| 01/09/21 | Kevin Chen | Review IAC data room uploads | 4.0 | 9 |
| 01/10/21 | Benjamin Troester | Review PPLP data room uploads | 1.5 | 9 |
| 01/11/21 | Leon Szlezinger | Discussion re: PPLP December business plan | 0.5 | 9 |
| 01/11/21 | Robert White | Discussion re: PPLP December business plan | 0.5 | 9 |
| 01/11/21 | Jaspinder Kanwal | Discussion re: PPLP December business plan | 0.5 | 9 |
| 01/11/21 | Jaspinder Kanwal | Review PPLP December business plan | 2.5 | 9 |
| 01/11/21 | Benjamin Troester | Discussion re: PPLP December business plan | 0.5 | 9 |
| 01/11/21 | Kevin Chen | Discussion re: PPLP December business plan | 0.5 | 9 |
| 01/11/21 | Kevin Sheridan | Discussion re: PPLP December business plan | 0.5 | 9 |
| 01/11/21 | James Wiltshire | Discussion re: PPLP December business plan | 0.5 | 9 |
| 01/11/21 | William Maselli | Discussion re: PPLP December business plan | 0.5 | 9 |
| 01/11/21 | Connor Hattersley | Discussion re: PPLP December business plan | 0.5 | 9 |
| 01/11/21 | Connor Hattersley | Review IAC hierarchy | 1.5 | 9 |
| 01/11/21 | Connor Hattersley | Review PPLP model | 1.0 | 9 |
| 01/12/21 | Leon Szlezinger | Review PPLP proposal materials | 3.0 | 9 |
| 01/12/21 | Jaspinder Kanwal | Review PPLP proposal materials | 2.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/12/21 | Benjamin Troester | Review PPLP proposal materials | 3.0 | 9 |
| 01/12/21 | Kevin Chen | Review PPLP proposal materials | 2.0 | 9 |
| 01/12/21 | Kevin Sheridan | Review PPLP proposal materials | 1.5 | 9 |
| 01/12/21 | James Wiltshire | Review PPLP proposal materials | 3.0 | 9 |
| 01/12/21 | William Maselli | Review PPLP proposal materials | 1.5 | 9 |
| 01/13/21 | Robert White | Review PPLP proposal materials | 1.0 | 9 |
| 01/13/21 | Benjamin Troester | Review IAC diligence tracker | 0.5 | 9 |
| 01/13/21 | Kevin Chen | Review IAC diligence tracker | 1.0 | 9 |
| 01/13/21 | Kevin Chen | Review PPLP data room uploads | 2.0 | 9 |
| 01/14/21 | Robert White | Review Province materials re: PPLP proposal | 0.5 | 9 |
| 01/14/21 | Benjamin Troester | Review Province materials re: PPLP proposal | 1.0 | 9 |
| 01/14/21 | Kevin Chen | Review Province materials re: PPLP proposal | 0.5 | 9 |
| 01/14/21 | Kevin Sheridan | Review PPLP December business plan | 2.5 | 9 |
| 01/15/21 | Leon Szlezinger | Review Province materials re: PPLP proposal | 1.5 | 9 |
| 01/15/21 | Leon Szlezinger | Review PPLP proposal supporting materials | 2.0 | 9 |
| 01/15/21 | Jaspinder Kanwal | Review Province materials re: PPLP proposal | 2.0 | 9 |
| 01/15/21 | Jaspinder Kanwal | Review draft plan term sheet | 2.5 | 9 |
| 01/15/21 | Benjamin Troester | Review draft plan term sheet | 2.0 | 9 |
| 01/15/21 | Kevin Chen | Review draft plan term sheet | 3.0 | 9 |
| 01/15/21 | Kevin Chen | Review PPLP proposal supporting materials | 1.0 | 9 |
| 01/15/21 | Kevin Sheridan | Review Province materials re: PPLP proposal | 1.0 | 9 |
| 01/15/21 | Kevin Sheridan | Review PPLP proposal supporting materials | 1.0 | 9 |
| 01/15/21 | Kevin Sheridan | Review draft plan term sheet | 1.5 | 9 |
| 01/15/21 | James Wiltshire | Review 2021 IAC budget files | 1.0 | 9 |
| 01/15/21 | James Wiltshire | Review Province materials re: PPLP proposal | 1.0 | 9 |
| 01/15/21 | James Wiltshire | Review draft plan term sheet | 4.0 | 9 |
| 01/15/21 | James Wiltshire | Review PPLP proposal supporting materials | 1.5 | 9 |
| 01/15/21 | William Maselli | Review Province materials re: PPLP proposal | 0.5 | 9 |
