KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re:                                                       :        Chapter 11
                                                             :
PURDUE PHARMA L.P., *et al.*                                 :        Case No. 19-23649 (RDD)
                                                             :
            Debtors.[1]                                      :        (Jointly Administered)
-------------------------------------------------------------x

### FOURTEENTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED AS INFORMATION AGENT FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD JANUARY 1, 2021 THROUGH JANUARY 31, 2021

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |

| *Summary of Fees and Expenses Sought in the Fee Application* | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | January 1, 2021 through January 31, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $19,296.27 (80% of $24,120.34) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $6,344.15 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $25,640.42 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its eleventh monthly fee statement (the "Monthly Fee Statement") for the period beginning January 1, 2021 through and including January 31, 2021 (the "Fee Period").  During the Fee Period, the fees and expenses incurred by KCC were $30,464.49.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $25,640.42, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**.  A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**.   A schedule of expenses incurred by category.

c. **Exhibit C**.  KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on 26, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  March 12, 2021
        El Segundo, California

/s/ Sarah Harbuck
**KURTZMAN CARSON CONSULTANTS LLC**
Sarah Harbuck
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

## <u>CERTIFICATION</u>

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  March 12, 2021
         El Segundo, California


                                                    /s/ Sarah Harbuck_____

                                                    Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| AKW | Alyssa Kim-Whittle | Consultant | 3.1 | $203.28 | $630.16 |
| AMU | Alesha Murray | Consultant | 1.3 | $200.85 | $261.11 |
| AOP | Alfredo Pastor | Consultant | 2.9 | $200.86 | $582.50 |
| AQB | Anquinette Brandon | Consultant | 1.4 | $200.86 | $281.20 |
| ASL | Alessia Salazar | Consultant | 0.6 | $200.85 | $120.51 |
| AUE | Autumn Ellis | Consultant | 1.5 | $200.86 | $301.29 |
| BSV | Betsy Silver | Consultant | 0.9 | $200.86 | $180.77 |
| BYH | Bryanna Hensley | Consultant | 0.4 | $200.85 | $80.34 |
| CCE | Cerene Credo | Consultant | 0.4 | $149.40 | $59.76 |
| CET | Christopher Estes | Consultant | 12.3 | $203.28 | $2,500.31 |
| CHD | Christopher Do | Senior Managing Consultant | 2.7 | $209.40 | $565.38 |
| CHT | Cheryl Tracey | Consultant | 0.2 | $200.85 | $40.17 |
| CHZ | Carrie Hernandez | Consultant | 6.3 | $203.28 | $1,280.67 |
| CJC | Caitlin Corrie | Consultant | 0.1 | $125.20 | $12.52 |
| DAK | Dayna Kosinski | Consultant | 0.3 | $155.50 | $46.65 |
| DHP | Dionne Hopson | Consultant | 0.3 | $200.87 | $60.26 |
| EAG | Esmeralda Aguayo | Consultant | 9.4 | $200.86 | $1,888.09 |
| EGA | Ellis Gatlin | Clerk | 0.9 | $53.84 | $48.46 |
| EJG | Evan Gershbein | Senior Managing Consultant | 4.0 | $231.53 | $926.10 |
| ESI | Elliser Silla | Consultant | 0.4 | $200.85 | $80.34 |
| GYC | Gregory Crosby | Consultant | 1.9 | $200.86 | $381.63 |
| HBU | Hannah Bussey | Consultant | 4.2 | $200.86 | $843.61 |
| HEF | Heather Fellows | Consultant | 0.3 | $149.40 | $44.82 |
| ICO | Ignacio Corona | Clerk | 0.1 | $53.80 | $5.38 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.6 | $143.40 | $86.04 |
| JCC | Janece Carr | Consultant | 0.6 | $200.85 | $120.51 |
| JHM | Joetta Thomas | Consultant | 2.1 | $200.85 | $421.79 |
| KCO | Kaci Courtright | Consultant | 0.1 | $200.90 | $20.09 |
| KDT | Keith Taylor | Clerk | 0.1 | $53.80 | $5.38 |
| KPU | Kenneth Pulliam | Consultant | 8.7 | $200.86 | $1,747.48 |
| KTH | Katherine Turner | Consultant | 5.2 | $200.87 | $1,044.50 |
| MAP | Manuel Pastor | Consultant | 3.2 | $200.86 | $642.76 |
| MDO | Matthew Orr | Consultant | 2.8 | $200.86 | $562.40 |
| MVA | Maria Valencia | Clerk | 0.2 | $53.80 | $10.76 |
| MVZ | Michael Valadez | Consultant | 0.1 | $200.90 | $20.09 |
| NBY | Nicole Bishay | Clerk | 0.2 | $53.80 | $10.76 |
| PS | Other Project Specialist | Project Specialist | 10.3 | $100.00 | $1,030.00 |
| RIO | Rosemary Ibarra | Clerk | 0.9 | $53.84 | $48.46 |

