**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P. , *et al.*,** | Case No. 19-23649 (RDD) |
| | **(Jointly Administered)** |
| Debtors. [1] | |

### SUMMARY OF FIRST INTERIM FEE APPLICATION OF PRIME CLERK LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD FROM FEBRUARY 1, 2020 THROUGH JANUARY 31, 2021</u>

| | |
|---|---|
| Name of Applicant: | Prime Clerk LLC |
| Authorized to Provide Services as: | Administrative Advisor |
| Date of Retention: | November 21, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for which compensation and reimbursement is sought: | February 1, 2020 through January 31, 2021 (**"Interim Fee Period"**)[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $16,432.25 |
| Amount of Expense Reimbursement Sought: | $0.00 |

**Total Amount of Fees and Expense Reimbursement**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] Prime Clerk did not incur any fees or expenses in its capacity as administrative advisor prior to February 2020, nor did it incur any fees or expenses in such capacity from March through July 2020, or from September through November 2020. Due to the deminimis amounts incurred during the prior interim periods, this is Prime Clerk's first interim fee application.

**Sought as Actual, Reasonable and Necessary:**    $16,432.25

**Total Amount to Be Paid at This Time:**    $3,286.45

This is an: _____ monthly __X__ interim _____ final application.

### Prior Interim Fee Applications

This is Prime Clerk's first interim fee application.

### Prior Monthly Fee Statement Filed During the Interim Fee Period

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses | Holdback (20%) |
|---|---|---|---|---|---|---|
| 3/1/21; ECF No. 2431 | 2/1/20 – 2/29/20; 8/1/20 – 8/31/20; 12/1/20 – 1/31/21 | $16,432.25 (payment of 80% or $13,145.80) | $0.00 | $13,145.80 (80% of $16,432.25) | $0.00 | $3,286.45 |

### Summary of Hours Billed by Prime Clerk Employees During the Interim Fee Period

| Employee Name | Title | Total Hours | Rate[3] | Total |
|---|---|---|---|---|
| Daloia, James F | Director of Solicitation | 3.20 | $231.50 | $740.80 |
| Johnson, Craig | Director of Solicitation | 15.90 | $231.50 | $3,680.85 |
| Orchowski, Alex T | Director of Solicitation | 30.60 | $231.50 | $7,083.90 |
| Pullo, Christina | Director of Solicitation | 0.90 | $231.50 | $208.35 |
| Sharp, David | Director of Solicitation | 1.90 | $231.50 | $439.85 |
| Orchowski, Alex T | Director of Solicitation | 0.90 | $220.50 | $198.45 |
| Pullo, Christina | Director of Solicitation | 1.40 | $220.50 | $308.70 |
| Corr, Stacey | Director | 1.00 | $214.90 | $214.90 |
| Faust, Georgia L | Director | 4.20 | $214.90 | $902.58 |
| Hill, Mike | Director | 0.60 | $214.90 | $128.94 |
| Brunswick, Gabriel | Director | 0.30 | $204.70 | $61.41 |
| Brodeur, Sarah | Solicitation Consultant | 0.90 | $209.40 | $188.46 |
| Brown, Mark M | Solicitation Consultant | 0.20 | $209.40 | $41.88 |
| Carpenter, Mary J | Solicitation Consultant | 5.30 | $209.40 | $1,109.82 |
| Gray, Ackheem J | Solicitation Consultant | 0.50 | $209.40 | $104.70 |
| Kesler, Stanislav | Solicitation Consultant | 1.10 | $209.40 | $230.34 |
| Mackey, Tessa Rose Lord | Solicitation Consultant | 1.20 | $209.40 | $251.28 |

---

[3] Prime Clerk's hourly rates increased effective January 1, 2021 in accordance with the terms of Prime Clerk's engagement. In addition, certain Prime Clerk employees were promoted during the Statement Period and thus appear under both their current and former titles, as applicable.

| | | | | |
|---|---|---|---|---|
| Okimoto, Kaitlin | Solicitation Consultant | 0.90 | $209.40 | $188.46 |
| Steinberg, Zachary | Solicitation Consultant | 1.20 | $209.40 | $251.28 |
| Taatjes, Hayden S | Solicitation Consultant | 1.10 | $209.40 | $230.34 |
| Vyskocil, Ryan J | Solicitation Consultant | 5.50 | $209.40 | $1,151.70 |
| Zarzuela, Leonel | Solicitation Consultant | 1.80 | $209.40 | $376.92 |
| Champagnie, Kadeem A | Senior Consultant | 0.50 | $170.80 | $85.40 |
| Champagnie, Kadeem A | Consultant | 0.50 | $157.50 | $78.75 |
| | **TOTAL** | **81.60** | | **$18,258.06[4]** |
| | **BLENDED RATE** | | **$223.75** | |

### Summary of Hours Billed by Subject Matter During the Interim Fee Period

| Matter Description | Total Hours | Total |
|---|---|---|
| Call Center / Credit Inquiry | 7.00 | $1,513.78 |
| Retention / Fee Application | 0.30 | $61.41 |
| Solicitation | 74.30 | $16,682.87 |
| **TOTAL** | **81.60** | **$18,258.06[5]** |

