Thomas D. Bielli, Esquire
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
Facsimile: (215) 754-4177
*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NINTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| Applicant's Role in Case | Counsel to Fee Examiner |
| Date Order of Employment Signed | May 26, 2020 [Docket No. 1182] |

| Period for which compensation and reimbursement is sought | January 1, 2021 through January 31, 2021 |
|---|---|
| **Summary of Total Fees and Expenses Requested** | |
| Total compensation and reimbursement requested in this statement | $44,000.00 (80% of $55,000.00) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

> **This is a(n):**   X   Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Ninth Monthly Statement of Services Rendered and Expenses Incurred for the Period from January 1, 2021 through January 31, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

**Itemization of Services Rendered and Disbursements Incurred**

1.    Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from January 1, 2021 through and including January 31, 2021, is referred to herein as the "**Fee Period**".

2. Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3. Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period. As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $24,250.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc. The specifics of the fees and costs are set forth on **Exhibit C**.

4. Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

## Notice

5. The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

| | |
|---|---|
| Dated: March 15, 2021 | **BIELLI & KLAUDER LLC** |
| | |
| | */s/ Thomas D. Bielli* |
| | Thomas D. Bielli, Esquire |
| | 1905 Spruce Street |
| | Philadelphia, PA 19103 |
| | Phone: (215) 642-8271 |
| | Fax: (215) 754-4177 |
| | tbielli@bk-legal.com |
| | |
| | *Counsel to Fee Examiner* |
| | *David M. Klauder, Esquire* |

## Exhibit A

### Project Categories

| Project Category | Total Hours |
|---|---:|
| Case Administration | 3.9 |
| Fee/Employment Applications- Retention Professionals | 9.6 |
| **Total** | **13.5** |

**Exhibit B**

**Professionals and Paraprofessionals**

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 0.1 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 13.4 |

## Exhibit C

### Computation of Monthly Fee

| Fee Description | Amount |
|---|---|
| Monthly Fee for January 2021 (includes costs of Legal Decoder, Inc.) | $24,250.00 |
| **Total** | **$24,250.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1293
**DATE** 01/29/2021
**DUE DATE** 01/29/2021
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Purdue Pharma Bankruptcy - January 2021 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** $24,250.00

# Exhibit D

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
215-642-8271

March 12, 2021

Purdue Pharma, L.P.

**Invoice Number: 2306**
Invoice Period: 01-01-2021 - 01-31-2021

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-04-2021 | Tracey Nobis | [ALL] Case Administration | 0.50 | 195.00 | 97.50 |
| | | Receipt of Brown Rudnick's 13th monthly data; email correspondence with Legal Decoder re: published data; Review of Notice of Supplemental Ordinary Course Professional List; Receipt of Wilmer Hale's 13th monthly fee statement and corresponding data; Receipt of Cornerstone's 7th monthly fee statement; Receipt of PJT's 10th monthly fee statement; Review of Statement of Amounts Paid Ordinary Course Professionals; email correspondence with I. Bielli re: E&Y's 5th monthly data | | | |
| 01-04-2021 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Review of Assignment Log and correspondence to Dechert, Davis Polk, FTI, & Kramer Levin requesting data | | | |
| 01-04-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Review of Wilmer Hale's 12th monthly fee data | | | |
| 01-07-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.10 | 375.00 | 37.50 |
| | | Emails re: Arnold & Porter monthly fee app | | | |
| 01-07-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of Arnold & Porter's 15th monthly fee statement; Receipt of Brown Rudnick's 14th monthly fee statement; Receipt of Dechert's Notice of Rate Increase; Receipt of FTI's 13th monthly data; Receipt of Davis Polk's 14th monthly data; Receipt of Dechert's 14th monthly data; review of E&Y's 5th monthly fee statement for billing analysis determination | | | |
| 01-10-2021 | Tracey Nobis | [ALL] Case Administration | 0.20 | 195.00 | 39.00 |
| | | Receipt of Arnold & Porter's 15th monthly data; Email correspondence with Legal Decoder re: data published and correspondence with I. Bielli re: same | | | |
| 01-10-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.90 | 195.00 | 175.50 |
| | | Begin review of Skadden's 13th & 14 month data; correspondence to Legal Decoder re: data flagging issues | | | |
| 01-11-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Complete review of Skadden's 13 & 14th month data | | | |
| 01-11-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.50 | 195.00 | 97.50 |
| | | Review of Gilbert's 13th month data | | | |
| 01-16-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Receipt of Akin Gump's 13th monthly fee statement; Receipt of KCC's 11th monthly fee statement; Receipt of Jefferies' 12th monthly fee statement; Receipt of Bedell Cristin's 6th monthly fee statement; Receipt of Cole Schotz's 8th monthly fee statement; Receipt of Brown Rudnick's 15th monthly fee statement; | | | |
| 01-16-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt of KPMG's 11th monthly fee statement; Email correspondence with Legal Decoder re: published data; Receipt of Houlihan's 10th - 12th monthly fee statements; Receipt and review of Cole Schotz's Corrected 7th monthly fee statement; Receipt of Alix Partners' November data and correspondence to Alix requesting timeline for filing of fee statement | | | |
| 01-16-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review of Jones Day's 13th month data | | | |
| 01-16-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Review of King & Spalding's 15th month data | | | |
| 01-16-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Review of King & Spalding's 15th month data | | | |
| 01-16-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.70 | 195.00 | 136.50 |
| | | Review of Wilmer Hale's 13th month data | | | |
| 01-16-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 195.00 | 78.00 |
| | | Review of Cornerstone's 7th month data | | | |
| 01-25-2021 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | | Receipt of Alix Partners' 15th monthly fee statement; Receipt of King & Spalding's 16th monthly fee statement; Receipt of Davis Polk's 15th monthly fee statement and corresponding data; Receipt of FTI's 14th monthly fee statement; Receipt of Gilbert's 14th monthly fee statement; Receipt of Gilbert's 14th month data and redaction key; Receipt of KPMG's 11th month data; Receipt of King & Spalding's 16th month data; email correspondence with Legal Decoder re: published data; review of Assignment Log and correspondence to I. Bielli re: review status; correspondence with Houlihan Lokey requesting 10-12 month data; Correspondence with Kramer Levin requesting 13th month data | | | |
| 01-25-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.10 | 195.00 | 214.50 |
| | | Begin review of Davis Polk's 14th month data | | | |
| 01-30-2021 | Tracey Nobis | [ALL] Case Administration | 0.70 | 195.00 | 136.50 |
| | | Receipt of all UCC Professionals' fee statements filed on 1/28 and corresponding data; Receipt of Kramer Levin's 13th month data; email correspondence with Brown Rudnick requesting 14th month data | | | |
| 01-31-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.30 | 195.00 | 448.50 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Complete review of Davis Polk's 14th monthly fee and expense data | | | |
| 01-31-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals<br>Review of Arnold & Porter's 14th and 15th fee data | 0.70 | 195.00 | 136.50 |

We appreciate your business