UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re:                                                         :
                                                               :   Chapter 11
                                                               :
PURDUE PHARMA L.P., *et al.*,[1]                               :
                                                               :   Case No. 19-23649 (RDD)
                                                               :
                    Debtors.                                   :
                                                               :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, YunKyung Yu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Official Committee of Unsecured Creditors in the above-captioned case.

On March 12, 2021, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Sixteenth Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Professional Services Rendered and Disbursements Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period of January 1, 2021 Through January 31, 2021** [Docket No. 2473]

- **Eleventh Monthly Fee Statement of Cole Schotz P.C. for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period From January 1, 2021 Through January 31, 2021** [Docket No. 2474]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield Bio Ventures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425) Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

- **Ninth Monthly Fee Statement of Bedell Cristin Jersey Partnership for Professional Services Rendered and Disbursements Incurred as Special Foreign Counsel to the Official Committee of Unsecured Creditors for the Period of January 1, 2021 Through January 31, 2021** [Docket No. 2475]

- **Fifteenth Monthly Fee Statement of Jefferies LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Investment Banker for the Official Committee of Unsecured Creditors for the Period from January 1, 2021 Through January 31, 2021** [Docket No. 2476]

- **Sixteenth Monthly Fee and Expense Statement of Province, LLC, Financial Advisor to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.*, for the Period From January 1, 2021 Through January 31, 2021** [Docket No. 2477]

- **Fourteenth Monthly Fee Statement of Kurtzman Carson Consultants LLC for Compensation for Services Rendered and Expenses Incurred as Information Agent for the Official Committee of Unsecured Creditors for the Period January 1, 2021 Through January 31, 2021** [Docket No. 2478]

Dated: March 15, 2021

*/s/* YunKyung Yu
YunKyung Yu
KCC
222 N Pacific Coast
Highway, Suite 300
El Segundo, CA 90245

# Exhibit A

**Exhibit A**
**Fee-App Parties**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Independent fee examiner | Bielli & Klauder, LLC | David M. Klauder, Esq | dklauder@bk-legal.com |
| Counsel to the Debtors | Davis Polk & Wardwell LLP | Attn: Christopher Robertson & Dylan Consla | Christopher.Robertson@davispolk.com; Dylan.Consla@davispolk.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: Paul K. Schwartzberg & Brian S. Masumoto | Paul.Schwartzberg@usdoj.gov; Brian.Masumoto@usdoj.gov |
| Debtors | Purdue Pharma L.P. | Attn: Jon Lowne | Jon.Lowne@pharma.com |

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)

Page 1 of 1