Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

-------------------------------------------------------- x

**THIRTEENTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC
COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF OCTOBER 1, 2020
THROUGH AND INCLUDING OCTOBER 31, 2020**

| Name of Applicant: | Otterbourg P.C. |
|---|---|
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Period for Which Compensation is Sought: | October 1, 2020 – October 31, 2020 |
|---|---|
| Total Amount of Fees Incurred: | $141,697.00 |
| Total Fees Requested (80%): | $113,357.60 |
| Total Reimbursement of Expenses Incurred: | $745.01 |
| Total Reimbursement of Expenses Requested (100%): | $745.01 |
| Total compensation and Reimbursement Requested in this Statement: | $114,102.61 |
| This is Applicant's: | Thirteenth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Thirteenth Monthly Fee Statement (the "Fee Statement") for the period of October 1, 2020 – October 31, 2020 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $141,697.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $113,357.60.

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.[2] The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,253.96[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $745.01 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors (the "Allocation Fees"). Pursuant to the Fee Assumption Order, Applicant may request Allocation Fees through a separate application at a later date.

**Notice**

---

[2]      In accordance with the Interim Fee Order and Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases (June 17, 2013), Otterbourg is providing notice that its hourly rates changed during this Monthly Fee Period, effective October 1, 2020. Otterbourg's hourly rates are set at a level designed to fairly compensate it for the work of its attorneys and paraprofessionals. Otterbourg's hourly rates are subject to periodic adjustment to reflect economic and other conditions and are consistent with the rates charged by other firms rendering comparable services. Otterbourg determined to adjust its rates in the manner set forth herein after its annual review of its hourly rates. In accordance with Section 330(a)(3)(F) of title 11 of the United States Code, as amended (the "Bankruptcy Code"), Otterbourg represents that the hourly rates, as set forth herein, (a) reflect economic and other conditions, (b) are consistent with rates charged elsewhere, and (c) are reasonable based on the customary compensation charged by practitioners of comparable skill in cases other than cases under the Bankruptcy Code.
[3]      The blended hourly billing rate of $1,253.96 is derived by dividing the total fees for attorneys of $141,697.00 by the total hours of 113.0.

5.       Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests (i) compensation in the amount of $113,357.60 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $141,697.00) and (ii) payment of $745.01 for the actual, necessary expenses that Applicant incurred in connection with such services during the Statement Period.

Dated: March 17, 2021
        New York, New York

OTTERBOURG P.C.

By:    */s/ Melanie L. Cyganowski*
        Melanie L. Cyganowski, Esq.
        Jennifer S. Feeney, Esq.
        230 Park Avenue
        New York, New York 10169
        Telephone:    (212) 661-9100
        Facsimile:    (212) 682-6104

        Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## EXHIBIT A

**Fees By Project Category**

**SUMMARY OF COMPENSATION BY PROJECT CODE**
**FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---:|---:|
| PU01 | Asset Analysis and Recovery | 5.7 | $5,101.50 |
| PU04 | Case Administration | 18.2 | $22,460.50 |
| PU05 | Claims Analysis | 45.4 | $63,408.50 |
| PU06 | Employment and Fee Applications | .6 | $537.00 |
| PU08 | Litigation: Contested Matters, Adversary | 2.2 | $1,969.00 |
| PU09 | Meetings and Communications w/ AHC | 14.2 | $18,415.50 |
| PU11 | Plan & Disclosure Statement | 26.7 | $29,805.00 |
| | **TOTALS:** | **113.0** | **$141,697.00** |

1

# **EXHIBIT B**

**Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Previous Rate Per Hour | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1315.00 | $1400.00 | 80.8 | $113,120.00 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $850.00 | $895.00 | 31.1 | $27,834.50 |
| Robert C. Yan ("RCY") Associate | 2002 | $625.00 | $675.00 | 1.1 | $742.50 |
| | **TOTAL** | | | **113.0** | **$141,697.00** |

