Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

-------------------------------------------------------- x

### FOURTEENTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF NOVEMBER 1, 2020 <u>THROUGH AND INCLUDING NOVEMBER 30, 2020</u>

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Period for Which Compensation is Sought: | November 1, 2020 – November 30, 2020 |
| Total Amount of Fees Incurred: | $133,559.00 |
| Total Fees Requested (80%): | $106,847.20 |
| Total Reimbursement of Expenses Incurred: | $57.54 |
| Total Reimbursement of Expenses Requested (100%): | $57.54 |
| Total compensation and Reimbursement Requested in this Statement: | $106,904.74 |
| This is Applicant's: | Fourteenth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Fourteenth Monthly Fee Statement (the "Fee Statement") for the period of November 1, 2020 – November 30, 2020 (the "Statement Period").

### Itemization of Services Rendered and Disbursements Incurred

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $133,559.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $106,847.20.

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,128.60[2]. The Blended hourly rate of all paraprofessionals is $325.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $57.54 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors (the "Allocation Fees"). Pursuant to the Fee Assumption Order, Applicant may request Allocation Fees through a separate application at a later date.

### <u>Notice</u>

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests

---

[2]      The blended hourly billing rate of $1,128.60 is derived by dividing the total fees for attorneys of $131,707.00 by the total hours of 116.7.

[3]      The Blended hourly billing rate of $325.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $1,852.00 by the total hours of 5.7.

(i) compensation in the amount of $106,847.20 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $133,559.00) and (ii) payment of $57.54 for the actual, necessary expenses that Applicant incurred in connection with such services during the Statement Period.

Dated: March 17, 2020
      New York, New York

                          OTTERBOURG P.C.

By:     */s/ Melanie L. Cyganowski*
         Melanie L. Cyganowski, Esq.
         Jennifer S. Feeney, Esq.
         230 Park Avenue
         New York, New York 10169
         Telephone:    (212) 661-9100
         Facsimile:    (212) 682-6104

         Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

**<u>EXHIBIT A</u>**

**Fees By Project Category**

6481967.1

**SUMMARY OF COMPENSATION BY PROJECT CODE
FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | 8.2 | $9,510.50 |
| PU03 | Business Operations | 1.2 | $1,074.00 |
| PU04 | Case Administration | 34.5 | $37,402.50 |
| PU05 | Claims Analysis | 20.9 | $27,068.00 |
| PU06 | Employment and Fee Applications | 15.9 | $10,981.50 |
| PU08 | Litigation: Contested Matters, Adversary | .4 | $358.00 |
| PU09 | Meetings and Communications w/ AHC | 12.3 | $15,705.00 |
| PU11 | Plan & Disclosure Statement | 29.0 | $31,459.50 |
| | **TOTALS:** | **122.4** | **$133,559.00** |

1

## **EXHIBIT B**

**Professional and Paraprofessional Fees**

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1400.00 | 59.6 | $83,440.00 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $895.00 | 44.2 | $39,559.00 |
| Robert C. Yan ("RCY") Associate | 2002 | $675.00 | 12.9 | $8,707.50 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $325.00 | 5.7 | $1,852.50 |
| | **TOTAL** | | **122.4** | **$133,559.00** |

# **EXHIBIT C**

## **Time Detail**

6481967.1

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

March 14, 2021
BILL NO. 215868

Client/Matter No.:     20186/0002
Matter Name:           CHAPTER 11
Billing Partner:       RL STEHL

For Services Rendered Through November 30, 2020:

---

Phase: PU01                                    ASSET ANALYSIS AND RECOVERY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/01/20 MLC | Analysis of Memorandum Review of condensed summary of Steward deposition | .80 | 1,120.00 |
| 11/01/20 MLC | Analysis of Memorandum Review of Cecil Pickett Deposition Summary | .70 | 980.00 |
| 11/02/20 JSF | Examine Documents Review of Summary of Cecil Pickett Deposition | .30 | 268.50 |
| 11/02/20 JSF | Examine Documents Review of Summary of John Stewart Deposition | .30 | 268.50 |
| 11/03/20 JSF | Examine Documents Review Summary of Deposition of Mark Timney | .30 | 268.50 |
| 11/03/20 MLC | Analysis of Memorandum Review of memo from KL summarizing deposition of Timnery | .90 | 1,260.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          March 14, 2021
Page 2                                                               BILL NO. 215868

