Melanie L. Cyganowski, Esq.
Jennifer S. Feeney, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone:    (212) 661-9100
Facsimile:    (212) 682-6104

*Co-Counsel to the Ad Hoc Committee of*
*Governmental and Other Contingent*
*Litigation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors[1]. | : | (Jointly Administered) |

------------------------------------------------------------ x

**FIFTEENTH MONTHLY FEE STATEMENT OF OTTERBOURG P.C. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL OF THE AD HOC
COMMITTEE'S PROFESSIONALS FOR THE PERIOD OF DECEMBER 1, 2020
THROUGH AND INCLUDING DECEMBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | Otterbourg P.C. |
| Applicant's Role in Case: | Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019, [dkt. no. 553] |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Period for Which Compensation is Sought: | December 1, 2020 – December 31, 2020 |
|---|---|
| Total Amount of Fees Incurred: | $173,542.00 |
| Total Fees Requested (80%): | $138,833.60 |
| Total Reimbursement of Expenses Incurred: | $49.13 |
| Total Reimbursement of Expenses Requested (100%): | $49.13 |
| Total compensation and Reimbursement Requested in this Statement: | $138,882.73 |
| This is Applicant's: | Fifteenth Monthly Fee Statement |

Pursuant to the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals*, dated December 2, 2019 [Dkt. No. 553] (the "Fee Assumption Order"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Dkt. No. 529] (the "Interim Compensation Order"), Otterbourg P.C. (the "Applicant"), Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned case, hereby submits this Fifteenth Monthly Fee Statement (the "Fee Statement") for the period of December 1, 2020 – December 31, 2020 (the "Statement Period").

**Itemization of Services Rendered and Disbursements Incurred**

1.      Annexed hereto as **Exhibit A** is a chart of the aggregate number of hours expended and fees incurred by professionals and paraprofessionals during the Statement Period with respect to each of the project categories. As reflected in Exhibit A, Applicant incurred $173,542.00 in fees during the Statement Period. Pursuant to this Fee Statement, Applicant seeks reimbursement for 80% of such fees, totaling $138,833.60.

2.      Annexed hereto as **Exhibit B** is a chart of Applicant's professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Statement Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended hourly billing rate of attorneys for all services provided during the Statement Period is $1,232.91[2]. The Blended hourly rate of all paraprofessionals is $325.00[3]. A copy of the computer-generated time entries reflecting the time recorded, organized in project billing categories by Applicant is attached hereto as **Exhibit C**.

3.      Annexed hereto as **Exhibit D** is a chart of necessary and out-of-pocket expenses incurred by the Applicant in the amount of $49.13 in connection with providing professional services during the Statement Period. A copy of the computer-generated list of expenses is attached hereto as **Exhibit E**.

4.      Applicant, to the best of its knowledge, has not included any fees in connection with or relating to the allocation of value among the Debtors' creditors (the "Allocation Fees"). Pursuant to the Fee Assumption Order, Applicant may request Allocation Fees through a separate application at a later date.

## Notice

5.      Applicant will provide notice of this Fee Statement in accordance with the Interim Compensation Order.

WHEREFORE, Applicant, in connection with services rendered as co-counsel to the ad hoc committee of governmental and other contingent litigation claimants, respectfully requests

---

[2]      The blended hourly billing rate of $1,232.91 is derived by dividing the total fees for attorneys of $173,347.00 by the total hours of 140.6.

[3]      The Blended hourly billing rate of $325.00 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $195.00 by the total hours of .6.

(i) compensation in the amount of $138,833.60 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that Applicant incurred in connection with such services during the Statement Period (*i.e.*, $173,542.00) and (ii) payment of $49.13 for the actual, necessary expenses that Applicant incurred in connection with such services during the Statement Period.

Dated: March 17, 2021
      New York, New York

OTTERBOURG P.C.

By:    */s/ Melanie L. Cyganowski*
      Melanie L. Cyganowski, Esq.
      Jennifer S. Feeney, Esq.
      230 Park Avenue
      New York, New York 10169
      Telephone:    (212) 661-9100
      Facsimile:    (212) 682-6104

      Co-*Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants*

## EXHIBIT A

**Fees By Project Category**

6481968.1.doc

**SUMMARY OF COMPENSATION BY PROJECT CODE
FOR THE STATEMENT PERIOD**

| Project Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| PU01 | Asset Analysis and Recovery | .8 | $1,120.00 |
| PU03 | Business Operations | .8 | $716.00 |
| PU04 | Case Administration | 28.1 | $30,845.50 |
| PU05 | Claims Analysis | 11.5 | $16,100.00 |
| PU06 | Employment and Fee Applications | .6 | $195.00 |
| PU09 | Meetings and Communications w/ AHC | 18.1 | $22,562.50 |
| PU11 | Plan & Disclosure Statement | 81.3 | $102,003.00 |
| | **TOTALS:** | **141.2** | **$173,542.00** |

