UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**FIFTEENTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE AD HOC COMMITTEE OF GOVERNMENTAL AND OTHER CONTINGENT LITIGATION CLAIMANTS FOR THE PERIOD FROM DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants |
| Date of Order Approving Debtors' Payment of Fees and Expenses of Applicant: | December 2, 2019 [ECF No. 553] |
| Period for which compensation and reimbursement is sought: | December 1, 2020 through December 31, 2020 |
| Monthly Fees Incurred: | $308,146.00 |

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifesciences Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

Monthly Expenses Incurred:                          $0.00

Total Fees and Expenses Due:                        $308,146.00

This is a:   X   monthly _____ interim _____ final application

**PRIOR APPLICATIONS:**

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| **Docked No./Filed** | **Compensation Period** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| Docket No. 635 Filed On 12/9/2019 | 9/19/2019 – 10/31/2019 | $778,791.50 | $680.61 | $771,291.50 | $680.61 |
| Docket No. 741 Filed On 1/13/2020 | 11/1/2019 – 11/30/2019 | $827,575.00 | $899.41 | $820,075.00 | $899.41 |
| Docket No. 852 Filed on 2/20/2020 | 12/1/2019 – 12/31/2019 | $802,036.50 | $2,284.19 | $794,536.50 | $2,284.19 |
| Docket No. 916 Filed on 3/12/2020 | 1/1/2020 – 1/31/2020 | $774,662.00 | $11,530.84 | $767,162.00 | $11,530.84 |
| Docket No. 1090 Filed on 4/27/2020 | 2/1/2020 – 2/29/2020 | $615,089.00 | $6,141.22 | $610,714.00 | $6,141.22 |
| Docket No. 1171 Filed on 5/19/2020 | 3/1/2020 – 3/31/2020 | $561,863.50 | $67.08 | $557,488.50 | $67.08 |
| Docket No. 1251 Filed on 6/10/2020 | 4/1/2020 – 4/30/2020 | $428,303.00 | $1,732.28 | $423,928.00 | $1,732.28 |
| Docket No. 1379 Filed on 7/13/2020 | 5/1/2020 – 5/31/2020 | $303,367.00 | $4,325.26 | $298,992.00 | $4,325.26 |
| Docket No. 1651 Filed on 9/2/2020 | 6/1/2020 – 6/30/2020 | $374,753.00 | $96.90 | $372,253.00 | $ 96.90 |
| Docket No. 1725 Filed on 9/25/2020 | 7/1/2020 – 7/31/2020 | $446,975.50 | $0.00 | $444,475.50 | $0.00 |
| Docket No. 1850 Filed on 10/26/2020 | 8/1/2020 – 8/31/2020 | $261,092.00 | $108.25 | $258,592.00 | $108.25 |
| Docket No. 1950 Filed on 10/26/2020 | 9/1/2020 – 9/30/2020 | $357,546.50 | $0.00 | $355,046.50 | $0.00 |
| Docket No. 2031 Filed on 11/24/2020 | 9/19/2019 – 9/30/2020 | $44,462.00 | $0.00 | $35,569.60 | $0.00 |
| Docket No. 2154 Filed on 12/18/2020 | 10/1/2020 – 10/31/2020 | $356,078.50 | $0.00 | $284,862.80 | $0.00 |
| Docket No. 2308 Filed on 1/20/2021 | 11/1/2020 – 11/30/2020 | $450,827.00 | $0.00 | $360,661.60 | $0.00 |

Note: The fee examiner's agreed upon reductions of $30,000, $17,500, and $10,000 were allocated evenly across fees from the first, second, and third interim period, respectively.

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants of Purdue Pharma L.P., *et al.* (the "**Committee**") is submitted in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals* [ECF No. 553] entered on November 21, 2019 and December 2, 2019, respectively, (the "**Orders**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from December 1, 2020 through and including December 31, 2020 (the "**Fee Period**") amount to:

   | | |
   |---|---|
   | Professional Fees | $308,146.00 |
   | Expenses | 0.00 |
   | **TOTAL** | **$308,146.00** |

2. In accordance with the Orders, FTI has separately recorded its fees in connection with or relating to the allocation of value among the Debtors' creditors (the "**Allocation Fees**") and has not, to the best of its knowledge, included Allocation Fees in this Fee Statement. If no timely and proper objection is made by a party-in-interest within fourteen (14) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

   | | |
   |---|---|
   | Professional Fees at 80% | $246,516.80 |
   | Expenses at 100% | 0.00 |
   | **TOTAL** | **$246,516.80** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. FTI reserves the right to request, in subsequent fee statements and applications, reimbursement of any additional expenses incurred during the Fee Period, as such expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

7. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than March 31, 2021 (the "**Objection Deadline**"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "**Objection**").

8. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

9. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be

heard by the Court.

Dated:  New York, New York
         March 17, 2021

                                 FTI CONSULTING, INC.
                                 Financial Advisors to the Ad Hoc Committee of
                                 Governmental and Other Contingent Litigation
                                 Claimants of Purdue Pharma L.P.

By:    */s/ Matthew Diaz*
        Matthew Diaz, Senior Managing Director
        Three Times Square, 10th Floor
        New York, New York 10036
        Telephone: (212) 499-3611
        Email: matt.diaz@fticonsulting.com

# EXHIBIT A
## PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
## SUMMARY OF HOURS BY PROFESSIONAL
## FOR THE PERIOD DECEMBER 1, 2020 TO DECEMBER 31, 2020

| Professional | Position | Specialty | Billing Rate[1] | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Diaz, Matthew | Senior Managing Director | Restructuring | $ 1,085 | 74.6 | $ 80,941.00 |
| Joffe, Steven | Senior Managing Director | Tax | 1,125 | 7.5 | 8,437.50 |
| Simms, Steven | Senior Managing Director | Restructuring | 1,295 | 2.7 | 3,496.50 |
| Broadhead, Gary | Managing Director | International Healthcare | 1,000 | 1.0 | 1,000.00 |
| Blonder, Brian | Managing Director | Intellectual Property | 750 | 22.3 | 16,725.00 |
| Shah, Jayshree | Senior Director | International Healthcare | 930 | 1.0 | 930.00 |
| Suric, Emil | Senior Director | Healthcare | 820 | 2.0 | 1,640.00 |
| Bromberg, Brian | Director | Restructuring | 815 | 156.8 | 127,792.00 |
| Kim, Ye Darm | Senior Consultant | Restructuring | 560 | 101.0 | 56,560.00 |
| Kurtz, Emma | Consultant | Restructuring | 415 | 25.6 | 10,624.00 |
| **GRAND TOTAL** | | | | **394.5** | **$ 308,146.00** |

1. Reflects blended hourly rates. Billing rates of international professionals have been translated to USD using the relevant spot rate.

