WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**FIFTEENTH MONTHLY FEE STATEMENT OF WILMER CUTLER
PICKERING HALE AND DORR LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL
COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE
PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| | |
|---|---|
| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | January 1, 2021 through January 31, 2021 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $26,107.32[2]<br>(80% of $32,634.15) |
| Total reimbursement of expenses requested in this statement | $5,292.77 |
| Total compensation and reimbursement requested in this statement | $31,400.09 |
| **This is a(n):** _X Monthly Application __ Interim Application __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019 [Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Fifteenth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2021 Through January 31, 2021* ("**Fee Statement**").[3] By this Fee Statement, WilmerHale seeks (i) compensation in the amount of $26,107.32, which is 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $32,634.15), and (ii)

---

[2] This amount reflects an agreed reduction in fees in the aggregate amount of $5,758.97.

[3] The period from January 1, 2021 through and including January 31, 2021 is referred to herein as the "**Fee Period**."

payment of $5,292.77 for the actual, necessary expenses that WilmerHale incurred in connection with rendering such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, WilmerHale incurred $38,393.12 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to $32,634.15.  Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $26,107.32.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $886.10.[4]  The blended hourly billing rate of all paraprofessionals is $363.41.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $5,292.77 in connection with providing professional services to the Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates. Only the clients for whom the services are actually used are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would unfairly impose

---

[4]  The blended hourly billing rate of $886.10 for attorneys is derived by dividing the total fees for attorneys of $31,633.62 by the total hours of 35.70.

[5]  The blended hourly billing rate of $363.41 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $6,759.50 by the total hours of 18.60.

additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.      Attached hereto as **<u>Exhibit D</u>** are the related invoices showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

<u>**Notice**</u>

5.      WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of **$26,107.32**, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $32,634.15), and (ii) payment of **$5,292.77** for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: March 17, 2021

By:      */s/ George W. Shuster, Jr.*
          WILMER CUTLER PICKERING
          HALE AND DORR LLP

          George W. Shuster, Jr.
          7 World Trade Center
          New York, NY  10007
          Telephone:  (212) 937-7518
          Facsimile:  (212) 230-8888

          Alyssa DaCunha
          1875 Pennsylvania Avenue, N.W.
          Washington, D.C. 20006
          Telephone:  (202) 663-6000
          Facsimile:  (202) 663-6363

          *Special Counsel to the Debtors and Debtors in Possession*

**<u>Exhibit A</u>**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee and Retention Applications (B160) | 3.90 | 2,242.50 |
| Congressional Investigation (L120) | 50.40 | 36,150.62 |
| **Total** | **54.30** | **$38,393.12** |
| **Less Agreed Reduction** | | **-$5,758.97** |
| **GRAND TOTAL** | **54.30** | **$32,634.15** |

## **Exhibit B**

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs; Litigation / Controversy. | 1,025.00 | 12.30 | 12,607.50 |
| Aaron Zebley | Partner; joined firm in 2014; admitted to NY Bar since 1997 and DC Bar since 2014; Litigation / Controversy; Regulatory and Government Affairs. | 1,080.45 | 4.20 | 4,537.92 |
| **Partners Total** | | | **16.50** | **$17,145.42** |
| **Associates & Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 555.00 | 0.90 | 499.50 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs; Litigation / Controversy. | 965.00 | 7.20 | 6,948.00 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 638.00 | 9.90 | 6,316.20 |
| Jeffrey Schomig | Attorney; joined firm in 1999; admitted to MD Bar since 1997 and DC Bar since 2000; Litigation / Controversy. | 700.00 | 0.90 | 630.00 |

---

[1] WilmerHale increased its standard billing rates for all professionals effective as of January 1, 2021 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Phoebe Stroede | Sr. Discovery Attorney; joined firm in 2013; admitted to OH Bar since 2012; Discovery Solutions. | 315.00 | 0.30 | 94.50 |
| **Associates & Attorneys Total** | | | **19.20** | **$14,488.20** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Congressional and Regulatory Investigations Paralegal; joined firm in 2015; Regulatory and Government Affairs. | 420.00 | 1.00 | 420.00 |
| Kevin Le | Litigation Support Coordinator; joined firm in 2009; Discovery Solutions / Litigation Support. | 505.00 | 0.50 | 252.50 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 290.00 | 12.90 | 3,741.00 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 575.00 | 3.90 | 2,242.50 |
| Saige Wenik | Congressional and Regulatory Investigations Paralegal; joined firm in 2017; Regulatory and Government Affairs. | 345.00 | 0.30 | 103.50 |
| **Paraprofessionals Total** | | | **18.60** | **$6,759.50** |
| **TOTAL** | | | **54.30** | **$38,393.12** |
| **Less Agreed Reduction** | | | | **-$5,758.97** |
| **GRAND TOTAL** | | | **54.30** | **$32,634.15** |

