George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

### SUMMARY SHEET FOR FOURTH INTERIM FEE APPLICATION
### OF WILMER CUTLER PICKERING HALE AND DORR LLP

| | |
|---|---|
| **Name of Applicant:** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Application Period:** | October 1, 2020 through January 31, 2021 |
| **Applicant's Role in Case:** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Total Fees Requested:** | $838,131.28[2] |
| **Total Expenses Requested:** | $7,534.07 |
| **Total Fee and Expenses Requested:** | $845,665.35 |
| **Date of Retention:** | November 25, 2019 *nunc pro tunc* to September 15, 2019 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] This amount reflects an agreed reduction of fees in the aggregate amount of $147,905.54.

| | |
|---|---|
| **Total compensation approved by interim order to date** | $756,604.71 |
| **Total expenses approved by interim order to date** | $6,190.74 |
| **Total allowed compensation paid to date** | $756,604.71[3] |
| **Total allowed expenses paid to date** | $6,190.74 |
| **Blended rate in application for all attorneys** | 894.94 |
| **Blended rate in application for all timekeepers** | $821.08 |
| **Compensation sought in application already paid pursuant to a monthly compensation order but not yet allowed** | $644,397.70 |
| **Expenses sought in application already paid pursuant to a monthly compensation order but not yet allowed** | $2,241.30 |
| **Number of professionals included in application** | 24 |
| **If applicable, number of professionals in application not included in staffing plan approved by client** | N/A |
| **If applicable, difference between fees budgeted and compensation sought during application period** | Amt. Budgeted:  $80,000.00 - $160,000.00<br>Amount Sought:  $838,131.28<br>Difference:  $678,131.28 / $758,131.28 |
| **Number of professionals billing fewer than 15 hours to the case during application period** | 12 |
| **Are any rates higher than those approved or disclosed at retention?** | WilmerHale increased its billing rates for all professionals effective as of January 1, 2021 and negotiated a reduction of those rates with Purdue Pharma, L.P. |

---

[3] This amount includes agreed reductions of fees in the aggregate amount of $37,161.77 as set forth in the Orders Allowing the Interim Fee Applications.

**COMPENSATION BY PROFESSIONAL**

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 85.10 | 131,905.00 |
| Alyssa DaCunha | Partner; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs; Litigation / Controversy. | 965.00 | 225.30 | 217,414.50 |
| | | 1,025.00 | 12.30 | 12,607.50 |
| Aaron Zebley | Partner; admitted to NY Bar since 1997 and DC Bar since 2014; Litigation / Controversy; Regulatory and Government Affairs. | 1,029.00 | 168.30 | 173,180.70 |
| | | 1,080.45 | 4.20 | 4,537.92 |
| **Partners Total** | | | **495.20** | **$539,645.62** |
| **Counsel** | | | | |
| Kaitlyn A. Ferguson | Counsel; admitted to NY Bar since 2013 and DC Bar since 2014; Regulatory and Government Affairs. | 955.00 | 17.10 | 16,330.50 |
| Lauren Lifland | Counsel; admitted to NY Bar since 2012; Bankruptcy & Financial Restructuring. | 1,040.00 | 3.90 | 4,056.00 |
| **Counsel Total** | | | **21.00** | **$20,386.50** |
| **Associates** | | | | |
| Ridge M. Blanchard | Associate; admitted to MA Bar since 2017 and DC Bar since 2018; Regulatory and Government Affairs. | 730.00 | 127.20 | 92,856.00 |
| Patricia Hromada | Sr. Staff Attorney; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 525.00 | 8.10 | 4,252.50 |
| | | 555.00 | 0.90 | 499.50 |

---

[1] WilmerHale increased its billing rates for all professionals effective as of January 1, 2021 and negotiated a reduction of those rates with Purdue Pharma, L.P. This summary chart includes multiple entries for certain professionals and paraprofessionals to reflect the new rates.

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lydia M. Lichlyter | Associate; admitted to DC Bar since 2019; Regulatory and Government Affairs. | 655.00 | 23.20 | 15,196.00 |
| Sheila E. Menz | Sr. Associate; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs; Litigation / Controversy. | 860.00 | 169.20 | 145,512.00 |
| | | 965.00 | 7.20 | 6,948.00 |
| Allyson M. Pierce | Associate; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 690.00 | 5.70 | 3,933.00 |
| Elena M. Satten-Lopez | Associate; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 147.20 | 80,960.00 |
| | | 638.00 | 9.90 | 6,316.20 |
| Jeffrey Schomig | Attorney; admitted to MD Bar since 1997 and DC Bar since 2000; Litigation / Controversy. | 700.00 | 0.90 | 630.00 |
| Phoebe Stroede | Sr. Discovery Attorney; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 13.40 | 4,020.00 |
| | | 315.00 | 0.30 | 94.50 |
| **Associates Total** | | | **513.20** | **$361,217.70** |
| **Paraprofessionals** | | | | |
| Leighton Crawford | Sr. Paralegal; Litigation / Controversy. | 465.00 | 0.50 | 232.50 |
| Jeffrey Dillard | Reference Coordinator; Library and Research Services. | 415.00 | 1.00 | 415.00 |
| William E. Lannon | Congressional and Regulatory Investigations Paralegal; Regulatory and Government Affairs. | 385.00 | 26.40 | 10,164.00 |
| | | 420.00 | 1.00 | 420.00 |
| Kevin Le | Litigation Support Coordinator; Discovery Solutions / Litigation Support. | 505.00 | 0.50 | 252.50 |
| Aaron P. Murphy | Research and Reference Specialist; Library and Research Services. | 415.00 | 1.00 | 415.00 |
| Erica Rhodes | Legislative Assistant; Regulatory and Government Affairs. | 310.00 | 2.20 | 682.00 |

4

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Elizabeth W. Rockett | Legislative Assistant; Regulatory and Government Affairs. | 275.00 | 48.70 | 13,392.50 |
| | | 290.00 | 12.90 | 3,741.00 |
| Karen Rutherford | Research and Reference Specialist; Library and Research Services. | 415.00 | 0.20 | 83.00 |
| Yolande Thompson | Sr. Paralegal; Bankruptcy & Financial Restructuring. | 545.00 | 39.50 | 21,527.50 |
| | | 575.00 | 3.90 | 2,242.50 |
| Saige Wenik | Congressional and Regulatory Investigations Paralegal; Regulatory and Government Affairs. | 325.00 | 31.60 | 10,270.00 |
| | | 345.00 | 0.30 | 103.50 |
| Edgar Zoz | Legislative and Public Policy Manager; Regulatory and Government Affairs. | 470.00 | 1.80 | 846.00 |
| **Paraprofessionals Total** | | | **171.50** | **$64,787.00** |
| **TOTAL** | | | **1,200.90** | **$986,036.82** |
| **Less Agreed Reduction** | | | | **-$147,905.54** |
| **GRAND TOTAL** | | | **1,200.90** | **$838,131.28** |

**Total Attorney Hours for Interim Fee Period:** **1,029.40**

**Total Attorney Compensation for Interim Fee Period:** **$921,249.82**

**Attorney Blended Hourly Rate for Interim Fee Period:** **894.94**

**Total Paraprofessional Hours for Interim Fee Period:** **171.50**

**Total Paraprofessional Compensation for Interim Fee Period:** **$64,787.00**

**Paraprofessional Blended Hourly Rate for Interim Fee Period:** **377.77**

**All Professionals Blended Hourly Rate for Interim Fee Period:** **821.08**

## SUMMARY OF MONTHLY FEE STATEMENTS

| PERIOD | FEES | EXPENSES | STATUS |
|---|---|---|---|
| 09/16/2019 – 11/30/2019 [Docket Nos. 730 & 739] | $273,955.00[2] | $418.89 | An omnibus order dated May 12, 2020 [Docket No. 1159] allowing payment of 80% of the fees ($358,915.40) and 100% of the expenses ($3,529.30) requested in WilmerHale's First Interim Fee Application was entered on May 15, 2020.  On June 26, 2020, an omnibus supplemental order [Docket No. 1306] directing payment of fees that were subject to a 20% holdback in the reduced amount of $77,669.85 was entered by the court.  WilmerHale received payment on account of these fees and expenses incurred during the first interim period. |
| 12/1/2019 – 12/31/2019 [Docket No. 844] | $50,639.17[3] | $161.18 | |
| 01/01/2020 – 01/31/2020 [Docket No. 907] | $124,050.08[4] | $2,949.23 | |
| **TOTAL FOR FIRST INTERIM PERIOD** | **$448,644.25** | **$3,529.30** | |
| 02/01/2020 – 02/28/2020 [Docket No. 1046] | $96,888.88[5] | $1,710.34 | An omnibus order [Docket No. 1649] allowing payment of fees in the amount of $284,377.26 and reimbursement of expenses in the amount of $2,416.88 was entered on September 2, 2020.  This omnibus order included an agreed recommended reduction of fees in the amount of $10,488.30.  WilmerHale received payment on account of these fees and expenses incurred during the second interim period. |
| 03/01/2020 – 03/31/2020 [Docket No. 1267] | $140,578.24[6] | $267.79 | |
| 04/01/2020 – 04/30/2020 [Docket No. 1268] | $43,725.00[7] | $193.25 | |
| 05/01/2020 – 05/31/2020 [Docket No. 1380] | $13,673.44[8] | $245.50 | |
| **TOTAL FOR SECOND INTERIM PERIOD** | **$294,865.56** | **$2,416.88** | |

[2]  This amount reflects an agreed reduction in fees in the amount of $48,345.00.

[3]  This amount reflects an agreed reduction in fees in the amount of $8,936.33.

[4]  This amount reflects an agreed reduction in fees in the amount of $17,830.92 and 50% reduction of non-working travel time in the amount of $6,710.00 for a total reduction in the aggregate amount of $24,540.92.

[5]  This amount reflects an agreed reduction in fees in the amount of $13,212.12.

[6]  This amount reflects an agreed reduction in fees in the amount of $19,169.76.

[7]  This amount reflects an agreed reduction in fees in the amount of $5,962.50.

[8]   This amount reflects an agreed reduction in fees in the amount of $1,864.56.

| PERIOD | FEES | EXPENSES | STATUS |
|---|---|---|---|
| 06/01/2020 – 06/30/2020 [Docket No. 1583] | $19,457.44[9] | $115.20 | An omnibus order [Docket No. 2144] allowing payment of fees in the amount of $35,642.20 and reimbursement of expenses in the amount of $244.56 was entered on December 16, 2020. This omnibus order included an agreed recommended reduction of fees in the amount of $14,614.47.  WilmerHale received payment on account of these fees and expenses and coordinated with the client to reduce the subsequent payment made to WilmerHale by $3,962.37 on account of amounts that were overpaid for the third interim period. |
| 07/01/2020 – 07/31/2020 [Docket No. 1722] | $13,866.90[10] | $14.74 | |
| 08/01/2020 – 08/31/2020 [Docket No. 1844] | $7,390.24[11] | $29.70 | |
| 09/01/2020 – 09/30/2020 [Docket Nos. 1931 & 2050] | $8,791.12[12] | $84.92 | |
| **TOTAL FOR THIRD INTERIM PERIOD** | **$49,505.70** | **$244.56** | |
| 10/01/2020 –10/31/2020 [Docket No. 2074] | $48,670.57[13] | $14.82 | Pending. WilmerHale requested payment on account of 80% of the fees that was incurred during the twelfth monthly period in the amount of $38,936.46 and reimbursement of 100% of the expenses in the amount of $14.82. The total amount paid to WilmerHale for this fee statement was reduced by $3,962.37 on account of amounts that were overpaid for the third interim period. |
| 11/01/2020 –11/30/2020 [Docket No. 2207] | $416,616.87[14] | $14.89 | Pending. WilmerHale requested payment on account of 80% of the fees that was incurred during the thirteenth monthly period in the amount of $333,293.50 and reimbursement of 100% of the expenses in the amount of $14.89. |

---

[9]  This amount reflects an agreed reduction in fees in the amount of $2,871.56.

[10]  This amount reflects an agreed reduction in fees in the aggregate amount of $2,447.10.

[11]  This amount reflects an agreed reduction in fees in the aggregate amount of $1,007.76.

[12]  This amount reflects an agreed reduction in fees in the aggregate amount of $1,551.38.

[13]  This amount reflects an agreed reduction in fees in the aggregate amount of $8,588.93.

[14]  This amount reflects an agreed reduction in fees in the aggregate amount of $73,520.63.

| PERIOD | FEES | EXPENSES | STATUS |
|---|---|---|---|
| 12/01/2020 – 12/31/2020<br>[Docket No. 2377] | $340,209.69[15] | $2,211.59 | Pending. WilmerHale requested payment on account of 80% of the fees that was incurred during the fourteenth monthly period in the amount of $272,167.75 and reimbursement of 100% of the expenses in the amount of $2,211.59. |
| 01/01/2021 – 01/31/2021<br>[Docket No. 2505] | $32,634.15[16] | $5,292.77 | Pending. WilmerHale requested payment on account of 80% of the fees that was incurred during the fifteenth monthly period in the amount of $26,107.32 and reimbursement of 100% of the expenses in the amount of $5,292.77. |
| **TOTAL FOR FOURTH INTERIM PERIOD** | **$838,131.28** | **$7,534.07** | Pending. |

---

[15]  This amount reflects an agreed reduction in fees in the aggregate amount of $60,037.01.

[16]  This amount reflects an agreed reduction in fees in the aggregate amount of $5,758.97.

George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

## FOURTH INTERIM FEE APPLICATION OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the

above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby

respectfully submits this fourth interim fee application (the "**Application**") for the period from

October 1, 2020 through January 31, 2021 (the "**Interim Fee Period**") pursuant to 11 U.S.C. §§

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

330 and 331 for interim allowance of compensation for professional services rendered and for

reimbursement of expenses incurred in connection therewith and respectfully represents:

## PRELIMINARY STATEMENT

1.      This Application has been prepared in accordance with the guidelines and

applicable requirements established by the Office of the United States Trustee (as amended, the

"**UST Guidelines**"), the Amended Guidelines for Fees and Disbursements for Professionals in

Southern District of New York Bankruptcy Cases, adopted by the Court in General Order M-447

on January 29, 2013 (the "**Local Guidelines**") and the *Order Establishing Procedures for

Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated

November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order"**).

2.      By this Application, WilmerHale seeks allowance of interim compensation for

legal services rendered on behalf of the Debtors during the Interim Fee Period in the aggregate

amount of **$838,131.28**[2] and for reimbursement of actual and necessary expenses incurred in

connection with rendering such services in the aggregate amount of **$7,534.07**, including all

holdbacks, pursuant to sections 330 and 331 of the Bankruptcy Code.  During the Interim Fee

Period, WilmerHale attorneys and paraprofessionals expended a total of **1,200.90** hours for

which compensation is sought.

3.      The fees charged by WilmerHale in these cases are billed in accordance with its

agreed-upon billing rates and procedures in effect during the Interim Fee Period. The rates

charged by WilmerHale for the services rendered in these chapter 11 cases do not (and will not)

exceed the rates WilmerHale customarily charges for services rendered in comparable matters.

Such fees are reasonable based on the customary compensation charged by comparably skilled

---

[2]  This amount reflects an agreed reduction of fees in the aggregate amount of $147,905.54.

practitioners in comparable assignments in a competitive national legal market.

4.      Pursuant to the UST Guidelines, annexed hereto as <u>Exhibit A</u> is a schedule setting

forth the Customary and Comparable Compensation Disclosures.

5.      Annexed hereto as <u>Exhibit B</u> is a schedule setting forth all WilmerHale

professionals and paraprofessionals who have performed services during the Interim Fee Period,

the capacities in which each such individual is employed by WilmerHale, the department in

which each individual practices, the hourly billing rate charged by WilmerHale for services

performed by such individual, the year in which each professional was licensed to practice law,

if applicable, and the aggregate number of hours expended in this matter and fees billed therefor.

6.      Annexed hereto as <u>Exhibit C</u> is a schedule setting forth the Budget and Staffing

Plan, pursuant to the UST Guidelines.

7.      Annexed hereto as <u>Exhibit D</u> is a summary of the number of hours and amounts

billed by WilmerHale during the Interim Fee Period, organized by project categories, pursuant to

the UST Guidelines.

8.      Annexed hereto as <u>Exhibit E</u> is a summary of the expenses incurred by

WilmerHale during the Interim Fee Period, pursuant to the UST Guidelines.

9.      Pursuant to the Local Guidelines, a certification regarding compliance with the

same is annexed hereto as <u>Exhibit F</u>.

## **<u>JURISDICTION</u>**

10.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and

1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief

sought herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code (the

"**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedures, Local

Bankruptcy Rule 2016-1 and the UST Guidelines.

3

## BACKGROUND

11.    On September 15, 2019 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are continuing to operate their business and manage their properties as debtors in possession pursuant to sections 1007(a) and 1108 of the Bankruptcy Code.

12.    On September 27, 2019, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "**Creditors Committee**") [Docket No. 131]. No trustee or examiner has been appointed.

13.    On November 5, 2019, the Debtors filed the *Application of Debtors for Authority to Retain and Employ Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date*, [Docket No. 428], which was granted by order entered on November 25, 2019 [Docket No. 544].

14.    Pursuant to the Interim Compensation Order, retained professionals are authorized to submit monthly fee statements. Provided that no objection to a monthly fee statement is timely filed, the Debtors are authorized to pay such professional an amount equal to eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in such monthly fee statement. The Interim Compensation Order further directs professionals to submit an application requesting interim allowance of the compensation and reimbursement of expenses sought in the monthly statements, including any holdback, pursuant to sections 330 and 331 of the Bankruptcy Code.

15.    On January 10, 2020, WilmerHale requested allowance of compensation in the amount of **$219,164.00**[3] (80% of the actual fees incurred in the amount of **$273,955.00**) and

---

[3]  This amount reflects an agreed reduction in fees in the amount of $48,345.00.

reimbursement of expenses in the amount of **$418.89** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on September 16, 2019 through and including November 30, 2019 [Docket Nos. 730, 739] (the "**First Fee Statement**").

16.    On February 19, 2020, WilmerHale requested allowance of compensation in the amount of **$40,511.34**[4] (80% of the actual fees incurred in the amount of **$50,639.17**) and reimbursement of expenses in the amount of **$161.18** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on December 1, 2019 through and including December 31, 2019 [Docket No. 844] (the "**Second Fee Statement**").

17.    On March 11, 2020, WilmerHale requested allowance of compensation in the amount of **$99,240.06**[5] (80% of the actual fees incurred in the amount of **$124,050.08**) and reimbursement of expenses in the amount of **$2,949.23** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on January 1, 2020 through and including January 31, 2020 [Docket No. 907] (the "**Third Fee Statement**").

18.    On March 16, 2020, WilmerHale filed the *First Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and Reimbursement of Expenses* [Docket No. 941] (the "**First Interim Fee Application**") seeking approval of payment for the amounts requested in the First, Second, and Third Fee Statements.

---

[4]  This amount reflects an agreed reduction in fees in the amount of $8,936.33.

[5]  This amount reflects an agreed reduction in fees in the amount of $17,830.92 and 50% reduction of non-working travel time in the amount of $6,710.00 for a total reduction in the aggregate amount of $24,540.92.

19.     On March 25, 2020, WilmerHale filed the *Supplement to First Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and Reimbursement of Expenses* [Docket No. 982].

20.     On April 8, 2020, the Court entered an *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [Docket No. 1023].

21.     On April 15, 2020, WilmerHale requested allowance of compensation in the amount of **$77,511.10**[6] (80% of the actual fees incurred in the amount of **$96,888.88**) and reimbursement of expenses in the amount of **$1,710.34** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on February 1, 2020 through and including February 29, 2020 [Docket No. 1046] (the "**Fourth Fee Statement**").

22.     On May 15, 2020, the Court entered the *Omnibus Order Granting First Interim Fee Applications for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [Docket No. 1159] awarding 80% of the fees and 100% of the expenses requested in the First Interim Fee Application on an interim basis.

23.     On June 11, 2020, the Fee Examiner provided WilmerHale with an Interim Report on the First Interim Fee Application recommending a reduction of fees as detailed therein.

24.     On June 15, 2020, WilmerHale requested allowance of compensation in the amount of **$112,462.59**[7] (80% of the actual fees incurred in the amount of **$140,578.24**) and

---

[6] This amount reflects an agreed reduction in fees in the amount of $13,212.12.

[7] This amount reflects an agreed reduction in fees in the amount of $19,169.76.

reimbursement of expenses in the amount of **$267.79** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on March 1, 2020 through and including March 31, 2020 [Docket No. 1267] (the "**Fifth Fee Statement**").

25.      On June 15, 2020, WilmerHale requested allowance of compensation in the amount of **$34,980.00**[8] (80% of the actual fees incurred in the amount of **$43,725.00**) and reimbursement of expenses in the amount of **$193.25** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on April 1, 2020 through and including April 30, 2020 [Docket No. 1268] (the "**Sixth Fee Statement**").

26.      On June 26, 2020, the Court entered the *Omnibus Supplemental Order Authorizing and Directing Payment of First Interim Fee Period Holdback Amounts* [Docket No. 1306] directing payment of WilmerHale's fees that were subject to a 20% holdback in the reduced amount of $77,669.85 on an interim basis.

27.      On July 14, 2020, WilmerHale requested allowance of compensation in the amount of **$10,938.75**[9] (80% of the actual fees incurred in the amount of **$13,673.44**) and reimbursement of expenses in the amount of **$245.50** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on May 1, 2020 through and including May 31, 2020 [Docket No. 1380] (the "**Seventh Fee Statement**").

28.      On July 15, 2020, WilmerHale filed the *Second Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and Reimbursement of Expenses* [Docket No. 1395] (the "**Second Interim Fee Application**")

---

[8]  This amount reflects an agreed reduction in fees in the amount of $5,962.50.

[9]  This amount reflects an agreed reduction in fees in the amount of $1,864.56.

seeking approval of payment for the amounts requested in its Fourth, Fifth, Sixth, and Seventh Fee Statements.

29.    On August 14, 2020, the Fee Examiner provided WilmerHale with an Interim Report on the Second Interim Fee Application recommending a reduction of fees as detailed therein.  On August 24, 2020 WilmerHale agreed with the Fee Examiner's recommended reductions.

30.    On August 18, 2020, WilmerHale requested allowance of compensation in the amount of **$15,565.95**[10] (80% of the actual fees incurred in the amount of **$19,457.44)**) and reimbursement of expenses in the amount of **$115.20** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on June 1, 2020 through and including June 30, 2020 [Docket No. 1583] (the "**Eighth Fee Statement**").

31.    On September 2, 2020, the Court entered the *Omnibus Order Granting Second Interim Fee Applications for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [Docket No. 1649] awarding fees in the amount of $284,377.26 and reimbursement of expenses in the amount of $2,416.88 with respect to WilmerHale's Second Interim Fee Application.  This omnibus order also included an agreed recommended reduction of fees in the amount of $10,488.30.

32.    On September 24, 2020, WilmerHale requested allowance of compensation in the amount of **$11,093.52**[11] (80% of the actual fees incurred in the amount of **$13,866.90**) and reimbursement of expenses in the amount of **$14.74** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on July

---

[10]  This amount reflects an agreed reduction in fees in the amount of $2,871.56.

[11]  This amount reflects an agreed reduction in fees in the aggregate amount of $2,447.10.

1, 2020 through and including July 31, 2020 [Docket No. 1722] (the "**Ninth Fee Statement**").

33.    On October 26, 2020, WilmerHale requested allowance of compensation in the amount of **$5,912.19**[12] (80% of the actual fees incurred in the amount of **$7,390.24**) and reimbursement of expenses in the amount of **$29.70** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on August 1, 2020 through and including August 31, 2020 [Docket No. 1844] (the "**Tenth Fee Statement**").

34.    On November 12, 2020, WilmerHale requested allowance of compensation in the amount of **$7,633.67**[13] (80% of the actual fees incurred in the amount of **$9,542.09**) and reimbursement of expenses in the amount of **$84.92** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on September 1, 2020 through and including September 30, 2020 [Docket No. 1931] (the "**Eleventh Fee Statement**").

35.    On December 2, 2020, WilmerHale filed an amended Eleventh Fee Statement requesting allowance of compensation in the amount of **$7,032.90**[14] (80% of the actual fees incurred in the amount of **$8,791.12**) and reimbursement of expenses in the amount of **$84.92** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on September 1, 2020 through and including September 30, 2020 [Docket No. 2050].  As of the date of this Application, WilmerHale has not received any payment on account of the fees and expenses sought in the Eleventh Fee Statement.

---

[12]  This amount reflects an agreed reduction in fees in the aggregate amount of $1,007.76.

[13]  This amount reflects an agreed reduction in fees in the amount of $1,683.91.

[14]  This amount reflects an agreed reduction in fees in the amount of $1,551.38.

36.    On December 7, 2020, WilmerHale requested allowance of compensation in the amount of **$38,936.46**[15] (80% of the actual fees incurred in the amount of **$48,670.57**) and reimbursement of expenses in the amount of **$14.82** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on October 1, 2020 through and including October 31, 2020 [Docket No. 2074] (the "**Twelfth Fee Statement**").

