JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

*Special Counsel to the Debtors*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

## SUMMARY OF JONES DAY'S FOURTH INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING RETENTION PERIOD FROM OCTOBER 1, 2020 THROUGH JANUARY 31, 2021

| | |
|---|---|
| Name of Applicant: | Jones Day |
| Authorized to Provide Professional Services as: | Special Counsel |
| Date of Appointment: | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2020 through and including January 31, 2021 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| Amount of Compensation Requested for this Period: | $374,357.09 (after agreed upon discount) |
| Amount of Expense Reimbursement Requested for this Period: | $9,729.37 |
| Total Amount of Compensation and Expense Reimbursement Sought for this Period: | $384,086.46 |
| Total Amount of Compensation Sought for this Period Already Paid Pursuant to Monthly Fee Statements: | $176,886.69 |
| Blended Rate in This Application for all Partners, Of Counsel, and Associates: | $779.11 |
| Blended Rate in This Application for all Timekeepers: | $666.83 |
| Number of Timekeepers Included in this Application: | 28 |
| Number of Timekeepers Billing Fewer Than 15 Hours: | 21 |
| This is a | __ Monthly __X__ Interim ___ Final Fee Application |

**Fee Summary for the Period from October 1, 2020
through and including January 31, 2021**

| NAME | YEAR OF ADMISSION | 2020 RATE[1] | EFFECTIVE 2020 RATE[2] | 2021 RATE[3] | EFFECTIVE 2021 RATE[4] | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|
| **PARTNER** | | | | | | | |
| Thomas Bouvet | 1994 | $950.00 | $826.50 | N/A | N/A | 2.2 | $2,090.00 |
| Marta Delgado Echevarria | 1998 | $775.00 | $674.25 | N/A | N/A | 0.5 | $387.50 |
| Scott D. Lyne | 2001 | $1,050.00 | $913.50 | N/A | N/A | 6.5 | $6,825.00 |
| Alastair McCulloch | 1994 | $1,125.00 | $978.75 | N/A | N/A | 1.8 | $2,025.00 |
| Christopher Morrison | 2001 | $950.00 | $826.50 | $ 1,025.00 | $ 891.75 | 1.8 | $1,770.00 |
| Dan T. Moss | 2007 | $1,000.00 | $870.00 | $1,075.00 | $935.25 | 0.8 | $860.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | $1,275.00 | $1,109.25 | 161.9 | $200,267.50 |
| Kevyn D. Orr | 1984 | $1,350.00 | $1,174.50 | $1,425.00 | $1,239.75 | 0.5 | $712.50 |
| Lamberto Schiona | 2000 | $875.00 | $761.25 | N/A | N/A | 0.8 | $700.00 |
| **TOTAL PARTNER:** | | | | | | **176.8** | **$215,637.50** |
| **OF COUNSEL** | | | | | | | |
| Indradeep Bhattacharya | 2005 | $920.00 | $800.40 | N/A | N/A | 1.8 | $1,656.00 |
| Kelsey I. Nix | 1988 | N/A | N/A | $1,225.00 | $1,065.75 | 0.9 | $1,102.50 |
| **TOTAL OF COUNSEL:** | | | | | | **2.7** | **$2,758.50** |
| **ASSOCIATE** | | | | | | | |
| Chane Buck | 2017 | $500.00 | $435.00 | N/A | N/A | 4.3 | $2,150.00 |
| Selien Coolen | 2015 | $450.00 | $391.50 | N/A | N/A | 2.5 | $1,125.00 |
| Colin Devinant | 2017 | $375.00 | $326.25 | N/A | N/A | 1.5 | $562.50 |
| Max Kober | 2012 | $500.00 | $435.00 | N/A | N/A | 2.0 | $1,000.00 |
| Anna Kordas | 2014 | $750.00 | $652.50 | $800.00 | $696.00 | 48.3 | $36,255.00 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | $725.00 | $630.75 | 122.3 | $75,179.50 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | $675.00 | $587.25 | 23.1 | $13,455.00 |
| Furqaan Siddiqui | 2017 | $550.00 | $478.50 | N/A | N/A | 7.4 | $4,070.00 |
| Gulsen Taspinar | 2019 | $250.00 | $217.50 | N/A | N/A | 3.3 | $825.00 |
| **TOTAL ASSOCIATE:** | | | | | | **214.7** | **$134,622.00** |
| **LAW CLERK** | | | | | | | |
| Edoardo Coro | N/A | $225.00 | $195.75 | N/A | N/A | 2.5 | $562.50 |
| Elliot J. Horlick | N/A | N/A | N/A | $550.00 | $478.50 | 8.0 | $4,400.00 |
| **TOTAL LAW CLERK:** | | | | | | **10.5** | **$4,962.50** |
| **STAFF ATTORNEY** | | | | | | | |
| Lynne Fischer | 1996 | $525.00 | $456.75 | N/A | N/A | 95.9 | $50,347.50 |
| **TOTAL STAFF ATTORNEY:** | | | | | | **95.9** | **$50,347.50** |
| **LEGAL SUPPORT STAFF** | | | | | | | |
| Barbara M. Burke | N/A | $175.00 | $152.25 | N/A | N/A | 0.7 | $122.50 |
| Jason J. Darensbourg | N/A | $325.00 | $282.75 | $350.00 | $304.50 | 27.0 | $8,792.50 |
| Kristina Horn | N/A | $400.00 | $348.00 | N/A | N/A | 28.10 | $11,240.00 |

[1]    This rate reflects the agreed upon discounted rate arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2020, Jones Day used 2019 standard billable rates in calculating amounts due for legal services performed).

[2]    This rate reflects the effective 2020 billable rate after application of the thirteen percent (13%) discount.

[3]    This rate reflects the agreed upon discounted rate arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2021, Jones Day used 2020 standard billable rates in calculating amounts due for legal services performed).

[4]    This rate reflects the effective 2021 billable rate after application of the thirteen percent (13%) discount.

| NAME | YEAR OF ADMISSION | 2020 RATE[1] | EFFECTIVE 2020 RATE[2] | 2021 RATE[3] | EFFECTIVE 2021 RATE[4] | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|
| Martin Ihle | N/A | $350.00 | $304.50 | $350.00 | $304.50 | 2.5 | $875.00 |
| Marguerite Melvin | N/A | $375.00 | $326.25 | N/A | N/A | 2.5 | $937.50 |
| TOTAL LEGAL SUPPORT: | | | | | | 60.8 | $21,967.50 |
| TOTAL: | | | | | | 561.4 | $430,295.50 |
| AFTER 13% DISCOUNT: | | | | | | | $374,357.09 |

<u>**Summary of Disbursements and Expenses for the Period from**</u>
<u>**October 1, 2020 through and including January 31, 2021**</u>

| Expenses | Amount |
|---|---|
| Consultant Fees | $9,000.00 |
| Mailing Charges | $103.12 |
| Printing Charges | $626.25 |
| **Total:** | **$9,729.37** |

**Blended Rate of Professionals – Total (After 13% Discount)**

| Category of Timekeepers | Blended Rate | Total Hours | Total Compensation | Total Compensation (after discount) |
|---|---|---|---|---|
| Partners & Counsel | $1,058.52 | 179.5 | $218,396.00 | $190,004.52 |
| Associates | $545.51 | 214.7 | $134,622.00 | $117,121.14 |
| Law Clerks | $452.25 | 106.4 | $55,310.00 | $48,119.70 |
| Legal Support | $314.34 | 60.80 | $21,967.50 | $19,111.73 |
| **TOTAL** | **$666.83** | **561.4** | **$430,295.50** | **$374,357.09** |

**Comparable and Customary Compensation Disclosure**

| Category of Timekeepers | Blended Rate[1] Comparable Non-Bankruptcy Invoices[2] | Blended Rate This Compensation Period[3] |
|---|---|---|
| Partners & Counsel | $954.00 | $1,058.52 |
| Associates | $541.00 | $545.51 |
| Law Clerks | $488.00 | $452.25 |
| Legal Support | $308.00 | $314.34 |
| **TOTAL** | **$698.00** | **$666.83** |

---

[1]    Pursuant to ¶ C.3.a.i.b of the Guidelines, "Comparable Non-Bankruptcy Invoices" provides the blended hourly rate for the aggregate of "[a]ll timekeepers in each of [Jones Day's] domestic offices in which timekeepers collectively billed at least 10% of the hours to the bankruptcy case during the [Compensation Period]." During the Compensation Period, no office other than New York and Cleveland offices billed at least 10% of the hours to the bankruptcy case.

[2]    Jones Day calculated the average hourly rate for Comparable Non-Bankruptcy Invoices by dividing the total dollar amount billed by each class of timekeepers during the applicable period by the total amount of hours billed by such timekeepers during the Compensation Period (excluding all data from timekeepers practicing primarily in a bankruptcy group or section).

[3]    Jones Day calculated the average hourly rate for timekeepers who billed the Debtors by dividing the total dollar amount billed by each class of timekeepers by the total number of hours billed by such timekeepers during the Compensation Period.

**Monthly Fee Statements/Interim Fee Applications (Filed)**

| Date and ECF No. | Fee Period | Fees Incurred | Fees Requested | Expenses Requested | Allowed Fees | Allowed Expenses | Total Fees/ Expenses Paid | Balance Remaining |
|---|---|---|---|---|---|---|---|---|
| March 16, 2020 ECF No. 948 | September 15, 2019 – January 31, 2020 | $1,067,512.46 | $1,067,512.46 (100%) | $12,001.56 | $1,046,946.21 (reduced by $20,566.25) | $12,001.56 (100%) | $1,058,947.77 | $0.00 |
| July 15, 2020 ECF No. 1406 | February 1, 2020 – May 31, 2020 | $735,002.54 | $735,002.54 (100%) | $40,243.35 | $725,002.54 (reduced by $10,000) | $40,243.35 (100%) | $765,245.89 | $0.00 |
| November 16, 2020 ECF No. 1968 | June 1, 2020 – September 30, 2020 | $640,809.81 | $640,809.81 (100%) | $10,725.56 | $620,809.81 (reduced by $20,000) | $10,725.56 (100%) | $631,535.38 | $0.00 |
| November 20, 2020 ECF No. 2019 | October 1, 2020 – October 31, 2020 | $101,843.51 | $81,474.80 (80%) | $3,092.10 | $81,474.80 (80%) | $3,092.10 (100%) | $84,566.90 | $20,368.71 |
| December 8, 2020 ECF No. 2083 | November 1, 2020 – November 30, 2020 | $110,868.45 | $88,694.76 (80%) | $3,625.03 | $88,694.76 (80%) | $3,625.03 (100%) | $92,319.79 | $22,173.71 |
| February 16, 2021 ECF No. 2392 | December 1, 2020 – December 31, 2020 | $100,729.91 | $80,583.92 (80%) | $3,012.24 | $80,583.92 (80%) | $3,012.24 (100%) | $0.00 | $103,742.16 |
| March 8, 2021 ECF No. 2457 | January 1, 2020 – January 31, 2020 | $60,915.23 | $48,732.18 (80%) | $0.00 | $48,732.18 (80%) | N/A | $0.00 | $60,915.23 |
| **TOTAL** | | **$2,817,681.92** | **$2,614,648.51** | **$72,699.84** | **$2,584,082.26** | **$72,699.84** | **$2,632,615.73** | **$207,199.81** |

JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

**JONES DAY'S FOURTH INTERIM APPLICATION FOR**
**ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF ACTUAL AND**
**NECESSARY EXPENSES INCURRED DURING RETENTION**
**PERIOD FROM OCTOBER 1, 2020 THROUGH JANUARY 31, 2021**

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

Jones Day, special counsel to the above-captioned debtors and debtors in possession

(the "Debtors"), hereby files its fourth interim application (this "Application"), pursuant to

sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the

Local Rules for the United States Bankruptcy Court for the Southern District of New York

(the "Local Bankruptcy Rules"), for (i) allowance of compensation in the amount of $374,357.09

(as discounted from $430,295.50) for professional services rendered for the Debtors and

(ii) reimbursement of actual and necessary expenses incurred in the amount of $9,729.37, for the

period from October 1, 2020 through and including January 31, 2021 (the "Compensation

Period"). In support of this Application, Jones Day respectfully represents as follows:

## Background

### *General Background*

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a

voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are

authorized to continue to manage and operate their businesses as debtors in possession pursuant

to sections 1107 and 1108 of the Bankruptcy Code. No trustee has been appointed in the

Debtors' chapter 11 cases (the "Chapter 11 Cases") as of the date hereof.

2. Background information regarding the Debtors and these Chapter 11 Cases,

including the Debtors' business operations, corporate structure, financial condition and the events

leading up to these Chapter 11 Cases, is set forth in the *Debtors' Informational Brief* filed on

September 16, 2019 [ECF No. 17].

3. On December 5, 2019, the Debtors filed an *Application of the Debtors for

an Order Authorizing them to Retain and Employ Jones Day as Special Counsel Nunc Pro Tunc

to the Petition Date* [ECF No. 601].

4. On December 20, 2019, this Court entered an *Order Authorizing the

Debtors to Retain and Employ Jones Day as Special Counsel Nunc Pro Tunc to the Petition Date*

[ECF No. 690].

5.      On April 8, 2020, the Court entered an order appointing an independent fee examiner (the "Fee Examiner") in these Chapter 11 Cases [ECF No. 1023].

6.      Jones Day has been representing the Debtors since 2004 in connection with intellectual property prosecution and litigation, including Hatch-Waxman patent litigation and related matters.  Additionally, over the years Jones Day has provided the Debtors with general intellectual property related counseling and opinion work.  Over the course of the engagement, Jones Day attorneys have worked closely with the Debtors' management and in-house counsel and, as a result, have acquired extensive knowledge of the Debtors' history, intellectual property portfolio, litigation needs and related matters.

7.      During the Compensation Period, Jones Day has continued providing the Debtors with targeted advice on discrete matters of patent and intellectual property law.  Additionally, Jones Day continued representing the Debtors in connection with several active patent litigation matters.  Jones Day now seeks compensation for services rendered and reimbursement of expenses incurred in connection with the aforementioned representation.

### Statements by Jones Day

8.      Jones Day makes the following statements consistent with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "U.S. Trustee Guidelines") and the *General Order M-447, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases* (the "Local Guidelines").

***Statements by Jones Day Pursuant to Section C(5) of
the U.S. Trustee Guidelines – Certain Fee and Rate Matters***

9.      Consistent with the pre-petition practice, Jones Day agreed to charge the

Debtors lower billing rates than the standard rates customarily billed by the firm.  For 2020 and

2021, Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, Jones Day used

2019 billable rates for 2020 and used 2020 billable rates for 2021 in calculating amounts due for

legal services performed), and the current rates are also subject to a thirteen percent (13%)

discount.

10.      None of the hourly rates of Jones Day's professionals and paralegals

included in this Application have been varied based on the geographic location of these Chapter

11 Cases.

11.      This Application includes minimal time (2.7 hours) related to reviewing

time records to ensure the protection of any privileged or other confidential information and

revising invoices that are separate from the reasonable fees incurred for preparing the Monthly Fee

Statements (as defined below) or this Application.

12.      This Application includes a customary annual rate increase occurring

during the Compensation Period.  However, as previously noted, Jones Day continued billing the

Debtors the lower billing rates than the standard rates billed by the firm.

***Statements by Jones Day Pursuant to Section C(6) of the
U.S. Trustee Guidelines — Information About Budget and Staffing Plans***

13.      Jones Day and the Debtors agreed to a budget for each significant litigation

matter being handled by Jones Day during the Compensation Period.  The fees sought in this

Application are in line with the budget discussed with and approved by the Debtors.  For matters

for which no budget was agreed upon, the work flow was not as predictable and hours expended

were not as susceptible to estimation.

**Jurisdiction and Venue**

14.    The Court has subject matter jurisdiction to consider this matter pursuant to

28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper

before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested and Reasons Therefore**

*Authority for Relief*

15.    Jones Day makes this Application (a) pursuant to sections 330(a) and 331

of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-1; and

(b) consistent with (i) the U.S. Trustee Guidelines, (ii) Local Guidelines and (iii) the *Order

(I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Retained Professionals and (II) Granting Related Relief* [ECF No. 529] (the "Interim

Compensation Procedures Order" and, collectively with the U.S. Trustee Guidelines and the Local

Guidelines, the "Guidelines").

*Request for Interim Allowance of
Compensation and Reimbursement of Expenses*

16.    Jones Day hereby seeks  interim (i) allowance of compensation in the

amount of $374,357.09 (as discounted from $430,295.50) for professional services rendered for

the Debtors and (ii) reimbursement of actual and necessary expenses incurred in the amount of

$9,729.37 for the Compensation Period.  This is the fourth application for reimbursement of fees

and expenses filed by Jones Day in connection with the Debtors' Chapter 11 Cases.

