## Exhibit C

### Professional and Paraprofessional Fees for Fee Period

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Bauer, David R. | Partner; joined partnership in 2018; admitted New York 2008 | Intellectual Property | $1,765 | 20.2 | $80,176.00 |
| | | | $1,530 | 29.1 | |
| Bivens, Frances E. | Partner; joined partnership in 2001; admitted New York 1993 | Litigation | $1,790 | 4.0 | $46,252.00 |
| | | | $1,685 | 23.2 | |
| Crandall, Jeffrey P. | Partner; joined partnership in 2011; admitted New York 1983 | Employment | $1,685 | 3.9 | $6,571.50 |
| Crowley, John G. | Partner; joined partnership in 2000; admitted New York 1991 | Securities Distribution | $1,790 | 3.6 | $6,444.00 |
| Curran, William A. | Partner; joined partnership in 2017; admitted New York 2010 | Tax | $1,765 | 26.6 | $98,585.00 |
| | | | $1,655 | 31.2 | |
| Duggan, Charles S. | Partner; joined partnership in 2002; admitted New York 1997 | Litigation | $1,790 | 76.4 | $524,306.00 |
| | | | $1,685 | 230.0 | |
| Huebner, Marshall S. | Partner; joined partnership in 2002; admitted New York 1994 | Restructuring | $1,790 | 240.8 | $1,557,960.00 |
| | | | $1,685 | 668.8 | |
| Kaminetzky, Benjamin S. | Partner; joined partnership in 2003; admitted New York 1995 | Litigation | $1,790 | 91.5 | $783,528.00 |
| | | | $1,685 | 367.8 | |
| Klein, Darren S. | Partner; joined partnership in 2016; admitted New York 2008 | Restructuring | $1,765 | 45.4 | $202,435.50 |
| | | | $1,655 | 73.9 | |
| Libby, Angela M. | Partner; joined partnership in 2019; admitted New York 2012 | Restructuring | $1,635 | 23.8 | $38,913.00 |
| McClammy, James I. | Partner; joined partnership in 2015; admitted New York 1999 | Litigation | $1,765 | 40.7 | $376,024.50 |
| | | | $1,655 | 183.8 | |

---

[1] The Application includes a customary annual rate increase for all time keepers which occurred on January 1, 2021 as disclosed in a supplemental declaration filed on the Court docket at ECF No. 2219. The hourly billing rates prior to and subsequent to the increase (and the hours billed under each rate) are each provided here.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Taylor, William L. | Partner; joined partnership in 1995; admitted New York 1991 | Mergers and Acquisitions | $1,790 | 68.4 | $199,103.50 |
|  |  |  | $1,685 | 45.5 |  |
| Vonnegut, Eli J. | Partner; joined partnership in 2015; admitted New York 2009 | Restructuring | $1,765 | 178.5 | $858,389.00 |
|  |  |  | $1,655 | 328.3 |  |
| **Partner Total:** |  |  |  | **2,805.4** | **$4,778,688.00** |
|  |  |  |  |  | Counsel |
| Altus, Leslie J. | Counsel; joined Davis Polk 1985; admitted New York 1984 | Tax | $1,345 | 154.5 | $351,159.00 |
|  |  |  | $1,295 | 110.7 |  |
| Brecher, Stephen I. | Counsel; joined Davis Polk 2018; admitted New York 2000 | Employment | $1,345 | 13.0 | $83,530.00 |
|  |  |  | $1,295 | 51.0 |  |
| Chen, Bonnie | Counsel; joined Davis Polk 2015; admitted New York 2012 | Intellectual Property | $1,345 | 51.5 | $175,975.50 |
|  |  |  | $1,295 | 82.4 |  |
| Chiu, Ning | Counsel; joined Davis Polk 2007; admitted New York 1996 | Capital Markets | $1,295 | 3.0 | $3,885.00 |
