# Exhibit D

## Fees by Project Category for Fee Period

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Acquisitions/Dispositions | 33.0 | $39,225.50 |
| Automatic Stay/Preliminary Injunction/Litigation/DOJ | 4,506.6 | $5,186,344.50 |
| Bar Date/Estimation/Claims Allowance Issues | 1,478.9 | $1,654,195.00 |
| Corporate Governance, Board Matters and Communications | 314.8 | $433,396.00 |
| Creditor/UCC/AHC Issues | 9,561.1 | $5,557,757.50 |
| Cross-Border/International Issues | 42.5 | $44,290.50 |
| Equityholder/IAC Issues | 54.2 | $76,462.00 |
| Customer/Vendor/Lease/Contract Issues | 639.7 | $634,377.00 |
| Employee/Pension Issues | 623.0 | $719,833.00 |
| General Case Administration | 1,398.6 | $1,418,223.00 |
| Non-DPW Retention and Fee Issues | 46.0 | $50,196.50 |
| Support Agreement/Plan/Disclosure Statement | 3,589.5 | $4,125,348.50 |
| DPW Retention/Preparation of Fee Statements/Applications Budget | 1,362.4 | $877,395.00 |
| IP, Regulatory and Tax | 1,237.0 | $1,458,985.50 |
| Special Committee/Investigations Issues | 4,648.0 | $4,680,008.50 |
| Rule 2004 Discovery | 7,984.2 | $4,586,318.50 |
| **Total** | **37,519.5** | **$31,542,356.50**[1] |

---

[1] This amount reflects a reduction in fees in the amount of $187,849.57 on account of voluntary write-offs.