### Exhibit F

### Expense Summary

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Business Meals | *See Business Meal Detail provided in Davis Polk's Monthly Fee Statements* | $20.00 |
| Computer Research | US Reference Indices, US Restatements, US Briefs, US Legal News, US Law Reviews and Journals, US Pleadings, US Practice Guides, US Motions, Courtlink, US Jurisprudence, US Treatises, Lexis, and Westlaw | $101,653.07 |
| Court and Related Fees | CourtAlert.com, Depo Holdings, LLC, CourtSolutions, and Pacer transactions | $97,959.97 |
| Duplication | N/A | $6,258.00 |
| Outside Documents & Research | LexisNexis, Restructuring Concepts, and Courtlink | $8,504.80 |
| Postage, Courier & Freight | N/A | $4,010.57 |
| **TOTAL** | | $218,406.41 |