### Exhibit G

**Customary and Comparable Compensation Disclosures for the Fee period**

| CATEGORY OF TIMEKEEPER | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | Professionals at the New York Office of Davis Polk & Wardwell LLP for a 12-Month Period Ending on January 31, 2021, Excluding Bankruptcy Matters[1] | Purdue Application |
| Partner | $1,505.51 | $1,703.39 |
| Counsel | $1,194.85 | $1,312.73 |
| Other Attorneys[2] | $805.38 | $743.17 |
| Paraprofessionals | $429.05 | $435.80 |
| All Timekeepers Aggregated | $922.27 | $840.69 |

---

[1] This blended hourly rate is adjusted to exclude hours and compensation billed to certain clients with special billing arrangements.

[2] This category includes Law Clerks and Discovery Attorneys.