**ALIXPARTNERS, LLP**

**Exhibit A**
**Detailed Description of Fees, Hours and Descriptions by Matter Category**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/20 | LJD | Call with C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, J. DelConte (all AlixPartners) re: weekly catch up and planning call. | 0.70 |
| 10/01/20 | JD | Call with C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, J. DelConte (all AlixPartners) re: weekly catch up and planning call. | 0.70 |
| 10/01/20 | JD | Review final KERP order. | 0.20 |
| 10/01/20 | HSB | Review documents and prepare agenda for status update call with AP team. | 0.60 |
| 10/01/20 | HSB | Call with C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, J. DelConte (all AlixPartners) re: weekly catch up and planning call. | 0.70 |
| 10/01/20 | HSB | Review UCC motion to compel production of privileged documents | 0.20 |
| 10/01/20 | HSB | Review updated excel analysis prepared by S. Lemack (AlixPartners). | 0.40 |
| 10/02/20 | HSB | Review mediation order expanding scope of mediation | 0.30 |
| 10/02/20 | HSB | Call with H. Bhattal, S. Canniff, J. DelConte, L, Donahue, G. Koch, S. Lemack, N. Simon (all AlixPartners) re: weekly team update call | 0.50 |
| 10/02/20 | HSB | Prepare agenda and related notes for AlixPartners Team update call | 0.30 |
| 10/02/20 | HSB | Review KERP order and modified terms | 0.20 |
| 10/02/20 | NAS | Call with H. Bhattal, S. Canniff, J. DelConte, L, Donahue, G. Koch, S. Lemack, N. Simon (all AlixPartners) re: | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | weekly team update call | |
| 10/02/20 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: IAC and staffing update. | 0.20 |
| 10/02/20 | JD | Finalize latest HR file and send around for review. | 1.00 |
| 10/02/20 | JD | Call with H. Bhattal, S. Canniff, J. DelConte, L, Donahue, G. Koch, S. Lemack, N. Simon (all AlixPartners) re: weekly team update call | 0.50 |
| 10/02/20 | LJD | Call with H. Bhattal, S. Canniff, J. DelConte, L, Donahue, G. Koch, S. Lemack, N. Simon (all AlixPartners) re: weekly team update call | 0.50 |
| 10/02/20 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: IAC and staffing update. | 0.20 |
| 10/02/20 | GJK | Call with H. Bhattal, S. Canniff, J. DelConte, L, Donahue, G. Koch, S. Lemack, N. Simon (all AlixPartners) re: weekly team update call | 0.50 |
| 10/02/20 | SKL | Call with H. Bhattal, S. Canniff, J. DelConte, L, Donahue, G. Koch, S. Lemack, N. Simon (all AlixPartners) re: weekly team update call | 0.50 |
| 10/02/20 | SJC | Call with H. Bhattal, S. Canniff, J. DelConte, L, Donahue, G. Koch, S. Lemack, N. Simon (all AlixPartners) re: weekly team update call | 0.50 |
| 10/05/20 | HSB | Prepare list of open items ahead of meeting with J. Lowne (Purdue) | 0.30 |
| 10/05/20 | HSB | Review KEIP/KERP motion for info ahead of upcoming hearing on keip and required supporting analysis | 0.40 |
| 10/06/20 | HSB | Call with M. Huebner, B. Kaminetzky, C. Robertson (all Davis Polk), J. Turner, T. Melvin (both PJT), L. Donahue, G. Koch, H. Bhattal and J. DelConte (all AlixPartners) re: weekly professionals planning call. | 0.30 |
| 10/06/20 | HSB | Review Coventry APA | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Chapter 11 Process/Case Management
Client/Matter #   012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/06/20 | HSB | Review UCC diligence request list re: Purdue Aug Business Plan prepared by Province and related correspondence | 0.20 |
| 10/06/20 | LJD | Call with M. Huebner, B. Kaminetzky, C. Robertson (all Davis Polk), J. Turner, T. Melvin (both PJT), L. Donahue, G. Koch, H. Bhattal and J. DelConte (all AlixPartners) re: weekly professionals planning call. | 0.30 |
| 10/06/20 | GJK | Call with M. Huebner, B. Kaminetzky, C. Robertson (all Davis Polk), J. Turner, T. Melvin (both PJT), L. Donahue, G. Koch, H. Bhattal and J. DelConte (all AlixPartners) re: weekly professionals planning call. | 0.30 |
| 10/06/20 | JD | Call with M. Huebner, B. Kaminetzky, C. Robertson (all Davis Polk), J. Turner, T. Melvin (both PJT), L. Donahue, G. Koch, H. Bhattal and J. DelConte (all AlixPartners) re: weekly professionals planning call. | 0.30 |
| 10/07/20 | HSB | Review UCC & NCSG motion re: examination of debtors' personnel | 0.40 |
| 10/07/20 | HSB | Review summary of financial metrics and performance summary prepared by J. Lowne (Purdue) | 0.20 |
| 10/07/20 | HSB | Review board presentation from J. Lowne (Purdue) re: support for KEIP | 0.40 |
| 10/07/20 | ADD | Review interested parties list and identify potential additions. | 1.10 |
| 10/08/20 | ADD | Review interested parties list and identify potential additions. | 1.50 |
| 10/08/20 | HSB | Weekly call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners) re: weekly update call. | 0.60 |
| 10/08/20 | JD | Weekly call with J. Lowne, M. Kesselman, R. Aleali (all | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Purdue), M. Huebner, E. Vonnegut, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners) re: weekly update call. | |
| 10/08/20 | GJK | Weekly call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners) re: weekly update call. | 0.60 |
| 10/08/20 | LJD | Weekly call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (both Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners) re: weekly update call. | 0.60 |
| 10/09/20 | LJD | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call | 0.60 |
| 10/09/20 | GJK | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call | 0.60 |
| 10/09/20 | SKL | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call | 0.60 |
| 10/09/20 | JD | Prepare agenda for weekly AlixPartners call. | 0.30 |
| 10/09/20 | NAS | Prepare for weekly AlixPartners Purdue engagement team call. | 0.70 |
| 10/09/20 | NAS | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call | 0.60 |
| 10/09/20 | LTN | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: weekly | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | team update call | |
| 10/09/20 | HSB | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call | 0.60 |
| 10/09/20 | HSB | Prepare list of information required and supporting points for KEIP motion | 0.60 |
| 10/09/20 | JD | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call | 0.60 |
| 10/12/20 | ADD | Review interested parties list and identify additional names for October update. | 2.60 |
| 10/12/20 | JD | Review materials pulled together by PJT to be responsive to request for questions and materials for C. Landau (Purdue) deposition. | 0.80 |
| 10/13/20 | JD | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, C. Robertson, E. Vonnegut (all Davis Polk), L. Donahue, G. Koch, H. Bhattal and J. DelConte (all AlixPartners) re: weekly update and planning call. | 0.40 |
| 10/13/20 | JD | Prepare agenda for weekly professional's call. | 0.30 |
| 10/13/20 | JD | Meeting with J. DelConte, S. Lemack and A. DePalma (all AlixPartners) re: trade claims analysis. | 0.50 |
| 10/13/20 | GJK | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, C. Robertson, E. Vonnegut (all Davis Polk), L. Donahue, G. Koch, H. Bhattal and J. DelConte (all AlixPartners) re: weekly update and planning call. | 0.40 |
| 10/13/20 | SKL | Meeting with J. DelConte, S. Lemack and A. DePalma (all AlixPartners) re: trade claims analysis. | 0.50 |
| 10/13/20 | LJD | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, C. Robertson, E. Vonnegut (all Davis Polk), L. Donahue, G. Koch, H. Bhattal and J. DelConte (all AlixPartners) re: weekly update and planning call. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/13/20 | HSB | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, C. Robertson, E. Vonnegut (all Davis Polk), L. Donahue, G. Koch, H. Bhattal and J. DelConte (all AlixPartners) re: weekly update and planning call. | 0.40 |
| 10/13/20 | ADD | Meeting with J. DelConte, S. Lemack and A. DePalma (all AlixPartners) re: trade claims analysis. | 0.50 |
| 10/14/20 | HSB | Update call with H. Bhattal, S. Lemack (both AlixPartners) to discuss case related issues and details. | 0.50 |
| 10/14/20 | HSB | Review list of financial questions prepared by PJT Partners for C. Landau (Purdue) deposition preparation | 0.20 |
| 10/14/20 | SKL | Update call with H. Bhattal, S. Lemack (both AlixPartners) to discuss case related issues and details. | 0.50 |
| 10/14/20 | SKL | Finalize updates to the cash and investment activity sections of the September MOR and circulate updates accordingly. | 2.10 |
| 10/14/20 | SKL | Finalize updates to the Restructuring Professional payment piece of the September MOR and circulate to C. MacDonald (Purdue) accordingly. | 1.30 |
| 10/14/20 | NAS | Review press around reported Purdue/DOJ settlement. | 0.20 |
| 10/14/20 | JD | Review and provide comments on the latest interested parties list and correspond with A. DePalma (AlixPartners) re: same. | 0.50 |
| 10/14/20 | JD | Prepare agenda for weekly update call with Purdue management tomorrow morning. | 0.40 |
| 10/15/20 | JD | Prepare for update call with Purdue management. | 0.30 |
| 10/15/20 | JD | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue) re: case update and go forward planning. | 0.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/15/20 | LJD | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue) re: case update and go forward planning. | 0.60 |
| 10/15/20 | HSB | Review Aug 2020 Business Plan prepared by Purdue management. | 0.80 |
| 10/15/20 | HSB | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue) re: case update and go forward planning. | 0.60 |
| 10/16/20 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call | 0.70 |
| 10/16/20 | HSB | Prepare notes and agenda for AlixPartners Team update call | 0.40 |
| 10/16/20 | HSB | Review debtor objection to UCC motion for production of privileged documents | 0.20 |
| 10/16/20 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call | 0.70 |
| 10/16/20 | KM | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call | 0.70 |
| 10/16/20 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call | 0.70 |
| 10/16/20 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/16/20 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call | 0.70 |
| 10/16/20 | JD | Review draft agenda for AlixPartners weekly call. | 0.20 |
| 10/16/20 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call | 0.70 |
| 10/16/20 | NAS | Review UCC motion to compel production of documents. | 0.40 |
| 10/16/20 | NAS | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call | 0.70 |
| 10/19/20 | SKL | Finalize 3rd quarter UST fee calculation and circulate to J. Lowne (Purdue) and H. Benson (Purdue) for payment. | 0.60 |
| 10/19/20 | SKL | Prepare for and participate in discussion with C. MacDonald (Purdue) re: the September professional payment piece of the September Monthly Operating Report and prepare and circulate final version of the report. | 1.40 |
| 10/20/20 | SKL | Prepare latest prepetition payment detail and breakdown to be provided alongside September Monthly Operating Report detail to J. Lowne (Purdue). | 0.70 |
| 10/20/20 | SKL | Review and reconcile latest accounts payable debit inquiry provided by H. Benson (Purdue) and prepared update accordingly. | 0.60 |
| 10/20/20 | GJK | Call with H. Bhattal, G. Koch, J. DelConte (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, B. Kaminetzky (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT) re: case update and go forward planning. | 0.40 |
| 10/20/20 | JD | Call with H. Bhattal, G. Koch, J. DelConte (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, B. Kaminetzky (all Davis Polk), J. O'Connell, J. Turner, T. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Chapter 11 Process/Case Management
Client/Matter #            012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Melvin (all PJT) re: case update and go forward planning. | |
| 10/20/20 | JD | Prepare agenda for weekly AlixPartners call. | 0.30 |
| 10/20/20 | HSB | Call with H. Bhattal, G. Koch, J. DelConte (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, B. Kaminetzky (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT) re: case update and go forward planning. | 0.40 |
| 10/21/20 | HSB | Review draft of reply to KEIP Objections provided by D. Consla (Davis Polk) | 1.30 |
| 10/21/20 | HSB | Review financial reports and related presentations from Purdue and assessed information for inclusion in the reply to KEIP Objections | 1.60 |
| 10/21/20 | HSB | Prepared a draft marked up with edits and additional info for inclusion in the KEIP reply to Objections | 1.40 |
| 10/21/20 | NAS | Review press coverage re: Purdue/DOJ settlement. | 0.30 |
| 10/21/20 | SKL | Continue to prepare financial calculations to draft of reply to KEIP Objections. | 0.50 |
| 10/21/20 | SKL | Continue to review latest draft reply of KEIP Objections provided by DPW team and finalize financial calculations to be included. | 2.30 |
| 10/21/20 | SKL | Review August 2019 and August 2020 monthly flash report and prepare updated P&L comparisons to be included in the draft reply to KEIP Objections. | 1.90 |
| 10/22/20 | SKL | Continue to review latest feedback provided re: reply to draft of KEIP Objections and prepare updates accordingly. | 2.10 |
| 10/22/20 | SKL | Finalize updates to financial metrics provided re: draft reply to KEIP objection and circulate to DPW team accordingly. | 1.40 |
| 10/22/20 | SKL | Working session with H. Bhattal,  (both AlixPartners) to finalize edits & related financial calculations for inclusion in draft of reply to KEIP Objections | 1.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/22/20 | NAS | Review Purdue Settlement Agreement with DOJ filed on docket. | 1.30 |
| 10/22/20 | GJK | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, C. Robertson, E. Vonnegut (all Davis Polk), G. Koch, H. Bhattal, J. DelConte (all AlixPartners), M. Kesselman, J. Lowne, R. Aleali (all Purdue) re: weekly update and status call. | 0.70 |
| 10/22/20 | JD | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, C. Robertson, E. Vonnegut (all Davis Polk), G. Koch, H. Bhattal, J. DelConte (all AlixPartners), M. Kesselman, J. Lowne, R. Aleali (all Purdue) re: weekly update and status call. | 0.70 |
| 10/22/20 | HSB | Working session with H. Bhattal, S. Lemack (both AlixPartners) to finalize edits & related financial calculations for inclusion in draft of reply to KEIP Objections | 1.60 |
| 10/22/20 | HSB | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, C. Robertson, E. Vonnegut (all Davis Polk), G. Koch, H. Bhattal, J. DelConte (all AlixPartners), M. Kesselman, J. Lowne, R. Aleali (all Purdue) re: weekly update and status call. | 0.70 |
| 10/23/20 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | 0.60 |
| 10/23/20 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | 0.60 |
| 10/23/20 | KM | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | 0.60 |
| 10/23/20 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, | 0.60 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | N. Simon (all AlixPartners) re: weekly update call | |
| 10/23/20 | JD | Review and provide comments on agenda for AlixPartners update call. | 0.40 |
| 10/23/20 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | 0.60 |
| 10/23/20 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | 0.60 |
| 10/23/20 | LJD | Review and comment on addendum to draft disclosures. | 0.30 |
| 10/23/20 | LJD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | 0.60 |
| 10/23/20 | NAS | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | 0.60 |
| 10/23/20 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | 0.60 |
| 10/27/20 | LJD | Call with L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, D. Consla (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly professionals' call. | 0.70 |
| 10/27/20 | GJK | Prepare for and participate on call with L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, D. Consla (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly professionals' call. | 1.00 |
| 10/27/20 | JD | Call with L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, D. Consla (all Davis Polk), J. O'Connell, J. Turner, T. Melvin | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (all PJT) re: weekly professionals' call. | |
| 10/27/20 | HSB | Call with L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, D. Consla (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly professionals' call. | 0.70 |
| 10/28/20 | HSB | Review AdHoc Committee's motion re: DOJ Settlement | 0.50 |
| 10/28/20 | SKL | Meeting with S. Lemack L. Nguyen (both AlixPartners) to review latest OCP data provided by C. MacDonald (Purdue) and prepare updated report accordingly. | 1.50 |
| 10/28/20 | SKL | Meeting with C. MacDonald (Purdue) to discuss latest OCP activity report. | 0.30 |
| 10/28/20 | SKL | Finalize updates to the OCP report following meeting with C. MacDonald (Purdue) and circulate update accordingly. | 0.80 |
| 10/29/20 | SKL | Review and reconcile latest September financial report provided by E. Nowakowski (Purdue) and update September flash report accordingly. | 2.40 |
| 10/29/20 | SKL | Continue to finalize formatting and updates to the September flash report and circulate internally for final review and sign-off. | 1.90 |
| 10/30/20 | SKL | Finalize remaining updates to the September OCP report and circulate to DPW accordingly. | 0.40 |
| 10/30/20 | SKL | Finalize remaining updates to the September flash report. | 0.90 |
| 10/30/20 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | 0.80 |
| 10/30/20 | LJD | Review 13th monthly fee app | 0.40 |
| 10/30/20 | LJD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | 0.80 |
| 10/30/20 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, L. | 0.80 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | |
| 10/30/20 | NAS | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | 0.80 |
| 10/30/20 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | 0.80 |
| 10/30/20 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | 0.80 |
| 10/30/20 | JD | Review and provide comments on weekly AlixPartners agenda. | 0.20 |
| 10/30/20 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | 0.80 |
| 10/30/20 | JD | Correspondence with Davis Polk re: UCC fee apps. | 0.20 |
| 10/30/20 | ADD | Prepare for weekly AlixPartners Purdue engagement team update call. | 0.40 |
| 10/30/20 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | 0.80 |
| 10/30/20 | KM | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call | 0.80 |
| 11/02/20 | HSB | Review KEIP motion draft prepared by Davis Polk and prepared notes with updates for recent financial performance | 0.60 |
| 11/02/20 | SKL | Finalize remaining updates to the September flash report and circulate to J. Lowne and R. Aleali (both Purdue) for final sign-off. | 1.50 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/03/20 | LJD | Weekly professionals call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, L. Donahue, G. Koch and H. Bhattal (all AlixPartners) re: catch up and planning. | 0.50 |
| 11/03/20 | GJK | Weekly professionals call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, L. Donahue, G. Koch and H. Bhattal (all AlixPartners) re: catch up and planning. | 0.50 |
| 11/03/20 | JD | Weekly professionals call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, L. Donahue, G. Koch and H. Bhattal (all AlixPartners) re: catch up and planning. | 0.50 |
| 11/03/20 | JD | Prepare agenda for weekly professionals call. | 0.30 |
| 11/03/20 | HSB | Weekly professionals call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, L. Donahue, G. Koch and H. Bhattal (all AlixPartners) re: catch up and planning. | 0.50 |
| 11/05/20 | HSB | Review summary status of Purdue pipeline assets | 0.30 |
| 11/05/20 | HSB | Review FTI correspondence and list of requested items | 0.20 |
| 11/05/20 | SKL | Review latest October flash report for financials relevant to the KEIP/KERP draft response and update list of key metrics and source info accordingly. | 1.90 |
| 11/06/20 | SKL | Finalize review of additional new vendors and invoices provided by C. MacDonald (Purdue) and update the accounts payable database accordingly. | 1.10 |
| 11/06/20 | NAS | Call with H. Bhattal, A. DePalma, L. Donahue, G. Koch, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call. | 0.40 |
| 11/06/20 | GJK | Call with H. Bhattal, A. DePalma, L. Donahue, G. Koch, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/06/20 | LJD | Call with H. Bhattal, A. DePalma, L. Donahue, G. Koch, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call. | 0.40 |
| 11/06/20 | HSB | Call with H. Bhattal, A. DePalma, L. Donahue, G. Koch, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call. | 0.40 |
| 11/06/20 | HSB | Prepare notes and agenda for update call with case related developments | 0.30 |
| 11/06/20 | KM | Call with H. Bhattal, A. DePalma, L. Donahue, G. Koch, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call. | 0.40 |
| 11/06/20 | ADD | Call with H. Bhattal, A. DePalma, L. Donahue, G. Koch, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call. | 0.40 |
| 11/06/20 | LTN | Call with H. Bhattal, A. DePalma, L. Donahue, G. Koch, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly update call. | 0.40 |
| 11/09/20 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: trust transfer process. | 0.30 |
| 11/09/20 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: trust transfer process. | 0.30 |
| 11/09/20 | JD | Correspondence with Davis Polk re: trust transfer call. | 0.20 |
| 11/10/20 | JD | Call with M. Kesselman (Purdue), M. Huebner, C. Robertson, E. Vonnegut (all Davis Polk), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, J. DelConte (all AlixPartners) re: weekly catch up call. | 0.80 |
| 11/10/20 | NAS | Review Purdue media report. | 0.30 |
| 11/10/20 | LJD | Call with M. Kesselman (Purdue), M. Huebner, C. Robertson, E. Vonnegut (all Davis Polk), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Bhattal, J. DelConte (all AlixPartners) re: weekly catch up call. | |
| 11/10/20 | HSB | Call with M. Kesselman (Purdue), M. Huebner, C. Robertson, E. Vonnegut (all Davis Polk), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, J. DelConte (all AlixPartners) re: weekly catch up call. | 0.80 |
| 11/11/20 | HSB | Review debtor statement filed re: payment by the Sackler families to DOJ | 0.20 |
| 11/11/20 | ADD | Call with J. DelConte, G. Koch, A. DePalma (all AlixPartners), Z. Levine, A. Lele, E. Diggs (all Davis Polk) re: trust transfer process. | 0.50 |
| 11/11/20 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: trust transfer process. | 0.20 |
| 11/11/20 | GJK | Call with J. DelConte, G. Koch, A. DePalma (all AlixPartners), Z. Levine, A. Lele, E. Diggs (all Davis Polk) re: trust transfer process. | 0.50 |
| 11/11/20 | JD | Correspondence with Jefferies and A. DePalma (AlixPartners) re: IQVIA data. | 0.20 |
| 11/11/20 | JD | Call with J. DelConte, G. Koch, A. DePalma (all AlixPartners), Z. Levine, A. Lele, E. Diggs (all Davis Polk) re: trust transfer process. | 0.50 |
| 11/11/20 | JD | Call with R. Aleali (Purdue) re: trust transfer workstream. | 0.50 |
| 11/11/20 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: trust transfer process. | 0.20 |
| 11/11/20 | JD | Create agenda for weekly call tomorrow with management. | 0.40 |
| 11/12/20 | JD | Review 9019 objections filed on the docket. | 1.20 |
| 11/12/20 | JD | Call with J. DelConte and A. DePalma (both AlixPartners) re: open diligence and trust transfer workstreams. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/12/20 | JD | Call with C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, J. DelConte (all AlixPartners) re: weekly update and planning meeting. | 0.70 |
| 11/12/20 | LJD | Review agenda for Purdue weekly update call with management and advisors | 0.20 |
| 11/12/20 | LJD | Call with C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, J. DelConte (all AlixPartners) re: weekly update and planning meeting. | 0.70 |
| 11/12/20 | SKL | Update conversation with H. Bhattal, S. Lemack (both AlixPartners) on various case related matters. | 0.70 |
| 11/12/20 | ADD | Call with J. DelConte and A. DePalma (both AlixPartners) re: open diligence and trust transfer workstreams. | 0.40 |
| 11/12/20 | HSB | Review objection of ad hoc group of non-consenting states to debtors' settlement with DOJ | 0.30 |
| 11/12/20 | HSB | Review objection of ad hoc Committee on Accountability to debtors' settlement with DOJ | 0.20 |
| 11/12/20 | HSB | Review motion filed by third party (as amici curiae) in opposition to debtors' settlement with DOJ | 0.10 |
| 11/12/20 | HSB | Call with C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, J. DelConte (all AlixPartners) re: weekly update and planning meeting. | 0.70 |
| 11/12/20 | HSB | Update conversation with H. Bhattal, S. Lemack (both AlixPartners) on various case related matters. | 0.70 |
| 11/13/20 | HSB | Prepare notes and agenda for update call with case related developments | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/13/20 | HSB | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 11/13/20 | LTN | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 11/13/20 | ADD | Review and reconcile assigned contract list to Rhodes Tech Executed Agreement List. | 1.20 |
| 11/13/20 | SKL | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 11/13/20 | LJD | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 11/13/20 | LJD | Review fee application and comment | 1.50 |
| 11/13/20 | GJK | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 11/13/20 | JD | Review agenda for today's AlixPartners call. | 0.20 |
| 11/13/20 | JD | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 11/13/20 | JD | Review supplemental KEIP order draft. | 0.40 |
| 11/16/20 | JD | Review materials and correspondence from Purdue and Davis Polk re: unclaimed property. | 0.30 |
| 11/16/20 | JD | Review latest KEIP Reply brief to be filed prior to the hearing. | 0.50 |
| 11/16/20 | JD | Review draft CDA mark-up for third party discussions. | 0.20 |
| 11/16/20 | HSB | Review proposed order filed by Davis Polk re: 9019 settlement between the debtors & DOJ | 0.30 |
| 11/16/20 | HSB | Review Third Monitor Report | 0.40 |
| 11/16/20 | HSB | Review Davis Polk's stipulation of settlement re: production of privileged documents to UCC | 0.20 |
| 11/17/20 | HSB | Review supplemental reply filed by Davis Polk re: KERP | 0.20 |
| 11/17/20 | JD | Review insurance chart for trust transfer process. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Chapter 11 Process/Case Management
Client/Matter #   012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/17/20 | LJD | Review UCC presentation and comment | 1.50 |
| 11/17/20 | NAS | Review motions and press related to DOJ settlement. | 1.30 |
| 11/18/20 | JD | Correspondence with G. Koch (AlixPartners) re: trust transfer process. | 0.20 |
| 11/18/20 | JD | Review and comment on agenda for call tomorrow morning. | 0.20 |
| 11/18/20 | JD | Correspondence with PJT, Davis Polk and Purdue re: third party discussions. | 0.40 |
| 11/18/20 | HSB | Review correspondence re: diligence request and coordination | 0.10 |
| 11/19/20 | LJD | Board debrief call with K. Buckfire (Board Member) | 0.50 |
| 11/20/20 | LJD | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Ngueyn, N. Simon (all AlixPartners) re: weekly update call | 0.70 |
| 11/20/20 | LJD | Update call with K. Buckfire (Board Member) | 0.30 |
| 11/20/20 | GJK | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Ngueyn, N. Simon (all AlixPartners) re: weekly update call | 0.70 |
| 11/20/20 | SKL | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Ngueyn, N. Simon (all AlixPartners) re: weekly update call | 0.70 |
| 11/20/20 | JD | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Ngueyn, N. Simon (all AlixPartners) re: weekly update call | 0.70 |
| 11/20/20 | JD | Review and provide comments on AlixPartners call agenda. | 0.20 |
| 11/20/20 | NAS | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Ngueyn, N. Simon (all AlixPartners) re: weekly update call | 0.70 |
| 11/20/20 | NAS | Correspondence with G. Koch (AlixPartners) and J. | 0.40 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #   012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | DelConte (AlixPartners) re: draft of transfer workplan. |  |
| 11/20/20 | NAS | Review motions related to production of privileged documents. | 1.00 |
| 11/20/20 | NAS | Revise transfer workplan following feedback from G. Koch (AlixPartners). | 2.10 |
| 11/20/20 | LTN | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Ngueyn, N. Simon (all AlixPartners) re: weekly update call | 0.70 |
| 11/20/20 | HSB | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Ngueyn, N. Simon (all AlixPartners) re: weekly update call | 0.70 |
| 11/20/20 | HSB | Prepare notes and agenda for update call with case related developments | 0.20 |
| 11/20/20 | KM | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Ngueyn, N. Simon (all AlixPartners) re: weekly update call | 0.70 |
| 11/23/20 | JD | Call with G. Koch, J. DelConte, N. Simon, S. Lemack (all AlixPartners), R. Aleali, K. McCarthy, B. Miller (all Purdue), C. Robertson, A. Lele and E. Diggs (all DPW) to review Purdue transfer workplan. | 0.50 |
| 11/23/20 | SKL | Call with G. Koch, J. DelConte, N. Simon, S. Lemack (all AlixPartners), R. Aleali, K. McCarthy, B. Miller (all Purdue), C. Robertson, A. Lele and E. Diggs (all DPW) to review Purdue transfer workplan. | 0.50 |
| 11/23/20 | SKL | Debrief with G. Koch, N. Simon, S. Lemack (all AlixPartners) following transfer workplan call with DPW and Purdue. | 0.30 |
| 11/23/20 | NAS | Research 2018-2019 compensation question from C. Oluwole (DPW) and C. Dysard (Spears & Imes). | 1.40 |
| 11/23/20 | NAS | Call with C. Oluwole (DPW) and C. Dysard (Spears & Imes) to discuss questions related to 2018-2019 | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | compensation schedules. | |
| 11/23/20 | NAS | Research SmartSheet functionality to use for Purdue transfer PMO workstream. | 0.80 |
| 11/23/20 | NAS | Call with G. Koch, J. DelConte, N. Simon, S. Lemack (all AlixPartners), R. Aleali, K. McCarthy, B. Miller (all Purdue), C. Robertson, A. Lele and E. Diggs (all DPW) to review Purdue transfer workplan. | 0.50 |
| 11/23/20 | NAS | Debrief with G. Koch, N. Simon, S. Lemack (all AlixPartners) following transfer workplan call with DPW and Purdue. | 0.30 |
| 11/23/20 | NAS | Draft transfer workplan notes from AlixPartners/DPW/Purdue to distribute to team. | 0.20 |
| 11/23/20 | GJK | Call with G. Koch, J. DelConte, N. Simon, S. Lemack (all AlixPartners), R. Aleali, K. McCarthy, B. Miller (all Purdue), C. Robertson, A. Lele and E. Diggs (all DPW) to review Purdue transfer workplan. | 0.50 |
| 11/23/20 | GJK | Debrief with G. Koch, N. Simon, S. Lemack (all AlixPartners) following transfer workplan call with DPW and Purdue. | 0.30 |
| 11/23/20 | GJK | Coordinate and plan for transfer work plan. | 1.50 |
| 11/24/20 | LJD | Call with L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, C. Robertson (both Davis Polk), J. O'Connell, T. Coleman, T. Melvin, J. Turner (all PJT) re: weekly check in and go-forward planning. | 0.60 |
| 11/24/20 | SKL | Review Smartsheets set-up for project Catalyst and begin preparing list of updates to incorporate the latest Purdue transfer workplan. | 1.80 |
| 11/24/20 | NAS | Review notes/action items related to transfer workplan. | 0.40 |
| 11/24/20 | NAS | Review press related to Purdue guilty plea. | 0.60 |
| 11/24/20 | JD | Call with L. Donahue, J. DelConte, G. Koch, H. Bhattal (all | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners), M. Huebner, C. Robertson (both Davis Polk), J. O'Connell, T. Coleman, T. Melvin, J. Turner (all PJT) re: weekly check in and go-forward planning. | |
| 11/24/20 | HSB | Call with L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, C. Robertson (both Davis Polk), J. O'Connell, T. Coleman, T. Melvin, J. Turner (all PJT) re: weekly check in and go-forward planning. | 0.60 |
| 11/24/20 | HSB | Review excel summary of sales data prepared by A. DePalma (AlixPartners) | 0.30 |
| 11/25/20 | HSB | Review excel summary of sales data | 0.10 |
| 11/25/20 | JD | Review staffing planning for potential tax modeling work stream. | 0.30 |
| 11/25/20 | JD | Review ordinary course professional summary prior to filing. | 0.30 |
| 11/29/20 | NAS | Correspondence with G. Koch (AlixPartners) re: transfer workplan. | 0.10 |
| 11/30/20 | NAS | Review Smartsheet project management examples provided by B. Morey (AlixPartners). | 0.80 |
| 11/30/20 | NAS | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners), and B. Morey (AlixPartners) to review project management Smartsheet tools. | 0.30 |
| 11/30/20 | SKL | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners), and B. Morey (AlixPartners) to review project management Smartsheet tools. | 0.30 |
| 11/30/20 | GJK | Review of set up structure options for Transfer PMO. | 2.00 |
| 11/30/20 | GJK | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners), and B. Morey (AlixPartners) to review project management Smartsheet tools. | 0.30 |
| 11/30/20 | GJK | Correspondence with S Lemack (AlixPartners) re: setting up PMO files for Transfer process. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:          Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| 11/30/20 | JD | Correspondence with G. Koch (AlixPartners) and Davis Polk re: trust transfer work stream. | 0.30 |
| 11/30/20 | JD | Correspondence with PJT re: new dataroom exchange. | 0.30 |
| 12/01/20 | NAS | Prepare for transfer workplan call with Counsel (DPW) and Purdue. | 0.40 |
| 12/01/20 | NAS | Call with G. Koch, J. DelConte, N. Simon, S. Lemack (all AlixPartners), E. Diggs, C. Robertson, A. Lele (all DPW), R. Aleali, K. McCarthy and B. Miller (all Purdue) re: latest draft of transfer workplan. | 0.50 |
| 12/01/20 | NAS | Correspondence with E. Diggs (DPW) re: transfer workplan timing. | 0.20 |
| 12/01/20 | NAS | Build overview of timing for transfer workplan for internal Purdue purposes. | 2.10 |
| 12/01/20 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to review latest draft of transfer workplan and discuss next steps. | 0.70 |
| 12/01/20 | JD | Call with R. Aleali (Purdue) re: trust transfer process. | 0.50 |
| 12/01/20 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: trust transfer process. | 0.30 |
| 12/01/20 | JD | Update call with H. Bhattal, L. Donahue, J. DelConte, G. Koch (all AlixPartners), M. Huebner, J. McClammy, E. Vonnegut, B. Kamenetzky, T. Graulich, C. Robertson (all Davis Polk), J. O'Connell, T. Coleman, J. Turner (all PJT Partners). | 0.50 |
| 12/01/20 | JD | Prepare agenda for weekly planning call. | 0.30 |
| 12/01/20 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: trust transfer process. | 0.30 |
| 12/01/20 | GJK | Update call with H. Bhattal, L. Donahue, J. DelConte, G. Koch (all AlixPartners), M. Huebner, J. McClammy, E. Vonnegut, B. Kamenetzky, T. Graulich, C. Robertson (all | 0.50 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100   **F** 214.647.7501
Dallas, TX 75201   **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Davis Polk), J. O'Connell, T. Coleman, J. Turner (all PJT Partners). | |
| 12/01/20 | LJD | Update call with H. Bhattal, L. Donahue, J. DelConte, G. Koch (all AlixPartners), M. Huebner, J. McClammy, E. Vonnegut, B. Kamenetzky, T. Graulich, C. Robertson (all Davis Polk), J. O'Connell, T. Coleman, J. Turner (all PJT Partners). | 0.50 |
| 12/01/20 | GJK | Call with G. Koch, J. DelConte, N. Simon, S. Lemack (all AlixPartners), E. Diggs, C. Robertson, A. Lele (all DPW), R. Aleali, K. McCarthy and B. Miller (all Purdue) re: latest draft of transfer workplan. | 0.50 |
| 12/01/20 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to review latest draft of transfer workplan and discuss next steps. | 0.70 |
| 12/01/20 | GJK | Review next steps re: Purdue transfer process. | 1.50 |
| 12/01/20 | SKL | Call with G. Koch, J. DelConte, N. Simon, S. Lemack (all AlixPartners), E. Diggs, C. Robertson, A. Lele (all DPW), R. Aleali, K. McCarthy and B. Miller (all Purdue) re: latest draft of transfer workplan. | 0.50 |
| 12/01/20 | SKL | Call with G. Koch, S. Lemack N. Simon (all AlixPartners) to review latest draft of transfer workplan and discuss next steps. | 0.70 |
| 12/01/20 | SKL | Update the Purdue Transfer Workplan on the Smartsheet site and building out reports accordingly. | 1.90 |
| 12/01/20 | HSB | Update call with H. Bhattal, L. Donahue, J. DelConte, G. Koch (all AlixPartners), M. Huebner, J. McClammy, E. Vonnegut, B. Kamenetzky, T. Graulich, C. Robertson (all Davis Polk), J. O'Connell, T. Coleman, J. Turner (all PJT Partners). | 0.50 |
| 12/01/20 | JD | Call with G. Koch, J. DelConte, N. Simon, S. Lemack (all AlixPartners), E. Diggs, C. Robertson, A. Lele (all DPW), | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | R. Aleali, K. McCarthy and B. Miller (all Purdue) re: latest draft of transfer workplan. | |
| 12/02/20 | ADD | Review outstanding transition diligence requests from Davis Polk and send follow up requests. | 0.80 |
| 12/02/20 | HSB | Review email correspondence and related Purdue deck with historical financial info | 0.30 |
| 12/02/20 | SKL | Continue to update and refresh the latest Transfer Workplan on the Smartsheet site. | 2.10 |
| 12/02/20 | SKL | Review latest diligence request re: net sales, and prepare updated deck accordingly. | 0.80 |
| 12/02/20 | SKL | Circulate updated net sales by product requests to D. Fogel (Purdue) and E. Nowakowski (Purdue) and update the net sales by product deck accordingly based on their feedback. | 0.60 |
| 12/02/20 | SKL | Update formatting re: net sales by product deck, and circulated final version to PJT team accordingly. | 0.50 |
| 12/02/20 | SKL | Review Smartsheet setup. | 0.50 |
| 12/02/20 | SKL | Coordination call with G. Koch, S. Lemack N. Simon (all AlixPartners) re: transfer workplan timing overview and SmartSheet setup. | 0.50 |
| 12/02/20 | NAS | Review feedback from G. Koch, S. Lemack, N. Simon (all AlixPartners) re: transfer workplan timing overview. | 0.50 |
| 12/02/20 | NAS | Coordination call with G. Koch, S. Lemack, N. Simon (all AlixPartners) re: transfer workplan timing overview and SmartSheet setup. | 0.50 |
| 12/02/20 | NAS | Revise transfer workplan timing overview following debrief with G. Koch (AlixPartners) and S. Lemack (AlixPartners). | 1.30 |
| 12/02/20 | GJK | Coordination call with G. Koch, S. Lemack, N. Simon (all AlixPartners) re: transfer workplan timing overview and | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Chapter 11 Process/Case Management
Client/Matter #            012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | SmartSheet setup. | |
| 12/02/20 | GJK | Review and update Purdue transfer process. | 1.50 |
| 12/02/20 | JD | Review draft agenda for tomorrow's call. | 0.20 |
| 12/02/20 | JD | Correspondence with A. DePalma (AlixPartners) and PJT re: setting up data room. | 0.40 |
| 12/02/20 | NAS | Revise timing overview document for transfer workplan. | 1.60 |
| 12/03/20 | NAS | Incorporate revisions from Counsel (DPW) into Purdue transfer workplan. | 2.80 |
| 12/03/20 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to coordinate on Purdue transfer SmartSheet development. | 0.40 |
| 12/03/20 | NAS | Finalize workplan timing overview and send to J. DelConte (AlixPartners) for review. | 0.80 |
| 12/03/20 | JD | Review draft transfer workplan file from N. Simon (AlixPartners). | 0.50 |
| 12/03/20 | JD | Call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), E. Vonnegut, C. Robertson (both Davis Polk), L. Donahue, J. DelConte, G. Koch (all AlixPartners), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly planning process. | 0.40 |
| 12/03/20 | GJK | Call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), E. Vonnegut, C. Robertson (both Davis Polk), L. Donahue, J. DelConte, G. Koch (all AlixPartners), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly planning process. | 0.40 |
| 12/03/20 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to coordinate on Purdue transfer SmartSheet development. | 0.40 |
| 12/03/20 | GJK | Review status and follow up on Purdue transfer process. | 1.50 |
| 12/03/20 | LJD | Call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), E. Vonnegut, C. Robertson (both Davis Polk), L. Donahue, J. DelConte, G. Koch (all AlixPartners), J. O'Connell, J. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Turner, T. Melvin (all PJT) re: weekly planning process. | |
| 12/03/20 | LJD | Review memo from board members re: post reorg corporate governance | 0.60 |
| 12/03/20 | LJD | Update call with K. Buckfire (Board Member) | 0.40 |
| 12/03/20 | LJD | Review proposal from potential acquirer | 0.60 |
| 12/03/20 | SKL | Call with G. Koch, S. Lemack N. Simon (all AlixPartners) to coordinate on Purdue transfer SmartSheet development. | 0.40 |
| 12/03/20 | SKL | Finalize feedback/information request requested by AlixPartners IT team re: Smartsheet setup. | 0.30 |
| 12/03/20 | SKL | Finalize net sales by product deck based on additional feedback provided and circulate to the PJT team accordingly. | 0.50 |
| 12/03/20 | HSB | Review Long-Term Plan Model based on the August business plan | 0.40 |
| 12/04/20 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.50 |
| 12/04/20 | HSB | Call with J. Lowne, R. Aleali, M. Kessleman (all Purdue), G. Sim, J. Turner, J. O'Connell (all PJT Partners), M. Huebner, A. Lele, C. Robertson (all Davis Polk) re: third party | 0.80 |
| 12/04/20 | HSB | Prepared notes and agenda for update call with case related developments and next steps | 0.20 |
| 12/04/20 | HSB | Review letter & related communications from third party | 0.70 |
| 12/04/20 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.50 |
| 12/04/20 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | N. Simon (all AlixPartners) re: Weekly team update. |  |
| 12/04/20 | ADD | Prepare for weekly internal AlixPartners Purdue engagement team meeting. | 0.30 |
| 12/04/20 | KM | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.50 |
| 12/04/20 | SKL | Review latest Smartsheet setup. | 0.40 |
| 12/04/20 | SKL | Finalize open items re: Smartsheets. | 0.30 |
| 12/04/20 | SKL | Review latest Transfer Workplan timing updates provided by N. Simon (AlixPartners) and provide Smartsheet workplan update accordingly. | 0.80 |
| 12/04/20 | SKL | Prepare and finalize updates to the Purdue Transfer Workplan on Smartsheets based on the latest timing and owner assignments provided. | 1.50 |
| 12/04/20 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.50 |
| 12/04/20 | LJD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.50 |
| 12/04/20 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.50 |
| 12/04/20 | GJK | Review and coordinate on Purdue Transfer process PMO. | 1.50 |
| 12/04/20 | NAS | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.50 |
| 12/04/20 | NAS | Finalize draft of transfer workplan overview prior to sending to R. Aleali (Purdue). | 1.40 |
| 12/04/20 | NAS | Draft update related to transfer workplan overview for | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Counsel (DPW). | |
| 12/04/20 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.50 |
| 12/07/20 | JD | Call with M. Kesselman, R. Aleali (both Purdue), L. Donahue, J. DelConte (both AlixPartners), T. Coleman, J. O'Connell, J. Turner (all PJT), M. Huebner, E. Vonnegut, W. Taylor, W. Curran, C. Robertson (all Davis Polk) re: corporate governance. | 1.30 |
| 12/07/20 | LJD | Call with M. Kesselman, R. Aleali (both Purdue), L. Donahue, J. DelConte (both AlixPartners), T. Coleman, J. O'Connell, J. Turner (all PJT), M. Huebner, E. Vonnegut, W. Taylor, W. Curran, C. Robertson (all Davis Polk) re: corporate governance. | 1.30 |
| 12/07/20 | GJK | Review Transfer Process PMO tools. | 2.00 |
| 12/07/20 | GJK | Follow up on Mundipharma tax discussion. | 0.50 |
| 12/07/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: Mundipharma workstream update and next steps for transfer workplan. | 0.30 |
| 12/07/20 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: various case related matters | 0.30 |
| 12/07/20 | SKL | Meeting with A. DePalma, S. Lemack (all AlixPartners) to review and discuss latest updates to the Smarsheet webtool re: Purdue transition. | 0.50 |
| 12/07/20 | SKL | Update the latest net sales by product deck based on the latest feedback provided by Purdue and circulated to the DPW team to begin production. | 0.60 |
| 12/07/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: Mundipharma workstream update and next steps for transfer workplan. | 0.30 |
| 12/07/20 | NAS | Draft outline of Transfer Workplan kickoff presentation for | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | workstream/activity owners. | |
| 12/07/20 | ADD | Meeting with A. DePalma, S. Lemack (all AlixPartners) to review and discuss latest updates to the Smarsheet webtool re: Purdue transition. | 0.50 |
| 12/07/20 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: various case related matters | 0.30 |
| 12/07/20 | HSB | Review email correspondence and diligence list from creditors | 0.40 |
| 12/07/20 | HSB | Review excel diligence items worksheet prepared by A. DePalma (AlixPartners) | 0.10 |
| 12/08/20 | HSB | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), J. DelConte, L. Donahue, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.50 |
| 12/08/20 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: various diligence requests | 0.20 |
| 12/08/20 | ADD | Call with S. Lemack, A. DePalma, and K. McCafferty (all AlixPartners) re: Smarsheet Dashboard for Purdue Transition | 0.60 |
| 12/08/20 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) re: open items and questions related to the Smartsheet Dashboard for Purdue Transition. | 0.40 |
| 12/08/20 | KM | Call with S. Lemack, A. DePalma, and K. McCafferty (all AlixPartners) re: Smarsheet Dashboard for Purdue Transition | 0.60 |
| 12/08/20 | SKL | Continue to update the Smarsheet Dashboard with the latest workplan updates provided and prepared review doc for this afternoon's meeting with the Smartsheet team. | 2.10 |
| 12/08/20 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) re: open items and questions related to the Smartsheet | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Dashboard for Purdue Transition. | |
| 12/08/20 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: various diligence requests | 0.20 |
| 12/08/20 | SKL | Call with S. Lemack, A. DePalma, and K. McCafferty (all AlixPartners) re: Smartsheet Dashboard for Purdue Transition | 0.60 |
| 12/08/20 | LJD | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), J. DelConte, L. Donahue, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.50 |
| 12/08/20 | JD | Review draft post emergence governance and mission statement from Davis Polk. | 0.50 |
| 12/08/20 | JD | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), J. DelConte, L. Donahue, H. Bhattal (all AlixPartners) re: weekly update and planning call. | 0.50 |
| 12/09/20 | GJK | Review communications outline and previous communication and overview materials. | 1.50 |
| 12/09/20 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: various case related matters. | 0.30 |
| 12/09/20 | ADD | Work session with A. DePalma and H. Bhattal (both AlixPartners) to review latest updates to the Liquidation Analysis and continue preparing draft write-up. | 2.50 |
| 12/09/20 | HSB | Review latest email correspondence re: diligence items requested | 0.40 |
| 12/09/20 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: various case related matters. | 0.30 |
| 12/09/20 | HSB | Work session with A. DePalma and H. Bhattal (both AlixPartners) to review latest updates to the Liquidation Analysis and continue preparing draft write-up. | 2.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #   012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/10/20 | HSB | Review due diligence documents and provided comments to L. Nguyen (AlixPartners) | 0.80 |
| 12/10/20 | HSB | Review latest email correspondence re: diligence items requested | 0.40 |
| 12/10/20 | SKL | Call with S. Lemack, N. Simon (both AlixPartners) re: latest updates to transfer workplan in SmartSheet. | 0.30 |
| 12/10/20 | SKL | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) re: latest updates to transfer workplan in SmartSheet and draft outline of communication plan. | 0.80 |
| 12/10/20 | SKL | Review latest updates to the Smartsheet Dashboard provided by B. Morrey (AlixPartners) and begin updates the Dashboard reports accordingly. | 1.20 |
| 12/10/20 | SKL | Begin updating the latest workplan breakout on the Smartsheet Dashboard based on the latest format updates provided by B. Morrey (AlixPartners). | 1.40 |
| 12/10/20 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) re: latest updates to transfer workplan in SmartSheet and draft outline of communication plan. | 0.80 |
| 12/10/20 | GJK | Work on follow ups for transfer workplans. | 1.30 |
| 12/10/20 | NAS | Review latest draft of transfer workplan implemented in SmartSheet. | 0.70 |
| 12/10/20 | NAS | Call with S. Lemack, N. Simon (both AlixPartners) re: latest updates to transfer workplan in SmartSheet. | 0.30 |
| 12/10/20 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) re: latest updates to transfer workplan in SmartSheet and draft outline of communication plan. | 0.80 |
| 12/11/20 | JD | Work on data room for third party diligence. | 0.80 |
| 12/11/20 | JD | Call with J. Lowne, E. Ruiz, S. Daniel, R. Aleali (all Purdue) re: material contract analysis. | 0.30 |
| 12/11/20 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| | | Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call. | |
| 12/11/20 | GJK | Prepare for overview discussion with Purdue. | 0.80 |
| 12/11/20 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call. | 0.90 |
| 12/11/20 | SKL | Finalize updates to the Commercial Transfer workplan on the Smartsheet Dashboard. | 1.20 |
| 12/11/20 | SKL | Finalize updates to the IP Transfer workplan on the Smartsheet Dashboard. | 1.20 |
| 12/11/20 | SKL | Finalize updates to the IT Transfer workplan on the Smartsheet Dashboard. | 0.60 |
| 12/11/20 | SKL | Finalize updates to the Real Property Transfer workplan on the Smartsheet Dashboard. | 0.50 |
| 12/11/20 | SKL | Finalize updates to the Employee Matters Transfer workplan on the Smartsheet Dashboard. | 1.00 |
| 12/11/20 | SKL | Finalize updates to the Regulatory Matters Transfer workplan on the Smartsheet Dashboard. | 0.30 |
| 12/11/20 | SKL | Finalize updates to the Insurance Transfer workplan on the Smartsheet Dashboard. | 0.40 |
| 12/11/20 | SKL | Finalize updates to the Environmental Transfer workplan on the Smartsheet Dashboard. | 0.30 |
| 12/11/20 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call. | 0.90 |
| 12/11/20 | SKL | Prepare for and participate in meeting with E. Diggs (DPW) re: Transfer Workplan and Smartsheet integration. | 0.20 |
| 12/11/20 | NAS | Review presentation from Counsel (DPW) related to transfer process. | 0.70 |
| 12/11/20 | NAS | Draft transfer workplan kickoff deck for activity owners. | 2.20 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 12/11/20 | NAS | Prepare for weekly AlixPartners Purdue engagement team call. | 0.40 |
| 12/11/20 | NAS | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call. | 0.90 |
| 12/11/20 | HSB | Review due diligence documents | 0.90 |
| 12/11/20 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call. | 0.90 |
| 12/11/20 | HSB | Prepared notes and agenda for update call with case related developments and next steps | 0.10 |
| 12/11/20 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call. | 0.90 |
| 12/11/20 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call. | 0.90 |
| 12/11/20 | ADD | Prepare for internal AlixPartners update call for the Purdue engagement team. | 0.30 |
| 12/11/20 | KM | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: weekly team update call. | 0.90 |
| 12/14/20 | HSB | Review due diligence tracking worksheet and related list of outstanding requests for follow up with Purdue | 1.00 |
| 12/14/20 | HSB | Review sales reports | 0.20 |
| 12/14/20 | SKL | Prepare updated Weekly Sales by Product reports for the latest diligence request and circulated for review and sign-off. | 1.70 |
| 12/14/20 | SKL | Meeting with G. Koch, S. Lemack, N. Simon (all AlixPartners) to synch up on Purdue Transfer Workplan | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Chapter 11 Process/Case Management
Client/Matter #              012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | and tracking of progress to date. | |
| 12/14/20 | GJK | Meeting with G. Koch, S. Lemack, N. Simon (all AlixPartners) to synch up on Purdue Transfer Workplan and tracking of progress to date. | 0.30 |
| 12/14/20 | GJK | Call with J. DelConte, G. Koch (both AlixPartners), R. Aleali, J. Lowne, M. Kesselman (all Purdue) re: trust transfer process. | 0.40 |
| 12/14/20 | GJK | Work on planning re: transfer process. | 1.10 |
| 12/14/20 | JD | Review and provide comments on final proposed fee order. | 0.20 |
| 12/14/20 | JD | Call with J. DelConte, G. Koch (both AlixPartners), R. Aleali, J. Lowne, M. Kesselman (all Purdue) re: trust transfer process. | 0.40 |
| 12/14/20 | NAS | Meeting with G. Koch, S. Lemack, N. Simon (all AlixPartners) to synch up on Purdue Transfer Workplan and tracking of progress to date. | 0.30 |
| 12/14/20 | NAS | Set up secure file transfer system between AlixPartners and Purdue. | 0.40 |
| 12/15/20 | NAS | Set up secure file transfer system between AlixPartners and Purdue. | 0.30 |
| 12/15/20 | GJK | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: weekly update and planning call. | 0.50 |
| 12/15/20 | LJD | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: weekly update and planning call. | 0.50 |
| 12/15/20 | HSB | Review weekly sales reports prepared by L. Nguyen | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (AlixPartners) | |
| 12/15/20 | HSB | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: weekly update and planning call. | 0.50 |
| 12/15/20 | HSB | Review due diligence documents against the tracking sheet and related list of outstanding requests for follow up with Purdue | 1.20 |
| 12/15/20 | JD | Call with J. Lowne, R. Aleali (both Purdue), W. Ridgeway (Skadden), J. Turner (PJT) re: DOJ information request. | 0.30 |
| 12/15/20 | JD | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: weekly update and planning call. | 0.50 |
| 12/15/20 | JD | Prepare agenda for weekly professionals call. | 0.30 |
| 12/15/20 | JD | Review options for potential exit scenarios and correspondence with PJT and Davis Polk re: same. | 0.50 |
| 12/16/20 | HSB | Call with J. DelConte, H. Bhattal, G. Koch (all AlixPartners), J. Turner, T. Melvin (PJT) re: state exit options. | 0.70 |
| 12/16/20 | HSB | Call with M. Kesselman, R. Aleali (both Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: state exit options. | 1.20 |
| 12/16/20 | LJD | Call with M. Kesselman, R. Aleali (both Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: state | 1.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | exit options.          |       |
| 12/16/20 | GJK | Call with M. Kesselman, R. Aleali (both Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: state exit options. | 1.20 |
| 12/16/20 | GJK | Call with J. DelConte, H. Bhattal, G. Koch (all AlixPartners), J. Turner, T. Melvin (PJT) re: state exit options. | 0.70 |
| 12/16/20 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to debrief following transfer workplan meetings and review draft activity owner roll-out presentation. | 1.00 |
| 12/16/20 | SKL | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to debrief following transfer workplan meetings and review draft activity owner roll-out presentation. | 1.00 |
| 12/16/20 | NAS | Finalize first draft of activity owner roll-out deck for transfer workplan. | 2.90 |
| 12/16/20 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to debrief following transfer workplan meetings and review draft activity owner roll-out presentation. | 1.00 |
| 12/16/20 | NAS | Review updates from Counsel (DPW) re: transfer workplan process. | 0.30 |
| 12/16/20 | NAS | Revise transfer workplan activity owner roll-out deck following review with S. Lemack (AlixPartners) and G. Koch (AlixPartners). | 1.20 |
| 12/16/20 | JD | Call with M. Kesselman, R. Aleali (both Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: state exit options. | 1.20 |
| 12/16/20 | JD | Call with T. Melvin (PJT) re: AHC advisor follow up call. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Chapter 11 Process/Case Management
Client/Matter #          012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/16/20 | JD | Call with J. DelConte, H. Bhattal, G. Koch (all AlixPartners), J. Turner, T. Melvin (PJT) re: state exit options. | 0.70 |
| 12/16/20 | JD | Review DOJ information request and documents pulled to be responsive. | 0.40 |
| 12/16/20 | JD | Correspondence with Purdue management re: diligence request open items. | 0.60 |
| 12/16/20 | JD | Review latest diligence files in response to open third party diligence requests. | 1.90 |
| 12/16/20 | JD | Prepare anonymized employee roster file to provide to provide per third party diligence request. | 2.30 |
| 12/16/20 | JD | Review updated trust transfer workplan from N. Simon (AlixPartners). | 0.40 |
| 12/17/20 | NAS | Set up secure file transfer system between AlixPartners and Purdue. | 0.30 |
| 12/17/20 | NAS | Attend virtual Purdue Congressional Oversight Committee hearing (partial). | 3.30 |
| 12/17/20 | JD | Review government contracts to provide to R. Silbert (Purdue) re: congressional request. | 0.50 |
| 12/17/20 | JD | Review materials collected to be provided per DOJ request. | 0.40 |
| 12/17/20 | JD | Review and provide comments on post-emergence exit scenario presentation from Davis Polk. | 0.70 |
| 12/17/20 | SKL | Meeting with E. Ruiz, H. Benson and S. Daniel (all Purdue) re: latest real property lease inquiry and cure cost analysis. | 0.60 |
| 12/17/20 | SKL | Review latest feedback provided by H. Benson (Purdue) and S. Daniel (Purdue) and circulate updated vendor breakdown accordingly. | 0.50 |
| 12/17/20 | TAF | Create accounts for 2 AP users for new engagement. | 0.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Create Accounts in Active Directory, DUO Mobile, create DFS structure, and setup Global scape access. | |
| 12/17/20 | GJK | Plan communications needs for transfer process. | 1.00 |
| 12/17/20 | HSB | Review due diligence list prepared by L. Nguyen (AlixPartners) | 0.40 |
| 12/18/20 | HSB | Review due diligence documents and related list of outstanding requests for follow up with Purdue | 0.40 |
| 12/18/20 | HSB | Review due diligence tracking worksheet and related list of outstanding requests for follow up with Purdue | 0.30 |
| 12/18/20 | HSB | Call with J. DelConte, H. Bhattal, G. Koch, L. Nguyen (all AlixPartners), J. Turner, T. Melvin (both PJT) re: updated diligence list. | 0.50 |
| 12/18/20 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.60 |
| 12/18/20 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.60 |
| 12/18/20 | KM | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.60 |
| 12/18/20 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.60 |
| 12/18/20 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.60 |
| 12/18/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: next steps for transfer workplan process. | 0.30 |
| 12/18/20 | LJD | Call with H. Bhattal, J. DelConte, A. DePalma, L. | 0.60 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Chapter 11 Process/Case Management
Client/Matter #          012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | |
| 12/18/20 | GJK | Plan for transfer process updates. | 0.50 |
| 12/18/20 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.60 |
| 12/18/20 | JD | Call with J. Turner, J. O'Connell, T. Melvin (all PJT), M. Huebner, E. Vonnegut, L. Altus, W. Curran, A. Lele (all Davis Polk), M. Kesselman, R. Aleali (both Purdue), S. Birnbaum (Dechert) re: PBC exit options. | 1.00 |
| 12/18/20 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.60 |
| 12/18/20 | JD | Correspondence with PJT re: decision tree for PBC exit options. | 0.30 |
| 12/18/20 | JD | Review updated presentation from Davis Polk re: PBC exit options. | 0.50 |
| 12/18/20 | NAS | Set up secure file transfer system between AlixPartners and Purdue and introduce to J. Beck-Sechow (Purdue). | 0.70 |
| 12/18/20 | NAS | Provide overview for and share transfer workplan activity owner kickoff deck with L. Diggs (DPW). | 0.30 |
| 12/18/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: next steps for transfer workplan process. | 0.30 |
| 12/18/20 | NAS | Prepare for weekly AlixPartners Purdue engagement team update call. | 0.30 |
| 12/18/20 | NAS | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, K. McCafferty, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.60 |
| 12/18/20 | NAS | Revise transfer workplan activity owner kickoff presentation following call with G. Koch (AlixPartners). | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Chapter 11 Process/Case Management
Client/Matter #   012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/19/20 | HSB | Review updated Avrio due diligence requests and updated tracking worksheet to reflect updates and related comments | 0.90 |
| 12/20/20 | JD | Review and provide comments on the latest PBC exit scenario presentation. | 1.00 |
| 12/21/20 | HSB | Review diligence items tracking worksheet and related requests prior to call with J. Lowne (Purdue) and AlixPartners team | 0.30 |
| 12/21/20 | JD | Correspondence with Purdue management re: go-forward planning and update call. | 0.30 |
| 12/21/20 | JD | Call with E. Vonnegut, M. Huebner, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT), S. Birnbaum (Dechert), M. Kesselman, R. Aleali (both Purdue) re: exit options. | 1.10 |
| 12/22/20 | NAS | Prepare for transfer workplan update call with Purdue Legal and DPW. | 0.30 |
| 12/22/20 | NAS | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners), E. Diggs, C. Robertson, A. Lele (all DPW), R. Aleali, K. McCarthy and B. Miller (all Purdue) to provide update on Purdue transfer workstream. | 0.30 |
| 12/22/20 | NAS | Call with G. Koch, N. Simon, and S. Lemack (all AlixPartners) to debrief following transfer workplan update call with DPW and Purdue Legal team. | 0.30 |
| 12/22/20 | NAS | Revise transfer workplan kickoff presentation following call with DPW and Purdue Legal team. | 0.50 |
| 12/22/20 | NAS | Review preliminary post-emergence structure presentation prepared by PJT. | 0.40 |
| 12/22/20 | JD | Call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), J. Lowne, M. Kesselman, R. Aleali (all Purdue), T. Coleman, J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), M. Huebner, E. Vonnegut, | 0.70 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | C. Robertson (all Davis Polk) re: go-forward planning and update call. | |
| 12/22/20 | JD | Prepare agenda for update call with the advisors and management. | 0.30 |
| 12/22/20 | LJD | Call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), J. Lowne, M. Kesselman, R. Aleali (all Purdue), T. Coleman, J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk) re: go-forward planning and update call. | 0.70 |
| 12/22/20 | GJK | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners), E. Diggs, C. Robertson, A. Lele (all DPW), R. Aleali, K. McCarthy and B. Miller (all Purdue) to provide update on Purdue transfer workstream. | 0.30 |
| 12/22/20 | GJK | Call with G. Koch, N. Simon, and S. Lemack (all AlixPartners) to debrief following transfer workplan update call with DPW and Purdue Legal team. | 0.30 |
| 12/22/20 | GJK | Call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), J. Lowne, M. Kesselman, R. Aleali (all Purdue), T. Coleman, J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk) re: go-forward planning and update call. | 0.70 |
| 12/22/20 | SKL | Call with G. Koch, N. Simon, and S. Lemack (all AlixPartners) to debrief following transfer workplan update call with DPW and Purdue Legal team. | 0.30 |
| 12/22/20 | SKL | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners), E. Diggs, C. Robertson, A. Lele (all DPW), R. Aleali, K. McCarthy and B. Miller (all Purdue) to provide update on Purdue transfer workstream. | 0.30 |
| 12/22/20 | HSB | Call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), J. Lowne, M. Kesselman, R. Aleali (all | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
|  |  | Purdue), T. Coleman, J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk) re: go-forward planning and update call. | |
| 12/22/20 | HSB | Review diligence items tracking worksheet (for third party related requests) prepared by L. Nguyen (AlixPartners) and made appropriate revisions | 1.70 |
| 12/22/20 | HSB | Review diligence items tracking worksheet (for Avrio related requests) prepared by L. Nguyen (AlixPartners) and made appropriate revisions | 2.30 |
| 12/23/20 | HSB | Review revised draft of exit options presentation prepared by Davis Polk | 0.50 |
| 12/23/20 | HSB | Review diligence items tracking worksheet (for Avrio related requests) prepared by L. Nguyen (AlixPartners) and made appropriate revisions | 0.60 |
| 12/23/20 | HSB | Review updated diligence items requests and related tracking worksheet (for third party related requests) for follow up with Purdue management | 1.10 |
| 12/23/20 | HSB | Review J. Lowne (Purdue) comments re: updated diligence requests and accordingly updated tracking worksheet | 0.80 |
| 12/23/20 | HSB | Review diligence related correspondence and related files received from J. Lowne and others (all Purdue) | 0.90 |
| 12/23/20 | HSB | Call with J. DelConte, L. Donahue, H. Bhattal (all AlixPartners) re: case status, potential emergence options and next steps. | 0.80 |
| 12/23/20 | HSB | Review tracking worksheet prepared by L. Nguyen (AlixPartners) for diligence related items based on comments from J. Lowne and provided comments | 0.40 |
| 12/23/20 | HSB | Review draft of plan term sheet governance section provided by Davis Polk | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/23/20 | GJK | Review and comment on roll out deck updates. | 1.00 |
| 12/23/20 | GJK | Review exit options deck. | 1.00 |
| 12/23/20 | LJD | Call with J. DelConte, L. Donahue, H. Bhattal (all AlixPartners) re: case status, potential emergence options and next steps. | 0.80 |
| 12/23/20 | NAS | Revise transfer workplan kickoff presentation following comments from DPW. | 0.80 |
| 12/23/20 | NAS | Review updates re: intellectual property workstream of transfer workplan. | 0.20 |
| 12/23/20 | JD | Call with J. Turner (PJT) re: post-call next steps. | 0.20 |
| 12/23/20 | JD | Call with C. Robertson (Davis Polk) and J. Turner (PJT) re: follow-up items from the earlier call. | 0.30 |
| 12/23/20 | JD | Call with M. Kesselman, R. Aleali (both Purdue), J. O'Connell, T. Melvin, J. Turner (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), S. Birnbaum (Dechert) re: de-brief call after meeting with the states. | 0.80 |
| 12/23/20 | JD | Call with J. DelConte, L. Donahue, H. Bhattal (all AlixPartners) re: case status, potential emergence options and next steps. | 0.80 |
| 12/23/20 | JD | Review data room access levels and download activity. Correspondence with A. DePalma (AlixPartners) re: same. | 0.40 |
| 12/24/20 | JD | Review and comment on trust transfer process workstream presentation from N. Simon (AlixPartners). | 0.40 |
| 12/24/20 | NAS | Distribute draft of transfer workplan activity owner kickoff presentation to DPW and Purdue Legal teams for review. | 0.20 |
| 12/24/20 | NAS | Update transfer workplan hosted in SmartSheet. | 0.60 |
| 12/24/20 | HSB | Review tracking worksheet prepared by L. Nguyen (AlixPartners) for diligence related items based on most recent files received | 0.60 |
| 12/24/20 | HSB | Review correspondence from Purdue re: diligence request | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Chapter 11 Process/Case Management
Client/Matter #              012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | responses | |
| 12/27/20 | HSB | Review list of diligence requests and documented status and list of items provided | 1.30 |
| 12/28/20 | HSB | Review tracking worksheet prior to call with third party regarding diligence items | 0.30 |
| 12/28/20 | HSB | Review worksheet received from third party regarding diligence requests | 0.20 |
| 12/28/20 | JD | Review PEO materials that the Ad Hoc Committee advisors want to share with their clients. | 0.40 |
| 12/28/20 | JD | Review documents uploaded to the data room and determine appropriate access for new parties. | 1.00 |
| 12/28/20 | JD | Correspondence with Davis Polk and Purdue re: draft CDAs. | 0.30 |
| 12/28/20 | NAS | Coordination with L. Diggs (DPW) and R. Aleali (Purdue) re: transfer workplan activity owner assignments. | 0.40 |
| 12/29/20 | NAS | Correspondence with R. Aleali (Purdue) and E. Diggs (DPW) re: transfer workplan activity owner assignments. | 0.20 |
| 12/29/20 | JD | Call with J. DelConte, G. Koch, L. Donahue, H. Bhattal (all AlixPartners), T. Coleman, J. Turner, T. Melvin (all PJT), M. Huebner (Davis Polk) re: weekly professionals' call. | 0.70 |
| 12/29/20 | JD | Call with H. Bhattal and J. DelConte (both AlixPartners) re: board materials. | 0.30 |
| 12/29/20 | JD | Prepare agenda for weekly call. | 0.20 |
| 12/29/20 | SKL | Review latest diligence response updates and prepare updated plan scenario slides accordingly for review. | 1.20 |
| 12/29/20 | SKL | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to discuss various case related matters and open items. | 0.30 |
| 12/29/20 | HSB | Call with J. DelConte, G. Koch, L. Donahue, H. Bhattal (all AlixPartners), T. Coleman, J. Turner, T. Melvin (all PJT), M. Huebner (Davis Polk) re: weekly professionals' call. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/29/20 | HSB | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to discuss various case related matters and open items. | 0.30 |
| 12/29/20 | HSB | Call with H. Bhattal and J. DelConte (both AlixPartners) re: board materials. | 0.30 |
| 12/29/20 | HSB | Review third party correspondence regarding due diligence requests and related follow up | 0.40 |
| 12/30/20 | HSB | Review diligence related comments from Purdue | 0.30 |
| 12/30/20 | HSB | Review diligence tracker from J. Lowne (Purdue) with list of open items | 0.30 |
| 12/30/20 | HSB | Review November 2020 OCP report prepared by L. Nguyen (AlixPartners) | 0.20 |
| 12/31/20 | LJD | Call with J. Turner, J. O'Connell, T. Melvin, T. Coleman (all PJT), J. DelConte, L. Donahue (both AlixPartners), M. Huebner, D. Consla (both Davis Polk), J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: weekly catch up call. | 0.30 |
| 12/31/20 | JD | Call with J. Turner, J. O'Connell, T. Melvin, T. Coleman (all PJT), J. DelConte, L. Donahue (both AlixPartners), M. Huebner, D. Consla (both Davis Polk), J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: weekly catch up call. | 0.30 |
| 12/31/20 | JD | Call with J. Turner (PJT) re: open diligence questions prior holiday. | 0.20 |
| 01/04/21 | NAS | Correspondence with E. Diggs (DPW) and S. Lemack (AlixPartners) re: Regulatory Matters workstream of transfer workplan. | 0.50 |
| 01/04/21 | GJK | Coordinate and plan for Transfer Process work stream, including review of draft workplans to prepare for client intake meetings | 2.00 |
| 01/04/21 | SKL | Call with L. Diggs (DPW) re: open items and updates re: Purdue transfer workplan and Smartsheet. | 0.30 |
| 01/04/21 | SKL | Review the transfer workplans on Smartsheet and update | 2.70 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Chapter 11 Process/Case Management
Client/Matter #         012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | based on the latest feedback provided by L. Diggs (DPW). | |
| 01/04/21 | SKL | Review Smartsheet Flash Report set-ups and made updates accordingly to ensure consistency throughout each workplan. | 0.50 |
| 01/04/21 | HSB | Review diligence related comments from E. Diggs (DPW) | 0.20 |
| 01/04/21 | HSB | Review Avrio diligence related info | 0.50 |
| 01/04/21 | HSB | Review diligence info from J. Lowne (Purdue) | 0.40 |
| 01/04/21 | HSB | Review diligence related comments from DPW and R. Aleali (Purdue) | 0.20 |
| 01/04/21 | HSB | Review diligence related correspondence from T. Au and S. Baldridge (both Purdue) | 0.30 |
| 01/04/21 | HSB | Review diligence tracking worksheet for outstanding items | 0.20 |
| 01/04/21 | HSB | Review diligence related correspondence from R. Aleali (Purdue) with related comments | 0.40 |
| 01/04/21 | HSB | Review diligence requests from third party and related files | 0.50 |
| 01/05/21 | HSB | Review diligence related info from Purdue and third party teams | 1.60 |
| 01/05/21 | JD | Working session with J. DelConte, H. Bhattal, G. Koch (all AlixPartners) J. O'Connell, T. Coleman, J. Turner (all PJT) re: plan scenarios | 1.20 |
| 01/05/21 | HSB | Working session with J. DelConte, H. Bhattal, G. Koch (all AlixPartners) J. O'Connell, T. Coleman, J. Turner (all PJT) re: plan scenarios | 1.20 |
| 01/05/21 | HSB | Review Excel worksheet with OxyContin forecast scenarios | 0.30 |
| 01/05/21 | SKL | Review Smartsheet Dashboard reports to update report format and ensure all workplans are pulled into the report correctly. | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Chapter 11 Process/Case Management
Client/Matter #   012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/05/21 | SKL | Review latest OCP notice provided by C. MacDonald (Purdue) and update the OCP report accordingly to include the new OCP and track financials. | 1.10 |
| 01/05/21 | SKL | Update notes and action items from this morning's transfer workplan call and circulate to the working group accordingly. | 0.40 |
| 01/05/21 | SKL | Prepare updates to Smartsheet following today's transfer workplan meeting and circulate updated invites to the workplan accordingly. | 1.10 |
| 01/05/21 | SKL | Review latest inquiry re: Avrio lease assumption and provide update accordingly. | 0.50 |
| 01/05/21 | SKL | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners), E. Diggs (DPW), A. Lele (DPW), C. Robertson (DPW), E. Turay (DPW), R. Aleali (Purdue), B. Miller (Purdue), and K. McCarthy (Purdue) to provide update on transfer workplan. | 0.60 |
| 01/05/21 | SKL | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners) to debrief following transfer workplan update call with DPW and Purdue Legal. | 0.30 |
| 01/05/21 | GJK | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners), E. Diggs (DPW), A. Lele (DPW), C. Robertson (DPW), E. Turay (DPW), R. Aleali (Purdue), B. Miller (Purdue), and K. McCarthy (Purdue) to provide update on transfer workplan. | 0.60 |
| 01/05/21 | GJK | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners) to debrief following transfer workplan update call with DPW and Purdue Legal. | 0.30 |
| 01/05/21 | GJK | Coordinate and plan for Transfer Process. | 0.80 |
| 01/05/21 | GJK | Working session with J. DelConte, H. Bhattal, G. Koch (all AlixPartners) J. O'Connell, T. Coleman, J. Turner (all PJT) re: plan scenarios | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/05/21 | NAS | Prepare for transfer workplan update call with Purdue Legal and DPW. | 0.30 |
| 01/05/21 | NAS | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners), E. Diggs (DPW), A. Lele (DPW), C. Robertson (DPW), E. Turay (DPW), R. Aleali (Purdue), B. Miller (Purdue), and K. McCarthy (Purdue) to provide update on transfer workplan. | 0.60 |
| 01/05/21 | NAS | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners) to debrief following transfer workplan update call with DPW and Purdue Legal. | 0.30 |
| 01/05/21 | NAS | Review and comment on notes from transfer workplan call with DPW and Purdue Legal. | 0.50 |
| 01/06/21 | NAS | Coordinate IP emergence transfer workstream across Purdue Legal, DPW M&A, and DPW IP. | 0.70 |
| 01/06/21 | NAS | Review new filings on Purdue docket. | 0.40 |
| 01/06/21 | NAS | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners) to prepare for 1/7 meeting with Purdue IP team re: emergence transfer process. | 0.90 |
| 01/06/21 | JD | Create agenda for call tomorrow morning with management and all professionals | 0.30 |
| 01/06/21 | GJK | Plan out cadence for IP Workplan for Transfer Process. | 1.00 |
| 01/06/21 | GJK | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners) to prepare for 1/7 meeting with Purdue IP team re: emergence transfer process. | 0.90 |
| 01/06/21 | SKL | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners) to prepare for 1/7 meeting with Purdue IP team re: emergence transfer process. | 0.90 |
| 01/06/21 | SKL | Update the meeting agenda, open items, questions, and finalize the transfer workplan deck to review and discuss in tomorrow's transfer workplan kickoff call. | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/06/21 | GJK | Review overall workplan streams for IP. | 0.50 |
| 01/06/21 | HSB | Review diligence related info from Purdue in response to requests from third party | 0.40 |
| 01/07/21 | HSB | Call with C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue), J. O'Connell, T. Coleman, J. Turner, T. Melvin, R. Schnitzler (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. DelConte, L. Donahue, H. Bhattal (all AlixPartners) re: go-forward planning and status update. | 1.70 |
| 01/07/21 | HSB | Review diligence related info from Purdue | 1.30 |
| 01/07/21 | SKL | Finalize updates to the Smartsheet IP workplan to share and discuss during this afternoon's kickoff call. | 2.00 |
| 01/07/21 | SKL | Update list of notes and action items following this afternoon's kickoff call and provide access to the Smartsheet IP workplan to all participants. | 0.80 |
| 01/07/21 | SKL | Review and reconcile latest Financial Update deck provided by the company and circulate updates and notes accordingly re: November Flash Report. | 1.70 |
| 01/07/21 | GJK | Debrief with G. Koch, N. Simon, and S. Lemack (all AlixPartners) following IP workstream call with DPW and Purdue. | 0.20 |
| 01/07/21 | GJK | Prepare for IP team call as part of transfer process kickoff IP work stream. | 1.00 |
| 01/07/21 | LJD | Call with C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue), J. O'Connell, T. Coleman, J. Turner, T. Melvin, R. Schnitzler (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. DelConte, L. Donahue, H. Bhattal (all AlixPartners) re: go-forward planning and status update. | 1.70 |
| 01/07/21 | SKL | Debrief with G. Koch, N. Simon, and S. Lemack (all AlixPartners) following IP workstream call with DPW and | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | Purdue. | |
| 01/07/21 | NAS | Debrief with G. Koch, N. Simon, and S. Lemack (all AlixPartners) following IP workstream call with DPW and Purdue. | 0.20 |
| 01/07/21 | NAS | Draft action items and notes to distribute to attendees following IP emergence transfer process call. | 0.30 |
| 01/07/21 | JD | Call with C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue), J. O'Connell, T. Coleman, J. Turner, T. Melvin, R. Schnitzler (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. DelConte, L. Donahue, H. Bhattal (all AlixPartners) re: go-forward planning and status update. | 1.70 |
| 01/08/21 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.50 |
| 01/08/21 | JD | Review latest emergence process options presentation. | 0.50 |
| 01/08/21 | NAS | Respond to IP questions to transfer workplan asked by R. Inz (Purdue). | 0.30 |
| 01/08/21 | NAS | Distribute action items and notes with G. Koch (AlixPartners) and S. Lemack (AlixPartners) following IP meeting on 1/7. | 0.20 |
| 01/08/21 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: transfer workplan and Mundipharma workstream priorities. | 0.40 |
| 01/08/21 | NAS | Prepare for transfer workplan kickoff meeting related to Employee Matters workstream. | 0.40 |
| 01/08/21 | NAS | Prepare for weekly AlixPartners Purdue engagement team update call. | 0.40 |
| 01/08/21 | NAS | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Chapter 11 Process/Case Management
Client/Matter #         012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/08/21 | LJD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.50 |
| 01/08/21 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.50 |
| 01/08/21 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: transfer workplan and Mundipharma workstream priorities. | 0.40 |
| 01/08/21 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.50 |
| 01/08/21 | HSB | Review diligence related info from Purdue | 1.20 |
| 01/08/21 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.50 |
| 01/08/21 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.50 |
| 01/08/21 | HSB | Prepare agenda and notes for team update on various case related matters | 0.20 |
| 01/08/21 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update. | 0.50 |
| 01/11/21 | HSB | Update and planning call with J. DelConte, L. Donahue, H. Bhattal (all AlixPartners) | 0.50 |
| 01/11/21 | HSB | Call with J. DelConte, L. Donahue, H. Bhattal (all AlixPartners), R. Aleali, M. Kesselman (both Purdue), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson, D. Klein (all DPW) re: plan alternatives deck for the board. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #   012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/11/21 | HSB | Update due diligence related Excel summary | 0.20 |
| 01/11/21 | SKL | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners) to coordinate on next steps for emergence transfer process. | 0.30 |
| 01/11/21 | SKL | Call with N. Simon, S. Lemack (both AlixPartners), S. Brecher and J. Kasprisin (both DPW) to review Employee Matters workplan in advance of 1/13 call with Purdue HR. | 0.30 |
| 01/11/21 | SKL | Meeting with C. MacDonald (Purdue) re: latest inquiry re: prepetition OCP invoices. | 0.30 |
| 01/11/21 | GJK | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners) to coordinate on next steps for emergence transfer process. | 0.30 |
| 01/11/21 | GJK | Review existing Transfer Process workplans developed based on DPW diligence lists and identify potential changes to framework for intake meetings and need for revising workplan approach. | 2.00 |
| 01/11/21 | LJD | Update and planning call with J. DelConte, L. Donahue, H. Bhattal (all AlixPartners) | 0.50 |
| 01/11/21 | NAS | Review existing employee matters workstream within emergence transfer workplan and prepare for call with DPW Employee team. | 1.20 |
| 01/11/21 | NAS | Call with N. Simon, S. Lemack (both AlixPartners), S. Brecher and J. Kasprisin (both DPW) to review Employee Matters workplan in advance of 1/13 call with Purdue HR. | 0.30 |
| 01/11/21 | NAS | Call with G. Koch, N. Simon, S. Lemack (all AlixPartners) to coordinate on next steps for emergence transfer process. | 0.30 |
| 01/11/21 | JD | Update and planning call with J. DelConte, L. Donahue, H. Bhattal (all AlixPartners) | 0.50 |
| 01/11/21 | JD | Review time details for Project Plex workstream. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/12/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) re: latest updates and open items re: IP and employee matters discussions. | 0.60 |
| 01/12/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) re: latest updates and open items re: IP and employee matters discussions. | 0.60 |
| 01/12/21 | SKL | Meeting with H. Bhattal, S. Lemack (both AlixPartners) re: requested info and related open items | 0.50 |
| 01/12/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: latest diligence request and outline the leave behind analysis accordingly. | 0.40 |
| 01/12/21 | SKL | Review latest diligence response and begin preparing potential leave behind costs and analysis accordingly. | 2.10 |
| 01/12/21 | SKL | Begin review of IAC contracts to help identify potential leave behind costs re: latest diligence request. | 1.50 |
| 01/12/21 | SKL | Review latest PJT exit scenario deck and reconcile leave behind costs to wind down costs re: latest diligence request. | 1.60 |
| 01/12/21 | HSB | Review correspondence from due diligence counterparty | 0.50 |
| 01/12/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: latest diligence request and outline the leave behind analysis accordingly. | 0.40 |
| 01/12/21 | HSB | Meeting with H. Bhattal, S. Lemack (both AlixPartners) re: requested info and related open items | 0.50 |
| 01/13/21 | HSB | Review diligence responses (Project Green) prepared by L. Nguyen (AlixPartners) | 0.30 |
| 01/13/21 | HSB | Review email correspondence and related documents from Purdue re: Project Green | 0.90 |
| 01/13/21 | SKL | Continue review of potential leave behind costs and reconcile against wind-down costs identified in PJT's latest | 1.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                         Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | exit scenario deck. |  |
| 01/13/21 | SKL | Finalize updates to the leave behind cost analysis re: latest diligence request, and circulate updated analysis accordingly for review and feedback. | 1.80 |
| 01/13/21 | SKL | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to prepare for emergence transfer meetings related to Employee Matters and Commercial Agreements. | 0.30 |
| 01/13/21 | SKL | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), K. Laurel, C. DeStefano, L. Kusinski, R. Aleali (all Purdue), E. Diggs, C. Robertson, A. Lele, S. Brecher, E. Turay (all DPW) re: emergence transfer employee matters workstream. | 1.00 |
| 01/13/21 | SKL | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), R. Aleali, B. Miller, K. McCarthy (all Purdue), E. Diggs, C. Robertson, A. Lele, S. Brecher, and E. Turay (all DPW) re: emergence transfer commercial agreements workstream. | 0.70 |
| 01/13/21 | SKL | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to debrief following emergence transfer employee matters and commercial agreements discussions. | 0.40 |
| 01/13/21 | GJK | Edit follow up notes to Emergence Transfer calls. | 0.50 |
| 01/13/21 | GJK | Review upcoming change of control calls with client subgroups and associated workplans; consider which may require significant additional updates to base workplans. | 1.50 |
| 01/13/21 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to prepare for emergence transfer meetings related to Employee Matters and Commercial Agreements. | 0.30 |
| 01/13/21 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), K. Laurel, C. DeStefano, L. Kusinski, R. Aleali (all Purdue), E. Diggs, C. Robertson, A. Lele, S. Brecher, E. Turay (all DPW) re: emergence transfer employee matters workstream. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/13/21 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), R. Aleali, B. Miller, K. McCarthy (all Purdue), E. Diggs, C. Robertson, A. Lele, S. Brecher, and E. Turay (all DPW) re: emergence transfer commercial agreements workstream. | 0.70 |
| 01/13/21 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to debrief following emergence transfer employee matters and commercial agreements discussions. | 0.40 |
| 01/13/21 | NAS | Draft agenda for 1/13 emergence transfer process meetings. | 0.40 |
| 01/13/21 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to prepare for emergence transfer meetings related to Employee Matters and Commercial Agreements. | 0.30 |
| 01/13/21 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), K. Laurel, C. DeStefano, L. Kusinski, R. Aleali (all Purdue), E. Diggs, C. Robertson, A. Lele, S. Brecher, E. Turay (all DPW) re: emergence transfer employee matters workstream. | 1.00 |
| 01/13/21 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), R. Aleali, B. Miller, K. McCarthy (all Purdue), E. Diggs, C. Robertson, A. Lele, S. Brecher, and E. Turay (all DPW) re: emergence transfer commercial agreements workstream. | 0.70 |
| 01/13/21 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to debrief following emergence transfer employee matters and commercial agreements discussions. | 0.40 |
| 01/13/21 | NAS | Draft notes and follow-up items re: emergence transfer employee matters workstream for call attendees. | 0.70 |
| 01/13/21 | NAS | Prepare for emergence transfer process meetings related to Employee Matters and Commercial Agreements. | 0.50 |
| 01/14/21 | NAS | Draft notes and follow-up items from emergence transfer process meetings on 1/13. | 0.80 |
| 01/14/21 | GJK | Call with J. DelConte, H. Bhattal, G. Koch, L. Donahue (all | 1.30 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201              **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Chapter 11 Process/Case Management
Client/Matter #         012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: weekly update and go forward planning call. | |
| 01/14/21 | GJK | Plan for next steps in employee matters process based on subgroup call. | 1.00 |
| 01/14/21 | LJD | Call with J. DelConte, H. Bhattal, G. Koch, L. Donahue (all AlixPartners), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: weekly update and go forward planning call. | 1.30 |
| 01/14/21 | GJK | Review and comment on actions items from Employee Matters call. | 0.50 |
| 01/14/21 | SKL | Finalize updates to the liquidation analysis re: latest insurance proceed feedback provided by Dechert. | 1.60 |
| 01/14/21 | GJK | Review intersections of commercial agreements across functions. | 1.00 |
| 01/14/21 | JD | Call with J. DelConte, H. Bhattal, G. Koch, L. Donahue (all AlixPartners), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: weekly update and go forward planning call. | 1.30 |
| 01/14/21 | HSB | Review Adhansia R&D plan and related correspondence for Project Green | 0.40 |
| 01/14/21 | HSB | Call with J. DelConte, H. Bhattal, G. Koch, L. Donahue (all AlixPartners), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: weekly update and go forward planning call. | 1.30 |
| 01/14/21 | HSB | Update due diligence related Excel summary for Project Plex | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Chapter 11 Process/Case Management |
|-----|-----------------------------------|
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/14/21 | HSB | Review draft of Purdue board presentation | 0.40 |
| 01/14/21 | HSB | Review draft of Purdue board presentation | 0.40 |
| 01/14/21 | HSB | Review draft of letter to due diligence counterparty (Project Plex) | 0.30 |
| 01/14/21 | HSB | Review due diligence related correspondence in connection with Project Plex | 0.90 |
| 01/15/21 | HSB | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update call | 0.80 |
| 01/15/21 | LTN | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update call | 0.80 |
| 01/15/21 | JD | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update call | 0.80 |
| 01/15/21 | NAS | Review feedback from B. Koch (Purdue) and R. Inz (Purdue) re: IP workstream of transfer workplan. | 0.60 |
| 01/15/21 | NAS | Prepare for weekly AlixPartners Purdue engagement team update call. | 0.40 |
| 01/15/21 | NAS | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update call | 0.80 |
| 01/15/21 | SKL | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update call | 0.80 |
| 01/15/21 | GJK | Follow up emails from IP subgroup team and review of associated schedules. | 1.00 |
| 01/15/21 | LJD | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update call | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/15/21 | GJK | Call with H. Bhattal, J. DelConte, L. Donahue, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update call | 0.80 |
| 01/15/21 | GJK | Review indemnification chart provided by DPW and note need for additional inputs. | 1.50 |
| 01/15/21 | SKL | Review latest IP workplan inquiry provided by R. Inz (Purdue) and prepare and circulate list of IP agreements from the SOFA/Schedules accordingly per request. | 1.10 |
| 01/18/21 | NAS | Review status updates to emergence transfer process. | 0.40 |
| 01/18/21 | GJK | Plan for upcoming subgroup meetings regarding change of control. | 0.50 |
| 01/18/21 | GJK | Call with R. Aleali (Purdue) re: transfer process. | 0.40 |
| 01/18/21 | GJK | Review various commercial indemnity provision review documents provided by DPW. | 1.50 |
| 01/19/21 | GJK | Program management for upcoming subgroup calls, including planning for potential work | 1.50 |
| 01/19/21 | LJD | Participate in weekly Purdue weekly professionals meeting with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, D. Klein, C. Robertson (all DPW), J. O'Connell, T. Coleman, R. Schnitzler, J. Turner, T. Melvin (all PJT) re: go forward planning. | 0.70 |
| 01/19/21 | GJK | Participate in weekly Purdue weekly professionals meeting with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, D. Klein, C. Robertson (all DPW), J. O'Connell, T. Coleman, R. Schnitzler, J. Turner, T. Melvin (all PJT) re: go forward planning. | 0.70 |
| 01/19/21 | GJK | Review and follow up on client emails related to Change of Control process from subgroups. | 0.50 |
| 01/19/21 | GJK | Review Wage Motion and create draft benefits chart for brainstorming session with company. | 2.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/19/21 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to provide update on next steps for emergence transfer process. | 0.60 |
| 01/19/21 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to prepare for 1/20 Employee Matters brainstorming session with Purdue Legal and HR. | 0.90 |
| 01/19/21 | NAS | Coordinate workstream introduction meetings for emergence transfer process. | 0.40 |
| 01/19/21 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to provide update on next steps for emergence transfer process. | 0.60 |
| 01/19/21 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to prepare for 1/20 Employee Matters brainstorming session with Purdue Legal and HR. | 0.90 |
| 01/19/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: various case related matters | 0.20 |
| 01/19/21 | SKL | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to provide update on next steps for emergence transfer process. | 0.60 |
| 01/19/21 | SKL | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to prepare for 1/20 Employee Matters brainstorming session with Purdue Legal and HR. | 0.90 |
| 01/19/21 | SKL | Finalize updates to the latest Purdue transfer workplan on SmartSheet prior to upcoming meetings. | 2.40 |
| 01/19/21 | SKL | Review latest Purdue transfer workplan updates and prepare for tomorrow's IP follow-up call. | 1.20 |
| 01/19/21 | SKL | Review MOR's filed to date and prepare updated financial analysis and supporting detail for tomorrow's hearing. | 0.90 |
| 01/19/21 | JD | Review historical monthly flash reports for comparisons and details that can be used in court tomorrow. | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/19/21 | JD | Review, edit and provide comments on draft materials for Davis Polk hearing talking points. | 0.80 |
| 01/19/21 | JD | Call with M. Huebner (DPW) re: prep for hearing tomorrow. | 0.10 |
| 01/19/21 | JD | Participate in weekly Purdue weekly professionals meeting with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, D. Klein, C. Robertson (all DPW), J. O'Connell, T. Coleman, R. Schnitzler, J. Turner, T. Melvin (all PJT) re: go forward planning. | 0.70 |
| 01/19/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: various case related matters | 0.20 |
| 01/19/21 | HSB | Participate in weekly Purdue weekly professionals meeting with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, D. Klein, C. Robertson (all DPW), J. O'Connell, T. Coleman, R. Schnitzler, J. Turner, T. Melvin (all PJT) re: go forward planning. | 0.70 |
| 01/19/21 | HSB | Review due diligence materials (Project Plex) in preparation for call with colleagues re: related issues | 1.10 |
| 01/19/21 | HSB | Review due diligence response from counterparty (Project Plex) and prepared list of potential issues for follow-up | 1.40 |
| 01/19/21 | HSB | Review debtor financial reports (weekly cash report) for underlying financial data | 0.40 |
| 01/20/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: multiple Purdue case related matters | 0.30 |
| 01/20/21 | NAS | Review press coverage related to 1/20 Court hearing. | 0.20 |
| 01/20/21 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), B. Koch (Purdue), and R. Inz (Purdue) to provide update on IP emergence transfer process workstream. | 0.40 |
| 01/20/21 | NAS | Draft notes from IP and Employee Matters meetings. | 0.50 |
| 01/20/21 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | to prepare for Employee Matters emergence transfer meeting with Purdue HR team. | |
| 01/20/21 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), S. Brecher (DPW), R. Aleali (Purdue), K. Laurel (Purdue), C. DeStefano (Purdue), and L. Kusinski (Purdue) to brainstorm items to add to Employee Matters emergence transfer workplan. | 0.90 |
| 01/20/21 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to debrief following meeting with Purdue HR team. | 0.50 |
| 01/20/21 | SKL | Prepare and finalize updated Employee Matters workplan summary and agenda to review in this afternoon's brainstorming session. | 2.20 |
| 01/20/21 | SKL | Meeting with Purdue IT team to provide access to Outlook and WebEx for upcoming transfer workplan meetings. | 0.10 |
| 01/20/21 | SKL | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), B. Koch (Purdue), and R. Inz (Purdue) to provide update on IP emergence transfer process workstream. | 0.40 |
| 01/20/21 | SKL | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to prepare for Employee Matters emergence transfer meeting with Purdue HR team. | 0.40 |
| 01/20/21 | SKL | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), S. Brecher (DPW), R. Aleali (Purdue), K. Laurel (Purdue), C. DeStefano (Purdue), and L. Kusinski (Purdue) to brainstorm items to add to Employee Matters emergence transfer workplan. | 0.90 |
| 01/20/21 | SKL | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to debrief following meeting with Purdue HR team. | 0.50 |
| 01/20/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: multiple Purdue case related matters | 0.30 |
| 01/20/21 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to prepare for Employee Matters emergence transfer | 0.40 |

# **AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | meeting with Purdue HR team. | |
| 01/20/21 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), B. Koch (Purdue), and R. Inz (Purdue) to provide update on IP emergence transfer process workstream. | 0.40 |
| 01/20/21 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), S. Brecher (DPW), R. Aleali (Purdue), K. Laurel (Purdue), C. DeStefano (Purdue), and L. Kusinski (Purdue) to brainstorm items to add to Employee Matters emergence transfer workplan. | 0.90 |
| 01/20/21 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to debrief following meeting with Purdue HR team. | 0.50 |
| 01/20/21 | GJK | Plan for upcoming subgroup meetings including commercial team and assess potential consistent question points. | 1.00 |
| 01/20/21 | GJK | Update and finalize employee benefits chart for discussion with Employee Matters subgroup. | 1.50 |
| 01/20/21 | GJK | Prepare for commercial work stream kick off call. | 1.00 |
| 01/20/21 | GJK | Email exchanges to follow up with S Lemack and N Simon (Alix) to prepare for Employee Matters call. | 1.00 |
| 01/21/21 | LJD | Weekly call with C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, D. Klein, E. Vonnegut, C. Robertson (all DPW), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: status update and go-forward planning. | 1.30 |
| 01/21/21 | GJK | Review next tier of subgroup calls and workstreams; outline larger change of control issues. | 1.70 |
| 01/21/21 | GJK | Identify next steps and open questions following commercial work stream call. | 1.50 |
| 01/21/21 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to debrief following IP workstream update and | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | commercial workstream kickoff meetings. | |
| 01/21/21 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), D. Rosen, M. Ronning, W. Shank, R. Aleali, K. McCarthy, B. Miller, C. Ostrowski (all Purdue), A. Lele, E. Turay (both DPW) to introduce commercial workstream of emergence transfer process. | 1.00 |
| 01/21/21 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), R. Inz, B. Koch, K. McCarthy (all Purdue), D. Forester, J. Frankel, B. Chen (all DPW) to review updates to IP workstream of emergence transfer process. | 1.00 |
| 01/21/21 | GJK | Weekly call with C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, D. Klein, E. Vonnegut, C. Robertson (all DPW), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: status update and go-forward planning. | 1.30 |
| 01/21/21 | SKL | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), R. Inz, B. Koch, K. McCarthy (all Purdue), D. Forester, J. Frankel, B. Chen (all DPW) to review updates to IP workstream of emergence transfer process. | 1.00 |
| 01/21/21 | SKL | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), D. Rosen, M. Ronning, W. Shank, R. Aleali, K. McCarthy, B. Miller, C. Ostrowski (all Purdue), A. Lele, E. Turay (both DPW) to introduce commercial workstream of emergence transfer process. | 1.00 |
| 01/21/21 | SKL | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to debrief following IP workstream update and commercial workstream kickoff meetings. | 0.60 |
| 01/21/21 | SKL | Review latest feedback and updates provided by R. Inz (Purdue) and B. Koch (Purdue) and update the SmartSheet workplan accordingly. | 1.30 |
| 01/21/21 | NAS | Review follow-up items after 1/20 emergence transfer | 0.40 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | meetings. | |
| 01/21/21 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), R. Inz, B. Koch, K. McCarthy (all Purdue), D. Forester, J. Frankel, B. Chen (all DPW) to review updates to IP workstream of emergence transfer process. | 1.00 |
| 01/21/21 | NAS | Draft notes and action items following IP emergence transfer update call. | 0.60 |
| 01/21/21 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), D. Rosen, M. Ronning, W. Shank, R. Aleali, K. McCarthy, B. Miller, C. Ostrowski (all Purdue), A. Lele, E. Turay (both DPW) to introduce commercial workstream of emergence transfer process. | 1.00 |
| 01/21/21 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners) to debrief following IP workstream update and commercial workstream kickoff meetings. | 0.60 |
| 01/21/21 | JD | Correspondence with A. DePalma (AlixPartners), Davis Polk and Purdue management re: open contract requests. | 0.50 |
| 01/21/21 | JD | Weekly call with C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, D. Klein, E. Vonnegut, C. Robertson (all DPW), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: status update and go-forward planning. | 1.30 |
| 01/21/21 | JD | Prepare agenda for call with all professionals and management. | 0.30 |
| 01/21/21 | HSB | Review due diligence (Plex) related list of questions prepared by T. Melvin (PJT) related to the P&L based model prepared by the counterparty | 0.30 |
| 01/21/21 | HSB | Review summary of full court hearing obtained from C. Robertson (DPW) | 0.20 |
| 01/21/21 | HSB | Review due diligence (Plex) related materials and | 1.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | prepared a draft of document with summary info | |
| 01/21/21 | HSB | Prepare agenda and related notes for internal meeting with Purdue case related updates and list of questions for team re: analysis being performed | 0.20 |
| 01/21/21 | HSB | Weekly call with C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, D. Klein, E. Vonnegut, C. Robertson (all DPW), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners) re: status update and go-forward planning. | 1.30 |
| 01/21/21 | HSB | Review cost files provided to creditor advisors and related email correspondence and questions. | 0.50 |
| 01/22/21 | HSB | Review due diligence materials (Plex) from counterparty and OpEx schedule received from J. Lowne (Purdue) | 0.40 |
| 01/22/21 | HSB | Call with H. Bhattal, J. DelConte, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update call | 0.80 |
| 01/22/21 | LTN | Call with H. Bhattal, J. DelConte, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update call | 0.80 |
| 01/22/21 | JD | Call with R. Aleali (Purdue), C. Robertson, L. Altus, T. Matlock (all DPW), J. Turner (PJT) re: state AG request. | 0.50 |
| 01/22/21 | JD | Correspondence with PJT, Davis Polk and Purdue management re: mediator proposals. | 0.40 |
| 01/22/21 | JD | Call with H. Bhattal, J. DelConte, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update call | 0.80 |
| 01/22/21 | SKL | Call with H. Bhattal, J. DelConte, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update call | 0.80 |
| 01/22/21 | NAS | Review emergence transfer brainstorm lists from Purdue | 0.80 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Chapter 11 Process/Case Management
Client/Matter #   012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Commercial team. | |
| 01/22/21 | NAS | Call with H. Bhattal, J. DelConte, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update call | 0.80 |
| 01/22/21 | GJK | Call with H. Bhattal, J. DelConte, G. Koch, S. Lemack, L. Nguyen, N. Simon (all AlixPartners) re: Weekly team update call | 0.80 |
| 01/22/21 | GJK | Assess need for updating workplan approach regarding cross-over of regulatory, commercial and other product continuity issues. | 2.00 |
| 01/22/21 | GJK | Review commercial work stream materials. | 1.00 |
| 01/24/21 | JD | Update letter for comments from Purdue management, PJT and Davis Polk. | 1.80 |
| 01/24/21 | JD | Correspondence with PJT, Davis Polk and Purdue management re: third party letter. | 0.70 |
| 01/25/21 | NAS | Review updates to Purdue emergence transfer process. | 0.40 |
| 01/25/21 | JD | Review latest materials re: trust transfer process. | 0.70 |
| 01/25/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) re: agenda for the weekly change of control/transfer workplan brainstorming session with DPW and Purdue Legal. | 0.40 |
| 01/25/21 | GJK | Review and develop questions for liquidation analysis. | 2.00 |
| 01/25/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to walk through open items and questions re: liquidation analysis, next steps and discussion points for upcoming change of control/transfer workplan brainstorming session with DPW and Purdue Legal. | 1.00 |
| 01/25/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to debrief following liquidation analysis meeting. | 0.40 |
| 01/25/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to walk | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #   012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | through open items and questions re: liquidation analysis, next steps and discussion points for upcoming change of control/transfer workplan brainstorming session with DPW and Purdue Legal. | |
| 01/25/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) re: agenda for the weekly change of control/transfer workplan brainstorming session with DPW and Purdue Legal. | 0.40 |
| 01/25/21 | SKL | Review latest PMO tracker for tomorrow morning's brainstorming session with DPW and Purdue Legal and provide updated feedback accordingly. | 0.80 |
| 01/25/21 | SKL | Finalize updated agenda and PMO tracker for tomorrow's weekly change of control/transfer workplan brainstorming session with Purdue Legal and DPW and circulate updates accordingly. | 1.40 |
| 01/25/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to debrief following liquidation analysis meeting. | 0.40 |
| 01/25/21 | HSB | Review due diligence (Plex) materials received from counterparty | 1.10 |
| 01/26/21 | HSB | Call with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), C. Robertson (DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT) re: weekly professionals planning call. | 0.60 |
| 01/26/21 | HSB | Review due diligence (Plex) materials received from counterparty and related comments from debtors' and creditors' advisors | 1.20 |
| 01/26/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) re: latest PMO tracker and open items list prior to the weekly change of control/transfer workplan brainstorming session with DPW and Purdue Legal. | 0.20 |
| 01/26/21 | SKL | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | E. Turay, E. Diggs (both DPW), R. Aleali, K. McCarthy, and B. Miller (all Purdue) to brainstorm next steps in emergence transfer process. | |
| 01/26/21 | SKL | Call with G. Koch, S. Lemack, and N. Simon (all AlixPartners) to debrief following emergence transfer brainstorm call with DPW and Purdue Legal. | 0.50 |
| 01/26/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) re: latest PMO tracker and open items list prior to the weekly change of control/transfer workplan brainstorming session with DPW and Purdue Legal. | 0.20 |
| 01/26/21 | GJK | Call with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), C. Robertson (DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT) re: weekly professionals planning call. | 0.60 |
| 01/26/21 | GJK | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), E. Turay, E. Diggs (both DPW), R. Aleali, K. McCarthy, and B. Miller (all Purdue) to brainstorm next steps in emergence transfer process. | 1.00 |
| 01/26/21 | GJK | Call with G. Koch, S. Lemack, and N. Simon (all AlixPartners) to debrief following emergence transfer brainstorm call with DPW and Purdue Legal. | 0.50 |
| 01/26/21 | GJK | Follow up on org charts and employee rosters for breakout of functions for additional intake calls. | 1.00 |
| 01/26/21 | GJK | Review cash management motion for finance process breakout. | 1.50 |
| 01/26/21 | GJK | Review change of control calls to date and key information requirements. | 1.00 |
| 01/26/21 | LJD | Call with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), C. Robertson (DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT) re: weekly professionals planning call. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/26/21 | JD | Call with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), C. Robertson (DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT) re: weekly professionals planning call. | 0.60 |
| 01/26/21 | NAS | Call with G. Koch, S. Lemack, N. Simon (all AlixPartners), E. Turay, E. Diggs (both DPW), R. Aleali, K. McCarthy, and B. Miller (all Purdue) to brainstorm next steps in emergence transfer process. | 1.00 |
| 01/26/21 | NAS | Call with G. Koch, S. Lemack, and N. Simon (all AlixPartners) to debrief following emergence transfer brainstorm call with DPW and Purdue Legal. | 0.50 |
| 01/27/21 | JD | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), M. Kesselman, R. Aleali (all Purdue) re: weekly update and planning call. | 1.10 |
| 01/27/21 | LJD | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), M. Kesselman, R. Aleali (all Purdue) re: weekly update and planning call. | 1.10 |
| 01/27/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) re: draft organizational breakout for the finance team and prepare next steps re: Purdue transfer workplan. | 1.00 |
| 01/27/21 | GJK | Review options for approaching change of control process based on intake meeting feedback and need for cross-functional approach outside current workplan structure. | 2.00 |
| 01/27/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) re: change of control kick off calls. | 0.50 |
| 01/27/21 | GJK | Call with G. Koch, S Lemack (both AlixPartners) and E Diggs and E Turay (both DPW) re: contract management | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | process. |  |
| 01/27/21 | GJK | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), M. Kesselman, R. Aleali (all Purdue) re: weekly update and planning call. | 1.10 |
| 01/27/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) re: draft organizational breakout for the finance team and prepare next steps re: Purdue transfer workplan. | 1.00 |
| 01/27/21 | SKL | Call with G. Koch, S Lemack (both AlixPartners) and E Diggs and E Turay (both DPW) re: contract management process. | 0.60 |
| 01/27/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) re: change of control kick off calls. | 0.50 |
| 01/27/21 | HSB | Review Excel summary and related details from diligence counterparty (Plex) along with relevant financial information from Purdue | 1.30 |
| 01/27/21 | HSB | Review financial details from J. Lowne (Purdue) and related correspondence from PJT re: due diligence (Plex) | 0.30 |
| 01/27/21 | HSB | Review list of follow-up questions and requests prepared by T. Melvin (PJT) re: due diligence (Plex) | 0.30 |
| 01/27/21 | HSB | Review latest financial information for Purdue ahead of board meeting on 1/28 | 0.40 |
| 01/27/21 | HSB | Call with M. Huebner, E. Vonnegut, A. Lele, C. Robertson, D. Klein (all DPW), J. DelConte, H. Bhattal, L. Donahue (all AlixPartners), J. O'Connell, T. Coleman, J. Turner, J. Arsic, T. Melvin (all PJT), S. Birnbaum (Dechert), M. Kesselman, R. Aleali, J. Lowne (all Purdue) re: NOAT cash flow projections. | 0.50 |
| 01/27/21 | HSB | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, G. Koch, H. Bhattal, J. DelConte (all | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #  012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), M. Kesselman, R. Aleali (all Purdue) re: weekly update and planning call. | |
| 01/28/21 | HSB | Review monthly OCP report prepared by L. Nguyen (AlixPartners) and provided comments | 0.40 |
| 01/28/21 | HSB | Review due diligence (Plex) materials received from counterparty and additional comments from J. Lowne (Purdue) with related information | 0.90 |
| 01/28/21 | HSB | Review weekly sales report (Purdue) prepared by L. Nguyen (AlixPartners) and provided comments | 0.40 |
| 01/28/21 | HSB | Review FTI email and attached worksheet relating to a request for information from Debtors | 0.40 |
| 01/28/21 | HSB | Attend Purdue board meeting with Board members, M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), J. DelConte, L. Donahue, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 5.20 |
| 01/28/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to finalize the finance organizational breakout and discuss next steps on the employee matter feedback re: Purdue transfer workplan. | 0.40 |
| 01/28/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) re: upcoming R&D/Med-Affairs kick-off call. | 0.10 |
| 01/28/21 | SKL | Finalize the finance organizational breakout and prepare updated agenda and discussion points for the R&D/Med-Affairs kickoff call. | 1.20 |
| 01/28/21 | SKL | Update the Smartsheet tracker based on Tuesday's brainstorming session and for tomorrow's R&D/Med-Affairs kickoff. | 0.80 |
| 01/28/21 | GJK | Continue to review options and reframing approach to | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | managing change of control process around agreement assignment, operational needs and product continuity. | |
| 01/28/21 | GJK | Review updated Employee Program tracker and brainstorm revisions to work plan. | 1.80 |
| 01/28/21 | GJK | Research on data room options for contract management. | 2.00 |
| 01/28/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) re: upcoming R&D/Med-Affairs kick-off call. | 0.10 |
| 01/28/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to finalize the finance organizational breakout and discuss next steps on the employee matter feedback re: Purdue transfer workplan. | 0.40 |
| 01/29/21 | GJK | Review of week's brainstorming and inputs including what went well and what needs attention. | 0.50 |
| 01/29/21 | LJD | Call with M. Kesselman, R. Aleali, J. Lowne (all Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, D. Klein (all DPW), J. DelConte, H. Bhattal, L. Donahue, G. Koch (all AlixPartners) re: AHC call debrief. | 0.90 |
| 01/29/21 | GJK | Call with M. Kesselman, R. Aleali, J. Lowne (all Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, D. Klein (all DPW), J. DelConte, H. Bhattal, L. Donahue, G. Koch (all AlixPartners) re: AHC call debrief. | 0.90 |
| 01/29/21 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.60 |
| 01/29/21 | GJK | Prepare for week ahead Change of Control meetings and follow up brainstorming sessions. | 1.50 |
| 01/29/21 | SKL | Email G. Koch (AlixPartners) re: change of control/Purdue transfer workplan process. | 0.10 |
| 01/29/21 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/29/21 | HSB | Call with M. Kesselman, R. Aleali, J. Lowne (all Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, D. Klein (all DPW), J. DelConte, H. Bhattal, L. Donahue, G. Koch (all AlixPartners) re: AHC call debrief. | 0.90 |
| 01/29/21 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.60 |
| 01/29/21 | HSB | Prepare agenda and related notes for internal meeting with Purdue case related updates and analysis being performed | 0.20 |
| 01/29/21 | HSB | Review updates to summary file related to due diligence (Plex) | 0.20 |
| 01/29/21 | HSB | Update due diligence document and emailed A. DePalma and L. Nguyen (both AlixPartners) for additional inputs | 1.20 |
| 01/29/21 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.60 |
| 01/29/21 | JD | Call with M. Kesselman, R. Aleali, J. Lowne (all Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, D. Klein (all DPW), J. DelConte, H. Bhattal, L. Donahue, G. Koch (all AlixPartners) re: AHC call debrief. | 0.90 |
| 01/29/21 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.60 |
| 01/29/21 | ADD | Prepare for AlixPartners internal engagement team update call. | 0.30 |
| 01/29/21 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen, (all AlixPartners) re: weekly team update call. | 0.60 |
| 01/30/21 | HSB | Review Purdue financial information prepared by J. Lowne (AlixPartners) re: due diligence (Plex) and reviewed | 0.40 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | related correspondence re: balance sheet discussion | |
|      |           | **Total** | **593.40** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/20 | LTN | Meeting with S. Lemack, A. DePalma and L. Nguyen (all AlixPartners) to discuss and make updates to the Restructuring Professional and Retained Professional trackers. | 0.60 |
| 10/01/20 | LTN | Review the latest application fees filed from the docket to update the Restructuring Professional and Retained Professional trackers. | 1.80 |
| 10/01/20 | ADD | Meeting with S. Lemack, A. DePalma and L. Nguyen (all AlixPartners) to discuss and make updates to the Restructuring Professional and Retained Professional trackers. | 0.60 |
| 10/01/20 | SKL | Create accounts payable release file. | 0.70 |
| 10/01/20 | SKL | Meeting with S. Lemack, A. DePalma and L. Nguyen (all AlixPartners) to discuss and make updates to the Restructuring Professional and Retained Professional trackers. | 0.60 |
| 10/01/20 | SKL | Prepare for and participate in discussion with R. Haberlin (Purdue) to discuss latest critical vendor payment inquiry and next steps. | 0.80 |
| 10/02/20 | SKL | Create accounts payable release file. | 0.70 |
| 10/02/20 | SKL | Finalize remaining updates to the Purdue cash summary and update latest Purdue forecast accordingly. | 2.00 |
| 10/02/20 | SKL | Finalize remaining updates to the Rhodes cash summary and update latest Rhodes forecast accordingly. | 1.70 |
| 10/05/20 | SKL | Meeting with A. DePalma, L. Nguyen and S. Lemack (all AlixPartners) to discuss latest cash activity and begin preparing the week ended 10/02 cash report. | 2.00 |
| 10/05/20 | SKL | Finalize review of EastWest transactions and update categories of weekly cash report accordingly. | 2.10 |
| 10/05/20 | SKL | Finalize review of Paysource transactions and update | 1.90 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Cash Management
Client/Matter #   012589.00103

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | categories of weekly cash report accordingly. | |
| 10/05/20 | SKL | Update IAC cash summaries and prepare open items for E. Nowakowski and T. Gabriele (both Purdue) to review. | 1.10 |
| 10/05/20 | SKL | Finalize updates to the Restructuring professional fee tracker prior to updating the latest cash forecast. | 1.30 |
| 10/05/20 | SKL | Create accounts payable release file. | 0.70 |
| 10/05/20 | HSB | Review weekly cash report (week ended 9/25) prepared by S. Lemack (AlixPartners) and provided comments. | 0.80 |
| 10/05/20 | ADD | Meeting with A. DePalma, L. Nguyen and S. Lemack (all AlixPartners) to discuss latest cash activity and begin preparing the week ended 10/02 cash report. | 2.00 |
| 10/05/20 | LTN | Meeting with A. DePalma, L. Nguyen and S. Lemack (all AlixPartners) to discuss latest cash activity and begin preparing the week ended 10/02 cash report. | 2.00 |
| 10/06/20 | LTN | Meeting with A. DePalma, L. Nguyen and S. Lemack (all AlixPartners) to continue discussion re: latest cash activity and follow-up items. | 0.90 |
| 10/06/20 | LTN | Meeting with L. Nguyen and S. Lemack (both AlixPartners) to review latest sales forecast provided by J. Knight (Purdue) and begin updating the latest 13-week Purdue cash forecast. | 2.60 |
| 10/06/20 | LTN | Meeting with L. Nguyen and S. Lemack (all AlixPartners) to continue discussion on the latest Purdue 13-week forecast and make additional updates accordingly. | 0.90 |
| 10/06/20 | ADD | Meeting with A. DePalma, L. Nguyen and S. Lemack (all AlixPartners) to continue discussion re: latest cash activity and follow-up items. | 0.90 |
| 10/06/20 | SKL | Create accounts payable release file. | 0.60 |
| 10/06/20 | SKL | Finalize updates to the Retained professional fee tracker prior to updating the latest cash forecast. | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 10/06/20 | SKL | Prepare updated AP file to implement into the Operating Expense section of the latest cash forecasts. | 1.20 |
| 10/06/20 | SKL | Prepare updated AR file to implement into the Customer Receipt section of the latest cash forecasts. | 0.90 |
| 10/06/20 | SKL | Meeting with A. DePalma, L. Nguyen and S. Lemack (all AlixPartners) to continue discussion re: latest cash activity and follow-up items. | 0.90 |
| 10/06/20 | SKL | Meeting with L. Nguyen and S. Lemack (both AlixPartners) to review latest sales forecast provided by J. Knight (Purdue) and begin updating the latest 13-week Purdue cash forecast. | 2.60 |
| 10/06/20 | SKL | Meeting with L. Nguyen and S. Lemack (all AlixPartners) to continue discussion on the latest Purdue 13-week forecast and make additional updates accordingly. | 0.90 |
| 10/06/20 | SKL | Prepare for and participate in critical vendor discussion with R. Haberlin (Purdue). | 0.60 |
| 10/07/20 | SKL | Implement the latest Restructuring and Retained professional fee trackers into the Purdue 13-week cash forecast. | 1.30 |
| 10/07/20 | SKL | Finalize updates to the Operating Expense section of the latest 13-week Purdue cash forecast. | 1.30 |
| 10/07/20 | SKL | Finalize updates to the Customer Receipt section of the latest 13-week Purdue cash forecast. | 1.10 |
| 10/07/20 | SKL | Create accounts payable release file. | 0.60 |
| 10/07/20 | SKL | Meeting with L. Nguyen and S. Lemack (both AlixPartners) to review the latest Rhodes 13-week cash forecast and update the Operating Expense section of the cash forecast accordingly. | 2.20 |
| 10/07/20 | SKL | Meeting with L. Nguyen and S. Lemack (both AlixPartners) to review the latest Rhodes 13-week cash forecast and update the Customer Receipt section of the | 1.40 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Cash Management
Client/Matter #   012589.00103

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | cash forecast accordingly. | |
| 10/07/20 | JD | Review and provide comments on the latest forecast to actual reporting package. | 0.50 |
| 10/07/20 | LTN | Meeting with L. Nguyen and S. Lemack (both AlixPartners) to review the latest Rhodes 13-week cash forecast and update the Operating Expense section of the cash forecast accordingly. | 2.20 |
| 10/07/20 | LTN | Meeting with S. Lemack (all AlixPartners) to review the latest Rhodes 13-week cash forecast and update the Customer Receipt section of the cash forecast accordingly | 1.40 |
| 10/08/20 | SKL | Create accounts payable release file. | 0.70 |
| 10/08/20 | SKL | Finalize updates to the Operating Expense section of the latest Rhodes 13-week cash forecast. | 2.30 |
| 10/09/20 | SKL | Finalize updates to the Customer Receipt section of the latest Rhodes 13-week cash forecast. | 1.30 |
| 10/09/20 | SKL | Review the latest Customer Rebate tracker provided by D. Krishnan (Purdue) and update the Purdue 13-week cash forecast. | 1.40 |
| 10/09/20 | SKL | Finalize updates to the Customer Receipt section of the Rhodes cash forecast. | 1.40 |
| 10/09/20 | SKL | Create accounts payable release file. | 0.70 |
| 10/09/20 | SKL | Meeting with L. Nguyen and S. Lemack (both AlixPartners) to discuss and finalize updates to the Rhodes cash forecast. | 0.30 |
| 10/09/20 | SKL | Finalize remaining updates to the latest 13-week cash forecast deck and circulate internally for review and sign-off. | 1.50 |
| 10/09/20 | LTN | Meeting with L. Nguyen and S. Lemack (both AlixPartners) to discuss and finalize updates to the Rhodes cash forecast. | 0.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/09/20 | HSB | Review updated 13-week cash forecast prepared by S. Lemack (AlixPartners) for Purdue & Rhodes | 1.30 |
| 10/12/20 | HSB | Continue reviewing 13-week cash forecast and emailed comments to S. Lemack (AlixPartners) | 0.20 |
| 10/12/20 | HSB | Review email from S. Lemack (AlixPartners) in response to comments on cash report | 0.10 |
| 10/12/20 | SKL | Create accounts payable release file. | 0.80 |
| 10/12/20 | SKL | Review latest Purdue financial board presentation provided by E. Nowakowski (Purdue) and begin preparing August flash report accordingly. | 2.10 |
| 10/12/20 | SKL | Finalize updates to the August flash report and circulate internally for final sign-off. | 1.80 |
| 10/13/20 | SKL | Review latest feedback provided re: 13-week cash forecast and prepare and circulate updated file accordingly. | 1.60 |
| 10/13/20 | SKL | Review latest feedback provided re: August flash report and circulate file for final review and sign-off. | 0.70 |
| 10/13/20 | SKL | Review latest critical vendor feedback provided by R. Haberlin (Purdue) and circulate update accordingly. | 0.70 |
| 10/13/20 | SKL | Create accounts payable release file. | 0.70 |
| 10/13/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest updates re: Paysource cash transactions. | 0.60 |
| 10/13/20 | HSB | Review Aug 2020 Flash report prepared by S. Lemack (AlixPartners). | 1.60 |
| 10/13/20 | HSB | Review Aug Financial Statement (full deck) prepared by J. Lowne (Purdue) | 1.20 |
| 10/13/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest updates re: Paysource cash transactions. | 0.60 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/13/20 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 10.09 cash report | 2.20 |
| 10/13/20 | LTN | Update the latest Paysource cash transaction report and categorized for the week ended 10.09 cash report | 2.00 |
| 10/13/20 | LTN | Reconcile Bank Account Summary for the week ended 10.09 cash report | 1.80 |
| 10/14/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to discuss and prepare the monthly Restructuring Professional payment schedule. | 1.20 |
| 10/14/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to discuss and prepare the monthly breakdown of cash disbursements/receipts. | 1.40 |
| 10/14/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to discuss and prepare the monthly bank account balances and investment activity report. | 1.20 |
| 10/14/20 | LTN | Prepare the Purdue and Rhodes IAC cash summaries and updates to the deck accordingly | 1.80 |
| 10/14/20 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries | 1.60 |
| 10/14/20 | HSB | Review KERP amounts for purposes of inclusion in weekly cash forecasts | 0.20 |
| 10/14/20 | HSB | Review updates to 13-week cash forecast prepared by S. Lemack (AlixPartners) for Purdue & Rhodes | 0.10 |
| 10/14/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to discuss and prepare the monthly breakdown of cash disbursements/receipts. | 1.40 |
| 10/14/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to discuss and prepare the monthly bank account balances and investment activity report. | 1.20 |
| 10/14/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #     012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | discuss and prepare the monthly Restructuring Professional payment schedule. | |
| 10/14/20 | SKL | Create accounts payable release file. | 0.60 |
| 10/15/20 | SKL | Create accounts payable release file. | 1.20 |
| 10/15/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and reconcile the latest Purdue investment activity report and prepare updates to the investment piece of the cash actuals report accordingly. | 1.90 |
| 10/15/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to continue to reconcile the Purdue investment activity, latest IAC cash activity, and send follow-up inquiries to J. Liceaga (TXP) and T. Gabriele (Purdue) accordingly. | 1.50 |
| 10/15/20 | HSB | Review weekly cash report (week ended 10/2) prepared by S. Lemack (AlixPartners) for Purdue & Rhodes | 0.70 |
| 10/15/20 | HSB | Review updated draft of 13-week cash flow forecast prepared by S. Lemack (AlixPartners) for Purdue & Rhodes | 0.10 |
| 10/15/20 | LTN | Reconcile the latest Purdue investment activities and updated the weekly cash report. | 1.20 |
| 10/15/20 | LTN | Review the latest feedback provided re: rebates, IAC transactions and updated the weekly cash report. | 1.60 |
| 10/15/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and reconcile the latest Purdue investment activity report and prepare updates to the investment piece of the cash actuals report accordingly. | 1.90 |
| 10/15/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to continue to reconcile the Purdue investment activity, latest IAC cash activity, and send follow-up inquiries to J. Liceaga (TXP) and T. Gabriele (Purdue) accordingly. | 1.50 |
| 10/16/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review latest updates to the Purdue forecast-to-actuals | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #  012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | variance and prepare updates accordingly. | |
| 10/16/20 | LTN | Finalize updates to the Purdue and Rhodes cash summaries and prepared the updated weekly cash report deck. | 1.80 |
| 10/16/20 | LTN | Prepare the latest Purdue forecast to actual variance analysis for the week ended 10.09 and updated the weekly cash report deck | 2.20 |
| 10/16/20 | LTN | Prepare the latest Rhodes forecast to actual variance analysis for the week ended 10.09 and updated the weekly cash report deck. | 2.00 |
| 10/16/20 | LTN | Finalize updates to the weekly cash report deck for the week ended 10.09 and circulated internally for sign-off. | 2.40 |
| 10/16/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review latest updates to the Purdue forecast-to-actuals variance and prepare updates accordingly. | 0.40 |
| 10/16/20 | SKL | Create accounts payable release file. | 0.70 |
| 10/16/20 | SKL | Finalize review of EastWest cash transactions and updated categorizations accordingly. | 1.70 |
| 10/16/20 | SKL | Finalize Purdue and Rhodes forecast-to-actuals variance analysis and updated the cash report accordingly. | 1.70 |
| 10/16/20 | SKL | Finalize updates to the week ended 10/16 weekly cash report and circulate updated deck accordingly. | 1.00 |
| 10/16/20 | SKL | Prepare 3rd quarter US Trustee calculation based on Q3 debtor disbursements. | 0.70 |
| 10/19/20 | SKL | Review and reconcile latest Purdue investment activity report provided by T. Gabriele (Purdue) and J. Liceaga (TXP). | 1.70 |
| 10/19/20 | SKL | Pull latest Paysource transactions report and begin implementation into the week ended 10/16 cash report. | 0.50 |
| 10/19/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | review and finalize updates re: week ended 10/09 cash report. | |
| 10/19/20 | SKL | Create accounts payable release file. | 0.70 |
| 10/19/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and finalize updates re: week ended 10/09 cash report. | 0.90 |
| 10/19/20 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 10.16 cash report | 1.80 |
| 10/19/20 | LTN | Update the latest Paysource cash transaction report and categorized for the week ended 10.16 cash report | 2.00 |
| 10/19/20 | LTN | Update new vendors from the Paysource transactions | 0.80 |
| 10/19/20 | HSB | Review weekly cash report (week ended 10/9) prepared by L. Nguyen (AlixPartners) for Purdue & Rhodes | 0.70 |
| 10/20/20 | LTN | Prepare the detailed and summary cash report for Purdue & Rhodes entities for the week ended 10.16 | 1.50 |
| 10/20/20 | LTN | Prepare the IAC cash transactions for Purdue & Rhodes entities for the week ended 10.16 | 1.10 |
| 10/20/20 | LTN | Prepare the IAC transaction summary for the week ended 10.16 cash report | 0.50 |
| 10/20/20 | SKL | Create accounts payable release file. | 0.70 |
| 10/20/20 | SKL | Finalize remaining updates to the week ended 10/09 cash report and circulate to J. Lowne (Purdue) and R. Aleali (Purdue) accordingly. | 1.40 |
| 10/21/20 | SKL | Create accounts payable release file. | 0.70 |
| 10/21/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review latest EastWest cash report and categorize cash transactions accordingly. | 0.80 |
| 10/21/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review latest EastWest cash report and categorize cash transactions accordingly. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Cash Management
Client/Matter #     012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/21/20 | LTN | Prepare a list of uncategorized cash transactions to E. Nowakowski and R. Brown (both Purdue), and finalized updates accordingly | 1.10 |
| 10/21/20 | LTN | Prepare a list of rebates transactions to C. Hobbick (Purdue) and finalized updates accordingly | 0.90 |
| 10/22/20 | LTN | Prepare the latest Purdue forecast to actual variance analysis for week ended 10.16 and updated the weekly cash report deck | 1.80 |
| 10/22/20 | LTN | Prepare the latest Rhodes forecast to actual variance analysis for week ended 10.16 and updated the weekly cash report deck | 1.70 |
| 10/22/20 | SKL | Create accounts payable release file. | 0.70 |
| 10/23/20 | SKL | Create accounts payable release file. | 0.60 |
| 10/23/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest updates to the week ended 10/16 cash report. | 0.80 |
| 10/23/20 | SKL | Review feedback provided by R. Brown (Purdue) and ensure updates are captured in the latest IAC cash summary. | 1.60 |
| 10/23/20 | SKL | Review latest feedback provided re: Rhodes forecast-to-actuals variances and ensure they're captured accordingly in the week ended 10/16 cash report. | 2.20 |
| 10/23/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest updates to the week ended 10/16 cash report. | 0.80 |
| 10/23/20 | LTN | Finalize the updates to Purdue cash forecast and updated slides for 10.16 deck | 1.30 |
| 10/23/20 | LTN | Finalize the updates to Rhodes cash forecast and updated slides for 10.16 deck | 1.00 |
| 10/26/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | review and discuss latest updates and feedback re: week ended 10/16 cash report. | |
| 10/26/20 | LTN | Investigate the forecast and actual variance and sent queries to E. Nowakowski (Purdue) and updated the weekly report accordingly | 1.40 |
| 10/26/20 | LTN | Finalize updates to the weekly cash report deck for the week ended 10.16 and circulate for internal sign-off | 0.90 |
| 10/26/20 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 10.23 cash report | 1.90 |
| 10/26/20 | HSB | Review weekly cash report prepared by L. Nguyen (AlixPartners) for week ended 10/16/2020. | 0.60 |
| 10/26/20 | SKL | Create accounts payable release file. | 0.70 |
| 10/26/20 | SKL | Review final updates made to the week ended 10/16 cash report and provide notes and feedback accordingly. | 2.20 |
| 10/26/20 | SKL | Finalize review of Purdue and Rhodes forecast-to-actuals variances and circulate updates accordingly. | 1.30 |
| 10/26/20 | SKL | Prepare vendor AP and payment breakdown per H. Benson (Purdue) request. | 0.50 |
| 10/26/20 | SKL | Prepare and review latest Paysource transactions report and circulate accordingly. | 0.60 |
| 10/26/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest updates and feedback re: week ended 10/16 cash report. | 0.90 |
| 10/27/20 | SKL | Create accounts payable release file. | 0.90 |
| 10/27/20 | SKL | Finalize review of latest critical vendor inquiry and prepare updated breakdown for R. Haberlin (Purdue) and E. Ruiz (Purdue). | 0.80 |
| 10/27/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest open items re: week ended 10/23 cash report. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #   012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/27/20 | LTN | Update the latest Paysource cash transaction report and categorized for the week ended 10.23 cash report | 2.10 |
| 10/27/20 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 10.23 cash report | 1.60 |
| 10/27/20 | LTN | Prepare the detailed and summary cash report for Purdue & Rhodes entities for the week ended 10.23 | 1.90 |
| 10/27/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest open items re: week ended 10/23 cash report. | 0.40 |
| 10/27/20 | LTN | Review the latest weekly cash report and prepare a list of open cash transactions | 1.70 |
| 10/28/20 | LTN | Review feedbacks for open transactions and updated the week ended 10.23 cash report accordingly | 1.00 |
| 10/28/20 | LTN | Review feedbacks provided by  (Purdue), updated the 10.16 deck and circulated to J. Lowne (Purdue) for final sign-off | 1.30 |
| 10/28/20 | LTN | Prepare the latest Purdue forecast to actual variance analysis for week ended 10.23 | 0.90 |
| 10/28/20 | SKL | Finalize review of open items re: week ended 10/16 cash actuals and circulate to E. Nowakowski (Purdue) accordingly. | 1.20 |
| 10/28/20 | SKL | Review and reconcile Purdue weekly sales report by E. Nowakowski (Purdue) and update accordingly. | 0.90 |
| 10/28/20 | SKL | Create accounts payable release file. | 0.80 |
| 10/29/20 | SKL | Create accounts payable release file. | 0.90 |
| 10/29/20 | JD | Review and provide comments on weekly cash report. | 0.40 |
| 10/29/20 | LTN | Continue to update the latest Purdue forecast to actual variance analysis for week ended 10.23 and explain the variances | 1.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Cash Management
Client/Matter #     012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/29/20 | LTN | Review feedbacks provided by R. Brown, C. Hobbick and T. Gabriele (Purdue) and updated the cash report accordingly | 0.90 |
| 10/29/20 | HSB | Review draft of OCP Report (for September 2020) | 0.40 |
| 10/29/20 | HSB | Review Sept board deck prepared by J. Lowne (Purdue) | 0.60 |
| 10/30/20 | HSB | Review draft of monthly flash report prepared by S. Lemack (AlixPartners) for the month of Sept 2020. | 0.60 |
| 10/30/20 | HSB | Continue reviewing Sept board deck prepared by J. Lowne (Purdue) | 1.20 |
| 10/30/20 | LTN | Finalize the latest Purdue & Rhodes forecast to actual variance analysis for week ended 10.23 and updated the weekly cash report deck | 1.60 |
| 10/30/20 | LTN | Finalize deck for the weekly cash report for week ended 10.23 and circulate for the internal review | 1.10 |
| 10/30/20 | SKL | Create accounts payable release file. | 0.60 |
| 10/30/20 | SKL | Review latest variances re: Rhodes forecast-to-actuals and circulate update internally. | 0.80 |
| 10/30/20 | SKL | Finalize review and updates to the week ended 10/23 cash report and circulate update internally. | 1.70 |
| 10/30/20 | SKL | Review latest variances re: Purdue forecast-to-actuals and circulate update internally. | 1.00 |
| 11/02/20 | SKL | Review the week ended 10/24 cash report and provide updated notes and feedback to update accordingly. | 2.30 |
| 11/02/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest feedback re: weekly cash report and begin preparing filing-to-date cash actuals summary. | 1.00 |
| 11/02/20 | SKL | Review and finalize filing-to-date cash actuals summary and circulate internally. | 2.10 |
| 11/02/20 | SKL | Review cash actuals feedback and comments prior to afternoon meeting with L. Nguyen (AlixPartners) and | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #       012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | prepare notes and updates accordingly. | |
| 11/02/20 | SKL | Create accounts payable release file. | 0.70 |
| 11/02/20 | JD | Review and provide comments on the latest forecast to actual cash report. | 0.40 |
| 11/02/20 | LTN | Finalize updates to the weekly cash report deck for the week ended 10/23 and circulate for internal sign-off | 1.60 |
| 11/02/20 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 10/30 cash report | 1.60 |
| 11/02/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest feedback re: weekly cash report and begin preparing filing-to-date cash actuals summary | 1.00 |
| 11/02/20 | LTN | Prepare cash actual report for Purdue and Rhodes entities post-petition per J. DelConte (AlixPartners) request | 1.10 |
| 11/02/20 | HSB | Review weekly cash report prepared by L. Nguyen (AlixPartners) for week ended 10/23/2020 along with underlying excel worksheet | 0.70 |
| 11/02/20 | HSB | Review recent cash activity details prepared by S. Lemack (AlixPartners) | 0.20 |
| 11/03/20 | HSB | Review Purdue management presentation with most Sept 2020 year to date financial information for Purdue | 0.70 |
| 11/03/20 | HSB | Review excel file with long term projections prepared by Purdue management with latest estimates as of Aug 2020 | 0.70 |
| 11/03/20 | LTN | Update the latest Paysource cash transaction report and categorized for the week ended 10/30 cash report | 2.10 |
| 11/03/20 | LTN | Prepare the detailed and summary cash report for Purdue & Rhodes entities for the week ended 10/30 | 1.20 |
| 11/03/20 | LTN | Prepare IAC transaction summary and a list of open transactions | 1.70 |
| 11/03/20 | LTN | Reconcile the latest investment activity files and updated the investment section of the week ended 10/30 weekly | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | cash report accordingly | |
| 11/03/20 | LTN | Prepare the latest Purdue forecast to actual variance analysis for week ended 10/30 | 1.40 |
| 11/03/20 | JD | Review cash actuals since filing for both Rhodes and Purdue. Review for recent and year-over-year trends. | 1.40 |
| 11/03/20 | JD | Call with J. Lowne (Purdue) re: business plan presentations. | 0.30 |
| 11/03/20 | SKL | Create accounts payable release file. | 0.70 |
| 11/04/20 | SKL | Create accounts payable release file. | 0.80 |
| 11/04/20 | SKL | Review latest updates made to the Restructuring Professional fee tracker based on latest fee applications filed. | 1.80 |
| 11/04/20 | SKL | Review latest updates made to the Retain Professional fee tracker based on latest fee applications filed. | 2.20 |
| 11/04/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest feedback re: week ended 10/30 cash report | 1.00 |
| 11/04/20 | SKL | Review latest feedback provided by E. Nowakowski and R. Brown (both Purdue) and put together updated payroll cash summary accordingly. | 1.60 |
| 11/04/20 | SKL | Update critical vendor form based on feedback provided by H. Benson (Purdue) and circulate to R. Haberlin (Purdue) for final sign-off. | 0.60 |
| 11/04/20 | LTN | Review the latest fee applications filed by restructuring and retained professionals from the docket and update our tracker | 2.20 |
| 11/04/20 | LTN | Begin reconciliation of the latest professional and retained professional fee applications vs the 13-week cash forecast | 1.70 |
| 11/04/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest feedback re: week ended 10/30 | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:           Cash Management
Client/Matter #      012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | cash report | |
| 11/04/20 | LTN | Correspondence to various Purdue teams re: additional details on cash transactions for the week ended 10.30 | 0.80 |
| 11/04/20 | HSB | Review excel file with OCP tracking | 0.30 |
| 11/04/20 | HSB | Review UCC and NCSG statement in response to the Sackler motion for approval of payment to DOJ | 0.20 |
| 11/04/20 | HSB | Attend Business Development Budget call with Purdue management team members | 0.10 |
| 11/04/20 | HSB | Review Business Development Budget presentation prepared by Purdue management | 0.20 |
| 11/05/20 | LTN | Update the restructuring fee tracker to include the forecast of next year | 1.30 |
| 11/05/20 | SKL | Review latest feedback provided by J. Beck-Sechow (Purdue) re: payroll activity and update the forecast-to-actuals variance notes and cash report accordingly. | 1.20 |
| 11/05/20 | SKL | Prepare list of responses and feedback re: open cash items, and circulate internally. | 0.40 |
| 11/05/20 | SKL | Finalize remaining critical vendor updates and circulate update accordingly re: latest critical vendor inquiry. | 0.50 |
| 11/05/20 | SKL | Review latest list of vendors and invoices provided by C. MacDonald (Purdue) and update the vendor master and AP process accordingly to include in upcoming release batch. | 1.10 |
| 11/05/20 | SKL | Finalize review of updates made to the Restructuring Professional fee tracker in preparations to update the Purdue 13-week cash forecast. | 1.50 |
| 11/05/20 | SKL | Finalize review of updates made to the Retained Professional fee tracker in preparations to update the Purdue 13-week cash forecast. | 1.00 |
| 11/05/20 | SKL | Create accounts payable release file. | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Cash Management
Client/Matter #         012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 11/05/20 | JD | Review correspondence re: open cash forecast questions. | 0.20 |
| 11/06/20 | SKL | Create accounts payable release file. | 0.70 |
| 11/06/20 | LTN | Review feedbacks provided by R. Brown, C. Hobbick and T. Gabriele (all Purdue) and updated the cash report week ended 10/30 accordingly | 1.30 |
| 11/06/20 | LTN | Continue updating the latest Purdue & Rhodes forecast to actual variance analysis for week ended 10.30 | 1.40 |
| 11/06/20 | LTN | Prepare slides for the cash actual report for the week ended 10/30 | 0.90 |
| 11/09/20 | LTN | Finalize deck for the weekly cash report for week ended 10.30 and circulate for the internal review | 1.70 |
| 11/09/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to discuss latest updates re: week ended 10/30 cash report. | 0.70 |
| 11/09/20 | LTN | Begin updating the latest 13-week cash forecast as of 11/06 and carry forward all cash summaries for Purdue | 2.00 |
| 11/09/20 | LTN | Download AR data from SAP and update the receipts section of Purdue and Rhodes 13-week cash forecast as of 11/06 | 1.40 |
| 11/09/20 | LTN | Download AP data from SAP and update the expenses of Purdue and Rhodes 13-week cash forecast as of 11/06 | 1.70 |
| 11/09/20 | LTN | Prepare the customer receipts section of the Purdue 13 week cash forecast based on the latest sales forecast provided by J. Knight (Purdue) | 1.30 |
| 11/09/20 | HSB | Review weekly cash report prepared by L. Nguyen (AlixPartners) for week ended 10/30/2020 along with underlying excel worksheet | 0.80 |
| 11/09/20 | SKL | Create accounts payable release file. | 0.70 |
| 11/09/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to discuss latest updates re: week ended 10/30 cash report. | 0.70 |
| 11/09/20 | SKL | Review latest quarterly UST fee calculation and circulate | 0.40 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | per UST request. | |
| 11/09/20 | SKL | Review and reconcile latest list of open cash inquiries and prepare updated breakdown and request to R. Brown (Purdue). | 1.40 |
| 11/09/20 | SKL | Review and reconcile latest OCP cash transactions and provided updated list of open items to C. MacDonald (Purdue). | 0.60 |
| 11/09/20 | SKL | Review and finalize remaining updates to the week ended 10/30 cash report and circulate internally for final sign-off. | 2.30 |
| 11/09/20 | SKL | Review latest critical vendor updates and circulate follow-up request to R. Haberlin (Purdue) for final sign-off. | 0.50 |
| 11/09/20 | JD | Review draft cash report from last week. | 0.40 |
| 11/10/20 | SKL | Finalize updates to the week ended 10/30 cash report based on latest feedback received and re-circulated for final sign-off. | 1.30 |
| 11/10/20 | SKL | Review and reconcile latest MCO rebate tracker provided by D. Krishan (Purdue) and update the Purdue cash forecast accordingly. | 1.70 |
| 11/10/20 | SKL | Review the latest EastWest cash transaction report provided by T. Gabriele (Purdue) and update categorizations accordingly. | 2.20 |
| 11/10/20 | SKL | Review latest IAC cash activity and update the Purdue and Rhodes IAC cash summaries based on the latest feedback provided by R. Brown (Purdue). | 1.30 |
| 11/10/20 | SKL | Create accounts payable release file. | 0.70 |
| 11/10/20 | LTN | Finalize the latest retained professional fee applications and update the Purdue 13-week cash forecast as of 11/06 | 1.70 |
| 11/10/20 | LTN | Prepare the operating expense section of Purdue 13-week cash forecast as of 11/06 | 1.90 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Cash Management
Client/Matter #      012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 11/10/20 | LTN | Finalize updates to the customer receipts section of the Purdue forecast as of 11/06 | 1.40 |
| 11/10/20 | LTN | Prepare the IAC receipts and IAC disbursements section of the Purdue forecast as of 11/06 | 1.90 |
| 11/10/20 | LTN | Finalize the latest restructuring fee applications and update the Purdue 13-week cash forecast as of 11/06 | 2.00 |
| 11/11/20 | LTN | Begin updating the latest 13-week cash forecast as of 11/06 and carry forward all cash balances for Rhodes | 2.50 |
| 11/11/20 | LTN | Update the Operating section of the Rhodes 13-week cash forecast as of 11/06 | 1.80 |
| 11/11/20 | LTN | Update the customer receipts section of the Rhodes 13-week cash forecast as of 11/06 | 1.50 |
| 11/11/20 | LTN | Update the IAC receipts and IAC disbursements section of the Rhodes 13-week cash forecast | 2.00 |
| 11/11/20 | SKL | Create accounts payable release file. | 0.70 |
| 11/11/20 | SKL | Review and reconcile the latest Paysource cash transaction report and update the cash transactions accordingly. | 1.90 |
| 11/11/20 | SKL | Review latest customer rebate payments and update and footnote the latest weekly cash report accordingly. | 1.40 |
| 11/11/20 | SKL | Review the Operating Expense and Customer Receipt section of the latest Purdue 13-week cash forecast and provide updates and feedback accordingly. | 2.10 |
| 11/11/20 | JD | Review updated cash forecast to actual analysis. | 0.20 |
| 11/12/20 | SKL | Prepare for and participate in meeting with H. Benson and B. Sielert (Purdue) re: AP review process. | 0.90 |
| 11/12/20 | SKL | Finalize remaining updates to the week ended 11/06 cash report and circulate list of open items to R. Brown (Purdue) for additional info and feedback. | 2.00 |
| 11/12/20 | SKL | Review and reconcile IAC summaries in the latest Purdue | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Cash Management
Client/Matter #     012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | and Rhodes cash forecast and provided updates and feedback accordingly. | |
| 11/12/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest sales forecast provided by J. Knight (Purdue). | 0.50 |
| 11/12/20 | SKL | Create accounts payable release file. | 0.70 |
| 11/12/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest sales forecast provided by J. Knight (Purdue) | 0.50 |
| 11/12/20 | HSB | Review relevant sections of advisory firms' engagement letters and fee applications for purposes of determining certain estimates for 13-week cash forecasts | 0.80 |
| 11/12/20 | HSB | Review latest version of minimum cash calculation. | 0.20 |
| 11/12/20 | HSB | Review case professional fee forecast spreadsheet for purposes of determining certain estimates for 13-week cash forecasts | 0.30 |
| 11/13/20 | LTN | Continue to update other sections of the Purdue 13-week cash forecast as of 11/06 and finalize the cash summaries | 2.40 |
| 11/13/20 | LTN | Continue to update other sections of the Rhodes 13 week cash forecast as of 11/06 and finalize the cash summaries | 1.50 |
| 11/13/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest updates and feedback re: Purdue and Rhodes 13-week forecasts | 1.50 |
| 11/13/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest updates and feedback re: Purdue and Rhodes 13-week forecasts. | 1.50 |
| 11/13/20 | SKL | Create accounts payable release file. | 0.70 |
| 11/13/20 | SKL | Review and reconcile latest fee applications filed on the docket and update and finalize the restructuring professional forecast accordingly. | 2.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/13/20 | SKL | Review and reconcile latest fee applications filed on the docket and update and finalize the retained professional forecast accordingly. | 2.10 |
| 11/13/20 | SKL | Finalize review of the Rhodes cash forecast and provide updated feedback and comments accordingly. | 1.40 |
| 11/16/20 | SKL | Create accounts payable release file. | 0.70 |
| 11/16/20 | SKL | Meeting with D. Krishan (Purdue) and S. Lemack, L. Nguyen (both AlixPartners) to review and discuss the latest MRO rebate tracker. | 0.40 |
| 11/16/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest updates to the Purdue 13-week cash forecast. | 1.40 |
| 11/16/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to continue to finalize updates to the Operating Expense piece of the Purdue cash forecast. | 0.80 |
| 11/16/20 | SKL | Review and reconcile latest MRO rebate tracker provided by D. Krishan (Purdue) and prepare updates to the Purdue cash forecast accordingly. | 1.90 |
| 11/16/20 | SKL | Review and reconcile latest contract cure inquiry provided by H. Benson (Purdue) and circulate update accordingly. | 0.50 |
| 11/16/20 | SKL | Review the Operating Expense section of the Rhodes cash forecast and provide updated edits and comments. | 1.00 |
| 11/16/20 | LTN | Review the latest rebates tracker provided by D. Krishnan (Purdue) and updated the 13-week cash forecast | 1.60 |
| 11/16/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest updates to the Purdue 13-week cash forecast. | 1.40 |
| 11/16/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to continue to finalize updates to the Operating Expense piece of the Purdue cash forecast. | 0.80 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Cash Management
Client/Matter #         012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/16/20 | LTN | Finalize the latest 13 week cash forecast beginning 11/06 for Purdue based on feedback and prepared the deck | 2.30 |
| 11/16/20 | LTN | Finalize the latest 13 week cash forecast beginning 11/06 for Rhodes based on feedback and prepared the deck | 2.00 |
| 11/16/20 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 11/13 cash report | 1.50 |
| 11/16/20 | LTN | Meeting with D. Krishan (Purdue) and S. Lemack, L. Nguyen (both AlixPartners) to review and discuss the latest MRO rebate tracker. | 0.40 |
| 11/17/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review latest updates to the Rhodes cash forecast and make updates accordingly | 0.70 |
| 11/17/20 | LTN | Prepare the latest Purdue forecast to actual variance analysis for week ended 11/06 and finalized the weekly cash report deck | 1.80 |
| 11/17/20 | LTN | Prepare the latest Rhodes forecast to actual variance analysis for week ended 11/06 and finalized the weekly cash report deck | 0.90 |
| 11/17/20 | LTN | Prepare the latest 13 week cash forecast vs actual summaries, finalized the deck and circulate for internal sign-off | 1.50 |
| 11/17/20 | HSB | Review 13-week cash forecast prepared by L. Nguyen (AlixPartners) | 0.80 |
| 11/17/20 | SKL | Review latest updated provided by B. Shank (Purdue) re: Customer Deposits and update the Purdue cash forecast accordingly. | 1.20 |
| 11/17/20 | SKL | Review and reconcile the latest Purdue and Rhodes cash forecasts and prepare list of updates and edits. | 1.30 |
| 11/17/20 | SKL | Review and reconcile bank account balance info and finalize updated file for the October Monthly Operating | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Cash Management
Client/Matter #              012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Report. | |
| 11/17/20 | SKL | Review and reconcile latest cash activity and finalize monthly disbursements and receipts report for the October Monthly Operating Report. | 1.90 |
| 11/17/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review latest updates to the Rhodes cash forecast and make updates accordingly. | 0.70 |
| 11/17/20 | SKL | Create accounts payable release file. | 0.80 |
| 11/17/20 | JD | Review latest 13 week cash flow forecast prepared by L. Nguyen and S. Lemack (both AlixPartners). | 0.50 |
| 11/18/20 | JD | Review updated 13 week cash flow forecast. Correspondence with H. Bhattal, S. Lemack and L. Nguyen (all AlixPartners) re: same. | 0.80 |
| 11/18/20 | SKL | Create accounts payable release file. | 0.70 |
| 11/18/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to finalize updates to the Purdue and Rhodes cash forecasts before circulating. | 0.90 |
| 11/18/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review feedback and comments provided re: Purdue and Rhodes cash forecast and begin updating accordingly. | 0.70 |
| 11/18/20 | SKL | Review and reconcile latest feedback re: third quarter professional interim fee statements and circulate update accordingly. | 0.90 |
| 11/18/20 | SKL | Finalize review of Rhodes cash forecast and circulate update accordingly re: Rhodes customer rebates. | 1.90 |
| 11/18/20 | SKL | Prepare update to the latest critical vendor inquiry and circulate updated status to the Rhodes team accordingly. | 0.60 |
| 11/18/20 | SKL | Review latest feedback and comments re: forecast-to-actuals variances and circulate updated accordingly. | 0.70 |
| 11/18/20 | HSB | Cash forecast discussion with H. Bhattal and L. Nguyen | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                       Cash Management
Client/Matter #           012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (both AlixPartners) | |
| 11/18/20 | HSB | Review year to date actual results versus cash forecasts | 0.30 |
| 11/18/20 | LTN | Prepare the Purdue and Rhodes cash summaries for the week ended 11/13 cash actual report | 1.60 |
| 11/18/20 | LTN | Update the latest Paysource cash transaction report and categorized for the week ended 11/13 cash report | 1.80 |
| 11/18/20 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 11/13 cash report | 1.50 |
| 11/18/20 | LTN | Review the docket to calculate the latest KEIP and KERP and updated the payroll and benefits section of the cash forecast | 0.80 |
| 11/18/20 | LTN | Cash forecast discussion with H. Bhattal and L. Nguyen (both AlixPartners) | 1.20 |
| 11/18/20 | LTN | Update the 3rd interim fee applications from the docket to the restructuring fee tracker | 1.50 |
| 11/18/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review feedback and comments provided re: Purdue and Rhodes cash forecast and begin updating accordingly. | 0.70 |
| 11/18/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to finalize updates to the Purdue and Rhodes cash forecasts before circulating | 0.90 |
| 11/18/20 | LTN | Update the 3rd interim fee applications from the docket to the retained professional fee tracker | 0.90 |
| 11/19/20 | LTN | Correspondence with J. Lowne (Purdue) reg KEIP payments and updated the forecast based on his feedback | 0.30 |
| 11/19/20 | LTN | Finalize the 13 week cash forecast beginning 11/06 and the deck based on internal feedback and circulate for sign-off | 2.10 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/19/20 | LTN | Review the latest feedback by provided by Purdue re: rebates, IAC transactions and updated the week ended 11/13 cash report | 1.40 |
| 11/19/20 | HSB | Review latest changes to 13-week cash forecast prepared by L. Nguyen (AlixPartners) | 0.10 |
| 11/19/20 | SKL | Review latest feedback and comments re: minimum cash analysis and prepare updated analysis accordingly. | 1.80 |
| 11/19/20 | SKL | Create accounts payable release file. | 0.60 |
| 11/19/20 | JD | Review revised and final 13 week cash flow forecast. | 0.20 |
| 11/20/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review final updates to the Purdue cash forecast and finalize updates accordingly. | 0.40 |
| 11/20/20 | SKL | Finalize remaining updates to the Purdue cash forecast and forecast-to-actuals and circulate update accordingly for final review and feedback. | 2.40 |
| 11/20/20 | SKL | Finalize remaining updates to the Rhodes cash forecast and forecast-to-actuals and circulate update accordingly for final review and feedback. | 1.90 |
| 11/20/20 | LTN | Finalize the deck for the weekly cash report for week ended 11/06 and circulate for the internal sign-off | 1.20 |
| 11/20/20 | LTN | Prepare the latest Purdue forecast to actual variance analysis for week ended 11/13 and finalized the weekly cash report deck | 2.30 |
| 11/20/20 | LTN | Prepare the latest Rhodes forecast to actual variance analysis for week ended 11/13 and finalized the weekly cash report deck | 1.60 |
| 11/20/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review final updates to the Purdue cash forecast and finalize updates accordingly. | 0.40 |
| 11/23/20 | LTN | Update the latest EastWest cash transaction report and | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | categorized for the week ended 11/20 cash report | |
| 11/23/20 | LTN | Update the latest Paysource cash transaction report and categorized for the week ended 11/20 cash report | 1.90 |
| 11/23/20 | LTN | Finalize the weekly cash report for week ended 11/13 and the deck based on internal feedback and circulate for CFO review | 2.00 |
| 11/23/20 | LTN | Prepare the Purdue and Rhodes cash summaries for the week ended 11/20 cash actual report | 1.10 |
| 11/23/20 | LTN | Reconcile the latest Purdue investment activities and updated the weekly cash report for week ended 11/20 | 1.00 |
| 11/23/20 | LTN | Prepare a list of transaction inquiries to various Purdue teams and updated their feedback to the week ended 11/20 cash report | 1.10 |
| 11/23/20 | HSB | Discussion with H. Bhattal, S. Lemack (both AlixPartners) re: Purdue cash requirement. | 0.10 |
| 11/23/20 | HSB | Review weekly cash report prepared by L. Nguyen (AlixPartners) for week ended 11/06/2020 | 0.40 |
| 11/23/20 | HSB | Review weekly cash report prepared by L. Nguyen (AlixPartners) for week ended 11/13/2020 | 0.40 |
| 11/23/20 | SKL | Discussion with H. Bhattal, S. Lemack (both AlixPartners) re: Purdue cash requirement. | 0.10 |
| 11/23/20 | SKL | Create accounts payable release file. | 0.90 |
| 11/23/20 | SKL | Prepare updated critical vendor breakdown and follow-up on outstanding request accordingly. | 0.20 |
| 11/23/20 | JD | Review and provide comments on latest cash forecast to actual reports. | 0.40 |
| 11/24/20 | SKL | Prepare updated breakdown of AHC payment detail post-filling per DPW request. | 1.10 |
| 11/24/20 | SKL | Create accounts payable release file. | 0.70 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100              **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/24/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review latest OCP date provided by C. MacDonald (Purdue) and prepare updated report accordingly | 1.20 |
| 11/24/20 | HSB | Review Weekly Sales Report | 0.20 |
| 11/24/20 | HSB | Review cash requirements analysis | 0.20 |
| 11/24/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review latest OCP date provided by C. MacDonald (Purdue) and prepare updated report accordingly | 1.20 |
| 11/24/20 | LTN | Prepare the latest Purdue forecast to actual variance analysis for week ended 11/20 and updated the weekly cash report deck | 2.20 |
| 11/24/20 | LTN | Prepare the latest Rhodes forecast to actual variance analysis for week ended 11/20 and updated the weekly cash report deck | 1.80 |
| 11/24/20 | LTN | Finalize the deck for the 11/13 weekly cash report and circulate for the internal sign-off | 1.50 |
| 11/24/20 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 11/20 cash report | 1.30 |
| 11/24/20 | JD | Review and provide comments on the latest cash forecast to actual report. | 0.40 |
| 11/24/20 | JD | Review initial draft Rhodes product analysis and comments from PJT. | 0.50 |
| 11/25/20 | HSB | Review weekly cash report prepared by L. Nguyen (AlixPartners) for week ended 11/20/2020 | 0.70 |
| 11/25/20 | HSB | Catch up with J. DelConte, S. Lemack and H. Bhattal (all AlixPartners) to review and discuss updates to the Min. Cash Analysis. | 0.40 |
| 11/25/20 | HSB | Review October OCP report. | 0.30 |
| 11/25/20 | SKL | Review and reconcile latest weekly sales by product | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | report provided by P. Phouthasone (Purdue) and prepare updated Rhodes weekly sales report accordingly. | |
| 11/25/20 | SKL | Review and reconcile latest weekly sales by product report provided by E. Nowakowski (Purdue) and prepare updated Purdue weekly sales report accordingly. | 0.70 |
| 11/25/20 | SKL | Prepare updated minimum cash analysis and circulate to J. Lowne (Purdue) and the PJT team prior to today's meeting. | 1.10 |
| 11/25/20 | SKL | Prepare updated scenarios for the Min. Cash Analysis based on the feedback provided and circulate updated file to J. DelConte (AlixPartners) and H. Bhattal (AlixPartners) accordingly. | 1.90 |
| 11/25/20 | SKL | Catch up with J. DelConte, S. Lemack and H. Bhattal (all AlixPartners) to review and discuss updates to the Min. Cash Analysis. | 0.40 |
| 11/25/20 | JD | Catch up with J. DelConte, S. Lemack and H. Bhattal (all AlixPartners) to review and discuss updates to the Min. Cash Analysis. | 0.40 |
| 11/30/20 | SKL | Create accounts payable release file. | 0.80 |
| 11/30/20 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 11/27 cash report | 1.90 |
| 12/01/20 | LTN | Prepare the Purdue and Rhodes cash summaries for the week ended 11.27 cash actual report | 1.30 |
| 12/01/20 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 11.27 cash report | 1.30 |
| 12/01/20 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 11.27 cash report | 2.00 |
| 12/01/20 | LTN | Review October Financial statement deck provided by E. Nowakowski (Purdue) and updated PPLP financials section | 2.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Cash Management
Client/Matter #     012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | for PEO monthly flash report |  |
| 12/01/20 | SKL | Create accounts payable release file. | 0.70 |
| 12/02/20 | SKL | Create accounts payable release file. | 0.80 |
| 12/02/20 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: updates to net sales analysis. | 0.10 |
| 12/02/20 | SKL | Call with J. Lowne (Purdue), J. Turner, T. Melvin, G. Sim (all PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: minimum cash and other open diligence requests. | 0.70 |
| 12/02/20 | JD | Call with J. Lowne (Purdue), J. Turner, T. Melvin, G. Sim (all PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: minimum cash and other open diligence requests. | 0.70 |
| 12/02/20 | LTN | Reconcile and update Rhodes financials section of the October PEO monthly flash report | 2.30 |
| 12/02/20 | LTN | Prepare the latest Purdue forecast to actual variance analysis for week ended 11.27 and updated the weekly cash report deck | 1.90 |
| 12/02/20 | LTN | Correspondence with E. Nowakowski (Purdue) re: Rx data of October statement deck for the monthly flash report and updated accordingly | 0.90 |
| 12/02/20 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: updates to net sales analysis. | 0.10 |
| 12/02/20 | HSB | Call with J. Lowne (Purdue), J. Turner, T. Melvin, G. Sim (all PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: minimum cash and other open diligence requests. | 0.70 |
| 12/03/20 | HSB | Working session with H. Bhattal, S. Lemack (both AlixPartners) re: cash requirements forecast methodology and analysis | 1.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #  012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/03/20 | LTN | Prepare the latest Rhodes forecast to actual variance analysis for week ended 11.27 and updated the weekly cash report deck | 1.70 |
| 12/03/20 | LTN | Review feedbacks from R. Brown, M. Santonastaso, C. Hobbick (all Purdue) re: open transactions and updated the WE 11.27 weekly cash report | 1.00 |
| 12/03/20 | LTN | Reconcile and update Adlon financials section of the October PEO monthly flash report | 1.80 |
| 12/03/20 | SKL | Working session with H. Bhattal, S. Lemack (both AlixPartners) re: cash requirements forecast methodology and analysis | 1.60 |
| 12/03/20 | SKL | Prepare and finalize updates to the cash requirements forecast following working session with H. Bhattal (AlixPartners). | 2.30 |
| 12/03/20 | SKL | Create accounts payable release file. | 0.70 |
| 12/04/20 | SKL | Continue to finalize the minimum cash forecasts based on the August business plan and prepared updated information request for E. Nowakowski (Purdue). | 2.10 |
| 12/04/20 | LTN | Reconcile and update Avrio financials section of the October PEO monthly flash report | 1.50 |
| 12/04/20 | LTN | Finalize the deck for the 10.23 weekly cash report and circulate for internal sign-off | 0.60 |
| 12/07/20 | LTN | Reconcile the latest IAC transactions and open items based on Purdue's feedback and prepared the updated IAC Summaries for WE 12.04 report | 1.00 |
| 12/07/20 | LTN | Reconcile the latest Purdue investment activities and updated the week ended 12.04 cash actual report | 0.70 |
| 12/07/20 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 12.04 cash report | 2.30 |
| 12/07/20 | LTN | Reconcile and categorize the latest Paysource cash | 1.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Cash Management
Client/Matter #      012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | transactions and updated the week ended 12.04 cash report |  |
| 12/07/20 | LTN | Prepare the Purdue and Rhodes cash summaries for the week ended 12.04 cash actual report | 1.40 |
| 12/07/20 | HSB | Review weekly cash report prepared by L. Nguyen (AlixPartners) (week ended 11/27/2020) | 0.60 |
| 12/07/20 | HSB | Review monthly Flash report prepared by L. Nguyen (AlixPartners) for October 2020 | 1.20 |
| 12/07/20 | HSB | Review Purdue board deck (for October 2020) | 0.50 |
| 12/07/20 | SKL | Create daily accounts payable release file. | 0.60 |
| 12/08/20 | SKL | Create daily accounts payable release file. | 0.60 |
| 12/08/20 | JD | Review latest weekly cash forecast to actual report. | 0.40 |
| 12/08/20 | LTN | Reconcile due diligence requests sent by third party and update the tracker | 2.90 |
| 12/08/20 | LTN | Reconcile Purdue's bank balances and interest incomes calculation for 2020 in response to queries from M. Atkinson (Province) | 2.00 |
| 12/08/20 | LTN | Prepare the latest Rhodes forecast to actual variance analysis for week ended 12.04 and updated the weekly cash report deck | 1.30 |
| 12/09/20 | LTN | Review feedback provided by R. Aleali (Purdue) and updated the October PEO flash report and circulate to Davis Polk team | 0.90 |
| 12/09/20 | SKL | Create daily accounts payable release file. | 0.80 |
| 12/10/20 | SKL | Create daily accounts payable release file. | 0.80 |
| 12/10/20 | HSB | Review weekly cash report prepared by L. Nguyen (AlixPartners) (week ended 121/04/2020) | 0.60 |
| 12/10/20 | LTN | Prepare the latest Purdue forecast to actual variance analysis for week ended 12.04 and updated the weekly | 2.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Cash Management
Client/Matter #      012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | cash report deck | |
| 12/11/20 | LTN | Finalize the weekly cash report for week ended 12.04 and the deck based on internal feedback and circulate for CFO review | 0.90 |
| 12/11/20 | LTN | Prepared the updated weekly sales reports as of 12.11 for Purdue and Rhodes provided by E. Nowakowski and P. Phouthasone (Purdue) | 1.50 |
| 12/14/20 | LTN | Update the latest 13-week cash forecast as of 12/06 and carry forward all cash summaries for Purdue | 1.80 |
| 12/14/20 | LTN | Download AR data from SAP, categorized and updated the Account Receivables section of Purdue 13-week cash forecast as of 12/11 | 1.80 |
| 12/14/20 | LTN | Download AP data from SAP, categorized and update the operating expense section of Purdue 13-week cash forecast as of 12/11 | 2.20 |
| 12/14/20 | LTN | Update the actual restructuring and retained professional fees of the last forecast 11.06 - 12.04 period to the tracker | 1.60 |
| 12/14/20 | SKL | Create daily accounts payable release file. | 0.70 |
| 12/14/20 | SKL | Prepared updated vendor AP breakdown and claim detail per H. Benson (Purdue) request. | 0.50 |
| 12/14/20 | JD | Review and provide comments on latest cash forecast to actual report. | 0.40 |
| 12/15/20 | SKL | Create daily accounts payable release file. | 0.70 |
| 12/15/20 | LTN | Reconcile the Purdue and Rhodes rebates vs the MCO tracker sent by D. Krishnan (Purdue) | 1.70 |
| 12/15/20 | LTN | Prepare the customer receipts section of the Purdue 13 week cash forecast beg 12.11 based on the latest sales forecast provided by J. Knight (Purdue) | 1.70 |
| 12/15/20 | LTN | Continue updates to the operating expense section of | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Purdue 13-week cash forecast beginning 12/11 | |
| 12/15/20 | LTN | Prepare the IAC receipts and IAC disbursements section of the Purdue forecast beginning 12/06 period | 1.80 |
| 12/15/20 | LTN | Review internal feedback, finalized updates to the weekly sales report as of 12.11 and circulated to CFO for signoff | 0.40 |
| 12/15/20 | LTN | Update the latest 13-week cash forecast as of 12/06 and carry forward all cash summaries for Rhodes entity | 1.40 |
| 12/15/20 | LTN | Prepare the rebates section of Purdue 13-week cash forecast beginning 12/11 | 1.50 |
| 12/16/20 | LTN | Review the latest application fees filed from the docket as of 12.16.20 and updated the Retained Professional tracker | 1.80 |
| 12/16/20 | LTN | Prepare the customer receipts section of the Rhodes 13-week cash forecast beginning 12/11 | 1.40 |
| 12/16/20 | LTN | Prepare the Operating expense section of the Rhodes 13-week cash forecast beginning 12/11 | 1.80 |
| 12/16/20 | LTN | Prepare the IAC receipts, disbursements and Legal section of the Rhodes 13-week cash forecast beginning 12/11 | 1.30 |
| 12/16/20 | LTN | Prepare the rebates section of Rhodes 13-week cash forecast beginning 12/11 | 1.30 |
| 12/16/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) re: latest updates to the cash activity section of the November MOR. | 0.70 |
| 12/16/20 | LTN | Review the latest application fees filed from the docket as of 12.16.20 and updated the Restructuring Professional tracker | 1.60 |
| 12/16/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) re: latest updates to the cash activity section of the November MOR. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re: Cash Management
Client/Matter # 012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/16/20 | SKL | Create daily accounts payable release file. | 0.80 |
| 12/16/20 | SKL | Review the latest Op. Ex. piece of the Purdue cash forecast and provide list of updates and open items accordingly. | 1.30 |
| 12/16/20 | SKL | Review the latest Sales Forecast and Customer Receipts piece of the Purdue cash forecast and provide list of updates and open items accordingly. | 1.00 |
| 12/16/20 | SKL | Review and reconcile the Purdue rebate forecast provided by D. Krishan (Purdue) and implement updates into the Purdue cash forecast. | 2.10 |
| 12/16/20 | SKL | Review latest vendor AP and claim inquiry provided by H. Benson (Purdue) and circulate update accordingly. | 0.50 |
| 12/17/20 | SKL | Create daily accounts payable release file. | 0.70 |
| 12/17/20 | JD | Review November month end bank account statements. | 0.30 |
| 12/17/20 | LTN | Prepare the Cash summaries section of the Rhodes 13-week cash forecast beginning 12/11 | 1.40 |
| 12/17/20 | LTN | Prepare the Purdue and Rhodes cash summaries for the week ended 12.11 cash actual report | 0.90 |
| 12/17/20 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 12.11 cash report | 1.70 |
| 12/17/20 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 12.11 cash report | 1.80 |
| 12/17/20 | LTN | Prepare the cash summaries section of the Purdue 13 week cash forecast beginning 12/11 | 1.60 |
| 12/18/20 | LTN | Finalize the Purdue 13 week cash forecast beginning 12/11and circulated for internal review | 2.50 |
| 12/18/20 | SKL | Review the latest Rhodes cash forecast and prepare list of updates and open items re: Operating Expenses. | 1.90 |
| 12/18/20 | SKL | Finalize review of latest Purdue forecast and provided | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Cash Management
Client/Matter #      012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | updated list of open items to L. Nguyen (AlixPartners) accordingly. | |
| 12/21/20 | SKL | Meeting with s. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest updates to the Purdue cash forecast. | 0.60 |
| 12/21/20 | SKL | Finalize review of Purdue cash forecast and circulate updates to L. Nguyen (AlixPartners) to review and discuss. | 1.40 |
| 12/21/20 | SKL | Create daily accounts payable release file. | 0.70 |
| 12/21/20 | LTN | Review the latest retained professional fee applications from the docket and updated the retained fee tracker | 1.00 |
| 12/21/20 | LTN | Review feedbacks from R. Brown, M. Santonastaso, C. Hobbick (all Purdue) re: open transactions and updated the WE 12.11 weekly cash report | 0.90 |
| 12/21/20 | LTN | Prepare the latest Rhodes forecast to actual variance analysis for week ended 12.11 and updated the weekly cash report deck | 1.00 |
| 12/21/20 | LTN | Prepare the latest 13 week cash forecast vs actual summaries for Purdue and Rhodes and explained the variances | 1.20 |
| 12/21/20 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 12.11 cash report | 1.10 |
| 12/21/20 | LTN | Revise the customer receipts section of the Purdue 13 week cash forecast beg 12.11 based on the latest sales forecast provided by J. Knight (Purdue) | 0.30 |
| 12/21/20 | LTN | Review the latest restructuring professional fee applications from the docket and updated the restructuring fee tracker | 1.70 |
| 12/21/20 | LTN | Prepare the deck for Purdue and Rhodes 13w cash forecast beginning week 12.11 | 2.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Cash Management
Client/Matter #      012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/21/20 | LTN | Prepare the latest Purdue forecast to actual variance analysis for week ended 12.11 and updated the weekly cash report deck | 1.50 |
| 12/21/20 | LTN | Meeting with s. Lemack, L. Nguyen (both AlixPartners) to review and discuss latest updates to the Purdue cash forecast. | 0.60 |
| 12/22/20 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 12.18 cash report | 1.90 |
| 12/22/20 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 12.18 cash report | 1.70 |
| 12/22/20 | SKL | Create daily accounts payable release file including contract cures related to the Rhodes Tech sale. | 1.50 |
| 12/22/20 | SKL | Finalize review of the Rhodes cash forecast and circulate updates and comments to L. Nguyen (AlixPartners) to review and discuss. | 2.20 |
| 12/22/20 | SKL | Meeting with S. Daniel and H. Benson (both Purdue) to review and discuss latest updated re: Avrio outstanding invoices. | 0.60 |
| 12/22/20 | JD | Initial review of updated 13 week cash flow forecast. | 0.50 |
| 12/23/20 | JD | Correspondence with J. Lowne (Purdue) and L. Nguyen, S. Lemack (both AlixPartners) re: latest cash flow forecast. | 0.30 |
| 12/23/20 | SKL | Meeting with H. Benson (Purdue) to review and discuss latest updates and proposals to the invoice review process. | 0.50 |
| 12/23/20 | SKL | Create daily accounts payable release file. | 0.60 |
| 12/23/20 | SKL | Call with S. Lemack, L. Nguyen (both AlixPartners) re: payroll expense for Rhodes forecast | 0.60 |
| 12/23/20 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) re: | 1.50 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Cash Management
Client/Matter #         012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | updates to accounts payable procedures | |
| 12/23/20 | LTN | Review the year-end payment schedule for restructuring and retained professional fees provided by C. MacDonald (Purdue) and updated the tracker accordingly | 1.90 |
| 12/23/20 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 12.18 cash actuals report | 1.00 |
| 12/23/20 | LTN | Review the accelerated KERP and LTRP payment schedules provided by (Purdue) and updated the latest cash forecast | 1.90 |
| 12/23/20 | LTN | Call with S. Lemack, L. Nguyen (both AlixPartners) re: payroll expense for Rhodes forecast | 0.60 |
| 12/23/20 | LTN | Review the severance data for Rhodes Tech provided by C. DeStefano (Purdue) and updated the latest cash forecast | 2.40 |
| 12/23/20 | HSB | Review draft of 13-week cash flow forecast and provided comments to L. Nguyen (AlixPartners) | 0.90 |
| 12/23/20 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) re: updates to accounts payable procedures | 1.50 |
| 12/24/20 | HSB | Review revised draft of 13-week cash flow forecast | 0.20 |
| 12/24/20 | HSB | Calls with H. Bhattal, L. Nguyen (both AlixPartners) re: cash forecasts | 0.30 |
| 12/24/20 | HSB | Review revised cash flow forecasts prepared by L. Nguyen (AlixPartners) | 0.40 |
| 12/24/20 | LTN | Calls with H. Bhattal, L. Nguyen (both AlixPartners) re: cash forecasts | 0.30 |
| 12/24/20 | LTN | Review cash balances and activities and correspondence to J. Lowne (Purdue) re: cash forecast vs actual reports | 1.50 |
| 12/24/20 | LTN | Call with S. Lemack, L. Nguyen (both AlixPartners) re: cash forecast updates | 1.00 |

# **AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/24/20 | LTN | Review feedback by H. Bhattal (AlixPartners) and revised the 13 week cash forecast beginning 12.11 and circulated for CFO review | 2.20 |
| 12/24/20 | SKL | Call with S. Lemack, L. Nguyen (both AlixPartners) re: cash forecast updates | 1.00 |
| 12/28/20 | SKL | Review latest feedback and comments on the 13-week cash forecast re: customer rebates, and provide updates to the 13-week cash forecast accordingly. | 1.70 |
| 12/28/20 | SKL | Review latest feedback and comments on the 13-week cash forecast re: operating expenses and provide updates to the 13-week cash forecast accordingly. | 1.60 |
| 12/28/20 | SKL | Morning meeting with S. Lemack, L. Nguyen (both AlixPartners) to review latest feedback to the 13-week cash forecast and prepare updates accordingly. | 0.70 |
| 12/28/20 | SKL | Follow-up afternoon meeting with S. Lemack, L. Nguyen (both AlixPartners) to continue review of latest feedback to the 13-week cash forecast and prepare updates accordingly | 2.70 |
| 12/28/20 | LTN | Morning meeting with S. Lemack, L. Nguyen (both AlixPartners) to review latest feedback to the 13-week cash forecast and prepare updates accordingly. | 0.70 |
| 12/28/20 | LTN | Follow-up afternoon meeting with S. Lemack, L. Nguyen (both AlixPartners) to continue review of latest feedback to the 13-week cash forecast and prepare updates accordingly | 2.70 |
| 12/28/20 | LTN | Prepare the Purdue and Rhodes cash summaries for the week ended 12.18 cash actuals report | 1.70 |
| 12/28/20 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 12.18 and updated the weekly cash actuals report deck | 1.20 |
| 12/28/20 | LTN | Prepare the latest Purdue forecast to actuals variance | 1.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | analysis for week ended 12.18 and updated the weekly cash actuals report deck | |
| 12/28/20 | HSB | Review cash forecast analysis prepared by  in response to comments from J. Lowne (Purdue) | 0.40 |
| 12/28/20 | JD | Review materials and analysis bridging the last two cash forecasts. Correspondence with S. Lemack (AlixPartners) re: same. | 0.80 |
| 12/29/20 | JD | Review materials from the company re: end of year cash payments. | 0.30 |
| 12/29/20 | HSB | Meeting with H. Bhattal, A. Lemack (both AlixPartners) to discuss latest updates and open items related to the 13-week cash forecast. | 0.40 |
| 12/29/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review final comments and feedback re: 13-week cash forecast and finalize updates accordingly. | 0.60 |
| 12/29/20 | LTN | Prepare the Purdue and Rhodes cash summaries for the week ended 12.25 cash actuals report | 1.40 |
| 12/29/20 | LTN | Finalize the 13 week cash forecast beginning 12.11 based on J. Lowne (Purdue) feedback and circulated to Davis Polk team for upload | 1.50 |
| 12/29/20 | LTN | Review the latest allocation fees application payable to AHC professionals and updated the restructuring fee tracker | 1.00 |
| 12/29/20 | LTN | Reconcile the latest year-end payment schedule to restructuring and retained professionals provided by C. MacDonald (Purdue) and updated the tracker and cash forecast | 1.40 |
| 12/29/20 | LTN | Finalize the latest East West statement and Paysource cash transactions and updated the week ended 12.25 cash report | 1.90 |
| 12/29/20 | LTN | Reconcile the latest IAC transactions and prepared the | 0.80 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                F 214.647.7501
Dallas, TX 75201          alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | updated IAC Summaries for week ended 12.25 cash actuals report | |
| 12/29/20 | SKL | Finalize updates to the cash forecast bridge analysis and circulate internally and to J. Lowne (Purdue) accordingly. | 2.10 |
| 12/29/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to review final comments and feedback re: 13-week cash forecast and finalize updates accordingly. | 0.60 |
| 12/29/20 | SKL | Prepare updates to the Operating Expense and Customer Rebate section of the Purdue cash forecast based on the latest feedback and comments provided by J. Lowne (Purdue). | 1.90 |
| 12/29/20 | SKL | Finalize review of the latest Purdue and Rhodes cash forecasts and circulate deck for final review. | 1.60 |
| 12/29/20 | SKL | Meeting with H. Bhattal, A. Lemack (both AlixPartners) to discuss latest updates and open items related to the 13-week cash forecast. | 0.40 |
| 12/30/20 | SKL | Create accounts payable release file. | 0.80 |
| 12/30/20 | JD | Review latest weekly forecast to actual report. | 0.40 |
| 12/30/20 | LTN | Review the OCP data provided by C. MacDonald (Purdue) and prepared the OCP report for the November services | 1.70 |
| 12/30/20 | HSB | Review cash flow forecast (week ended 12/11/2020) prepared by L. Nguyen (AlixPartners) | 0.50 |
| 01/04/21 | LTN | Review feedback provided by R. Brown, C. Hobbick, T. Gabriele, and M. Jack (Purdue) re: open transactions for the w.e 12.25 and updated the weekly cash actuals report | 1.20 |
| 01/04/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 01.01 cash report | 1.50 |
| 01/04/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 01.01 cash report | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Cash Management
Client/Matter #     012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 01/04/21 | LTN | Reconcile the latest Purdue investment activities files for w.e 01.01.2021 and updated the December weekly cash ending balances | 0.90 |
| 01/04/21 | LTN | Prepare the Purdue and Rhodes cash summaries for the week ended 1.1.2021 cash actuals report | 1.60 |
| 01/04/21 | SKL | Create accounts payable release file and review payments made. | 0.50 |
| 01/05/21 | SKL | Review latest cash report and forecast-to-actual variances and provide updated notes and feedback accordingly. | 1.70 |
| 01/05/21 | SKL | Create accounts payable release file and review payments made. | 0.80 |
| 01/05/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 12.25 and updated the weekly cash report deck | 1.70 |
| 01/05/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 12.25 and updated the weekly cash report deck | 1.50 |
| 01/05/21 | LTN | Finalize the weekly cash actuals deck for w.e 12.25 based on internal feedback and circulated for CFO review | 1.00 |
| 01/05/21 | LTN | Review November Financial statement deck provided by E. Nowakowski (Purdue) and updated PPLP financials section for PEO monthly flash report | 2.30 |
| 01/05/21 | HSB | Review cash flow forecast w.e 12.18.2020 prepared by L. Nguyen (AlixPartners) | 0.50 |
| 01/05/21 | JD | Review and provide comments on the latest cash forecast to actual report. | 0.40 |
| 01/06/21 | HSB | Review weekly cash flow forecasts for w.e. 12.25.20 and 01.01.21 prepared by L. Nguyen (AlixPartners) | 0.90 |
| 01/06/21 | LTN | Reconcile and update Adlon and Avrio Health financials section of the November PEO monthly flash report | 2.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Cash Management
Client/Matter #     012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/06/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 01.01.2021 and updated the weekly cash report deck | 1.40 |
| 01/06/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 01.01.2021 and updated the weekly cash report deck | 1.80 |
| 01/06/21 | LTN | Finalize the weekly 01.01 cash actuals report deck based on internal feedback and circulated for CFO review | 1.20 |
| 01/06/21 | LTN | Reconcile and update Rhodes financials section of the November PEO monthly flash report | 1.70 |
| 01/06/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 01.01 cash actuals report | 0.60 |
| 01/06/21 | SKL | Create accounts payable release file and review payments made. | 0.50 |
| 01/06/21 | JD | Review and comment on latest cash forecast to actual reports. | 0.50 |
| 01/06/21 | JD | Review updated forecast to actual cash reports. | 0.30 |
| 01/07/21 | JD | Call with B. Soper (Stretto) re: cash management options. | 0.50 |
| 01/07/21 | SKL | Create accounts payable release file and review payments made. | 0.40 |
| 01/08/21 | SKL | Create accounts payable release file and review payments made. | 0.80 |
| 01/08/21 | JD | Correspondence with J. Lowne (Purdue) and B. Soper (Stretto) re: cash management options. | 0.30 |
| 01/08/21 | LTN | Finalize the November PEO flash report and circulated for internal sign-off | 1.40 |
| 01/08/21 | HSB | Review November Flash Report prepared by L. Nguyen (AlixPartners) and provided comments for revisions | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 01/08/21 | HSB | Review the full November Board Report prepared by J. Lowne (Purdue) | 0.60 |
| 01/11/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 01.08 cash report | 1.80 |
| 01/11/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 01.08 cash report | 1.60 |
| 01/11/21 | SKL | Create accounts payable release file and review payments made. | 0.50 |
| 01/11/21 | SKL | Review latest prepetition invoice inquiry provided by H. Benson (Purdue) and circulate update accordingly. | 0.40 |
| 01/11/21 | SKL | Review latest prepetition payment inquiry provided by C. MacDonald (Purdue) and prepare update accordingly. | 0.60 |
| 01/12/21 | SKL | Create accounts payable release file and review payments made. | 0.60 |
| 01/12/21 | SKL | Call with S. Lemack, L. Nguyen (both AlixPartners) re: Purdue's 2021 budget request for the next cash forecast | 0.30 |
| 01/12/21 | LTN | Call with S. Lemack, L. Nguyen (both AlixPartners) re: Purdue's 2021 budget request for the next cash forecast | 0.30 |
| 01/12/21 | LTN | Revise the November PEO flash report based on the internal feedback and circulated for CFO review | 0.60 |
| 01/13/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries based on feedback from R. Brown (Purdue) for week ended 01.08 cash actuals report | 1.60 |
| 01/13/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 01.08.2021 and updated the weekly cash report deck | 1.60 |
| 01/13/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 01.08.2021 and updated the weekly cash report deck | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Cash Management
Client/Matter #  012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/13/21 | LTN | Prepare the Purdue and Rhodes cash summaries for the week ended 01.08.2021 cash actuals report | 1.00 |
| 01/13/21 | SKL | Create accounts payable release file and review payments made. | 0.50 |
| 01/13/21 | JD | Call with B. Soper (Stretto) re: cash management options. | 0.30 |
| 01/14/21 | SKL | Create accounts payable release file and review payments made. | 0.50 |
| 01/14/21 | LTN | Update the actual restructuring and retained professional fees of the last forecast 12.04.2020 - 01.08.2021 period to the tracker | 1.50 |
| 01/14/21 | HSB | Review weekly cash flow forecast for w.e 1.8.21 prepared by L. Nguyen (AlixPartners) | 0.60 |
| 01/14/21 | HSB | Review Purdue restricted cash schedule | 0.40 |
| 01/14/21 | JD | Review latest forecast to actual cash report. | 0.30 |
| 01/15/21 | JD | Call with J. Lowne (Purdue) re: board meeting prep. | 0.30 |
| 01/15/21 | LTN | Revise the 1.08 weekly cash report based on the internal feedback and circulated for CFO review | 1.30 |
| 01/15/21 | LTN | Update the restructuring fee tracker based on J. DelConte (AlixPartners) forecast | 0.90 |
| 01/15/21 | SKL | Create accounts payable release file and review payments made. | 0.60 |
| 01/15/21 | SKL | Review latest feedback provided re: updated Purdue and Rhodes budgets and circulate cash requests to E. Nowakowski (Purdue) and R. Haberlin (Purdue) accordingly. | 1.40 |
| 01/15/21 | SKL | Prepare updated vendor prepetition payment analysis and circulate breakdown accordingly per C. MacDonald (Purdue) request. | 0.80 |
| 01/16/21 | HSB | Review Purdue consolidated cash activity analysis in | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Cash Management |
| Client/Matter # | 012589.00103 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | response to a UCC request | |
| 01/18/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 01.15 cash report | 1.70 |
| 01/18/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 01.15 cash report | 1.80 |
| 01/18/21 | LTN | Format the cost files re: project Green due diligence requests to PEO standard | 0.70 |
| 01/18/21 | LTN | Review the latest application fees filed from the docket as of 01.15.21 and updated the Restructuring Professional tracker | 1.90 |
| 01/18/21 | LTN | Review the latest application fees filed from the docket as of 01.15.21 and updated the Retained Professional tracker | 0.90 |
| 01/19/21 | LTN | Download AP data from SAP, categorized and update the operating expense section of Purdue 13-week cash forecast beginning w.e 01.15.2021 | 2.00 |
| 01/19/21 | LTN | Download AR data from SAP, categorized and updated the Account Receivables section of Purdue 13-week cash forecast beginning w.e 01.15.2021 | 1.20 |
| 01/19/21 | LTN | Prepare the IAC receipts and IAC disbursements section of the Purdue forecast beginning 01.15 period | 1.50 |
| 01/19/21 | LTN | Reconcile the latest Purdue and Rhodes rebates vs the MCO tracker sent by D. Krishnan (Purdue) as of 01.15.2021 | 2.40 |
| 01/19/21 | LTN | Prepare the customer receipts section of the Purdue 13 week cash forecast beg 01.15 based on the latest sales forecast provided by J. Knight (Purdue) | 1.50 |
| 01/19/21 | LTN | Prepare the rebates section of Purdue 13-week cash forecast beginning 01.15 | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/19/21 | LTN | Begin updating the latest 13-week cash forecast beginning 01.15 and carry forward all cash summaries for Purdue | 1.70 |
| 01/19/21 | HSB | Prepare analysis with selected financial info from MORs based on request from Davis Polk | 1.30 |
| 01/19/21 | SKL | Create accounts payable release file and review payments made. | 0.60 |
| 01/20/21 | SKL | Create accounts payable release file and review payments made. | 0.50 |
| 01/20/21 | SKL | Review latest UST fee calculation and circulate updated analysis accordingly. | 0.80 |
| 01/20/21 | SKL | Review latest vendor inquiries provided by H. Benson (Purdue) and circulate critical vendor and claims detail accordingly. | 0.70 |
| 01/20/21 | LTN | Prepare the Purdue and Rhodes cash summaries for the week ended 01.15.2021 cash actuals report | 1.40 |
| 01/20/21 | LTN | Prepare the restructuring fee section of the Purdue 13-week cash forecast beginning 01.15 period | 1.60 |
| 01/20/21 | LTN | Update the latest 13-week cash forecast beginning w.e 01.15.2021 and carry forward all cash summaries for Rhodes entity | 1.80 |
| 01/20/21 | LTN | Prepare the cash summaries section of the Purdue 13 week cash forecast beginning 01.15 | 2.20 |
| 01/20/21 | LTN | Prepare the customer receipts section of the Rhodes 13-week cash forecast beginning 01.15 | 1.20 |
| 01/20/21 | LTN | Prepare the Operating expense section of the Rhodes 13-week cash forecast beginning 01.15.2021 | 1.80 |
| 01/20/21 | LTN | Prepare the IAC receipts, disbursements and Legal section of the Rhodes 13-week cash forecast beginning 01.15 | 1.10 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Cash Management
Client/Matter #    012589.00103

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 01/20/21 | LTN | Prepare the rebates section of Rhodes 13-week cash forecast beginning 01.15 period | 0.90 |
| 01/21/21 | LTN | Prepare the deck for Purdue and Rhodes 13 week cash forecast beginning w.e 01.15.2021 | 1.50 |
| 01/21/21 | LTN | Prepare the Purdue's restricted cash balance data requested by J. DelConte (AlixPartners) | 0.40 |
| 01/21/21 | LTN | Prepare the latest 13 week cash forecast vs actual summaries for Purdue and Rhodes and explained the variances | 1.20 |
| 01/21/21 | LTN | Prepare the Cash summaries section of the Rhodes 13-week cash forecast beginning 01.15 period | 1.60 |
| 01/21/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 01.15 cash actuals report | 1.10 |
| 01/21/21 | SKL | Create accounts payable release file and review payments made. | 0.60 |
| 01/22/21 | SKL | Create accounts payable release file and review payments made. | 0.60 |
| 01/22/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 01.15.2021 and updated the weekly cash report deck | 1.50 |
| 01/22/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 01.15.2021 and updated the weekly cash report deck | 1.20 |
| 01/25/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 01.22 cash report | 1.80 |
| 01/25/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 01.22 cash report | 1.60 |
| 01/25/21 | LTN | Reconcile the latest IAC transactions and prepared the | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Cash Management
Client/Matter #          012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | updated IAC Summaries for week ended 01.22 cash actuals report | |
| 01/25/21 | LTN | Prepare the Purdue and Rhodes cash summaries for the week ended 01.22.2021 cash actuals report | 0.70 |
| 01/25/21 | SKL | Create accounts payable release file and review payments made. | 0.50 |
| 01/25/21 | SKL | Review latest RT cure cost inquiry from W. DiNicola (Purdue) and prepare update accordingly. | 0.60 |
| 01/26/21 | SKL | Create accounts payable release file and review payments made. | 0.50 |
| 01/26/21 | JD | Review and provide comments on the latest cash flow forecast. | 1.00 |
| 01/26/21 | LTN | Revise the 13 week forecast based on the internal feedback | 1.70 |
| 01/27/21 | LTN | Update the Customer receipts section of the 13 week forecast based on the latest data sent by J. Knight (Purdue) and finalized the deck for CFO sign-off | 1.80 |
| 01/27/21 | HSB | Review 13-week cash forecast and related financial information prepared by L. Nguyen (AlixPartners) and provided comments | 1.20 |
| 01/27/21 | HSB | Review weekly cash report related commentary provided by L. Nguyen (AlixPartners) and also reviewed related financial information | 0.20 |
| 01/27/21 | JD | Review updated cash flow forecast model. | 0.30 |
| 01/27/21 | JD | Review and comment on latest third party diligence question list. | 0.30 |
| 01/27/21 | SKL | Create accounts payable release file and review payments made. | 0.40 |
| 01/28/21 | SKL | Create accounts payable release file and review payments made. | 0.60 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Cash Management
Client/Matter #          012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/28/21 | SKL | Call with L. Nguyen, S. Lemack (both AlixPartners) to review and discuss latest updates re: Purdue cash forecast. | 0.20 |
| 01/28/21 | HSB | Review comments and other financial info from J. Lowne (Purdue) on 13-week cash forecast prepared by L. Nguyen (AlixPartners) (AlixPartners) | 0.20 |
| 01/28/21 | LTN | Prepare the updated weekly sales reports as of 01.22 for Rhodes provided by P. Phouthasone (Purdue) | 1.00 |
| 01/28/21 | LTN | Correspondence with J. Lowne (Purdue) re: assumptions for the 13 week cash forecast beginning 01.15 | 2.00 |
| 01/28/21 | LTN | Review the OCP data provided by C. MacDonald (Purdue) and prepared the OCP report for the December 2020 services | 2.20 |
| 01/28/21 | LTN | Correspondence with Purdue and Rhodes team re: the 2021 budget data for the cash forecast | 0.90 |
| 01/28/21 | LTN | Call with L. Nguyen, S. Lemack (both AlixPartners) to review and discuss latest updates re: Purdue cash forecast. | 0.20 |
| 01/28/21 | JD | Call with B. Soper (Stretto) re: cash management options. | 0.20 |
| 01/29/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 01.22.2021 and updated the weekly cash report deck | 1.80 |
| 01/29/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 01.22.2021 and updated the weekly cash report deck | 1.30 |
| 01/29/21 | HSB | Review weekly cash report w.e 01.15.21 prepared by L. Nguyen (AlixPartners) | 0.70 |
| 01/29/21 | HSB | Review weekly cash report w.e 01.22.21 prepared by L. Nguyen (AlixPartners) | 0.60 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/29/21 | SKL | Create accounts payable release file and review payments made. | 0.80 |
| | | **Total** | **718.70** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Communication with Interested Parties
Client/Matter #          012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 10/05/20 | JD | Review latest diligence request from Province in relation to files being pulled together for the August business plan refresh. | 0.50 |
| 10/05/20 | JD | Review AG settlement response from the company for the UCC. | 0.40 |
| 10/05/20 | JD | Review request from the AHC for access to certain materials to share with their clients. | 0.30 |
| 10/05/20 | JD | Review request from Side B for access to data room materials. | 0.40 |
| 10/05/20 | JD | Call with M. Atkinson (Province) re: KEIP proposal. | 0.30 |
| 10/06/20 | ADD | Compile and prepare documents to send to the Davis Polk eDiscovery team for processing and upload to the data room. | 1.30 |
| 10/07/20 | ADD | Compile and prepare documents to send to the Davis Polk eDiscovery team for processing and upload to the data room. | 1.70 |
| 10/11/20 | JD | Correspondence with Davis Polk, Province and Willis Towers Watson re: diligence question from Province on KEIP/KERP analysis figures. | 0.50 |
| 10/11/20 | JD | Prepare annualized retention analysis and correspondence with Davis Polk and Willis Towers re: same. | 0.80 |
| 10/12/20 | JD | Review and provide comments on analysis from PJT re: request from M. Kesselman (Purdue) in response to open questions from state AGs. | 0.60 |
| 10/12/20 | JD | Check in on responses to open FTI diligence questions after FTI follow up. | 0.30 |
| 10/12/20 | ADD | Prepare diligence production for upload to the data room for the creditor committees' review. | 2.10 |
| 10/13/20 | ADD | Upload diligence production to the data room for the creditor committee's review. | 1.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Communication with Interested Parties
Client/Matter #         012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/13/20 | ADD | Prepare diligence production for upload to the data room for the creditor committees' review. | 1.20 |
| 10/13/20 | ADD | Review diligence request and follow up with outstanding items. | 1.30 |
| 10/14/20 | JD | Call with M. Burke, K. Borgerding, M. Patel (all BTCP Pharma), J. Leedy (Examoto), J. Ducharme, R. Fanelli, C. George, M. Kwarcinski, S. Daniel (all Purdue), J. Turner, T. Melvin (all PJT) re: REMS discussion. | 1.10 |
| 10/14/20 | JD | Review latest Nalmefene report to be shared with creditor advisors and correspondence with Purdue management and Davis Polk re: same. | 0.40 |
| 10/14/20 | JD | Review summary headcount breakdown from Skadden for discussions with DOJ. | 0.80 |
| 10/14/20 | JD | Correspondence with Skadden re: roster breakdown follow up questions. | 0.40 |
| 10/14/20 | JD | Review BTCP pharma slides in advance of call. | 0.30 |
| 10/15/20 | ADD | Research document data room productions and provide requested material to DPW. | 0.90 |
| 10/15/20 | ADD | Review information sharing protocol from creditor group and updated draft sharing tracker. | 0.60 |
| 10/16/20 | JD | Call with M. Diaz (FTI) re: KEIP/KERP. | 0.30 |
| 10/19/20 | JD | Call with S. Gilbert (Gilbert), K. Eckstein (Kramer Levin), S. Burian, G. Coutts (both Houlihan), J. Turner, T. Melvin (both PJT), M. Kesselman (Purdue), M. Huebner, E. Vonnegut, W. Curran, W. Taylor (all Davis Polk) re: post-emergence governance and tax discussions. | 1.10 |
| 10/19/20 | ADD | Search data room productions for documents requested by DPW | 0.60 |
| 10/20/20 | JD | Correspondence with Purdue and Davis Polk re: KEIP analysis and response. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Communication with Interested Parties
Client/Matter #   012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/22/20 | JD | Correspondence with FTI, Province, PJT and Purdue management re: pipeline planning call next week. | 0.40 |
| 10/23/20 | ADD | Review data room for document requested by FTI. | 0.30 |
| 10/26/20 | JD | Correspondence with FTI and Davis Polk re: Special Committee diligence materials. | 0.30 |
| 10/26/20 | JD | Correspondence with Province re: open KEIP diligence questions. | 0.30 |
| 10/26/20 | JD | Correspondence with A. DePalma (AlixPartners) and PJT re: open FTI pipeline diligence questions. | 0.40 |
| 10/27/20 | JD | Prepare for and participate in call with M. Diaz, B. Bromberg, E. Suric (all FTI), M. Atkinson, J. Crockett (both Province), L. Szlezinger, K. Sheridan (all Jefferies), G. Coutts, H. Schenk (both Houlihan), J. DelConte, H. Bhattal (both AlixPartners), J. Turner, R. Schnitzler, T. Melvin (all PJT), J. Lowne, V. Mancinelli, D. Fogel, R. Fanelli, M. Ronning, J. Ducharme (all Purdue) re: pipeline update. | 0.90 |
| 10/27/20 | JD | Review and provide comments on draft diligence responses from the company prior to the pipeline call. | 0.50 |
| 10/27/20 | HSB | Prepare for and participate in call with M. Diaz, B. Bromberg, E. Suric (all FTI), M. Atkinson, J. Crockett (both Province), L. Szlezinger, K. Sheridan (all Jefferies), G. Coutts, H. Schenk (both Houlihan), J. DelConte, H. Bhattal (both AlixPartners), J. Turner, R. Schnitzler, T. Melvin (all PJT), J. Lowne, V. Mancinelli, D. Fogel, R. Fanelli, M. Ronning, J. Ducharme (all Purdue) re: pipeline update. | 0.90 |
| 10/28/20 | ADD | Call with Davis Polk diligence team re: diligence requests. | 0.20 |
| 10/29/20 | ADD | Review outstanding diligence requests and request responsive materials. | 1.10 |
| 10/29/20 | JD | Correspondence with Province re: open diligence | 0.40 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100    F 214.647.7501
Dallas, TX 75201    alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                            Communication with Interested Parties
Client/Matter #                012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | questions. | |
| 10/29/20 | JD | Review presentation from the AHC advisors re: organizational structure. | 0.50 |
| 11/02/20 | JD | Call with K. McClay (Caplan), M. Kesselman (Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin (all PJT) re: PBC overview and discussion. | 1.20 |
| 11/02/20 | JD | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin, G. Sim (all PJT) and M. Kesselman (Purdue) re: MSGE pre-call. | 0.60 |
| 11/02/20 | ADD | Compile information requested by Davis Polk as part of the transfer diligence process. | 3.10 |
| 11/03/20 | JD | Review IMS data pulled together in response to diligence questions from FTI on Rhodes pipeline. | 0.60 |
| 11/05/20 | JD | Correspondence with Davis Polk and Purdue management re: KEIP/KERP proposal. | 0.20 |
| 11/05/20 | ADD | Prepare and upload documents provided by Davis Polk's eDiscovery team for creditor committee review. | 2.50 |
| 11/06/20 | ADD | Review and follow up with outstanding diligence requests. | 1.30 |
| 11/06/20 | JD | Correspondence with FTI re: HRT diligence questions. | 0.30 |
| 11/06/20 | JD | Provide professional fee estimates to R. Brown (Purdue) for updated month end accruals. | 0.40 |
| 11/09/20 | JD | Correspondence with Davis Polk and AlixPartners team re: compensation summaries pulled together during SOFA/SOAL and investigation work. | 0.30 |
| 11/09/20 | JD | Review GTN by product files requested by FTI prior to requesting additional diligence info from management. | 0.50 |
| 11/09/20 | JD | Review inbound proposal from third party and correspondence with Davis Polk and PJT re: same. | 0.50 |
| 11/09/20 | ADD | Research AHC diligence request for gross profit of | 1.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Communication with Interested Parties
Client/Matter #            012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |      | products data. |      |
| 11/10/20 | JD | Call with B. Bromberg, M. Diaz (both FTI), H. Schenk, G. Coutts (both Houlihan), T. Melvin, J. Turner, G. Sim (all PJT) re: business plan forecast adjustments. | 0.50 |
| 11/10/20 | JD | Review information provided by Rhodes for open FTI diligence questions. | 0.40 |
| 11/11/20 | JD | Correspondence with S. Lemack (AlixPartners) re: liquidation analysis. | 0.20 |
| 11/11/20 | ADD | Review outstanding Davis Polk diligence and follow up with client contacts. | 1.20 |
| 11/12/20 | ADD | Prepare and upload documents provided by Davis Polk's eDiscovery team to the data room for the creditor committee's review. | 1.50 |
| 11/12/20 | ADD | Review outstanding Davis Polk diligence request and compile responsive materials. | 2.00 |
| 11/12/20 | JD | Meeting with K. Eckstein, R. Ringer (both Kramer Levin), S. Gilbert (Gilbert), M. Diaz, B. Bromberg (both FTI), S. Burian, G. Coutts, H. Schenk (all Houlihan), M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Curran (all Davis Polk), S. Birnbaum (Dechert), J. O'Connell, J. Turner, T. Melvin (all PJT) re: governance and corporate structure brainstorming. | 2.40 |
| 11/13/20 | JD | Meeting with A. Preis, S. Brauner, M. Hurley (all Akin Gump), M. Atkinson (Province), L. Szlezinger (Jefferies), M. Huebner, E. Vonnegut, B. Kaminetzky, C. Duggan (all Davis Polk), S. Birnbaum (Dechert), M. Kesselman, R. Aleali (both Purdue), J. O'Connell, J. Turner (both PJT) re: UCC views on Sackler causes of action. | 1.60 |
| 11/16/20 | JD | Review correspondence from DPW and Purdue re: DOJ settlement and other third party discussions. | 0.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Communication with Interested Parties
Client/Matter #         012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 11/16/20 | JD | Review third party correspondence and materials provided. | 0.60 |
| 11/16/20 | JD | Correspondence with Davis Polk and PJT re: third party communications. | 0.30 |
| 11/16/20 | JD | Call with G. Coutts, S. Burian (both Houlihan), M. Diaz, B. Bromberg (both FTI), J. Turner, T. Melvin, R. Schnitzler (all PJT) re: go-forward business plan. | 0.80 |
| 11/18/20 | JD | Review updated third party diligence requests. | 0.30 |
| 11/19/20 | JD | Call with M. Atkinson (Province) re: third party discussions. | 0.20 |
| 11/19/20 | JD | Call with M. Huebner (Davis Polk) re: discussions with Province. | 0.10 |
| 11/19/20 | JD | Call with E. Vonnegut (Davis Polk) re: third party discussions. | 0.10 |
| 11/19/20 | JD | Correspondence with A. DePalma (AlixPartners) and Purdue management re: FTI diligence requests. | 0.30 |
| 11/19/20 | JD | Correspondence with Davis Polk, Purdue management and PJT re: third party discussions. | 0.50 |
| 11/20/20 | JD | Conversation with J. Turner, R. Schnitzler, T. Melvin (all PJT), G. Coutts (Houlihan), M. Diaz (FTI), M. Atkinson (Province), L. Szlezinger (Jefferies) and third party re: open questions. | 0.80 |
| 11/23/20 | JD | Call with D. Fogel, R. Haberlin, V. Mancinelli (all Purdue), T. Melvin (PJT) re: Rhodes data requests. | 0.40 |
| 11/23/20 | JD | Call with T. Melvin (PJT) re: Rhodes data requests. | 0.20 |
| 11/23/20 | JD | Correspondence with Davis Polk, PJT and Purdue management re: third party discussions. | 0.50 |
| 11/23/20 | JD | Review incoming diligence requests re: OTC in conjunction with information collected to date. | 0.40 |
| 11/23/20 | ADD | Review diligence requests, prepare responses and compile | 1.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Communication with Interested Parties
Client/Matter #          012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | responsive materials. | |
| 11/24/20 | ADD | Prepare Rhodes financial data summary schedule in response to creditor diligence request. | 1.50 |
| 11/24/20 | ADD | Review and update Purdue data room to save space for additional files. | 0.80 |
| 11/24/20 | ADD | Review RT contract list to identifying inactive and agreements expiring before year end. | 2.00 |
| 11/24/20 | ADD | Request internal legal approval to share agreements with Noramco. | 0.50 |
| 11/24/20 | ADD | Compile and prepare files to send to Davis Polk's eDiscovery team for processing and designation. | 0.70 |
| 11/24/20 | JD | Correspondence with PJT and S. Lemack and H. Bhattal (AlixPartners) re: diligence materials for third party requests. | 0.40 |
| 11/24/20 | JD | Call with M. Diaz, B. Bromberg (both FTI), G. Coutts, H. Schenk (both Houlihan), J. Turner, R. Schnitzler, T. Melvin, G. Sim (all PJT) re: business plan sensitivity. | 0.80 |
| 11/25/20 | ADD | Add new Committee members provided by Davis Polk's diligence team to the virtual data room. | 0.30 |
| 11/25/20 | ADD | Prepare materials provided by Davis Polk's eDiscovery team for upload to the data room for Creditor Committee review. | 0.90 |
| 11/25/20 | ADD | Upload materials provided by Davis Polk's eDiscovery team to the data room for Creditor Committee review. | 2.10 |
| 11/25/20 | ADD | Review RT contract list to identifying inactive and agreements expiring before year end. | 1.40 |
| 11/25/20 | ADD | Compile and prepare 2020 Rhodes Tech Spend data for vendor relationship analysis. | 0.80 |
| 11/25/20 | JD | Correspondence with management re: Rhodes product diligence request. | 0.20 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Communication with Interested Parties
Client/Matter #     012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/25/20 | JD | Correspondence with V. Mancinelli (Purdue) re: updated Rhodes product analysis. | 0.30 |
| 11/25/20 | JD | Call with J. Turner, R. Schnitzler, T. Melvin (all PJT), M. Kesselman, R. Silbert (both Purdue), S. Birnbaum (Dechert), W. Colom, F. Blaudeau (both NAACP), M. Huebner, C. Robertson, J. McClammy, E. Vonnegut (all Davis Polk) re: side by side presentation. | 1.40 |
| 11/30/20 | JD | Review list of open diligence items from FTI and status of requests internally. | 0.70 |
| 11/30/20 | JD | Review various IPD reports for Rhodes products requested by FTI. | 0.50 |
| 11/30/20 | JD | Correspondence with Purdue management, PJT and Davis Polk re: third party correspondence. | 0.20 |
| 11/30/20 | JD | Correspondence with PJT and Purdue management re: NAACP open diligence questions. | 0.30 |
| 11/30/20 | ADD | Work with PJT and Intralinks representative to open data room for new diligence work stream. | 0.80 |
| 11/30/20 | ADD | Compile and format documents in response to diligence requests in preparation for processing and upload to the data room. | 1.50 |
| 11/30/20 | ADD | Prepare materials provided by Davis Polk's eDiscovery team for upload to the dataroom for creditor committee review. | 2.60 |
| 12/01/20 | ADD | Upload documents provided by Davis Polks eDiscovery team for upload to the dataroom. | 1.60 |
| 12/01/20 | JD | Review and advise on materials that the AHC requested to share with their constituents. | 0.50 |
| 12/01/20 | JD | Prepare final diligence materials for the NAACP. | 0.60 |
| 12/01/20 | JD | Correspondence with PJT re: diligence questions from the Ad Hoc Committee. | 0.70 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Communication with Interested Parties
Client/Matter #              012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/02/20 | JD | Finalize draft diligence materials for the NAACP. | 0.50 |
| 12/02/20 | JD | Call with R. Silbert (Purdue) re: NAACP requests. | 0.20 |
| 12/03/20 | JD | Review final version of the latest NAACP diligence materials. | 0.30 |
| 12/04/20 | JD | Call with M. Diaz and B. Bromberg (both FTI) re: open diligence questions. | 0.50 |
| 12/04/20 | ADD | Prepare diligence materials upload to the data room. | 1.10 |
| 12/04/20 | ADD | Review and reconcile assigned contract schedule to master Rhodes Tech contract list. | 2.80 |
| 12/06/20 | ADD | Call with J. Turner, T. Melvin, G. Sim (all PJT), J. DelConte and A. DePalma (both AlixPartners) RE: diligence responses. | 0.50 |
| 12/06/20 | JD | Correspondence with PJT and Davis Polk re: emails from Akin Gump. | 0.70 |
| 12/06/20 | JD | Call with M. Atkinson (Province) re: third party discussions. | 0.10 |
| 12/06/20 | JD | Call with J. Turner (PJT) re: third party discussions. | 0.20 |
| 12/06/20 | JD | Call with J. Turner, T. Melvin, G. Sim (all PJT), J. DelConte and A. DePalma (both AlixPartners) RE: diligence responses. | 0.50 |
| 12/07/20 | JD | Review detailed diligence lists and previously provided information re: third party diligence process. | 0.80 |
| 12/07/20 | JD | Review and provide edits re: comments on third party discussions. | 0.40 |
| 12/07/20 | JD | Review and provide edits to correspondence with all creditor groups. | 0.50 |
| 12/07/20 | ADD | Call with A. DePalma, H. Bhattal and L. Nguyen (all AlixPartners) re: due diligence tracker | 0.30 |
| 12/07/20 | HSB | Call with A. DePalma, H. Bhattal and L. Nguyen (all | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners) re: due diligence tracker | |
| 12/07/20 | LTN | Call with A. DePalma, H. Bhattal and L. Nguyen (all AlixPartners) re: due diligence tracker | 0.30 |
| 12/08/20 | LTN | Call with J. DelConte, H. Bhattal, L. Nguyen, A. DePalma (all AlixPartners), R. Aleali (Purdue), J. Turner, G. Sim, T. Melvin, R. Schnitzler (all PJT), C. Robertson, A. Lele (both Davis Polk) re: Project Plex diligence questions review discussion. | 1.40 |
| 12/08/20 | LTN | Call with A. DePalma,L. Nguyen and J. DelConte (all AlixPartners) re: diligence tracker | 0.20 |
| 12/08/20 | LTN | Call with J. DelConte, H. Bhattal, L. Nguyen, A. DePalma (all AlixPartners), J. Lowne (Purdue), J. Turner, G. Sim, T. Melvin, R. Schnitzler (all PJT) re: Project Plex diligence list strategy discussion. | 0.60 |
| 12/08/20 | HSB | Call with J. DelConte, H. Bhattal, L. Nguyen, A. DePalma (all AlixPartners), R. Aleali (Purdue), J. Turner, G. Sim, T. Melvin, R. Schnitzler (all PJT), C. Robertson, A. Lele (both Davis Polk) re: Project Plex diligence questions review discussion. | 1.40 |
| 12/08/20 | HSB | Call with J. DelConte, H. Bhattal, L. Nguyen, A. DePalma (all AlixPartners), J. Lowne (Purdue), J. Turner, G. Sim, T. Melvin, R. Schnitzler (all PJT) re: Project Plex diligence list strategy discussion. | 0.60 |
| 12/08/20 | ADD | Call with J. DelConte, H. Bhattal, L. Nguyen, A. DePalma (all AlixPartners), J. Lowne (Purdue), J. Turner, G. Sim, T. Melvin, R. Schnitzler (all PJT) re: Project Plex diligence list strategy discussion. | 0.60 |
| 12/08/20 | ADD | Call with J. DelConte, H. Bhattal, L. Nguyen, A. DePalma (all AlixPartners), R. Aleali (Purdue), J. Turner, G. Sim, T. Melvin, R. Schnitzler (all PJT), C. Robertson, A. Lele (both Davis Polk) re: Project Plex diligence questions review discussion. | 1.40 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/08/20 | ADD | Call with A. DePalma,L. Nguyen and J. DelConte (all AlixPartners) re: diligence tracker | 0.20 |
| 12/08/20 | JD | Call with A. DePalma,L. Nguyen and J. DelConte (all AlixPartners) re: diligence tracker | 0.20 |
| 12/08/20 | JD | Call with A. Lele, E. Diggs (both Davis Polk), J. Turner, R. Schnitzler, T. Melvin, G. Sim (all PJT) and third party re: diligence discussions. | 1.70 |
| 12/08/20 | JD | Call with J. DelConte, H. Bhattal, L. Nguyen, A. DePalma (all AlixPartners), J. Lowne (Purdue), J. Turner, G. Sim, T. Melvin, R. Schnitzler (all PJT) re: Project Plex diligence list strategy discussion. | 0.60 |
| 12/08/20 | JD | Review updated diligence questions from third party. | 0.40 |
| 12/08/20 | JD | Call with J. DelConte, H. Bhattal, L. Nguyen, A. DePalma (all AlixPartners), R. Aleali (Purdue), J. Turner, G. Sim, T. Melvin, R. Schnitzler (all PJT), C. Robertson, A. Lele (both Davis Polk) re: Project Plex diligence questions review discussion. | 1.40 |
| 12/09/20 | JD | Review diligence materials provided by management in response to third party diligence requests. | 2.50 |
| 12/09/20 | ADD | Prepare and upload materials provided by Davis Polk's diligence team to the data room for creditor review. | 2.60 |
| 12/09/20 | LTN | Reconcile the latest files received and update dd tracker accordingly | 1.70 |
| 12/09/20 | LTN | Update third party due diligence tracker | 1.90 |
| 12/10/20 | LTN | Call with A. DePalma, H. Bhattal and L. Nguyen (all AlixPartners) re: Initial due diligence review | 1.00 |
| 12/10/20 | LTN | Call with A. DePalma, H. Bhattal (partial attendance) and L. Nguyen (all AlixPartners) re: due diligence requests | 1.30 |
| 12/10/20 | LTN | Update the due diligence tracker for Adhansia XR and reconciled files received | 1.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 12/10/20 | LTN | Update the due diligence tracker for Avrio health and reconciled files received | 1.30 |
| 12/10/20 | HSB | Call with A. DePalma, H. Bhattal and L. Nguyen (all AlixPartners) re: Initial due diligence review | 1.00 |
| 12/10/20 | HSB | Call with A. DePalma, H. Bhattal (partial attendance) and L. Nguyen (all AlixPartners) re: due diligence requests | 0.90 |
| 12/10/20 | ADD | Call with A. DePalma, H. Bhattal (partial attendance) and L. Nguyen (all AlixPartners) re: due diligence requests | 1.30 |
| 12/10/20 | ADD | Call with A. DePalma, H. Bhattal and L. Nguyen (all AlixPartners) re: Initial due diligence review | 1.00 |
| 12/10/20 | ADD | Compile and format materials submitted in response to diligence requests for upload to the data room. | 2.90 |
| 12/10/20 | JD | Finalize initial diligence document review and correspondence with PJT and Purdue management re: same. | 2.80 |
| 12/10/20 | JD | Participate in call with A. Lele, E. Diggs (both Davis Polk), J. Turner, R. Schnitzler, T. Melvin, G. Sim (all PJT) and third party re: diligence update. | 0.70 |
| 12/11/20 | JD | Correspondence with Davis Polk, PJT and R. Aleali (Purdue) re: third party CDA and TPA agreements. | 0.80 |
| 12/11/20 | JD | Third party correspondence re: diligence process and timeline. | 1.00 |
| 12/11/20 | JD | Correspondence with PJT and R. Aleali (Purdue) re: third party diligence. | 0.60 |
| 12/11/20 | JD | Correspondence with R. Aleali (Purdue), PJT and Davis Polk re: third party IP call. | 0.50 |
| 12/11/20 | JD | Complete review of second set of documents for third party diligence process. | 2.50 |
| 12/11/20 | ADD | Compile and format materials submitted in response to diligence requests for upload to the data room. | 2.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #   012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/11/20 | ADD | Prepare data room per the specifications provided by the reviewers. | 1.70 |
| 12/11/20 | ADD | Review outstanding diligence requests and update diligence tracker. | 2.10 |
| 12/11/20 | ADD | Draft correspondence requesting approval to upload diligence materials. | 0.40 |
| 12/11/20 | LTN | Continue update the due diligence tracker and reconciled the latest files received from Purdue | 2.20 |
| 12/12/20 | JD | Review additional diligence materials provided and prepare latest materials to be uploaded to the VDR. | 1.20 |
| 12/14/20 | JD | Call with R. Aleali (Purdue) re: open third party diligence questions. | 0.30 |
| 12/14/20 | JD | Call with J. Lowne (Purdue) re: third party diligence. | 0.20 |
| 12/14/20 | HSB | Call with H. Bhattal, A. DePalma (both AlixPartners) re: due diligence | 0.20 |
| 12/14/20 | LTN | Review Purdue's 180 page organization chart and redacted sensitive information | 1.90 |
| 12/14/20 | LTN | Review the latest data for Avrio Health sent by J. Tran (Purdue) and updated the tracker | 1.70 |
| 12/14/20 | ADD | Call with H. Bhattal, A. DePalma (both AlixPartners) re: due diligence | 0.20 |
| 12/14/20 | ADD | Compile and format excel files submitted in response to diligence requests in preparation for upload to the data room. | 2.80 |
| 12/15/20 | ADD | Compile and format materials submitted in response to diligence requests in preparation for upload to the data room. | 2.90 |
| 12/15/20 | JD | Call with M. Atkinson (Province) re: open diligence questions. | 0.20 |
| 12/15/20 | JD | Correspondence with PJT and Purdue management re: | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Communication with Interested Parties
Client/Matter #          012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | various open diligence requests awaiting approval. | |
| 12/15/20 | JD | Review latest batch of diligence documents provided by Purdue management in response to third party diligence requests. | 2.50 |
| 12/15/20 | JD | Correspondence with third party re: open diligence requests. | 0.30 |
| 12/15/20 | LTN | Reconcile and prepare C. Landau (Purdue) compensation breakdown in response to J. DelConte (AlixPartners) request | 0.60 |
| 12/15/20 | LTN | Review the latest data sent on 12/15 for third party and updated the due diligence tracker accordingly | 2.10 |
| 12/16/20 | HSB | Call with H. Bhattal, A. DePalma (both AlixPartners) re: due diligence | 0.10 |
| 12/16/20 | ADD | Call with H. Bhattal, A. DePalma (both AlixPartners) re: due diligence | 0.10 |
| 12/16/20 | JD | Follow up call with G. Coutts, H. Schenk (both Houlihan), M. Diaz, B. Bromberg (both FTI), T. Melvin (PJT) re: open process and business plan questions. | 0.60 |
| 12/16/20 | JD | Call with T. Melvin, J. Turner (both PJT), G. Coutts, H. Schenk (both Houlihan), M. Diaz, B. Bromberg (both FTI) re: business plan update. | 0.50 |
| 12/17/20 | JD | Provide comments on VDR organization of recently uploaded diligences files. | 0.20 |
| 12/17/20 | JD | Review updated and marked up third party diligence lists. | 1.50 |
| 12/17/20 | JD | Review list of follow-up diligence items from A. DePalma (AlixPartners). | 0.40 |
| 12/17/20 | JD | Review trial balance mapping and financial tables per diligence request. | 0.60 |
| 12/17/20 | JD | Review follow up diligence requests and correspondence with J. Lowne (Purdue) re: same. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                         Communication with Interested Parties
Client/Matter #             012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/17/20 | ADD | Call with A. DePalma, H. Bhattal (partial attendance) and L. Nguyen (all AlixPartners) re: due diligence requests. | 2.50 |
| 12/17/20 | ADD | Review and update diligence request tracker to incorporate responses. | 1.00 |
| 12/17/20 | HSB | Call with A. DePalma, H. Bhattal (partial attendance) and L. Nguyen (all AlixPartners) re: due diligence requests. | 0.70 |
| 12/17/20 | LTN | Review the latest data received on 12.17 for third party's requests and updated the due diligence tracker | 2.80 |
| 12/17/20 | LTN | Call with A. DePalma, H. Bhattal (partial attendance) and L. Nguyen (all AlixPartners) re: due diligence requests. | 2.50 |
| 12/18/20 | LTN | Review the latest data received on 12.18 and updated the due diligence tracker | 1.80 |
| 12/18/20 | LTN | Call with J. DelConte, H. Bhattal, G. Koch, L. Nguyen (all AlixPartners), J. Turner, T. Melvin (both PJT) re: updated diligence list. | 0.50 |
| 12/18/20 | LTN | Reconcile third party's feedback and updated the new requests list to the due diligence tracker | 2.80 |
| 12/18/20 | LTN | Update Intralink files location to the due diligence tracker | 2.70 |
| 12/18/20 | LTN | Call with A. DePalma and L. Nguyen (both AlixPartners) re: updates to the due diligence requests | 0.70 |
| 12/18/20 | HSB | Call with J. DelConte, H. Bhattal (partial participation), A. DePalma (partial participation) (all AlixPartners) and third party re: latest diligence requests. | 0.70 |
| 12/18/20 | ADD | Compile and format materials submitted in response to diligence requests in preparation for upload to the data room. | 2.20 |
| 12/18/20 | ADD | Call with A. DePalma and L. Nguyen (both AlixPartners) re: updates to the due diligence requests | 0.70 |
| 12/18/20 | ADD | Call with J. DelConte, H. Bhattal (partial participation), A. DePalma (partial participation) (all AlixPartners) and third | 0.70 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Communication with Interested Parties
Client/Matter #          012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | party re: latest diligence requests. | |
| 12/18/20 | ADD | Call with J. DelConte and A. DePalma (both AlixPartners) re: open diligence requests. | 0.20 |
| 12/18/20 | JD | Call with J. DelConte, H. Bhattal (partial participation), A. DePalma (partial participation) (all AlixPartners) and third party re: latest diligence requests. | 1.10 |
| 12/18/20 | JD | Call with J. DelConte and A. DePalma (both AlixPartners) RE: open diligence requests. | 0.20 |
| 12/18/20 | JD | Review diligence emails from Purdue management in response to open diligence questions. Analyze responses against updated trackers from third party and Purdue. | 2.40 |
| 12/18/20 | JD | Call with J. DelConte, H. Bhattal, G. Koch, L. Nguyen (all AlixPartners), J. Turner, T. Melvin (both PJT) re: updated diligence list. | 0.50 |
| 12/18/20 | JD | Review latest batch of diligence files provided to management to get uploaded to the data room. | 1.60 |
| 12/18/20 | JD | Review updated Avrio diligence list from third party and prepare tracker file to share with management identifying questions already answered and potential materials responsive to updated requests. | 2.50 |
| 12/18/20 | GJK | Call with J. DelConte, H. Bhattal, G. Koch, L. Nguyen (all AlixPartners), J. Turner, T. Melvin (both PJT) re: updated diligence list. | 0.50 |
| 12/19/20 | JD | Review details on diligence provided to date and correspondence with PJT related to third party outreach. | 0.60 |
| 12/19/20 | JD | Review and respond to questions from R. Aleali (Purdue) on proposed diligence documents and business plan PEO presentation. | 0.50 |
| 12/19/20 | JD | Call with M. Atkinson (Province) re: third party process. | 0.30 |
| 12/19/20 | JD | Review updated third party request list and tracker and | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                          **F** 214.647.7501
Dallas, TX 75201               **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | correspondence with the company re: open items. | |
| 12/19/20 | JD | Review gross to net files and sales by customer files and correspondence with Purdue re: same. | 0.50 |
| 12/19/20 | JD | Review latest batch of diligence documents to provide per third party requests. | 0.60 |
| 12/20/20 | JD | Review latest consolidated diligence tracker and prepare list of open items and completed diligence items to date. | 3.00 |
| 12/21/20 | ADD | Calls with J. DelConte, A. DePalma (both AlixPartners) re: due diligence requests. | 0.20 |
| 12/21/20 | ADD | Call with J. DelConte, H. Bhattal, L. Nguyen, A. DePalma (all AlixPartners), R. Schnitzler (PJT), J. Lowne (Purdue) re: Project Plex additional due diligence questions review discussion. | 0.70 |
| 12/21/20 | ADD | Compile and format materials submitted in response to diligence requests in preparation for upload to the data room. | 3.10 |
| 12/21/20 | ADD | Review and update diligence request tracker to document diligence responses and data room uploads. | 2.50 |
| 12/21/20 | ADD | Review cure costs calculations in preparation for the Rhodes Tech transaction closing. | 1.30 |
| 12/21/20 | HSB | Call with J. DelConte, H. Bhattal, L. Nguyen, A. DePalma (all AlixPartners), R. Schnitzler (PJT), J. Lowne (Purdue) re: Project Plex additional due diligence questions review discussion. | 0.70 |
| 12/21/20 | LTN | Review the latest files received and updated the tracker for Project Plex | 2.20 |
| 12/21/20 | LTN | Call with J. DelConte, H. Bhattal, L. Nguyen, A. DePalma (all AlixPartners), R. Schnitzler (PJT), J. Lowne (Purdue) re: Project Plex additional due diligence questions review discussion. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Communication with Interested Parties
Client/Matter #              012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/21/20 | JD | Call with J. DelConte, H. Bhattal, L. Nguyen, A. DePalma (all AlixPartners), R. Schnitzler (PJT), J. Lowne (Purdue) re: Project Plex additional due diligence questions review discussion. | 0.70 |
| 12/21/20 | JD | Calls with J. DelConte, A. DePalma (both AlixPartners) re: due diligence requests. | 0.20 |
| 12/21/20 | JD | Correspondence with Davis Polk and PJT re: sharing PEO designated data with AHC group members. | 0.40 |
| 12/21/20 | JD | Correspondence with Purdue management re: third party diligence open items. | 0.70 |
| 12/21/20 | JD | Review new third party legal due diligence list. | 0.80 |
| 12/21/20 | JD | Correspondence with third party on open diligence requests and follow-up call timing. | 0.30 |
| 12/21/20 | JD | Call with J. Lowne (Purdue) re: open diligence questions. | 0.40 |
| 12/21/20 | JD | Review follow up diligence materials re: Avrio. | 0.50 |
| 12/22/20 | JD | Correspondence with Purdue management re: latest legal third party diligence request list. | 0.40 |
| 12/22/20 | JD | Call with J. DelConte, H. Bhattal, A. DePalma, L. Nguyen (all AlixPartners) re: diligence efforts coordination. | 0.40 |
| 12/22/20 | JD | Review materials provided by Purdue management in advance of call with third party on diligence. | 0.50 |
| 12/22/20 | JD | Review agenda prior to update call and jot down some initial responses. | 0.30 |
| 12/22/20 | JD | Review latest batch of diligence documents to sign-off on providing to third party per open diligence requests. | 1.80 |
| 12/22/20 | JD | Review the updated diligence tracker from the third party following earlier meeting. | 0.50 |
| 12/22/20 | JD | Call with J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners), J. Turner, R. Schnitzler (both PJT), A. Lele, E. Diggs (both Davis Polk) re: Project Plex legal due | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Communication with Interested Parties
Client/Matter #     012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | diligence questions review discussion. | |
| 12/22/20 | JD | Call with M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), S. Birnbaum (Dechert), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: presentation to the AHC tomorrow. | 1.00 |
| 12/22/20 | JD | Call with J. Lowne, E. Nowakowski, D. Fogel (all Purdue), J. DelConte, A. DePalma, L. Nguyen, H. Bhattal (all AlixPartners), J. Turner, R. Schnitzler, T. Melvin (all PJT) and third party re: open diligence questions. | 1.00 |
| 12/22/20 | GJK | Call with M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), S. Birnbaum (Dechert), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: presentation to the AHC tomorrow. | 1.00 |
| 12/22/20 | LTN | Review the due diligence tracker and updated the intralink location | 2.30 |
| 12/22/20 | LTN | Call with J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners), J. Turner, R. Schnitzler (both PJT), A. Lele, E. Diggs (both Davis Polk) re: Project Plex legal due diligence questions review discussion. | 0.50 |
| 12/22/20 | LTN | Review the latest request list from third party and updated feedback | 1.40 |
| 12/22/20 | LTN | Review the latest diligence tracker for Avrio Health and updated status and feedback provided by J. DelConte (AlixPartners) | 2.50 |
| 12/22/20 | LTN | Calls with H, Bhattal, L. Nguyen (both AlixPartners) regarding due diligence requests | 0.50 |
| 12/22/20 | HSB | Call with J. Lowne, E. Nowakowski, D. Fogel (all Purdue), J. DelConte, A. DePalma, L. Nguyen, H. Bhattal (all AlixPartners), J. Turner, R. Schnitzler, T. Melvin (all PJT) | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Communication with Interested Parties
Client/Matter #            012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | and third party re: open diligence questions. |  |
| 12/22/20 | HSB | Call with M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), S. Birnbaum (Dechert), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: presentation to the AHC tomorrow. | 1.00 |
| 12/22/20 | HSB | Call with J. DelConte, H. Bhattal, A. DePalma, L. Nguyen (all AlixPartners) re: diligence efforts coordination. | 0.40 |
| 12/22/20 | HSB | Calls with H, Bhattal, L. Nguyen (both AlixPartners) regarding due diligence requests | 0.50 |
| 12/22/20 | HSB | Calls with H. Bhattal, A.DePalma (both AlixPartners) regarding due diligence requests. | 0.60 |
| 12/22/20 | HSB | Call with J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners), J. Turner, R. Schnitzler (both PJT), A. Lele, E. Diggs (both Davis Polk) re: Project Plex legal due diligence questions review discussion. | 0.50 |
| 12/22/20 | LTN | Call with J. Lowne, E. Nowakowski, D. Fogel (all Purdue), J. DelConte, A. DePalma, L. Nguyen, H. Bhattal (all AlixPartners), J. Turner, R. Schnitzler, T. Melvin (all PJT) and third party re: open diligence questions. | 1.00 |
| 12/22/20 | LTN | Call with J. DelConte, H. Bhattal, A. DePalma, L. Nguyen (all AlixPartners) re: diligence efforts coordination. | 0.40 |
| 12/22/20 | ADD | Calls with H. Bhattal, A.DePalma (both AlixPartners) regarding due diligence requests. | 0.60 |
| 12/22/20 | ADD | Call with J. DelConte, H. Bhattal, A. DePalma, L. Nguyen (all AlixPartners) re: diligence efforts coordination. | 0.40 |
| 12/22/20 | ADD | Call with J. Lowne, E. Nowakowski, D. Fogel (all Purdue), J. DelConte, A. DePalma, L. Nguyen, H. Bhattal (all AlixPartners), J. Turner, R. Schnitzler, T. Melvin (all PJT) and third party re: open diligence questions. | 1.00 |
| 12/23/20 | ADD | Prepare and format documents for upload to the data | 2.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | room in response to diligence requests. | |
| 12/23/20 | ADD | Upload materials submitted in response to diligence requests to the data room for various parties to the review. | 0.50 |
| 12/23/20 | HSB | Calls with H. Bhattal, L. Nguyen (both AlixPartners) re: due diligence requests | 1.10 |
| 12/23/20 | LTN | Calls with H. Bhattal, L. Nguyen (both AlixPartners) re: due diligence requests | 1.10 |
| 12/23/20 | LTN | Review feedback provided by J. Lowne (Purdue) re: due diligence requests and updated the tracker accordingly | 2.20 |
| 12/23/20 | LTN | Review the integrated diligence tracker for Avrio and updated status | 2.50 |
| 12/23/20 | JD | Review latest diligence materials provided by management and diligence trackers in advance of call with J. Lowne (Purdue). | 0.70 |
| 12/23/20 | JD | Call with J. Lowne (Purdue) re: follow-up third party diligence requests. | 0.50 |
| 12/23/20 | JD | Call with M. Kesselman, R. Aleali (both Purdue), J. O'Connell, R. Schnitzler, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson, W. Curran (all Davis Polk), S. Birnbaum (Dechert), M. Atkinson (Province), A. Preis (Akin Gump), AHC Advisors, AHC committee members and NCSG committee advisors and committee members re: exit and plan options. | 2.10 |
| 12/23/20 | JD | Call with G. Coutts, H. Schenk (both Houlihan), J. Turner, T. Melvin (both PJT) re: scenario analysis. | 0.50 |
| 12/23/20 | JD | Review J. Lowne (Purdue) mark-up of the third party diligence tracker and compare against our latest tracker. | 0.50 |
| 12/23/20 | JD | Correspondence with E. Ruiz (Purdue) re: open questions on restricted cash forecast. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Communication with Interested Parties
Client/Matter #            012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/24/20 | JD | Review and provide comments on comprehensive diligence tracking list from L. Nguyen (AlixPartners). | 0.80 |
| 12/24/20 | JD | Correspondence with D. Fogel (Purdue) re: open diligence questions and potential timing for responses given holidays. | 0.60 |
| 12/24/20 | JD | Correspondence with third party re: open diligence tracker and call scheduling. | 0.40 |
| 12/24/20 | JD | Correspondence with M. Atkinson (Province) re: updated business plan questions. | 0.30 |
| 12/24/20 | JD | Review updated diligence materials provided re: open third party diligence materials. | 0.70 |
| 12/24/20 | LTN | Review the latest files received for due diligence requests and updated the tracker | 2.40 |
| 12/24/20 | LTN | Continue to reconcile the latest third party request list and updated status | 2.30 |
| 12/24/20 | ADD | Prepare and format documents for upload to the data room in response to diligence requests. | 2.80 |
| 12/24/20 | ADD | Upload materials submitted in response to diligence requests to the data room for various parties to the review. | 1.60 |
| 12/24/20 | ADD | Review and update diligence request tracker to document diligence responses and data room uploads. | 1.10 |
| 12/25/20 | JD | Review mark-up of legal due diligence list from A. Lele (Davis Polk). | 0.40 |
| 12/26/20 | JD | Review latest batch of documents in response to open third party diligence questions. | 1.30 |
| 12/27/20 | JD | Correspondence with AlixPartners, Davis Polk and Purdue management teams re: open diligence questions. | 0.70 |
| 12/28/20 | JD | Call with third party, J. DelConte, A. DePalma (all AlixPartners), J. Lowne, D. Fogel, E. Nowakowski (all | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                       Communication with Interested Parties
Client/Matter #           012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Purdue), J. Turner, T. Melvin, R. Schnitzler (all PJT) re: open diligence questions. | |
| 12/28/20 | JD | Call with J. DelConte, H. Bhattal, A. DePalma, L. Nguyen (all AlixPartners), E. Diggs, A. Lele (both Davis Polk), R. Aleali (Purdue), J. Turner, R. Schnitzler, T. Melvin (all PJT) re: open legal due diligence questions. | 0.70 |
| 12/28/20 | JD | Call with J. Lowne (Purdue) re: open diligence questions. | 0.30 |
| 12/28/20 | ADD | Call with J. DelConte, H. Bhattal, A. DePalma, L. Nguyen (all AlixPartners), E. Diggs, A. Lele (both Davis Polk), R. Aleali (Purdue), J. Turner, R. Schnitzler, T. Melvin (all PJT) re: open legal due diligence questions. | 0.70 |
| 12/28/20 | ADD | Call with third party, J. DelConte, A. DePalma (all AlixPartners), J. Lowne, D. Fogel, E. Nowakowski (all Purdue), J. Turner, T. Melvin, R. Schnitzler (all PJT) re: open diligence questions. | 1.00 |
| 12/28/20 | ADD | Prepare and format materials submitted in response to diligence requests for upload to the data room for review by interested parties. | 2.50 |
| 12/28/20 | ADD | Review diligence request list to determine outstanding items | 2.80 |
| 12/28/20 | JD | Review updated third-party diligence tracker comments. | 0.50 |
| 12/28/20 | JD | Review updated third party diligence tracker following earlier diligence call. | 0.50 |
| 12/28/20 | LTN | Reconcile the latest legal due diligence questions and updated the tracker | 1.80 |
| 12/28/20 | LTN | Call with J. DelConte, H. Bhattal, A. DePalma, L. Nguyen (all AlixPartners), E. Diggs, A. Lele (both Davis Polk), R. Aleali (Purdue), J. Turner, R. Schnitzler, T. Melvin (all PJT) re: open legal due diligence questions. | 0.70 |
| 12/28/20 | HSB | Call with J. DelConte, H. Bhattal, A. DePalma, L. Nguyen (all AlixPartners), E. Diggs, A. Lele (both Davis Polk), R. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Communication with Interested Parties
Client/Matter #         012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Aleali (Purdue), J. Turner, R. Schnitzler, T. Melvin (all PJT) re: open legal due diligence questions. | |
| 12/29/20 | LTN | Review the latest feedback from J. Lowne (Purdue) and third party and followed up on due diligence requests | 1.80 |
| 12/29/20 | JD | Review and provide comments for editing on materials provided by the company in response to open diligence questions. | 1.30 |
| 12/29/20 | JD | Correspondence with Purdue management re: open waste water invoices for Rhodes Tech. | 0.40 |
| 12/29/20 | JD | Review latest batch of documents to upload to the dataroom. | 1.10 |
| 12/30/20 | ADD | Call with J. Normile (Jones Day), R. Aleali (Purdue), A. Lele, E. Diggs, B. Chen, D. Bauer (all Davis Polk), H. Bhattal, J. DelConte and A. DePalma (all AlixPartners) re: IP diligence questions. | 1.00 |
| 12/30/20 | ADD | Call with E. Diggs (Davis Polk), A. DePalma, J. DelConte (both AlixPartners) re: legal due diligence list. | 1.20 |
| 12/30/20 | ADD | Prepare and format materials submitted in response to diligence requests for upload to the data room for review by interested parties. | 2.40 |
| 12/30/20 | ADD | Review diligence request list to determine outstanding items | 2.40 |
| 12/30/20 | LTN | Review due diligence data received from Purdue and redacted sensitive information | 2.00 |
| 12/30/20 | LTN | Reconcile the latest third party's diligence questions and updated the tracker | 2.30 |
| 12/30/20 | LTN | Followed up with various Purdue teams to request for data reg Project Plex due diligence | 0.80 |
| 12/30/20 | HSB | Call with J. Normile (Jones Day), R. Aleali (Purdue), A. Lele, E. Diggs, B. Chen, D. Bauer (all Davis Polk), H. | 1.00 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Communication with Interested Parties
Client/Matter #   012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Bhattal, J. DelConte and A. DePalma (all AlixPartners) re: IP diligence questions. | |
| 12/30/20 | JD | Correspondence with Davis Polk and Purdue management re: third party request for API pricing information. | 0.40 |
| 12/30/20 | JD | Review latest batch of diligence files provided by management in response to open third party diligence requests. | 2.00 |
| 12/30/20 | JD | Review documents responsive to open legal due diligence questions. | 0.80 |
| 12/30/20 | JD | Review updated third party diligence trackers and compare against company diligence trackers to identify missing requests. | 1.60 |
| 12/30/20 | JD | Call with J. Normile (Jones Day), R. Aleali (Purdue), A. Lele, E. Diggs, B. Chen, D. Bauer (all Davis Polk), H. Bhattal, J. DelConte and A. DePalma (all AlixPartners) re: IP diligence questions. | 1.00 |
| 12/30/20 | JD | Call with E. Diggs (Davis Polk), A. DePalma, J. DelConte (both AlixPartners) re: legal due diligence list. | 1.20 |
| 12/30/20 | JD | Review draft template employee invention agreement per third party diligence request. | 0.30 |
| 12/31/20 | JD | Call with A. DePalma and J. DelConte (both AlixPartners) re: open diligence work streams. | 0.20 |
| 12/31/20 | JD | Call with J. DelConte, H. Bhattal, A. DePalma, L. Nguyen (all AlixPartners), J. Turner, R. Schnitzler, T. Melvin (all PJT), J. Lowne, D. Fogel (both Purdue), and third party re: Project Plex due diligence questions review discussion. | 2.00 |
| 12/31/20 | JD | Coordination with J. Lowne (Purdue) on open diligence questions. | 0.70 |
| 12/31/20 | JD | Review materials provided by Purdue team in response to open diligence questions. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/31/20 | HSB | Call with J. DelConte, H. Bhattal, A. DePalma, L. Nguyen (all AlixPartners), J. Turner, R. Schnitzler, T. Melvin (all PJT), J. Lowne, D. Fogel (both Purdue), and third party re: Project Plex due diligence questions review discussion. | 2.00 |
| 12/31/20 | LTN | Review the latest files received from various Purdue teams, cleaned the data and updated the tracker | 1.80 |
| 12/31/20 | LTN | Call with J. DelConte, H. Bhattal, A. DePalma, L. Nguyen (all AlixPartners), J. Turner, R. Schnitzler, T. Melvin (all PJT), J. Lowne, D. Fogel (both Purdue), and third party re: Project Plex due diligence questions review discussion. | 2.00 |
| 12/31/20 | ADD | Review and compile material agreements for upload to the data room for interested party review | 2.60 |
| 12/31/20 | ADD | Call with J. DelConte, H. Bhattal, A. DePalma, L. Nguyen (all AlixPartners), J. Turner, R. Schnitzler, T. Melvin (all PJT), J. Lowne, D. Fogel (both Purdue), and third party re: Project Plex due diligence questions review discussion. | 2.00 |
| 12/31/20 | ADD | Call with A. DePalma and J. DelConte (both AlixPartners) re: open diligence work streams. | 0.20 |
| 01/01/21 | ADD | Prepare and uploaded materials submitted in response to diligence request to the data room for review by interested parties. | 1.50 |
| 01/01/21 | JD | Correspondence with Davis Polk re: third party diligence calls and open diligence questions. | 0.40 |
| 01/01/21 | JD | Review latest batch of documents to be responsive to third party diligence requests. | 1.20 |
| 01/02/21 | JD | Correspondence with third party and Purdue management re: follow-up diligence requests. | 0.30 |
| 01/03/21 | ADD | Format and upload materials provided in response to diligence requests to the data room for interested party review. | 2.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #  012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 01/03/21 | JD | Review comments from Purdue management on responsive diligence documents. | 0.40 |
| 01/04/21 | JD | Correspondence with Davis Polk and Purdue management re: open questions after third party IP call. | 0.50 |
| 01/04/21 | JD | Review latest round of diligence files provided by management to be uploaded for third party review. | 1.30 |
| 01/04/21 | JD | Review diligence documents provided by management in response to open third party diligence requests. | 1.50 |
| 01/04/21 | JD | Review third party trial balance mapping questions and company responses. | 0.60 |
| 01/04/21 | JD | Review Davis Polk comments on latest third party legal due diligence list. | 0.80 |
| 01/04/21 | ADD | Review diligence tracker and follow up with outstanding diligence requests. | 2.20 |
| 01/04/21 | ADD | Add new third-party users to data room. | 0.40 |
| 01/04/21 | ADD | Upload materials submitted in response to diligence requests to the data room. | 2.10 |
| 01/04/21 | ADD | Compile and format materials for upload to the data room for interested party review | 3.10 |
| 01/04/21 | LTN | Reconcile the latest files received from Purdue for 1.4.2021 and updated the DD requests tracker | 2.20 |
| 01/05/21 | LTN | Review the latest files received as of 1.5.21 from Purdue, cleaned and redacted data and updated the DD request tracker | 2.00 |
| 01/05/21 | ADD | Compile and format materials for upload to the data room for interested party review | 2.90 |
| 01/05/21 | ADD | Upload materials submitted in response to diligence requests to the data room for third party review. | 2.10 |
| 01/05/21 | JD | Review latest batch of diligence documents from management in response to open third party diligence | 1.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Communication with Interested Parties
Client/Matter #            012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | requests. | |
| 01/05/21 | JD | Search data room for files that are responsive to open third party trial balance questions. Correspondence with third party re: same. | 0.80 |
| 01/05/21 | JD | Call with J. Lowne (Purdue) re: open diligence questions. | 0.20 |
| 01/06/21 | ADD | Call with J. DelConte, H. Bhattal, A. DePalma, L. Nguyen (all AlixPartners), J. Lowne, D. Fogel, E. Nowakowski (all Purdue) and third party re: Project Plex due diligence catch-up | 0.40 |
| 01/06/21 | ADD | Compile and format materials for upload to the data room for interested party review | 3.10 |
| 01/06/21 | ADD | Upload materials submitted in response to diligence requests to the data room for third party review. | 2.00 |
| 01/06/21 | ADD | Review diligence tracker and follow up with outstanding diligence requests. | 2.50 |
| 01/06/21 | LTN | Call with J. DelConte, H. Bhattal, A. DePalma, L. Nguyen (all AlixPartners), J. Lowne, D. Fogel, E. Nowakowski (all Purdue) and third party re: Project Plex due diligence catch-up | 0.40 |
| 01/06/21 | HSB | Call with J. DelConte, H. Bhattal, A. DePalma, L. Nguyen (all AlixPartners), J. Lowne, D. Fogel, E. Nowakowski (all Purdue) and third party re: Project Plex due diligence catch-up | 0.40 |
| 01/06/21 | JD | Call with J. DelConte, H. Bhattal, A. DePalma, L. Nguyen (all AlixPartners), J. Lowne, D. Fogel, E. Nowakowski (all Purdue) and third party re: Project Plex due diligence catch-up | 0.40 |
| 01/06/21 | JD | Review analysis of Avrio standard costs and other analyses in response to open third party diligence questions. | 1.00 |
| 01/06/21 | JD | Correspondence with R. Aleali (Purdue), Davis Polk and | 0.70 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Communication with Interested Parties
Client/Matter #         012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | PJT re: third party IP requests. |  |
| 01/06/21 | JD | Review latest diligence tracker and files to be uploaded to the data room. | 0.80 |
| 01/06/21 | JD | Correspondence with third party re: open trial balance mapping requests. | 0.40 |
| 01/06/21 | JD | Correspondence with Purdue management and Davis Polk re: Phase I and II reports for Wilson. | 0.80 |
| 01/07/21 | JD | Correspondence with third party and Purdue accounting team re: trial balance mapping. | 0.50 |
| 01/07/21 | JD | Review proposed materials for commercial team call. | 0.40 |
| 01/07/21 | JD | Call with R. Aleali (Purdue), J. Turner, T. Melvin (both PJT) re: third party request for commercial call. | 0.50 |
| 01/07/21 | LTN | Review the latest files received on 1.7.21, cleaned the data and updated the due diligence tracker | 0.80 |
| 01/07/21 | LTN | Call with A. DePalma, L. Nguyen (both AlixPartners) re: managing Intralink for Project Green due diligence | 0.60 |
| 01/07/21 | ADD | Add new third-party users to data room. | 0.40 |
| 01/07/21 | ADD | Review claims data and prepare summary chart at the request of Purdue. | 1.50 |
| 01/07/21 | ADD | Populate new data room with data for third-party review. | 2.40 |
| 01/07/21 | ADD | Call with A. DePalma, L. Nguyen (both AlixPartners) re: managing Intralink for Project Green due diligence | 0.60 |
| 01/07/21 | ADD | Work session with Intralinks support to open new data room for diligence process. | 1.30 |
| 01/07/21 | ADD | Prepare and format materials for upload to the data room for third party review. | 1.40 |
| 01/08/21 | ADD | Call with third party, E. Nowakowski, R. Ullman (both Purdue), J. DelConte, A. DePalma (both AlixPartners), J. Turner (PJT) re: open trial balance questions. | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Communication with Interested Parties
Client/Matter #            012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 01/08/21 | ADD | Review diligence request tracker and follow up with outstanding requests. | 2.20 |
| 01/08/21 | ADD | Prepare and format materials for upload to the data room for third party review. | 1.60 |
| 01/08/21 | ADD | Prepare new data room for diligence process with third party | 1.60 |
| 01/08/21 | ADD | Call with J. Turner, T. Melvin, R. Schnitzler (all PJT), M. Diaz, B. Bromberg, E. Suric (all FTI), G. Coutts, H. Schenk (both HL), M. Atkinson (Province), J. DelConte, A. DePalma (both AlixPartners), J. Lowne, K. Gadski, M. Ronning, D. Rosen (all Purdue) re: forecast assumptions. | 0.80 |
| 01/08/21 | JD | Call with third party, E. Nowakowski, R. Ullman (both Purdue), J. DelConte, A. DePalma (both AlixPartners), J. Turner (PJT) re: open trial balance questions. | 0.50 |
| 01/08/21 | JD | Call with J. Turner, T. Melvin, R. Schnitzler (all PJT), M. Diaz, B. Bromberg, E. Suric (all FTI), G. Coutts, H. Schenk (both HL), M. Atkinson (Province), J. DelConte, A. DePalma (both AlixPartners), J. Lowne, K. Gadski, M. Ronning, D. Rosen (all Purdue) re: forecast assumptions. | 0.80 |
| 01/09/21 | JD | Review materials to upload to the data room for third party. Correspondence with Davis Polk and A. DePalma (AlixPartners) re: same. | 0.40 |
| 01/10/21 | JD | Correspondence with Purdue management, PJT, Davis Polk and Houlihan re: ability to share certain PEO information. | 0.50 |
| 01/11/21 | ADD | Review outstanding diligence requests and update diligence tracker. | 1.90 |
| 01/11/21 | ADD | Prepare materials processed by Davis Polk's eDiscovery team and upload to the data room. | 3.10 |
| 01/11/21 | ADD | Update SAP BW query and download information requested by the client in response to a diligence | 1.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Communication with Interested Parties
Client/Matter #         012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | requests. | |
| 01/11/21 | ADD | Draft correspondence requesting approval to upload documents to the data room. | 0.50 |
| 01/11/21 | ADD | Upload materials processed by Davis Polk's eDiscovery team and upload to the data room for creditor committee review. | 1.00 |
| 01/12/21 | ADD | Call with T. Melvin, J Turner, J. Arsic, R. Schnitzler (all PJT) and E. Nowakowski, M. Ronning, K. Gadski, D. Rosen (all Purdue) B. Bromberg. E. Suric, C. Kim, M. Diaz (all FTI) and M. Atkinson (Province) and A. Benjamin, H. Shenk, (both HL) J. DelConte, A. DePalma (both AlixPartners) and re: OxyContin/Adhansia Forecast Follow-up | 1.30 |
| 01/12/21 | ADD | Compile and format materials provided in response to diligence request for processing and upload to the data room. | 2.80 |
| 01/12/21 | ADD | Prepare materials processed by Davis Polk's eDiscovery team and upload to the data room for creditor committee review. | 2.50 |
| 01/12/21 | ADD | Research documents previously produced that are potentially responsive to diligence requests. | 1.60 |
| 01/12/21 | JD | Call with T. Melvin, J Turner, J. Arsic, R. Schnitzler (all PJT) and E. Nowakowski, M. Ronning, K. Gadski, D. Rosen (all Purdue) B. Bromberg. E. Suric, C. Kim, M. Diaz (all FTI) and M. Atkinson (Province) and A. Benjamin, H. Schenk, (both HL) J. DelConte, A. DePalma (both AlixPartners) and re: OxyContin/Adhansia Forecast Follow-up | 1.30 |
| 01/13/21 | JD | Call with G. Coutts, H. Schenk, S. Burian, A. Benjamin (all HL), M. Diaz, B. Bromberg (both FTI), J. Turner, T. Melvin, R. Schnitzler (all PJT) re: third party discussions. | 1.00 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 01/13/21 | ADD | Upload materials processed by Davis Polk's eDiscovery team and upload to the data room for creditor committee review. | 1.10 |
| 01/13/21 | LTN | Review data sent by L. Madelyn (Intralink) and prepared statistics summary reg Project Plex requested by J. DelConte (AlixPartners) | 1.40 |
| 01/14/21 | LTN | Review files and consolidated responses from various Purdue teams re: project Green due diligence requests, formatted and cleaned data | 1.80 |
| 01/14/21 | ADD | Upload materials processed by Davis Polk's eDiscovery team and upload to the data room for creditor committee review. | 0.40 |
| 01/14/21 | JD | Edit DPW mark-up of the non-consenting state group letter. | 0.40 |
| 01/14/21 | JD | Review and edit draft letter to non-consenting state group outlining third party diligence activities to date. Review hours and fees to date for AlixPartners. | 0.50 |
| 01/15/21 | JD | Review and provide comments on updated draft third party letter. | 0.30 |
| 01/16/21 | JD | Call with J. Turner, T. Melvin, R. Schnitzler (all PJT), G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg (both FTI) re: third party discussions. | 1.00 |
| 01/16/21 | JD | Correspondence with Purdue management and M. Atkinson (Province) re: end of year cash difference. | 0.50 |
| 01/19/21 | JD | Correspondence with AHC advisors re: detailed cost files. | 0.40 |
| 01/20/21 | JD | Call with M. Atkinson (Province), G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg (both FTI), J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners) re: third party diligence call pre-call. | 1.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                         Communication with Interested Parties
Client/Matter #            012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/20/21 | JD | Call with third party, J. Lowne (Purdue), M. Atkinson (Province), G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg (all FTI), J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners) re: diligence requests. | 1.20 |
| 01/20/21 | JD | Call with G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg (both FTI), J. DelConte, H. Bhattal (both AlixPartners), M. Atkinson (Province), J. Turner, T. Melvin (both PJT) re: post-third party call debrief. | 0.60 |
| 01/20/21 | ADD | Review outstanding diligence review request and update tracker. | 1.50 |
| 01/20/21 | HSB | Call with third party, J. Lowne (Purdue), M. Atkinson (Province), G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg (all FTI), J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners) re: diligence requests. | 1.20 |
| 01/20/21 | HSB | Call with G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg (both FTI), J. DelConte, H. Bhattal (both AlixPartners), M. Atkinson (Province), J. Turner, T. Melvin (both PJT) re: post-third party call debrief. | 0.60 |
| 01/20/21 | HSB | Call with M. Atkinson (Province), G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg (both FTI), J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners) re: third party diligence call pre-call. | 1.20 |
| 01/21/21 | ADD | Prepare files submitted in response to diligence requests for upload to the data room. | 1.90 |
| 01/21/21 | ADD | Upload documents to the data room for creditor committee review. | 0.80 |
| 01/21/21 | JD | Correspondence with FTI re: open diligence questions. | 0.40 |
| 01/22/21 | JD | Process cost detail assumptions per creditor advisor | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | diligence requests. | |
| 01/23/21 | JD | Review and edit correspondence in response to open diligence questions from state AGs. | 0.70 |
| 01/23/21 | JD | Consolidate and prepare final diligence responses to open AG requests. | 0.80 |
| 01/23/21 | JD | Call with J. Turner (PJT), M. Huebner, A. Lele (both DPW) re: letter to state AGs. | 0.40 |
| 01/23/21 | JD | Review and process cost detail files to upload to the dataroom in response to open diligence requests. | 0.40 |
| 01/24/21 | JD | Correspondence with the AHC re: tax analysis. | 0.30 |
| 01/25/21 | JD | Review PEO creditor diligence files to be provided to creditor advisors. | 0.80 |
| 01/25/21 | JD | Review and comment on updates to latest third party letter and correspondence with Davis Polk and PJT re: same. | 0.80 |
| 01/25/21 | JD | Review and comment on latest version of CT AG letter. | 0.30 |
| 01/25/21 | ADD | Review Rhodes Pharma business plan projections and compare the files to the valuation model. | 2.30 |
| 01/25/21 | ADD | Draft correspondence to request approval to share materials with the credit committee. | 0.50 |
| 01/25/21 | ADD | Prepare materials provided by Davis Polks eDiscovery team for upload to the data room. | 1.20 |
| 01/25/21 | ADD | Upload documents to the data room for Creditor Committee review. | 2.50 |
| 01/25/21 | ADD | Review list of agreements requested by David Polk and follow up with outstanding items. | 1.60 |
| 01/26/21 | ADD | Compile agreements requested by David Polk and follow up with outstanding items. | 2.00 |
| 01/26/21 | ADD | Review Rhodes Pharma business plan projections and | 1.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Communication with Interested Parties
Client/Matter #    012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | compare the files to the valuation model. | |
| 01/26/21 | JD | Review and provide comments on updated third party letter. | 0.40 |
| 01/26/21 | JD | Review and analyze open working capital questions from the AHC. | 0.90 |
| 01/26/21 | JD | Review and add to third party diligence questions from the AHC. | 0.50 |
| 01/26/21 | JD | Review latest edits to the third party letter. | 0.30 |
| 01/27/21 | JD | Call with J. Turner, T. Melvin (both PJT), M. Diaz, B. Bromberg (both FTI), G. Coutts, H. Schenk (both HL) re: NOAT cash flows. | 1.00 |
| 01/27/21 | JD | Call with J. Turner (PJT) and M. Atkinson (Province) re: NOAT distribution structures. | 0.40 |
| 01/27/21 | JD | Update latest version of the AG letter to align with the latest version of the letter to Troop. | 1.80 |
| 01/27/21 | JD | Correspondence with Davis Polk and PJT re: updated drafts to third party letter. | 0.60 |
| 01/27/21 | ADD | Compile agreements requested by David Polk and follow up with outstanding items. | 1.20 |
| 01/27/21 | ADD | Review Rhodes Pharma business plan projections and compare the files to the valuation model. | 1.00 |
| 01/28/21 | ADD | Call with H. Bhattal, A. DePalma, and L. Nguyen (AlixPartners) re: project Plex update. | 0.30 |
| 01/28/21 | JD | Review latest inbound communications from third party. | 0.80 |
| 01/28/21 | LTN | Call with H. Bhattal, A. DePalma, and L. Nguyen (AlixPartners) re: project Plex update. | 0.30 |
| 01/28/21 | HSB | Call with H. Bhattal, A. DePalma, and L. Nguyen (AlixPartners) re: project Plex update. | 0.30 |
| 01/29/21 | HSB | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, D. Klein (all | 1.10 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Communication with Interested Parties
Client/Matter #      012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: prep call for upcoming AHC call. | |
| 01/29/21 | HSB | Call with M. Diaz, B. Bromberg (both FTI), S. Burian, H. Schenk, A. Benjamin (all HL), K. Rosen, R. Ringer (both Kramer Levin), S. Gilbert (Gilbert LLC), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal (both AlixPartners), J. Lowne, R. Aleali, M. Kesselman (all Purdue) re: plan proposals. | 1.20 |
| 01/29/21 | JD | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, D. Klein (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: prep call for upcoming AHC call. | 1.10 |
| 01/29/21 | JD | Call with M. Diaz, B. Bromberg (both FTI), S. Burian, H. Schenk, A. Benjamin (all HL), K. Rosen, R. Ringer (both Kramer Levin), S. Gilbert (Gilbert LLC), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal (both AlixPartners), J. Lowne, R. Aleali, M. Kesselman (all Purdue) re: plan proposals. | 1.20 |
| 01/29/21 | ADD | Review Project Plex materials and update Project timeline. | 1.50 |
| 01/29/21 | ADD | Troubleshoot Intralinks technical issues with files uploaded for the committee. | 0.80 |
| 01/29/21 | GJK | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, D. Klein (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: prep call for upcoming AHC call. | 1.10 |
| | | **Total** | **454.20** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    U. S. Trustee / Court Reporting Requirements
Client/Matter #        012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/12/20 | NAS | Request September MOR insider payments information and review data received. | 1.40 |
| 10/12/20 | NAS | Meeting with L. Nguyen, N. Simon (both AlixPartners) to discuss insider payment MOR and begin preparing the MOR for September 2020 | 0.80 |
| 10/12/20 | LTN | Meeting with L. Nguyen, N. Simon (both AlixPartners) to discuss insider payment MOR and begin preparing the MOR for September 2020 | 0.80 |
| 10/14/20 | NAS | Review MOR insider payments data related to indemnification. | 0.40 |
| 10/15/20 | NAS | Work session with L. Nguyen, N. Simon (both AlixPartners) to build final insider payments section of September 2020 MOR. | 1.00 |
| 10/15/20 | NAS | Review insider payments section of September 2020 MOR for accuracy. | 0.40 |
| 10/15/20 | LTN | Work session with L. Nguyen, N. Simon (both AlixPartners) to build final insider payments section of September 2020 MOR. | 1.00 |
| 10/15/20 | ADD | Review September MOR Debtor Questionnaire and follow up Davis Polk re: potential updates from previous months. | 0.40 |
| 10/15/20 | ADD | Review interested parties list and identify additional names for October updates | 0.70 |
| 10/16/20 | NAS | Check insider payments section of September 2020 MOR for accuracy. | 0.70 |
| 10/16/20 | ED | Process disclosures for the six month supplemental. | 2.50 |
| 10/19/20 | KAS | Email E. DuHalde (AlixPartners) re: party in interest and corresponding disclosure. | 0.30 |
| 10/20/20 | JD | Correspondence with J. Lowne, H. Benson (all Purdue) and S. Lemack (AlixPartners) re: US Trustee payments. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        U. S. Trustee / Court Reporting Requirements
Client/Matter #            012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/20/20 | ADD | Meeting with A. DePalma, L. Nguyen (both AlixPartners) to discuss the MOR process | 0.80 |
| 10/20/20 | LTN | Meeting with A. DePalma, L. Nguyen (both AlixPartners) to discuss the MOR process | 0.80 |
| 10/21/20 | LTN | Meeting with L. Nguyen, A. DePalma (both AlixPartners) to discuss updates to Sep MOR | 0.80 |
| 10/21/20 | ADD | Meeting with L. Nguyen, A. DePalma (both AlixPartners) to discuss updates to Sep MOR | 0.80 |
| 10/21/20 | ADD | Prepare September monthly operating report for client review, signature and upload. | 1.60 |
| 10/21/20 | JD | Review draft September financials for the monthly operating report. | 0.20 |
| 10/21/20 | JD | Review correspondence with R. Aleali, C. Ricarte, J. Lowne (all Purdue) re: open MOR questions. | 0.30 |
| 10/28/20 | LTN | Meeting with S. Lemack L. Nguyen (both AlixPartners) to review latest OCP data provided by C. MacDonald (Purdue) and prepare updated report accordingly. | 1.50 |
| 10/29/20 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to finalize review of OCP report and discuss updates to the September flash report. | 1.10 |
| 10/29/20 | JD | Review ordinary course professional summary report prior to sending to Davis Polk. | 0.30 |
| 10/29/20 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) to finalize review of OCP report and discuss updates to the September flash report. | 1.10 |
| 11/09/20 | JD | Review breakdown of UST fees for the previous quarter and correspondence with US Trustee's office re: same. | 0.20 |
| 11/10/20 | SKL | Update the Purdue OCP payment tracker based on the latest OCP court filings provided by C. MacDonald (Purdue). | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    U. S. Trustee / Court Reporting Requirements
Client/Matter #        012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/11/20 | NAS | Review indemnification inputs for October 2020 insider payments MOR section. | 0.40 |
| 11/11/20 | JD | Review monthly Nalmefene court report prior to posting for advisors. | 0.30 |
| 11/11/20 | JD | Review correspondence from Davis Polk re: KEIP response to UST objections for upcoming hearing. | 0.30 |
| 11/12/20 | LTN | Prepare the professional fee payments section of the October monthly operating report | 1.70 |
| 11/12/20 | LTN | Prepare the bank account balances section of the October monthly operating report | 1.80 |
| 11/12/20 | LTN | Prepare the cash activity section of the October monthly operating report | 2.10 |
| 11/17/20 | LTN | Call with L. Nguyen, N. Simon (both AlixPartners) to review draft of insider payments section of October 2020 MOR. | 0.50 |
| 11/17/20 | LTN | Submit data requests to various Purdue teams for the insider payment sections of October MOR | 0.70 |
| 11/17/20 | LTN | Prepare the Insider payments section of October monthly operating report | 2.00 |
| 11/17/20 | NAS | Call with L. Nguyen, N. Simon (both AlixPartners) to review draft of insider payments section of October 2020 MOR. | 0.50 |
| 11/17/20 | NAS | Review all inputs and latest draft of insider payments section of October 2020 MOR. | 1.70 |
| 11/19/20 | JD | Review and provide comments on the draft MOR. | 0.30 |
| 11/19/20 | LTN | Call with A. DePalma and L. Nguyen (both AlixPartners) Re: MOR finalization | 0.50 |
| 11/19/20 | LTN | Prepare October 2020 MOR and circulate for the internal sign-off | 2.20 |
| 11/19/20 | ADD | Draft correspondence with outstanding items from 11/18 | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    U. S. Trustee / Court Reporting Requirements
Client/Matter #        012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | call with D. Sanil and A. Hart (both Purdue). | |
| 11/19/20 | ADD | Review MRO follow up questions from CFO and research potentials responses. | 1.30 |
| 11/19/20 | ADD | Review complete MOR draft in preparation for CFO review and signature | 1.90 |
| 11/19/20 | ADD | Call with A. DePalma and L. Nguyen (both AlixPartners) Re: MOR finalization | 0.50 |
| 11/20/20 | LTN | Correspondence with J. Lowne (Purdue) reg IAC transactions and finalize MOR for review and signature | 1.20 |
| 11/20/20 | JD | Correspondence with L. Nguyen (AlixPartners) and Purdue management re: insider payment schedule of the MOR. | 0.40 |
| 12/03/20 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: diligence info. | 0.20 |
| 12/03/20 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: diligence info. | 0.20 |
| 12/07/20 | LTN | Collate data from Purdue teams to prepare for the November MOR | 0.50 |
| 12/07/20 | SKL | Review and provide updates to the October monthly flash report and circulate internally for final sign-off. | 1.20 |
| 12/07/20 | NAS | Review data requests for Purdue/TXP for November 2020 insider payments to be reported in MOR. | 0.30 |
| 12/07/20 | NAS | Review Project Catalyst materials related to workplan kickoff and transition. | 0.80 |
| 12/08/20 | NAS | Review requests related to insider payments section of November 2020 MOR. | 0.20 |
| 12/08/20 | NAS | Review follow-up materials from Counsel (DPW) re: Mundipharma tax workstream. | 0.30 |
| 12/09/20 | SKL | Call with S. Lemack, L. Nguyen (both AlixPartners) re: updates to the October PEO monthly report. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | U. S. Trustee / Court Reporting Requirements |
|---|---|
| Client/Matter # | 012589.00105 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/09/20 | LTN | Call with S. Lemack, L. Nguyen (both AlixPartners) re: updates to the October PEO monthly report. | 0.40 |
| 12/10/20 | NAS | Review November 2020 insider payments MOR input data provided by Purdue. | 0.30 |
| 12/11/20 | LTN | Prepare the Insider payments section of November monthly operating report | 2.30 |
| 12/11/20 | LTN | Prepare the cash activity section of the November monthly operating report | 1.80 |
| 12/14/20 | LTN | Prepare the bank account balances section of the November monthly operating report | 1.60 |
| 12/14/20 | NAS | Review draft insider payments section of November 2020 MOR. | 1.30 |
| 12/15/20 | SKL | Review latest cash disbursements and receipts prior to November MOR filing. | 1.20 |
| 12/15/20 | SKL | Review latest bank account balances and investment activity prior to November MOR filing. | 1.10 |
| 12/15/20 | SKL | Review latest updates to the Professional payment tracker and circulated list of open items prior to November MOR filing. | 0.90 |
| 12/15/20 | LTN | Prepare the professional fee payments section of the November monthly operating report | 1.50 |
| 12/15/20 | JD | Correspondence with UST re: December MOR timing. | 0.20 |
| 12/16/20 | LTN | Prepare November 2020 MOR and circulate for the internal sign-off and to the CFO for review | 2.80 |
| 12/16/20 | SKL | Review latest professional payment information provided by C. MacDonald (Purdue) and update the November tracker accordingly. | 0.70 |
| 12/16/20 | JD | Review and provide comments on draft MOR. | 0.40 |
| 12/30/20 | JD | Review and provide comments on latest OCP report. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | U. S. Trustee / Court Reporting Requirements |
| Client/Matter # | 012589.00105 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/30/20 | SKL | Review latest OCP activity provided by C. MacDonald and circulate monthly OCP report internally for final sign-off. | 1.40 |
| 01/11/21 | NAS | Review data related to insider payments for December 2020 Monthly Operating Report. | 0.50 |
| 01/11/21 | LTN | Prepare the cash activity section of the December monthly operating report | 1.70 |
| 01/11/21 | LTN | Collate data from various Purdue teams to prepare for the December MOR | 0.50 |
| 01/11/21 | LTN | Prepare the bank account balances section of the December monthly operating report | 1.80 |
| 01/12/21 | LTN | Prepare the Insider payments section of December monthly operating report | 1.80 |
| 01/12/21 | LTN | Prepare the professional fee payments section of the December monthly operating report | 1.40 |
| 01/12/21 | NAS | Resolve issues related to secure file transfer system for MOR payroll data. | 0.30 |
| 01/13/21 | NAS | Resolve MOR insider payroll data processing issues related to secure file transfer system. | 0.90 |
| 01/14/21 | NAS | Review insider payroll data provided by Purdue for December 2020 MOR. | 0.30 |
| 01/14/21 | JD | Review draft bank balance analysis to send to UST. | 0.20 |
| 01/15/21 | NAS | Resolve issue related to MOR payroll information secure file transfer. | 0.60 |
| 01/19/21 | JD | Correspondence with Davis Polk, S. Lemack, L. Nguyen (both AlixPartners) and Purdue management re: upcoming US trustee payments. | 0.30 |
| 01/21/21 | LTN | Prepare the 4th quarterly US Trustee fee calculation report and circulated to J. Lowne and H. Benson (both Purdue) | 1.20 |
| 01/22/21 | NAS | Resolve issue related to payroll file transfer system for | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               U. S. Trustee / Court Reporting Requirements
Client/Matter #   012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Monthly Operating Report - Insider Payments section. | |
| 01/25/21 | NAS | Resolve issue related to file transfer system for MOR insider payroll file. | 0.50 |
| 01/26/21 | NAS | Review insider indemnitee file provided by C. MacDonald (Purdue). | 0.30 |
| 01/26/21 | LTN | Finalize the Insider payments section of December monthly operating report | 0.60 |
| 01/28/21 | ADD | Review and update MOR debtor questionnaire section. | 0.90 |
| 01/29/21 | JD | Review monthly OCP report to be filed with the court. | 0.30 |
| 01/29/21 | LTN | Compiled financial statements and formatted December 2020 MOR | 2.10 |
| 01/29/21 | LTN | Review the disclosure section for the consolidated Balance sheet, formatted to MOR standard and incorporated to the Dec MOR | 1.10 |
| | | **Total** | **81.50** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners) re: Rhodes transition touch base. | 0.50 |
| 10/01/20 | KM | Activity tracking and transition planning re: Catalyst transition workstreams. | 2.60 |
| 10/01/20 | KM | Meeting with R. Shamblen, A. Nadeau, J. Gibbs, E. Ruta, B. Evans, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - supply chain. | 0.60 |
| 10/01/20 | KM | Develop dashboard re: project Catalyst. | 0.50 |
| 10/01/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), J. Giordano, supply chain (all Purdue) re: Project Catalyst Transition Team Meeting Supply Chain | 1.30 |
| 10/01/20 | KM | Update milestone tracking tools re: project Catalyst. | 1.80 |
| 10/01/20 | KM | Meeting with J. Doyle, E. Ruta, K. McCarthy (all Purdue), M. Gibson, A. Gallogly (both Skadden) and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst contract review. | 0.40 |
| 10/01/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Coventry operations. | 0.60 |
| 10/01/20 | KM | Correspondence re: Catalyst transition workstreams. | 0.30 |
| 10/01/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners) re: Rhodes transition touch base. | 0.50 |
| 10/01/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), J. Giordano, supply chain (all Purdue) re: Project Catalyst Transition Team Meeting Supply Chain | 1.30 |
| 10/01/20 | ADD | Meeting with J. Doyle, E. Ruta, K. McCarthy (all Purdue), M. Gibson, A. Gallogly (both Skadden) and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst contract | 0.40 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                           Business Analysis & Operations
Client/Matter #               012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | review. | |
| 10/01/20 | ADD | Meeting with R. Shamblen, A. Nadeau, J. Gibbs, E. Ruta, B. Evans, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - supply chain. | 0.60 |
| 10/01/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Coventry operations. | 0.60 |
| 10/01/20 | NAS | Build automated Appendix tables for Balance Sheet and Cash Flow Statement in Mundipharma model. | 1.20 |
| 10/01/20 | NAS | Build automated Appendix tables for Analgesics products in Mundipharma model. | 1.20 |
| 10/01/20 | NAS | Build automated Appendix tables for Europe region in Mundipharma model. | 1.40 |
| 10/01/20 | NAS | Build automated Appendix tables for LAM region in Mundipharma model. | 1.10 |
| 10/01/20 | NAS | Review recent news related to Purdue Canada litigation. | 0.40 |
| 10/01/20 | NAS | Build automated Appendix tables for select market/product pairs in Mundipharma model. | 1.10 |
| 10/01/20 | JD | Call with J. Lowne (Purdue) re: portfolio committee update. | 0.30 |
| 10/01/20 | JD | Call with J. Lowne, D. Rosen, M. Ronning, K. Gadski (all Purdue), J. Turner, T. Melvin (both PJT), M. Atkinson (Province), M. Diaz, B. Bromberg, E. Suric (all FTI), B. Troester, K. Sheridan (both Jefferies) re: OxyContin forecast. | 0.70 |
| 10/01/20 | JD | Correspondence with Province re: pension plan. | 0.30 |
| 10/01/20 | JD | Review OxyContin sensitivity presentation from FTI prior to call this afternoon. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                         Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/20 | JD | Review portfolio committee presentation. | 0.40 |
| 10/01/20 | JD | Review updates on managed care coverage. | 0.20 |
| 10/01/20 | JD | Review final file detailing bonus accrual accounting. | 0.30 |
| 10/01/20 | GJK | Plan and coordinate Mundipharma diligence. | 2.00 |
| 10/01/20 | GJK | Review Mundipharma country level product tables for report. | 2.00 |
| 10/02/20 | GJK | Review Mundipharma diligence updates to advisor questions. | 2.00 |
| 10/02/20 | GJK | Plan and coordinate Mundipharma diligence. | 2.00 |
| 10/02/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review Appendix of draft Mundipharma diligence report. | 0.50 |
| 10/02/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review Appendix of draft Mundipharma diligence report. | 0.50 |
| 10/02/20 | NAS | Review new diligence files provided by Huron/Mundipharma. | 1.20 |
| 10/02/20 | NAS | Review prior Key Findings section of draft Mundipharma diligence report. | 0.70 |
| 10/02/20 | JD | Review HRT update presentation to share with creditors. | 0.40 |
| 10/02/20 | JD | Prepare for and participate in call with J. Lowne, C. DeStefano, E. Nowakowski (all Purdue) re: bonus accounting. | 0.30 |
| 10/02/20 | JD | Review status update on Project Catalyst work stream. | 0.20 |
| 10/02/20 | JD | Review agenda for AlixPartners update call. | 0.20 |
| 10/02/20 | KM | Analysis and dashboard tracking re: project Catalyst transition. | 2.40 |
| 10/02/20 | KM | Call with K. Kolar (Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: project Catalyst tech transfer planning for Rhodes Pharma. | 1.20 |
| 10/02/20 | KM | Update milestones re: tech transfers for Rhodes Pharma. | 0.60 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                          **F** 214.647.7501
Dallas, TX 75201               **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/02/20 | KM | Team planning and correspondence re: Catalyst transition planning. | 0.80 |
| 10/02/20 | KM | Analysis re: projected Catalyst savings. | 0.80 |
| 10/02/20 | KM | Analysis and dashboard tracking re: project Catalyst transition. | 1.20 |
| 10/05/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst update. | 0.30 |
| 10/05/20 | KM | Call with J. Giordano (Purdue) re: Catalyst transition. | 0.70 |
| 10/05/20 | KM | Call with E. Ruta (Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: contracts review. | 0.40 |
| 10/05/20 | KM | Update smartsheet tracking re: Catalyst contracts. | 0.90 |
| 10/05/20 | KM | Analysis re: critical lab equipment and support vendors. | 1.70 |
| 10/05/20 | KM | Meeting with S. Yates, S. Aschmann, M. Mancinelli, R. Shamblen, J. Northington, B. Purdon, D. McGuire, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 1.10 |
| 10/05/20 | KM | Update workstream re: quality systems transition for Catalyst. | 1.30 |
| 10/05/20 | KM | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, D. McGuire, J. Fox, D. Eades, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Noramco qualifications and tech transfers. | 1.20 |
| 10/05/20 | KM | Update transitions workstreams re: project Catalyst. | 1.30 |
| 10/05/20 | ADD | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, D. McGuire, J. Fox, D. Eades, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Noramco qualifications and tech transfers. | 1.20 |
| 10/05/20 | ADD | Meeting with S. Yates, S. Aschmann, M. Mancinelli, R. | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Shamblen, J. Northington, B. Purdon, D. McGuire, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | |
| 10/05/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst update. | 0.30 |
| 10/05/20 | ADD | Call with E. Ruta (Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: contracts review. | 0.40 |
| 10/05/20 | ADD | Update liabilities subject to compromise spreadsheet for September month-end. | 2.80 |
| 10/05/20 | ADD | Review Intralinks invoice and excessive pages uploaded in September. | 0.40 |
| 10/05/20 | NAS | Review Key Findings section of draft Mundipharma diligence report. | 1.30 |
| 10/05/20 | NAS | Review new diligence files and information provided by Huron/Mundipharma. | 1.10 |
| 10/05/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to discuss follow-up correspondence with Huron/Mundipharma. | 0.40 |
| 10/05/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review potential revisions to Key Findings section of draft Mundipharma diligence report. | 1.00 |
| 10/05/20 | NAS | Review Mundipharma OpEx incurred by smaller markets. | 2.00 |
| 10/05/20 | JD | Call with J. Turner, J. O'Connell (both PJT), M. Kesselman (Purdue) and M. Huebner (Davis Polk) re: BCTP Pharma. | 0.50 |
| 10/05/20 | JD | Review KERP calculation data for specific individuals per company request. Prepare for call with company. | 0.70 |
| 10/05/20 | JD | Update latest professional fee actuals and forecast to share with Davis Polk. | 1.10 |
| 10/05/20 | JD | Call with C. DeStefano and D. Warren (both Purdue) re: KERP calculation data. | 0.60 |
| 10/05/20 | JD | Begin preparing summary KERP file outlining the | 1.80 |

2101 Cedar Springs Road      T 214.647.7500
Suite 1100                    F 214.647.7501
Dallas, TX 75201              alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
|  |  | calculations for all of the KERP payments for internal Purdue HR. |  |
| 10/05/20 | JD | Finalize KERP summary document for HR. | 1.60 |
| 10/05/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to discuss follow-up correspondence with Huron/Mundipharma. | 0.40 |
| 10/05/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review potential revisions to Key Findings section of draft Mundipharma diligence report. | 1.00 |
| 10/05/20 | GJK | Plan and coordinate Mundipharma report updates. | 2.00 |
| 10/05/20 | GJK | Review Huron diligence updates. | 1.50 |
| 10/05/20 | GJK | Outline potential upside scenarios to Mundipharma plan. | 1.00 |
| 10/06/20 | GJK | Review potential revenue upside drivers for Mundipharma business plan. | 2.00 |
| 10/06/20 | GJK | Review potential upside COGS and related drivers for Mundipharma. | 1.50 |
| 10/06/20 | GJK | Review potential opex drivers for Mundipharma business plan upside. | 2.00 |
| 10/06/20 | GJK | Review market G&A potential re: Prince value accelerator outline. | 2.00 |
| 10/06/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to debrief on current case status. | 0.70 |
| 10/06/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: Mundipharma market clustering. | 0.40 |
| 10/06/20 | NAS | Review existing Mundipharma G&A product allocation methodology. | 2.60 |
| 10/06/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: Mundipharma market clustering. | 0.40 |
| 10/06/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to debrief on current case status. | 0.70 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Business Analysis & Operations
Client/Matter #              012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/06/20 | NAS | Develop potential upside scenarios for Mundipharma. | 1.50 |
| 10/06/20 | JD | Review latest liabilities subject to compromise summary. | 0.30 |
| 10/06/20 | JD | Call with W. Taylor, A. Lele, C. Robertson (all Davis Polk), M. Florence, J. Bragg (both Skadden), R. Aleali, K. McCarthy, B. Miller (all Purdue), T. Melvin, G. Sim (both PJT) re: material contract review and trust transfer process. | 1.00 |
| 10/06/20 | JD | Call with A. DePalma and J. DelConte (both AlixPartners) re: catch up re: contracts and other workstreams. | 0.40 |
| 10/06/20 | JD | Correspondence with M. Huebner, E. Vonnegut (both Davis Polk) and M. Kesselman (Purdue) re: counter proposals from the UCC re: KEIP. | 0.70 |
| 10/06/20 | JD | Review status of diligence responses to outstanding requests from Province. | 0.60 |
| 10/06/20 | JD | Correspondence with C. DeStefano (Purdue) re: KERP calculations. | 0.20 |
| 10/06/20 | JD | Finalize list of KERP recipients and compare it to the list from management. Investigate details of differences and correspondence with C. DeStefano and D. Warren (both Purdue) re: same. | 2.00 |
| 10/06/20 | JD | Call with K. McCafferty and J. DelConte (both AlixPartners) re: Rhodes Tech transition timeline. | 0.30 |
| 10/06/20 | JD | Review updated details from D. Warren (Purdue) re: attestation list. Correspondence re: same. | 0.40 |
| 10/06/20 | JD | Correspondence with M. Atkinson (Province) and R. Collura (AlixPartners) re: investigation diligence questions. | 0.30 |
| 10/06/20 | JD | Review correspondence from Davis Polk re: BTCP Pharma discussions. | 0.30 |
| 10/06/20 | JD | Review potential balance sheet footnote re: settlement | 0.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | accruals. | |
| 10/06/20 | JD | Review KEIP/KERP presentation from Willis Towers Watson in regard to certain questions from the UCC. | 0.60 |
| 10/06/20 | JD | Review the previously filed declaration and compensation comparable analysis from last year. | 0.50 |
| 10/06/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst update. | 0.20 |
| 10/06/20 | ADD | Working session with K. Kolar, J. Waltz (both Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Rhodes Pharma tech transfers. | 1.00 |
| 10/06/20 | ADD | Call with A. DePalma, K. McCafferty and others (all AlixPartners) re: Smartsheet setup for dashboard reporting. | 0.50 |
| 10/06/20 | ADD | Meeting with V. Mancinelli, R. Shamblen, A. Nadeau, J. Waltz, J. Gibbs, E. Ruta, B. Evans, J. Fox, D. McGuire, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - supply chain workstream. | 1.00 |
| 10/06/20 | ADD | Call with J. Northington (Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Quality working session. | 1.00 |
| 10/06/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau (Purdue), J. Giordano (Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Coventry operations. | 0.70 |
| 10/06/20 | ADD | Call with A. DePalma and J. DelConte (both AlixPartners) re: catch up re: contracts and other workstreams. | 0.40 |
| 10/06/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst update. | 0.20 |
| 10/06/20 | KM | Update workstream milestones re: project Catalyst tech transfer activities. | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/06/20 | KM | Working session with K. Kolar, J. Waltz (both Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Rhodes Pharma tech transfers. | 1.00 |
| 10/06/20 | KM | Call with A. DePalma, K. McCafferty and others (all AlixPartners) re: Smartsheet setup for dashboard reporting. | 0.50 |
| 10/06/20 | KM | Meeting with V. Mancinelli, R. Shamblen, A. Nadeau, J. Waltz, J. Gibbs, E. Ruta, B. Evans, J. Fox, D. McGuire, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - supply chain workstream. | 1.00 |
| 10/06/20 | KM | Call with J. Northington (Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Quality working session. | 1.00 |
| 10/06/20 | KM | Update workstream milestones re: project Catalyst quality activities. | 2.20 |
| 10/06/20 | KM | Call with K. McCafferty and J. DelConte (both AlixPartners) re: Rhodes Tech transition timeline. | 0.30 |
| 10/06/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau (Purdue), J. Giordano (Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Coventry operations. | 0.70 |
| 10/06/20 | KM | Transition planning and team management re: project Catalyst. | 0.90 |
| 10/07/20 | KM | Develop Transition dashboard re: critical categories for integrated Smartsheet setup. | 0.80 |
| 10/07/20 | KM | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Noramco | 1.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | qualifications and Tech transfers. | |
| 10/07/20 | KM | Analysis re: tech transfers and volume requirements for Catalyst. | 2.20 |
| 10/07/20 | KM | Develop Transition dashboard re: Catalyst transition. | 0.40 |
| 10/07/20 | KM | Call with A. DePalma, K. McCafferty and others (all AlixPartners) re: smartsheet insights. | 0.50 |
| 10/07/20 | KM | Update workstream milestones re: project Catalyst quality activities. | 0.50 |
| 10/07/20 | KM | Update workstream milestones re: project Catalyst tech transfers. | 0.30 |
| 10/07/20 | KM | Meeting with D. Lundie, V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, A. Soma, A. Nadeau, J. Doyle, E. Ruta, D. Shell, J. Gibbs, S. Yates, D. McGuire, J. Northington, J. Fox, D. Eades, B. Evans, S. Aschmann, B. Purdon, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst integration update. | 1.10 |
| 10/07/20 | KM | Meeting with D. Lundie, V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, A. Soma, A. Nadeau, J. Doyle, E. Ruta, D. Shell, J. Gibbs, S. Yates, D. McGuire, J. Northington, J. Fox, D. Eades, B. Evans, S. Aschmann, B. Purdon, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition -Bill Grubb introduction. | 0.60 |
| 10/07/20 | ADD | Call with J. Lowne, E. Ruiz, S. Daniel (all Purdue), J. DelConte and A. DePalma (both AlixPartners) re: contract review. | 0.40 |
| 10/07/20 | ADD | Call with A. DePalma, K. McCafferty and others (all AlixPartners) re: smartsheet insights. | 0.50 |
| 10/07/20 | ADD | Meeting with D. Lundie, V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, A. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Soma, A. Nadeau, J. Doyle, E. Ruta, D. Shell, J. Gibbs, S. Yates, D. McGuire, J. Northington, J. Fox, D. Eades, B. Evans, S. Aschmann, B. Purdon, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition -Bill Grubb introduction. | |
| 10/07/20 | ADD | Meeting with D. Lundie, V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, A. Soma, A. Nadeau, J. Doyle, E. Ruta, D. Shell, J. Gibbs, S. Yates, D. McGuire, J. Northington, J. Fox, D. Eades, B. Evans, S. Aschmann, B. Purdon, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst integration update. | 1.10 |
| 10/07/20 | ADD | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. | 1.20 |
| 10/07/20 | JD | Review the latest company roster and update the KEIP and KERP tracker. Correspondence with HR outlining any differences. | 1.50 |
| 10/07/20 | JD | Correspondence with Davis Polk and management re: overdue Cigna invoices and payment timing process. | 0.40 |
| 10/07/20 | JD | Prepare analysis of insider bonus payment amounts and correspondence with Willis Towers Watson and Davis Polk. | 2.20 |
| 10/07/20 | JD | Prepare actual professional fee tracker in order to share with Purdue management. | 0.60 |
| 10/07/20 | JD | Correspondence with Purdue management re: distributable value presentation. | 0.30 |
| 10/07/20 | JD | Create employee roster file to share with Skadden and King & Spalding. | 2.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/07/20 | JD | Review correspondence from Davis Polk re: KEIP/KERP discussions with Willis Towers Watson. Review WTW materials. | 0.80 |
| 10/07/20 | JD | Review correspondence from J. Lowne (Purdue) re: business performance summary to date. | 0.50 |
| 10/07/20 | JD | Review list of material agreements from J. Lowne (Purdue). | 0.30 |
| 10/07/20 | JD | Call with J. Turner (PJT) re: diligence requests. | 0.20 |
| 10/07/20 | JD | Call with J. Lowne, E. Ruiz, S. Daniel (all Purdue), J. DelConte and A. DePalma (both AlixPartners) re: contract review. | 0.40 |
| 10/07/20 | NAS | Review discovery motion filed by UCC and NCSG to identify implications for Mundipharma diligence. | 0.90 |
| 10/07/20 | NAS | Diligence call with L. Princen (Mundipharma), S. Jamieson (Management Revisions), G. Koch, N. Simon (both AlixPartners), and other Mundipharma diligence advisors. | 0.80 |
| 10/07/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to share takeaways from call with L. McCracken (Mundipharma) and S. Jamieson (Management Revisions). | 0.40 |
| 10/07/20 | NAS | Develop potential upside scenarios for Mundipharma. | 1.30 |
| 10/07/20 | NAS | Document takeaways and action items following recent Mundipharma diligence calls with Purdue management. | 0.60 |
| 10/07/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review potential upside performance opportunities for Mundipharma. | 1.80 |
| 10/07/20 | LJD | Review August monthly fee application | 0.60 |
| 10/07/20 | LJD | Review correspondence from UCC professionals | 0.50 |
| 10/07/20 | GJK | Plan and coordinate report updates relative to upside review. | 1.50 |
| 10/07/20 | GJK | Follow up from L. McCracken (Mundipharma) call relative | 2.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | to working capital management. | |
| 10/07/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to share takeaways from call with L. McCracken (Mundipharma) and S. Jamieson (Management Revisions). | 0.40 |
| 10/07/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review potential upside performance opportunities for Mundipharma. | 1.80 |
| 10/07/20 | GJK | Diligence call with L. Princen (Mundipharma), S. Jamieson (Management Revisions), G. Koch, N. Simon (both AlixPartners), and other Mundipharma diligence advisors. | 0.80 |
| 10/08/20 | GJK | Plan and coordinate for report updates. | 2.00 |
| 10/08/20 | GJK | Review and edits to Appendix slides. | 2.50 |
| 10/08/20 | GJK | Review of previous Mundipharma reorganization per VDD. | 2.00 |
| 10/08/20 | NAS | Review new diligence files and responses provided by Huron/Mundipharma. | 1.00 |
| 10/08/20 | NAS | Research rumored transaction for Mundipharma Israel JV (Rafa). | 1.20 |
| 10/08/20 | JD | Conversation with R. Aleali (Purdue) re: material contracts. | 0.50 |
| 10/08/20 | JD | Call with J. DelConte, K. McCafferty (both AlixPartners) and D. Lundie (Purdue) re: transition planning. | 0.50 |
| 10/08/20 | JD | Call with J. DelConte and K. McCafferty (both AlixPartners) re: Rhodes transition planning. | 0.30 |
| 10/08/20 | JD | Provide estimates for professional fee accruals. | 0.30 |
| 10/08/20 | JD | Correspondence with Cigna and management re: invoice payment timing. | 0.50 |
| 10/08/20 | JD | Update KEIP/KERP attestation list for D. Warren (Purdue). | 0.80 |
| 10/08/20 | JD | Correspondence with Davis Polk re: potential KEIP/KERP declaration. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Business Analysis & Operations
Client/Matter #              012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/08/20 | JD | Correspondence with Davis Polk and management re: Side B due diligence requests. | 0.70 |
| 10/08/20 | JD | Review IMS data to be produced to creditors. | 0.30 |
| 10/08/20 | JD | Review draft presentation and analysis re: managed care customer. | 0.60 |
| 10/08/20 | ADD | Meeting with E. Ruta, J. Doyle (Purdue), K. McCarthy (Purdue), A. Gallogly (Skadden) and A. DePalma (AlixPartners) re: Catalyst contract reviews. | 0.20 |
| 10/08/20 | ADD | Meeting with V. Mancinelli, R. Shamblen, K. Kolar, A. Soma, D. McGuire, J. Northington, J. Fox, B. Evans J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - workstream interdependencies. | 1.20 |
| 10/08/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst status update. | 0.60 |
| 10/08/20 | ADD | Meeting with R. Shamblen, S. Aschmann, S. Yates, D. McGuire, J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst integration - Quality. | 1.10 |
| 10/08/20 | KM | Call with J. DelConte and K. McCafferty (both AlixPartners) re: Rhodes transition planning. | 0.30 |
| 10/08/20 | KM | Analysis re: Catalyst employee file update for circulation per J. Lowne (Purdue). | 1.10 |
| 10/08/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst update. | 0.60 |
| 10/08/20 | KM | Meeting with R. Shamblen, S. Aschmann, S. Yates, D. McGuire, J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst integration - Quality. | 1.10 |
| 10/08/20 | KM | Meeting with V. Mancinelli, R. Shamblen, K. Kolar, A. Soma, D. McGuire, J. Northington, J. Fox, B. Evans J. | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - workstream interdependencies. | |
| 10/08/20 | KM | Call with J. DelConte, K. McCafferty (both AlixPartners) and D. Lundie (Purdue) re: transition planning. | 0.50 |
| 10/08/20 | KM | Develop Transition dashboard re: Catalyst transition. | 0.80 |
| 10/08/20 | KM | Meeting with E. Ruta, J. Doyle (Purdue), K. McCarthy (Purdue), A. Gallogly (Skadden) and A. DePalma (AlixPartners) re: Catalyst contract reviews. | 0.20 |
| 10/08/20 | KM | Prepare updates re: catalyst Transition. | 0.90 |
| 10/09/20 | JD | Update roster provided to Skadden in order to incorporate Executive Committee member and next level report details. | 3.50 |
| 10/09/20 | JD | Review Adhansia forecast build out file to provide to the creditor's advisors. | 0.40 |
| 10/09/20 | JD | Review models for other branded opioid forecasts. | 0.40 |
| 10/09/20 | JD | Conversation with M. Florence (Skadden) and R. Aleali (Purdue) re: roster of employees. | 0.50 |
| 10/09/20 | JD | Call with J. Turner (PJT), B. Bromberg, M. Diaz (both FTI) and G. Coutts (Houlihan) re: BTCP Pharma discussions. | 0.40 |
| 10/09/20 | JD | Review diligence materials provided to Province re: cash distribution report. | 0.30 |
| 10/09/20 | KM | Call with J. Giordano (Purdue) re: Catalyst transition. | 0.30 |
| 10/09/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Coventry operations. | 0.50 |
| 10/09/20 | KM | Project planning and management re: project Catalyst transition. | 0.70 |
| 10/09/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, J. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
|  |  | Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Coventry operations. |  |
| 10/09/20 | JD | Call with C. DeStefano (Purdue) re: retention payments. | 0.50 |
| 10/09/20 | GJK | Review of previous Mundipharma reorganization. | 1.50 |
| 10/09/20 | GJK | Prepare for Deutsch Bank call to discuss status of Mundipharma transaction. | 2.00 |
| 10/09/20 | GJK | Review of updates needed based on new CEO. | 1.50 |
| 10/09/20 | GJK | Prepare workplan to finalize IAC diligence report. | 2.00 |
| 10/12/20 | GJK | Discussions with G. Koch, N. Simon (both AlixPartners) re: next steps from Deutsche Bank Mundipharma sale process status update. | 0.90 |
| 10/12/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners), Deutsche Bank, and other Mundipharma diligence advisors re: current status of sale process. | 1.00 |
| 10/12/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners), J. Turner, J. Arsic, and I. Mian (all PJT) re: next steps following Deutsche Bank Mundipharma sales process update. | 0.40 |
| 10/12/20 | GJK | Discuss Mundipharma diligence with G. Koch, N. Simon (both AlixPartners) including DB call and net proceeds improvement ideas. | 0.80 |
| 10/12/20 | GJK | Call with I. McClatchey (Norton Rose) to discuss DB update. | 0.50 |
| 10/12/20 | GJK | Follow up on DB call including implications for business plan values. | 2.70 |
| 10/12/20 | GJK | Plan and coordinate Mundipharma diligence and report updates. | 2.50 |
| 10/12/20 | GJK | Call with J. DelConte and G. Koch (both AlixPartners) re: IAC catch up. | 0.30 |
| 10/12/20 | JD | Call with M. Huebner (Davis Polk), M. Kesselman | 0.50 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (Purdue), J. O'Connell and J. Turner (both PJT) re: BTCP Pharma. | |
| 10/12/20 | JD | Call with J. DelConte and G. Koch (both AlixPartners) re: IAC catch up. | 0.30 |
| 10/12/20 | JD | Call with J. Lowne (Purdue) re: accounting close. | 0.30 |
| 10/12/20 | JD | Call with D. Consla (Davis Polk) re: KEIP/KERP proposals and summaries. | 0.50 |
| 10/12/20 | JD | Call with J. Gartrell, S. Hinden, D. Sims (all Willis Towers Watson) re: KEIP metrics. | 0.60 |
| 10/12/20 | JD | Review updated annualized retention figures for Purdue insiders and associated analyses in WTW analysis. | 1.10 |
| 10/12/20 | JD | Review analyses prepared last year in response to open questions from the committees on the wage motion bonus payments. | 0.50 |
| 10/12/20 | JD | Prepare summary of material contract review from Purdue to send along to Davis Polk for their contract review workstream. | 0.40 |
| 10/12/20 | JD | Prepare summary of CFO annualized retention to share with Willis Towers Watson and Davis Polk for their review. | 0.50 |
| 10/12/20 | JD | Review August business plan refresh numbers and OxyContin LOE assumptions at Purdue and at Rhodes. Correspondence with PJT and Purdue re: same. | 1.20 |
| 10/12/20 | JD | Review and provide comments on the draft PBC/DOJ deck for discussion with the AHC. | 0.70 |
| 10/12/20 | JD | Review forecasted professional fees for the remainder of the year from Purdue management in comparison to latest version of the AlixPartners forecast. | 0.40 |
| 10/12/20 | JD | Call with M. Huebner (Davis Polk) re: KEIP/KERP response. | 0.20 |
| 10/12/20 | NAS | Discuss Mundipharma diligence with G. Koch, N. Simon | 0.80 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (both AlixPartners) including DB call and net proceeds improvement ideas. | |
| 10/12/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners), J. Turner, J. Arsic, and I. Mian (all PJT) re: next steps following Deutsche Bank Mundipharma sales process update. | 0.40 |
| 10/12/20 | NAS | Update Key Findings section of draft Mundipharma diligence report. | 1.30 |
| 10/12/20 | NAS | Prepare for call with Deutsche Bank on current status of Mundipharma sale process. | 0.50 |
| 10/12/20 | NAS | Discussions with G. Koch, N. Simon (both AlixPartners) re: next steps from Deutsche Bank Mundipharma sale process status update. | 0.90 |
| 10/12/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners), Deutsche Bank, and other Mundipharma diligence advisors re: current status of sale process. | 1.00 |
| 10/12/20 | ADD | Meeting with R. Shamblen, J. Waltz, A. Soma, A. Nadeau, J. Gibbs, B. Evans, J. Giordano (all Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: SIOP 2021 forecast discussion in preparation for Noramco visit. | 0.80 |
| 10/12/20 | ADD | Working sessions with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst transition planning. | 2.20 |
| 10/12/20 | ADD | Meeting with J. Giordano and Rhodes transition team (Purdue), A. DePalma, and K. McCafferty (both AlixPartners) re: Project Catalyst Transition / Team Meeting: Noramco Qualifications and Tech Transfers. | 1.10 |
| 10/12/20 | ADD | Call with A. DePalma, and K. McCafferty (both AlixPartners), A. Nadeau (Purdue) re: RT Contracts Review. | 0.50 |
| 10/12/20 | KM | Analysis re: Rhodes Pharma forecast sales. | 1.70 |
| 10/12/20 | KM | Call with A. DePalma, and K. McCafferty (both | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners), A. Nadeau (Purdue) re: RT Contracts Review. | |
| 10/12/20 | KM | Project planning and management re: project Catalyst transition. | 0.50 |
| 10/12/20 | KM | Analysis and preparation re: transition documentation for Noramco visit. | 1.50 |
| 10/12/20 | KM | Setup Smartsheet dashboard re: project Catalyst. | 0.90 |
| 10/12/20 | KM | Working sessions with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst transition planning. | 2.20 |
| 10/12/20 | KM | Meeting with J. Giordano and Rhodes transition team (Purdue), A. DePalma, and K. McCafferty (both AlixPartners) re: Project Catalyst Transition / Team Meeting: Noramco Qualifications and Tech Transfers. | 1.10 |
| 10/12/20 | KM | Meeting with R. Shamblen, J. Waltz, A. Soma, A. Nadeau, J. Gibbs, B. Evans, J. Giordano (all Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: SIOP 2021 forecast discussion in preparation for Noramco visit. | 0.80 |
| 10/13/20 | KM | Develop reporting analyses and dashboard re: Catalyst Supply Chain workstream. | 1.00 |
| 10/13/20 | KM | Develop reporting analyses and dashboard re: Catalyst RT Operations workstream. | 1.70 |
| 10/13/20 | KM | Develop reporting analyses and dashboard re: Catalyst Quality workstream. | 1.50 |
| 10/13/20 | KM | Draft presentation re: catalyst SteerCo meeting deck. | 1.30 |
| 10/13/20 | KM | Call J. Doyle, D. Fogel, and D. Lundie, K. McCarthy, J. Lowne (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) and Skadden legal team. re: Revised Closing Checklist. | 0.40 |
| 10/13/20 | KM | Update milestone tracking re: Catalyst quality | 0.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | workstream. | |
| 10/13/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), J. Giordano (Purdue) re: Smartsheet IMO Assistance | 0.90 |
| 10/13/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, L. Rider, J. Giordano (all Purdue), B. Grubb (Noramco) and A. DePalma, K. McCafferty (both AlixPartners) re: B. Grubb Coventry Site Visit: Dronabinol Transfer, Buprenorphine Plans. | 1.00 |
| 10/13/20 | KM | Working sessions with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst transition planning. | 2.00 |
| 10/13/20 | KM | Meeting tracking and reporting re: project Catalyst transition site visit. | 1.00 |
| 10/13/20 | KM | Meeting with R. Shamblen, A. Soma, A. Nadeau, D. Fogel, W. DiNicola, V. Mancinelli, J. Gibbs, J. Giordano, D. McGuire, B. Evans, J. Fox (all Purdue) A. Gallogly, M. Gibson (Skadden) re: B. Grubb Coventry Site Visit:  SIOP, 2021 Planning w/ Budget, Other 2021 Business Plan Considerations. | 3.50 |
| 10/13/20 | KM | Project planning and management re: project Catalyst transition. | 1.30 |
| 10/13/20 | ADD | Meeting with R. Shamblen, A. Soma, A. Nadeau, L. Rider, J. Giordano (all Purdue), B. Grubb (Noramco) and A. DePalma, K. McCafferty (both AlixPartners) re: B. Grubb Coventry Site Visit: Dronabinol Transfer, Buprenorphine Plans. | 1.00 |
| 10/13/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), J. Giordano (Purdue) re: Smartsheet IMO Assistance | 0.90 |
| 10/13/20 | ADD | Call J. Doyle, D. Fogel, and D. Lundie, K. McCarthy, J. | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100              **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Lowne (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) and Skadden legal team. re: Revised Closing Checklist. | |
| 10/13/20 | ADD | Working sessions with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst transition planning. | 2.00 |
| 10/13/20 | JD | Call with J. DelConte, G. Koch, N. Simon (all AlixPartners), J. Turner, J. Arsic (both PJT), C. Robertson and C. Oluwole (both Davis Polk) re: IAC discussions. | 0.30 |
| 10/13/20 | JD | Call with committee members from the Ad Hoc Committee, Kramer Levin, Gilbert, Otterbourg, Davis Polk, Purdue and PJT re: post-emergence governance structure. | 1.60 |
| 10/13/20 | JD | Call with M. Huebner (Davis Polk) re: KEIP/KERP. | 0.20 |
| 10/13/20 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: IAC updates. | 0.20 |
| 10/13/20 | JD | Call with C. Robertson (Davis Polk) re: professional fee forecast. | 0.40 |
| 10/13/20 | JD | Call with D. Consla (Davis Polk) re: KEIP/KERP. | 0.30 |
| 10/13/20 | JD | Review and provide comments on draft August flash report to provide to creditor advisors. | 0.80 |
| 10/13/20 | JD | Review materials from BTCP Pharma prior to scheduled call. | 1.20 |
| 10/13/20 | JD | Call with J. Gartrell, D. Sims, S. Hinden (all Willis Towers Watson) and D. Consla (Davis Polk) re: KEIP/KERP. | 0.70 |
| 10/13/20 | JD | Prepare updated professional fee forecast after talking with Davis Polk for Debtor brief. | 0.80 |
| 10/13/20 | JD | Prepare summary of UCC KEIP proposal to share with Davis Polk, Willis Towers Watson and management. | 1.70 |
| 10/13/20 | JD | Review correspondence from Dechert and Davis Polk re: | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | DOJ deck. | |
| 10/13/20 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: IAC updates. | 0.20 |
| 10/13/20 | GJK | Call with J. DelConte, G. Koch, N. Simon (all AlixPartners), J. Turner, J. Arsic (both PJT), C. Robertson and C. Oluwole (both Davis Polk) re: IAC discussions. | 0.30 |
| 10/13/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners), C. Robertson (DPW), J. Turner, J. Arsic, I. Mian (all PJT) to provide update on Mundipharma diligence process. | 0.30 |
| 10/13/20 | GJK | Discussion with G. Koch, N. Simon (both AlixPartners) re: current state of Mundipharma diligence process and next steps. | 0.80 |
| 10/13/20 | GJK | Review investigation reports to prep for net proceeds improvement discussions. | 3.00 |
| 10/13/20 | GJK | Review Mundipharma business plan based on DB call. | 2.50 |
| 10/13/20 | NAS | Call with J. DelConte, G. Koch, N. Simon (all AlixPartners), J. Turner, J. Arsic (both PJT), C. Robertson and C. Oluwole (both Davis Polk) re: IAC discussions. | 0.30 |
| 10/13/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners), C. Robertson (DPW), J. Turner, J. Arsic, I. Mian (all PJT) to provide update on Mundipharma diligence process. | 0.30 |
| 10/13/20 | NAS | Discussion with G. Koch, N. Simon (both AlixPartners) re: current state of Mundipharma diligence process and next steps. | 0.80 |
| 10/13/20 | NAS | Update Key Findings re: LAM overview slides in draft Mundipharma diligence report. | 2.10 |
| 10/13/20 | NAS | Update Key Findings re: China overview slides in draft Mundipharma diligence report. | 1.10 |
| 10/13/20 | NAS | Update Key Findings re: LAM Analgesics slides in draft Mundipharma diligence report. | 2.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/14/20 | GJK | Prepare for FTI call and follow up notes. | 1.00 |
| 10/14/20 | GJK | Draft Mundipharma slide updates. | 2.00 |
| 10/14/20 | GJK | Plan and coordinate Mundipharma diligence including plans for advisor calls. | 2.50 |
| 10/14/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners), M. Diaz and B. Bromberg (both FTI) re: current status of Mundipharma diligence process. | 0.50 |
| 10/14/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to discuss Mundipharma tax inquiry and follow-ups from call with FTI. | 0.80 |
| 10/14/20 | JD | Call with R. Aleali (Purdue) re: contract review. | 0.20 |
| 10/14/20 | JD | Call with D. Consla (Davis Polk) re: KEIP/KERP. | 0.20 |
| 10/14/20 | JD | Call with M. Huebner (Davis Polk) re: KEIP/KERP. | 0.40 |
| 10/14/20 | NAS | Draft update for DPW and PJT re: status of Mundipharma diligence process. | 0.40 |
| 10/14/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to discuss Mundipharma tax inquiry and follow-ups from call with FTI. | 0.80 |
| 10/14/20 | NAS | Update Key Findings re: China overview slides in draft Mundipharma diligence report. | 3.90 |
| 10/14/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners), M. Diaz and B. Bromberg (both FTI) re: current status of Mundipharma diligence process. | 0.50 |
| 10/14/20 | NAS | Review follow-up items and draft update for debtor advisors (DPW, PJT) post-Mundipharma discussion with FTI. | 0.60 |
| 10/14/20 | NAS | Update Key Findings re: Europe and Canada analgesics slides in draft Mundipharma diligence report. | 1.10 |
| 10/14/20 | JD | Review summary correspondence from Davis Polk and management re: IAC sale process. | 0.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/14/20 | JD | Review final financial forecast presentation from PJT. | 0.30 |
| 10/14/20 | JD | Review list of missing contracts from Davis Polk against previous contract listings to try to identify where they are located. | 0.40 |
| 10/14/20 | JD | Prepare detailed KEIP analyses taking into account creditor advisor proposal and potential company counterproposal.  Correspondence with Davis Polk and Willis Towers Watson re: same. | 2.30 |
| 10/14/20 | JD | Update HR tracking file for latest employee roster including updated salary and pay scale group. Correspondence with Purdue management re: same. | 1.50 |
| 10/14/20 | JD | Correspondence with Purdue management re: latest KEIP proposal. | 0.30 |
| 10/14/20 | JD | Review list of contract counterparties from Davis Polk and compare against list of essential contracts. | 0.40 |
| 10/14/20 | JD | Correspondence with Davis Polk and management re: material contract follow up questions from Davis Polk. | 0.30 |
| 10/14/20 | JD | Review and update latest professional fee forecast. Correspondence with Davis Polk re: using pro fee forecasts in the 2004 Discovery response briefs. | 0.80 |
| 10/14/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) J. Giordano (Purdue) re: project steering committee meeting readiness | 1.00 |
| 10/14/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst status update. | 0.20 |
| 10/14/20 | KM | Approach re: Catalyst external document sharing. | 0.60 |
| 10/14/20 | KM | Prepare documents re: Catalyst SteerCo - Tech transfers update. | 1.20 |
| 10/14/20 | KM | Prepare documents re: Catalyst SteerCo - Supply Chain update. | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/14/20 | KM | Prepare documents re: Catalyst SteerCo - Finance update. | 0.70 |
| 10/14/20 | KM | Prepare documents re: Catalyst SteerCo - Quality update. | 1.60 |
| 10/14/20 | KM | Prepare documents re: Catalyst SteerCo - RT Operations update. | 1.20 |
| 10/14/20 | KM | Call with D. Fogel (Purdue) re:  finance workstream review for SteerCo meeting. | 0.60 |
| 10/14/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst status update. | 0.20 |
| 10/14/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners) J. Giordano (Purdue) re: project steering committee meeting readiness | 1.00 |
| 10/14/20 | KM | Develop reporting analyses and dashboard re: Catalyst Supply Chain workstream. | 1.90 |
| 10/15/20 | KM | Call with K. McCarthy and J. Giordano (Purdue) re: process for sharing external documents. | 0.50 |
| 10/15/20 | KM | Integrate cross-functional milestones re: project Catalyst. | 1.50 |
| 10/15/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contracts workstream discussion | 0.80 |
| 10/15/20 | KM | Call with S. Yates (Purdue) re: Catalyst transition Quality function in Coventry. | 0.70 |
| 10/15/20 | KM | Update Transition dashboard re: project Catalyst. | 1.60 |
| 10/15/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners) J. Doyle and E. Ruta (both Purdue), A. Gallogly, C. Yuh (Skadden) re: Catalyst - Continuing Contract Review. | 0.40 |
| 10/15/20 | KM | Develop reporting analyses and dashboard re: Catalyst Quality workstream. | 0.80 |
| 10/15/20 | ADD | Call with A. DePalma and K. McCafferty (both | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners) J. Doyle and E. Ruta (both Purdue), A. Gallogly, C. Yuh (Skadden) re: Catalyst - Continuing Contract Review. | |
| 10/15/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contracts workstream discussion | 0.80 |
| 10/15/20 | ADD | Call with A. DePalma and G. Koch (both AlixPartners) re: States' confidential claim information sharing protocol. | 0.20 |
| 10/15/20 | JD | Catch up with R. Aleali (Purdue) re: post-management update call review and next steps. | 0.70 |
| 10/15/20 | JD | Call with D. Consla (Davis Polk) re: KEIP/KERP. | 0.20 |
| 10/15/20 | JD | Call with J. Gartrell, S. Hinden, D. Sims (all Willis Towers Watson), M. Huebner, J. McClammy, D. Consla (all Davis Polk) re: KEIP/KERP response. | 0.80 |
| 10/15/20 | JD | Correspondence with S. Lemack (AlixPartners) re: claims call with J. Lowne (Purdue). | 0.30 |
| 10/15/20 | JD | Review information sharing protocol re: states claim calculations. | 0.30 |
| 10/15/20 | JD | Review updated diligence questions re: Project Catalyst. Review latest version of savings file. | 0.50 |
| 10/15/20 | JD | Call with J. Turner (PJT), J. Ducharme, R. Fanelli, M. Kwarcinski, S. Daniel, C. George (all Purdue) re: REMS discussions. | 0.30 |
| 10/15/20 | NAS | Update Key Findings re: Europe and Canada Analgesics slides in draft Mundipharma diligence report. | 2.90 |
| 10/15/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners), LEK, and other Mundipharma diligence advisors to review Commercial Due Diligence report. | 1.10 |
| 10/15/20 | NAS | Discussion with G. Koch, N. Simon (both AlixPartners) to share takeaways from call with LEK and prepare for | 0.60 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100    F 214.647.7501
Dallas, TX 75201    alixpartners.com

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | update call with DPW. | |
| 10/15/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) and C. Robertson (DPW) to coordinate on next steps in Mundipharma diligence process. | 0.40 |
| 10/15/20 | NAS | Update Key Findings re: Non-Analgesic portfolio slides in draft Mundipharma diligence report. | 0.70 |
| 10/15/20 | GJK | Develop 2020 update materials for Mundipharma diligence report. | 2.50 |
| 10/15/20 | GJK | Discussion with G. Koch, N. Simon (both AlixPartners) to share takeaways from call with LEK and prepare for update call with DPW. | 0.60 |
| 10/15/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) and C. Robertson (DPW) to coordinate on next steps in Mundipharma diligence process. | 0.40 |
| 10/15/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners), LEK, and other Mundipharma diligence advisors to review Commercial Due Diligence report. | 1.10 |
| 10/15/20 | GJK | Follow up on Information Sharing Protocol including review of documents, email exchanges. | 1.00 |
| 10/15/20 | GJK | Update Mundipharma diligence slides. | 2.50 |
| 10/15/20 | GJK | Call with A. DePalma and G. Koch (both AlixPartners) re: States' confidential claim information sharing protocol. | 0.20 |
| 10/16/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to share takeaways from discussions with other Mundipharma diligence advisors. | 0.30 |
| 10/16/20 | GJK | Create slides for Mundipharma diligence report. | 1.70 |
| 10/16/20 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: KEIP/KERP. | 0.30 |
| 10/16/20 | GJK | Plan and coordinate Mundipharma diligence. | 1.50 |
| 10/16/20 | NAS | Update Key Findings re: Non-Analgesic portfolio slides for | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | diabetes in draft Mundipharma diligence report. | |
| 10/16/20 | NAS | Update Key Findings re: Non-Analgesic portfolio slides for biosimilars in draft Mundipharma diligence report. | 2.20 |
| 10/16/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to share takeaways from discussions with other Mundipharma diligence advisors. | 0.30 |
| 10/16/20 | JD | Call with D. Consla (Davis Polk) re: KEIP/KERP. | 0.10 |
| 10/16/20 | JD | Call with M. Huebner (Davis Polk) re: KEIP/KERP. | 0.20 |
| 10/16/20 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: KEIP/KERP. | 0.30 |
| 10/16/20 | JD | Update latest analysis and correspondence with Purdue management re: shift and OT premium calculations. | 0.70 |
| 10/16/20 | JD | Update KEIP analysis summary for comments from Davis Polk. | 0.60 |
| 10/16/20 | JD | Update KEIP analysis to include the amounts for the CFO in addition to the 4 other insiders. | 1.50 |
| 10/16/20 | JD | Follow up with Davis Polk re: Project Catalyst savings analysis. | 0.40 |
| 10/16/20 | JD | Update and finalize professional fee forecast analysis to be shared with the company for preliminary 2021 forecast and 2020 annual update. | 2.50 |
| 10/16/20 | JD | Correspondence with Purdue management re: REMS discussion summary memo. | 0.30 |
| 10/16/20 | JD | Correspondence with Purdue management re: OT and premium annualization calculations. | 0.30 |
| 10/16/20 | JD | Prepare correspondence to send around updated KEIP analysis to other members of Purdue management. | 0.80 |
| 10/16/20 | JD | Prepare summary KEIP analysis per request from J. Lowne (Purdue). | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                       Business Analysis & Operations
Client/Matter #           012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 10/16/20 | JD | Call with M. Kesselman (Purdue) re: KEIP/KERP. | 0.10 |
| 10/16/20 | ADD | Meeting with D. Lundie, V. Mancinelli, R. Shamblen, K. Kolar, A. Soma, J. Doyle (Purdue), J. Lowne, D. McGuire, J. Northington, B. Evans, J. Giordano (Purdue), and K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst Steering Committee meeting. | 1.50 |
| 10/16/20 | KM | Analysis and revisions re: project Catalyst savings. | 0.90 |
| 10/16/20 | KM | Call with J. Giordano (Purdue) re: Catalyst SteerCo follow up and next steps. | 0.50 |
| 10/16/20 | KM | Meeting with D. Lundie, V. Mancinelli, R. Shamblen, K. Kolar, A. Soma, J. Doyle (Purdue), J. Lowne, D. McGuire, J. Northington, B. Evans, J. Giordano (Purdue), and K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst Steering Committee meeting. | 1.50 |
| 10/16/20 | KM | Develop Transition dashboard re: project Catalyst Tech Transfers. | 0.80 |
| 10/17/20 | JD | Call with M. Kesselman, K. Laurel (both Purdue), D. Consla (Davis Polk) re: KEIP/KERP. | 0.40 |
| 10/17/20 | JD | Call with J. Lowne (Purdue) re: KEIP/KERP. | 0.20 |
| 10/17/20 | JD | Correspondence with Davis Polk and management re: KEIP/KERP response. | 0.90 |
| 10/18/20 | GJK | Review 2020 Mundipharma updates provided by management. | 2.00 |
| 10/19/20 | GJK | Create 2020 update slides for Mundipharma report. | 3.00 |
| 10/19/20 | GJK | Edit 2020 update slides for Mundipharma report. | 2.00 |
| 10/19/20 | GJK | Edit 2020 update slides for Mundipharma report, including review of Q1 and 1H results. | 3.00 |
| 10/19/20 | LJD | Participate in PPI Board meeting with L. Donahue, J. DelConte (both AlixPartners), management and board members. | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Business Analysis & Operations
Client/Matter #              012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 10/19/20 | JD | Participate in PPI Board meeting with L. Donahue, J. DelConte (both AlixPartners), management and board members. | 1.80 |
| 10/19/20 | JD | Call with M. Huebner (Davis Polk) re: KEIP/KERP analysis. | 0.50 |
| 10/19/20 | JD | Review updated UCC KEIP proposal and prepare updated KEIP analysis. | 1.60 |
| 10/19/20 | JD | Prepare updated analysis of P50 and P75 WTW comp survey ranges in relation to latest UCC proposal. | 0.80 |
| 10/19/20 | JD | Prepare 2 potential KEIP counterproposals to send around to the group for comments. | 1.50 |
| 10/19/20 | JD | Correspondence with Purdue management re: UST payments. | 0.20 |
| 10/19/20 | JD | Update analysis to include final counterproposal. | 1.00 |
| 10/19/20 | JD | Correspondence with Davis Polk and management re: KEIP analyses and proposal and counterproposal overviews. | 0.90 |
| 10/19/20 | NAS | Update Key Findings re: Non-Analgesic portfolio slides for Diabetes in draft Mundipharma diligence report. | 0.80 |
| 10/19/20 | NAS | Update Key Findings re: Non-Analgesic portfolio slides for Respiratory in draft Mundipharma diligence report. | 1.50 |
| 10/19/20 | NAS | Update Key Findings re: Non-Analgesic portfolio slides for Oncology in draft Mundipharma diligence report. | 1.00 |
| 10/19/20 | NAS | Update Key Findings re: Non-Analgesic portfolio slides for Other Ethical in draft Mundipharma diligence report. | 2.20 |
| 10/19/20 | NAS | Update Key Findings re: Non-Analgesic portfolio slides for Consumer Health in draft Mundipharma diligence report. | 1.30 |
| 10/19/20 | NAS | Update Key Findings re: major cost line items in draft Mundipharma diligence report. | 1.30 |
| 10/19/20 | KM | Transition plan update re: tech transfers. | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 10/19/20 | KM | Reporting analyses and dashboard re: Catalyst Rhodes Pharma Tech Transfers workstream. | 2.20 |
| 10/19/20 | KM | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue) re: Catalyst transition - Noramco qualifications and Tech transfers. | 1.00 |
| 10/19/20 | KM | Update transition tracking and milestones re: project Catalyst. | 2.20 |
| 10/19/20 | KM | Project planning and management re: project Catalyst transition. | 1.80 |
| 10/20/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), J. Waltz (Purdue)  re: tech transfer timeline. | 1.20 |
| 10/20/20 | KM | Update workplan re: RT tech transfers. | 0.50 |
| 10/20/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), E. Ruta, J. Doyle, D. Fogel, P. Brinckerhoff, K. McCarthy (all Purdue) re: Catalyst transition - tech contracts. | 1.00 |
| 10/20/20 | KM | Analysis and project management re: Catalyst transition. | 0.80 |
| 10/20/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst contracts tracking. | 1.10 |
| 10/20/20 | KM | Meeting with S. Yates, S. Ashmann (Purdue), J. Northington, D. Eades, B. Purdon, J. Giordano (Purdue) and A. DePalma (AlixPartners) re: Catalyst transition - Quality. | 1.10 |
| 10/20/20 | KM | Review progress and update tracking re: meeting prep Catalyst transition - quality. | 1.00 |
| 10/20/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), J. Giordano and Rhodes Supply Chain transition team (all Purdue) re: Catalyst transition - Supply Chain. | 1.00 |
| 10/20/20 | KM | Review progress and update tracking re: meeting prep | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Catalyst transition - Supply Chain. | |
| 10/20/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), A. Nadeau, A. Soma, J. Giordano (all Purdue) re: Catalyst transition - RT operations. | 1.00 |
| 10/20/20 | KM | Review progress and update tracking re: meeting prep Catalyst transition - RT Ops. | 0.80 |
| 10/20/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), A. Nadeau, A. Soma, J. Giordano (all Purdue) re: Catalyst transition - RT operations. | 1.00 |
| 10/20/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), J. Giordano and Rhodes Supply Chain transition team (all Purdue) re: Catalyst transition - Supply Chain. | 1.00 |
| 10/20/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), J. Giordano and Rhodes Quality transition team (all Purdue) re: Catalyst transition - Quality. | 1.10 |
| 10/20/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), E. Ruta, J. Doyle, D. Fogel, P. Brinckerhoff, K. McCarthy (all Purdue) re: Catalyst transition - tech contracts. | 1.00 |
| 10/20/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), J. Waltz (Purdue)  re: tech transfer timeline. | 1.20 |
| 10/20/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst contracts workstream discussion | 1.10 |
| 10/20/20 | NAS | Review new Mundipharma diligence slides provided by G. Koch (AlixPartners). | 0.50 |
| 10/20/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review latest draft of Mundipharma diligence report. | 1.00 |
| 10/20/20 | NAS | Add Product Contribution metric to Mundipharma model and corresponding tables to draft diligence report. | 3.10 |
| 10/20/20 | JD | Prepare updated KEIP proposal response to send around to the various creditor constituencies. | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/20/20 | JD | Correspondence with Purdue management re: update on KEIP negotiations. | 0.40 |
| 10/20/20 | JD | Prepare analysis of annualized OT and premium amounts for KERP calculations. | 2.00 |
| 10/20/20 | JD | Incorporate updates to the latest KERP calculations and share with C. DeStefano and D. Warren (both Purdue). | 2.40 |
| 10/20/20 | JD | Call with J. Lowne (Purdue) re: business plan process and KEIP negotiations. | 0.50 |
| 10/20/20 | JD | Correspondence with Purdue and with Cigna re: invoice payment timing. | 0.30 |
| 10/20/20 | JD | Correspondence with C. DeStefano and D. Warren (both Purdue) re: KERP individual calculations. | 0.50 |
| 10/20/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review latest draft of Mundipharma diligence report. | 1.00 |
| 10/20/20 | GJK | Walkthrough and prepare discussion points for latest Mundipharma report draft. | 2.00 |
| 10/20/20 | GJK | Assess potential upside/downside risks of potential business plan revisions. | 3.00 |
| 10/20/20 | GJK | Update and edit Mundipharma report slides. | 1.00 |
| 10/21/20 | GJK | Edit diligence slides for Mundipharma report. | 3.00 |
| 10/21/20 | GJK | Update and edit diligence slides for Mundipharma report. | 3.00 |
| 10/21/20 | GJK | Plan and coordinate Mundipharma diligence for report planning purposes. | 2.00 |
| 10/21/20 | NAS | Draft net working capital slides for Mundipharma diligence report. | 1.80 |
| 10/21/20 | JD | Call with D. Consla (Davis Polk) re: KEIP negotiations. | 0.20 |
| 10/21/20 | JD | Review and provide comments to a preliminary draft KEIP declaration. | 1.50 |
| 10/21/20 | JD | Correspondence with Purdue, Teneo and Davis Polk re: | 0.70 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | media questions post DOJ press conference. | |
| 10/21/20 | JD | Correspondence with Davis Polk and Purdue re: KEIP proposal. | 0.40 |
| 10/21/20 | JD | Prepare summary KEIP analysis for internal discussions. | 0.50 |
| 10/21/20 | JD | Review and prepare analysis of previous retention payment summaries. | 1.30 |
| 10/21/20 | JD | Prepare initial analysis of potential retention program. Compare against historical payment amounts and prepare summary for C. DeStefano (Purdue). | 2.10 |
| 10/21/20 | JD | Review list of AlixPartners personnel for Purdue system access. | 0.20 |
| 10/21/20 | JD | Review Fidelity analysis re: PBGC distressed termination claim. | 0.30 |
| 10/21/20 | JD | Review draft WTW supplemental declaration. | 0.40 |
| 10/21/20 | NAS | Build standalone region P&Ls in Mundipharma business plan model. | 2.40 |
| 10/21/20 | NAS | Add standalone region P&L tables to draft Mundipharma diligence report. | 1.00 |
| 10/21/20 | NAS | Review revisions to Key Findings section of draft Mundipharma diligence report. | 0.50 |
| 10/21/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), J. Giordano and Rhodes transition team (Purdue) re: Project Catalyst Transition / Team Meeting:  Noramco Qualifications and Tech Transfers - smartsheet training | 0.90 |
| 10/21/20 | ADD | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst transitions work planning | 1.90 |
| 10/21/20 | ADD | Research and compile agreement requested by Davis Polk for review. | 1.80 |
| 10/21/20 | ADD | Meeting with J. Waltz, D. Ebere (Purdue), J. Fox, D. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Eades, W. Addicks (Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: tech transfer completion. | |
| 10/21/20 | KM | Analysis re: tech transfers timing for Catalyst. | 0.80 |
| 10/21/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), J. Giordano and Rhodes transition team (Purdue) re: Project Catalyst Transition / Team Meeting:  Noramco Qualifications and Tech Transfers - smartsheet training | 0.90 |
| 10/21/20 | KM | Meeting with J. Waltz, D. Ebere (Purdue), J. Fox, D. Eades, W. Addicks (Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: tech transfer completion. | 0.50 |
| 10/21/20 | KM | Call with D. Fogel (Purdue) and J. Giordano (Purdue) re: Catalyst finance update. | 0.80 |
| 10/21/20 | KM | Analysis re: IT and services contracts. | 0.90 |
| 10/21/20 | KM | Analysis re: laboratory contracts. | 1.70 |
| 10/21/20 | KM | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst transitions work planning | 1.90 |
| 10/21/20 | KM | Project planning and management re: project Catalyst transition. | 1.70 |
| 10/22/20 | KM | Build milestone tracker by drug product re: Rhodes Pharma tech transfers. | 2.30 |
| 10/22/20 | KM | Call with A. DePalma, K. McCafferty and others (all AlixPartners) re: Smartsheet IMO Assistance | 0.70 |
| 10/22/20 | KM | Tracking and reporting re: Catalyst tech transfers. | 1.00 |
| 10/22/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), J. Doyle and E. Ruta (Purdue), A. Gallogly, C. Yuh (Skadden) re: Catalyst - Continuing Contract Review. | 0.40 |
| 10/22/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), J. Doyle and E. Ruta (Purdue), A. Gallogly, C. Yuh (Skadden) re: Catalyst - Continuing Contract Review. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/22/20 | KM | Call with D. Fogel and W. DiNicola (Purdue) re: finance transition planning. | 1.00 |
| 10/22/20 | KM | Update milestone and workplan re: project Catalyst - Finance. | 0.70 |
| 10/22/20 | KM | Meeting with J. Waltz, D. Eades, B. Evans, J. fox, J. Giordano (all Purdue) re: tech transfer planning for Catalyst. | 0.90 |
| 10/22/20 | KM | Update milestone and workplan re: project Catalyst - Supply Chain. | 0.70 |
| 10/22/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst contracts workstream status discussion. | 0.70 |
| 10/22/20 | KM | Project planning and management re: project Catalyst transition. | 1.10 |
| 10/22/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), J. Doyle and E. Ruta (Purdue), A. Gallogly, C. Yuh (Skadden) re: Catalyst - Continuing Contract Review. | 0.40 |
| 10/22/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), J. Doyle and E. Ruta (Purdue), A. Gallogly, C. Yuh (Skadden) re: Catalyst - Continuing Contract Review. | 0.50 |
| 10/22/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst contracts workstream status discussion | 0.70 |
| 10/22/20 | JD | Call with J. Lowne (Purdue) re: R&D spending. | 0.20 |
| 10/22/20 | JD | Review intercompany matrix per creditor committee request. | 0.30 |
| 10/22/20 | JD | Review comments to the draft supplemental KEIP declaration. Edit and provide comments. | 1.80 |
| 10/22/20 | JD | Correspondence with PJT re: banking services. | 0.20 |
| 10/22/20 | JD | Review correspondence from Purdue, Davis Polk and PJT | 0.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | re: media responses. | |
| 10/22/20 | JD | Review updated draft KEIP supplemental declaration. | 0.50 |
| 10/22/20 | NAS | Review updated diligence overview slides for draft Mundipharma diligence report. | 0.90 |
| 10/22/20 | NAS | Review of current draft of Mundipharma diligence report with G. Koch, N. Simon (both AlixPartners). | 1.50 |
| 10/22/20 | NAS | Implement global revisions to latest draft of Mundipharma diligence report. | 1.00 |
| 10/22/20 | NAS | Draft net working capital slides for Mundipharma diligence report. | 0.70 |
| 10/22/20 | NAS | Review comments to Key Findings section of draft Mundipharma diligence report and implement changes. | 2.30 |
| 10/22/20 | GJK | Review and edit key findings slides for Mundipharma report. | 3.00 |
| 10/22/20 | GJK | Review and edit risk adjustment slides for Mundipharma report. | 2.00 |
| 10/22/20 | GJK | Review of latest draft of Mundipharma report. | 2.00 |
| 10/22/20 | GJK | Review of current draft of Mundipharma diligence report with G. Koch, N. Simon (both AlixPartners). | 1.50 |
| 10/23/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review current draft of Mundipharma diligence report. | 1.10 |
| 10/23/20 | GJK | Review update draft of Mundipharma report. | 3.00 |
| 10/23/20 | GJK | Comments and edits on updated Mundipharma report. | 2.00 |
| 10/23/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review current draft of Mundipharma diligence report. | 1.10 |
| 10/23/20 | NAS | Revise Executive Summary section of draft Mundipharma diligence report. | 2.80 |
| 10/23/20 | NAS | Brainstorm slides for Executive Summary of draft Mundipharma diligence report. | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/23/20 | JD | Correspondence with C. DeStefano and D. Warren (both Purdue) re: KERP calculations. | 0.40 |
| 10/23/20 | JD | Update KERP calculations using rounded percentage reductions and compare to existing KERP calculations. | 1.30 |
| 10/23/20 | JD | Update latest professional fee tracker and go-forward forecast. | 0.30 |
| 10/23/20 | JD | Provide exact KEIP reduction percentages to C. DeStefano (Purdue) for calculation checks. | 0.20 |
| 10/23/20 | JD | Provide summary KEIP tables for K. Laurel and M. Kesselman (both Purdue) for internal conversations. | 0.40 |
| 10/23/20 | JD | Review checks to the KERP master file from C. DeStefano and D. Warren (both Purdue). | 0.50 |
| 10/23/20 | ADD | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst transition work planning. | 0.50 |
| 10/23/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), A. Raina (Purdue) re: Project Catalyst Transition / Team Meeting:  IT Smartsheet Discussion | 0.80 |
| 10/23/20 | ADD | Meeting with E. Ruta (Purdue) K. McCafferty, A. DePalma (both AlixPartners) re: RT contract list. | 0.50 |
| 10/23/20 | KM | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst transition work planning. | 0.50 |
| 10/23/20 | KM | Upgrade IT dashboard re: Catalyst agreement tracking. | 0.10 |
| 10/23/20 | KM | Analysis re: IT transition expense tracking. | 0.60 |
| 10/23/20 | KM | Meeting with E. Ruta (Purdue) K. McCafferty, A. DePalma (both AlixPartners) re: RT contract list. | 0.50 |
| 10/23/20 | KM | Call with D. Fogel (Purdue) and R. Schlossberg (Skadden) re: MSA pricing terms. | 0.50 |
| 10/23/20 | KM | Build reporting functionality re: Catalyst transition | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re: Business Analysis & Operations
Client/Matter # 012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | dashboard. | |
| 10/23/20 | KM | Call with J. Giordano (Purdue) re: project Catalyst PMO update. | 0.50 |
| 10/23/20 | KM | Project planning and management re: project Catalyst transition. | 0.30 |
| 10/23/20 | KM | Call with B. Grubb (Noramco) re: transition. | 0.70 |
| 10/23/20 | KM | Update dashboard and flash report re: Catalyst IT transition. | 0.20 |
| 10/23/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), A. Raina (Purdue) re: Project Catalyst Transition / Team Meeting:  IT Smartsheet Discussion | 0.80 |
| 10/23/20 | KM | Tracking and reporting re: Catalyst IT transition. | 1.90 |
| 10/24/20 | JD | Review supplemental KEIP statement and declaration. | 0.50 |
| 10/25/20 | JD | Correspondence with Davis Polk and Willis Towers Watson re: UCC KEIP diligence questions. Review materials re: same. | 0.40 |
| 10/25/20 | JD | Review updated draft KEIP order. | 0.30 |
| 10/26/20 | NAS | Revise Executive Summary section of draft Mundipharma diligence report. | 1.50 |
| 10/26/20 | NAS | Prepare for call with M. Princen (Mundipharma) RE: business plan. | 0.20 |
| 10/26/20 | NAS | Diligence call with M. Princen (Mundipharma), G. Koch, N. Simon (both AlixPartners), and other Mundipharma diligence advisors. | 1.10 |
| 10/26/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to share takeaways from diligence meeting with M. Princen (Mundipharma). | 0.40 |
| 10/26/20 | NAS | Revise 2020 Update section of draft Mundipharma diligence report. | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/26/20 | NAS | Incorporate revisions from counsel (DPW) into draft Mundipharma diligence report. | 1.90 |
| 10/26/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review latest draft of Mundipharma diligence report. | 1.00 |
| 10/26/20 | NAS | Review and revise update notes from call with M. Princen (Mundipharma) for counsel (DPW). | 0.30 |
| 10/26/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners), J. Turner, J. Arsic, M. Diaz, B. Bromberg (all FTI), S. Burian, G. Coutts (both HL) to share takeaways following diligence call with M. Princen (Mundipharma). | 0.70 |
| 10/26/20 | JD | Correspondence with Purdue re: KERP master files. | 0.30 |
| 10/26/20 | JD | Review Willis Towers Watson analysis re: Province KERP questions. | 0.50 |
| 10/26/20 | JD | Review and provide comments on the narrative from Davis Polk re: supplemental KERP motion. | 0.70 |
| 10/26/20 | JD | Prepare analysis of CEO and CFO compensation in advance of KEIP negotiations. | 2.70 |
| 10/26/20 | JD | Call with J. DelConte and A. DePalma (both AlixPartners) re: open diligence items. | 0.40 |
| 10/26/20 | JD | Correspondence with Davis Polk re: open KEIP/KERP issues | 0.50 |
| 10/26/20 | GJK | Diligence call with M. Princen (Mundipharma), G. Koch, N. Simon (both AlixPartners), and other Mundipharma diligence advisors. | 1.10 |
| 10/26/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to share takeaways from diligence meeting with M. Princen (Mundipharma). | 0.40 |
| 10/26/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review latest draft of Mundipharma diligence report. | 1.00 |
| 10/26/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners), J. Turner, | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | J. Arsic, M. Diaz, B. Bromberg (all FTI), S. Burian, G. Coutts (both HL) to share takeaways following diligence call with M. Princen (Mundipharma). | |
| 10/26/20 | GJK | Walkthrough and edits to Mundipharma report slides. | 2.50 |
| 10/26/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review analysis of M. Princen's (Mundipharma) strategy. | 3.00 |
| 10/26/20 | KM | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst transition planning status discussion. | 1.10 |
| 10/26/20 | KM | Meeting with S. Engel, J. Narliss (Purdue), P. Brinkerhoff, M. Gupta, N. Feldman, A. Raina (all Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: IT workstream update. | 0.50 |
| 10/26/20 | KM | Project planning and management re: project Catalyst transition. | 0.80 |
| 10/26/20 | KM | Build milestone tracker by drug product re: Purdue Pharma tech transfers. | 1.00 |
| 10/26/20 | KM | Analysis and tracker update re: Catalyst transition - RT tech transfers. | 1.70 |
| 10/26/20 | KM | Develop IT implementation expense tracking re: Catalyst transition. | 0.90 |
| 10/26/20 | KM | Call with D. Ebere (Purdue) re: BD and pipeline project management. | 0.50 |
| 10/26/20 | KM | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. | 0.90 |
| 10/26/20 | KM | Update Flash reports re: project Catalyst. | 1.30 |
| 10/26/20 | ADD | Call A. DePalma and K. McCafferty (AlixPartners) re: | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Project Catalyst transition planning status discussion. | |
| 10/26/20 | ADD | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. | 0.90 |
| 10/26/20 | ADD | Call with J. DelConte and A. DePalma (both AlixPartners) re: open diligence items. | 0.40 |
| 10/26/20 | HSB | Review Purdue board deck for Pipeline updates ahead of call with management and external parties. | 0.70 |
| 10/27/20 | ADD | Virtual working session A. DePalma and K. McCafferty (AlixPartners) re: Project Catalyst transition planning. | 1.20 |
| 10/27/20 | ADD | Review accounting treatment for claims and liabilities subject to compromise. | 1.50 |
| 10/27/20 | ADD | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst IT contracts analysis. | 0.30 |
| 10/27/20 | ADD | Meeting with A. Soma, A. Nadeau, R. Shamblen (Purdue), J. Giordano (Purdue), A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - RT operations | 0.70 |
| 10/27/20 | ADD | Meeting with A. Nadeau, J. Waltz, J. Gibbs, B. Evans, J. Fox, J. Giordano (all Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: Catalyst transition - Supply Chain. | 0.90 |
| 10/27/20 | ADD | Meeting with S. Yates, S. Ashmann (Purdue), J. Northington, D. Eades, B. Purdon, J. Giordano (Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 1.00 |
| 10/27/20 | KM | Project planning and management re: project Catalyst transition. | 1.10 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/27/20 | KM | Meeting with A. Soma, A. Nadeau, R. Shamblen (Purdue), J. Giordano (Purdue), A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - RT operations | 0.70 |
| 10/27/20 | KM | Virtual working session A. DePalma and K. McCafferty (AlixPartners) re: Project Catalyst transition planning. | 1.20 |
| 10/27/20 | KM | Analysis and tracker update re: Catalyst transition - RT Operations. | 1.30 |
| 10/27/20 | KM | Analysis and tracker update re: Catalyst transition - Supply Chain. | 1.50 |
| 10/27/20 | KM | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst IT contracts analysis. | 0.30 |
| 10/27/20 | KM | Meeting with A. Nadeau, J. Waltz, J. Gibbs, B. Evans, J. Fox, J. Giordano (all Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: Catalyst transition - Supply Chain. | 0.90 |
| 10/27/20 | KM | Analysis and tracker update re: Catalyst transition - Quality. | 1.30 |
| 10/27/20 | KM | Meeting with S. Yates, S. Ashmann (Purdue), J. Northington, D. Eades, B. Purdon, J. Giordano (Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 1.00 |
| 10/27/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to discuss workstream priorities and latest case updates. | 0.50 |
| 10/27/20 | GJK | Plan and coordinate Mundipharma diligence. | 2.00 |
| 10/27/20 | GJK | Review possible performance drivers in a potential revised Mundipharma business plan. | 3.00 |
| 10/27/20 | NAS | Review news related to Purdue Canada Quebec class action. | 0.20 |
| 10/27/20 | NAS | Review existing Appendix of draft Mundipharma diligence | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | report for potential additions. | |
| 10/27/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to discuss workstream priorities and latest case updates. | 0.50 |
| 10/27/20 | NAS | Follow up and coordinate on Mundipharma diligence following call with M. Princen (Mundipharma). | 1.80 |
| 10/28/20 | JD | Call with J. Lowne and C. DeStefano (both Purdue) re: incentive comp forecasting. | 0.40 |
| 10/28/20 | JD | Call with J. Lowne (Purdue) re: business plan. | 0.20 |
| 10/28/20 | GJK | Review second phase diligence responses for potential Mundipharma Appendix updates. | 3.00 |
| 10/28/20 | GJK | Review FTEs in Mundipharma business for potential reductions. | 1.00 |
| 10/28/20 | GJK | Summarize conclusions from analysis of M. Princen (Mundipharma) strategy. | 0.80 |
| 10/28/20 | NAS | Model financial impact of strategies discussed by M. Princen (Mundipharma). | 3.50 |
| 10/28/20 | NAS | Draft request list for follow-up items after discussion with PJT FTI, HL. | 0.80 |
| 10/28/20 | NAS | Review Purdue documents released by House Oversight Committee. | 0.70 |
| 10/28/20 | KM | Project planning and management re: project Catalyst transition. | 1.10 |
| 10/28/20 | KM | Develop and build finance reporting structure re: project Catalyst. | 2.30 |
| 10/28/20 | KM | Analysis re. workstream interdependencies for Catalyst. | 0.90 |
| 10/28/20 | KM | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst IT contracts analysis. | 1.00 |
| 10/28/20 | KM | Integrate SteerCo reporting functionality re: Catalyst | 1.90 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | transition dashboard. | |
| 10/28/20 | JD | Finalize master KERP spreadsheet and send to D. Warren and C. DeStefano (both Purdue). | 2.00 |
| 10/28/20 | ADD | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst IT contracts analysis. | 1.00 |
| 10/28/20 | ADD | Compile Purdue agreements requested by Davis Polk for review. | 0.80 |
| 10/28/20 | ADD | Prepare responses to Davis Polk's diligence questions for review by Purdue personnel leveraging information disclosed in the SOFAs and Schedules. | 2.50 |
| 10/29/20 | ADD | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst IT contracts analysis. | 2.70 |
| 10/29/20 | ADD | Continue virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contracts analysis. | 0.80 |
| 10/29/20 | ADD | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contracts analysis. | 0.50 |
| 10/29/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners), J. Doyle and E. Ruta (Purdue), A. Gallogly, C. Yuh (Skadden), P. Brinckerhoff, K. McCarthy re: Catalyst - Continuing Contract Review. | 1.20 |
| 10/29/20 | ADD | Meeting with A. DePalma, K. McCafferty (both AlixPartners), D. Fogel, W. DiNicola (both Purdue) re: transformation tracking - Finance. | 1.70 |
| 10/29/20 | KM | Project planning and management re: project Catalyst transition. | 1.30 |
| 10/29/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners), J. Doyle and E. Ruta (Purdue), A. Gallogly, C. Yuh (Skadden), P. Brinckerhoff, K. McCarthy re: Catalyst - | 1.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Continuing Contract Review. | |
| 10/29/20 | KM | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst IT contracts analysis. | 2.70 |
| 10/29/20 | KM | Analysis re: lab and IT contracts. | 1.50 |
| 10/29/20 | KM | Continue virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contracts analysis. | 0.80 |
| 10/29/20 | KM | Meeting with A. DePalma, K. McCafferty (both AlixPartners), D. Fogel, W. DiNicola (both Purdue) re: transformation tracking - Finance. | 1.70 |
| 10/29/20 | KM | Reporting and tracker update re: lab and IT contracts. | 0.80 |
| 10/29/20 | KM | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contracts analysis. | 0.50 |
| 10/29/20 | NAS | Model financial impact of strategies discussed by M. Princen (Mundipharma). | 0.60 |
| 10/29/20 | NAS | Draft information request note to Mundipharma as follow up from call with M Princen (Mundipharma). | 0.70 |
| 10/29/20 | NAS | Revise Europe section of Mundipharma diligence report Appendix. | 2.30 |
| 10/29/20 | NAS | Revise LAM and Canada sections of Mundipharma diligence report Appendix. | 2.00 |
| 10/29/20 | NAS | Revise Overview section of Mundipharma diligence report Appendix. | 0.80 |
| 10/29/20 | GJK | Review potential headcount reduction mechanics for Mundipharma, including historical reductions and associated cash outlays. | 2.50 |
| 10/29/20 | GJK | Review product line break even for low margin products identified by M Princen (Mundipharma). | 2.00 |
| 10/29/20 | GJK | Review country by country profitability for potential | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | consolidation or change in go to market strategy for Mundipharma. | |
| 10/29/20 | LJD | Participate in Purdue Board meeting with L. Donahue, J. DelConte (both AlixPartners), Management and Board Members | 2.90 |
| 10/29/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review analysis of M. Princen's (Mundipharma) strategy. | 0.70 |
| 10/29/20 | JD | Participate in Purdue Board meeting with L. Donahue, J. DelConte (both AlixPartners), Management and Board Members | 2.90 |
| 10/29/20 | JD | Call with C. Robertson (Davis Polk) re: board meeting follow ups. | 0.20 |
| 10/29/20 | JD | Update KERP master tracking file per requests from C. DeStefano and D. Warren (both Purdue). | 1.00 |
| 10/29/20 | JD | Review and provide comments on latest PEO monthly flash report. | 0.70 |
| 10/29/20 | JD | Review PJT vs. AHC distributable value comparison. | 0.40 |
| 10/29/20 | JD | Review contracts collected per Davis Polk request for trust transfer review. | 1.50 |
| 10/30/20 | NAS | Update KPMG/tax slides in Appendix of draft Mundipharma diligence report. | 1.50 |
| 10/30/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review Appendix to latest draft of Mundipharma diligence report. | 0.40 |
| 10/30/20 | NAS | Correspondence with other Mundipharma diligence advisors re: additional diligence requests. | 0.20 |
| 10/30/20 | NAS | Revise Appendix to draft Mundipharma diligence report. | 1.40 |
| 10/30/20 | NAS | Build overview of comparable Net Sales, Gross Margin, and EBITDA between iterations of Mundipharma forecasts for Appendix of diligence report. | 2.10 |
| 10/30/20 | GJK | Review Mundipharma report for open items for potential | 2.00 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | new Appendix slides. | |
| 10/30/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review Appendix to latest draft of Mundipharma diligence report. | 0.40 |
| 10/30/20 | GJK | Follow up and coordinate on next steps for Mundipharma diligence including outreach to Advisors re: IAC taxes. | 2.50 |
| 10/30/20 | KM | Project planning and management re: project Catalyst transition. | 1.00 |
| 10/30/20 | KM | Meeting with D. Fogel, W. DiNicola, A. Soma, J. Giordano (all Purdue), and Bill Grubb (Noramco) re: 2021 budget preview. | 1.30 |
| 10/30/20 | KM | Meeting with J. Giordano (Purdue) re: Catalyst status update. | 0.50 |
| 10/30/20 | KM | Develop and build SteerCo flash reporting structure re: project Catalyst. | 2.10 |
| 10/30/20 | JD | Call with M. Huebner, C. Robertson, E. Vonnegut (all Davis Polk) re: UCC diligence questions. | 0.30 |
| 10/30/20 | JD | Review and provide comments on initial draft PBC deck from Davis Polk. | 0.50 |
| 10/30/20 | JD | Review introductory brief per Province diligence request. | 0.30 |
| 10/30/20 | JD | Prepare comparative analysis of UCC, AHC and Debtor legal fees. | 0.40 |
| 10/30/20 | JD | Begin preparation of LTRP and AIP forecast for updated long-term business plan. | 2.60 |
| 10/30/20 | JD | Begin preparing master LTRP tracking sheet for management to better track long term incentive compensation awards. | 2.90 |
| 10/30/20 | JD | Review latest filed fee apps and update professional fee tracker and forecast. | 0.80 |
| 10/30/20 | ADD | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract question | 0.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 10/30/20 | ADD | Compile Rhodes contracts requested by Davis Polk as part of a diligence review. | 2.30 |
| 10/30/20 | ADD | Draft correspondence requesting outstanding Rhodes agreements for Davis Polk review. | 0.30 |
| 10/30/20 | ADD | Review Rhodes Tech master contract list to update reconciliation to contract disclosure schedules. | 1.40 |
| 10/30/20 | ADD | Update schedule of leases with feedback from Purdue for Davis Polk's review. | 1.10 |
| 10/30/20 | ADD | Compile Purdue lease agreements requested by Davis Polk. | 1.70 |
| 10/30/20 | KM | Follow up with J. Waltz (Purdue) re: buprenorphine pricing. | 0.40 |
| 10/30/20 | KM | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract question | 0.20 |
| 11/01/20 | JD | Finalize initial draft of LTRP and AIP forecast for discussion with management tomorrow. | 1.80 |
| 11/02/20 | KM | Update Catalyst program dashboards re: project Catalyst. | 2.10 |
| 11/02/20 | KM | Analysis and planning re: tech transfer process for key APIs. | 1.30 |
| 11/02/20 | KM | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. | 1.20 |
| 11/02/20 | KM | Analysis re: API pricing impact on tech transfers costs. | 0.80 |
| 11/02/20 | KM | Call with J. Doyle and J. Giordano (both Purdue) re: API pricing for tech transfers. | 0.50 |
| 11/02/20 | KM | Meeting with S. Yates, S. Ashmann, J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue), K. McCafferty | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | and A. DePalma (both AlixPartners) re: Catalyst transition - Quality. | |
| 11/02/20 | KM | Analysis re: quality activities timeline and impact of tech transfers. | 0.50 |
| 11/02/20 | KM | Call with D. Lundie, D. Fogel, J. Doyle, J. Lowne, D. McGuire, J. Giordano (all Purdue) re: API pricing per MSA for tech transfers. | 0.50 |
| 11/02/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst transition planning and status discussion. | 0.70 |
| 11/02/20 | ADD | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. | 1.20 |
| 11/02/20 | ADD | Meeting with S. Yates, S. Ashmann, J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: Catalyst transition - Quality. | 1.00 |
| 11/02/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst transition planning and status discussion. | 0.70 |
| 11/02/20 | GJK | Coordinate and plan for updated diligence, including revised analysis for Appendix and prep for tax call. | 2.00 |
| 11/02/20 | GJK | Call with L. McCracken (Mundipharma), G. Koch, N. Simon (both AlixPartners), and other Mundipharma diligence advisors to discuss request list following meeting with M. Princen (Mundipharma). | 0.40 |
| 11/02/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to discuss Mundipharma diligence priorities for day. | 0.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                          **F** 214.647.7501
Dallas, TX 75201              **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/02/20 | GJK | Review alternatives analysis for Mundipharma, including potential bridges to next version of business plan. | 1.50 |
| 11/02/20 | NAS | Prepare for call with L. McCracken (Mundipharma). | 0.30 |
| 11/02/20 | NAS | Call with L. McCracken (Mundipharma), G. Koch, N. Simon (both AlixPartners), and other Mundipharma diligence advisors to discuss request list following meeting with M. Princen (Mundipharma). | 0.40 |
| 11/02/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to discuss Mundipharma diligence priorities for day. | 0.30 |
| 11/02/20 | NAS | Draft Latin America slides for Mundipharma diligence report appendix. | 1.80 |
| 11/02/20 | NAS | Draft Southeast Asia slides for Mundipharma diligence report appendix. | 1.40 |
| 11/02/20 | NAS | Revise China slides in Mundipharma diligence report appendix. | 1.10 |
| 11/02/20 | NAS | Brainstorm potential additions to Mundipharma diligence report appendix. | 0.80 |
| 11/02/20 | JD | Call with J. Lowne and C. DeStefano (both Purdue) re: incentive compensation accounting. | 0.40 |
| 11/02/20 | JD | Call with J. Lowne (Purdue) re: Incentive comp. | 0.30 |
| 11/02/20 | JD | Call with J. Lowne, C. Landau, M. Kesselman, K. Gadski, D. Rosen (all Purdue), T. Melvin, G. Sim (all PJT) re: branded sales 2021 budget. | 1.00 |
| 11/02/20 | JD | Review final KERP file from D. Warren (Purdue) prior to her submitting it to payroll for processing. | 1.50 |
| 11/02/20 | JD | Review updated bonus accounting and long-term focus incentive comp files from J. Lowne (Purdue) | 0.60 |
| 11/02/20 | JD | Review and provide comments on the full September flash report and the version to be provided to creditors. | 0.90 |
| 11/02/20 | JD | Update KEIP analysis of CEO and CFO compensation per | 0.70 |

2101 Cedar Springs Road     T 214.647.7500
Suite 1100                  F 214.647.7501
Dallas, TX 75201            alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | previous KEIP deals. Correspondence with Davis Polk and Willis Towers Watson re: same. | |
| 11/02/20 | JD | Correspondence with PJT, FTI and Purdue management re: open FTI diligence questions on HRT reports. | 0.60 |
| 11/02/20 | JD | Review and provide comments on latest draft PBC deck. | 0.40 |
| 11/03/20 | JD | Review branded sales forecast presentation and data from yesterday's meeting in more detail. | 0.50 |
| 11/03/20 | NAS | Review new diligence files provided by L. McCracken (Mundipharma). | 1.30 |
| 11/03/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review updates to Appendix of draft Mundipharma diligence report. | 0.70 |
| 11/03/20 | NAS | Revise 2020 Performance section of draft Mundipharma diligence report to reflect updated figures through September. | 2.20 |
| 11/03/20 | NAS | Add comparison of September and June management forecasts to Appendix of Mundipharma diligence report. | 1.00 |
| 11/03/20 | NAS | Add background on announced Rafa transaction to Appendix of Mundipharma diligence report. | 1.30 |
| 11/03/20 | JD | Participate in call with J. Lowne, C. Landau, M. Kesselman, R. Brown, M. Feltz (all Purdue), J. Turner, T. Melvin (both PJT) re: legal counsel 2021 budget. | 0.70 |
| 11/03/20 | JD | Review presentation for legal fee and general counsel 2021 budget amounts. | 0.70 |
| 11/03/20 | GJK | Plan and coordinate Mundipharma diligence (ongoing). | 2.00 |
| 11/03/20 | GJK | Review Mundipharma updated financials package. | 2.00 |
| 11/03/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review updates to Appendix of draft Mundipharma diligence report. | 0.70 |
| 11/03/20 | ADD | Call with A. DePalma and K. McCafferty (both | 2.00 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners), J. Doyle, J. Giordano, D. Fogel, R. Shamblen, W. DiNicola (all Purdue), B. Grubb (Noramco) re: 2021 Rhodes Tech Budget Review | |
| 11/03/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), J. Giordano, B. Evans, D. Ebere, D. Fogel, J. Doyle, J. Peroni, J. Waltz, J. Fox, K. Kolar, R. Shamblen, V. Mancinelli, W. Addicks, D. McGuire (all Purdue) B. Grubb (Noramco) re: Product Transition and Forecasting Plan. | 1.00 |
| 11/03/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners), C. Yuh, M. Gibson, K. Ickes (both Skadden), D. Fogel, J. Doyle, J. Giordano, R. Shamblen, D. Lundie, S. McGuire, R. Aleali, J. Lowne, K. McCarthy (all Purdue) re: Project Catalyst - Revised Closing Checklist. | 0.80 |
| 11/03/20 | ADD | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract review. | 2.40 |
| 11/03/20 | ADD | Meeting with J. Doyle, A. Soma, A. Nadeau, P. Brinkerhoff, J. Giordano (all Purdue), A. DePalma and K. McCafferty (both AlixPartners) re: Noramco site visit - contracts. | 1.10 |
| 11/03/20 | ADD | Meeting with A. Soma, A. Nadeau, J. Giordano (all Purdue), K. McCafferty and A DePalma (both AlixPartners) re: Noramco visit - RT operations transfer plan. | 1.50 |
| 11/03/20 | KM | Update project planning and management tracker re: project Catalyst transition. | 1.10 |
| 11/03/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), J. Doyle, J. Giordano, D. Fogel, R. Shamblen, W. DiNicola (all Purdue), B. Grubb (Noramco) re: 2021 Rhodes Tech Budget Review | 2.00 |
| 11/03/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), J. Giordano, B. Evans, D. Ebere, D. Fogel, | 1.00 |

# **AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | J. Doyle, J. Peroni, J. Waltz, J. Fox, K. Kolar, R. Shamblen, V. Mancinelli, W. Addicks, D. McGuire (all Purdue) B. Grubb (Noramco) re: Product Transition and Forecasting Plan. | |
| 11/03/20 | KM | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract review. | 2.40 |
| 11/03/20 | KM | Meeting with A. Soma, A. Nadeau, J. Giordano (all Purdue), K. McCafferty and A DePalma (both AlixPartners) re: Noramco visit - RT operations transfer plan. | 1.50 |
| 11/03/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners), C. Yuh, M. Gibson, K. Ickes (both Skadden), D. Fogel, J. Doyle, J. Giordano, R. Shamblen, D. Lundie, S. McGuire, R. Aleali, J. Lowne, K. McCarthy (all Purdue) re: Project Catalyst - Revised Closing Checklist. | 0.80 |
| 11/03/20 | KM | Meeting with J. Doyle, A. Soma, A. Nadeau, P. Brinkerhoff, J. Giordano (all Purdue), A. DePalma and K. McCafferty (both AlixPartners) re: Noramco site visit - contracts. | 1.10 |
| 11/04/20 | KM | Outstanding contract review analysis re: project Catalyst. | 0.80 |
| 11/04/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners),P. Brinkerhoff, E. Ruta, J. Doyle, J. Lima, A. Hart, D. Sanil (all Purdue) re: non-IT Contracts Discussion. | 0.60 |
| 11/04/20 | KM | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contracts. | 1.80 |
| 11/04/20 | KM | Meeting with A. Soma, A. Nadeau, R. Shamblen, J. Giordano (all Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: Catalyst transition - RT operations. | 0.90 |
| 11/04/20 | KM | Analysis re: required contract activities prior to close. | 1.10 |
| 11/04/20 | KM | Meeting with P. Brinkerhoff, E. Ruta (both Purdue), K. | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | McCafferty and A. DePalma (both AlixPartners) re: RT IT Contracts Spreadsheet Review. |  |
| 11/04/20 | KM | Meeting with A. Nadeau, J. Waltz, J. Gibbs, B. Evans, J. Fox, J. Giordano (all Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: Catalyst transition - Supply Chain. | 1.30 |
| 11/04/20 | KM | Analysis re: API market pricing. | 0.60 |
| 11/04/20 | KM | Create flash report requests and materials re: project Catalyst. | 1.20 |
| 11/04/20 | ADD | Meeting with A. Soma, A. Nadeau, R. Shamblen, J. Giordano (all Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: Catalyst transition - RT operations. | 0.90 |
| 11/04/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners),P. Brinckerhoff, E. Ruta, J. Doyle, J. Lima, A. Hart, D. Sanil (all Purdue) re: non-IT Contracts Discussion. | 0.60 |
| 11/04/20 | ADD | Meeting with P. Brinkerhoff, E. Ruta (both Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: RT IT Contracts Spreadsheet Review. | 0.90 |
| 11/04/20 | ADD | Meeting with A. Nadeau, J. Waltz, J. Gibbs, B. Evans, J. Fox, J. Giordano (all Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: Catalyst transition - Supply Chain. | 1.30 |
| 11/04/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to review revised Appendix to Mundipharma diligence report. | 0.60 |
| 11/04/20 | GJK | Prepare for Mundipharma diligence calls and negotiation matrix planning. | 2.00 |
| 11/04/20 | GJK | Review Appendix versions, updates and source data. | 1.50 |
| 11/04/20 | JD | Call with J. Lowne, M. Kesselman, C. Landau, T. Garvey, J. Tran (all Purdue), J. Turner, T. Melvin, G. Sim (all PJT) re: Avrio 2021 budget. | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/04/20 | JD | Review Avrio business plan slides and compare against previous business plan. | 1.00 |
| 11/04/20 | JD | Call with J. Lowne (Purdue) re: 2021 budgeting. | 0.20 |
| 11/04/20 | JD | Correspondence with Davis Polk and Purdue management re: updates to the legal fee/general counsel budget. | 0.70 |
| 11/04/20 | JD | Call with R. Aleali (Purdue) re: trust transfer process. | 0.50 |
| 11/04/20 | JD | Call with M. Huebner (Davis Polk) re: KEIP analysis. | 0.20 |
| 11/04/20 | JD | Update KEIP analysis per comments from M. Huebner (Davis Polk). | 1.50 |
| 11/04/20 | JD | Review and comment on draft responses from HRT on FTI diligence questions. | 0.30 |
| 11/04/20 | JD | Review updated KEIP/KERP guidance from management per discussions with Davis Polk. | 0.30 |
| 11/04/20 | JD | Review branded gross to net sales forecast details from E. Nowakowski (Purdue). | 0.30 |
| 11/04/20 | JD | Review latest transfer diligence checklist. | 0.40 |
| 11/04/20 | NAS | Add overview of items below EBITDA to draft Appendix of Mundipharma diligence report. | 1.40 |
| 11/04/20 | NAS | Add overview of Malta Perimeter to draft Appendix of Mundipharma diligence report. | 0.70 |
| 11/04/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to review revised Appendix to Mundipharma diligence report. | 0.60 |
| 11/04/20 | NAS | Correspondence with J. Turner (PJT) re: Rafa transaction announced. | 0.30 |
| 11/05/20 | JD | Weekly management update call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. DelConte, G. Koch, L. Donahue (all AlixPartners), J. O'Connell, T. Coleman, T. Melvin (all PJT). | 0.90 |

2101 Cedar Springs Road      T 214.647.7500
Suite 1100                   F 214.647.7501
Dallas, TX 75201             alixpartners.com

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/05/20 | JD | Correspondence with Davis Polk and FTI re: tax planning call. | 0.30 |
| 11/05/20 | JD | Correspondence with Davis Polk, Purdue management and Cigna re: payment timing. | 0.40 |
| 11/05/20 | JD | Review latest liabilities subject to compromise analysis. | 0.30 |
| 11/05/20 | JD | Review business development presentation from yesterday's meeting. | 0.40 |
| 11/05/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners), KPMG, and other Mundipharma diligence advisors to discuss latest views on tax treatment. | 1.00 |
| 11/05/20 | GJK | Plan and coordinate Mundipharma diligence including tax and fraudulent conveyance issues. | 2.00 |
| 11/05/20 | GJK | Weekly management update call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. DelConte, G. Koch, L. Donahue (all AlixPartners), J. O'Connell, T. Coleman, T. Melvin (all PJT). | 0.90 |
| 11/05/20 | LJD | Weekly management update call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. DelConte, G. Koch, L. Donahue (all AlixPartners), J. O'Connell, T. Coleman, T. Melvin (all PJT). | 0.90 |
| 11/05/20 | NAS | Prepare for Mundipharma tax call with KPMG and other diligence advisors. | 0.60 |
| 11/05/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners), KPMG, and other Mundipharma diligence advisors to discuss latest views on tax treatment. | 1.00 |
| 11/05/20 | NAS | Document takeaways following tax update call with KPMG and other Mundipharma diligence advisors. | 0.20 |
| 11/05/20 | ADD | Call A. DePalma and K. McCafferty (both AlixPartners) re: | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Project Catalyst transition planning and status discussion | |
| 11/05/20 | ADD | Meeting with J. Doyle, E. Ruta, K. McCarthy (all Purdue), M. Gibson, A. Gallogly (both Skadden), K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst Continuing Contracts Review. | 0.70 |
| 11/05/20 | KM | Schedule next steps in project planning and management re: project Catalyst transition. | 1.10 |
| 11/05/20 | KM | Meeting with J. Doyle, E. Ruta, K. McCarthy (all Purdue), M. Gibson, A. Gallogly (both Skadden), K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst Continuing Contracts Review. | 0.70 |
| 11/05/20 | KM | Update and refine workstream activities re: project Catalyst RT operations. | 0.30 |
| 11/05/20 | KM | Call with D. Fogel, W. DiNicola (both Purdue) re: 2021 budget. | 0.50 |
| 11/05/20 | KM | Call with D. Fogel (Purdue) re: Catalyst MSA pricing discussion. | 0.30 |
| 11/05/20 | KM | Update and refine workstream activities re: project Catalyst quality and tech transfers. | 2.20 |
| 11/05/20 | KM | Call A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst transition planning and status discussion. | 0.70 |
| 11/05/20 | KM | Call with B. Purdon (Purdue) re: change control activities for Catalyst product transfers. | 0.50 |
| 11/05/20 | KM | Update and refine workstream activities re: project Catalyst finance and IT. | 1.70 |
| 11/05/20 | KM | Update and refine workstream activities re: project Catalyst Purdue transfers. | 0.80 |
| 11/05/20 | KM | Call with J. Giordano (Purdue) re: Catalyst Steering Committee meeting materials. | 0.70 |
| 11/05/20 | KM | Create and refine program dashboard re: project | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
|-----|--------------------------------|
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Catalyst. | |
| 11/06/20 | KM | Update project Catalyst transition tracker. | 1.10 |
| 11/06/20 | KM | Meeting with V. Mancinelli, S. Engel (Purdue), J. Lowne, H. Ghanami, P. Brinkerhoff (all Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: Catalyst IT transition. | 1.00 |
| 11/06/20 | KM | Update workstream dashboards re: project Catalyst. | 1.70 |
| 11/06/20 | ADD | Meeting with V. Mancinelli, S. Engel (Purdue), J. Lowne, H. Ghanami, P. Brinkerhoff (all Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: Catalyst IT transition. | 1.00 |
| 11/06/20 | ADD | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract (IT and non-IT) review. | 2.30 |
| 11/06/20 | KM | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract (IT and non-IT) review. | 2.30 |
| 11/06/20 | KM | Prepare Steering Committee meeting materials and updates re: project Catalyst. | 0.70 |
| 11/06/20 | NAS | Document notes and follow up items re: open variables related to Mundipharma following conversation with G. Koch (AlixPartners). | 0.30 |
| 11/06/20 | NAS | Brainstorm potential assumption changed related to go-forward Mundipharma forecast. | 2.00 |
| 11/06/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to discuss open variables related to Mundipharma. | 1.30 |
| 11/06/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to discuss open variables related to Mundipharma. | 1.30 |
| 11/06/20 | JD | Participate in meeting with J. Lowne, C. Landau, M. Kesselman, R. Fanelli, J. Ducharme (all Purdue), J. | 1.00 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Turner, T. Melvin (both PJT) re: R&D 2021 forecast. | |
| 11/06/20 | JD | Finalize updated 2020 and 2021 legal fee forecast for updated bankruptcy costs. | 0.80 |
| 11/07/20 | JD | Correspondence with Davis Polk re: KEIP analysis. | 0.30 |
| 11/09/20 | JD | Review and provide comments on draft sale considerations deck from PJT. | 0.40 |
| 11/09/20 | JD | Review details re: buyout offer. | 0.50 |
| 11/09/20 | JD | Review CF questions excel file from PJT prior to sharing with creditor advisors. | 0.30 |
| 11/09/20 | JD | Review presentation from J. Lowne (Purdue) re: PHI updated business plan. | 0.80 |
| 11/09/20 | JD | Review and comment on draft opioid board slides from J. Lowne (Purdue). | 1.00 |
| 11/09/20 | JD | Meeting with C. Landau, M. Kesselman, J. Lowne, D. Lundie, D. Fogel (all Purdue), J. Turner, T. Melvin, G. Sim (all PJT) re: 2021 RALP budget | 1.00 |
| 11/09/20 | JD | Meeting with C. Landau, J. Lowne, M. Kesselman, S. Robertson, B. Weingarten (all Purdue), J. Turner, T. Melvin (all PJT) re: Corporate communications 2021 budget meeting. | 0.50 |
| 11/09/20 | JD | HR 2021 budget meeting with C. Landau, J. Lowne, M. Kesselman, K. Laurel, R. Brown (all Purdue), J. Turner, T. Melvin, G. Sim (all PJT). | 0.50 |
| 11/09/20 | JD | Meeting with C. Landau, J. Lowne, M. Kesselman, M. Ronning, K. Gadski, D. Rosen (all Purdue), J. Turner, R. Schnitzler, T. Melvin (all PJT) re: Commercial and Adhansia 2021 Budget | 0.80 |
| 11/09/20 | JD | Call with J. Lowne (Purdue) re: 2021 budget. | 0.20 |
| 11/09/20 | JD | Meeting with C. Landau, J. Lowne, M. Kesselman (all Purdue), T. Melvin, G. Sim (both PJT) re: 'CFO and IT | 0.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | functions 2021 Budget | |
| 11/09/20 | JD | Medical Affairs 2021 budget call with J. Lowne, C. Landau, M. Kesselman, J. Ducharme, R. Fanelli, M. Kwarcinski (all Purdue), T. Melvin, J. Turner (both PJT). | 0.60 |
| 11/09/20 | NAS | Respond to compensation data question from C. Oluwale (DPW). | 0.70 |
| 11/09/20 | NAS | Follow up with other Mundipharma diligence advisors re: tax call on 11/6. | 0.50 |
| 11/09/20 | NAS | Correspondence with J. Turner, J. Arsic, and I. Mian (all PJT) re: revised appendix to draft Mundipharma diligence report. | 0.30 |
| 11/09/20 | GJK | Plan and coordinate Mundipharma diligence follow up items including tax meeting, appendix to report, and negotiations. | 1.20 |
| 11/09/20 | ADD | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), and K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. | 0.80 |
| 11/09/20 | ADD | Call J. Doyle, D. Fogel, and D. Lundie, K. McCarthy, J. Lowne, J. Giordano (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Project Catalyst: Steering Committee Meeting. | 1.50 |
| 11/09/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract status discussion. | 0.70 |
| 11/09/20 | KM | Update analyses and presentation re: Catalyst Executive meeting deck. | 1.90 |
| 11/09/20 | KM | Update analyses and workplan re: Catalyst tech transfers. | 1.70 |
| 11/09/20 | KM | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), and K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. | |
| 11/09/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract status discussion. | 0.70 |
| 11/09/20 | KM | Catalyst transition program update re: workstream tracking. | 1.20 |
| 11/09/20 | KM | Prepare RT Operations workplan for sharing re: project Catalyst. | 0.80 |
| 11/09/20 | KM | Analysis re: external API pricing impact to MSA. | 0.30 |
| 11/09/20 | KM | Call J. Doyle, D. Fogel, and D. Lundie, K. McCarthy, J. Lowne, J. Giordano (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Project Catalyst: Steering Committee Meeting. | 1.50 |
| 11/10/20 | KM | Analysis re: financial impact of volume changes to 2021 Catalyst projections. | 1.20 |
| 11/10/20 | KM | Call with D. Fogel (Purdue) re: Purdue/Noramco considerations analysis. | 0.80 |
| 11/10/20 | KM | Meeting with S. Yates, S. Ashmann J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 0.70 |
| 11/10/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract list status discussion. | 0.50 |
| 11/10/20 | KM | Continue analysis re: financial impact of volume changes to 2021 Catalyst projections. | 1.70 |
| 11/10/20 | KM | Call with D. Fogel (Purdue) re: Purdue/Noramco | 0.60 |

2101 Cedar Springs Road     T 214.647.7500
Suite 1100                  F 214.647.7501
Dallas, TX 75201            alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | considerations financial analysis. | |
| 11/10/20 | KM | Analysis and project updates re: project Catalyst tech transfers. | 1.10 |
| 11/10/20 | KM | Meeting with J. Giordano, B. Evans, A. Nadeau, J. Waltz, J. Fox, S. Engel, J. Narlis (all Purdue), and A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst Transition Team Meeting: Supply Chain. | 0.70 |
| 11/10/20 | KM | Analysis re: Catalyst impact of tech transfer timing. | 0.80 |
| 11/10/20 | KM | Meeting with D. Fogel. J. Giordano (both Purdue) re: Noramco/Purdue Executive Meeting agenda. | 0.70 |
| 11/10/20 | KM | Prepare presentation re: catalyst impact of financial changes. | 0.80 |
| 11/10/20 | KM | Meeting with A. Soma, A. Nadeau, R. Shamblen, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - RT Operations. | 1.00 |
| 11/10/20 | ADD | Meeting with J. Giordano, B. Evans, A. Nadeau, J. Waltz, J. Fox, S. Engel, J. Narlis (all Purdue), and A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst Transition Team Meeting: Supply Chain. | 0.70 |
| 11/10/20 | ADD | Meeting with A. Soma, A. Nadeau, R. Shamblen, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - RT Operations. | 1.00 |
| 11/10/20 | ADD | Meeting with S. Yates, S. Ashmann J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 0.70 |
| 11/10/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract list status discussion. | 0.50 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/10/20 | JD | Correspondence with Davis Polk and AlixPartners team re: open KERP and KEIP questions. | 0.60 |
| 11/10/20 | JD | Correspondence with K. McCafferty (AlixPartners) re: cure costs. | 0.20 |
| 11/10/20 | JD | Review comments on draft updated business plan board slides from T. Melvin (PJT). | 0.60 |
| 11/11/20 | JD | Review markup of Avrio business plan slides. | 0.50 |
| 11/11/20 | JD | Review trust transfer checklist prior to call with Davis Polk. | 0.70 |
| 11/11/20 | JD | Correspondence with Rhodes management re: contract assumption and rejection with regards to Rhodes Tech. | 0.40 |
| 11/11/20 | JD | Update latest professional fee tracker and send around to Davis Polk, Dechert and management. | 0.80 |
| 11/11/20 | JD | Update professional fee tracker and forecast for recently filed UCC fee apps. | 0.50 |
| 11/11/20 | GJK | Review latest status of case as relates to settlement negotiations, transfer matters and potential Mundipharma negotiations. | 1.00 |
| 11/11/20 | GJK | Review diligence checklist | 0.50 |
| 11/11/20 | GJK | Prepare for trust transfer process call | 0.30 |
| 11/11/20 | NAS | Review latest draft of Mundipharma diligence report. | 0.30 |
| 11/11/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract list status discussion and report generation. | 2.30 |
| 11/11/20 | ADD | Meeting with J. Giordano, A. Soma, E. Ruta, J. Lima, A. Nadeau, J. Doyle (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) S. Warner, B. Grubb (Noramco) re: Contract working session. | 0.90 |
| 11/11/20 | KM | Update workplan re: project Catalyst transition. | 0.60 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/11/20 | KM | Meeting with D. Lundie, J. Lowne, J. Giordano (all Purdue) re: Purdue/Noramco meeting prep and analysis. | 0.80 |
| 11/11/20 | KM | Analysis re: assigned and excluded contracts for review with Noramco. | 1.00 |
| 11/11/20 | KM | Meeting with J. Giordano, A. Soma, E. Ruta, J. Lima, A. Nadeau, J. Doyle (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) S. Warner, B. Grubb (Noramco) re: Contract working session. | 0.90 |
| 11/11/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract list status discussion and report generation. | 2.30 |
| 11/11/20 | KM | Call with D. Lundie (Purdue) re: Catalyst executive session with Noramco. | 0.30 |
| 11/11/20 | KM | Analysis re: YE inventory. | 1.20 |
| 11/11/20 | KM | Analysis re: Catalyst contracts for IT support. | 1.50 |
| 11/12/20 | KM | Update tracker for project planning and management re: project Catalyst transition. | 1.60 |
| 11/12/20 | KM | Call M. Gibson, A. Gallogly (Skadden), J. Doyle, E. Ruta, K. McCarthy (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst contracts Schedule Meeting. | 0.80 |
| 11/12/20 | KM | Analysis re: 2021 forecast and inventory impact. | 2.70 |
| 11/12/20 | KM | Meeting with D. Fogel, W. DiNicola, B. Evans (all Purdue) re: 2021 demand and inventory projections for Catalyst. | 0.70 |
| 11/12/20 | KM | Analysis re: Noramco/PPLP executive meeting 2021 volume impact. | 1.80 |
| 11/12/20 | KM | Call with D. Fogel (Purdue) re: Catalyst financials. | 0.40 |
| 11/12/20 | KM | Update Noramco/PPLP Exec meeting analysis re: 2021 forecast and inventory projections. | 0.60 |
| 11/12/20 | KM | Meeting with D. Fogel, W. DiNicola, B. Evans (all Purdue) | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| | | re: financial impact of 2021 projections on Catalyst. | |
| 11/12/20 | ADD | Call M. Gibson, A. Gallogly (Skadden), J. Doyle, E. Ruta, K. McCarthy (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst contracts Schedule Meeting. | 0.80 |
| 11/12/20 | JD | Call with J. Turner, R. Schnitzler, T. Melvin (all PJT), E. Ruiz, D. Saussy, D. Rosen, L. Scheinbach (all Purdue) re: potential BD deal. | 0.40 |
| 11/12/20 | JD | Correspondence with Davis Polk, PJT and Purdue management re: third party discussions. | 0.50 |
| 11/12/20 | JD | Review previous analyses re: min cash and other FTI and Houlihan diligence questions. | 0.70 |
| 11/12/20 | JD | Review deck from call with the AHC. | 0.70 |
| 11/12/20 | JD | Prepare summary of professional fees by month for Dechert. | 0.40 |
| 11/13/20 | JD | Call with M. Diaz, B. Bromberg, S. Joffe (all FTI), H. Stoopack (Kramer Levin), B. Kelly (Brown Rudnick), T. Matlock, L. Altus, W. Curran (all Davis Polk), J. Turner, T. Melvin (both PJT), H. Bhattal and J. DelConte (both AlixPartners) re: post-emergence taxes. | 0.50 |
| 11/13/20 | JD | Call with G. Koch, A. DePalma, J. DelConte (all AlixPartners), C. Robertson, A. Lele, E. Diggs (all Davis Polk) re: trust transfer process. | 0.50 |
| 11/13/20 | JD | Review draft initial questions for third party. | 0.20 |
| 11/13/20 | JD | Call with C. Robertson (Davis Polk) re: tax planning. | 0.10 |
| 11/13/20 | JD | Correspondence with PJT re: Project Catalyst savings. | 0.30 |
| 11/13/20 | JD | Review UCC presentation re: Sackler causes of action. | 1.00 |
| 11/13/20 | JD | Review latest corporate scorecard in relation to the KEIP. | 0.30 |
| 11/13/20 | JD | Review transfer presentation from Davis Polk to be given to the company to present to the executive committee. | 0.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/13/20 | GJK | Prepare for call with DPW and AlixPartners to align on Transfer Matters work plan. | 0.50 |
| 11/13/20 | GJK | Call with G. Koch KPMG, and other Mundipharma diligence advisors to discuss latest views on tax treatment. | 1.00 |
| 11/13/20 | GJK | Prepare and follow up for Mundipharma tax discussion. | 1.00 |
| 11/13/20 | GJK | Correspondence with A DePalma (AlixPartners) re PMO trackers. | 0.50 |
| 11/13/20 | GJK | Call with G. Koch, A. DePalma, J. DelConte (all AlixPartners), C. Robertson, A. Lele, E. Diggs (all Davis Polk) re: trust transfer process. | 0.50 |
| 11/13/20 | ADD | Call with G. Koch, A. DePalma, J. DelConte (all AlixPartners), C. Robertson, A. Lele, E. Diggs (all Davis Polk) re: trust transfer process. | 0.50 |
| 11/13/20 | KM | Call with J. Giordano (Purdue) re: Catalyst PMO discussion. | 0.60 |
| 11/13/20 | KM | Update Noramco/PPLP Exec meeting analysis re: buprenorphine forecast and inventory. | 0.90 |
| 11/13/20 | KM | Update Noramco/PPLP Exec meeting analysis re: methylphenidate forecast and inventory. | 1.00 |
| 11/13/20 | KM | Analysis and organization re: legal approval to review contracts with Noramco. | 0.40 |
| 11/13/20 | HSB | Call with M. Diaz, B. Bromberg, S. Joffe (all FTI), H. Stoopack (Kramer Levin), B. Kelly (Brown Rudnick), T. Matlock, L. Altus, W. Curran (all Davis Polk), J. Turner, T. Melvin (both PJT), H. Bhattal and J. DelConte (both AlixPartners) re: post-emergence taxes. | 0.50 |
| 11/15/20 | JD | Review and provide comments on draft diligence pack put together by PJT. | 0.70 |
| 11/16/20 | JD | Review materials re: vendor contract assumption | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | calculations. | |
| 11/16/20 | JD | Review revised third party diligence pack. | 0.50 |
| 11/16/20 | JD | Review draft correspondence from PJT prior to sending to the third party. | 0.30 |
| 11/16/20 | JD | Review draft audited financial statements for 2016-2018 for Mundipharma. | 0.70 |
| 11/16/20 | JD | Correspondence with Purdue, Davis Polk and PJT re: third party discussions. | 0.40 |
| 11/16/20 | JD | Review comments from Purdue on draft diligence pack. | 0.30 |
| 11/16/20 | JD | Call with J. Lowne (Purdue) and J. Turner (PJT) re: follow up to AHC call. | 0.50 |
| 11/16/20 | JD | Review and provide comments on latest draft diligence packet. | 0.70 |
| 11/16/20 | KM | Schedule project planning and management ongoing tasks re: project Catalyst transition. | 1.50 |
| 11/16/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract status discussion. | 0.80 |
| 11/16/20 | KM | Tracking and reporting re: Catalyst contracts. | 1.80 |
| 11/16/20 | KM | Meeting with J. Giordano, B. Evans, A. Nadeau, J. Waltz, J. Fox, S. Engel, J. Narlis (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst Transition / Team Meeting: Supply Chain. | 0.80 |
| 11/16/20 | KM | Analysis and reporting re: Rhodes Technologies contracts. | 2.60 |
| 11/16/20 | KM | Update workplan and RAID logs re: supply chain transition. | 0.60 |
| 11/16/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract status discussion. | 0.80 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 11/17/20 | ADD | Meeting with A. Soma, A. Nadeau, R. Shamblen, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - RT Operations. | 0.50 |
| 11/17/20 | ADD | Call A. Nadeau, J. Lima, E. Ruta (both Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: IT vendor outreach. | 0.60 |
| 11/17/20 | ADD | Meeting with S. Yates, S. Ashmann J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 0.50 |
| 11/17/20 | ADD | Call M. Gibson, A. Gallogly (both Skadden), J. Doyle, E. Ruta, K. McCarthy (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: IT vendor outreach. | 0.90 |
| 11/17/20 | ADD | Meeting with D. Lundie, D. Fogel, J. Doyle, J. Giordano, J. Lowne, R. Aleali, K. McCarthy (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners), M. Gibson, A. Gollogly (both Skadden) re: Amendments to Catalyst Documents. | 1.40 |
| 11/17/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract list status discussion. | 0.90 |
| 11/17/20 | ADD | Review DPW diligence request list and follow up with outstanding items. | 1.60 |
| 11/17/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contract list status discussion. | 0.90 |
| 11/17/20 | KM | Meeting with A. Soma, A. Nadeau, R. Shamblen, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - RT Operations. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/17/20 | KM | Update workplan and RAID logs re: RT operations transition. | 0.50 |
| 11/17/20 | KM | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), and K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. | 0.80 |
| 11/17/20 | KM | Call A. Nadeau, J. Lima, E. Ruta (both Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: IT vendor outreach. | 0.60 |
| 11/17/20 | KM | Update executed contracts analysis re: project Catalyst. | 1.70 |
| 11/17/20 | KM | Meeting with S. Yates, S. Ashmann J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 0.50 |
| 11/17/20 | KM | Call M. Gibson, A. Gallolly (both Skadden), J. Doyle, E. Ruta, K. McCarthy (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: IT vendor outreach. | 0.90 |
| 11/17/20 | KM | Call with D. Fogel (Purdue) re: inventory financial impact. | 1.80 |
| 11/17/20 | KM | Update workplan and RAID logs re: quality transition. | 0.70 |
| 11/17/20 | KM | Call with J. Giordano (Purdue) re: Catalyst transition update. | 0.70 |
| 11/17/20 | KM | Meeting with D. Lundie, D. Fogel, J. Doyle, J. Giordano, J. Lowne, R. Aleali, K. McCarthy (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners), M. Gibson, A. Gollolly (both Skadden) re: Amendments to Catalyst Documents. | 1.40 |
| 11/17/20 | JD | Correspondence with PJT, Davis Polk and Purdue re: third party discussions. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/17/20 | JD | Provide updated KEIP/KERP master file to reflect final KEIP agreement and updates from management. | 0.40 |
| 11/17/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to provide background on transfer process workstream. | 0.70 |
| 11/17/20 | GJK | Review Project Catalyst PMO system for use in Transfer PMO. | 2.00 |
| 11/17/20 | NAS | Review PMO files related to Project Catalyst workstream. | 1.80 |
| 11/17/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to provide background on transfer process workstream. | 0.70 |
| 11/18/20 | SKL | Call with G. Koch (AlixPartners), N. Simon (AlixPartners), and S. Lemack (AlixPartners) to provide overview of Purdue transfer workstream. | 0.40 |
| 11/18/20 | SKL | Call with N. Simon, S. Lemack and A. DePalma (all AlixPartners) to provide overview of Project Catalyst PMO tracking files. | 0.30 |
| 11/18/20 | SKL | Call with G. Koch, K. McCafferty, N. Simon, S. Lemack and A. DePalma (all AlixPartners) to provide overview of Project Catalyst workplan. | 0.40 |
| 11/18/20 | SKL | Review and make updates to initial draft of Transfer Workplan prior to upcoming Transfer Workplan update call. | 1.20 |
| 11/18/20 | GJK | Review SmartSheet set up for Transfer PMO. | 1.50 |
| 11/18/20 | GJK | Call with G. Koch (AlixPartners), N. Simon (AlixPartners), and S. Lemack (AlixPartners) to provide overview of Purdue transfer workstream. | 0.40 |
| 11/18/20 | GJK | Call with G. Koch, K. McCafferty, N. Simon, S. Lemack and A. DePalma (all AlixPartners) to provide overview of Project Catalyst workplan. | 0.40 |
| 11/18/20 | JD | Correspondence with internal AlixPartners team and FTI re: go forward tax modeling. | 0.70 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
|-----|-------------------------------|
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/18/20 | JD | Correspondence with PJT re: third party discussion. | 0.40 |
| 11/18/20 | JD | Review final October financials. | 0.20 |
| 11/18/20 | JD | Review comments from PJT on proposed Board slides. | 0.50 |
| 11/18/20 | JD | Review Benefit focus caused issues with Cigna. | 0.30 |
| 11/18/20 | NAS | Review overview files related to transfer workstream. | 1.40 |
| 11/18/20 | NAS | Review comments to initial draft of transfer workplan. | 0.20 |
| 11/18/20 | NAS | Review Mundipharma audited financial statements 2016-2018. | 0.70 |
| 11/18/20 | NAS | Call with G. Koch (AlixPartners), N. Simon (AlixPartners), and S. Lemack (AlixPartners) to provide overview of Purdue transfer workstream. | 0.40 |
| 11/18/20 | NAS | Call with N. Simon, S. Lemack and A. DePalma (all AlixPartners) to provide overview of Project Catalyst PMO tracking files. | 0.30 |
| 11/18/20 | NAS | Create initial draft of Purdue transfer workstream workplan. | 2.80 |
| 11/18/20 | NAS | Call with G. Koch, K. McCafferty, N. Simon, S. Lemack and A. DePalma (all AlixPartners) to provide overview of Project Catalyst workplan. | 0.40 |
| 11/18/20 | KM | Analysis and presentation re: contracts status update for Noramco review. | 2.20 |
| 11/18/20 | KM | Call with P. Brinkerhoff (Purdue) re: PPLP contracts and status update. | 0.90 |
| 11/18/20 | KM | Meeting with J. Giordano, A. Soma, E. Ruta, J. Lima, A. Nadeau, J. Doyle (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) M. Gibson, A. Gallogly (both Skadden), S. Warner, B. Grubb (both Noramco) re: Contract working session. | 0.70 |
| 11/18/20 | KM | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst IT | 1.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | agreements classification and review. | |
| 11/18/20 | KM | Analysis re: tech transfer planning. | 1.40 |
| 11/18/20 | KM | Call P. Brinkerhoff (Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: RT/Noramco IT Contracts. | 0.90 |
| 11/18/20 | KM | Call with D. Fogel (Purdue) re: project Catalyst. | 0.10 |
| 11/18/20 | KM | Call with G. Koch, K. McCafferty, N. Simon, S. Lemack and A. DePalma (all AlixPartners) to provide overview of Project Catalyst workplan. | 0.40 |
| 11/18/20 | KM | Update workplan re: project Catalyst. | 1.70 |
| 11/18/20 | KM | Update and refine workstream activities re: project Catalyst quality and contracts. | 1.30 |
| 11/18/20 | ADD | Review DPW diligence request list and follow up with outstanding items. | 1.30 |
| 11/18/20 | ADD | Call with G. Koch, K. McCafferty, N. Simon, S. Lemack and A. DePalma (all AlixPartners) to provide overview of Project Catalyst workplan. | 0.40 |
| 11/18/20 | ADD | Call with N. Simon, S. Lemack and A. DePalma (all AlixPartners) to provide overview of Project Catalyst PMO tracking files. | 0.30 |
| 11/18/20 | ADD | Meeting with J. Giordano, A. Soma, E. Ruta, J. Lima, A. Nadeau, J. Doyle (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) M. Gibson, A. Gallogly (both Skadden), S. Warner, B. Grubb (both Noramco) re: Contract working session. | 0.70 |
| 11/18/20 | ADD | Call P. Brinkerhoff (Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: RT/Noramco IT Contracts. | 0.90 |
| 11/19/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst IT contract status discussion. | 0.40 |
| 11/19/20 | KM | Update project planning and management tracker re: | 1.10 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | project Catalyst transition. | |
| 11/19/20 | KM | Call M. Gibson, A. Gallogly (both Skadden), J. Doyle, E. Ruta, K. McCarthy (both Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst contracts Schedule Meeting. | 0.80 |
| 11/19/20 | KM | Analysis and tracking updates re: IT contracts for Catalyst. | 1.20 |
| 11/19/20 | KM | Call with K. McCafferty and J. DelConte (both AlixPartners) re: catch up on Project Catalyst and Rhodes business planning. | 0.60 |
| 11/19/20 | KM | Identify and update contracts re: Rhodes lab services and maintenance. | 1.10 |
| 11/19/20 | KM | Call A. Nadeau, J. Lima, E. Ruta (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst contracts Schedule Meeting. | 1.00 |
| 11/19/20 | KM | Call S. Yates (Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Rhodes Suppliers Meeting. | 0.70 |
| 11/19/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst IT contract status discussion. | 0.40 |
| 11/19/20 | KM | Analysis and reporting re: open RT contracts and IT license agreements. | 1.40 |
| 11/19/20 | KM | Analysis and reporting re: IT agreements. | 1.60 |
| 11/19/20 | JD | Review trust transfer considerations on payroll and benefits from Purdue payroll team. | 0.30 |
| 11/19/20 | JD | Correspondence with Purdue payroll re: bonus forecasting. | 0.40 |
| 11/19/20 | JD | Participate in PPI board meeting pre-lunch break. | 2.50 |
| 11/19/20 | JD | Participate in post-lunch PPI board meeting. | 1.60 |
| 11/19/20 | JD | Correspondence with C. DeStefano (Purdue) re: retention | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | payment calculations. | |
| 11/19/20 | JD | Call with J. Turner (PJT) re: third party discussions. | 0.20 |
| 11/19/20 | JD | Call with K. McCafferty and J. DelConte (both AlixPartners) re: catch up on Project Catalyst and Rhodes business planning. | 0.60 |
| 11/19/20 | JD | Internal AlixPartners discussions re: tax modeling workstream. | 0.20 |
| 11/19/20 | JD | Correspondence with A. DePalma (both AlixPartners) re: trust transfer work stream. | 0.20 |
| 11/19/20 | GJK | Prepare for tax advisors meeting. | 0.50 |
| 11/19/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: comments to initial draft of transfer workplan. | 0.50 |
| 11/19/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners), KPMG, and other Mundipharma advisors re: latest takeaways from tax workstream. | 0.90 |
| 11/19/20 | GJK | Review draft of transfer work plan. | 1.50 |
| 11/19/20 | LJD | Participate in PPI board meeting pre-lunch break. | 2.50 |
| 11/19/20 | LJD | Participate in post-lunch PPI board meeting. | 1.60 |
| 11/19/20 | SKL | Review and reconcile latest Purdue transfer workstream tracker and prepare list of updates accordingly re: IP contracts. | 0.90 |
| 11/19/20 | NAS | Compare Mundipharma audited financials to figures provided by company. | 0.50 |
| 11/19/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: comments to initial draft of transfer workplan. | 0.50 |
| 11/19/20 | NAS | Revise initial draft of transfer workplan following comments from G. Koch (AlixPartners). | 3.20 |
| 11/19/20 | NAS | Prepare for tax call with Mundipharma advisor group. | 0.20 |
| 11/19/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners), KPMG, | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | and other Mundipharma advisors re: latest takeaways from tax workstream. | |
| 11/20/20 | SKL | Call with G. Koch, N. Simon and S. Lemack (all AlixPartners) to review latest draft of transfer workplan. | 0.70 |
| 11/20/20 | GJK | Review and edits to draft Transfer strawman workplan. | 1.50 |
| 11/20/20 | GJK | Plan and coordinate for Transfer PMO. | 2.00 |
| 11/20/20 | GJK | Call with G. Koch, N. Simon and S. Lemack (all AlixPartners) to review latest draft of transfer workplan. | 0.70 |
| 11/20/20 | JD | Review third party communications re: process. | 0.40 |
| 11/20/20 | JD | Review and provide comments on operating expense and Adhansia business plan slides from J. Lowne (Purdue). | 1.50 |
| 11/20/20 | JD | Correspondence with Houlihan and FTI re: follow up to discussions earlier this week on business planning. | 0.40 |
| 11/20/20 | JD | Review initial workplan created by N. Simon (AlixPartners) re: trust transfer process. | 1.00 |
| 11/20/20 | JD | Review initial draft diligence slides on the Wilson manufacturing facility. | 0.30 |
| 11/20/20 | JD | Review and provide comments on initial draft minimum cash analysis. | 0.80 |
| 11/20/20 | JD | Review research and development and medical affairs forecast sensitivities from J. Lowne (Purdue). | 0.60 |
| 11/20/20 | JD | Review materials in preparation of third party call. | 0.50 |
| 11/20/20 | JD | Call with R. Aleali, K. McCarthy (both Purdue), J. Turner, T. Melvin (both PJT), A. Lele, E. Diggs (both Davis Polk), J. DelConte and A. DePalma (both AlixPartners) re: open diligence questions. | 0.60 |
| 11/20/20 | NAS | Call with G. Koch, N. Simon and S. Lemack (all AlixPartners) to review latest draft of transfer workplan. | 0.70 |
| 11/20/20 | KM | Review and distribution re: IT agreements tracking and | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | reporting. | |
| 11/20/20 | KM | Meeting with A. Nadeau, S. Yates, J. Ganley, E. Ruta, J. Lima, J. Giordano, K. McCarthy, P. Brinkerhoff (all Purdue) re: vendor outreach for IT agreements. | 0.70 |
| 11/20/20 | KM | Meeting with H. Ghnaimeh, J. Giordano, P. Brinkerhoff, A. Raina, S. Engel (all Purdue) re: IT weekly progress review. | 0.80 |
| 11/20/20 | KM | Analysis re: outstanding contracts for Catalyst. | 0.70 |
| 11/20/20 | KM | Analysis and reporting re: open RT contracts and IT license agreements. | 2.50 |
| 11/20/20 | KM | Call with J. Giordano (Purdue) re: Catalyst PMO updates. | 0.20 |
| 11/20/20 | KM | Review re: Catalyst workstream plans for implementation. | 1.40 |
| 11/20/20 | HSB | Call with R. Aleali, K. McCarthy (both Purdue), J. Turner, T. Melvin (both PJT), A. Lele, E. Diggs (both Davis Polk), J. DelConte and A. DePalma (both AlixPartners) re: open diligence questions. | 0.60 |
| 11/22/20 | NAS | Respond to question from C. Oluwale (DPW) re: 2018-2019 compensation schedules. | 0.20 |
| 11/22/20 | JD | Review and provide comments on for profit pipeline and Avrio business plan slides. | 1.30 |
| 11/23/20 | JD | Review and comment on the latest version of the minimum cash analysis. | 0.80 |
| 11/23/20 | JD | Correspondence with Purdue management and Davis Polk re: Purdue and Mallinckrodt ordinary course supply agreement. | 0.30 |
| 11/23/20 | JD | Develop new minimum cash analyses following conversation with J. Lowne (Purdue). | 0.40 |
| 11/23/20 | JD | Review updated North Carolina facility summary deck. | 0.20 |
| 11/23/20 | JD | Review correspondence re: Landau compensation calculations. | 0.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                         Business Analysis & Operations
Client/Matter #             012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/23/20 | JD | Call with J. Lowne (Purdue) re: business plan. | 0.30 |
| 11/23/20 | JD | Correspondence with management re: proposed diligence response for third party diligence requests. | 0.30 |
| 11/23/20 | JD | Review request for information from the FTC re: Project Catalyst. Correspondence with Purdue management and K. McCafferty (AlixPartners) re: same. | 0.50 |
| 11/23/20 | JD | Review potential materials that would be responsive to FTC request. | 0.70 |
| 11/23/20 | JD | Review comments from PJT on various business plan Board slide sections. | 0.30 |
| 11/23/20 | JD | Review schedule by product for Rhodes volume, sales and COGS projections. | 0.30 |
| 11/23/20 | JD | Review and comment on proposed email from PJT to third party. | 0.20 |
| 11/23/20 | JD | Catch up call with J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, S. Lemack, H. Bhattal (all AlixPartners), J. Lowne (Purdue) re: open diligence requests. | 0.80 |
| 11/23/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to discuss Mundipharma tax workstream and priorities for day. | 0.40 |
| 11/23/20 | SKL | Catch up call with J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, S. Lemack, H. Bhattal (all AlixPartners), J. Lowne (Purdue) re: open diligence requests. | 0.80 |
| 11/23/20 | NAS | Review notes and schedule follow-up Mundipharma tax meeting with KPMG and Mundipharma diligence advisor group. | 0.30 |
| 11/23/20 | NAS | Compare Mundipharma audited financials to figures provided by company. | 0.90 |
| 11/23/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to discuss | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | Mundipharma tax workstream and priorities for day. | |
| 11/23/20 | HSB | Catch up call with J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, S. Lemack, H. Bhattal (all AlixPartners), J. Lowne (Purdue) re: open diligence requests. | 0.80 |
| 11/23/20 | KM | Update project planning and management tasks re: project Catalyst transition. | 1.70 |
| 11/23/20 | KM | Call with D. Fogel (Purdue) re: Catalyst savings. | 0.40 |
| 11/23/20 | KM | Meeting with D. Lundie, D. Fogel, R. Shamblen, J. Doyle, J. Lowne, R. Aleali, K. McCarthy, J. Giordano (all Purdue), M. Gibson. A. Gallogly (both Skadden) re: Catalyst weekly update. | 1.00 |
| 11/23/20 | KM | Update project management dashboard re: project Catalyst. | 0.60 |
| 11/23/20 | KM | Meeting with V. Mancinelli, J. Doyle, D. McGuire, J. Giordano (all Purdue) re: MSA schedule D. | 0.20 |
| 11/23/20 | KM | Update supply chain milestones and workplan re: project Catalyst. | 0.80 |
| 11/23/20 | KM | Meeting with J. Giordano, B. Evans, A. Nadeau, J. Waltz, J. Fox, S. Engel, J. Narlis (all Purdue) re: Project Catalyst Transition / Team Meeting: Supply Chain. | 0.70 |
| 11/23/20 | KM | Develop contracts list re: Noramco-specific list for Catalyst. | 2.30 |
| 11/23/20 | KM | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue) re: Catalyst transition - Noramco qualifications and Tech transfers. | 1.00 |
| 11/23/20 | KM | Update tech transfers milestones, analyses and workplan re: project Catalyst. | 1.40 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                         Business Analysis & Operations
Client/Matter #             012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/24/20 | KM | Locate and circulate documents re: FTC Nov. 20 request. | 1.10 |
| 11/24/20 | KM | Meeting with A. Soma, A. Nadeau, R. Shamblen, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - RT Operations. | 0.80 |
| 11/24/20 | KM | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst Rhodes Tech contract status discussion. | 0.20 |
| 11/24/20 | KM | Analysis re: project Catalyst risks and issues impact. | 2.20 |
| 11/24/20 | KM | Update risks and issues analyses, logs and reports re: project Catalyst. | 2.40 |
| 11/24/20 | KM | Project planning and reporting re: project Catalyst transition. | 1.40 |
| 11/24/20 | KM | Meeting with S. Yates, S. Ashmann J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 0.60 |
| 11/24/20 | KM | Analysis and document preparation re: project Catalyst executed agreements for review. | 1.60 |
| 11/24/20 | JD | Review and provide comments on the updated minimum cash analysis. | 1.00 |
| 11/24/20 | JD | Correspondence with A. DePalma (AlixPartners) re: Rhodes product analysis. | 0.30 |
| 11/24/20 | JD | Review opioid cash flow forecast analysis from the AHC. | 0.40 |
| 11/24/20 | JD | Review the latest HRT presentation to be shared with the creditors. | 0.40 |
| 11/24/20 | JD | Review materials pulled together in order to be responsive to the FTC. | 0.80 |
| 11/24/20 | JD | Review latest weekly sales report to be posted for creditor advisors. | 0.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/24/20 | JD | Correspondence with Davis Polk, PJT and Purdue management re: third party discussions. | 0.50 |
| 11/24/20 | JD | Prepare summary of Ad Hoc Committee professional fees to date per request from Davis Polk. | 0.70 |
| 11/24/20 | ADD | Meeting with S. Yates, S. Ashmann J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 0.60 |
| 11/24/20 | ADD | Meeting with A. Soma, A. Nadeau, R. Shamblen, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - RT Operations. | 0.80 |
| 11/24/20 | GJK | Call with L. Donahue, J. DelConte, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, C. Robertson (both Davis Polk), J. O'Connell, T. Coleman, T. Melvin, J. Turner (all PJT) re: weekly check in and go-forward planning. | 0.60 |
| 11/25/20 | JD | Correspondence with FTI re: tax modeling forecast. | 0.30 |
| 11/25/20 | JD | Collect information and review previous analysis re: expense rationalization slide for the business plan Board deck. | 1.00 |
| 11/25/20 | JD | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, J. Lowne (all Purdue), M. Gibson, A. Gallogly (both Skadden), R. Schnitzler (PJT), J. DelConte, K. McCafferty (both AlixPartners) re: FTC Nov 20 documents collection. | 0.50 |
| 11/25/20 | ADD | Meeting with J. Giordano, A. Soma, E. Ruta, J. Lima, A. Nadeau, J. Doyle (Purdue) and A. DePalma and K. McCafferty (both AlixPartners) M. Gibson, A. Gollogly (Skadden), S. Warner, B. Grubb (Noramco) re: Contract working session. | 0.50 |
| 11/25/20 | ADD | Call M. Gibson, A. Gallogly (both Skadden), J. Doyle, E. Ruta, K. McCarthy (all Purdue), K. McCafferty, A. | 0.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100              **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | DePalma (both AlixPartners) re: Catalyst contracts Schedule Meeting. | |
| 11/25/20 | KM | Review milestone tracking re: Catalyst transition agreements. | 1.20 |
| 11/25/20 | KM | Analysis re: agreements for review with Noramco. | 1.90 |
| 11/25/20 | KM | Meeting with J. Giordano, A. Soma, E. Ruta, J. Lima, A. Nadeau, J. Doyle (Purdue) and A. DePalma and K. McCafferty (both AlixPartners) M. Gibson, A. Gallogly (Skadden), S. Warner, B. Grubb (Noramco) re: Contract working session. | 0.50 |
| 11/25/20 | KM | Call M. Gibson, A. Gallogly (both Skadden), J. Doyle, E. Ruta, K. McCarthy (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst contracts Schedule Meeting. | 0.60 |
| 11/25/20 | KM | Meeting with D. Lundie, R. Shamblen, D. Fogel, J. Doyle, J. Lowne (all Purdue), M. Gibson, A. Gallogly (both Skadden), R. Schnitzler (PJT), J. DelConte, K. McCafferty (both AlixPartners) re: FTC Nov 20 documents collection. | 0.50 |
| 11/25/20 | KM | Update and post executed contracts re: project Catalyst. | 1.30 |
| 11/27/20 | JD | Correspondence with Purdue management re: Rhodes product diligence follow up. | 0.30 |
| 11/30/20 | JD | Review latest PHI deck and potential edits from PJT. | 0.40 |
| 11/30/20 | JD | Review latest weekly IMS data to be provided to creditors. | 0.30 |
| 11/30/20 | JD | Review and provide comments on updated PJT board slides. | 0.50 |
| 11/30/20 | JD | Update latest professional fee tracker per request from Davis Polk. | 0.60 |
| 11/30/20 | JD | Correspondence with Purdue management re: open Rhodes product volume questions. | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/30/20 | JD | Correspondence with Purdue management and S. Lemack (AlixPartners) re: minimum cash analysis. | 0.40 |
| 11/30/20 | JD | Finalize final expense rationalization analysis and slides for business plan board presentation. | 1.50 |
| 11/30/20 | JD | Correspondence with Purdue management and PJT re: latest business plan analysis and sensitivities. | 0.50 |
| 11/30/20 | JD | Review latest Mundipharma tax analyses from KPMG. | 0.90 |
| 11/30/20 | JD | Call with J. Lowne (Purdue) re: retention plan. | 0.30 |
| 11/30/20 | JD | Call with D. Fogel, R. Haberlin (both Purdue), T. Melvin (PJT) re: Product volume diligence request. | 0.30 |
| 11/30/20 | GJK | Review KPMG IAC tax analysis files. | 2.00 |
| 11/30/20 | GJK | Coordinate and follow up on Transfer PMO with Purdue, DPW and Alix. | 1.30 |
| 11/30/20 | NAS | Review most recent Mundipharma tax analysis provided by KPMG. | 1.60 |
| 11/30/20 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) re: Smartsheets. | 0.20 |
| 11/30/20 | KM | Analyze progress to date and open tasks re: project Catalyst transition. | 1.20 |
| 11/30/20 | KM | Data management re: Catalyst savings and project plan. | 0.90 |
| 11/30/20 | KM | Call with J. Giordano (Purdue) re: Catalyst program update. | 0.60 |
| 11/30/20 | KM | Analysis re: quality agreements. | 1.40 |
| 11/30/20 | KM | Meeting with S. Yates, S. Ashmann J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 0.70 |
| 11/30/20 | KM | Update supply chain workplan and dashboard re: project Catalyst. | 1.50 |

# **AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/30/20 | KM | Update reports re: Catalyst SteerCo meeting. | 1.90 |
| 11/30/20 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) re: Smartsheets. | 0.20 |
| 11/30/20 | ADD | Meeting with S. Yates, S. Ashmann J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 0.70 |
| 11/30/20 | ADD | Correspondence with K. McCafferty (both AlixPartners) re: Project Catalyst Rhodes Tech contract status update. | 0.30 |
| 11/30/20 | ADD | Review and determine appropriateness of vendor invoice at the request of Purdue. | 0.80 |
| 12/01/20 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) re: Smartsheet formatting question. | 0.30 |
| 12/01/20 | ADD | Meeting with A. Soma, A. Nadeau, R. Shamblen, J. Giordano (all Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - RT Operations. | 0.90 |
| 12/01/20 | ADD | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. | 1.20 |
| 12/01/20 | ADD | Meeting with J. Giordano, B. Evans, A. Nadeau, J. Waltz, J. Fox, S. Engel, J. Narlis (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst Transition / Team Meeting: Supply Chain. | 1.70 |
| 12/01/20 | ADD | Meeting with D. Sanil, A. Hart (both Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Rhodes Agreements. | 0.50 |
| 12/01/20 | KM | Update workplan and activity tracking re: RT Operations | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | transition for Catalyst. | |
| 12/01/20 | KM | Meeting with A. Soma, A. Nadeau, R. Shamblen, J. Giordano (all Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - RT Operations. | 0.90 |
| 12/01/20 | KM | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. | 1.20 |
| 12/01/20 | KM | Update workplan and activity tracking re: tech transfers for Catalyst. | 0.80 |
| 12/01/20 | KM | Meeting with J. Giordano, B. Evans, A. Nadeau, J. Waltz, J. Fox, S. Engel, J. Narlis (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst Transition / Team Meeting: Supply Chain. | 1.70 |
| 12/01/20 | KM | Meeting with D. Sanil, A. Hart (both Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Rhodes Agreements. | 0.50 |
| 12/01/20 | KM | Update workplan and activity tracking re: supply chain for Catalyst. | 0.80 |
| 12/01/20 | KM | Meeting with J. Northington, J. Doyle (both Purdue), J. Giordano, B. Koch (both Purdue) re: DMF transfer to Noramco. | 0.20 |
| 12/01/20 | KM | Create deck outline and content re: Dec. 3 Steering Committee meeting for Catalyst. | 2.20 |
| 12/01/20 | KM | Update workplan and activity tracking re: quality for Catalyst. | 1.30 |
| 12/01/20 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) re: Smartsheet formatting question. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/01/20 | GJK | Prepare for discussions re: Mundipharma next steps re: taxes and business plan. | 0.70 |
| 12/01/20 | GJK | Call with G. Koch, J. DelConte (both AlixPartners), E. Vonnegut, C. Robertson, L. Altus, T. Matlock (all DPW), J. Turner and J. Arsic (both PJT) re: next steps following KPMG tax workstream update. | 0.70 |
| 12/01/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners), KPMG, and other Mundipharma diligence advisors to provide update on tax workstream. | 1.10 |
| 12/01/20 | GJK | Call with N. Simon, G. Koch (both AlixPartners) to debrief following tax workstream update from KPMG. | 0.40 |
| 12/01/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners), KPMG, and other Mundipharma diligence advisors to provide update on tax workstream. | 1.10 |
| 12/01/20 | NAS | Call with N. Simon, G. Koch (both AlixPartners) to debrief following tax workstream update from KPMG. | 0.40 |
| 12/01/20 | NAS | Coordination with Counsel (DPW) and investment bankers (PJT) re: next steps following KPMG tax workstream update. | 0.20 |
| 12/01/20 | NAS | Call with G. Koch, J. DelConte (both AlixPartners), E. Vonnegut, C. Robertson, L. Altus, T. Matlock (all DPW), J. Turner and J. Arsic (both PJT) re: next steps following KPMG tax workstream update. | 0.70 |
| 12/01/20 | JD | Review draft PJT slides for the business plan presentation. | 0.80 |
| 12/01/20 | JD | Review historical compensation data for C. Landau (Purdue) in advance of congressional hearing. | 0.70 |
| 12/02/20 | JD | Finalize Rhodes volume forecast file for third party diligence. | 0.40 |
| 12/02/20 | JD | Outline updated analysis for NAACP following feedback from the company. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/02/20 | JD | Review and provide comments on the latest draft of the NAACP analysis. | 0.30 |
| 12/02/20 | JD | Review and provide comments on draft PEO and non-PEO PHI presentations. | 0.80 |
| 12/02/20 | JD | Review draft cash flow scenarios from the AHC in advance of discussions with Purdue management. | 0.60 |
| 12/02/20 | JD | Review updated Mundipharma tax materials from KPMG. | 0.50 |
| 12/02/20 | JD | Review updated NAACP diligence info. | 0.40 |
| 12/02/20 | GJK | Review Mundipharma updates and update planning. | 1.00 |
| 12/02/20 | SKL | Virtual working session A. DePalma, S. Lemack (AlixPartners) re: Smartsheet best practices. | 0.80 |
| 12/02/20 | NAS | Review additional KPMG materials related to Mundipharma tax workstream. | 0.60 |
| 12/02/20 | KM | SteerCo updates and communication to workstream leads re: project Catalyst. | 2.10 |
| 12/02/20 | KM | Call with D. Fogel, W. DiNicola (both Purdue) re: model of volume and inventory impact on Coventry operations contribution for Noramco. | 1.00 |
| 12/02/20 | KM | Meeting with A. Nadeau, A. Soma, J. Lima, and S. Yates (Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Internal Contracts Review. | 1.80 |
| 12/02/20 | KM | Analysis re: contract alignment for Purdue/RT/Noramco for Catalyst. | 0.50 |
| 12/02/20 | KM | Call with D. Fogel, W. DiNicola (both Purdue) re: Catalyst workstream updates. | 1.10 |
| 12/02/20 | KM | Call with J. Giordano (Purdue) re: SteerCo deck for Catalyst. | 0.60 |
| 12/02/20 | KM | Virtual Working Session with A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst Rhodes Tech contract analysis. | 2.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/02/20 | KM | SteerCo slide re: contracts for project Catalyst. | 0.60 |
| 12/02/20 | KM | Call with J. Giordano (Purdue) re: SteerCo deck for Catalyst. | 0.70 |
| 12/02/20 | KM | Analyze and update re: Catalyst transition workplans. | 1.10 |
| 12/02/20 | ADD | Virtual working session A. DePalma, S. Lemack (AlixPartners) re: Smartsheet best practices. | 0.80 |
| 12/02/20 | ADD | Meeting with A. Nadeau, A. Soma, J. Lima, and S. Yates (Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Internal Contracts Review. | 1.80 |
| 12/02/20 | ADD | Virtual Working Session with A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst Rhodes Tech contract analysis. | 2.00 |
| 12/03/20 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) re: Smartsheet discussion. | 0.30 |
| 12/03/20 | ADD | Call with M. Gibson, A. Gallogly (both Skadden), J. Doyle, E. Ruta, K. McCarthy (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst contracts review. | 0.50 |
| 12/03/20 | ADD | Meeting with J. Giordano, A. Soma, E. Ruta, J. Lima, A. Nadeau, J. Doyle (all Purdue) and A. DePalma, K. McCafferty (both AlixPartners) M. Gibson, A. Gollogly (both Skadden), S. Warner, B. Grubb (both Noramco) re: Contract working session. | 1.00 |
| 12/03/20 | ADD | Call with J. Doyle, D. Fogel, and D. Lundie, K. McCarthy, J. Lowne, J. Giordano (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) Project Catalyst: Steering Committee Meeting. | 1.50 |
| 12/03/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst Rhodes Tech contract assignability discussion. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 12/03/20 | ADD | Update Liabilities Subject to Compromise report for Nov 30th. | 2.30 |
| 12/03/20 | ADD | Review and compare and assigned contract list with Rhodes contract list and identify discrepancies. | 2.40 |
| 12/03/20 | KM | Analysis re: methylphenidate volume and profit projections for 2021. | 0.60 |
| 12/03/20 | KM | Call with J. Lowne, J. Carlisle, D. Fogel, W. DiNicola (all Purdue) re: Catalyst data room and diligence variance analysis. | 0.60 |
| 12/03/20 | KM | Call with M. Gibson, A. Gallogly (both Skadden), J. Doyle, E. Ruta, K. McCarthy (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst contracts review. | 0.50 |
| 12/03/20 | KM | Analysis re: API volume change impact on 2021 Coventry contribution. | 0.30 |
| 12/03/20 | KM | Meeting with J. Giordano, A. Soma, E. Ruta, J. Lima, A. Nadeau, J. Doyle (all Purdue) and A. DePalma, K. McCafferty (both AlixPartners) M. Gibson, A. Gollogly (both Skadden), S. Warner, B. Grubb (both Noramco) re: Contract working session. | 1.00 |
| 12/03/20 | KM | Call with D. Lundie, D. Fogel, J. Lowne (all Purdue) re: Catalyst value to Noramco. | 0.70 |
| 12/03/20 | KM | Analysis re: Catalyst value projections. | 1.30 |
| 12/03/20 | KM | Call with J. Doyle, D. Fogel, and D. Lundie, K. McCarthy, J. Lowne, J. Giordano (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) Project Catalyst: Steering Committee Meeting. | 1.50 |
| 12/03/20 | KM | Project planning and management re: post-steering committee actions. | 0.50 |
| 12/03/20 | KM | Call with J. Doyle, S. Yates (both Purdue) and B. Grubb | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (Noramco) re: quality agreement transition. | |
| 12/03/20 | KM | Analyze and update re: Catalyst quality agreements. | 0.60 |
| 12/03/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst Rhodes Tech contract assignability discussion. | 0.60 |
| 12/03/20 | KM | Analyze and update re: Catalyst master contract tracking and reporting. | 1.10 |
| 12/03/20 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) re: Smartsheet discussion. | 0.30 |
| 12/03/20 | GJK | Review and schedule IAC tax follow up. | 0.50 |
| 12/03/20 | JD | Review draft Board business plan slides and provide comments to management. | 3.10 |
| 12/03/20 | JD | Review updated Rhodes IMS data | 0.30 |
| 12/03/20 | JD | Correspondence with PJT and Davis Polk re: third party discussions. | 0.60 |
| 12/03/20 | JD | Correspondence with S. Lemack and H. Bhattal (both AlixPartners) re: minimum cash analysis over time. Review forecast materials for preliminary analysis. | 1.50 |
| 12/03/20 | NAS | Review revised KPMG materials related to Mundipharma tax workstream. | 0.30 |
| 12/04/20 | NAS | Review Mundipharma tax follow-up response from KPMG. | 0.40 |
| 12/04/20 | NAS | Call with G. Koch, N. Simon (partial attendance) (both AlixPartners), M. Diaz, and B. Bromberg (both FTI) re: next steps on KPMG Mundipharma tax workstream. | 0.20 |
| 12/04/20 | JD | Call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Lele (all Davis Polk), T. Coleman, J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), L. Donahue, J. DelConte (both AlixPartners) re: third party discussions. | 0.90 |
| 12/04/20 | JD | Review draft third party materials re: Project Plex. | 1.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/04/20 | JD | Call with T. Melvin (PJT) re: Project Plex. | 0.50 |
| 12/04/20 | GJK | Call with G. Koch, N. Simon (partial attendance) (both AlixPartners), M. Diaz, and B. Bromberg (both FTI) re: next steps on KPMG Mundipharma tax workstream. | 0.50 |
| 12/04/20 | GJK | Review latest status of IAC taxes. | 1.00 |
| 12/04/20 | LJD | Call with M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, A. Lele (all Davis Polk), T. Coleman, J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), L. Donahue, J. DelConte (both AlixPartners) re: third party discussions. | 0.90 |
| 12/04/20 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) re: Smartsheets. | 0.20 |
| 12/04/20 | KM | Analyze and update re: Catalyst master contract tracking and reporting. | 0.40 |
| 12/04/20 | KM | Meeting with A. Nadeau, A. Soma, J. Lima, and S. Yates (all Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Contract review session | 0.50 |
| 12/04/20 | KM | Analyze and update re: Catalyst agreements for review with Noramco. | 1.50 |
| 12/04/20 | KM | Meeting with H. Ghnaimeh, J. Giordano., P. Brinkerhoff, A. Raina, S. Engel (all Purdue) re: IT weekly progress review. | 0.60 |
| 12/04/20 | KM | Virtual Working Session with A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst Rhodes Tech IT contract. | 1.30 |
| 12/04/20 | KM | Update IT contracts for notification re: project Catalyst. | 0.20 |
| 12/04/20 | KM | Meeting with D. Lundie, R. Shamblen, V. Mancinelli, D. Fogel, J. Doyle, J. Lowne, R. Aleali, K. McCarthy (all Purdue), M. Gibson, A. Gallogly (Skadden) re: Catalyst check-in. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/04/20 | KM | Update workplan and activity tracking re: overall Catalyst transition. | 1.30 |
| 12/04/20 | KM | Review Catalyst workplan re: update for J. Giordano (Purdue). | 0.60 |
| 12/04/20 | KM | Analyze and update re: contract tracking and reporting for expiring contracts. | 2.40 |
| 12/04/20 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) re: Smartsheets. | 0.20 |
| 12/04/20 | ADD | Meeting with A. Nadeau, A. Soma, J. Lima, and S. Yates (all Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Contract review session | 0.50 |
| 12/04/20 | ADD | Virtual Working Session with A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst Rhodes Tech IT contract. | 1.30 |
| 12/06/20 | JD | Correspondence with PJT re: data room access and materials. | 0.60 |
| 12/06/20 | JD | Review latest draft of Board business plan and provide comments. | 0.70 |
| 12/07/20 | JD | Review latest term and headcount data and update the attrition analysis for HR. | 1.60 |
| 12/07/20 | JD | Review previous organization headcount charts produced and correspondence with R. Aleali (Purdue) re: same. | 0.50 |
| 12/07/20 | JD | Provide updated professional fee estimates for month end accruals. | 0.30 |
| 12/07/20 | JD | Create updated Prime Clerk fee schedule to provide to creditor advisors. | 0.60 |
| 12/07/20 | JD | Review detailed severance calculations from previous creditor sensitivities and liquidation analysis. | 0.50 |
| 12/07/20 | JD | Call with J. Lowne, D. Fogel (both Purdue), J. Turner, R. Schnitzler, T. Melvin (all PJT) re: creditor scenarios. | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Business Analysis & Operations
Client/Matter #              012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/07/20 | JD | Prepare final NAACP presentation and send along to Purdue management. | 0.30 |
| 12/07/20 | JD | Correspondence with PJT re: severance and restricted cash assumptions. | 0.60 |
| 12/07/20 | LJD | Review chart and POVs re: governance questions | 0.70 |
| 12/07/20 | GJK | Plan and coordinate for Mundipharma tax and business plan diligence. | 1.50 |
| 12/07/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners) re: contract review status. | 0.30 |
| 12/07/20 | ADD | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. | 1.10 |
| 12/07/20 | ADD | Meeting with A. Soma, E. Ruta, J. Lima, A. Nadeau (all Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: agreement review. | 1.20 |
| 12/07/20 | ADD | Call with C. Yuh, A. Gallogly (both Skadden), and A. DePalma, K. McCafferty (both AlixPartners) re: IT noticing discussion. | 0.40 |
| 12/07/20 | KM | Analysis for operations review team re: agreements previously identified as pre-close. | 1.10 |
| 12/07/20 | KM | Meeting with A. Soma, E. Ruta, J. Lima, A. Nadeau (all Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: agreement review. | 1.20 |
| 12/07/20 | KM | Call with D. Fogel, W. DiNicola (both Purdue) and J. Carlisle (Purdue) re: API Volume Concession Analysis. | 0.80 |
| 12/07/20 | KM | Analysis re: API Volume Concession Analysis. | 1.20 |
| 12/07/20 | KM | Analysis re: Catalyst value projections. | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
|---|---|
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/07/20 | KM | Call with J. Lowne, D. Fogel (both Purdue) re: API Purchase Commitments in 2021. | 0.30 |
| 12/07/20 | KM | Analysis re: API purchases commitments. | 1.20 |
| 12/07/20 | KM | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. | 1.10 |
| 12/07/20 | KM | Workplan updates re: Noramco qualifications and Tech transfers. | 0.90 |
| 12/07/20 | KM | Call with C. Yuh, A. Gallogly (both Skadden), and A. DePalma, K. McCafferty (both AlixPartners) re: IT noticing discussion. | 0.40 |
| 12/07/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners) re: contract review status. | 0.30 |
| 12/08/20 | KM | Meeting with J. Giordano, B. Evans, A. Nadeau, J. Waltz, J. Fox, S. Engel, J. Narlis (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst Transition / Team Meeting: Supply Chain. | 1.20 |
| 12/08/20 | KM | Workplan updates re: supply chain planning tracking. | 1.30 |
| 12/08/20 | KM | Analysis re: outstanding agreements and action plan for resolution. | 1.40 |
| 12/08/20 | KM | Analysis and update re: 2021 API volume purchased from Noramco Coventry and other facilities. | 0.90 |
| 12/08/20 | KM | Meeting with A. Soma, A. Nadeau, R. Shamblen (Purdue), J. Giordano (all Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - RT Operations. | 1.30 |
| 12/08/20 | KM | Analyze and update re: expiring contracts review and | 2.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
|      |           | actions.                |       |
| 12/08/20 | KM | Meeting with E. Ruta, (Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Contract working session. | 0.80 |
| 12/08/20 | KM | Workplan updates re: RT operations planning and permit tracking. | 1.20 |
| 12/08/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners) re: contract discussion | 0.50 |
| 12/08/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners) re: contract discussion | 0.50 |
| 12/08/20 | ADD | Call with S. Lemack and A. DePalma (all AlixPartners) re: Smartsheet Dashboard for Purdue transition. | 0.60 |
| 12/08/20 | ADD | Meeting with J. Giordano, B. Evans, A. Nadeau, J. Waltz, J. Fox, S. Engel, J. Narlis (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst Transition / Team Meeting: Supply Chain. | 1.20 |
| 12/08/20 | ADD | Meeting with E. Ruta, (Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Contract working session. | 0.80 |
| 12/08/20 | SKL | Call with S. Lemack and A. DePalma (all AlixPartners) re: Smartsheet Dashboard for Purdue transition. | 0.60 |
| 12/08/20 | TGB | Call with S. Lemack and A. DePalma (all AlixPartners) re: Smartsheet Dashboard for Purdue transition. | 0.00 |
| 12/08/20 | JD | Finalize draft response to the fee examiner report and send along to fee examiners. | 0.70 |
| 12/08/20 | JD | Review KPMG Mundipharma transfer pricing tax analysis. | 0.20 |
| 12/08/20 | JD | Review and provide comments on the initial due diligence tracker. | 0.50 |
| 12/08/20 | JD | Correspondence with PJT and AlixPartners team re: third party diligence requests. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 12/08/20 | JD | Review details re: historical interest income amounts. | 0.40 |
| 12/08/20 | JD | Review draft October monthly flash report and PEO version. | 1.00 |
| 12/08/20 | JD | Correspondence with C. DeStefano (Purdue) re: retention payments. | 0.20 |
| 12/09/20 | JD | Review and provide comments on draft settlement cash flow analysis from PJT. | 0.50 |
| 12/09/20 | JD | Correspondence with Purdue management re: diligence questions. | 0.70 |
| 12/09/20 | JD | Correspondence with R. Aleali (Purdue) re: diligence status and workplan update. | 0.40 |
| 12/09/20 | JD | Review updated headcount roster from management. | 0.30 |
| 12/09/20 | JD | Call with M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), T. Coleman, J. O'Connell, J. Turner, R. Schnitzler (all PJT), M. Kesselman, R. Aleali (both Purdue) re: Board prep. | 0.90 |
| 12/09/20 | JD | Call with J. Lowne (Purdue), J. Turner, T. Melvin, G. Sim (all PJT) re: diligence list. | 0.40 |
| 12/09/20 | JD | Call with T. Au (Purdue) re: diligence questions. | 0.20 |
| 12/09/20 | JD | Call with A. DePalma, J. DelConte (both AlixPartners) re: diligence materials. | 0.20 |
| 12/09/20 | NAS | Review summary update document related to Mundipharma tax workstream. | 1.30 |
| 12/09/20 | NAS | Review new files posted to Purdue data room. | 0.20 |
| 12/09/20 | GJK | Review June Malta model in preparation for business plan update discussion. | 2.50 |
| 12/09/20 | LJD | Review and comment on board meeting presentation on post emergence governance suggestions | 0.90 |
| 12/09/20 | ADD | Meeting with J. Giordano, A. Soma, E. Ruta, J. Lima, A. | 0.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Nadeau, J. Doyle (all Purdue) A. DePalma, K. McCafferty (both AlixPartners) M. Gibson, A. Gollogly (both Skadden), and S. Warner, B. Grubb (both Noramco) re: Contract working session. | |
| 12/09/20 | ADD | Meeting with S. Yates, S. Ashmann J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 1.20 |
| 12/09/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners) re: contract review status. | 0.20 |
| 12/09/20 | ADD | Call with A. DePalma, J. DelConte (both AlixPartners) re: diligence materials. | 0.20 |
| 12/09/20 | KM | Analysis re: Catalyst agreements for buyer review. | 2.10 |
| 12/09/20 | KM | Workplan updates re: Catalyst 2021 purchases. | 1.10 |
| 12/09/20 | KM | Meeting with J. Giordano, A. Soma, E. Ruta, J. Lima, A. Nadeau, J. Doyle (all Purdue) A. DePalma, K. McCafferty (both AlixPartners) M. Gibson, A. Gollogly (both Skadden), and S. Warner, B. Grubb (both Noramco) re: Contract working session. | 0.80 |
| 12/09/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners) re: contract review status. | 0.20 |
| 12/09/20 | KM | Meeting with S. Yates, S. Ashmann J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 1.20 |
| 12/09/20 | KM | Update transition RAID and escalation plan re: Catalyst. | 1.60 |
| 12/09/20 | KM | Analysis re: pre-petition agreements and associated cure costs. | 1.40 |
| 12/09/20 | KM | Update re: Catalyst assigned agreements. | 0.80 |
| 12/10/20 | KM | Analyze and update re: preparation for contracts review | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | call. | |
| 12/10/20 | KM | Call with M. Gibson, A. Gallogly (both Skadden), J. Doyle, E. Ruta, K. McCarthy (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Project Catalyst contracts review. | 0.50 |
| 12/10/20 | KM | Agreement update re: additional contracts and associated notice and cure cost for notification. | 2.20 |
| 12/10/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners) re: contract discussion. | 0.40 |
| 12/10/20 | KM | Update quality workplan re: project Catalyst. | 0.60 |
| 12/10/20 | KM | Virtual working session with A. DePalma, K. McCafferty (both AlixPartners) re: noticing list. | 1.50 |
| 12/10/20 | KM | Call with D. Fogel, W. DiNicola (both Purdue) A. DePalma, K. McCafferty (both AlixPartners) re: Cure cost review and approval discussion. | 0.60 |
| 12/10/20 | KM | Finalize and issue schedules re: Catalyst vendor notification. | 1.30 |
| 12/10/20 | ADD | Call with M. Gibson, A. Gallogly (both Skadden), J. Doyle, E. Ruta, K. McCarthy (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Project Catalyst contracts review. | 0.50 |
| 12/10/20 | ADD | Call with D. Fogel, W. DiNicola (both Purdue) A. DePalma, K. McCafferty (both AlixPartners) re: Cure cost review and approval discussion. | 0.60 |
| 12/10/20 | ADD | Virtual working session with A. DePalma, K. McCafferty (both AlixPartners) re: noticing list. | 1.50 |
| 12/10/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners) re: contract discussion. | 0.40 |
| 12/10/20 | LJD | Attend board meeting. | 5.90 |
| 12/10/20 | LJD | Debrief call with K. Buckfire (Board Member) | 0.30 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/10/20 | GJK | Review Mundipharma Key Findings in preparation for business plan update discussion. | 2.50 |
| 12/10/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: follow-up questions on Mundipharma tax workstream and priorities for transfer workplan process. | 0.40 |
| 12/10/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) follow-up questions on Mundipharma tax workstream and priorities for transfer workplan process. | 0.40 |
| 12/10/20 | JD | Participate in first half of the PPI Board meeting. | 3.30 |
| 12/10/20 | JD | Participate in 2nd part of the PPI Board meeting. | 1.30 |
| 12/10/20 | JD | Participate in last PPI Board session. | 1.90 |
| 12/10/20 | JD | Call with J. Turner (PJT) re: diligence process. | 0.50 |
| 12/10/20 | JD | Review updated settlement cash flow sensitivity. | 0.30 |
| 12/11/20 | JD | Correspondence with E. Kardos, J. DelConte and L. Donahue (all AlixPartners) re: fee examiner report. | 0.30 |
| 12/11/20 | JD | Call with J. Lowne, E. Ruiz, E. Nowakowski (all Purdue) re: GAAP to tax analysis. | 0.40 |
| 12/11/20 | GJK | Review high level Mundipharma revised projections and contrast to previous and adjusted projections. | 2.00 |
| 12/11/20 | ADD | Call with M. Gibson, A. Gallogly, C. Yuh (all Skadden) R. Shamblen, D. Lundie, J. Doyle, D. Fogel, J. Lowne, R. Aleali, K. McCarthy, D. McGuire, J. Giordano (all Purdue) A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst update. | 0.50 |
| 12/11/20 | KM | Analyze and update re: Catalyst master contract tracking and reporting. | 0.70 |
| 12/11/20 | KM | Review and distribute re: IT agreements tracking and reporting. | 0.80 |
| 12/11/20 | KM | Meeting with H. Ghnaimeh, J. Giordano., P. Brinkerhoff, A. Raina, S. Engel (all Purdue) re: IT weekly progress | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | review. | |
| 12/11/20 | KM | Project planning and management re: project Catalyst transition. | 0.80 |
| 12/11/20 | KM | Call with M. Gibson, A. Gallogly, C. Yuh (all Skadden) R. Shamblen, D. Lundie, J. Doyle, D. Fogel, J. Lowne, R. Aleali, K. McCarthy, D. McGuire, J. Giordano (all Purdue) A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst update. | 0.50 |
| 12/11/20 | KM | Analysis re: updated agreements input from buyer. | 0.60 |
| 12/12/20 | NAS | Review revised Mundipharma business plan provided by L. McCracken (Mundipharma). | 0.20 |
| 12/13/20 | NAS | Respond to compensation question from D. Consla (DPW). | 0.50 |
| 12/13/20 | JD | Prepare schedule of C. Landau (Purdue) compensation for Davis Polk. | 1.20 |
| 12/13/20 | JD | Correspondence with Davis Polk and R. Aleali (Purdue) re: diligence materials. | 0.70 |
| 12/14/20 | NAS | Prepare summary of Mundipharma 2021 OB variances for PJT. | 0.80 |
| 12/14/20 | NAS | Build Management Case variances between June Malta Model and Mundipharma 2021 OB. | 2.10 |
| 12/14/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: preliminary takeaways from Mundipharma 2021 OB. | 0.60 |
| 12/14/20 | NAS | Build Base Case variance between latest business plan model and Mundipharma 2021 OB. | 1.40 |
| 12/14/20 | JD | Review employee diligence files and updated corporate organization chart against latest roster file. Provide comments re: same. | 0.80 |
| 12/14/20 | JD | Review details pulled in response to third party outreach. Provide comments re: same. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Business Analysis & Operations
Client/Matter #              012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/14/20 | JD | Correspondence with A. DePalma and L. Nguyen (both AlixPartners) about process for getting new diligence files uploaded to the dataroom. | 0.40 |
| 12/14/20 | JD | Review and provide comments on the latest diligence materials provided by the Purdue team in response to open third party diligence requests. | 2.30 |
| 12/14/20 | JD | Review latest trust transfer workplan prior to meeting with management. | 0.30 |
| 12/14/20 | JD | Review latest analysis from PJT on illustrative settlement amounts. | 0.30 |
| 12/14/20 | GJK | Review 2021OB to June 2020 Mundipharma variances. | 0.50 |
| 12/14/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: preliminary takeaways from Mundipharma 2021 OB. | 0.60 |
| 12/14/20 | GJK | Prepare for call with M Princen (Mundipharma) and financial advisors. | 2.00 |
| 12/14/20 | KM | Project planning and management re: project Catalyst transition. | 0.40 |
| 12/14/20 | KM | Meeting with J. Lowne, R. Aleali, K. McCarthy, D. Fogel, J. Doyle, R. Shamblen (all Purdue), M. Gibson, A. Gallogly (both Skadden) re: close out open items on APA and MSA. | 0.50 |
| 12/14/20 | KM | Update and upload purchase plans re: 2021 projection for Coventry. | 0.80 |
| 12/14/20 | KM | Call with J. Giordano (Purdue) re: preparation for SteerCo. | 0.30 |
| 12/14/20 | KM | Create update deck re: Steering committee meeting. | 2.20 |
| 12/14/20 | KM | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both | 1.30 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201              **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. |  |
| 12/14/20 | KM | Create permit and authorization tracking summary for R. Shamblen (Purdue) re: Catalyst. | 1.70 |
| 12/14/20 | KM | Meeting with S. Yates, S. Ashmann J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 0.50 |
| 12/14/20 | KM | Update flash report re: transition workplans. | 1.40 |
| 12/14/20 | KM | Update SteerCo slides re: tech transfers / quality / supply chain workplans. | 1.20 |
| 12/14/20 | KM | Update and create finance tracking re: Catalyst workplan. | 1.10 |
| 12/14/20 | ADD | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. | 1.30 |
| 12/14/20 | ADD | Meeting with S. Yates, S. Ashmann J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 0.50 |
| 12/15/20 | ADD | Meeting with J. Giordano, B. Evans, A. Nadeau, J. Waltz, J. Fox, S. Engel, J. Narlis (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst Transition Team Meeting: Supply Chain. | 0.50 |
| 12/15/20 | ADD | Meeting with A. Soma, A. Nadeau, R. Shamblen (all Purdue), J. Giordano (Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - RT Operations. | 0.90 |
| 12/15/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners) | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | re: contract assignment discussion. | |
| 12/15/20 | ADD | Call with J. Doyle, R. Shamblen, A. Soma, D. Lundie, D. Fogel, V. Mancinelli, K. McCarthy, R. Aleali, J. Lowne (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Steering Committee Meeting (#4). | 1.00 |
| 12/15/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners) re: contract assignment discussion. | 0.20 |
| 12/15/20 | KM | Build and update Steering committee deck re: project Catalyst. | 1.40 |
| 12/15/20 | KM | Meeting with A. Soma, A. Nadeau, R. Shamblen (all Purdue), J. Giordano (Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - RT Operations. | 0.90 |
| 12/15/20 | KM | Update workplan and RAID log re: Catalyst RT Operations. | 0.60 |
| 12/15/20 | KM | Meeting with J. Giordano, B. Evans, A. Nadeau, J. Waltz, J. Fox, S. Engel, J. Narlis (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst Transition Team Meeting: Supply Chain. | 0.50 |
| 12/15/20 | KM | Call with J. Doyle, R. Shamblen, A. Soma, D. Lundie, D. Fogel, V. Mancinelli, K. McCarthy, R. Aleali, J. Lowne (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Steering Committee Meeting (#4). | 1.00 |
| 12/15/20 | KM | Update workplan and RAID log re: Catalyst supply chain and quality. | 0.90 |
| 12/15/20 | KM | Analyze and update re: assigned agreement and cure costs. | 1.40 |
| 12/15/20 | KM | Call with J. Lima, A. Nadeau, A. Soma, E. Ruta (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Vendor cure costs discussion. | 0.70 |
| 12/15/20 | KM | Analysis re: assigned agreements discrepancies. | 1.10 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201              **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/15/20 | KM | Analysis and report preparation re: agreements review with buyer. | 1.20 |
| 12/15/20 | JD | Research responses to open follow-up questions re: Landau compensation. | 0.30 |
| 12/15/20 | JD | Correspondence with R. Silbert (Purdue) and Davis Polk re: open diligence requests for government contracts. | 0.30 |
| 12/15/20 | JD | Review and sign-off on Tech Ops termination severance payment calculations. | 0.40 |
| 12/15/20 | JD | Review details re: C. Landau (Purdue) compensation details in advance of congressional hearing. Correspondence with Davis Polk and Wilmer Hale re: same. | 1.00 |
| 12/15/20 | JD | Review latest weekly sales report for Purdue and RP before posting for creditors. | 0.20 |
| 12/15/20 | JD | Call with J. Lowne (Purdue), T. Matlock, L. Altus, C. Robertson, W. Curran (all Davis Polk), J. DelConte, H. Bhattal (both AlixPartners) re: tax modeling forecast. | 0.80 |
| 12/15/20 | HSB | Call with J. Lowne (Purdue), T. Matlock, L. Altus, C. Robertson, W. Curran (all Davis Polk), J. DelConte, H. Bhattal (both AlixPartners) re: tax modeling forecast. | 0.80 |
| 12/15/20 | GJK | Plan and coordinate Mundipharma diligence and follow up. | 2.00 |
| 12/15/20 | GJK | Prepare for Mundipharma revised business plan call. | 0.50 |
| 12/15/20 | GJK | Call with M. Princen (Mundipharma CEO), G. Koch, N. Simon (both AlixPartners), and Mundipharma diligence advisors to review 2020 YTD performance and 2021 initial forecast. | 1.10 |
| 12/15/20 | LJD | Review affidavit supporting rate increases | 0.20 |
| 12/15/20 | NAS | Provide detail re: past insider compensation as requested by D. Consla (DPW). | 0.60 |
| 12/15/20 | NAS | Prepare for call with M. Princen (Mundipharma CEO). | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/15/20 | NAS | Call with M. Princen (Mundipharma CEO), G. Koch, N. Simon (both AlixPartners), and Mundipharma diligence advisors to review 2020 YTD performance and 2021 initial forecast. | 1.10 |
| 12/16/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to debrief following 12/15 diligence call with M. Princen (Mundipharma). | 0.30 |
| 12/16/20 | NAS | Review presentation provided from 12/15 call with M. Princen (Mundipharma). | 0.40 |
| 12/16/20 | JD | Review draft tax calculation worksheet from J. Lowne (Purdue). | 0.40 |
| 12/16/20 | LJD | Review options for exit strategies re: states preferences | 0.30 |
| 12/16/20 | GJK | Call with I McClatchey (Norton Rose) re: Mundipharma. | 1.30 |
| 12/16/20 | GJK | Review tax follow up email from FTI and KPMG notes on Canadian and Dutch tax planning. | 2.20 |
| 12/16/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to debrief following 12/15 diligence call with M. Princen (Mundipharma). | 0.30 |
| 12/16/20 | KM | Virtual working session with A. DePalma, K. McCafferty (both AlixPartners) re: to review Rhodes tech contract assignment/rejection. | 2.50 |
| 12/16/20 | KM | Agreement tracking and analysis re: project Catalyst. | 1.50 |
| 12/16/20 | KM | Call with J. Giordano (Purdue) re: naloxone inventory and grade. | 0.20 |
| 12/16/20 | KM | Meeting with J. Giordano, A. Soma, E. Ruta, J. Lima, A. Nadeau, J. Doyle (all Purdue) A. DePalma, K. McCafferty (both AlixPartners) M. Gibson, A. Gollogly (both Skadden), and S. Warner, B. Grubb (both Noramco) re: Contract working session. | 0.40 |
| 12/16/20 | KM | Analysis re: vendor matching for cure cost allocation. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Re: | Business Analysis & Operations |
|---|---|
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 12/16/20 | KM | Call with J. Lima, A. Nadeau (both Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Vendor cure costs discussion. | 0.50 |
| 12/16/20 | KM | Call with J. Giordano, W. DiNicola, A. Nadeau (all Purdue) re: naloxone inventory and availability. | 0.20 |
| 12/16/20 | KM | Resolve open SOW issues re: cure costs. | 1.50 |
| 12/16/20 | KM | Call with C. Robertson (Davis Polk), A. DePalma, K. McCafferty (both AlixPartners) re: Cure cost discussion. | 0.30 |
| 12/16/20 | ADD | Virtual working session with A. DePalma, K. McCafferty (both AlixPartners) re: to review Rhodes tech contract assignment/rejection. | 2.50 |
| 12/16/20 | ADD | Call with J. Lima, A. Nadeau (both Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Vendor cure costs discussion. | 0.50 |
| 12/16/20 | ADD | Meeting with J. Giordano, A. Soma, E. Ruta, J. Lima, A. Nadeau, J. Doyle (all Purdue) A. DePalma, K. McCafferty (both AlixPartners) M. Gibson, A. Gollogly (both Skadden), and S. Warner, B. Grubb (both Noramco) re: Contract working session. | 0.40 |
| 12/16/20 | ADD | Call with C. Robertson (Davis Polk), A. DePalma, K. McCafferty (both AlixPartners) re: Cure cost discussion. | 0.30 |
| 12/17/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners) re: contract assignment status update. | 0.30 |
| 12/17/20 | ADD | Call with J. Lima, A. Nadeau (both Purdue), A. DePalma (partial participation), K. McCafferty (both AlixPartners) re: PO, Invoice, and SOW matching Status update. | 0.50 |
| 12/17/20 | ADD | Call with M. Gibson, A. Gollogly (both Skadden), J. Doyle, R. Shamblen D. Lundie, D. Fogel, K. McCarthy, R. Aleali, J. Lowne (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst update call. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/17/20 | ADD | Call with M. Gibson, A. Gallogly (both Skadden), J. Doyle, E. Ruta, K. McCarthy (both Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst contracts review. | 0.40 |
| 12/17/20 | KM | Prepare and upload documents for sharing with buyer re: project Catalyst. | 1.10 |
| 12/17/20 | KM | Call with M. Gibson, A. Gallogly (both Skadden), J. Doyle, E. Ruta, K. McCarthy (both Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst contracts review. | 0.40 |
| 12/17/20 | KM | Update agreement tracking and assignment for MSA schedule inclusion re: project Catalyst. | 1.70 |
| 12/17/20 | KM | Review HRT/Rhodes quality agreement re: assignment to buyer. | 0.70 |
| 12/17/20 | KM | Meeting with J. Giordano, J. Doyle, S. Yates, E. Michalson (all Purdue) re: HRT quality agreement. | 0.50 |
| 12/17/20 | KM | Call with M. Gibson, A. Gallogly (both Skadden), J. Doyle, R. Shamblen D. Lundie, D. Fogel, K. McCarthy, R. Aleali, J. Lowne (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst update call. | 0.50 |
| 12/17/20 | KM | Resolve unassigned agreements re: Catalyst. | 1.10 |
| 12/17/20 | KM | Call with J. Lima, A. Nadeau (both Purdue), A. DePalma (partial participation), K. McCafferty (both AlixPartners) re: PO, Invoice, and SOW matching Status update. | 1.00 |
| 12/17/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners) re: contract assignment status update. | 0.30 |
| 12/17/20 | KM | Update and post revised agreement analyses and schedules re: project Catalyst. | 1.80 |
| 12/17/20 | KM | Update Purdue tech transfers tracking re: project Catalyst. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/17/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: current status of Mundipharma tax workstream. | 0.30 |
| 12/17/20 | GJK | Diligence planning for Mundipharma updated business plan. | 1.00 |
| 12/17/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: current status of Mundipharma tax workstream. | 0.30 |
| 12/17/20 | JD | Review payment details on open prepetition issues related to the Avrio lease. | 0.30 |
| 12/17/20 | JD | Correspondence with PJT and Davis Polk re: third party process. | 0.50 |
| 12/17/20 | JD | Review and provide comments re: analysis of gross sales by end customer and wholesaler by product. Correspondence with Purdue commercial team re: same. | 1.00 |
| 12/18/20 | JD | Call with J. Turner (PJT) re: third party discussions. | 0.30 |
| 12/18/20 | JD | Call with L. Altus, T. Matlock, W. Curran (all Davis Polk), J. Turner (PJT), J. Lowne (Purdue) re: tax forecasting. | 0.30 |
| 12/18/20 | JD | Review and provide comments on the draft PEO version of the business plan presentation from PJT. | 1.30 |
| 12/18/20 | NAS | Review follow-up questions related to IAC tax workstream. | 0.30 |
| 12/18/20 | GJK | Plan and coordinate for Mundipharma updates. | 0.90 |
| 12/18/20 | KM | Analyze and update re: Catalyst master contract tracking and reporting. | 1.60 |
| 12/18/20 | KM | Meeting with H. Ghnaimeh, J. Giordano., P. Brinkerhoff, A. Raina, S. Engel (all Purdue) re: IT weekly progress review. | 0.70 |
| 12/18/20 | KM | Update IT transition plan re: project Catalyst. | 0.40 |
| 12/18/20 | KM | Create and update team availability prior to close re: project Catalyst. | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          Business Analysis & Operations
Client/Matter #              012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/18/20 | KM | Analysis re: post-close response FAQs for Coventry site services. | 1.40 |
| 12/18/20 | KM | Analysis re: project Catalyst agreements. | 0.80 |
| 12/18/20 | KM | Virtual working session with A. DePalma, K. McCafferty (both AlixPartners) re: to review Rhodes Tech contract list. | 1.50 |
| 12/18/20 | KM | Update and send to Skadden assigned contracts decisions re: project Catalyst. | 0.40 |
| 12/18/20 | ADD | Virtual working session with A. DePalma, K. McCafferty (both AlixPartners) re: to review Rhodes Tech contract list. | 1.50 |
| 12/20/20 | JD | Finalize sales by customer analysis in response to open diligence questions. | 0.50 |
| 12/20/20 | JD | Review additional materials provided in response to open diligence questions for confidentiality restrictions. | 0.80 |
| 12/21/20 | KM | Analysis re: cure costs for non-rejected agreements. | 0.80 |
| 12/21/20 | KM | Call with J. Giordano (Purdue) re: Catalyst post-close activities. | 0.70 |
| 12/21/20 | KM | Update workplan and RAID log re: Catalyst drug product tech transfers. | 1.30 |
| 12/21/20 | KM | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. | 1.00 |
| 12/21/20 | KM | Create Steering Committee report re: project Catalyst. | 2.60 |
| 12/21/20 | KM | Analysis re: Catalyst excluded agreements and transition planning. | 1.30 |
| 12/21/20 | KM | Call with A. DePalma, K. McCafferty (both AlixPartners) | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | re: contract assignment status update and closing discussion. | |
| 12/21/20 | KM | Update Steering Committee reports and timeline re: project Catalyst. | 1.90 |
| 12/21/20 | ADD | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. | 1.00 |
| 12/21/20 | ADD | Call with A. DePalma, K. McCafferty (both AlixPartners) re: contract assignment status update and closing discussion. | 1.00 |
| 12/21/20 | JD | Review new open diligence questions and analysis on product level gross to net historical. | 0.50 |
| 12/21/20 | JD | Review and provide comments on the latest exit options presentation from PJT. | 0.60 |
| 12/21/20 | JD | Review updated accelerated payment file for KEIP/KERP re: Project Catalyst. | 0.80 |
| 12/21/20 | JD | Review Avrio brand license agreements. | 0.50 |
| 12/21/20 | JD | Review updated and annotated third party due diligence request list. | 1.50 |
| 12/21/20 | JD | Review final version of the redacted business plan presentation. Correspondence with Purdue management, Davis Polk and PJT re: roll-out to creditor groups. | 0.80 |
| 12/22/20 | NAS | Review unredacted documents posted to docket related to Mundipharma. | 1.10 |
| 12/22/20 | JD | Review revisions from management to the exit options presentation. | 0.60 |
| 12/22/20 | JD | Review and provide comments on the latest version of the | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | exit options presentation from PJT. | |
| 12/22/20 | JD | Correspondence with PJT and K. McCafferty (AlixPartners) re: virtual site tour logistics. | 0.40 |
| 12/22/20 | JD | Review and sign-off on updated accelerated payment file from HR. | 0.40 |
| 12/22/20 | JD | Correspondence with Purdue management re: virtual site visit. | 0.40 |
| 12/22/20 | JD | Call with D. Warren (Purdue) re: accelerated KERP payment timing accounting. | 0.30 |
| 12/22/20 | LJD | Review and comment on exit options draft presentation | 0.80 |
| 12/22/20 | LJD | Call with T. Coleman (PJT) re: strategy and POR considerations | 0.40 |
| 12/22/20 | LJD | Update call with K. Buckfire (Board Member) | 0.60 |
| 12/22/20 | GJK | Plan and coordinate for Mundipharma diligence. | 1.50 |
| 12/22/20 | ADD | Virtual working session with A. DePalma, K. McCafferty (both AlixPartners) re: Rhodes tech agreements. | 1.50 |
| 12/22/20 | ADD | Meeting with J. Giordano, B. Evans, A. Nadeau, J. Waltz, J. Fox, S. Engel, J. Narlis (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst Transition / Team Meeting: Supply Chain. | 0.60 |
| 12/22/20 | ADD | Meeting with J. Lowne, J. Giordano, H. Ghnaimeh, B. Evans, D. Lundie, S. Shamblen, V. Mancinelli, J. Northington, D. Fogel, J. Doyle, A. Soma, K. Kohlar (all Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: Project Catalyst Steering Committee Meeting. | 0.60 |
| 12/22/20 | ADD | Meeting with J. Lowne, R. Aleali, K. McCarthy, D. Lundie, D. Fogel, R. Shamblen, J. Doyle (all Purdue), M. Gibson, A. Gallogly (both Skadden), A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst update call. | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 12/22/20 | ADD | Meeting with A. Nadeau, E. Ruta, J. Lima(Purdue)and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst new agreements for transition. | 0.60 |
| 12/22/20 | ADD | Meeting with S. Yates, S. Ashmann J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 0.50 |
| 12/22/20 | ADD | Meeting with A. Soma, A. Nadeau, R. Shamblen, J. Giordano (all Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - RT Operations. | 0.80 |
| 12/22/20 | KM | Update workplan and RAID log re: Catalyst Coventry Operations. | 1.10 |
| 12/22/20 | KM | Meeting with A. Soma, A. Nadeau, R. Shamblen, J. Giordano (all Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - RT Operations. | 0.80 |
| 12/22/20 | KM | Analysis re: re: Catalyst new agreements for transition. | 0.90 |
| 12/22/20 | KM | Meeting with A. Nadeau, E. Ruta, J. Lima (Purdue)and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst new agreements for transition. | 0.60 |
| 12/22/20 | KM | Meeting with J. Lowne, R. Aleali, K. McCarthy, D. Lundie, D. Fogel, R. Shamblen, J. Doyle (all Purdue), M. Gibson, A. Gallogly (both Skadden), A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst update call. | 1.20 |
| 12/22/20 | KM | Meeting with S. Yates, S. Ashmann J. Northington, D. Eades, B. Purdon, J. Giordano (all Purdue) and A. DePalma and K. McCafferty (both AlixPartners) re: Catalyst transition - Quality. | 0.50 |
| 12/22/20 | KM | Update workplan and RAID log re: Catalyst quality workstream. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/22/20 | KM | Meeting with J. Giordano, B. Evans, A. Nadeau, J. Waltz, J. Fox, S. Engel, J. Narlis (all Purdue), and A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst Transition / Team Meeting: Supply Chain. | 0.60 |
| 12/22/20 | KM | Update workplan and RAID log re: Catalyst supply chain workstream. | 0.40 |
| 12/22/20 | KM | Meeting with J. Lowne, J. Giordano, H. Ghnaimeh, B. Evans, D. Lundie, S. Shamblen, V. Mancinelli, J. Northington, D. Fogel, J. Doyle, A. Soma, K. Kohlar (all Purdue), K. McCafferty and A. DePalma (both AlixPartners) re: Project Catalyst Steering Committee Meeting. | 0.60 |
| 12/22/20 | KM | Final edits and document circulation re: project Catalyst SteerCo meeting. | 1.60 |
| 12/22/20 | KM | Virtual working session with A. DePalma, K. McCafferty (both AlixPartners) re: Rhodes tech agreements. | 1.50 |
| 12/23/20 | KM | Updates and analysis re: Catalyst master agreement tracking status. | 1.60 |
| 12/23/20 | KM | Call with M. Gibson, A. Gallogly (both Skadden), J. Doyle, E. Ruta, K. McCarthy (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst contracts review. | 0.50 |
| 12/23/20 | KM | Meeting with D. Ebere, B. Nagle, D. Eades, W. Addicks (all Purdue), A DePalma and K. McCafferty (both AlixPartners) re: project Catalyst Transfer/Quality/Pharm Tech resource planning. | 1.00 |
| 12/23/20 | KM | Meeting with J. Giordano, A. Soma, E. Ruta, J. Lima, A. Nadeau, J. Doyle (all Purdue) A. DePalma, K. McCafferty (both AlixPartners) M. Gibson, A. Gallogly (both Skadden), and S. Warner, B. Grubb (both Noramco) re: Contract working session. | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 12/23/20 | KM | Analysis re: project Catalyst agreements and vendor cure costs for settlement. | 2.60 |
| 12/23/20 | KM | Call with D. Fogel (Purdue) re: contract billing and execution post-close. | 0.40 |
| 12/23/20 | KM | Virtual working session with A. DePalma, K. McCafferty (both AlixPartners) re: Rhodes tech agreements. | 0.30 |
| 12/23/20 | KM | Analysis re: agreement discrepancies. | 2.40 |
| 12/23/20 | KM | Virtual working session with A. DePalma, K. McCafferty (both AlixPartners) re: agreement reconciliation with legal schedules for review. | 1.40 |
| 12/23/20 | ADD | Virtual working session with A. DePalma, K. McCafferty (both AlixPartners) re: agreement reconciliation with legal schedules for review. | 1.40 |
| 12/23/20 | ADD | Virtual working session with A. DePalma, K. McCafferty (both AlixPartners) re: Rhodes tech agreements. | 0.30 |
| 12/23/20 | ADD | Meeting with J. Giordano, A. Soma, E. Ruta, J. Lima, A. Nadeau, J. Doyle (all Purdue) A. DePalma, K. McCafferty (both AlixPartners) M. Gibson, A. Gallogly (both Skadden), and S. Warner, B. Grubb (both Noramco) re: Contract working session. | 0.50 |
| 12/23/20 | ADD | Meeting with D. Ebere, B. Nagle, D. Eades, W. Addicks (all Purdue), A DePalma and K. McCafferty (both AlixPartners) re: project Catalyst Transfer/Quality/Pharm Tech resource planning. | 1.00 |
| 12/23/20 | ADD | Call with M. Gibson, A. Gallogly (both Skadden), J. Doyle, E. Ruta, K. McCarthy (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Project Catalyst contracts review. | 0.50 |
| 12/23/20 | LJD | Call with T. Coleman (PJT) re: board debrief | 0.30 |
| 12/23/20 | LJD | Call with K. Buckfire (Board Member) re: board request | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | for plan b | |
| 12/23/20 | LJD | Update call with T. Coleman (PJT) | 0.30 |
| 12/23/20 | LJD | Review revised term sheet | 0.80 |
| 12/23/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) latest updates to Mundipharma diligence process and transfer workplan. | 0.50 |
| 12/23/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) latest updates to Mundipharma diligence process and transfer workplan. | 0.50 |
| 12/23/20 | JD | Respond to open Houlihan questions on updated business plan. | 1.30 |
| 12/23/20 | JD | Call with J. Lowne, D. McGuire (both Purdue) re: virtual site tour. | 0.30 |
| 12/23/20 | JD | Correspondence with Purdue management and S. Lemack (AlixPartners) re: payment process go forward. | 0.30 |
| 12/23/20 | JD | Review trial balance mapping analysis and correspondence with Purdue management re: third party questions on trial balance mapping. | 0.70 |
| 12/24/20 | JD | Review detailed file from J. Lowne (Purdue) re: analyses to be used to run various sensitivity analyses. | 1.00 |
| 12/24/20 | KM | Prepare and circulate final assigned contracts list re: project Catalyst. | 1.20 |
| 12/24/20 | KM | Update transition workstream plans re: project Catalyst. | 2.10 |
| 12/24/20 | KM | Update project roster and holiday coverage re: project Catalyst. | 0.70 |
| 12/28/20 | JD | Review net sales, COGS and trial balance reconciliation file from third party. | 0.70 |
| 12/28/20 | JD | Review and provide comments on draft presentation from PJT re: emergence scenarios for the Board. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/28/20 | JD | Review analysis related to open questions from the Monitor and correspondence with J. Lowne (Purdue) re: same. | 0.40 |
| 12/28/20 | JD | Review files from J. Lowne (Purdue) re: open creditor scenario analysis. | 0.50 |
| 12/28/20 | JD | Call with D. Fogel (Purdue) re: open diligence questions. | 0.20 |
| 12/28/20 | JD | Meeting with J. Lowne (Purdue), T. Melvin, J. Turner, R. Schnitzler (all PJT) re: creditor scenarios. | 0.60 |
| 12/28/20 | LJD | Review plan b language & construct & discuss | 0.70 |
| 12/29/20 | LJD | Call with J. DelConte, G. Koch, L. Donahue, H. Bhattal (all AlixPartners), T. Coleman, J. Turner, T. Melvin (all PJT), M. Huebner (Davis Polk) re: weekly professionals' call. | 0.70 |
| 12/29/20 | LJD | Update call with K. Buckfire (Board Member) | 0.50 |
| 12/29/20 | GJK | Call with J. DelConte, G. Koch, L. Donahue, H. Bhattal (all AlixPartners), T. Coleman, J. Turner, T. Melvin (all PJT), M. Huebner (Davis Polk) re: weekly professionals' call. | 0.70 |
| 12/29/20 | JD | Call with J. Lowne (Purdue) re: open diligence questions. | 0.30 |
| 12/29/20 | JD | Call with R. Aleali (Purdue) re: emergence planning discussions. | 0.30 |
| 12/29/20 | JD | Call with T. Melvin, J. Turner, T. Coleman (all PJT) re: pre-board call catch up. | 0.40 |
| 12/29/20 | JD | Call with D. Consla (Davis Polk) re: board materials and open tax invoice question. | 0.40 |
| 12/29/20 | JD | Third party correspondence re: open diligence questions. | 0.60 |
| 12/29/20 | JD | Review, edit and create new materials and materials from H. Bhattal (AlixPartners) for the Board presentation. | 1.80 |
| 12/29/20 | JD | Update script from PJT for the Special Committee meeting tomorrow. | 0.60 |
| 12/30/20 | JD | Participate in Special Committee board call. | 1.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/30/20 | JD | Review TB reconciliation and COGS reconciliation third party questions and determine appropriate follow-up responses. | 0.50 |
| 12/30/20 | JD | Review summary of settlement agreements. | 0.50 |
| 12/30/20 | GJK | Call with J. Arculus, P. Ciccine (both DB), G. Koch, N. Simon (both AlixPartners) and other Mundipharma diligence advisors re: status of sale process. | 0.60 |
| 12/30/20 | GJK | Review market analysis based on China only transaction. | 1.60 |
| 12/30/20 | LJD | Review talking points in advance of special committee mtg | 0.50 |
| 12/30/20 | LJD | Participate in Special Committee board call. | 1.50 |
| 12/30/20 | LJD | Debrief call with K. Buckfire (Board Member) | 0.50 |
| 12/30/20 | GJK | Call with G. Koch, N. Simon (both AlixPartners) to debrief following update from Deutsche Bank re: Mundipharma sale process. | 0.30 |
| 12/30/20 | NAS | Call with J. Arculus, P. Ciccine (both DB), G. Koch, N. Simon (both AlixPartners) and other Mundipharma diligence advisors re: status of sale process. | 0.60 |
| 12/30/20 | NAS | Call with G. Koch, N. Simon (both AlixPartners) to debrief following update from Deutsche Bank re: Mundipharma sale process. | 0.30 |
| 12/30/20 | NAS | Record follow-up items from call with Deutsche Bank. | 0.10 |
| 12/31/20 | JD | Call with J. Lowne (Purdue) re: open diligence questions. | 0.20 |
| 01/04/21 | JD | Review and edit draft slides for the Board on potential emergence options. | 2.70 |
| 01/04/21 | JD | Discussion with J. Lowne (Purdue) re: open diligence questions. | 0.20 |
| 01/04/21 | JD | Discussion with R. Aleali (Purdue) re: ongoing diligence discussions. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/04/21 | NAS | Follow up with other Mundipharma diligence advisors re: IAC tax workstream. | 0.30 |
| 01/04/21 | GJK | Coordinate and plan for Mundipharma diligence work stream. | 1.00 |
| 01/04/21 | GJK | Call with B Bromberg (FTI) re: tax follow up for Mundipharma. | 0.30 |
| 01/04/21 | KM | Analysis and team support re: project Catalyst transition closing. | 2.10 |
| 01/04/21 | ADD | Prepare liabilities subject to compromise calculations for December 31, 2020 month end. | 0.30 |
| 01/05/21 | ADD | Prepare liabilities subject to compromise calculations for December 31, 2020 month end. | 2.70 |
| 01/05/21 | KM | Workplan clean up and backups re: project Catalyst. | 1.10 |
| 01/05/21 | JD | Correspondence with Davis Polk and Purdue management re: Avrio lease. | 0.30 |
| 01/05/21 | JD | Review creditor advisor third party diligence requests on OxyContin forecasts. | 0.70 |
| 01/05/21 | JD | Search for Phase I and II reports re: Wilson. Review Wilson overview documents. | 0.40 |
| 01/05/21 | GJK | Brainstorm potential additional Mundipharma diligence related to tax advisors call | 1.00 |
| 01/05/21 | GJK | Review feedback from tax advisors on Mundipharma diligence and identify priority ongoing items | 1.00 |
| 01/06/21 | GJK | Review baseline Munidpharma business projections (per April/June revision from Mundipharma). | 1.00 |
| 01/06/21 | GJK | Update Mundipharma diligence planning process requirements based on updated business projections. | 1.50 |
| 01/06/21 | NAS | Draft agenda for 1/7 meeting with Purdue IP team re: emergence transfer process. | 2.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/06/21 | JD | Review creditor diligence requests and materials pulled together in response to other third party diligence requests. | 0.50 |
| 01/06/21 | JD | Review materials responsive to requests from the Monitor. Correspondence with Purdue legal and Dechert re: same. | 0.80 |
| 01/06/21 | JD | Call with J. Lowne (Purdue), J. Turner, T. Melvin, R. Schnitzler (all PJT) re: business plan scenarios. | 0.50 |
| 01/06/21 | JD | Call with R. Aleali (Purdue) re: third party diligence process and upcoming board meetings. | 0.60 |
| 01/06/21 | JD | Review trial balance follow up materials following call with management. | 0.50 |
| 01/06/21 | JD | Correspondence with Davis Polk and Purdue management re: Avrio lease. | 0.30 |
| 01/06/21 | KM | Analysis refresh and deck preparation re: Rhodes Pharma R&D restructuring. | 2.10 |
| 01/06/21 | KM | Closing analysis clean-up re: project Catalyst. | 1.00 |
| 01/06/21 | KM | Organize and file supporting analyses re: project Catalyst. | 1.30 |
| 01/06/21 | KM | Update smartsheet tracking re: project Catalyst. | 2.20 |
| 01/07/21 | KM | Summarize 2020 findings and analyses re: Rhodes Pharma R&D. | 1.90 |
| 01/07/21 | KM | Meeting with H. Ghanmieh, J. Lowne, P. Brinkerhoff, D. Fogel (all Purdue) re: project Catalyst IT progress. | 1.00 |
| 01/07/21 | KM | Recommendations re: Rhodes Pharma R&D. | 0.90 |
| 01/07/21 | KM | Meeting with J. Ducharme and J. Giordano (both Purdue) re: Rhodes Pharm R&D. | 1.60 |
| 01/07/21 | JD | Call with J. Lowne (Purdue) re: Adhansia. | 0.50 |
| 01/07/21 | JD | Call with R. Aleali (Purdue) and J. Turner (PJT) re: pipeline planning. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Business Analysis & Operations
Client/Matter #     012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 01/07/21 | JD | Call with J. Lowne (Purdue), J. Turner, T. Melvin (both PJT) re: year-end accruals. | 0.60 |
| 01/07/21 | JD | Collect diligence materials re: Adhansia and correspondence with J. Lowne (Purdue) re: same. | 1.00 |
| 01/07/21 | JD | Correspondence with Purdue management and PJT re: third party call request. | 0.40 |
| 01/07/21 | JD | Review latest claims summary to provide to Purdue management for potential accounting accruals. | 0.30 |
| 01/07/21 | JD | Review newly provided Adhansia diligence materials from management prior to uploading for creditors. | 0.80 |
| 01/07/21 | GJK | Organize Mundipharma business projection data dump provided by Mundipharma | 1.50 |
| 01/07/21 | GJK | Meeting with G. Koch, N. Simon, S. Lemack (all AlixPartners), C. Robertson, D. Forester, B. Chen, E. Diggs, D. Bauer (all DPW), R. Inz, B. Koch, R. Aleali, B. Miller, and K. McCarthy (all Purdue) re: IP workstream within emergence transfer process. | 0.60 |
| 01/07/21 | LJD | Review and comment on PJT deck with alternative financing | 0.60 |
| 01/07/21 | GJK | Begin review of revised Mundipharma business projections | 1.00 |
| 01/07/21 | NAS | Coordinate follow-up IAC tax meeting with Mundipharma diligence advisor group. | 0.30 |
| 01/07/21 | NAS | Review new information received from Mundipharma re: 2021 forecast. | 1.20 |
| 01/07/21 | NAS | Meeting with G. Koch, N. Simon, S. Lemack (all AlixPartners), C. Robertson, D. Forester, B. Chen, E. Diggs, D. Bauer (all DPW), R. Inz, B. Koch, R. Aleali, B. Miller, and K. McCarthy (all Purdue) re: IP workstream within emergence transfer process. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/07/21 | SKL | Meeting with G. Koch, N. Simon, S. Lemack (all AlixPartners), C. Robertson, D. Forester, B. Chen, E. Diggs, D. Bauer (all DPW), R. Inz, B. Koch, R. Aleali, B. Miller, and K. McCarthy (all Purdue) re: IP workstream within emergence transfer process. | 0.60 |
| 01/08/21 | GJK | Identify potential issues in Mundipharma revised business projections. | 1.00 |
| 01/08/21 | GJK | Plan potential next steps for tax analysis of Mundipharma | 1.00 |
| 01/08/21 | GJK | Review of Mundipharma data files for revised business projections - 2021 comparison. | 1.50 |
| 01/08/21 | GJK | Plan potential next steps for Mundipharma diligence business plan. | 1.50 |
| 01/08/21 | JD | Call with H. Bhattal, J. DelConte (both AlixPartners), L. Altus, T. Matlock (both DPW) re: go forward tax issues. | 0.70 |
| 01/08/21 | JD | Review latest filed professional fee applications. Correspondence with FTI and Province re: open AHC and UCC year-end accruals. | 0.50 |
| 01/08/21 | JD | Correspondence with third party and J. Lowne (Purdue) re: data room access. | 0.30 |
| 01/08/21 | JD | Correspondence with Purdue management and PJT re: summary of commercial team call. | 0.40 |
| 01/08/21 | NAS | Translate data within source files provided for Mundipharma 2021 Original Budget. | 0.50 |
| 01/08/21 | NAS | Analyze hierarchy of accounts used in source data provided for Mundipharma 2021 Original Budget. | 2.30 |
| 01/08/21 | KM | Workstream updates re: project Catalyst. | 1.30 |
| 01/08/21 | KM | RAID updates re: project Catalyst. | 0.50 |
| 01/08/21 | HSB | Call with H. Bhattal, J. DelConte (both AlixPartners), L. Altus, T. Matlock (both DPW) re: go forward tax issues. | 0.70 |
| 01/10/21 | JD | Review recent materials re: business development | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | opportunity. | |
| 01/10/21 | LJD | Review PJT draft document for plan alternatives and comment | 0.90 |
| 01/10/21 | LJD | Review correspondence and respond to scheduling questions for coordination call | 0.30 |
| 01/11/21 | LJD | Call with J. DelConte, L. Donahue, H. Bhattal (all AlixPartners), R. Aleali, M. Kesselman (both Purdue), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson, D. Klein (all DPW) re: plan alternatives deck for the board. | 1.00 |
| 01/11/21 | GJK | Call with G. Koch, N. Simon (both AlixPartners), KPMG, and other Mundipharma diligence advisors re: IAC tax workstream. | 0.90 |
| 01/11/21 | GJK | Prepare for KPMG tax call re: IACs and follow up questions. | 0.50 |
| 01/11/21 | GJK | Scope out potential open diligence items for Mundipharma that may require additional follow up diligence items. | 2.00 |
| 01/11/21 | NAS | Analyze Mundipharma 2021 Original Budget raw data provided by management. | 2.30 |
| 01/11/21 | NAS | Draft and share notes with J. Arsic (PJT) and J. Turner (PJT) following IAC tax meeting. | 0.30 |
| 01/11/21 | NAS | Prepare for IAC tax meeting with KPMG and other Mundipharma diligence advisors. | 0.30 |
| 01/11/21 | NAS | Call with G. Koch, N. Simon (both AlixPartners), KPMG, and other Mundipharma diligence advisors re: IAC tax workstream. | 0.90 |
| 01/11/21 | JD | Review DOJ presentation and review side-by-side analysis in order to answer open questions from R. Aleali (Purdue). | 0.80 |
| 01/11/21 | JD | Correspondence with Purdue management re: business | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #          012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | plan presentation shared with creditors. | |
| 01/11/21 | JD | Update latest professional fee tracker and forecast for 2021 in comparison to budget estimates. | 2.50 |
| 01/11/21 | JD | Review and analyze latest third party proposal. | 1.70 |
| 01/11/21 | JD | Correspondence with PJT and J. Lowne (Purdue) re: min cash. | 0.30 |
| 01/11/21 | JD | Initial research comparable claims resolution trust costs. | 0.80 |
| 01/11/21 | JD | Call with J. DelConte, L. Donahue, H. Bhattal (all AlixPartners), R. Aleali, M. Kesselman (both Purdue), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), M. Huebner, E. Vonnegut, C. Robertson, D. Klein (all DPW) re: plan alternatives deck for the board. | 1.00 |
| 01/11/21 | JD | Call with J. Lowne (Purdue), J. Turner, T. Melvin, G. Sim, J. Arsic (all PJT) re: plan alternatives. | 0.70 |
| 01/11/21 | JD | Call with J. Turner (PJT) re: latest iteration of the deck. | 0.40 |
| 01/12/21 | JD | Attend Purdue board meeting Purdue board members, M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 2.50 |
| 01/12/21 | JD | Review previous AlixPartners cases and projected winddown trust costs. | 1.10 |
| 01/12/21 | JD | Call with J. DelConte, H. Bhattal, S. Lemack, L. Nguyen (all AlixPartners) re: third party discussions. | 0.40 |
| 01/12/21 | JD | Review latest plan alternatives presentation. | 0.50 |
| 01/12/21 | JD | Prepare analysis of latest professional forecast versus budget amounts. | 0.70 |
| 01/12/21 | JD | Review latest status of prodrug discussions with creditor advisors. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/12/21 | JD | Correspondence with management re: corporate objective scorecard 2021. | 0.30 |
| 01/12/21 | JD | Call with D. Warren and E. Nowakowski (both Purdue) re: accounting accruals. | 0.50 |
| 01/12/21 | NAS | Draft list of follow-up questions for Mundipharma re: 2021 OB. | 0.80 |
| 01/12/21 | NAS | Call with G. Koch, N. Simon (both AlixPartners) re: action items related to Mundipharma diligence effort. | 0.50 |
| 01/12/21 | NAS | Call with G. Koch, N. Simon (both AlixPartners), M. Diaz, B. Bromberg (both FTI) to coordinate on Mundipharma diligence efforts. | 0.40 |
| 01/12/21 | NAS | Research and respond to Mundipharma/Purdue agreements question from S. Lemack (AlixPartners). | 0.90 |
| 01/12/21 | GJK | Call with G. Koch, N. Simon (both AlixPartners), M. Diaz, B. Bromberg (both FTI) to coordinate on Mundipharma diligence efforts. | 0.40 |
| 01/12/21 | GJK | Call with G. Koch, N. Simon (both AlixPartners) re: action items related to Mundipharma diligence effort. | 0.50 |
| 01/12/21 | GJK | Review revenue and EBIT variances between updated Mundipharma projections for 2021 and original 2020 projections. | 1.50 |
| 01/12/21 | GJK | Work through potential key open issues in Mundipharma projections and opportunities to limit further diligence requirements. | 1.50 |
| 01/12/21 | LJD | Review revised buyout offer and comment | 0.60 |
| 01/12/21 | LJD | Attend Purdue board meeting Purdue board members, M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. | 2.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Birnbaum (Dechert) | |
| 01/12/21 | LJD | Review revised presentation in advance of board meeting | 0.70 |
| 01/12/21 | GJK | Assess Foundation data provided by business and challenges tying to previous financial projection information | 1.00 |
| 01/12/21 | SKL | Call with J. DelConte, H. Bhattal, S. Lemack, L. Nguyen (all AlixPartners) re: third party discussions. | 0.40 |
| 01/12/21 | HSB | Attend Purdue board meeting Purdue board members, M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 2.50 |
| 01/12/21 | HSB | Call with J. DelConte, H. Bhattal, S. Lemack, L. Nguyen (all AlixPartners) re: third party discussions. | 0.40 |
| 01/12/21 | LTN | Call with J. DelConte, H. Bhattal, S. Lemack, L. Nguyen (all AlixPartners) re: third party discussions. | 0.40 |
| 01/13/21 | HSB | Call with M. Kesselman, R. Aleali (both Purdue), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT) re: plan alternatives scenario forecasting. | 0.90 |
| 01/13/21 | HSB | Second call with M. Kesselman, R. Aleali (both Purdue), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT) re: plan alternatives scenario forecasting. | 0.90 |
| 01/13/21 | LJD | Second call with M. Kesselman, R. Aleali (both Purdue), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT) re: plan | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | alternatives scenario forecasting. | |
| 01/13/21 | LJD | Call with M. Kesselman, R. Aleali (both Purdue), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT) re: plan alternatives scenario forecasting. | 0.90 |
| 01/13/21 | GJK | Review B Bromberg email and update planning for revised information requests made to Mundipharma based on data gaps. | 1.50 |
| 01/13/21 | NAS | Draft question list for Mundipharma management re: 2021 Original Budget source data. | 0.90 |
| 01/13/21 | NAS | Email S. Lemack, H. Bhattal (both AlixPartners) re: Purdue/Mundiparma agreement question. | 0.30 |
| 01/13/21 | JD | Correspondence with Davis Polk re: larger unsecured claims analysis. | 0.40 |
| 01/13/21 | JD | Review responses compiled in relation to open Adhansia questions. | 0.30 |
| 01/13/21 | JD | Review historical wind down budget details from previous cases and research other comparable budgets. | 1.30 |
| 01/13/21 | JD | Review latest pension materials to incorporate into latest plan alternatives presentation. | 0.60 |
| 01/13/21 | JD | Review summary of hours worked on Project Plex and documents provided to date. | 0.70 |
| 01/13/21 | JD | Edit draft Project Plex email to third party. | 0.40 |
| 01/13/21 | JD | Review and provide comments on November flash report. | 0.80 |
| 01/13/21 | JD | Call with M. Kesselman, R. Aleali (both Purdue), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT) re: plan alternatives scenario forecasting. | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/13/21 | JD | Call with J. Lowne (Purdue) re: scenario analysis. | 0.20 |
| 01/13/21 | JD | Call with J. Turner (PJT) re: scenario planning. | 0.20 |
| 01/13/21 | JD | Second call with M. Kesselman, R. Aleali (both Purdue), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT) re: plan alternatives scenario forecasting. | 0.90 |
| 01/14/21 | GJK | Assess Mundipharma data for ability to analyze markets. | 1.00 |
| 01/14/21 | LJD | Review agenda for 9am call with management and advisors | 0.20 |
| 01/14/21 | LJD | Review and discuss draft letter response re: buyout offer | 0.30 |
| 01/14/21 | LJD | Call with Teneo team re: PR strategy | 1.50 |
| 01/14/21 | GJK | Incorporate questions and comments from FTI into assessment of Mundipharma data. | 1.00 |
| 01/14/21 | JD | Review latest materials re: third party business development deal. | 0.40 |
| 01/14/21 | JD | Review draft Adhansia diligence responses to upload to the data room. | 0.40 |
| 01/14/21 | ADD | Research and compile agreements requested by Davis Polk for review. | 2.50 |
| 01/15/21 | ADD | Research and compile agreements requested by Davis Polk for review. | 2.30 |
| 01/15/21 | ADD | Request agreements from Client for counsel review. | 1.20 |
| 01/15/21 | JD | Attend Purdue (Special Committee) board meeting with M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.00 |
| 01/15/21 | JD | Call with J. Lowne (Purdue) re: business plan scenarios. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 01/15/21 | JD | Finish reviewing and editing retention letters for management. | 1.50 |
| 01/15/21 | JD | Correspondence with Davis Polk, Purdue management and PJT re: third party transaction structure. | 0.70 |
| 01/15/21 | JD | Review and edit first batch of retention letters for Purdue management. | 2.30 |
| 01/15/21 | JD | Review draft materials prepared by PJT for the creditor advisors. | 0.30 |
| 01/15/21 | HSB | Attend Purdue (Special Committee) board meeting with M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.00 |
| 01/15/21 | LJD | Attend Purdue (Special Committee) board meeting with M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.00 |
| 01/15/21 | LJD | Comment on response letter and discuss | 0.30 |
| 01/15/21 | GJK | Review bridges developed by N Simon and identify potential underlying causes that would impact busines based on market analysis. | 2.00 |
| 01/16/21 | JD | Call with J. Turner, R. Schnitzler, T. Melvin (all PJT), R. Aleali, J. Doyle (both Purdue) re: third party business development deal. | 0.80 |
| 01/16/21 | JD | Update professional fee trackers and send to management to finalize year end accruals. | 0.70 |
| 01/17/21 | JD | Prepare analysis of GM trust claims reconciliation costs using public filings. | 1.50 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 01/17/21 | JD | Call with J. Turner (PJT) re: plan alternatives scenario analysis. | 0.50 |
| 01/17/21 | LJD | Review and comment on correspondence related to letter response for LOI | 0.60 |
| 01/18/21 | LJD | Review revised board presentation and comment | 0.90 |
| 01/18/21 | LJD | Review revised term sheet and comment | 0.40 |
| 01/18/21 | SKL | Discussion with H. Bhattal, J. DelConte, S. Lemack (all AlixPartners) re: claims resolution trust costs. | 0.60 |
| 01/18/21 | SKL | Call with H. Bhattal, J. DelConte, S. Lemack (all AlixPartners), C. Robertson (DPW), T. Melvin, J. Turner (both PJT) re: claims resolution trust costs. | 0.30 |
| 01/18/21 | JD | Call with R. Schnitzler (PJT) re: third party BD deal. | 0.20 |
| 01/18/21 | JD | Discussion with H. Bhattal, J. DelConte, S. Lemack (all AlixPartners) re: claims resolution trust costs. | 0.60 |
| 01/18/21 | JD | Call with H. Bhattal, J. DelConte, S. Lemack (all AlixPartners), C. Robertson (DPW), T. Melvin, J. Turner (both PJT) re: claims resolution trust costs. | 0.30 |
| 01/18/21 | JD | Review various business plan sensitivities and plan scenarios and provide comments on materials to provide to the board. | 1.40 |
| 01/18/21 | JD | Review latest analysis of claims resolution trust costs and provide comments. | 0.60 |
| 01/18/21 | JD | Call with J. DelConte, H. Bhattal (both AlixPartners) re: claims resolution related issues | 0.70 |
| 01/18/21 | JD | Begin working on breakdown of LTRP and AIP accruals by cost center for year-end close process. | 2.70 |
| 01/18/21 | HSB | Call with J. DelConte, H. Bhattal (both AlixPartners) re: claims resolution related issues | 0.70 |
| 01/18/21 | HSB | Call with H. Bhattal, J. DelConte, S. Lemack (all AlixPartners), C. Robertson (DPW), T. Melvin, J. Turner | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (both PJT) re: claims resolution trust costs. | |
| 01/18/21 | HSB | Discussion with H. Bhattal, J. DelConte, S. Lemack (all AlixPartners) re: claims resolution trust costs. | 0.60 |
| 01/19/21 | HSB | Attend Purdue (Special Committee) board meeting Purdue Special Committee members, M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.30 |
| 01/19/21 | ADD | Upload documents processed by Davis Polk's eDiscovery teams to the data room. | 0.60 |
| 01/19/21 | ADD | Review active intercompany agreements to determine completeness of agreement list. | 2.30 |
| 01/19/21 | ADD | Compile materials submitted in response to diligence request for upload to the data room. | 2.50 |
| 01/19/21 | ADD | Review and manage data room settings. | 1.50 |
| 01/19/21 | ADD | Compile and format materials submitted in response to diligence request for processing and upload to the data room for creditor committee. | 2.00 |
| 01/19/21 | JD | Attend Purdue (Special Committee) board meeting Purdue Special Committee members, M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.30 |
| 01/19/21 | JD | Finalize analysis of LTRP and AIP accruals by cost center for year-end accounting. | 3.00 |
| 01/19/21 | JD | Review and compare historical MORs and then edit opening court hearing speech. | 1.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/19/21 | JD | Review PHI status updates prepared for the court hearing tomorrow. | 0.30 |
| 01/19/21 | JD | Correspondence with Davis Polk and PJT re: plan sensitivities and scenario analysis. | 0.50 |
| 01/19/21 | JD | Review latest materials from third party. | 0.20 |
| 01/19/21 | LJD | Attend Purdue (Special Committee) board meeting Purdue Special Committee members, M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.30 |
| 01/19/21 | LJD | Review initial financing letters and comment | 0.70 |
| 01/19/21 | LJD | Call with PJT re: PR strategy | 0.30 |
| 01/20/21 | LJD | Call with M. Kesselman, R. Aleali (both Purdue), M. Huebner, D. Klein, E. Vonnegut, C. Robertson, Z. Levine (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) re: plan term sheet revisions. | 1.50 |
| 01/20/21 | JD | Call with H. Bhattal, J. DelConte (both AlixPartners), J. Turner, T. Melvin, J. Arsic, R. Schnitzler (all PJT), J. Lowne (Purdue) re: third party diligence responses. | 0.60 |
| 01/20/21 | JD | Review accrued rebate calculations and information posted to the third party dataroom. | 0.70 |
| 01/20/21 | JD | Call with J. Lowne, E. Nowakowski (both Purdue) re: accrued rebates. | 0.30 |
| 01/20/21 | JD | Call with M. Kesselman, R. Aleali (both Purdue), M. Huebner, D. Klein, E. Vonnegut, C. Robertson, Z. Levine (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) re: plan term sheet revisions. | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/20/21 | JD | Review and check third party responses to open diligence questions. | 0.70 |
| 01/20/21 | JD | Review third party Excel modeling and prepare questions / comments. | 1.10 |
| 01/20/21 | JD | Review and provide comments on claims resolution trust forecast. | 0.50 |
| 01/20/21 | ADD | Review and update comparison of Rhodes product business plan projections. | 1.60 |
| 01/20/21 | ADD | Research and compile agreements requested by Davis Polk for review and analysis. | 2.50 |
| 01/20/21 | ADD | Review active intercompany agreements to determine completeness of agreement list. | 1.10 |
| 01/20/21 | ADD | Compile intercompany agreements for counsel review. | 0.70 |
| 01/20/21 | HSB | Call with M. Kesselman, R. Aleali (both Purdue), M. Huebner, D. Klein, E. Vonnegut, C. Robertson, Z. Levine (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) re: plan term sheet revisions. | 1.50 |
| 01/20/21 | HSB | Call with H. Bhattal, J. DelConte (both AlixPartners), J. Turner, T. Melvin, J. Arsic, R. Schnitzler (all PJT), J. Lowne (Purdue) re: third party diligence responses. | 0.60 |
| 01/21/21 | HSB | Call with C. Robertson (DPW), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: claims resolution trust forecast. | 0.80 |
| 01/21/21 | ADD | Call with A. DePalma and J. DelConte (both AlixPartners) re: ongoing claims and third party forecast analysis. | 1.00 |
| 01/21/21 | ADD | Research and compile agreements requested by Davis Polk for review and analysis. | 1.50 |
| 01/21/21 | ADD | Review and update comparison of Rhodes product business plan projections. | 2.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Business Analysis & Operations
Client/Matter #            012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/21/21 | JD | Call with J. Lowne, R. Aleali (both Purdue), J. Turner (PJT), C. Robertson (DPW) re: third party inquiry. | 0.60 |
| 01/21/21 | JD | Review latest restricted cash schedules and correspond with management to reconcile and answer open questions. | 0.70 |
| 01/21/21 | JD | Review draft materials related to the trust transfer workstream. | 0.50 |
| 01/21/21 | JD | Review third party modeling in comparison to current product forecasts. | 0.70 |
| 01/21/21 | JD | Review and provide comments on updated claims resolution trust forecast. | 0.30 |
| 01/21/21 | JD | Correspondence with G. Koch (AlixPartners) re: Purdue trust transfer process. | 0.30 |
| 01/21/21 | JD | Call with R. Posner (Teneo) re: PR planning. | 0.30 |
| 01/21/21 | JD | Call with C. Robertson (DPW), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: claims resolution trust forecast. | 0.80 |
| 01/21/21 | JD | Call with A. DePalma and J. DelConte (both AlixPartners) re: ongoing claims and third party forecast analysis. | 1.00 |
| 01/21/21 | SKL | Call with C. Robertson (DPW), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: claims resolution trust forecast. | 0.80 |
| 01/22/21 | NAS | Review new 2021 OB backup data provided by Mundipharma. | 1.20 |
| 01/22/21 | GJK | Call with M Clemons (DPW) and J Turner (PJT) re: Mundipharma diligence. | 0.50 |
| 01/22/21 | GJK | Review Global 2021 with Reconciliation Data provided by Mundipharma. | 2.00 |
| 01/22/21 | JD | Call with R. Aleali (Purdue) re: third party BD deal. | 0.20 |
| 01/22/21 | JD | Call with J. Lowne (Purdue) re: board meeting. | 0.10 |

2101 Cedar Springs Road     T 214.647.7500
Suite 1100                  F 214.647.7501
Dallas, TX 75201            alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #  012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/22/21 | JD | Attend Purdue board meeting with M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal (both AlixPartners), S. Birnbaum (Dechert) | 0.50 |
| 01/22/21 | ADD | Download updated accounting data for liquidation analysis. | 1.00 |
| 01/22/21 | JD | Update analysis of AIP and LTRP accruals by cost center for year-end close. | 2.40 |
| 01/22/21 | JD | Review severance calculations to compare against third party analysis. | 0.30 |
| 01/22/21 | JD | Review final year end professional fee accruals against previous schedules. | 0.80 |
| 01/22/21 | HSB | Attend Purdue board meeting with M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal (both AlixPartners), S. Birnbaum (Dechert) | 0.50 |
| 01/23/21 | JD | Review analysis of various plan alternatives and payments to various creditor groups. Correspondence with Davis Polk and PJT re: same. | 1.00 |
| 01/24/21 | JD | Call with C. Robertson, T. Matlock. L. Altus (all DPW), J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners) re: go-forward taxes. | 0.60 |
| 01/24/21 | JD | Call with M. Atkinson (Province) re: third party discussions. | 0.20 |
| 01/24/21 | LJD | Review and comment on letter response to third party | 0.40 |
| 01/24/21 | LJD | Review and comment on revised term sheet | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/24/21 | HSB | Call with C. Robertson, T. Matlock. L. Altus (all DPW), J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners) re: go-forward taxes. | 0.60 |
| 01/25/21 | GJK | Identify information gaps in Data Reconciliation from Mundipharma | 0.60 |
| 01/25/21 | LJD | Review revised drafts of response letter to third party offer | 0.40 |
| 01/25/21 | GJK | Continue review of Global 2021 with Reconciliation Data provided by Mundipharma. | 1.50 |
| 01/25/21 | JD | Call with J. Lowne, R. Aleali, S. Daniel, E. Ruiz (all Purdue) re: contract renewal process. | 0.30 |
| 01/25/21 | JD | Call with J. Lowne (Purdue) re: follow up to contract call. | 0.20 |
| 01/25/21 | JD | Review updated retention participant letters from C. DeStefano (Purdue). | 0.30 |
| 01/25/21 | JD | Review and provide comments on various HR files. | 0.40 |
| 01/25/21 | JD | Review updated tax org chart and explanatory slide for the post-emergence structure. | 0.30 |
| 01/25/21 | JD | Review comparison of third party generics forecast and internal numbers. | 0.40 |
| 01/26/21 | JD | Call with M. Huebner (DPW) and J. Turner (PJT) re: third party conversations. | 0.50 |
| 01/26/21 | JD | Review financial projection model from the AHC re: cash flow distributions to the NOAT. | 0.80 |
| 01/26/21 | JD | Call with A. DePalma and J. DelConte (both AlixPartners) re: model discussion. | 1.10 |
| 01/26/21 | JD | Correspondence with Purdue management and PJT re: third party modeling. | 0.70 |
| 01/26/21 | ADD | Call with A. DePalma and J. DelConte (both AlixPartners) re: model discussion. | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Business Analysis & Operations
Client/Matter #         012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/26/21 | ADD | Compile and format materials submitted in response to diligence request for processing and upload to the data room for creditor committee. | 2.80 |
| 01/27/21 | ADD | Compile and format materials submitted in response to diligence request for processing and upload to the data room for creditor committee. | 2.30 |
| 01/27/21 | ADD | Meeting with A. DePalma and S. Lemack (both AlixPartners) re: Intralinks management and file sharing. | 1.10 |
| 01/27/21 | JD | Review latest weekly sales info from the company. | 0.30 |
| 01/27/21 | JD | Review draft Board financial pre-reads. | 0.70 |
| 01/27/21 | JD | Call with M. Huebner, E. Vonnegut, A. Lele, C. Robertson, D. Klein (all DPW), J. DelConte, H. Bhattal, L. Donahue (all AlixPartners), J. O'Connell, T. Coleman, J. Turner, J. Arsic, T. Melvin (all PJT), S. Birnbaum (Dechert), M. Kesselman, R. Aleali, J. Lowne (all Purdue) re: NOAT cash flow projections. | 0.50 |
| 01/27/21 | JD | Call with J. Turner (PJT) re: NOAT distribution forecast. | 0.30 |
| 01/27/21 | JD | Review net working capital analysis from FTI and look into open questions. | 0.50 |
| 01/27/21 | JD | Review comments from the company on latest third party forecasting analysis. | 0.40 |
| 01/27/21 | JD | Review model of third party generics forecast in comparison company modeling. | 0.50 |
| 01/27/21 | LJD | Call with M. Huebner, E. Vonnegut, A. Lele, C. Robertson, D. Klein (all DPW), J. DelConte, H. Bhattal, L. Donahue (all AlixPartners), J. O'Connell, T. Coleman, J. Turner, J. Arsic, T. Melvin (all PJT), S. Birnbaum (Dechert), M. Kesselman, R. Aleali, J. Lowne (all Purdue) re: NOAT cash flow projections. | 0.50 |
| 01/27/21 | SKL | Meeting with A. DePalma and S. Lemack (both | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Business Analysis & Operations
Client/Matter #    012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners) re: Intralinks management and file sharing. | |
| 01/28/21 | LJD | Attend Purdue board meeting with Board members, M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), J. DelConte, L. Donahue, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 5.20 |
| 01/28/21 | JD | Review and analyze third party response effects on total distributable value. | 1.70 |
| 01/28/21 | JD | Attend Purdue board meeting with Board members, M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), J. DelConte, L. Donahue, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 5.20 |
| 01/28/21 | ADD | Review diligence questions from the creditor committee and research responses. | 2.80 |
| 01/28/21 | JD | Call with J. Turner (PJT) re: post-board meeting follow up. | 0.30 |
| 01/28/21 | JD | Call with J. Lowne (Purdue) re: third party discussions. | 0.30 |
| 01/28/21 | JD | Call with C. Robertson (DPW) re: third party discussions. | 0.20 |
| 01/28/21 | JD | Call with J. Lowne (Purdue) re: post-board meeting follow up. | 0.20 |
| 01/28/21 | JD | Correspondence with Davis Polk, PJT and Purdue management re: third party diligence responses. | 0.80 |
| 01/29/21 | JD | Review full financial package presented to the Board for December results. | 1.30 |
| 01/29/21 | JD | Review latest HRT presentation. | 0.30 |
| 01/29/21 | JD | Review data from the UCC on unspent federal grant money for opioid projects. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/29/21 | JD | Call with J. Turner (PJT) re: prep for call with AHC. | 0.30 |
| 01/29/21 | JD | Develop ABL analysis from year-end balance sheet details. | 0.50 |
| 01/29/21 | JD | Review and provide comments on an accounting memo from J. Lowne (Purdue) re: settlement reserves. | 0.40 |
| 01/29/21 | JD | Correspondence with Davis Polk and PJT re: potential ABL facility. | 0.30 |
| 01/29/21 | JD | Review liabilities analysis from J. Lowne (Purdue) re: third party discussions. | 0.50 |
| 01/29/21 | ADD | Download requested accounting entry data from SAP system | 1.10 |
| 01/29/21 | GJK | Prioritize potential follow up items for Mundipharma to limit further diligence requirements. | 1.00 |
| 01/29/21 | GJK | Review outstanding Mundipharma diligence items. | 1.00 |
| 01/30/21 | JD | Review proposed MOR disclosures for draft settlement agreements. | 0.50 |
| 01/30/21 | JD | Correspondence with management, Davis Polk and PJT re: third party discussions. | 0.40 |
| 01/31/21 | JD | Call with J. Turner, T. Melvin (both PJT) re: NOAT distribution modeling. | 0.30 |
| 01/31/21 | JD | Call with D. Klein, C. Robertson, K. Steinberg (all DPW), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal (both AlixPartners) re: potential financing. | 0.50 |
| 01/31/21 | JD | Review and provide comments on draft third party email. | 0.30 |
| 01/31/21 | JD | Finalize ABL borrowing base analysis and send to J. Lowne (Purdue) for review. | 0.70 |
| 01/31/21 | JD | Review latest monthly Nalmafene report before providing to creditors. | 0.20 |
| 01/31/21 | HSB | Call with D. Klein, C. Robertson, K. Steinberg (all DPW), | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Business Analysis & Operations
Client/Matter #   012589.00106

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
|      |            | J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal (both AlixPartners) re: potential financing. |  |
| 01/31/21 | LJD | Review correspondence related to latest plan issues. | 0.30 |
| 01/31/21 | LJD | Review Windsor side by side comparison and comment | 0.50 |
|  |  | **Total** | **1,656.50** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100              **F** 214.647.7501
Dallas, TX 75201        **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 10/01/20 | SKL | Update liquidation analysis with latest LSTC trade info provided by A. DePalma (AlixPartners). | 1.30 |
| 10/01/20 | SKL | Update liquidation analysis with latest claims information provided by Prime Clerk team. | 1.90 |
| 10/01/20 | SKL | Update liquidation analysis with latest PBGC information and provided placeholder for future updates. | 1.10 |
| 10/01/20 | SKL | Finalize remaining updates to the liquidation analysis and circulate for additional feedback. | 2.30 |
| 10/01/20 | SKL | Meeting with A. DePalma and S. Lemack (both AlixPartners) to discuss liquidation analysis and follow-up items. | 0.40 |
| 10/01/20 | ADD | Meeting with A. DePalma and S. Lemack (both AlixPartners) to discuss liquidation analysis and follow-up items. | 0.40 |
| 10/06/20 | HSB | Review updated excel file with liquidation analysis prepared by S. Lemack (AlixPartners). | 0.60 |
| 10/06/20 | HSB | Continue to review updated excel file with liquidation analysis prepared by S. Lemack (AlixPartners). | 0.60 |
| 10/07/20 | HSB | Review updated excel file with liquidation analysis prepared by S. Lemack (AlixPartners). | 0.40 |
| 10/07/20 | HSB | Meeting with HS Bhattal (AlixPartners) and S. Lemack (AlixPartners) to discuss additional updates to be made to the liquidation analysis and cash forecast. | 0.80 |
| 10/07/20 | SKL | Meeting with HS Bhattal (AlixPartners) and S. Lemack (AlixPartners) to discuss additional updates to be made to the liquidation analysis and cash forecast. | 0.80 |
| 10/08/20 | SKL | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to review latest updates made to the liquidation analysis and upcoming liquidation analysis meeting. | 0.40 |
| 10/08/20 | SKL | Meeting with J. Lowne (Purdue), J. DelConte, H. Bhattal, | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | A. DePalma and S. Lemack (all AlixPartners) to review and discuss draft liquidation analysis and next steps. | |
| 10/08/20 | SKL | Meeting with J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) to discuss next steps re: liquidation analysis. | 0.30 |
| 10/08/20 | SKL | Meeting with J. DelConte, H. Bhattal, A. DePalma and S. Lemack (all AlixPartners) to discuss liquidation analysis and upcoming call. | 0.40 |
| 10/08/20 | SKL | Finalize remaining updates to the latest liquidation analysis prior to this afternoon's meeting. | 1.90 |
| 10/08/20 | SKL | Finalize remaining updates to the liquidation analysis following this afternoon's meeting. | 1.70 |
| 10/08/20 | SKL | Call with J. DelConte, K. McCafferty, S. Lemack (all AlixPartners) re: liquidation analysis. | 0.50 |
| 10/08/20 | JD | Review latest draft liquidation analysis prior to call. | 0.70 |
| 10/08/20 | JD | Meeting with J. DelConte, H. Bhattal, A. DePalma and S. Lemack (all AlixPartners) to discuss liquidation analysis and upcoming call. | 0.40 |
| 10/08/20 | JD | Call with J. DelConte, K. McCafferty, S. Lemack (all AlixPartners) re: liquidation analysis. | 0.50 |
| 10/08/20 | JD | Meeting with J. Lowne (Purdue), J. DelConte, H. Bhattal, A. DePalma and S. Lemack (all AlixPartners) to review and discuss draft liquidation analysis and next steps. | 0.80 |
| 10/08/20 | JD | Meeting with J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) to discuss next steps re: liquidation analysis. | 0.30 |
| 10/08/20 | HSB | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to review latest updates made to the liquidation analysis and upcoming liquidation analysis meeting. | 0.40 |
| 10/08/20 | HSB | Meeting with J. DelConte, H. Bhattal, A. DePalma and S. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     POR Development
Client/Matter #         012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Lemack (all AlixPartners) to discuss liquidation analysis and upcoming call. | |
| 10/08/20 | HSB | Meeting with J. Lowne (Purdue), J. DelConte, H. Bhattal, A. DePalma and S. Lemack (all AlixPartners) to review and discuss draft liquidation analysis and next steps. | 0.80 |
| 10/08/20 | HSB | Meeting with J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) to discuss next steps re: liquidation analysis. | 0.30 |
| 10/08/20 | ADD | Meeting with J. Lowne (Purdue), J. DelConte, H. Bhattal, A. DePalma and S. Lemack (all AlixPartners) to review and discuss draft liquidation analysis and next steps. | 0.80 |
| 10/08/20 | ADD | Meeting with J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) to discuss next steps re: liquidation analysis. | 0.30 |
| 10/08/20 | ADD | Meeting with J. DelConte, H. Bhattal, A. DePalma and S. Lemack (all AlixPartners) to discuss liquidation analysis and upcoming call. | 0.40 |
| 10/08/20 | KM | Call with J. DelConte, K. McCafferty, S. Lemack (all AlixPartners) re: liquidation analysis. | 0.50 |
| 10/09/20 | HSB | Review Purdue financial statements and related documents for preparing open items list for liquidation analysis | 0.30 |
| 10/12/20 | SKL | Continue to update debtor by debtor liquidation costs based on the latest total assets by debtor allocation. | 1.50 |
| 10/14/20 | HSB | Review correspondence from Fidelity re: Purdue pension plan | 0.20 |
| 10/15/20 | SKL | Updated the PBGC section of the liquidation analysis with the latest information provided by Fidelity and updated in the debtor tabs of the liquidation analysis accordingly. | 1.00 |
| 10/16/20 | SKL | Prepare updates to the Chapter 7 Trustee fees of the liquidation analysis and ensured updates were allocated | 1.60 |

2101 Cedar Springs Road     T 214.647.7500
Suite 1100                  F 214.647.7501
Dallas, TX 75201            alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | to each debtor entity. | |
| 10/16/20 | SKL | Update call with H. Bhattal, S. Lemack (both AlixPartners) to discuss liquidation analysis and related open items | 0.40 |
| 10/16/20 | HSB | Update call with H. Bhattal, S. Lemack (both AlixPartners) to discuss liquidation analysis and related open items | 0.40 |
| 10/19/20 | SKL | Continue to finalize updates to the draft liquidation analysis prior to meeting with J. Carlisle (Purdue) | 1.30 |
| 10/20/20 | SKL | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) and J. Carlisle (Purdue) re: liquidation analysis. | 0.70 |
| 10/20/20 | SKL | Continue to prepare and finalize updates to the liquidation analysis and circulate meeting invite to D. Fogel (Purdue) accordingly. | 1.90 |
| 10/20/20 | SKL | Review and make updates to the inventory section of the liquidation analysis. | 0.90 |
| 10/20/20 | JD | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) and J. Carlisle (Purdue) re: liquidation analysis. | 0.70 |
| 10/20/20 | JD | Review latest draft liquidation analysis prior to call with the company. | 1.10 |
| 10/20/20 | HSB | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) and J. Carlisle (Purdue) re: liquidation analysis. | 0.70 |
| 10/21/20 | JD | Call with D. Fogel (Purdue) re: liquidation analysis. | 0.30 |
| 10/22/20 | JD | Meeting with D. Fogel (Rhodes Tech), W. DiNicola (Rhodes Tech), R. Haberlin (Rhodes Pharma), Jon Carlisle (Purdue), H. Bhattal, J. DelConte, A. DePalma, S. Lemack (all AlixPartners) to review liquidation analysis, discuss open items, and next steps. | 0.50 |
| 10/22/20 | SKL | Meeting with D. Fogel (Rhodes Tech), W. DiNicola | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (Rhodes Tech), R. Haberlin (Rhodes Pharma), Jon Carlisle (Purdue), H. Bhattal, J. DelConte, A. DePalma, S. Lemack (all AlixPartners) to review liquidation analysis, discuss open items, and next steps. | |
| 10/22/20 | HSB | Meeting with D. Fogel (Rhodes Tech), W. DiNicola (Rhodes Tech), R. Haberlin (Rhodes Pharma), Jon Carlisle (Purdue), H. Bhattal, J. DelConte, A. DePalma, S. Lemack (all AlixPartners) to review liquidation analysis, discuss open items, and next steps. | 0.50 |
| 10/22/20 | ADD | Meeting with D. Fogel (Rhodes Tech), W. DiNicola (Rhodes Tech), R. Haberlin (Rhodes Pharma), Jon Carlisle (Purdue), H. Bhattal, J. DelConte, A. DePalma, S. Lemack (all AlixPartners) to review liquidation analysis, discuss open items, and next steps. | 0.50 |
| 10/23/20 | ADD | Meeting with D. Fogel, W. DiNicola, R. Haberlin, J. Carlisle (all Purdue), J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) to review the liquidation analysis, discuss open items, and set up next steps. | 0.60 |
| 10/23/20 | HSB | Meeting with D. Fogel, W. DiNicola, R. Haberlin, J. Carlisle (all Purdue), J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) to review the liquidation analysis, discuss open items, and set up next steps. | 0.60 |
| 10/23/20 | HSB | Review terms of DOJ settlement agreement and assessed the impact on treatment of various claims | 1.10 |
| 10/23/20 | SKL | Meeting with D. Fogel, W. DiNicola, R. Haberlin, J. Carlisle (all Purdue), J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) to review the liquidation analysis, discuss open items, and set up next steps. | 0.60 |
| 10/23/20 | JD | Meeting with D. Fogel, W. DiNicola, R. Haberlin, J. Carlisle (all Purdue), J. DelConte, H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) to review the liquidation analysis, discuss open items, and set up next steps. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          POR Development
Client/Matter #              012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/23/20 | JD | Review liquidation analysis in advance of call with Purdue management. | 0.30 |
| 10/26/20 | SKL | Prepare updates to the liquidation analysis based on latest feedback provided on recovery rates and assumptions. | 1.20 |
| 10/27/20 | SKL | Continue to finalize updates to the latest liquidation analysis and prepare updated listed of open items. | 1.80 |
| 10/28/20 | SKL | Review latest P&L by debtor report provided by B. Sielert (Purdue) and continue updating liquidation analysis accordingly. | 1.80 |
| 10/30/20 | SKL | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest and upcoming liquidation analysis updates. | 0.80 |
| 10/30/20 | HSB | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest and upcoming liquidation analysis updates. | 0.80 |
| 11/03/20 | SKL | Continue to review and make updates to latest liquidation analysis working file. | 1.80 |
| 11/03/20 | SKL | Finalize updates to the debtor-by-debtor breakdown of asset values in the latest liquidation analysis. | 2.10 |
| 11/04/20 | HSB | Review DOJ settlement agreement details with regards to claims | 0.50 |
| 11/05/20 | HSB | Review description of Purdue's customer programs for purposes of evaluating assumptions & estimates for liquidations analyses | 1.20 |
| 11/06/20 | HSB | Working session with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest edits and next steps to the liquidation analysis working file | 0.70 |
| 11/06/20 | HSB | Review details related to the liquidation analysis. | 0.30 |
| 11/06/20 | SKL | Working session with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest edits and next steps to the liquidation analysis working file | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/09/20 | SKL | Continue to update the liquidation analysis with the latest updates provided and begin preparing updated language for the draft. | 1.60 |
| 11/09/20 | HSB | Review inbound third party email on Project Plex | 0.20 |
| 11/11/20 | HSB | Review relevant sections of Coventry facility asset purchase agreement with regards to liquidation analysis | 0.60 |
| 11/12/20 | ADD | Download updated balance sheet data from Purdue SAP accounting system for liquidation analysis refresh. | 0.80 |
| 11/12/20 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) re: Data requirements for liquidation analysis update. | 0.70 |
| 11/12/20 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) re: Data requirements for liquidation analysis update. | 0.70 |
| 11/12/20 | SKL | Continue to update the draft liquidation analysis and refreshing account balances based on the finalized October financials. | 1.90 |
| 11/12/20 | JD | Correspondence with Purdue management re: liquidation analysis. | 0.30 |
| 11/13/20 | HSB | Review UCC Presentation deck with updates on settlement framework, discovery, estate causes of action and Sacklers' issues. | 1.10 |
| 11/19/20 | SKL | Continue to review latest feedback provided re: liquidation analysis, and update the analysis accordingly based on the updated 10/31/20 financials. | 1.90 |
| 11/20/20 | SKL | Continue to finalize updates to the latest liquidation analysis and circulate updates to R. Haberlin, D. Fogel and J. Carlisle (all Purdue). | 2.10 |
| 11/23/20 | SKL | Review latest recovery rates and updated assumptions provided by D. Fogel (Purdue) and team and prepare updates to the liquidation analysis accordingly. | 2.40 |
| 11/23/20 | JD | Review updated liquidation analysis sections from Purdue | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
|          |     | management. |      |
| 11/24/20 | SKL | Discussion with H. Bhattal, S. Lemack (both AlixPartners) re: updates and next steps on liquidation analysis. | 0.40 |
| 11/24/20 | SKL | Continue to finalize updates to the liquidation analysis with the updated 10/31 financials. | 2.30 |
| 11/24/20 | HSB | Discussion with H. Bhattal, S. Lemack (both AlixPartners) re: updates and next steps on liquidation analysis. | 0.40 |
| 11/24/20 | HSB | Review liquidation analysis updates provided by Purdue team | 0.30 |
| 11/30/20 | HSB | Review updated liquidation analysis and provided comments for updates | 0.70 |
| 11/30/20 | HSB | Review Coventry APA terms for updates to liquidation analysis and provided comments. | 0.40 |
| 11/30/20 | SKL | Update the liquidation analysis with the latest LSTC info. | 0.80 |
| 11/30/20 | SKL | Continue to refresh the latest liquidation analysis with the 10/31 financials provided by B. Sielert (Purdue). | 2.30 |
| 11/30/20 | SKL | Finalize review of updated recovery rates and assumptions provided by D. Fogel (Purdue) and prepare updates to the liquidation analysis accordingly. | 1.90 |
| 11/30/20 | SKL | Prepare reconciliation of updated recovery rates provided by D. Fogel (Purdue) and update the open items tracker accordingly. | 0.60 |
| 11/30/20 | SKL | Finalize remaining updates to the liquidation analysis based on the feedback provided and circulate updated analysis to D. Fogel, W. DiNicola, R. Haberlin and J. Carlisle (all Purdue). | 2.50 |
| 12/01/20 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: updates to liquidation analysis. | 0.50 |
| 12/01/20 | SKL | Meeting with D. Fogel, W. DiNicola, R. Haberlin, J. Carlisle (all Purdue) J. DelConte, S. Lemack, H. Bhattal (both | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      POR Development
Client/Matter #          012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | AlixPartners) to review the latest recovery rates, assumptions, and open items for the liquidation analysis. | |
| 12/01/20 | SKL | Prepare final updates to the latest Liquidation Analysis and circulate to D. Fogel, J. Carlisle, W. DiNicola and R. Haberlin (all Purdue) prior to the morning working session. | 1.20 |
| 12/01/20 | SKL | Review latest feedback provided from this morning's working session and finalize additional updates to the Liquidation Analysis accordingly. | 2.40 |
| 12/01/20 | JD | Review latest version of the liquidation analysis and liquidation analysis notes. | 1.20 |
| 12/01/20 | JD | Review updated Mundipharma tax analysis from KPMG. | 0.50 |
| 12/01/20 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: updates to liquidation analysis | 0.50 |
| 12/01/20 | HSB | Meeting with D. Fogel, W. DiNicola, R. Haberlin, J. Carlisle (all Purdue) J. DelConte, S. Lemack, H. Bhattal (both AlixPartners) to review the latest recovery rates, assumptions, and open items for the liquidation analysis. | 0.70 |
| 12/01/20 | JD | Meeting with D. Fogel, W. DiNicola, R. Haberlin, J. Carlisle (all Purdue) J. DelConte, S. Lemack, H. Bhattal (both AlixPartners) to review the latest recovery rates, assumptions, and open items for the liquidation analysis. | 0.70 |
| 12/03/20 | HSB | Review excel worksheet with cash analysis and provided comments | 0.60 |
| 12/03/20 | HSB | Review excel worksheet with cash analysis and provided comments (cont.) | 0.60 |
| 12/03/20 | SKL | Finalize formatting updates to the Liquidation Analysis and begin summarizing information for the draft write-up. | 1.40 |
| 12/04/20 | SKL | Review the latest G&A activity provided by E. Nowakowski (Purdue) and R. Haberlin (Purdue) and update the wind down cost piece of the liquidation analysis accordingly. | 1.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  POR Development
Client/Matter #      012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 12/07/20 | SKL | Meeting with A. DePalma, S. Lemack, H. Bhattal (partial attendance) (all AlixPartners) to review latest updates to the Liquidation Analysis and continue preparing draft write-up. | 2.50 |
| 12/07/20 | SKL | Follow-up meeting with A. DePalma, S. Lemack (both AlixPartners) to continue preparing draft write-up of the Liquidation Analysis. | 0.60 |
| 12/07/20 | SKL | Finalize updates to the Liquidation Analysis re: Wind Down Costs, based on the information provided by D. Fogel (Purdue), and circulate update internally. | 2.30 |
| 12/07/20 | HSB | Meeting with A. DePalma, S. Lemack, H. Bhattal (partial attendance) (all AlixPartners) to review latest updates to the Liquidation Analysis and continue preparing draft write-up. | 1.20 |
| 12/07/20 | ADD | Review and update assumption for liquidation analysis write-up. | 2.30 |
| 12/07/20 | ADD | Follow-up meeting with A. DePalma, S. Lemack (both AlixPartners) to continue preparing draft write-up of the Liquidation Analysis. | 0.60 |
| 12/07/20 | ADD | Meeting with A. DePalma, S. Lemack, H. Bhattal (partial attendance) (all AlixPartners) to review latest updates to the Liquidation Analysis and continue preparing draft write-up. | 2.50 |
| 12/08/20 | ADD | Review and update assumption for liquidation analysis write-up. | 1.10 |
| 12/08/20 | ADD | Working session with H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss liquidation analysis | 0.70 |
| 12/08/20 | HSB | Working session with H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss liquidation analysis | 0.70 |
| 12/08/20 | SKL | Review latest feedback provided re: Severance policies and incorporated updates into the Liquidation Analysis | 1.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             POR Development
Client/Matter #     012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | accordingly. | |
| 12/08/20 | SKL | Review latest feedback provided in the October monthly flash report and prepare list of open items/questions for D. Fogel (Purdue) re: how the updates should be incorporated into the Liquidation Analysis. | 1.30 |
| 12/08/20 | SKL | Working session with H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) to discuss liquidation analysis | 0.70 |
| 12/09/20 | SKL | Review latest feedback provided by D. Fogel (Purdue) re: Rhodes Tech PPE balance and update the Liquidation Analysis accordingly. | 1.40 |
| 12/09/20 | SKL | Review latest feedback provided by D. Fogel (Purdue) re: Rhodes Tech Inventory balance and update the Liquidation Analysis accordingly. | 1.50 |
| 12/09/20 | SKL | Review latest PPE analysis provided by J. Carlisle (Purdue) and circulate updates list of open request to R. Ullman (Purdue) accordingly re: PPE for the Liquidation Analysis. | 1.40 |
| 12/10/20 | HSB | Review claims analysis | 0.30 |
| 12/10/20 | HSB | Analyze vendor claims recovery amounts based on excel worksheet prepared by | 0.20 |
| 12/11/20 | SKL | Finalize remaining PPE updates to the Liquidation Analysis based on the updated analysis provided by R. Ullman (Purdue). | 1.50 |
| 12/11/20 | JD | Correspondence with Davis Polk and PJT re: minimum cash calculations in the plan term sheet. | 0.30 |
| 12/14/20 | JD | Review latest draft liquidation analysis. | 0.70 |
| 12/14/20 | JD | Meeting with S. Lemack, H. Bhattal, J. DelConte, A. DePalma (all AlixPartners) re: review of liquidation analysis for POR. | 0.50 |
| 12/14/20 | JD | Meeting with S. Lemack, J. DelConte, A. DePalma, H. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | Bhattal (all AlixPartners), E. Vonnegut, C. Robertson, Z. Levine (all Davis Polk) re: walk through of current status of liquidation analysis. |  |
| 12/14/20 | SKL | Update the Liquidation Analysis with the latest PPE and inventory feedback provided and circulated internally for final sign off. | 2.20 |
| 12/14/20 | SKL | Meeting with S. Lemack, H. Bhattal, J. DelConte, A. DePalma (all AlixPartners) re: review of liquidation analysis for POR. | 0.50 |
| 12/14/20 | SKL | Meeting with S. Lemack, J. DelConte, A. DePalma, H. Bhattal (all AlixPartners), E. Vonnegut, C. Robertson, Z. Levine (all Davis Polk) re: walk through of current status of liquidation analysis. | 1.00 |
| 12/14/20 | SKL | Finalize updates to the Liquidation Analysis and refresh open items tracker to review in afternoon meeting with DPW team. | 1.30 |
| 12/14/20 | HSB | Meeting with S. Lemack, J. DelConte, A. DePalma, H. Bhattal (all AlixPartners), E. Vonnegut, C. Robertson, Z. Levine (all Davis Polk) re: walk through of current status of liquidation analysis. | 1.00 |
| 12/14/20 | HSB | Meeting with S. Lemack, H. Bhattal, J. DelConte, A. DePalma (all AlixPartners) re: review of liquidation analysis for POR. | 0.50 |
| 12/14/20 | ADD | Meeting with S. Lemack, H. Bhattal, J. DelConte, A. DePalma (all AlixPartners) re: review of liquidation analysis for POR. | 0.50 |
| 12/14/20 | ADD | Meeting with S. Lemack, J. DelConte, A. DePalma, H. Bhattal (all AlixPartners), E. Vonnegut, C. Robertson, Z. Levine (all Davis Polk) re: walk through of current status of liquidation analysis. | 1.00 |
| 12/14/20 | ADD | Review and update liquidation analysis write up and | 2.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  POR Development
Client/Matter #      012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | incorporate feedback from review meeting. |  |
| 12/15/20 | SKL | Update the Liquidation Analysis with the latest DOJ claim information. | 1.60 |
| 12/16/20 | ADD | Review outstanding diligence requests and update diligence tracker to incorporate responses. | 2.40 |
| 12/16/20 | HSB | Review email from Davis Polk with summary of potential exit structure and evaluated potential exit scenarios | 0.50 |
| 12/17/20 | HSB | Discussion with H. Bhattal, S. Lemack (both AlixPartners) re: revisions to excel worksheet with liquidations analysis. | 0.80 |
| 12/17/20 | HSB | Working session with A. DePalma, S. Lemack, H. Bhattal (all AlixPartners) re: updates to liquidation analysis. | 1.80 |
| 12/17/20 | HSB | Review latest draft of liquidation analysis excel workbook and provided comments. | 1.10 |
| 12/17/20 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) re: additional updates to the Liquidation Analysis and pull SAP information accordingly. | 0.70 |
| 12/17/20 | ADD | Working session with A. DePalma, S. Lemack, H. Bhattal (all AlixPartners) re: updates to liquidation analysis. | 1.80 |
| 12/17/20 | SKL | Prepare updates to the Liquidation Analysis re: funding required to/from Purdue. | 1.10 |
| 12/17/20 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) re: additional updates to the Liquidation Analysis and pull SAP information accordingly. | 0.70 |
| 12/17/20 | SKL | Discussion with H. Bhattal, S. Lemack (both AlixPartners) re: revisions to excel worksheet with liquidations analysis. | 0.80 |
| 12/17/20 | SKL | Working session with A. DePalma, S. Lemack, H. Bhattal (all AlixPartners) re: updates to liquidation analysis. | 1.80 |
| 12/18/20 | SKL | Meeting with A. DePalma, H. Bhattal (partial attendance), S. Lemack (all AlixPartners) to review latest updates to the Liquidation Analysis and continue to finalize the write- | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | up accordingly. | |
| 12/18/20 | SKL | Prepare update to the Liquidation Analysis re: creditor class recovery breakdown. | 1.30 |
| 12/18/20 | SKL | Update the Liquidation Analysis with the latest claim assumptions and recovery rates. | 1.10 |
| 12/18/20 | SKL | Update the Liquidation Analysis with the latest post-petition lease information and damage analysis. | 0.80 |
| 12/18/20 | ADD | Meeting with A. DePalma, H. Bhattal (partial attendance), S. Lemack (all AlixPartners) to review latest updates to the Liquidation Analysis and continue to finalize the write-up accordingly. | 1.00 |
| 12/18/20 | ADD | Review and update liquidation analysis write up. | 2.40 |
| 12/18/20 | HSB | Review deck from Davis Polk with summary of potential exit structure | 0.30 |
| 12/18/20 | HSB | Meeting with A. DePalma, H. Bhattal (partial attendance), S. Lemack (all AlixPartners) to review latest updates to the Liquidation Analysis and continue to finalize the write-up accordingly. | 0.60 |
| 12/20/20 | HSB | Review potential post-emergence structure write-up prepared by PJT Partners and provided comments to team | 1.20 |
| 12/21/20 | SKL | Finalize updates to the liquidation analysis re: Adlon Therapeutics intangible assets valuation and circulate updated analysis internally. | 2.30 |
| 12/22/20 | SKL | Review latest updates and comments provided on the liquidation analysis and finalize updates to the analysis re: incentive/retention payments. | 2.30 |
| 12/23/20 | SKL | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest updates to the Liquidation Analysis and other open items. | 0.50 |
| 12/23/20 | JD | Review mark-up of plan term sheet from the AHC and | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | NCSG. | |
| 12/23/20 | HSB | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to discuss latest updates to the Liquidation Analysis and other open items. | 0.50 |
| 12/24/20 | HSB | Continue reviewing draft of liquidation analysis writeup and provided comments | 1.20 |
| 12/25/20 | HSB | Review draft of liquidation analysis writeup and provided comments | 1.10 |
| 12/26/20 | HSB | Review financial info from PJT Partners re: potential exit scenarios requested by UCC advisors | 0.70 |
| 12/28/20 | HSB | Meeting with H. Bhattal (AlixPartners), A. DePalma (AlixPartners) and S. Lemack (AlixPartners) to review latest updates to the Liquidation Analysis and discuss open items related to the write-up. | 1.00 |
| 12/28/20 | HSB | Call with M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, D. Consla (all Davis Polk), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, L. Donahue, H. Bhattal (all AlixPartners) re: emergence planning. | 1.90 |
| 12/28/20 | HSB | Review plan related summary write up prepared by Davis Polk | 0.30 |
| 12/28/20 | HSB | Review PowerPoint presentation prepared by PJT (with plan related scenarios) | 0.40 |
| 12/28/20 | HSB | Prepared list of potential plan scenarios and related discussion points | 0.80 |
| 12/28/20 | HSB | Review select sections of latest draft of liquidation analysis | 0.30 |
| 12/28/20 | ADD | Meeting with H. Bhattal (AlixPartners), A. DePalma (AlixPartners) and S. Lemack (AlixPartners) to review latest updates to the Liquidation Analysis and discuss open items related to the write-up. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 POR Development
Client/Matter #     012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/28/20 | ADD | Review and update liquidation analysis write up. | 2.90 |
| 12/28/20 | JD | Call with M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, D. Consla (all Davis Polk), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, L. Donahue, H. Bhattal (all AlixPartners) re: emergence planning. | 1.90 |
| 12/28/20 | LJD | Call with M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, D. Consla (all Davis Polk), T. Coleman, J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, L. Donahue, H. Bhattal (all AlixPartners) re: emergence planning. | 1.90 |
| 12/28/20 | SKL | Review latest Liquidation Analysis write-up and circulate updated analysis internally for review. | 1.90 |
| 12/28/20 | SKL | Meeting with H. Bhattal (AlixPartners), A. DePalma (AlixPartners) and S. Lemack (AlixPartners) to review latest updates to the Liquidation Analysis and discuss open items related to the write-up. | 1.00 |
| 12/29/20 | HSB | Prepared summary of impact of plan scenarios for inclusion in PowerPoint presentation | 1.40 |
| 12/30/20 | HSB | Meeting with H. Bhattal (partial attendance), A. DePalma and S. Lemack (all AlixPartners) to sync-up on this week's updates to the Liquidation Analysis and finalize the write-up prior to circulating. | 0.30 |
| 12/30/20 | ADD | Meeting with H. Bhattal (partial attendance), A. DePalma and S. Lemack (all AlixPartners) to sync-up on this week's updates to the Liquidation Analysis and finalize the write-up prior to circulating. | 0.60 |
| 12/30/20 | ADD | Review and update liquidation analysis write up. | 2.60 |
| 12/30/20 | SKL | Meeting with H. Bhattal (partial attendance), A. DePalma and S. Lemack (all AlixPartners) to sync-up on this week's updates to the Liquidation Analysis and finalize the write- | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          POR Development
Client/Matter #         012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | up prior to circulating. | |
| 12/30/20 | SKL | Finalize updates to the Liquidation Analysis re: Chapter 11 fees. | 1.10 |
| 12/30/20 | SKL | Finalize review of latest Rhodes Tech severance schedule and update the severance section of the Liquidation Analysis accordingly. | 1.80 |
| 12/30/20 | SKL | Prepare updates to the claim class breakdown based on the updated Rhodes Tech severance schedule provided. | 0.90 |
| 12/30/20 | SKL | Review latest updates made to the Liquidation Analysis write-up and provided updated comments and notes accordingly. | 1.70 |
| 12/31/20 | SKL | Finalize remaining updates to the Liquidation Analysis and provide updated analysis and summary of changes internally for review and sign-off. | 2.10 |
| 12/31/20 | SKL | Finalize remaining updates to the Liquidation Analysis write-up and circulate internally for review and sign-off. | 1.80 |
| 12/31/20 | SKL | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to discuss liquidation analysis updates and open items. | 0.40 |
| 12/31/20 | HSB | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to discuss liquidation analysis updates and open items. | 0.40 |
| 01/04/21 | HSB | Review updated presentation draft with plan options prepared by S. Lemack (AlixPartners) and updated by J. DelConte (AlixPartners) | 0.20 |
| 01/04/21 | HSB | Review emails from PJT team and J. DelConte (AlixPartners) re: plan options and discussion re: presentation draft | 0.40 |
| 01/04/21 | SKL | Finalize updates to the Plan Scenario deck and circulate internally for final review. | 0.20 |
| 01/04/21 | JD | Review plan term sheet mark-up from the AHC and DOJ. | 1.50 |
| 01/05/21 | JD | Call with J. Turner, T. Melvin, R. Schnitzler, G. Sim (all | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | PJT) re: plan alternatives review. | |
| 01/05/21 | JD | Call with J. DelConte, H. Bhattal (both AlixPartners), M. Kesselman, R. Aleali (both Purdue), M. Huebner, D. Klein, C. Robertson, E. Vonnegut (all DPW), J. O'Connell, J. Turner, T. Melvin, G. Sim (all PJT) re: plan term sheet issues. | 1.90 |
| 01/05/21 | HSB | Call with J. DelConte, H. Bhattal (both AlixPartners), M. Kesselman, R. Aleali (both Purdue), M. Huebner, D. Klein, C. Robertson, E. Vonnegut (all DPW), J. O'Connell, J. Turner, T. Melvin, G. Sim (all PJT) re: plan term sheet issues. | 1.90 |
| 01/05/21 | HSB | Review term sheet draft with comments from Ad Hoc Committee and DOJ | 1.10 |
| 01/06/21 | HSB | Call with H. Bhattal, J. DelConte (both AlixPartners), E. Vonnegut, D. Klein, M. Huebner (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT) re: plan structure scenarios. | 0.40 |
| 01/06/21 | HSB | Meeting with S. Lemack, J. DelConte and H. Bhattal (all AlixPartners) re: liquidation analysis. | 0.40 |
| 01/06/21 | HSB | Review Purdue's 2021 Budget and Business Plan Refresh in relation to the plan alternatives under discussion | 1.80 |
| 01/06/21 | JD | Call with H. Bhattal, J. DelConte (both AlixPartners), E. Vonnegut, D. Klein, M. Huebner (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT) re: plan structure scenarios. | 0.40 |
| 01/06/21 | JD | Meeting with S. Lemack, J. DelConte and H. Bhattal (all AlixPartners) re: liquidation analysis. | 0.40 |
| 01/06/21 | JD | Call with J. Turner (PJT) and G. Coutts (HL) re: third party diligence. | 0.60 |
| 01/06/21 | SKL | Meeting with S. Lemack, J. DelConte and H. Bhattal (all AlixPartners) re: liquidation analysis. | 0.40 |
| 01/06/21 | SKL | Review and reconcile breakdown of the wholesaler inventory balances and begin implementing into the | 1.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 POR Development
Client/Matter #     012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | inventory assumptions of the Liquidation Analysis accordingly. | |
| 01/06/21 | SKL | Refresh liquidation analysis info prior to this afternoon's meeting and prepare updated breakdown of latest updates to review during the call. | 1.30 |
| 01/06/21 | SKL | Begin preparing file of Purdue and Rhodes A/R and Inventory recovery rates and rationale for variances based on this afternoon's liquidation analysis meeting. | 1.30 |
| 01/06/21 | SKL | Begin preparing updated scenarios to the liquidation analysis based on Accrued Rebate assumptions discussed during this afternoon's liquidation analysis meeting. | 0.80 |
| 01/07/21 | SKL | Finalize updates to the Liquidation Analysis following yesterday's update call and circulate list of open items and questions to the DPW team to review. | 1.30 |
| 01/07/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis updates based on email response from Davis Polk | 0.40 |
| 01/07/21 | JD | Review latest iteration of the liquidation analysis. | 1.30 |
| 01/07/21 | JD | Correspondence with Davis Polk re: liquidation analysis open issues. | 0.40 |
| 01/07/21 | JD | Review latest draft exit alternatives presentation from PJT. | 0.80 |
| 01/07/21 | JD | Review cap claims analysis for potential convenience class analysis. | 0.30 |
| 01/07/21 | HSB | Continue reviewing Purdue's 2021 Budget and Business Plan Refresh in relation to the plan alternatives under discussion | 1.10 |
| 01/07/21 | HSB | Review updated draft of plan matrix presentation prepared by T. Melvin (PJT) | 0.70 |
| 01/07/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     POR Development
Client/Matter #         012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | liquidation analysis updates based on email response from Davis Polk | |
| 01/07/21 | HSB | Review claims convenience class query from Davis Polk and reviewed underlying info | 0.30 |
| 01/07/21 | HSB | Review amounts per the latest illustrative cash flows for hypothetical plan scenarios | 1.20 |
| 01/08/21 | HSB | Call with J. DelConte, H. Bhattal, and L. Nguyen (all AlixPartners) re: business plan exhibit and related Excel model | 0.30 |
| 01/08/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners)  to wrap-up updates to the Liquidation Analysis and discussed next-steps for the upcoming week. | 0.30 |
| 01/08/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners)  re: liquidation analysis updates for accrued rebates assumptions based on discussion with J. Lowne (Purdue) | 0.20 |
| 01/08/21 | HSB | Review updated draft of plan presentation prepared by Davis Polk | 1.30 |
| 01/08/21 | HSB | Review updated draft of plan term sheet (along with AHC comments) prepared by Davis Polk | 1.70 |
| 01/08/21 | ADD | Meeting with J. Lowne, E. Nowakowski (both Purdue), H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) re: Accrued Rebates and how they're incorporated into the Liquidation Analysis. | 0.90 |
| 01/08/21 | HSB | Meeting with J. Lowne, E. Nowakowski (both Purdue), H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) re: Accrued Rebates and how they're incorporated into the Liquidation Analysis. | 0.90 |
| 01/08/21 | LTN | Call with J. DelConte, H. Bhattal, and L. Nguyen (all AlixPartners) re: business plan exhibit and related Excel model | 0.30 |
| 01/08/21 | JD | Initial review of the latest plan term sheet mark-up from | 0.70 |

2101 Cedar Springs Road     T 214.647.7500
Suite 1100                   F 214.647.7501
Dallas, TX 75201             alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          POR Development
Client/Matter #              012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Davis Polk. | |
| 01/08/21 | JD | Call with C. Robertson (DPW) re: POR structure. | 0.20 |
| 01/08/21 | JD | Finalize review and provide comments on the latest plan term sheet markup. | 1.20 |
| 01/08/21 | JD | Correspondence with Davis Polk re: liquidation analysis comments. | 0.40 |
| 01/08/21 | JD | Call with J. DelConte, H. Bhattal, and L. Nguyen (all AlixPartners) re: business plan exhibit and related Excel model | 0.30 |
| 01/08/21 | JD | Call with E. Vonnegut (DPW) re: plan alternatives. | 0.30 |
| 01/08/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis updates for accrued rebates assumptions based on discussion with J. Lowne (Purdue) | 0.20 |
| 01/08/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to wrap-up updates to the Liquidation Analysis and discussed next-steps for the upcoming week. | 0.30 |
| 01/08/21 | SKL | Meeting with J. Lowne, E. Nowakowski (both Purdue), H. Bhattal, A. DePalma, S. Lemack (all AlixPartners) re: Accrued Rebates and how they're incorporated into the Liquidation Analysis. | 0.90 |
| 01/08/21 | SKL | Begin process of updating the A/R recovery rates of the latest Liquidation Analysis based on this morning's call with the Purdue team. | 1.50 |
| 01/11/21 | SKL | Review latest feedback provided re: accrued rebates, and prepare and finalize updates to the liquidation analysis accordingly. | 2.40 |
| 01/11/21 | SKL | Review latest feedback re: excess returns, and update the excess returns reserve in the liquidation analysis accordingly. | 1.80 |
| 01/11/21 | JD | Review latest comments on plan term sheet mark-up. | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     POR Development
Client/Matter #         012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/11/21 | JD | Call with J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) and T. Melvin, J. Turner, R. Schnitzler (PJT) re: Business plan exhibit discussion | 0.60 |
| 01/11/21 | LTN | Call with J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) and T. Melvin, J. Turner, R. Schnitzler (PJT) re: Business plan exhibit discussion | 0.60 |
| 01/11/21 | HSB | Call with J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) and T. Melvin, J. Turner, R. Schnitzler (PJT) re: Business plan exhibit discussion | 0.60 |
| 01/11/21 | HSB | Review updated draft of plan term sheet prepared by Davis Polk | 1.10 |
| 01/11/21 | HSB | Review correspondence from Davis Polk and AlixPartners team re: liquidation analysis assumptions | 0.10 |
| 01/11/21 | HSB | Review updated draft of plan matrix prepared by PJT | 0.30 |
| 01/11/21 | HSB | Review due diligence correspondence (Project Plex) | 0.60 |
| 01/11/21 | HSB | Review financial info and related reports from Purdue in connection with illustrative cash flows analysis | 1.70 |
| 01/12/21 | HSB | Review company information received from PJT re: cash flow calculations for potential plan scenarios | 0.40 |
| 01/12/21 | HSB | Review claims related financial info in connection with claims analysis performed by S. Lemack (AlixPartners) | 0.70 |
| 01/12/21 | HSB | Review Purdue financial analysis related to selected plan related assumptions | 0.60 |
| 01/12/21 | HSB | Review comments to presentation prepared by T. Melvin (PJT) and updated draft document | 0.40 |
| 01/12/21 | HSB | Review IAC contracts listing and related summary on cash reports for estimate of potential costs in certain plan scenarios | 0.40 |
| 01/12/21 | HSB | Review pipeline and Adhansia budget prepared by Purdue for estimating costs in certain Plan scenarios | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #  012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/12/21 | HSB | Review correspondence from PJT re: plan assumptions | 0.20 |
| 01/12/21 | HSB | Review email correspondence from AlixPartners team and PJT re: plan assumptions | 0.20 |
| 01/12/21 | HSB | Review company information received from PJT re: cash flow calculations for potential plan scenarios | 0.40 |
| 01/12/21 | HSB | Review updated draft of plan alternatives presentation prepared by T. Melvin (PJT) | 0.50 |
| 01/12/21 | JD | Review and provide comments on claims pool analysis for claims over $250K for convenience class. | 0.40 |
| 01/13/21 | JD | Call with R. Aleali, C. Ricarte (both Purdue), S. Birnbaum (Dechert), A. Kramer (Reed Smith), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: insurance recovery in a liquidation. | 0.50 |
| 01/13/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis updates and additional next steps | 0.70 |
| 01/13/21 | SKL | Call with R. Aleali, C. Ricarte (both Purdue), S. Birnbaum (Dechert), A. Kramer (Reed Smith), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: insurance recovery in a liquidation. | 0.50 |
| 01/13/21 | HSB | Call with R. Aleali, C. Ricarte (both Purdue), S. Birnbaum (Dechert), A. Kramer (Reed Smith), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: insurance recovery in a liquidation. | 0.50 |
| 01/13/21 | HSB | Review feedback from Davis Polk re: claims analysis | 0.20 |
| 01/13/21 | HSB | Review estimate of select costs for Plan assumptions prepared by S. Lemack (AlixPartners) | 0.20 |
| 01/13/21 | HSB | Review plan assumptions and related information in preparation of meeting with teams from PJT, Davis Polk and AlixPartners colleagues | 0.60 |
| 01/13/21 | HSB | Review benefit plan related info and recent estimates | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                          POR Development
Client/Matter #              012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | ahead of call with debtors' advisory team | |
| 01/13/21 | HSB | Review illustrative cash flows under multiple scenarios and analyzed potential stress scenarios | 1.20 |
| 01/13/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis updates and additional next steps | 0.70 |
| 01/14/21 | HSB | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to review and discuss latest updates and open items re: liquidation analysis and write-up | 0.60 |
| 01/14/21 | HSB | Review updated Excel version of liquidation analysis | 0.60 |
| 01/14/21 | HSB | Review liquidation analysis comments and related estimate of potential settlement in connection with latest draft prepared by S. Lemack (AlixPartners) | 0.40 |
| 01/14/21 | JD | Review latest draft liquidation analysis and provide comments on asset recovery, overall cost and waterfall assumptions. | 1.80 |
| 01/14/21 | JD | Meeting with J. DelConte, S. Lemack (both AlixPartners) to review latest feedback from DPW re: liquidation analysis, and discuss next steps moving forward. | 0.70 |
| 01/14/21 | SKL | Meeting with H. Bhattal, S. Lemack (both AlixPartners) to review and discuss latest updates and open items re: liquidation analysis and write-up, | 0.60 |
| 01/14/21 | SKL | Meeting with J. DelConte, S. Lemack (both AlixPartners) to review latest feedback from DPW re: liquidation analysis, and discuss next steps moving forward. | 0.70 |
| 01/14/21 | SKL | Finalize updates to the liquidation analysis re: updated A/R assumptions and potential recovery rates. | 2.10 |
| 01/14/21 | SKL | Finalize updates to the liquidation analysis re: updated inventory assumptions and potential recovery rates. | 1.60 |
| 01/14/21 | SKL | Review latest feedback provided re: liquidation analysis, and prepare updates to the claim analysis accordingly. | 2.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #    012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/14/21 | JD | Call with C. Robertson (DPW) re: liquidation analysis. | 0.60 |
| 01/15/21 | JD | Review historical business plan exhibits to begin to outline disclosure statement exhibit. | 0.80 |
| 01/15/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: financial projections for the disclosure statement | 0.60 |
| 01/15/21 | HSB | Prepare a draft of disclosure statement write up and reviewed related Purdue financial information | 2.10 |
| 01/15/21 | HSB | Review comparable disclosure statements for reference while drafting write up for financial projections | 0.60 |
| 01/15/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: financial projections for the disclosure statement | 0.60 |
| 01/18/21 | LTN | Write up the assumptions for the cashflow and balance sheet section on the business plan exhibit and finalized the report | 2.30 |
| 01/18/21 | LTN | Write up the general assumptions and p&l section on the business plan exhibit | 2.10 |
| 01/18/21 | LTN | Review plans document sent by T. Melvin (PJT) and templates and began working on business plan exhibit | 1.40 |
| 01/18/21 | HSB | Review description of financial projections prepared by L. Nguyen (AlixPartners) and made revisions to draft | 0.80 |
| 01/18/21 | HSB | Review selected section of motion draft prepared by C. Robertson (DPW) in response to request | 0.30 |
| 01/18/21 | HSB | Review drafts of Purdue financial details summary prepared by T. Melvin (PJT) and related comments | 0.40 |
| 01/18/21 | HSB | Research comparable claims resolution costs and wind down costs for select cases while estimating costs for Purdue | 0.60 |
| 01/18/21 | HSB | Calls with H. Bhattal, S. Lemack (both AlixPartners) re: claims resolution related issues | 0.20 |
| 01/18/21 | HSB | Prepare claims resolution cost analysis and researched | 1.90 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | related issues | |
| 01/18/21 | HSB | Review analysis of potential plan scenarios prepared by T. Melvin (PJT) | 0.90 |
| 01/18/21 | HSB | Review latest version of special committee presentation prepared by T. Melvin (PJT) | 1.20 |
| 01/18/21 | HSB | Review Purdue claims summary worksheets prepared by A. DePalma and S. Lemack (both AlixPartners) | 0.40 |
| 01/18/21 | JD | Review private claims settlements prior to forwarding along to J. Lowne (Purdue). | 0.70 |
| 01/19/21 | HSB | Conduct research for comparable examples of wind down costs and updated Excel worksheet with summary | 1.60 |
| 01/19/21 | HSB | Review latest draft of financial analysis prepared by T. Melvin (PJT.) | 0.20 |
| 01/20/21 | HSB | Review latest draft of plan term sheet and related comments from UCC and AHC | 0.80 |
| 01/20/21 | HSB | Review post-emergence claims resolution cost analysis prepared by S. Lemack (AlixPartners) | 0.20 |
| 01/20/21 | JD | Review and comment on draft plan term sheet. | 0.80 |
| 01/21/21 | JD | Review and provide comments on the latest iteration of the liquidation analysis. | 0.90 |
| 01/21/21 | SKL | Calls with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis revisions and additional changes. | 0.50 |
| 01/21/21 | SKL | Prepare and finalize updates to the liquidation analysis with the latest feedback and updates re: shareholder contributions and insurance proceeds. | 2.60 |
| 01/21/21 | HSB | Review claims resolution estimates prepared by S. Lemack (AlixPartners) and discussed revisions | 0.50 |
| 01/21/21 | HSB | Review liquidation analysis updates made by S. Lemack (AlixPartners) and prepared comments | 1.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  POR Development
Client/Matter #      012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/21/21 | HSB | Calls with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis revisions and additional changes. | 0.50 |
| 01/21/21 | HSB | Review further updates to liquidation analysis estimates prepared by S. Lemack (AlixPartners) | 0.30 |
| 01/21/21 | HSB | Conduct research for comparable cases for selected liquidation analysis assumptions | 0.70 |
| 01/22/21 | HSB | Review updated draft of the Plan Term sheet prepared by Z. Levine (DPW) and obtained current terms for disclosure statement exhibits | 1.20 |
| 01/22/21 | HSB | Review updated draft of liquidation analysis prepared by S. Lemack (AlixPartners) and provided comments | 0.80 |
| 01/22/21 | HSB | Review correspondence from PJT and Davis Polk re: governance issues | 0.20 |
| 01/22/21 | HSB | Review most recent drafts of potential plan scenarios and plan term sheet in preparation for Purdue Board meeting | 0.60 |
| 01/22/21 | HSB | Call with S. Lemack, H. Bhattal, J. DelConte (all AlixPartners) re: liquidation analysis. | 1.30 |
| 01/22/21 | HSB | Update draft of write up for disclosure statement exhibit based on review of debtor's financial projections and related financial information | 1.40 |
| 01/22/21 | JD | Review updated liquidation analysis draft and provide comments. | 0.70 |
| 01/22/21 | JD | Review and comment on bridge of third party operating expense assumptions. | 0.40 |
| 01/22/21 | SKL | Call with S. Lemack, H. Bhattal, J. DelConte (all AlixPartners) re: liquidation analysis. | 1.30 |
| 01/22/21 | SKL | Continue to update the liquidation analysis summary and restricted cash assumptions. | 1.80 |
| 01/22/21 | SKL | Finalize updates to the professional fee schedule and wind-down costs re: liquidation analysis. | 1.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/22/21 | SKL | Prepare and implement claim resolution cost analysis into the liquidation analysis and update the liquidation write-up accordingly. | 1.40 |
| 01/22/21 | SKL | Finalize updates to the A/R assumptions and accrued returns reserve in the liquidation analysis and prepare and finalize updates to the write-up accordingly. | 1.90 |
| 01/22/21 | GJK | Review liquidation analysis. | 1.00 |
| 01/22/21 | JD | Call with S. Lemack, H. Bhattal, J. DelConte (all AlixPartners) re: liquidation analysis. | 1.30 |
| 01/24/21 | JD | Review and provide comments on the latest version of the plan term sheet. | 1.30 |
| 01/24/21 | HSB | Review plan term sheet comments from PJT, Davis Polk, M. Kesselman (Purdue) and J. Lowne (Purdue). | 0.60 |
| 01/24/21 | HSB | Review relevant sections of the plan terms sheet with respect to comments from advisors | 0.40 |
| 01/24/21 | HSB | Update draft of write up for disclosure statement exhibit | 0.60 |
| 01/25/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis revisions and updates | 0.30 |
| 01/25/21 | HSB | Call with J. DelConte, H. Bhattal, S. Lemack, G. Koch (all AlixPartners) re: liquidation analysis. | 1.00 |
| 01/25/21 | HSB | Review multiple updates to the liquidation analysis Excel worksheet prepared by S. Lemack (AlixPartners) | 0.60 |
| 01/25/21 | HSB | Research and review recent comparable cases for liquidation analysis assumptions | 2.50 |
| 01/25/21 | HSB | Update Excel analysis with summary of comparable assumptions estimates for Purdue liquidation analysis | 0.70 |
| 01/25/21 | HSB | Update draft of plan projections based on debtor financial projections | 0.70 |
| 01/25/21 | HSB | Review most current draft of the plan term sheet and updated description of financial projection assumptions | 1.30 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/25/21 | JD | Call with J. DelConte, H. Bhattal, S. Lemack, G. Koch (all AlixPartners) re: liquidation analysis. | 1.00 |
| 01/25/21 | JD | Review latest update to the liquidation analysis prior to call. | 1.00 |
| 01/25/21 | GJK | Call with J. DelConte, H. Bhattal, S. Lemack, G. Koch (all AlixPartners) re: liquidation analysis. | 1.00 |
| 01/25/21 | SKL | Call with J. DelConte, H. Bhattal, S. Lemack, G. Koch (all AlixPartners) re: liquidation analysis. | 1.00 |
| 01/25/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis revisions and updates. | 0.30 |
| 01/25/21 | SKL | Finalize remaining updates to the liquidation analysis re: chapter 7 professional fees and fee calculations and circulate updated feedback accordingly. | 1.60 |
| 01/25/21 | SKL | Continue to finalize updates to the liquidation analysis write-up and circulate updated write-up accordingly. | 1.60 |
| 01/26/21 | SKL | Finalize updates to the liquidation analysis re: comparable and circulate internally accordingly. | 1.80 |
| 01/26/21 | SKL | Finalize updates to the liquidation analysis re: ANDA valuations. | 1.70 |
| 01/26/21 | SKL | Call with J. Turner, T. Melvin, R. Schnitzler (all PJT), D. Klein, C. Robertson (both DPW), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: liquidation analysis. | 1.10 |
| 01/26/21 | SKL | Continue to finalize updates to the liquidation analysis re: administrative claim detail. | 1.80 |
| 01/26/21 | SKL | Calls with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis revisions and updates. | 0.80 |
| 01/26/21 | JD | Call with J. Turner, T. Melvin, R. Schnitzler (all PJT), D. Klein, C. Robertson (both DPW), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: liquidation analysis. | 1.10 |
| 01/26/21 | JD | Review updated draft liquidation analysis prior to | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | upcoming call. | |
| 01/26/21 | HSB | Calls with H. Bhattal, L. Nguyen (both AlixPartners) re: financial projections | 0.60 |
| 01/26/21 | HSB | Update draft of section to be included in the disclosure statement | 2.10 |
| 01/26/21 | HSB | Review debtor financial information and business plan assumptions for inclusion in disclosure statement | 1.20 |
| 01/26/21 | HSB | Prepare updated Excel analysis for liquidation assumptions estimates | 1.20 |
| 01/26/21 | HSB | Call with J. Turner, T. Melvin, R. Schnitzler (all PJT), D. Klein, C. Robertson (both DPW), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: liquidation analysis. | 1.10 |
| 01/26/21 | HSB | Calls with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis revisions and updates. | 0.80 |
| 01/26/21 | LTN | Continue writing the assumptions on the remaining items of Business planning write-up and finalized updates based H. Bhattal (AlixPartners) feedback | 1.60 |
| 01/26/21 | LTN | Calls with H. Bhattal, L. Nguyen (both AlixPartners) re: financial projections | 0.60 |
| 01/27/21 | HSB | Review Excel workbook with latest draft of liquidation analysis updated by S. Lemack (AlixPartners) | 1.10 |
| 01/27/21 | SKL | Prepare updates to the liquidation analysis write-up re: claim resolution costs and claim detail. | 1.30 |
| 01/27/21 | SKL | Prepare updates to the liquidation analysis write-up re: Chapter 7 Professional fees and Chapter 7 Trustee fees. | 2.10 |
| 01/27/21 | SKL | Prepare updates to the ANDA section of the liquidation analysis based on the latest updates from the DPW/PJT catch-up meeting. | 1.20 |
| 01/27/21 | SKL | Prepare updates to the Chapter 7 Professional fees section of the liquidation analysis based on the latest | 1.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      POR Development
Client/Matter #          012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | updates from the DPW/PJT catch-up meeting. | |
| 01/28/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis and related matters. | 0.30 |
| 01/28/21 | SKL | Continue to update the draft write-up of the liquidation analysis based on the latest feedback provided from the DPW and PJT team re: Adlon valuation. | 1.20 |
| 01/28/21 | SKL | Finalize updates to the draft write-up of the liquidation analysis based on the latest feedback provided from the DPW and PJT team re: Avrio valuation. | 1.60 |
| 01/28/21 | SKL | Continue to finalize updates to the liquidation analysis re: intangible asset valuations. | 1.80 |
| 01/28/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis and related matters | 0.30 |
| 01/28/21 | HSB | Review debtor financial information presentation prepared by Purdue management | 0.60 |
| 01/29/21 | HSB | Review list of post-petition liabilities prepared by J. Lowne (Purdue) | 0.20 |
| 01/29/21 | HSB | Review file received from C. Robertson (DPW) re: liquidation analysis assumptions | 0.40 |
| 01/29/21 | SKL | Finalize updates to the liquidation analysis re: Chapter 7 Trustee and Professional fees based on the latest feedback provided by the DPW team. | 2.10 |
| 01/29/21 | SKL | Finalize updates to the liquidation analysis re: shareholder contributions and insurance proceeds based on the latest feedback provided by the DPW team. | 2.20 |
| 01/29/21 | SKL | Continue to finalize remaining updates to the restricted cash section of the liquidation analysis write-up. | 0.80 |
| 01/31/21 | HSB | Research plan related issues and review recent transactions | 0.60 |
| 01/31/21 | HSB | Review comparable publicly available info relating to | 0.30 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                    **F** 214.647.7501
Dallas, TX 75201              **alixpartners.com**

**AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             POR Development
Client/Matter #   012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|      |           | certain plan related issues |       |
|      |           | **Total** | **368.00** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Claims Process
Client/Matter #           012589.00109

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 10/06/20 | ADD | Meeting with A. DePalma and S. Lemack (both AlixPartners) to discuss trade claims filed and begin preparing trade claims summary. | 0.30 |
| 10/06/20 | SKL | Meeting with A. DePalma and S. Lemack (both AlixPartners) to discuss trade claims filed and begin preparing trade claims summary. | 0.30 |
| 10/07/20 | SKL | Meeting with A. DePalma and S. Lemack (all AlixPartners) to discuss trade claims filed and finalize trade claims summary report. | 0.60 |
| 10/07/20 | ADD | Meeting with A. DePalma and S. Lemack (all AlixPartners) to discuss trade claims filed and finalize trade claims summary report. | 0.60 |
| 10/08/20 | ADD | Review filed trade claims and create trade claims reconciliation. | 2.50 |
| 10/09/20 | ADD | Review trade potential duplicate/redundant claims. | 1.30 |
| 10/09/20 | JD | Review and provide comments on the trade claim information summary for management. | 0.50 |
| 10/09/20 | JD | Correspondence with Purdue management re: retiree LTRP payments. | 0.30 |
| 10/13/20 | SKL | Review and reconcile latest Prime Clerk claims report and prepare updated trade claims summary and detail accordingly. | 1.70 |
| 10/13/20 | SKL | Continue update the latest Prime Clerk claims report and update the AlixPartners claims database accordingly. | 2.10 |
| 10/14/20 | ADD | Update trade claims reconciliation spreadsheet in preparation for trade claims meeting. | 2.40 |
| 10/15/20 | ADD | Meeting with J. Lowne (Purdue) to discuss the claims process and latest updates re: trade claims filed. | 0.40 |
| 10/20/20 | ADD | Meeting with J. Lowne (Purdue), S. Lemack, A. DePalma (both AlixPartners) to discuss the claims process and | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Claims Process
Client/Matter #     012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | latest updates re: trade claims filed. |  |
| 10/20/20 | SKL | Meeting with J. Lowne (Purdue), S. Lemack, A. DePalma (both AlixPartners) to discuss the claims process and latest updates re: trade claims filed. | 0.40 |
| 10/23/20 | SKL | Prepare updated list of open items re: claims review process, and circulate meeting invite to DPW team accordingly to discuss. | 0.50 |
| 10/23/20 | SKL | Conversation with S. Lemack and J. DelConte (both AlixPartners) re: claims. | 0.50 |
| 10/23/20 | JD | Conversation with S. Lemack and J. DelConte (both AlixPartners) re: claims. | 0.50 |
| 10/26/20 | JD | Call with A. DePalma, H. Bhattal, S. Lemack and J. DelConte (all AlixPartners), C. Robertson (Davis Polk) re: Purdue Claims discussion | 0.80 |
| 10/26/20 | SKL | Call with A. DePalma, H. Bhattal, S. Lemack and J. DelConte (all AlixPartners), C. Robertson (Davis Polk) re: Purdue Claims discussion | 0.80 |
| 10/26/20 | ADD | Call with A. DePalma, H. Bhattal, S. Lemack and J. DelConte (all AlixPartners), C. Robertson (Davis Polk) re: Purdue Claims discussion | 0.80 |
| 10/26/20 | HSB | Call with A. DePalma, H. Bhattal, S. Lemack and J. DelConte (all AlixPartners), C. Robertson (Davis Polk) re: Purdue Claims discussion | 0.80 |
| 10/27/20 | ADD | Call with A. DePalma, S. Lemack and J. DelConte (all AlixPartners) re: Purdue claims accounting discussion | 0.30 |
| 10/27/20 | SKL | Call with A. DePalma, S. Lemack and J. DelConte (all AlixPartners) re: Purdue claims accounting discussion | 0.30 |
| 10/27/20 | SKL | Review latest claims report provided by Prime Clerk and update claims database prior to DPW claims meeting. | 1.70 |
| 10/27/20 | SKL | Review latest vendor inquiry provided by H. Benson | 0.70 |

2101 Cedar Springs Road      T 214.647.7500
Suite 1100                   F 214.647.7501
Dallas, TX 75201             alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                  Claims Process
Client/Matter #      012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | (Purdue) and prepare updated AP and claims breakdown. | |
| 10/27/20 | JD | Call with A. DePalma, S. Lemack and J. DelConte (all AlixPartners) re: Purdue claims accounting discussion | 0.30 |
| 12/10/20 | JD | Meeting with J. DelConte, S. Lemack (both AlixPartners) re: latest claims inquiry provided by C. Robertson (DPW) and prepare updated analysis accordingly. | 0.70 |
| 12/10/20 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: claims analysis for DPW. | 0.10 |
| 12/10/20 | SKL | Review latest claims inquiry provided by C. Robertson (DPW) and prepare and circulate updated claim cap analysis. | 2.30 |
| 12/10/20 | SKL | Meeting with J. DelConte, S. Lemack (both AlixPartners) re: latest claims inquiry provided by C. Robertson (DPW) and prepare updated analysis accordingly. | 0.70 |
| 12/10/20 | SKL | Review latest claim updates provided by H. Bhattal (AlixPartners) and circulate updated file accordingly for DPW review. | 0.70 |
| 12/10/20 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: claims analysis for DPW. | 0.10 |
| 12/11/20 | JD | Call with K. Benedict, C. Robertson, J. Knudson (all Davis Polk) re: claims reconciliation. | 0.50 |
| 12/15/20 | JD | Correspondence with Davis Polk re: claim update process. | 0.20 |
| 01/05/21 | JD | Call with J. DelConte, A. DePalma, (both AlixPartners), E. Nowakowski (Purdue) and re: Claims discussion. | 0.40 |
| 01/05/21 | ADD | Call with J. DelConte, A. DePalma, (both AlixPartners), E. Nowakowski (Purdue) and re: Claims discussion. | 0.40 |
| 01/08/21 | SKL | Review latest vendor claim inquiry provided by H. Benson (Purdue) and prepare updated analysis accordingly. | 0.60 |
| 01/08/21 | SKL | Review latest claim class inquiry provided by the DPW team and prepare updated claim analysis accordingly. | 1.90 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:            Claims Process
Client/Matter #    012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 01/11/21 | SKL | Finalize claims pool analysis per DPW request and circulate updated feedback accordingly. | 2.40 |
| 01/13/21 | SKL | Review latest claim resolution cost inquiry and prepare updated analysis accordingly. | 0.60 |
| 01/13/21 | SKL | Finalize updates to the latest claim reconciliation provided to DPW team and prepared updated breakdown of next steps accordingly. | 1.40 |
| 01/15/21 | SKL | Review latest claim resolution cost inquiry and begin refreshing a claim breakdown and analysis accordingly. | 1.30 |
| 01/15/21 | JD | Review claims filed to date and comparison against internal A/P. | 0.60 |
| 01/17/21 | JD | Review updated claims analysis from S. Lemack (AlixPartners). | 0.50 |
| 01/18/21 | JD | Review detailed claims register against SAP and provide comments. | 0.40 |
| 01/18/21 | JD | Collect detailed cost files to share with the ad hoc creditor groups. | 0.80 |
| 01/18/21 | SKL | Continue to review and update the latest trade payable claims filed and updated the claims database accordingly. | 2.30 |
| 01/18/21 | SKL | Calls with H. Bhattal, S. Lemack (both AlixPartners) re: claims resolution related issues | 0.20 |
| 01/18/21 | SKL | Review and reconcile the latest Prime Clerk claims report and implement into the claims database accordingly. | 2.40 |
| 01/19/21 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) re: latest LSTC-prepetition liability report for the latest claims analysis. | 0.40 |
| 01/19/21 | SKL | Finalize updates to the latest claim analysis and circulated internally for review. | 2.40 |
| 01/19/21 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) re: latest LSTC-prepetition liability report for the latest claims | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Claims Process
Client/Matter #         012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | analysis. | |
| 01/20/21 | SKL | Finalize updates to the claim resolution costs and wind-down cost comparisons and circulate internally. | 2.10 |
| 01/20/21 | SKL | Review latest feedback re: claims methodology provided by DPW team and circulate update accordingly. | 0.60 |
| 01/20/21 | JD | Correspondence with Davis Polk re: claims objection process. | 0.30 |
| 01/20/21 | JD | Review and provide comments on list of high priority third party follow up questions. | 0.40 |
| 01/21/21 | SKL | Review latest updates and feedback from the claim resolution discussion with PJT and DPW team and update the analysis accordingly. | 1.30 |
| 01/26/21 | ADD | Review claims analysis and prioritize claims for additional research and analysis. | 1.00 |
| 01/27/21 | ADD | Review and categorize trade claims for additional research. | 2.40 |
| 01/28/21 | ADD | Review and categorize trade claims for additional research. | 2.10 |
| 01/29/21 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) re: trade payable claim reconciliation process. | 0.40 |
| 01/29/21 | ADD | Review and categorize trade claims for additional research. | 3.10 |
| 01/29/21 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) re: trade payable claim reconciliation process. | 0.40 |
| 01/29/21 | SKL | Continue to review and reconcile trade claim detail and prepare updated claim analysis accordingly. | 1.40 |
| | | **Total** | **62.00** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Special Projects
Client/Matter #        012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/20 | KG | Export and prepare documents for delivery as requested by A. DePalma. | 1.90 |
| 10/01/20 | ADD | Compile and review Rhodes Technologies contracts in preparation for closing. | 2.40 |
| 10/01/20 | ADD | Review agreements shared with Rhodes Tech bidders and identify additional agreements to be shared via the data room. | 1.90 |
| 10/02/20 | ADD | Call with K. Kolar (Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: project Catalyst tech transfer planning for Rhodes Pharma. | 1.20 |
| 10/06/20 | ADD | Update Rhodes Tech master contracts database. | 1.80 |
| 10/12/20 | ADD | Update Rhodes Tech contract spreadsheet for client review. | 1.20 |
| 10/14/20 | ADD | Compile Rhodes Tech contracts and upload to the data room for Skadden's review. | 3.10 |
| 10/14/20 | ADD | Review Rhodes tech contract list and identify outstanding agreements. | 1.70 |
| 10/14/20 | KG | Overlay new metadata file into Relativity. | 0.60 |
| 10/15/20 | ADD | Compile Rhodes Tech contracts and upload to the data room for buyer's review. | 2.40 |
| 10/18/20 | ADD | Compile Rhodes Tech contracts and upload to the data room for buyer's review. | 2.80 |
| 10/19/20 | ADD | Review outstanding diligence requests and draft correspondence requested responsive materials. | 0.50 |
| 10/22/20 | ADD | Call with A. DePalma, K. McCafferty and others (all AlixPartners) re: Smartsheet IMO Assistance | 0.70 |
| 10/23/20 | ADD | Prepare for AlixPartners engagement team Purdue AP Team Update Call. | 0.40 |
| 10/23/20 | ADD | Reconcile Rhodes tech executed contract list with Rhodes | 2.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Special Projects
Client/Matter #  012589.00110

| Date | Consultant | Description of Services | Hours |
|------|------------|------------------------|-------|
| | | tech master contract list to identify discrepancies. | |
| 10/23/20 | ADD | Reconcile Rhodes tech Assigned contract list with Rhodes tech master contract list to identify discrepancies. | 2.30 |
| 10/26/20 | ADD | Compare assigned contract schedule to Rhodes Tech Master Contract List to identity missing agreements. | 2.70 |
| 10/26/20 | ADD | Continue to compare excluded contract schedule to Rhodes Tech Master Contract List to identity missing agreements. | 2.40 |
| 10/26/20 | ADD | Meeting with S. Engel, J. Narliss (Purdue), P. Brinkerhoff, M. Gupta, N. Feldman, A. Raina (all Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: IT workstream update. | 0.50 |
| 10/27/20 | ADD | Review Rhodes Tech agreements designated as excluded, assigned, and executory to compare classifications. | 1.70 |
| 10/28/20 | ADD | Compile and upload Rhodes Tech agreements to the data room for legal review. | 2.30 |
| 10/28/20 | ADD | Update Rhodes tech contract classifications identifying lab and IT contracts in the master contract list. | 1.40 |
| 10/29/20 | ADD | Update Rhodes Tech master contract list with feedback from legal counsel. | 2.20 |
| 11/02/20 | ADD | Review and update master Rhodes Tech contract list and identify assigned and excluded contracts. | 2.80 |
| 11/04/20 | ADD | Identify Rhodes Tech IT agreements and update Rhodes Tech IT contract list. | 1.40 |
| 11/04/20 | ADD | Calculate liabilities subject to compromise calculation for October month end. | 2.20 |
| 11/04/20 | ADD | Virtual working session A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst contracts. | 1.80 |
| 11/05/20 | ADD | Compile and upload Rhodes Tech agreements to the Project Catalyst data room for legal and Noramco review. | 2.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Special Projects
Client/Matter #   012589.00110

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 11/05/20 | ADD | Review and classify Rhodes Tech contracts in preparation for Project Catalyst closing. | 2.90 |
| 11/06/20 | ADD | Review and classify Rhodes Tech contracts in preparation for Noramco review and Project Catalyst deal closing. | 2.20 |
| 11/06/20 | ADD | Compile and upload Rhodes Tech agreements to the Project Catalyst data room for legal and Noramco review. | 2.30 |
| 11/06/20 | KG | Stage and load two productions to Relativity. Stage and process documents for loading. Export and import data into Relativity. Perform quality control review of loaded data. Update/overlay data and index for search/retrieval. | 2.30 |
| 11/09/20 | ADD | Analyze Rhodes Tech IT relationships to understand ability to assign licenses. | 2.50 |
| 11/09/20 | ADD | Reconcile updated excluded contracts list with RT Master contracts list. | 1.40 |
| 11/10/20 | ADD | Download and organize Rhodes Tech vendor spend data from SAP accounting system. | 0.80 |
| 11/10/20 | ADD | Compile and upload Rhodes Tech agreements to the data room for Noramco's review. | 2.40 |
| 11/10/20 | ADD | Reconcile updated excluded contracts list with RT Master contracts list. | 2.10 |
| 11/10/20 | KG | Stage and load two productions to Relativity and update/overlay data and index for search/retrieval. | 0.70 |
| 11/11/20 | ADD | Review excluded contract list and compare to master contract list to identify potential updates. | 2.40 |
| 11/11/20 | ADD | Compile outstanding agreements and request approval from external counsel to share. | 1.70 |
| 11/12/20 | ADD | Review and redact Rhodes Tech contracts in preparation for upload to the dataroom for Noramco's review. | 2.10 |
| 11/13/20 | ADD | Review excluded contract list and compare to master contract list to identify potential updates. | 2.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Special Projects
Client/Matter #            012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/13/20 | ADD | Compile outstanding contracts and request approval from internal and external legal counsel to share. | 2.20 |
| 11/16/20 | ADD | Review feedback from Rhodes Tech relationships managers on IT/Software contracts and update IT contract tracker. | 2.60 |
| 11/16/20 | ADD | Review Rhodes Tech Executed Contracts List and identify inconsistent entries and items for deletion. | 2.50 |
| 11/16/20 | ADD | Compile and upload Rhodes Tech agreements to the data room for legal review. | 1.50 |
| 11/16/20 | ADD | Meeting with J. Giordano, B. Evans, A. Nadeau, J. Waltz, J. Fox, S. Engel, J. Narlis (all Purdue), and A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst Transition / Team Meeting: Supply Chain. | 0.80 |
| 11/17/20 | ADD | Meeting with V. Mancinelli, R. Shamblen, T. Delehant, D. Ebere, J. Waltz, B. Mayer, K. Kolar, E. Michalson, D. McGuire, J. Fox, W. Addicks, D. Eades, J. Giordano (all Purdue), and K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst transition - Noramco qualifications and Tech transfers. | 0.80 |
| 11/17/20 | ADD | Review Post-Petition schedule and compare to Rhodes tech executed contract list to identify missing agreements. | 2.60 |
| 11/18/20 | ADD | Call with S. Daniel, A. Hart (both Purdue) re: Rhodes Agreement Review. | 0.40 |
| 11/18/20 | ADD | Compile items submitted in response to creditor diligence request for upload to the date room and submit documents for Company approval. | 1.50 |
| 11/18/20 | ADD | Virtual working session with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst IT agreements classification and review. | 1.90 |
| 11/19/20 | ADD | Call M. Gibson, A. Gallogly (both Skadden), J. Doyle, E. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Special Projects
Client/Matter #  012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Ruta, K. McCarthy (both Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst contracts Schedule Meeting. | |
| 11/19/20 | ADD | Call A. Nadeau, J. Lima, E. Ruta (all Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Catalyst contracts Schedule Meeting. | 1.00 |
| 11/19/20 | ADD | Call S. Yates (Purdue), K. McCafferty, A. DePalma (both AlixPartners) re: Rhodes Suppliers Meeting. | 0.70 |
| 11/19/20 | ADD | Review Rhodes Tech contracts list and identify follow up items for the Rhodes Tech internal counsel. | 2.00 |
| 11/24/20 | ADD | Update RT master contract tracker with data provided by Noramco contract review team | 1.60 |
| 11/24/20 | ADD | Call with A. DePalma and K. McCafferty (both AlixPartners) re: Project Catalyst Rhodes Tech contract status discussion. | 0.20 |
| 11/24/20 | ADD | Upload documents to the data room for Noramco's review. | 0.30 |
| 11/25/20 | ADD | Upload materials to the Project Catalyst data room for review by external counsel. | 0.70 |
| 11/25/20 | ADD | Review contract list and other materials in preparation for contract meetings with Noramco and external counsel. | 0.50 |
| 11/30/20 | ADD | Review Rhodes tech contract list and update IT agreement designations. | 1.80 |
| 12/01/20 | ADD | Analyze agreements for inclusions in closing schedules and update designations accordingly. | 2.50 |
| 12/02/20 | ADD | Analyze agreements for inclusions in closing schedules and update designations accordingly. | 2.90 |
| 12/03/20 | ADD | Compile outstanding Rhodes Tech agreements and upload for external Counsel review. | 1.50 |
| 12/08/20 | ADD | Meeting with A. Soma, A. Nadeau, R. Shamblen (Purdue), | 1.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100               **F** 214.647.7501
Dallas, TX 75201         **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Special Projects
Client/Matter #         012589.00110

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | J. Giordano (all Purdue) and A. DePalma, K. McCafferty (both AlixPartners) re: Catalyst transition - RT Operations. | |
| 12/10/20 | ADD | Prepare cure cost calculations for the contract assumption notifications. | 2.10 |
| 12/14/20 | PM | Correct permissions in Oasis Relativity workspace. | 0.00 |
| 12/15/20 | ADD | Review and update contract data database for final schedules. | 2.40 |
| 12/15/20 | ADD | Call with J. Lima, A. Nadeau, A. Soma, E. Ruta (all Purdue), A. DePalma, K. McCafferty (both AlixPartners) re: Vendor cure costs discussion. | 0.70 |
| 12/16/20 | ADD | Review and update contract data database for final schedules. | 2.10 |
| 12/22/20 | ADD | Review and reconcile Project Catalyst contract schedules to Rhodes Tech master contract list. | 2.30 |
| 12/23/20 | ADD | Review and reconcile Project Catalyst contract schedules to Rhodes Tech master contract list. | 1.20 |
| 01/15/21 | ADD | Update project Catalyst project management tracker settings and add additional users. | 0.60 |
| | | **Total** | **126.10** |

# **AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Retention and Engagement Administration
Client/Matter #     012589.00112

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/25/20 | NAS | Review Mallinckrodt disclosures for Purdue parties. | 0.70 |
| 11/25/20 | JD | Review Purdue disclosures for Mallinckrodt. | 0.40 |
| 12/08/20 | ESK | Revise response to fee examiner objection | 0.80 |
| 12/09/20 | ESK | Call with B. Filler, E. Kardos, J. DelConte (all AlixPartners), C. Robertson, M. Pera (both Davis Polk) re: rate increase letter. | 0.60 |
| 12/09/20 | ESK | Revise rate increase supplemental declaration | 0.50 |
| 12/09/20 | ESK | Revise Response to Objection to the Third Interim Fee Application | 1.00 |
| 12/09/20 | BFF | Call with B. Filler, E. Kardos, J. DelConte (all AlixPartners), C. Robertson, M. Pera (both Davis Polk) re: rate increase letter. | 0.00 |
| 12/09/20 | JD | Call with B. Filler, E. Kardos, J. DelConte (all AlixPartners), C. Robertson, M. Pera (both Davis Polk) re: rate increase letter. | 0.60 |
| 12/10/20 | ESK | Provide comments to the draft Response to the Fee Examiner Objection to third interim fee application | 1.50 |
| 12/11/20 | ESK | Review Objection to the Third Interim Fee Application | 1.00 |
| 12/11/20 | JD | Internal correspondence and correspondence with J. Lowne and R. Aleali (both Purdue) re: AlixPartners rate changes. | 0.30 |
| 12/14/20 | JD | Review supplemental declaration re: billing rates. | 0.20 |
| 12/15/20 | BFF | Finalize rate increase supplemental and coordinate with Counsel re: filing of same | 0.00 |
| | | **Total** | **7.60** |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Fee Statements and Fee Applications
Client/Matter #         012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/01/20 | KAS | Review draft 12th monthly fee statement. | 0.40 |
| 10/07/20 | JD | Review and provide comments on final August fee application and send off for sign off. | 0.70 |
| 10/08/20 | MSM | Prepare professional fees for September 2020 fee application. | 2.50 |
| 10/09/20 | MSM | Prepare professional fees for September 2020 fee application. | 1.20 |
| 10/11/20 | MSM | Prepare professional fees for September 2020 fee application. | 2.70 |
| 10/11/20 | MSM | Continue to prepare professional fees for September 2020 fee application. | 3.30 |
| 10/11/20 | MSM | Prepare professional fees for September 2020 fee application. | 2.00 |
| 10/13/20 | TB | Update twelfth monthly fee statement and exhibit. | 0.20 |
| 10/19/20 | KAS | Review draft supplemental declaration. | 0.30 |
| 10/20/20 | MSM | Prepare professional fees for October 2020 fee statement. | 3.00 |
| 10/21/20 | MSM | Prepare professional fees for October 2020 fee statement. | 2.70 |
| 10/22/20 | KAS | Review updated supplemental declaration. | 0.20 |
| 10/23/20 | KAS | Respond to D. Consla (DP) comment to supplemental disclosure. | 0.60 |
| 10/24/20 | MSM | Prepare professional fees for October 2020 fee statement. | 3.70 |
| 10/27/20 | MSM | Prepare professional fees for October 2020 fee statement. | 1.60 |
| 10/27/20 | JD | Begin review of September fee statement. | 2.20 |
| 10/27/20 | JD | Finalize review of September fee statement. | 2.50 |
| 10/28/20 | JD | Final review of fee statement. | 0.50 |
| 10/28/20 | KAS | Review draft thirteenth monthly statement. | 0.60 |
| 10/28/20 | TB | Prepare thirteenth monthly fee statement and exhibit for September 2020. | 1.20 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100               **F** 214.647.7501
Dallas, TX 75201         **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Fee Statements and Fee Applications
Client/Matter #        012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/30/20 | TB | Email to M. Pera, D. Consla, C. Robertson (all David Polk) attaching the eleventh monthly fee statement September 2020 for filing with the court. | 0.20 |
| 11/03/20 | TB | Update the thirteenth monthly fee statement for September 2020. | 0.40 |
| 11/04/20 | TB | Prepare Third Interim Fee Application. | 2.50 |
| 11/04/20 | TB | Update fee and expense status chart for Third Interim. | 0.80 |
| 11/04/20 | TB | Prepare Third Interim Fee Application and Exhibits. | 2.30 |
| 11/04/20 | MSM | Prepare professional fees for October 2020 fee application. | 2.00 |
| 11/05/20 | TB | Prepare Third Interim Fee Application and Exhibits. | 0.70 |
| 11/05/20 | KAS | Review draft third interim fee application. | 1.30 |
| 11/06/20 | MSM | Prepare professional fees for October 2020 fee application. | 3.80 |
| 11/07/20 | MSM | Prepare professional fees for October 2020 fee application. | 3.90 |
| 11/11/20 | TB | Update third interim fee application and exhibits. | 1.60 |
| 11/11/20 | JD | Review and provide comments on third interim AlixPartners fee application. | 2.50 |
| 11/12/20 | JD | Review and provide final comments on 3rd interim fee application for AlixPartners. | 1.40 |
| 11/12/20 | TB | Update third interim fee application and exhibits. | 1.10 |
| 11/13/20 | JD | Begin initial review of AlixPartners October fee application. | 2.30 |
| 11/14/20 | TB | Email to M. Pera, D. Consla, C. Robertson (all David Polk) attaching the third interim for filing with the court. | 0.20 |
| 11/14/20 | TB | Update fee and expense chart. | 0.30 |
| 11/14/20 | TB | Update third interim fee cover and fee application. | 0.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                    Fee Statements and Fee Applications
Client/Matter #        012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/16/20 | JD | Begin review of October fee application to be filed with the court. | 1.40 |
| 11/18/20 | JD | Continue review of October fee application. | 2.50 |
| 11/19/20 | JD | Finalize final October fee application review. | 0.50 |
| 11/23/20 | JD | Review and comment on latest draft fee application. | 0.20 |
| 11/23/20 | TB | Prepare fourteenth monthly fee statement and exhibits for October 2020. | 1.10 |
| 11/24/20 | TB | Update fourteenth monthly fee statement and exhibits. | 0.20 |
| 11/24/20 | KAS | Review draft fourteenth fee application. | 0.20 |
| 12/01/20 | TB | Email to M. Pera, D. Consla, C. Robertson (all Davis Polk) attaching the fourteenth monthly fee statement October 2020 for filing with the court. | 0.00 |
| 12/01/20 | JD | Finalize October fee statement. | 0.30 |
| 12/02/20 | MSM | Prepare professional fees for November 2020. | 2.00 |
| 12/07/20 | MSM | Prepare professional fees for November 2020. | 1.50 |
| 12/07/20 | JD | Update correspondence to fee examiner's third interim report. | 0.50 |
| 12/07/20 | LCV | Review the Fee Examiner's Report of AlixPartners' Third Interim Fee Application | 0.20 |
| 12/07/20 | LCV | Review documents related to prior responses to Fee Examiner and Third Interim Fee Application | 0.60 |
| 12/07/20 | LCV | Prepare initial response to Fee Examiner re: AlixPartners' Third Interim Fee Application | 1.70 |
| 12/08/20 | LCV | Call with J. DelConte, E. Kardos and L. Verry (all AlixPartners) re: response to Fee Examiners' Report of AlixPartners' Third Interim Fee Application | 0.40 |
| 12/08/20 | LCV | Revise response to Fee Examiner's Report of AlixPartners' Third Interim Fee Application | 0.60 |
| 12/08/20 | ESK | Call with J. DelConte, E. Kardos and L. Verry (all | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                      Fee Statements and Fee Applications
Client/Matter #          012589.00113

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
|  |  | AlixPartners) re: response to Fee Examiners' Report of AlixPartners' Third Interim Fee Application |  |
| 12/08/20 | JD | Call with J. DelConte, E. Kardos and L. Verry (all AlixPartners) re: response to Fee Examiners' Report of AlixPartners' Third Interim Fee Application | 0.40 |
| 12/08/20 | MSM | Prepare professional fees for November 2020. | 2.00 |
| 12/09/20 | MSM | Prepare professional fees for November 2020. | 3.00 |
| 12/09/20 | MSM | Continue to prepare professional fees for November 2020. | 2.50 |
| 12/09/20 | JD | Review response from the fee auditor to the AlixPartners response. | 0.30 |
| 12/14/20 | JD | Call with T. Bielli (Bielli & Klauder) re: 3rd interim fee app. | 0.30 |
| 12/14/20 | JD | Internal AlixPartners correspondence and correspondence with Bielli & Klauder re: third interim fee app. | 0.20 |
| 12/15/20 | KAS | Review documents related to hearing on third interim fee application. | 0.80 |
| 12/29/20 | MSM | Prepare professional fees for December 2020. | 2.00 |
| 12/31/20 | JD | Review and edit draft November fee application. | 2.30 |
| 01/01/21 | JD | Finalize review of November fee application. | 1.50 |
| 01/06/21 | MSM | Prepare professional fees for December 2020. | 2.00 |
| 01/07/21 | MSM | Prepare professional fees for December 2020. | 1.00 |
| 01/07/21 | TB | Prepare fifteenth monthly fee statement and exhibits for November 2020. | 1.20 |
| 01/12/21 | MSM | Prepare professional fees for December 2020. | 4.00 |
| 01/12/21 | JD | Review final November fee application. | 0.40 |
| 01/13/21 | MSM | Prepare professional fees for December 2020. | 3.70 |
| 01/13/21 | MSM | Continue to prepare professional fees for December 2020. | 3.00 |
| 01/13/21 | MSM | Continue to prepare professional fees for December 2020. | 1.90 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Fee Statements and Fee Applications
Client/Matter #   012589.00113

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/13/21 | TB | Update fifteenth monthly fee statement and exhibits for November 2020. | 0.30 |
| 01/13/21 | TB | Email to M. Pera, D. Consla, C. Robertson (all DPW) attaching the fifteenth monthly fee application and exhibits for November 2020 for filing with the court. | 0.20 |
| 01/14/21 | MSM | Prepare professional fees for December 2020. | 1.50 |
| 01/14/21 | MSM | Continue to prepare professional fees for December 2020. | 3.30 |
| 01/31/21 | JD | Begin review of December fee statement. | 1.50 |
| | | **Total** | **113.30** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Court Hearings
Client/Matter #         012589.00114

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/28/20 | HSB | Attended Bankruptcy Court Hearing Re: Keip & DOJ settlement. | 2.10 |
| 10/28/20 | NAS | Attend 10/28 Telephonic Court Hearing (partial). | 1.00 |
| 10/28/20 | JD | Participate in Purdue court hearing telephonically. | 3.10 |
| 11/17/20 | JD | Participate in court hearing on KEIP/KERP, Sackler DOJ settlement and 9019 DOJ settlement. | 7.30 |
| 11/17/20 | HSB | Call into November omnibus hearing re: KEIP, Sacklers' payment to DOJ and Debtors' settlement with DOJ | 6.30 |
| 12/15/20 | HSB | Call in to relevant portion of Bankruptcy Court's December omnibus hearing re: multiple case related matters. | 0.60 |
| 12/15/20 | JD | Participate in court hearing telephonically. | 1.70 |
| 12/15/20 | KAS | Attend hearing on 3rd interim fee application. | 1.60 |
| 01/20/21 | JD | Participate telephonically in court hearing. | 2.00 |
| 01/20/21 | HSB | Attend Bankruptcy Court January Omnibus Hearing for Purdue. | 2.00 |
| | | **Total** | **27.70** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Forensic Analysis
Client/Matter #    012589.00115

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 10/01/20 | RC | Review and comment on cash transfer of value report support documentation gathered in response to the UCC's requests. | 0.80 |
| 10/02/20 | RC | Review support documentation related non-tax distributions. | 1.10 |
| 10/02/20 | RC | Additional review of support documentation related to the cash transfers of value report. | 0.80 |
| 10/05/20 | RC | Review and comment on documents gathered in response to requests from the UCC. | 1.40 |
| 10/05/20 | RC | Review documents related to requests from the UCC's advisors. | 0.60 |
| 10/05/20 | RC | Review mediators status report. | 0.30 |
| 10/06/20 | RC | Call with S. Canniff, R. Collura (both AlixPartners) to discuss support documentation related to the UCC's requests. | 0.60 |
| 10/06/20 | SJC | Call with S. Canniff, R. Collura (both AlixPartners) to discuss support documentation related to the UCC's requests. | 0.60 |
| 10/07/20 | SJC | Call with A. DePalma and S. Canniff (both AlixPartners) re: 2008 and 2009 UCC diligence request working session. | 0.50 |
| 10/07/20 | SJC | Review and research 2008 and 2009 UCC diligence request. | 3.00 |
| 10/07/20 | SJC | Continue review and research 2008 and 2009 UCC diligence request. | 2.70 |
| 10/07/20 | SJC | Call with A. DePalma and S. Canniff (both AlixPartners) to discuss support documentation related to the UCC's requests. | 0.40 |
| 10/07/20 | RC | Review UCC's request for examination of certain executives and Norton Rose. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                        Forensic Analysis
Client/Matter #            012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 10/07/20 | RC | Review support documentation gathered in response to requests from the UCC. | 0.70 |
| 10/07/20 | ADD | Call with A. DePalma and S. Canniff (both AlixPartners) to discuss support documentation related to the UCC's requests. | 0.40 |
| 10/07/20 | ADD | Call with A. DePalma and S. Canniff (both AlixPartners) re: 2008 and 2009 UCC diligence request working session. | 0.50 |
| 10/08/20 | RC | Review support documentation and respond to questions from the UCC re: distributions. | 1.20 |
| 10/14/20 | RC | Review additional information gathered in response to UCC's requests for tax distribution support | 0.70 |
| 10/16/20 | RC | Review additional documents gathered in response to requests from the UCC. | 1.40 |
| 10/20/20 | RC | Review support documentation gathered in response to requests from the UCC. | 1.30 |
| 10/21/20 | RC | Review additional documentation gathered in response to UCC's requests for distribution related information. | 0.80 |
| 10/22/20 | RC | Gather information related to Ex-US distributions in response to requests from the UCC. | 1.50 |
| 10/22/20 | RC | Call with R. Collura, A. DePalma (both AlixPartners) to discuss requests for documentation related to Ex-US distributions. | 0.60 |
| 10/22/20 | RC | Review additional documentation gathered in response to the UCC's requests. | 0.80 |
| 10/22/20 | JD | Call with A. DePalma, S. Lemack, and J. DelConte (AlixPartners), T. Melvin and J. Turner (PJT), and Davis Polk team re: Deposition prep. | 0.50 |
| 10/22/20 | SKL | Call with A. DePalma, S. Lemack, and J. DelConte (AlixPartners), T. Melvin and J. Turner (PJT), and Davis | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                 Forensic Analysis
Client/Matter #     012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Polk team re: Deposition prep. | |
| 10/22/20 | ADD | Compile requested distribution data and supporting documentation at the request of Davis Polk. | 2.80 |
| 10/22/20 | ADD | Compile and upload Rhodes Tech agreements for buyer review. | 1.80 |
| 10/22/20 | ADD | Call with A. DePalma, S. Lemack, and J. DelConte (AlixPartners), T. Melvin and J. Turner (PJT), and Davis Polk team re: Deposition prep. | 0.50 |
| 10/22/20 | ADD | Call with R. Collura, A. DePalma (both AlixPartners) to discuss requests for documentation related to Ex-US distributions. | 0.60 |
| 10/23/20 | RC | Gather support documentation requested by the UCC related to non-tax distributions | 1.20 |
| 10/29/20 | RC | Review support documentation gathered in response to UCC's requests | 0.70 |
| 10/29/20 | RC | Review tax documentation gathered in response to the UCC's request | 0.60 |
| 10/30/20 | RC | Review of non-tax distribution support documentation. | 1.00 |
| 10/30/20 | RC | Review tax amount reconciliations. | 0.60 |
| 10/30/20 | RC | Review additional documentation gathered in response to the UCC's requests for distribution information. | 0.80 |
| 11/02/20 | RC | Review and respond to questions from Province re: royalties. | 0.30 |
| 11/02/20 | MFR | Review of request from Province re: Targin and royalties paid in 2010. | 1.30 |
| 11/02/20 | REO | Review Box engagement folders re: support for transaction with IACs | 1.20 |
| 11/02/20 | REO | Prepare summary of documented support re: foreign royalty income | 0.80 |

2101 Cedar Springs Road   T 214.647.7500
Suite 1100                 F 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:               Forensic Analysis
Client/Matter #    012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/03/20 | MFR | Review of request from Province re: Targin and royalties paid in 2010. | 1.10 |
| 11/03/20 | RC | Review information related to S. Baker's (Norton Rose) upcoming deposition and responds to DPW. | 0.50 |
| 11/03/20 | RC | Review information gathered in response to requests made by the UCC re: royalty information. | 0.70 |
| 11/06/20 | RC | Review additional support documentation gathered in response to requests from the UCC | 1.10 |
| 11/06/20 | RC | Review information gathered in response to diligence requests | 1.00 |
| 11/09/20 | RC | Review support documentation gathered in response to the UCC's distribution related requests. | 1.40 |
| 11/09/20 | RC | Additional review support documentation and provide comments to team in response to the UCC's distribution related requests. | 1.60 |
| 11/09/20 | RC | Review compensation information in response to requests from Davis Polk. | 0.20 |
| 11/09/20 | RC | Review tax distribution support documentation. | 0.70 |
| 11/09/20 | RC | Review Coventry distribution support and provide comments to team. | 1.00 |
| 11/09/20 | RC | Review and analysis of transactions related to the 2017 reorganization | 0.80 |
| 11/10/20 | RC | Review tax support documentation in response to information requests. | 1.20 |
| 11/13/20 | RC | Review and respond to requests from DPW re: cash transfer of value report. | 0.20 |
| 11/16/20 | RC | Review information related to the cash distributions and respond to requests from Davis Polk. | 1.30 |
| 11/16/20 | SJC | Review and analysis of TXP tax estimation spreadsheets. | 3.10 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                           Forensic Analysis
Client/Matter #               012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/17/20 | SJC | Review TXP tax estimation schedules to tax distributions. | 3.00 |
| 11/17/20 | RC | Review documentation gathered in response to requests made by the UCC's advisors. | 0.40 |
| 11/18/20 | RC | Call with R. Collura, A. DePalma and S. Canniff (all AlixPartners) to discuss DPW distribution request. | 1.00 |
| 11/18/20 | RC | Review distribution related information in response to requests from counsel. | 0.60 |
| 11/18/20 | SJC | Call with A. DePalma and S. Canniff (both AlixPartners) to discuss DPW distribution request requirements and next steps. | 0.30 |
| 11/18/20 | SJC | Call with R. Collura, A. DePalma and S. Canniff (all AlixPartners) to discuss DPW distribution request. | 1.00 |
| 11/18/20 | ADD | Call with R. Collura, A. DePalma and S. Canniff (all AlixPartners) to discuss DPW distribution request. | 1.00 |
| 11/18/20 | ADD | Call with A. DePalma and S. Canniff (both AlixPartners) to discuss DPW distribution request requirements and next steps. | 0.30 |
| 11/19/20 | ADD | Call with A. DePalma and S. Canniff (both AlixPartners) to discuss DPW distribution request analysis. | 0.30 |
| 11/19/20 | SJC | Call with A. DePalma and S. Canniff (both AlixPartners) to discuss DPW distribution request analysis. | 0.30 |
| 11/19/20 | SJC | Create distribution summary for DPW (US partner cash distributions, Ex-US cash distributions, Purdue investment in associated companies, and Purdue tax distributions) for years 2017-2015. | 3.00 |
| 11/19/20 | SJC | Create distribution summary for DPW (US partner cash distributions, Ex-US cash distributions, Purdue investment in associated companies, and Purdue tax distributions) for years 2015-2012. | 3.00 |
| 11/19/20 | RC | Analysis of tax and non-tax distribution transactions | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #  012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/20/20 | SJC | Create distribution summary for DPW (US partner cash distributions, Ex-US cash distributions, Purdue investment in associated companies, and Purdue tax distributions) for years 2012-2010. | 3.00 |
| 11/23/20 | SJC | Create distribution summary for DPW (US partner cash distributions, Ex-US cash distributions, Purdue investment in associated companies, and Purdue tax distributions) for years 2008 and 2009. | 1.60 |
| 11/23/20 | SJC | Review distribution summary for DWP, including US partner cash distributions, Ex-US cash distributions, Purdue investment in associated companies and Purdue tax distributions, for years 2008-2017 and compare totals to MDL and Report 1a. | 2.10 |
| 11/23/20 | SJC | Create distribution summary for DPW (Rhodes US partner cash distributions, Purdue cash distributions for Rhodes, and Rhodes tax distributions) for years 2008-2017. | 3.00 |
| 11/23/20 | RC | Review information related to executive compensation in response to requests from Davis Polk | 0.20 |
| 11/23/20 | RC | Review US distribution information | 0.30 |
| 11/24/20 | SJC | Review elimination and adjusting entries included in distribution summary for DPW. | 1.70 |
| 11/24/20 | SJC | Review distribution summary for DPW, including Rhodes US partner cash distributions, Purdue cash distributions for Rhodes and Rhodes tax distributions, for years 2008-2017 and compare totals to MDL and Report 1a. | 2.00 |
| 11/24/20 | SJC | Create summary analysis for Purdue and Rhodes distribution schedules for DPW. | 2.50 |
| 11/24/20 | SJC | Working session with A. DePalma and S. Canniff (both AlixPartners) re: DPW distribution request and summary. | 0.60 |
| 11/24/20 | ADD | Working session with A. DePalma and S. Canniff (both AlixPartners) re: DPW distribution request and summary. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                         Forensic Analysis
Client/Matter #             012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 11/25/20 | RC | Review distribution analysis and related schedules | 1.10 |
| 12/01/20 | RC | Review financial information related to Rhodes/Coventry in response to inquiries made by the UCC. | 1.20 |
| 12/01/20 | RC | Review distribution documentation for Rhodes/Coventry in response to inquiries made by the UCC. | 1.30 |
| 12/01/20 | RC | Analysis of tax distributions and related support documentation. | 1.00 |
| 12/01/20 | RC | Call with R. Collura and S. Canniff (both AlixPartners) re: Province follow up questions. | 0.30 |
| 12/01/20 | SJC | Review of Rhodes distributions re: Province follow up questions. | 0.50 |
| 12/01/20 | SJC | Call with R. Collura and S. Canniff (both AlixPartners) re: Province follow up questions. | 0.30 |
| 12/02/20 | SJC | Review distribution detail for DPW. | 1.00 |
| 12/03/20 | RC | Review financial information related to Coventry | 0.40 |
| 12/04/20 | RC | Review distribution summary analysis. | 1.30 |
| 12/04/20 | SJC | Review Purdue and Rhodes schedule of cash distributions for DPW and send list of open items to R. Collura (AlixPartners) | 1.00 |
| 12/07/20 | RC | Review and comment on distribution summary schedules. | 1.30 |
| 12/09/20 | SJC | Rhodes open AP SAP pull and analysis. | 0.50 |
| 12/14/20 | RC | Review and comment on detailed schedule of non-tax and tax distributions | 1.30 |
| 12/14/20 | RC | Additional review of detailed schedule of non-tax and tax distributions | 1.40 |
| 12/15/20 | RC | Review information and respond to questions from the UCC's advisors re: distributions. | 0.20 |
| 12/15/20 | RC | Call with S. Canniff, R. Collura (both AlixPartners) re: recent requests from the UCC's advisors and next steps | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                         Forensic Analysis
Client/Matter #            012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 12/15/20 | RC | Review transaction level detail re: US and Ex-US distributions. | 1.20 |
| 12/15/20 | SJC | Purdue tax reconciliation and analysis. | 4.50 |
| 12/15/20 | SJC | Call with S. Canniff, R. Collura (both AlixPartners) re: recent requests from the UCC's advisors and next steps | 0.20 |
| 12/16/20 | SJC | Review and analysis of Purdue's internal taxable income analysis to tax distributions in SAP. | 5.00 |
| 12/16/20 | SJC | Review and reconciliation of Rhodes distributions to Report 1a per request from UCC's advisors. | 1.00 |
| 12/16/20 | RC | Review and update distribution summary schedules | 1.40 |
| 12/16/20 | RC | Research information requested by the UCC's advisors re: distributions | 0.90 |
| 12/17/20 | RC | Review cash flow information for Rhodes in response to requests from the UCC | 0.40 |
| 12/17/20 | RC | Update cash distribution schedules | 0.80 |
| 12/17/20 | SJC | Call with S. Canniff, A. DePalma (both AlixPartners) re: recent requests from the UCC's advisors and next steps | 0.30 |
| 12/17/20 | SJC | Review and reconciliation of Rhodes distributions to Report 1a per request from UCC's advisors. | 3.00 |
| 12/17/20 | ADD | Call with S. Canniff, A. DePalma (both AlixPartners) re: recent requests from the UCC's advisors and next steps | 0.30 |
| 12/18/20 | RC | Review tax and non-tax quarterly distribution information | 0.70 |
| 12/18/20 | RC | Review information related to Ex-US distributions and loans. | 1.00 |
| 12/21/20 | RC | Review transaction documentation related to cash distributions. | 1.20 |
| 12/21/20 | RC | Working session with S. Canniff, R. Collura (both AlixPartners) to review PPLP distributions reconciliation. | 1.10 |
| 12/21/20 | RC | Review documentation related to the Coventry/Rhodes | 0.60 |

2101 Cedar Springs Road       T 214.647.7500
Suite 1100                    F 214.647.7501
Dallas, TX 75201              alixpartners.com

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                     Forensic Analysis
Client/Matter #         012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | distributions. | |
| 12/21/20 | SJC | Working session with S. Canniff, R. Collura (both AlixPartners) to review PPLP distributions reconciliation. | 1.10 |
| 12/22/20 | SJC | Review PPLP distributions reconciliation and update for comments from meeting with R. Collura on 12/21. | 2.00 |
| 12/22/20 | SJC | Review and update Rhodes distribution reconciliation. | 1.00 |
| 12/22/20 | RC | Review distribution reconciliation in response to requests from the UCC. | 1.10 |
| 12/22/20 | RC | Review and comment on updated distribution tracking schedules. | 0.50 |
| 12/29/20 | RC | Review distribution reconciliation and provide comments to team. | 1.60 |
| 12/29/20 | SJC | Review and update Rhodes distribution reconciliation. | 1.30 |
| 01/04/21 | RC | Review documents related to Rhodes distributions | 0.70 |
| 01/06/21 | RC | Review support documentation related to Purdue distributions | 0.50 |
| 01/07/21 | RC | Review S. Baker's (Purdue) deposition transcript. | 0.70 |
| 01/07/21 | RC | Review source documentation related to cash distribution reconciliation schedules. | 1.10 |
| 01/07/21 | RC | Review UCC's materials re: the settlement framework. | 1.60 |
| 01/07/21 | ADD | Compile materials for internal research and review. | 0.70 |
| 01/08/21 | RC | Review information related to the UCC's analysis of transactions with IACs. | 1.10 |
| 01/08/21 | RC | Review UCC materials re: transactions with the Sacklers. | 1.20 |
| 01/13/21 | RC | Review distribution reconciliation and related support documentation. | 1.00 |
| 01/13/21 | SJC | Review of Rhodes Reconciliation and supporting documents uploaded to the data room for Province. | 2.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                         Forensic Analysis
Client/Matter #             012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 01/19/21 | RC | Review data production and reconciliation of distribution information for Coventry/Rhodes. | 0.50 |
| 01/21/21 | RC | Review documentation related to schedule of distribution transactions. | 0.70 |
| 01/21/21 | RC | Review and update detailed schedule of distribution transactions. | 0.80 |
| 01/25/21 | RC | Review information related to Coventry transactions. | 0.40 |
| 01/25/21 | RC | Review transactions highlighted in UCC's causes of actions presentation materials. | 1.30 |
| 01/25/21 | RC | Reconcile transactions in UCC's causes of actions materials to transfers of value analyses. | 1.00 |
| 01/25/21 | RC | Review UCC's analysis of potential causes of action against the Debtors and Sacklers. | 1.60 |
| 01/25/21 | RC | Review information related to the UCC's fraudulent transfer claims. | 1.30 |
| 01/26/21 | RC | Review information re: the UCC's breach of fiduciary duty claims. | 0.80 |
| 01/26/21 | RC | Review documentation related to the UCC's solvency analysis. | 1.30 |
| 01/26/21 | RC | Review non-cash transfers included in the UCC's presentation to Debtors. | 1.40 |
| 01/26/21 | RC | Review information re: the Sackler family's finances and location of assets. | 1.00 |
| 01/27/21 | RC | Review information re: UCC's fraudulent transfer claims. | 1.10 |
| 01/27/21 | RC | Review transaction data related to non-tax and tax distributions. | 1.30 |
| 01/27/21 | RC | Communication with Davis Polk re: distribution related requests. | 0.10 |
| 01/28/21 | RC | Review and comment on distribution analysis. | 1.10 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:              Forensic Analysis
Client/Matter #   012589.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|------:|
| 01/28/21 | SJC | Lookback period based aggregation of distribution detail for DP | 2.00 |
| 01/28/21 | SJC | Review and analysis of period based aggregation of distribution detail for DP | 1.60 |
| 01/28/21 | SJC | Edit distribution notes and adding 2018 detail for distribution look back period analysis for DP | 2.00 |
| 01/29/21 | RC | Review update distribution analysis and provide additional comments. | 1.00 |
| 01/29/21 | RC | Review documentation related Ex-US distributions. | 0.80 |
| 01/29/21 | RC | Review documentation related non-tax distributions. | 1.00 |
| 01/29/21 | RC | Review documentation related tax distributions. | 1.10 |
| | | **Total** | **169.90** |