**ALIXPARTERS, LLP**

**Exhibit B**
**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:             Expense

Client/Matter #    012589.00150

| Date | Disbursement Description | Amount |
|---|---|---|
| 09/22/20 | Conference Calls - - VENDOR: Vodafone US Inc | 3.13 |
| 09/25/20 | Conference Calls - - VENDOR: Vodafone US Inc | 1.76 |
| 10/17/20 | Conference Calls - - VENDOR: Vodafone US Inc | 3.32 |
| 11/23/20 | Conference Calls - - VENDOR: Vodafone US Inc | 9.97 |
| 12/02/20 | Conference Calls - - VENDOR: Vodafone US Inc | 9.58 |
| 12/08/20 | Conference Calls - - VENDOR: Vodafone US Inc | 32.66 |
| 12/15/20 | Conference Calls Kaitlyn Sundt | 70.00 |
| 12/15/20 | Conference Calls Jesse DelConte | 70.00 |
| | **Total Disbursements** | **200.42** |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100                          F 214.647.7501
Dallas, TX 75201            alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Re:                Expense

Client/Matter #    012589.00150

**Disbursement Recap:**

| Description | Amount |
|---|---:|
| Other | 200.42 |
| **Total Disbursements** | **200.42** |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100                **F** 214.647.7501
Dallas, TX 75201          **alixpartners.com**