# APPENDIX B

**PJT Partners**

**PJT**

March 8, 2021

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---:|---:|
| Monthly Fee for the period of October 1, 2020 through October 31, 2020: | $ | 225,000.00 |
| Out-of-pocket expenses through the period of November 10, 2020:[1] | | |
|     Ground Transportation    $    48.51 | | |
|     Communications    24.79 | | |
|     Meals    270.20 | | |
|     Lodging    1,156.26 | | 1,499.76 |
| Subtotal | | 226,499.76 |
| Less: Payment Received | | (181,499.76) |
| **Total Amount Due** | $ | **45,000.00** |

**Invoice No. 10016118**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Dept. - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Nov-20 | Total Expenses |
|---|---:|---:|
| Ground Transportation | $ 48.51 | $ 48.51 |
| Communications | 24.79 | 24.79 |
| Employee Meals | 270.20 | 270.20 |
| Lodging | 1,156.26 | 1,156.26 |
| **Total Expenses** | $ **1,499.76** | $ **1,499.76** |

| | |
|---|---:|
| **Ground Transportation** | $ 48.51 |
| **Communications** | 24.79 |
| **Meals** | 270.20 |
| **Lodging** | 1,156.26 |
| **Total Expenses** | $ 1,499.76 |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through November 10, 2020**
**Invoice No. 10016118**

### Ground Transportation

| | | | |
|---|---|---|---|
| Schnitzler (taxi while in London, UK) | 01/15/20 | 13.52 | |
| Schnitzler (round trip train travel while in Cambridge, UK) | 01/17/20 | 34.99 | |
| **Subtotal - Ground Transportation** | | **$** | **48.51** |

### Communications

| | | | |
|---|---|---|---|
| Schnitzler (wi-fi access while traveling) | 01/18/20 | 24.79 | |
| **Subtotal - Communications** | | | **24.79** |

### Employee Meals

| | | | |
|---|---|---|---|
| Mian (weeknight working dinner meal) | 05/29/20 | 20.00 | |
| Mian (weeknight working dinner meal) | 06/01/20 | 20.00 | |
| Mian (weeknight working dinner meal) | 06/11/20 | 20.00 | |
| Schnitzler (in-room dinner meal @ hotel in London, UK) | 01/15/20 | 50.00 | |
| Schnitzler (working dinner meal while in London, UK) | 01/16/20 | 35.81 | |
| Schnitzler (working lunch meal while in London, UK) | 01/17/20 | 50.00 | |
| Schnitzler (working dinner meal @ hotel in Cambridge, UK) | 01/17/20 | 11.69 | |
| Schnitzler (working breakfast meal @ hotel in London, UK) | 01/18/20 | 22.70 | |
| Turner (weeknight working dinner meal) | 05/28/20 | 20.00 | |
| Turner (weeknight working dinner meal) | 09/25/20 | 20.00 | |
| **Subtotal - Employee Meals** | | | **270.20** |

### Lodging

| | | | |
|---|---|---|---|
| Schnitzler (1 day hotel stay in London, UK) | 01/15/20 - 01/16/20 | 397.74 | |
| Schnitzler (1 day hotel stay in Cambridge, UK) | 01/16/20 - 01/17/20 | 500.00 | |
| Schnitzler (1 day hotel stay in London, UK) | 01/17/20 - 01/18/20 | 258.52 | |
| **Subtotal - Lodging** | | | **1,156.26** |
| **Total Expenses** | | **$** | **1,499.76** |

# PJT Partners

March 8, 2021

Jon Lowne
Purdue Pharmaceuticals LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | | |
|---|---|---|---|
| Monthly Fee for the period of November 1, 2020 through November 30, 2020: | | $ | 225,000.00 |

Out-of-pocket expenses processed through the period of December 1, 2020:[1]

| | | | | |
|---|---|---|---|---|
| Communications | $ | 70.00 | | |
| Meals | | 240.00 | | 310.00 |
| **Total Amount Due** | | | $ | **225,310.00** |

