PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew M. Troop
Andrew V. Alfano
31 West 52nd Street
New York, New York 10019
Email: andrew.troop@pillsburylaw.com
andrew.alfano@pillsburylaw.com

*Counsel to the Ad Hoc Group of Non-Consenting States*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | Chapter 11 |
| **PURDUE PHARMA, L.P.,** *et al.*,[1] | Case No. 19-23649 (RDD) |
| **Debtors.** | (Jointly Administered) |

**MOTION TO WITHDRAW JASON S. SHARP AS AN ATTORNEY**
**OF RECORD PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1**

To the Honorable Robert D. Drain, United States Bankruptcy Judge:

This motion (the "Motion") seeks, pursuant to Local Bankruptcy Rule 2090-1 of the Local Bankruptcy Rules, an order withdrawing Jason S. Sharp of the law firm Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") as an attorney of record for the Ad Hoc Group of Non-Consenting States (the "Non-Consenting States")[2] in the above-captioned chapter 11 cases and associated

---

[1] The debtors in these chapter 11 cases along with the last four digits of their federal tax identification numbers, are Purdue Pharma Manufacturing L.P. (3821), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies K.P. (1868), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (6166), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014) (collectively, the "Debtors" or "Purdue"). The Debtors' principal offices are at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] California, Colorado, Connecticut, Delaware, the District of Columbia, Hawaii, Idaho, Illinois, Iowa, Maine, Maryland, Massachusetts, Minnesota, Nevada, New Hampshire, New Jersey, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Virginia, Washington, and Wisconsin.

adversary proceeding.³ This Motion further seeks that Jason S. Sharp's name be removed from any applicable service lists, including the Court's CM/ECF electronic notification list, maintained in the chapter 11 cases or adversary proceeding. Pillsbury will continue to serve as counsel for the Non-Consenting States.

Andrew M. Troop and Andrew V. Alfano, attorneys at Pillsbury who have previously appeared as attorneys of record on behalf of the Non-Consenting States in the Debtors' cases, will continue to serve as attorneys of record for the Non-Consenting States. Accordingly, the Court's approval of this Motion will not impact Pillsbury's representation of the Non-Consenting States and will not result in prejudice or delay to any party.

## **CONCLUSION**

For the reasons set forth herein, I respectfully request that the Court grant this Motion and order that Jason S. Sharp is withdrawn as an attorney of record and, thus, will no longer receive service or electronic notifications in the chapter 11 cases or adversary proceeding. A proposed form of order granting the relief requested is annexed hereto as **Exhibit A**.

Dated: March 18, 2021  
      New York, New York

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:    */s/ Andrew M. Troop*
        Andrew M. Troop
        Andrew V. Alfano
        31 West 52nd Street
        New York, NY 10019
        Telephone: (212) 858-1000
        Email: andrew.troop@pillsburylaw.com
              andrew.alfano@pillsburylaw.com

*Counsel to the Ad Hoc Group of Non-Consenting States*

---

³ Adv. Pro. No. 19-08289 (RDD).

# **CERTIFICATE OF SERVICE**

      I, Andrew V. Alfano, hereby certify that, on March 18, 2021, I caused true and correct copies of the foregoing document to be served (i) by the Court's Case Management/Electronic Case File (CM/ECF) System to all parties who are deemed to have consented to electronic service; (ii) by email upon the parties who provided email addresses set forth in the Master Service List maintained by the Debtors in respect of these chapter 11 cases; and (iii) by email upon the chambers of the Honorable Judge Robert D. Drain (rdd.Chambers@nysb.uscourts.gov) and the Office of the United States Trustee for the Southern District of New York (Attn: Paul K. Schwartzberg, paul.schwartzberg@usdoj.gov).

                                               /s/ *Andrew V. Alfano*
                                               Andrew V. Alfano