# EXHIBIT A

## Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA, L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION TO WITHDRAW JASON S. SHARP AS AN ATTORNEY OF RECORD PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1**

Upon consideration of the *Motion to Withdraw Jason S. Sharp as an Attorney of Record Pursuant to Local Bankruptcy Rule 2090-1* (the "Motion") and for good cause shown therein,

**IT IS HEREBY ORDERED THAT:**

1. Jason S. Sharp is withdrawn as a Pillsbury Winthrop Shaw Pittman LLP attorney of record on behalf of the Ad Hoc Group of Non-Consenting States[2] in Case No. 19-23649 (RDD) and Adv. Pro. No. 19-08289 (RDD).

2. Jason S. Sharp shall no longer receive electronic notices from the Court's CM/ECF system in the above-listed proceedings.

Dated: White Plains, New York
       March __, 2021

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The debtors in these chapter 11 cases along with the last four digits of their federal tax identification numbers, are Purdue Pharma Manufacturing L.P. (3821), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies K.P. (1868), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (6166), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014) (collectively, the "Debtors" or "Purdue"). The Debtors' principal offices are at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] As defined in the Motion.