3-9-21

To:

Unites States Bankruptcy Court for the Southern District of New York

Re: Case # 19-23649 (RDD)

From:

Ronald Earl Seely

10356 Bostwick Pk. Rd.

Montrose, Co. 81401

Prime Clerk Claim # 121183

Dear Sirs,

I have provided the court with approximately 65 pages of documentations regarding the death of my son ( Gerald E. Seeley (██████████)

The documents show that, without dispute the above listed Purdue Pharma L.P., et al is responsible for the death of my son in their production of oxycontin.

I have requested a settlement for $5.5 million. I realize the courts are very busy with this case.

I am begging the courts to look into this matter as soon as your time will allow.

I have made a commitment to my son's al ma madder (University of California Riverside) to provide the university with funds to setup a scholarship fund in my son's name.

This is a fitting as Gerald was phi beta cappa, Maga Cum Laude top of his class and a good and decent man.

I will be honored to make this donation for future students of U.C.R.

THANK YOU!

*RON SEELEY*

# Prime Clerk

## Creditor Data Details - Claim # 121183

**Creditor**
Name and address on file

**Debtor Name**
Purdue Pharma L.P.

**Date Filed**
07/29/2020

**Claim Number**
121183

**Schedule Number**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $5,500,000.00 | | $5,500,000.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $5,500,000.00 | | $5,500,000.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign