George R. Calhoun V (*pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Avenue NW
Suite 650
Washington, DC 20006-2004
(202) 524-4140 – Tel.
(202) 524-4141 – Fax
george@ifrahlaw.com

Counsel for Ironshore Specialty Insurance Company,
formerly known as TIG Specialty Insurance Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>PURDUE PHARMA L.P., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>**Case No. 19-23649-rdd**<br>**(Jointly Administered)** |

**NOTICE OF ADJOURNMENT OF HEARING REGARDING IRONSHORE SPECIALTY INSURANCE COMPANY, FORMERLY KNOWN AS TIG SPECIALTY INSURANCE COMPANY'S MOTION FOR RELIEF FROM STAY**

**PLEASE TAKE NOTICE THAT** on December 30, 2019, Ironshore Specialty Insurance Company, formerly known as TIG Specialty Insurance Company, ("TIG") filed its Motion for

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Relief from Automatic Stay (the "Motion"). Dkt. 712.

**PLEASE TAKE FURTHER NOTICE THAT** the Debtors, The Ad Hoc Committee of Creditors, and the Official Committee of Unsecured Creditors filed responses to the Motion (Dkts. 753, 756, 757) and that the Court held an initial hearing on the Motion on January 24, 2020, but did not decide the Motion.

**PLEASE TAKE FURTHER NOTICE THAT** on January 27, 2021, TIG filed its Supplemental Brief in Support of the Motion. Dkt. 2326.

**PLEASE TAKE FURTHER NOTICE THAT** on February 5, 2021, TIG filed a *Notice of Adjournment of Hearing Regarding Ironshore Specialty Insurance Company, Formerly Known As TIG Specialty Insurance Company's Motion for Relief from Stay* [Dkt. 2354], adjourning the Motion for Relief from Stay to the March 24, 2021 omnibus hearing.

**PLEASE TAKE FURTHER NOTICE THAT** the hearing to consider the Motion, which was previously scheduled for March 24, 2021, at 10:00 a.m., has been adjourned to a date to be determined consistent with the Court's March 5, 2021 scheduling order in Adversary Proceeding No. 21-07005.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and related papers may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: March 22, 2021
New York, NY

Respectfully submitted,

/s/ George Calhoun
George R. Calhoun V (*pro hac vice*)
IFRAH PLLC

1717 Pennsylvania Avenue NW
Suite 650
Washington, DC 20006-2004
(202) 524-4140 – Tel.
(202) 524-4141 – Fax
george@ifrahlaw.com

TO: Parties on the Service List