FOR LEGAL USE ONLY

# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

| Troy Anthony Pesina, Creditor, Pro-Se | CHAPTER 11 Case no: 19-23649-rdd |
|---|---|
| v. Purdue Pharma L.P. et.al, Debtors | Declaration In Support of Request For Acceptance of Claim filed After "BAR DATE" |

For Legal Use Only

## I. Declaration

I, Troy Anthony Pesina, am the creditor and make this declaration in support of, "Motion to file Proof of Claim After Claims Bar Date."

FOR LEGAL USE ONLY

I have been in custody of the Spokane County Jail in Washington State since the begining of March 2019.

The Spokane County Jail only provides inmates with 2 hrs out of your cell a day, monday through friday as long as there are enough floor officers which is normally not the case, instead of 10 hrs a week out of your cell it is only 8 hrs.

The Jail provides a T.V. which is mounted in the unit 15 ft. high and is a 37 inch t.v. A D.V.D player is also hooked up to the t.v. and D.V.D's movies are played 95% of the day and is turned off during Jail count and at night time. The unit officer controls what is watched. No volume only close caption.

No local news papers are allowed here in the Jail. The only news paper allowed is "THE USA TODAY" which must be purchased by a family member. If you dont have family then no newspaper. I am indegant so cannot purchase the paper.

Inmate telephones are provided and require the outside party to place money

②

FOR LEGAL USE ONLY

on their telephone number or place money on an inmates account which allow the inmate to call whom ever he wants. I am not finacially priveledged to afford that luxery.

Three visits a week from loved where allowed, not no more.

The Global Pandemic hit the United States and in April of 2020 Washington State went on lock down. Everything stopped. The Jail started Quarantining and all movement was restricted until further notice.

Envelopes where provided so individuals like myself could correspond with family and friends. The mail system is my only avenue of communication. Then the mail began to slow down. States and facilities where made aware of delays, lack of funds.

In the end of July 24-31 of 2020 I was then given the address to the Prime Clerk. And was informed about Purdue Pharma L.P. I immediatly wrote the prime clerk requesting for Claim forms. As soon as I recieved them I filled them out and mailed them back to the Prime Clerk.

I did not know their was a cut off date. I did not know what a "Bar Date"

For Legal Use Only

FOR LEGAL USE ONLY

was until several months later in December when I was allowed to go to the Law Library. As soon as I became aware of what a "Bar Date" was I filled my motion for the Acceptance of my Claim.

I am completly blocked from the outside world and dont know anything about what was or is going on.

I have limited access to the law library to allow research and information gathering due to the COVID-19 Global Pandemic.

Spokane County Jail does not provide teleconference Hearings.

I, Troy Anthony Pesina, declare under the penalty of purjury under the Laws of the United States of America the afore mentioned is True and correct.

Executed at, Spokane County Jail
1100 W. Mallon Ave
Spokane, WA, 99260
on this day 16TH day of March, 2021

Troy A. Pesina
Sign

Troy A. Pesina
Print