UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

# MEDIATORS' REPORT

Pursuant to Paragraph 17 of the Court's March 3, 2020 Order Appointing Mediators, the Mediators Professor Ken Feinberg and Judge Layn Phillips respectfully submit this Mediators' Report in connection with the mediation of the *In re Purdue Pharma L.P. et al.* bankruptcy proceeding.

### A. Overview Statement Regarding the Conduct of the Mediation

Upon appointment of the co-mediators by the Court's order dated March 3, 2020, the Mediators immediately scheduled meetings with the various constituencies. The Mediators asked for and received mediation statements in early March, and held the first meeting on March 11, 2020. Since then, the Mediators have conducted over 150 video conference and telephonic sessions with mediation parties and observers. The Mediators heard numerous presentations, received multiple proposals, met with experts, and presided over numerical and term sheet negotiations.

Phase One of the mediation achieved substantial completion by September 23, 2020. The progress made and resolutions achieved during Phase One were summarized in further detail in the Mediators' Report filed by the Mediators on that date.

On September 30, 2020, the Court entered the Order Expanding the Scope of Mediation, authorizing the Mediators to continue mediating with the parties to resolve open issues from Phase One. Paragraph 3 of the September 30, 2020 order also authorized the Mediators "to mediate any and all potential claims or causes of action that may be asserted by the estate or any of the Non-Federal Public Claimants against the Covered Parties (as defined in the *Amended and Restated Case Stipulation Among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties* [Dkt. No. 518]) or that may otherwise become the subject of releases potentially granted to the Covered Parties in these chapter 11 cases (the 'Shareholder Claims')." The September 30, 2020 Order narrowed the number of mediating parties for the Shareholder Claims aspect of the mediation.

The Mediators immediately began taking meetings with the parties to Phase Two. The Mediators received presentations from certain of these parties during which they outlined their positions. Numerical negotiations began shortly thereafter. Despite great efforts from the mediation parties and the Mediators over the course of these months, the Mediators had not achieved a mutually agreed resolution among all constituencies at the end of the Phase Two mediation on January 31, 2021.

1

B.  Mediation Participants

For the Debtor

Roxana Aleali, V.P., Corporate Law and Asst. Corporate Secretary, Purdue Pharma LP
Sheila Birnbaum, Dechert LLP
Margarita Clarens, Davis Polk & Wardwell LLP
Charles Duggan, Davis Polk & Wardwell LLP
Marshall Huebner, Davis Polk & Wardwell LLP
Benjamin Kaminetzky, Davis Polk & Wardwell LLP
Marc Kesselman, Senior V.P. and General Counsel, Purdue Pharma LP
Darren Klein, Davis Polk & Wardwell LLP
Ajay Lelel, Davis Polk & Wardwell LLP
James McClammy, Davis Polk & Wardwell LLP
Corey Meyer, Davis Polk & Wardwell LLP
William Taylor, Davis Polk & Wardwell LLP
Esther Townes, Davis Polk & Wardwell LLP
Eli Vonnegut, Davis Polk & Wardwell LLP

For the Consenting States and the Ad Hoc Committee

Andrew Benjamin, Houlihan Lokey Capital, Inc.
Brian Bromberg, Restructuring Professional
Girard Cicero, Brown Rudnick LLP
Geoffrey Coutts, Houlihan Lokey Capital, Inc.
Melanie Cyganowski, Otterbourg P.C.
Matthew Diaz, FTI Consulting, Inc.
Ken Eckstein, Kramer Levin Naftalis & Frankel LLP
Jennifer Feeney, Otterbourg P.C.
Caroline Gange, Kramer Levin Naftalis & Frankel LLP
Gill Geldreich, Deputy Attorney General, Office of the Tennessee Attorney General
Scott Gilbert, Gilbert LLP
Gary Gotto, Keller Rohrback LLP
Emily Grim, Gilbert LLP
John Guard, Chief Deputy Attorney General, State of Florida
Barbara Kelly, Brown Rudnick LLP
Mariya Khvatskaya, Kramer Levin Naftalis & Frankel LLP
Michael Leftwich, Senior Counsel, Office of the Tennessee Attorney General
David Molton, Brown Rudnick LLP
Rachel R. Obaldo, Chief, Bankruptcy and Collections, Office of the Texas Attorney General
Jennifer Peacock, Senior Assistant Attorney General, Consumer Protection Division, Office of the Tennessee Attorney General
Steven Pohl, Brown Rudnick LLP
Kami Quinn, Gilbert LLP
Joseph F. Rice, Motley Rice LLC

