Gerard Uzzi
Alexander B. Lees
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Gregory P. Joseph
Mara Leventhal
**JOSEPH HAGE AARONSON LLC**
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: (212) 407-1200
Facsimile: (212) 407-1280

*Counsel for the Raymond Sackler Family*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |

### NOTICE OF THE RAYMOND SACKLER FAMILY
### OF FILING OF DOCUMENTS PREVIOUSLY FILED UNDER SEAL

**PLEASE TAKE NOTICE** that, in accordance with the *Order Granting in Part, Denying*

*in Part, and Continuing in Part Media Intervenors' Motions to Unseal Judicial Records* [ECF

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

No. 2404] (the "Order"), the Raymond Sackler family,[2] by and through its undersigned counsel,

hereby submits this *Notice of Filing of Documents Previously Filed under Seal*.  Attached to this

notice, the Raymond Sackler family is publicly filing in revised, redacted form Exhibit 121 to the

*Declaration of Mara Leventhal Dated October 14, 2020* [ECF No. 1812].  Consistent with the

Order some material in the exhibit remains redacted.


Dated: March 23, 2021          */s/ Gerard Uzzi*
      New York, New York          Gerard Uzzi
                    Alexander B. Lees
                    **MILBANK LLP**
                    55 Hudson Yards
                    New York, NY 10001
                    Telephone: (212) 530-5000

                    */s/ Gregory P. Joseph*
                    Gregory P. Joseph
                    Mara Leventhal
                    **JOSEPH HAGE AARONSON LLC**
                    485 Lexington Avenue, 30th Floor
                    New York, New York 10017
                    Telephone: (212) 407-1200

                    *Counsel for the Raymond Sackler Family*

---

[2]     The Raymond Sackler family includes Richard Sackler, David Sackler, and the estates of the late Jonathan Sackler and Beverly Sackler.