DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**AMENDED[2] AGENDA FOR MARCH 24, 2021 HEARING**

Time and Date of Hearing:   March 24, 2021 at 10:00 a.m. (prevailing Eastern Time), except with respect to the Pre-Trial Conference in Adversary Proceeding Case No. 21-07005, which will take place on March 24, 2021 at 2:00 p.m. (prevailing Eastern Time).

**PORTIONS OF THIS HEARING WILL BE HELD TELEPHONICALLY THROUGH COURT SOLUTIONS, AND PORTIONS OF THIS HEARING WILL BE CONDUCTED VIA ZOOM VIDEOCONFERENCE; INSTRUCTIONS FOR HOW TO ACCESS EACH PART OF THE HEARING ARE SET FORTH BELOW**

This Hearing will be held telephonically through Court Solutions except that (i) the *Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc.* [ECF No. 2022],

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold text.**

> (ii) the *Second Motion to Unseal Judicial Records by Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc.* [ECF No. 2188] and (iii) the *Mortimer D. Sackler ICSP's Motion to Seal Documents Submitted in Connection with the Limited Objection to the Media Intervenors' Motion to Intervene and Unseal Judicial Records* [ECF No. 2396] (collectively, the "**Motions to Unseal and the Sealing Motion**") will be conducted via Zoom videoconference.
>
> Any parties wishing to participate in the Hearing (other than with respect to the Motions to Unseal and the Sealing Motion) must make arrangements through Court Solutions. Instructions to register for Court Solutions are attached to General Order M-543, dated March 20, 2020. Please register with Court Solutions at www.court-solutions.com.
>
> The portion of this Hearing relating to the Motions to Unseal and the Sealing Motion will be conducted via Zoom videoconference in accordance with the *Order Establishing Procedures for Remote Evidentiary Hearing on March 24, 2021, in Connection With Media Intervenors' Motions to Unseal Judicial Records* [ECF No. 2492].
>
> Members of the public who wish to listen to, **but not participate in**, this Hearing (including both the portions conducted via Court Solutions and via Zoom) free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 1326458457#.

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.

> **THE HEARING WILL START ON COURT SOLUTIONS.**

I. **MATTERS IN ADVERSARY PROCEEDING CASE NO. 19-08289:**

1. ***Debtors' Motion to Shorten Notice.*** Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 229]

    Objection Deadline:

    Responses Received:

    Reply:

    Related Documents:

    Status: This matter is going forward on an uncontested basis.

2. ***Motion to Extend Preliminary Injunction.*** Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 227]

Objection Deadline: Debtors' Motion to Shorten Notice seeks objection deadline of March 19, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

    A. Fourth Restatement of Limited Objection and Reservation of Rights of Tennessee Public Officials in Response to Debtors' Motion to Continue to Extend the Preliminary Injunction for Richard Sackler. Adv. Pro. No. 19-08289 [ECF No. 231]

    B. Limited Objection of the Ad Hoc Committee on Accountability to Debtors' Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 232]

    C. The Non-Consenting States' Opposition to Purdue's Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 233]

    **D. Statement of the Raymond Sackler Family in Support of the Debtors' Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 234]**

    **E. Official Committee of Unsecured Creditors' Joinder to Debtors' Reply Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 236]**

    **F. Ad Hoc Committee's Joinder and Statement in Support of Extension of Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 238]**

Reply:

    **A. Reply Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 235]**

Related Documents:

    A. Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 228]

    B. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 229]

Status: This matter is going forward on a contested basis.

> **AT THIS TIME, THE COURT WILL DISCONNECT FROM COURT SOLUTIONS AND THE HEARING WILL RESUME VIA ZOOM VIDEOCONFERENCE.**

II. **CONTESTED MATTERS:**

3. ***Press Motion to Intervene and Unseal.*** Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2022]

    Objection Deadline: January 11, 2021.

