**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## AFFIDAVIT OF SERVICE

I, Jeff J. BloisseBaez, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight to Lisa M. Acquaviva and Troy A. Pesina, address on file:

- Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2193 And 2211 [Docket No. 2495]

On March 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail on the DN 2496 Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [Docket No. 2496]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford forum, 201 Tresser Boulevard, Stamford, CT 06901.

On March 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the Fee Application Service List attached hereto as **Exhibit B**:

- Fourth Interim Fee Application of Dechert LLP, Special Counsel, for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During the Period October 1, 2020 Through January 31, 2021 [Docket No. 2502]

- Fourth Interim Fee Application of King & Spalding LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2020 Through January 31, 2021 [Docket No. 2511]

- Fourth Interim Fee Application of Davis Polk & Wardwell LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2020 Through January 31, 2021 [Docket No. 2512]

- Declaration of Rory Greiss in Support of Fourth Interim Fee Application of Arnold & Porter Kaye Scholer LLP, for Allowance of Compensation and Reimbursement of Expenses as Special Counsel for the Debtors for the Period from October 1, 2020 Through January 31, 2021 [Docket No. 2513]

- AlixPartners, LLP's Fourth Interim Fee Application for the Period October 1, 2020 Through January 31, 2021 for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Financial Advisor to the Chapter 11 Debtors [Docket No. 2514]

Dated: March 24, 2021

*/s/ Jeff J. BloisseBaez*
Jeff J. BloisseBaez

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on March 24, 2021, by Jeff J. BloisseBaez, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2021

SRF 52016

**<u>Exhibit A</u>**

## Exhibit A

DN 2496 Notice Parties Service List

Served via overnight mail

| NAME | ADDRESS | ADDRESS | City | State | Zip |
|------|---------|---------|------|-------|-----|
| Shane Christian Peterson | Address on file | | | | |
| Andre S. Youngblood | Address on file | | | | |
| Arlandis C. Issac | 4700 Bureau Road South | PO Box 33 (F-1) | Terre Haute | IN | 47808 |
| Kyle Parker | 4700 Bureau Road South | PO Box 33 (F-1) | Terre Haute | IN | 47808 |
| Neal W. King | Address on file | | | | |

**<u>Exhibit B</u>**

Exhibit B

Fee Application Service List

Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Committee | Akin Gump Strauss Hauer & Feld LLP | Attn:  Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz | idizengoff@akingump.com; apreis@akingump.com; mhurley@akingump.com; sbrauner@akingump.com; elisovicz@akingump.com |
| Fee Examiner | Bielli & Klauder, LLC | Attn: David M. Klauder, Esq. | dklauder@bk-legal.com |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Cole Schotz P.C. | Attn: Justin R. Alberto | jalberto@coleschotz.com |
| Counsel to the Debtors and Debtors in Possession | Davis Polk & Wardwell LLP | Attn: Christopher Robertson and Dylan Consla | christopher.robertson@davispolk.com; dylan.consla@davispolk.com |
| Office of The United States Trustee | Office of The United States Trustee | Attn: Paul K. Schwartzberg | paul.schwartzberg@usdoj.gov |
| Debtors | Purdue Pharma L.P. | Attn: Jon Lowne | Jon.Lowne@pharma.com |