Gerard Uzzi
Alexander B. Lees
MILBANK LLP
55 Hudson Yards
New York, New York 10001
Telephone:     (212) 530-5000
Facsimile:      (212) 530-5219

Gregory P. Joseph
Mara Leventhal
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone:     (212) 407-1200
Facsimile:      (212) 407-1280

*Counsel for the Raymond Sackler Family*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al*., | Case No. 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |

**CERTIFICATE OF SERVICE**

    I, Dakota Blake, hereby declare as follows:

    I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Milbank LLP, counsel to the Raymond Sackler Family, in the above-captioned case.

    On the 23rd of March 2021, I caused a copy of the following document:

> Statement / Notice of The Raymond Sackler Family of Filing of Documents Previously Filed Under Seal, with exhibits [ECF 2551] (related documents # 1812, 2404)

to be served upon the parties identified on Exhibit A, attached hereto, by electronic mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2021.

                                                   */s/ Dakota Blake*
                                                   Dakota Blake

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

## **EXHIBIT A**

aa@andrewsthornton.com; shiggins@andrewsthornton.com; rsiko@andrewsthornton.com; Abby.G.Cunningham@wvago.gov; aginfo@azag.gov; ago.info.help@nebraska.gov; ago.info@vermont.gov; ago@state.ma.us; Alison.Archer@ohioattorneygeneral.gov; amathews@scag.gov; andrew.troop@pillsburylaw.com; andrew.alfano@pillsburylaw.com; Anne.Wallice@Kirkland.com; ARheaume@mofo.com; askconsumeraffairs@lps.state.nj.us; attorney.general@ago.mo.gov; attorney.general@alaska.gov; Attorney.General@ct.gov; Attorney.General@state.DE.US; attorneygeneral@doj.nh.gov; badams@egletlaw.com; aham@egletlaw.com; eentsminger@egletlaw.com; bankruptcy@clm.com; bankruptcy@coag.gov; BButterfield@mofo.com; benh@hbsslaw.com; bernard.eskandari@doj.ca.gov; michelle.burkart@doj.ca.gov; timothy.lundgren@doj.ca.gov; bkaswan@scott-scott.com; jscolnick@scott-scott.com; bk-robaldo@oag.texas.gov; bmc@ecfAlerts.com; brett.delange@ag.idaho.gov; Caleb.Holzaepfel@huschblackwell.com; cbrustowicz@clfnola.com; jdetty@clfnola.com; lrichardson@clfnola.com; cbs@agentislaw.com; clynch@reedsmith.com; cmomjian@attorneygeneral.gov; consumer.hotline@doj.state.or.us; consumer.mediation@maine.gov; consumerhelp@state.sd.us; ConsumerInfo@ag.state.la.us; contactdoj@mt.gov; cshore@whitecase.com; michele.meises@whitecase.com; alice.tsier@whitecase.com; ashley.chase@whitecase.com; cspringer@reedsmith.com; CSteege@jenner.com; daluzt@ballardspahr.com; roglenl@ballardspahr.com; daniel.connolly@bracewell.com; robert.burns@bracewell.com; David.Nachman@ag.ny.gov; Denise.Mondell@ct.gov; dina.yunker@atg.wa.gov; dludman@brownconnery.com; donald@creadorelawfirm.com; DonBarrettPA@gmail.com; drbrice@bklawyers.com; dwalfish@walfishfissell.com; dzwally@haugpartners.com; egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com; elizabeth@elizabethcitrin.com; emailago@atg.wa.gov; eneiger@askllp.com; jchristian@askllp.com; eric.gold@mass.gov; esnyder@wilkauslander.com; esserman@sbep-law.com; dapice@sbep-law.com; fredhill70@gmail.com; gbressler@mdmc-law.com; GCicero@brownrudnick.com; DMolton@brownrudnick.com; ggoodman@foley.com; gspizer@vscplaw.com; guzzi@milbank.com; estodola@milbank.com; alees@milbank.com; GWillard@dubllc.com; hawaiiag@hawaii.gov; Heather.Crockett@atg.in.gov; idizengoff@akingump.com; apreis@akingump.com; mhurley@akingump.com; sbrauner@akingump.com; elisovicz@akingump.com; ivolkov@mcgrailbensinger.com; jalberto@coleschotz.com; James.Stempel@Kirkland.Com; jamie.fell@stblaw.com; egraff@stblaw.com; jason.sharp@pillsburylaw.com; jblask@tuckerlaw.com; jdougherty@haugpartners.com; jfrank@fgllp.com; jkleinman@fgllp.com; jgarfinkle@buchalter.com; dslate@buchalter.com; Jill.abrams@vermont.gov; jlibet@scag.gov; Jon.Lowne@pharma.com; jonc@cuneolaw.com;

