WILMER CUTLER PICKERING HALE
  AND DORR LLP

George W. Shuster, Jr.
7 World Trade Center
New York, NY  10007
Telephone:  (212) 937-7518
Facsimile:  (212) 230-8888

Alyssa DaCunha
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.[1]** | |

**SIXTEENTH MONTHLY FEE STATEMENT OF WILMER CUTLER
PICKERING HALE AND DORR LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL
COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE
PERIOD FROM FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Name of Applicant | Wilmer Cutler Pickering Hale and Dorr LLP |
|---|---|
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 544] |
| **Period for which compensation and reimbursement is sought** | February 1, 2021 through February 28, 2021 |

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows:  Purdue Pharma L.P.) (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products, L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT  06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total compensation requested in this statement** | **$12,276.07**[2] **(80% of $15,345.09)** |
| **Total reimbursement of expenses requested in this statement** | **$0.00** |
| **Total compensation and reimbursement requested in this statement** | **$12,276.07** |
| **This is a(n):**   _X Monthly Application    __ Interim Application    __ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code

(the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States

Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order*

*Authorizing the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as*

*Special Counsel for the Debtors* Nunc Pro Tunc *to the Petition Date*, dated November 25, 2019

[Docket No. 544] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim*

*Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21,

2019 [Docket No. 529] (the "**Interim Compensation Order**"), Wilmer Cutler Pickering Hale

and Dorr LLP ("**WilmerHale**"), special counsel for the above-captioned debtors and debtors in

possession (collectively, the "**Debtors**"), submits this *Sixteenth Monthly Fee Statement for*

*Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period*

*from February 1, 2021 Through February 28, 2021* ("**Fee Statement**").[3]  By this Fee Statement,

WilmerHale seeks (i) compensation in the amount of $12,276.07, which is 80% of the total

amount of reasonable compensation for actual, necessary legal services that WilmerHale

incurred in connection with such services during the Fee Period (i.e., $15,345.09), and (ii)

---

[2]  This amount reflects an agreed reduction in fees in the aggregate amount of $2,707.96.

[3]  The period from February 1, 2021 through and including February 28, 2021 is referred to herein as the "**Fee Period**."

payment of $0.00 for the actual, necessary expenses that WilmerHale incurred in connection

with rendering such services during the Fee Period.

### Itemization of Services Rendered and Disbursement Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees

incurred (on an aggregate basis) by WilmerHale partners, associates, law clerks and

paraprofessionals during the Fee Period with respect to each of the project categories

WilmerHale established in accordance with its internal billing procedures.  As reflected in

**Exhibit A**, WilmerHale incurred $18,053.05 in fees during the Fee Period and, pursuant to its

agreement with Purdue Pharma, L.P., reduced that amount to $15,345.09.  Pursuant to this Fee

Statement, WilmerHale seeks compensation for 80% of such fees, totaling $12,276.07.

2.      Attached hereto as **Exhibit B** is a chart of WilmerHale professionals and

paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who

rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period

and the title, hourly rate, aggregate hours worked and the amount of fees earned by each

professional.  The blended hourly billing rate of attorneys for all services provided during the

Fee Period is $955.00.[4]  The blended hourly billing rate of all paraprofessionals is $394.42.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that WilmerHale incurred or

disbursed in the amount of $0.00 in connection with providing professional services to the

Debtors during the Fee Period.  These expense amounts are intended to cover WilmerHale's

direct operating costs, which costs are not incorporated into WilmerHale's hourly billing rates.

Only the clients for whom the services are actually used are separately charged for such services.

The effect of including such expenses as part of the hourly billing rates would unfairly impose

---

[4]  The blended hourly billing rate of $955.00 for attorneys is derived by dividing the total fees for attorneys of $11,269.05 by the total hours of 11.80.

[5]  The blended hourly billing rate of $394.42 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $6,784.00 by the total hours of 17.20.

additional cost upon clients who do not require extensive photocopying, delivery and other

services.

4.      Attached hereto as **Exhibit D** are the related invoices showing the time records of

WilmerHale for the Fee Period organized by project category with a daily time log describing the

time spent by each attorney and other professional during the Fee Period as well as an

itemization of expenses.

**Notice**

5.      WilmerHale will provide notice of this Fee Statement in accordance with the

Interim Compensation Order.  WilmerHale submit that no other or further notice be given.

WHEREFORE, WilmerHale, in connection with services rendered on behalf of the

Debtors, respectfully requests (i) compensation in the amount of **$12,276.07**, which is equal to

80% of the total amount of reasonable compensation for actual, necessary legal services that

WilmerHale incurred in connection with such services during the Fee Period (i.e., $15,345.09),

and (ii) payment of **$0.00** for the actual, necessary expenses that WilmerHale incurred in

connection with such services during the Fee Period.

