UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

In re:                                          :       Chapter 11
                                                :
PURDUE PHARMA L.P., *et al.*,                   :       Case No. 19-23649 (RDD)
                                                :
                            Debtors.[1]         :       (Jointly Administered)
                                                :

-------------------------------------------------------- x

## STATEMENT OF FEES AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of February 1, 2021 through February 28, 2021 (the "Fourteenth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined). In support of this Monthly Fee Statement, PJT states as follows:

### I. Background

1. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.  On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.  On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.  On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. PJT's Request for Payment of Fees and Expenses

5.  For the Fourteenth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $100.00, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,100.00 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Fourteenth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Fourteenth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses.

Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Fourteenth Compensation Period but not included herein.

6.    An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Fourteenth Compensation Period is attached hereto as <u>Appendix A</u>. A summary of the compensation earned and out-of-pocket expenses incurred during the Fourteenth Compensation Period is outlined below:

| Fourteenth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| February 1 – 28, 2021 | $225,000.00 | ($45,000.00) | $100.00 | **$180,100.00** |

7.    The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 753.5 hours expended by PJT professionals in providing investment banking services to the Debtors during the Fourteenth Compensation Period are provided in <u>Appendix B</u>. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | February 2021 |
|---|---:|
| Tim Coleman | 2.0 |
| Jamie O'Connell | 49.5 |
| Joe Turner | 93.5 |
| Rafael Schnitzler | 31.5 |
| Tom Melvin | 185.5 |
| Jovana Arsic | 110.5 |
| James Carbaugh | 52.5 |
| Lukas Schwarzmann | 138.0 |
| Jasmine Wu | 90.5 |
| **Total Hours** | **753.5** |

## III. <u>Requested Relief</u>

8.   Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $100.00, in each case earned or incurred during the Fourteenth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---:|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 100.00 |
| **Total Amount Due** | **$180,100.00** |

Dated: March 29, 2021                    PJT PARTNERS LP

By: /s/ John James O'Connell
       John James O'Connell III
       Partner
       280 Park Avenue
       New York, NY 10017
       (212) 364-7800

**APPENDIX A**

PJT Partners



March 9, 2021

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of February 1, 2021 through February 28, 2021: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |

Out-of-pocket expenses processed through March 3, 2021:[1]

| | | | |
|---|---|---|---|
| Meals | $     100.00 | | 100.00 |
| **Total Amount Due** | | **$** | **180,100.00** |

**Invoice No. 10017090**

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

|  | GL Detail Mar-21 | | Total Expenses | |
|---|---|---|---|---|
| Employee Meals | $ | 100.00 | $ | 100.00 |
| **Total Expenses** | **$** | **100.00** | **$** | **100.00** |
| | | | | |
| **Meals** | | | **$** | **100.00** |
| | | | | |
| **Total Expenses** | | | **$** | **100.00** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through March 3, 2021**
**Invoice No. 10017090**

**Employee Meals[1]**

| | | | |
|---|---|---|---|
| Turner (weeknight working dinner meal) | 01/06/21 | 20.00 | |
| Turner (weeknight working dinner meal) | 01/07/21 | 20.00 | |
| Turner (weeknight working dinner meal) | 01/11/21 | 20.00 | |
| Turner (weeknight working dinner meal) | 01/12/21 | 20.00 | |
| Turner (weeknight working dinner meal) | 01/13/21 | 20.00 | |
| **Subtotal - Employee Meals** | | **$** | **100.00** |
| | | | |
| **Total Expenses** | | **$** | **100.00** |

---

[1] In accordance with this Court's administrative order, meal expenses have been capped at $20 per individual.

