**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD) |

**ORDER DENYING MORTIMER D. SACKLER ICSP'S**
**MOTION TO SEAL DOCUMENTS SUBMITTED IN CONNECTION WITH**
**THE LIMITED OBJECTION TO THE MEDIA INTERVENORS'**
**MOTIONS TO UNSEAL JUDICIAL RECORDS**

Upon the Mortimer D. Sackler ICSP's *Motion to Seal Documents Submitted in Connection with the Limited Objection to the Media Intervenors' Motion to Intervene and Unseal Judicial Records* [Dkt. No. 2396] (the "**Motion to Seal**" by the "**Side A ICSPs**"); and upon the Media Intervenors' objection to the Motion to Seal; and upon the record of the hearing held by the Court on the Motion to Seal on March 24, 2021; and the Court having jurisdiction pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and no additional notice or hearing being required; and, after due deliberation and for the reasons stated by the Court in its bench ruling at the hearing, the Court having determined that the Side A ICSPs have not carried their burden with respect to the Motion to Seal; now, therefore, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

**ORDERED**, that:

1. The Side A ICSP's Motion to Seal is denied.

2. Within three days of entry of this Order, the Side A ICSPs shall publicly file an unredacted version of the *Declaration of Jasmine Ball* [Dkt. No. 2362] and the exhibits thereto.

3. In so ruling, the Court does not in any way endorse the third-party statements reflected in the exhibits to the *Declaration of Jasmine Ball* [Dkt. No. 2362].

Dated: March 29, 2021
White Plains, New York

*/s/Robert D. Drain*
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE