UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re: PURDUE PHARMA L.P., et al.,

                Debtor

-------------------------------------------------------------x

                Plaintiff

        v.

                Defendant

-------------------------------------------------------------x

Case No.: 19-23649
Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, ---------Michael P. O'Neil--------------, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Ad Hoc Group of Hospitals, a group of creditors in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of Indiana and, if applicable, the bar of the U.S. District Court for the Northern District of Indiana, and others.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: March 29, 2021

/s/ Michael P. O'Neil
*Mailing Address*:

Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
*E-mail address*: moneil@taftlaw.com
*Telephone number*: (317) 713-3561

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

    PURDUE PHARMA L.P., et al.,

                            Debtor

------------------------------------------------------------x

                            Plaintiff

                v.

                            Defendant

------------------------------------------------------------x

Case No.: 19-23649

Chapter 11

Adversary Proceeding No.: _____

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Michael P. O'Neil , to be admitted, ***pro hac vice***, to represent  Ad Hoc Group of Hospitals , (the "Client") a  group of creditors  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Indiana  and, if applicable, the bar of the U.S. District Court for the  Northern  District of  Indiana, and others , it is hereby

**ORDERED**, that  Michael P. O'Neil , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____

                                                   UNITED STATES BANKRUPTCY JUDGE