UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P. , *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. [1] | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF
PRIME CLERK LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS,
FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

By this monthly fee statement (the "**Statement**"), pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby seeks compensation and reimbursement for reasonable and necessary fees and expenses incurred for the period from February 1, 2021 through February 28, 2021 (the "**Statement Period**"). In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Compensation Order**"), Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in an amount

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

equal to $31,671.25 and payment of $25,337.00, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in an amount equal to $0.00. In support of the Statement, Prime Clerk respectfully represents as follows:

| | |
|---|---|
| Name of Professional: | Prime Clerk LLC |
| Authorized to Provide Administrative Advisor Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 21, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for which compensation and reimbursement is sought: | February 1, 2021 through February 28, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $31,671.25[2] |
| 80% of compensation sought as actual, reasonable and necessary: | $25,337.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $0.00 |
| **Total amount to be paid at this time:** | **$25,337.00** |

---

[2] In accordance with the Compensation Order, at the expiration of the Objection Deadline (as defined in the Compensation Order), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Statement to which no Objection (as defined in the Compensation Order) has been served.

**Prior Monthly Fee Statements**

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses | Holdback (20%) |
|---|---|---|---|---|---|---|
| 3/1/21; ECF No. 2431 | 2/1/20 – 2/29/20; 8/1/20 – 8/31/20; 12/1/20 – 1/31/21 | $16,432.25 (payment of 80% or $13,145.80) | $0.00 | $13,145.80 (80% of $16,432.25) | $0.00 | $3,286.45 |

**Prior Interim Fee Application**

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| 3/15/21; ECF No. 2482 | 2/1/20 – 1/31/21 | $16,432.25 | $0.00 | TBD[3] | TBD |

**Summary of Hours Billed by Prime Clerk Employees During the Statement Period**

| Employee Name | Title | Total Hours | Rate | Total |
|---|---|---|---|---|
| Concepcion, Alexa | Director of Solicitation | 1.10 | $231.50 | $254.65 |
| Daloia, James F | Director of Solicitation | 1.10 | $231.50 | $254.65 |
| Johnson, Craig | Director of Solicitation | 44.50 | $231.50 | $10,301.75 |
| Orchowski, Alex T | Director of Solicitation | 37.10 | $231.50 | $8,588.65 |
| Sharp, David | Director of Solicitation | 4.20 | $231.50 | $972.30 |
| Brunswick, Gabriel | Director | 2.60 | $214.90 | $558.74 |
| Corr, Stacey | Director | 3.40 | $214.90 | $730.66 |
| Brodeur, Sarah | Solicitation Consultant | 0.50 | $209.40 | $104.70 |
| Brown, Mark M | Solicitation Consultant | 19.30 | $209.40 | $4,041.42 |
| Carpenter, Mary J | Solicitation Consultant | 0.40 | $209.40 | $83.76 |
| DePalma, Greg R | Solicitation Consultant | 4.30 | $209.40 | $900.42 |
| Jadonath, Anna | Solicitation Consultant | 5.10 | $209.40 | $1,067.94 |
| Liu, Calvin L | Solicitation Consultant | 0.90 | $209.40 | $188.46 |
| Mackey, Tessa Rose Lord | Solicitation Consultant | 2.20 | $209.40 | $460.68 |
| Plerqui, Justin | Solicitation Consultant | 1.30 | $209.40 | $272.22 |
| Scully, Nickesha C | Solicitation Consultant | 4.70 | $209.40 | $984.18 |
| Steinberg, Zachary | Solicitation Consultant | 7.00 | $209.40 | $1,465.80 |

---

[3] The objections deadline with respect to Prime Clerk's first interim fee application is April 14, 2021, with a hearing date of April 21, 2021. To date, no formal or informal responses or objections have been filed or received.

