**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                             Case No.: 19-23649 (RDD)
    PURDUE PHARMA L.P., et al.,              Chapter 11
                             Debtors           (Jointly Administered)
------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Michael P. O'Neil to be admitted, ***pro hac vice***, to represent the Ad Hoc Group of Hospitals (the "Client") in the above referenced [X] cases ❑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Indiana and the bar of the U.S. District Court for the Northern District of Indiana, and others, it is hereby

**ORDERED,** that Michael P. O'Neil, Esq., is admitted to practice, ***pro hac vice***, in the above referenced [X] cases ❑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
       March 31, 2021

                                                      */s/Robert D. Drain*
                                            UNITED STATES BANKRUPTCY JUDGE