| 01/15/21 | William Maselli | Review PPLP proposal supporting materials | 0.5 | 9 |
| 01/15/21 | Connor Hattersley | Review PPLP data room uploads | 3.5 | 9 |
| 01/16/21 | Leon Szlezinger | Review draft plan term sheet | 4.0 | 9 |
| 01/16/21 | Robert White | Review draft plan term sheet | 2.0 | 9 |
| 01/16/21 | Robert White | Review PPLP proposal supporting materials | 0.5 | 9 |
| 01/16/21 | Jaspinder Kanwal | Review PPLP proposal supporting materials | 2.0 | 9 |
| 01/16/21 | Jaspinder Kanwal | Update PPLP financial model | 1.0 | 9 |
| 01/16/21 | Benjamin Troester | Review PPLP proposal supporting materials | 1.5 | 9 |
| 01/16/21 | Kevin Chen | Review IAC data room uploads | 2.0 | 9 |
| 01/16/21 | William Maselli | Review 2021 IAC budget files | 2.0 | 9 |
| 01/16/21 | Connor Hattersley | Review PPLP proposal supporting materials | 1.5 | 9 |
| 01/18/21 | Leon Szlezinger | Discussion re: workstreams | 0.5 | 9 |
| 01/18/21 | Jaspinder Kanwal | Call with Province to discuss workstreams | 0.5 | 9 |
| 01/18/21 | Jaspinder Kanwal | Discussion re: workstreams | 0.5 | 9 |
| 01/18/21 | Benjamin Troester | Call with Province to discuss workstreams | 0.5 | 9 |
| 01/18/21 | Benjamin Troester | Discussion re: workstreams | 0.5 | 9 |
| 01/18/21 | Kevin Chen | Call with Province to discuss workstreams | 0.5 | 9 |
| 01/18/21 | Kevin Chen | Discussion re: workstreams | 0.5 | 9 |
| 01/18/21 | Kevin Sheridan | Discussion re: workstreams | 0.5 | 9 |
| 01/20/21 | Leon Szlezinger | Call re: PPLP proposal | 1.0 | 9 |
| 01/20/21 | Leon Szlezinger | Advisor debrief call re: PPLP proposal | 0.5 | 9 |
| 01/20/21 | Leon Szlezinger | Review PPLP cash flow and sources & uses presentation | 1.0 | 9 |
| 01/20/21 | Robert White | Call re: PPLP proposal | 1.0 | 9 |
| 01/20/21 | Robert White | Advisor debrief call re: PPLP proposal | 0.5 | 9 |
| 01/20/21 | Jaspinder Kanwal | Call re: PPLP proposal | 1.0 | 9 |
| 01/20/21 | Jaspinder Kanwal | Review PPLP cash flow and sources & uses presentation | 2.0 | 9 |
| 01/20/21 | Jaspinder Kanwal | Review PPLP proposal materials | 1.5 | 9 |
| 01/20/21 | Jaspinder Kanwal | Analysis re: PPLP cash flow and financing | 2.0 | 9 |
| 01/20/21 | Jaspinder Kanwal | Advisor debrief call re: PPLP proposal | 0.5 | 9 |
| 01/20/21 | Benjamin Troester | Call re: PPLP proposal | 1.0 | 9 |
| 01/20/21 | Benjamin Troester | Advisor debrief call re: PPLP proposal | 0.5 | 9 |
| 01/20/21 | Benjamin Troester | Review PPLP proposal materials | 1.5 | 9 |
| 01/20/21 | Benjamin Troester | Review PPLP cash flow and sources & uses presentation | 2.0 | 9 |
| 01/20/21 | Kevin Chen | Review PPLP cash flow and sources & uses presentation | 1.5 | 9 |
| 01/20/21 | Kevin Chen | Call re: PPLP proposal | 1.0 | 9 |
| 01/20/21 | Kevin Chen | Advisor debrief call re: PPLP proposal | 0.5 | 9 |
| 01/20/21 | Kevin Sheridan | Call re: PPLP proposal | 1.0 | 9 |
| 01/20/21 | Kevin Sheridan | Advisor debrief call re: PPLP proposal | 0.5 | 9 |
| 01/20/21 | James Wiltshire | Call re: PPLP proposal | 1.0 | 9 |
| 01/20/21 | James Wiltshire | Review PPLP cash flow and sources & uses presentation | 0.5 | 9 |
| 01/20/21 | James Wiltshire | Advisor debrief call re: PPLP proposal | 0.5 | 9 |
| 01/20/21 | William Maselli | Call re: PPLP proposal | 1.0 | 9 |
| 01/20/21 | William Maselli | Review PPLP cash flow and sources & uses presentation | 0.5 | 9 |
| 01/20/21 | Connor Hattersley | Call re: PPLP proposal | 1.0 | 9 |