| | | | | | |
|---|---|---|---|---|---|
| RJG | Richard Gonzales | Consultant | 0.1 | $203.30 | $20.33 |
| STP | Stephanie Paul | Consultant | 0.1 | $125.20 | $12.52 |
| SYO | Shannon Young | Consultant | 1.8 | $200.85 | $361.53 |
| SYU | Susan Yu | Consultant | 9.8 | $203.28 | $1,992.17 |
| TDL | Tara Dolen | Consultant | 13.0 | $200.86 | $2,611.21 |
| THU | Terra Hutson | Consultant | 4.7 | $200.86 | $944.03 |
| VRQ | Vanessa Triana | Senior Managing Consultant | 2.4 | $209.40 | $502.56 |
| VTM | Vien Marquez | Consultant | 3.4 | $200.86 | $682.94 |
| | | | | | |
| | **TOTALS** | | **126.3** | | **$24,120.34** |

**Exhibit B**

**Summary of Expenses by Category**

| Category | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $1,040.65 |
| Printing and Mailing Expenses | | | $5,078.98 |
| Sales Tax | | | $224.52 |
| | | | |
| **TOTAL** | | | **$6,344.15** |

## Exhibit C

## Invoice



February 22, 2021

Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005

      Re: Purdue Pharma L.P. (Creditors' Committee)
         USBC Case No. 19-23649

Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period January 1, 2021 to January 31, 2021 in the amount of $30,464.49 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.


Sincerely,
Kurtzman Carson Consultants LLC



Evan Gershbein
EVP Restructuring



Enclosures



February 22, 2021

<u>Copy Parties</u>

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789FA | Invoice Date | February 22, 2021 |
|---|---|---|---|
| Invoice Number | US_KCC1997153 | Due Date | Due upon receipt |

### Purdue Pharma L.P. (Creditors' Committee)
### *Summary*

| *Description* | *Amount* |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $24,120.34 |
| *Total of Hourly Fees* | $24,120.34 |
| | |
| **Expenses** | |
| Expenses | $6,119.63 |
| *Total Expenses* | $6,119.63 |
| | |
| *Invoice Subtotal* | **$30,239.97** |
| Sales and Use Tax | 224.52 |
| *Total Invoice* | **$30,464.49** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 70789FA |
|---|---|
| Invoice Number | US_KCC1997153 |
| Total Amount Due | $30,464.49 |
| Amount Paid | $ |

**Check Payments to:**

Kurtzman Carson Consultants LLC
Dept CH 16639
Palatine, IL 60055-6639

**Wire Payments to:**

Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue, New York, NY 10018
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020