### Summary of Expenses Incurred During the Interim Fee Period

| Description | Total |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

*[Remainder of page intentionally left blank]*

---

[4, 5]This amount has been discounted to $16,432.25 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $201.38.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P. , et al.**,<br><br><br>Debtors. [1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

## FIRST INTERIM FEE APPLICATION OF PRIME CLERK LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH JANUARY 31, 2021

Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to Purdue Pharma L.P. and certain of its affiliates as debtors and debtors in possession (collectively, the "**Debtors**"), files this first interim fee application (the "**Application**"), pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Rules (the "**Local Bankruptcy Rules**") of the United States Bankruptcy Court for the Southern District of New York (the "**Court**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

interim period from February 1, 2020 through January 31, 2021 (the "**Interim Fee Period**").[2]  In

support of the Application, Prime Clerk respectfully represents as follows:

### Jurisdiction

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the

Amended Standing Order Reference of the United States District Court for the Southern District

of New York, dated January 31, 2012 (Preska, C.J.).  This is a core proceeding pursuant to 28

U.S.C. § 157(b)(2)(A).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The predicates for the relief requested herein are sections 327, 330 and 331 of the

Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1 and the Compensation

Order.

### Background

3.      On September 15 and September 16, 2019 (together, the "**Petition Date**"), each of

the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.

The Debtors continue to manage and operate their businesses as debtors in possession under

sections 1107 and 1108 of the Bankruptcy Code.  Joint administration of the Debtors' cases was

authorized by the Court by entry of an order on September 18, 2019.  On September 27, 2019, the

Office of the United States Trustee for the Southern District of New York appointed an Official

Committee of Unsecured Creditors to serve in these chapter 11 cases.

### Retention of Prime Clerk

4.      On November 21, 2019, the Court entered the *Order Authorizing Employment and*

*Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date*

---

[2] Prime Clerk did not incur any fees or expenses in its capacity as administrative advisor prior to February 2020, nor did it incur any fees or expenses from March through July 2020, or from September through November 2020. Due to the deminimis amounts incurred during the prior interim periods, this is Prime Clerk's first interim fee application.

[Docket No. 531] (the "**Administrative Advisor Order**"), which authorized the Debtors to employ and retain Prime Clerk as administrative advisor *nunc pro tunc* to the Petition Date.

## Relief Requested

5.      By this Application, Prime Clerk seeks allowance on an interim basis of compensation for professional services rendered to the Debtors during the Interim Fee Period in the aggregate amount of $16,432.25 and for reimbursement of actual and necessary expenses incurred in connection with the rendering of such services in the aggregate amount of $0.00, for a total aggregate amount of $16,432.25.  Itemized invoices for the Interim Fee Period are attached hereto as **Exhibit A**.

## Monthly Compensation

6.      Pursuant to the Compensation Order, Prime Clerk has previously submitted a description of the hours it spent rendering services to the Debtors during the Interim Fee Period and a request for allowance and payment of fees and expenses related to such services in its monthly fee statement filed at Docket No. 2431 (the "**Monthly Fee Statement**").

7.      All services for which compensation has been requested by Prime Clerk during the Interim Fee Period were performed for or on behalf of the Debtors.  The fees and disbursements sought by this Application do not include any fees or disbursements that have been sought for services provided by Prime Clerk under the Claims and Noticing Agent Retention Order,[3] which provides for separate procedures for the payment of such fees and disbursements.  Similarly, no fees or disbursements for services provided to the Debtors under the Claims and Noticing Agent Retention Order has been sought by the Monthly Fee Statement or is being sought hereby.

---

[3] The Claims and Noticing Agent Retention Order is that certain *Order Authorizing Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent for the Debtors*, entered by the Court on September 18, 2019 [Docket No. 60].

8.      Lastly, except to the extent of the advance paid to Prime Clerk (as described in the Prime Clerk LLC Engagement Letter between Prime Clerk and the Debtors) and payment of the fees and disbursements sought in the Monthly Fee Statement, Prime Clerk has neither sought nor received any payment or promises for payment from any source during the Interim Fee Period in connection with the matters described in this Application.  Also, there is no agreement or understanding between Prime Clerk and any other person, other than the affiliates, partners, managers, directors and employees of Prime Clerk, for sharing of the compensation to be received for services rendered to the Debtors in these chapter 11 cases.

### Summary of Professional Services Rendered

9.      The professional services that Prime Clerk rendered during the Interim Fee Period are grouped by subject matter and summarized as follows:

- **Call Center / Credit Inquiry**

Fees:  $1,513.78; Hours:  7.00

Call Center / Credit Inquiry services provided included conferring and coordinating among the Prime Clerk case team, Debtors' counsel and other professionals regarding communications logistics in advance of the Debtors upcoming solicitation, including the preparation of written responses to frequently asked questions.

- **Retention / Fee Application**

Fees:  $61.41; Hours:  0.30

Retention / Fee Application services provided included preparing, revising, and filing Prime Clerk's supplemental declaration filed at Docket No. 1702.