1

# **EXHIBIT C**

## **Time Detail**

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

March 14, 2021
BILL NO. 215867

Client/Matter No.:    20186/0002
Matter Name:          CHAPTER 11
Billing Partner:      RL STEHL

For Services Rendered Through October 31, 2020:

---

Phase: PU01                                    ASSET ANALYSIS AND RECOVERY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/09/20 JSF | Telephone Call(s) Participate in ACH and NCSG Conference re: Sackler/Purdue Due Diligence | 2.20 | 1,969.00 |
| 10/13/20 JSF | Telephone Call(s) Participate in Video Conference with Full AHC re: Sackler and IAC Due Diligence Update | 1.00 | 895.00 |
| 10/19/20 JSF | Telephone Call(s) Participate in Conference with UCC, AHC and NCSG re: Insider Transfer Analysis | 1.40 | 1,253.00 |
| 10/19/20 JSF | Examine Documents Review of Debtors' Omnibus Reply to UCC Motion to Compel Production of Privileged Documents | .60 | 537.00 |
| 10/19/20 JSF | Examine Documents Review of Non-Cash Transfers Deck Prepared by UCC for Discussion | .50 | 447.50 |
| TOTAL PHASE PU01 | | 5.70 | $5,101.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 2                                                          BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

Phase: PU04                                          CASE ADMINISTRATION

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/04/20 MLC | Analysis of Memorandum<br>Review of article about Sacklers' wealth | .70 | 980.00 |
| 10/06/20 MLC | Analysis of Memorandum<br>Review of Stipulation and Agreed Order for the Withdrawal without Prejudice of the City of Bellefontaine Neighbors, Missouri's Motion to Allow Late Filed Claim | .40 | 560.00 |
| 10/07/20 MLC | Analysis of Memorandum<br>Review of articles re plea agreement between Purdue Pharma and Sacklers and DOJ | .70 | 980.00 |
| 10/07/20 MLC | Correspondence<br>Review of Guard email re DOJ and NCSG reaction | .30 | 420.00 |
| 10/08/20 MLC | Analysis of Memorandum<br>Review of Court order approving the request from the UCC and NCSG to serve discovery on current and former executives | .80 | 1,120.00 |
| 10/12/20 JSF | Correspondence<br>E-Mail to Debtor re: Payment of Monthly Fee Statement | .20 | 179.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                      March 14, 2021
Page 3                                                           BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/12/20 MLC | Analysis of Memorandum Review of Sackler Family quarterly fee analysis | .60 | 840.00 |
| 10/12/20 MLC | Analysis of Memorandum Review of KL Update re: Lowne/KEIP | .70 | 980.00 |
| 10/14/20 MLC | Analysis of Memorandum Review of UCC objection to motion filed by Mortimer Sackler to certain discovery demands and privilege assertions | .80 | 1,120.00 |
| 10/15/20 JSF | Examine Documents Review of Information Sharing Protocol with Debtors for Sign Off by AHC Professionals | .30 | 268.50 |
| 10/15/20 MLC | Analysis of Memorandum Review of Debtors' motion objecting to UCC omnibus motion to compel discovery of privileged documents | .60 | 840.00 |
| 10/15/20 MLC | Correspondence Correspondence among AHC professionals re discovery sharing protocol | .30 | 420.00 |
| 10/16/20 JSF | Examine Documents Review of Updates to AHC re: Status of Pending Motions and Discovery | .60 | 537.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      March 14, 2021
Page 4                                                           BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/18/20 MLC | Analysis of Memorandum<br>Review and analysis of Debtors' motion re discovery costs and release of privilege documents | 1.30 | 1,820.00 |
| 10/21/20 JSF | Examine Documents<br>Review of KEIP/KERP Proposed Resolution | .20 | 179.00 |
| 10/26/20 MLC | Telephone Call(s)<br>Telcon with Paul Singer re NCSG and claims process and next steps | .50 | 700.00 |
| 10/26/20 MLC | Correspondence<br>Correspondence from HL re analysis of Sacklers' IACs | .20 | 280.00 |
| 10/27/20 MLC | Analysis of Memorandum<br>Review of amended agenda for court hearing | .40 | 560.00 |
| 10/28/20 JSF | Telephone Call(s)<br>Participate in Omnibus Court Hearing for Consideration of Among Other Things, Contribution by Sacklers to DOJ Settlement | 3.10 | 2,774.50 |
| 10/28/20 MLC | Court Appearance - General<br>Hearing on KEIP/KERP motion and motion to confirm Payment of Funds by Sackler family under DOJ settlement | 3.20 | 4,480.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                  March 14, 2021
Page 5                                                       BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/29/20 MLC | Correspondence Correspondence with DPW re attorney fees for allocation services by AHC professionals | .40 | 560.00 |
| 10/29/20 RCY | Examine Documents Examine docket and pleadings for summary status. | 1.10 | 742.50 |
| 10/30/20 MLC | Correspondence Correspondence with AHC, DPW, UCC and NCSG concerning proposed amendments to joint protective order | .50 | 700.00 |
| 10/30/20 MLC | Correspondence Correspondence among AHC professionals re Debtors' motion to amend order re payment of fees for allocation services | .30 | 420.00 |
| TOTAL PHASE PU04 | | 18.20 | $22,460.50 |