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/03/20 MLC | Analysis of Memorandum Review of memo prepared by KL re upcoming deposition and discovery schedule of Sackler family | .70 | 980.00 |
| 11/09/20 JSF | Examine Documents Review of Company Value/Sale Scenario | .30 | 268.50 |
| 11/09/20 MLC | Analysis of Memorandum Review of summary of deposition of Kathe Sackler | .60 | 840.00 |
| 11/10/20 JSF | Examine Documents Review of Summary of Kathe Sackler Deposition | .20 | 179.00 |
| 11/11/20 JSF | Examine Documents Review of HL/FTI Updated Cash Flow Analysis | .20 | 179.00 |
| 11/12/20 JSF | Telephone Call(s) Participate in Conference with UCC, AHC and NCSG: Presentation by UCC re: Sacklers | 1.80 | 1,611.00 |
| 11/13/20 JSF | Examine Documents Review Summary of Mortimer Sackler Deposition | .30 | 268.50 |
| 11/16/20 JSF | Examine Documents Review of Sacklers Response to Objections to Motion for Comfort Order to Pay DOJ | .20 | 179.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                     March 14, 2021
Page 3                                                          BILL NO. 215868

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/23/20 MLC | Analysis of Memorandum Review of summary of deposition of Dr Richard Sackler | .60 | 840.00 |
| TOTAL PHASE PU01 | | 8.20 | $9,510.50 |

| Phase: PU03 | | | BUSINESS OPERATIONS |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/20/20 JSF | Telephone Call(s) Participate in Video Conference Presentation by Debtors re: PHI | 1.20 | 1,074.00 |
| TOTAL PHASE PU03 | | 1.20 | $1,074.00 |

| Phase: PU04 | | | CASE ADMINISTRATION |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/03/20 JSF | Examine Documents Review of Proposed KEIP/KERP Resolution | .30 | 268.50 |
| 11/03/20 MLC | Correspondence Review of memo from KL to AHC re governance protocol | .50 | 700.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                              March 14, 2021
Page  4                                                  BILL NO. 215868

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/05/20 MLC | Conference call(s) Conference call with Gilbert, Eckstein, Ringer, FTI and Troop re third party's potential offer to purchase Purdue Pharma | 1.00 | 1,400.00 |
| 11/05/20 MLC | Conference call(s) Conference call with AHC counsel and FTI/HL re governance term sheet for new Purdue | 1.00 | 1,400.00 |
| 11/05/20 MLC | Analysis of Memorandum Review and analysis of memorandum summarizing pleadings and filings | 1.10 | 1,540.00 |
| 11/05/20 RCY | Examine Documents Examine case docket and prepare summary memo of documents filed. | 3.70 | 2,497.50 |
| 11/06/20 MLC | Conference call(s) Conference call with Monitor giving status report in advance of written report | .80 | 1,120.00 |
| 11/06/20 RCY | Examine Documents Follow up on case docket for update to summary memo. | .20 | 135.00 |
| 11/10/20 RCY | Examine Documents Examine documents filed and prepare summary memo of filings. | 2.40 | 1,620.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                      March 14, 2021
Page 5                                                           BILL NO. 215868

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/11/20 MLC | Conference call(s) FTI/HL presentation to MSGE re Sackler assets | 1.00 | 1,400.00 |
| 11/17/20 JSF | Telephone Call(s) Participate in Telephonic Omnibus Hearing re: KEIP/KERP and DOJ Settlemements (JSF Portion) | 5.20 | 4,654.00 |
| 11/17/20 MLC | Court Appearance - General Appeared at court hearing concerning approval of DOJ settlement agreement and other matters | 7.50 | 10,500.00 |
| 11/17/20 RCY | Examine Documents Prepare summary of case docket and pleadings | 2.30 | 1,552.50 |
| 11/20/20 MLC | Conference call(s) Conference call with Purdue and AHC mediation subgroup re PHI | 1.00 | 1,400.00 |
| 11/23/20 MLC | Analysis of Memorandum Review of Dow Jones motion to intervene in case | .70 | 980.00 |
| 11/23/20 RCY | Examine Documents Examine court documents and prepare update memo to MLC and JSF. | 2.60 | 1,755.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 6                                                         BILL NO. 215868