## EXHIBIT B

**Professional and Paraprofessional Fees**

6481968.1.doc

**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS
FOR THE STATEMENT PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1400.00 | 98.0 | $137,200.00 |
| Jennifer S. Feeney ("JSF") Of Counsel | 1998 | $895.00 | 33.6 | $30,072.00 |
| Robert C. Yan ("RCY") Associate | 2002 | $675.00 | 9.0 | $6,075.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $325.00 | .6 | $195.00 |
| | **TOTAL** | | **141.2** | **$173,542.00** |

1

# **EXHIBIT C**

## **Time Detail**

# Otterbourg P.C.

230 Park Avenue

New York, NY  10169-0075

March 14, 2021
BILL NO. 215869

Client/Matter No.:   20186/0002
Matter Name:         CHAPTER 11
Billing Partner:     RL STEHL

For Services Rendered Through December 31, 2020:

---

Phase: PU01                                    ASSET ANALYSIS AND RECOVERY

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/01/20 MLC | Analysis of Memorandum Review of summary of deposition of Jonathan White | .80 | 1,120.00 |
| TOTAL PHASE PU01 | | .80 | $1,120.00 |

---

Phase: PU03                                        BUSINESS OPERATIONS

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/07/20 JSF | Examine Documents Review of Debtors' Response to Status of Due Diligence Requests of Interested Purchaser | .40 | 358.00 |
| 12/22/20 JSF | Examine Documents Review of Summary of Updated Debtors' Business Plan Forecast | .40 | 358.00 |
| TOTAL PHASE PU03 | | .80 | $716.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 2                                                         BILL NO. 215869

---

Phase: PU04                                          CASE ADMINISTRATION

---

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/01/20 RCY | Examine Documents Follow up on case status and filings of relevance. | .60 | 405.00 |
| 12/03/20 MLC | Draft/revise Reviewed and revised letter to David Klauder re pending interim fee application | .40 | 560.00 |
| 12/04/20 MLC | Telephone Call(s) Telcon with Rachael Ringer re call with States re third party proposal | .20 | 280.00 |
| 12/04/20 MLC | Conference call(s) Conference call with AHC counsel re review of third party proposal and related issues | 1.30 | 1,820.00 |
| 12/04/20 MLC | Correspondence Correspondence among AHC counsel re unsealing motion and request for court chambers conference | .60 | 840.00 |
| 12/04/20 MLC | Correspondence Review of Sacklers correspondence to court re request for chambers conference re unsealing of certain documents | .30 | 420.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 3                                                         BILL NO. 215869

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/04/20 MLC | Correspondence<br>Review of Boston Globe correspondence with parties concerning request for chambers conference to discuss unsealing of certain documents | .30 | 420.00 |
| 12/04/20 MLC | Analysis of Memorandum<br>Review and analysis of memorandum from third party counsel outlining new purchase proposal | 1.30 | 1,820.00 |
| 12/04/20 MLC | Correspondence<br>Review of UCC response to correspondence from Sacklers and others concerning request for court chambers conference re unsealing issues | .30 | 420.00 |
| 12/04/20 MLC | Correspondence<br>Review of NCSG response to correspondence concerning request for chambers conference | .20 | 280.00 |
| 12/05/20 MLC | Correspondence<br>Correspondence among AHC professionals re third party revised proposal | .40 | 560.00 |
| 12/07/20 JSF | Examine Documents<br>Review of Docket Updates - Summaries of Recently Filed Motions | .40 | 358.00 |

## OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 4                                                         BILL NO. 215869

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/07/20<br>JSF | Examine Documents<br>Review of Media Intervention Motion and<br>Statements of NCSG and Committee on<br>Accountability in Support | .80 | 716.00 |
| 12/07/20<br>MLC | Correspondence<br>Correspondence to Judge Drain chambers<br>from proposed amicus party | .20 | 280.00 |
| 12/07/20<br>MLC | Correspondence<br>Review of correspondence from PJT<br>responding to UCC email re unsealing of<br>certain privilege documents | .30 | 420.00 |
| 12/07/20<br>MLC | Analysis of Memorandum<br>Review of KL memo to AHC committee re Media<br>Intervention Motion and other open issues | .70 | 980.00 |
| 12/07/20<br>MLC | Analysis of Memorandum<br>Review of summary of various pending<br>motions before the Court | .60 | 840.00 |
| 12/07/20<br>RCY | Examine Documents<br>Examine docket and filings and prepare<br>summary memo on same. | 3.60 | 2,430.00 |
| 12/08/20<br>MLC | Telephone Call(s)<br>Telcon with Ken Eckstein re general status<br>of matters and next steps | .40 | 560.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                      March 14, 2021
Page 5                                                          BILL NO. 215869