**EXHIBIT B**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD DECEMBER 1, 2020 TO DECEMBER 31, 2020**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 5.7 | $ 2,566.50 |
| 2 | Cash & Liquidity Analysis | 0.6 | $ 651.00 |
| 7 | Analysis of Domestic Business Plan | 78.3 | $ 60,411.00 |
| 10 | Analysis of Tax Issues | 19.9 | $ 18,837.50 |
| 13 | Analysis of Other Miscellaneous Motions | 0.5 | $ 542.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 165.9 | $ 129,807.00 |
| 18 | Review of Historical Transactions | 59.8 | $ 44,091.00 |
| 19 | Case Management | 7.7 | $ 4,754.00 |
| 21 | General Meetings with Counsel and/or Ad Hoc Committee | 15.0 | $ 14,700.00 |
| 22 | Meetings with Other Parties | 5.3 | $ 5,750.50 |
| 24 | Preparation of Fee Application | 6.6 | $ 5,391.00 |
| 28 | Review of IAC Business Plan | 29.2 | $ 20,644.00 |
| | **GRAND TOTAL**[1] | **394.5** | **$ 308,146.00** |

1. Billing rates of international professionals have been translated to USD using the relevant spot rate.

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2020 TO DECEMBER 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 12/1/2020 | Diaz, Matthew | 0.3 | Review the updated Nalmafene Oct YTD spend. |
| 1 | 12/1/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/2/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/3/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/4/2020 | Kurtz, Emma | 0.2 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/7/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/8/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/9/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/10/2020 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/11/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/14/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/15/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/16/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/17/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/18/2020 | Kurtz, Emma | 0.4 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/21/2020 | Kurtz, Emma | 0.5 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| 1 | 12/22/2020 | Kurtz, Emma | 0.3 | Prepare daily summary of dataroom updates, key docket filings and media coverage for distribution to the team. |
| **1 Total** | | | **5.7** | |
| 2 | 12/1/2020 | Diaz, Matthew | 0.6 | Review of the updated cash flow and holdings reports. |
| **2 Total** | | | **0.6** | |
| 7 | 12/1/2020 | Bromberg, Brian | 0.7 | Discuss domestic sale values with Houlihan team. |
| 7 | 12/2/2020 | Bromberg, Brian | 1.5 | Participate in weekly Committee call re: Sackler negotiations and sale alternatives. |
| 7 | 12/4/2020 | Bromberg, Brian | 0.5 | Prepare for call with counsel re: domestic entities diligence. |
| 7 | 12/4/2020 | Bromberg, Brian | 0.6 | Participate in call with counsel re: domestic entities diligence workplan. |
| 7 | 12/8/2020 | Diaz, Matthew | 0.7 | Review the updated business plan forecast reconciliation analysis. |
| 7 | 12/8/2020 | Bromberg, Brian | 2.8 | Review bridge analysis of the latest domestic business plan. |
| 7 | 12/9/2020 | Bromberg, Brian | 2.0 | Review Houlihan cash flow analysis on domestic plan. |
| 7 | 12/9/2020 | Bromberg, Brian | 1.1 | Review domestic business plan bridge analysis. |
| 7 | 12/11/2020 | Diaz, Matthew | 0.5 | Review the updated regulatory analysis. |
| 7 | 12/11/2020 | Diaz, Matthew | 0.8 | Review the reconciliation of the segment business plan projections. |
| 7 | 12/13/2020 | Diaz, Matthew | 0.6 | Review the updated segment cash flows of the business plan. |
| 7 | 12/15/2020 | Diaz, Matthew | 0.6 | Review the Oxy patent portfolio and related next steps. |
| 7 | 12/15/2020 | Kim, Ye Darm | 0.7 | Participate in call with FTI pharma operations expert re: LOE assumptions. |
| 7 | 12/15/2020 | Bromberg, Brian | 1.5 | Review cash flow public entity slides. |
| 7 | 12/15/2020 | Bromberg, Brian | 0.5 | Discuss OxyContin projections with internal team. |
| 7 | 12/15/2020 | Suric, Emil | 0.5 | Participate on call re: LOE assumptions on OxyContin. |
| 7 | 12/16/2020 | Diaz, Matthew | 0.8 | Participate in a call with the Debtor to discuss the updated business plan. |
| 7 | 12/16/2020 | Kim, Ye Darm | 0.9 | Participate in call re: takeaways from call with PJT on the 2021 business plan. |
| 7 | 12/16/2020 | Kim, Ye Darm | 0.5 | Participate in call with PJT re: 2021 domestic business plan. |
| 7 | 12/16/2020 | Kurtz, Emma | 0.5 | Participate on call with Debtors' advisors to discuss the domestic 2021 business plan. |
| 7 | 12/16/2020 | Bromberg, Brian | 1.7 | Participate in call with Committee re: plan B considerations. |
| 7 | 12/16/2020 | Bromberg, Brian | 1.2 | Participate in calls with Debtors re: 2021 budget overview. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2020 TO DECEMBER 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 12/16/2020 | Bromberg, Brian | 2.3 | Create bridge to latest business plan scenario cash flows. |
| 7 | 12/18/2020 | Diaz, Matthew | 0.7 | Review of the OxyContin patent calendar and related next steps coming out of the call with the Debtors. |
| 7 | 12/18/2020 | Diaz, Matthew | 1.1 | Participate in a call with the Debtors to discuss the OxyContin patent calendar. |
| 7 | 12/18/2020 | Diaz, Matthew | 0.6 | Participate in a call with Houlihan re the revised business plan. |