## **Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Federal Express | 15.07 |
| Transcript | 5,277.70 |
| **TOTAL** | **$5,292.77** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# WILMERHALE   [WH]

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 03/04/21 |
| Invoice No. | 2625015 |
| Matter No. | 1653300-00137 |

FOR LEGAL SERVICES RENDERED through January 31, 2021 in connection with the Fee and Retention Applications matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 2,242.50 |
| Less: 15% Discount | | -336.38 |
| Total Disbursements | | 15.07 |
| **Total Amount Due** | **$** | **1,921.19** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ███████

Routing Number: ███████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                      Purdue Pharma, L.P.
Matter No. 1653300-00137                Fee and Retention Applications

Invoice No. 2625015
Invoice Date 03/04/21
Legal Services through January 31, 2021

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/12/21 | Thompson, Yolande | 0.20 | Review Retention Order to determine how retainer should be treated |
| 01/12/21 | Thompson, Yolande | 0.10 | Emails with Ms. Moore re pre-petition retainer inquiry received from client |
| 01/13/21 | Thompson, Yolande | 0.20 | Review Retention Order to determine requirements for disclosing rate increases |
| 01/13/21 | Thompson, Yolande | 0.10 | Review Notice of Increase filed in December 2019 |
| 01/13/21 | Thompson, Yolande | 0.10 | Review Amended Third Interim Fee Application for information disclosing rate increase |
| 01/13/21 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re requirements for disclosing rate increases |
| 01/14/21 | Thompson, Yolande | 0.80 | Review spreadsheet from Accounting showing amounts billed and payments received |
| 01/14/21 | Thompson, Yolande | 0.20 | Review Retention Order to confirm how retainer should be treated |
| 01/14/21 | Thompson, Yolande | 0.20 | Emails with Ms. Moore and Ms. Berger in Accounting re spreadsheet showing post-petition payments |
| 01/14/21 | Thompson, Yolande | 1.80 | Prepare chart showing post-petition amounts requested in monthly fee statements and payments received |
| 01/14/21 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re determining whether there are any unpaid post-petition amounts and whether retainer can be applied to pre-petition amounts |
| **Total** | | **3.90** | |

Client No. 1653300
Matter No. 1653300-00137

Purdue Pharma, L.P.
Fee and Retention Applications

Invoice No. 2625015
Invoice Date 03/04/21
Legal Services through January 31, 2021

| Date | Cost | Description |
|------|------|-------------|
| 01/13/21 | 15.07 | Federal Express Corp; Invoice# 723553120 (Jan-05,2021); Inv#723553120 782009399467 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| | 15.07 | |

Total Disbursements    $    15.07

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2625015
Invoice Date 03/04/21
Legal Services through January 31, 2021

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thompson, Yolande | 3.90 | 575.00 | 2,242.50 |
| **Total Legal Services** | **3.90** | | **$2,242.50** |

## DISBURSEMENTS

| Description | Total |
|---|---|
| FEDERAL EXPRESS | 15.07 |
| **Total Disbursements** | **$15.07** |

# WILMERHALE  **WH**

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▮▮▮▮▮▮
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 03/04/21 |
| Invoice No. | 2625016 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through January 31, 2021 in connection with the Post Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 36,150.62 |
| Less: 15% Discount | | -5,422.59 |
| Total Disbursements | | 5,277.70 |
| **Total Amount Due** | **$** | **36,005.73** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ▮▮▮▮▮

Routing Number: ▮▮▮▮

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2625016
Invoice Date 03/04/21
Legal Services through January 31, 2021