37.    On December 16, 2020, the Court entered the *Omnibus Order Granting Third Interim Fee Applications of Professionals for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses* [Docket No. 2144] awarding fees in the amount of $35,642.20 and reimbursement of expenses in the amount of $244.56 with respect to WilmerHale's Second Interim Fee Application. This omnibus order also included an agreed recommended reduction of fees in the amount of $14,614.47.

38.    On December 29, 2020, WilmerHale requested allowance of compensation in the amount of **$333,293.50**[16] (80% of the actual fees incurred in the amount of **$416,616.87**) and reimbursement of expenses in the amount of **$14.89** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on November 1, 2020 through and including November 30, 2020 [Docket No. 2207] (the "**Thirteenth Fee Statement**").

39.    On February 11, 2021, WilmerHale requested allowance of compensation in the

---

[15] This amount reflects an agreed reduction in fees in the aggregate amount of $8,588.93.

[16] This amount reflects an agreed reduction in fees in the aggregate amount of $73,520.63.

amount of **$272,167.75**[17] (80% of the actual fees incurred in the amount of **$340,209.69**) and reimbursement of expenses in the amount of **$2,211.59** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on December 1, 2020 through and including December 31, 2020 [Docket No. 2377] (the "**Fourteenth Fee Statement**").

40.    On March 17, 2021, WilmerHale requested allowance of compensation in the amount of **$26,107.32**[18] (80% of the actual fees incurred in the amount of **$32,634.15**) and reimbursement of expenses in the amount of **$5,292.77** incurred in connection with the actual, reasonable and necessary professional services rendered during the period commencing on January 1, 2021 through and including January 31, 2021 [Docket No. 2505] (the "**Fifteenth Fee Statement**").

41.    During the Interim Fee Period, other than pursuant to the Interim Compensation Order, WilmerHale received no payment and no promises of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between WilmerHale and any other person, other than partners of the firm, for the sharing of compensation to be received for services rendered in these cases.

42.    Pursuant to the Interim Compensation Order, during the Interim Fee Period, WilmerHale sent the Debtors, the U.S. Trustee, the Creditors Committee, and the Fee Examiner monthly fee statements setting forth WilmerHale's fees for professional services rendered and expenses incurred during the Interim Fee Period. In connection with preparing each of the

---

[17]  This amount reflects an agreed reduction in fees in the aggregate amount of $60,037.01.

[18]  This amount reflects an agreed reduction in fees in the aggregate amount of $5,758.97.

monthly statements and this Application, WilmerHale has adjusted its fees and expenses in favor

of the estates. Specifically, WilmerHale reduced its fees by **$147,905.54** pursuant to its

agreement with Purdue Pharma, L.P.  No party has objected to any of WilmerHale's monthly

statements filed during the Interim Fee Period.

### SUMMARY OF SERVICES RENDERED

43.     This Application requests interim allowance of the compensation for and

reimbursement of expenses sought in the Twelfth, Thirteenth, Fourteenth, and Fifteenth Fee

Statements (collectively, the "**Monthly Statements**"), annexed hereto as Exhibits G-J, including

all holdbacks, pursuant to sections 330 and 331 of the Bankruptcy Code.

44.     During the Interim Fee Period, a total of **1,200.90** hours was incurred by all

timekeepers, with the fees totaling **$986,036.82**[19] for a blended rate of **$894.94** per hour for

attorneys and **$377.77** for paraprofessionals.  WilmerHale believes that these rates are reasonable

and fair in light of the complexity of these cases.

45.     The services performed during the Interim Fee Period generally include the

following categories, as summarized below, but is not intended to be a detailed description of the

work performed. Rather, it is merely an attempt to highlight certain of those areas in which

services were rendered to the Debtors.  A more detailed description of WilmerHale's services are

reflected in the Monthly Statements.

---

[19]  This amount was further reduced to $838,131.28 on account of an agreed reduction of fees in the aggregate
amount of $147,905.54.

### A. Fee/Employment Applications (B160)

46.     During the Interim Fee Period, WilmerHale professionals expended time preparing monthly fee statements, fee applications, and other documents related to WilmerHale's retention as special counsel to the Debtors.

47.     WilmerHale expended **57.80** hours with a value of **$34,651.00** in this category during the Interim Fee Period.

### B. Congressional Investigation (L120)

48.     During the Interim Fee Period, WilmerHale professionals expended time preparing materials relevant to continuing to advise Purdue Pharma LP in connection with certain inquiries by Congressional committees into opioid product sales and marketing practices as set forth in the retention application.

49.     WilmerHale expended **1,143.10** hours with a value of **$951,385.82** in this category during the Interim Fee Period.

### ALLOWANCE OF COMPENSATION

50.     The allowance of interim compensation for services rendered and reimbursement of expenses in bankruptcy cases is expressly provided for in section 331 of the Bankruptcy Code:

> [A]ny professional person employed under section 327 . . . may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered . . . as is provided under section 330 of this title.

11 U.S.C. § 331. Moreover, this Court has authorized the filing of this Application in the Interim Compensation Order.

51.     With respect to the level of compensation, section 330 of the Bankruptcy Code provides, in pertinent part, that the Court may award to a professional person "reasonable

compensation for actual, necessary services rendered . . . ." 11 U.S.C. § 330(a)(1)(A).

Furthermore, section 330(a)(3) provides that

> In determining the amount of reasonable compensation to be awarded to . . . [a] professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

52.    The total time spent by WilmerHale attorneys and paraprofessionals during the Interim Fee Period was **1,200.90** hours with the fees totaling **$986,036.82**[20]. The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. As shown by this Application and supporting documents, WilmerHale spent its time economically and without unnecessary duplication of time.

53.    The fees charged by WilmerHale in these cases are billed in accordance with its agreed-upon billing rates and procedures in effect during the Interim Fee Period.

---

[20]  This amount was further reduced to $838,131.28 on account of an agreed reduction of fees in the aggregate amount of $147,905.54.

54.    The professional services rendered by WilmerHale required a high degree of

professional competence and expertise so that the numerous issues requiring evaluation and

determination by the Debtors could be addressed with skill and dispatch. The professional

services have, therefore, required WilmerHale to expend substantial time and effort. It is

respectfully submitted that the services rendered to the Debtors were necessary and beneficial to

the administration of the chapter 11 cases, and were performed efficiently, effectively and

economically.

55.    Most of the services performed by partners, counsel, and associates at

WilmerHale were rendered by WilmerHale's regulatory and government affairs group.

WilmerHale has a prominent practice in this area. Due to the facts and circumstances of the

Debtors' chapter 11 cases, attorneys from WilmerHale's litigation and bankruptcy & financial

restructuring practice groups have also been involved with WilmerHale's representation of the

Debtors. Like the regulatory and government affairs group, the litigation and bankruptcy &

financial restructuring practice groups enjoy national and international reputations for their

expertise. Overall, WilmerHale brings to these chapter 11 cases a particularly high level of skill

and knowledge, which inured to the benefit of the Debtors and their estates.

56.    WilmerHale charges for its legal services on an hourly basis in accordance with

its ordinary and customary hourly rates in effect on the date such services are rendered, subject

to sections 328(a), 1103(a) and 330 of the Bankruptcy Code. The hourly rates are subject to

periodic adjustments in order to reflect economic and other conditions. Such fees are reasonable

based on the customary compensation charged by comparably skilled practitioners in comparable

non-bankruptcy cases in a competitive national legal market.

57.    Pursuant to the Interim Compensation Order, WilmerHale's monthly fees are

subject to a 20% "holdback." However, WilmerHale respectfully requests that the Court not

"hold back" any portion of the allowed fees. The amount of WilmerHale's holdback for the four

monthly fee statements filed during the Interim Fee Period ending January 31, 2021 is

**$167,626.26**. WilmerHale requests that all of its fees and expenses, including any holdback

amount, be approved for payment, and suggests that there is no need for a continuing holdback

of fees sought for the Interim Fee Period.

58.    WilmerHale incurred actual out-of-pocket expenses in connection with the

rendition of the professional services to the Debtors in the aggregate amount of **$7,534.07** for

which WilmerHale respectfully requests reimbursement in full. The disbursements and expenses

have been incurred in accordance with WilmerHale's normal practice of charging clients for

expenses clearly related to and required by particular matters. WilmerHale has endeavored to

minimize these expenses to the fullest extent possible.

59.    For the purpose of setting billing rates, WilmerHale does not include charges for

photocopying, document printing, telephone and facsimile charges, computerized research, travel

expenses, "working meals," secretarial overtime, postage, and certain other office services,

because the needs of each client for such services differ. Instead, to the extent such expenses are

incurred, WilmerHale itemizes the related charges. WilmerHale believes that it is fairest to

charge each client only for the services actually used in performing services for it.  The actual

expenses incurred in providing professional services to the Debtors were absolutely necessary,

reasonable, and justified under the circumstances to serve the needs of the Debtors.

60.    In summary, the services rendered by WilmerHale were necessary and beneficial

to the Debtors and their estates, and were consistently performed in a timely manner

commensurate with the complexity, importance, novelty and nature of the issues involved.

Accordingly, WilmerHale respectfully submits that approval and allowance of the compensation

and expense reimbursement sought herein is warranted.

61.    No prior application has been made in this Court or in any other court for the relief requested herein for the Interim Fee Period.

**WHEREFORE**, WilmerHale respectfully requests that this Court enter an order:

(a)    approving the allowance of **$838,131.28** for compensation for professional services rendered to the Debtors during the Interim Fee Period;

(b)    approving the reimbursement of WilmerHale's necessary and actual out-of-pocket expenses incurred in connection with the rendering of such services during the Interim Fee Period in the amount of **$7,534.07**;

(c)    authorizing and directing the Debtors to pay the fees and expenses awarded, including but not limited to any holdback; and

(d)    granting to WilmerHale such other and further relief as this Court may deem just and proper.

Dated: March 17, 2021

By:      _/s/ George W. Shuster, Jr._
George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE
  AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

WilmerHale's hourly rates for services rendered in these chapter 11 cases are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled attorneys. In addition, WilmerHale's hourly rates for services rendered in these chapter 11 cases are comparable to the rates charged by the firm, and by comparably skilled practitioners in other firms, for complex regulatory and government affairs matters, whether in court or otherwise, regardless of whether a fee application is required. WilmerHale's blended hourly rates for attorneys and paraprofessionals for the 12-month period preceding the end of the Interim Fee Period are as set forth below.

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | |
|---|---|---|
| | **Billed**<br>Firmwide for preceding year, excluding bankruptcy[1] | **Billed**<br>Fourth Interim Fee Application |
| Partner | 1,108.24 | 1,089.75 |
| Counsel | 921.01 | 970.79 |
| Associate & Attorney | 618.23 | 703.85 |
| Paraprofessional | 395.54 | 377.77 |
| **All Timekeepers Aggregated:** | **$777.74** | **$821.08** |

---

[1] The blended hourly rate includes discounts and write-downs to reflect amounts that were actually billed by the firm.

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS IN FOURTH INTERIM APPLICATION

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 85.10 | 131,905.00 |
| Alyssa DaCunha | Partner; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs; Litigation / Controversy. | 965.00 | 225.30 | 217,414.50 |
| | | 1,025.00 | 12.30 | 12,607.50 |
| Aaron Zebley | Partner; admitted to NY Bar since 1997 and DC Bar since 2014; Litigation / Controversy; Regulatory and Government Affairs. | 1,029.00 | 168.30 | 173,180.70 |
| | | 1,080.45 | 4.20 | 4,537.92 |
| **Partners Total** | | | **495.20** | **$539,645.62** |
| **Counsel** | | | | |
| Kaitlyn A. Ferguson | Counsel; admitted to NY Bar since 2013 and DC Bar since 2014; Regulatory and Government Affairs. | 955.00 | 17.10 | 16,330.50 |
| Lauren Lifland | Counsel; admitted to NY Bar since 2012; Bankruptcy & Financial Restructuring. | 1,040.00 | 3.90 | 4,056.00 |
| **Counsel Total** | | | **21.00** | **$20,386.50** |
| **Associates** | | | | |
| Ridge M. Blanchard | Associate; admitted to MA Bar since 2017 and DC Bar since 2018; Regulatory and Government Affairs. | 730.00 | 127.20 | 92,856.00 |
| Patricia Hromada | Sr. Staff Attorney; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 525.00 | 8.10 | 4,252.50 |
| | | 555.00 | 0.90 | 499.50 |

---

[1] WilmerHale increased its billing rates for all professionals effective as of January 1, 2021 and negotiated a reduction of those rates with Purdue Pharma, L.P. This summary chart includes multiple entries for certain professionals and paraprofessionals to reflect the new rates.

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lydia M. Lichlyter | Associate; admitted to DC Bar since 2019; Regulatory and Government Affairs. | 655.00 | 23.20 | 15,196.00 |
| Sheila E. Menz | Sr. Associate; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs; Litigation / Controversy. | 860.00 | 169.20 | 145,512.00 |
| | | 965.00 | 7.20 | 6,948.00 |
| Allyson M. Pierce | Associate; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 690.00 | 5.70 | 3,933.00 |
| Elena M. Satten-Lopez | Associate; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 147.20 | 80,960.00 |
| | | 638.00 | 9.90 | 6,316.20 |
| Jeffrey Schomig | Attorney; admitted to MD Bar since 1997 and DC Bar since 2000; Litigation / Controversy. | 700.00 | 0.90 | 630.00 |
| Phoebe Stroede | Sr. Discovery Attorney; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 13.40 | 4,020.00 |
| | | 315.00 | 0.30 | 94.50 |
| **Associates Total** | | | **513.20** | **$361,217.70** |
| **Paraprofessionals** | | | | |
| Leighton Crawford | Sr. Paralegal; Litigation / Controversy. | 465.00 | 0.50 | 232.50 |
| Jeffrey Dillard | Reference Coordinator; Library and Research Services. | 415.00 | 1.00 | 415.00 |
| William E. Lannon | Congressional and Regulatory Investigations Paralegal; Regulatory and Government Affairs. | 385.00 | 26.40 | 10,164.00 |
| | | 420.00 | 1.00 | 420.00 |
| Kevin Le | Litigation Support Coordinator; Discovery Solutions / Litigation Support. | 505.00 | 0.50 | 252.50 |
| Aaron P. Murphy | Research and Reference Specialist; Library and Research Services. | 415.00 | 1.00 | 415.00 |
| Erica Rhodes | Legislative Assistant; Regulatory and Government Affairs. | 310.00 | 2.20 | 682.00 |

| Professional | Position, Year of Bar Admission, Department | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Elizabeth W. Rockett | Legislative Assistant; Regulatory and Government Affairs. | 275.00 | 48.70 | 13,392.50 |
| | | 290.00 | 12.90 | 3,741.00 |
| Karen Rutherford | Research and Reference Specialist; Library and Research Services. | 415.00 | 0.20 | 83.00 |
| Yolande Thompson | Sr. Paralegal; Bankruptcy & Financial Restructuring. | 545.00 | 39.50 | 21,527.50 |
| | | 575.00 | 3.90 | 2,242.50 |
| Saige Wenik | Congressional and Regulatory Investigations Paralegal; Regulatory and Government Affairs. | 325.00 | 31.60 | 10,270.00 |
| | | 345.00 | 0.30 | 103.50 |
| Edgar Zoz | Legislative and Public Policy Manager; Regulatory and Government Affairs. | 470.00 | 1.80 | 846.00 |
| **Paraprofessionals Total** | | | **171.50** | **$64,787.00** |
| **TOTAL** | | | **1,200.90** | **$986,036.82** |
| **Less Agreed Reduction** | | | | **-$147,905.54** |
| **GRAND TOTAL** | | | **1,200.90** | **$838,131.28** |

# EXHIBIT C

**BUDGET**

| PROJECT CATEGORY | ESTIMATED HOURS / MONTH | ESTIMATED FEES / MONTH |
|---|---|---|
| Fee/Employment Applications | 25 | $7,500.00 |
| Congressional Investigation | 65 | $35,250.00 |
| **TOTAL** | **90** | **$42,750.00** |

**STAFFING PLAN**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS | RANGE OF HOURLY RATE |
|---|---|---|
| Partner | 2 | $1,025.00 - $1,745.00 |
| Counsel | 2 | $955.00 - 1,040.00 |
| Associate / Attorney | 5 | $315.00 - $965.00 |
| Paraprofessional | 6 | $290.00 - $575.00 |

## <u>EXHIBIT D</u>

### SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| Fee/Employment Applications | 57.80 | 34,651.00 |
| Congressional Investigation | 1,143.10 | 951,385.82 |
| **Total** | **1,200.90** | **$986,036.82** |
| **Less Agreed Reduction** | | **-$147,905.54** |
| **GRAND TOTAL** | **1,200.90** | **$838,131.28** |

# **EXHIBIT E**

### SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

| CATEGORY | AMOUNT |
|---|---|
| Courier Services | 1,239.74 |
| Court Services | 70.00 |
| Document Printing Color[1] | 393.90 |
| Federal Express | 552.73 |
| Transcript | 5,277.70 |
| **TOTAL** | **$7,534.07** |

---

[1]  WilmerHale charged $0.10 per page for color document printing and $0.00 per page for printing in black and white.

# EXHIBIT F

## Certification

George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | |

**CERTIFICATION IN RESPECT OF FOURTH INTERIM FEE APPLICATION OF**
**WILMER CUTLER PICKERING HALE AND DORR LLP FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Alyssa DaCunha, hereby certify as follows:

1.      I am a partner with the applicant firm, Wilmer Cutler Pickering Hale and Dorr

LLP ("**WilmerHale**"), with responsibility for the representation of the above-captioned debtors

and debtors in possession. I submit this Certification in compliance with the *Order Establishing*

*Procedures for Interim Compensation and Reimbursement of Expenses for Retained*

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

*Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order"**), General Order M-447 of the Bankruptcy Court for the Southern District of New York (the "**Local Guidelines**"), and applicable requirements established by the Office of the United States Trustee (as amended, the "**UST Guidelines**").

2.      This certification is made in respect of the *Fourth Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP for Allowance of Compensation and Reimbursement of Expenses* (the "**Application**"), for the period commencing October 1, 2020 through and including January 31, 2021 in accordance with the Local Guidelines.

3.      With respect to section B.1 of the Local Guidelines, I certify that:

      a.      I have read the Application;

      b.      to the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Local Guidelines and UST Guidelines;

      c.      except to the extent that fees or disbursements are prohibited by the Local Guidelines or the UST Guidelines, the fees and expense reimbursements sought are billed at rates customarily employed by WilmerHale in bankruptcy matters of this type and generally accepted by WilmerHale's clients in such matters; and

      d.      in providing a reimbursable service, WilmerHale does not make a profit on that service, whether the service is performed by WilmerHale in-house or through a third party.

4.      With respect to section B.2 of the Local Guidelines, I certify that, in accordance with the terms of the Interim Compensation Order, the Debtors, the United States Trustee, the Official Committee of Unsecured Creditors (the "**Creditors Committee**"), and the Fee Examiner

2

have been provided with a statement of the fees and disbursements accrued during such month

containing a list of professionals and paraprofessionals providing services, their billing rates, the

aggregate hours spent by each professional and paraprofessional, a general description of the

services rendered, and a reasonably detailed breakdown of the disbursements incurred for each

month.

5.    With respect to section B.3 of the Local Guidelines, I certify that the Debtors, the

United States Trustee, the Creditors Committee, and the Fee Examiner are each being provided

with a copy of this Application.

6.    WilmerHale respectfully addresses the questions set forth in section C.5 of the

UST Guidelines as follows:

a.    **Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.

Answer:  The fees charged by WilmerHale in these cases are billed in accordance with its agreed-upon billing rates.  Prior to the petition date, the Debtors and WilmerHale agreed to a discounted fee arrangement, which WilmerHale and the Debtors agreed to maintain during the Interim Fee Period.

b.    **Question:**  If the fees sought in the fee application as compared to the fees budgeted for the time period covered by the fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

Answer:  Yes, WilmerHale had discussions with the client regarding the variation in the fees.  The fees sought in the fee application ($838,131.28) were more than 10% higher than the fees budgeted for the time period covered by the fee application ($80,000.00 - $160,000.00) because there was a congressional hearing scheduled following the submission of our last budget that required preparation work.

c.    **Question:** Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

Answer:  The professionals included in the Application did not vary their hourly rate based on geographic location of the bankruptcy case.

3

d.    **Question:** Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices other than reasonable fees for preparing fee applications?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application).  If so, please quantify by hours and fees.

Answer:  During the Interim Fee Period, in connection with preparing certain monthly fee statements, WilmerHale expended approximately 7.00 hours for an aggregate value of $3,815.00 reviewing time records and invoices to ensure compliance with fee guidelines.

e.    **Question:** Does the fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

Answer:  During the Interim Fee Period, in connection with preparing certain monthly fee statements, WilmerHale expended approximately 3.5 hours for an aggregate value of $2,197.50 reviewing time records to redact any privileged or other confidential information.

f.    **Question:** If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance?  (ii) Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

Answer:  During the Interim Fee Period, WilmerHale increased its billing rates for certain professionals effective as of January 21, 2021 and negotiated a reduction of those rates with Purdue Pharma, L.P.

Dated: March 17, 2021

   _/s/ Alyssa DaCunha_
Alyssa DaCunha
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

# **EXHIBIT G**

## **Twelfth Monthly Fee Statement**

WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| Debtors.[1] | |

**TWELFTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING
HALE AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL
TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020**

| Name of Applicant | Wilmer Cutler Pickering Hale and Dorr LLP |
|---|---|
| Applicant's Role in Case | Special Counsel to Purdue Pharma L.P., *et al.* |
| Date Order of Employment Signed | November 25, 2019 [Docket No. 544] |
| Period for which compensation and reimbursement is sought | October 1, 2020 through October 31, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | $38,936.46[2] **(80% of $48,670.57)** |
| **Total reimbursement of expenses requested in this statement** | **$14.82** |
| **Total compensation and reimbursement requested in this statement** | **$38,951.28** |
| **This is a(n):**   _X Monthly Application    __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel  for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019 [Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order"**), Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Twelfth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2020 Through October 31, 2020* ("**Fee Statement**").[3]  By this Fee Statement, WilmerHale seeks (i) compensation in the amount of $38,936.46 which is 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $48,670.57), and (ii)

---

[2]  This amount reflects an agreed reduction in fees in the aggregate amount of $8,588.93.

[3]  The period from October 1, 2020 through and including October 31, 2020 is referred to herein as the "**Fee Period**."

payment of $14.82 for the actual, necessary expenses that WilmerHale incurred in connection with rendering such services during the Fee Period.

**Itemization of Services Rendered and Disbursement Incurred**

1.       Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, WilmerHale incurred $57,259.50 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to $48,670.57.  Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $38,936.46.

2.       Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $893.44.[4]  The blended hourly billing rate of all paraprofessionals is $365.08.[5]

3.       Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $14.82 in connection with providing professional services to the Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.  Only the clients for whom the services are actually used are separately charged for such services.  The effect of including such expenses as part of the hourly billing rates would unfairly impose

---

[4]  The blended hourly billing rate of $893.44 for attorneys is derived by dividing the total fees for attorneys of $48,424.50 by the total hours of 54.20.