17.    Pursuant to Local Bankruptcy Rule 2016-1, section A(3) of the Local

Guidelines and Section C of the U.S. Trustee Guidelines, prefixed to this Application and

incorporated herein are the following:

    (a)    a cover sheet summarizing the contents of this Application;

(b)  a schedule identifying all Jones Day professionals and legal support staff who performed services in these Chapter 11 Cases during the Compensation Period, including, with respect to each professional or paraprofessional, as applicable, his or her title or position, date of first admission, number of hours and fees billed, current and initial billing rate and the number of rate increases (if any) since the commencement of these Chapter 11 Cases;

(c)  a summary of actual and necessary expenses that Jones Day incurred during the Compensation Period in connection with the performance of professional services for the Debtors, and for which it seeks reimbursement herein;

(d)  computation of blended hourly rate for persons who billed time during the Compensation Period; and

(e)  a summary of total compensation and expenses previously awarded by the court.

18.    In addition, (a) the certification of John J. Normile with respect to the Application in accordance with the Local Guidelines is attached hereto as <u>Exhibit A</u>; (b) a table identifying the number of hours and amount of fees requested by each Jones Day timekeeper is attached hereto as <u>Exhibit B</u>; (c) a summary of the expenses incurred by Jones Day during the Compensation Period in performing professional services to the Debtors and the bankruptcy estate is attached hereto as <u>Exhibit C</u>; (d) a table identifying, by project category, the number of hours worked and amount of fees requested as compared to the agreed-upon budget is attached hereto as <u>Exhibit D</u>; and (e) detailed time records for the Compensation Period are attached hereto as <u>Exhibit E</u>.[2]

***Prior Payments to Jones Day***

19.    In accordance with the Interim Compensation Procedures Order, Jones Day filed the following first, second, and third interim fee applications (the "<u>Interim Fee Applications</u>") and monthly fee statements (the "<u>Monthly Fee Statements</u>"):

---

[2]    The time records included in <u>Exhibit E</u> have been minimally redacted to protect privileged information.

a.      On March 16, 2020, Jones Day filed the *First Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from September 15, 2019 to January 31, 2020* [ECF No. 948], seeking allowance of $1,067,512.46 (after application of agreed upon discount) in fees for services rendered and reimbursement of $12,001.56 in expenses incurred in connection with the services provided for the Debtors.  The Court approved this application subject to a $20,566.25 reduction agreed upon between Jones Day and the Fee Examiner.

b.      On July 15, 2020, Jones Day filed the *Second Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from February 1, 2020 to May 31, 2020* [ECF No. 1406], seeking allowance of $735,002.54 (after application of agreed upon discount) in fees for services rendered and reimbursement of $40,243.35 in expenses incurred in connection with the services provided for the Debtors.  The Court approved this application subject to a $10,000.00 reduction agreed upon between Jones Day and the Fee Examiner.

c.      On November 16, 2020, Jones Day filed the *Third Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from June 1, 2020 to September 30, 2020* [ECF No. 1968], seeking allowance of $640,809.81 (after application of agreed upon discount) in fees for services rendered and reimbursement of $10,725.56 in expenses incurred in connection with the services provided for the Debtors. The Court approved this application subject to a $20,000.00 reduction agreed upon between Jones Day and the Fee Examiner.

d.      On November 20, 2020, Jones Day filed and served the *Twelfth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from October 1, 2020 Through October 31, 2020* [ECF No. 2019], seeking allowance of $101,843.51 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $3,092.10 in expenses incurred in connection with the services provided for the Debtors.

e.      On December 8, 2020, Jones Day filed and served the *Thirteenth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from November 1, 2020*

*Through November 30, 2020* [ECF No. 2083], seeking allowance of $110,868.45 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $3,625.03 in expenses incurred in connection with the services provided for the Debtors.

f.   On February 16, 2021, Jones Day filed and served the *Fourteenth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from December 1, 2020 Through December 31, 2020* [ECF No. 2392], seeking allowance of $100,729.91 (after application of agreed upon discount and subject to 20% holdback) in fees for services rendered and reimbursement of $3,012.24 in expenses incurred in connection with the services provided for the Debtors.

g.   On March 8, 2021, Jones Day filed and served the *Fifteenth Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from January 1, 2021 Through January 31, 2021* [ECF No. 2457], seeking allowance of $60,915.23 (after application of agreed upon discount and subject to 20% holdback) in fees in connection with the services provided for the Debtors.

20.   To date, Jones Day has received $2,632,615.73 on account of the aforementioned Interim Fee Applications and Monthly Fee Statements.

***Services Provided by Jones Day by Project Category***

21.   The following is a brief description of the principal activities of Jones Day's professionals during the Compensation Period for each project category, consistent with the requirements of the Interim Compensation Procedures Order, section C(8)(c) of the U.S. Trustee Guidelines and section A(4)(iii) of the Local Guidelines. For each project category, the narrative summary provides a description of the project, its necessity and benefit to the estate and its status, including any pending litigation for which compensation and reimbursement are requested. Exhibits D and E provide the remaining information required by the Interim Compensation Procedures Order, section C(8)(c) of the U.S. Trustee Guidelines and section A(4)(iii) of the Local

Guidelines, including, for each project category, (a) the identity of each person providing services on the project, (b) a statement of the number of hours spent and the amount of compensation requested for each timekeeper on the project, and (c) a detailed description of each individual's activities.

### (1)    *Purdue Pharma L.P., et al. v Collegium Pharmaceuticals (113.8 hours)*

22.    During the Compensation Period, Jones Day professionals advised the Debtors with respect to this on-going litigation matter, including drafting and revising the lift stay motion, and performing legal research on various topics, including assessment of damages. Jones Day further advised the Debtors with respect to strategic decisions in connection with this litigation.

### (2)    *Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. (.8 hours)*

23.    During the Compensation Period, Jones Day professionals advised the Debtors with respect to this on-going litigation matter.

### (3)    *Strategic Corporate Advice (43.4)*

24.    During the Compensation Period, Jones Day professionals dedicated time to preparing for and participating in numerous meetings and telephonic conferences with the Debtors and their primary counsel and preparing various legal memoranda related to representation of the Debtors. Jones Day professionals also considered overall litigation strategy and other intellectual property issues in light of the bankruptcy proceedings.

### (4)    *Accord Healthcare Inc. (95.2 hours)*

25.    During the Compensation Period, Jones Day professionals advised the Debtors with respect to this on-going litigation matter, including reviewing and analyzing documents relevant to infringement produced by defendants in said matter, and drafting and

revising the complaint filed by the Debtors following said review and analysis.  Jones Day further

advised the Debtors with respect to strategic decisions in connection with this litigation.

### (5)    *Retention Matters (175.8 hours)*

26.    During the Compensation Period, Jones Day professionals prepared Jones

Day's third interim fee application and four Monthly Fee Statements.  Jones Day professionals

also spent time reviewing voluminous conflict reports and preparing supplemental disclosures in

connection with Jones Day's continued retention as special counsel.

### (6)    *Project Catalyst (132.4 hours)*

27.    During the Compensation Period, Jones Day professionals dedicated time

to preparing for and participating in numerous meetings and telephonic conferences with the

Debtors and their primary counsel and preparing various legal memoranda related to the Asset

Purchase Agreement involving assets of Purdue's affiliated company (the "APA").  Jones Day

professionals also advised the Debtors with respect to overall litigation strategy and other

intellectual property issues in light of the APA.

### *The Requested Fees Are Reasonable*

28.    The amount of fees sought by Jones Day is appropriate given the issues

presented by the Debtors' Chapter 11 Cases.  In addition, these fees are commensurate with fees

that other attorneys of comparable experience and expertise have charged and been awarded in

similar chapter 11 cases.  Jones Day's work on the aforementioned active litigation matters,

including advising the Debtors with respect to preservation of rights in pending litigation matters

in light of the bankruptcy proceedings, is beneficial to the Debtors, the Debtors' estates and other

parties in interest and furthers the Debtors' ultimate goal of maximizing the value of the estates

for the benefit of all parties in interest.

## Expenses Incurred By Jones Day

29.     Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals employed in a chapter 11 case.  11 U.S.C. § 330.  Accordingly, Jones Day seeks interim allowance of reimbursement of expenses incurred during the Compensation Period, in the amount of $9,729.37.  During the Compensation Period, the bulk of expenses was incurred in connection with storage of sensitive chemical samples for the Debtors in connection with certain litigation matters.  Incurrence of these expenses was essential to the preservation of the Debtors' assets during the bankruptcy proceedings.  The expenses for which Jones Day seeks reimbursement are reasonable, actual and necessary, and are of the kind customarily billed to non-bankruptcy clients.

30.     Consistent with section C(13) of the U.S. Trustee Guidelines and sections A(4)(vi) and A(5)(iii) of the Local Guidelines, the expense details attached as Exhibits C and E hereto identify the expenses sought to be reimbursed herein in chronological order, including for each expense (a) the amount, (b) a description and pertinent detail, (c) the date(s) incurred, (d) the Jones Day professional or paralegal that incurred the expense (if relevant) and (e) the reason for the expense.

31.     In accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Guidelines, Jones Day maintains the following policies with respect to expenses for which reimbursement is sought herein:

(a)     No amortization of the cost of any investment, equipment or capital outlay is included in the expenses.  In addition, for those items or services that Jones Day purchased or contracted from a third party (such as consultants), Jones Day seeks reimbursement only for the exact amount billed to Jones Day by the third party vendor and paid by Jones Day to the third party vendor.

(b)     Photocopying by Jones Day, to the extent charged, was charged at 10 cents per page.  To the extent practicable, Jones Day utilized less expensive outside copying services.

(c)     The time pressures associated with the services rendered by Jones Day frequently required Jones Day's professionals and paralegals to devote substantial amounts of time during the evenings and on weekends.  Jones Day has not charged the Debtors for secretarial and other staff overtime expense.

32.     Jones Day believes that this Application reflects all expenses incurred during the Compensation Period.  To the extent any such expenses have not yet been billed as of the date of filing of this Application, however, due to, for example, delays in the applicable billing cycle, Jones Day reserves the right to supplement this Application to include such expenses at or prior to the hearing thereon or to seek reimbursement of such expenses in connection with the next interim compensation period.

**Adjustment to Fees and Expenses**

33.     Consistent with its own internal policies and to comply with the "reasonableness" requirements of section 330 of the Bankruptcy Code, Jones Day has reviewed the service descriptions and expense detail associated with the Compensation Period and has determined that certain fees should not be charged to the Debtors.  Jones Day wrote off a total sum of $5,660.00 during the Compensation Period.  The adjustments made by Jones Day result from, among other things:  (a) the reduction (or elimination) of fees where the time charged for the particular services exceeded the amount of time that, in Jones Day's estimation, it should have taken the lawyer or the paraprofessional to render the services; (b) the deletion of charges for duplicative or nonproductive services; and (c) other adjustments considered appropriate by Jones Day or required by applicable rules.

## **The Requested Compensation Should Be Allowed**

34.     Section 330(a)(1) of the Bankruptcy Code provides that the Court may

award a professional person employed under section 327 or 1103 of the Bankruptcy Code:

> (A)     reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B)     reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).  Section 330(a)(3)(A) further provides the following standards for the

Court's review of a fee application:

> In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> 1.     the time spent on such services;
>
> 2.     the rates charged for such services;
>
> 3.     whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> 4.     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> 5.     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> 6.     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A).

35.     Jones Day respectfully submits that it has satisfied the requirements for the

allowance of the compensation and reimbursement of expenses sought herein.   The services

described above were necessary to the administration of the Debtors' Chapter 11 Cases and were beneficial to the Debtors and parties in interest. Jones Day's services were often performed in a minimum amount of time and commensurate with the complexity of the matters facing the Debtors. Further, the compensation sought by Jones Day is reasonable because it is based on the customary compensation charged by comparably skilled practitioners outside of bankruptcy.

### **Review by the Debtors**

36.     The Debtors and the U.S. Trustee have received copies of the Monthly Fee Statements filed in these Chapter 11 Cases and had the opportunity to review the invoices for the Compensation Period.

### **Notice**

37.     Notice of this Application has been provided in accordance with procedures set forth in the Interim Compensation Procedures Order and the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* [ECF No. 498]. Jones Day respectfully submits that no other or further notice need be provided.

WHEREFORE, Jones Day respectfully requests that the Court enter an order: (i) approving this Application; (ii) allowing on an interim basis compensation in the amount of $374,357.09 for professional services rendered by Jones Day during the Compensation Period; (iii) allowing on an interim basis reimbursement of expenses of $9,729.37 incurred by Jones Day during the Compensation Period; (iv) authorizing and directing the Debtors to pay the approved fees and expenses to Jones Day; and (v) granting such other and further relief to Jones Day as is just and proper.

Dated: March 17, 2021
      New York, New York

Respectfully submitted,

*/s/ Anna Kordas*
John J. Normile
Anna Kordas
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: 212.326.3939
Facsimile:  212.755.7306
Email:     jnormile@jonesday.com
          akordas@jonesday.com

*Special Counsel to the Debtors*

## **EXHIBIT A**

**Certification of John J. Normile**

NAI-1516597936v3

JONES DAY
John J. Normile
Anna Kordas
250 Vesey Street
New York, NY 10281
Telephone:    212.326.3939
Facsimile:    212.755.7306

*Special Counsel to the Debtors*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

## <u>CERTIFICATION OF JOHN J. NORMILE</u>

I, John J. Normile, hereby certify as follows:

1.    I am a partner in the law firm of Jones Day.  I submit this certification with respect to *Jones Day's Fourth Interim Application for Allowance of Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period from October 1, 2020 through January 31, 2021* (the "<u>Application</u>").[2]

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2]    All capitalized terms used but not defined herein have the meanings given to them in the Application.

2.       I make this certification in accordance with the Local Guidelines and the U.S. Trustee Guidelines.

3.       In connection therewith, I hereby certify that:

(a)       I have read the Application;

(b)       To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Local Guidelines and the U.S. Trustee Guidelines;

(c)       Except to the extent that fees or disbursements are prohibited by the Local Guidelines or the U.S. Trustee Guidelines, the disbursements sought are billed at rates customarily employed by Jones Day and generally accepted by Jones Day's clients;

(d)       The fees sought are billed at the rates lower than the rates customarily employed by Jones Day and generally accepted by Jones Day's clients as an accommodation to the Debtors and upon mutual agreement;

(e)       In providing a reimbursable service included in its expense reimbursement request, Jones Day does not make a profit on that service, whether the service is performed by Jones Day in-house or through a third party;

(f)       With respect to B.2 of the Local Guidelines, I certify that Jones Day has previously provided monthly statements of Jones Day's fees and disbursements in accordance with section B.2 of the Local Guidelines by filing and serving monthly statements in accordance with the Interim Compensation Procedures Order; and

(g)       With respect to section B.3 of the Local Guidelines, I certify that the Debtors and the U.S. Trustee have received copies of the Monthly Fee Statements filed in these Chapter 11 Cases.

<u>Statements by Jones Day Pursuant to Section C.5 of the U.S. Trustee Guidelines</u>

      4.    The following statement is provided pursuant to section C.5 of the U.S. Trustee

Guidelines:

(a)    **Question:**  Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?

    **Answer:**  Prior to the Petition Date, the Debtors and Jones Day agreed to a discounted fee arrangement. Jones Day and the Debtors agreed to maintain this discounted fee arrangement following the Petition Date.

(b)    **Question:**  If the fees sought in the fee application as compared to the fees budgeted for the time period covered by the fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

    **Answer:**  The fees sought in this Application do not exceed the budget contemplated for each significant litigation matter during the Compensation Period discussed with and approved by the Debtors, as shown on <u>Exhibit D</u> attached hereto.  For matters for which no budget was agreed upon, the work flow was not as predictable and hours expended were not susceptible to estimation.

(c)    **Question:**  Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

    **Answer:**  No.

(d)    **Question:**  Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices other than reasonable fees for preparing fee applications?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

    **Answer:**  No.

(e)    **Question:**  Does the fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

    **Answer:**  Yes, the application includes 2.7 hours spent on redacting privileged and confidential information from the time records.

(f)    **Question:**  If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases?