| Clarens, Margarita | Counsel; joined Davis Polk 2008; admitted New York 2009 | Litigation | $1,345 | 172.9 | $876,295.00 |
|  |  |  | $1,295 | 497.1 |  |
| Forester, Daniel F. | Counsel; joined Davis Polk 2017; admitted New York 2012 | Intellectual Property | $1,345 | 16.3 | $46,658.00 |
|  |  |  | $1,295 | 19.1 |  |
| Huber, Betty Moy | Counsel; joined Davis Polk 1996; admitted New York 1997 | Environmental | $1,295 | 2.4 | $3,108.00 |
| Lele, Ajay B. | Counsel; joined Davis Polk 2000; admitted New York 2001 | Mergers and Acquisitions | $1,345 | 94.3 | $321,601.50 |
|  |  |  | $1,295 | 150.4 |  |
| McCarthy, Gerard[2] | Counsel; joined Davis Polk 2012; admitted New York 2012 | Litigation | $1,345 | 196.2 | $817,169.50 |
|  |  |  | $1,295 | 128.0 |  |
| |  |  | $1,095 | 353.9 |  |

---

[2] For the months of October and November 2020, this professional held the position of Associate. For the months of December 2020 and January 2021, this professional held the position of Counsel.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Millerman, James M. | Counsel; joined Davis Polk 2009; admitted New York 2000 | Restructuring | $1,295 | 27.5 | $35,612.50 |
| Robertson, Christopher | Counsel; joined Davis Polk 2011; admitted New York 2013 | Restructuring | $1,345 | 228.0 | $1,070,192.00 |
| | | | $1,295 | 589.6 | |
| Tobak, Marc J. | Counsel; joined Davis Polk 2009; admitted New York 2009 | Litigation | $1,345 | 104.2 | $418,703.50 |
| | | | $1,295 | 215.1 | |
| **Counsel Total:** | | | | **3,261.1** | **$4,203,889.50** |
| **Associates, Law Clerks and Legal Assistants** | | | | | |
| Benedict, Kathryn S. | Associate; joined Davis Polk 2017; admitted New York 2015 | Litigation | $1,175 | 310.8 | $1,189,834.50 |
| | | | $1,095 | 753.1 | |
| Berger, Rae | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 172.3 | $433,049.50 |
| | | | $690 | 419.1 | |
| Bias, Brandon C. | Associate; joined Davis Polk 2018; admitted New York 2020 | Litigation | $1,060 | 44.1 | $140,789.00 |
| | | | $785 | 119.8 | |
| Brock, Matthew R. | Associate; joined Davis Polk 2014; admitted New York 2015 | Litigation | $1,175 | 41.2 | $264,563.00 |
| | | | $1,095 | 197.4 | |
| Cardillo, Garrett | Associate; joined Davis Polk 2017; admitted New York 2017 | Litigation | $1,155 | 171.7 | $596,623.50 |
| | | | $1,065 | 374.0 | |
| Chen, Yifu | Associate; joined Davis Polk 2017; admitted New York 2018 | Intellectual Property | $990 | 42.6 | $42,174.00 |
| Chu, Dennis | Associate; joined Davis Polk 2019; admitted New York 2020 | Securities Distribution | $690 | 188.9 | $130,341.00 |
| Combs, Chris | Associate; joined Davis Polk 2019; admitted New York 2021 | Litigation | $835 | 9.6 | $27,957.00 |
| | | | $690 | 28.9 | |
| Comstock, Michael | Associate; joined Davis Polk 2012; admitted New York 2013 | Environmental | $1,095 | 3.6 | $3,942.00 |
| Consla, Dylan | Associate; joined Davis Polk | Restructuring | $1,175 | 193.3 | $618,371.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| A. | 2015; admitted New York 2015 | | $1,095 | 357.3 | |
| Diggs, Elizabeth R. | Associate; joined Davis Polk 2017; admitted New York 2018 | Mergers and Acquisitions | $1,140 | 81.7 | $533,490.00 |