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Invoice No. 10016309

**PJT Partners LP**
Finance Dept. - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Dec-20 | Total Expenses |
|---|---:|---:|
| Communications | $ 70.00 | $ 70.00 |
| Employee Meals | 240.00 | 240.00 |
| **Total Expenses** | **$ 310.00** | **$ 310.00** |
|  |  |  |
| **Communications** |  | **$ 70.00** |
| **Meals** |  | **240.00** |
|  |  |  |
| **Total Expenses** |  | **$ 310.00** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through December 1, 2020**
**Invoice No. 10016309**

**Communications**

| | | |
|---|---|---|
| Arsic (conference call) | 06/10/20 | 21.45 |
| O'Connell (teleconferencing call for court hearing) | 04/22/20 | 70.00 |
| **Subtotal - Communications** | | **$ 70.00** |

**Employee Meals**

| | | |
|---|---|---|
| Melvin (weeknight working dinner meal) | 09/01/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/03/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/08/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/09/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/10/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/14/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/21/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/22/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/23/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/24/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/28/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 09/30/20 | 20.00 |
| **Subtotal - Employee Meals** | | **240.00** |
| **Total Expenses** | | **$ 310.00** |

**PJT Partners**

March 8, 2021

Jon Lowne
Purdue Pharmaceuticals LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | | |
|---|---|---|---|
| Monthly Fee for the period of December 1, 2020 through December 31, 2020: | | $ | 225,000.00 |
| Out-of-pocket expenses processed through the period of January 14, 2021:[1] | | | |
| Meals | $ 540.00 | | 540.00 |
| **Total Amount Due** | | $ | **225,540.00** |

Invoice No. 10016665

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Dept. - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Jan-21 | Total Expenses |
|---|---|---|
| Employee Meals | $ 540.00 | $ 540.00 |
| **Total Expenses** | **$ 540.00** | **$ 540.00** |
|  |  |  |
|  | **Meals** | **$ 540.00** |
|  |  |  |
|  | **Total Expenses** | **$ 540.00** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through Januay 14, 2021**
**Invoice No. 10016665**

**Employee Meals**[1]

| | | |
|---|---|---|
| Melvin (weeknight working dinner meal) | 10/01/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/05/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/07/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/08/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/12/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/13/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/14/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/15/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/19/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/20/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/22/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/26/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/27/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/28/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 10/29/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/02/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/03/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/04/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/05/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/09/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/10/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/11/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/12/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/16/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/17/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/18/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/19/20 | 20.00 |
| **Subtotal - Employee Meals** | | **$ 540.00** |
| | | |
| **Total Expenses** | | **$ 540.00** |

---

[1] In accordance with this Court's administrative order, meal expenses have been capped at $20 per individual.

**PJT Partners**

March 8, 2021

Jon Lowne  
Purdue Pharma LP  
201 Tresser Boulevard  
Stamford, CT 06901-3431

| | | |
|---|---:|---:|
| Monthly Fee for the period of January 1, 2021 through January 31, 2021: | $ | 225,000.00 |
| Out-of-pocket expenses processed through February 3, 2021:[1] | | |
|     Communications    $    40.98 | | |
|     Meals    40.00 | | 80.98 |
| **Total Amount Due** | **$** | **225,080.98** |

**Invoice No. 10016725**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**  
Finance Department - 17th Floor  
280 Park Avenue  
New York, NY 10017  
212 364-7800  
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Feb-21 | Total Expenses |
|---|---:|---:|
| Communications | $ 40.98 | $ 40.98 |
| Employee Meals | 40.00 | 40.00 |
| **Total Expenses** | **$ 80.98** | **$ 80.98** |
|  |  |  |
| **Communications** |  | **$ 40.98** |
| **Meals** |  | **40.00** |
|  |  |  |
| **Total Expenses** |  | **$ 80.98** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through February 3, 2021**
**Invoice No. 10016735**

**Communications**

| | | |
|---|---|---|
| Melvin (wi-fi access while traveling) | 11/29/20 | 40.98 |
| **Subtotal - Communications** | | **$ 40.98** |

**Employee Meals**

| | | |
|---|---|---|
| Melvin (weeknight working dinner meal) | 11/23/20 | 20.00 |
| Melvin (weeknight working dinner meal) | 11/24/20 | 20.00 |
| **Subtotal - Employee Meals** | | **40.00** |
| **Total Expenses** | | **$ 80.98** |

---

[1] In accordance with this Court's administrative order, meal expenses have been capped at $20 per individual.