Rachel Ringer, Kramer Levin Naftalis & Frankel LLP
Jordan Rosenbaum, Kramer Levin Naftalis & Frankel LLP
Aron San, Houlihan Lokey Capital, Inc.
Hannes Schenk, Houlihan Lokey Capital, Inc.
Paul L. Singer, Chief Consumer Protection Division, Office of the Texas Attorney General
Sarah Sraders, Gilbert LLP

For the United States Department of Justice

Peter Aronoff, Assistant U.S. Attorney, U.S. Attorney for the Southern District of New York
Stephen J. Cox, U.S. Attorney for the Eastern District of Texas
Lawrence Fogelman, Assistant U.S. Attorney, U.S. Attorney for the Southern District of New York
Danielle Levine, Assistant U.S. Attorney, U.S. Attorney for the Southern District of New York
Amanda N. Liskamm, Assistant U.S. Attorney, Director of Opioid Enforcement and Prevention Efforts
J. Taylor McConkie, Assistant Director, Commercial Litigation Branch, U.S. DOJ
Margaret Newell, Assistant Director, Commercial Litigation Branch, Civil Division, U.S. DOJ

For the MSGE Group

Joanne Cicala, The Cicala Law Firm PLLC
Dara Hegar, The Lanier Law Firm
Anne Langley, Caplin & Drysdale
Kevin Maclay, Caplin & Drysdale
Shelly Sanford, Watts Guerra
Marghretta Shisko, Harrison White PC
Jeffrey Simon, Simon Greenstone Panatier
Jerome Tapley, Corey Watson
John B. White, Jr., Harrison White PC

For the Non-Consenting States Group

Sandy Alexander, Assistant Attorney General for the Commonwealth of Massachusetts
Andrew Alfano, Pillsbury Winthrop Shaw Pittman LLP
M. Michelle Burkart, Deputy Attorney General, California Department of Justice
Clare E. Conners, Attorney General for the State of Hawaii
Jim Donahue III, Executive Attorney General, Pennsylvania Attorney General's Office
T.J. Donovan, Vermont Attorney General
Leslie Eaton, Deputy Attorney General for Consumer Protection, State of Colorado
Brian Edmunds, Assistant Attorney General for the State of Maryland
Susan Ellis, Bureau Chief of the Consumer Fraud Bureau, Office of the Illinois Attorney General
Gillian Feiner, Senior Enforcement Counsel for the Commonwealth of Massachusetts
Judith Fiorentini, Supervising Deputy Attorney General, California Dept. of Justice
Brian Frosh, Maryland Attorney General
Eric Gold, Chief, Health Care Division at Massachusetts Attorney General's Office