    Responses Received:

    A. The Ad Hoc Group of Non-Consenting States' Statement Regarding the Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2065]

    B. The Ad Hoc Committee on Accountability's Statement in Support of the Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2066]

    C. The NAS Children Ad Hoc Committee's Joinder to the Ad Hoc Group of Non-Consenting States' Statement Regarding the Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC and Reuters News & Media, Inc. [ECF No. 2090]

    D. Statement of The Raymond Sackler Family In Respect of The Motion To Intervene And Unseal Judicial Records By Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2132]

    E. Debtors' Limited Objection to the Media Intervenors' Motions to Intervene and Unseal Judicial Records and Cross-Motion to Seal Certain Judicial Records [ECF No. 2252]

    F. Statement of the Mortimer Sackler Initial Covered Sackler Persons in Respect of the Reply in Support of Motions to Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2301]

    G. Limited Objection of the Raymond Sackler Family to the First and Second Motions to Unseal Judicial Records by Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2360]

H.  Mortimer D. Sackler ICSP's Limited Objection to the Media Intervenors' Motion to Intervene and Unseal Judicial Records [ECF No. 2361]

Reply:

A.  Reply in Support of Motions to Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2288]

B.  Combined Reply of Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. to the Raymond Sackler Family's and Mortimer D. Sackler ICSP's February 7 Objections to the Media Intervenors' Motions to Unseal Judicial Records [ECF No. 2384]

Related Documents:

A.  Motion for Leave to File Amended Proposed Order by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2039]

B.  Notice of Rescheduling of Hearing on Motion to Intervene and Unseal Judicial Records and Motion for Leave to File Amended Proposed Order by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2091]

C.  Notice of Filing of Stipulation and Agreed Order Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection with UCC Privilege Motions and Adjournment of Hearing on Media Intervenors' Motion to Unseal [ECF No. 2136]

D.  Stipulation and Agreed Order Signed on 12/15/2020 Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection with UCC Privilege Motions and Adjournment of Hearing on Media Intervenors' Motion to Unseal [ECF No. 2140][3]

E.  Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion for Entry of an Order Sealing Judicial Documents [ECF No. 2253]

---

[3] Pursuant to this Stipulation, the parties have re-filed revised redacted and unredacted versions of the exhibits to the *UCC Motion to Compel Production of Purportedly Privileged Documents Based on Failure to Demonstrate Documents Are Privileged* [ECF No. 1752] and *UCC Motion to Compel Production of Purportedly Privileged Documents Based on Exceptions to Privilege* [ECF No. 1753].

5

    F. Declaration of Jon Lowne in Support of the Debtors' Limited Objection to Media Intervenors' Motions to Intervene [ECF No. 2254]

    G. Declaration of Jasmine Ball [ECF No. 2362]

    H. Mortimer D. Sackler ICSP's Motion to Seal Documents Submitted in Connection with the Limited Objection to the Media Intervenors' Motion to Intervene and Unseal Judicial Records [ECF No. 2396]

    I. Notice of Filing of Stipulation and Agreed Order Regarding Exhibits for Use at the Hearing on Privilege Motions [ECF No. 2402]

    J. Order Granting in Part, Denying in Part, and Continuing in Part Media Intervenors' Motions to Unseal Judicial Records [ECF No. 2404]

    K. Stipulation and Agreed Order Regarding Exhibits for Use at Hearing on Privilege Motions [ECF No. 2405]

    L. Order Establishing Procedures for Remote Evidentiary Hearing on March 24, 2021, in Connection With Media Intervenors' Motions to Unseal Judicial Records [ECF No. 2492]

    M. Stipulation and Agreed Order Regarding Exchange of Exhibits for Remote Evidentiary Hearing on March 24, 2021, in Connection With Media Intervenors' Motions to Unseal Judicial Records [ECF No. 2493]

Status: This matter is going forward on a contested basis.