jonc@cuneolaw.com; jryan@potteranderson.com; astulman@potteranderson.com; rslaugh@potteranderson.com; jshafferman@swc-law.com; jsutton2@ncdoj.gov; juanmartinez@forthepeople.com; judith.fiorentini@doj.ca.gov; jyoung@forthepeople.com; Kathryn.Blake@ag.ny.gov; kcordry@naag.org; keckstein@kramerlevin.com; rringer@kramerlevin.com; Klaw@bbslaw.com; kmaclay@capdale.com; jwehner@capdale.com; jliesemer@capdale.com; tphillips@capdale.com; kmccraw@ncdoj.gov; kstadler@gklaw.com; ktownsend@rcfp.org; lara.fogel@law.njoag.gov; leisenberg@foley.com; litherlandc@gilbertlegal.com; quinnk@gilbertlegal.com; gilberts@gilbertlegal.com; Louis.Testa@ag.ny.gov; luskin@lsellp.com; stern@lsellp.com; mailoag@oag.state.va.us; marshall.turner@huschblackwell.com; Marvin.Clements@ag.tn.gov; mbentley@bentleyandbruning.com; dwallace@bentleyandbruning.com; mbuchman@motleyrice.com; mcyganowski@otterbourg.com; jfeeney@otterbourg.com; mdf@rawlingsandassociates.com; mgold@kkwc.com; rtuchman@kkwc.com; mgoldstein@goodwinlaw.com; wweintraub@goodwinlaw.com; hsteel@goodwinlaw.com; miag@michigan.gov; mike@consovoymccarthy.com; mleventhal@jha.com; dpepe@jha.com; pjerdee@jha.com; cstanley@jha.com; gjoseph@jha.com; mlouis@macelree.com; mmorano@mdmc-law.com; nleonard@mdmc-law.com; mvaneck@attorneygeneral.gov; ndag@nd.gov; nfk@stevenslee.com; cp@stevenslee.com; nicolas.keller@dfs.ny.gov; nowak@marcus-shapira.com; rbarnes@marcus-shapira.com; oag@ArkansasAG.gov; oag@oag.state.md.us; panderson@foxswibel.com; paul.schwartzberg@usdoj.gov; paul.singer@oag.texas.gov; public.information@oag.state.tx.us; Purdue.noticing@dpw.com; purduebankruptcy@hbsslaw.com; purduepharmateam@primeclerk.com; serviceqa@primeclerk.com; reg.boards@tn.gov; rlevin@jenner.com; sam@kellerlenkner.com; sam@mitchellspeights.com; sdnyecf@dor.mo.gov; smarkowitz@tarterkrinsky.com; rcavaliere@tarterkrinsky.com; mbrownstein@tarterkrinsky.com; spohl@brownrudnick.com; tbielli@bk-legal.com; tlauria@whitecase.com; laura.femino@whitecase.com; Trish.Lazich@ohioattorneygeneral.gov; twaldrep@waldrepllp.com; jlyday@waldrepllp.com; jlanik@waldrepllp.com; uag@utah.gov; Umair.Khan@ag.ny.gov; vandermeusejl@doj.state.wi.us; vrubinstein@loeb.com; webmaster@atg.state.il.us; will.sugden@alston.com; jacob.johnson@alston.com; william.hao@alston.com; william.pearson@ag.iowa.gov