Dated: March 26, 2021

By:     _/s/ George W. Shuster, Jr._
        WILMER CUTLER PICKERING
        HALE AND DORR LLP

        George W. Shuster, Jr.
        7 World Trade Center
        New York, NY  10007
        Telephone:  (212) 937-7518
        Facsimile:  (212) 230-8888

        Alyssa DaCunha
        1875 Pennsylvania Avenue, N.W.
        Washington, D.C. 20006
        Telephone:  (202) 663-6000
        Facsimile:  (202) 663-6363

        *Special Counsel to the Debtors and Debtors*
        *in Possession*

**<u>Exhibit A</u>**

**Fees By Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee and Retention Applications (B160) | 12.80 | $9,639.75 |
| Congressional Investigation (L120) | 16.20 | $8,413.30 |
| **Total** | **29.00** | **$18,053.05** |
| **Less Agreed Reduction** | | **-$2,707.96** |
| **GRAND TOTAL** | **29.00** | **$15,345.09** |

## Exhibit B

**Professional & Paraprofessional Fees**

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Alyssa DaCunha | Partner; joined firm in 2009; admitted to VA Bar since 2010 and DC Bar 2012; Regulatory and Government Affairs; Litigation / Controversy. | 1,025.00 | 8.60 | 8,815.00 |
| **Partners Total** | | | **8.60** | **$8,815.00** |
| **Associates & Attorneys** | | | | |
| Patricia Hromada | Sr. Staff Attorney; joined firm in 2004; admitted to WV Bar since 2003 and DC Bar since 2005; Discovery Solutions. | 555.00 | 0.70 | 388.50 |
| Sheila E. Menz | Sr. Associate; joined firm in 2014; admitted to CA Bar since 2015 and DC Bar since 2017; Regulatory and Government Affairs; Litigation / Controversy. | 965.00 | 1.00 | 965.00 |
| Allyson M. Pierce | Associate; joined firm in 2019; admitted to CA Bar in 2019; Bankruptcy & Financial Restructuring. | 797.50 | 0.90 | 717.75 |
| Elena M. Satten-Lopez | Associate; joined firm in 2018; admitted to DC Bar in 2020; Regulatory and Government Affairs. | 638.00 | 0.60 | 382.80 |
| **Associates & Attorneys Total** | | | **3.20** | **$2,454.05** |
| **Paraprofessionals** | | | | |
| William E. Lannon | Congressional and Regulatory Investigations Paralegal; joined firm in 2015; Regulatory and Government Affairs. | 420.00 | 1.10 | 462.00 |

---

[1] WilmerHale increased its standard billing rates for all professionals effective as of January 1, 2021 and negotiated a reduction of those rates with the Debtors.

| Professional | Position, Year Assumed Position, Year of Obtaining Relevant License to Practice, Area of Expertise | Negotiated Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Elizabeth W. Rockett | Legislative Assistant; joined firm in 2015; Regulatory and Government Affairs. | 290.00 | 10.30 | 2,987.00 |
| Yolande Thompson | Sr. Paralegal; joined firm in 2005; Bankruptcy & Financial Restructuring. | 575.00 | 5.80 | 3,335.00 |
| **Paraprofessionals Total** | | | **17.20** | **$6,784.00** |
| **TOTAL** | | | **29.00** | **$18,053.05** |
| **Less Agreed Reduction** | | | | **-$2,707.96** |
| **GRAND TOTAL** | | | **29.00** | **$15,345.09** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---:|
| None | 0.00 |
| **TOTAL** | **$0.00** |

**<u>Exhibit D</u>**

**Detailed Time Records and Expenses**

# WILMERHALE  WH

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. █████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 03/25/21 |
| Invoice No. | 2626432 |
| Matter No. | 1653300-00137 |

FOR LEGAL SERVICES RENDERED through February 28, 2021 in connection with the Fee and
Retention Applications matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 9,639.75 |
| Less: 15% Discount | | -1,445.96 |
| **Total Amount Due** | **$** | **8,193.79** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number: █████

Routing Number: █████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00137               Fee and Retention Applications

Invoice No. 2626432
Invoice Date 03/25/21
Legal Services through February 28, 2021


Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/01/21 | Thompson, Yolande | 2.80 | Prepare draft Monthly Fee Statement for December 2020 |
| 02/02/21 | Pierce, Allyson | 0.20 | Review draft of December fee statement |
| 02/02/21 | Pierce, Allyson | 0.10 | Emails with Ms. Thompson, Ms. DaCunha and Mr. Shuster re draft of December fee statement |
| 02/02/21 | Thompson, Yolande | 0.50 | Finalize draft Monthly Fee Statement |
| 02/02/21 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re draft fee statement |
| 02/08/21 | DaCunha, Alyssa | 0.70 | Draft summary of key issues re bankruptcy disclosures |
| 02/08/21 | DaCunha, Alyssa | 0.50 | Teleconference with Mr. Berman, Mr. Shuster re bankruptcy disclosures |
| 02/08/21 | DaCunha, Alyssa | 1.80 | Multiple communications with Mr. Kesselman, Mr. Berman, Mr. Brown re bankruptcy disclosures |
| 02/08/21 | Pierce, Allyson | 0.10 | Circulate calendar invite re upcoming deadline for interim fee application |
| 02/08/21 | Pierce, Allyson | 0.10 | Emails from Mr. Shuster and Ms. DaCunha re upcoming deadline for interim fee application |
| 02/08/21 | Thompson, Yolande | 0.10 | Review emails from Mr. Shuster and Ms. Pierce re Fourth Interim Fee Applications |
| 02/09/21 | DaCunha, Alyssa | 1.50 | Attend to bankruptcy court issues |
| 02/09/21 | Thompson, Yolande | 0.10 | Email to Ms. Pierce re status of December fee statement |
| 02/10/21 | DaCunha, Alyssa | 0.50 | Multiple communications with Mr. Shuster re bankruptcy disclosures |
| 02/10/21 | Pierce, Allyson | 0.10 | Email Ms. DaCunha re review of December fee statement |
| 02/10/21 | Thompson, Yolande | 0.20 | Emails with Ms. Thom in Accounting re Ms. DaCunha's revisions to invoice for December fee statement |
| 02/10/21 | Thompson, Yolande | 0.10 | Review emails from Ms. Pierce and Ms. DaCunha re December fee statement |

Client No. 1653300                    Purdue Pharma, L.P.
Matter No. 1653300-00137              Fee and Retention Applications

Invoice No. 2626432
Invoice Date 03/25/21
Legal Services through February 28, 2021

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/11/21 | Lannon, William E. | 1.10 | Redact fee statement |
| 02/11/21 | Pierce, Allyson | 0.10 | Emails from Ms. Thompson re finalized fee statement |
| 02/11/21 | Pierce, Allyson | 0.20 | Review finalized monthly fee statement |
| 02/11/21 | Thompson, Yolande | 0.10 | Emails with Ms. Pierce re finalized fee statement |
| 02/11/21 | Thompson, Yolande | 0.30 | Finalize December fee statement |
| 02/11/21 | Thompson, Yolande | 0.20 | E-file Monthly Fee Statement for December 2020 |
| 02/11/21 | Thompson, Yolande | 0.10 | Prepare Certificate of Service for fee statement |
| 02/11/21 | Thompson, Yolande | 0.10 | Serve fee statement upon notice parties via email |
| 02/11/21 | Thompson, Yolande | 0.10 | Coordinate with Office Services re sending filed fee statement to Chambers and notice parties via FedEx and first class mail |
| 02/11/21 | Thompson, Yolande | 0.10 | E-file Certificate of Service |
| 02/11/21 | Thompson, Yolande | 0.10 | Prepare service materials |
| 02/11/21 | Thompson, Yolande | 0.10 | Emails with Ms. Thom re LEDES files for December invoices and submitting invoices to client |
| 02/11/21 | Thompson, Yolande | 0.10 | Review redacted invoice for December 2020 |
| 02/11/21 | Thompson, Yolande | 0.10 | Download, update files with filed Fee Statement and related Certificate of Service |
| 02/11/21 | Thompson, Yolande | 0.10 | Emails with Ms. DaCunha and Mr. Shuster re approval of finalized fee statement |
| 02/11/21 | Thompson, Yolande | 0.10 | Review emails from Ms. DaCunha, Ms. Hartman, and Mr. Lannon re redacted invoice for December fee statement |
| 02/16/21 | Thompson, Yolande | 0.10 | Email to Ms. Nobis, fee review coordinator, enclosing LEDES data for December fee statement |
| 02/16/21 | Thompson, Yolande | 0.10 | Emails with Ms. Carter re invoices for January 2021 |
| 02/16/21 | Thompson, Yolande | 0.10 | Emails with Ms. Thom re LEDES files for December invoices |
| **Total** | | **12.80** | |

Client No. 1653300                      Purdue Pharma, L.P.
Matter No. 1653300-00137                Fee and Retention Applications

Invoice No. 2626432
Invoice Date 03/25/21
Legal Services through February 28, 2021

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| DaCunha, Alyssa | 5.00 | 1,025.00 | 5,125.00 |
| Pierce, Allyson | 0.90 | 797.50 | 717.75 |
| Thompson, Yolande | 5.80 | 575.00 | 3,335.00 |
| Lannon, William E. | 1.10 | 420.00 | 462.00 |
| **Total Legal Services** | **12.80** | | **$9,639.75** |