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Title | Hours |
|---|---|---|
| Tim Coleman | Partner | 2.0 |
| Jamie O'Connell | Partner | 49.5 |
| Joe Turner | Managing Director | 93.5 |
| Rafael Schnitzler | Director | 31.5 |
| Tom Melvin | Vice President | 185.5 |
| Jovana Arsic | Associate | 110.5 |
| James Carbaugh | Associate | 52.5 |
| Lukas Schwarzmann | Analyst | 138.0 |
| Jasmine Wu | Analyst | 90.5 |
| | **Total** | **753.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Tim Coleman | 02/03/21 | 2.0 | Dialed into board call |
|  |  | **2.0** |  |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 02/01/21 | 0.5 | Conference call with management and counsel regarding various matters |
| Jamie O'Connell | 02/01/21 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 02/01/21 | 0.5 | Calls with J. Turner regarding various matters |
| Jamie O'Connell | 02/01/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 02/01/21 | 1.0 | Follow-up calls regarding financial matter |
| Jamie O'Connell | 02/02/21 | 2.0 | Calls with J. Turner regarding various matters |
| Jamie O'Connell | 02/02/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 02/02/21 | 1.0 | Update call with management and counsel regarding various matters |
| Jamie O'Connell | 02/02/21 | 0.5 | Call with counsel regarding various matters |
| Jamie O'Connell | 02/03/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 02/03/21 | 0.5 | Review draft presentation |
| Jamie O'Connell | 02/03/21 | 2.0 | Dialed into board call |
| Jamie O'Connell | 02/04/21 | 1.0 | Weekly update call with management and counsel |
| Jamie O'Connell | 02/04/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 02/04/21 | 1.0 | Conference call with management and counsel regarding plan matter |
| Jamie O'Connell | 02/05/21 | 0.5 | Call with J. Turner regarding financial analysis |
| Jamie O'Connell | 02/07/21 | 3.0 | Review and comment on draft analyses |
| Jamie O'Connell | 02/07/21 | 1.0 | Call with J. Turner regarding financial analysis |
| Jamie O'Connell | 02/08/21 | 2.0 | Calls with J. Turner and R. Schnitzler regarding financial analysis |
| Jamie O'Connell | 02/08/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 02/08/21 | 1.0 | Conference call with management and counsel regarding various matters |
| Jamie O'Connell | 02/08/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 02/08/21 | 0.5 | Review and comment on financial analysis |
| Jamie O'Connell | 02/09/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 02/09/21 | 1.0 | Weekly update call with management and counsel |
| Jamie O'Connell | 02/10/21 | 1.0 | Calls regarding financial matter |
| Jamie O'Connell | 02/10/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 02/10/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 02/10/21 | 0.5 | Review of financial analysis |
| Jamie O'Connell | 02/10/21 | 0.5 | Meeting with creditor advisors |
| Jamie O'Connell | 02/10/21 | 0.5 | Follow-up call with J. Turner regarding plan matter |
| Jamie O'Connell | 02/11/21 | 0.5 | Call with J. Turner regarding plan matter |
| Jamie O'Connell | 02/11/21 | 1.0 | Weekly update call with management and counsel |
| Jamie O'Connell | 02/11/21 | 1.0 | Board call |
| Jamie O'Connell | 02/11/21 | 0.5 | Conference call with management regarding financial matter |
| Jamie O'Connell | 02/11/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 02/11/21 | 0.5 | Conference call with management and counsel regarding financial matter |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 02/12/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 02/12/21 | 1.0 | Conference call with internal teams regarding financial analysis |
| Jamie O'Connell | 02/12/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 02/14/21 | 0.5 | Review draft presentation |
| Jamie O'Connell | 02/14/21 | 0.5 | Call with J. Turner regarding draft presentation |
| Jamie O'Connell | 02/15/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 02/16/21 | 0.5 | Review materials in advance of meeting |
| Jamie O'Connell | 02/16/21 | 1.0 | Special committee meeting |
| Jamie O'Connell | 02/16/21 | 1.0 | Weekly update call with advisors |
| Jamie O'Connell | 02/16/21 | 0.5 | Call regarding financial matter |
| Jamie O'Connell | 02/17/21 | 1.0 | Court hearing |
| Jamie O'Connell | 02/17/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 02/18/21 | 1.0 | Weekly call with management and advisors regarding various matters |
| Jamie O'Connell | 02/19/21 | 1.5 | Board call |
| Jamie O'Connell | 02/19/21 | 0.5 | Call with FTI regarding financial matter |
| Jamie O'Connell | 02/21/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 02/22/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 02/22/21 | 1.0 | Conference call with management and advisors regarding plan matter |
| Jamie O'Connell | 02/22/21 | 0.5 | Internal team call regarding various matters |
| Jamie O'Connell | 02/23/21 | 0.5 | Weekly advisor call regarding various matters |
| Jamie O'Connell | 02/23/21 | 0.5 | Conference call with counsel regarding plan matters |
| Jamie O'Connell | 02/23/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 02/24/21 | 3.0 | Dialed into board call |
| Jamie O'Connell | 02/24/21 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 02/28/21 | 0.5 | Call with J. Turner regarding various matters |
| | | **49.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 02/01/21 | 0.5 | Conference call with management and counsel regarding various matters |
| Joe Turner | 02/01/21 | 0.5 | Calls with J. O'Connell regarding various matters |
| Joe Turner | 02/01/21 | 0.5 | Update call with various creditor advisors |
| Joe Turner | 02/01/21 | 1.0 | Correspondences regarding various matters |