3

| | | | | |
|---|---|---|---|---|
| Vyskocil, Ryan J | Solicitation Consultant | 17.60 | $209.40 | $3,685.44 |
| Zarzuela, Leonel | Solicitation Consultant | 0.90 | $209.40 | $188.46 |
| Champagnie, Kadeem A | Senior Consultant | 0.50 | $170.80 | $85.40 |
| | **TOTAL** | **158.70** | | **$35,190.28**[4] |
| | **BLENDED RATE** | | **$221.74** | |

**Summary of Fees Billed by Subject Matter During the Statement Period**

| Matter Description | Total Hours | Total |
|---|---|---|
| Call Center / Credit Inquiry | 26.00 | $5,691.92 |
| Retention / Fee Application | 1.10 | $236.39 |
| Solicitation | 131.60 | $29,261.97 |
| **TOTAL** | **158.70** | **$35,190.28**[5] |

**Summary of Expenses Incurred by Prime Clerk Employee During the Statement Period**

| Description | Total |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

*[Remainder of page intentionally left blank]*

---

[4, 5] This amount has been discounted to $31,671.25 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $199.57.

**Jurisdiction**

1.  The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and the Local Bankruptcy Rules.

**Background**

2.  On September 15 and September 16, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code. The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code. Joint administration of the Debtors' cases was authorized by the Court by entry of an order on September 18, 2019. On September 27, 2019, the Office of the United States Trustee for the Southern District of New York appointed an Official Committee of Unsecured Creditors to serve in these chapter 11 cases.

**Retention of Prime Clerk**

3.  On November 21, 2019, the Court entered the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 531] (the "**Administrative Advisor Order**"), which authorized the Debtors to employ and retain Prime Clerk as administrative advisor *nunc pro tunc* to the Petition Date.

## Relief Requested

4. Prime Clerk submits this Statement in accordance with the Compensation Order. All services for which Prime Clerk requests compensation were performed for, or on behalf of, the Debtors.

5. Prime Clerk seeks (a) allowance of reasonable and necessary fees incurred during the Statement Period in the total amount of $31,671.25 and payment of $25,337.00, which represents 80% of the total amount, and (b) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

6. Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative agent to the Debtors. In that regard, **Exhibit A**: (a) identifies the employee that rendered services in each task category; (b) describes each service such employee performed; (c) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (d) as applicable, sets forth the type of expenses incurred. **Exhibit B** hereto sets forth the type of expenses incurred by each Prime Clerk employee during the Statement Period, if any. In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its employees and cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned and are subject to periodic adjustments to reflect economic and other conditions.

7. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

**Notice**

8.      Pursuant to the Compensation Order, this Statement will be served upon the Notice Parties (as defined in the Compensation Order). Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

**Conclusion**

9.      WHEREFORE, pursuant to the Compensation Order, Prime Clerk respectfully requests (i) allowance of reasonable and necessary fees for the Statement Period in the total amount of $31,671.25 and payment of $25,337.00, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

Dated:  March 30, 2021
        New York, New York                    Prime Clerk LLC


                                              /s/ Shira D. Weiner
                                              Shira D. Weiner
                                              General Counsel
                                              One Grand Central Place
                                              60 East 42nd Street, Suite 1440
                                              New York, NY 10165
                                              Telephone: (212) 257-5450
                                              Email: sweiner@primeclerk.com