| 01/20/21 | Connor Hattersley | Prepare notes from call re: PPLP proposal | 1.0 | 9 |
| 01/20/21 | Connor Hattersley | Advisor debrief call re: PPLP proposal | 0.5 | 9 |
| 01/20/21 | Connor Hattersley | Review PPLP cash flow and sources & uses presentation | 1.0 | 9 |
| 01/21/21 | Leon Szlezinger | Review plan term sheet comments from Akin | 1.0 | 9 |
| 01/21/21 | Robert White | Review PPLP cash flow and sources & uses presentation | 1.0 | 9 |
| 01/21/21 | Jaspinder Kanwal | Review plan term sheet comments from Akin | 1.0 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 01/21/21 | Kevin Chen | Review plan term sheet comments from Akin | 0.5 | 9 |
| 01/21/21 | Kevin Sheridan | Review PPLP cash flow and sources & uses presentation | 1.0 | 9 |
| 01/22/21 | Leon Szlezinger | Review Akin and Province materials re: PPLP proposal | 1.5 | 9 |
| 01/22/21 | Robert White | Review Akin and Province materials re: PPLP proposal | 0.5 | 9 |
| 01/22/21 | Jaspinder Kanwal | Discussion re: potential financing | 1.0 | 9 |
| 01/22/21 | Benjamin Troester | Review plan term sheet comments from Akin | 0.5 | 9 |
| 01/22/21 | Kevin Chen | Review Akin and Province materials re: PPLP proposal | 2.5 | 9 |
| 01/22/21 | Connor Hattersley | Review Akin and Province materials re: PPLP proposal | 1.0 | 9 |
| 01/22/21 | Connor Hattersley | Review IAC global budget files | 4.0 | 9 |
| 01/23/21 | Leon Szlezinger | Review IAC global budget files | 1.0 | 9 |
| 01/23/21 | Jaspinder Kanwal | Review Akin and Province materials re: PPLP proposal | 2.0 | 9 |
| 01/23/21 | Jaspinder Kanwal | Review IAC global budget files | 1.0 | 9 |
| 01/23/21 | Benjamin Troester | Review Akin and Province materials re: PPLP proposal | 1.5 | 9 |
| 01/23/21 | Kevin Chen | Review IAC global budget files | 4.0 | 9 |
| 01/23/21 | Kevin Sheridan | Review Akin and Province materials re: PPLP proposal | 1.5 | 9 |
| 01/24/21 | Robert White | Review IAC global budget files | 1.0 | 9 |
| 01/24/21 | Benjamin Troester | Review IAC global budget files | 2.0 | 9 |
| 01/24/21 | Benjamin Troester | Update IAC financial model | 1.5 | 9 |
| 01/24/21 | James Wiltshire | Review IAC global budget files | 2.0 | 9 |
| 01/24/21 | William Maselli | Review IAC global budget files | 2.0 | 9 |
| 01/25/21 | Jaspinder Kanwal | Call with Province to discuss workstreams | 0.5 | 9 |
| 01/25/21 | Benjamin Troester | Call with Province to discuss workstreams | 0.5 | 9 |
| 01/25/21 | Kevin Chen | Call with Province to discuss workstreams | 0.5 | 9 |
| 01/25/21 | James Wiltshire | Review Akin and Province materials re: PPLP proposal | 0.5 | 9 |
| 01/26/21 | Kevin Chen | Review PPLP data room uploads | 2.5 | 9 |
| 01/26/21 | Kevin Sheridan | Review IAC global budget files | 2.0 | 9 |
| 01/28/21 | Benjamin Troester | Review updated draft plan term sheet | 1.5 | 9 |
| 01/28/21 | Kevin Chen | Review updated draft plan term sheet | 1.0 | 9 |
| 01/28/21 | Kevin Sheridan | Review updated draft plan term sheet | 1.0 | 9 |
| 01/28/21 | James Wiltshire | Review updated draft plan term sheet | 2.5 | 9 |
| 01/28/21 | William Maselli | Review updated draft plan term sheet | 1.0 | 9 |
| 01/29/21 | Leon Szlezinger | Review updated draft plan term sheet | 1.0 | 9 |
| 01/29/21 | Jaspinder Kanwal | Review updated draft plan term sheet | 1.5 | 9 |
| 01/30/21 | Robert White | Review updated draft plan term sheet | 1.0 | 9 |
| 01/30/21 | Connor Hattersley | Review updated draft plan term sheet | 4.0 | 9 |