# Kurtzman Carson Consultants LLC

01/01/2021 - 01/31/2021

## Total Hourly Fees by Employee

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AKW | Alyssa Kim-Whittle | CON | 3.10 | $203.28 | $630.16 |
| AMU | Alesha Murray | CON | 1.30 | $200.85 | $261.11 |
| AOP | Alfredo Pastor | CON | 2.90 | $200.86 | $582.50 |
| AQB | Anquinette Brandon | CON | 1.40 | $200.86 | $281.20 |
| ASL | Alessia Salazar | CON | 0.60 | $200.85 | $120.51 |
| AUE | Autumn Ellis | CON | 1.50 | $200.86 | $301.29 |
| BSV | Betsy Silver | CON | 0.90 | $200.86 | $180.77 |
| BYH | Bryanna Hensley | CON | 0.40 | $200.85 | $80.34 |
| CCE | Cerene Credo | CON | 0.40 | $149.40 | $59.76 |
| CET | Christopher Estes | CON | 12.30 | $203.28 | $2,500.31 |
| CHD | Christopher Do | SMC | 2.70 | $209.40 | $565.38 |
| CHT | Cheryl Tracey | CON | 0.20 | $200.85 | $40.17 |
| CHZ | Carrie Hernandez | CON | 6.30 | $203.28 | $1,280.67 |
| CJC | Caitlin Corrie | CON | 0.10 | $125.20 | $12.52 |
| DAK | Dayna Kosinski | CON | 0.30 | $155.50 | $46.65 |
| DHP | Dionne Hopson | CON | 0.30 | $200.87 | $60.26 |
| EAG | Esmeralda Aguayo | CON | 9.40 | $200.86 | $1,888.09 |
| EGA | Ellis Gatlin | CL | 0.90 | $53.84 | $48.46 |
| EJG | Evan Gershbein | SMC | 4.00 | $231.53 | $926.10 |
| ESI | Elliser Silla | CON | 0.40 | $200.85 | $80.34 |
| GYC | Gregory Crosby | CON | 1.90 | $200.86 | $381.63 |
| HBU | Hannah Bussey | CON | 4.20 | $200.86 | $843.61 |
| HEF | Heather Fellows | CON | 0.30 | $149.40 | $44.82 |
| ICO | Ignacio Corona | CL | 0.10 | $53.80 | $5.38 |
| IRJ | Ivan Rios Jimenez | CON | 0.60 | $143.40 | $86.04 |
| JCC | Janece Carr | CON | 0.60 | $200.85 | $120.51 |
| JHM | Joetta Thomas | CON | 2.10 | $200.85 | $421.79 |
| KCO | Kaci Courtright | CON | 0.10 | $200.90 | $20.09 |
| KDT | Keith Taylor | CL | 0.10 | $53.80 | $5.38 |
| KPU | Kenneth Pulliam | CON | 8.70 | $200.86 | $1,747.48 |
| KTH | Katherine Turner | CON | 5.20 | $200.87 | $1,044.50 |
| MAP | Manuel Pastor | CON | 3.20 | $200.86 | $642.76 |
| MDO | Matthew Orr | CON | 2.80 | $200.86 | $562.40 |
| MVA | Maria Valencia | CL | 0.20 | $53.80 | $10.76 |
| MVZ | Michael Valadez | CON | 0.10 | $200.90 | $20.09 |
| NBY | Nicole Bishay | CL | 0.20 | $53.80 | $10.76 |
| PS | Other Project Specialist | PS | 10.30 | $100.00 | $1,030.00 |
| RIO | Rosemary Ibarra | CL | 0.90 | $53.84 | $48.46 |
| RJG | Richard Gonzales | CON | 0.10 | $203.30 | $20.33 |
| STP | Stephanie Paul | CON | 0.10 | $125.20 | $12.52 |
| SYO | Shannon Young | CON | 1.80 | $200.85 | $361.53 |

## *Kurtzman Carson Consultants LLC*

*01/01/2021 - 01/31/2021*

### *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| SYU | Susan Yu | CON | 9.80 | $203.28 | $1,992.17 |
| TDL | Tara Dolen | CON | 13.00 | $200.86 | $2,611.21 |
| THU | Terra Hutson | CON | 4.70 | $200.86 | $944.03 |
| VRQ | Vanessa Triana | SMC | 2.40 | $209.40 | $502.56 |
| VTM | Vien Marquez | CON | 3.40 | $200.86 | $682.94 |