4

- **Solicitation**

Fees: $16,682.87; Hours: 74.30

Solicitation services provided included: (i) conferring and coordinating among the Prime Clerk case team and Debtors' counsel regarding solicitation matters, including logistics and strategies for implementing unique solicitation procedures; (ii) researching precedent cases in connection with the development of unique solicitation procedures; and (iii) reviewing and providing comments to draft solicitation documents and materials in advance of the upcoming solicitation, including timelines, voting procedures and notices. Due to the unprecedented number of potential voting creditors in this case, Prime Clerk devoted significant time to developing and preparing to implement new and unique procedures in advance of the upcoming solicitation.

## Summary of Expenses Incurred

10.     Prime Clerk is not currently aware of any actual and necessary expenses incurred during the Interim Fee Period in rendering the services described herein.

### Prime Clerk's Requested Fees and
### Reimbursement of Expenses Should Be Allowed by this Court

11.     Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered … and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 sets forth the criteria for the award of compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded … the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (a)      the time spent on such services;
>
> (b)      the rates charged for such services;

(c)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(d)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(e)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(f)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

12.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amounts requested by Prime Clerk are fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

13.    In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its professionals and to cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

14.    Lastly, Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative agent to the Debtors. **Exhibit A** hereto: (a) identifies the employee that rendered services in each task category; (b) describes each service such employee performed; (c) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (d) as applicable, lists the amount and type of expenses incurred.

## **Allowance of Compensation and Reimbursement of Expenses**

15.     Prime Clerk requests that it be allowed, on an interim basis, compensation for professional services rendered and reasonable and necessary expenses incurred during the Interim Fee Period in the aggregate amount of $16,432.25 and $0.00, respectively, for a total aggregate amount of $16,432.25.  It is possible that some time expended or expenses incurred during the Interim Fee Period are not reflected in this Application.  Prime Clerk reserves the right to include such amounts in future fee applications.

## **Certification of Compliance and Waiver**

16.     The undersigned has reviewed the requirements of Rule 2016-1 of the Local Rules and that the Application substantially complies with that Local Rule.  To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-1, Prime Clerk believes that such deviations are not material and respectfully requests that any such requirements be waived.

## **Notice**

17.     Pursuant to the Compensation Order, this Application will be served upon the Fee Notice Parties (as defined in the Compensation Order).  Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

## **Conclusion**

WHEREFORE, Prime Clerk respectfully requests that the Court enter an order: (a) granting Prime Clerk interim allowance of compensation for professional services rendered in the aggregate amount of $16,432.25, which represents 100% of the total compensation for professional services rendered by Prime Clerk during the Interim Fee Period; (b) granting Prime Clerk reimbursement of $0.00 for 100% of the actual and necessary costs and expenses incurred by Prime Clerk during

the Interim Fee Period; (c) authorizing and directing the Debtors to pay Prime Clerk $16,432.25

(less any amounts previously paid) for professional services rendered and for actual and necessary

expenses; and (d) granting such other and further relief as is just and proper.

Dated:  March 15, 2021
New York, New York

/s/ Shira D. Weiner

Shira D. Weiner
General Counsel
Prime Clerk LLC
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, New York 10165
Phone: (212) 257-5450
sweiner@primeclerk.com

*Administrative Advisor to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P. , *et al.*,** | Case No. 19-23649 (RDD) |
| | **(Jointly Administered)** |
| Debtors. [1] | |

## CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF FIRST INTERIM FEE APPLICATION OF PRIME CLERK LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2020 THROUGH JANUARY 31, 2021

I, Shira D. Weiner, hereby certify that:

1.      I am the General Counsel of Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to Purdue Pharma L.P. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**").

2.      This certification is made in respect of Prime Clerk's compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, effective as of February 5, 2013 (as adopted by General Order M-447) (the "**Local Guidelines**"), and the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330 effective January 30,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1996 (the "**UST Guidelines**" together with the Local Guidelines, the "**Fee Guidelines**"), in connection with Prime Clerk's interim fee application (the "**Application**") for allowance and approval of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the period from February 1, 2020 through January 31, 2021 (the "**Interim Fee Period**").

3.      In respect of Section B.1 of the Local Guidelines, I certify that:

    (a)      I have read the Application;

    (b)      to the best of my knowledge, information and belief formed after reasonable inquiry, the fees and expenses sought fall within the Fee Guidelines;

    (c)      the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Prime Clerk and generally accepted by Prime Clerk's clients; and

    (d)      in seeking the reimbursement of expenses described in the Application, Prime Clerk did not make a profit on those services, whether performed by Prime Clerk in-house or through a third party.

4.      In respect of Section B.2 of the Local Guidelines, I certify that Prime Clerk has provided the U.S. Trustee, the Debtors and their attorneys, and counsel to the Official Committee of Unsecured Creditors (the "**Committee**") with a statement of Prime Clerk's fees and expenses accrued during the Interim Fee Period.