Phase: PU05                                                  CLAIMS ANALYSIS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/05/20 MLC | Conference call(s) Mediation preparation call with AHC and counsel | 1.50 | 2,100.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                   March 14, 2021
Page 6                                                        BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/05/20 MLC | Conference call(s) Conference call re Sacklers' financial information and analysis | 1.00 | 1,400.00 |
| 10/06/20 MLC | Conference call(s) Conference call meeting with AHC and mediators | 2.00 | 2,800.00 |
| 10/06/20 MLC | Correspondence Correspondence with States and Jim Donahue and Troop re coordination of conferences between Brattle and Cornerstone to analyze States POC | .30 | 420.00 |
| 10/06/20 MLC | Correspondence Correspondence with AHC members and AHC professionals re mediation sessions, coordination of presentations and presenters | .90 | 1,260.00 |
| 10/07/20 MLC | Conference call(s) Conference call with AHC delegation re Sackler/Purdue financial information | 1.30 | 1,820.00 |
| 10/07/20 MLC | Analysis of Memorandum Review of claims analysis prepared by Gilbert re NAS and other abatement issues | .90 | 1,260.00 |
| 10/08/20 MLC | Correspondence Correspondence with DPW re discovery claims protocol re Consolidated POC | .50 | 700.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 7                                                         BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/09/20 MLC | Conference call(s) Meeting with AHC and NCSG mediation delegations re Sackler/Purdue financial information | 2.00 | 2,800.00 |
| 10/09/20 MLC | Draft/revise Final review of claims protocol with DPW and Cornerstone/Brattle | .80 | 1,120.00 |
| 10/09/20 MLC | Correspondence Correspondence between Pillsbury and DPW re Consolidated POC | .30 | 420.00 |
| 10/09/20 MLC | Correspondence Correspondence with DPW and NCSG concerning signing of confidential disclosure protocol | .40 | 560.00 |
| 10/10/20 MLC | Correspondence Follow up correspondence with DPW re discovery protocol and meetings with Cornerstone and Brattle | .30 | 420.00 |
| 10/12/20 MLC | Correspondence Follow up correspondence with DPW and Brattle/Cornerstone re Consolidated POC | .60 | 840.00 |
| 10/12/20 MLC | Analysis of Memorandum Review of Guard memo re next steps in mediation | .60 | 840.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                              March 14, 2021
Page 8                                                   BILL NO. 215867