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/25/20 MLC | Correspondence<br>Correspondence concerning discovery protocol for Sacklers' depositions | .40 | 560.00 |
| 11/25/20 MLC | Correspondence<br>Correspondence with UCC and Troop re analysis of Sackler financial information | .80 | 1,120.00 |
| 11/30/20 MLC | Conference call(s)<br>Conference call meeting with Purdue re its presentation to Public Entities re PHI | 1.40 | 1,960.00 |
| 11/30/20 MLC | Correspondence<br>Correspondence with Andrew Troop and Brattle re follow up with Cornerstone re Consolidated POC | .60 | 840.00 |
| TOTAL PHASE PU04 | | 34.50 | $37,402.50 |

Phase: PU05                                                    CLAIMS ANALYSIS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/02/20 MLC | Correspondence<br>Correspondence with Brattle and Troop re discussions and follow up with Cornerstone re States Consolidated POC | .60 | 840.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 7                                                         BILL NO. 215868

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/03/20 MLC | Telephone Call(s) Telcon with Andrew Troop re Cornerstone/Brattle analysis and follow up | .80 | 1,120.00 |
| 11/06/20 MLC | Conference call(s) Conference call with KL and Gilbert concerning mediation strategy | .60 | 840.00 |
| 11/09/20 MLC | Correspondence Correspondence with Brattle and Troop re preparing for a meeting with Cornerstone to further discuss States POC | .90 | 1,260.00 |
| 11/10/20 MLC | Conference call(s) Conference call with Brattle and Cornerstone and DPW re Debtors' analysis of States Consolidated POC | .80 | 1,120.00 |
| 11/10/20 MLC | Analysis of Memorandum Review of NCSG objection to DOJ/Debtors settlement | .90 | 1,260.00 |
| 11/10/20 MLC | Correspondence Correspondence with AHC counsel re NCSG objection to DOJ settlement | .40 | 560.00 |
| 11/11/20 JSF | Examine Documents Review of UCC Statement re: Motion to Approve DOJ Settlement | .40 | 358.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 8                                                         BILL NO. 215868

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/11/20 JSF | Examine Documents<br>Review and Analysis of Arguements in Objection to DOJ Settlement made by NCSG, AHC of Individual Victims, and AHC on Accountability | .80 | 716.00 |
| 11/11/20 JSF | Examine Documents<br>Review and Professors' Amicus Brief re: DOJ Settlement and Judge Drain Response | .30 | 268.50 |
| 11/11/20 MLC | Conference call(s)<br>Conference call with Andrew Troop and DPW (Kathryn and Marc T) re review of consolidated states POC | .80 | 1,120.00 |
| 11/11/20 MLC | Prepare for Meeting<br>Reviewed Brattle analysis in preparation for meeting with Cornerstone | 1.30 | 1,820.00 |
| 11/12/20 MLC | Conference call(s)<br>Conference call with Andrew Troop, Mark Berman (Brattle) and Jim Donahue re call with DPW and next steps with Cornerstone re consolidated state POC | .40 | 560.00 |
| 11/12/20 MLC | Conference call(s)<br>UCC litigation presentation re potential Sacklers' liability | 1.50 | 2,100.00 |
| 11/12/20 RCY | Telephone Call(s)<br>Listen in on Creditor Committee presentation. | 1.70 | 1,147.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                   March 14, 2021
Page 9                                                        BILL NO. 215868