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/09/20<br>MLC | Telephone Call(s)<br>Call with Andrew Troop re next steps re<br>Sackler negotiations | .20 | 280.00 |
| 12/09/20<br>RCY | Examine Documents<br>Follow up on recent filings. | .20 | 135.00 |
| 12/10/20<br>MLC | Correspondence<br>Correspondence among AHC counsel re<br>adjournment of pending motion re<br>allocation fees before court | .40 | 560.00 |
| 12/10/20<br>RCY | Examine Documents<br>Recent filings in preparation of memo. | .30 | 202.50 |
| 12/11/20<br>JSF | Examine Documents<br>Review of Pending Motions for Omnibus<br>Hearing | .20 | 179.00 |
| 12/14/20<br>MLC | Analysis of Memorandum<br>Review of response by Sackler family to<br>Boston Globe motion to intervene | .60 | 840.00 |
| 12/14/20<br>MLC | Analysis of Memorandum<br>Review of summary of pending motions<br>including motion to intervene and others | .70 | 980.00 |
| 12/14/20<br>RCY | Examine Documents<br>Examine docket and recently filed<br>pleadings and prepare summary memo of same. | 1.70 | 1,147.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                March 14, 2021
Page 6                                                     BILL NO. 215869

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/15/20 JSF | Telephone Call(s) Participate in Omnibus Court Hearing | 1.50 | 1,342.50 |
| 12/15/20 MLC | Court Appearance - General Appeared at court hearing re fee applications and other pending matters | 2.20 | 3,080.00 |
| 12/17/20 MLC | Correspondence Review of correspondence by NAS Children Ad Hoc to Court re motion to file under seal | .50 | 700.00 |
| 12/18/20 MLC | Analysis of Memorandum Review of article re the Congressional Oversight Committee report | .30 | 420.00 |
| 12/18/20 MLC | Analysis of Memorandum Review of Sackler Family court filings responding to exceptions pleadings | .40 | 560.00 |
| 12/21/20 MLC | Analysis of Memorandum Review of summary of pending motions | .70 | 980.00 |
| 12/21/20 RCY | Examine Documents Examine docket activity and recent pleadings and prepare summary memo of same | 2.60 | 1,755.00 |
| 12/22/20 JSF | Examine Documents Review of Docket Updates and Status of Privilege and Disclosure Issues with Sacklers | .60 | 537.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:  20186/0002                                    March 14, 2021
Page 7                                                         BILL NO. 215869

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/22/20<br>MLC | Analysis of Memorandum<br>Review of HL/FTI analysis of debtors'<br>company financials including projections | 1.10 | 1,540.00 |
| 12/22/20<br>MLC | Correspondence<br>Correspondence with NCSG re sharing of PHI<br>materials | .20 | 280.00 |
| 12/22/20<br>MLC | Conference call(s)<br>Call with NCSG counsel re Brattle<br>discussions with Cornerstone | .40 | 560.00 |
| 12/28/20<br>JSF | Examine Documents<br>Review of Purdue Docket and Recently Filed<br>Motions | .40 | 358.00 |

TOTAL PHASE PU04                                    28.10        $30,845.50

Phase: PU05                                                  CLAIMS ANALYSIS

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/01/20<br>MLC | Conference call(s)<br>Call with States representatives and KL re<br>NCSG approach | 1.00 | 1,400.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      March 14, 2021
Page 8                                                           BILL NO. 215869