| 7 | 12/18/2020 | Bromberg, Brian | 1.1 | Participate in call with Debtors re: LOE assumptions. |
| 7 | 12/18/2020 | Bromberg, Brian | 0.4 | Prepare core business only cash flow scenario. |
| 7 | 12/18/2020 | Bromberg, Brian | 0.9 | Review OxyContin patent LOE assumptions. |
| 7 | 12/18/2020 | Suric, Emil | 1.5 | Discuss with management on OxyContin LOE assumptions. |
| 7 | 12/21/2020 | Diaz, Matthew | 1.1 | Participate in a call with Houlihan re: the updated Purdue business plan. |
| 7 | 12/21/2020 | Diaz, Matthew | 3.1 | Detail review of the updated Purdue business plan. |
| 7 | 12/21/2020 | Kim, Ye Darm | 1.1 | Participate in call with HL re: updated domestic business plan. |
| 7 | 12/21/2020 | Kim, Ye Darm | 0.9 | Process revisions to the December business plan bridging analysis. |
| 7 | 12/21/2020 | Kim, Ye Darm | 0.7 | Participate in call re: updated domestic business plan diligence. |
| 7 | 12/21/2020 | Kim, Ye Darm | 2.2 | Prepare analysis of Rhodes cash flow bridges re: updated December business plan. |
| 7 | 12/21/2020 | Kim, Ye Darm | 2.8 | Prepare bridging analysis to December business plan cash flows. |
| 7 | 12/21/2020 | Kurtz, Emma | 1.1 | Attend call with Houlihan to discuss the latest domestic business plan and updates to the analysis for the Committee. |
| 7 | 12/21/2020 | Kurtz, Emma | 2.1 | Prepare analysis of historical performance vs projected performance of Rhodes, Adhansia and Avrio segments to evaluate business plan projections. |
| 7 | 12/21/2020 | Kurtz, Emma | 1.1 | Prepare revisions to update slides for the Committee re: domestic business and distributable value per internal comments. |
| 7 | 12/21/2020 | Kurtz, Emma | 1.1 | Attend call with team to discuss revised domestic business plan and changes from prior business plan. |
| 7 | 12/21/2020 | Kurtz, Emma | 0.8 | Prepare updates to net distributable value slides for the Committee to incorporate revised business plan analysis. |
| 7 | 12/21/2020 | Bromberg, Brian | 1.3 | Discuss new domestic business plan with team. |
| 7 | 12/21/2020 | Bromberg, Brian | 4.3 | Review new domestic business plan model. |
| 7 | 12/21/2020 | Bromberg, Brian | 1.0 | Discuss new business plan with Houlihan team. |
| 7 | 12/22/2020 | Bromberg, Brian | 2.5 | Prepare bridges for updated business plan and scenarios. |
| 7 | 12/22/2020 | Bromberg, Brian | 3.7 | Update for new scenarios in presentation. |
| 7 | 12/22/2020 | Bromberg, Brian | 2.6 | Review new core only business scenario based on new business plan. |
| 7 | 12/23/2020 | Bromberg, Brian | 1.8 | Review updated bridge analysis from prior business plan. |
| 7 | 12/23/2020 | Bromberg, Brian | 2.0 | Participate in call with Debtors on public health initiatives. |
| 7 | 12/23/2020 | Bromberg, Brian | 0.7 | Finalize and send core only business scenario forecasts to Debtors for review. |
| 7 | 12/28/2020 | Kim, Ye Darm | 2.6 | Process revisions to slides re: upsides for Dec business plan. |
| 7 | 12/28/2020 | Kim, Ye Darm | 0.7 | Continue processing revisions to slides re: contingencies per Dec business plan. |
| 7 | 12/28/2020 | Kim, Ye Darm | 0.4 | Process revisions to contingencies slides re: Dec business plan. |
| 7 | 12/28/2020 | Kim, Ye Darm | 0.6 | Participate in discussion re: updated contingencies per Dec business plan. |
| 7 | 12/28/2020 | Bromberg, Brian | 0.8 | Discuss domestic plan updates with team. |
| 7 | 12/28/2020 | Bromberg, Brian | 1.2 | Discuss distributable value scenarios with team. |
| 7 | 12/28/2020 | Bromberg, Brian | 1.3 | Discuss scenarios presentation with Houlihan team. |
| 7 | 12/29/2020 | Bromberg, Brian | 1.0 | Review revised domestic business plan slides for presentation. |
| 7 | 12/31/2020 | Bromberg, Brian | 1.9 | Discuss business plan downside and upside scenarios. |
| **7 Total** | | | **78.3** | |
| 10 | 12/1/2020 | Joffe, Steven | 1.5 | Participate in call with IAC tax advisors. |
| 10 | 12/1/2020 | Bromberg, Brian | 1.1 | Participate in call with IAC tax advisors. |
| 10 | 12/1/2020 | Bromberg, Brian | 0.7 | Participate in pre call re: IAC tax. |
| 10 | 12/2/2020 | Diaz, Matthew | 0.8 | Review the updated IAC tax analysis. |
| 10 | 12/3/2020 | Joffe, Steven | 0.8 | Review and discuss transfer pricing presentation and tax impact. |
| 10 | 12/3/2020 | Diaz, Matthew | 1.5 | Review KPMG's updated IAC tax analysis. |
| 10 | 12/3/2020 | Diaz, Matthew | 0.6 | Review draft slide summarizing KPMG's tax analysis. |
| 10 | 12/3/2020 | Bromberg, Brian | 1.0 | Discuss transfer pricing tax issues with team. |
| 10 | 12/3/2020 | Bromberg, Brian | 0.8 | Process revisions to transfer pricing and tax impact slides. |
| 10 | 12/3/2020 | Bromberg, Brian | 1.2 | Prepare transfer pricing tax summary. |
| 10 | 12/3/2020 | Bromberg, Brian | 1.0 | Discuss transfer pricing tax summary with team. |
| 10 | 12/3/2020 | Bromberg, Brian | 0.8 | Continue to discuss transfer pricing tax issue with team. |
| 10 | 12/4/2020 | Joffe, Steven | 0.8 | Participate in discussion with counsel regarding tax analysis presentation. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2020 TO DECEMBER 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 12/4/2020 | Bromberg, Brian | 0.6 | Update tax impact summary slides for internal comments. |
| 10 | 12/7/2020 | Bromberg, Brian | 0.5 | Continue processing revisions to tax impact summary slides for internal comments. |