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| L120 - Analysis/Strategy | | | |
| 01/04/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████████ |
| 01/04/21 | Zebley, Aaron | 0.10 | Review ████████████████████ ████ |
| 01/05/21 | DaCunha, Alyssa | 1.00 | Participate in ██████████████ |
| 01/05/21 | Lannon, William E. | 0.50 | File ██████████████████ |
| 01/05/21 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |
| 01/06/21 | DaCunha, Alyssa | 0.50 | Confer with ████████████████ ████ |
| 01/06/21 | DaCunha, Alyssa | 0.40 | Review ████████████████ ████ |
| 01/06/21 | DaCunha, Alyssa | 0.80 | Confer with ████████████████ |
| 01/06/21 | DaCunha, Alyssa | 0.50 | Confer with ██████████████ █ |
| 01/06/21 | Menz, Sheila E. | 0.20 | Emails with ███████████████ ██████████ |
| 01/06/21 | Menz, Sheila E. | 0.30 | Strategize with ████████████ ██ |
| 01/06/21 | Menz, Sheila E. | 0.50 | Confer with █████████████████ |
| 01/06/21 | Menz, Sheila E. | 0.10 | Analyze █████████████ ████ |
| 01/06/21 | Rockett, Elizabeth W. | 0.70 | Complete ████████████████ |
| 01/06/21 | Satten-Lopez, Elena M. | 0.10 | Review ████████████████ █ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2625016
Invoice Date 03/04/21
Legal Services through January 31, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/07/21 | Menz, Sheila E. | 1.00 | Strategize with ██████████████ |
| 01/07/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 01/07/21 | Satten-Lopez, Elena M. | 0.10 | Review ████████████████ |
| 01/07/21 | Satten-Lopez, Elena M. | 1.10 | Confer with ██████████████ |
| 01/08/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 01/08/21 | Satten-Lopez, Elena M. | 2.80 | Analyze ████████████ |
| 01/11/21 | Menz, Sheila E. | 0.50 | Confer with ████████████ |
| 01/11/21 | Menz, Sheila E. | 0.70 | Review ████████████ |
| 01/11/21 | Menz, Sheila E. | 0.30 | Analyze ████████ |
| 01/11/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 01/11/21 | Satten-Lopez, Elena M. | 0.40 | Research ██████████ |
| 01/11/21 | Satten-Lopez, Elena M. | 0.90 | Analyze ████████████ |
| 01/11/21 | Stroede, Phoebe | 0.30 | Identify ████████████ |
| 01/11/21 | Zebley, Aaron | 0.30 | Confer with ████████ |
| 01/12/21 | DaCunha, Alyssa | 0.50 | Weekly ██████████ |
| 01/12/21 | Rockett, Elizabeth W. | 0.70 | Complete ██████████ |
| 01/12/21 | Satten-Lopez, Elena M. | 0.10 | Review ████████████ |
| 01/13/21 | DaCunha, Alyssa | 0.40 | Confer with ████████████ |
| 01/13/21 | DaCunha, Alyssa | 0.60 | Review ███████████ |
| 01/13/21 | Lannon, William E. | 0.50 | File ██████████ |
| 01/13/21 | Menz, Sheila E. | 0.40 | Strategize with ███████████ |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2625016
Invoice Date 03/04/21
Legal Services through January 31, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/13/21 | Menz, Sheila E. | 0.30 | Review ███████████ |
| 01/13/21 | Menz, Sheila E. | 0.50 | Strategize with ███████████ |
| 01/13/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 01/13/21 | Satten-Lopez, Elena M. | 1.50 | Draft ███████████ |
| 01/13/21 | Satten-Lopez, Elena M. | 0.40 | Confer with ███████████ |
| 01/13/21 | Satten-Lopez, Elena M. | 0.10 | Analyze ███████████ |
| 01/13/21 | Satten-Lopez, Elena M. | 0.50 | Confer with ███████████ |
| 01/14/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 01/14/21 | Satten-Lopez, Elena M. | 0.10 | Review ███████████ |
| 01/14/21 | Zebley, Aaron | 0.40 | Review ███████████ |
| 01/14/21 | Zebley, Aaron | 0.40 | Analyze ███████████ |
| 01/15/21 | DaCunha, Alyssa | 0.50 | Multiple communications with ███████████ |
| 01/15/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 01/19/21 | DaCunha, Alyssa | 1.00 | Participate in ███████████ |
| 01/19/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 01/19/21 | Satten-Lopez, Elena M. | 0.20 | Review ███████████ |
| 01/19/21 | Zebley, Aaron | 0.20 | Review ███████████ |
| 01/21/21 | DaCunha, Alyssa | 0.30 | Confer with ███████████ |
| 01/21/21 | Menz, Sheila E. | 0.40 | Confer with ███████████ |
| 01/21/21 | Menz, Sheila E. | 0.30 | Draft ███████████ |
| 01/21/21 | Menz, Sheila E. | 0.20 | Confer with ███████████ |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2625016
Invoice Date 03/04/21
Legal Services through January 31, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/21/21 | Rockett, Elizabeth W. | 1.00 | Complete ███████████████ |
| 01/21/21 | Satten-Lopez, Elena M. | 0.10 | Prepare ████████ |
| 01/22/21 | Hromada, Patricia | 0.60 | Prepare ██████████████ |
| 01/22/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 01/22/21 | Wenik, Saige | 0.30 | Review ███████████████ |
| 01/24/21 | Menz, Sheila E. | 0.20 | Emails with ████████████████ |
| 01/25/21 | Hromada, Patricia | 0.30 | Conduct ███████████████ |
| 01/25/21 | Le, Kevin | 0.50 | Analyze █████████████ |
| 01/25/21 | Rockett, Elizabeth W. | 0.70 | Complete ██████████ |
| 01/25/21 | Satten-Lopez, Elena M. | 0.10 | Analyze ██████████ |
| 01/26/21 | Rockett, Elizabeth W. | 0.70 | Complete ██████████ |
| 01/26/21 | Satten-Lopez, Elena M. | 0.10 | Review ████████████ |
| 01/27/21 | Rockett, Elizabeth W. | 0.70 | Complete ██████████ |
| 01/27/21 | Satten-Lopez, Elena M. | 1.20 | Draft ██████████ |
| 01/28/21 | DaCunha, Alyssa | 0.30 | Revise █████████ |
| 01/28/21 | DaCunha, Alyssa | 0.50 | Confer with █████████████ |
| 01/28/21 | DaCunha, Alyssa | 0.30 | Draft ██████████ |
| 01/28/21 | DaCunha, Alyssa | 1.80 | Research █████████████ |
| 01/28/21 | DaCunha, Alyssa | 0.80 | Confer with █████████████ |
| 01/28/21 | DaCunha, Alyssa | 1.50 | Draft ████████████ |
| 01/28/21 | Menz, Sheila E. | 0.50 | Strategize with ████████████ |