[5]  The blended hourly billing rate of $365.08 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $8,835.00 by the total hours of 24.20.

additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.      Attached hereto as **Exhibit D** are the related invoices showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

## Notice

5.      WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $38,936.46, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $48,670.57), and (ii) payment of $14.82 for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: December 7, 2020

By:      */s/ George W. Shuster, Jr.*
        WILMER CUTLER PICKERING
        HALE AND DORR LLP

        George W. Shuster, Jr.
        7 World Trade Center
        New York, NY  10007
        Telephone:  (212) 937-7518
        Facsimile:  (212) 230-8888

        Alyssa DaCunha
        1875 Pennsylvania Avenue, N.W.
        Washington, D.C. 20006
        Telephone:  (202) 663-6000
        Facsimile:  (202) 663-6363

        *Special Counsel to the Debtors and Debtors
        in Possession*

**Exhibit A**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Fee/Employment Applications (B160) | 6.70 | 3,767.50 |
| Congressional Investigation (L120) | 71.70 | 53,492.00 |
| **Total** | **78.40** | **$57,259.50** |
| **Less Agreed Reduction** | | **-$8,588.93** |
| **GRAND TOTAL** | **78.40** | **$48,670.57** |

## **Exhibit B**

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 4.30 | 6,665.00 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 965.00 | 29.30 | 28,274.50 |
| **Partners Total** | | | **33.60** | **$34,939.50** |
| **Associates & Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 525.00 | 2.60 | 1,365.00 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 860.00 | 6.80 | 5,848.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 690.00 | 0.80 | 552.00 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 10.40 | 5,720.00 |
| **Associates & Attorneys Total** | | | **20.60** | **$13,485.00** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 1.70 | 654.50 |

---

[1] WilmerHale increased its standard billing rates for certain professionals effective as of September 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Aaron P. Murphy | Research and Reference Specialist; joined firm in 2019; Library and Research Services. | 415.00 | 1.00 | 415.00 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 10.40 | 2,860.00 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 545.00 | 5.90 | 3,215.50 |
| Saige Wenik | Sr. Project Assistant; joined firm in 2017; Litigation / Controversy. | 325.00 | 5.20 | 1,690.00 |
| **Paraprofessionals Total** | | | **24.20** | **$8,835.00** |
| **TOTAL** | | | **78.40** | **$57,259.50** |
| **Less Agreed Reduction** | | | | **-$8,588.93** |
| **GRAND TOTAL** | | | **78.40** | **$48,670.57** |

## **Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| Federal Express | 14.82 |
| **TOTAL** | **$14.82** |

## **Exhibit D**

**Detailed Time Records and Expenses**

# WILMERHALE

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▮▮▮▮▮▮
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 11/30/20 |
| Invoice No. | 2614089 |
| Matter No. | 1653300-00137 |

FOR LEGAL SERVICES RENDERED through October 31, 2020 in connection with the Fee and Retention Applications matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 3,767.50 |
| Line Item Discount | | -565.13 |
| Total Disbursements | | 14.82 |
| **Total Amount Due** | **$** | **3,217.19** |

**PLEASE NOTE:**
**In preparation for our fiscal year-end, please remit payment by Monday December 28, 2020.**
**If you have a fiscal year-end billing deadline, please advise us by emailing**
**WHFinanceClientAccounting@wilmerhale.com.  Thank you, in advance.**

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ▮▮▮▮▮▮

Routing Number: ▮▮▮▮▮▮

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00137                    Fee and Retention Applications

Invoice No. 2614089
Invoice Date 11/30/20
Legal Services through October 31, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
| --- | --- | --- | --- |
| 10/06/20 | Thompson, Yolande | 0.20 | Emails with Ms. MacDonald re confirming that no objections were filed to June Fee Statement and amounts to be paid |
| 10/06/20 | Thompson, Yolande | 0.10 | Review docket to confirm that no objections were filed to Eighth Monthly Fee Statement |
| 10/07/20 | Pierce, Allyson | 0.10 | Forward LEDES data to fee examiner |
| 10/07/20 | Pierce, Allyson | 0.10 | Email Ms. Thompson re LEDES data for ninth monthly fee statement |
| 10/07/20 | Thompson, Yolande | 0.20 | Review LEDES files for July 2020 |
| 10/07/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re data for ninth monthly fee statement |
| 10/07/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re LEDES data for July 2020 |
| 10/08/20 | Thompson, Yolande | 0.20 | Emails with Ms. Kennedy re finalizing invoices for August 2020 |
| 10/08/20 | Thompson, Yolande | 1.40 | Prepare draft monthly fee statement for August with related exhibits |
| 10/09/20 | Thompson, Yolande | 0.10 | Emails with Ms. MacDonald re confirming that no objections were filed to July Fee Statement |
| 10/09/20 | Thompson, Yolande | 0.10 | Review docket to confirm that no objections were filed to Ninth Monthly Fee Statement |
| 10/13/20 | Thompson, Yolande | 0.10 | Emails with Mr. Bowling re finalized invoice for fee matter |
| 10/13/20 | Thompson, Yolande | 0.30 | Review finalized invoices for August 2020 |
| 10/13/20 | Thompson, Yolande | 0.60 | Finalize draft Monthly Fee Statement and exhibits for August 2020 |
| 10/13/20 | Thompson, Yolande | 0.10 | Email August fee statement and invoices to Ms. Pierce for attorney review |
| 10/15/20 | Pierce, Allyson | 0.30 | Review tenth monthly fee application |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2614089
Invoice Date 11/30/20
Legal Services through October 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/15/20 | Pierce, Allyson | 0.10 | Email Mr. Byrnes, Mr. Shuster and Ms. Thompson re August fee statement review |
| 10/23/20 | Thompson, Yolande | 0.10 | Prepare Certificate of Service for fee statement |
| 10/23/20 | Thompson, Yolande | 0.20 | Finalize August 2020 fee statement for filing |
| 10/23/20 | Thompson, Yolande | 0.10 | Review emails from Mr. Byrnes re August fee statement |
| 10/23/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re obtaining Mr. Shuster's approval of August fee statement |
| 10/23/20 | Thompson, Yolande | 0.10 | Email finalized fee statement to attorneys for approval |
| 10/26/20 | Pierce, Allyson | 0.10 | Email Ms. Thompson re submission of LEDES data for August fee statement |
| 10/26/20 | Pierce, Allyson | 0.10 | Respond to email from Mr. Shuster re update on status of Interim statement |
| 10/26/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re LEDES data for August fee statement |
| 10/26/20 | Thompson, Yolande | 0.10 | Coordinate with Services re sending hard copies of filed fee statement to Chambers and notice parties |
| 10/26/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re obtaining Mr. Shuster's approval of August fee statement |
| 10/26/20 | Thompson, Yolande | 0.20 | E-file Certificate of Service |
| 10/26/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Mr. Shuster re third interim fee application |
| 10/26/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re forwarding LEDES data to Ms. Nobis for August fee statement |
| 10/26/20 | Thompson, Yolande | 0.10 | Download, update files with filed Fee Statement and related Certificate of Service |
| 10/26/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| 10/26/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Mr. Shuster re approval of August fee statement |
| 10/26/20 | Thompson, Yolande | 0.20 | E-file Tenth Monthly Fee Statement |
| 10/26/20 | Thompson, Yolande | 0.10 | Serve fee statement upon notice parties via email |

Client No. 1653300                  Purdue Pharma, L.P.
Matter No. 1653300-00137            Fee and Retention Applications

Invoice No. 2614089
Invoice Date 11/30/20
Legal Services through October 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/27/20 | Thompson, Yolande | 0.10 | Email to Ms. Nobis, fee review coordinator for fee examiner, enclosing LEDES data for August fee statement |
| 10/27/20 | Thompson, Yolande | 0.20 | Review LEDES files for August 2020 |
| 10/27/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy in Accounting re LEDES data for August fee statement and proformas for September |
| **Total** | | **6.70** | |

Client No. 1653300                         Purdue Pharma, L.P.
Matter No. 1653300-00137                   Fee and Retention Applications

Invoice No. 2614089
Invoice Date 11/30/20
Legal Services through October 31, 2020

| Date | Cost | Description |
|---|---|---|
| 10/27/20 | 14.82 | Federal Express Corp; Invoice# 713553516 (Sep-29,2020); Inv#713553516 397168259902 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| | 14.82 | |

Total Disbursements        $____14.82

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00137                    Fee and Retention Applications

Invoice No. 2614089
Invoice Date 11/30/20
Legal Services through October 31, 2020

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Pierce, Allyson | 0.80 | 690.00 | 552.00 |
| Thompson, Yolande | 5.90 | 545.00 | 3,215.50 |
| **Total Legal Services** | **6.70** | | **$3,767.50** |

**DISBURSEMENTS**

| Description | Total |
|---|---|
| FEDERAL EXPRESS | 14.82 |
| **Total Disbursements** | **$14.82** |

# WILMERHALE

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 11/30/20 |
| Invoice No. | 2614505 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through October 31, 2020 in connection with the Post Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 53,492.00 |
| Less 15% Discount | | -8,023.80 |
| **Total Amount Due** | **$** | **45,468.20** |

**PLEASE NOTE:**
**In preparation for our fiscal year-end, please remit payment by Monday December 28, 2020.**
**If you have a fiscal year-end billing deadline, please advise us by emailing**
**WHFinanceClientAccounting@wilmerhale.com.  Thank you, in advance.**

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ███████

Routing Number: ███████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2614505
Invoice Date 11/30/20
Legal Services through October 31, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **L120 - Analysis/Strategy** | | | |
| 10/01/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 10/02/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 10/05/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 10/06/20 | DaCunha, Alyssa | 1.00 | Participate in |
| 10/06/20 | DaCunha, Alyssa | 0.50 | Telecon with |
| 10/06/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 10/07/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 10/08/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 10/09/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 10/12/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 10/13/20 | Brown, Reginald | 0.60 | Participate in |
| 10/13/20 | DaCunha, Alyssa | 1.00 | Participate in |
| 10/13/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 10/14/20 | DaCunha, Alyssa | 0.10 | Confer with |
| 10/14/20 | DaCunha, Alyssa | 0.50 | Review |

Client No. 1653300                  Purdue Pharma, L.P.
Matter No. 1653300-00136            Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2614505
Invoice Date 11/30/20
Legal Services through October 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | ██████ |
| 10/14/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 10/15/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 10/16/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 10/19/20 | DaCunha, Alyssa | 2.00 | Participate in ████████ |
| 10/19/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████ |
| 10/19/20 | Satten-Lopez, Elena M. | 1.20 | Analyze ████████████ |
| 10/20/20 | Brown, Reginald | 1.00 | Participate in ████████ |
| 10/20/20 | DaCunha, Alyssa | 0.60 | Confer with ████████ |
| 10/20/20 | DaCunha, Alyssa | 1.00 | Participate in ████ |
| 10/20/20 | DaCunha, Alyssa | 1.30 | Review ████████████ |
| 10/20/20 | DaCunha, Alyssa | 1.60 | Confer with ████████ |
| 10/20/20 | DaCunha, Alyssa | 0.80 | Participate in ████████████ |
| 10/20/20 | Rockett, Elizabeth W. | 0.30 | Complete ████████████ |
| 10/20/20 | Satten-Lopez, Elena M. | 0.60 | Confer with ████████████ |
| 10/20/20 | Satten-Lopez, Elena M. | 4.60 | Analyze ████████████ |
| 10/21/20 | Brown, Reginald | 0.30 | Confer with ████████████ |
| 10/21/20 | Brown, Reginald | 1.50 | Attend ████████ |

Page 3 of 8

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2614505
Invoice Date 11/30/20
Legal Services through October 31, 2020

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 10/21/20 | DaCunha, Alyssa | 0.50 | Summarize ▮▮▮ |
| 10/21/20 | DaCunha, Alyssa | 0.70 | Review ▮▮▮ |
| 10/21/20 | DaCunha, Alyssa | 0.30 | Confer with ▮▮▮ |
| 10/21/20 | DaCunha, Alyssa | 0.50 | Research ▮▮▮ |
| 10/21/20 | Lannon, William E. | 1.00 | File ▮▮▮ |
| 10/21/20 | Rockett, Elizabeth W. | 3.00 | Monitor ▮▮▮ |
| 10/22/20 | DaCunha, Alyssa | 0.70 | Email to ▮▮▮ |
| 10/22/20 | DaCunha, Alyssa | 0.20 | Review ▮▮▮ |
| 10/22/20 | Rockett, Elizabeth W. | 1.00 | Complete ▮▮▮ |
| 10/22/20 | Satten-Lopez, Elena M. | 0.20 | Review ▮▮▮ |
| 10/23/20 | Rockett, Elizabeth W. | 0.70 | Complete ▮▮▮ |
| 10/26/20 | Brown, Reginald | 0.20 | Confer with ▮▮▮ |
| 10/26/20 | Brown, Reginald | 0.30 | Attend ▮▮▮ |
| 10/26/20 | DaCunha, Alyssa | 0.50 | Review ▮▮▮ |
| 10/26/20 | DaCunha, Alyssa | 0.80 | Confer with ▮▮▮ |
| 10/26/20 | DaCunha, Alyssa | 0.20 | Emails with ▮▮▮ |
| 10/26/20 | Menz, Sheila E. | 1.20 | Strategize with ▮▮▮ |

Page 4 of 8

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2614505
Invoice Date 11/30/20
Legal Services through October 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/26/20 | Menz, Sheila E. | 1.00 | Analyze |
| 10/26/20 | Menz, Sheila E. | 0.80 | Confer with |
| 10/26/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 10/26/20 | Wenik, Saige | 1.30 | Prepare |
| 10/26/20 | Wenik, Saige | 1.20 | Strategize with |
| 10/27/20 | Brown, Reginald | 0.40 | Attend to |
| 10/27/20 | DaCunha, Alyssa | 8.60 | Attend |
| 10/27/20 | DaCunha, Alyssa | 0.30 | Telecon with |
| 10/27/20 | DaCunha, Alyssa | 1.00 | Participate in |
| 10/27/20 | Hromada, Patricia | 2.60 | Analyze |
| 10/27/20 | Menz, Sheila E. | 1.00 | Analyze |
| 10/27/20 | Menz, Sheila E. | 0.60 | Analyze |
| 10/27/20 | Menz, Sheila E. | 0.40 | Email correspondence with |
| 10/27/20 | Menz, Sheila E. | 1.30 | Email correspondence with |

Client No. 1653300                  Purdue Pharma, L.P.
Matter No. 1653300-00136            Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2614505
Invoice Date 11/30/20
Legal Services through October 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | | | |
| 10/27/20 | Murphy, Aaron P. | 1.00 | Research |
| 10/27/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 10/27/20 | Satten-Lopez, Elena M. | 3.80 | Analyze |
| 10/27/20 | Wenik, Saige | 1.50 | Prepare |
| 10/28/20 | DaCunha, Alyssa | 0.50 | Draft |
| 10/28/20 | Lannon, William E. | 0.70 | File |
| 10/28/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 10/29/20 | DaCunha, Alyssa | 0.80 | Confer with |
| 10/29/20 | DaCunha, Alyssa | 3.00 | Participate in |
| 10/29/20 | DaCunha, Alyssa | 0.30 | Confer with |
| 10/29/20 | Menz, Sheila E. | 0.30 | Email correspondence with |
| 10/29/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 10/30/20 | Menz, Sheila E. | 0.20 | Confer with |
| 10/30/20 | Rockett, Elizabeth W. | 0.30 | Complete |
| 10/30/20 | Wenik, Saige | 1.20 | Review |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2614505
Invoice Date 11/30/20
Legal Services through October 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
|      |           | 71.70 |             |

| **Total** | | **71.70** | |

Client No. 1653300  
Matter No. 1653300-00136

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2614505  
Invoice Date 11/30/20  
Legal Services through October 31, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 4.30 | 1,550.00 | 6,665.00 |
| DaCunha, Alyssa | 29.30 | 965.00 | 28,274.50 |
| Menz, Sheila E. | 6.80 | 860.00 | 5,848.00 |
| Satten-Lopez, Elena M. | 10.40 | 550.00 | 5,720.00 |
| Hromada, Patricia | 2.60 | 525.00 | 1,365.00 |
| Murphy, Aaron P. | 1.00 | 415.00 | 415.00 |
| Lannon, William E. | 1.70 | 385.00 | 654.50 |
| Wenik, Saige | 5.20 | 325.00 | 1,690.00 |
| Rockett, Elizabeth W. | 10.40 | 275.00 | 2,860.00 |
| **Total Legal Services** | **71.70** | | **$53,492.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| L120 | Analysis/Strategy | 71.70 | 53,492.00 |
| **Total Legal Services** | | **71.70** | **$53,492.00** |

# **EXHIBIT H**

## **Thirteenth Monthly Fee Statement**

WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.[1]** | |

### THIRTEENTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM NOVEMBER 1, 2020 THROUGH NOVEMBER 30, 2020

| Name of Applicant | Wilmer Cutler Pickering Hale and Dorr LLP |
|---|---|
| Applicant's Role in Case | Special Counsel to Purdue Pharma L.P., *et al.* |
| Date Order of Employment Signed | November 25, 2019 [Docket No. 544] |
| Period for which compensation and reimbursement is sought | November 1, 2020 through November 30, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
| --- | --- |
| Total compensation requested in this statement | $333,293.50[2] (80% of $416,616.87) |
| Total reimbursement of expenses requested in this statement | $14.89 |
| Total compensation and reimbursement requested in this statement | $333,308.39 |
| **This is a(n):**  _X Monthly Application  __ Interim Application  __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019 [Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order"**), Wilmer Cutler Pickering Hale and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Thirteenth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2020 Through November 30, 2020* ("**Fee Statement**").[3]  By this Fee Statement, WilmerHale seeks (i) compensation in the amount of $333,293.50, which is 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $416,616.87), and (ii)

---

[2]  This amount reflects an agreed reduction in fees in the aggregate amount of $73,520.63.

[3]  The period from November 1, 2020 through and including November 30, 2020 is referred to herein as the "**Fee Period**."

2

payment of $14.89 for the actual, necessary expenses that WilmerHale incurred in connection
with rendering such services during the Fee Period.

**Itemization of Services Rendered and Disbursement Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees
incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and
paraprofessionals during the Fee Period with respect to each of the project categories
WilmerHale established in accordance with its internal billing procedures. As reflected in
**Exhibit A**, WilmerHale incurred $490,137.50 in fees during the Fee Period and, pursuant to its
agreement with Purdue Pharma, L.P., reduced that amount to $416,616.87. Pursuant to this Fee
Statement, WilmerHale seeks compensation for 80% of such fees, totaling $333,293.50.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and
paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who
rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period
and the title, hourly rate, aggregate hours worked and the amount of fees earned by each
professional. The blended hourly billing rate of attorneys for all services provided during the
Fee Period is $938.97.[4] The blended hourly billing rate of all paraprofessionals is $381.65.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or
disbursed in the amount of $14.89 in connection with providing professional services to the
Debtors during the Fee Period. These expense amounts are intended to cover WilmerHale's
direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.
Only the clients for whom the services are actually used are separately charged for such services.

---

[4] The blended hourly billing rate of $938.97 for attorneys is derived by dividing the total fees for attorneys of
$463,384.00 by the total hours of 493.50.

[5] The blended hourly billing rate of $381.65 for paraprofessionals is similarly derived by dividing the total fees for
paraprofessionals of $26,753.50 by the total hours of 70.10.

3

The effect of including such expenses as part of the hourly billing rates would unfairly impose additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.      Attached hereto as **Exhibit D** are the related invoices showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

## Notice

5.      WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of **$333,293.50**, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $416,616.87), and (ii) payment of **$14.89** for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

4

Dated: December 29, 2020

By:     _/s/ George W. Shuster, Jr._____
        WILMER CUTLER PICKERING
        HALE AND DORR LLP

        George W. Shuster, Jr.
        7 World Trade Center
        New York, NY 10007
        Telephone: (212) 937-7518
        Facsimile: (212) 230-8888

        Alyssa DaCunha
        1875 Pennsylvania Avenue, N.W.
        Washington, D.C. 20006
        Telephone: (202) 663-6000
        Facsimile: (202) 663-6363

        *Special Counsel to the Debtors and Debtors
        in Possession*

5

**Exhibit A**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (B160) | 24.20 | 14,147.50 |
| Congressional Investigation (L120) | 539.40 | 475,990.00 |
| **Total** | **563.60** | **$490,137.50** |
| **Less Agreed Reduction** | | **-$73,520.63** |
| **GRAND TOTAL** | **563.60** | **$416,616.87** |

**Exhibit B**

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Reginald Brown | Partner; joined firm in 1997; admitted to DC Bar and FL Bar since 1998; Regulatory and Government Affairs. | 1,550.00 | 80.80 | 125,240.00 |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 965.00 | 102.20 | 98,623.00 |
| Aaron Zebley | Partner; joined firm in 2014; admitted to NY Bar since 1977 and DC Bar since 2014; Litigation / Controversy; Regulatory and Government Affairs. | 1,029.00 | 68.00 | 69,972.00 |
| **Partners Total** | | | **251.00** | **$293,835.00** |
| **Counsel** | | | | |
| Kaitlyn A. Ferguson | Counsel; joined firm in 2020; admitted to NY Bar since 2013 and DC Bar since 2014; Regulatory and Government Affairs. | 955.00 | 11.40 | 10,887.00 |
| **Counsel Total** | | | **11.40** | **$10,887.00** |
| **Associates & Attorneys** | | | | |
| Ridge M. Blanchard | Associate; joined firm in 2016; admitted to MA Bar since 2017 and DC Bar since 2018; Regulatory and Government Affairs. | 730.00 | 56.70 | 41,391.00 |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 525.00 | 4.20 | 2,205.00 |

[1] WilmerHale increased its standard billing rates for certain professionals effective as of September 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lydia M. Lichlyter | Associate; joined firm in 2017; admitted to DC Bar since 2019; Regulatory and Government Affairs. | 655.00 | 17.40 | 11,397.00 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 860.00 | 70.90 | 60,974.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 690.00 | 2.50 | 1,725.00 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 68.60 | 37,730.00 |
| Phoebe Stroede | Sr. Discovery Attorney; joined firm in 2013; admitted to OH Bar since 2012. | 300.00 | 10.80 | 3,240.00 |
| **Associates & Attorneys Total** | | | **231.10** | **$158,662.00** |
| **Paraprofessionals** | | | | |
| Leighton Crawford | Sr. Paralegal; joined firm in 2001; Litigation / Controversy. | 465.00 | 0.50 | 232.50 |
| Jeffrey Dillard | Reference Coordinator; joined firm in 1993; Library and Research Services. | 415.00 | 1.00 | 415.00 |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 12.50 | 4,812.50 |
| Erica Rhodes | Legislative Assistant; joined firm in 2014; Regulatory and Government Affairs. | 310.00 | 2.20 | 682.00 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 26.50 | 7,287.50 |

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 545.00 | 18.90 | 10,300.50 |
| Saige Wenik | Sr. Project Assistant; joined firm in 2017; Litigation / Controversy. | 325.00 | 6.70 | 2,177.50 |
| Edgar Zoz | Legislative and Public Policy Manager; joined firm in 1992; Regulatory and Government Affairs. | 470.00 | 1.80 | 846.00 |
| **Paraprofessionals Total** | | | 70.10 | $26,753.50 |
| **TOTAL** | | | 563.60 | $490,137.50 |
| **Less Agreed Reduction** | | | | -$73,520.63 |
| **GRAND TOTAL** | | | 563.60 | $416,616.87 |

## **Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|------------------|----------------|
| Federal Express | 14.89 |
| **TOTAL** | **$14.89** |

**Exhibit D**

**Detailed Time Records and Expenses**

# WILMERHALE  |WH|

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▮▮▮▮▮
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

|  |  |
|---|---|
| Invoice Date | 12/15/20 |
| Invoice No. | 2617223 |
| Matter No. | 1653300-00137 |

FOR LEGAL SERVICES RENDERED through November 30, 2020 in connection with the Fee and
Retention Applications matter, as detailed on the attached.

| | | |
|---|---|---:|
| Total Legal Services | $ | 14,147.50 |
| Line Item Discount | | -2,122.13 |
| Total Disbursements | | 14.89 |
| **Total Amount Due** | **$** | **12,040.26** |

**PLEASE NOTE:**

**In preparation for our fiscal year-end, please remit payment by Monday December 28, 2020.
If you have a fiscal year-end billing deadline, please advise us by emailing
WHFinanceClientAccounting@wilmerhale.com. Thank you, in advance.**

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ▮▮▮▮▮

Routing Number: ▮▮▮▮▮

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

| Beijing | Berlin | Boston | Brussels | Denver | Frankfurt | London | Los Angeles | New York | Palo Alto | San Francisco | Washington |