If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

**Answer:** Yes, the Debtor reviewed and approved the rate increase in advance and agreed to future rate increases.

Dated: March 17, 2021
      New York, New York

Respectfully submitted,

*/s/ John J. Normile*
John J. Normile
JONES DAY
250 Vesey Street
New York, New York  10281
Telephone: 212.326.3939
Facsimile:  212.755.7306
Email:      jnormile@jonesday.com

*Special Counsel to the Debtors*

## **EXHIBIT B**

**Summary of Professionals for Compensation Period**

## SUMMARY OF PROFESSIONALS/STAFF FOR COMPENSATION PERIOD

| NAME | YEAR OF ADMISSION | 2020 RATE[1] | EFFECTIVE 2020 RATE[2] | 2021 RATE[3] | EFFECTIVE 2021 RATE[4] | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|
| **PARTNER** | | | | | | | |
| Thomas Bouvet | 1994 | $950.00 | $826.50 | N/A | N/A | 2.2 | $2,090.00 |
| Marta Delgado Echevarria | 1998 | $775.00 | $674.25 | N/A | N/A | 0.5 | $387.50 |
| Scott D. Lyne | 2001 | $1,050.00 | $913.50 | N/A | N/A | 6.5 | $6,825.00 |
| Alastair McCulloch | 1994 | $1,125.00 | $978.75 | N/A | N/A | 1.8 | $2,025.00 |
| Christopher Morrison | 2001 | $950.00 | $826.50 | $ 1,025.00 | $ 891.75 | 1.8 | $1,770.00 |
| Dan T. Moss | 2007 | $1,000.00 | $870.00 | $1,075.00 | $935.25 | 0.8 | $860.00 |
| John J. Normile | 1989 | $1,225.00 | $1,065.75 | $1,275.00 | $1,109.25 | 161.9 | $200,267.50 |
| Kevyn D. Orr | 1984 | $1,350.00 | $1,174.50 | $1,425.00 | $1,239.75 | 0.5 | $712.50 |
| Lamberto Schiona | 2000 | $875.00 | $761.25 | N/A | N/A | 0.8 | $700.00 |
| **TOTAL PARTNER:** | | | | | | **176.8** | **$215,637.50** |
| **OF COUNSEL** | | | | | | | |
| Indradeep Bhattacharya | 2005 | $920.00 | $800.40 | N/A | N/A | 1.8 | $1,656.00 |
| Kelsey I. Nix | 1988 | N/A | N/A | $1,225.00 | $1,065.75 | 0.9 | $1,102.50 |
| **TOTAL OF COUNSEL:** | | | | | | **2.7** | **$2,758.50** |
| **ASSOCIATE** | | | | | | | |
| Chane Buck | 2017 | $500.00 | $435.00 | N/A | N/A | 4.3 | $2,150.00 |
| Selien Coolen | 2015 | $450.00 | $391.50 | N/A | N/A | 2.5 | $1,125.00 |
| Colin Devinant | 2017 | $375.00 | $326.25 | N/A | N/A | 1.5 | $562.50 |
| Max Kober | 2012 | $500.00 | $435.00 | N/A | N/A | 2.0 | $1,000.00 |
| Anna Kordas | 2014 | $750.00 | $652.50 | $800.00 | $696.00 | 48.3 | $36,255.00 |
| Kevin V. McCarthy | 2016 | $605.00 | $526.35 | $725.00 | $630.75 | 122.3 | $75,179.50 |
| Adam M. Nicolais | 2017 | $550.00 | $478.50 | $675.00 | $587.25 | 23.1 | $13,455.00 |
| Furqaan Siddiqui | 2017 | $550.00 | $478.50 | N/A | N/A | 7.4 | $4,070.00 |
| Gulsen Taspinar | 2019 | $250.00 | $217.50 | N/A | N/A | 3.3 | $825.00 |
| **TOTAL ASSOCIATE:** | | | | | | **214.7** | **$134,622.00** |
| **LAW CLERK** | | | | | | | |
| Edoardo Coro | N/A | $225.00 | $195.75 | N/A | N/A | 2.5 | $562.50 |
| Elliot J. Horlick | N/A | N/A | N/A | $550.00 | $478.50 | 8.0 | $4,400.00 |
| **TOTAL LAW CLERK:** | | | | | | **10.5** | **$4,962.50** |
| **STAFF ATTORNEY** | | | | | | | |
| Lynne Fischer | 1996 | $525.00 | $456.75 | N/A | N/A | 95.9 | $50,347.50 |
| **TOTAL STAFF ATTORNEY:** | | | | | | **95.9** | **$50,347.50** |
| **LEGAL SUPPORT STAFF** | | | | | | | |
| Barbara M. Burke | N/A | $175.00 | $152.25 | N/A | N/A | 0.7 | $122.50 |
| Jason J. Darensbourg | N/A | $325.00 | $282.75 | $350.00 | $304.50 | 27.0 | $8,792.50 |
| Kristina Horn | N/A | $400.00 | $348.00 | N/A | N/A | 28.10 | $11,240.00 |

---

[1]   This rate reflects the agreed upon discounted rate arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2020, Jones Day used 2019 standard billable rates in calculating amounts due for legal services performed).

[2]   This rate reflects the effective 2020 billable rate after application of the thirteen percent (13%) discount.

[3]   This rate reflects the agreed upon discounted rate arrangement – Jones Day agreed to charge the Debtors previous year's billable rates (*i.e.*, for 2021, Jones Day used 2020 standard billable rates in calculating amounts due for legal services performed).

[4]   This rate reflects the effective 2021 billable rate after application of the thirteen percent (13%) discount.

| NAME | YEAR OF ADMISSION | 2020 RATE[1] | EFFECTIVE 2020 RATE[2] | 2021 RATE[3] | EFFECTIVE 2021 RATE[4] | HOURS | AMOUNT |
|------|------|------|------|------|------|------|------|
| Martin Ihle | N/A | $350.00 | $304.50 | $350.00 | $304.50 | 2.5 | $875.00 |
| Marguerite Melvin | N/A | $375.00 | $326.25 | N/A | N/A | 2.5 | $937.50 |
| TOTAL LEGAL SUPPORT: | | | | | | 60.8 | $21,967.50 |
| TOTAL: | | | | | | 561.4 | $430,295.50 |
| AFTER 13% DISCOUNT: | | | | | | | $374,357.09 |

## EXHIBIT C

**Summary of Disbursements and Expenses for Compensation Period**

## SUMMARY OF DISBURSEMENTS AND EXPENSES
## FOR COMPENSATION PERIOD

| Expenses | Amount |
|---|---|
| Consultant Fees | $9,000.00 |
| Mailing Charges | $103.12 |
| Printing Charges | $626.25 |
| **Total:** | **$9,729.37** |

## <u>EXHIBIT D</u>

**Summary of Compensation Requested by Project Category**

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND COMPLIANCE WITH THE BUDGET

| **Matter** | **Hours Billed this Compensation Period** | **Fees Incurred this Compensation Period (after application of 13% discount)** | **Agreed Upon Budget for this Compensation Period** |
|---|---|---|---|
| Collegium Pharmaceuticals | 113.8 | $92,359.20 | $145,000.00 |
| Intellipharmaceutics Corp. | .8 | $852.60 | N/A |
| Strategic Corporate Advice | 43.4 | $40,840.41 | N/A |
| Accord Healthcare Inc. | 95.2 | $61,071.83 | $180,000.00 |
| Retention Matters | 175.8 | $100,184.85 | N/A |
| Project Catalyst | 132.4 | $79,048.20 | N/A |
| **Total:** | **561.4** | **$374,357.09** | **$325,000.00** |

## **EXHIBIT E**

**Time Detail for October 1, 2020 through January 31, 2021**

NAI-1516597936v3

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

November 16, 2020                                                     305158-610005

Invoice: 33437236

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 31,934.00 |
| Less 13% Fee Discount | | (4,151.42) |
| | USD | 27,782.58 |
| **TOTAL** | **USD** | **27,782.58** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610005/33437236 WITH YOUR PAYMENT

**JONES DAY**

305158-610005                                                                 Page 2
November 16, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals            Invoice:  33437236

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| C M MORRISON | 0.30 | 950.00 | 285.00 |
| J J NORMILE | 17.50 | 1,225.00 | 21,437.50 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 15.30 | 605.00 | 9,256.50 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 0.60 | 325.00 | 195.00 |
| LEGAL SUPPORT |  |  |  |
| K HORN | 1.90 | 400.00 | 760.00 |
| **TOTAL** | **35.60** | **USD** | **31,934.00** |

JONES DAY

305158-610005                                                                 Page 3
                                                                November 16, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33437236

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/01/20 | K MCCARTHY | 0.80 |

Draft/revise letter authorizing removal of client files (0.3) and communicate with paralegal team regarding same (0.5).

| 10/05/20 | K HORN | 0.60 |

Review files for correspondence regarding '919 claim construction per K. McCarthy (0.2); compile Wuest Expert Reports for P. Hendler (0.4).

| 10/05/20 | K MCCARTHY | 1.80 |

Review/analyze parties supplemental claim construction positions (0.8) ███████████████ (0.2); prepare for and participate in teleconference with J. Normile, B. Koch, R. Kreppel, R. Inz, and R. Silbert regarding weekly litigation status updates (0.6), including review of litigation status tracker (0.2).

| 10/05/20 | J J NORMILE | 1.00 |

Review of background materials relating to various claim construction briefs (0.5) and rulings and related teleconference with K. McCarthy (0.5).

| 10/06/20 | K MCCARTHY | 0.60 |

Review/analyze parties' supplemental claim construction positions (0.4) ███████████ (0.2).

| 10/06/20 | J J NORMILE | 1.30 |

██████████████████████████ (.50); ████████████████████ (.80).

| 10/07/20 | K HORN | 0.50 |

Compile L. Rider and G. Hon transcripts for P. Hendler.

| 10/07/20 | K MCCARTHY | 1.00 |

Attention to correspondence with J. Normile, B. Koch, and P. Hendler regarding disposition of certain client files (0.6); attention to correspondence with outside testing laboratory regarding outstanding invoices (0.4).

| 10/07/20 | J J NORMILE | 1.50 |

Various teleconferences regarding strategy for upcoming Status Conference before Judge Saylor and review of relevant background materials.

| 10/08/20 | J J DARENSBOURG | 0.20 |

Manage shared database for attorneys of correspondence regarding transfer of case files to P Hendler.

| 10/08/20 | K HORN | 0.80 |

Compile electronic files and transmit to P. Hendler for review per K. McCarthy.

| 10/08/20 | J J NORMILE | 1.50 |

Various teleconferences regarding upcoming status conference before Judge Saylor (0.5) and review of background materials regarding same (1.0).

| 10/09/20 | J J NORMILE | 1.00 |

Preparation for and participation in teleconference with J. Holdreith regarding upcoming status conference with Judge Saylor (0.5) and preparation of letter to the Court regarding same (0.5).

| 10/12/20 | K MCCARTHY | 1.60 |

Draft/revise joint letter to Court regarding schedule (1.0) and finalize same for filing (0.3); communicate with J. Normile, P. Hendler, and C. Morrison regarding same (0.3).

| 10/12/20 | C M MORRISON | 0.30 |

Confer with J. Normile regarding PTAB status and upcoming status conference with J. Saylor; review and file letter to Judge Saylor; communicate with clerk regarding same.

JONES DAY

305158-610005                                                                    Page 4
                                                                    November 16, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33437236

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/12/20 | J J NORMILE | 2.00 |

Preparation for upcoming status conference before Judge Saylor including review and revision of letter to the Court (1.0) and various teleconferences with B. Koch, K. McCarthy, C. Morrison and J. Holdreith (1.0).

| 10/13/20 | J J NORMILE | 1.60 |

Preparation for status conference before Judge Saylor (.80); preparation for and participation in weekly team teleconference with R. Inz, R. Silbert, R. Kreppel, A. Nicolais, K. McCarthy and P. Hendler (.80).

| 10/14/20 | J J NORMILE | 1.00 |

Review of correspondence regarding stay of appeal from bankruptcy order and review of background materials for proposed case management schedule.

| 10/15/20 | K MCCARTHY | 0.50 |

Draft/revise Purdue's proposed consolidated case schedule for ongoing District Court actions (0.5).

| 10/16/20 | J J NORMILE | 1.50 |

Review of relevant background materials for proposed case management schedule with and without 961 patent in the case.

| 10/21/20 | K MCCARTHY | 0.50 |

Draft/revise proposed consolidated schedule.

| 10/25/20 | K MCCARTHY | 1.50 |

Draft/revise Purdue's proposed consolidated schedule and communicate with J. Normile regarding same (1.5).

| 10/25/20 | J J NORMILE | 1.00 |

Preparation for and participation in teleconference with K. McCarthy regarding case management schedules under various scenarios.

| 10/26/20 | K MCCARTHY | 3.00 |

Draft/revise parties' proposed schedules (2.0); perform follow-up research regarding same (0.7); communicate with J. Normile regarding same (0.3).

| 10/26/20 | J J NORMILE | 0.50 |

Preparation of case management schedules under various scenarios.

| 10/27/20 | K MCCARTHY | 2.00 |

Draft/revise proposed consolidated schedule (1.5) and communicate with J. Normile and P. Hendler regarding same (0.5).

| 10/27/20 | J J NORMILE | 1.00 |

Preparation for and participation in teleconference with K. McCarthy regarding draft case management schedules (0.8); correspondence for P. Hendler regarding same (0.2).

| 10/28/20 | J J NORMILE | 1.00 |

Preparation for and participation in teleconference with K. McCarthy and P. Hendler regarding proposed case management schedules and review of various correspondence regarding same.

| 10/29/20 | J J NORMILE | 0.80 |

Participate in District of Massachusetts webinar presented by Judge Saylor relating to civil jury trials in the District.

| 10/30/20 | J J DARENSBOURG | 0.40 |

Manage shared database for attorneys of Joint Status Letter to Judge Saylor and Text Notice regarding Scheduling Conference.

| 10/30/20 | K MCCARTHY | 2.00 |

Draft/revise Purdue's proposed consolidated schedule (0.6); draft/revise letter to opposing counsel regarding proposed schedule (0.7) and communicate with J. Normile regarding same (0.3); finalize and serve letter and proposed schedule on opposing counsel (0.4).

**JONES DAY**

305158-610005                                                                 Page 5
                                                                   November 16, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33437236

| *Date of Service* | *Timekeeper Name* | *Hours* |
| --- | --- | --- |
| 10/30/20 | J J NORMILE | 0.80 |

Finalizing proposed and modified case management schedule and related teleconference with K. McCarthy.

**TOTAL**                                                                 **35.60**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

November 16, 2020                                                   305158-610013

                                                                   Invoice: 33437239

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2020:

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.          USD          0.00

### DISBURSEMENTS & CHARGES

Hosting Charges                                      3,000.00

                                                                    3,000.00

**TOTAL**                                              USD      **3,000.00**

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33437239 WITH YOUR PAYMENT

**JONES DAY**

305158-610013                                                                      Page 2
                                                                      November 16, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                Invoice:  33437239

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|----------------|----------|--------|-------|
| **HOSTING CHARGES** | | | | |
| 10/06/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Hosting Charges - EMERSON RESOURCES, INC. for September storage (Invoice 23867 9/29/20). | | | |
| 10/29/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Hosting Charges - EMERSON RESOURCES, INC. for August storage (Invoice 23780 9/22/20). | | | |
| | **Hosting Charges Subtotal** | | | **3,000.00** |
| **TOTAL** | | | **USD** | **3,000.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

November 16, 2020                                                305158-610028

Invoice: 33437242

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2020:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 62,602.50 |
| Less 13% Fee Discount | | (8,138.32) |
| | USD | 54,464.18 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| Document Reproduction Charges | 92.10 |
| | 92.10 |

**TOTAL**                                              **USD**          **54,556.28**

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610028/33437242 WITH YOUR PAYMENT

**JONES DAY**

305158-610028                                                          Page 2
                                                          November 16, 2020
Accord Healthcare Inc.                                  Invoice:  33437242

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 21.90 | 1,225.00 | 26,827.50 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 46.50 | 605.00 | 28,132.50 |
| A M NICOLAIS | 5.20 | 550.00 | 2,860.00 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 2.90 | 325.00 | 942.50 |
| LEGAL SUPPORT |  |  |  |
| K HORN | 9.60 | 400.00 | 3,840.00 |
| **TOTAL** | **86.10** | **USD** | **62,602.50** |

**JONES DAY**

305158-610028                                                                              Page 3
                                                                          November 16, 2020
Accord Healthcare Inc.                                                     Invoice:  33437242

### SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 10/01/20 | K MCCARTHY | 1.70 |

Draft/revise patent infringement complaint (1.4) and communicate internally and with client regarding edits to same (0.3).

| 10/01/20 | J J NORMILE | 2.00 |

Review and revision of draft Complaint (1.0); attention to stipulation regarding personal jurisdiction and venue including various teleconferences (1.0).

| 10/02/20 | K MCCARTHY | 4.00 |

Draft/revise patent infringement complaint (2.0) and communicate internally regarding edits to same (0.5); draft/revise preliminary infringement contentions (1.0); draft/revise stipulation regarding jurisdiction and venue (0.3) and communicate internally regarding same (0.2).

| 10/02/20 | J J NORMILE | 2.00 |

Review of various pleadings regarding Collegium's motion to stay appeal (1.0); attention to various pre-filing matters including communication with local counsel (1.0).

| 10/03/20 | J J NORMILE | 1.50 |

Continued review of draft Complaint and related background materials (1.5).

| 10/04/20 | J J NORMILE | 1.00 |

Continued review of draft Complaint and related background materials (1.0).

| 10/05/20 | J J DARENSBOURG | 0.20 |

Manage shared database for attorneys of correspondence regarding ANDA production, designation of in house counsel, and confirmation of no contest of personal jurisdiction or venue.

| 10/05/20 | K MCCARTHY | 5.20 |

Draft/revise patent infringement complaint (2.0) and communicate with J. Normile and A. Nicolais regarding same (0.4); draft/revise stipulation as to jurisdiction and venue (0.8) and communicate with opposing counsel regarding related issues (0.2); draft/revise preliminary infringement contention claim charts (1.5) and communicate with A. Nicolais regarding same (0.3).

| 10/05/20 | A M NICOLAIS | 2.50 |

Review/analyze and edits/revisions to Purdue complaint v. Accord (1.25); communication in firm with J. Normile and K. McCarthy re same (.25); review/analyze Accord patent infringement charts (1.0).

| 10/05/20 | J J NORMILE | 3.30 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, K. McCarthy, A. Nicolais and P. Hendler (.80); various teleconferences with A. Nicolais and K. McCarthy regarding draft Complaint and infringement charts and review same (2.0); communicate with local counsel (.50).

| 10/06/20 | K MCCARTHY | 3.00 |

Draft/revise patent infringement complaint (1.5) and communicate with J. Normile, A. Nicolais, and B. Koch regarding same (0.5); draft/revise preliminary infringement contention claim charts and review underlying ANDA documents (1.0).

| 10/07/20 | K HORN | 1.80 |

Cite check Complaint per K. McCarthy (1.3); compile related pleadings and patent (0.5).

| 10/07/20 | K MCCARTHY | 2.00 |

Draft/revise patent infringement complaint and related filing forms (1.5); attention to internal, client, and local counsel correspondence regarding same (0.5).

| 10/07/20 | J J NORMILE | 1.00 |

Final review of draft Complaint and various correspondence with B. Koch and K. McCarthy regarding filing same (1.0).