| | | | $990 | 444.8 | |
| Eng, Brendan | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $690 | 37.8 | $26,082.00 |
| Ford, Stephen | Associate; joined Davis Polk 2020; admitted New York 2019 | Restructuring | $1,060 | 187.7 | $298,578.50 |
| | | | $785 | 126.9 | |
| Frankel, Jay | Associate; joined Davis Polk 2016; admitted New York 2017 | Intellectual Property | $1,155 | 9.9 | $31,456.50 |
| | | | $1,065 | 18.8 | |
| Goldmintz, Gene | Associate; joined Davis Polk 2019; admitted New York 2016 | Restructuring | $1,175 | 2.5 | $2,937.50 |
| Gong, Bree | Associate; joined Davis Polk 2019; admitted New York 2020 | Tax | $835 | 37.9 | $77,669.50 |
| | | | $690 | 66.7 | |
| Guo, Angela W. | Associate; joined Davis Polk 2019; admitted New York 2021 | Litigation | $1,060 | 136.3 | $554,405.00 |
| | | | $785 | 522.2 | |
| Harutian, Liana | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 71.9 | $88,464.50 |
| | | | $690 | 41.2 | |
| Hendin, Alexander J. | Associate; joined Davis Polk 2016; admitted New York 2017 | Tax | $1,155 | 9.4 | $78,484.50 |
| | | | $1,065 | 63.5 | |
| Herts, Dylan | Associate; joined Davis Polk 2020; admitted New York 2020 | Litigation | $835 | 73.8 | $110,613.00 |
| | | | $690 | 71.0 | |
| Hu, Diane S. | Associate; joined Davis Polk 2020; admitted New York 2019 | Litigation | $1,060 | 91.0 | $174,724.50 |
| | | | $785 | 99.7 | |
| Hwang, Eric | Associate; joined Davis Polk 2019; admitted New York 2020 | Restructuring | $835 | 44.6 | $37,241.00 |
| Jacobson, Alexa | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $690 | 7.0 | $4,830.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Jayaraman, Shiva | Associate; joined Davis Polk 2020; admitted New York 2018 | Litigation | $1,140 | 116.5 | $223,593.00 |
| | | | $990 | 91.7 | |
| Jernigan, Ben | Associate; joined Davis Polk 2014; admitted New York 2020 | Litigation | $690 | 4.4 | $3,036.00 |
| Joe, Tina Hwa | Associate; joined Davis Polk 2017; admitted New York 2014 | Litigation | $1,175 | 45.1 | $52,992.50 |
| Kasprisin, Justin Alexander | Associate; joined Davis Polk 2017; admitted New York 2012 | Employment | $990 | 14.4 | $14,256.00 |
| Kaufman, Zachary A. | Associate; joined Davis Polk 2018; admitted New York 2017 | Litigation | $1,155 | 194.3 | $662,983.50 |
| | | | $1,065 | 411.8 | |
| Kearney, Daniel P. | Associate; joined Davis Polk 2018; admitted New York 2019 | Intellectual Property | $1,060 | 6.4 | $6,784.00 |
| Killmond, Marie | Associate; joined Davis Polk 2019; admitted New York 2018 | Litigation | $1,140 | 22.4 | $72,264.00 |
| | | | $990 | 47.2 | |
| Kim, Eric M. | Associate; joined Davis Polk 2017; admitted New York 2017 | Litigation | $1,155 | 134.4 | $469,407.00 |
| | | | $1,065 | 295.0 | |
| King, Robert G. | Associate; joined Davis Polk 2016; admitted New York 2017 | Litigation | $1,065 | 6.8 | $7,242.00 |
| Knudson, Jacquelyn Swanner | Associate; joined Davis Polk 2017; admitted New York 2018 | Litigation | $1,175 | 222.7 | $911,616.50 |
| | | | $1,080 | 601.8 | |
| Levavi, Dov | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $690 | 4.7 | $3,243.00 |