3

David Hart, Assistant Attorney-in-Charge of the Health Fraud Unit / Consumer Protection Unit at the Oregon Department of Justice
Maura Healey, Attorney General for the Commonwealth of Massachusetts
Mark R. Herring, Virginia Attorney General
Letitia James, Attorney General for the State of New York
Lauren Kelleher, Assistant Attorney General, Maryland Office of the Attorney General
Neil Kelly, Deputy Chief, Civil Division, Rhode Island Department of Attorney General
Muhammad Umair Khan, Senior Advisor and Special Counsel, Office of the New York State Attorney General
Jennifer Levy, First Deputy Attorney General, New York Attorney General's Office
Neil Mara, Deputy Chief, Special Litigation and Civil Rights, Pennsylvania Attorney General's Office
Kimberly Massicotte, Special Counsel for Opioids, State of Connecticut Attorney General
Laura McFarlane, Deputy Director, Public Protection Unit and Assistant Attorney General at the Wisconsin Department of Justice
Thomas Miller, Iowa Attorney General
Mana Moriarty, Deputy Attorney General for the State of Hawaii
Daniel Mosteller, Special Deputy Attorney General for the North Carolina Department of Justice
Eleanor Mullen, Assistant Attorney General, Connecticut Attorney General's Office
David Nachman, Senior Enforcement Counsel, Office of the New York Attorney General's Office
Tad Robinson O'Neill, Assistant Attorney General, Washington Attorney General's Office
Jeremy Pearlman, Head of Antitrust / Government Program Fraud Department at the Office of the Connecticut Attorney General
Karl A. Racine, District of Columbia Attorney General
Kwame Raoul, Illinois Attorney General
Mai Lan Rodgers, Office of the District of Columbia Attorney General
Megan Rundlet, Assistant Solicitor General for the State of Colorado
Josh Shapiro, Attorney General for the Commonwealth of Pennsylvania
Jason Sharp, Pillsbury Winthrop Shaw Pittman LLP
Josh Stein, North Carolina Attorney General
Andrew Troop, Pillsbury Winthrop Shaw Pittman LLP, Counsel for Opioids and Impact Litigation
Melissa Van Eck, Senior Deputy AG, Pennsylvania Office of Attorney General
Swain Wood, General Counsel to North Carolina Attorney General

For the Tribal Entities and First Nations

Peter D'Apice, Stutzman Bromberg Esserman & Plifka
Sander Esserman Stutzman Bromberg Esserman & Plifka
Roe Frazer, Frazer Law
Jane Joseph, Skikos Crawford Skikos & Joseph
Frederick Kuykendall, The Kuykendall Group
Archie Lamb, Levin Papantonio Rafferty
Caroline Mayhew, Hobbs Strauss Dean & Walker
Lloyd Miller, Sonosky Chambers Sachse Endreson & Perry

Donald Simon, Sonosky Chambers Sachse Endreson & Perry
Steve Skikos, Skikos Crawford Skikos & Joseph
Geoffrey Strommer, Hobbs Strauss Dean & Walker
Tara Sutton, Robins Kaplan

For the Sackler Families

Mary Corson, Principal
Chand Edwards-Balfour, Paul Weiss Rifkind & Wharton & Garrison LLP
Roberto Finzi, Paul Weiss Rifkind & Wharton & Garrison LLP
Michele Hirshman, Paul Weiss Rifkind & Wharton & Garrison LLP
Steven Ives, Trustee and Trustee Representative
Gregory Joseph, Joseph Hage Aaronson LLC
Alexander Lees, Milbank LLP
Mara Leventhal, Joseph Hage Aaronson LLC
Maura Kathleen Monaghan, Debevoise & Plimpton LLP
Jeffrey Rosen, Debevoise & Plimpton LLP
David Sackler, Principal
Theresa Sackler, Principal
Jacob Stahl, Debevoise & Plimpton LLP
Chris Stanley, Joseph Hage Aaronson LLC
Luther J. Strange III, Luther Strange & Associates LLC
Gerard Uzzi, Milbank LLP
Benjamin Weintraub, Paul Weiss Rifkind & Wharton & Garrison LLP
Theodore Wells, Jr., Paul Weiss Rifkind & Wharton & Garrison LLP
Jonathan White, Trustee
Mary Jo White, Debevoise & Plimpton LLP
Harold Williford, Debevoise & Plimpton LLP