4. ***Second Press Motion to Intervene and Unseal.*** Second Motion to Unseal Judicial Records by Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2188]

    Objection Deadline: January 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

        A. Debtors' Limited Objection to the Media Intervenors' Motions to Intervene and Unseal Judicial Records and Cross-Motion to Seal Certain Judicial Records [ECF No. 2252]

        B. Statement of the Raymond Sackler Family in Respect of the Second Motion to Unseal Judicial Records by Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2265]

6

C. Statement of the Mortimer Sackler Initial Covered Sackler Persons in Respect of the Reply in Support of Motions to Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2301]

D. Limited Objection of the Raymond Sackler Family to the First and Second Motions to Unseal Judicial Records by Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2360]

E. Mortimer D. Sackler ICSP's Limited Objection to the Media Intervenors' Motion to Intervene and Unseal Judicial Records [ECF No. 2361]

Reply:

A. Reply in Support of Motions to Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. [ECF No. 2288]

B. Combined Reply of Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. to the Raymond Sackler Family's and Mortimer D. Sackler ICSP's February 7 Objections to the Media Intervenors' Motions to Unseal Judicial Records [ECF No. 2384]

Related Documents:

A. Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to Debtors' Motion for Entry of an Order Sealing Judicial Documents [ECF No. 2253]

B. Declaration of Jon Lowne in Support of the Debtors' Limited Objection to Media Intervenors' Motions to Intervene [ECF No. 2254]

C. Declaration of Jasmine Ball [ECF No. 2362]

D. Mortimer D. Sackler ICSP's Motion to Seal Documents Submitted in Connection with the Limited Objection to the Media Intervenors' Motion to Intervene and Unseal Judicial Records [ECF No. 2396]

E. Notice of Filing of Stipulation and Agreed Order Regarding Exhibits for Use at the Hearing on Privilege Motions [ECF No. 2402]

    F. Order Granting in Part, Denying in Part, and Continuing in Part Media Intervenors' Motions to Unseal Judicial Records [ECF No. 2404]

    G. Stipulation and Agreed Order Regarding Exhibits for Use at Hearing on Privilege Motions [ECF No. 2405]

    H. Order Establishing Procedures for Remote Evidentiary Hearing on March 24, 2021, in Connection With Media Intervenors' Motions to Unseal Judicial Records [ECF No. 2492]

    I. Stipulation and Agreed Order Regarding Exchange of Exhibits for Remote Evidentiary Hearing on March 24, 2021, in Connection With Media Intervenors' Motions to Unseal Judicial Records [ECF No. 2493]

    Status: This matter is going forward on a contested basis.

5. ***Mortimer D. Sackler Motion to Seal Documents.*** Mortimer D. Sackler ICSP's Motion to Seal Documents Submitted in Connection with the Limited Objection to the Media Intervenors' Motion to Intervene and Unseal Judicial Records [ECF No. 2396]

    Objection Deadline: March 17, 2021 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

        A. Objection of Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. to the Mortimer D. Sackler ICSP's Motion to Seal Documents Submitted in Connection With the Limited Objection to the Media Intervenors' Motions to Unseal Judicial Records [ECF No. 2497]

    Reply: None

    Related Documents:

        A. Mortimer D. Sackler ICSP's Limited Objection to the Media Intervenors' Motion to Intervene and Unseal Judicial Records [ECF No. 2361]

        B. Declaration of Jasmine Ball [ECF No. 2362]

        C. Notice of Hearing on the Mortimer D. Sackler ICSP's Motion to Seal Documents Submitted in Connection with the Limited Objection to the Media Intervenors' Motion to Intervene and Unseal Judicial Records [ECF No. 2397]

    D. All documents related to the *Press Motion to Intervene and Unseal* [ECF No. 2022] and the *Second Press Motion to Intervene and Unseal* [ECF No. 2188]

Status: This matter is going forward on a contested basis.

---

**AT THIS TIME, THE COURT WILL DISCONNECT FROM ZOOM VIDEOCONFERENCE AND THE HEARING WILL RECONVENE AT 2:00 P.M. (PREVAILING EASTERN TIME) VIA COURT SOLUTIONS.**

---

### III.   MATTERS IN ADVERSARY PROCEEDING CASE NO. 21-07005:

6. *Pre-Trial Conference.* Adv. Pro. No. 21-07005.