# WILMERHALE [WH]

1875 Pennsylvania Avenue, NW
Washington, DC 20006
wilmerhale.com

FEDERAL TAX ID No. ███████
(800) 526-6682(t)
(937) 395-2200(f)

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| | |
|---|---|
| Invoice Date | 03/25/21 |
| Invoice No. | 2626433 |
| Matter No. | 1653300-00136 |

FOR LEGAL SERVICES RENDERED through February 28, 2021 in connection with the Post Bankruptcy: House Energy & Commerce Inquiry matter, as detailed on the attached.

| | | |
|---|---|---|
| Total Legal Services | $ | 8,413.30 |
| Less: 15% Discount | | -1,262.00 |
| **Total Amount Due** | **$** | **7,151.30** |

DUE UPON RECEIPT
Please remit payment with remittance information by ACH or wire to:

Account Number:   ██████

Routing Number:   ██████

Citibank NA 1101 Pennsylvania Avenue NW, 9th Floor Washington, DC  20004
FBO WILMER CUTLER PICKERING HALE AND DORR LLP

For check payments, please remit to:  P.O. Box 7247-8760  Philadelphia, PA  19170-8760
Please send all correspondence to: WHFinanceClientAccounting@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington

Wilmer Cutler Pickering Hale and Dorr LLP is a Delaware limited liability partnership  Our United Kingdom offices are operated under a separate Delaware limited liability partnership

Client No. 1653300
Matter No. 1653300-00136

Purdue Pharma, L.P.
Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2626433
Invoice Date 03/25/21
Legal Services through February 28, 2021

Colleen MacDonald
Purdue Pharma, L.P.
One Stamford Forum
Stamford, CT 06901-3431

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| L120 - Analysis/Strategy | | | |
| 02/01/21 | Menz, Sheila E. | 0.20 | Analyze █████████████████ |
| 02/01/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 02/02/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 02/03/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 02/03/21 | Satten-Lopez, Elena M. | 0.60 | Analyze ████████████ |
| 02/04/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 02/05/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 02/08/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 02/09/21 | DaCunha, Alyssa | 1.00 | Participate in ████████ |
| 02/09/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 02/10/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 02/11/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████ |
| 02/12/21 | Rockett, Elizabeth W. | 0.40 | Complete ███████████ |
| 02/16/21 | DaCunha, Alyssa | 0.70 | Participate in ████████ |

Client No. 1653300                     Purdue Pharma, L.P.
Matter No. 1653300-00136               Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2626433
Invoice Date 03/25/21
Legal Services through February 28, 2021

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/16/21 | Rockett, Elizabeth W. | 0.40 | Complete ███████████████ ████ |
| 02/17/21 | Rockett, Elizabeth W. | 0.40 | Complete ███████████████ ████ |
| 02/22/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████████ ████ |
| 02/23/21 | DaCunha, Alyssa | 0.50 | Participate in ████████████ |
| 02/23/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████████ ████ |
| 02/24/21 | DaCunha, Alyssa | 0.30 | Multiple communications with ██████ ███████████████ |
| 02/24/21 | DaCunha, Alyssa | 0.80 | Participate in ██████ |
| 02/24/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████████ ████ |
| 02/25/21 | Hromada, Patricia | 0.40 | E-mail communications with ███████ ███████████████ |
| 02/25/21 | Menz, Sheila E. | 0.50 | Strategize with ████████████████ |
| 02/25/21 | Rockett, Elizabeth W. | 0.70 | Complete ███████████████ ████ |
| 02/26/21 | DaCunha, Alyssa | 0.30 | Multiple communications with ██████ ███████████████ |
| 02/26/21 | Hromada, Patricia | 0.30 | E-mail communications with ███████ ███████████████ |
| 02/26/21 | Menz, Sheila E. | 0.30 | Strategize with ███████████████ |
| **Total** | | **16.20** | |

Client No. 1653300                          Purdue Pharma, L.P.
Matter No. 1653300-00136                    Post Bankruptcy: House Energy & Commerce Inquiry

Invoice No. 2626433
Invoice Date 03/25/21
Legal Services through February 28, 2021

**LEGAL SERVICES**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| DaCunha, Alyssa | 3.60 | 1,025.00 | 3,690.00 |
| Menz, Sheila E. | 1.00 | 965.00 | 965.00 |
| Satten-Lopez, Elena M. | 0.60 | 638.00 | 382.80 |
| Hromada, Patricia | 0.70 | 555.00 | 388.50 |
| Rockett, Elizabeth W. | 10.30 | 290.00 | 2,987.00 |
| **Total Legal Services** | **16.20** | | **$8,413.30** |

| Task | Description | Hours | Value |
|---|---|---|---|
| L120 | Analysis/Strategy | 16.20 | 8,413.30 |
| **Total Legal Services** | | **16.20** | **$8,413.30** |