| Joe Turner | 02/01/21 | 1.0 | Follow-up calls regarding financial matters |
| Joe Turner | 02/02/21 | 2.0 | Calls with J. O'Connell regarding various matters |
| Joe Turner | 02/02/21 | 1.5 | Review and edit of financial analysis presentation |
| Joe Turner | 02/02/21 | 0.5 | Correspondences regarding various matters |
| Joe Turner | 02/02/21 | 1.0 | Update call with management and counsel regarding various matters |
| Joe Turner | 02/02/21 | 2.0 | Dialed in to Special Committee meeting |
| Joe Turner | 02/02/21 | 0.5 | Call with certain stakeholders/creditors |
| Joe Turner | 02/02/21 | 0.5 | Call with counsel regarding various matters |
| Joe Turner | 02/03/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 02/03/21 | 2.5 | Review and edits to financial analysis presentation |
| Joe Turner | 02/03/21 | 1.5 | Preparation time for board call |
| Joe Turner | 02/03/21 | 2.0 | Dialed into board call |
| Joe Turner | 02/04/21 | 1.0 | Weekly update call with management and counsel |
| Joe Turner | 02/04/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 02/04/21 | 2.5 | Review and edit of financial analysis presentation, including internal call to discuss |
| Joe Turner | 02/04/21 | 1.0 | Conference call with management and counsel regarding plan matter |
| Joe Turner | 02/05/21 | 1.5 | Review and edit of financial analysis presentation |
| Joe Turner | 02/05/21 | 0.5 | Call with certain stakeholders/creditors |
| Joe Turner | 02/05/21 | 0.5 | Call with J. O'Connell regarding financial analysis |
| Joe Turner | 02/07/21 | 4.5 | Review, edit, correspondence regarding financial analysis |
| Joe Turner | 02/07/21 | 1.5 | Review and edits to financial analysis presentation |
| Joe Turner | 02/07/21 | 1.0 | Call with J. O'Connell regarding financial analysis |
| Joe Turner | 02/08/21 | 2.0 | Calls with J. O'Connell and R. Schnitzler regarding financial analysis |
| Joe Turner | 02/08/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 02/08/21 | 1.0 | Conference call with management and counsel regarding various matters |
| Joe Turner | 02/08/21 | 0.5 | Correspondences regarding various matters |
| Joe Turner | 02/08/21 | 0.5 | Call with counsel and certain stakeholders regarding tax items |
| Joe Turner | 02/08/21 | 0.5 | Update call with counsel regarding certain settlement discussions |
| Joe Turner | 02/08/21 | 0.5 | Review and comment on financial analysis |
| Joe Turner | 02/08/21 | 2.0 | Call with creditor advisors and third party regarding diligence process |
| Joe Turner | 02/09/21 | 0.5 | Correspondences regarding various matters |
| Joe Turner | 02/09/21 | 1.0 | 2x calls with management regarding various matters |
| Joe Turner | 02/09/21 | 1.0 | Weekly update call with management and counsel |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 02/10/21 | 1.0 | Calls regarding financial matter |
| Joe Turner | 02/10/21 | 0.5 | Correspondences regarding various matters |
| Joe Turner | 02/10/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 02/10/21 | 2.5 | Review, edit, correspondence regarding financial analysis |
| Joe Turner | 02/10/21 | 0.5 | Meeting with creditor advisors |
| Joe Turner | 02/10/21 | 0.5 | Follow-up call with J. O'Connell regarding plan matter |
| Joe Turner | 02/11/21 | 0.5 | Call with J. O'Connell regarding plan matter |
| Joe Turner | 02/11/21 | 1.0 | Weekly update call with management and counsel |
| Joe Turner | 02/11/21 | 2.5 | Board call, including prep time |
| Joe Turner | 02/11/21 | 0.5 | Conference call with management regarding financial matter |
| Joe Turner | 02/11/21 | 0.5 | Call with management regarding various matters |
| Joe Turner | 02/11/21 | 1.5 | Correspondences regarding various matters |
| Joe Turner | 02/11/21 | 0.5 | Conference call with management and counsel regarding financial matter |
| Joe Turner | 02/12/21 | 1.5 | Correspondences regarding various matters |
| Joe Turner | 02/12/21 | 1.0 | Conference call with internal teams regarding financial analysis |
| Joe Turner | 02/12/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 02/12/21 | 2.0 | Review, edit, correspondence regarding financial analysis |
| Joe Turner | 02/12/21 | 0.5 | Call with counsel regarding various matters |
| Joe Turner | 02/13/21 | 1.5 | Review, edit, correspondence regarding financial analysis |
| Joe Turner | 02/14/21 | 1.5 | Review, edit, correspondence regarding financial analysis |
| Joe Turner | 02/14/21 | 0.5 | Call with J. O'Connell regarding draft presentation |
| Joe Turner | 02/15/21 | 0.5 | Correspondences regarding various matters |
| Joe Turner | 02/16/21 | 1.0 | Special committee preparation time |
| Joe Turner | 02/16/21 | 1.0 | Special committee meeting |
| Joe Turner | 02/16/21 | 1.0 | Weekly update call with advisors |
| Joe Turner | 02/16/21 | 0.5 | Call regarding financial matter |
| Joe Turner | 02/16/21 | 1.0 | Correspondences regarding various matters |
| Joe Turner | 02/17/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 02/18/21 | 1.0 | Weekly advisor/management call |
| Joe Turner | 02/18/21 | 1.0 | Review of various board materials |
| Joe Turner | 02/18/21 | 0.5 | Call with third party regarding various items |
| Joe Turner | 02/19/21 | 2.5 | Board call, including prep time |
| Joe Turner | 02/21/21 | 1.0 | Correspondences regarding various matters |
| Joe Turner | 02/22/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 02/22/21 | 1.0 | Conference call with management and advisors regarding plan matter |
| Joe Turner | 02/22/21 | 0.5 | Internal team call regarding various matters |
| Joe Turner | 02/23/21 | 0.5 | Weekly advisor call regarding various matters |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 02/23/21 | 1.5 | Review, edit, correspondence regarding financial analysis |