                                              *Administrative Advisor to the Debtors*

**Exhibit A**

**Fee Detail**

**Prime Clerk** | A Division of DUFF&PHELPS

One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

primeclerk.com

### Hourly Fees by Employee through February 2021

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| KAC | Champagnie, Kadeem A | SC - Senior Consultant | 0.50 | $170.80 | $85.40 |
| SABR | Brodeur, Sarah | SA - Solicitation Consultant | 0.50 | $209.40 | $104.70 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 19.30 | $209.40 | $4,041.42 |
| MJCA | Carpenter, Mary J | SA - Solicitation Consultant | 0.40 | $209.40 | $83.76 |
| GRD | DePalma, Greg R | SA - Solicitation Consultant | 4.30 | $209.40 | $900.42 |
| AJAD | Jadonath, Anna | SA - Solicitation Consultant | 5.10 | $209.40 | $1,067.94 |
| CLL | Liu, Calvin L | SA - Solicitation Consultant | 0.90 | $209.40 | $188.46 |
| TRLM | Mackey, Tessa Rose Lord | SA - Solicitation Consultant | 2.20 | $209.40 | $460.68 |
| JPL | Plerqui, Justin | SA - Solicitation Consultant | 1.30 | $209.40 | $272.22 |
| NCS | Scully, Nickesha C | SA - Solicitation Consultant | 4.70 | $209.40 | $984.18 |
| ZS | Steinberg, Zachary | SA - Solicitation Consultant | 7.00 | $209.40 | $1,465.80 |
| RJV | Vyskocil, Ryan J | SA - Solicitation Consultant | 17.60 | $209.40 | $3,685.44 |
| LZ | Zarzuela, Leonel | SA - Solicitation Consultant | 0.90 | $209.40 | $188.46 |
| GB | Brunswick, Gabriel | DI - Director | 2.60 | $214.90 | $558.74 |
| STCO | Corr, Stacey | DI - Director | 3.40 | $214.90 | $730.66 |
| ACON | Concepcion, Alexa | DS - Director of Solicitation | 1.10 | $231.50 | $254.65 |
| JFD | Daloia, James F | DS - Director of Solicitation | 1.10 | $231.50 | $254.65 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 44.50 | $231.50 | $10,301.75 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 37.10 | $231.50 | $8,588.65 |
| DS | Sharp, David | DS - Director of Solicitation | 4.20 | $231.50 | $972.30 |
| | | **TOTAL:** | **158.70** | | **$35,190.28** |

### Hourly Fees by Task Code through February 2021

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| INQR | Call Center / Credit Inquiry | 26.00 | $5,691.92 |

| RETN | Retention / Fee Application |        | 1.10   | $236.39     |
|------|------------------------------|--------|--------|-------------|
| SOLI | Solicitation                 |        | 131.60 | $29,261.97  |
|      |                              | **TOTAL:** | **158.70** | **$35,190.28** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 02/01/21 | ATO | DS | Review solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.70 |
| 02/01/21 | ATO | DS | Confer with M. Dubin and H. Baer (Prime Clerk) related to solicitation logistics | Solicitation | 0.40 |
| 02/01/21 | MMB | SA | Confer and coordinate with C. Johnson (Prime Clerk) re upcoming solicitation (.1); quality assurance review and edit of draft solicitation directive (1.7) | Solicitation | 1.80 |
| 02/02/21 | CJ | DS | Coordinate review of draft solicitation procedures and solicitation directive for purposes of providing comments thereto | Solicitation | 0.50 |
| 02/03/21 | ATO | DS | Review solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 4.20 |
| 02/03/21 | ATO | DS | Confer with C. Johnson (Prime Clerk) re revisions to proposed master solicitation directive procedures plan | Solicitation | 0.40 |
| 02/03/21 | CJ | DS | Review and provide comments to proposed master solicitation directive procedures plan | Solicitation | 1.10 |
| 02/03/21 | CJ | DS | Review and provide comments to proposed motion to approve disclosure statement and draft solicitation and tabulation procedures | Solicitation | 1.40 |
| 02/03/21 | CJ | DS | Review and provide comments to proposed solicitation procedures | Solicitation | 1.60 |
| 02/03/21 | CJ | DS | Confer with A. Orchowski (Prime Clerk) re proposed revisions to master solicitation directive procedures plan | Solicitation | 0.40 |
| 02/03/21 | CJ | DS | Review and revise chart of precedent solicitations and milestones to permit crafting of communications responses and FAQs | Call Center / Credit Inquiry | 1.10 |
| 02/03/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.60 |
| 02/03/21 | MJCA | SA | Review and analyze solicitation procedures to be implemented in upcoming solicitation | Solicitation | 0.20 |
| 02/04/21 | ACON | DS | Telephone conference with J. Daloia, A. Orchowski, C. Johnson, S. Kesler and R. Vyskocil (Prime Clerk) re proposed solicitation procedures | Solicitation | 1.10 |
| 02/04/21 | ATO | DS | Review solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.80 |
| 02/04/21 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) related to solicitation logistics | Solicitation | 0.30 |
| 02/04/21 | ATO | DS | Telephone conference with J. Daloia, C. Johnson, A. Concepcion, S. Kesler and R. Vyskocil (Prime Clerk) re proposed solicitation procedures | Solicitation | 1.10 |
| 02/04/21 | CJ | DS | Telephone conference with J. Daloia, A. Orchowski, A. Concepcion, S. Kesler and R. Vyskocil (Prime Clerk) re | Solicitation | 1.10 |