# **Exhibit B**

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Kevin Chen | 12.50 | 01/05/21 | Meals & Entertainment | Overtime meal for working late |
| Kevin Chen | 10.00 | 01/05/21 | General | Cellphone stipend for deal-related work |
| Kevin Chen | 12.50 | 01/06/21 | Meals & Entertainment | Overtime meal for working late |
| Kevin Chen | 12.50 | 01/07/21 | Meals & Entertainment | Overtime meal for working late |
| Kevin Chen | 11.93 | 01/09/21 | Meals & Entertainment | Overtime meal for working late |
| Baker Botts | 1,438.50 | 01/30/21 | Legal | Legal invoice from counsel |

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|

# BAKER BOTTS L.L.P.

Austin London
Brussels Moscow
Dallas New York
Dubai Palo Alto
Hong Kong Riyadh
**Houston** San Francisco
Washington

TAX ID 74-1195457

Jefferies LLC
520 Madison Avenue
New York, NY  10022
Attn:  Leon Szlezinger

Invoice Number:  1734309
Invoice Date:    February 4, 2021
Attorney:        R L Spigel

Total fees for services and expenses for the matter shown below through January 31, 2021.

**082383.0108**
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 01/08/21 | J R Herz | 0.4 | Review and comment on Oct. 2020 fee statement |
| 01/12/21 | J R Herz | 0.1 | Emails with K. Chen concerning back up for fee examiner |
| 01/21/21 | J R Herz | 0.5 | Draft Nov. fee statement (.5) |
| 01/22/21 | J R Herz | 0.1 | Email E. Lisovicz concerning Nov. fee statement |
| 01/26/21 | J R Herz | 0.3 | Review final version of Nov. fee statement |
| 01/26/21 | R L Spigel | 0.1 | Review fee statement and email with J. Herz re same |

**Matter Hours**         1.50
**Matter Fees**       $1,438.50

**BAKER BOTTS** LLP

JEFFERIES LLC
Purdue Retention

Invoice No:     1734309
Invoice Date:   February 4, 2021
Matter:         082383.0108

**2021 Lawyer Summary**

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 1.4 | 940.00 | 1,316.00 |
| Spigel, R L | 0.1 | 1,225.00 | 122.50 |
| | **1.5** | | **$1,438.50** |

| | |
|---|---|
| Total Current Fees | $1,438.50 |
| **Total Due This Invoice** | **$1,438.50** |