|  |  |  |  | *Total* | *$24,120.34* |

# *Kurtzman Carson Consultants LLC*

## *01/01/2021 - 01/31/2021*

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 1/4/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Motions to Compel, Notices of Filing, and Responses [DNs 2156-2157, 2161, 2163-2164] | CON | Noticing | 0.20 |
| 1/4/2021 | SYU | Review mail report for Preis & Bedell Declarations [DNs 2151-2152] | CON | Noticing | 0.10 |
| 1/4/2021 | SYU | Review mail report for Notice of Hearing [DN 2153] | CON | Noticing | 0.10 |
| 1/4/2021 | SYU | Review mail report for Motions to Compel, Notices of Filing, and Responses [DNs 2156-2157, 2161, 2163-2164] | CON | Noticing | 0.10 |
| 1/4/2021 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 1/4/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 1/4/2021 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 1/4/2021 | JHM | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 1/4/2021 | JHM | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 1/4/2021 | JHM | Listen to and transcribe creditor messages to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 1/4/2021 | JHM | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.50 |
| 1/4/2021 | JHM | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| | | | | ***Total for 1/4/2021*** | ***3.70*** |
| 1/5/2021 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.50 |
| 1/5/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 1/5/2021 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Exhibits to Declarations [DNs 2178-2179] | CON | Noticing | 0.30 |
| 1/5/2021 | SYO | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| 1/5/2021 | SYO | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 1/5/2021 | SYO | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 1/5/2021 | SYO | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 1/5/2021 | SYO | Listen to and transcribe creditor messages to ensure a timely response | CON | Communications / Call Center | 0.40 |
| 1/5/2021 | SYO | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| | | | | ***Total for 1/5/2021*** | ***2.90*** |
| 1/6/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 1/6/2021 | EAG | Review mail report for Exhibits to Declarations [DNs 2178-2179] | CON | Noticing | 0.10 |

## *Kurtzman Carson Consultants LLC*

### 01/01/2021 - 01/31/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 1/6/2021 | THU | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| 1/6/2021 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 1/6/2021 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 1/6/2021 | THU | Listen to and transcribe creditor messages to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 1/6/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Hearing Adjournment Notice [DN 2092] | SMC | Noticing | 0.30 |
| | | | ***Total for 1/6/2021*** | | ***1.80*** |
| 1/7/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Exhibits to Declarations [DNs 2178-2179] | CON | Noticing | 0.20 |
| 1/7/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 1/7/2021 | STP | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 1/7/2021 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 1/7/2021 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 1/7/2021 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 1/7/2021 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 1/7/2021 | THU | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.50 |
| 1/7/2021 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| | | | ***Total for 1/7/2021*** | | ***3.60*** |
| 1/8/2021 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 1/8/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 1/8/2021 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 1/8/2021 | AQB | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 1/8/2021 | AQB | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 1/8/2021 | AQB | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| | | | ***Total for 1/8/2021*** | | ***2.50*** |
| 1/11/2021 | EJG | Attention to Cole Schotz, Bedell, Jefferies, KCC & Akin Gump Fee Statements [DNs 2241-2245]  mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |

# *Kurtzman Carson Consultants LLC*

01/01/2021 - 01/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 1/11/2021 | SYU | Correspond with counsel re service of Cole Schotz, Bedell, Jefferies, KCC & Akin Gump Fee Statements | CON | Noticing | 0.10 |
| 1/11/2021 | SYU | Coordinate and generate Cole Schotz, Bedell, Jefferies, KCC & Akin Gump Fee Statements [DNs 2241-2245] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.60 |
| 1/11/2021 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 1/11/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 1/11/2021 | AMU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 1/11/2021 | AMU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 1/11/2021 | AMU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 1/11/2021 | AMU | Listen to and transcribe creditor messages to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 1/11/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Hearing [DN 2153] | SMC | Noticing | 0.30 |
| 1/11/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Preis & Bedell Declarations [DNs 2151-2152] | SMC | Noticing | 0.30 |
| 1/11/2021 | AUE | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.50 |
| 1/11/2021 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 1/11/2021* | *4.50* |
| 1/12/2021 | EJG | Attention to Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 1/12/2021 | EJG | Attention to call center communications with certain creditors, including email communication and telephone conference with E Lisovicz re same | SMC | Case Administration / Maintenance | 0.50 |
| 1/12/2021 | VTM | Assist with Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 1/12/2021 | MDO | Assist with Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 1/12/2021 | MAP | Assist with Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.50 |
| 1/12/2021 | SYU | Coordinate and generate Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.80 |
| 1/12/2021 | SYU | Correspond with counsel re service of Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply | CON | Noticing | 0.10 |
| 1/12/2021 | CET | Meeting with counsel discussing materials for call center associates | CON | Communications / Call Center | 0.50 |