5.      In respect of Section B.3 of the Local Guidelines, I certify that the Debtors, its attorneys, counsel to the Committee and the U.S. Trustee are each being provided with a copy of the Application.

6.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Dated:  March 15, 2021
            New York, New York                           */s/ Shira D. Weiner*
                                                         Shira D. Weiner
                                                         General Counsel
                                                         Prime Clerk LLC
                                                         One Grand Central Place
                                                         60 East 42nd Street, Suite 1440
                                                         New York, New York 10165
                                                         Phone: (212) 257-5450
                                                         sweiner@primeclerk.com

                                                         *Administrative Advisor to the Debtors*

3

**<u>Exhibit A</u>**



One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

primeclerk.com

## Hourly Fees by Employee through February  2020

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| CP | Pullo, Christina | DS - Director of Solicitation | 1.40 | $220.50 | $308.70 |
| | | **TOTAL:** | **1.40** | | **$308.70** |

## Hourly Fees by Task Code through February  2020

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| SOLI | Solicitation | 1.40 | $308.70 |
| | **TOTAL:** | **1.40** | **$308.70** |

Purdue Pharma

Page 2

Invoice #: 11836

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 02/04/20 | CP | DS | Coordinate with S. Waisman (Prime Clerk) regarding call to discuss solicitation issues | Solicitation | 0.10 |
| 02/06/20 | CP | DS | Coordinate with S. Waisman (Prime Clerk) regarding solicitation call | Solicitation | 0.10 |
| 02/13/20 | CP | DS | Review proof of claim forms in preparation for plan classification and solicitation call (.2); participate on call with Davis Polk and PJT regarding solicitation process (.6); coordinate with Prime Clerk case team (S. Bindra, S. Waisman, B. Schrag) regarding same (.2); review draft chapter 11 timeline (.1); draft email to Davis Polk team regarding same (.1) | Solicitation | 1.20 |

**Total Hours**     **1.40**



One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

primeclerk.com

### Hourly Fees by Employee through August  2020

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| KAC | Champagnie, Kadeem A | CO - Consultant | 0.50 | $157.50 | $78.75 |
| GB | Brunswick, Gabriel | DI  - Director | 0.30 | $204.70 | $61.41 |
| | | **TOTAL:** | **0.80** | | **$140.16** |

### Hourly Fees by Task Code through August  2020

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| INQR | Call Center / Credit Inquiry | 0.50 | $78.75 |
| RETN | Retention / Fee Application | 0.30 | $61.41 |
| | **TOTAL:** | **0.80** | **$140.16** |

Purdue Pharma

Page 2

Invoice #: 13282

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 08/04/20 | KAC | CO | Review and respond to inquiry from S. Lemack (AlixPartners) related to Schedules & SOFA | Call Center / Credit Inquiry | 0.50 |
| 08/06/20 | GB | DI | Draft supplemental declaration | Retention / Fee Application | 0.30 |
| | | | | **Total Hours** | **0.80** |



**Hourly Fees by Employee through December  2020**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 0.90 | $220.50 | $198.45 |
| | | **TOTAL:** | **0.90** | | **$198.45** |

**Hourly Fees by Task Code through December  2020**

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| SOLI | Solicitation | 0.90 | $198.45 |
| | **TOTAL:** | **0.90** | **$198.45** |

Purdue Pharma                                                                    Page 2
                                                                    Invoice #: 14331

_____

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 12/23/20 | ATO | DS | Review and respond to inquiries from Dylan Consla (Davis Polk) related to solicitation logistics | Solicitation | 0.90 |
| | | | | **Total Hours** | **0.90** |

Prime Clerk | A Division of DUFF&PHELPS

One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

primeclerk.com

## Hourly Fees by Employee through January  2021

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| KAC | Champagnie, Kadeem A | SC  - Senior Consultant | 0.50 | $170.80 | $85.40 |
| SABR | Brodeur, Sarah | SA  - Solicitation Consultant | 0.90 | $209.40 | $188.46 |
| MMB | Brown, Mark M | SA  - Solicitation Consultant | 0.20 | $209.40 | $41.88 |
| MJCA | Carpenter, Mary J | SA  - Solicitation Consultant | 5.30 | $209.40 | $1,109.82 |
| AJG | Gray, Ackheem J | SA  - Solicitation Consultant | 0.50 | $209.40 | $104.70 |
| STK | Kesler, Stanislav | SA  - Solicitation Consultant | 1.10 | $209.40 | $230.34 |
| TRLM | Mackey, Tessa Rose Lord | SA  - Solicitation Consultant | 1.20 | $209.40 | $251.28 |
| KOK | Okimoto, Kaitlin | SA  - Solicitation Consultant | 0.90 | $209.40 | $188.46 |
| ZS | Steinberg, Zachary | SA  - Solicitation Consultant | 1.20 | $209.40 | $251.28 |
| HST | Taatjes, Hayden S | SA  - Solicitation Consultant | 1.10 | $209.40 | $230.34 |
| RJV | Vyskocil, Ryan J | SA  - Solicitation Consultant | 5.50 | $209.40 | $1,151.70 |
| LZ | Zarzuela, Leonel | SA  - Solicitation Consultant | 1.80 | $209.40 | $376.92 |
| STCO | Corr, Stacey | DI  - Director | 1.00 | $214.90 | $214.90 |
| GLF | Faust, Georgia L | DI  - Director | 4.20 | $214.90 | $902.58 |
| MHI | Hill, Mike | DI  - Director | 0.60 | $214.90 | $128.94 |
| JFD | Daloia, James F | DS - Director of Solicitation | 3.20 | $231.50 | $740.80 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 15.90 | $231.50 | $3,680.85 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 30.60 | $231.50 | $7,083.90 |
| CP | Pullo, Christina | DS - Director of Solicitation | 0.90 | $231.50 | $208.35 |
| DS | Sharp, David | DS - Director of Solicitation | 1.90 | $231.50 | $439.85 |
| | | **TOTAL:** | **78.50** | | **$17,610.75** |