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/12/20<br>MLC | Analysis of Memorandum<br>Review of memorandum re mediation strategy | .40 | 560.00 |
| 10/12/20<br>MLC | Correspondence<br>Correspondence with Troop and Brattle re<br>coordinating meeting and presentation of<br>data with Cornerstone and DPW | .30 | 420.00 |
| 10/13/20<br>MLC | Conference call(s)<br>Financial presentation re<br>Sacklers/IACs/Purdue | 1.00 | 1,400.00 |
| 10/13/20<br>MLC | Correspondence<br>Follow up correspondence with Guard and<br>core states re Guard mediation memo and<br>next steps | .60 | 840.00 |
| 10/13/20<br>MLC | Correspondence<br>Correspondence among AHC professionals re<br>abatement term sheet amendments | .20 | 280.00 |
| 10/14/20<br>MLC | Correspondence<br>Correspondence from Gilbert re UCC<br>presentation re Sacklers and fraudulent<br>transfers | .20 | 280.00 |
| 10/14/20<br>MLC | Correspondence<br>Review of Troop memo attaching letter from<br>AG Barr to NCSG States re Purdue/Sacklers | .70 | 980.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  20186/0002                                      March 14, 2021
Page 9                                                          BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/14/20 MLC | Correspondence<br>Correspondence with Mediators, AHC professionals and NCSG re up-coming all hands mediation session | .60 | 840.00 |
| 10/15/20 MLC | Conference call(s)<br>Conference with Cornerstone and Brattle regarding Brattle/States' Model | 1.00 | 1,400.00 |
| 10/15/20 MLC | Analysis of Memorandum<br>Review and analysis of Purdue slide presentation re update on company financial status | 1.20 | 1,680.00 |
| 10/15/20 MLC | Correspondence<br>Review of DOJ statement re position in mediation and settlement objectives | .80 | 1,120.00 |
| 10/18/20 MLC | Conference call(s)<br>Conference call with AHC counsel and AHC mediation parties re plan discussions | .80 | 1,120.00 |
| 10/19/20 MLC | Conference call(s)<br>Zoom meeting with UCC and NCSG and AHC re UCC litigation analysis | 1.30 | 1,820.00 |
| 10/19/20 MLC | Conference call(s)<br>Zoom meeting with Sackler family and AHC representatives | 1.10 | 1,540.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 10                                                        BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/19/20 MLC | Conference call(s) Zoom call with Brattle, Jim Donahue and Andrew Troop re preparing for meeting with Cornerstone | .50 | 700.00 |
| 10/20/20 MLC | Conference call(s) Conference call with AHC mediation subgroup re mediation strategy development | 2.00 | 2,800.00 |
| 10/20/20 MLC | Conference call(s) Conference call with DPW and Cornerstone with Brattle and Troop re Consolidated POC | 1.00 | 1,400.00 |
| 10/20/20 MLC | Correspondence Correspondence with Brattle and Cornerstone re presentation of factual analysis of POC | .60 | 840.00 |
| 10/20/20 MLC | Correspondence Correspondence with AHC/NCSG mediation subgroup re DOJ and Sackler negotiations | .80 | 1,120.00 |
| 10/20/20 MLC | Analysis of Memorandum Review of outline prepared by KL re priorities in mediation and case | 1.10 | 1,540.00 |
| 10/21/20 MLC | Conference call(s) Conference call with Andrew Troop and Brattle to debrief from call with DPW/Cornerstone the day before | .50 | 700.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 11                                                        BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/21/20 MLC | Correspondence<br>Follow up correspondence between Brattle with Cornerstone re review of additional documents | .40 | 560.00 |
| 10/21/20 MLC | Analysis of Memorandum<br>Review and analysis of DOJ settlement with Purdue | 1.40 | 1,960.00 |
| 10/23/20 MLC | Conference call(s)<br>Conference call meeting with mediators and AHC mediation subgroup | 1.00 | 1,400.00 |
| 10/26/20 MLC | Correspondence<br>Correspondence with KL re mediation strategy concerning governance issues | .80 | 1,120.00 |
| 10/26/20 MLC | Conference call(s)<br>Conference call with KL and Aaron Cahn re VA plan issues and concerns | .50 | 700.00 |
| 10/27/20 JSF | Examine Documents<br>Review of Summary of Canadian Purdue Claims | .30 | 268.50 |
| 10/27/20 MLC | Telephone Call(s)<br>Telcon with Andrew Troop and Brattle and Jim Donahue re States POC | .40 | 560.00 |
| 10/27/20 MLC | Conference call(s)<br>Conference call with Cornerstone, DPW and Brattle re Consolidated States POC | 1.00 | 1,400.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 12                                                         BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/27/20 MLC | Conference call(s) Conference call with professionals re Purdue and Sacklers | .60 | 840.00 |
| 10/27/20 MLC | Analysis of Memorandum Analysis of memo re claims filed by government in Purdue Canada and their impact on US plan | 1.10 | 1,540.00 |
| 10/27/20 MLC | Correspondence Reviewed correspondence between John Guard and David Nachman re reconciliation of NCSG and CSG claims | .70 | 980.00 |
| 10/27/20 MLC | Prepare for Meeting Reviewed documents in preparation for call with Brattle and Cornerstone re States POC | 1.30 | 1,820.00 |
| 10/27/20 MLC | Analysis of Memorandum Analysis of KL memo reviewing Debtors/DOJ settlement and critical terms | .90 | 1,260.00 |
| 10/28/20 MLC | Telephone Call(s) Follow up telcon with Andrew Troop re Consolidated State POC and related issues | .50 | 700.00 |
| 10/28/20 MLC | Conference call(s) Follow up call with AHC professionals re third party proposal | .60 | 840.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

```
Client/Matter:   20186/0002                        March 14, 2021
Page 13                                             BILL NO. 215867
```