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/16/20 JSF | Examine Documents Review of Debtors' Response to Objections to Settlement with DOJ | .40 | 358.00 |
| 11/16/20 MLC | Correspondence Correspondence with Gilbert re his calls with Nachman and Troop re NCSG mediation positions | .90 | 1,260.00 |
| 11/16/20 MLC | Correspondence Correspondence with core States re mediation strategy | .40 | 560.00 |
| 11/17/20 MLC | Conference call(s) Conference call with Brattle and Cornerstone re Consolidated Claim | .30 | 420.00 |
| 11/21/20 MLC | Correspondence Correspondence with Troop and AHC counsel re DOJ settlement | .90 | 1,260.00 |
| 11/23/20 MLC | Correspondence Correspondence with AHC counsel re mediation schedule | .30 | 420.00 |
| 11/23/20 MLC | Analysis of Memorandum Review of revisions to governance term sheet prepared by KL | .60 | 840.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                  March 14, 2021
Page 10                                                      BILL NO. 215868

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/23/20 MLC | Correspondence Review of correspondence from DPW re MSGE negotiations and plan strategy | .50 | 700.00 |
| 11/24/20 MLC | Correspondence Correspondence with Troop and Brattle re follow up meetings with Cornerstone | .30 | 420.00 |
| 11/25/20 MLC | Conference call(s) Meeting of AHC and NCSG mediation delegations re Sacklers | 1.50 | 2,100.00 |
| 11/30/20 MLC | Conference call(s) Mediation session with mediators and Sacklers' counsel/representatives | 1.60 | 2,240.00 |
| 11/30/20 MLC | Conference call(s) Conference call with Non-Settling states re mediation session with Sacklers | 1.00 | 1,400.00 |
| TOTAL PHASE PU05 | | 20.90 | $27,068.00 |

Phase: PU06                                    EMPLOYMENT & FEE APPLICATIONS

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/03/20 JKH | Prepare Papers Prepare draft statement for August | .20 | 65.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 11                                                        BILL NO. 215868

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/03/20 JKH | Prepare Papers<br>Prepare draft statement for September | .20 | 65.00 |
| 11/06/20 JSF | Prepare Legal Papers<br>Preparation of Monthly Fee Statement (July) | 1.40 | 1,253.00 |
| 11/10/20 JSF | Prepare Legal Papers<br>Preparation of August Fee Statement | 1.20 | 1,074.00 |
| 11/10/20 JSF | Examine Documents<br>Review of July and August Time Detail | 1.40 | 1,253.00 |
| 11/11/20 JSF | Examine Documents<br>Review of Tenth Monthly Fee Statement | .60 | 537.00 |
| 11/11/20 JSF | Examine Documents<br>Review of Eleventh Monthly Fee Statement | .60 | 537.00 |
| 11/11/20 JKH | Prepare Legal Papers<br>Prepare July statement | .40 | 130.00 |
| 11/11/20 JKH | Prepare Legal Papers<br>Prepare August statement, including review of expenses | .80 | 260.00 |
| 11/12/20 JSF | Prepare Legal Papers<br>Prepare Third Interim Fee Application | 2.20 | 1,969.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                  March 14, 2021
Page 12                                                      BILL NO. 215868

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/12/20 JKH | Prepare Legal Papers Prepare September monthly statement | .70 | 227.50 |
| 11/13/20 JKH | Prepare Legal Papers Prepare monthly statements for filing | .60 | 195.00 |
| 11/13/20 JKH | Prepare Chart(s) Prepare exhibits for Third Interim Fee Application | 1.30 | 422.50 |
| 11/16/20 JSF | Examine Documents Review of Interim Fee Application for Filing | 2.40 | 2,148.00 |
| 11/16/20 JKH | Draft/revise Prepare and edit exhibits for filingThird Interim Application | 1.30 | 422.50 |
| 11/19/20 JSF | Examine Documents Review Draft of Debtor Motion Requesting Payment of AHC Mediation Fees | .40 | 358.00 |
| 11/30/20 JKH | Correspondence Prepare draft email regarding payment of monthly fee statements | .20 | 65.00 |