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/01/20<br>MLC | Correspondence<br>Correspondence with certain State members of AHC re potential consequences if agreements not reached between certain interested parties | .60 | 840.00 |
| 12/03/20<br>MLC | Conference call(s)<br>Conference call mediation session re Hospitals and their claims | 1.20 | 1,680.00 |
| 12/03/20<br>MLC | Prepare for Meeting<br>Prepared for meeting with Hospitals and mediators | .40 | 560.00 |
| 12/04/20<br>MLC | Draft/revise<br>Review and revision to power point analysis of States consolidated POC | 1.10 | 1,540.00 |
| 12/08/20<br>MLC | Analysis of Memorandum<br>Review and analysis of Gilbert memo outlining Sackler counter to NCSG mediation demands | .70 | 980.00 |
| 12/08/20<br>MLC | Correspondence<br>Review of correspondence from Tribal coalition responding to Sackler Phase II negotiations | .40 | 560.00 |
| 12/09/20<br>MLC | Analysis of Memorandum<br>Review of Sackler family sur-reply response to UCC opposition to exceptions memo | .50 | 700.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                          March 14, 2021
Page 9                                                               BILL NO. 215869

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/10/20 MLC | Prepare for Meeting<br>Review of latest version of NAS registry proposal in preparation for mediation session with NAS representatives | 1.10 | 1,540.00 |
| 12/11/20 MLC | Correspondence<br>Correspondence among NAS working group re mediation proposals | .60 | 840.00 |
| 12/11/20 MLC | Correspondence<br>Follow up correspondence re NAS mediation session | .30 | 420.00 |
| 12/14/20 MLC | Correspondence<br>Follow up correspondence with NCSG members re NAS negotiations | .30 | 420.00 |
| 12/18/20 MLC | Conference call(s)<br>Conference call with mediator Feinberg and NAS parties with States re claims set up | 1.70 | 2,380.00 |
| 12/30/20 MLC | Correspondence<br>Correspondence with NCSG and AHC re NAS working group to discuss experts' analysis re ID documentation registrar | .90 | 1,260.00 |
| 12/31/20 MLC | Correspondence<br>Review of corrrespondence from Gilbert concerning latest developments in negotiations between NCSG and Sacklers in mediation | .70 | 980.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                             March 14, 2021
Page 10                                                                 BILL NO. 215869

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| TOTAL PHASE PU05 | | 11.50 | $16,100.00 |

| Phase: PU06 | EMPLOYMENT & FEE APPLICATIONS |
|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/08/20 JKH | Prepare Legal Papers Prepare monthly statement | .60 | 195.00 |
| TOTAL PHASE PU06 | | .60 | $195.00 |

| Phase: PU09 | MEETINGS & COMMUNICATIONS W/ AD HOC |
|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/02/20 JSF | Examine Documents Review of Update to AHC re: Exclusivity and Media Motion to Intervene | .30 | 268.50 |
| 12/02/20 JSF | Telephone Call(s) Participate in Weekly Conference Call of AHC and Professionals | 1.60 | 1,432.00 |
| 12/02/20 MLC | Conference call(s) Weekly meeting of AHC | 1.70 | 2,380.00 |

# Otterbourg P.C.

230 Park Avenue

New York, NY 10169-0075

Client/Matter:   20186/0002                                         March 14, 2021
Page 11                                                             BILL NO. 215869

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/02/20 MLC | Prepare for Meeting<br>Prepared for weekly meeting with AHC committee | .60 | 840.00 |
| 12/03/20 MLC | Conference call(s)<br>Conference call with States' representatives and AHC counsel re claims update | .50 | 700.00 |
| 12/08/20 MLC | Conference call(s)<br>Conference call with certain States re status of mediation matters | .60 | 840.00 |
| 12/08/20 MLC | Correspondence<br>Correspondence with Ken Eckstein and mediation subcommittee re status of various matters including Sackler/NCSG discussions and third party proposal | .50 | 700.00 |
| 12/09/20 JSF | Telephone Call(s)<br>Participate in Weekly AHC Call to Review Plan and Other Upcoming Matters | 1.90 | 1,700.50 |
| 12/09/20 MLC | Conference call(s)<br>Call with Ken Eckstein and Paul Singer re proposed plan strategies | .50 | 700.00 |
| 12/09/20 MLC | Conference call(s)<br>Weekly meeting with AHC and Counsel, FTI and HL | 1.90 | 2,660.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      March 14, 2021
Page 12                                                          BILL NO. 215869

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/09/20<br>MLC | Prepare for Meeting<br>Prepared for meeting with AHC | .40 | 560.00 |
| 12/10/20<br>MLC | Conference call(s)<br>Conference call with AHC counsel and<br>certain State representatives | .50 | 700.00 |
| 12/15/20<br>MLC | Conference call(s)<br>Strategy meeting with AHC counsel and state<br>representatives | .50 | 700.00 |
| 12/16/20<br>JSF | Telephone Call(s)<br>Participate in Weekly AHC Call | 1.70 | 1,521.50 |
| 12/16/20<br>MLC | Conference call(s)<br>Weekly meeting and focus on plan B | 1.80 | 2,520.00 |
| 12/17/20<br>MLC | Conference call(s)<br>Conference call with AHC counsel and State<br>representatives re strategy and next steps | 1.00 | 1,400.00 |
| 12/22/20<br>MLC | Conference call(s)<br>Conference call with AHC co-counsel and<br>certain State reps re negotiations and<br>strategy | .50 | 700.00 |
| 12/22/20<br>MLC | Correspondence<br>Correspondence with AHC committee members<br>outlining status of negotiations and next<br>steps | .60 | 840.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                  March 14, 2021
Page 13                                                      BILL NO. 215869