| 10 | 12/8/2020 | Bromberg, Brian | 0.4 | Discuss tax impact summary slides with Debtor and UCC advisors. |
| 10 | 12/9/2020 | Joffe, Steven | 2.3 | Review tax impact summary slides and discuss with AHC. |
| 10 | 12/10/2020 | Bromberg, Brian | 0.4 | Discuss tax impact summary slides with internal team. |
| 10 | 12/10/2020 | Bromberg, Brian | 0.9 | Create draft tax diligence question list for KPMG. |
| 10 | 12/11/2020 | Diaz, Matthew | 0.6 | Review the updated KPMG tax analysis. |
| 10 | 12/15/2020 | Bromberg, Brian | 1.1 | Continue drafting tax diligence questions for KPMG. |
| 10 | 12/30/2020 | Bromberg, Brian | 0.5 | Participate in call with Huron re: tax analysis. |
| **10 Total** | | | **19.9** | |
| 13 | 12/2/2020 | Diaz, Matthew | 0.5 | Review the exclusivity extension motion. |
| **13 Total** | | | **0.5** | |
| 16 | 12/1/2020 | Bromberg, Brian | 0.8 | Prepare for call re: sale values of domestic businesses. |
| 16 | 12/1/2020 | Bromberg, Brian | 0.8 | Participate in call re: sale values of domestic businesses. |
| 16 | 12/1/2020 | Diaz, Matthew | 0.4 | Review of the updated Debtors' segment valuations and related impact on the recovery analysis. |
| 16 | 12/1/2020 | Diaz, Matthew | 1.0 | Participate in a call with the Debtors' professionals to discuss the updated valuations by business segment. |
| 16 | 12/2/2020 | Bromberg, Brian | 1.4 | Discuss updated uses cash flow spreadsheet with internal team. |
| 16 | 12/2/2020 | Bromberg, Brian | 0.5 | Discuss updated uses cash flow spreadsheet with Houlihan team. |
| 16 | 12/2/2020 | Bromberg, Brian | 1.5 | Review Houlihan new analysis on cash flow. |
| 16 | 12/2/2020 | Diaz, Matthew | 0.7 | Review the updated slides on the distributable value analysis. |
| 16 | 12/2/2020 | Diaz, Matthew | 1.7 | Review the updated distributable value analysis. |
| 16 | 12/2/2020 | Kim, Ye Darm | 0.8 | Participate in discussion w/ HL re: Counsel's distributable value sensitivity scenarios. |
| 16 | 12/2/2020 | Kim, Ye Darm | 3.5 | Prepare distributable sensitivity scenarios suggested by Counsel. |
| 16 | 12/2/2020 | Kim, Ye Darm | 0.9 | Process revisions to slides re: Counsel's distributable value sensitivity scenarios. |
| 16 | 12/2/2020 | Kim, Ye Darm | 1.8 | Prepare slides re: counsel's proposed distributable value sensitivity scenarios. |
| 16 | 12/2/2020 | Kim, Ye Darm | 0.9 | Process revisions to the slides re: Counsel's distributable value scenarios. |
| 16 | 12/2/2020 | Simms, Steven | 0.6 | Review diligence workplan re: strategic alternatives. |
| 16 | 12/3/2020 | Bromberg, Brian | 1.3 | Discuss shut down costs with Houlihan. |
| 16 | 12/3/2020 | Bromberg, Brian | 2.0 | Participate in call re: DOJ and NCSG mediation positions. |
| 16 | 12/3/2020 | Diaz, Matthew | 1.1 | Review materials related to possible indication of interest. |
| 16 | 12/3/2020 | Diaz, Matthew | 1.4 | Review the updated distributable value recovery analysis. |
| 16 | 12/3/2020 | Kim, Ye Darm | 1.8 | Participate in meeting w/ DOJ re: go-forward considerations. |
| 16 | 12/3/2020 | Kim, Ye Darm | 1.1 | Prepare support slides for HL presentation re: strategic options. |
| 16 | 12/4/2020 | Bromberg, Brian | 1.3 | Review latest draft of domestic strategic alternatives presentation. |
| 16 | 12/4/2020 | Diaz, Matthew | 0.8 | Participate in a call with Counsel to discuss the go forward structure of Purdue. |
| 16 | 12/4/2020 | Diaz, Matthew | 0.5 | Participate in a call with Alix to discuss the minimum cash assumptions used in the recovery analysis. |
| 16 | 12/4/2020 | Kim, Ye Darm | 0.6 | Participate in call w/ Counsel re: structuring considerations. |
| 16 | 12/4/2020 | Kim, Ye Darm | 0.4 | Review domestic business legal entity organizational structure. |
| 16 | 12/5/2020 | Bromberg, Brian | 2.3 | Review latest draft of sale alternatives presentation. |
| 16 | 12/6/2020 | Bromberg, Brian | 1.5 | Participate in call with counsel re: sale alternatives. |
| 16 | 12/6/2020 | Bromberg, Brian | 1.5 | Review sale alternatives presentation questions from Houlihan. |
| 16 | 12/6/2020 | Diaz, Matthew | 0.5 | Participate in a call with Houlihan to discuss the updated distributable value presentation. |
| 16 | 12/6/2020 | Diaz, Matthew | 0.8 | Review the distributable value amounts to the public entities. |
| 16 | 12/6/2020 | Diaz, Matthew | 1.2 | Review the updated distributable value presentation. |
| 16 | 12/7/2020 | Bromberg, Brian | 1.8 | Review Houlihan presentation on domestic strategic alternatives. |
| 16 | 12/7/2020 | Diaz, Matthew | 1.9 | Review the updated distributable value presentation |
| 16 | 12/7/2020 | Kim, Ye Darm | 0.5 | Update slides re: distributable value scenarios under current settlement assumptions. |
| 16 | 12/7/2020 | Kim, Ye Darm | 1.8 | Prepare presentation slides re: distributable value scenarios under current settlement terms. |
| 16 | 12/7/2020 | Kim, Ye Darm | 2.8 | Prepare analysis re: distributable value scenarios under current settlement terms. |
| 16 | 12/7/2020 | Simms, Steven | 0.6 | Correspond with team on latest settlement considerations. |
| 16 | 12/8/2020 | Bromberg, Brian | 1.3 | Discuss domestic strategic alternatives presentation with Houlihan. |
| 16 | 12/8/2020 | Bromberg, Brian | 1.0 | Discuss Houlihan domestic strategic alternatives presentation with internal team. |
| 16 | 12/8/2020 | Bromberg, Brian | 0.8 | Participate in call with Debtors re: domestic alternative scenarios. |