Client No. 1653300                            Purdue Pharma, L.P.
Matter No. 1653300-00136                      Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2625016
Invoice Date 03/04/21
Legal Services through January 31, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/28/21 | Menz, Sheila E. | 0.20 | Confer with ███████████████ |
| 01/28/21 | Menz, Sheila E. | 0.50 | Confer with ███████████████ |
| 01/28/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████████ |
| 01/28/21 | Satten-Lopez, Elena M. | 0.10 | Review ███████████ |
| 01/28/21 | Schomig, Jeffrey | 0.40 | Review ███████████████ |
| 01/28/21 | Schomig, Jeffrey | 0.50 | Confer with ███████████ |
| 01/28/21 | Zebley, Aaron | 0.30 | Review ███████████ sue |
| 01/28/21 | Zebley, Aaron | 0.40 | Review ██████████ |
| 01/28/21 | Zebley, Aaron | 0.40 | Review ██████████ |
| 01/28/21 | Zebley, Aaron | 0.30 | Revise ██████████ |
| 01/28/21 | Zebley, Aaron | 0.40 | Review ███████████████ |
| 01/28/21 | Zebley, Aaron | 0.50 | Confer with ██████████ |
| 01/28/21 | Zebley, Aaron | 0.50 | Confer with ███████████ |
| 01/29/21 | DaCunha, Alyssa | 0.30 | Review ██████████ |
| 01/29/21 | DaCunha, Alyssa | 0.30 | Multiple communications with ████████ |
| 01/29/21 | Menz, Sheila E. | 0.10 | Confer with ███████████ |
| 01/29/21 | Rockett, Elizabeth W. | 0.70 | Complete ██████████ |
| **Total** | | **50.40** | |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2625016
Invoice Date 03/04/21
Legal Services through January 31, 2021

| Date | Cost | Description |
|------|------|-------------|
| 01/22/21 | 5,277.70 | Deposition Solutions LLC dba Nextgen Reporting a Lexitas Co; Invoice# 1108767 (Jan-13,2021); Transcript -- Alyssa DaCunha |
|  | 5,277.70 |  |

Total Disbursements    $      **5,277.70**

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2625016
Invoice Date 03/04/21
Legal Services through January 31, 2021

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|------------|------:|-----:|------:|
| Zebley, Aaron | 4.20 | 1,080.45 | 4,537.92 |
| DaCunha, Alyssa | 12.30 | 1,025.00 | 12,607.50 |
| Menz, Sheila E. | 7.20 | 965.00 | 6,948.00 |
| Schomig, Jeffrey | 0.90 | 700.00 | 630.00 |
| Satten-Lopez, Elena M. | 9.90 | 638.00 | 6,316.20 |
| Hromada, Patricia | 0.90 | 555.00 | 499.50 |
| Le, Kevin | 0.50 | 505.00 | 252.50 |
| Lannon, William E. | 1.00 | 420.00 | 420.00 |
| Wenik, Saige | 0.30 | 345.00 | 103.50 |
| Stroede, Phoebe | 0.30 | 315.00 | 94.50 |
| Rockett, Elizabeth W. | 12.90 | 290.00 | 3,741.00 |
| **Total Legal Services** | **50.40** | | **$36,150.62** |

| Task | Description | Hours | Value |
|------|-------------|------:|------:|
| L120 | Analysis/Strategy | 50.40 | 36,150.62 |
| **Total Legal Services** | | **50.40** | **$36,150.62** |

**DISBURSEMENTS**

| Description | Total |
|-------------|------:|
| TRANSCRIPT | 5,277.70 |
| **Total Disbursements** | **$5,277.70** |