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2617223
Invoice Date 12/15/20
Legal Services through November 30, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/02/20 | Pierce, Allyson | 0.10 | Email to Ms. Thompson re update on interim fee application |
| 11/02/20 | Thompson, Yolande | 0.50 | Prepare draft monthly fee statement for September 2020 |
| 11/02/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re status of interim fee application |
| 11/03/20 | Thompson, Yolande | 1.10 | Prepare draft third interim fee application |
| 11/04/20 | Thompson, Yolande | 2.00 | Continue preparing draft third interim fee application |
| 11/04/20 | Thompson, Yolande | 1.10 | Continue preparing draft monthly fee statement for September with exhibits |
| 11/05/20 | Thompson, Yolande | 0.50 | Finalize draft monthly fee statement for September |
| 11/05/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re finalized invoices for September |
| 11/05/20 | Thompson, Yolande | 1.30 | Continue preparing draft third interim fee application |
| 11/06/20 | DaCunha, Alyssa | 0.50 | Review fee statement, attachments, for submission |
| 11/06/20 | Pierce, Allyson | 0.10 | Email to Ms. DaCunha and Mr. Byrnes re review of September fee statement and upcoming deadlines |
| 11/06/20 | Pierce, Allyson | 0.20 | Review draft of September fee statement |
| 11/06/20 | Thompson, Yolande | 0.10 | Email September 2020 fee statement with exhibits to Ms. Pierce for attorney review and approval |
| 11/06/20 | Thompson, Yolande | 1.10 | Continue preparing draft third interim fee application |
| 11/06/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Ms. DaCunha re September 2020 fee statement |
| 11/09/20 | Thompson, Yolande | 1.40 | Update, proofread, finalize draft third interim fee application |
| 11/09/20 | Thompson, Yolande | 0.10 | Email Third Interim Fee Application to Ms. Pierce for attorney review and approval |
| 11/10/20 | DaCunha, Alyssa | 0.30 | Review fee application certification |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2617223
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/10/20 | DaCunha, Alyssa | 0.20 | Confer with Ms. Pierce re fee application |
| 11/10/20 | Pierce, Allyson | 0.50 | Emails with Ms. DaCunha, Mr. Byrnes, Mr. Shuster, Mr. Brown and Ms. Thompson re draft of interim fee application |
| 11/10/20 | Pierce, Allyson | 0.20 | Review draft of interim fee application |
| 11/10/20 | Thompson, Yolande | 0.20 | Review emails from Ms. Pierce, Mr. Shuster, and Ms. DaCunha re Third Interim Fee Application |
| 11/10/20 | Thompson, Yolande | 0.20 | Update Third Interim Fee Application |
| 11/10/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re updating Third Interim Fee Application to reflect Mr. Shuster's comment |
| 11/10/20 | Thompson, Yolande | 0.10 | Reply to certain email from Ms. DaCunha re budgets filed by certain other firms |
| 11/10/20 | Thompson, Yolande | 0.20 | Review, retrieve certain fee applications from docket per Ms. DaCunha's request |
| 11/10/20 | Thompson, Yolande | 0.20 | Review bankruptcy docket for certain fee applications |
| 11/11/20 | DaCunha, Alyssa | 0.80 | Develop budget for fee application submission |
| 11/11/20 | Pierce, Allyson | 0.10 | Emails with Ms. DaCunha re redactions for fee statement |
| 11/11/20 | Pierce, Allyson | 0.10 | Review emails from Ms. DaCunha re interim fee application and budget requirements |
| 11/11/20 | Pierce, Allyson | 0.10 | Emails with Ms. Thompson re September fee statement |
| 11/11/20 | Pierce, Allyson | 0.20 | Emails with Ms. Thompson re update on required information for interim application |
| 11/11/20 | Thompson, Yolande | 0.20 | Emails with Ms. Pierce re information needed to finalize interim fee application |
| 11/11/20 | Thompson, Yolande | 0.20 | Review emails from Ms. DaCunha, Mr. Shuster, and Ms. Pierce re Interim Fee Application and September fee statement |
| 11/11/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re redacted invoices for September fee statement |
| 11/12/20 | Lannon, William E. | 1.00 | Prepare fee statement redactions |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2617223
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/12/20 | Pierce, Allyson | 0.10 | Review revisions to monthly fee statement for September from Ms. Thompson |
| 11/12/20 | Pierce, Allyson | 0.10 | Emails with Mr. Shuster re approval of finalized application |
| 11/12/20 | Pierce, Allyson | 0.10 | Emails with Ms. Thompson re revisions to monthly statement |
| 11/12/20 | Thompson, Yolande | 0.20 | E-file Eleventh Monthly Fee Statement |
| 11/12/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 11/12/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| 11/12/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re authorization to e-file September fee statement |
| 11/12/20 | Thompson, Yolande | 0.20 | Review redacted invoice for September |
| 11/12/20 | Thompson, Yolande | 0.10 | Prepare Certificate of Service for fee statement |
| 11/12/20 | Thompson, Yolande | 0.10 | Emails with Ms. Kennedy re LEDES files for September fee statement |
| 11/12/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Mr. Shuster re revision to fee statement |
| 11/12/20 | Thompson, Yolande | 0.30 | Revise, finalize September fee statement and exhibits for filing |
| 11/12/20 | Thompson, Yolande | 0.10 | Email to Ms. Nobis, fee review coordinator for fee examiner, enclosing LEDES data for September fee statement |
| 11/12/20 | Thompson, Yolande | 0.10 | Serve fee statement upon notice parties via email |
| 11/12/20 | Thompson, Yolande | 0.10 | Coordinate with Office Services re sending filed fee statement to Chambers and notice parties via FedEx and first class mail |
| 11/12/20 | Thompson, Yolande | 0.10 | Download, update files with filed Fee Statement and related Certificate of Service |
| 11/12/20 | Thompson, Yolande | 0.20 | Review emails from Ms. DaCunha, Ms. Pierce, and Mr. Lannon re redacted invoice for September |
| 11/13/20 | Pierce, Allyson | 0.20 | Review revised draft of interim fee application |
| 11/13/20 | Pierce, Allyson | 0.10 | Emails with Ms. DaCunha and Ms. Thompson re finalizing interim fee application |

Client No. 1653300                           Purdue Pharma, L.P.
Matter No. 1653300-00137                     Fee and Retention Applications

Invoice No. 2617223
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/13/20 | Thompson, Yolande | 0.10 | Email updated Third Interim Fee Application to Ms. Pierce for attorney review |
| 11/13/20 | Thompson, Yolande | 0.10 | Review email from Ms. Pierce re updated Interim Fee Application |
| 11/13/20 | Thompson, Yolande | 0.70 | Update Third Interim Fee Application |
| 11/13/20 | Thompson, Yolande | 0.10 | Review email from Ms. DaCunha re updating Interim Fee Application |
| 11/13/20 | Thompson, Yolande | 0.10 | Emails with Mr. Bruner re information for budget to be included in interim fee application |
| 11/16/20 | Pierce, Allyson | 0.30 | Emails with Ms. DaCunha, Ms. Thompson, and Mr. Shuster re filing interim fee application |
| 11/16/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re filing Third Interim Fee Application |
| 11/16/20 | Thompson, Yolande | 0.60 | Finalize Third Interim Fee Application and exhibits for filing |
| 11/16/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| 11/16/20 | Thompson, Yolande | 0.20 | E-file Third Interim Fee Application |
| 11/16/20 | Thompson, Yolande | 0.10 | Download, update files with filed Fee Application and related Certificate of Service |
| 11/16/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 11/16/20 | Thompson, Yolande | 0.10 | Serve fee application upon notice parties via email |
| 11/16/20 | Thompson, Yolande | 0.10 | Prepare Certificate of Service for fee application |
| 11/16/20 | Thompson, Yolande | 0.20 | Review emails from Ms. DaCunha and Ms. Pierce re final approval to e-file Interim Fee Application |
| 11/16/20 | Thompson, Yolande | 0.10 | Coordinate with Office Services re sending filed fee application to Chambers and notice parties via FedEx and first class mail |
| 11/23/20 | Thompson, Yolande | 0.10 | Emails with Ms. MacDonald re confirming that no objections were filed to or reductions agreed to for Tenth Monthly Fee Statement |
| 11/23/20 | Thompson, Yolande | 0.10 | Review docket to confirm status of Tenth Monthly Fee Statement and hearing date for Interim Fee Applications |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00137                    Fee and Retention Applications

Invoice No. 2617223
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/30/20 | Thompson, Yolande | 0.10 | Emails with Ms. MacDonald re confirming that no objections were filed to Eleventh Monthly Fee Statement |
| 11/30/20 | Thompson, Yolande | 0.10 | Emails with Ms. Moore re client rejection of September invoices due to error in rates |
| 11/30/20 | Thompson, Yolande | 1.10 | Prepare draft Amended Fee Statement for September 2020 with exhibits |
| 11/30/20 | Thompson, Yolande | 1.60 | Prepare draft Amended Third Interim Fee Application with exhibits |
| 11/30/20 | Thompson, Yolande | 0.10 | Review bankruptcy docket to confirm that no objections were filed to September fee statement |
| **Total** | | **24.20** | |

Client No. 1653300                  Purdue Pharma, L.P.
Matter No. 1653300-00137            Fee and Retention Applications

Invoice No. 2617223
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Cost | Description |
|------|------|-------------|
| 11/23/20 | 14.89 | Federal Express Corp; Invoice# 717052270 (Nov-03,2020); Inv#717052270 398219778431 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| | 14.89 | |

Total Disbursements      $     **14.89**

Client No. 1653300
Matter No. 1653300-00137

Purdue Pharma, L.P.
Fee and Retention Applications

Invoice No. 2617223
Invoice Date 12/15/20
Legal Services through November 30, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| DaCunha, Alyssa | 1.80 | 965.00 | 1,737.00 |
| Pierce, Allyson | 2.50 | 690.00 | 1,725.00 |
| Thompson, Yolande | 18.90 | 545.00 | 10,300.50 |
| Lannon, William E. | 1.00 | 385.00 | 385.00 |
| **Total Legal Services** | **24.20** | | **$14,147.50** |

## DISBURSEMENTS

| Description | Total |
|---|---|
| FEDERAL EXPRESS | 14.89 |
| **Total Disbursements** | **$14.89** |

# WILMERHALE  [WH]

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▮▮▮▮
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 12/15/20 |
| Invoice No. | 2617224 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through November 30, 2020 in connection with the Post
Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 475,990.00 |
| Line Item Discount | | -71,398.50 |
| **Total Amount Due** | **$** | **404,591.50** |

**PLEASE NOTE:**

**In preparation for our fiscal year-end, please remit payment by Monday December 28, 2020.
If you have a fiscal year-end billing deadline, please advise us by emailing
WHFinanceClientAccounting@wilmerhale.com.  Thank you, in advance.**

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number ▮▮▮▮

Routing Number: ▮▮▮▮

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **L120 - Analysis/Strategy** | | | |
| 11/02/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 11/03/20 | Brown, Reginald | 1.00 | Participate |
| 11/03/20 | DaCunha, Alyssa | 0.90 | Participate |
| 11/03/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 11/04/20 | Rockett, Elizabeth W. | 0.70 | Complete daily monitoring research per Ms. DaCunha |
| 11/05/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 11/06/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 11/09/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 11/10/20 | Brown, Reginald | 1.00 | Participate |
| 11/10/20 | DaCunha, Alyssa | 0.30 | Confer with |
| 11/10/20 | DaCunha, Alyssa | 0.50 | Respond |
| 11/10/20 | DaCunha, Alyssa | 1.00 | Participate |
| 11/10/20 | Menz, Sheila E. | 1.50 | Analyze |
| 11/10/20 | Rockett, Elizabeth W. | 0.70 | Complete |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/11/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 11/12/20 | DaCunha, Alyssa | 0.40 | Confer with |
| 11/12/20 | DaCunha, Alyssa | 0.40 | Revise |
| 11/12/20 | Menz, Sheila E. | 1.20 | Draft |
| 11/12/20 | Menz, Sheila E. | 0.10 | Revise |
| 11/12/20 | Menz, Sheila E. | 0.20 | Confer with |
| 11/12/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 11/13/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 11/16/20 | DaCunha, Alyssa | 0.50 | Confer with |
| 11/16/20 | DaCunha, Alyssa | 0.40 | Review |
| 11/16/20 | Menz, Sheila E. | 0.30 | Call with |
| 11/16/20 | Menz, Sheila E. | 0.30 | Analyze |
| 11/16/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 11/17/20 | Blanchard, Ridge M. | 0.40 | Confer with |
| 11/17/20 | Blanchard, Ridge M. | 0.70 | Draft |
| 11/17/20 | Brown, Reginald | 1.00 | Participate |
| 11/17/20 | Brown, Reginald | 0.80 | Attend |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/17/20 | DaCunha, Alyssa | 0.80 | Revise █████████████ |
| 11/17/20 | DaCunha, Alyssa | 0.70 | Confer with ████████████ |
| 11/17/20 | DaCunha, Alyssa | 1.20 | Revise ██████ |
| 11/17/20 | Hromada, Patricia | 0.30 | Confer with █████████████ |
| 11/17/20 | Menz, Sheila E. | 0.60 | Draft ████████████ |
| 11/17/20 | Menz, Sheila E. | 0.40 | Analyze ███████████ |
| 11/17/20 | Menz, Sheila E. | 0.50 | Draft ████████████ |
| 11/17/20 | Menz, Sheila E. | 0.40 | Confer with ████████ |
| 11/17/20 | Menz, Sheila E. | 0.30 | Call with ████████████ |
| 11/17/20 | Menz, Sheila E. | 0.40 | Strategize with ████████ |
| 11/17/20 | Menz, Sheila E. | 0.30 | Revise ██████ |
| 11/17/20 | Menz, Sheila E. | 0.20 | Revise ████████████ |
| 11/17/20 | Menz, Sheila E. | 0.50 | Strategize with ████████ |
| 11/17/20 | Menz, Sheila E. | 0.50 | Participate ███████████ |
| 11/17/20 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/17/20 | Rockett, Elizabeth W. | 4.00 | Compile ███████████ |
| 11/17/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ███████ |
| 11/17/20 | Satten-Lopez, Elena M. | 3.30 | Update ████████ |
| 11/17/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ██████ |
| 11/17/20 | Satten-Lopez, Elena M. | 3.60 | Draft ████████ |
| 11/17/20 | Stroede, Phoebe | 0.40 | Confer with ██████ |
| 11/17/20 | Wenik, Saige | 0.80 | Compile ████ |
| 11/18/20 | Blanchard, Ridge M. | 0.50 | Confer with ██████ |
| 11/18/20 | Blanchard, Ridge M. | 0.20 | Confer with █████ |
| 11/18/20 | DaCunha, Alyssa | 0.50 | Telecon with ███████ |
| 11/18/20 | DaCunha, Alyssa | 0.60 | Review ██████ |
| 11/18/20 | DaCunha, Alyssa | 0.50 | Telecon with ██████ |
| 11/18/20 | DaCunha, Alyssa | 0.50 | Telecon with consultants ████ |
| 11/18/20 | DaCunha, Alyssa | 0.90 | Confer with ██████ |
| 11/18/20 | DaCunha, Alyssa | 2.40 | Revise ███████ |
| 11/18/20 | DaCunha, Alyssa | 0.60 | Draft ██████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/18/20 | Menz, Sheila E. | 0.50 | Participate |
| 11/18/20 | Menz, Sheila E. | 0.20 | Email |
| 11/18/20 | Menz, Sheila E. | 0.40 | Draft |
| 11/18/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 11/18/20 | Rockett, Elizabeth W. | 3.50 | Compile |
| 11/18/20 | Satten-Lopez, Elena M. | 0.40 | Revise |
| 11/18/20 | Satten-Lopez, Elena M. | 1.00 | Update |
| 11/18/20 | Satten-Lopez, Elena M. | 0.50 | Confer with |
| 11/18/20 | Satten-Lopez, Elena M. | 0.20 | Confer with |
| 11/18/20 | Satten-Lopez, Elena M. | 0.80 | Revise |
| 11/18/20 | Satten-Lopez, Elena M. | 0.60 | Participate |
| 11/18/20 | Satten-Lopez, Elena M. | 0.90 | Compile |
| 11/18/20 | Wenik, Saige | 0.80 | Prepare |
| 11/18/20 | Wenik, Saige | 0.40 | Organize |
| 11/18/20 | Wenik, Saige | 0.50 | Research |
| 11/19/20 | Blanchard, Ridge M. | 4.90 | Draft |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 11/19/20 | Brown, Reginald | 1.00 | Participate ███████ |
| 11/19/20 | DaCunha, Alyssa | 0.50 | Confer with ███████ |
| 11/19/20 | DaCunha, Alyssa | 0.30 | Revise ███████ |
| 11/19/20 | DaCunha, Alyssa | 0.30 | Confer with ███████ |
| 11/19/20 | DaCunha, Alyssa | 0.50 | Telecon with ███████ |
| 11/19/20 | DaCunha, Alyssa | 1.60 | Participate ███████ |
| 11/19/20 | DaCunha, Alyssa | 1.00 | Review ███████ |
| 11/19/20 | DaCunha, Alyssa | 0.30 | Participate ███████ |
| 11/19/20 | DaCunha, Alyssa | 0.60 | Confer with ███████ |
| 11/19/20 | DaCunha, Alyssa | 1.20 | Confer with ███████ |
| 11/19/20 | DaCunha, Alyssa | 0.40 | Telecon with ███████ |
| 11/19/20 | Menz, Sheila E. | 0.40 | Revise ███████ |
| 11/19/20 | Menz, Sheila E. | 0.30 | Review ███████ |
| 11/19/20 | Menz, Sheila E. | 0.10 | Review ███████ |
| 11/19/20 | Menz, Sheila E. | 0.20 | Revise ███████ |
| 11/19/20 | Rockett, Elizabeth W. | 2.00 | Compile ███████ |
| 11/19/20 | Rockett, Elizabeth W. | 0.70 | Complete ███████ |
| 11/19/20 | Satten-Lopez, Elena M. | 0.60 | Participate ███████ |

Client No. 1653300                  Purdue Pharma, L.P.
Matter No. 1653300-00136            Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/19/20 | Satten-Lopez, Elena M. | 1.90 | Revise |
| 11/19/20 | Satten-Lopez, Elena M. | 0.30 | Participate |
| 11/19/20 | Satten-Lopez, Elena M. | 0.90 | Draft |
| 11/19/20 | Wenik, Saige | 2.60 | Research |
| 11/19/20 | Wenik, Saige | 0.20 | Prepare |
| 11/19/20 | Zebley, Aaron | 0.30 | Teleconference with |
| 11/20/20 | Blanchard, Ridge M. | 2.90 | Draft |
| 11/20/20 | Brown, Reginald | 2.70 | Review |
| 11/20/20 | Brown, Reginald | 2.50 | Attend |
| 11/20/20 | DaCunha, Alyssa | 0.60 | Review |
| 11/20/20 | DaCunha, Alyssa | 2.30 | Review |
| 11/20/20 | DaCunha, Alyssa | 0.50 | Telecon with |
| 11/20/20 | DaCunha, Alyssa | 1.70 | Research |
| 11/20/20 | DaCunha, Alyssa | 0.50 | Research |
| 11/20/20 | DaCunha, Alyssa | 1.20 | Revise |
| 11/20/20 | DaCunha, Alyssa | 0.40 | Telecon with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/20/20 | DaCunha, Alyssa | 1.60 | Revise |
| 11/20/20 | DaCunha, Alyssa | 0.40 | Review, |
| 11/20/20 | Dillard, Jeffrey | 1.00 | Retrieve |
| 11/20/20 | Menz, Sheila E. | 0.10 | Strategize |
| 11/20/20 | Menz, Sheila E. | 1.50 | Revise |
| 11/20/20 | Menz, Sheila E. | 0.30 | Analyze |
| 11/20/20 | Menz, Sheila E. | 0.50 | Call with |
| 11/20/20 | Menz, Sheila E. | 0.40 | Strategize |
| 11/20/20 | Rhodes, Erica | 0.70 | Research |
| 11/20/20 | Rockett, Elizabeth W. | 0.30 | Draft |
| 11/20/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 11/20/20 | Satten-Lopez, Elena M. | 0.80 | Update |
| 11/20/20 | Satten-Lopez, Elena M. | 0.70 | Analyze |
| 11/20/20 | Satten-Lopez, Elena M. | 0.60 | Confer with |
| 11/20/20 | Stroede, Phoebe | 1.10 | Identify |
| 11/20/20 | Stroede, Phoebe | 0.30 | Identify |

Client No. 1653300  
Matter No. 1653300-00136

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224  
Invoice Date 12/15/20  
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/20/20 | Zebley, Aaron | 0.50 | Teleconference with ███ |
| 11/21/20 | Blanchard, Ridge M. | 0.50 | Research ███ |
| 11/21/20 | Brown, Reginald | 0.50 | Call with ███ |
| 11/21/20 | DaCunha, Alyssa | 0.50 | Telecon with ███ |
| 11/21/20 | DaCunha, Alyssa | 0.30 | Revise ███ |
| 11/21/20 | DaCunha, Alyssa | 0.50 | Emails, telecon with ███ |
| 11/21/20 | DaCunha, Alyssa | 0.50 | Confer with ███ |
| 11/21/20 | Satten-Lopez, Elena M. | 4.00 | Research ███ |
| 11/21/20 | Satten-Lopez, Elena M. | 0.30 | Confer with ███ |
| 11/22/20 | Blanchard, Ridge M. | 0.70 | Research ███ |
| 11/22/20 | Brown, Reginald | 3.40 | Review ███ |
| 11/22/20 | DaCunha, Alyssa | 1.30 | Revise ███ |
| 11/22/20 | DaCunha, Alyssa | 0.20 | Confer with ███ |
| 11/22/20 | DaCunha, Alyssa | 0.80 | Research ███ |
| 11/22/20 | DaCunha, Alyssa | 0.90 | Confer with ███ |
| 11/22/20 | DaCunha, Alyssa | 0.30 | Confer with ███. |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/22/20 | Menz, Sheila E. | 0.50 | Strategize |
| 11/22/20 | Rhodes, Erica | 1.50 | Research |
| 11/22/20 | Satten-Lopez, Elena M. | 4.00 | Research |
| 11/22/20 | Satten-Lopez, Elena M. | 0.50 | Confer with |
| 11/22/20 | Zebley, Aaron | 5.00 | Review, |
| 11/22/20 | Zoz, Edgar | 1.30 | Attend |
| 11/22/20 | Zoz, Edgar | 0.50 | Telecon with |
| 11/23/20 | Blanchard, Ridge M. | 3.70 | Draft |
| 11/23/20 | Brown, Reginald | 1.70 | Call with |
| 11/23/20 | DaCunha, Alyssa | 0.30 | Confer with |
| 11/23/20 | DaCunha, Alyssa | 0.30 | Prepare |
| 11/23/20 | DaCunha, Alyssa | 0.50 | Participate |
| 11/23/20 | DaCunha, Alyssa | 1.60 | Review |
| 11/23/20 | DaCunha, Alyssa | 0.70 | Confer with |
| 11/23/20 | DaCunha, Alyssa | 0.40 | Telecon with |
| 11/23/20 | DaCunha, Alyssa | 0.50 | Telecon with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/23/20 | DaCunha, Alyssa | 0.70 | Telecon with ▮ |
| 11/23/20 | Lannon, William E. | 2.60 | Analyze ▮ |
| 11/23/20 | Menz, Sheila E. | 0.50 | Review ▮ |
| 11/23/20 | Rockett, Elizabeth W. | 0.70 | Complete ▮ |
| 11/23/20 | Satten-Lopez, Elena M. | 0.50 | Participate in ▮ |
| 11/23/20 | Satten-Lopez, Elena M. | 1.50 | Draft ▮ |
| 11/23/20 | Satten-Lopez, Elena M. | 2.70 | Revise ▮ |
| 11/23/20 | Wenik, Saige | 1.40 | Review ▮ |
| 11/23/20 | Zebley, Aaron | 3.50 | Review ▮ |
| 11/23/20 | Zebley, Aaron | 0.60 | Teleconference with ▮ |
| 11/23/20 | Zebley, Aaron | 1.90 | Review ▮ |
| 11/24/20 | Blanchard, Ridge M. | 1.90 | Draft ▮ |
| 11/24/20 | Blanchard, Ridge M. | 0.60 | Confer with ▮ |
| 11/24/20 | Brown, Reginald | 1.00 | Calls with ▮ |
| 11/24/20 | Brown, Reginald | 1.00 | Participate ▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 11/24/20 | Brown, Reginald | 5.00 | Attend █████████████ |
| 11/24/20 | DaCunha, Alyssa | 0.30 | Telecon with ████████████ |
| 11/24/20 | DaCunha, Alyssa | 0.80 | Participate in ██████████ |
| 11/24/20 | DaCunha, Alyssa | 0.70 | Telecon with ███████████ |
| 11/24/20 | DaCunha, Alyssa | 0.30 | Email to ████████ |
| 11/24/20 | DaCunha, Alyssa | 1.70 | Analyze ████████████ |
| 11/24/20 | DaCunha, Alyssa | 4.00 | Attend ██████████ |
| 11/24/20 | DaCunha, Alyssa | 1.20 | Review ██████ |
| 11/24/20 | DaCunha, Alyssa | 0.50 | Revise ██████████ |
| 11/24/20 | DaCunha, Alyssa | 0.30 | Telecon with ██████████ |
| 11/24/20 | Menz, Sheila E. | 1.20 | Strategize ██████████ |
| 11/24/20 | Menz, Sheila E. | 0.50 | Strategize ███████████ |
| 11/24/20 | Menz, Sheila E. | 1.50 | Analyze ████████ |
| 11/24/20 | Rockett, Elizabeth W. | 0.70 | Complete ████ |
| 11/24/20 | Satten-Lopez, Elena M. | 1.30 | Revise ████████ |
| 11/24/20 | Satten-Lopez, Elena M. | 1.40 | Update ████████ |

Client No. 1653300  
Matter No. 1653300-00136

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224  
Invoice Date 12/15/20  
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/24/20 | Satten-Lopez, Elena M. | 0.60 | Confer with ███████████ |
| 11/24/20 | Satten-Lopez, Elena M. | 0.40 | Confer with ████████ |
| 11/24/20 | Zebley, Aaron | 1.00 | Revise ████████ |
| 11/24/20 | Zebley, Aaron | 2.00 | Review ████████ |
| 11/24/20 | Zebley, Aaron | 1.10 | Analyze ████ |
| 11/24/20 | Zebley, Aaron | 1.40 | Review. ████████ |
| 11/24/20 | Zebley, Aaron | 1.10 | Draft ██████ |
| 11/24/20 | Zebley, Aaron | 0.50 | Review ████████ |
| 11/24/20 | Zebley, Aaron | 0.50 | Teleconference with ██████ |
| 11/24/20 | Zebley, Aaron | 1.40 | Draft ██████ |
| 11/25/20 | Blanchard, Ridge M. | 0.50 | Confer with ████ |
| 11/25/20 | Blanchard, Ridge M. | 1.50 | Confer with ███████████ |
| 11/25/20 | Blanchard, Ridge M. | 8.30 | Draft ██████ |
| 11/25/20 | Brown, Reginald | 2.20 | Participate ████████ |
| 11/25/20 | Brown, Reginald | 6.20 | Review ██████████ |
| 11/25/20 | Brown, Reginald | 2.20 | Review ██████ |
| 11/25/20 | DaCunha, Alyssa | 2.40 | Revise ██████ |