JONES DAY

305158-610028                                                                                          Page 4
                                                                                          November 16, 2020
Accord Healthcare Inc.                                                                   Invoice:  33437242


| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**10/08/20    J J DARENSBOURG                                        0.10**
Manage shared database for attorneys of correspondence regarding draft Initial Infringement Contentions.

**10/08/20    K MCCARTHY                                             5.50**
Draft/revise patent infringement complaint (2.3) and communicate internally and with client and local counsel regarding same (0.5); draft/revise related filing forms for complaint (0.5) and communicate with local counsel regarding same (0.3); attention to internal, client, and co-counsel correspondence regarding disposition of certain client files (0.5); draft/revise stipulation regarding jurisdiction and venue and communicate with opposing counsel regarding same (0.4); finalize initial infringement contentions (1.0).

**10/08/20    A M NICOLAIS                                           0.90**
███████████████████████████████████████████████████ (.5);
████████████████████████████████ (.4).

**10/08/20    J J NORMILE                                            2.50**
Final review and revision of draft Complaint and related filing documents including teleconferences and emails with K. McCarthy and R. Smith (local counsel) (1.5); various correspondence regarding stipulation on personal jurisdiction and venue (1.0).

**10/09/20    K HORN                                                 1.20**
Compile filed versions of Complaint and supporting documents (.50); draft Waivers of Service re: same (.70) per K. McCarthy.

**10/09/20    K MCCARTHY                                             1.50**
Draft/revise stipulation re: jurisdiction and venue and waiver of service forms (1.0); communicate internally and with opposing counsel, local counsel, and client regarding same (0.5).

**10/09/20    J J NORMILE                                            1.00**
Review and revision of draft stipulation regarding personal jurisdiction and venue and review of emails from K. McCarthy, G. LaRosa and A. Barkoff regarding same (1.0).

**10/10/20    J J NORMILE                                            0.50**
Review of additional correspondence relating to draft stipulation on personal jurisdiction and venue.

**10/12/20    K MCCARTHY                                             1.10**
Draft/revise stipulation as to jurisdiction and venue (0.3); draft/revise waiver of service forms (0.2); communicate with J. Normile regarding stipulation and waiver of service forms (0.2); communicate with opposing counsel regarding same (0.4).

**10/12/20    J J NORMILE                                            0.30**
Attention to finalizing stipulation relating to personal jurisdiction and venue.

**10/13/20    K MCCARTHY                                             1.50**
Prepare for and participate in weekly client teleconference with J. Normile, R. Inz, R. Kreppel, R. Silbert, and P. Hendler (0.7), including reviewing litigation status tracker (0.3); attention to P. Hendler case files and miscellaneous related correspondence (0.5).

**10/14/20    K MCCARTHY                                             1.50**
██████████████████████████████████ (0.9) and communicate with paralegal team regarding same (0.4); communicate with client regarding case assignment to Judge Andrews (0.2).

**10/15/20    J J DARENSBOURG                                        1.10**
Manage shared database for attorneys of correspondence regarding Initial Infringement Contentions draft, designation of in-house counsel, filed complaint documents, draft Stipulation regarding Jurisdiction and Venue, and Waiver of Service forms.

**10/15/20    K HORN                                                 0.80**
Review files, compile and transmit L. Rider Lab Notebooks for P. Hendler.

JONES DAY

305158-610028                                                                         Page 5
                                                                         November 16, 2020
Accord Healthcare Inc.                                                   Invoice:  33437242


| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**10/15/20  K MCCARTHY  3.50**
███████████████████████████ (1.0) and communicate internally regarding same (0.5); draft/revise stipulation regarding personal jurisdiction and venue (0.5) and communicate with local counsel regarding finalizing and filing same (0.5); communicate with client regarding recent case filings (0.4); communicate with opposing counsel and local counsel regarding waiver of service forms and filing of same (0.3); communicate with J. Normile and A. Nicolais re: updating Accord answer deadlines in Purdue litigation status tracker (0.3).

**10/15/20  J J NORMILE  1.00**
Review various correspondence from K. McCarthy and A. Barkoff regarding waiver of service forms and stipulation regarding personal jurisdiction and venue.

**10/16/20  K HORN  0.50**
Updates to pleading and docket; send pre-trial materials to P. Hendler.

**10/16/20  K MCCARTHY  0.50**
Attention to disposition of certain prosecution history case files (0.5).

**10/19/20  K MCCARTHY  2.00**
Draft/revise Purdue weekly litigation status updates (0.5); draft/revise proposed litigation budgets received from Purdue (0.5); prepare for and participate in weekly client teleconference regarding litigation status updates with J. Normile, P. Hendler, and A. Nicolais (0.5); perform factual research regarding current status of certain Purdue independent associated companies (0.5).

**10/19/20  A M NICOLAIS  0.80**
Researching typical FDA response period between ANDA submission and FDA response letter (.6); drafting summary for K. McCarthy re same (.2).

**10/19/20  J J NORMILE  2.00**
Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, K. McCarthy, A. Nicolais and P. Hendler (1.0); various teleconferences relating to litigation and settlement strategy (1.0).

**10/20/20  K HORN  3.00**
Review files for materials requested by P. Hendler (1.0); highlight and flag lab notebook of same (0.5); review electronic files for ANDA cover letters and CRLs per K. McCarthy (1.50).

**10/20/20  K MCCARTHY  1.50**
Attention to case files and correspondence (0.4); perform research regarding certain Purdue independent associated companies (0.4); review research regarding time to CRL issuance (0.5) and communicate with A. Nicolais regarding same (0.2).

**10/21/20  K MCCARTHY  2.50**
Perform factual research regarding Purdue independent associated companies (0.4) and communicate with J. Normile regarding same (0.3); perform factual research regarding FDA complete response letter deadlines (0.8) and attention to correspondence with J. Normile, A. Nicolais, and paralegal team regarding same (0.5); attention to miscellaneous internal correspondence regarding disposition of case files (0.5).

**10/21/20  A M NICOLAIS  1.00**
Communication in firm with K. McCarthy re Judge Saylor scheduling orders and FDA response letter timelines (.3): researching re same (.7).

**10/22/20  J J DARENSBOURG  1.30**
Manage ANDA/CRL/settlement documents from prior OxyContin litigation cases for attorney review.

**10/22/20  K HORN  1.50**
Review electronic files for ANDA materials (0.8) and Complete Response Letters per K. McCarthy (0.7).

JONES DAY

305158-610028                                                                     Page 6
                                                                    November 16, 2020
Accord Healthcare Inc.                                              Invoice:  33437242


*Date of Service*      *Timekeeper Name*                            *Hours*

10/22/20       K MCCARTHY                                           1.00
         Review research and underlying documents regarding time to CRL issuance (0.7) and communicate with
         paralegal team regarding follow-up requests to same (0.3).

10/25/20       K MCCARTHY                                           4.00
         Draft/revise Purdue proposed litigation budgets and communicate with J. Normile regarding same (3.0);
         perform research regarding FDA complete response letter timelines and communicate with J. Normile
         regarding same (1.0).

10/26/20       K MCCARTHY                                           4.50
         Draft/revise internal summary of research regarding time to FDA CRL issuance (1.0) and communicate
         with J. Normile regarding same (0.5); ████████████████████████████████
         ████████████████████████████ (0.5); draft/revise Purdue litigation budgets (1.6) and
         communicate with J. Normile regarding same (0.4); prepare for and participate in client teleconference with
         J. Normile, P. Hendler, and A. Nicolais regarding litigation status updates (0.5).

10/26/20       J J NORMILE                                          3.80
         Preparation for and participation in teleconference with B. Koch regarding status of prosecution of Accord
         matter (.50); preparation for and participation in teleconference with M. Kesselman, B. Koch, R. Silbert, R.
         Kreppel, R. Inz and P. Hendler and review of background materials regarding Accord ANDA (1.5);
         preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Kreppel, R.
         Inz, K. McCarthy, A. Nicolais and P. Hendler (.80); review of background materials relating to the potential
         filing of Suggestion of Bankruptcy (1.0).

10/27/20       K HORN                                               0.80
         Review documents requested by P. Hendler and coordinate delivery of same per K. McCarthy.

10/28/20       J J DARENSBOURG                                      0.20
         Manage shared database for attorneys of correspondence regarding Stipulation and Order as to Jurisdiction
         and Venue.


         **TOTAL**                                                 86.10

**JONES DAY**

305158-610028                                                          Page 7
                                                              November 16, 2020
Accord Healthcare Inc.                                       Invoice:  33437242


DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|----------------|----------|--------|-------|
| **DUPLICATION CHARGES** | | | | |
| 10/29/20 | NYC ACCOUNTING | NYC | 92.10 | |
| | Duplication charges through 10/29/2020 | | | |
| | **Duplication charges Subtotal** | | | **92.10** |
| | **TOTAL** | | **USD** | **92.10** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

November 16, 2020                                                     305158-640002

                                                                      Invoice: 33437247

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 8,130.00 |
| Less 13% Fee Discount | | (1,056.90) |
| | USD | 7,073.10 |
| **TOTAL** | **USD** | **7,073.10** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-640002/33437247 WITH YOUR PAYMENT

**JONES DAY**

305158-640002                                                    Page 2
                                                    November 16, 2020

Strategic Corporate Advice                          Invoice:  33437247


TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| J J NORMILE | 5.10 | 1,225.00 | 6,247.50 |
| **ASSOCIATE** | | | |
| A M NICOLAIS | 3.20 | 550.00 | 1,760.00 |
| **STAFF** | | | |
| B M BURKE | 0.70 | 175.00 | 122.50 |
| **TOTAL** | **9.00** | **USD** | **8,130.00** |

**JONES DAY**

305158-640002                                                                    Page 3
                                                                    November 16, 2020

Strategic Corporate Advice                                          Invoice:  33437247

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/05/20 | A M NICOLAIS | 1.00 |
| | Drafting weekly Purdue tracker (0.4); weekly Purdue meeting (0.6). | |
| 10/13/20 | A M NICOLAIS | 0.60 |
| | Drafting weekly Purdue matters update (0.3); weekly Purdue meeting (0.3). | |
| 10/19/20 | A M NICOLAIS | 0.60 |
| | Drafting Purdue weekly tracker (0.3); weekly Purdue meeting (0.3). | |
| 10/20/20 | B M BURKE | 0.70 |
| | Research in the Lexis, Bloomberg Law, and Lexis Securities Mosaic databases to determine if The P.F. Laboratories is an ongoing entity, for K. McCarthy. | |
| 10/21/20 | J J NORMILE | 2.00 |
| | Attention to various matters relating to the Company's agreement with the U.S. Department of Justice including review of DOJ's press conference (1.0); related teleconferences with R. Silbert, B. Koch and P. Hendler (1.0). | |
| 10/26/20 | A M NICOLAIS | 1.00 |
| | Drafting weekly Purdue update (0.5); weekly Purdue meeting (0.5). | |
| 10/27/20 | J J NORMILE | 1.10 |
| | Preparation for and participation in teleconference with B. Koch regarding preparation of ▇▇▇▇ consulting agreement (0.3); preparation of ▇▇▇▇ consulting agreement (0.8). | |
| 10/28/20 | J J NORMILE | 1.00 |
| | Preparation for and participation in teleconference with J. Lowne, K. McCarthy, B. Lundie, D. Fogel, R. Shamblen, R. Aleali, B. Koch, R. Schlossberg and W. McConagha ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. | |
| 10/31/20 | J J NORMILE | 1.00 |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | |
| **TOTAL** | | **9.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

November 16, 2020                                                     305158-999007

Invoice: 33437252

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through October 31, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 14,395.00 |
| Less 13% Fee Discount | | (1,871.35) |
| | USD | 12,523.65 |
| **TOTAL** | **USD** | **12,523.65** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-999007/33437252 WITH YOUR PAYMENT

**JONES DAY**

305158-999007                                                                    Page 2
                                                                    November 16, 2020
Retention Matters                                                  Invoice:  33437252


TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 2.00 | 1,225.00 | 2,450.00 |
| ASSOCIATE | | | |
| A KORDAS | 10.10 | 750.00 | 7,575.00 |
| F SIDDIQUI | 7.40 | 550.00 | 4,070.00 |
| PARALEGAL | | | |
| M M MELVIN | 0.80 | 375.00 | 300.00 |
| **TOTAL** | **20.30** | **USD** | **14,395.00** |

**JONES DAY**

305158-999007                                                                                          Page 3
                                                                                          November 16, 2020
Retention Matters                                                                          Invoice:  33437252


SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 10/05/20 | F SIDDIQUI | 4.40 |

Review invoice (1.0); update excel fee worksheet (1.9); draft tenth monthly fee statement (1.5).

| 10/06/20 | F SIDDIQUI | 2.00 |

Redact invoice (.5); update tenth monthly fee statement (1.5).

| 10/08/20 | A KORDAS | 2.00 |

Draft/revise fee application (1.5); coordinate filing/service of same (.5).

| 10/08/20 | M M MELVIN | 0.20 |

Serve Jones Day's Tenth monthly fee statement.

| 10/08/20 | F SIDDIQUI | 1.00 |

Finalize file and coordinate service of monthly fee statement.

| 10/20/20 | J J NORMILE | 1.00 |

Review of various correspondence from B. Koch regarding annual litigation budget for patent litigation matters and preparation of timelines for same.

| 10/26/20 | J J NORMILE | 1.00 |

Review and revision of various draft budgets for current and anticipated patent litigation matters and teleconference with K. McCarthy regarding same.

| 10/27/20 | A KORDAS | 2.00 |

Review/revise invoices for UST compliance (1.5); draft/revise monthly fee statement (.5).

| 10/29/20 | A KORDAS | 1.20 |

Draft/revise monthly fee statement.

| 10/30/20 | A KORDAS | 4.90 |

Draft/revise monthly fee statement and corresponding worksheet (3.2); review/redact invoices for filing (.5); coordinate filing and service of same (.2); draft/revise fee application (1.0).

| 10/30/20 | M M MELVIN | 0.60 |

Redact portions of Jones Day's invoices, per A. Kordas (0.20); assemble invoices with Jones Day's eleventh monthly fee statement (0.10); review and e-file Jones Day's eleventh monthly fee statement (0.20); serve the same by e-mail (0.10).

**TOTAL**                                                                                          **20.30**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

December 4, 2020                                                             305158-610005

Invoice: 33446776

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 22,710.50 |
| Less 13% Fee Discount | | (2,952.36) |
| | USD | 19,758.14 |
| **TOTAL** | **USD** | **19,758.14** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610005/33446776 WITH YOUR PAYMENT

**JONES DAY**

305158-610005

Page 2

December 4, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 33446776

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| C M MORRISON | 0.40 | 950.00 | 380.00 |
| J J NORMILE | 14.70 | 1,225.00 | 18,007.50 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 6.60 | 605.00 | 3,993.00 |
| A M NICOLAIS | 0.60 | 550.00 | 330.00 |
| **TOTAL** | **22.30** | **USD** | **22,710.50** |

**JONES DAY**

305158-610005                                                     Page 3
                                                         December 4, 2020
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals       Invoice:  33446776

## SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |

11/02/20   K MCCARTHY                                          0.50
Prepare for and participate in weekly client teleconference with J. Normile, P. Hendler, and A. Nicolais regarding litigation status updates (.30), including review of litigation status tracker (.20).