| Levine, Zachary | Associate; joined Davis Polk 2017; admitted New York 2018 | Restructuring | $1,140 | 231.4 | $789,090.00 |
| | | | $990 | 530.6 | |
| Li, Stella | Associate; joined Davis Polk 2020; admitted New York 2019 | Restructuring | $1,060 | 20.9 | $22,154.00 |
| Linder, Max J. | Associate; joined Davis Polk 2020; admitted New York 2019 | Restructuring | $1,060 | 61.2 | $118,958.50 |
| | | | $785 | 68.9 | |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Manning, Molly I. | Associate; joined Davis Polk 2017; admitted New York 2018 | Mergers and Acquisitions | $1,140 | 50.3 | $57,342.00 |
| Massman, Stephanie | Associate; joined Davis Polk 2016; admitted New York 2017 | Restructuring | $1,175 | 175.2 | $205,860.00 |
| Matlock, Tracy L. | Associate; joined Davis Polk 2011; admitted New York 2013 | Tax | $1,175 | 164.4 | $289,420.50 |
| | | | $1,095 | 87.9 | |
| Mazer, Deborah S. | Associate; joined Davis Polk 2018; admitted New York 2018 | Litigation | $1,140 | 112.0 | $457,152.00 |
| | | | $990 | 332.8 | |
| Mendelson, Alex S. | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 42.6 | $295,494.00 |
| | | | $690 | 376.7 | |
| Meyer, Corey M. | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 98.7 | $283,618.50 |
| | | | $690 | 291.6 | |
| Oluwole, Chautney M. | Associate; joined Davis Polk 2015; admitted New York 2016 | Litigation | $1,175 | 59.8 | $570,629.00 |
| | | | $1,080 | 463.3 | |
| Paydar, Samira | Associate; joined Davis Polk 2017; admitted New York 2018 | Litigation | $1,140 | 5.3 | $148,305.00 |
| | | | $990 | 143.7 | |
| Pera, Michael | Associate; joined Davis Polk 2016; admitted New York 2017 | Restructuring | $1,155 | 7.5 | $45,618.00 |
| | | | $1,065 | 34.7 | |
| Policastro, Michael V. | Associate; joined Davis Polk 2018; admitted New York 2017 | Intellectual Property | $1,080 | 11.9 | $12,852.00 |
| Póo, Alexa | Associate; joined Davis Polk 2019; admitted New York 2020 | Securities Distribution | $690 | 80.9 | $55,821.00 |
| Popkin, David | Associate; joined Davis Polk 2018; admitted New York 2019 | Litigation | $785 | 197.1 | $154,723.50 |
| Pucci, Michael V. | Associate; joined Davis Polk 2017; admitted New York 2018 | Litigation | $990 | 40.0 | $39,600.00 |
| Ricci, Anthony J. | Associate; joined Davis Polk 2019; admitted District of Columbia 2019 | Litigation | $690 | 17.2 | $11,868.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Romero-Wagner, Alex B. | Associate; joined Davis Polk 2019; admitted New York 2020 | Restructuring | $835 | 68.6 | $134,009.00 |
| | | | $690 | 111.2 | |
| Rubin, Dylan S. | Associate; joined Davis Polk 2016; admitted New York 2017 | Litigation | $1,155 | 27.7 | $106,437.00 |
| | | | $1,065 | 69.9 | |
| Sandhu, Sharanjit Kaur | Associate; joined Davis Polk 2019; admitted New York 2020 | Mergers and Acquisitions | $690 | 49.9 | $34,431.00 |
| Sieben, Brian G. | Associate; joined Davis Polk 2015; admitted New York 2016 | Trusts and Estates | $1,175 | 106.5 | $213,049.50 |
| | | | $1,080 | 81.4 | |
| Stefanik, Sean | Associate; joined Davis Polk 2016; admitted New York 2018 | Litigation | $1,155 | 10.7 | $12,358.50 |