For the Official Committee of Unsecured Creditors

Michael Atkinson, Province, LLC
Michael Baird, Pension Benefit Guaranty Corporation
Heather Barber, CVS Caremark Part D Services LLC and Caremark PCS Health, represented by
Sara Brauner, Akin Gump Strauss Hauer & Feld
Lori Butler, Pension Benefit Guaranty Corporation
Paul Butler, Akin Gump Strauss Hauer & Feld
Cameron County Texas, represented by Shelly Sanford, Watts Guerra and George O'Connor, Caplin & Drysdale
Cheyenne and Arapaho represented by Sander Esserman, Stuzman Bromberg Esserman & Plifka; Roe Frazer, Frazer Law; and Frederick Kuykendall, The Kuykendall Group
Ashley Vinson Crawford, Akin Gump Strauss Hauer & Feld
Eugene Elder, Akin Gump Strauss Hauer & Feld
Geoffrey Goodman, Foley & Lardner LLP
Ryan Hampton
Elizabeth Harris, Akin Gump Strauss Hauer & Feld

5

Mitchell Hurley, Akin Gump Strauss Hauer & Feld
Cheryl Juaire, represented by Anne Andrews, Andrews & Thornton
Paige Kesman, West Boca Medical Center, represented by Katherine Barrett Riley, Barrett Law Group
Edan Lisovicz, Akin Gump Strauss Hauer & Feld
Katherine Porter, Akin Gump Strauss Hauer & Feld
Arik Preis, Akin Gump Strauss Hauer & Feld
Mai Lan Rodgers, Pension Benefit Guaranty Corporation
Walter Lee Salmons, represented by Kevin Thompson, Thompson Barney and Harold Israel, Levenfeld Pearlstein
Stephanie Gulkin Satz, LTS Lohmann Therapy Systems Corporation
Michael Strollo, Pension Benefit Guaranty Corporation
Brendan Stuhan, Blue Cross Blue Shield, represented by Lauren Barnes, Hagens Berman Sobol Shapiro and Mark Fischer, Rawlings & Associates
Leon Szlezinger, Jefferies & Co.
Thorntown Township High School District 205, represented by Cyrus Mehri and Joshua Karsh, Mehri & Skalet and Matthew Piers, Hughes Socol Piers Resnick & Dym
Kara Trainor, represented by Celeste Brustowicz, Cooper Law Firm LLC
Cynthia Wong, Pension Benefit Guaranty Corporation

For the Third-Party Payors and Health Insurance Carrier Plaintiffs

Eric Barstad, Robins Kaplan
Lauren Barnes, Hagens Berman Sobol Shapiro
TerriAnne Benedetto, Dugan Law Firm
Anthony Christina, Lowey Dannenburg
James R. Dugan, Dugan Law Firm
Eric Goldstein, Shipman & Goodwin
Geoffrey Horn, Lowey Dannenburg
Gerald Lawrence, Lowey Dannenburg
Thomas Mahlum, Robins Kaplan
Mark Rawlings, Rawlings and Associates
Nicole Ruggiero, Lowey Dannenburg
David S. Scalia, Dugan Law Firm
Thomas Sobol, Hagens Berman Sobol Shapiro

For the Insurance Purchasers

Nicholas Kajon, Stevens & Lee
Juan Martinez, Morgan & Morgan
Constantine Pourakis, Stevens & Lee
John Yanchunis, Morgan & Morgan
James Young, Morgan & Morgan

For the Ad Hoc Group of Hospitals

6

Don Barrett, Barrett Law Group
James Bentley, Schulte Roth & Zabel
Robert Clifford, Clifford Law Offices
Philip Cramer, Sherrard Roe Voigt Harbison
Jonathan Cuneo, Cuneo Gilbert LaDuca
Ruth Lichtenfeld, Taylor Martino
Kristine Manoukian, Schulte Roth & Zabel
Steve Martino, Taylor Martino
Shannon McNulty, Clifford Law Offices
Katherine Barrett Riley, Barrett Law Group
Ilana Volkov, McGrail & Bensinger