    Related Documents:

    A. Complaint for Declaratory Relief. Adv. Pro. No. 21-07005 [ECF No. 1]

    B. Summons and Notice of Pretrial Conference in an Adversary Proceeding. Adv. Pro. No. 21-07005 [ECF No. 3]

    C. Notice of Adjournment of Pre-trial Conference. Adv. Pro. No. 21-07005 [ECF No. 24]

    D. Letter to the Honorable Robert D. Drain Filed by Frederick E. Schmidt on Behalf of Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company. Adv. Pro. No. 21-07005 [ECF No. 25]

    **E. Letter to the Honorable Robert D. Drain Filed by Paul E. Breene on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. Adv. Pro. No. 21-07005 [ECF No. 32]**

    **F. Letter to Judge Drain on behalf of at least 13 insurer defendants, who on April 5 will be filing a joint motion to stay this Adversary Proceeding based on a mandatory arbitration provision in their policies Filed by Tancred V. Schiavoni on behalf of Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.). Adv. Pro. No. 21-07005 [ECF No. 33]**

**G. Letter to the Honorable Robert D. Drain Filed by Frederick E. Schmidt on behalf of Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company. Adv. Pro. No. 21-07005 [ECF No. 34]**

Status: This matter is going forward.

IV. **CONTINUED MATTERS:**

7. ***TIG Specialty Insurance Stay Relief Motion.*** Motion for Relief from the Automatic Stay [ECF No. 712]

    Objection Deadline: May 3, 2021, in accordance with the Scheduling Order. Adv. Pro. No. 21-07005 [ECF No. 17].

    Responses Received:

    A. Debtors' Objection to TIG's Motion for Relief from the Automatic Stay [ECF No. 753]

    B. Objection of the Official Committee of Unsecured Creditors to the Motion of Ironshore Specialty Insurance Company for Relief from Automatic Stay and Joinder to the Debtor's Objection to Such Motion [ECF No. 756]

    C. Ad Hoc Committee's Statement in Support of Debtors' Objection to TIG's Motion for Relief from the Automatic Stay [ECF No. 757]

    Reply:

    A. Consolidated Reply in Support of Ironshore Specialty Insurance Company, Formerly Known as TIG Specialty Insurance Company's Motion for Relief from the Automatic Stay [ECF No. 765]

    B. Ironshore Specialty Insurance Company's, Formerly Known as TIG Specialty Insurance Company, Supplemental Brief in Support of Motion for Relief from Automatic Stay [ECF No. 2326]

    Related Documents:

    A. Memorandum of Law in Support of Motion for Relief from the Automatic Stay [ECF No. 712-1]

    B. Declaration of George Calhoun in Support of Motion for Relief from Automatic Stay [ECF No. 712-2]

    C. Amended Notice of Motion and Hearing [ECF No. 723]

D. Declaration of Benjamin S. Kaminetzky in Support of Debtors' Objection to TIG's Motion for Relief from the Automatic Stay [ECF No. 755]

E. Notice of Motion and Hearing [ECF No. 2327]

F. Notice of Adjournment of Hearing Regarding Ironshore Specialty Insurance Company, Formerly Known as TIG Specialty Insurance Company's Motion for Relief from Stay [ECF No. 2354]

G. Scheduling Order. Adv. Pro. No. 21-07005 [ECF No. 17]

H. Notice of Adjournment of Hearing Regarding Ironshore Specialty Insurance Company, Formerly Known as TIG Specialty Insurance Company's Motion for Relief from Stay [ECF No. 2542]

Status: Please see Scheduling Order. Adv. Pro. No. 21-07005 [ECF No. 17].

8. ***Kyle M. Parks Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date filed by Kyle M. Parks [ECF No. 2057]

Objection Deadline: April 14, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents:

A. Notice of Hearing of Motion to File Proof of Claim after Claims Bar Date [ECF No. 2058]

B. Corrected Notice of Hearing of Motion to File Proof of Claim After Claims Bar Date [ECF No. 2080]

C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

D. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

E. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2496]

Status: This matter is continued to April 21, 2021, at 10:00 a.m. (prevailing Eastern Time).