| Joe Turner | 02/23/21 | 0.5 | Conference call with counsel regarding plan matters |
| Joe Turner | 02/23/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 02/24/21 | 5.0 | Board call, including prep time |
| Joe Turner | 02/24/21 | 2.0 | Review, edit, correspondence regarding financial analysis |
| Joe Turner | 02/25/21 | 0.5 | Call with creditor advisors regarding financial analyses |
| Joe Turner | 02/25/21 | 1.0 | Correspondences regarding various matters |
| Joe Turner | 02/25/21 | 0.5 | Call with Company regarding BD situation |
| Joe Turner | 02/26/21 | 1.0 | Call with creditor advisors regarding financial analyses |
| Joe Turner | 02/26/21 | 1.5 | Review, edit, correspondence regarding financial analysis |
| Joe Turner | 02/26/21 | 1.0 | 2x calls with potential future stakeholders |
| Joe Turner | 02/28/21 | 0.5 | Call with J. O'Connell regarding various matters |
| | | **93.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 02/01/21 | 0.5 | Catch up call |
| Rafael Schnitzler | 02/01/21 | 3.0 | Prepare and review various financial analyses |
| Rafael Schnitzler | 02/02/21 | 0.5 | Correspondences regarding various matters |
| Rafael Schnitzler | 02/03/21 | 3.0 | Prepare and review various financial analyses |
| Rafael Schnitzler | 02/04/21 | 0.5 | Internal Call |
| Rafael Schnitzler | 02/04/21 | 0.5 | Internal Call |
| Rafael Schnitzler | 02/05/21 | 2.0 | Review and edits to financial analysis presentation |
| Rafael Schnitzler | 02/06/21 | 1.0 | Review and edits to financial analysis presentation |
| Rafael Schnitzler | 02/08/21 | 2.0 | Calls with J. O'Connell and J. Turner regarding financial analysis |
| Rafael Schnitzler | 02/08/21 | 0.5 | Call regarding financial analysis |
| Rafael Schnitzler | 02/08/21 | 0.5 | Call regarding financial analysis |
| Rafael Schnitzler | 02/09/21 | 0.5 | Internal Call |
| Rafael Schnitzler | 02/09/21 | 1.0 | Call with company regarding financial analysis |
| Rafael Schnitzler | 02/10/21 | 2.0 | Correspondence regarding various matters |
| Rafael Schnitzler | 02/12/21 | 1.0 | Call regarding financial analysis |
| Rafael Schnitzler | 02/12/21 | 0.5 | Internal Call |
| Rafael Schnitzler | 02/15/21 | 3.0 | Review and edits to financial analysis presentation |
| Rafael Schnitzler | 02/19/21 | 2.0 | Correspondence regarding various matters |
| Rafael Schnitzler | 02/23/21 | 1.5 | Prepare and review various financial analyses |
| Rafael Schnitzler | 02/26/21 | 3.0 | Review, edit, correspondence regarding financial analysis |
| Rafael Schnitzler | 02/27/21 | 3.0 | Review, edit, correspondence regarding financial analysis |
| | | **31.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 02/01/21 | 0.5 | Conference call with Company and debtor advisors |
| Thomas Melvin | 02/01/21 | 0.5 | Conference call with creditor financial advisors to discuss various matters |
| Thomas Melvin | 02/01/21 | 0.5 | Conference call with DPW and AlixPartners regarding various matters |
| Thomas Melvin | 02/01/21 | 1.0 | Conference call with various creditor legal and financial advisors regarding mediation |
| Thomas Melvin | 02/01/21 | 0.5 | Call with Company management regarding financial analysis |
| Thomas Melvin | 02/01/21 | 5.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/01/21 | 0.5 | Call with DPW regarding financial analysis |
| Thomas Melvin | 02/01/21 | 1.0 | Review and prepare responses to various diligence requests |
| Thomas Melvin | 02/02/21 | 1.0 | Attended Special Committee meeting |
| Thomas Melvin | 02/02/21 | 0.5 | Conference call with DPW, AlixPartners and creditor group regarding various matters |
| Thomas Melvin | 02/02/21 | 0.5 | Conference call with creditor financial advisors to discuss diligence related matters |
| Thomas Melvin | 02/02/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 02/02/21 | 5.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/02/21 | 1.0 | E-mail correspondence with internal team regarding various presentations and analyses |
| Thomas Melvin | 02/02/21 | 1.0 | Review and prepare responses to various diligence requests |
| Thomas Melvin | 02/02/21 | 0.5 | Call with AlixPartners regarding diligence request |
| Thomas Melvin | 02/02/21 | 0.5 | Call with creditor financial advisors regarding various diligence requests |
| Thomas Melvin | 02/03/21 | 2.0 | Attended Board meeting |
| Thomas Melvin | 02/03/21 | 4.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/03/21 | 2.0 | Review and prepare responses to various diligence requests |
| Thomas Melvin | 02/04/21 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 02/04/21 | 0.5 | Conference call with DPW and AlixPartners regarding various matters |
| Thomas Melvin | 02/04/21 | 1.0 | Conference call with Company management, AlixPartners and DPW regarding Plan-related matters |
| Thomas Melvin | 02/04/21 | 0.5 | Conference call with Company management and AlixPartners regarding financial analysis |
| Thomas Melvin | 02/04/21 | 0.5 | Internal team call regarding financial analysis |
| Thomas Melvin | 02/04/21 | 1.0 | Conference call with AlixPartners, DPW, Company management and creditor advisors regarding Plan-related matters |
| Thomas Melvin | 02/04/21 | 0.5 | Internal team call regarding financial analysis |
| Thomas Melvin | 02/04/21 | 0.5 | Call with Company management and AlixPartners regarding financial analysis |
| Thomas Melvin | 02/04/21 | 1.0 | Review and prepare responses to various diligence requests |
| Thomas Melvin | 02/04/21 | 1.0 | Review various analyses prepared by AlixPartners |
| Thomas Melvin | 02/04/21 | 3.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/05/21 | 1.0 | Conference call with Company management, DPW, AlixPartners and creditor advisors regarding various matters |