| | | | | | |
|---|---|---|---|---|---|
| | | | proposed solicitation procedures | | |
| 02/04/21 | CJ | DS | Confer and coordinate with R. Posner (Teneo) regarding precedent for timetable of solicitaitons for purposes of fashioning FAQs | Call Center / Credit Inquiry | 0.10 |
| 02/04/21 | CJ | DS | Collect precedents and review and revise draft solicitation materials including solicitation procedures and directives | Solicitation | 0.80 |
| 02/04/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.60 |
| 02/04/21 | JFD | DS | Telephone conference with C. Johnson, A. Orchowski, A. Concepcion, S. Kesler, and R. Vyskocil (Prime Clerk) re proposed solicitation procedures | Solicitation | 1.10 |
| 02/04/21 | MMB | SA | Confer and coordinate with C. Johnson (Prime Clerk) re upcoming solicitation (.1); quality assurance review and edit of draft solicitation documents (1.5) | Solicitation | 1.60 |
| 02/04/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.50 |
| 02/04/21 | RJV | SA | Confer and coordinate with C. Johnson, J. Daloia, A. Orchowski and A. Concepcion (Prime Clerk) re solicitation logistics | Solicitation | 1.00 |
| 02/05/21 | ATO | DS | Review solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.80 |
| 02/05/21 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) related to solicitation logistics | Solicitation | 0.70 |
| 02/05/21 | CJ | DS | Confer with A. Orchowski and R. Vyskocil (Prime Clerk) re proposed solicitation procedures | Solicitation | 0.30 |
| 02/05/21 | CJ | DS | Review and revise informational materials for law firms re solicitation directive | Solicitation | 1.80 |
| 02/05/21 | LZ | SA | Review and analyze materials and procedures to be implemented in claims registration process | Solicitation | 0.40 |
| 02/05/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 02/05/21 | RJV | SA | Confer and coordinate with A. Orchowski and C. Johnson (Prime Clerk) re upcoming directive mailing mechanics | Solicitation | 2.00 |
| 02/05/21 | TRLM | SA | Confer and coordinate with A. Orchowski and R. Vyskocil (Prime Clerk) re directive mailings | Solicitation | 0.80 |
| 02/05/21 | TRLM | SA | Confer and coordinate with A. Orchowski, R. Vyskocil and J. Hughes (Prime Clerk) re attorney and claim report | Solicitation | 0.90 |
| 02/08/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.70 |
| 02/08/21 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) regarding solicitation | Solicitation | 1.20 |
| 02/08/21 | ATO | DS | Telephone conference with C. Pullo, C. Johnson, and R. Vyskocil (Prime Clerk); D. Consla, D. Klein, and C. Robertson (Davis Polk); A. Pries and S. Brauner (Akin); and various attorneys representing tort claimants re plan solicitation directive | Solicitation | 0.80 |
| 02/08/21 | CJ | DS | Research and respond to solicitation process question from D. Consla (Davis Polk) | Solicitation | 0.30 |