# *Kurtzman Carson Consultants LLC*

### 01/01/2021 - 01/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 1/12/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.10 |
| 1/12/2021 | MVZ | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] | CON | Noticing | 0.10 |
| 1/12/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Exhibits to Declarations [DNs 2178-2179] | SMC | Noticing | 0.30 |
| 1/12/2021 | CHD | Assist with Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| 1/12/2021 | ASL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 1/12/2021 | ASL | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| 1/12/2021 | MVA | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| 1/12/2021 | MVA | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| 1/12/2021 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 1/12/2021 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/12/2021 | PS | Professional time for preparing, printing, inserting, sealing, and metering documents | PS | Document Processing | 10.30 |
| | | | | ***Total for 1/12/2021*** | ***19.20*** |
| 1/13/2021 | EJG | Attention to call center communications re requests to amend claims, including telephone conference with E Lisovicz re same | SMC | Case Administration / Maintenance | 0.40 |
| 1/13/2021 | CCE | Sort and manage incoming case mail received for processing | CON | Document Processing | 0.10 |
| 1/13/2021 | CCE | Assist with mailing case related documents | CON | Noticing | 0.10 |
| 1/13/2021 | SYU | Prepare Certificate of Service re Cole Schotz, Bedell, Jefferies, KCC & Akin Gump Fee Statements [DNs 2241-2245] mailing | CON | Noticing | 0.70 |
| 1/13/2021 | SYU | Update the Master Service List per Notice of Appearance | CON | Noticing | 0.20 |
| 1/13/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 1/13/2021 | CJC | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.10 |
| 1/13/2021 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| 1/13/2021 | BSV | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.20 |
| 1/13/2021 | BSV | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 1/13/2021 | BSV | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| | | | | ***Total for 1/13/2021*** | ***2.90*** |
| 1/14/2021 | EJG | Attention to Notice of Stip and Agreed Order [DN 2276] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |

# *Kurtzman Carson Consultants LLC*

### 01/01/2021 - 01/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 1/14/2021 | KDT | Assist with Notice of Stip and Agreed Order [DN 2276] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 1/14/2021 | VTM | Assist with Notice of Stip and Agreed Order [DN 2276] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 1/14/2021 | MDO | Assist with Notice of Stip and Agreed Order [DN 2276] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 1/14/2021 | IRJ | Assist with Notice of Stip and Agreed Order [DN 2276] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 1/14/2021 | ICO | Assist with Notice of Stip and Agreed Order [DN 2276] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 1/14/2021 | SYU | Prepare Certificate of Service re Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] mailing | CON | Noticing | 0.70 |
| 1/14/2021 | SYU | Electronically file 2 Certificate of Service with the court | CON | Noticing | 0.20 |
| 1/14/2021 | SYU | Correspond with counsel re service of Notice of Stip and Agreed Order | CON | Noticing | 0.10 |
| 1/14/2021 | SYU | Coordinate and generate Notice of Stip and Agreed Order [DN 2276] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 1/14/2021 | CHT | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 1/14/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.10 |
| 1/14/2021 | AOP | Assist with Notice of Stip and Agreed Order [DN 2276] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 1/14/2021 | KCO | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 1/14/2021 | CHD | Assist with Notice of Stip and Agreed Order [DN 2276] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| 1/14/2021 | KTH | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.80 |
| 1/14/2021 | KTH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/14/2021 | KTH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 1/14/2021 | KTH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/14/2021 | KTH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/14/2021 | KTH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/14/2021 | KTH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/14/2021 | KTH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| | | | | *Total for 1/14/2021* | *11.50* |
| 1/15/2021 | EJG | Attention to Cole Schotz Fee Application [DN 2282] mailing, including email communication with counsel re same | SMC | Noticing | 0.30 |
| 1/15/2021 | SYU | Correspond with counsel re service of Cole Schotz Fee Application | CON | Noticing | 0.10 |
| 1/15/2021 | SYU | Coordinate and generate Cole Schotz Fee Application [DN 2282] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.50 |