## Hourly Fees by Task Code through January  2021

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| INQR | Call Center / Credit Inquiry | 6.50 | $1,435.03 |

Purdue Pharma                                                                    Page 2

Invoice #: 14593

| | | | |
|---|---|---|---|
| SOLI | Solicitation | 72.00 | $16,175.72 |
| | **TOTAL:** | **78.50** | **$17,610.75** |

Purdue Pharma

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 01/06/21 | ATO | DS | Review and respond to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 1.30 |
| 01/08/21 | ATO | DS | Review and respond to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 2.30 |
| 01/08/21 | ATO | DS | Confer and coordinate with H. Baer and C. Johnson (Prime Clerk) related to solicitation mailing | Solicitation | 0.90 |
| 01/08/21 | CJ | DS | Telephone conference with H. Baer, R. Vyskocil and A. Orchowski (Prime Clerk) re reviewing claims register in advance of solicitation preparation | Solicitation | 0.40 |
| 01/08/21 | LZ | SA | Confer and coordinate with A. Orchowski (Prime Clerk) re ongoing solicitation | Solicitation | 0.50 |
| 01/11/21 | ATO | DS | Review and respond to inquiries from D. Consla (Davis Polk) related to solicitation logistics | Solicitation | 1.00 |
| 01/11/21 | CJ | DS | Conduct research and compile precedent cases in preparation of crafting solicitation procedures | Solicitation | 0.80 |
| 01/11/21 | GLF | DI | Confer and coordinate re communication logistics and case status; confer re call center logistics in connection with upcoming solicitation | Call Center / Credit Inquiry | 0.60 |
| 01/12/21 | ATO | DS | Confer and coordinate with D. Consla (Davis Polk) regarding upcoming solicitation conference call | Solicitation | 0.30 |
| 01/12/21 | ATO | DS | Prepare for and participate in telephone conference with R. Posner (Teneo) regarding upcoming solicitation | Solicitation | 0.90 |
| 01/12/21 | CJ | DS | Conduct research and compile precedent cases in preparation of crafting solicitation procedures | Solicitation | 0.50 |
| 01/12/21 | CJ | DS | Research and review "best practices" pertaining to solicitation procedures in advance of providing suggested edits to process | Solicitation | 0.90 |
| 01/12/21 | CJ | DS | Telephone conference with K. Brountzas, G. Faust and A. Orchowski (Prime Clerk) re coordinating on drafting FAQs | Call Center / Credit Inquiry | 0.20 |
| 01/12/21 | CJ | DS | Telephone conference with K. Brountzas, G. Faust, A. Orchowski (Prime Clerk), R. Posner and E. Cummings (Teneo) re fashioning communications protocol in connection with upcoming solicitation | Call Center / Credit Inquiry | 0.20 |
| 01/12/21 | CJ | DS | Coordinate with A. Orchowski (Prime Clerk) re prospective solicitation procedures | Solicitation | 0.20 |
| 01/13/21 | ATO | DS | Confer and coordinate with C. Johnson (Prime Clerk) regarding solicitation logistics conference call | Solicitation | 0.40 |
| 01/13/21 | CJ | DS | Conduct research in precedence for purposes of assisting in the drafting of solicitation procedures | Solicitation | 0.60 |
| 01/13/21 | CJ | DS | Confer with K. Brountzas (Prime Clerk) re generating FAQs in connection with projected solicitation | Solicitation | 0.20 |