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/28/20 MLC | Analysis of Memorandum Review of amendment filed by Debtors concerning its settlement with DOJ | .60 | 840.00 |
| 10/28/20 MLC | Analysis of Memorandum Analysis of memo prepared by Gilbert concerning status of various negotiations by mediators with key constituent groups | 1.20 | 1,680.00 |
| 10/28/20 MLC | Analysis of Memorandum Review of structure deck prepared by Gilbert firm | .60 | 840.00 |
| 10/28/20 MLC | Analysis of Memorandum Review of draft of mediation proposal deck to present to NCSG tomorrow in mediation session with mediators | .60 | 840.00 |
| 10/29/20 MLC | Correspondence Follow up correspondence with FTI.HL re settlement negotiations and next steps | .80 | 1,120.00 |
| TOTAL PHASE PU05 | | 45.40 | $63,408.50 |

| Phase: PU06 | | EMPLOYMENT & FEE APPLICATIONS | |
|---|---|---|---|
| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 14                                                        BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/26/20 JSF | Prepare Legal Papers Preparation of Interim Fee Application | .60 | 537.00 |

TOTAL PHASE PU06                                     .60         $537.00

---

Phase: PU08                        LITIGATION: CONTESTED MATTERS, ADVERSARY

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/27/20 JSF | Examine Documents Review of Objection of UCC and NCSG to Sacklers Request to Use Funds For DOJ Settlement | 1.60 | 1,432.00 |
| 10/27/20 JSF | Examine Documents Review of Ad Hoc Committee on Accountability Objection to Sackler Motion to Use Funds | .60 | 537.00 |