TOTAL PHASE PU06                                   15.90       $10,981.50

Phase: PU08                       LITIGATION: CONTESTED MATTERS, ADVERSARY

### OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          March 14, 2021
Page 13                                                              BILL NO. 215868

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/03/20 JSF | Examine Documents<br>Review of NCSG and UCC Statement re: Motion<br>of Sacklers to Use Funds for DOJ Settlement | .40 | 358.00 |
| | | | |
| TOTAL PHASE PU08 | | .40 | $358.00 |

Phase: PU09                                 MEETINGS & COMMUNICATIONS W/ AD HOC

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/02/20 MLC | Conference call(s)<br>Conference call with AHC counsel and<br>certain AHC members re various plan<br>negotiations and strategies | 1.60 | 2,240.00 |
| 11/04/20 JSF | Telephone Call(s)<br>Participte in Telconference of Weekly AHC<br>Meeting | 1.00 | 895.00 |
| 11/04/20 MLC | Conference call(s)<br>Conference call meeting with AHC members | 1.10 | 1,540.00 |
| 11/09/20 MLC | Conference call(s)<br>Conference call with AHC counsel re pending<br>matters including mediation issues | .70 | 980.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                        March 14, 2021
Page 14                                                            BILL NO. 215868

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/09/20 MLC | Correspondence Correspondence with AHC committee concerning stipulation re standing issue for insurance cases | .70 | 980.00 |
| 11/10/20 MLC | Conference call(s) Conference call with counsel and AHC representatives re next steps | 1.00 | 1,400.00 |
| 11/12/20 MLC | Conference call(s) Conference call with AHC counsel and certain members re catch up and status of pending matters | 1.00 | 1,400.00 |
| 11/18/20 JSF | Telephone Call(s) Participate in Meeting of AHC re: Post-Effective Date Organizational Structure | 1.50 | 1,342.50 |
| 11/18/20 MLC | Conference call(s) Weekly meeting of AHC | 1.50 | 2,100.00 |
| 11/19/20 MLC | Conference call(s) Conference call with certain state representatives and AHC counsel re mediation/plan efforts | .70 | 980.00 |
| 11/20/20 JSF | Examine Documents Review of Updates to AHC - Motions, Depositions Summaries | .50 | 447.50 |

# Otterbourg P.C.

230 Park Avenue
New York, NY  10169-0075

Client/Matter:   20186/0002                                 March 14, 2021
Page 15                                                      BILL NO. 215868

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/30/20 MLC | Conference call(s) Conference call with AHC counsel re next steps in mediation and related matters | 1.00 | 1,400.00 |
| | | | |
| TOTAL PHASE PU09 | | 12.30 | $15,705.00 |

---

Phase: PU11                                 PLAN & DISCLOSURE STATEMENT

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/03/20 JSF | Telephone Call(s) Participate in Teleconference with AHC and DOJ re: Post-Emergence Structure | 1.30 | 1,163.50 |
| 11/03/20 MLC | Conference call(s) Conference call with DOJ and AHC counsel/members to discuss plans for future Purdue post confirmation | 1.50 | 2,100.00 |
| 11/04/20 MLC | Conference call(s) AHC presentation on Structure and Economics | 1.00 | 1,400.00 |
| 11/09/20 JSF | Telephone Call(s) Participate in Call with AHC Professionals re: Response to DOJ Settlement | .70 | 626.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 16                                                        BILL NO. 215868

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/09/20 MLC | Analysis of Memorandum Review of UCC correspondence concerning third party purchase proposal | .80 | 1,120.00 |
| 11/11/20 MLC | Telephone Call(s) Telcon with Ken Eckstein re next steps re plan | .30 | 420.00 |
| 11/12/20 JSF | Telephone Call(s) Participate in Presentation to Debtors re: Post-Emergence Corporate Structure | 2.50 | 2,237.50 |
| 11/12/20 JSF | Telephone Call(s) Participate Follow-Up Call with AHC Professionals re: Meeting with Debtors re: Post-Emergence Corporate Structure | .40 | 358.00 |
| 11/12/20 MLC | Conference call(s) Conference call with DPW and Company re governance structure and issues | 1.50 | 2,100.00 |
| 11/13/20 JSF | Examine Documents Review of Post-Effective Date Proposed Governance Chart | .40 | 358.00 |
| 11/16/20 JSF | Examine Documents Review Draft of Presenation to AHC re: Plan Options Under Different Scenarios | .70 | 626.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

```
Client/Matter:  20186/0002                          March 14, 2021
Page 17                                             BILL NO. 215868
```