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/22/20 MLC | Correspondence Correspondence with AHC re status of various pending matters | .50 | 700.00 |
| 12/24/20 MLC | Conference call(s) Conference call with AHC counsel and States' subcommittee re status of negotiations | .50 | 700.00 |
| TOTAL PHASE PU09 | | 18.10 | $22,562.50 |

| Phase: PU11 | | PLAN & DISCLOSURE STATEMENT | |
|---|---|---|---|
| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| 12/01/20 MLC | Analysis of Memorandum Review and analysis of debtors' motion to extend exclusivity | .60 | 840.00 |
| 12/02/20 JSF | Examine Documents Review of Revised Presentation re: Plan Alternatives | .40 | 358.00 |
| 12/02/20 MLC | Correspondence Correspondence among AHC professionals concerning impact of Plan B and its contours | .80 | 1,120.00 |

# OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 14                                                        BILL NO. 215869

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/02/20 MLC | Correspondence<br>Correspondence among certain States re Plan B ideas | .40 | 560.00 |
| 12/02/20 MLC | Analysis of Memorandum<br>Review and analysis of term sheet outlining Plan B | 1.20 | 1,680.00 |
| 12/02/20 MLC | Correspondence<br>Review of Guard memo re Plan B negotiations | .60 | 840.00 |
| 12/02/20 MLC | Correspondence<br>Correspondence with States mediation group and AHC counsel re compensation for post confirmation governance directors | .50 | 700.00 |
| 12/03/20 JSF | Telephone Call(s)<br>Participate in Call with AHC, NCSG and DOJ re: Post-Emergence Structure | 1.90 | 1,700.50 |
| 12/03/20 JSF | Examine Documents<br>Review of Presentation Materials re: Alternative Plan Options | .60 | 537.00 |
| 12/03/20 JSF | Examine Documents<br>Review and Analysis of Alternate Plan Structures and Status of Open Plan Issues | 1.20 | 1,074.00 |
| 12/04/20 JSF | Telephone Call(s)<br>Participate in Call with AHC Professionals re: Plan Alternatives | .90 | 805.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY 10169-0075

Client/Matter:   20186/0002                                 March 14, 2021
Page 15                                                     BILL NO. 215869

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/04/20 JSF | Examine Documents<br>Review of Options for Sale of Assets | .40 | 358.00 |
| 12/04/20 MLC | Telephone Call(s)<br>Telcon with Eckstein re Plan timeline and third party development | .30 | 420.00 |
| 12/06/20 JSF | Telephone Call(s)<br>Participate in Conference Call with AHC Professionals re: Emergence Alternatives | 1.30 | 1,163.50 |
| 12/06/20 JSF | Examine Documents<br>Review of AHC Financial Advisors' Presentation re: Alternative Plan/Sale Option | .50 | 447.50 |
| 12/06/20 MLC | Analysis of Memorandum<br>Review and analysis of third party proposal and HL economic analysis of strategic options | 1.80 | 2,520.00 |
| 12/06/20 MLC | Conference call(s)<br>Conference call with HL and AHC counsel re third party proposal economic analysis | 1.50 | 2,100.00 |
| 12/08/20 JSF | Examine Documents<br>Review of Letter from Tribal Coalition to Mediators re: Sackler Plan Contribution | .20 | 179.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                      March 14, 2021
Page 16                                                          BILL NO. 215869