# EXHIBIT C
## PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649
## DETAIL OF TIME ENTRIES
## FOR THE PERIOD DECEMBER 1, 2020 TO DECEMBER 31, 2020

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 12/8/2020 | Bromberg, Brian | 1.8 | Review latest draft of Houlihan presentation on domestic strategic alternatives. |
| 16 | 12/8/2020 | Diaz, Matthew | 2.1 | Review the updated Purdue distributable value deck. |
| 16 | 12/8/2020 | Diaz, Matthew | 1.3 | Participate in conference call with Houlihan to discuss the updated distributable value deck. |
| 16 | 12/8/2020 | Kim, Ye Darm | 3.6 | Prepare analysis re: segment level cash flow build ups. |
| 16 | 12/8/2020 | Kim, Ye Darm | 0.8 | Participate in call re: segment level cash flow build up. |
| 16 | 12/8/2020 | Kim, Ye Darm | 1.0 | Participate in call w/ Debtors re: cash flow bridge analysis. |
| 16 | 12/8/2020 | Kim, Ye Darm | 1.0 | Participate in call re: cash flow assumptions in HL's deck |
| 16 | 12/8/2020 | Kim, Ye Darm | 1.5 | Participate in call with HL re: cash flow risk and assumptions. |
| 16 | 12/9/2020 | Bromberg, Brian | 2.0 | Participate in Committee call re: domestic strategic scenarios. |
| 16 | 12/9/2020 | Bromberg, Brian | 1.2 | Discuss Houlihan strategic alternatives presentation with team. |
| 16 | 12/9/2020 | Bromberg, Brian | 0.5 | Discuss strategic alternatives domestic presentation with Houlihan. |
| 16 | 12/9/2020 | Diaz, Matthew | 1.6 | Review and reconcile the distributable value presentation to the underlying source documents. |
| 16 | 12/9/2020 | Diaz, Matthew | 2.7 | Review the updated distributable value presentation. |
| 16 | 12/9/2020 | Kim, Ye Darm | 0.8 | Participate in call re: core business cash flow build up. |
| 16 | 12/9/2020 | Kim, Ye Darm | 0.6 | Participate in internal call re: HL presentation cash flow assumptions. |
| 16 | 12/9/2020 | Kim, Ye Darm | 0.6 | Continue discussion re: HL presentation cash flow assumptions. |
| 16 | 12/9/2020 | Kim, Ye Darm | 2.8 | Prepare bottoms up analysis of core business cash flows. |
| 16 | 12/9/2020 | Kim, Ye Darm | 1.6 | Continue analysis re: build up of segment level cash flows to PBC case estimates. |
| 16 | 12/10/2020 | Kim, Ye Darm | 1.4 | Participate in call with DOJ and NCSG re: go-forward considerations. |
| 16 | 12/10/2020 | Kim, Ye Darm | 2.2 | Process revisions to core business cash flow build up analysis. |
| 16 | 12/11/2020 | Diaz, Matthew | 0.8 | Participate in a call with the UCC's advisors to discuss possible strategic alternatives. |
| 16 | 12/11/2020 | Kim, Ye Darm | 1.0 | Participate in discussion re: core business cash flow build up. |
| 16 | 12/11/2020 | Kim, Ye Darm | 0.6 | Update core business cash flow analysis. |
| 16 | 12/11/2020 | Kim, Ye Darm | 1.0 | Participate in call with UCC re: strategic alternatives. |
| 16 | 12/14/2020 | Diaz, Matthew | 0.5 | Review parameters of distribution analysis being requested from the Debtors. |
| 16 | 12/14/2020 | Diaz, Matthew | 0.8 | Review the updated distributable value analysis. |
| 16 | 12/15/2020 | Kim, Ye Darm | 3.1 | Prepare distributable value sensitivity case analysis for new scenarios. |
| 16 | 12/15/2020 | Kim, Ye Darm | 1.8 | Prepare draft presentation slides re: new distributable value scenarios. |
| 16 | 12/16/2020 | Diaz, Matthew | 0.7 | Review cash flow slides related to certain strategic alternative sensitivities. |
| 16 | 12/16/2020 | Kim, Ye Darm | 0.7 | Review Counsel's alternative plan structure presentation. |
| 16 | 12/16/2020 | Kim, Ye Darm | 0.6 | Process additional revisions to the distributable value sensitivity case slides. |
| 16 | 12/16/2020 | Kim, Ye Darm | 1.2 | Process revisions to distributable value sensitivity case scenario slides. |
| 16 | 12/17/2020 | Diaz, Matthew | 2.1 | Review the updated distributable value analysis. |
| 16 | 12/21/2020 | Bromberg, Brian | 2.1 | Edit draft slides for domestic scenarios presentation. |
| 16 | 12/21/2020 | Bromberg, Brian | 2.2 | Create comparison bridge analysis file for new cash flow adjustments. |
| 16 | 12/21/2020 | Bromberg, Brian | 1.3 | Review updated slides for domestic scenarios presentation. |
| 16 | 12/21/2020 | Bromberg, Brian | 2.7 | Process revisions to slides for domestic scenarios presentation. |
| 16 | 12/21/2020 | Bromberg, Brian | 1.8 | Update distribution analysis based on new plan forecasts. |
| 16 | 12/21/2020 | Diaz, Matthew | 0.8 | Review presentations on alternative plan constructs. |
| 16 | 12/21/2020 | Diaz, Matthew | 1.2 | Review the updated distributable value presentation. |
| 16 | 12/21/2020 | Kim, Ye Darm | 3.2 | Update distributable value scenario analyses for latest business plan forecasts. |
| 16 | 12/22/2020 | Bromberg, Brian | 1.3 | Review updated domestic business plan scenarios. |
| 16 | 12/22/2020 | Bromberg, Brian | 2.0 | Participate in call with DOJ and NCSG re: domestic business plan scenarios. |
| 16 | 12/22/2020 | Bromberg, Brian | 1.9 | Discuss updating all domestic strategic scenarios with Houlihan team. |
| 16 | 12/22/2020 | Diaz, Matthew | 2.0 | Participate in a call with the DOJ and key creditor groups on the updated distributable value analysis. |
| 16 | 12/23/2020 | Bromberg, Brian | 1.9 | Update slides for domestic strategic scenarios presentation. |
| 16 | 12/23/2020 | Bromberg, Brian | 1.2 | Discuss latest domestic strategic scenarios with team. |
| 16 | 12/23/2020 | Bromberg, Brian | 2.6 | Review the latest draft domestic strategic scenarios. |
| 16 | 12/23/2020 | Diaz, Matthew | 1.6 | Review the updated distributable value analysis. |