Client No. 1653300                       Purdue Pharma, L.P.
Matter No. 1653300-00136                 Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/25/20 | DaCunha, Alyssa | 1.50 | Confer with █████████ |
| 11/25/20 | DaCunha, Alyssa | 0.40 | Telecon with █████ |
| 11/25/20 | DaCunha, Alyssa | 0.50 | Telecon with █████████ █ |
| 11/25/20 | DaCunha, Alyssa | 0.70 | Confer with ███████████ |
| 11/25/20 | DaCunha, Alyssa | 1.40 | Confer with ███████████ |
| 11/25/20 | DaCunha, Alyssa | 0.40 | Confer with █████████ |
| 11/25/20 | DaCunha, Alyssa | 0.50 | Revise ██████████ |
| 11/25/20 | DaCunha, Alyssa | 0.50 | Telecon with ████████ |
| 11/25/20 | Lannon, William E. | 3.70 | Prepare ████████ |
| 11/25/20 | Lannon, William E. | 2.70 | Prepare ██████████ |
| 11/25/20 | Menz, Sheila E. | 0.50 | Strategize with ███████████ |
| 11/25/20 | Menz, Sheila E. | 0.50 | Analyze █████████ |
| 11/25/20 | Menz, Sheila E. | 0.30 | Strategize with ███████████ |
| 11/25/20 | Menz, Sheila E. | 0.70 | Revise ████████ |
| 11/25/20 | Menz, Sheila E. | 1.60 | Strategize with █████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 11/25/20 | Menz, Sheila E. | 0.60 | Analyze █ |
| 11/25/20 | Menz, Sheila E. | 0.40 | Revise █ |
| 11/25/20 | Menz, Sheila E. | 1.70 | Revise █ |
| 11/25/20 | Menz, Sheila E. | 1.50 | Revise █ |
| 11/25/20 | Rockett, Elizabeth W. | 0.80 | Complete █ |
| 11/25/20 | Satten-Lopez, Elena M. | 0.30 | Confer with █ |
| 11/25/20 | Satten-Lopez, Elena M. | 0.90 | Update █ |
| 11/25/20 | Satten-Lopez, Elena M. | 0.30 | Revise █ |
| 11/25/20 | Satten-Lopez, Elena M. | 3.00 | Revise █ |
| 11/25/20 | Satten-Lopez, Elena M. | 1.60 | Confer with █ |
| 11/25/20 | Satten-Lopez, Elena M. | 0.80 | Prepare █ |
| 11/25/20 | Satten-Lopez, Elena M. | 0.50 | Confer with █ |
| 11/25/20 | Stroede, Phoebe | 0.30 | Provide █ |
| 11/25/20 | Zebley, Aaron | 0.50 | Review █ |
| 11/25/20 | Zebley, Aaron | 1.00 | Revise █ |
| 11/25/20 | Zebley, Aaron | 0.10 | Teleconference with █ |
| 11/25/20 | Zebley, Aaron | 1.50 | Teleconference with █ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
| --- | --- | --- | --- |
| 11/25/20 | Zebley, Aaron | 1.20 | Review █████████████ |
| 11/25/20 | Zebley, Aaron | 1.10 | Revise █████████████ |
| 11/25/20 | Zebley, Aaron | 0.40 | Teleconference with ████████ |
| 11/25/20 | Zebley, Aaron | 0.40 | Review ██████████████ |
| 11/25/20 | Zebley, Aaron | 0.80 | Review ████████████ |
| 11/25/20 | Zebley, Aaron | 0.40 | Review ███████████ |
| 11/25/20 | Zebley, Aaron | 0.50 | Revise █████████ |
| 11/25/20 | Zebley, Aaron | 0.30 | Review █████████ |
| 11/26/20 | Blanchard, Ridge M. | 1.20 | Draft ████████ |
| 11/26/20 | Brown, Reginald | 6.40 | Attend ████████████ |
| 11/26/20 | DaCunha, Alyssa | 0.70 | Confer with ████████████ |
| 11/26/20 | DaCunha, Alyssa | 1.10 | Revise █████████ |
| 11/26/20 | DaCunha, Alyssa | 0.80 | Confer with █████████████ |
| 11/26/20 | Satten-Lopez, Elena M. | 0.60 | Prepare ████████ |
| 11/27/20 | Blanchard, Ridge M. | 5.00 | Draft ████████ |
| 11/27/20 | Brown, Reginald | 5.50 | Participate ████████████ |
| 11/27/20 | Brown, Reginald | 5.30 | Attend ██████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/27/20 | DaCunha, Alyssa | 3.60 | Revise ▓▓▓ |
| 11/27/20 | DaCunha, Alyssa | 1.20 | Telecon with ▓▓▓ |
| 11/27/20 | DaCunha, Alyssa | 1.40 | Review ▓▓▓ |
| 11/27/20 | DaCunha, Alyssa | 2.20 | Participate ▓▓▓ |
| 11/27/20 | DaCunha, Alyssa | 0.70 | Review ▓▓▓ |
| 11/27/20 | DaCunha, Alyssa | 1.40 | Confer with ▓▓▓ |
| 11/27/20 | DaCunha, Alyssa | 1.80 | Confer with ▓▓▓ |
| 11/27/20 | Hromada, Patricia | 2.20 | Analyze ▓▓▓ |
| 11/27/20 | Lichlyter, Lydia M. | 0.30 | Emails with ▓▓▓ |
| 11/27/20 | Menz, Sheila E. | 2.50 | Analyze ▓▓▓ |
| 11/27/20 | Menz, Sheila E. | 2.00 | Participate ▓▓▓ |
| 11/27/20 | Menz, Sheila E. | 2.20 | Revise ▓▓▓ |
| 11/27/20 | Menz, Sheila E. | 2.50 | Revise ▓▓▓ |
| 11/27/20 | Menz, Sheila E. | 3.30 | Strategize ▓▓▓ |
| 11/27/20 | Menz, Sheila E. | 1.30 | Analyze ▓▓▓ |
| 11/27/20 | Rockett, Elizabeth W. | 1.50 | Prepare ▓▓▓ |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/27/20 | Satten-Lopez, Elena M. | 0.70 | Update |
| 11/27/20 | Satten-Lopez, Elena M. | 0.30 | Confer with |
| 11/27/20 | Satten-Lopez, Elena M. | 0.70 | Confer with |
| 11/27/20 | Satten-Lopez, Elena M. | 1.00 | Revise |
| 11/27/20 | Satten-Lopez, Elena M. | 0.30 | Review |
| 11/27/20 | Satten-Lopez, Elena M. | 0.80 | Review |
| 11/27/20 | Satten-Lopez, Elena M. | 1.70 | Compile |
| 11/27/20 | Stroede, Phoebe | 7.30 | Identify |
| 11/27/20 | Zebley, Aaron | 2.10 | Participate |
| 11/27/20 | Zebley, Aaron | 1.50 | Review |
| 11/27/20 | Zebley, Aaron | 0.80 | Review |
| 11/27/20 | Zebley, Aaron | 0.70 | Prepare |
| 11/27/20 | Zebley, Aaron | 1.00 | Teleconference with |
| 11/27/20 | Zebley, Aaron | 1.40 | Review |
| 11/27/20 | Zebley, Aaron | 1.80 | Review |
| 11/27/20 | Zebley, Aaron | 0.70 | Teleconference with team |
| 11/28/20 | Blanchard, Ridge M. | 0.30 | Confer with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| | | | ███████████████ |
| 11/28/20 | Blanchard, Ridge M. | 0.30 | Confer with ████████ |
| 11/28/20 | Blanchard, Ridge M. | 0.40 | Confer with ████████ |
| 11/28/20 | Blanchard, Ridge M. | 5.90 | Draft ████████████ |
| 11/28/20 | Brown, Reginald | 3.30 | Calls with ███████████ |
| 11/28/20 | Brown, Reginald | 9.20 | Review ████████████ |
| 11/28/20 | DaCunha, Alyssa | 1.30 | Review █████████ |
| 11/28/20 | DaCunha, Alyssa | 0.60 | Confer with █████ |
| 11/28/20 | DaCunha, Alyssa | 0.50 | Revise ██████████ |
| 11/28/20 | DaCunha, Alyssa | 0.60 | Telecon with ██████ |
| 11/28/20 | DaCunha, Alyssa | 0.70 | Telecon with ████████ |
| 11/28/20 | DaCunha, Alyssa | 0.50 | Telecon with ██████████ |
| 11/28/20 | DaCunha, Alyssa | 0.90 | Revise ████████ |
| 11/28/20 | DaCunha, Alyssa | 1.90 | Revise █████████ |
| 11/28/20 | Hromada, Patricia | 1.50 | Analyze ████████ |
| 11/28/20 | Lichlyter, Lydia M. | 0.60 | Strategize █████████ |
| 11/28/20 | Lichlyter, Lydia M. | 3.30 | Draft █████████ |
| 11/28/20 | Menz, Sheila E. | 1.00 | Strategize ██████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/28/20 | Menz, Sheila E. | 1.50 | Draft █████████ |
| 11/28/20 | Menz, Sheila E. | 2.50 | Strategize ███████████████ |
| 11/28/20 | Menz, Sheila E. | 2.00 | Analyze ███████████ |
| 11/28/20 | Menz, Sheila E. | 0.20 | Analyze ███████████ |
| 11/28/20 | Menz, Sheila E. | 0.80 | Analyze ██████████ |
| 11/28/20 | Menz, Sheila E. | 0.50 | Revise █████████ |
| 11/28/20 | Menz, Sheila E. | 0.50 | Incorporate ████████ |
| 11/28/20 | Menz, Sheila E. | 1.10 | Summarize ████████ |
| 11/28/20 | Rockett, Elizabeth W. | 1.50 | Prepare ██████████ |
| 11/28/20 | Satten-Lopez, Elena M. | 0.10 | Confer with ██████████ |
| 11/28/20 | Satten-Lopez, Elena M. | 0.70 | Confer with ███████ |
| 11/28/20 | Satten-Lopez, Elena M. | 1.40 | Research ██████████ |
| 11/28/20 | Satten-Lopez, Elena M. | 2.10 | Update ██████████ |
| 11/28/20 | Stroede, Phoebe | 1.20 | Stage ████████ |
| 11/28/20 | Zebley, Aaron | 1.10 | Teleconference with █████ |
| 11/28/20 | Zebley, Aaron | 5.20 | Revise ███████████ |
| 11/28/20 | Zebley, Aaron | 2.40 | Revise ███████ |
| 11/28/20 | Zebley, Aaron | 0.40 | Correspond with ███████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/29/20 | Blanchard, Ridge M. | 0.30 | Confer with |
| 11/29/20 | Blanchard, Ridge M. | 4.50 | Draft |
| 11/29/20 | Blanchard, Ridge M. | 2.30 | Participate |
| 11/29/20 | Brown, Reginald | 10.50 | Participate |
| 11/29/20 | DaCunha, Alyssa | 0.50 | Participate |
| 11/29/20 | DaCunha, Alyssa | 2.30 | Revise |
| 11/29/20 | DaCunha, Alyssa | 0.50 | Confer with |
| 11/29/20 | DaCunha, Alyssa | 0.30 | Telecon with |
| 11/29/20 | DaCunha, Alyssa | 0.70 | Revise |
| 11/29/20 | DaCunha, Alyssa | 1.50 | Revise |
| 11/29/20 | DaCunha, Alyssa | 0.30 | Revise |
| 11/29/20 | DaCunha, Alyssa | 0.80 | Telecon with |
| 11/29/20 | DaCunha, Alyssa | 1.80 | Participate |
| 11/29/20 | DaCunha, Alyssa | 0.80 | Confer with |
| 11/29/20 | Lichlyter, Lydia M. | 0.90 | Participate |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/29/20 | Lichlyter, Lydia M. | 3.30 | Draft |
| 11/29/20 | Menz, Sheila E. | 2.00 | Participate |
| 11/29/20 | Menz, Sheila E. | 1.40 | Analyze |
| 11/29/20 | Menz, Sheila E. | 2.50 | Strategize |
| 11/29/20 | Menz, Sheila E. | 0.70 | Strategize |
| 11/29/20 | Menz, Sheila E. | 1.00 | Revise |
| 11/29/20 | Menz, Sheila E. | 3.50 | Draft |
| 11/29/20 | Satten-Lopez, Elena M. | 1.10 | Draft |
| 11/29/20 | Satten-Lopez, Elena M. | 0.80 | Confer with |
| 11/29/20 | Satten-Lopez, Elena M. | 0.90 | Confer with |
| 11/29/20 | Satten-Lopez, Elena M. | 2.00 | Draft |
| 11/29/20 | Satten-Lopez, Elena M. | 2.90 | Draft |
| 11/29/20 | Zebley, Aaron | 0.90 | Prepare |
| 11/29/20 | Zebley, Aaron | 0.70 | Teleconference with |
| 11/29/20 | Zebley, Aaron | 1.10 | Teleconference with |
| 11/29/20 | Zebley, Aaron | 0.30 | Correspond with |
| 11/29/20 | Zebley, Aaron | 0.80 | Draft |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/29/20 | Zebley, Aaron | 2.60 | Teleconferences with ███ |
| 11/29/20 | Zebley, Aaron | 0.80 | Teleconference with ███ |
| 11/29/20 | Zebley, Aaron | 1.50 | Finalize ███ |
| 11/29/20 | Zebley, Aaron | 1.20 | Review ███ |
| 11/29/20 | Zebley, Aaron | 0.80 | Revise ███ |
| 11/30/20 | Blanchard, Ridge M. | 0.50 | Confer with ███ |
| 11/30/20 | Blanchard, Ridge M. | 0.40 | Confer with ███ |
| 11/30/20 | Blanchard, Ridge M. | 0.70 | Confer with ███ |
| 11/30/20 | Blanchard, Ridge M. | 7.60 | Draft ███ |
| 11/30/20 | Brown, Reginald | 7.40 | Attend ███ |
| 11/30/20 | Crawford, Leighton | 0.50 | Prepare ███ |
| 11/30/20 | DaCunha, Alyssa | 2.50 | Confer with ███ |
| 11/30/20 | DaCunha, Alyssa | 0.70 | Telecon with ███ |
| 11/30/20 | DaCunha, Alyssa | 3.80 | Revise ███ |
| 11/30/20 | DaCunha, Alyssa | 0.50 | Prep ███ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/30/20 | DaCunha, Alyssa | 0.40 | Telecon with |
| 11/30/20 | DaCunha, Alyssa | 0.60 | Revise |
| 11/30/20 | DaCunha, Alyssa | 2.00 | Participate |
| 11/30/20 | DaCunha, Alyssa | 0.40 | Team telecon with |
| 11/30/20 | DaCunha, Alyssa | 0.70 | Telecon with |
| 11/30/20 | Ferguson, Kaitlyn A. | 0.80 | Participate |
| 11/30/20 | Ferguson, Kaitlyn A. | 0.30 | Participate |
| 11/30/20 | Ferguson, Kaitlyn A. | 0.30 | Participate |
| 11/30/20 | Ferguson, Kaitlyn A. | 1.00 | Confer with |
| 11/30/20 | Ferguson, Kaitlyn A. | 0.50 | Participate |
| 11/30/20 | Ferguson, Kaitlyn A. | 0.40 | Revise |
| 11/30/20 | Ferguson, Kaitlyn A. | 8.10 | Draft |
| 11/30/20 | Hromada, Patricia | 0.20 | Confer with |
| 11/30/20 | Lannon, William E. | 0.40 | File |
| 11/30/20 | Lannon, William E. | 2.10 | Analyze |
| 11/30/20 | Lichlyter, Lydia M. | 9.00 | Prepare |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/30/20 | Menz, Sheila E. | 0.30 | Review |
| 11/30/20 | Menz, Sheila E. | 0.50 | Confer with |
| 11/30/20 | Menz, Sheila E. | 2.50 | Draft |
| 11/30/20 | Menz, Sheila E. | 0.40 | Analyze |
| 11/30/20 | Menz, Sheila E. | 0.50 | Call with |
| 11/30/20 | Menz, Sheila E. | 1.30 | Revise |
| 11/30/20 | Menz, Sheila E. | 0.50 | Revise |
| 11/30/20 | Menz, Sheila E. | 1.20 | Finalize |
| 11/30/20 | Menz, Sheila E. | 1.20 | Review |
| 11/30/20 | Menz, Sheila E. | 2.90 | Strategize with |
| 11/30/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 11/30/20 | Rockett, Elizabeth W. | 0.30 | Prepare |
| 11/30/20 | Satten-Lopez, Elena M. | 1.70 | Update |
| 11/30/20 | Satten-Lopez, Elena M. | 0.40 | Confer with |
| 11/30/20 | Satten-Lopez, Elena M. | 1.40 | Compile |
| 11/30/20 | Satten-Lopez, Elena M. | 2.20 | Participate |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/30/20 | Satten-Lopez, Elena M. | 0.10 | Confer with ███████ |
| 11/30/20 | Satten-Lopez, Elena M. | 0.40 | Confer with ███████ |
| 11/30/20 | Satten-Lopez, Elena M. | 0.90 | Confer with ███████ |
| 11/30/20 | Satten-Lopez, Elena M. | 1.10 | Revise ███████ |
| 11/30/20 | Stroede, Phoebe | 0.20 | Provide ███████ |
| 11/30/20 | Zebley, Aaron | 0.80 | Prepare ███████ |
| 11/30/20 | Zebley, Aaron | 8.20 | Prepare ███████ |
| 11/30/20 | Zebley, Aaron | 0.20 | Teleconference with ███████ |
| | | **539.40** | |

**Total**                    **539.40**

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2617224
Invoice Date 12/15/20
Legal Services through November 30, 2020

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brown, Reginald | 80.80 | 1,550.00 | 125,240.00 |
| Zebley, Aaron | 68.00 | 1,029.00 | 69,972.00 |
| DaCunha, Alyssa | 100.40 | 965.00 | 96,886.00 |
| Ferguson, Kaitlyn A. | 11.40 | 955.00 | 10,887.00 |
| Menz, Sheila E. | 70.90 | 860.00 | 60,974.00 |
| Blanchard, Ridge M. | 56.70 | 730.00 | 41,391.00 |
| Lichlyter, Lydia M. | 17.40 | 655.00 | 11,397.00 |
| Satten-Lopez, Elena M. | 68.60 | 550.00 | 37,730.00 |
| Hromada, Patricia | 4.20 | 525.00 | 2,205.00 |
| Zoz, Edgar | 1.80 | 470.00 | 846.00 |
| Crawford, Leighton | 0.50 | 465.00 | 232.50 |
| Dillard, Jeffrey | 1.00 | 415.00 | 415.00 |
| Lannon, William E. | 11.50 | 385.00 | 4,427.50 |
| Wenik, Saige | 6.70 | 325.00 | 2,177.50 |
| Rhodes, Erica | 2.20 | 310.00 | 682.00 |
| Stroede, Phoebe | 10.80 | 300.00 | 3,240.00 |
| Rockett, Elizabeth W. | 26.50 | 275.00 | 7,287.50 |
| **Total Legal Services** | **539.40** | | **$475,990.00** |

| Task | Description | Hours | Value |
|---|---|---|---|
| L120 | Analysis/Strategy | 539.40 | 475,990.00 |
| **Total Legal Services** | | **539.40** | **$475,990.00** |

# **EXHIBIT I**

## **Fourteenth Monthly Fee Statement**

WILMER CUTLER PICKERING HALE
 AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY 10007
Telephone: (212) 937-7518
Facsimile: (212) 230-8888

Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | |

## FOURTEENTH MONTHLY FEE STATEMENT OF WILMER CUTLER PICKERING HALE AND DORR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM DECEMBER 1, 2020 THROUGH DECEMBER 31, 2020

| Name of Applicant | Wilmer Cutler Pickering Hale and Dorr LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | December 1, 2020 through December 31, 2020 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $272,167.75[2] (80% of $340,209.69) |
| Total reimbursement of expenses requested in this statement | $2,211.59 |
| Total compensation and reimbursement requested in this statement | $274,379.34 |
| **This is a(n):** _X Monthly Application __ Interim Application __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States

Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order*

*Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as*

*Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019

[Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21,

2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale

and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in

possession (collectively, the "**Debtors**"), submits this *Fourteenth Monthly Fee Statement for*

*Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period*

*from December 1, 2020 Through December 31, 2020* ("**Fee Statement**").[3]  By this Fee

Statement, WilmerHale seeks (i) compensation in the amount of $272,167.75, which is 80% of

the total amount of reasonable compensation for actual, necessary legal services that WilmerHale

incurred in connection with such services during the Fee Period (i.e., $340,209.69), and (ii)

---

[2]  This amount reflects an agreed reduction in fees in the aggregate amount of $60,037.01.

[3]  The period from December 1, 2020 through and including December 31, 2020 is referred to herein as the "**Fee Period**."

payment of $2,211.59 for the actual, necessary expenses that WilmerHale incurred in connection

with rendering such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.     Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees

incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and

paraprofessionals during the Fee Period with respect to each of the project categories

WilmerHale established in accordance with its internal billing procedures.  As reflected in

**Exhibit A**, WilmerHale incurred $400,246.70 in fees during the Fee Period and, pursuant to its

agreement with Purdue Pharma, L.P., reduced that amount to $340,209.69.  Pursuant to this Fee

Statement, WilmerHale seeks compensation for 80% of such fees, totaling $272,167.75.

2.     Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and

paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who

rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period

and the title, hourly rate, aggregate hours worked and the amount of fees earned by each

professional.  The blended hourly billing rate of attorneys for all services provided during the

Fee Period is $847.10.[4]  The blended hourly billing rate of all paraprofessionals is $382.92.[5]

3.     Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or

disbursed in the amount of $2,211.59 in connection with providing professional services to the

Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's

direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.

Only the clients for whom the services are actually used are separately charged for such services.

The effect of including such expenses as part of the hourly billing rates would unfairly impose

---

[4]  The blended hourly billing rate of $847.10 for attorneys is derived by dividing the total fees for attorneys of
$377,807.70 by the total hours of 446.00.

[5]  The blended hourly billing rate of $382.92 for paraprofessionals is similarly derived by dividing the total fees for
paraprofessionals of $22,439.00 by the total hours of 58.60.

3

additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.      Attached hereto as **Exhibit D** are the related invoices showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

## Notice

5.      WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of **$272,167.75**, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $340,209.69), and (ii) payment of **$2,211.59** for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

4

Dated: February 11, 2021

By:     /s/ George W. Shuster, Jr.
        WILMER CUTLER PICKERING
        HALE AND DORR LLP

        George W. Shuster, Jr.
        7 World Trade Center
        New York, NY 10007
        Telephone: (212) 937-7518
        Facsimile: (212) 230-8888

        Alyssa DaCunha
        1875 Pennsylvania Avenue, N.W.
        Washington, D.C. 20006
        Telephone: (202) 663-6000
        Facsimile: (202) 663-6363

        *Special Counsel to the Debtors and Debtors
        in Possession*

## Exhibit A

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee and Retention Applications (B160) | 23.00 | 14,493.50 |
| Congressional Investigation (L120) | 481.60 | 385,753.20 |
| **Total** | **504.60** | **$400,246.70** |
| **Less Agreed Reduction** | | **-$60,037.01** |
| **GRAND TOTAL** | **504.60** | **$340,209.69** |

## Exhibit B

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs. | 965.00 | 93.80 | 90,517.00 |
| Aaron Zebley | Partner; joined firm in 2014; admitted to NY Bar since 1977 and DC Bar since 2014; Litigation / Controversy; Regulatory and Government Affairs. | 1,029.00 | 100.30 | 103,208.70 |
| **Partners Total** | | | **194.10** | **$193,725.70** |
| **Counsel** | | | | |
| Kaitlyn A. Ferguson | Counsel; joined firm in 2020; admitted to NY Bar since 2013 and DC Bar since 2014; Regulatory and Government Affairs. | 955.00 | 5.70 | 5,443.50 |
| Lauren Lifland | Counsel; joined firm in 2016; admitted to NY Bar since 2012; Bankruptcy & Financial Restructuring. | 1,040.00 | 3.90 | 4,056.00 |
| **Counsel Total** | | | **9.60** | **$9,499.50** |
| **Associates & Attorneys** | | | | |
| Ridge M. Blanchard | Associate; joined firm in 2016; admitted to MA Bar since 2017 and DC Bar since 2018; Regulatory and Government Affairs. | 730.00 | 70.50 | 51,465.00 |

---

[1] WilmerHale increased its standard billing rates for certain professionals effective as of September 1, 2020 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 525.00 | 1.30 | 682.50 |
| Lydia M. Lichlyter | Associate; joined firm in 2017; admitted to DC Bar since 2019; Regulatory and Government Affairs. | 655.00 | 5.80 | 3,799.00 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs. | 860.00 | 91.50 | 78,690.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 690.00 | 2.40 | 1,656.00 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 550.00 | 68.20 | 37,510.00 |
| Phoebe Stroede | Sr. Discovery Attorney; joined firm in 2013; admitted to OH Bar since 2012; Discovery Solutions. | 300.00 | 2.60 | 780.00 |
| **Associates & Attorneys Total** | | | **242.30** | **$174,582.50** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Paralegal; joined firm in 2015; Litigation / Controversy. | 385.00 | 12.20 | 4,697.00 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 275.00 | 11.80 | 3,245.00 |

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Hourly Billing Rate (as negotiated)[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karen Rutherford | Research and Reference Specialist; joined firm in 2016; Library and Research Services. | 415.00 | 0.20 | 83.00 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 545.00 | 14.70 | 8,011.50 |
| Saige Wenik | Sr. Project Assistant; joined firm in 2017; Litigation / Controversy. | 325.00 | 19.70 | 6,402.50 |
| **Paraprofessionals Total** | | | **58.60** | **$22,439.00** |
| **TOTAL** | | | **504.60** | **$400,246.70** |
| **Less Agreed Reduction** | | | | **-$60,037.01** |
| **GRAND TOTAL** | | | **504.60** | **$340,209.69** |

## Exhibit C

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|------------------|---------------|
| Courier Services | 1,239.74 |
| Court Services | 70.00 |
| Document Printing Color[1] | 393.90 |
| Federal Express | 507.95 |
| **TOTAL** | **$2,211.59** |

---

[1] WilmerHale charged $0.10 per page for color document printing and $0.00 per page for printing in black and white.