11/02/20   J J NORMILE                                        1.80
Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, K. McCarthy, A. Nicolais and P. Hendler (.80); review and revision of background materials regarding preparation of document list from Rhodes transactions including various emails with K. McCarthy and B. Koch (.50); correspondence with K. McCarthy and B.Koch regarding same (.50). .

11/04/20   J J NORMILE                                        1.00
Various teleconferences with K. McCarthy regarding proposed case management schedules and recent correspondence from O. Langer.

11/05/20   J J NORMILE                                        2.00
Draft/revise case management schedule (1.00) review proposals set forth by O. Langer regarding discovery, case management and trial options (1.00).

11/06/20   K MCCARTHY                                         1.00
Prepare for and participate in client teleconference with J. Normile and P. Hendler regarding proposed case schedules (.60), including review of related opposing counsel correspondence regarding Purdue's proposed schedule (.40).

11/06/20   A M NICOLAIS                                       0.60
Purdue meeting re Collegium case management schedule (.40); communication in firm with K. McCarthy re same (.20).

11/09/20   K MCCARTHY                                         0.50
Attention to correspondence with J. Normile, P. Hendler, and B. Koch regarding case schedule and related issues.

11/09/20   J J NORMILE                                        0.80
Review correspondence from counsel for Collegium regarding proposed case management schedule (.40); various teleconferences and emails with P. Hendler and B. Koch regarding same (.40).

11/10/20   K MCCARTHY                                         1.00
Attention to client and co-counsel correspondence regarding ▮▮▮▮▮▮▮▮ (.50); prepare for and participate in weekly client teleconference regarding litigation status updates (.40); including providing edits to litigation status tracker (.10).

11/10/20   J J NORMILE                                        1.30
Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, P. Hendler, K. McCarthy and A. Nicolais (.50); various teleconferences with K. McCarthy and P. Hendler regarding Collegium's counterproposal for case management conference (.80).

11/11/20   K MCCARTHY                                         0.50
Review/analyze Collegium's schedule counter-proposal and communicate internally regarding same.

11/11/20   J J NORMILE                                        1.00
Review of correspondence from counsel for Collegium regarding counterproposal to proposed case management schedule and related teleconferences.

11/12/20   J J NORMILE                                        1.00
Preparation for upcoming meet and confer with counsel for Collegium (.50); review of background materials (.20); teleconference with B. Koch and P. Hendler (.30).

JONES DAY

305158-610005                                                              Page 4
December 4, 2020

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice: 33446776

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

| 11/13/20 | J J NORMILE | 2.10 |

Preparation for and participation in team teleconference with B. Koch, M. Kasselman, K. Benedict, C. Robertson, P. Hendler and B. Kaminetzky regarding Collegium email on prospective discovery topics (.80); related teleconferences with P. Hendler and B. Koch (.30); preparation for and participation in meet and confer with counsel for Collegium regarding case management schedule (.50); related teleconference with P. Hendler (.50).

| 11/16/20 | K MCCARTHY | 2.00 |

Prepare for and participate in teleconference with L. Rider, B. Koch, and P. Hendler regarding ▮▮▮▮▮ ▮▮▮ (1.00); review/analyze ▮▮▮▮▮ documents in advance of teleconference (1.00).

| 11/16/20 | J J NORMILE | 0.80 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, K. McCarthy, A. Nicolais and P. Hendler (.40) and review of relevant background materials regarding same (.40).

| 11/18/20 | K MCCARTHY | 0.50 |

Prepare for and participate in meet and confer with opposing counsel (.40); communicate with J. Normile and P. Hendler regarding same (.10).

| 11/18/20 | J J NORMILE | 1.30 |

Preparation for and participation in meet and confer with counsel for Collegium and related teleconference with P. Hendler (1.00); review of draft letter to Judge Saylor regarding November 23, 2020 status conference (.30).

| 11/19/20 | C M MORRISON | 0.40 |

Review and analyze communications regarding PTAB status and file letter with Court regarding same.

| 11/19/20 | J J NORMILE | 0.50 |

Review of various correspondence regarding letter to Judge Saylor regarding upcoming status conference.

| 11/20/20 | J J NORMILE | 0.30 |

Review of Judge Saylor's Order postponing the November 23 status conference and related teleconferences.

| 11/23/20 | K MCCARTHY | 0.60 |

Prepare for and participate in weekly client teleconference with J. Normile, P. Hendler, and A. Nicolais regarding litigation status updates (.40); including review of litigation status tracker (.20).

| 11/23/20 | J J NORMILE | 0.80 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Inz, P. Hendler, K. McCarthy and A. Nicolais.

**TOTAL**                                                                  22.30

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

December 4, 2020                                         305158-610013

Invoice: 33446777

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2020:

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.            USD                0.00

### DISBURSEMENTS & CHARGES

Hosting Charges                                              3,000.00

3,000.00

**TOTAL**                                                   **USD**         **3,000.00**

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610013/33446777 WITH YOUR PAYMENT

**JONES DAY**

305158-610013                                                                 Page 2
                                                                  December 4, 2020
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.          Invoice:  33446777

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **HOSTING CHARGES** | | | | |
| 11/10/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Hosting Charges - EMERSON RESOURCES, INC. for Hosting storage - October 2020 | | | |
| 11/10/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Hosting Charges - EMERSON RESOURCES, INC. for April storage 2020. | | | |
| | **Hosting Charges Subtotal** | | | **3,000.00** |
| | **TOTAL** | | **USD** | **3,000.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

December 4, 2020                                                                  305158-610028

Invoice: 33446778

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2020:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 4,157.50 |
| Less 13% Fee Discount | | (540.47) |
| | USD | 3,617.03 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| Document Reproduction Charges | 534.15 |
| United Parcel Service Charges | 90.88 |
| | 625.03 |

| **TOTAL** | **USD** | **4,242.06** |
|---|---|---|

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610028/33446778 WITH YOUR PAYMENT

**JONES DAY**

305158-610028

Accord Healthcare Inc.

Page 2

December 4, 2020

Invoice: 33446778

### TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| J J NORMILE | 1.80 | 1,225.00 | 2,205.00 |
| **ASSOCIATE** | | | |
| K MCCARTHY | 0.50 | 605.00 | 302.50 |
| A M NICOLAIS | 3.00 | 550.00 | 1,650.00 |
| **TOTAL** | **5.30** | **USD** | **4,157.50** |

JONES DAY

305158-610028                                                               Page 3
                                                                  December 4, 2020
Accord Healthcare Inc.                                       Invoice:  33446778


SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| | | |

11/02/20        A M NICOLAIS                                    1.00
Drafting/revise weekly Purdue update (.40); weekly Purdue meeting (.30); communication in firm with K.
McCarthy re Rhodes document review (.30).

11/10/20        A M NICOLAIS                                    0.70
Edits/revisions to weekly Purdue status tracker (.60); weekly Purdue call (.10).

11/23/20        A M NICOLAIS                                    0.70
Drafting weekly Purdue updates/case status (.40); communication in firm re same (.10); weekly Purdue
meeting (.20).

11/27/20        J J NORMILE                                     0.50
Review of correspondence ███████████████████████████

11/30/20        K MCCARTHY                                      0.50
Prepare for and participate in weekly client teleconference with J. Normile, P. Hendler, and A. Nicolais
regarding litigation status updates (.40), including review of litigation status tracker (.10).

11/30/20        A M NICOLAIS                                    0.60
Drafting Purdue weekly update (.20); weekly Purdue meeting (.30).

11/30/20        J J NORMILE                                     1.30
Preparation for and participation in weekly teleconference with B. Koch, R. Kreppel, R. Inz. P. Hendler, K.
McCarthy and A. Nicolais (.50); ██████████████████████████████

**TOTAL**                                                      **5.30**

**JONES DAY**

305158-610028                                                                    Page 4
                                                                        December 4, 2020
Accord Healthcare Inc.                                              Invoice:  33446778

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **DUPLICATION CHARGES** | | | | |
| 11/12/20 | NYC ACCOUNTING | NYC | 534.15 | |
| | Duplication charges - for 10,683 b&w copies at $0.05 each through 11/12/2020 | | | |
| | **Duplication charges Subtotal** | | | **534.15** |
| **UNITED PARCEL SERVICE CHARGES** | | | | |
| 10/27/20 | NYC ACCOUNTING | NYC | 11.36 | |
| | United Parcel Services Charges, P. HENDLER, 1Z10445E0396618203 | | | |
| 10/27/20 | NYC ACCOUNTING | NYC | 11.36 | |
| | United Parcel Services Charges, P. HENDLER, 1Z10445E0398669413 | | | |
| 11/09/20 | NYC ACCOUNTING | NYC | 11.36 | |
| | United Parcel Services Charges, P. HENDLER, 1Z10445E0398216296 | | | |
| 11/09/20 | NYC ACCOUNTING | NYC | 11.36 | |
| | United Parcel Services Charges, P. HENDLER, 1Z10445E0398543316 | | | |
| 11/09/20 | NYC ACCOUNTING | NYC | 11.36 | |
| | United Parcel Services Charges, P. HENDLER, 1Z10445E0398334873 | | | |
| 11/09/20 | NYC ACCOUNTING | NYC | 11.36 | |
| | United Parcel Services Charges, P. HENDLER, 1Z10445E0398571269 | | | |
| 11/09/20 | NYC ACCOUNTING | NYC | 11.36 | |
| | United Parcel Services Charges, P. HENDLER, 1Z10445E0396326108 | | | |
| 11/09/20 | NYC ACCOUNTING | NYC | 11.36 | |
| | United Parcel Services Charges, P. HENDLER, 1Z10445E0399057886 | | | |
| | **United Parcel Service charges Subtotal** | | | **90.88** |
| | **TOTAL** | | **USD** | **625.03** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

December 4, 2020                                    305158-640002

Invoice: 33446780

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2020:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 7,227.50 |
| Less 13% Fee Discount | | (939.57) |
| | USD | 6,287.93 |
| **TOTAL** | **USD** | **6,287.93** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33446780 WITH YOUR PAYMENT

**JONES DAY**

305158-640002                                                        Page 2
                                                          December 4, 2020
Strategic Corporate Advice                          Invoice:  33446780

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 5.90 | 1,225.00 | 7,227.50 |
| **TOTAL** | **5.90** | **USD** | **7,227.50** |

**JONES DAY**

305158-640002                                                                                                                     Page 3
                                                                                                                      December 4, 2020

Strategic Corporate Advice                                                                                  Invoice:  33446780


SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 11/05/20 | J J NORMILE | 1.00 |

Analysis of ███████████████████ Agreement (.50); related teleconference with B. Koch (.50).

| 11/06/20 | J J NORMILE | 2.10 |

Preparation for and participation in team teleconference regarding ███████████████ including K. McCarthy, R. Schlossberg, B. Koch, W. McConagha and R. Aleali (.80); review and revision of bullet points outline prepared by B. Koch and related teleconference with B. Koch (1.30).

| 11/07/20 | J J NORMILE | 0.80 |

Review of B. Koch revised bullet points outline (.40); review of ███████████████ Agreement. (.40).

| 11/09/20 | J J NORMILE | 2.00 |

Preparation for and participation in teleconference with K. McCarthy, D. Lundie, J. Lowne, R. Schlossberg, B. Koch, R. Aleali, J. Doyle and K. Ickes regarding ███████████ (1.00); review of draft memorandum prepared by B. Koch and related background materials (1.00).

**TOTAL**                                                                                                          **5.90**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

December 4, 2020                                                          305158-640003

Invoice: 33446783

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2020:

| | | |
|---|---|---|
| Project Catalyst | USD | 44,322.00 |
| Less 13% Fee Discount | | (5,761.86) |
| | USD | 38,560.14 |
| **TOTAL** | **USD** | **38,560.14** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-640003/33446783 WITH YOUR PAYMENT

**JONES DAY**

305158-640003                                                    Page 2
                                                      December 4, 2020
Project Catalyst                                      Invoice:  33446783

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 8.70 | 1,225.00 | 10,657.50 |
| ASSOCIATE | | | |
| K MCCARTHY | 29.90 | 605.00 | 18,089.50 |
| A M NICOLAIS | 3.60 | 550.00 | 1,980.00 |
| PARALEGAL | | | |
| J J DARENSBOURG | 21.40 | 325.00 | 6,955.00 |
| LEGAL SUPPORT | | | |
| K HORN | 16.60 | 400.00 | 6,640.00 |
| **TOTAL** | **80.20** | **USD** | **44,322.00** |

JONES DAY

305158-640003                                                                    Page 3
                                                                        December 4, 2020

Project Catalyst                                                         Invoice:  33446783

### SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 11/01/20 | K MCCARTHY | 0.50 |

Prepare for and participate in teleconference with J. Normile regarding client document discovery request (.30); coordinate with paralegal team to collect requested documents (.20).

| 11/01/20 | J J NORMILE | 0.80 |

Review of various correspondence regarding preparation of index of relevant documents at Rhodes Technologies for admissibility purposes for upcoming ABUK proceedings (.50); various emails with K. McCarthy and A. Nicolais regarding same (.30).

| 11/02/20 | J J DARENSBOURG | 0.70 |

Manage trial exhibit lists from past OxyContin litigations for determining future document productions.

| 11/02/20 | K MCCARTHY | 0.50 |

Coordinate collection of documents for Project Catalyst review.

| 11/03/20 | K MCCARTHY | 1.00 |

Mark up trial exhibit lists for Project Catalyst document review (.80) and communicate with paralegal team regarding same (.20).

| 11/04/20 | J J DARENSBOURG | 6.00 |

Manage/prepare zip files of past deposition transcripts, exhibits, and errata for review by P Hendler (5.50); communicate with K McCarthy and A Nicolais strategy for Rhodes document collection (.50).

| 11/04/20 | K HORN | 1.20 |

Begin compiling exhibits from prior trials for attorney and client review for potential production per K. McCarthy (1.00); communications with team re: same (.20).

| 11/04/20 | K MCCARTHY | 2.50 |

Review/analyze trial exhibit lists and trial exhibits for Project Catalyst document review (2.00); attention to internal correspondence regarding same (.50).

| 11/04/20 | A M NICOLAIS | 1.60 |

Meeting with K. McCarthy re past Purdue document review (.20); research re best-evidence rule (1.00); drafting summary re same (.40).

| 11/04/20 | J J NORMILE | 1.00 |

Review of various correspondence regarding review and selection of key litigation documents in conjunction with Project Catalyst.

| 11/05/20 | J J DARENSBOURG | 6.20 |

Manage Rhodes' trial exhibits from past OxyContin litigations for attorney and client review in determining possible future document productions.

| 11/05/20 | K HORN | 6.40 |

Begin compiling exhibits from prior trials for attorney and client review for potential production per K. McCarthy (5.40); communications with team re: same (1.00).

| 11/05/20 | K MCCARTHY | 3.50 |

Review/analyze produced documents for Project Catalyst document review (2.00); and communicate with A. Nicolais and paralegal team regarding same (.50); review/analyze legal research regarding ███ and perform follow-up research regarding same (1.00).

| 11/06/20 | J J DARENSBOURG | 1.90 |

Manage Rhodes' trial exhibits from past OxyContin litigations for attorney and client review in determining possible future document productions.

| 11/06/20 | K HORN | 2.50 |

Compile additional exhibits from prior trials for attorney and client review for potential production per K. McCarthy (2.00); communications with team re: same (.50).

**JONES DAY**

305158-640003                                                                                          Page 4
                                                                                            December 4, 2020
Project Catalyst                                                                      Invoice:  33446783

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

11/06/20    K MCCARTHY    3.00
Review/analyze documents related to Project Catalyst (1.50); attention to internal correspondence regarding same (.50); draft/revise summary of document review and related legal research and circulate to J. Normile and A. Nicolais (1.00).

11/09/20    K HORN    2.50
Review trial ████████████████████ (1.50); and create spreadsheet to track same per K. McCarthy (1.00).

11/09/20    K MCCARTHY    4.50
Plan and prepare for L. Rider teleconference (.30), and attention to miscellaneous correspondence regarding same (.50); prepare for and participate in teleconference with B. Koch regarding ████████ ████ (.50); review/analyze documents for Project Catalyst document review (1.40) and communicate internally regarding same (.30); review/analyze ████████████ related files (1.00) and communicate internally and with co-counsel P. Hendler regarding same (.50).

11/10/20    J J DARENSBOURG    4.40
Manage ████████████████████████████ for attorney and client review in determining possible future document productions.

11/10/20    K MCCARTHY    1.00
Review/analyze ████████████████ (0.7) and communicate internally and with P. Hendler regarding same (0.3).

11/11/20    J J DARENSBOURG    0.60
Manage ████████████████████████████ for attorney and client review in determining possible future document productions.

11/11/20    K HORN    1.10
Review Relativity Database for ████████████ requested by P. Hendler.