| Sud, Akhil | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $690 | 32.4 | $22,356.00 |
| Townes, Esther C. | Associate; joined Davis Polk 2018; admitted New York 2018 | Litigation | $1,140 | 180.6 | $571,986.00 |
| | | | $990 | 369.8 | |
| Turay, Edna | Associate; joined Davis Polk 2019; admitted New York 2020 | Mergers and Acquisitions | $835 | 24.3 | $49,339.50 |
| | | | $690 | 42.1 | |
| Vitiello, Sofia A. | Associate; joined Davis Polk 2018; admitted New York 2016 | Litigation | $1,175 | 119.9 | $437,990.50 |
| | | | $1,080 | 275.1 | |
| Wasim, Roshaan | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $690 | 212.6 | $146,694.00 |
| Wasserman, Benjamin D. | Associate; joined Davis Polk 2018; admitted New York 2018 | Litigation | $990 | 5.4 | $5,346.00 |
| Weiner, Jacob | Associate; joined Davis Polk 2015; admitted New York 2016 | Restructuring | $1,175 | 32.4 | $38,070.00 |
| Whisenant, Anna Lee | Associate; joined Davis Polk 2019; admitted New York 2020 | Litigation | $835 | 170.8 | $453,808.00 |
| | | | $690 | 451.0 | |
| Williams, Nikolaus | Associate; joined Davis Polk 2014; admitted New York 2015 | Litigation | $1,095 | 23.1 | $25,294.50 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Zhang, Helen | Associate; joined Davis Polk 2020; admitted Illinois 2021 | Restructuring | $560 | 34.5 | $19,320.00 |
| Kitagawa, Takahiro | Foreign Temporary Associate; joined Davis Polk 2020 | Mergers and Acquisitions | $560 | 3.8 | $2,128.00 |
| Carvajal, Shanaye | Law Clerk; joined Davis Polk 2019 | Litigation | $785 | 155.5 | $122,067.50 |
| Dekhtyar, Mariya | Law Clerk; joined Davis Polk 2020 | Restructuring | $600 | 97.0 | $253,192.00 |
|  |  |  | $560 | 348.2 |  |
| Duan, Xiaoyu | Law Clerk; joined Davis Polk 2020 | Restructuring | $740 | 101.1 | $158,086.00 |
|  |  |  | $560 | 148.7 |  |
| Howard, Chad | Law Clerk; joined Davis Polk 2020 | Mergers and Acquisitions | $740 | 17.7 | $46,026.00 |
|  |  |  | $560 | 58.8 |  |
| Khan, Zulkar | Law Clerk; joined Davis Polk 2020 | Litigation | $835 | 170.3 | $226,173.50 |
|  |  |  | $690 | 121.7 |  |
| Olson, Ryan | Law Clerk; joined Davis Polk 2020 | Restructuring | $740 | 6.4 | $4,736.00 |
| Simonelli, Jessica | Law Clerk; joined Davis Polk 2020 | Litigation | $740 | 36.7 | $61,878.00 |
|  |  |  | $560 | 62.0 |  |
| Sun, Terrance X. | Law Clerk; joined Davis Polk 2020 | Litigation | $740 | 92.5 | $119,074.00 |
|  |  |  | $560 | 90.4 |  |
| Yang, Yifei | Law Clerk; joined Davis Polk 2020 | Restructuring | $740 | 151.6 | $229,168.00 |
|  |  |  | $560 | 208.9 |  |
| Yang, Yueyu | Law Clerk; joined Davis Polk 2020 | Tax | $740 | 59.4 | $57,788.00 |
|  |  |  | $560 | 24.7 |  |
| Zhong, Zhuoran | Law Clerk; joined Davis Polk 2020 | Litigation | $560 | 3.6 | $2,016.00 |
| Ash, Jeffrey | Discovery Attorney; joined Davis Polk 2020 | Litigation | $495 | 363.7 | $180,031.50 |
| Chu, Alvin | Discovery Attorney; joined Davis Polk 2020 | Litigation | $530 | 112.2 | $381,958.50 |
|  |  |  | $495 | 651.5 |  |
| Datta, Davee | Discovery Attorney; joined Davis Polk 2020 | Litigation | $530 | 76.5 | $233,149.50 |
|  |  |  | $495 | 389.1 |  |