For the Ad Hoc Group of Individual Victims

Anne Andrews, Andrews Thornton
Ashley Chase, White & Case
Guy Davis, Protiviti
Edgar Gentle III, Gentle Turner Sexton
Sean Higgins, Andrews Thornton
Thomas Lauria, White & Case
Michele Meises, White & Case
Gayane Mkrttchian, Andrews Thornton
Edward Neiger, ASK
Auriel Nikoui, Andrews Thornton
Christopher Shore, White & Case
Robert Siko, Andrews Thornton
Joseph Steinfeld, ASK
Sean Sterling, Protiviti
John Thornton, Andrews Thornton
Alice Tsier, White & Case
Taylor Wall, Andrews Thornton

For the NAS Babies Group

Scott Bickford, Martzell Bickford & Centola
Michael Brownstein, Tarter Krinsky & Drogin
Celeste Brustowicz, Cooper Law Firm
Rocco Cavaliere, Tarter Krinsky & Drogin
Donald Creadore, Creadore Law Firm
Lawrence Deas, Liston & Deas
Calvin Fayard, Law Offices of Calvin C. Fayard
Caroline Fayard, Law Offices of Calvin C. Fayard
Judy Heinrich, Martzell Bickford & Centola
Harold Israel, Levenfeld Pearlstein
William Liston, Liston & Deas
Kevin Malone, Krupnick Campbell Malone

Scott Markowitz, Tarter Krinsky & Drogin
Stuart Smith, Cooper Law Firm
Kevin Thompson, Thompson Barney

<u>For the Public Schools</u>

Mark S. Dym, Hughes Socol Piers Resnick Dym
Joshua Karsh, Mehri & Skalet
Cyrus Mehri, Mehri & Skalet
Matthew Piers, Hughes Socol Piers Resnick Dym

<u>For the NAACP</u>

Francois Blaudeau, Heninger Garrison Davis
Wilbur Colom, NAACP
Janette Louard, NAACP
Norma E. Ortiz, NAACP

### C. Statement Regarding Good Faith

It is the Mediators' view that all of the mediation participants acted in good faith throughout the mediation process.

### D. Statement Regarding the Extent to Which the Mediation Was Successful

Pursuant to Section (d) of the Court's Order of March 3, 2020, the Mediators report that the mediation should be deemed a success for the following reasons:

(i) The primary purpose of the mediation – reaching a consensual agreement as to the allocation percentages between and among the public and private creditor groups engaged in the mediation – was successfully achieved. This critically important issue – how to allocate the available assets of the Debtor among public and private creditors – was resolved successfully through the mediation process.

(ii) Allocation *inter se* among the public and private creditor groups was also largely achieved among the overwhelming number of mediation participants. Although certain public and private mediation participants – the public school districts and the NAS children physical injury group – were unable to achieve agreement on allocation *inter se*, all other mediation participants reached agreement *inter se* as to their respective allocations as a result of the mediation process.

(iii) Although a limited number of non-monetary conditions remain as yet unresolved among the mediation participants, *e.g.* how agreed upon allocated amounts involving third party insurers may be used for public abatement purposes, these pending disagreements in no way undercut the overall success of the mediation process.

8

(iv) Finally, although not technically a financial allocation issue among the public and private creditors engaged in the mediation process, the issue of a "Sackler contribution" to the overall Debtor Estate is reflected in the Sackler Settlement Agreement Term Sheet filed with the Court on March 15, 2021. This Term Sheet follows in the wake of a recommendation made earlier by the two Mediators as part of Phase Two of the mediation process.

For all of these reasons referenced above, the two Mediators conclude that the mediation was successful.

Dated:    March 22, 2021


/s/ Ken Feinberg                                                /s/ Layn R. Phillips
_____                          _____
Professor Ken Feinberg                                  Layn R. Phillips
                                                                       Former U.S. District Judge