9. ***Arlandis C. Issac Late Claim Motion.*** Motion Tolling Filing Deadline (Claim submitted but not filed - pending disposition of the motion) filed by Arlandis C. Issac [ECF No. 2069]

   Objection Deadline: April 14, 2021 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None

   Reply: None

   Related Documents:

   A. Notice of Hearing: Motion Tolling Filing Deadline [ECF No. 2070]

   B. Corrected Notice of Hearing of Motion Tolling Filing Deadline [ECF No. 2082]

   C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

   D. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

   E. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2496]

   Status: This matter is continued to April 21, 2021, at 10:00 a.m. (prevailing Eastern Time).

10. ***Andre S. Youngblood Late Claim Motion.*** Motion for Tolling Filing Deadline (Claim submitted but not filed - pending disposition of the motion) filed by Andre S. Youngblood [ECF No. 2071]

    Objection Deadline: April 14, 2021 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Reply: None

    Related Documents:

    A. Notice of Hearing: Motion Tolling Filing Deadline [ECF No. 2072]

    B. Corrected Notice of Hearing of Motion Tolling Filing Deadline [ECF No. 2084]

  C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

  D. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

  E. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2496]

 Status: This matter is continued to April 21, 2021, at 10:00 a.m. (prevailing Eastern Time).

11. ***Shane Christian Peterson Late Claim Motion.*** Motion to Request Extension for Filling Proof of Claim (Claim was not included with the motion) filed by Shane Christian Peterson [ECF No. 2086]

 Objection Deadline: April 14, 2021 at 4:00 p.m. (prevailing Eastern Time).

 Responses Received: None

 Reply: None

 Related Documents:

  A. Notice of Hearing of Motion to Request Extension for Filling Proof of Claim [ECF No. 2087]

  B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

  C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

  D. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2496]

 Status: This matter is continued to April 21, 2021, at 10:00 a.m. (prevailing Eastern Time).

12. ***Neil W. King Late Claim Motion.*** Motion for Tolling Filing Deadline (Claim submitted but not filed - pending disposition of the motion) filed by Neil W. King [ECF No. 2088]

 Objection Deadline: April 14, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents:

    A. Notice of Hearing Motion Tolling Filing Deadline [ECF No. 2089]

    B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

    C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

    D. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2496]

Status: This matter is continued to April 21, 2021, at 10:00 a.m. (prevailing Eastern Time).

13. ***Troy A. Pesina Late Claim Motion.*** Motion to File Proof of Claim After Claims Bar Date filed by Troy A. Pesina [ECF No. 2193]

    Objection Deadline: April 14, 2021 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Reply: None

    Related Documents:

        A. Notice of Hearing of Motion to File Proof of Claim After Claims Bar Date [ECF No. 2258]

        B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2357]

        C. Response to Notice of Hearing [ECF No. 2374]

        D. Notice of Adjournment Regarding Motion to File Proof of Claim After Claims Bar Date [ECF No. 2391]

        E. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2495]

    F. Declaration in Support of Request for Acceptance of Claim Filed After "Bar Date" [ECF No. 2543]

Status: This matter is continued to April 21, 2021, at 10:00 a.m. (prevailing Eastern Time).

14. ***Lisa M. Acquaviva Late Claim Motion.*** Motion to File Proof of Claim After Claims Bar Date [ECF No. 2211]

    Objection Deadline: April 14, 2021 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Reply: None

    Related Documents:

        A. Notice of Hearing for Motion to File Proof of Claim After Claims Bar Date [ECF No. 2237]

        B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2357]

        C. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2495]

    Status: This matter is continued to April 21, 2021, at 10:00 a.m. (prevailing Eastern Time).

Dated: March 23, 2021
       New York, New York

DAVIS POLK & WARDWELL LLP

By:   */s/ Eli J. Vonnegut*
      Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*