| Thomas Melvin | 02/05/21 | 3.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/05/21 | 1.0 | Review various materials from DPW and AlixPartners |
| Thomas Melvin | 02/05/21 | 1.0 | E-mail correspondence with DPW regarding various matters |
| Thomas Melvin | 02/06/21 | 3.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/06/21 | 0.5 | Review analysis received from Company management |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 02/07/21 | 4.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/08/21 | 0.5 | Call with Company and debtor advisors regarding financial analysis |
| Thomas Melvin | 02/08/21 | 0.5 | Call with DPW and AlixPartners regarding various negotiations |
| Thomas Melvin | 02/08/21 | 0.5 | Internal team call regarding financial analysis |
| Thomas Melvin | 02/08/21 | 0.5 | Conference call with DPW, AlixPartners and creditor advisors regarding tax-related matters |
| Thomas Melvin | 02/08/21 | 1.0 | Conference call with Company management, AlixPartners and DPW regarding various matters |
| Thomas Melvin | 02/08/21 | 1.0 | Conference call with AlixPartners and creditor group financial advisors regarding diligence-related matters |
| Thomas Melvin | 02/08/21 | 3.0 | Review various financial schedules |
| Thomas Melvin | 02/08/21 | 4.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/09/21 | 0.5 | Call with Company management and AlixPartners regarding financial analysis |
| Thomas Melvin | 02/09/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 02/09/21 | 1.0 | E-mail correspondence with Company management and creditor financial advisors regarding diligence requests |
| Thomas Melvin | 02/09/21 | 3.5 | Prepare and review various financial analyses requested by DPW |
| Thomas Melvin | 02/10/21 | 0.5 | Call with AlixPartners and creditor advisors regarding financial analysis |
| Thomas Melvin | 02/10/21 | 0.5 | Conference call with Company management, DPW and AlixPartners regarding tax-related matters |
| Thomas Melvin | 02/10/21 | 0.5 | Internal team call regarding financial analysis |
| Thomas Melvin | 02/10/21 | 4.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/10/21 | 1.5 | Review and prepare responses to various diligence requests |
| Thomas Melvin | 02/10/21 | 1.0 | E-mail correspondence with internal team regarding various presentations and analyses |
| Thomas Melvin | 02/11/21 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 02/11/21 | 2.0 | Attended Board meeting |
| Thomas Melvin | 02/11/21 | 0.5 | Conference call with DPW and AlixPartners regarding various matters |
| Thomas Melvin | 02/11/21 | 0.5 | Call with Company management and AlixPartners regarding creditor advisor diligence requests |
| Thomas Melvin | 02/11/21 | 0.5 | Call with DPW regarding various legal matters |
| Thomas Melvin | 02/11/21 | 0.5 | Conference call with Company management, AlixPartners and DPW regarding various diligence requests |
| Thomas Melvin | 02/11/21 | 1.5 | E-mail correspondence with DPW and AlixPartners regarding various matters |
| Thomas Melvin | 02/11/21 | 3.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/11/21 | 1.0 | Review and prepare responses to various diligence requests |
| Thomas Melvin | 02/12/21 | 1.0 | Internal team call regarding financial analysis |
| Thomas Melvin | 02/12/21 | 0.5 | Call with DPW and AlixPartners regarding various matters |
| Thomas Melvin | 02/12/21 | 0.5 | Call with creditor financial advisors regarding financial analysis |
| Thomas Melvin | 02/12/21 | 2.5 | Review Plan-related materials from DPW |
| Thomas Melvin | 02/12/21 | 2.5 | Review and prepare responses to various diligence requests |
| Thomas Melvin | 02/12/21 | 1.0 | E-mail correspondence with DPW and AlixPartners regarding diligence requests |
| Thomas Melvin | 02/12/21 | 2.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/13/21 | 2.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/13/21 | 0.5 | E-mail correspondence with internal team and DPW regarding financial analysis |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 02/14/21 | 2.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/15/21 | 2.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/15/21 | 1.0 | E-mail correspondence with internal team and DPW regarding various matters |
| Thomas Melvin | 02/16/21 | 1.0 | Attended Special Committee meeting |
| Thomas Melvin | 02/16/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 02/16/21 | 2.5 | Review Plan-related materials from DPW |
| Thomas Melvin | 02/16/21 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding upcoming meetings |
| Thomas Melvin | 02/16/21 | 1.0 | Review and prepare responses to various diligence requests |
| Thomas Melvin | 02/16/21 | 1.5 | Prepare and review various financial analyses |
| Thomas Melvin | 02/17/21 | 0.5 | Call with AlixPartners and DPW regarding Plan-related matters |
| Thomas Melvin | 02/17/21 | 0.5 | Conference call with AlixPartners and creditor group financial advisors regarding trust-related diligence |
| Thomas Melvin | 02/17/21 | 2.0 | Review Plan-related materials from DPW |
| Thomas Melvin | 02/17/21 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding upcoming meetings |
| Thomas Melvin | 02/17/21 | 2.0 | Review and prepare responses to various diligence requests |
| Thomas Melvin | 02/17/21 | 2.0 | Review financial analysis |
| Thomas Melvin | 02/18/21 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 02/18/21 | 1.0 | Review tax-related financial analysis |
| Thomas Melvin | 02/18/21 | 1.5 | Review and prepare responses to various diligence requests |
| Thomas Melvin | 02/18/21 | 2.5 | Prepare and review various financial analyses |
| Thomas Melvin | 02/18/21 | 1.0 | Review various materials from creditor financial advisors |