| Date | Tkpr | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| 02/08/21 | CJ | DS | Confer with C. Pullo (Prime Clerk) re plan solicitation directive | Solicitation | 0.20 |
| 02/08/21 | CJ | DS | Confer with J. Daloia (Prime Clerk) re proposed revisions to process of compiling and processing client lists from law firms | Solicitation | 0.10 |
| 02/08/21 | CJ | DS | Review and provide comment to draft motion to approve disclosure statement, solicitation and tabulation procedures and plan solicitation directive and circulate the revised documents to D. Consla (Davis Polk) | Solicitation | 3.60 |
| 02/08/21 | CJ | DS | Review edits to power point presentation of plan solicitation directive circulated by D. Consla (Davis Polk) in preparation for telephone conference with law firms to discuss the details for the directive | Solicitation | 1.20 |
| 02/08/21 | CJ | DS | Telephone conference with C. Pullo, A. Orchowski, and R. Vyskocil (Prime Clerk); D. Consla, D. Klein, and C. Robertson (Davis Polk); A. Pries and S. Brauner (Akin); and various attorneys representing tort claimants re plan solicitation directive | Solicitation | 0.70 |
| 02/08/21 | CJ | DS | Confer with A. Orchowski and R. Vyskocil (Prime Clerk) re proposed revisions to plan solicitation directive and solicitation and tabulation procedures | Solicitation | 0.40 |
| 02/08/21 | JPL | SA | Telephone conference with C. Johnson, R. Vyskocil, H. Baer, I. Nikelsberg, E. Usitalo, and J. Hughes (Prime Clerk) re compiling service lists for serving notice of plan solicitation directive | Solicitation | 0.40 |
| 02/08/21 | LZ | SA | Confer and coordinate with A. Orchowski (Prime Clerk) re solicitation claims register information | Solicitation | 0.50 |
| 02/08/21 | MMB | SA | Review correspondence with Prime Clerk case team (H. Taatjes, H. Brodeur, C. Johnson), Miller Legal Services (P. Egloff), creditors, and nominees related to ongoing solicitation | Solicitation | 0.20 |
| 02/08/21 | MMB | SA | Confer and coordinate with C. Johnson (Prime Clerk) re upcoming solicitation (.1); quality assurance review and edit of draft solicitation process power point presentation (.7) | Solicitation | 0.80 |
| 02/08/21 | RJV | SA | Telephone conference with C. Pullo, C. Johnson, A. Orchowski (Prime Clerk) and D. Consla (Paul Weiss) re law firm master solicitation directive | Solicitation | 0.80 |
| 02/08/21 | SABR | SA | Confer and coordinate with A. Orchowski and C. Johnson (Prime Clerk) re attorney and claim report quality assurance review | Solicitation | 0.50 |
| 02/08/21 | TRLM | SA | Confer and coordinate with A. Orchowski and H. Baer (Prime Clerk) re attorney and claim report QA | Solicitation | 0.50 |
| 02/09/21 | ATO | DS | Confer with C. Johnson and R. Vyskocil (Prime Clerk) re proposed revisions to plan solicitation directive and solicitation and tabulation procedures | Solicitation | 0.40 |
| 02/09/21 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 1.10 |
| 02/09/21 | ATO | DS | Coordinate with C. Johnson and R. Vyskocil (Prime Clerk) re proposed revised language to the plan solicitation directive | Solicitation | 1.10 |