# *Kurtzman Carson Consultants LLC*

### 01/01/2021 - 01/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 1/15/2021 | SYU | Update case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 1/15/2021 | HEF | Manage and review tracking of undeliverable mail re Notice of Stip and Agreed Order [DN 2276] | CON | Undeliverable Mail Processing | 0.10 |
| 1/15/2021 | HBU | Prepare Certificate of Service for Notice of Stip and Agreed Order [DN 2276] mailing | CON | Noticing | 3.90 |
| 1/15/2021 | CET | Return creditor inquiries (2) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.40 |
| 1/15/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 1/15/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.20 |
| 1/15/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/15/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/15/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 1/15/2021 | TDL | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| 1/15/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| | | | | *Total for 1/15/2021* | *8.80* |
| 1/18/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for  Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] | CON | Noticing | 0.20 |
| | | | | *Total for 1/18/2021* | *0.20* |
| 1/19/2021 | EJG | Attention to Notice of Adjournment [DN 2291] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 1/19/2021 | VTM | Assist with Notice of Adjournment [DN 2291] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 1/19/2021 | MDO | Assist with Notice of Adjournment [DN 2291] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 1/19/2021 | DAK | Assist with Notice of Adjournment [DN 2291] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 1/19/2021 | EGA | Assist with Notice of Adjournment [DN 2291] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 1/19/2021 | RIO | Assist with Notice of Adjournment [DN 2291] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 1/19/2021 | SYU | Correspond with counsel re service of Notice of Adjournment | CON | Noticing | 0.10 |
| 1/19/2021 | SYU | Coordinate and generate Notice of Adjournment [DN 2291] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 1/19/2021 | SYU | Review Certificate of Service re Notice of Stip and Agreed Order [DN 2276] mailing | CON | Noticing | 0.30 |
| 1/19/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 1/19/2021 | AKW | Review Certificate of Service for Notice of Stip and Agreed Order [DN 2276] mailing | CON | Noticing | 0.80 |

# *Kurtzman Carson Consultants LLC*

### 01/01/2021 - 01/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 1/19/2021 | AKW | Quality check Notice of Adjournment [DN 2291] mailing, including checking service lists, document, and email service | CON | Noticing | 0.80 |
| 1/19/2021 | HBU | Prepare Certificate of Service for Notice of Stip and Agreed Order [DN 2276] mailing | CON | Noticing | 0.30 |
| 1/19/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.60 |
| 1/19/2021 | EAG | Prepare Certificate of Service for Cole Schotz Fee App [DN 2282] mailing | CON | Noticing | 1.30 |
| 1/19/2021 | AOP | Assist with Notice of Adjournment [DN 2291] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 1/19/2021 | CHZ | Coordinate and generate Notice of Adjournment [DN 2291] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 3.60 |
| 1/19/2021 | VRQ | Coordinate and facilitate service of Notice of Adjournment [DN 2291] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 0.30 |
| 1/19/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.20 |
| 1/19/2021 | CHD | Assist with Notice of Adjournment [DN 2291] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| 1/19/2021 | TDL | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.80 |
| 1/19/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/19/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/19/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 1/19/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/19/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/19/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/19/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/19/2021 | TDL | Listen to and transcribe creditor messages to ensure a timely response | CON | Communications / Call Center | 0.60 |
| 1/19/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| | | | | **Total for 1/19/2021** | **17.90** |
| 1/20/2021 | SYU | Review Certificate of Service re Cole Schotz Fee Application [DN 2282] mailing | CON | Noticing | 0.30 |
| 1/20/2021 | SYU | Review Certificate of Service re Notice of Adjournment [DN 2291] mailing | CON | Noticing | 0.30 |
| 1/20/2021 | SYU | Electronically file 2 Certificates of Service with the court | CON | Noticing | 0.20 |
| 1/20/2021 | HEF | Manage and review tracking of undeliverable mail re Notice of Adjournment [DN 2291] | CON | Undeliverable Mail Processing | 0.10 |
| 1/20/2021 | AKW | Review Certificate of Service for Notice of Adjournment [DN 2291] mailing | CON | Noticing | 1.10 |
| 1/20/2021 | AKW | Review Certificate of Service for Cole Schotz Fee App [DN 2282] electronic mailing | CON | Noticing | 0.40 |
| 1/20/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 1/20/2021 | EAG | Prepare Certificate of Service for Cole Schotz Fee App [DN 2282] mailing | CON | Noticing | 0.30 |