| 01/13/21 | MJCA | SA | Review and analyze solicitation procedures to be discussed with C. Johnson (Prime Clerk) in preparation of solicitation planning | Solicitation | 0.50 |
|---|---|---|---|---|---|
| 01/14/21 | ATO | DS | Telephone conference with D. Sharp, C. Johnson, R. Vyskocil, S. Kesler, H. Taatjes and M. Carpenter (Prime Clerk) re projected solicitation procedures | Solicitation | 1.10 |
| 01/14/21 | ATO | DS | Prepare for telephone conference call with D. Sharp, C. Johnson, R. Vyskocil, S. Kesler, H. Taatjes and M. Carpenter (Prime Clerk) re projected solicitation procedures | Solicitation | 1.00 |
| 01/14/21 | CJ | DS | Review precedent solicitation procedures to glean "best practices" | Solicitation | 1.20 |
| 01/14/21 | CJ | DS | Telephone conference with D. Sharp, A. Orchowski, R. Vyskocil, S. Kesler, H. Taatjes, and M. Carpenter (Prime Clerk) re projected solicitation procedures | Solicitation | 1.10 |
| 01/14/21 | DS | DS | Participate in telephone conference with C. Johnson (Prime Clerk) regarding preparation for solicitation | Solicitation | 0.50 |
| 01/14/21 | HST | SA | Prepare for and participate in telephone conference with D. Sharp, A. Orchowski, C. Johnson, R. Vyskocil, S. Kesler and M. Carpenter (Prime Clerk) re projected solicitation procedures and "best practices" | Solicitation | 1.10 |
| 01/14/21 | MJCA | SA | Telephone conference with D. Sharp, A. Orchowski, R. Vyskocil, S. Kesler, H. Taatjes and M. Carpenter (Prime Clerk) re projected solicitation procedures and "best practices" | Solicitation | 1.10 |
| 01/14/21 | MJCA | SA | Review and analyze solicitation procedures to be discussed with C. Johnson (Prime Clerk) in preparation of solicitation planning | Solicitation | 0.70 |
| 01/14/21 | RJV | SA | Prepare for and participate in Team meeting with S. Kelser C. Johnson and A. Orchowski (Prime Clerk) re solicitation procedures | Solicitation | 1.20 |
| 01/14/21 | STK | SA | Conference call with D. Sharp, A. Orchowski, R. Vyskocil, C. Johnson, H. Taatjes and M. Carpenter (Prime Clerk) re projected solicitation procedures | Solicitation | 1.10 |
| 01/14/21 | ZS | SA | Confer and coordinate with A. Romero-Wagner (Davis Polk) re solicitation logistics | Solicitation | 0.60 |
| 01/15/21 | ATO | DS | Prepare for telephone conference with D. Consla (Davis Polk) related to solicitation logistics | Solicitation | 1.20 |
| 01/15/21 | ATO | DS | Confer with C. Johnson (Prime Clerk) re prospective solicitation procedures | Solicitation | 0.30 |
| 01/15/21 | ATO | DS | Participate in telephone conference with D. Consla (Davis Polk) related to solicitation logistics | Solicitation | 0.80 |
| 01/15/21 | CJ | DS | Confer with A. Orchowski (Prime Clerk) re prospective solicitation procedures | Solicitation | 0.30 |
| 01/15/21 | CJ | DS | Telephone conference wtih C. Pullo, A. Orchowski, and H. Baer (Prime Clerk), D. Consla, A. Romero-Wagner, S. Ford and D. Klein (DPW) re prospective solicitation procedures | Solicitation | 0.70 |
| 01/15/21 | JFD | DS | Telephone conference with C. Johnson of Prime Clerk and D. Klein at Davis Polk regarding solicitation logistics | Solicitation | 0.80 |

Purdue Pharma                                                                                    Page 5

Invoice #: 14593

| 01/15/21 | KOK | SA | Confer and coordinate with C. Johnson, A. Orchowski, H. Baer (Prime Clerk) and A. Romero-Wagner (Davis Polk) re solicitation logistics | Solicitation | 0.50 |
|---|---|---|---|---|---|
| 01/15/21 | LZ | SA | Confer and coordinate with D. Consla (Davis Polk & Wardwell) re upcoming solicitation | Solicitation | 0.50 |
| 01/15/21 | RJV | SA | Prepare for and participate in telephone conference with C. Pullo, A. Orchowski (Prime Clerk) and D. Consla (Davis Polk) re solicitation procedures | Solicitation | 0.60 |
| 01/15/21 | SABR | SA | Confer and coordinate with A. Romero-Wagner (Davis Polk) and C. Johnson (Prime Clerk) re solicitation logistics | Solicitation | 0.60 |
| 01/15/21 | TRLM | SA | Prepare for and participate in telephone conference with A. Romero-Wagner (Davis Polk) and C. Johnson (Prime Clerk) re solicitation logistics | Solicitation | 0.60 |
| 01/19/21 | ATO | DS | Review and respond to inquiries from Dylan Consla (Davis Polk) related to solicitation logistics | Solicitation | 3.50 |
| 01/19/21 | ATO | DS | Confer and coordinate with H. Baer (Prime Clerk) regarding claim register to be used for upcoming solicitation | Solicitation | 0.30 |
| 01/19/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 01/20/21 | ATO | DS | Confer and coordinate with M. Dubin (Prime Clerk) regarding logistics for upcoming solicitation | Solicitation | 0.20 |
| 01/20/21 | ATO | DS | Review and respond to inquiries from Dylan Consla (Davis Polk) related to solicitation logistics | Solicitation | 3.80 |
| 01/20/21 | ATO | DS | Confer and coordinate with C. Johnson and R. Vyskocil (Prime Clerk) regarding logistics for upcoming solicitation | Solicitation | 0.70 |
| 01/20/21 | CJ | DS | Research response to questions from D. Consla (DPW) re proposed solicitation procedures | Solicitation | 1.50 |
| 01/20/21 | CJ | DS | Coordinate with A. Orchowski (Prime Clerk) re responses to questions from D. Consla (DPW) pertaining to  proposed solicitation procedures | Solicitation | 0.50 |
| 01/20/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.40 |
| 01/20/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.80 |
| 01/21/21 | ATO | DS | Confer and coordinate with M. Dubin (Prime Clerk) regarding logistics for upcoming solicitation | Solicitation | 1.00 |
| 01/21/21 | ATO | DS | Confer and coordinate with C. Johnson and R. Vyskocil (Prime Clerk) regarding logistics for upcoming solicitation | Solicitation | 0.60 |
| 01/21/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.60 |
| 01/21/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 01/22/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 01/22/21 | ATO | DS | Telephone call with C. Johnson, H. Baer, K. Brountzas, and G. Faust (Prime Clerk) re frequently asked questions and communication pertaining to upcoming solicitation mailing | Call Center / Credit Inquiry | 0.50 |
| 01/22/21 | ATO | DS | Participate in telephone conference with R. Polsner (Teneo) | Solicitation | 0.70 |