TOTAL PHASE PU08                                    2.20       $1,969.00

---

Phase: PU09                          MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                          March 14, 2021
Page 15                                                             BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/01/20 MLC | Correspondence<br>Correspondence with AHC re certain discovery re Sacklers and UCC | .70 | 980.00 |
| 10/05/20 MLC | Analysis of Memorandum<br>Analysis of confidentiality protection overview provided to AHC members | .80 | 1,120.00 |
| 10/05/20 MLC | Correspondence<br>Correspondence re scheduling and coordination re various meetings with members | .30 | 420.00 |
| 10/07/20 JSF | Telephone Call(s)<br>Participate in Weekly Team Conference Call with AHC | 1.20 | 1,074.00 |
| 10/07/20 MLC | Conference call(s)<br>Regular weekly meeting with AHC members | 1.50 | 2,100.00 |
| 10/07/20 MLC | Conference call(s)<br>Conference call with State Group and KL re mediation phrase II approach | .50 | 700.00 |
| 10/07/20 MLC | Correspondence<br>Correspondence with States representatives and AHC counsel | .40 | 560.00 |
| 10/07/20 MLC | Draft/revise<br>Review and revision to draft agenda for AHC meeting | .30 | 420.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 16                                                        BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/15/20 JSF | Telephone Call(s) Participate in Weekly AHC Meeting | .30 | 268.50 |
| 10/15/20 MLC | Conference call(s) Weekly conference call with AHC members and counsel | 1.00 | 1,400.00 |
| 10/15/20 MLC | Correspondence Correspondence among AHC professionals and AHC members re scheduling and coordinating of mediation sessions and AHC subcommittee meetings | .40 | 560.00 |
| 10/21/20 JSF | Telephone Call(s) Participate in Weekly Conference Call with AHC | .40 | 358.00 |
| 10/21/20 MLC | Conference call(s) Weekly AHC meeting | 1.30 | 1,820.00 |
| 10/26/20 MLC | Conference call(s) Conference call with John Guard, Singer, Peacock and AHC counsel re claims process | 1.00 | 1,400.00 |
| 10/28/20 JSF | Telephone Call(s) Participate in Weekly Update Call with AHC | 1.00 | 895.00 |
| 10/28/20 MLC | Conference call(s) Weekly AHC meeting | 1.40 | 1,960.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                        March 14, 2021
Page 17                                                           BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/28/20 MLC | Correspondence<br>Correspondence among AHC professionals concerning DOJ settlement and DOJ negotiations with Debtors | .40 | 560.00 |
| 10/28/20 MLC | Prepare for Meeting<br>Prepared for meeting with AHC committee members | .30 | 420.00 |
| 10/28/20 MLC | Correspondence<br>Correspondence between Guard and Gilbert concerning settlement negotiations | .30 | 420.00 |
| 10/29/20 MLC | Correspondence<br>Correspondence among AHC professionals and certain core states concerning mediation strategy | .40 | 560.00 |
| 10/30/20 MLC | Correspondence<br>Correspondence with certain states re negotiations with NCSG | .30 | 420.00 |
| TOTAL PHASE PU09 | | 14.20 | $18,415.50 |