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/18/20 MLC | Analysis of Memorandum Review of revised presentation on governance | 1.50 | 2,100.00 |
| 11/20/20 JSF | Telephone Call(s) Participate in Video Meeting with AHC and NCSG re: Post-Emergence Structure and Other Plan Issues | 2.00 | 1,790.00 |
| 11/20/20 MLC | Conference call(s) Conference call with NCSG and AHC delegations re structure and governance | 1.50 | 2,100.00 |
| 11/23/20 JSF | Examine Documents Preliminary Review of Draft Plan Term Sheet | .60 | 537.00 |
| 11/23/20 MLC | Analysis of Memorandum Review and analysis of draft of plan term sheet prepared by DPW | 2.20 | 3,080.00 |
| 11/23/20 MLC | Analysis of Memorandum Review of draft governance term sheet | .60 | 840.00 |
| 11/24/20 JSF | Examine Documents Review of Draft Governance Term Sheet and Issues List | .40 | 358.00 |
| 11/24/20 JSF | Examine Documents Review of Draft Plan Term Sheet | 1.20 | 1,074.00 |

# OTTERBOURG P.C.

## 230 PARK AVENUE
## NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 18                                                        BILL NO. 215868

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/25/20<br>JSF | Examine Documents<br>Review of NCSG Sackler Demand | .40 | 358.00 |
| 11/25/20<br>JSF | Telephone Call(s)<br>Participate in Conference with AHC and NCSG<br>re: Sackler Discussions | .60 | 537.00 |
| 11/25/20<br>JSF | Examine Documents<br>Review of Draft Plan Term Sheet and<br>Existing Term Sheets of Consituent Groups | 1.20 | 1,074.00 |
| 11/30/20<br>JSF | Telephone Call(s)<br>Participate in Conference with Sacklers,<br>Mediators and AHC re: Status of<br>Negotiations and Sackler Contribution | 1.10 | 984.50 |
| 11/30/20<br>JSF | Telephone Call(s)<br>Participate in Conference with AHC and NCSG<br>re: Status of Discussions with Sacklers | .70 | 626.50 |
| 11/30/20<br>JSF | Telephone Call(s)<br>Participate in Conference Call with AHC<br>Professionals re: Next Steps in<br>Negotiations with Sacklers and Plan | .90 | 805.50 |
| 11/30/20<br>JSF | Examine Documents<br>Review of Options - Alternative Plan and<br>Post-Governance Structure Options for<br>Purdue | 1.40 | 1,253.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                         March 14, 2021
Page 19                                             BILL NO. 215868

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 11/30/20<br>JSF | Examine Documents<br>Review of Plan Term Sheet and Analysis of<br>Relaed Issues | 1.60 | 1,432.00 |
| TOTAL PHASE PU11 | | 29.00 | $31,459.50 |

|  |  |  |
|---|---|---|
| TOTAL FOR SERVICES | | $133,559.00 |

## <u>EXHIBIT D</u>

**Summary of Actual and Necessary Expenses**

6481967.1

## SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE STATEMENT PERIOD

| Expense Category | Total Expenses |
|---|---|
| Conference Call(s) | $57.54 |
| **TOTAL:** | **$57.54** |

# **EXHIBIT E**

## **Expense Detail**

6481967.1

## Otterbourg P.C.
230 Park Avenue
New York, NY  10169-0075

Client/Matter:  20186/0002                                March 14, 2021
Page 20                                                   BILL NO. 215868

DISBURSEMENTS FOR YOUR ACCOUNT

    Conference Call(s)                                               57.54
                                                          _____
                              TOTAL DISBURSEMENTS                     57.54