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/08/20<br>JSF | Examine Documents<br>Review of Presentation to AHC re:<br>Alternative Plan Options | .60 | 537.00 |
| 12/08/20<br>JSF | Examine Documents<br>Review of Presentation for AHC Outlining<br>Issues of Post-Confirmation Governance | .40 | 358.00 |
| 12/08/20<br>MLC | Correspondence<br>Correspondence with mediation<br>subcommittee re selection process for<br>directors and trustees | .40 | 560.00 |
| 12/09/20<br>JSF | Examine Documents<br>Review of Communication to AHC and NCSG re:<br>Topics and Issues for Meeting with DOJ | .20 | 179.00 |
| 12/09/20<br>JSF | Examine Documents<br>Review Revised Presentation re: Plan<br>Alternatives | .30 | 268.50 |
| 12/09/20<br>JSF | Examine Documents<br>Review of Economic Analysis of Strategic<br>Alternatives Prepared for AHC | .80 | 716.00 |
| 12/09/20<br>MLC | Analysis of Memorandum<br>Review of HL side by side analysis of third<br>party proposal with other alternatives | 1.20 | 1,680.00 |

# OTTERBOURG P.C.

### 230 PARK AVENUE
### NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                   March 14, 2021
Page 17                                                       BILL NO. 215869

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/09/20<br>MLC | Correspondence<br>Review of Gilbert email outlining<br>alternative scenarios for mediation issues | .80 | 1,120.00 |
| 12/09/20<br>MLC | Correspondence<br>Correspondence with AHC counsel and<br>mediation subcommittee re trustee<br>selection process and search firms | .60 | 840.00 |
| 12/09/20<br>MLC | Correspondence<br>Correspondence among AHC counsel<br>concerning recent calls with DPW re plan<br>structure | .50 | 700.00 |
| 12/09/20<br>MLC | Prepare for Meeting<br>Prepared for meeting with NCSG and AHC<br>mediation subcommittee re DOJ discussions | .80 | 1,120.00 |
| 12/10/20<br>JSF | Telephone Call(s)<br>Parrticipate in Video Conference with AHC,<br>NCSG and DOJ re: Plan and Post-Effective<br>Date Structure | 1.10 | 984.50 |
| 12/10/20<br>JSF | Examine Documents<br>Review of Update on Discussions Concerning<br>MSGE Term Sheet | .30 | 268.50 |
| 12/10/20<br>JSF | Examine Documents<br>Review of Update Between Sacklers and NCSG<br>re: Sackler Contribution | .30 | 268.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:    20186/0002                                    March 14, 2021
Page 18                                                         BILL NO. 215869

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/10/20<br>MLC | Conference call(s)<br>Zoom meeting with DOJ, NCSG and AHC re plan<br>structure | 1.20 | 1,680.00 |
| 12/10/20<br>MLC | Correspondence<br>Follow up correspondence among AHC counsel<br>concerning NCSG counter offer to Sackler<br>proposal | .80 | 1,120.00 |
| 12/10/20<br>MLC | Analysis of Memorandum<br>Analysis of memo providing background<br>regarding the Cleveland<br>negotiations/settlement | .80 | 1,120.00 |
| 12/10/20<br>MLC | Correspondence<br>Correspondence with AHC counsel concerning<br>discussions with NCSG counsel and status of<br>negotiations re the Sackler family | .90 | 1,260.00 |
| 12/11/20<br>JSF | Examine Documents<br>Review of Post-Emergence Governance Open<br>Issues | .80 | 716.00 |
| 12/11/20<br>MLC | Conference call(s)<br>Zoom mediation meeting with NCSG, AHC and<br>NAS/Hospitals | .80 | 1,120.00 |
| 12/11/20<br>MLC | Prepare for Meeting<br>Prepared for meeting with NAS/Hospitals by<br>reviewing mediation documents circulated<br>in advance by Troop | 1.00 | 1,400.00 |

# Otterbourg P.C.

230 Park Avenue
New York, NY 10169-0075

Client/Matter:   20186/0002                                      March 14, 2021
Page 19                                                          BILL NO. 215869

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/14/20 MLC | Correspondence<br>Correspondence among AHC counsel and committee concerning latest status of negotiations between NCSG and Sackler family | .70 | 980.00 |
| 12/14/20 MLC | Analysis of Memorandum<br>Review and analysis of memo prepared by Gilbert concerning NCSG negotiations with Sackler family and next steps | .80 | 1,120.00 |
| 12/15/20 MLC | Correspondence<br>Correspondence among AHC counsel concerning MSGE negotiations re plan term sheet | .60 | 840.00 |
| 12/15/20 MLC | Correspondence<br>Review of correspondence between Sackler family counsel and NCSG counsel concerning pending negotiations | .40 | 560.00 |
| 12/15/20 MLC | Analysis of Memorandum<br>Review and analysis of NCSG revisions to draft governance term sheet | 1.40 | 1,960.00 |
| 12/16/20 JSF | Examine Documents<br>Review of Plan Term Sheet Mark-Up by AHC | .40 | 358.00 |
| 12/16/20 MLC | Prepare for Meeting<br>Reviewed and revised draft of Plan B power point | 1.50 | 2,100.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 20                                                        BILL NO. 215869