| 16 | 12/24/2020 | Bromberg, Brian | 0.8 | Respond to strategic scenarios diligence questions from Houlihan. |
| 16 | 12/24/2020 | Bromberg, Brian | 2.4 | Update slides for scenarios presentation based on new numbers. |
| 16 | 12/28/2020 | Bromberg, Brian | 1.3 | Review domestic strategic alternatives slides. |
| 16 | 12/28/2020 | Bromberg, Brian | 1.8 | Process revisions to strategic alternatives appendix slides. |
| 16 | 12/28/2020 | Bromberg, Brian | 1.0 | Review strategic alternatives appendix slides. |
| 16 | 12/28/2020 | Bromberg, Brian | 1.2 | Review PEO information in domestic strategic alternatives slides. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2020 TO DECEMBER 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 12/28/2020 | Bromberg, Brian | 1.8 | Update strategic alternatives appendix slides for new assumptions. |
| 16 | 12/28/2020 | Bromberg, Brian | 0.9 | Review new distributable value model. |
| 16 | 12/28/2020 | Diaz, Matthew | 3.1 | Review the updated distributable value analysis. |
| 16 | 12/28/2020 | Kim, Ye Darm | 1.7 | Process revisions to allocation model and slides for new contingencies. |
| 16 | 12/28/2020 | Kim, Ye Darm | 0.5 | Participate in discussion re: updated strategic considerations presentation. |
| 16 | 12/28/2020 | Kim, Ye Darm | 2.1 | Process updates to strategic alternatives distributable value slides for new contingencies. |
| 16 | 12/29/2020 | Bromberg, Brian | 1.0 | Discuss strategic scenarios presentation with Houlihan team and counsel. |
| 16 | 12/29/2020 | Kim, Ye Darm | 1.6 | Process updates to model and allocation slides for new contingencies for bid scenario. |
| 16 | 12/29/2020 | Kim, Ye Darm | 0.7 | Participate in discussion re: revisions to contingencies re: scenarios analysis. |
| 16 | 12/29/2020 | Kim, Ye Darm | 0.9 | Process additional revisions to slide and model per HL updated contingencies. |
| 16 | 12/30/2020 | Bromberg, Brian | 2.2 | Update team on UCC call re: scenario analysis. |
| 16 | 12/30/2020 | Bromberg, Brian | 1.7 | Review Houlihan distributable model on strategic scenarios. |
| 16 | 12/30/2020 | Bromberg, Brian | 0.8 | Review distribution slides for scenario presentation. |
| 16 | 12/30/2020 | Bromberg, Brian | 0.8 | Participate in call with Akin and Province re: strategic scenario analysis. |
| 16 | 12/31/2020 | Bromberg, Brian | 2.0 | Review net present values on strategic scenarios. |
| 16 | 12/31/2020 | Bromberg, Brian | 1.1 | Discuss updated OxyContin forecast with team. |
| 16 | 12/31/2020 | Bromberg, Brian | 2.8 | Edit distribution slides for presentation. |
| 16 | 12/31/2020 | Bromberg, Brian | 1.2 | Discuss strategic scenarios analysis with team. |
| 16 | 12/31/2020 | Bromberg, Brian | 1.6 | Discuss domestic business strategic scenarios presentation. |
| 16 | 12/31/2020 | Kim, Ye Darm | 1.1 | Prepare revisions to distributable value slides for updated downside contingency calculations. |
| 16 | 12/31/2020 | Kim, Ye Darm | 0.7 | Continue processing revisions to distributable value slides for updated downside contingencies. |
| 16 | 12/31/2020 | Kim, Ye Darm | 0.8 | Prepare updated allocation analysis per HL's updated contingency calculations. |
| 16 | 12/31/2020 | Kim, Ye Darm | 0.6 | Review latest downslide slide for strategic alternatives presentation. |
| **16 Total** | | | **165.9** | |
| 18 | 12/1/2020 | Blonder, Brian | 2.3 | Review Horst Frisch reports re: transfers analysis diligence. |
| 18 | 12/1/2020 | Kim, Ye Darm | 2.6 | Continue processing updates to draft transfers analysis presentation. |
| 18 | 12/1/2020 | Kim, Ye Darm | 2.9 | Process updates to draft transfers analysis presentation. |
| 18 | 12/1/2020 | Kim, Ye Darm | 0.6 | Participate in call re: transfers diligence analysis presentation. |
| 18 | 12/1/2020 | Kurtz, Emma | 0.3 | Discuss with team re: updates to analysis of historical transfers and comparison to other advisors damages conclusions. |
| 18 | 12/1/2020 | Bromberg, Brian | 2.3 | Review the non-cash transfers report. |
| 18 | 12/1/2020 | Bromberg, Brian | 0.8 | Review materials provided on royalty transfers. |
| 18 | 12/1/2020 | Bromberg, Brian | 0.5 | Discuss non-cash transfers diligence with team. |
| 18 | 12/2/2020 | Blonder, Brian | 0.8 | Gather materials regarding success probabilities for drug development projects. |
| 18 | 12/2/2020 | Blonder, Brian | 1.9 | Perform searches on ktMine in effort to find 8 Horst Frisch (HF) agreements or related materials re: transfers analysis. |
| 18 | 12/2/2020 | Kim, Ye Darm | 1.1 | Process revisions to transfers diligence analysis presentation. |
| 18 | 12/2/2020 | Bromberg, Brian | 1.8 | Process updates to non-cash transfers slides. |
| 18 | 12/2/2020 | Bromberg, Brian | 2.6 | Review and edit non-cash transfers report. |
| 18 | 12/3/2020 | Blonder, Brian | 2.4 | Begin review of information found in ktMine regarding 8 HF agreements. |
| 18 | 12/4/2020 | Blonder, Brian | 2.7 | Finish review of materials from ktMine regarding 8 HF agreements. |
| 18 | 12/4/2020 | Blonder, Brian | 1.4 | Create excel worksheet summary of information regarding 8 HF agreements. |
| 18 | 12/4/2020 | Bromberg, Brian | 1.6 | Review latest draft of non-cash transfers diligence report. |
| 18 | 12/8/2020 | Blonder, Brian | 1.5 | Participate in call with Bates White to discuss royalty analysis. |
| 18 | 12/8/2020 | Diaz, Matthew | 1.5 | Participate in call with Bates White to discuss royalty analysis. |
| 18 | 12/8/2020 | Kim, Ye Darm | 1.5 | Participate in call with Bates White to discuss royalty analysis. |
| 18 | 12/8/2020 | Kim, Ye Darm | 1.0 | Participate in call w/ Huron re: B-Side real estate support. |