## **Exhibit D**

**Detailed Time Records and Expenses**

# WILMERHALE ⟨WH⟩

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ▮
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 01/29/21 |
| Invoice No. | 2621527 |
| Matter No. | 1653300-00137 |

FOR LEGAL SERVICES RENDERED through December 31, 2020 in connection with the Fee and
Retention Applications matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 14,493.50 |
| Less: 15% Discount | | -2,174.03 |
| Total Disbursements | | 129.62 |
| **Total Amount Due** | **$** | **12,449.09** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ▮

Routing Number: ▮

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00137

Purdue Pharma, L.P.
Fee and Retention Applications

Invoice No. 2621527
Invoice Date 01/29/21
Legal Services through December 31, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/01/20 | Thompson, Yolande | 0.10 | Review emails from Ms. MacDonald and Ms. Moore re September invoices |
| 12/01/20 | Thompson, Yolande | 0.30 | Finalize draft Amended Fee Statement for September 2020 for attorney review |
| 12/01/20 | Thompson, Yolande | 0.60 | Finalize draft Amended Third Interim Fee Application for attorney review |
| 12/01/20 | Thompson, Yolande | 0.10 | Email to Ms. Pierce re amended documents for attorney review |
| 12/01/20 | Thompson, Yolande | 0.10 | Emails with Ms. Moore re confirming whether client has approved rates in revised September invoices |
| 12/02/20 | Pierce, Allyson | 0.10 | Email to Mr. Shuster and Ms. DaCunha re revisions to September fee statement and interim fee application |
| 12/02/20 | Pierce, Allyson | 0.20 | Review and respond to email from Ms. Thompson re revisions to September fee statement and interim fee application |
| 12/02/20 | Thompson, Yolande | 0.20 | Finalize Amended Eleventh Monthly Fee Statement for filing |
| 12/02/20 | Thompson, Yolande | 0.20 | Prepare Certificate of Service for filed amended documents |
| 12/02/20 | Thompson, Yolande | 0.10 | Review emails among attorneys re approval of amended September fee statement and amended interim fee application |
| 12/02/20 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re filing Notice of Withdrawal of Reginald Brown |
| 12/02/20 | Thompson, Yolande | 0.20 | E-file Amended Third Interim Fee Application |
| 12/02/20 | Thompson, Yolande | 0.10 | Review Notice of Withdrawal |
| 12/02/20 | Thompson, Yolande | 0.10 | Serve filed amended documents upon notice parties via email |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00137               Fee and Retention Applications

Invoice No. 2621527
Invoice Date 01/29/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/02/20 | Thompson, Yolande | 0.10 | Email to Ms. Nobis, Fee Coordinator to Fee Examiner, enclosing LEDES files for Amended Eleventh Fee Statement |
| 12/02/20 | Thompson, Yolande | 0.10 | Emails with Ms. MacDonald re amended fee statement for September and status of payment for same |
| 12/02/20 | Thompson, Yolande | 0.10 | Emails with Ms. Moore re LEDES files for amended September fee statement |
| 12/02/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service for amended documents |
| 12/02/20 | Thompson, Yolande | 0.10 | Coordinate with Office Services re sending filed documents to Chambers and notice parties via FedEx and first class mail |
| 12/02/20 | Thompson, Yolande | 0.20 | Download, update files with filed documents |
| 12/02/20 | Thompson, Yolande | 0.20 | E-file Amended Eleventh Monthly Fee Statement |
| 12/02/20 | Thompson, Yolande | 0.20 | E-file Notice of Withdrawal |
| 12/02/20 | Thompson, Yolande | 0.10 | Prepare Certificate of Service for Notice of Withdrawal |
| 12/02/20 | Thompson, Yolande | 0.50 | Finalize Amended Third Interim Fee Application for filing |
| 12/02/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service for Notice of Withdrawal |
| 12/02/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| 12/03/20 | Thompson, Yolande | 0.10 | Email draft fee statement with invoices to Ms. Pierce for attorney review and approval |
| 12/03/20 | Thompson, Yolande | 2.00 | Prepare draft monthly fee statement for October with related exhibits |
| 12/03/20 | Thompson, Yolande | 0.30 | Review finalized invoices for October 2020 |
| 12/07/20 | Lannon, William E. | 0.90 | Redact Fee Statement |
| 12/07/20 | Pierce, Allyson | 0.10 | Circulate draft fee statement for revision and redaction to Ms. DaCunha and Mr. Shuster |
| 12/07/20 | Pierce, Allyson | 0.10 | Communicate with Ms. Thompson re filing October fee statement |
| 12/07/20 | Pierce, Allyson | 0.30 | Review draft October fee statement |
| 12/07/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re fee statement for October |

Client No. 1653300
Matter No. 1653300-00137

Purdue Pharma, L.P.
Fee and Retention Applications

Invoice No. 2621527
Invoice Date 01/29/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/07/20 | Thompson, Yolande | 0.10 | Download, update files with filed Fee Statement and related Certificate of Service |
| 12/07/20 | Thompson, Yolande | 0.10 | Serve fee statement upon notice parties via email |
| 12/07/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 12/07/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| 12/07/20 | Thompson, Yolande | 0.30 | Revise, finalize October fee statement and exhibits for filing |
| 12/07/20 | Thompson, Yolande | 0.10 | Review redacted invoice |
| 12/07/20 | Thompson, Yolande | 0.10 | Prepare Certificate of Service for fee statement |
| 12/07/20 | Thompson, Yolande | 0.20 | E-file Twelfth Monthly Fee Statement |
| 12/07/20 | Thompson, Yolande | 0.10 | Review emails from Ms. DaCunha, Ms. Pierce, and Mr. Lannon re October fee statement and redacted invoice |
| 12/07/20 | Thompson, Yolande | 0.10 | Coordinate with Office Services re sending filed fee statement to Chambers and notice parties via FedEx and first class mail |
| 12/07/20 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re revision to and authorization to file fee statement |
| 12/08/20 | Thompson, Yolande | 0.10 | Email to Ms. Moore in Accounting re LEDES files for October invoices |
| 12/09/20 | Thompson, Yolande | 0.10 | Email to Ms. Nobis, Fee Review Coordinator for Fee Examiner, enclosing LEDES data for October fee statement |
| 12/09/20 | Thompson, Yolande | 0.10 | Emails with Ms. Moore re LEDES files for October fee statement |
| 12/11/20 | Pierce, Allyson | 0.20 | Review and respond to emails from Ms. DaCunha and Mr. Shuster re upcoming hearing on interim fee application |
| 12/11/20 | Thompson, Yolande | 0.10 | Review emails from Mr. Shuster and Ms. Pierce re fee hearing |
| 12/13/20 | Pierce, Allyson | 0.10 | Emails with Ms. Lifland and Mr. Shuster re attendance at upcoming hearing |
| 12/14/20 | Lifland, Lauren | 0.40 | Review additional pleadings and correspondence in preparation for fee application hearing |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00137                    Fee and Retention Applications

Invoice No. 2621527
Invoice Date 01/29/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/14/20 | Lifland, Lauren | 0.50 | Call with Mr. Shuster and Ms. Pierce re: fee application hearing |
| 12/14/20 | Lifland, Lauren | 0.50 | Review fee applications in connection with interim fee application hearing |
| 12/14/20 | Lifland, Lauren | 0.20 | Emails with Mr. Shuster and Ms. Pierce re: interim fee application hearing |
| 12/14/20 | Pierce, Allyson | 0.10 | Communicate with Mr. Shuster and Ms. Lifland re attendance at upcoming hearing |
| 12/14/20 | Pierce, Allyson | 0.50 | Call with Mr. Shuster and Ms. Lifland re upcoming fee hearing |
| 12/14/20 | Pierce, Allyson | 0.10 | Email to Ms. Lifland enclosing relevant documents for upcoming hearing |
| 12/14/20 | Thompson, Yolande | 0.10 | Schedule Ms. Lifland's telephonic participation in December 15th hearing via CourtSolutions |
| 12/14/20 | Thompson, Yolande | 0.10 | Review emails from Mr. Shuster and Mr. Klauder re clarifying WilmerHale fee amounts for hearing |
| 12/14/20 | Thompson, Yolande | 0.10 | Review CourtSolutions approval email |
| 12/14/20 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce and Ms. Lifland re telephonic participation in hearing on interim fee applications |
| 12/15/20 | Lifland, Lauren | 0.20 | Emails with Wilmer team re: summary of fee application hearing |
| 12/15/20 | Lifland, Lauren | 1.70 | Attend interim fee application hearing |
| 12/15/20 | Lifland, Lauren | 0.40 | Prepare for interim fee application hearing |
| 12/16/20 | Thompson, Yolande | 0.10 | Email to Ms. Pierce enclosing draft fee statement for November with invoices |
| 12/16/20 | Thompson, Yolande | 2.80 | Prepare draft Monthly Fee Statement for November 2020 with exhibits |
| 12/16/20 | Thompson, Yolande | 0.10 | Email to Ms. MacDonald re reduction in fees for June to September, 2020 |
| 12/16/20 | Thompson, Yolande | 0.10 | Review Omnibus Order Granting Third Interim Fee Applications |
| 12/16/20 | Thompson, Yolande | 0.30 | Review final invoices for November 2020 |

Client No. 1653300
Matter No. 1653300-00137

Purdue Pharma, L.P.
Fee and Retention Applications

Invoice No. 2621527
Invoice Date 01/29/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/16/20 | Thompson, Yolande | 0.10 | Download, update files with Omnibus Order Granting Third Interim Fee Applications |
| 12/21/20 | Thompson, Yolande | 0.10 | Review bankruptcy docket to confirm that no objections were filed to October fee statement |
| 12/21/20 | Thompson, Yolande | 0.10 | Emails with Ms. MacDonald re confirming that no any objections were filed with respect to October fee statement |
| 12/21/20 | Thompson, Yolande | 0.10 | Emails with Ms. MacDonald re credit for second interim period |
| 12/21/20 | Thompson, Yolande | 0.10 | Emails with Ms. Moore in Accounting re credit for second interim period |
| 12/22/20 | Pierce, Allyson | 0.20 | Review draft November fee statement |
| 12/22/20 | Pierce, Allyson | 0.10 | Email to Ms. DaCunha and Mr. Shuster re draft November fee statement |
| 12/22/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Ms. DaCunha re November fee statement |
| 12/28/20 | Lannon, William E. | 1.10 | Redact Fee Statement |
| 12/28/20 | Pierce, Allyson | 0.20 | Communicate with Mr. Shuster, Ms. DaCunha, and Ms. Thompson re monthly fee statement |
| 12/28/20 | Pierce, Allyson | 0.10 | Review finalized version of monthly fee statement |
| 12/28/20 | Thompson, Yolande | 0.20 | Review redacted invoice for November |
| 12/28/20 | Thompson, Yolande | 0.30 | Finalize November fee statement with exhibits for attorney approval |
| 12/28/20 | Thompson, Yolande | 0.10 | Email to Mr. Shuster and Ms. Pierce re final approval of November fee statement |
| 12/28/20 | Thompson, Yolande | 0.10 | Review email from Mr. Lannon re redacted invoice for November |
| 12/29/20 | Thompson, Yolande | 0.10 | Email to Ms. Pierce re November fee statement |
| 12/29/20 | Thompson, Yolande | 0.20 | E-file Monthly Fee Statement for November 2020 |
| 12/29/20 | Thompson, Yolande | 0.10 | Prepare Certificate of Service for fee statement |
| 12/29/20 | Thompson, Yolande | 0.10 | Download, update files with filed Fee Statement and related Certificate of Service |

Client No. 1653300
Matter No. 1653300-00137

Purdue Pharma, L.P.
Fee and Retention Applications

Invoice No. 2621527
Invoice Date 01/29/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/29/20 | Thompson, Yolande | 0.10 | Coordinate with Office Services re sending filed fee statement to Chambers and notice parties via FedEx and first class mail |
| 12/29/20 | Thompson, Yolande | 0.10 | Emails with Ms. Moore re LEDES files for November invoices |
| 12/29/20 | Thompson, Yolande | 0.10 | Prepare service materials |
| 12/29/20 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 12/29/20 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce, Ms. DaCunha, and Mr. Shuster re final approval of November fee statement |
| 12/29/20 | Thompson, Yolande | 0.10 | Serve fee statement upon notice parties via email |
| 12/29/20 | Thompson, Yolande | 0.10 | Email to Ms. Nobis, Fee Review Coordinator for Fee Examiner, enclosing LEDES data for November fee statement |

**Total**                       **23.00**

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2621527
Invoice Date 01/29/21
Legal Services through December 31, 2020

| Date | Cost | Description |
|------|------|-------------|
| 12/09/20 | 14.85 | Federal Express Corp; Invoice# 718480627 (Nov-17, 2020); Inv#718480627 398851100003 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| 12/09/20 | 14.85 | Federal Express Corp; Invoice# 719127680 (Nov-24, 2020); Inv#719127680 398999825301 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| 12/21/20 | 14.92 | Federal Express Corp; Invoice# 720629841 (Dec-08, 2020); Inv#720629841 399727147592 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| 12/28/20 | 15.00 | Federal Express Corp; Invoice# 721349876 (Dec-15, 2020); Inv#721349876 781033399502 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
|  | **59.62** |  |
| 12/23/20 | 70.00 | Court Costs, Yolande Thompson, 12/15/20, INV: 4393638212231353; Payment for Ms. Lifland's telephonic participation in December 15, 2020 hearing. COURTSOLUTIONS NEW YORK NY |
|  | **70.00** |  |

Total Disbursements      $    **129.62**

Client No. 1653300                 Purdue Pharma, L.P.
Matter No. 1653300-00137           Fee and Retention Applications

Invoice No. 2621527
Invoice Date 01/29/21
Legal Services through December 31, 2020

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Lifland, Lauren | 3.90 | 1,040.00 | 4,056.00 |
| Pierce, Allyson | 2.40 | 690.00 | 1,656.00 |
| Thompson, Yolande | 14.70 | 545.00 | 8,011.50 |
| Lannon, William E. | 2.00 | 385.00 | 770.00 |
| **Total Legal Services** | **23.00** | | **$14,493.50** |

**DISBURSEMENTS**

| Description | Total |
|---|---|
| FEDERAL EXPRESS | 59.62 |
| COURT SERVICES | 70.00 |
| **Total Disbursements** | **$129.62** |

# WILMERHALE

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 01/31/21 |
| Invoice No. | 2621520 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through December 31, 2020 in connection with the Post Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 385,753.20 |
| Less:  15% Discount | | -57,862.98 |
| Total Disbursements | | 2,081.97 |
| **Total Amount Due** | **$** | **329,972.19** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: ███████

Routing Number: ███████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **L120 - Analysis/Strategy** | | | |
| 12/01/20 | Blanchard, Ridge M. | 0.30 | Confer with █████████ |
| 12/01/20 | Blanchard, Ridge M. | 2.00 | Participate ██████ |
| 12/01/20 | Blanchard, Ridge M. | 8.40 | Draft ██████ |
| 12/01/20 | DaCunha, Alyssa | 1.00 | Participate ██████ |
| 12/01/20 | DaCunha, Alyssa | 2.10 | Revise ██████ |
| 12/01/20 | DaCunha, Alyssa | 0.80 | Participate ██████ |
| 12/01/20 | DaCunha, Alyssa | 1.70 | Multiple communications with ██████ |
| 12/01/20 | DaCunha, Alyssa | 3.20 | Revise ██████ |
| 12/01/20 | DaCunha, Alyssa | 1.00 | Participate ██████ |
| 12/01/20 | Ferguson, Kaitlyn A. | 1.60 | Revise ██████ |
| 12/01/20 | Ferguson, Kaitlyn A. | 0.70 | Revise ██████ |
| 12/01/20 | Ferguson, Kaitlyn A. | 1.00 | Address ██████ |
| 12/01/20 | Ferguson, Kaitlyn A. | 0.40 | Confer with ██████ |
| 12/01/20 | Ferguson, Kaitlyn A. | 0.40 | Prepare ██████ |
| 12/01/20 | Hromada, Patricia | 0.60 | Email communications with ██████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/01/20 | Lichlyter, Lydia M. | 4.30 | Prepare ███████████████████ |
| 12/01/20 | Menz, Sheila E. | 1.80 | Strategize ████████████████ |
| 12/01/20 | Menz, Sheila E. | 1.30 | Draft ████████████ |
| 12/01/20 | Menz, Sheila E. | 2.20 | Revise ██████████████████ |
| 12/01/20 | Menz, Sheila E. | 2.00 | Participate █████████████ |
| 12/01/20 | Menz, Sheila E. | 2.50 | Analyze ███████████ |
| 12/01/20 | Rockett, Elizabeth W. | 0.70 | Complete ██████████████ |
| 12/01/20 | Satten-Lopez, Elena M. | 2.20 | Draft ██████████████████ |
| 12/01/20 | Satten-Lopez, Elena M. | 2.30 | Prepare ████████████ |
| 12/01/20 | Satten-Lopez, Elena M. | 0.40 | Confer with ████████████ |
| 12/01/20 | Satten-Lopez, Elena M. | 1.40 | Review ████████████████████ |
| 12/01/20 | Satten-Lopez, Elena M. | 0.50 | Update ████████████ |
| 12/01/20 | Wenik, Saige | 0.20 | Prepare ████████ |
| 12/01/20 | Zebley, Aaron | 1.20 | Teleconference with ██████████ |
| 12/01/20 | Zebley, Aaron | 0.40 | Teleconference with ████████ |
| 12/01/20 | Zebley, Aaron | 0.60 | Revise ███████ |
| 12/01/20 | Zebley, Aaron | 1.00 | Review ███████ |
| 12/01/20 | Zebley, Aaron | 1.10 | Revise ██████████ |
| 12/01/20 | Zebley, Aaron | 0.70 | Revise ████████ |
| 12/01/20 | Zebley, Aaron | 0.80 | Revise ██████ |
| 12/01/20 | Zebley, Aaron | 1.40 | Review ██████████████ |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00136              Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/01/20 | Zebley, Aaron | 1.40 | Review |
| 12/01/20 | Zebley, Aaron | 1.30 | Review |
| 12/01/20 | Zebley, Aaron | 0.80 | Review |
| 12/01/20 | Zebley, Aaron | 0.30 | Prepare |
| 12/02/20 | Blanchard, Ridge M. | 4.10 | Draft |
| 12/02/20 | DaCunha, Alyssa | 0.50 | Telecon with |
| 12/02/20 | DaCunha, Alyssa | 1.80 | Revise |
| 12/02/20 | DaCunha, Alyssa | 0.50 | Multiple communications with |
| 12/02/20 | Ferguson, Kaitlyn A. | 0.20 | Provide |
| 12/02/20 | Ferguson, Kaitlyn A. | 0.50 | Revise |
| 12/02/20 | Lannon, William E. | 0.70 | File |
| 12/02/20 | Lichlyter, Lydia M. | 0.50 | Prepare |
| 12/02/20 | Menz, Sheila E. | 0.80 | Strategize with |
| 12/02/20 | Menz, Sheila E. | 0.80 | Further |
| 12/02/20 | Menz, Sheila E. | 1.50 | Revise |
| 12/02/20 | Menz, Sheila E. | 2.20 | Incorporate |
| 12/02/20 | Menz, Sheila E. | 0.30 | Correspond with |
| 12/02/20 | Menz, Sheila E. | 0.30 | Call with |
| 12/02/20 | Menz, Sheila E. | 0.20 | Incorporate |
| 12/02/20 | Rockett, Elizabeth W. | 0.70 | Complete |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/02/20 | Satten-Lopez, Elena M. | 0.30 | Prepare |
| 12/02/20 | Satten-Lopez, Elena M. | 1.10 | Revise |
| 12/02/20 | Satten-Lopez, Elena M. | 2.00 | Draft |
| 12/02/20 | Wenik, Saige | 0.40 | File |
| 12/02/20 | Zebley, Aaron | 0.50 | Review |
| 12/02/20 | Zebley, Aaron | 0.30 | Revise |
| 12/02/20 | Zebley, Aaron | 0.80 | Revise |
| 12/02/20 | Zebley, Aaron | 1.20 | Review |
| 12/02/20 | Zebley, Aaron | 0.80 | Finalize |
| 12/02/20 | Zebley, Aaron | 0.20 | Review |
| 12/02/20 | Zebley, Aaron | 0.30 | Teleconference with |
| 12/02/20 | Zebley, Aaron | 0.70 | Review |
| 12/02/20 | Zebley, Aaron | 0.40 | Teleconference with |
| 12/03/20 | Blanchard, Ridge M. | 0.60 | Confer with |
| 12/03/20 | DaCunha, Alyssa | 0.60 | Telecon with |
| 12/03/20 | DaCunha, Alyssa | 0.80 | Revise |
| 12/03/20 | Ferguson, Kaitlyn A. | 0.60 | Participate |
| 12/03/20 | Hromada, Patricia | 0.50 | Analyze |
| 12/03/20 | Lannon, William E. | 0.80 | File |
| 12/03/20 | Lichlyter, Lydia M. | 0.60 | Call |
| 12/03/20 | Menz, Sheila E. | 0.50 | Strategize |
| 12/03/20 | Menz, Sheila E. | 0.40 | Confer with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/03/20 | Menz, Sheila E. | 0.80 | Correspondence with |
| 12/03/20 | Menz, Sheila E. | 0.70 | Analyze |
| 12/03/20 | Menz, Sheila E. | 0.80 | Draft |
| 12/03/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 12/03/20 | Satten-Lopez, Elena M. | 1.20 | Revise |
| 12/03/20 | Satten-Lopez, Elena M. | 0.60 | Confer with |
| 12/03/20 | Stroede, Phoebe | 0.20 | Confirm |
| 12/03/20 | Wenik, Saige | 3.80 | Prepare |
| 12/03/20 | Zebley, Aaron | 0.30 | Revise |
| 12/03/20 | Zebley, Aaron | 0.90 | Teleconference with |
| 12/03/20 | Zebley, Aaron | 0.70 | Review |
| 12/04/20 | Lannon, William E. | 0.40 | File |
| 12/04/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 12/04/20 | Wenik, Saige | 2.80 | Prepare |
| 12/05/20 | DaCunha, Alyssa | 0.50 | Review |
| 12/05/20 | Menz, Sheila E. | 0.20 | Analyze |
| 12/07/20 | DaCunha, Alyssa | 0.50 | Revise |
| 12/07/20 | DaCunha, Alyssa | 0.70 | Discuss |
| 12/07/20 | Menz, Sheila E. | 0.30 | Communicate with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/07/20 | Menz, Sheila E. | 0.10 | Communicate with ██████ |
| 12/07/20 | Menz, Sheila E. | 0.10 | Review ██████ |
| 12/07/20 | Rockett, Elizabeth W. | 0.70 | Complete ██████ |
| 12/07/20 | Satten-Lopez, Elena M. | 1.20 | Update ██████ |
| 12/07/20 | Wenik, Saige | 1.20 | Prepare ██████ |
| 12/07/20 | Zebley, Aaron | 2.20 | Review ██████ |
| 12/07/20 | Zebley, Aaron | 3.50 | Review ██████ |
| 12/08/20 | Blanchard, Ridge M. | 0.40 | Confer with ██████ |
| 12/08/20 | Blanchard, Ridge M. | 0.70 | Confer with ██████ |
| 12/08/20 | DaCunha, Alyssa | 0.50 | Telecon with ██████ |
| 12/08/20 | DaCunha, Alyssa | 1.80 | Multiple communications with ██████ |
| 12/08/20 | DaCunha, Alyssa | 0.30 | Revise ██████ |
| 12/08/20 | DaCunha, Alyssa | 2.00 | Revise ██████ |
| 12/08/20 | DaCunha, Alyssa | 0.80 | Telecon with ██████ |
| 12/08/20 | DaCunha, Alyssa | 1.00 | Participate ██████ |
| 12/08/20 | Ferguson, Kaitlyn A. | 0.30 | Participate ██████ |
| 12/08/20 | Lannon, William E. | 1.90 | Prepare ██████ |
| 12/08/20 | Lannon, William E. | 0.80 | File ██████ |
| 12/08/20 | Lichlyter, Lydia M. | 0.40 | Call with ██████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/08/20 | Menz, Sheila E. | 2.70 | Update █████████████████ |
| 12/08/20 | Menz, Sheila E. | 0.40 | Revise ████████████ |
| 12/08/20 | Menz, Sheila E. | 0.80 | Strategize ████████████████ |
| 12/08/20 | Menz, Sheila E. | 0.10 | Analyze █████████████ |
| 12/08/20 | Menz, Sheila E. | 0.50 | Confer with █████████████ |
| 12/08/20 | Menz, Sheila E. | 0.50 | Participate ██████████████ |
| 12/08/20 | Menz, Sheila E. | 0.30 | Confer with █████████████ |
| 12/08/20 | Menz, Sheila E. | 0.10 | Correspondence with ██████████ |
| 12/08/20 | Menz, Sheila E. | 0.50 | Participate ███████████████████ |
| 12/08/20 | Menz, Sheila E. | 0.30 | Revise ████████████████ |
| 12/08/20 | Rockett, Elizabeth W. | 0.70 | Complete ███████████████ |
| 12/08/20 | Satten-Lopez, Elena M. | 0.70 | Confer with █████████████████ |
| 12/08/20 | Satten-Lopez, Elena M. | 1.40 | Update ██████████ |
| 12/08/20 | Satten-Lopez, Elena M. | 0.20 | Confer with ██████████████ |
| 12/08/20 | Satten-Lopez, Elena M. | 2.10 | Review █████████████ |
| 12/08/20 | Zebley, Aaron | 0.50 | Teleconference with ██████████████ |
| 12/08/20 | Zebley, Aaron | 0.40 | Revise ████████ |
| 12/08/20 | Zebley, Aaron | 0.50 | Identify █████████████ |
| 12/08/20 | Zebley, Aaron | 0.70 | Revise ███████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/08/20 | Zebley, Aaron | 0.60 | Teleconference with ███████████ |
| 12/08/20 | Zebley, Aaron | 0.60 | Review ███████████ |
| 12/08/20 | Zebley, Aaron | 0.20 | Prepare ███████████ |
| 12/08/20 | Zebley, Aaron | 1.20 | Review ███████████ |
| 12/08/20 | Zebley, Aaron | 0.80 | Teleconference with ███████████ |
| 12/08/20 | Zebley, Aaron | 0.40 | Correspond with ███████████ |
| 12/08/20 | Zebley, Aaron | 0.20 | Teleconference with ███████████ |
| 12/08/20 | Zebley, Aaron | 1.40 | Complete ███████████ |
| 12/08/20 | Zebley, Aaron | 0.10 | Teleconference with ███████████ |
| 12/09/20 | Blanchard, Ridge M. | 1.30 | Confer with ███████████ |
| 12/09/20 | Blanchard, Ridge M. | 8.70 | Draft ███████████ |
| 12/09/20 | DaCunha, Alyssa | 3.60 | Revise ███████████ |
| 12/09/20 | DaCunha, Alyssa | 1.40 | Revise ███████████ |
| 12/09/20 | DaCunha, Alyssa | 1.10 | Telecon with ███████████ |
| 12/09/20 | DaCunha, Alyssa | 0.30 | Review ███████████ |
| 12/09/20 | DaCunha, Alyssa | 0.80 | Participate ███████████ |
| 12/09/20 | DaCunha, Alyssa | 0.50 | Revise ███████████ |
| 12/09/20 | DaCunha, Alyssa | 1.80 | Multiple communications with ███████████ |
| 12/09/20 | Lannon, William E. | 2.00 | Prepare ███████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/09/20 | Lannon, William E. | 0.70 | File |
| 12/09/20 | Menz, Sheila E. | 0.40 | Revise |
| 12/09/20 | Menz, Sheila E. | 3.20 | Revise |
| 12/09/20 | Menz, Sheila E. | 0.50 | Multiple correspondence with |
| 12/09/20 | Menz, Sheila E. | 1.20 | Proofread |
| 12/09/20 | Menz, Sheila E. | 0.40 | Analyze |
| 12/09/20 | Menz, Sheila E. | 0.20 | Revise |
| 12/09/20 | Menz, Sheila E. | 1.50 | Strategize with |
| 12/09/20 | Menz, Sheila E. | 0.40 | Revise |
| 12/09/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 12/09/20 | Satten-Lopez, Elena M. | 1.20 | Confer with |
| 12/09/20 | Satten-Lopez, Elena M. | 1.20 | Draft |
| 12/09/20 | Satten-Lopez, Elena M. | 5.50 | Revise |
| 12/09/20 | Wenik, Saige | 0.10 | Confer with |
| 12/09/20 | Zebley, Aaron | 0.20 | Revise |
| 12/09/20 | Zebley, Aaron | 0.20 | Revise |
| 12/09/20 | Zebley, Aaron | 0.30 | Review |
| 12/09/20 | Zebley, Aaron | 1.10 | Review |