11/11/20    K MCCARTHY    3.50
Review/analyze documents related to Project Catalyst (1.00); draft/revise summary chart regarding same (.50); attention to internal team correspondence regarding same (.30); prepare for and participate in teleconferences with J. Normile and A. Nicolais regarding memorandum summarizing Project Catalyst document review (.80); draft/revise client memorandum regarding Project Catalyst document review (.90).

11/11/20    J J NORMILE    1.80
Preparation for and participation in teleconference with K. McCarthy and A. Nicolais regarding review of prior litigation trial exhibit list to ensure preservation of relevant documents (.80); review of various correspondence from J. Lowne, D. Lundie, R. Aleali and B. Koch regarding potential amendments to APA (1.00).

11/12/20    J J DARENSBOURG    1.60
Review/organize ████████████████████████ for attorney and client review in determining possible future document productions.

11/12/20    K HORN    0.20
Review Relativity Database ████████████████████ to update chart for client request.

11/12/20    K MCCARTHY    3.00
Review/analyze Project Catalyst documents and summary charts of same (1.00); prepare for and participate in teleconference with paralegal team regarding outstanding review tasks (.50); draft/revise memorandum regarding document review and communicate with A. Nicolais regarding same (.50); coordinate collection, review, and reproduction of Low ABUK conception and reduction to practice documents for P. Hendler (.70); attention to correspondence with paralegal team and P. Hendler regarding same (.30).

JONES DAY

305158-640003                                                                                              Page 5
                                                                                             December 4, 2020
Project Catalyst                                                                          Invoice:  33446783


| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**11/13/20**    K MCCARTHY                                                                          3.50
Draft/revise memorandum regarding Project Catalyst document review (2.50) and communicate internally
regarding same (.50); coordinate collection, scanning, and organization of Project Catalyst follow-up
document review documents (.50).

**11/13/20**    A M NICOLAIS                                                                        1.30
Drafting project catalyst memorandum (1.10); communication in firm with K. McCarthy re same (.20).

**11/15/20**    A M NICOLAIS                                                                        0.70
Edits/revisions to draft project catalyst memorandum.

**11/15/20**    J J NORMILE                                                                         0.80
Review of correspondence from R. Aleali including attached amendment to Asset Purchase Agreement.

**11/16/20**    K HORN                                                                              1.60
Compile supporting exhibits for client memorandum regarding Project Catalyst Document review per K.
McCarthy (1.30); download B. Koch documents re L. Rider meeting (.30).

**11/16/20**    K MCCARTHY                                                                          2.50
Draft/revise memorandum regarding Project Catalyst document review and communicate internally
regarding same (1.00); coordinate memorandum cite check and finalizing exhibits (.50); draft/revise
summary of ███████████████████ (.40) and review/analyze prior litigation deposition transcripts in
support of same (.60).

**11/16/20**    J J NORMILE                                                                         1.80
Preparation for and participation in teleconference with B. Koch regarding various proposed amendments
to the Asset Purchase Agreement (.80); review of various correspondence from J. Lowne, R. Aleali, J. Doyle
and R. Shamblen regarding proposed amendments to the Asset Purchase Agreement (.50); review of
proposed amendments to the Asset Purchase Agreement (.50).

**11/17/20**    K MCCARTHY                                                                          0.50
Finalize and send memorandum regarding Project Catalyst document review to client.

**11/17/20**    J J NORMILE                                                                         1.50
Review and revision of final memorandum and exhibits relating to retention of key documents upon
closing (1.20); related emails with K. McCarthy (.30).

**11/20/20**    J J NORMILE                                                                         1.00
Review of various correspondence from B. Koch, J. Lowne, D. Lundie, R. Aleali and K. Ickes regarding
proposed amendments to the Asset Purchase Agreement (.50); and review of background materials
regarding same (.50).

**11/23/20**    K HORN                                                                              0.50
Create file set of ███████████████ relevant materials to be sent to P. Hendler for review.

**11/24/20**    K HORN                                                                              0.60
Review copy set of materials ██████████████████████████ P. Hendler (.40); coordinate
sending same (.20).

**11/25/20**    K MCCARTHY                                                                          0.40
Attention to miscellaneous internal and client case correspondence regarding proposed consultant
agreements and collection and organization of Purdue case files.


**TOTAL**                                                                                          80.20

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

December 4, 2020                                          305158-999007

                                                                          Invoice: 33446784

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through November 30, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 49,017.50 |
| Less 13% Fee Discount | | (6,372.27) |
| | USD | 42,645.23 |
| **TOTAL** | **USD** | **42,645.23** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33446784 WITH YOUR PAYMENT

**JONES DAY**

305158-999007                                                              Page 2
                                                               December 4, 2020
Retention Matters                                            Invoice:  33446784

### TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 3.80 | 1,225.00 | 4,655.00 |
| ASSOCIATE | | | |
| A KORDAS | 23.20 | 750.00 | 17,400.00 |
| STAFF ATTY | | | |
| L C FISCHER | 50.50 | 525.00 | 26,512.50 |
| PARALEGAL | | | |
| M M MELVIN | 1.20 | 375.00 | 450.00 |
| **TOTAL** | **78.70** | **USD** | **49,017.50** |

**JONES DAY**

305158-999007                                                                                    Page 3
                                                                              December 4, 2020

Retention Matters                                                      Invoice:  33446784

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 11/01/20 | J J NORMILE | 0.50 |

Review and revision of draft September bills.

| 11/02/20 | L C FISCHER | 0.50 |

Email communication with A. Kordas regarding the Firm's first supplemental disclosure as special litigation counsel for the debtors (.20); review status of reports and dates of issue for same (.20); further email communication with A. Kordas (.10).

| 11/02/20 | A KORDAS | 1.40 |

Review/analyze supplemental disclosures (1.10); correspond with L. Fischer regarding same (.30).

| 11/03/20 | L C FISCHER | 0.30 |

E-mail communication with A. Kordas regarding the Firm's first supplemental disclosure as special litigation counsel.

| 11/03/20 | A KORDAS | 2.40 |

Review/revise invoices for compliance with UST guidelines (1.20); draft/revise fee statement (1.00); correspond with L. Fischer regarding supplemental disclosures (.20).

| 11/04/20 | A KORDAS | 3.60 |

Draft/revise third interim fee application and accompanying worksheet.

| 11/04/20 | J J NORMILE | 1.50 |

Review and revision of Purdue bills and interim fee application.

| 11/05/20 | L C FISCHER | 0.80 |

Review and analyze updated conflict inquiry reports for the Firm's supplemental disclosure as special litigation counsel to the debtors.

| 11/07/20 | L C FISCHER | 2.00 |

Review and analyze conflict inquiry reports covering approximately 4,000 interested parties in conjunction with preparing the Firm's supplemental disclosure as special litigation to the debtors.

| 11/08/20 | A KORDAS | 2.40 |

Draft/revise third interim fee application and accompanying worksheet.

| 11/09/20 | L C FISCHER | 4.30 |

Review and analyze conflict inquiry reports covering approximately 4,000 interested parties in conjunction with preparing the Firm's supplemental disclosure as special litigation to the debtors.

| 11/10/20 | A KORDAS | 3.70 |

Draft/revise fee application and review invoices in connection with same.

| 11/11/20 | L C FISCHER | 4.80 |

Review and analyze conflict inquiry reports covering approximately 4,000 interested parties in conjunction with preparing the Firm's supplemental disclosure as special litigation counsel to the debtors.

| 11/11/20 | A KORDAS | 2.30 |

Finalize draft of fee application (2.10); correspond with J. Normile regarding same (.20).

| 11/12/20 | L C FISCHER | 3.30 |

Review and analyze conflict inquiry reports covering approximately 4,000 interested parties in conjunction with preparing the Firm's supplemental disclosure as special litigation counsel for the debtors.

| 11/12/20 | J J NORMILE | 0.80 |

Review and revision of Purdue's Third Interim Fee Application.

| 11/13/20 | A KORDAS | 1.20 |

Additional revisions to the interim fee application.

**JONES DAY**

305158-999007                                                                                          Page 4
                                                                                                December 4, 2020
Retention Matters                                                                        Invoice:  33446784

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

11/14/20      A KORDAS                                                            2.10
Draft/revise 12th monthly fee statement (1.70); correspondence with fee examiner regarding LEDES files (.10); internal communications regarding same (.30).

11/16/20      L C FISCHER                                                         5.10
Review and analyze conflict inquiry reports covering approximately 4,000 interested parties in conjunction with preparing the Firm's disclosure as special litigation counsel for the debtors.

11/16/20      A KORDAS                                                            1.80
Finalize fee application (1.60); coordinate filing of same (.20).

11/16/20      M M MELVIN                                                          0.40
Assemble, review and e-file Jones Day's third interim fee application.

11/16/20      J J NORMILE                                                         1.00
Review and revision of Purdue's Third Interim Fee Petition (.80); related correspondence with A. Kordas (.20).

11/17/20      L C FISCHER                                                         4.00
Review and analyze conflict inquiry reports covering approximately 4,000 interested parties in conjunction with preparing the Firm's supplemental disclosure as special litigation counsel for the debtors.

11/18/20      L C FISCHER                                                         3.00
Review and analyze conflict inquiry reports covering approximately 4,000 interested parties in conjunction with preparing the Firm's disclosure as special litigation counsel to the debtors.

11/19/20      A KORDAS                                                            2.00
Draft/revise monthly fee statement (1.70); coordinate filing of same (.30).

11/20/20      L C FISCHER                                                         5.60
Review and analyze conflict inquiry reports covering approximately 4,000+ interested parties in conjunction with preparing the Firm's supplemental disclosure as special litigation counsel to the debtors.

11/20/20      M M MELVIN                                                          0.80
Redact an exhibit to the Purdue 12th monthly fee statement (.20); affix to the fee statement (.10); forward the compiled document to A. Kordas for review (.10); review and e-file the fee statement (.20); coordinate service of the same (.20).

11/23/20      L C FISCHER                                                         6.30
Review and analyze conflict inquiry reports covering approximately 4,000+ interested parties in conjunction with preparing the Firm's supplemental disclosure as special litigation counsel to the debtors.

11/23/20      A KORDAS                                                            0.30
Correspond internally and with client regarding monthly fee statements (.10); review docket and calendar upcoming deadlines (.20).

11/25/20      L C FISCHER                                                         2.50
Review and analyze conflict inquiry reports covering approximately 4,000+ interested parties in conjunction with preparing the Firm's disclosure as special litigation counsel to the debtors.

11/27/20      L C FISCHER                                                         2.00
Review and analyze conflict inquiry reports covering approximately 4,000+ interested parties in conjunction with preparing the Firm's disclosure as special litigation counsel to the debtors.

11/30/20      L C FISCHER                                                         6.00
Review and analyze conflict inquiry reports covering approximately 4,000+ interested parties in conjunction with preparing the Firm's disclosure as special litigation counsel to the debtors.

**TOTAL**                                                                         **78.70**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

February 11, 2021                                                    305158-610005

                                                                  Invoice: 33464890

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 7,495.50 |
| Less 13% Fee Discount | | (974.41) |
| | USD | 6,521.09 |
| **TOTAL** | **USD** | **6,521.09** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610005/33464890 WITH YOUR PAYMENT

**JONES DAY**

305158-610005                                                                 Page 2
                                                                  February 11, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33464890

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
|   C M MORRISON | 0.30 | 950.00 | 285.00 |
|   J J NORMILE | 3.10 | 1,225.00 | 3,797.50 |
| ASSOCIATE |  |  |  |
|   K MCCARTHY | 4.60 | 605.00 | 2,783.00 |
| PARALEGAL |  |  |  |
|   J J DARENSBOURG | 1.40 | 325.00 | 455.00 |
| PROJECT ASST |  |  |  |
|   M IHLE | 0.50 | 350.00 | 175.00 |
| **TOTAL** | **9.90** | **USD** | **7,495.50** |

JONES DAY

305158-610005                                                                    Page 3
                                                                        February 11, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice:  33464890

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/05/20 | J J NORMILE | 0.80 |
| | Review of correspondence regarding execution of consulting agreements with former Rhodes Technology employees. | |
| 12/07/20 | K MCCARTHY | 1.00 |
| | Analyze litigation test results (0.6) and communicate with J. Normile regarding same (0.2); participate in client weekly teleconference regarding litigation status updates (0.2). | |
| 12/14/20 | M IHLE | 0.50 |
| | Review Caselink and R Drive in search of documents per attorney request. | |
| 12/14/20 | K MCCARTHY | 1.40 |
| | ((Analyze ███████████ (0.8) and revise summary of same (0.2) )); prepare for (0.2) and participate in weekly client teleconference with J. Normile, A. Nicolais regarding litigation status updates (0.2). | |
| 12/14/20 | J J NORMILE | 1.00 |
| | Preparation for (0.3) and participation in weekly team teleconference with B. Koch, R. Inz, P. Hendler, K. McCarthy and A. Nicolais including discussion regarding document retention issues from Rhodes Technologies (0.2); related teleconferences with K. McCarthy and A. Nicolais (0.5). | |
| 12/15/20 | J J DARENSBOURG | 1.20 |
| | Review past Rhodes document productions for client input. | |
| 12/15/20 | J J NORMILE | 0.50 |
| | Review of correspondence from O. Langer regarding upcoming status conference before Judge Saylor and related emails and teleconferences. | |
| 12/16/20 | K MCCARTHY | 0.50 |
| | Attention to miscellaneous correspondence with co-counsel and opposing counsel regarding draft status letter to Court (0.2) and edits to same (0.3). | |
| 12/16/20 | C M MORRISON | 0.30 |
| | Review joint letter to court. | |
| 12/16/20 | J J NORMILE | 0.80 |
| | Revise draft letter to Judge Saylor regarding upcoming status conference (0.6) and related emails regarding same (0.2). | |
| 12/17/20 | K MCCARTHY | 1.00 |
| | Analyze litigation testing results (0.3) and revise internal summary of same (0.7). | |
| 12/21/20 | K MCCARTHY | 0.70 |
| | Prepare (0.2) and participate in weekly client teleconference with J. Normile, P. Hendler, and A. Nicolais regarding litigation status updates (0.3); communicate with P. Hendler regarding litigation test results (0.2). | |
| 12/23/20 | J J DARENSBOURG | 0.20 |
| | Manage shared database for attorneys of Joint Status Letter and Notice of Rescheduling of Status Conference. | |
| **TOTAL** | | **9.90** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

February 11, 2021                                                     305158-610013

                                                        Invoice: 33464907

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2020:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 980.00 |
| Less 13% Fee Discount | | (127.40) |
| | USD | 852.60 |

DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Hosting Charges | 3,000.00 | |
| | | 3,000.00 |
| **TOTAL** | **USD** | **3,852.60** |

Please remit payment to:

**ACH Transfer (preferred)**               **Wire Transfer**
Citibank, N.A.                                        Citibank, N.A.
New York, NY                                         New York, NY
Account Name: Jones Day                  Account Name: Jones Day
Account No: 37026407                       Account No: 37026407
ABA No: 021000089                          ABA No: 021000089
                                                             Swift Code: CITIUS33

PLEASE REFERENCE 305158-610013/33464907 WITH YOUR PAYMENT

19-23649-rdd    Doc 2392    Filed 02/16/21    Entered 02/16/21 17:54:35    Main Document
Pg 15 of 35

**JONES DAY**

305158-610013

Page 2
February 11, 2021

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Invoice:  33464907

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| J J NORMILE | 0.80 | 1,225.00 | 980.00 |
| **TOTAL** | **0.80** | **USD** | **980.00** |

**JONES DAY**

305158-610013                                                       Page 3
                                                            February 11, 2021
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.     Invoice:  33464907

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/07/20 | J J NORMILE | 0.80 |

Preparation for (0.1) and participation in weekly teleconference with B. Koch, R. Inz, R. Kreppel, P. Hendler, K. McCarthy and A. Nicolais (0.2); ███████████████████████████ ███████████████████████ (0.5) )).

**TOTAL**                                                          **0.80**

19-23649-rdd    Doc 2392    Filed 02/16/21    Entered 02/16/21 17:54:35    Main Document
Pg 17 of 33

JONES DAY

305158-610013                                                               Page 4
                                                                   February 11, 2021
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.            Invoice:  33464907


DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **HOSTING CHARGES** | | | | |
| 12/08/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Hosting Charges - PACE ANALYTICAL SERVICES, LLC for November 2020 storage. | | | |
| 12/31/20 | NYC ACCOUNTING | NYC | 1,500.00 | |
| | Hosting Charges - PACE ANALYTICAL SERVICES, LLC for December 2020 storage. | | | |
| | **Hosting Charges Subtotal** | | | **3,000.00** |
| | **TOTAL** | | **USD** | **3,000.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

February 11, 2021                                                305158-610028

Invoice: 33464909

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2020:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 1,282.50 |
| Less 13% Fee Discount | | (166.72) |
| | USD | 1,115.78 |
| **TOTAL** | **USD** | **1,115.78** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610028/33464909 WITH YOUR PAYMENT

**JONES DAY**

305158-610028                                                              Page 2
                                                              February 11, 2021
Accord Healthcare Inc.                                        Invoice:  33464909

## TIMEKEEPER DETAIL SCHEDULE

|                | Hours | Rate     | Amount   |
|----------------|-------|----------|----------|
| PARTNER        |       |          |          |
| J J NORMILE    | 0.80  | 1,225.00 | 980.00   |
| ASSOCIATE      |       |          |          |
| K MCCARTHY     | 0.50  | 605.00   | 302.50   |
| **TOTAL**      | **1.30** | **USD** | **1,282.50** |

**JONES DAY**

305158-610028                                                                    Page 3
                                                                      February 11, 2021

Accord Healthcare Inc.                                           Invoice:  33464909

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/01/20 | K MCCARTHY | 0.50 |

Attention to miscellaneous internal and client correspondence regarding defendants' motion for extension of time to answer (0.5).

| 12/01/20 | J J NORMILE | 0.80 |

Review of various correspondence regarding Accord's request to file an unopposed motion to extend its time to answer.