| Echegaray, Pablo | Discovery Attorney; joined Davis Polk 2019 | Litigation | $530 | 117.3 | $389,265.00 |
|  |  |  | $495 | 660.8 |  |
| Echeverria, Eileen | Discovery Attorney; joined Davis Polk 2000 | Litigation | $530 | 43.3 | $226,740.50 |
|  |  |  | $495 | 411.7 |  |
| Elaiwat, Hebah | Discovery Attorney; joined Davis Polk 2020 | Litigation | $495 | 272.5 | $134,887.50 |
| Fodera, Anthony | Discovery Attorney; joined Davis Polk 2020 | Litigation | $530 | 69.5 | $248,051.50 |
|  |  |  | $495 | 426.7 |  |

C-8

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Ford, Megan E. | Discovery Attorney; joined Davis Polk 2014 | Litigation | $530 | 9.9 | $140,728.50 |
| | | | $495 | 273.7 | |
| Ghile, Daniela | Discovery Attorney; joined Davis Polk 2020 | Litigation | $530 | 196.9 | $524,958.50 |
| | | | $495 | 849.7 | |
| Golodner, Scott | Discovery Attorney; joined Davis Polk 2020 | Litigation | $530 | 100.4 | $254,776.00 |
| | | | $495 | 407.2 | |
| Gravesande, Euphemia | Discovery Attorney; joined Davis Polk 2014 | Litigation | $495 | 89.3 | $44,203.50 |
| Jarrett, Janice | Discovery Attorney; joined Davis Polk 2020 | Litigation | $530 | 222.7 | $449,334.50 |
| | | | $495 | 669.3 | |
| Jouvin, Zoe | Discovery Attorney; joined Davis Polk 2020 | Litigation | $530 | 45.2 | $253,438.00 |
| | | | $495 | 463.6 | |
| Karagiannakis, Steve A. | Discovery Attorney; joined Davis Polk 2014 | Litigation | $530 | 26.2 | $132,884.00 |
| | | | $495 | 240.4 | |
| Maria, Edwin | Discovery Attorney; joined Davis Polk 2020 | Litigation | $530 | 118.5 | $370,348.50 |
| | | | $495 | 621.3 | |
| Mendes, Nelson | Discovery Attorney; joined Davis Polk 2019 | Litigation | $530 | 121.7 | $352,690.00 |
| | | | $495 | 582.2 | |
| Nayeem, Jenn N. | Discovery Attorney; joined Davis Polk 2014 | Litigation | $530 | 56.2 | $254,219.00 |
| | | | $495 | 453.4 | |
| Parris, Jeffrey | Discovery Attorney; joined Davis Polk 2014 | Litigation | $530 | 68.6 | $294,203.50 |
| | | | $495 | 520.9 | |
| Pergament, Joshua | Discovery Attorney; joined Davis Polk 2020 | Litigation | $530 | 75.2 | $309,631.00 |
| | | | $495 | 545.0 | |
| Sanfilippo, Anthony Joseph | Discovery Attorney; joined Davis Polk 2004 | Litigation | $530 | 172.1 | $482,758.00 |
| | | | $495 | 791.0 | |
| Sawczuk, Lara | Discovery Attorney; joined Davis Polk 2020 | Litigation | $530 | 49.3 | $220,268.00 |
| | | | $495 | 392.2 | |
| Schlosser, Jeremy | Discovery Attorney; joined Davis Polk 2020 | Litigation | $495 | 7.2 | $3,564.00 |
| Shiwnandan, Lakshmi | Discovery Attorney; joined Davis Polk 2020 | Litigation | $530 | 169.1 | $371,822.50 |
| | | | $495 | 570.1 | |
| Tasch, Tracilyn | Discovery Attorney; joined Davis Polk 2019 | Litigation | $530 | 75.9 | $321,387.00 |
| | | | $495 | 568.0 | |
| Altman, Olivia | Legal Assistant; joined Davis Polk 2019 | Restructuring | $350 | 13.8 | $20,462.50 |
| | | | $325 | 48.1 | |
| Bennett, Aoife | Legal Assistant; joined Davis Polk 2020 | Litigation | $350 | 2.7 | $2,082.50 |
| | | | $325 | 3.5 | |
| Callan, Olivia | Legal Assistant; joined Davis | Litigation | $350 | 11.3 | $19,197.50 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| | Polk 2020 | | $325 | 46.9 | |