| Thomas Melvin | 02/18/21 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding various matters |
| Thomas Melvin | 02/19/21 | 0.5 | Call with AlixPartners and creditor advisors regarding financial analysis |
| Thomas Melvin | 02/19/21 | 0.5 | Internal team call regarding financial analysis |
| Thomas Melvin | 02/19/21 | 0.5 | Call with AlixPartners and creditor financial advisors regarding financial analysis |
| Thomas Melvin | 02/19/21 | 2.0 | Attended Board meeting |
| Thomas Melvin | 02/19/21 | 1.0 | Conference call with AlixPartners and creditor financial advisors regarding various diligence requests |
| Thomas Melvin | 02/19/21 | 0.5 | Call with Company management and AlixPartners regarding financial analysis |
| Thomas Melvin | 02/19/21 | 0.5 | Internal team call regarding various negotiations |
| Thomas Melvin | 02/19/21 | 1.0 | E-mail correspondence with internal team regarding various presentations and analyses |
| Thomas Melvin | 02/19/21 | 0.5 | E-mail correspondence with Company management regarding upcoming meetings |
| Thomas Melvin | 02/19/21 | 2.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/20/21 | 0.5 | Call with Company management and AlixPartners regarding various negotiations |
| Thomas Melvin | 02/20/21 | 1.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/21/21 | 1.0 | Review Plan-related materials from DPW |
| Thomas Melvin | 02/21/21 | 1.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/22/21 | 0.5 | Call with Company management, DPW and AlixPartners regarding various matters |
| Thomas Melvin | 02/22/21 | 0.5 | Internal team weekly call |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 02/22/21 | 2.0 | Review Plan-related materials from DPW |
| Thomas Melvin | 02/22/21 | 2.0 | Review financial analysis from AlixPartners |
| Thomas Melvin | 02/23/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 02/23/21 | 1.0 | Conference call with DPW and AlixPartners regarding various matters |
| Thomas Melvin | 02/23/21 | 2.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/23/21 | 2.5 | Respond to various inquiries from DPW and Company management |
| Thomas Melvin | 02/23/21 | 1.0 | E-mail correspondence with Company management regarding financial analysis |
| Thomas Melvin | 02/24/21 | 5.0 | Attended Board meeting |
| Thomas Melvin | 02/24/21 | 0.5 | Call with Company management regarding financial analysis |
| Thomas Melvin | 02/24/21 | 0.5 | Call with Company management and AlixPartners regarding financial and strategic analysis |
| Thomas Melvin | 02/24/21 | 3.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/25/21 | 1.0 | Weekly call with Company management and debtor advisors |
| Thomas Melvin | 02/25/21 | 0.5 | Conference call with AlixPartners and creditor financial advisors regarding financial analysis |
| Thomas Melvin | 02/25/21 | 0.5 | Call with AlixPartners and DPW regarding Plan-related matters |
| Thomas Melvin | 02/25/21 | 0.5 | Prepare and review agenda for weekly meeting |
| Thomas Melvin | 02/25/21 | 1.0 | Review and prepare responses to various diligence requests |
| Thomas Melvin | 02/25/21 | 3.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/25/21 | 1.0 | E-mail correspondence with Company management and AlixPartners regarding financial analysis |
| Thomas Melvin | 02/26/21 | 0.5 | Call with AlixPartners and Company management regarding business plan |
| Thomas Melvin | 02/26/21 | 0.5 | Call with AlixPartners and Company management regarding financial analysis |
| Thomas Melvin | 02/26/21 | 1.0 | Conference call with AlixPartners and creditor financial advisors regarding Plan-related matters |
| Thomas Melvin | 02/26/21 | 1.5 | E-mail correspondence with Company management and AlixPartners regarding financial analysis |
| Thomas Melvin | 02/26/21 | 4.0 | Prepare and review various financial analyses |
| Thomas Melvin | 02/27/21 | 2.5 | Prepare and review various financial analyses |
| Thomas Melvin | 02/27/21 | 1.5 | Review Plan-related materials from DPW |
| Thomas Melvin | 02/28/21 | 2.5 | Prepare and review various financial analyses |
| Thomas Melvin | 02/28/21 | 0.5 | Review Plan-related materials from DPW |
| | | **185.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 02/01/21 | 0.5 | Conference call with management and counsel regarding various matters |
| Jovana Arsic | 02/01/21 | 0.5 | Update call with various creditor advisors |
| Jovana Arsic | 02/01/21 | 1.0 | Correspondences regarding various matters |
| Jovana Arsic | 02/01/21 | 0.5 | Call with DPW regarding financial analysis |
| Jovana Arsic | 02/01/21 | 4.0 | Prepare and review various financial analyses |
| Jovana Arsic | 02/02/21 | 1.0 | Update call with management and counsel regarding various matters |
| Jovana Arsic | 02/02/21 | 0.5 | Call with certain stakeholders/creditors |
| Jovana Arsic | 02/02/21 | 1.0 | Update call with other advisors |
| Jovana Arsic | 02/02/21 | 0.5 | Call with counsel regarding various matters |
| Jovana Arsic | 02/02/21 | 5.0 | Prepare and review various financial analyses |
| Jovana Arsic | 02/03/21 | 3.0 | Prepare and review various financial analyses |
| Jovana Arsic | 02/04/21 | 1.0 | Weekly update call with management and counsel |
| Jovana Arsic | 02/04/21 | 2.5 | Review and edit of financial analysis presentation, including internal call to discuss |
| Jovana Arsic | 02/04/21 | 1.0 | 2x Internal PJT call |
| Jovana Arsic | 02/04/21 | 2.0 | 2x Conference call with management and counsel regarding plan matter |
| Jovana Arsic | 02/04/21 | 3.0 | Prepare and review various financial analyses |
| Jovana Arsic | 02/05/21 | 0.5 | Internal PJT call re financial analysis |
| Jovana Arsic | 02/05/21 | 1.5 | Review and edit of financial analysis presentation |