| Date | Tkpr | Title | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | and solicitation and tabulation procedures | | |
| 02/09/21 | ATO | DS | Telephone conference with C. Johnson, R. Vyskocil, H. Baer, I. Nikelsberg, E. Usitalo, and J. Hughes (Prime Clerk) re compiling service lists for serving notice of plan solicitation directive | Solicitation | 0.40 |
| 02/09/21 | CJ | DS | Review and revise updated drafts of solicitation and tabulation procedures and solicitation directive | Solicitation | 1.30 |
| 02/09/21 | CJ | DS | Review further revisions to power point presentation to be used to instruct law firms on plan solicitation directive | Solicitation | 0.50 |
| 02/09/21 | CJ | DS | Coordinate with M. Brown (Prime Clerk) re quality assurance review of revised solicitation materials | Solicitation | 0.20 |
| 02/09/21 | CJ | DS | Coordinate with A. Orchowski and R. Vyskocil (Prime Clerk) re proposed revised language to the plan solicitation directive | Solicitation | 1.10 |
| 02/09/21 | CJ | DS | Confer and correspond with D. Consla (Davis Polk) re proposed revisions to the solicitation procedures | Solicitation | 0.30 |
| 02/09/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.90 |
| 02/09/21 | MJCA | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) re upcoming solicitation | Solicitation | 0.10 |
| 02/09/21 | MMB | SA | Confer and coordinate with C. Johnson (Prime Clerk) re upcoming solicitation (.1); quality assurance review and edit of draft solicitation process power point presentation (2.3) | Solicitation | 2.40 |
| 02/09/21 | MMB | SA | Confer and coordinate with C. Johnson (Prime Clerk) re upcoming solicitation (.2); quality assurance review and edit of draft disclosure statement approval motion and solicitation documents (1.6) | Solicitation | 1.80 |
| 02/09/21 | RJV | SA | Confer and coordinate with C. Johnson and A. Orchowski (Prime Clerk) re law firm directive | Solicitation | 0.50 |
| 02/09/21 | STCO | DI | Review and analyze updated solicitation materials | Solicitation | 1.00 |
| 02/10/21 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.50 |
| 02/10/21 | CJ | DS | Confer with A. Orchowski and R. Vyskocil (Prime Clerk) re proposed revisions to solicitation and tabulation procedures | Solicitation | 0.40 |
| 02/10/21 | CJ | DS | Research precedent cases and review and provide comments to solicitation and tabulation procedures | Solicitation | 1.10 |
| 02/10/21 | CJ | DS | Telephone conference with Prime Clerk team (S. Weiner, G. Brunswick, A. Adler, B. Steele and H. Baer) re proposed edits to the solicitation and tabulation procedures related to privacy matters | Solicitation | 0.40 |
| 02/10/21 | CJ | DS | Coordinate with M. Brown (Prime Clerk) re FAQs for solicitation and tabulation | Call Center / Credit Inquiry | 0.10 |
| 02/10/21 | CLL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.90 |
| 02/10/21 | JPL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.40 |
| 02/10/21 | MMB | SA | Review correspondence with Prime Clerk case team (C. Johnson, A. Orchowski, R. Vyskocil and A. Jaffar) and Davis | Solicitation | 0.20 |

| Date | Tmkr | Title | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | Polk (D. Consla) related to Plan solicitation | | |
| 02/11/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.60 |
| 02/11/21 | ATO | DS | Coordinate with C. Johnson and R. Vyskocil (Prime Clerk) re further suggested edits to proposed solicitation and tabulation procedures | Solicitation | 0.50 |
| 02/11/21 | ATO | DS | Coordinate with C. Johnson, S. Kelser and R. Vyskocil (Prime Clerk) re proposed language to accompany plan solicitation directive and client lists | Solicitation | 0.20 |
| 02/11/21 | CJ | DS | Research precedent cases and review and revise proposed plan solicitation directive and instructions for submission of client lists | Solicitation | 1.10 |
| 02/11/21 | CJ | DS | Review and revise draft exhibits to the motion to approve the disclosure statement | Solicitation | 1.90 |
| 02/11/21 | CJ | DS | Coordinate with G. Brunswick (Prime Clerk) re proposed solicitation and tabulation procedures | Solicitation | 0.20 |
| 02/11/21 | CJ | DS | Coordinate with A. Orchowski and R. Vyskocil (Prime Clerk) re further suggested edits to proposed solicitation and tabulation procedures | Solicitation | 0.50 |
| 02/11/21 | CJ | DS | Coordinate with A. Orchowski, S. Kelser and R. Vyskocil (Prime Clerk) re proposed language to accompany plan solicitation directive and client lists | Solicitation | 0.20 |
| 02/11/21 | CJ | DS | Coordinate with M. Brown (Prime Clerk) re: draft FAQs for solicitation | Call Center / Credit Inquiry | 0.10 |
| 02/11/21 | CJ | DS | Review and revise proposed draft FAQs | Call Center / Credit Inquiry | 0.50 |
| 02/11/21 | CJ | DS | Communicate with D. Consla (DPW) re draft solicitation and tabulation materials | Solicitation | 0.20 |
| 02/11/21 | GB | DI | Review and provide comments to draft solicitation materials | Solicitation | 0.70 |
| 02/11/21 | MJCA | SA | Confer and coordinate with S. Kesler (Prime Clerk) re upcoming solicitation | Solicitation | 0.10 |
| 02/11/21 | MMB | SA | Coordinate with C. Johnson (Prime Clerk) re: draft FAQs for solicitation (.1); update FAQ materials (1.6) | Call Center / Credit Inquiry | 1.70 |
| 02/12/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.10 |
| 02/12/21 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 1.00 |
| 02/12/21 | CJ | DS | Review and revise certain provisions of draft plan solicitation directive | Solicitation | 1.10 |
| 02/12/21 | CJ | DS | Revise projected timetable re solicitation and tabulation | Solicitation | 0.20 |
| 02/12/21 | CJ | DS | Coordinate with A. Orchowski and R. Vyskocil (Prime Clerk) re further edits to procedures governing plan solicitation directive and the submissions thereof | Solicitation | 0.30 |
| 02/12/21 | CJ | DS | Coordinate with A. Orchowski, R. Vyskocil, S. Kesler, M. Brown, and M. Carpenter (Prime Clerk) re drafting FAQs for solicitation | Call Center / Credit Inquiry | 0.20 |