# Kurtzman Carson Consultants LLC

### 01/01/2021 - 01/31/2021

### Time Detail

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 1/20/2021 | CHZ | Prepare Certificate of Service for Notice of Adjournment [DN 2291] mailing | CON | Noticing | 2.60 |
| 1/20/2021 | CHZ | Review mail report for Notice of Adjournment [DN 2291] | CON | Noticing | 0.10 |
| 1/20/2021 | DHP | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.30 |
| 1/20/2021 | RJG | Review invoice for accuracy and completeness | CON | Case Administration / Maintenance | 0.10 |
| 1/20/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 1/20/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/20/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/20/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/20/2021 | TDL | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| | | | | *Total for 1/20/2021* | *8.80* |
| 1/21/2021 | EJG | Attention to Reply, Notice and Declaration [DNs 2316-2318] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 1/21/2021 | VTM | Assist with Reply, Notice and Declaration [DNs 2316-2318] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.80 |
| 1/21/2021 | MDO | Assist with Reply, Notice and Declaration [DNs 2316-2318] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 1/21/2021 | IRJ | Assist with Reply, Notice and Declaration [DNs 2316-2318] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 1/21/2021 | ESI | Electronically process, generate barcodes and scan pleadings from Pacer website into KCC CaseView | CON | Document Processing | 0.40 |
| 1/21/2021 | MAP | Assist with Reply, Notice and Declaration [DNs 2316-2318] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.10 |
| 1/21/2021 | EGA | Assist with Reply, Notice and Declaration [DNs 2316-2318] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.80 |
| 1/21/2021 | RIO | Assist with Reply, Notice and Declaration [DNs 2316-2318] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.80 |
| 1/21/2021 | SYU | Correspond with counsel re service of Reply, Notice and Declaration | CON | Noticing | 0.10 |
| 1/21/2021 | SYU | Coordinate and generate Reply, Notice and Declaration [DNs 2316-2318] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 1/21/2021 | CET | Return creditor inquiries (3) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.60 |
| 1/21/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 1/21/2021 | EAG | Coordinate and generate Mailing: Reply, Notice and Declaration [DNs 2316-2318] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 3.30 |
| 1/21/2021 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Stip and Agreed Order [DN 2276] | CON | Noticing | 0.30 |
| 1/21/2021 | VRQ | Coordinate and facilitate service of Reply, Notice and Declaration [DNs 2316-2318] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 1.00 |

## *Kurtzman Carson Consultants LLC*

### 01/01/2021 - 01/31/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 1/21/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Motions to Compel, Notices of Filing, and Responses [DNs 2156-2157, 2161, 2163-2164] | SMC | Noticing | 0.30 |
| 1/21/2021 | CHD | Assist with Reply, Notice and Declaration [DNs 2316-2318] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| 1/21/2021 | TDL | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| 1/21/2021 | TDL | Listen to and transcribe creditor messages to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 1/21/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 1/21/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 1/21/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 1/21/2021* | *13.30* |
| 1/22/2021 | HEF | Manage and review tracking of undeliverable mail re Reply, Notice and Declaration [DNs 2316-2318] | CON | Undeliverable Mail Processing | 0.10 |
| 1/22/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 1/22/2021 | EAG | Prepare Certificate of Service for Reply, Notice and Declaration [DNs 2316-2318] mailing | CON | Noticing | 4.20 |
| 1/22/2021 | JCC | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.40 |
| 1/22/2021 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 1/22/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.50 |
| 1/22/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 1/22/2021* | *5.90* |
| 1/23/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] | CON | Noticing | 0.20 |
| 1/23/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Stip and Agreed Order [DN 2276] | CON | Noticing | 0.20 |
| 1/23/2021 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] | CON | Noticing | 0.20 |
| 1/23/2021 | SYU | Update case calendar to the public access website | CON | Maintenance of Public Access Website | 0.20 |
| | | | | *Total for 1/23/2021* | *0.80* |
| 1/25/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Reply, Notice and Declaration [DNs 2316-2318] | CON | Noticing | 0.10 |
| 1/25/2021 | CCE | Sort and manage incoming case mail received for processing | CON | Document Processing | 0.10 |

# *Kurtzman Carson Consultants LLC*

### 01/01/2021 - 01/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 1/25/2021 | SYU | Review Certificate of Service re Reply, Notice and Declaration [DNs 2316-2318] mailing | CON | Noticing | 0.30 |
| 1/25/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.50 |
| 1/25/2021 | EAG | Prepare Certificate of Service for Reply, Notice and Declaration [DNs 2316-2318] mailing | CON | Noticing | 0.20 |
| 1/25/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 1/25/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 1/25/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 1/25/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 1/25/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.20 |
| 1/25/2021 | KPU | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.60 |
| 1/25/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | **Total for 1/25/2021** | **4.20** |
| 1/26/2021 | SYU | Perform administrative review of Master Service List to confirm proper service list formatting and inclusion of notice of appearance parties | CON | Noticing | 0.50 |
| 1/26/2021 | SYU | Review mail report for Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] | CON | Noticing | 0.10 |
| 1/26/2021 | SYU | Review mail report for Notice of Stip and Agreed Order [DN 2276] | CON | Noticing | 0.10 |
| 1/26/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 1/26/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 1/26/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 1/26/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 1/26/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 1/26/2021 | KPU | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.60 |
| 1/26/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| | | | | **Total for 1/26/2021** | **3.30** |
| 1/27/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 1/27/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 1/27/2021 | KPU | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| 1/27/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |

# *Kurtzman Carson Consultants LLC*

### 01/01/2021 - 01/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 1/27/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 1/27/2021* | *1.30* |
| 1/28/2021 | EJG | Attention to Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 2330-2335] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 1/28/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for  Notice of Stip and Agreed Order [DN 2276] | CON | Noticing | 0.10 |
| 1/28/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for  Notice of Adjournment [DN 2291] | CON | Noticing | 0.10 |
| 1/28/2021 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] | CON | Noticing | 0.10 |
| 1/28/2021 | SYU | Update the Master Service List re Notice of Appearance | CON | Noticing | 0.20 |
| 1/28/2021 | SYU | Correspond with counsel re service of Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements | CON | Noticing | 0.10 |
| 1/28/2021 | SYU | Coordinate and generate Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 2330-2335] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.60 |
| 1/28/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 1/28/2021 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Adjournment [DN 2291] | CON | Noticing | 0.30 |
| 1/28/2021 | KPU | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.30 |
| 1/28/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 1/28/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 1/28/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 1/28/2021* | *3.30* |
| 1/29/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for  Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] | CON | Noticing | 0.10 |
| 1/29/2021 | CCE | Organize and file general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.10 |
| 1/29/2021 | MAP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Reply, Notice and Declaration [DNs 2316-2318] | CON | Noticing | 0.30 |
| 1/29/2021 | SYU | Update case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 1/29/2021 | CET | Return creditor inquiries (5) regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.80 |

# *Kurtzman Carson Consultants LLC*

01/01/2021 - 01/31/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 1/29/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.80 |
| 1/29/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 1/29/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 1/29/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 1/29/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 1/29/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 1/29/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 1/29/2021 | KPU | Assist call center agents in responding to creditor inquiries to ensure accurate and timely responses | CON | Communications / Call Center | 0.60 |
| 1/29/2021 | KPU | Listen to and transcribe creditor messages to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 1/29/2021 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |

*Total for 1/29/2021*   **5.90**

**Total Hours**   **126.30**

# *Kurtzman Carson Consultants LLC*

01/01/2021 - 01/31/2021

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $1,040.65 |
| Printing and Mailing Expenses (See Exhibit) | | | $5,078.98 |
| | | ***Total Expenses*** | ***$6,119.63*** |

# *Kurtzman Carson Consultants LLC*

01/01/2021 - 01/31/2021

## *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 1/12/2021 | Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] | 51 | First Class Mail | | |
| | | 31,110 | Image notice printing Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] | $0.11 | $3,422.10 |
| | | 51 | Non-Standard Envelopes | $0.36 | $18.36 |
| 1/14/2021 | Notice of Stip and Agreed Order [DN 2276] | 51 | First Class Mail | | |
| | | 510 | Image notice printing for 1 document, including Purdue 2276 - Notice of STB Stipulation.pdf | $0.11 | $56.10 |
| | | 51 | Standard Envelopes | $0.14 | $7.14 |
| 1/19/2021 | Notice of Adjournment [DN 2291] | 51 | First Class Mail | | |
| | | 306 | Image notice printing for 1 document, including Purdue 2291 - Ntc of Adjournment | $0.11 | $33.66 |
| | | 51 | Standard Envelopes | $0.14 | $7.14 |
| 1/21/2021 | Reply, Notice and Declaration [DNs 2316-2318] | 51 | First Class Mail | | |
| | | 4,692 | Image notice printing for 3 documents, including Purdue DN 2316 - Reply in Support of Motion, Purdue DN 2317 - Notice of Filing of Unredacted Preis Declaration, Purdue DN 2318 - Preis Declaration | $0.11 | $516.12 |
| | | 51 | Non-Standard Envelopes | $0.36 | $18.36 |

### *Total Printing and Mailing Expenses* $4,078.98