| | | | | | |
|---|---|---|---|---|---|
| | | | related to solicitation media and noticing logistics | | |
| 01/22/21 | CJ | DS | Telephone conference with M. Sharp (Purdue), R. Posner, J. Coster, M. Brunstad-Good (Teneo), A. Orchowski, H. Baer, K. Brountzas and G. Faust (Prime Clerk) re FAQs and communication pertaining to upcoming solicitation mailing | Call Center / Credit Inquiry | 0.60 |
| 01/22/21 | CJ | DS | Telephone call with A. Orchowski, H. Baer, K. Brountzas and G. Faust (Prime Clerk) re FAQs and communication pertaining to upcoming solicitation mailing | Call Center / Credit Inquiry | 0.50 |
| 01/22/21 | CJ | DS | Confer with R. Posner (Teneo) re FAQs pertaining to upcoming solicitation mailing | Call Center / Credit Inquiry | 0.30 |
| 01/22/21 | GLF | DI | Confer and coordinate re communication logistics and case updates in connection with upcoming solicitation (1.4); meet with internal Prime Clerk team re same (.5); prepare for conference call regarding call center logistics in connection with solicitation process (.4); participate in conference call with Purdue, Teneo, and Prime Clerk teams re communication logistics and solicitation process (.5); internal follow up re same (.8) | Call Center / Credit Inquiry | 3.60 |
| 01/25/21 | ATO | DS | Confer with P. Labissierre (Prime Clerk) re solicitation logistics | Solicitation | 0.30 |
| 01/25/21 | ATO | DS | Confer with M. Carpenter (Prime Clerk) re solicitation logistics | Solicitation | 0.60 |
| 01/25/21 | ATO | DS | Confer with R. Vyskocil (Prime Clerk) re comments to draft solicitation procedures | Solicitation | 0.30 |
| 01/25/21 | ATO | DS | Confer with C. Johnson (Prime Clerk) re comments to draft solicitation procedures | Solicitation | 0.50 |
| 01/25/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.60 |
| 01/25/21 | CJ | DS | Review and provide suggested edits to proposed solicitation timetable | Solicitation | 0.50 |
| 01/25/21 | CJ | DS | Review and revise draft solicitation procedures and circulate to D. Consla (DPW) updated versions | Solicitation | 1.20 |
| 01/25/21 | CJ | DS | Confer with A. Orchowski (Prime Clerk) re comments to draft solicitation procedures | Solicitation | 0.30 |
| 01/25/21 | CJ | DS | Confer with A. Orchowski (Prime Clerk) re suggested edits to proposed solicitation procedures | Solicitation | 0.50 |
| 01/25/21 | JFD | DS | Review and provide comments to solicitation procedures | Solicitation | 1.80 |
| 01/25/21 | MJCA | SA | Prepare time-line and Coordinate with A. Orchowski (Prime Clerk) re upcoming solicitation | Solicitation | 1.30 |
| 01/25/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 01/25/21 | STCO | DI | Review and comment on proposed solicitation procedures; correspondence with C. Johnson (Prime Clerk) regarding same. | Solicitation | 1.00 |
| 01/26/21 | AJG | SA | Confer and coordinate with A. Orchowski, R. Vyskocil (Prime Clerk) and D. Consla (DPW) confirmation timeline and solicitation discussion | Solicitation | 0.50 |
| 01/26/21 | ATO | DS | Participate in telephone conference with C. Pullo, J. Daloia, H. Baer, C. Johnson, A. Concepcion, M. Hill (Prime Clerk), D. Klein, D. Consla, C. Robertson and K. Benedict (Davis Polk) | Solicitation | 0.60 |