Phase: PU11                                    PLAN & DISCLOSURE STATEMENT

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 18                                                        BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/01/20 MLC | Correspondence<br>Correspondence with John Guard and Jonathan Blanton concerning potential resolution of Sacklers' claims | .80 | 1,120.00 |
| 10/01/20 MLC | Analysis of Memorandum<br>Review of Hospitals' draft abatement term sheet | .80 | 1,120.00 |
| 10/11/20 MLC | Correspondence<br>Correspondence re upcoming presentation by Debtors of financials | .20 | 280.00 |
| 10/13/20 JSF | Telephone Call(s)<br>Partiicpate in Video Conference With Debtor and AHC re: Post-Emergence Entity | 1.60 | 1,432.00 |
| 10/13/20 JSF | Examine Documents<br>Review and Analysis of Letter from NCSG re: Post-Emergence Entity | .40 | 358.00 |
| 10/13/20 MLC | Conference call(s)<br>Presentation by Purdue to AHC re future of company | 1.50 | 2,100.00 |
| 10/14/20 JSF | Examine Documents<br>Review and Analysis of Statement from DOJ re: Post-Emergence Company | .50 | 447.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      March 14, 2021
Page 19                                                          BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/15/20 JSF | Examine Documents Review of Deck re: Overview of PBC Governance/Purpose re: Post-Emergence Entity | 1.20 | 1,074.00 |
| 10/18/20 JSF | Telephone Call(s) Participate in Conference Call with AHC Subgroup re: Plan Structure and Upcoming Discussions with Sacklers | .90 | 805.50 |
| 10/19/20 JSF | Telephone Call(s) Participate in Conference with AHC and Debtors re: Post-Emergence Trust Structure | 1.10 | 984.50 |
| 10/19/20 MLC | Conference call(s) Zoom meting with debtors counsel re post emergence structure | 1.10 | 1,540.00 |
| 10/19/20 MLC | Conference call(s) Zoom meeting with AHC professionals re governance structure | 1.00 | 1,400.00 |
| 10/20/20 JSF | Telephone Call(s) Participate in Videoconference with Mediators and Mediation Partie re: Final Plan Isssues and Sackler Contribution | .80 | 716.00 |
| 10/20/20 JSF | Examine Documents Review of Open Issues to Be Addressed in Mediation for Final Issues re: Plan | .30 | 268.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                       March 14, 2021
Page 20                                                           BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/21/20 JSF | Examine Documents Review and Analysis of Proposed Settlement with DOJ | .50 | 447.50 |
| 10/21/20 JSF | Examine Documents Review of Term Sheet with AHC and Debtor re: Outline for Parameters of a Plan and Sackler Contribution | .70 | 626.50 |
| 10/21/20 MLC | Analysis of Memorandum Analysis of power point presentation prepared by HL concerning governance structure post-confirmation | 1.30 | 1,820.00 |
| 10/22/20 JSF | Examine Documents Review of Sackler Settlement with DOJ and Payments to Be Made By Sacklers/Impact on Plan and Other Issues | .80 | 716.00 |
| 10/23/20 JSF | Telephone Call(s) Participate in Conference with Mediators and AHC re: Preliminary Discussin of Issues for Finalizing Plan and Next Steps | 1.00 | 895.00 |
| 10/23/20 JSF | Examine Documents Review of Public Statements of Members of NCSG re: DOJ Settlement | .20 | 179.00 |
| 10/23/20 MLC | Conference call(s) Conference call with AHC mediation delegation re Purdue and Trust Structure Options | 1.00 | 1,400.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                      March 14, 2021
Page 21                                                          BILL NO. 215867

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 10/26/20<br>MLC | Conference call(s)<br>Conference call with counsel re plan<br>process | 1.00 | 1,400.00 |
| 10/27/20<br>JSF | Examine Documents<br>Review and Analysis of Sackler and DOJ<br>Settlement and Sackler Motion to Utilize<br>Funds | 1.40 | 1,253.00 |
| 10/28/20<br>JSF | Examine Documents<br>Review of Deck re: Proposed Post-Emergence<br>Governance Structure | .40 | 358.00 |
| 10/29/20<br>JSF | Telephone Call(s)<br>Participate in Video Conference Between<br>AHC and NCSG Members re: Post-Emergence<br>Governance Structure | 2.30 | 2,058.50 |
| 10/29/20<br>MLC | Conference call(s)<br>Conference call re AHC structure and<br>economic presentation to NCSG | 2.00 | 2,800.00 |
| 10/30/20<br>JSF | Telephone Call(s)<br>Participate in Call with Plan Mediation<br>Subcommittee re: Status of Discussions<br>with NCSG on Post-Emergence Structure | .90 | 805.50 |
| 10/30/20<br>MLC | Conference call(s)<br>AHC mediation delegation meeting with HL<br>and FTI | 1.00 | 1,400.00 |

TOTAL PHASE PU11                                                26.70        $29,805.00

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          March 14, 2021
Page 22                                                              BILL NO. 215867

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| | TOTAL FOR SERVICES | | $141,697.00 |

# **EXHIBIT D**

**Summary of Actual and Necessary Expenses**

## SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD

| Expense Category | Total Expenses |
|---|---|
| Conference Call(s) | $275.95 |
| Electronic Research | $469.06 |
| **TOTAL:** | **$745.01** |

## **EXHIBIT E**

**Expense Detail**

6385767.1.doc

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                              March 14, 2021
Page 23                                                  BILL NO. 215867

DISBURSEMENTS FOR YOUR ACCOUNT

    Conference Call(s)                                    275.95

    Electronic Research                                   469.06

                                                    _____

                           TOTAL DISBURSEMENTS                      745.01