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/16/20 MLC | Correspondence<br>Correspondence among AHC counsel and working mediation subgroup re proposed revisions to draft governance term sheet | .80 | 1,120.00 |
| 12/16/20 MLC | Conference call(s)<br>Conference call mediation session with NCSG re governance term sheet | 1.00 | 1,400.00 |
| 12/16/20 MLC | Correspondence<br>Correspondence re mediation issues with working group | .60 | 840.00 |
| 12/16/20 MLC | Correspondence<br>Correspondence re Plan B presentation | .40 | 560.00 |
| 12/16/20 MLC | Analysis of Memorandum<br>Review and analysis of plan term sheet governance mark-up as revised | 2.10 | 2,940.00 |
| 12/16/20 MLC | Correspondence<br>Correspondence outlining States' response to NCSG comments to governance term sheet | .50 | 700.00 |
| 12/17/20 MLC | Conference call(s)<br>Working session with AHC mediation subgroup re responses to Debtors' term sheet | 2.10 | 2,940.00 |

# Otterbourg P.C.

### 230 Park Avenue
### New York, NY  10169-0075

Client/Matter:   20186/0002                                       March 14, 2021
Page 21                                                           BILL NO. 215869

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/17/20<br>MLC | Analysis of Memorandum<br>Review of proposed comments by AHC<br>subcommittee to governance term sheet | .70 | 980.00 |
| 12/17/20<br>MLC | Analysis of Memorandum<br>Review of revisions to governance term<br>sheet reflecting comments from earlier<br>meeting | 1.10 | 1,540.00 |
| 12/17/20<br>MLC | Correspondence<br>Correspondence among AHC professionals and<br>working mediation subgroup concerning<br>proposed revisions to governance term<br>sheet from the tax perspective | .80 | 1,120.00 |
| 12/17/20<br>MLC | Prepare for Meeting<br>Review and analysis of TDP draft from the<br>PI claimants in preparation for mediation<br>sessions tomorrow | .70 | 980.00 |
| 12/18/20<br>JSF | Examine Documents<br>Review of Letter from NAS to Debtors re: TDP<br>Discussions | .20 | 179.00 |
| 12/18/20<br>JSF | Examine Documents<br>Review of Draft TDP Plan for Personal<br>Injury Claimant Distribution | .40 | 358.00 |
| 12/18/20<br>JSF | Telephone Call(s)<br>Participate in Video Conference with<br>Private and Public Claimants re: TDP | 1.50 | 1,342.50 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                          March 14, 2021
Page 22                                                              BILL NO. 215869

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/18/20<br>MLC | Correspondence<br>Correspondence from TDP claimants to<br>Debtors | .30 | 420.00 |
| 12/18/20<br>MLC | Correspondence<br>Correspondence re the NAS Children Working<br>Group effort to coordinate meetings among<br>the experts with NCSG | .20 | 280.00 |
| 12/18/20<br>MLC | Correspondence<br>Correspondence with AHC professionals from<br>Gilbert concerning NCSG counter response<br>to Sackler Family | .40 | 560.00 |
| 12/20/20<br>MLC | Analysis of Memorandum<br>Review of final turn of revisions to term<br>sheet | 1.10 | 1,540.00 |
| 12/21/20<br>JSF | Examine Documents<br>Review of Purdue Plan Term Sheet Governance<br>Section Mark-Up | .60 | 537.00 |
| 12/21/20<br>MLC | Analysis of Memorandum<br>Review of Plan PHI deck | .40 | 560.00 |
| 12/21/20<br>MLC | Correspondence<br>Correspondence with AHC mediation subgroup<br>re latest revisions to plan term sheet | .50 | 700.00 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 23                                                        BILL NO. 215869

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/21/20 MLC | Analysis of Memorandum<br>Review of memo to AHC concerning status of mediation negotiations and next steps over the holidays | .70 | 980.00 |
| 12/21/20 MLC | Conference call(s)<br>Conference call mediation session with DOJ/AHC/NCSG | 2.00 | 2,800.00 |
| 12/21/20 MLC | Analysis of Memorandum<br>Review and analysis of Debtors' latest revisions to plan term sheet | 1.40 | 1,960.00 |
| 12/22/20 JSF | Telephone Call(s)<br>Participate in Video Conference with UCC, AHC, NCSG and MSGE re: Post-Emergence Business Plan Scenarios and Projections | 1.70 | 1,521.50 |
| 12/22/20 JSF | Examine Documents<br>Review of Plan Term Sheet - Governance Provisions | .60 | 537.00 |
| 12/22/20 JSF | Examine Documents<br>Review of AHC's Financial Advisors Updated Economic Analysis of Strategic Options | .90 | 805.50 |
| 12/22/20 MLC | Conference call(s)<br>Zoom meeting with DOJ, NCSG and AHC re presentation by FTI and HL concerning financials and third party proposal | 1.80 | 2,520.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                           March 14, 2021
Page 24                                                               BILL NO. 215869