| 18 | 12/8/2020 | Kurtz, Emma | 1.5 | Participate in call w/ Huron re: B-Side real estate support. |
| 18 | 12/8/2020 | Bromberg, Brian | 0.7 | Participate in call with Huron re: Side B transfers. |
| 18 | 12/8/2020 | Bromberg, Brian | 0.7 | Review royalty materials after call with Bates White. |
| 18 | 12/8/2020 | Bromberg, Brian | 1.6 | Participate in call w/ Huron re: B-Side real estate support. |
| 18 | 12/9/2020 | Blonder, Brian | 0.5 | Participate in call with restructuring team to discuss royalty analysis status. |
| 18 | 12/9/2020 | Blonder, Brian | 1.7 | Research drug formulations in 27 Bates White agreements for those covering pain medications. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2020 TO DECEMBER 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 12/9/2020 | Blonder, Brian | 1.1 | Create worksheet summarizing info on Bates White agreements covering pain medications. |
| 18 | 12/9/2020 | Diaz, Matthew | 0.7 | Review the updated royalty rate observations in connection with the non-cash transfer analysis. |
| 18 | 12/9/2020 | Kim, Ye Darm | 0.5 | Participate in discussion re: royalty analyses for transfers damages. |
| 18 | 12/9/2020 | Bromberg, Brian | 0.6 | Participate in discussion re: royalty analyses for transfers damages. |
| 18 | 12/9/2020 | Bromberg, Brian | 0.6 | Prepare for call re: royalties transfers damages. |
| 18 | 12/11/2020 | Diaz, Matthew | 0.5 | Review the updated side-b asset analysis. |
| 18 | 12/15/2020 | Kim, Ye Darm | 0.6 | Review latest draft of the collectability presentation on transfers. |
| 18 | 12/16/2020 | Kim, Ye Darm | 1.1 | Review latest draft of the transfer analysis presentation. |
| 18 | 12/16/2020 | Bromberg, Brian | 2.5 | Process revisions to transfer analysis diligence presentation. |
| 18 | 12/17/2020 | Blonder, Brian | 3.0 | Prepare slides for portion of presentation discussing royalty analysis work. |
| 18 | 12/17/2020 | Kim, Ye Darm | 0.9 | Review and process revisions to the transfers analysis presentation. |
| 18 | 12/17/2020 | Kurtz, Emma | 0.3 | Review presentation analyzing damages related to historical transfers to ensure correctness. |
| 18 | 12/17/2020 | Bromberg, Brian | 0.8 | Finalize draft transfer analysis presentation. |
| 18 | 12/18/2020 | Blonder, Brian | 3.0 | Prepare worksheets supporting the summary of conclusions regarding royalty analysis and creating slide presenting these results. |
| 18 | 12/18/2020 | Kim, Ye Darm | 1.1 | Review royalty analysis presentation slides and analysis. |
| 18 | 12/22/2020 | Diaz, Matthew | 1.7 | Review the updated transfers analysis. |
| **18 Total** | | | **59.8** | |
| 19 | 12/7/2020 | Kurtz, Emma | 0.4 | Review recently received diligence documents to update dataroom index and share with team. |
| 19 | 12/9/2020 | Bromberg, Brian | 0.7 | Prepare for internal call on ongoing diligence workplans. |
| 19 | 12/9/2020 | Bromberg, Brian | 0.8 | Participate in call re: ongoing diligence workplan. |
| 19 | 12/9/2020 | Simms, Steven | 0.4 | Correspond with team on latest settlement considerations. |
| 19 | 12/9/2020 | Kim, Ye Darm | 0.6 | Participate in discussion re: open workstreams and diligence. |
| 19 | 12/9/2020 | Kurtz, Emma | 0.6 | Participate in call with team to discuss ongoing workstreams and identify open items. |
| 19 | 12/10/2020 | Kurtz, Emma | 0.9 | Review recently received diligence documents to update dataroom index. |
| 19 | 12/14/2020 | Kurtz, Emma | 0.4 | Prepare updated dataroom index to reflect recently received diligence documents from the Company. |
| 19 | 12/16/2020 | Bromberg, Brian | 0.9 | Prepare for internal call re: ongoing diligence workstreams. |
| 19 | 12/16/2020 | Kurtz, Emma | 0.5 | Participate in call with team to discuss open items and upcoming deliverables, with a focus on the 2021 domestic and IAC business plans. |
| 19 | 12/17/2020 | Kim, Ye Darm | 0.6 | Participate in meeting re: outstanding workstreams. |
| 19 | 12/21/2020 | Kurtz, Emma | 0.4 | Review recently uploaded diligence documents to the dataroom to share updates with team. |
| 19 | 12/28/2020 | Kim, Ye Darm | 0.5 | Participate in discussion re: ongoing diligence workstreams. |
| **19 Total** | | | **7.7** | |
| 21 | 12/2/2020 | Joffe, Steven | 0.5 | Participate in call with AHC re: tax considerations. |
| 21 | 12/2/2020 | Diaz, Matthew | 1.5 | Participate in a call with the AHC to discuss the status of the mediation and other topics. |
| 21 | 12/6/2020 | Diaz, Matthew | 1.9 | Participate in a call with the AHC professionals to discuss the updated distributable value presentation. |
| 21 | 12/9/2020 | Diaz, Matthew | 1.9 | Participate in a call with the AHC to discuss the updated distributable value model and certain strategic alternatives. |
| 21 | 12/9/2020 | Diaz, Matthew | 0.9 | Prepare for the call with the AHC on distributable values and strategic alternatives. |
| 21 | 12/9/2020 | Kim, Ye Darm | 1.6 | Participate in AHC call re: strategic alternatives. |
| 21 | 12/16/2020 | Diaz, Matthew | 2.0 | Participate in a call with the AHC to discuss the updated distributable value analysis. |
| 21 | 12/16/2020 | Kim, Ye Darm | 2.0 | Participate in call with AHC re: strategic considerations. |
| 21 | 12/22/2020 | Joffe, Steven | 1.6 | Participate in AHC meeting re: domestic strategic options for potential tax considerations. |
| 21 | 12/22/2020 | Simms, Steven | 1.1 | Participate in call with AHC on outstanding plan issues. |
| **21 Total** | | | **15.0** | |
| 22 | 12/3/2020 | Diaz, Matthew | 1.6 | Participate in a call with the AHC, NCSG and the DOJ to discuss plan emergence structures. |