Client No. 1653300                  Purdue Pharma, L.P.
Matter No. 1653300-00136            Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/09/20 | Zebley, Aaron | 1.70 | Review |
| 12/09/20 | Zebley, Aaron | 0.50 | Review |
| 12/09/20 | Zebley, Aaron | 0.50 | Correspond with |
| 12/09/20 | Zebley, Aaron | 0.80 | Teleconference with |
| 12/10/20 | Blanchard, Ridge M. | 5.10 | Draft |
| 12/10/20 | Blanchard, Ridge M. | 0.30 | Confer with |
| 12/10/20 | DaCunha, Alyssa | 0.20 | Respond |
| 12/10/20 | DaCunha, Alyssa | 2.10 | Participate |
| 12/10/20 | DaCunha, Alyssa | 3.20 | Revise |
| 12/10/20 | DaCunha, Alyssa | 0.40 | Draft |
| 12/10/20 | DaCunha, Alyssa | 0.50 | Research |
| 12/10/20 | Lannon, William E. | 1.00 | Prepare |
| 12/10/20 | Menz, Sheila E. | 0.50 | Prep call with |
| 12/10/20 | Menz, Sheila E. | 0.50 | Analyze |
| 12/10/20 | Menz, Sheila E. | 1.20 | Email correspondence with |
| 12/10/20 | Menz, Sheila E. | 1.30 | Strategize |
| 12/10/20 | Menz, Sheila E. | 0.20 | Strategize |
| 12/10/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 12/10/20 | Rutherford, Karen | 0.20 | Retrieve |
| 12/10/20 | Satten-Lopez, Elena M. | 0.60 | Revise |
| 12/10/20 | Satten-Lopez, Elena M. | 2.70 | Revise |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/10/20 | Satten-Lopez, Elena M. | 0.90 | Review |
| 12/10/20 | Stroede, Phoebe | 1.10 | Perform |
| 12/10/20 | Zebley, Aaron | 1.70 | Revise |
| 12/10/20 | Zebley, Aaron | 0.30 | Correspond with |
| 12/10/20 | Zebley, Aaron | 3.30 | Review |
| 12/10/20 | Zebley, Aaron | 0.60 | Correspond with g |
| 12/10/20 | Zebley, Aaron | 1.50 | Draft |
| 12/10/20 | Zebley, Aaron | 0.70 | Review |
| 12/11/20 | Blanchard, Ridge M. | 2.50 | Participate |
| 12/11/20 | Blanchard, Ridge M. | 0.70 | Prep |
| 12/11/20 | Blanchard, Ridge M. | 3.00 | Draft |
| 12/11/20 | DaCunha, Alyssa | 2.50 | Participate |
| 12/11/20 | DaCunha, Alyssa | 1.20 | Revise |
| 12/11/20 | DaCunha, Alyssa | 0.40 | Revise |
| 12/11/20 | DaCunha, Alyssa | 1.70 | Draft |
| 12/11/20 | DaCunha, Alyssa | 1.60 | Revise |
| 12/11/20 | DaCunha, Alyssa | 0.20 | Revise |
| 12/11/20 | Menz, Sheila E. | 2.50 | Participate |
| 12/11/20 | Menz, Sheila E. | 0.50 | Strategize |
| 12/11/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 12/11/20 | Satten-Lopez, Elena M. | 0.60 | Confer with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/11/20 | Satten-Lopez, Elena M. | 0.80 | Confer with ▮ |
| 12/11/20 | Satten-Lopez, Elena M. | 2.60 | Participate ▮ |
| 12/11/20 | Satten-Lopez, Elena M. | 2.30 | Revise ▮ |
| 12/11/20 | Wenik, Saige | 2.80 | Assist ▮ |
| 12/11/20 | Wenik, Saige | 0.30 | Confer with ▮ |
| 12/11/20 | Zebley, Aaron | 2.50 | Revise ▮ |
| 12/11/20 | Zebley, Aaron | 2.50 | Conduct ▮ |
| 12/11/20 | Zebley, Aaron | 0.30 | Prepare ▮ |
| 12/11/20 | Zebley, Aaron | 2.70 | Review ▮ |
| 12/12/20 | Blanchard, Ridge M. | 2.50 | Participate ▮ |
| 12/12/20 | Blanchard, Ridge M. | 0.40 | Confer with ▮ |
| 12/12/20 | Blanchard, Ridge M. | 1.10 | Draft ▮ |
| 12/12/20 | Blanchard, Ridge M. | 0.80 | Prepare ▮ |
| 12/12/20 | DaCunha, Alyssa | 0.80 | Multiple communications with ▮ |
| 12/12/20 | DaCunha, Alyssa | 2.50 | Participate ▮ |
| 12/12/20 | DaCunha, Alyssa | 1.10 | Prepare ▮ |
| 12/12/20 | DaCunha, Alyssa | 2.30 | Revise ▮ |
| 12/12/20 | DaCunha, Alyssa | 0.40 | Telecon with ▮ |
| 12/12/20 | Menz, Sheila E. | 0.80 | Strategize with ▮ |
| 12/12/20 | Menz, Sheila E. | 0.50 | Strategize with ▮ |
| 12/12/20 | Menz, Sheila E. | 1.10 | Harmonize ▮ |
| 12/12/20 | Menz, Sheila E. | 2.50 | Participate ▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/12/20 | Satten-Lopez, Elena M. | 0.40 | Confer with ███████████████████ |
| 12/12/20 | Satten-Lopez, Elena M. | 0.10 | Confer with ████████████ |
| 12/12/20 | Satten-Lopez, Elena M. | 2.70 | Participate ██████████ |
| 12/12/20 | Wenik, Saige | 2.50 | Assist ████████ |
| 12/12/20 | Zebley, Aaron | 0.40 | Correspond with ████████████ |
| 12/12/20 | Zebley, Aaron | 2.50 | Conduct ████████████ |
| 12/12/20 | Zebley, Aaron | 0.70 | Teleconference with ██████████ |
| 12/12/20 | Zebley, Aaron | 0.30 | Revise ████████ |
| 12/12/20 | Zebley, Aaron | 1.20 | Teleconference with ████████████ |
| 12/13/20 | DaCunha, Alyssa | 0.30 | Telecon with ██████████ |
| 12/13/20 | DaCunha, Alyssa | 1.40 | Telecon with ██████████ |
| 12/13/20 | DaCunha, Alyssa | 2.20 | Participate ██████████ |
| 12/13/20 | DaCunha, Alyssa | 0.50 | Revise ████████ |
| 12/13/20 | DaCunha, Alyssa | 0.50 | Revise ██████ |
| 12/13/20 | DaCunha, Alyssa | 0.60 | Multiple communications with ████████████ |
| 12/13/20 | DaCunha, Alyssa | 0.70 | Multiple communications with ████████████ |
| 12/13/20 | DaCunha, Alyssa | 0.60 | Prepare ██████████ |
| 12/13/20 | DaCunha, Alyssa | 1.90 | Revise ████████ |
| 12/13/20 | DaCunha, Alyssa | 0.50 | Review ████████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/13/20 | Menz, Sheila E. | 1.80 | Correspondence with ███████████ |
| 12/13/20 | Menz, Sheila E. | 2.20 | Participate ███████████ |
| 12/13/20 | Menz, Sheila E. | 0.90 | Revise ███████████ |
| 12/13/20 | Menz, Sheila E. | 0.80 | Draft ███████████ |
| 12/13/20 | Satten-Lopez, Elena M. | 4.10 | Update ███████████ |
| 12/13/20 | Zebley, Aaron | 1.30 | Revise ███████████ |
| 12/13/20 | Zebley, Aaron | 2.20 | Revise ███████████ |
| 12/13/20 | Zebley, Aaron | 2.40 | Review ███████████ |
| 12/13/20 | Zebley, Aaron | 2.30 | Review ███████████ |
| 12/13/20 | Zebley, Aaron | 0.40 | Review ███████████ |
| 12/13/20 | Zebley, Aaron | 0.50 | Review ███████████ |
| 12/13/20 | Zebley, Aaron | 2.00 | Teleconference with ███████████ |
| 12/13/20 | Zebley, Aaron | 1.30 | Teleconference with ███████████ |
| 12/14/20 | Blanchard, Ridge M. | 6.60 | Draft ███████████ |
| 12/14/20 | DaCunha, Alyssa | 2.00 | Participate ███████████ |
| 12/14/20 | DaCunha, Alyssa | 0.20 | Emails to ███████████ |
| 12/14/20 | DaCunha, Alyssa | 0.50 | Attention to ███████████ |
| 12/14/20 | DaCunha, Alyssa | 0.80 | Prepare ███████████ |
| 12/14/20 | DaCunha, Alyssa | 3.00 | Revise ███████████ |
| 12/14/20 | DaCunha, Alyssa | 1.50 | Multiple communications with ███████████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/14/20 | Lannon, William E. | 0.30 | File |
| 12/14/20 | Menz, Sheila E. | 0.50 | Strategize with |
| 12/14/20 | Menz, Sheila E. | 2.50 | Analyze |
| 12/14/20 | Menz, Sheila E. | 0.40 | Analyze |
| 12/14/20 | Menz, Sheila E. | 0.50 | Analyze |
| 12/14/20 | Menz, Sheila E. | 0.20 | Draft |
| 12/14/20 | Menz, Sheila E. | 0.30 | Strategize |
| 12/14/20 | Menz, Sheila E. | 0.80 | Email correspondence with |
| 12/14/20 | Menz, Sheila E. | 2.00 | Participate |
| 12/14/20 | Menz, Sheila E. | 3.30 | Revise |
| 12/14/20 | Menz, Sheila E. | 1.00 | Strategize with |
| 12/14/20 | Menz, Sheila E. | 1.50 | Email correspondence with |
| 12/14/20 | Menz, Sheila E. | 0.80 | Strategize |
| 12/14/20 | Menz, Sheila E. | 1.30 | Incorporate |
| 12/14/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 12/14/20 | Satten-Lopez, Elena M. | 0.90 | Analyze |
| 12/14/20 | Satten-Lopez, Elena M. | 0.60 | Revise |
| 12/14/20 | Satten-Lopez, Elena M. | 2.30 | Draft |
| 12/14/20 | Satten-Lopez, Elena M. | 1.80 | Review |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/14/20 | Stroede, Phoebe | 0.70 | Perform |
| 12/14/20 | Zebley, Aaron | 0.50 | Draft |
| 12/14/20 | Zebley, Aaron | 2.00 | Teleconference with |
| 12/14/20 | Zebley, Aaron | 0.10 | Revise |
| 12/14/20 | Zebley, Aaron | 2.20 | Revise |
| 12/14/20 | Zebley, Aaron | 0.10 | Review |
| 12/14/20 | Zebley, Aaron | 0.70 | Analyze |
| 12/14/20 | Zebley, Aaron | 0.70 | Draft |
| 12/14/20 | Zebley, Aaron | 0.90 | Correspond with |
| 12/14/20 | Zebley, Aaron | 0.70 | Review |
| 12/14/20 | Zebley, Aaron | 1.20 | Correspond with |
| 12/14/20 | Zebley, Aaron | 3.10 | Review |
| 12/14/20 | Zebley, Aaron | 0.60 | Prepare |
| 12/15/20 | Blanchard, Ridge M. | 0.50 | Confer with |
| 12/15/20 | Blanchard, Ridge M. | 8.40 | Draft |
| 12/15/20 | DaCunha, Alyssa | 1.00 | Participate |
| 12/15/20 | DaCunha, Alyssa | 1.60 | Revise |
| 12/15/20 | DaCunha, Alyssa | 0.20 | Telecon with |
| 12/15/20 | DaCunha, Alyssa | 1.80 | Participate |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/15/20 | DaCunha, Alyssa | 0.60 | Telecon with ███████████ |
| 12/15/20 | DaCunha, Alyssa | 1.30 | Revise ███████████ |
| 12/15/20 | DaCunha, Alyssa | 0.50 | Telecon with ███████████ |
| 12/15/20 | DaCunha, Alyssa | 0.80 | Multiple communications with ███████ ██████████ |
| 12/15/20 | DaCunha, Alyssa | 0.60 | Prepare ███████████ |
| 12/15/20 | Lannon, William E. | 0.80 | File ███████ |
| 12/15/20 | Menz, Sheila E. | 0.40 | Strategize with ███████████ ██ |
| 12/15/20 | Menz, Sheila E. | 1.90 | Finalize ███████████ |
| 12/15/20 | Menz, Sheila E. | 0.40 | Analyze ███████ |
| 12/15/20 | Menz, Sheila E. | 2.80 | Analyze ███████████ |
| 12/15/20 | Menz, Sheila E. | 0.40 | Analyze ██████ |
| 12/15/20 | Menz, Sheila E. | 1.60 | Participate ██████ |
| 12/15/20 | Menz, Sheila E. | 2.80 | Incorporate ███████████ |
| 12/15/20 | Menz, Sheila E. | 1.50 | Proofread ███████████ |
| 12/15/20 | Menz, Sheila E. | 1.40 | Strategize with ███████████ |
| 12/15/20 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 12/15/20 | Satten-Lopez, Elena M. | 2.10 | Draft ██████ |
| 12/15/20 | Satten-Lopez, Elena M. | 1.80 | Participate ██████ |
| 12/15/20 | Wenik, Saige | 1.60 | Assist ██████ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/15/20 | Zebley, Aaron | 0.20 | Revise |
| 12/15/20 | Zebley, Aaron | 0.30 | Revise |
| 12/15/20 | Zebley, Aaron | 0.50 | Revise |
| 12/15/20 | Zebley, Aaron | 0.80 | Teleconference with |
| 12/15/20 | Zebley, Aaron | 0.20 | Revise |
| 12/15/20 | Zebley, Aaron | 0.80 | Review |
| 12/15/20 | Zebley, Aaron | 1.30 | Analyze |
| 12/15/20 | Zebley, Aaron | 0.30 | Prepare |
| 12/15/20 | Zebley, Aaron | 0.40 | Review |
| 12/15/20 | Zebley, Aaron | 0.60 | Review |
| 12/15/20 | Zebley, Aaron | 2.60 | Prepare |
| 12/15/20 | Zebley, Aaron | 0.40 | Review |
| 12/15/20 | Zebley, Aaron | 1.80 | Teleconference with |
| 12/16/20 | Blanchard, Ridge M. | 3.10 | Draft |
| 12/16/20 | Blanchard, Ridge M. | 2.00 | Participate |
| 12/16/20 | DaCunha, Alyssa | 0.30 | Telecon with |
| 12/16/20 | DaCunha, Alyssa | 0.20 | Telecon with |
| 12/16/20 | DaCunha, Alyssa | 2.30 | Multiple communications with |
| 12/16/20 | DaCunha, Alyssa | 1.60 | Revise |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/16/20 | DaCunha, Alyssa | 1.10 | Review |
| 12/16/20 | DaCunha, Alyssa | 0.20 | Revise |
| 12/16/20 | DaCunha, Alyssa | 0.50 | Prepare |
| 12/16/20 | DaCunha, Alyssa | 1.20 | Lead |
| 12/16/20 | Hromada, Patricia | 0.20 | Analyze |
| 12/16/20 | Menz, Sheila E. | 1.80 | Finalize |
| 12/16/20 | Menz, Sheila E. | 1.00 | Participate |
| 12/16/20 | Menz, Sheila E. | 0.80 | Analyze |
| 12/16/20 | Menz, Sheila E. | 0.90 | Analyze |
| 12/16/20 | Menz, Sheila E. | 0.50 | Strategize |
| 12/16/20 | Menz, Sheila E. | 0.30 | Review |
| 12/16/20 | Menz, Sheila E. | 0.50 | Call with |
| 12/16/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 12/16/20 | Satten-Lopez, Elena M. | 2.70 | Analyze |
| 12/16/20 | Satten-Lopez, Elena M. | 0.50 | Confer with |
| 12/16/20 | Stroede, Phoebe | 0.60 | Perform |
| 12/16/20 | Wenik, Saige | 0.30 | Prepare |
| 12/16/20 | Zebley, Aaron | 0.20 | Review |
| 12/16/20 | Zebley, Aaron | 1.20 | Confer with |
| 12/16/20 | Zebley, Aaron | 0.40 | Review |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/16/20 | Zebley, Aaron | 0.30 | Teleconference with ▮▮▮▮ |
| 12/16/20 | Zebley, Aaron | 0.30 | Teleconference with ▮▮▮▮ |
| 12/16/20 | Zebley, Aaron | 1.20 | Review ▮▮▮▮ |
| 12/17/20 | Blanchard, Ridge M. | 3.60 | Monitor ▮▮▮▮ |
| 12/17/20 | Blanchard, Ridge M. | 3.40 | Prepare ▮▮▮▮ |
| 12/17/20 | DaCunha, Alyssa | 1.00 | Review ▮▮▮▮ |
| 12/17/20 | DaCunha, Alyssa | 0.50 | Participate ▮▮▮▮ |
| 12/17/20 | DaCunha, Alyssa | 0.80 | Revise ▮▮▮▮ |
| 12/17/20 | DaCunha, Alyssa | 0.80 | Multiple communications with ▮▮▮▮ |
| 12/17/20 | DaCunha, Alyssa | 4.00 | Participate ▮▮▮▮ |
| 12/17/20 | Menz, Sheila E. | 0.20 | Strategize ▮▮▮▮ |
| 12/17/20 | Menz, Sheila E. | 1.20 | Revise ▮▮▮▮ |
| 12/17/20 | Menz, Sheila E. | 0.20 | Strategize ▮▮▮▮ |
| 12/17/20 | Menz, Sheila E. | 3.60 | Monitor ▮▮▮▮ |
| 12/17/20 | Menz, Sheila E. | 0.80 | Complete ▮▮▮▮ |
| 12/17/20 | Rockett, Elizabeth W. | 0.50 | Distribute ▮▮▮▮ |
| 12/17/20 | Rockett, Elizabeth W. | 1.50 | Monitor ▮▮▮▮ |
| 12/17/20 | Rockett, Elizabeth W. | 0.70 | Complete ▮▮▮▮ |
| 12/17/20 | Satten-Lopez, Elena M. | 0.40 | Prepare ▮▮▮▮ |
| 12/17/20 | Satten-Lopez, Elena M. | 5.90 | Draft ▮▮▮▮ |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/17/20 | Satten-Lopez, Elena M. | 3.80 | Monitor |
| 12/17/20 | Wenik, Saige | 3.70 | Monitor |
| 12/17/20 | Zebley, Aaron | 0.20 | Revise |
| 12/17/20 | Zebley, Aaron | 2.40 | Analyze |
| 12/17/20 | Zebley, Aaron | 0.20 | Teleconference with |
| 12/18/20 | Rockett, Elizabeth W. | 0.70 | Complete |
| 12/21/20 | DaCunha, Alyssa | 0.50 | Telecon with |
| 12/21/20 | Satten-Lopez, Elena M. | 2.10 | Analyze |
| 12/21/20 | Zebley, Aaron | 0.20 | Review |
| 12/22/20 | DaCunha, Alyssa | 0.50 | Participate |
| 12/22/20 | Menz, Sheila E. | 0.20 | Analyze |
| 12/22/20 | Menz, Sheila E. | 0.10 | Email correspondence with |
| 12/22/20 | Zebley, Aaron | 0.40 | Compare |
| 12/29/20 | Lannon, William E. | 0.80 | File |
| **Total** | | **481.60** | |