**TOTAL**                                                                    **1.30**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

February 11, 2021                                                      305158-640003

Invoice: 33464915

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2020:

| | | |
|---|---|---|
| Project Catalyst | USD | 46,538.00 |
| Less 13% Fee Discount | | (6,049.94) |
| | USD | 40,488.06 |

### DISBURSEMENTS & CHARGES

| | |
|---|---|
| United Parcel Service Charges | 12.24 |
| | 12.24 |

**TOTAL**                                                   USD       **40,500.30**

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-640003/33464915 WITH YOUR PAYMENT

**JONES DAY**

305158-640003            Page 2
February 11, 2021
Project Catalyst         Invoice:  33464915

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| T BOUVET | 2.20 | 950.00 | 2,090.00 |
| M DELGADO ECHEVARRIA | 0.50 | 775.00 | 387.50 |
| S D LYNE | 6.50 | 1,050.00 | 6,825.00 |
| A MCCULLOCH | 1.80 | 1,125.00 | 2,025.00 |
| J J NORMILE | 20.40 | 1,225.00 | 24,990.00 |
| L SCHIONA | 0.80 | 875.00 | 700.00 |
| COUNSEL |  |  |  |
| I BHATTACHARYA | 1.80 | 920.00 | 1,656.00 |
| ASSOCIATE |  |  |  |
| S COOLEN | 2.50 | 450.00 | 1,125.00 |
| C DEVINANT | 1.50 | 375.00 | 562.50 |
| M KOBER | 2.00 | 500.00 | 1,000.00 |
| K MCCARTHY | 4.90 | 605.00 | 2,964.50 |
| A M NICOLAIS | 1.50 | 550.00 | 825.00 |
| G TASPINAR | 3.30 | 250.00 | 825.00 |
| LAW CLERK |  |  |  |
| E CORÒ | 2.50 | 225.00 | 562.50 |
| **TOTAL** | **52.20** | **USD** | **46,538.00** |

JONES DAY

305158-640003                                                           Page 3
                                                                February 11, 2021
Project Catalyst                                               Invoice:  33464915

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**12/01/20    J J NORMILE**    1.00
Attention to preparation of ██████████████ (0.6) and review of various correspondence
from B. Koch, Aleali and P. Hendler (0.4).

**12/07/20    A M NICOLAIS**    0.40
Drafting weekly updates (.3); weekly Purdue meeting (.1).

**12/08/20    S D LYNE**    0.60
Conferences (0.3) and correspondence (0.3) regarding retention of books and records.

**12/08/20    J J NORMILE**    1.00
Review of various correspondence from B. Koch, K. McCarthy and S. Lyne regarding retention of key
litigation documents.

**12/11/20    J J NORMILE**    0.50
Review of various correspondence relating to the retention of books and records from Rhodes
Technologies.

**12/12/20    J J NORMILE**    0.50
Review of additional correspondence regarding retention of various books and records of Rhodes
Technologies.

**12/14/20    S D LYNE**    2.30
Correspondence regarding APA Books and Records provisions (0.5); review APA (1.8).

**12/14/20    K MCCARTHY**    2.10
(( Revise ██████████████████████ (0.5); communicate with S. Lyne and J.
Normile regarding ██████████████ (0.9); analyze ██████████████
(0.5) and communicate with S. Lyne regarding same (0.2). )).

**12/14/20    A M NICOLAIS**    0.60
Draft weekly Purdue updates (0.3): weekly Purdue team meeting (0.3).

**12/15/20    S D LYNE**    2.90
Correspondence regarding Catalyst APA Books & Records provisions and amendments to same (0.5);
review APA Books & Records provisions (2.4).

**12/15/20    K MCCARTHY**    2.00
(( Revise ██████████ (1.0); attention to
miscellaneous correspondence (0.3) and teleconferences with J. Normile and S. Lyne regarding ██████████
(0.7).)).

**12/15/20    J J NORMILE**    1.00
Preparation for (0.3) and participation in (0.7) teleconference with K. McCarthy and S. Lyne regarding
retention of key documents and review of various drafts regarding same.

**12/21/20    K MCCARTHY**    0.30
Communicate with B. Koch and J. Normile regarding outstanding Project Catalyst issues (0.3).

**12/21/20    A M NICOLAIS**    0.50
Edits to Purdue weekly tracker (0.3); weekly Purdue meeting (0.2).

**12/22/20    K MCCARTHY**    0.50
Prepare for client teleconference regarding potential Project Catalyst amendment language (0.2); attention
to correspondence with B. Koch and J. Normile regarding same (0.3).

**JONES DAY**

305158-640003                                                      Page 4
                                                         February 11, 2021
Project Catalyst                                        Invoice:  33464915

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

12/22/20    J J NORMILE                                           1.50
Preparation for (0.3) and participation in teleconference with K. McCarthy and B. Koch regarding various document retention issues (0.2); ▮▮▮▮▮

12/23/20    T BOUVET                                              0.50
((Attending to John Normile's question regarding ▮▮▮▮▮

12/23/20    M DELGADO ECHEVARRIA                                  0.50
((Reply to question on ▮▮▮▮▮

12/23/20    M KOBER                                               1.00
((Review case law (0.8) and report to John Normile (0.2) ▮▮▮▮▮

12/23/20    A MCCULLOCH                                           0.80
((Advising on ▮▮▮▮▮ (0.8), and liaising with FR, ES and DE attorneys ▮

12/23/20    J J NORMILE                                           4.50
Preparation for (0.4) and participation in (0.6) teleconference with K. McCarthy, J. Doyle, B. Koch, R. Aleali, R. Schlossberg, K. Ickes, M. Gibson and A. Gallogty ▮▮▮▮▮ various teleconference with foreign associates regarding same (1.5); review of correspondence from A. McCulloch, T. Bouvet and C. Paul regarding same (1.0); review of ▮▮▮▮▮ (0.7); various emails with B. Koch regarding same (0.3).

12/24/20    S COOLEN                                              2.50
((Analyze ▮▮▮▮▮

12/24/20    E CORÒ                                                2.50
((Analyze ▮▮▮▮▮ (2.0).)); ((Draft ▮▮▮▮▮ (0.5).)).

12/24/20    A MCCULLOCH                                           0.30
((Emails with J Normile ▮▮▮▮▮

12/24/20    J J NORMILE                                           3.30
((Continued attention to ▮▮▮▮▮ (1.0); review ▮▮▮▮▮ (1.5); review ▮▮▮▮▮ (.80).)).

12/24/20    L SCHIONA                                             0.80
((Review ▮▮▮▮▮

12/24/20    G TASPINAR                                            3.30
((Research ▮▮▮▮▮ (2.5); draft email to Alistair and John re foregoing (0.5); call with S. Coolen re foregoing (0.3). )).

12/27/20    T BOUVET                                              0.70
((Attend to John Normile's question regarding ▮▮▮▮▮

12/27/20    J J NORMILE                                           1.80
((Review of ▮▮▮▮▮ (0.8); related correspondence ▮▮▮▮▮ (1.0).)).

12/28/20    C DEVINANT                                            1.50
((Review internal email exchanges between J. Normile, T. Bouvet and team regarding ▮▮▮▮▮ (0.5); draft ▮▮▮▮▮ (1.0).)).

**JONES DAY**

305158-640003                                                                    Page 5
                                                                    February 11, 2021
Project Catalyst                                                  Invoice:  33464915

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

12/28/20     M KOBER                                                    1.00
Review various e-mails (0.2); review additional question by John Normile (0.3); draft response (0.5).

12/28/20     A MCCULLOCH                                                0.30
Emails with J Normile, instructing I Bhattacharya.

12/28/20     J J NORMILE                                                1.50
Review of various correspondence regarding amendments to APA from J. Doyle, K. Ickes, R. Aleali, A.
McCulloch and T. Bouvet (0.5) and draft amendment language (1.0).

12/29/20     I BHATTACHARYA                                            1.80
((Reviewing ███████████████████ (0.6); preparing ████████ (0.8); discussing
approach with A McCulloch (0.2); advise to J Normile (0.2).)).

12/29/20     T BOUVET                                                   1.00
((Review of ████████████████████████████
████████

12/29/20     A MCCULLOCH                                                0.40
((Reviewing ████████████████████

12/29/20     J J NORMILE                                                1.50
((Various correspondence ████████████████████████████
████████ (1.0); related emails with B. Koch and J. Doyle (0.5).)).

12/30/20     S D LYNE                                                   0.70
Conferences and correspondence regarding retention of documents and APA amendment regarding same.

12/30/20     J J NORMILE                                                2.30
((Preparation for and participation in teleconference with J. Doyle and B. Koch regarding ████████
████████████ (0.8); review of ████████████████████████ (1.5).)).

**TOTAL**                                                              **52.20**

**JONES DAY**

305158-640003                                                                          Page 6
                                                                         February 11, 2021

Project Catalyst                                                         Invoice:  33464915


DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **UNITED PARCEL SERVICE CHARGES** | | | | |
| 11/24/20 | K HORN | NYC | 12.24 | |
| | United Parcel Services Charges, Pablo Hendler, 1Z10445E0394894525 | | | |
| | **United Parcel Service charges Subtotal** | | | **12.24** |
| | **TOTAL** | | **USD** | **12.24** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

February 11, 2021                                              305158-645001

Invoice: 33464917

PURDUE PHARMA L.P.
Attention: Roxana Aleali
Vice President, Corporate Law and Assistant Corporate
Secret
One Stamford Forum
Stamford, CT 06901


For legal services rendered for the period through December 31, 2020:

| | | |
|---|---|---|
| Ongoing Strategic Initiatives | USD | 12,345.50 |
| Less 13% Fee Discount | | (1,604.91) |
| | USD | 10,740.59 |
| **TOTAL** | **USD** | **10,740.59** |


Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-645001/33464917 WITH YOUR PAYMENT

**JONES DAY**

305158-645001                                                          Page 2
                                                              February 11, 2021
Ongoing Strategic Initiatives                          Invoice:  33464917

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| **PARTNER** | | | |
| J J NORMILE | 8.30 | 1,225.00 | 10,167.50 |
| **ASSOCIATE** | | | |
| K MCCARTHY | 3.60 | 605.00 | 2,178.00 |
| **TOTAL** | **11.90** | **USD** | **12,345.50** |

**JONES DAY**

305158-645001                                                              Page 3
                                                                 February 11, 2021
Ongoing Strategic Initiatives                              Invoice:  33464917

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|



| 12/29/20 | K MCCARTHY | 0.80 |
| | (CONFIDENTIAL MATTER) | |
| 12/30/20 | K MCCARTHY | 1.30 |
| | (CONFIDENTIAL MATTER) | |
| 12/30/20 | J J NORMILE | 3.50 |
| | (CONFIDENTIAL MATTER) | |
| 12/31/20 | K MCCARTHY | 1.50 |
| | (CONFIDENTIAL MATTER) | |
| 12/31/20 | J J NORMILE | 4.80 |
| | (CONFIDENTIAL MATTER) | |
| **TOTAL** | | **11.90** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

February 11, 2021                                              305158-999007

                                                                    Invoice: 33464918

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through December 31, 2020:

| | | |
|---|---|---|
| Retention Matters | USD | 47,140.00 |
| Less 13% Fee Discount | | (6,128.20) |
| | USD | 41,011.80 |
| **TOTAL** | **USD** | **41,011.80** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33464918 WITH YOUR PAYMENT

**JONES DAY**

305158-999007                                                                          Page 2
                                                                          February 11, 2021

Retention Matters                                                          Invoice:  33464918


TIMEKEEPER DETAIL SCHEDULE

|                | Hours | Rate     | Amount    |
|----------------|-------|----------|-----------|
| PARTNER        |       |          |           |
| J J NORMILE    | 8.30  | 1,225.00 | 10,167.50 |
| ASSOCIATE      |       |          |           |
| C BUCK         | 4.30  | 500.00   | 2,150.00  |
| A KORDAS       | 14.40 | 750.00   | 10,800.00 |
| STAFF ATTY     |       |          |           |
| L C FISCHER    | 45.40 | 525.00   | 23,835.00 |
| PARALEGAL      |       |          |           |
| M M MELVIN     | 0.50  | 375.00   | 187.50    |
| **TOTAL**      | **72.90** | **USD** | **47,140.00** |

**JONES DAY**

305158-999007

Retention Matters

Page 3
February 11, 2021
Invoice:  33464918

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 12/01/20 | L C FISCHER | 6.40 |

Analyze conflict inquiry reports covering approximately 4,000+ interested parties in conjunction with preparing the Firm's supplemental disclosure as special litigation counsel to the debtors.

| 12/02/20 | L C FISCHER | 4.30 |

Analyze conflict inquiry reports covering approximately 4000+ interested parties in conjunction with preparing the Firm's supplemental disclosure as special litigation counsel to the debtors.

| 12/02/20 | A KORDAS | 3.70 |

Review fee examiner letter (0.2); prepare response to same (1.4); review records in connection with same (0.7); revise November invoices for compliance with UST guidelines (1.4).

| 12/02/20 | J J NORMILE | 1.00 |

Attention to Purdue's Third Interim Fee Application (0.4) and revise November draft bills (0.6).

| 12/03/20 | L C FISCHER | 4.10 |

Analyze conflict inquiry reports covering approximately 4000+ interested parties in conjunction with preparing the Firm's supplemental disclosure as special litigation counsel to the debtors.

| 12/04/20 | C BUCK | 1.40 |

Update fee app worksheet for November fee statement.

| 12/04/20 | A KORDAS | 0.30 |

Review correspondence from J. Normile regarding fee examiner letter (0.2); call with J. Normile regarding same (0.1).

| 12/06/20 | C BUCK | 1.70 |

Draft November Fee Statement and exhibits in support.

| 12/07/20 | C BUCK | 0.80 |

Revise November fee statement.

| 12/07/20 | C BUCK | 0.40 |

Redact time entries for November fee statement exhibit.

| 12/07/20 | L C FISCHER | 4.10 |

Draft disclosure document for the Firm's supplemental disclosure as special litigation counsel to the debtors.

| 12/07/20 | A KORDAS | 1.70 |

Draft fee examiner letter (0.2); correspond with J. Normile regarding same (0.1); edit monthly fee statement (0.6); redact invoices for filing (0.7); correspond with J. Normile regarding same (0.1).

| 12/08/20 | L C FISCHER | 6.00 |

Edit disclosure document for the Firm's supplemental disclosure as special litigation counsel to the Debtors.

| 12/08/20 | A KORDAS | 1.90 |

Revise fee examiner letter (0.7); call with J. Normile regarding same (0.3); correspond with fee examiner regarding matter (0.1); finalize fee statement (0.8).

| 12/08/20 | M M MELVIN | 0.50 |

Redact (0.2), PDF and assemble (0.1) the November 2020 invoice with the 13th monthly fee statement and e-file (0.1); serve the 13th monthly fee statement by e-mail (0.1).

| 12/08/20 | J J NORMILE | 0.80 |

Attention to various matters relating to Jones Day's Third Interim Fee Petition.

**JONES DAY**

305158-999007                                                              Page 4
                                                              February 11, 2021
Retention Matters                                            Invoice: 33464918

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

12/09/20    L C FISCHER                                         6.30
Revise disclosure document for the Firm's supplemental disclosure as special litigation counsel to the debtors.

12/09/20    A KORDAS                                            0.50
Prepare for (0.1) and participate in (0.4) conference with fee examiner regarding this interim fee application.

12/10/20    L C FISCHER                                         5.00
Revise disclosure document in conjunction with preparing the Firm's supplemental disclosure as special litigation counsel for the debtors.

12/15/20    L C FISCHER                                         2.50
Revise the Firm's supplemental disclosure as special litigation counsel to the debtors.

12/15/20    A KORDAS                                            1.70
Appear for hearing on third interim fee applications (1.6); confer with J. Normile regarding same (0.1).

12/15/20    J J NORMILE                                         0.50
Attention to various issues relevant to upcoming fee application hearing including teleconference with A. Kordas (0.5).