| Elder, Abigail | Legal Assistant; joined Davis Polk 2020 | Litigation | $325 | 4.6 | $1,495.00 |
| Giddens, Magali | Legal Assistant; joined Davis Polk 2019 | Restructuring | $480 | 136.2 | $204,291.00 |
| | | | $450 | 308.7 | |
| Halford, Edgar Bernard | Legal Assistant; joined Davis Polk 2003 | Litigation | $450 | 9.3 | $4,185.00 |
| Hannah, Jack P. | Legal Assistant; joined Davis Polk 2020 | Litigation | $350 | 7.3 | $7,007.50 |
| | | | $325 | 13.7 | |
| Hirakawa, Lisa | Legal Assistant; joined Davis Polk 2014 | Litigation | $480 | 4.0 | $4,800.00 |
| | | | $450 | 6.4 | |
| Hussey, Samantha | Legal Assistant 2019; joined Davis Polk 2020 | Litigation | $450 | 14.6 | $6,570.00 |
| Ismail, Mohamed Ali | Legal Assistant; joined Davis Polk 1993 | Litigation | $480 | 3.5 | $2,985.00 |
| | | | $450 | 2.9 | |
| Lee, Monica | Legal Assistant; joined Davis Polk 2019 | Litigation | $480 | 10.3 | $4,944.00 |
| Walker, Amy | Legal Assistant; joined Davis Polk 2020 | Litigation | $325 | 20.2 | $6,565.00 |
| Wittig, Amelia | Legal Assistant; joined Davis Polk 2020 | Litigation | $350 | 4.2 | $6,540.00 |
| | | | $325 | 15.6 | |
| Young, Ryan | Legal Assistant; joined Davis Polk 2019 | Litigation | $480 | 42.0 | $63,315.00 |
| | | | $450 | 95.9 | |
| Jackson Jr., Ahmad | Court Clerk; joined Davis Polk 2017 | Managing Attorney's Office | $190 | 6.2 | $1,178.00 |
| Bauer, Christopher William | Ediscovery Project Manager; joined Davis Polk 2005 | eDiscovery Project Management | $540 | 2.3 | $1,242.00 |
| Hinton, Carla Nadine | Ediscovery Project Manager; joined Davis Polk 2000 | eDiscovery Project Management | $540 | 68.4 | $207,020.00 |
| | | | $505 | 336.8 | |
| Lewis, LeKeith | Ediscovery Project Manager; joined Davis Polk 2005 | eDiscovery Project Management | $505 | 4.2 | $2,121.00 |
| Soussan, Susan | Ediscovery Project Manager; joined Davis Polk 2008 | eDiscovery Project Management | $505 | 7.7 | $3,888.50 |
| Chau, Kin Man | Ediscovery Management Analyst; joined Davis Polk 2015 | eDiscovery Project Management | $435 | 29.2 | $116,301.00 |
| | | | $405 | 255.8 | |
| Chen, Johnny | Ediscovery Management | eDiscovery | $435 | 98.1 | $239,139.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Department | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| W. | Analyst; joined Davis Polk 2008 | Project Management | $405 | 485.1 | |
| Leone, Paul M. | Fiduciary Accountant; joined Davis Polk 1990 | Fiduciary Accountants | $560 | 2.4 | $1,344.00 |
| O'Flaherty, D. Robert | Systems Analyst; joined Davis Polk 1993 | eDiscovery Project Management | $405 | 23.6 | $9,558.00 |
| Waingarten, Daniel | Analyst; joined Davis Polk 2017 | eDiscovery Project Management | $435 | 8.2 | $38,194.50 |
| | | | $405 | 85.5 | |
| Zaleck, Mark | Senior Legal Reference Librarian; joined Davis Polk 1995 | Library | $625 | 7.5 | $4,687.50 |
| **Associates, Law Clerks and Legal Assistants Total:** | | | | 31,453.0 | $22,559,779.00 |
| **GRAND TOTAL** | | | | 37,519.5 | $31,542,356.50[3] |

---

[3] This amount reflects a reduction in fees in the amount of $187,849.57 on account of voluntary write-offs.