| Jovana Arsic | 02/05/21 | 1.0 | Call with counsel and certain stakeholders regarding various financial items |
| Jovana Arsic | 02/05/21 | 2.0 | Prepare and review various financial analyses |
| Jovana Arsic | 02/07/21 | 6.0 | Review, edit, correspondence regarding financial analysis |
| Jovana Arsic | 02/07/21 | 2.0 | Review and edits to financial analysis presentation |
| Jovana Arsic | 02/08/21 | 1.0 | Conference call with management and counsel regarding various matters |
| Jovana Arsic | 02/08/21 | 1.0 | Update call with counsel regarding certain settlement discussions |
| Jovana Arsic | 02/08/21 | 4.0 | Prepare materials |
| Jovana Arsic | 02/08/21 | 0.5 | Internal team call regarding financial analysis |
| Jovana Arsic | 02/08/21 | 4.0 | Prepare and review various financial analyses |
| Jovana Arsic | 02/08/21 | 2.0 | Call with creditor advisors and third party regarding diligence process |
| Jovana Arsic | 02/09/21 | 1.0 | Correspondences regarding various matters |
| Jovana Arsic | 02/09/21 | 1.0 | Calls with management regarding various matters |
| Jovana Arsic | 02/09/21 | 1.0 | Weekly update call with management and counsel |
| Jovana Arsic | 02/10/21 | 1.0 | Calls regarding financial matter |
| Jovana Arsic | 02/10/21 | 0.5 | Correspondences regarding various matters |
| Jovana Arsic | 02/10/21 | 3.5 | Review, edit, correspondence regarding financial analysis |
| Jovana Arsic | 02/10/21 | 0.5 | Meeting with creditor advisors |
| Jovana Arsic | 02/11/21 | 1.0 | Weekly update call with management and counsel |
| Jovana Arsic | 02/11/21 | 0.5 | Conference call with management regarding financial matter |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 02/11/21 | 0.5 | Call with management regarding various matters |
| Jovana Arsic | 02/11/21 | 3.0 | Prepare and review various financial analyses |
| Jovana Arsic | 02/11/21 | 0.5 | Conference call with management and counsel regarding financial matter |
| Jovana Arsic | 02/12/21 | 1.5 | Correspondences regarding various matters |
| Jovana Arsic | 02/12/21 | 1.0 | Conference call with internal teams regarding financial analysis |
| Jovana Arsic | 02/12/21 | 2.0 | Prepare and review various financial analyses |
| Jovana Arsic | 02/12/21 | 0.5 | Call with counsel regarding various matters |
| Jovana Arsic | 02/13/21 | 2.5 | Review, edit, correspondence regarding financial analysis |
| Jovana Arsic | 02/14/21 | 2.0 | Review, edit, correspondence regarding financial analysis |
| Jovana Arsic | 02/15/21 | 0.5 | Correspondences regarding various matters |
| Jovana Arsic | 02/16/21 | 1.0 | Weekly update call with advisors |
| Jovana Arsic | 02/16/21 | 0.5 | Call regarding financial matter |
| Jovana Arsic | 02/16/21 | 1.0 | Correspondences regarding various matters |
| Jovana Arsic | 02/18/21 | 1.0 | Weekly advisor/management call |
| Jovana Arsic | 02/18/21 | 0.5 | Call with third party regarding various items |
| Jovana Arsic | 02/19/21 | 2.0 | Prepare and review various financial analyses |
| Jovana Arsic | 02/21/21 | 1.0 | Correspondences regarding various matters |
| Jovana Arsic | 02/21/21 | 2.0 | Prepare and review various financial analyses |
| Jovana Arsic | 02/22/21 | 1.0 | Conference call with management and advisors regarding plan matter |
| Jovana Arsic | 02/22/21 | 0.5 | Internal team call regarding various matters |
| Jovana Arsic | 02/22/21 | 1.0 | Prepare and review various financial analyses |
| Jovana Arsic | 02/23/21 | 0.5 | Weekly advisor call regarding various matters |
| Jovana Arsic | 02/23/21 | 1.5 | Review, edit, correspondence regarding financial analysis |
| Jovana Arsic | 02/23/21 | 2.0 | Prepare and review various financial analyses |
| Jovana Arsic | 02/23/21 | 0.5 | Conference call with counsel regarding plan matters |
| Jovana Arsic | 02/24/21 | 2.0 | Review, edit, correspondence regarding financial analysis |
| Jovana Arsic | 02/24/21 | 3.0 | Prepare and review various financial analyses |
| Jovana Arsic | 02/25/21 | 0.5 | Call with creditor advisors regarding financial analyses |
| Jovana Arsic | 02/25/21 | 1.0 | Correspondences regarding various matters |
| Jovana Arsic | 02/25/21 | 3.0 | Prepare and review various financial analyses |
| Jovana Arsic | 02/26/21 | 1.0 | Call with creditor advisors regarding financial analyses |
| Jovana Arsic | 02/26/21 | 1.5 | Review, edit, correspondence regarding financial analysis |
| Jovana Arsic | 02/26/21 | 3.0 | Prepare and review various financial analyses |
| Jovana Arsic | 02/26/21 | 1.0 | 2x calls with potential future stakeholders |
| Jovana Arsic | 02/28/21 | 2.0 | Review Plan-related materials from DPW |
| | | **110.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| James Carbaugh | 02/01/21 | 0.5 | Catch up call |
| James Carbaugh | 02/01/21 | 5.0 | Financial Analysis |
| James Carbaugh | 02/02/21 | 5.0 | Financial Analysis |
| James Carbaugh | 02/04/21 | 0.5 | Internal Call |
| James Carbaugh | 02/04/21 | 0.5 | Internal Call |
| James Carbaugh | 02/04/21 | 3.0 | Financial Analysis |
| James Carbaugh | 02/05/21 | 4.0 | Financial Analysis |
| James Carbaugh | 02/08/21 | 3.0 | Financial Analysis |
| James Carbaugh | 02/08/21 | 0.5 | Call regarding financial analysis |
| James Carbaugh | 02/08/21 | 0.5 | Call regarding financial analysis |
| James Carbaugh | 02/09/21 | 0.5 | Internal Call |
| James Carbaugh | 02/09/21 | 1.0 | Call with company regarding financial analysis |
| James Carbaugh | 02/10/21 | 5.0 | Financial Analysis |
| James Carbaugh | 02/11/21 | 5.0 | Financial Analysis |
| James Carbaugh | 02/12/21 | 1.0 | Call regarding financial analysis |
| James Carbaugh | 02/12/21 | 0.5 | Internal Call |
| James Carbaugh | 02/26/21 | 6.0 | Financial Analysis |
| James Carbaugh | 02/27/21 | 5.0 | Financial Analysis |