Purdue Pharma                                                                                    Page 8

Invoice #: 14856

| Date | | | | | |
|---|---|---|---|---|---|
| 02/12/21 | CJ | DS | Draft FAQs for solicitation and tabulation | Call Center / Credit Inquiry | 1.30 |
| 02/12/21 | GB | DI | Review and provide comments to solicitation materials | Solicitation | 0.80 |
| 02/12/21 | KAC | SC | Prepare for and participate in telephone conference with K. Sutherland-Smith (White & Case) re solicitation procedures | Solicitation | 0.50 |
| 02/12/21 | MMB | SA | Review correspondence with case team (C. Johnson, A. Orchowski, G. Brunswick, S. Kesler, S. Weiner, R. Vyskocil) and counsel (D. Consla at Davis) related to Plan solicitation | Solicitation | 0.30 |
| 02/15/21 | CJ | DS | Confer with R. Vyskocil (Prime Clerk) re FAQs for solicitation | Call Center / Credit Inquiry | 0.10 |
| 02/15/21 | CJ | DS | Coordinate the editing of draft FAQs for use in upcoming solicitation | Call Center / Credit Inquiry | 1.20 |
| 02/15/21 | MMB | SA | Update FAQ materials for use in connection with responses to solicitation inquiries | Call Center / Credit Inquiry | 2.30 |
| 02/15/21 | RJV | SA | Prepare FAQs related to upcoming solicitation mailing | Call Center / Credit Inquiry | 1.80 |
| 02/16/21 | CJ | DS | Coordinate preparation of FAQs for solicitation and tabulation | Call Center / Credit Inquiry | 0.70 |
| 02/16/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.80 |
| 02/16/21 | GRD | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.20 |
| 02/16/21 | MMB | SA | Update FAQ materials for use in connection with responses to solicitation inquiries | Call Center / Credit Inquiry | 2.10 |
| 02/16/21 | RJV | SA | Prepare FAQs related to upcoming solicitation mailing | Call Center / Credit Inquiry | 1.50 |
| 02/16/21 | ZS | SA | Prepare solicitation matrix for future solicitation mailing | Solicitation | 4.30 |
| 02/17/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.70 |
| 02/17/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.60 |
| 02/17/21 | MMB | SA | Update FAQ materials for use in connection with responses to solicitation inquiries | Call Center / Credit Inquiry | 3.90 |
| 02/17/21 | RJV | SA | Prepare FAQs related to upcoming solicitation mailing | Call Center / Credit Inquiry | 1.50 |
| 02/17/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 02/18/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.60 |
| 02/18/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.70 |
| 02/18/21 | GRD | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.10 |
| 02/18/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 02/18/21 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.20 |
| 02/19/21 | AJAD | SA | Review and analyze solicitation materials and procedures to | Solicitation | 2.00 |