| | | | re proposed solicitation procedures and timetable | | |
|---|---|---|---|---|---|
| 01/26/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.40 |
| 01/26/21 | ATO | DS | Confer with H. Baer and P. Labissiere (Prime Clerk) re solicitation logistics | Solicitation | 0.30 |
| 01/26/21 | ATO | DS | Prepare for telephone conference with C. Pullo, J. Daloia, H. Baer, C. Johnson, A. Concepcion, and M. Hill (Prime Clerk) and D. Klein, D. Consla, C. Robertson, and K. Benedict (Davis Polk) re proposed solicitation procedures and timetable | Solicitation | 0.50 |
| 01/26/21 | ATO | DS | Confer with C. Johnson (Prime Clerk) re suggested edits to proposed solicitation procedures | Solicitation | 0.20 |
| 01/26/21 | CJ | DS | Telephone conference with C. Pullo, J. Daloia, H. Baer, A. Orchowski, A. Concepcion, M. Hill (Prime Clerk), D. Klein, D. Consla, C. Robertson and K. Benedict (Davis Polk) re proposed solicitation procedures and timetable | Solicitation | 0.60 |
| 01/26/21 | CJ | DS | Review and revise draft solicitation procedures and proposed solicitation timetable | Solicitation | 1.40 |
| 01/26/21 | CJ | DS | Confer with A. Orchowski (Prime Clerk) re suggested edits to proposed solicitation procedures | Solicitation | 0.20 |
| 01/26/21 | CP | DS | Review solicitation and confirmation timeline circulated by DPW in preparation for call with DPW on same (.3); participate on call with C. Robertson, D. Klein, K. Benedict, D. Consla (DPW) and C. Johnson, J. Daloia, H. Baer, A. Orchowski, M. Hill, A. Concepcion (Prime Clerk) to discuss same (.6) | Solicitation | 0.90 |
| 01/26/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.40 |
| 01/26/21 | JFD | DS | Telephone conference with C. Pullo, C. Johnson, H. Baer, A. Orchowski, A. Concepcion, and M. Hill (Prime Clerk) and D. Klein, D. Consla, C. Robertson, and K. Benedict (Davis Polk) re proposed solicitation procedures and timetable | Solicitation | 0.60 |
| 01/26/21 | KAC | SC | Prepare for and participate in telephone conference with D. Consla (David Polk) re confirmation timeline and solicitation discussion | Solicitation | 0.50 |
| 01/26/21 | KOK | SA | Confer and coordinate with A. Orchowski, D. Consla and K. Benedict re DPW confirmation timeline and solicitation plans | Solicitation | 0.40 |
| 01/26/21 | LZ | SA | Confer and coordinate with D. Consla (Davis Polk & Wardwell LLP) re ongoing solicitation | Solicitation | 0.80 |
| 01/26/21 | MHI | DI | Telephone conference with C. Pullo, J. Daloia, H. Baer, A. Orchowski, A. Concepcion, M. Hill (Prime Clerk), D. Klein, D. Consla, C. Robertson and K. Benedict (Davis Polk) re proposed solicitation procedures and timetable | Solicitation | 0.60 |
| 01/26/21 | MJCA | SA | Prepare time-line and coordinate with A. Orchowski (Prime Clerk) re upcoming solicitation | Solicitation | 1.10 |
| 01/26/21 | MJCA | SA | Review docket and important dates for solicitation time-line | Solicitation | 0.50 |
| 01/26/21 | RJV | SA | Prepare for and participate in telephone conference with C. Pullo, C. Johnson, A. Orchowski  (Prime Clerk) and D. Consla (Paul Weiss) re solicitaiton logistics | Solicitation | 0.60 |

| 01/26/21 | SABR | SA | Confer and coordinate with C. Johnson (Prime Clerk) and D. Consla (Davis Polk) re solicitation discussion and confirmation timeline | Solicitation | 0.30 |
|---|---|---|---|---|---|
| 01/26/21 | TRLM | SA | Prepare for and participate in telephone conference with D. Consia (Davis Polk) re confirmation timeline and solicitation discussion | Solicitation | 0.60 |
| 01/26/21 | ZS | SA | Confer and coordinate with D. Consla (Davis Polk) re timeline and solicitation | Solicitation | 0.60 |
| 01/27/21 | MJCA | SA | Confer and coordinate with A. Orchowski (Prime Clerk) re upcoming solicitation | Solicitation | 0.10 |
| 01/27/21 | MMB | SA | Review correspondence with case team (C. Johnson, A. Orchowski, J. Daloia, S. Kesler, H. Baer) and counsel (D. Consla at Davis) related to solicitation | Solicitation | 0.20 |
| 01/28/21 | ATO | DS | Confer with R. Vyskocil (Prime Clerk) regarding solicitation logistics | Solicitation | 0.50 |
| 01/28/21 | CJ | DS | Research precedents re solicitation procedures | Solicitation | 0.50 |
| 01/28/21 | RJV | SA | Confer and coordinate with J. Daloia & C. Johnson (Prime Clerk) re upcoming solicitation | Solicitation | 0.30 |

**Total Hours**      **78.50**