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/22/20 MLC | Analysis of Memorandum Review and analysis of FTI/HL presentation re third party proposal and other exit scenarios | 1.10 | 1,540.00 |
| 12/22/20 MLC | Correspondence Correspondence among AHC professionals concerning KL call with DPW re plan developments | .40 | 560.00 |
| 12/22/20 MLC | Draft/revise reviewed and revised plan term sheet which reflects collective comments to governance term sheet of NCSG and AHC | 1.40 | 1,960.00 |
| 12/23/20 JSF | Telephone Call(s) Participate in Videoconference with Debtors, DOJ, AHC, NCSG and MSGE re: Post-Emergence Structure | 2.00 | 1,790.00 |
| 12/23/20 MLC | Conference call(s) Mediation conference call with DOJ and Public Mediation group re OpCo | 2.00 | 2,800.00 |
| 12/23/20 MLC | Correspondence Correspondence with AHC concerning counter proposal by Sackler family to NCSG proposal | .60 | 840.00 |
| 12/23/20 MLC | Correspondence Follow up correspondence among AHC professionals concerning morning meeting with Debtors and DOJ | .40 | 560.00 |

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                      March 14, 2021
Page 25                                                          BILL NO. 215869

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/24/20<br>MLC | Conference call(s)<br>Conference call with AHC counsel re<br>negotiations and next steps | .60 | 840.00 |
| 12/24/20<br>MLC | Analysis of Memorandum<br>Review of debtors' term sheet compared to<br>AHC/NCSG term sheet | 1.30 | 1,820.00 |
| 12/29/20<br>JSF | Examine Documents<br>Review of Further Revised Plan Term Sheet<br>- Non-Governance Sections | 1.60 | 1,432.00 |
| 12/29/20<br>MLC | Analysis of Memorandum<br>Review of revised governance term sheet | 1.30 | 1,820.00 |
| 12/29/20<br>MLC | Conference call(s)<br>Conference call with AHC professionals and<br>AHC subcommittee to discuss revised<br>governance term sheet | 1.00 | 1,400.00 |
| 12/29/20<br>MLC | Correspondence<br>Correspondence re proposed revisions to<br>revised draft governance term sheet | .60 | 840.00 |
| 12/29/20<br>MLC | Analysis of Memorandum<br>Review and analysis of draft of<br>non-governance term sheet | 2.20 | 3,080.00 |
| 12/30/20<br>JSF | Examine Documents<br>Review of Plan Term Sheet | 1.30 | 1,163.50 |

# OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY   10169-0075

Client/Matter:   20186/0002                                March 14, 2021
Page 26                                                     BILL NO. 215869

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 12/30/20<br>MLC | Correspondence<br>Follow up correspondence re revisions to<br>governance term sheet | .60 | 840.00 |
| 12/30/20<br>MLC | Analysis of Memorandum<br>Review of proposed changes to part of<br>governance term sheet concerning payment<br>of attorney fees | .80 | 1,120.00 |
| 12/30/20<br>MLC | Analysis of Memorandum<br>Review of final proposed changes to<br>governance term sheet before circulating<br>to NCSG and UCC | 1.10 | 1,540.00 |

TOTAL PHASE PU11                                      81.30      $102,003.00


                                    TOTAL FOR SERVICES      $173,542.00

# **EXHIBIT D**

**Summary of Actual and Necessary Expenses**

**SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE
STATEMENT PERIOD**

| Expense Category | Total Expenses |
|---|---|
| Conference Call(s) | $49.13 |
| **TOTAL:** | **$49.13** |

## **EXHIBIT E**

**Expense Detail**

OTTERBOURG P.C.

230 PARK AVENUE

NEW YORK, NY  10169-0075

Client/Matter:   20186/0002                                    March 14, 2021
Page 27                                                        BILL NO. 215869

DISBURSEMENTS FOR YOUR ACCOUNT

    Conference Call(s)                                              49.13
                                                            _____
                                    TOTAL DISBURSEMENTS            49.13