| 22 | 12/8/2020 | Diaz, Matthew | 0.3 | Participate in a call with Province to discuss certain strategic alternatives. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2020 TO DECEMBER 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 22 | 12/10/2020 | Diaz, Matthew | 1.4 | Participate in a call with the NCSG, AHC and DOJ to discuss possible plan alternatives. |
| 22 | 12/23/2020 | Diaz, Matthew | 2.0 | Participate in a call with the DOJ, key creditor groups and the AHC to discuss the distributable value analysis. |
| **22 Total** | | | **5.3** | |
| 24 | 12/1/2020 | Diaz, Matthew | 0.9 | Review of the October fee app. |
| 24 | 12/1/2020 | Kim, Ye Darm | 1.1 | Process updates to October fee app. |
| 24 | 12/14/2020 | Kim, Ye Darm | 0.7 | Process revisions to FTI October bill. |
| 24 | 12/15/2020 | Diaz, Matthew | 0.3 | Review of the proposed interim fee order. |
| 24 | 12/15/2020 | Bromberg, Brian | 1.5 | Participate in omnibus hearing as FTI representative. |
| 24 | 12/21/2020 | Diaz, Matthew | 1.3 | Review the Purdue Nov fee app. |
| 24 | 12/28/2020 | Kim, Ye Darm | 0.8 | Process revisions to Nov fee app. |
| **24 Total** | | | **6.6** | |
| 28 | 12/4/2020 | Diaz, Matthew | 0.3 | Participate in a call with Alix to discuss the IAC tax issues. |
| 28 | 12/4/2020 | Diaz, Matthew | 0.2 | Participate in a call with the UCC to discuss the IAC tax implications. |
| 28 | 12/7/2020 | Diaz, Matthew | 0.7 | Review the updated IAC business plan analysis. |
| 28 | 12/9/2020 | Kurtz, Emma | 0.8 | Review analysis of September business plan in preparation for receipt of 2021 business plan. |
| 28 | 12/9/2020 | Bromberg, Brian | 0.5 | Discuss workplan for IAC business plan diligence. |
| 28 | 12/10/2020 | Diaz, Matthew | 0.7 | Review the latest IAC tax analysis. |
| 28 | 12/10/2020 | Diaz, Matthew | 0.6 | Draft and review correspondence to/from the UCC's financial advisor re tax analysis sensitivities. |
| 28 | 12/14/2020 | Kim, Ye Darm | 0.9 | Review variance analysis re: updated IAC business plan. |
| 28 | 12/14/2020 | Kim, Ye Darm | 0.7 | Review updated IAC business plan summary P&L. |
| 28 | 12/14/2020 | Kurtz, Emma | 1.4 | Analyze variance of IACs 2021 business plan to September 2020 business plan to prepare for call with management. |
| 28 | 12/14/2020 | Bromberg, Brian | 1.0 | Review updated IAC business plan and comparison analysis. |
| 28 | 12/15/2020 | Broadhead, Gary | 1.0 | Review latest diligence files uploaded re: IAC diligence. |
| 28 | 12/15/2020 | Diaz, Matthew | 0.8 | Review the historical IAC budgets to prepare for the call with the CEO and CFO on the revised budget. |
| 28 | 12/15/2020 | Diaz, Matthew | 1.1 | Participate in a call with the IAC management team to discuss YTD results and the revised budget. |
| 28 | 12/15/2020 | Kim, Ye Darm | 1.0 | Participate in call with IAC CEO re: YTD performance and 2021 business plan. |
| 28 | 12/15/2020 | Kurtz, Emma | 1.0 | Participate in call with IACs management and advisors to discuss the October YTD results and the 2021 business plan. |
| 28 | 12/15/2020 | Bromberg, Brian | 1.0 | Review IAC materials provided in dataroom. |
| 28 | 12/15/2020 | Bromberg, Brian | 1.1 | Participate in call with CEO and CFO of Mundipharma. |
| 28 | 12/15/2020 | Shah, Jayshree | 1.0 | Participate in call with IACs management and advisors to discuss the October YTD results and the 2021 business plan. |
| 28 | 12/16/2020 | Diaz, Matthew | 0.4 | Draft correspondence to Counsel re: the IAC budget and YTD results call. |
| 28 | 12/16/2020 | Diaz, Matthew | 0.6 | Review and supplement IAC tax due diligence questions to KPMG. |
| 28 | 12/16/2020 | Bromberg, Brian | 0.8 | Review IAC slides to create presentation outline. |
| 28 | 12/17/2020 | Kim, Ye Darm | 1.3 | Review BoD presentation to financial advisors re: IAC diligence. |
| 28 | 12/17/2020 | Kim, Ye Darm | 0.7 | Review draft deck of IAC 2021 business plan update. |
| 28 | 12/17/2020 | Kim, Ye Darm | 0.6 | Review IAC finance update presentation re: YTD performance. |
| 28 | 12/17/2020 | Kurtz, Emma | 1.7 | Prepare analysis of 2021 business plan to bridge 2020 to 2025 projections and evaluate growth drivers. |
| 28 | 12/17/2020 | Kurtz, Emma | 0.3 | Prepare revisions to IAC financial update presentation for the Committee re: internal comments. |
| 28 | 12/17/2020 | Kurtz, Emma | 1.3 | Prepare analysis re: October YTD IAC results to compare to budget. |
| 28 | 12/17/2020 | Kurtz, Emma | 1.4 | Prepare presentation for Committee re: IAC financial update, including October YTD results and 2021 business plan. |
| 28 | 12/17/2020 | Bromberg, Brian | 1.5 | Review draft IAC slides on latest business plan and YTD results. |
| 28 | 12/21/2020 | Kurtz, Emma | 0.3 | Prepare revisions to IAC update slides re: October YTD performance and 2021 business plan per internal comments. |
| 28 | 12/21/2020 | Bromberg, Brian | 0.7 | Finalize and distribute slides on IAC business plan and YTD results. |
| 28 | 12/30/2020 | Kim, Ye Darm | 0.6 | Clean up call notes for distribution to internal team re: IAC sale process update call. |
| 28 | 12/30/2020 | Kim, Ye Darm | 0.6 | Participate in call re: IAC sale process updates w/ DB. |

**EXHIBIT C**
**PURDUE PHARMA L.P., ET AL. - CASE NO. 19-23649**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD DECEMBER 1, 2020 TO DECEMBER 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 28 | 12/30/2020 | Bromberg, Brian | 0.6 | Participate in call re: IAC sale process. |
| **28 Total** | | | **29.2** | |
| **Grand Total** | | | **394.5** | |