Client No. 1653300  
Matter No. 1653300-00136  

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520  
Invoice Date 01/31/21  
Legal Services through December 31, 2020

| Date | Cost | Description |
|------|------|-------------|
| 12/28/20 | 43.37 | Washington Express dba Washington Express Visa; Invoice# 192537 (Dec-15,2020); 12/9/2020 Tkpr: 28806 Track#: 3152985 Inv#:192537 Sent To: 317 Mansion Dr -- Michelle Leonard |
| 12/28/20 | 474.55 | Washington Express dba Washington Express Visa; Invoice# 192537 (Dec-15,2020); 12/2/2020 Tkpr: 31638 Track#: 3151243 Inv#:192537 Sent To: 13500 EDS Dr -- Michelle Leonard |
| 12/28/20 | 73.61 | Washington Express dba Washington Express Visa; Invoice# 192537 (Dec-15,2020); 12/2/2020 Tkpr: 31638 Track#: 3151245 Inv#:192537 Sent To: 812 East Capitol St NE -- Michelle Leonard |
| 12/28/20 | 86.72 | Washington Express dba Washington Express Visa; Invoice# 192537 (Dec-15,2020); 12/2/2020 Tkpr: 31638 Track#: 3151244 Inv#:192537 Sent To: 317 Mansion Dr -- Michelle Leonard |
| 12/28/20 | 86.94 | Washington Express dba Washington Express Visa; Invoice# 192537 (Dec-15,2020); 12/2/2020 Tkpr: 31638 Track#: 3151246 Inv#:192537 Sent To: 3026 N Edison St -- Michelle Leonard |
| 12/28/20 | 474.55 | Washington Express dba Washington Express Visa; Invoice# 192537 (Dec-15,2020); 12/1/2020 Tkpr: 31638 Track#: 3150870 Inv#:192537 Sent To: 13500 EDS Dr -- Michelle Leonard |
| | **1,239.74** | |
| | | |
| 12/02/20 | 130.80 | DOCUMENT COLOR PRINTING - DC - FOR 02-Dec-2020 - 31387 Color Blowbacks CHARGED ON 30-NOV-2020 - 1308 PAGE(S) |
| 12/02/20 | 56.70 | DOCUMENT COLOR PRINTING - DC - FOR 02-Dec-2020 - 30307 Color Blowbacks CHARGED ON 29-NOV-2020 - 567 PAGE(S) |
| 12/14/20 | 34.20 | DOCUMENT COLOR PRINTING - DC - FOR 14-Dec-2020 - 31387 Color Blowbacks CHARGED ON 01-DEC-2020 - 342 PAGE(S) |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

| Date | Cost | Description |
|------|------|-------------|
| 12/28/20 | 102.90 | DOCUMENT COLOR PRINTING - DC - FOR 28-Dec-2020 - 28198 Color Blowbacks CHARGED ON 10-DEC-2020 - 1029 PAGE(S) |
| 12/28/20 | 26.70 | DOCUMENT COLOR PRINTING - DC - FOR 28-Dec-2020 - 30755 Color Blowbacks CHARGED ON 13-DEC-2020 - 267 PAGE(S) |
| 12/28/20 | 4.50 | DOCUMENT COLOR PRINTING - DC - FOR 28-Dec-2020 - 30755 Color Blowbacks CHARGED ON 13-DEC-2020 - 45 PAGE(S) |
| 12/28/20 | 38.10 | DOCUMENT COLOR PRINTING - DC - FOR 28-Dec-2020 - 28806 Color Blowbacks CHARGED ON 09-DEC-2020 - 381 PAGE(S) |
| | **393.90** | |
| | | |
| 12/21/20 | 108.02 | Federal Express Corp; Invoice# 720612661 (Dec-08,2020); Inv#720612661 399689653645 Ferguson, Kaitlyn A. TO INFORMATION NOT SUPPLIED Marc Kesselman DALLAS TX -- Michelle Leonard |
| 12/21/20 | 82.71 | Federal Express Corp; Invoice# 720612661 (Dec-08,2020); Inv#720612661 399756603711 Ferguson, Kaitlyn A. TO INFORMATION NOT SUPPLIED Craig Landau BRANFORD CT -- Michelle Leonard |
| 12/21/20 | 23.47 | Federal Express Corp; Invoice# 720612661 (Dec-08,2020); Inv#720612661 399619510860 Ferguson, Kaitlyn A. TO INFORMATION NOT SUPPLIED Craig Landau BRANFORD CT -- Michelle Leonard |
| 12/21/20 | 43.40 | Federal Express Corp; Invoice# 720612661 (Dec-08,2020); Inv#720612661 399638249320 Ferguson, Kaitlyn A. TO INFORMATION NOT SUPPLIED MARC KESSELMAN DALLAS TX -- Michelle Leonard |
| 12/21/20 | 82.71 | Federal Express Corp; Invoice# 720612661 (Dec-08,2020); Inv#720612661 399689675731 Ferguson, Kaitlyn A. TO INFORMATION NOT SUPPLIED Craig Landau BRANFORD CT -- Michelle Leonard |

Client No. 1653300  
Matter No. 1653300-00136

Purdue Pharma, L.P.  
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520  
Invoice Date 01/31/21  
Legal Services through December 31, 2020

| Date | Cost | Description |
|------|------|-------------|
| 12/21/20 | 108.02 | Federal Express Corp; Invoice# 720612661 (Dec-08,2020); Inv#720612661 399756618574 Ferguson, Kaitlyn A. TO INFORMATION NOT SUPPLIED Marc Kesselman DALLAS TX -- Michelle Leonard |
| | **448.33** | |

Total Disbursements     $     **2,081.97**

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2621520
Invoice Date 01/31/21
Legal Services through December 31, 2020

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Zebley, Aaron | 100.30 | 1,029.00 | 103,208.70 |
| DaCunha, Alyssa | 93.80 | 965.00 | 90,517.00 |
| Ferguson, Kaitlyn A. | 5.70 | 955.00 | 5,443.50 |
| Menz, Sheila E. | 91.50 | 860.00 | 78,690.00 |
| Blanchard, Ridge M. | 70.50 | 730.00 | 51,465.00 |
| Lichlyter, Lydia M. | 5.80 | 655.00 | 3,799.00 |
| Satten-Lopez, Elena M. | 68.20 | 550.00 | 37,510.00 |
| Hromada, Patricia | 1.30 | 525.00 | 682.50 |
| Rutherford, Karen | 0.20 | 415.00 | 83.00 |
| Lannon, William E. | 10.20 | 385.00 | 3,927.00 |
| Wenik, Saige | 19.70 | 325.00 | 6,402.50 |
| Stroede, Phoebe | 2.60 | 300.00 | 780.00 |
| Rockett, Elizabeth W. | 11.80 | 275.00 | 3,245.00 |
| **Total Legal Services** | **481.60** | | **$385,753.20** |

| Task | Description | Hours | Value |
|---|---|---|---|
| L120 | Analysis/Strategy | 481.60 | 385,753.20 |
| **Total Legal Services** | | **481.60** | **$385,753.20** |

**DISBURSEMENTS**

| Description | Total |
|---|---|
| FEDERAL EXPRESS | 448.33 |
| DOCUMENT PRINTING COLOR | 393.90 |
| COURIER SERVICES | 1,239.74 |
| **Total Disbursements** | **$2,081.97** |

# **EXHIBIT J**

## **Fifteenth Monthly Fee Statement**

WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | |

**FIFTEENTH MONTHLY FEE STATEMENT OF WILMER CUTLER
PICKERING HALE AND DORR LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL
COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE
PERIOD FROM JANUARY 1, 2021 THROUGH JANUARY 31, 2021**

| | |
|---|---|
| **Name of Applicant** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | January 1, 2021 through January 31, 2021 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $26,107.32[2] (80% of $32,634.15) |
| Total reimbursement of expenses requested in this statement | $5,292.77 |
| Total compensation and reimbursement requested in this statement | $31,400.09 |
| **This is a(n):**  _X Monthly Application    __ Interim Application   __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States

Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order*

*Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as*

*Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019

[Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21,

2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale

and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in

possession (collectively, the "**Debtors**"), submits this *Fifteenth Monthly Fee Statement for*

*Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period*

*from January 1, 2021 Through January 31, 2021* ("**Fee Statement**").[3]  By this Fee Statement,

WilmerHale seeks (i) compensation in the amount of $26,107.32, which is 80% of the total

amount of reasonable compensation for actual, necessary legal services that WilmerHale

incurred in connection with such services during the Fee Period (i.e., $32,634.15), and (ii)

---

[2]  This amount reflects an agreed reduction in fees in the aggregate amount of $5,758.97.

[3]  The period from January 1, 2021 through and including January 31, 2021 is referred to herein as the "**Fee Period**."

2

payment of $5,292.77 for the actual, necessary expenses that WilmerHale incurred in connection with rendering such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.        Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories WilmerHale established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, WilmerHale incurred $38,393.12 in fees during the Fee Period and, pursuant to its agreement with Purdue Pharma, L.P., reduced that amount to $32,634.15.  Pursuant to this Fee Statement, WilmerHale seeks compensation for 80% of such fees, totaling $26,107.32.

2.        Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $886.10.[4]  The blended hourly billing rate of all paraprofessionals is $363.41.[5]

3.        Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or disbursed in the amount of $5,292.77 in connection with providing professional services to the Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates. Only the clients for whom the services are actually used are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would unfairly impose

---

[4]  The blended hourly billing rate of $886.10 for attorneys is derived by dividing the total fees for attorneys of $31,633.62 by the total hours of 35.70.

[5]  The blended hourly billing rate of $363.41 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $6,759.50 by the total hours of 18.60.

additional cost upon clients who do not require extensive photocopying, delivery and other services.

4.      Attached hereto as **Exhibit D** are the related invoices showing the time records of WilmerHale for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.      WilmerHale will provide notice of this Fee Statement in accordance with the Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of **$26,107.32**, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that WilmerHale incurred in connection with such services during the Fee Period (i.e., $32,634.15), and (ii) payment of **$5,292.77** for the actual, necessary expenses that WilmerHale incurred in connection with such services during the Fee Period.

Dated: March 17, 2021

By:      */s/ George W. Shuster, Jr.*
          WILMER CUTLER PICKERING
          HALE AND DORR LLP

          George W. Shuster, Jr.
          7 World Trade Center
          New York, NY  10007
          Telephone:  (212) 937-7518
          Facsimile:  (212) 230-8888

          Alyssa DaCunha
          1875 Pennsylvania Avenue, N.W.
          Washington, D.C. 20006
          Telephone:  (202) 663-6000
          Facsimile:  (202) 663-6363

          *Special Counsel to the Debtors and Debtors*
          *in Possession*

## Exhibit A

### Fees By Project Category

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee and Retention Applications (B160) | 3.90 | 2,242.50 |
| Congressional Investigation (L120) | 50.40 | 36,150.62 |
| **Total** | **54.30** | **$38,393.12** |
| **Less Agreed Reduction** | | **-$5,758.97** |
| **GRAND TOTAL** | **54.30** | **$32,634.15** |

**Exhibit B**

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs; Litigation / Controversy. | 1,025.00 | 12.30 | 12,607.50 |
| Aaron Zebley | Partner; joined firm in 2014; admitted to NY Bar since 1997 and DC Bar since 2014; Litigation / Controversy; Regulatory and Government Affairs. | 1,080.45 | 4.20 | 4,537.92 |
| **Partners Total** | | | **16.50** | **$17,145.42** |
| **Associates & Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 555.00 | 0.90 | 499.50 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs; Litigation / Controversy. | 965.00 | 7.20 | 6,948.00 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 638.00 | 9.90 | 6,316.20 |
| Jeffrey Schomig | Attorney; joined firm in 1999; admitted to MD Bar since 1997 and DC Bar since 2000; Litigation / Controversy. | 700.00 | 0.90 | 630.00 |

---

[1]  WilmerHale increased its standard billing rates for all professionals effective as of January 1, 2021 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Phoebe Stroede | Sr. Discovery Attorney; joined firm in 2013; admitted to OH Bar since 2012; Discovery Solutions. | 315.00 | 0.30 | 94.50 |
| **Associates & Attorneys Total** | | | **19.20** | **$14,488.20** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Congressional and Regulatory Investigations Paralegal; joined firm in 2015; Regulatory and Government Affairs. | 420.00 | 1.00 | 420.00 |
| Kevin Le | Litigation Support Coordinator; joined firm in 2009; Discovery Solutions / Litigation Support. | 505.00 | 0.50 | 252.50 |
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 290.00 | 12.90 | 3,741.00 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 575.00 | 3.90 | 2,242.50 |
| Saige Wenik | Congressional and Regulatory Investigations Paralegal; joined firm in 2017; Regulatory and Government Affairs. | 345.00 | 0.30 | 103.50 |
| **Paraprofessionals Total** | | | **18.60** | **$6,759.50** |
| **TOTAL** | | | **54.30** | **$38,393.12** |
| **Less Agreed Reduction** | | | | **-$5,758.97** |
| **GRAND TOTAL** | | | **54.30** | **$32,634.15** |

**Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| Federal Express | 15.07 |
| Transcript | 5,277.70 |
| **TOTAL** | **$5,292.77** |

**Exhibit D**

**Detailed Time Records and Expenses**

# WILMERHALE    [WH]

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 03/04/21 |
| Invoice No. | 2625015 |
| Matter No. | 1653300-00137 |

FOR LEGAL SERVICES RENDERED through January 31, 2021 in connection with the Fee and
Retention Applications matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 2,242.50 |
| Less: 15% Discount | | -336.38 |
| Total Disbursements | | 15.07 |
| **Total Amount Due** | **$** | **1,921.19** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number:    ███████

Routing Number:    ███████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00137

Purdue Pharma, L.P.
Fee and Retention Applications

Invoice No. 2625015
Invoice Date 03/04/21
Legal Services through January 31, 2021

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/12/21 | Thompson, Yolande | 0.20 | Review Retention Order to determine how retainer should be treated |
| 01/12/21 | Thompson, Yolande | 0.10 | Emails with Ms. Moore re pre-petition retainer inquiry received from client |
| 01/13/21 | Thompson, Yolande | 0.20 | Review Retention Order to determine requirements for disclosing rate increases |
| 01/13/21 | Thompson, Yolande | 0.10 | Review Notice of Increase filed in December 2019 |
| 01/13/21 | Thompson, Yolande | 0.10 | Review Amended Third Interim Fee Application for information disclosing rate increase |
| 01/13/21 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re requirements for disclosing rate increases |
| 01/14/21 | Thompson, Yolande | 0.80 | Review spreadsheet from Accounting showing amounts billed and payments received |
| 01/14/21 | Thompson, Yolande | 0.20 | Review Retention Order to confirm how retainer should be treated |
| 01/14/21 | Thompson, Yolande | 0.20 | Emails with Ms. Moore and Ms. Berger in Accounting re spreadsheet showing post-petition payments |
| 01/14/21 | Thompson, Yolande | 1.80 | Prepare chart showing post-petition amounts requested in monthly fee statements and payments received |
| 01/14/21 | Thompson, Yolande | 0.10 | Emails with Mr. Shuster re determining whether there are any unpaid post-petition amounts and whether retainer can be applied to pre-petition amounts |
| **Total** | | **3.90** | |

Client No. 1653300
Matter No. 1653300-00137

Purdue Pharma, L.P.
Fee and Retention Applications

Invoice No. 2625015
Invoice Date 03/04/21
Legal Services through January 31, 2021

| Date | Cost | Description |
|------|------|-------------|
| 01/13/21 | 15.07 | Federal Express Corp; Invoice# 723553120 (Jan-05,2021); Inv#723553120 782009399467 Thompson, Yolande TO United States Bankruptcy Court Honorable Robert D Drain WHITE PLAINS NY -- Michelle Leonard |
| | 15.07 | |

Total Disbursements     $     **15.07**

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2625015
Invoice Date 03/04/21
Legal Services through January 31, 2021

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Thompson, Yolande | 3.90 | 575.00 | 2,242.50 |
| **Total Legal Services** | **3.90** | | **$2,242.50** |

**DISBURSEMENTS**

| Description | Total |
|---|---|
| FEDERAL EXPRESS | 15.07 |
| **Total Disbursements** | **$15.07** |

# WILMERHALE

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. █████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 03/04/21 |
| Invoice No. | 2625016 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through January 31, 2021 in connection with the Post Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 36,150.62 |
| Less: 15% Discount | | -5,422.59 |
| Total Disbursements | | 5,277.70 |
| **Total Amount Due** | **$** | **36,005.73** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: █████

Routing Number: █████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC 20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to: P.O. Box 7247-8760 Philadelphia, PA 19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2625016
Invoice Date 03/04/21
Legal Services through January 31, 2021

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| **L120 - Analysis/Strategy** | | | |
| 01/04/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 01/04/21 | Zebley, Aaron | 0.10 | Review |
| 01/05/21 | DaCunha, Alyssa | 1.00 | Participate in |
| 01/05/21 | Lannon, William E. | 0.50 | File |
| 01/05/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 01/06/21 | DaCunha, Alyssa | 0.50 | Confer with |
| 01/06/21 | DaCunha, Alyssa | 0.40 | Review |
| 01/06/21 | DaCunha, Alyssa | 0.80 | Confer with |
| 01/06/21 | DaCunha, Alyssa | 0.50 | Confer with |
| 01/06/21 | Menz, Sheila E. | 0.20 | Emails with |
| 01/06/21 | Menz, Sheila E. | 0.30 | Strategize with |
| 01/06/21 | Menz, Sheila E. | 0.50 | Confer with |
| 01/06/21 | Menz, Sheila E. | 0.10 | Analyze |
| 01/06/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 01/06/21 | Satten-Lopez, Elena M. | 0.10 | Review |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2625016
Invoice Date 03/04/21
Legal Services through January 31, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/07/21 | Menz, Sheila E. | 1.00 | Strategize with |
| 01/07/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 01/07/21 | Satten-Lopez, Elena M. | 0.10 | Review |
| 01/07/21 | Satten-Lopez, Elena M. | 1.10 | Confer with |
| 01/08/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 01/08/21 | Satten-Lopez, Elena M. | 2.80 | Analyze |
| 01/11/21 | Menz, Sheila E. | 0.50 | Confer with |
| 01/11/21 | Menz, Sheila E. | 0.70 | Review |
| 01/11/21 | Menz, Sheila E. | 0.30 | Analyze |
| 01/11/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 01/11/21 | Satten-Lopez, Elena M. | 0.40 | Research |
| 01/11/21 | Satten-Lopez, Elena M. | 0.90 | Analyze |
| 01/11/21 | Stroede, Phoebe | 0.30 | Identify |
| 01/11/21 | Zebley, Aaron | 0.30 | Confer with |
| 01/12/21 | DaCunha, Alyssa | 0.50 | Weekly |
| 01/12/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 01/12/21 | Satten-Lopez, Elena M. | 0.10 | Review |
| 01/13/21 | DaCunha, Alyssa | 0.40 | Confer with |
| 01/13/21 | DaCunha, Alyssa | 0.60 | Review |
| 01/13/21 | Lannon, William E. | 0.50 | File |
| 01/13/21 | Menz, Sheila E. | 0.40 | Strategize with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2625016
Invoice Date 03/04/21
Legal Services through January 31, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/13/21 | Menz, Sheila E. | 0.30 | Review |
| 01/13/21 | Menz, Sheila E. | 0.50 | Strategize with |
| 01/13/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 01/13/21 | Satten-Lopez, Elena M. | 1.50 | Draft |
| 01/13/21 | Satten-Lopez, Elena M. | 0.40 | Confer with |
| 01/13/21 | Satten-Lopez, Elena M. | 0.10 | Analyze |
| 01/13/21 | Satten-Lopez, Elena M. | 0.50 | Confer with |
| 01/14/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 01/14/21 | Satten-Lopez, Elena M. | 0.10 | Review |
| 01/14/21 | Zebley, Aaron | 0.40 | Review |
| 01/14/21 | Zebley, Aaron | 0.40 | Analyze |
| 01/15/21 | DaCunha, Alyssa | 0.50 | Multiple communications with |
| 01/15/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 01/19/21 | DaCunha, Alyssa | 1.00 | Participate in |
| 01/19/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 01/19/21 | Satten-Lopez, Elena M. | 0.20 | Review |
| 01/19/21 | Zebley, Aaron | 0.20 | Review |
| 01/21/21 | DaCunha, Alyssa | 0.30 | Confer with |
| 01/21/21 | Menz, Sheila E. | 0.40 | Confer with |
| 01/21/21 | Menz, Sheila E. | 0.30 | Draft |
| 01/21/21 | Menz, Sheila E. | 0.20 | Confer with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2625016
Invoice Date 03/04/21
Legal Services through January 31, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/21/21 | Rockett, Elizabeth W. | 1.00 | Complete |
| 01/21/21 | Satten-Lopez, Elena M. | 0.10 | Prepare |
| 01/22/21 | Hromada, Patricia | 0.60 | Prepare |
| 01/22/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 01/22/21 | Wenik, Saige | 0.30 | Review |
| 01/24/21 | Menz, Sheila E. | 0.20 | Emails with |
| 01/25/21 | Hromada, Patricia | 0.30 | Conduct |
| 01/25/21 | Le, Kevin | 0.50 | Analyze |
| 01/25/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 01/25/21 | Satten-Lopez, Elena M. | 0.10 | Analyze |
| 01/26/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 01/26/21 | Satten-Lopez, Elena M. | 0.10 | Review |
| 01/27/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 01/27/21 | Satten-Lopez, Elena M. | 1.20 | Draft |
| 01/28/21 | DaCunha, Alyssa | 0.30 | Revise |
| 01/28/21 | DaCunha, Alyssa | 0.50 | Confer with |
| 01/28/21 | DaCunha, Alyssa | 0.30 | Draft |
| 01/28/21 | DaCunha, Alyssa | 1.80 | Research |
| 01/28/21 | DaCunha, Alyssa | 0.80 | Confer with |
| 01/28/21 | DaCunha, Alyssa | 1.50 | Draft |
| 01/28/21 | Menz, Sheila E. | 0.50 | Strategize with |

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2625016
Invoice Date 03/04/21
Legal Services through January 31, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/28/21 | Menz, Sheila E. | 0.20 | Confer with |
| 01/28/21 | Menz, Sheila E. | 0.50 | Confer with |
| 01/28/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| 01/28/21 | Satten-Lopez, Elena M. | 0.10 | Review |
| 01/28/21 | Schomig, Jeffrey | 0.40 | Review |
| 01/28/21 | Schomig, Jeffrey | 0.50 | Confer with |
| 01/28/21 | Zebley, Aaron | 0.30 | Review                     sue |
| 01/28/21 | Zebley, Aaron | 0.40 | Review |
| 01/28/21 | Zebley, Aaron | 0.40 | Review |
| 01/28/21 | Zebley, Aaron | 0.30 | Revise |
| 01/28/21 | Zebley, Aaron | 0.40 | Review |
| 01/28/21 | Zebley, Aaron | 0.50 | Confer with |
| 01/28/21 | Zebley, Aaron | 0.50 | Confer with |
| 01/29/21 | DaCunha, Alyssa | 0.30 | Review |
| 01/29/21 | DaCunha, Alyssa | 0.30 | Multiple communications with |
| 01/29/21 | Menz, Sheila E. | 0.10 | Confer with |
| 01/29/21 | Rockett, Elizabeth W. | 0.70 | Complete |
| **Total** | | **50.40** | |

Client No. 1653300                         Purdue Pharma, L.P.
Matter No. 1653300-00136                   Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2625016
Invoice Date 03/04/21
Legal Services through January 31, 2021

| Date | Cost | Description |
|------|------|-------------|
| 01/22/21 | 5,277.70 | Deposition Solutions LLC dba Nextgen Reporting a Lexitas Co; Invoice# 1108767 (Jan-13,2021); Transcript -- Alyssa DaCunha |
| | 5,277.70 | |

Total Disbursements    $     **5,277.70**

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2625016
Invoice Date 03/04/21
Legal Services through January 31, 2021

## LEGAL SERVICES

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Zebley, Aaron | 4.20 | 1,080.45 | 4,537.92 |
| DaCunha, Alyssa | 12.30 | 1,025.00 | 12,607.50 |
| Menz, Sheila E. | 7.20 | 965.00 | 6,948.00 |
| Schomig, Jeffrey | 0.90 | 700.00 | 630.00 |
| Satten-Lopez, Elena M. | 9.90 | 638.00 | 6,316.20 |
| Hromada, Patricia | 0.90 | 555.00 | 499.50 |
| Le, Kevin | 0.50 | 505.00 | 252.50 |
| Lannon, William E. | 1.00 | 420.00 | 420.00 |
| Wenik, Saige | 0.30 | 345.00 | 103.50 |
| Stroede, Phoebe | 0.30 | 315.00 | 94.50 |
| Rockett, Elizabeth W. | 12.90 | 290.00 | 3,741.00 |
| **Total Legal Services** | **50.40** | | **$36,150.62** |

| Task | Description | Hours | Value |
|---|---|---|---|
| L120 | Analysis/Strategy | 50.40 | 36,150.62 |
| **Total Legal Services** | | **50.40** | **$36,150.62** |

## DISBURSEMENTS

| Description | Total |
|---|---|
| TRANSCRIPT | 5,277.70 |
| **Total Disbursements** | **$5,277.70** |