12/16/20    L C FISCHER                                         3.50
Revise the Firm's supplemental disclosure as special litigation counsel to the debtors.

12/17/20    L C FISCHER                                         3.00
Revise disclosure document for the Firm's first supplemental disclosure as special litigation counsel to the debtors (2.8); email with A. Kordas regarding same (0.2).

12/17/20    J J NORMILE                                         3.50
((Preparation for (0.4) and participation in (0.6) teleconference ████████████████████████████
████████████████████████████████████ (0.5); review relevant background materials regarding same (1.0); review ██████████████████████████████████
██████ (1.0).))

12/18/20    J J NORMILE                                         2.50
((Preparation for (0.3) and participation in (0.7) teleconference ██████████████████
██████████████ review of relevant background materials regarding same (0.6) and various teleconferences ████████████████
(0.9).))

12/22/20    A KORDAS                                            1.50
Draft supplemental disclosure and supporting declaration.

12/28/20    L C FISCHER                                         0.20
Email communication with A. Kordas regarding comments for draft of the Firm's first supplemental disclosure as special litigation counsel to the debtors.

12/28/20    A KORDAS                                            3.10
Revise supplemental declaration in support of retention (0.8); revise supplemental disclosures (2.0); correspond with L. Fischer and J. Normile regarding matter (0.3).

**TOTAL**                                                       **72.90**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

March 4, 2021                                                     305158-610005

Invoice: 33471145

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 44,020.00 |
| Less 13% Fee Discount | | (5,722.60) |
| | USD | 38,297.40 |
| **TOTAL** | **USD** | **38,297.40** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610005/33471145 WITH YOUR PAYMENT

**JONES DAY**

305158-610005

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Page 2
March 4, 2021
Invoice:  33471145

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| C M MORRISON | 0.80 | 1,025.00 | 820.00 |
| J J NORMILE | 22.60 | 1,275.00 | 28,815.00 |
| OF COUNSEL | | | |
| K I NIX | 0.90 | 1,225.00 | 1,102.50 |
| ASSOCIATE | | | |
| K MCCARTHY | 5.70 | 725.00 | 4,132.50 |
| A M NICOLAIS | 6.00 | 675.00 | 4,050.00 |
| LAW CLERK | | | |
| E J HORLICK | 8.00 | 550.00 | 4,400.00 |
| PROJECT ASST | | | |
| M IHLE | 2.00 | 350.00 | 700.00 |
| **TOTAL** | **46.00** | **USD** | **44,020.00** |

JONES DAY

305158-610005                                                                                  Page 3
                                                                                     March 4, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                    Invoice:  33471145


SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/04/21 | K MCCARTHY | 0.50 |

Prepare for (0.1) and participate in (0.3) weekly client teleconference regarding litigation status updates, including reviewing and providing comments to Purdue litigation tracker (0.1).

| 01/04/21 | A M NICOLAIS | 1.10 |

Drafting weekly update tracker (0.3); revisions to OB listed patents and expiration dates re same (0.5); weekly Purdue team meeting (0.3).

| 01/04/21 | J J NORMILE | 1.50 |

Preparation for (0.2) and participation in (0.3) weekly team teleconference including B. Koch, R. Inz, R. Kreppel, P. Hendler, K. McCarthy and A. Nicolais; ((review ███████████████ (0.5); review ███████████████ (0.5).)).

| 01/05/21 | K MCCARTHY | 0.50 |

Draft summary paragraph regarding ongoing litigation and PTAB proceedings (0.3) and communicate internally (0.1) and with client regarding same (0.1).

| 01/05/21 | J J NORMILE | 1.60 |

Attention to Davis, Polk & Wardwell's request for a statement regarding the status of the 961 PGR (0.8); review of various correspondence regarding potential motion to lift the stay in the district court action (0.8).

| 01/06/21 | J J NORMILE | 0.80 |

Review of various correspondence regarding potential motion to lift the stay in the Massachusetts district court action.

| 01/07/21 | J J NORMILE | 1.00 |

Continued attention to preparation of statement for SDNY regarding the status of the 961 PGR.

| 01/08/21 | E J HORLICK | 1.60 |

((Review ██████████████████))

| 01/10/21 | E J HORLICK | 2.30 |

((Research and summarize ██████████████████))

| 01/10/21 | K MCCARTHY | 0.20 |

((Communicate with J. Normile and E. Horlick regarding ██████████████████))

| 01/11/21 | E J HORLICK | 1.70 |

((Research and summarize ██████████████████))

| 01/11/21 | K MCCARTHY | 1.90 |

((Perform legal and factual research regarding ███████████ (1.0); draft ██████████ and communicate with J. Normile regarding same (0.9).)).

| 01/11/21 | A M NICOLAIS | 0.70 |

Drafting weekly Purdue update (0.4); weekly Purdue team call (0.3).

| 01/11/21 | J J NORMILE | 2.30 |

Preparation for (0.2) and participation in (0.3) weekly teleconference with B. Koch, R. Kreppel, R. Inz, P. Hendler, K. McCarthy and A. Nicolais; ((review of legal research regarding ███████████████ (1.0);)) ((attention to revising ███████████████ (0.8).)).

| 01/14/21 | K MCCARTHY | 0.40 |

((Draft ██████████████ and communicate with J. Normile and E. Horlick regarding same (0.4).)).

JONES DAY

305158-610005                                                          Page 4
                                                                 March 4, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals      Invoice: 33471145

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/14/21 | J J NORMILE | 1.30 |

((Continued review of legal research ████████████████████████████████)

| 01/15/21 | E J HORLICK | 2.10 |

((Prepare ████████████████████████████████████)

| 01/15/21 | J J NORMILE | 1.30 |

Preparation for (0.2) and participation in (0.3) teleconference with B. Koch, R. Inz, R. Kreppel, R. Aleali, R. Silbert, T. Robertson and P. Hendler regarding upcoming status conference before Judge Saylor and review background materials regarding same (0.5); ((review correspondence from B. Koch regarding ████████ (0.3).)).

| 01/17/21 | E J HORLICK | 0.30 |

((Review summary of the analysis of ████████████████████████████████
████████████████████)

| 01/17/21 | K MCCARTHY | 0.50 |

((Draft ████████████████████████ (0.3) and communicate with E. Horlick regarding same (0.2).)).

| 01/18/21 | K MCCARTHY | 0.50 |

((Draft ████████████████████████ (0.2) and communicate with J. Normile and E. Horlick regarding same (0.3).)).

| 01/18/21 | J J NORMILE | 1.30 |

Preparation for (0.2) and participation in (0.3) teleconference with J. Holdreith, O. Langer and P. Hendler regarding upcoming status conference before Judge Saylor; preparation of correspondence regarding same (0.3); ((review of ████████████████████████ (0.5).)).

| 01/19/21 | K MCCARTHY | 0.50 |

Prepare for (0.1) and participate in (0.4) weekly client teleconference with J. Normile and A. Nicolais regarding litigation status updates.

| 01/19/21 | A M NICOLAIS | 0.80 |

Drafting weekly Purdue status updates (0.4); Purdue weekly strategy meeting (0.4).

| 01/19/21 | J J NORMILE | 1.50 |

Preparation for (0.1) and participation in (0.3) weekly team teleconference with B. Koch, R. Silbert, R. Kreppel, R. Inz, K. McCarthy, A. Nicolais and P. Hendler; review of various background materials in preparation for upcoming status conference before Judge Saylor (1.0).

| 01/21/21 | C M MORRISON | 0.20 |

Phone call with J. Normile regarding upcoming hearing and strategy.

| 01/21/21 | J J NORMILE | 2.50 |

Preparation for (0.5) and participation in (0.5) meet and confer with counsel for Collegium and P. Hendler regarding upcoming status conference before Judge Saylor; review of relevant background materials in preparation for 1/22/21 status conference with Judge Saylor including teleconference with C. Morrison (1.5).

| 01/22/21 | C M MORRISON | 0.60 |

Attend status conference with J. Saylor.

305158-610005                                                                          Page 5
                                                                                March 4, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                  Invoice:  33471145

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/22/21 | A M NICOLAIS | 0.40 |

Edits/revisions to Purdue status updates (0.4).

| 01/22/21 | J J NORMILE | 3.00 |

Preparation for (0.8) and participation in (1.2) status teleconference with Judge Saylor to discuss potential lift stay motion including review of various pleadings from district court and bankruptcy court proceedings3 various correspondence and teleconferences with K. McCarthy, R. Kreppel and B. Koch regarding same (1.0).

| 01/24/21 | J J NORMILE | 2.00 |

Review of various correspondence from B. Koch, R. Kreppel and P. Hendler regarding outline for motion to lift stay (1.0); ((review correspondence form K. McCarthy regarding ███████████ █████████ (1.0).)).

| 01/25/21 | M IHLE | 1.50 |

Download all most recent docket items and save to R Drive and Caselink (0.4); confer paralegal team about imposed deadlines in need of docketing (0.6); collect and save all most recent client correspondence to R Drive and Caselink (0.5).

| 01/25/21 | K MCCARTHY | 0.70 |

Prepare for (0.2) and participate in (0.3) weekly client teleconference regarding litigation status updates; teleconference with A. Nicolais regarding draft motion to lift stay (0.2).

| 01/25/21 | A M NICOLAIS | 1.90 |

Communication in firm with K. McCarthy re Collegium lift stay brief (0.3); outline draft motion/supporting declaration to lift stay (0.9); drafting weekly status updates (0.2); Purdue weekly strategy meeting (0.5).

| 01/25/21 | K I NIX | 0.50 |

Meeting with B. Koch, R. Kreppel, R. Silbert, R. Inz, J. Normile and P. Hendler regarding motion to lift stay.

| 01/25/21 | J J NORMILE | 1.50 |

Preparation for (0.2) and participation in (0.3) weekly team teleconference with B. Koch, R. Kreppel, R. Silbert, R. Inz, P. Hendler, K. McCarthy and K. Nix; attention to preparation of motion to lift stay including prior drafts and teleconference with P. Hendler (1.0).

| 01/26/21 | M IHLE | 0.50 |

Download all most recent docket items and save to R Drive and Caselink (0.2); confer paralegal team about imposed deadlines in need of docketing (0.2); collect and save all most recent client correspondence to R Drive and Caselink (0.1).

| 01/26/21 | A M NICOLAIS | 0.30 |

Review 1/22 status conference transcript re motion to stay (0.3).

| 01/26/21 | K I NIX | 0.40 |

Studied transcript of January 13 hearing before Judge Saylor.

| 01/26/21 | J J NORMILE | 1.00 |

Review of transcript from 1/22/21 status conference before Judge Saylor (0.3) and preparation of outline for a motion for lift stay (0.7).

| 01/27/21 | A M NICOLAIS | 0.80 |

Continue drafting Collegium motion to lift stay (0.5); reviewing ███████████████ █████ (0.3).

**TOTAL**                                                                              **46.00**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

March 4, 2021                                    305158-610028

Invoice: 33471146

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2021:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 2,155.00 |
| Less 13% Fee Discount | | (280.15) |
| | USD | 1,874.85 |
| **TOTAL** | **USD** | **1,874.85** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610028/33471146 WITH YOUR PAYMENT

**JONES DAY**

305158-610028                                                    Page 2
                                                            March 4, 2021
Accord Healthcare Inc.                              Invoice:  33471146


### TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| J J NORMILE | 1.10 | 1,275.00 | 1,402.50 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 0.70 | 725.00 | 507.50 |
| PARALEGAL |  |  |  |
| J J DARENSBOURG | 0.70 | 350.00 | 245.00 |
| **TOTAL** | **2.50** | **USD** | **2,155.00** |

JONES DAY

305158-610028                                                        Page 3
                                                                 March 4, 2021
Accord Healthcare Inc.                                    Invoice:  33471146


### SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
| --- | --- | --- |
| 01/11/21 | K MCCARTHY | 0.70 |

Attention to client, local counsel, and opposing counsel correspondence regarding Accord's motion for an extension of time to answer or otherwise respond to Purdue's complaint (0.3); prepare for (0.1) and participate in (0.2)weekly client teleconference regarding litigation status updates, including reviewing and providing comments to the Purdue litigation tracker (0.1).

| 01/11/21 | J J NORMILE | 1.10 |
| --- | --- | --- |

Review of correspondence from A. Barkoff regarding Accord's request for an extension of time to answer complaint including related emails from B. Koch, R. Kreppel, R. Inz and P. Hendler (0.8); related teleconference with local counsel R. Smith (0.3).

| 01/13/21 | J J DARENSBOURG | 0.70 |
| --- | --- | --- |

Manage shared database for attorneys of pleadings and correspondence regarding extension of time for Defendants to respond to Complaint; calendar/docket new deadlines.

**TOTAL**                                                          **2.50**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

March 4, 2021                                                                 305158-645001

Invoice: 33471149

PURDUE PHARMA L.P.
Attention:  Roxana Aleali
Vice President, Corporate Law and Assistant Corporate
Secret
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2021:

| | | |
|---|---|---|
| Ongoing Strategic Initiatives | USD | 19,240.00 |
| Less 13% Fee Discount | | (2,501.20) |
| | USD | 16,738.80 |
| **TOTAL** | **USD** | **16,738.80** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                                  Citibank, N.A.
New York, NY                                   New York, NY
Account Name:  Jones Day              Account Name:  Jones Day
Account No:  37026407                    Account No:  37026407
ABA No:  021000089                       ABA No:  021000089
                                                          Swift Code:  CITIUS33

PLEASE REFERENCE 305158-645001/33471149 WITH YOUR PAYMENT

**JONES DAY**

305158-645001                                                    Page 2
                                                         March 4, 2021
Ongoing Strategic Initiatives                      Invoice:  33471149

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| **PARTNER** | | | |
| J J NORMILE | 13.10 | 1,275.00 | 16,702.50 |
| **ASSOCIATE** | | | |
| K MCCARTHY | 3.50 | 725.00 | 2,537.50 |
| **TOTAL** | **16.60** | **USD** | **19,240.00** |

19-23649-rdd   Doc 2457   Filed 03/08/21   Entered 03/08/21 19:15:46   Main Document
Pg 20 of 23

**JONES DAY**

305158-645001                                                          Page 3
                                                               March 4, 2021
Ongoing Strategic Initiatives                           Invoice:  33471149


SERVICES DETAIL SCHEDULE



| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 01/01/21 | J J NORMILE | 2.00 |
| 01/03/21 | J J NORMILE | 4.60 |
| 01/04/21 | K MCCARTHY | 3.50 |
| 01/04/21 | J J NORMILE | 4.50 |
| 01/06/21 | J J NORMILE | 1.00 |
| 01/07/21 | J J NORMILE | 1.00 |
| **TOTAL** | | **16.60** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

March 4, 2021

305158-999007

Invoice: 33471153

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through January 31, 2021:

| | | |
|---|---|---|
| Retention Matters | USD | 4,602.50 |
| Less 13% Fee Discount | | (598.32) |
| | USD | 4,004.18 |
| **TOTAL** | **USD** | **4,004.18** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-999007/33471153 WITH YOUR PAYMENT

**JONES DAY**

305158-999007                                                        Page 2
                                                                March 4, 2021
Retention Matters                                          Invoice:  33471153


TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| D T MOSS | 0.80 | 1,075.00 | 860.00 |
| J J NORMILE | 2.00 | 1,275.00 | 2,550.00 |
| K D ORR | 0.50 | 1,425.00 | 712.50 |
| ASSOCIATE | | | |
| A KORDAS | 0.60 | 800.00 | 480.00 |
| **TOTAL** | **3.90** | **USD** | **4,602.50** |

**JONES DAY**

305158-999007                                                                                                         Page 3
                                                                                                      March 4, 2021
Retention Matters                                                                          Invoice:  33471153


SERVICES DETAIL SCHEDULE


| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 01/03/21 | K D ORR | 0.50 |

Discussion with J. Normile and D. Moss regarding 363 issues.

| 01/08/21 | J J NORMILE | 1.00 |

Preparation for (0.2) and teleconference with (0.3) R. Kreppel regarding confidentiality designations of various documents; related correspondence with R. Kreppel and J. Swize (0.5).

| 01/27/21 | A KORDAS | 0.20 |

Communicate with J. Normile regarding supplemental declaration.

| 01/27/21 | J J NORMILE | 0.50 |

Review of supplemental Normile declaration in support of application to retain Jones Day as special counsel (0.3) and teleconference with A. Kordas regarding same (0.2).

| 01/29/21 | A KORDAS | 0.40 |

Call with D. Moss regarding supplemental declaration (0.1); revise same (0.2); circulate revised draft to J. Normile and D. Moss (0.1).

| 01/29/21 | D T MOSS | 0.80 |

Review revised Normile declaration (0.3) and communicate with Kordas regarding same (0.2); confer with Normile regarding same (0.3).

| 01/31/21 | J J NORMILE | 0.50 |

Review of correspondence from R. Inz regarding various Mannion patent prosecution matters and responsive emails from P. Hendler.

**TOTAL**                                                                                                     **3.90**