| James Carbaugh | 02/28/21 | 6.0 | Financial Analysis |
| | | **52.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 02/01/21 | 0.5 | Catch up call |
| Lukas Schwarzmann | 02/01/21 | 5.0 | Financial Analysis |
| Lukas Schwarzmann | 02/02/21 | 1.0 | Call with advisors |
| Lukas Schwarzmann | 02/02/21 | 4.0 | Financial Analysis |
| Lukas Schwarzmann | 02/03/21 | 4.0 | Financial Analysis |
| Lukas Schwarzmann | 02/04/21 | 5.0 | Financial Analysis |
| Lukas Schwarzmann | 02/04/21 | 1.0 | Biweekly catch up call |
| Lukas Schwarzmann | 02/04/21 | 0.5 | Call with Company and Legal Counsel |
| Lukas Schwarzmann | 02/04/21 | 0.5 | Call regarding Financial Analysis |
| Lukas Schwarzmann | 02/04/21 | 2.0 | Call with Company and Legal Counsel |
| Lukas Schwarzmann | 02/04/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 02/05/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 02/05/21 | 5.0 | Financial Analysis |
| Lukas Schwarzmann | 02/05/21 | 1.0 | Call with Legal Counsel |
| Lukas Schwarzmann | 02/05/21 | 4.0 | Financial Analysis |
| Lukas Schwarzmann | 02/08/21 | 6.0 | Financial Analysis |
| Lukas Schwarzmann | 02/08/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 02/08/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 02/08/21 | 0.5 | Catch up call internally |
| Lukas Schwarzmann | 02/08/21 | 2.0 | Call with creditor advisors and third party regarding diligence process |
| Lukas Schwarzmann | 02/09/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 02/09/21 | 5.0 | Financial Analysis |
| Lukas Schwarzmann | 02/10/21 | 0.5 | Call among advisors |
| Lukas Schwarzmann | 02/10/21 | 5.0 | Financial Analysis |
| Lukas Schwarzmann | 02/10/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 02/11/21 | 1.0 | Biweekly catch up call |
| Lukas Schwarzmann | 02/11/21 | 5.0 | Financial Analysis |
| Lukas Schwarzmann | 02/11/21 | 0.5 | Call with management regarding due diligence |
| Lukas Schwarzmann | 02/11/21 | 0.5 | Call with management and legal counsel regarding due diligence |
| Lukas Schwarzmann | 02/12/21 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 02/12/21 | 1.0 | Call regarding financial analysis |
| Lukas Schwarzmann | 02/12/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 02/14/21 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 02/16/21 | 1.5 | Due diligence on potential stakeholder |
| Lukas Schwarzmann | 02/16/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 02/16/21 | 4.0 | Financial Analysis |
| Lukas Schwarzmann | 02/17/21 | 4.0 | Financial Analysis |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 02/17/21 | 0.5 | Due diligence on potential stakeholder |
| Lukas Schwarzmann | 02/18/21 | 3.0 | Financial Analysis |
| Lukas Schwarzmann | 02/18/21 | 1.5 | Biweekly catch up call |
| Lukas Schwarzmann | 02/19/21 | 5.0 | Financial Analysis |
| Lukas Schwarzmann | 02/19/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 02/19/21 | 0.5 | Call with advisors |
| Lukas Schwarzmann | 02/19/21 | 1.0 | Call on due diligence |
| Lukas Schwarzmann | 02/19/21 | 1.0 | Call with company regarding financial analysis |
| Lukas Schwarzmann | 02/19/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 02/20/21 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 02/20/21 | 0.5 | Call with company regarding financial analysis |
| Lukas Schwarzmann | 02/21/21 | 4.0 | Financial Analysis |
| Lukas Schwarzmann | 02/22/21 | 2.0 | Financial Analysis |
| Lukas Schwarzmann | 02/22/21 | 0.5 | Call with advisors |
| Lukas Schwarzmann | 02/22/21 | 0.5 | Internal Call |
| Lukas Schwarzmann | 02/23/21 | 6.0 | Financial Analysis |
| Lukas Schwarzmann | 02/23/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 02/24/21 | 5.0 | Financial Analysis |
| Lukas Schwarzmann | 02/25/21 | 4.0 | Financial Analysis |
| Lukas Schwarzmann | 02/25/21 | 1.0 | Biweekly catch up call |
| Lukas Schwarzmann | 02/25/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 02/26/21 | 0.5 | Call with company regarding financial analysis |
| Lukas Schwarzmann | 02/26/21 | 6.0 | Financial Analysis |
| Lukas Schwarzmann | 02/27/21 | 5.0 | Financial Analysis |
| Lukas Schwarzmann | 02/28/21 | 6.0 | Financial Analysis |
| | | **138.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jasmine Wu | 02/01/21 | 0.5 | Catch up call |
| Jasmine Wu | 02/01/21 | 7.0 | Financial Analysis |
| Jasmine Wu | 02/02/21 | 6.0 | Financial Analysis |
| Jasmine Wu | 02/03/21 | 5.0 | Financial Analysis |
| Jasmine Wu | 02/04/21 | 5.0 | Financial Analysis |
| Jasmine Wu | 02/04/21 | 0.5 | Internal Call |
| Jasmine Wu | 02/04/21 | 0.5 | Internal Call |
| Jasmine Wu | 02/05/21 | 5.0 | Financial Analysis |
| Jasmine Wu | 02/06/21 | 5.0 | Financial Analysis |
| Jasmine Wu | 02/07/21 | 4.0 | Financial Analysis |
| Jasmine Wu | 02/08/21 | 0.5 | Call regarding financial analysis |
| Jasmine Wu | 02/08/21 | 0.5 | Call regarding financial analysis |
| Jasmine Wu | 02/08/21 | 5.0 | Financial Analysis |
| Jasmine Wu | 02/09/21 | 5.0 | Financial Analysis |
| Jasmine Wu | 02/09/21 | 0.5 | Internal Call |
| Jasmine Wu | 02/09/21 | 0.5 | Call with company regarding financial analysis |
| Jasmine Wu | 02/10/21 | 4.0 | Financial Analysis |
| Jasmine Wu | 02/11/21 | 4.0 | Financial Analysis |
| Jasmine Wu | 02/12/21 | 1.0 | Call regarding financial analysis |
| Jasmine Wu | 02/12/21 | 0.5 | Internal Call |
| Jasmine Wu | 02/12/21 | 0.5 | Internal Call |
| Jasmine Wu | 02/14/21 | 6.0 | Financial Analysis |
| Jasmine Wu | 02/15/21 | 3.0 | Financial Analysis |
| Jasmine Wu | 02/19/21 | 5.0 | Financial Analysis |
| Jasmine Wu | 02/26/21 | 6.0 | Financial Analysis |
| Jasmine Wu | 02/27/21 | 5.0 | Financial Analysis |
| Jasmine Wu | 02/28/21 | 5.0 | Financial Analysis |
| | | **90.5** | |