| Date | Tkpr | Title | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | be implemented in upcoming solicitation | | |
| 02/19/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.20 |
| 02/19/21 | MMB | SA | Review correspondence with Prime Clerk case team (A. Orchowski, R. Vyskocil, F. Joudeleen, K. Champagnie, C. Johnson, C. Finegan) and DPW (D. Consla, S. Ford) related to Plan solicitation | Solicitation | 0.20 |
| 02/19/21 | NCS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 02/19/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.70 |
| 02/19/21 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.50 |
| 02/22/21 | AJAD | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.50 |
| 02/22/21 | ATO | DS | Confer with R. Vyskocil (Prime Clerk) regarding publication of the confirmation hearing notice | Solicitation | 0.30 |
| 02/22/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.50 |
| 02/22/21 | ATO | DS | Telephone conference with C. Johnson and R. Vyskocil (Prime Clerk) regarding publication of the confirmation hearing notice | Solicitation | 0.50 |
| 02/22/21 | CJ | DS | Review and revise draft motion to approve solicitation procedures, solicitation procedures, law firm solicitation directive and accompanying notices | Solicitation | 3.40 |
| 02/22/21 | CJ | DS | Confer and coordinate with A. Orchowski, R. Vyskocil, and S. Kesler (Prime Clerk) re edits to revised solicitation documents | Solicitation | 0.50 |
| 02/22/21 | JPL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 02/22/21 | NCS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 02/22/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.50 |
| 02/23/21 | CJ | DS | Review and revise draft motion to approve solicitation procedures, solicitation procedures, law firm solicitation directive and accompanying notices | Solicitation | 2.30 |
| 02/23/21 | CJ | DS | Telephone conference with S. Ford (DPW) re suggested edits to solicitation procedures | Solicitation | 0.20 |
| 02/23/21 | CJ | DS | Confer and coordinate with A. Orchowski, S. Kesler, and R. Vyskocil (Prime Clerk) re edits to revised solicitation documents | Solicitation | 0.60 |
| 02/23/21 | GB | DI | Draft monthly fee statement | Retention / Fee Application | 1.10 |
| 02/23/21 | NCS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.70 |
| 02/23/21 | RJV | SA | Review and analyze solicitation materials and procedures to | Solicitation | 1.80 |

| Date | Initials | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | be implemented in upcoming solicitation | | |
| 02/24/21 | AJAD | SA | Review and analyze solicitation procedures to be implemented in upcoming solicitation | Solicitation | 0.80 |
| 02/24/21 | ATO | DS | Prepare and review internal list of FAQs in preparation for solicitation | Solicitation | 2.30 |
| 02/24/21 | CJ | DS | Telephone conference with Prime Clerk team (S. Weiner, G. Brunswick, A. Adler, B. Steele, H. Baer) re proposed edits to the solicitation and tabulation procedures related to privacy matters | Solicitation | 0.30 |
| 02/24/21 | NCS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 02/24/21 | STCO | DI | Review and comment on publication notice; correspondence with R. Vyskocil and J. Finnegan (Prime Clerk) regarding same | Solicitation | 1.00 |
| 02/25/21 | ATO | DS | Prepare and review internal list of FAQs in preparation for solicitation | Solicitation | 1.00 |
| 02/25/21 | CJ | DS | Supervise compilation and revision of draft solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.50 |
| 02/25/21 | NCS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 02/25/21 | STCO | DI | Review and provide comments to publication notice; correspondence with A. Orchowski and R. Vyskocil (Prime Clerk) regarding same | Solicitation | 1.40 |
| 02/26/21 | AJAD | SA | Review and analyze solicitation procedures to be implemented in upcoming solicitation | Solicitation | 0.80 |
| 02/26/21 | ATO | DS | Prepare and review internal list of FAQs in preparation for solicitation | Solicitation | 1.00 |
| 02/26/21 | CJ | DS | Review and revise solicitation and tabulation FAQs | Call Center / Credit Inquiry | 3.80 |
| 02/26/21 | CJ | DS | Coordinate with A. Orchowski and R. Vyskocil (Prime Clerk) re finalizing draft solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.30 |
| 02/27/21 | CJ | DS | Conduct further review and solicit feedback from K. Brountzas (Prime Clerk) re draft solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.50 |
| 02/27/21 | CJ | DS | Coordinate with G. Brunswick and S. Weiner (Prime Clerk) re draft solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.20 |
| | | | | **Total Hours** | **158.70** |

**Exhibit B**

**Detail of Expenses Incurred by Prime Clerk Employees During the Statement Period**

| Description | Total |
|---|---:|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |