KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possessions*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, [1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**EIGHTEENTH MONTHLY FEE STATEMENT OF KING & SPALDING LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE**
**DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM**
**FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| | |
|---|---|
| **Name of Applicant** | King & Spalding LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 543] |
| **Period for Which Compensation and Reimbursement is Sought** | February 1, 2021 through February 28, 2021 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
| --- | --- |
| **Total Compensation Requested in this Statement** | $228,058.97<br>(80% of $285,073.71) |
| **Total Reimbursement Requested in this Statement** | $0.00 |
| **Total Compensation and Reimbursement Requested in this Statement** | $228,058.97 |
| **This is a(n):**  __X__  Monthly Application  __  Interim Application  __  Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of King & Spalding LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019 [Docket No. 543] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), King & Spalding LLP ("**K&S**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from February 1,*

*2021 Through February 28, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, and after taking into account certain voluntary discounts and reductions,[3] K&S seeks (i) compensation in the amount of $228,058.97, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $285,073.71) and (ii) payment of $0.00, for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1.       Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by K&S partners, counsel, associates, discovery counsel, privilege review attorneys, and paraprofessionals during the Fee Period with respect to each of the project categories K&S established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, K&S incurred $285,073.71 in fees during the Fee Period.  Pursuant to this Fee Statement, K&S seeks reimbursement for 80% of such fees, totaling $228,058.97.

2.       Attached hereto as **Exhibit B** is a chart of K&S professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.[4] The blended

---

[2]    The period from February 1, 2021 through and including February 28, 2021 is referred to herein as the "**Fee Period**."

[3]    K&S agreed as a courtesy to the Debtors to bill at approximately 90% of its hourly rates in effect when the services are rendered.  Additionally, K&S agreed to offer additional discounts, including on a sliding scale on fees exceeding certain amounts.

[4]    On January 25, 2021, K&S filed the *Second Notice of Professional Fee Hourly Rates for King & Spalding LLP, as Special Counsel to the Debtors and Debtors in Possession* [ECF No. 2322] (the "**Notice**"), which provided notice to all parties in interest in these chapter 11 cases of a proposed increase in the hourly billing rates for K&S professionals expected to spend significant time on K&S Services (as defined in the K&S retention application [ECF No. 427].  No objections to the Notice were filed.  Accordingly, such increase in rates took effect on February 9, 2021.  The invoices attached hereto as <u>Exhibit D</u> are broken up (where applicable) between services

WORKAMER\08714\240001\38459232.v1-3/31/21

hourly billing rate of attorneys for all services provided during the Fee Period is $267.15.[5]  The

blended hourly billing rate of all paraprofessionals is $317.97.[6]

3.    Attached hereto as **Exhibit C** is a chart of expenses that K&S incurred or disbursed

in the amount of $0.00 in connection with providing professional services to the Debtors during

the Fee Period.

4.    Attached hereto as **Exhibit D** are the time records of K&S for the Fee Period

organized by project category with a daily time log describing the time spent by each attorney and

other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.    K&S will provide notice of this Fee Statement in accordance with the Interim

Compensation Order.  K&S submits that no other or further notice be given.

WHEREFORE, K&S, in connection with services rendered on behalf of the Debtors during

the Fee Period, respectfully requests (i) compensation in the amount of $228,058.97, which is

equal to 80% of the total amount of reasonable compensation for actual, necessary legal services

that K&S incurred in connection with such services during the Fee Period (*i.e.*, $285,073.71) and

(ii) payment of $0.00 for the actual, necessary expenses that K&S incurred in connection with such

services during the Fee Period.

---

performed between February 1 and February 8 (at the prior rates), and between February 9 and February 28 (at the new rates).

[5]    The blended hourly rate of $267.15 for attorneys is derived by dividing the total fees for attorneys of $276,552.21 by the total hours of 1,035.2.

[6]    The blended hourly rate of $317.97 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $8,521.50  by the total hours of 26.8.

WORKAMER\08714\240001\38459232.v1-3/31/21

Dated:    March 31, 2021
          New York, New York

                          **KING & SPALDING LLP**

                          */s/ Scott Davidson*
                          _____

                          Scott Davidson
                          1185 Avenue of the Americas
                          New York, New York  10036-2601
                          Telephone: (212) 556-2100
                          Facsimile:  (212) 556-2222

                          *Special Counsel to the Debtors and Debtors in*
                          *Possession*

5

## Exhibit A

## Fees by Project Category[7]

---

[7] The total fees listed in Exhibit A do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 101.2 | $70,669.79 |
| Document/File Management | 17.6 | $5,362.50 |
| Document Production (Defense) | 917.1 | $207,663.50 |
| Retention and Fee Applications | 26.1 | $19,249.92 |
| **TOTALS** | **1,062.0** | **$302,945.71** |

**<u>Exhibit B</u>**

**Professional & Paraprofessional Fees[8]**

---

[8]    The hourly billing rate and total compensation listed in Exhibit B for each timekeeper do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate[9] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey Bucholtz | Partner; joined K&S 2009; admitted to Washington, D.C. 1996 | $1,150.57 $1,195.00 | 35.8 | $42,212.29 |
| Rose Jones | Partner; joined K&S 2003; admitted to Georgia 2002 | $425.00 $500.00 | 47.6 | $21,992.50 |
| John Tucker | Partner; joined K&S 1999; admitted to Kentucky 1995, Georgia 2000 | $425.00 $500.00 | 2.8 | $1,280.00 |
| **Counsel** | | | | |
| Scott Davidson | Counsel; joined K&S 2009; admitted to New York 1996 | $1,242.61 $1,290.00 | 3.5 | $4,443.92 |
| **Associate** | | | | |
| Leia Shermohammed | Associate; joined K&S 2017; admitted to Georgia 2015 | $745.00 | 16.6 | $12,367.00 |
| **Discovery Counsel** | | | | |
| Nicole Bass | Discovery counsel; joined K&S 2010; admitted to Georgia 2010 | $325.00 $350.00 | 15.0 | $5,185.00 |
| **Privilege Review Attorneys** | | | | |
| Enver Can | Privilege review attorney; joined K&S 2018; admitted to New York 2010, Washington D.C. 2018 | $215.00 | 28.6 | $6,149.00 |
| Michael Douglas | Privilege review attorney; joined K&S 2003; admitted to Georgia 1999 | $215.00 $240.00 | 144.8 | $33,339.50 |
| Frankie Evans | Privilege review attorney; joined K&S 2000; admitted to Georgia 1999 | $215.00 | 23.9 | $5,138.50 |

---

[9]    To reflect the rate increase that took effect on February 9, 2021 (*see* n.4, *supra*), the first rate listed is for services performed between February 1 and February 8, 2021, and the second rate listed is for services performed between February 9 and February 28, 2021.  Where there is only one rate, the timekeeper performed services in only one time period.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate[9] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Austin Gibson | Privilege review attorney; joined K&S 2017; admitted to Georgia 2016 | $215.00 $240.00 | 19.4 | $4,576.00 |
| Antoine Grady | Privilege review attorney; joined K&S 2018; admitted to Washington, D.C. 2018 | $215.00 | 11.6 | $2,494.00 |
| Gary Greco | Privilege review attorney; joined K&S 2000; admitted to Maryland 1995 | $215.00 $240.00 | 26.9 | $6,006.00 |
| Lori Maryscuk | Privilege review attorney; joined K&S 2000; admitted to Georgia 1997 | $215.00 $240.00 | 83.0 | $19,170.00 |
| Ed McCafferty | Privilege review attorney; joined K&S 2004; admitted to New York 1993, Pennsylvania 1994, Washington, D.C. 2009 | $215.00 $240.00 | 18.6 | $4,161.50 |
| Scott McClure | Privilege review attorney; joined K&S 1998; admitted to New Mexico 1994, Washington, D.C. 1997 | $215.00 $240.00 | 21.7 | $4,788.00 |
| Liz McGovern | Privilege review attorney; joined K&S 2014; admitted to Georgia 2014 | $215.00 $240.00 | 45.1 | $10,111.50 |
| Bob Neufeld | Privilege review attorney; joined K&S 2006; admitted to Georgia 1997, New Jersey 1999, New York 2001 | $215.00 $240.00 | 23.8 | $5,217.00 |
| Shane Orange | Privilege review attorney; joined K&S 2014; admitted to Georgia 2013 | $215.00 $240.00 | 149.3 | $34,009.50 |
| Chong Pak | Privilege review attorney; joined K&S 2015; admitted to Georgia 2012 | $240.00 | 15.3 | $3,672.00 |
| Reilly Schreck | Privilege review attorney; joined K&S 2012; admitted to Georgia 2012 | $215.00 | 9.9 | $2,128.50 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate[9] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Joseph Sherman | Privilege review attorney; joined K&S 2018; admitted to Georgia 2017 | $215.00 $240.00 | 46.3 | $10,782.00 |
| Eric Smedley | Privilege review attorney; joined K&S 2000; admitted to Georgia 1999 | $215.00 $240.00 | 68.7 | $15,223.00 |
| Sarah Tona | Privilege review attorney; joined K&S 2017; admitted to Georgia 2018 | $215.00 | 10.0 | $2,150.00 |
| David Vandiver | Privilege review attorney; joined K&S 1999; admitted to Georgia 1990 | $215.00 $240.00 | 94.6 | $21,606.50 |
| Hao Wang | Privilege review attorney; joined K&S 2016; admitted to Georgia 2017 | $215.00 $240.00 | 18.7 | $4,440.50 |
| Amanda Wheeler | Privilege review attorney; joined K&S 2008; admitted to Washington, D.C. 2002 | $215.00 $240.00 | 31.1 | $6,921.50 |
| Treaves Williams | Privilege review attorney; joined K&S 2003; admitted to Georgia 1999 | $215.00 | 22.6 | $4,859.00 |
| **Litigation Support** | | | | |
| Ernest Clements | Litigation Support Specialist; joined K&S 1998 | $315.00 | 2.2 | $693.00 |
| Jeanine Schroer | Litigation Technology Specialist; joined K&S 2000 | $300.00 $315.00 | 15.4 | $4,669.50 |
| **Paralegals** | | | | |
| Natasha Gadsden | Paralegal; joined K&S 2006 | $400.00 | 5.4 | $2,160.00 |

WORKAMER\08714\240001\38459232.v1-3/31/21

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate[9] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dan Handley | Senior paralegal; joined K&S 2003 | $225.00 | 3.2 | $720.00 |
| Kathleen Noebel | Paralegal; joined K&S 2016 | $465.00 | 0.6 | $279.00 |

4

## Exhibit C

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0.00** |

## **Exhibit D**

**Detailed Time Records and Expenses**

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10420230 |
| Invoice Date | 02/08/21 |
| Client No. | 08714 |
| Matter No. | 158001 |

RE: DOJ Opioid Marketing Investigations
Client Matter Reference: 20190002327

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered from 02/01/21 through 02/08/21:

| | | |
|---|---|---|
| Fees | $ | 14,727.29 |
| Less Courtesy Discount (12%) | | -1,767.27 |
| **Total this Invoice** | **$** | **12,960.02** |

*Payment is Due Upon Receipt*

| 08714 | Purdue Pharma LP | | Invoice No. 10420230 |
| 158001 | DOJ Opioid Marketing Investigations | | Page 2 |
| 02/08/21 | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 02/01/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, P. Fitzgerald, M. Florence, team regarding bankruptcy and DOJ issues (1.2); review and edit materials regarding DOJ issues (0.9) | 2.1 |
| 02/02/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, P. Fitzgerald, M. Florence, team regarding DOJ issues (2.1); confer with M. Kesselman, M. Huebner, S. Birnbaum, team regarding bankruptcy issues (0.8) | 2.9 |
| 02/03/21 | J Bucholtz | L120 | A104 | Review materials regarding DOJ and bankruptcy issues | 0.2 |
| 02/04/21 | J Bucholtz | L120 | A107 | Confer with M. Florence, R. Hoff regarding DOJ and bankruptcy issues (0.3); edit materials regarding DOJ issues (1.4) | 1.7 |
| 02/05/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, P. Fitzgerald, team regarding DOJ issues (1.3); review materials regarding DOJ issues (1.4) | 2.7 |
| 02/08/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, P. Fitzgerald, M. Florence, M. Huebner, team regarding DOJ and bankruptcy issues (1.1); review materials regarding DOJ and bankruptcy issues (2.1) | 3.2 |
| | | | | | 12.8 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|------------|--------|-------|------|-------|
| Jeffrey Bucholtz | Partner | 12.8 | 1150.57 | 14,727.29 |
| Total | | 12.8 | | $14,727.29 |

08714      Purdue Pharma LP                                                      Invoice No. 10420230
158001     DOJ Opioid Marketing Investigations                                                    Page 3
02/08/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|------:|------:|
| L120 | Analysis/Strategy | 12.8 | 12,960.02 |
| | Total Fees | 12.8 | 12,960.02 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10420232 |
| Invoice Date | 03/16/21 |
| Client No. | 08714 |
| Matter No. | 158001 |

RE: DOJ Opioid Marketing Investigations
Client Matter Reference: 20190002327

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 02/28/21:

| | | |
|---|---|---|
| Fees | $ | 27,485.00 |
| Less Courtesy Discount (12%) | | -3,298.20 |
| **Total this Invoice** | **$** | **24,186.80** |

*Payment is Due Upon Receipt*

08714      Purdue Pharma LP                                          Invoice No. 10420232
158001     DOJ Opioid Marketing Investigations                                    Page 2
03/16/21

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 02/09/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, S. Birnbaum, M. Huebner, team regarding bankruptcy and DOJ issues (0.8); confer with M. Kesselman, J. Adams, P. Fitzgerald, M. Florence, J. Bragg, team regarding DOJ issues (3.0); review materials regarding DOJ issues (1.1) | 4.9 |
| 02/10/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, P. Fitzgerald, M. Florence, M. Huebner, team regarding DOJ and bankruptcy issues (1.1); review and edit materials regarding DOJ issues (0.6); confer with R. Aleali, M. Florence, team regarding DOJ and bankruptcy issues (0.8) | 2.5 |
| 02/11/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, P. Fitzgerald, M. Huebner, M. Florence, team regarding DOJ and bankruptcy issues (3.2); review and edit materials regarding DOJ and bankruptcy issues (1.6) | 4.8 |
| 02/12/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, P. Fitzgerald, M. Florence, M. Huebner, DOJ regarding DOJ and bankruptcy issues (1.9); review materials regarding DOJ issues (0.5) | 2.4 |
| 02/16/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, P. Fitzgerald, M. Huebner, M. Florence, S. Birnbaum, team regarding DOJ and bankruptcy issues | 2.4 |
| 02/17/21 | J Bucholtz | L120 | A107 | Confer with M. Florence, team regarding DOJ and bankruptcy issues | 0.2 |
| 02/18/21 | J Bucholtz | L120 | A107 | Confer with M. Florence, team regarding DOJ and bankruptcy issues (0.5); review materials regarding DOJ and bankruptcy issues (0.7) | 1.2 |
| 02/23/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, S. Birnbaum, P. Fitzgerald, team regarding DOJ and bankruptcy issues | 0.6 |
| 02/24/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, S. Birnbaum, P. Fitzgerald, Board regarding bankruptcy and DOJ issues | 1.8 |

| | | | | | |
|---|---|---|---|---|---|
| 08714 | Purdue Pharma LP | | | | Invoice No. 10420232 |
| 158001 | DOJ Opioid Marketing Investigations | | | | Page 3 |
| 03/16/21 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 02/26/21 | J Bucholtz | L120 | A107 | Confer with D. Consla, M. Florence, team regarding DOJ and bankruptcy issues, review materials regarding same | 0.9 |
| 02/28/21 | J Bucholtz | L120 | A107 | Confer with M. Florence, B. Ridgway, D. Consla regarding bankruptcy and DOJ issues | 1.3 |
| | | | | | 23.0 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Jeffrey Bucholtz | Partner | 23.0 | 1195.00 | 27,485.00 |
| Total | | 23.0 | | $27,485.00 |

08714    Purdue Pharma LP                                          Invoice No. 10420232
158001   DOJ Opioid Marketing Investigations                                   Page 4
03/16/21


**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|------:|------:|
| L120 | Analysis/Strategy | 23.0 | 24,186.80 |
| | Total Fees | 23.0 | 24,186.80 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10420231 |
| Invoice Date | 02/08/21 |
| Client No. | 08714 |
| Matter No. | 240001 |

RE: Retention And Fee Application
Client Matter Reference: 20190002705

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered from 02/01/21 through 02/08/21:

| | | |
|---|---|---:|
| Fees | $ | 1,863.92 |
| Less Courtesy Discount (12%) | | -223.67 |
| **Total this Invoice** | **$** | **1,640.25** |

*Payment is Due Upon Receipt*

08714      Purdue Pharma LP                                          Invoice No. 10420231
240001     Retention And Fee Application                                          Page 2
02/08/21

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 02/08/21 | S Davidson | L120 | A104 | Review e-mail regarding next interim fee application and e-mails with L. Shermohammed regarding same (.3); e-mails with J. Bucholtz regarding retention question (.5); review materials regarding same (.3); review filed letter and e-mails with J. Bucholtz regarding same (.4) | 1.5 |
| | | | | | 1.5 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Scott Davidson | Counsel | 1.5 | 1242.61 | 1,863.92 |
| Total | | 1.5 | | $1,863.92 |

08714    Purdue Pharma LP                                          Invoice No. 10420231
240001    Retention And Fee Application                                      Page 3
02/08/21

**Task Summary - Fees**

| Task |  | Hours | Value |
|------|--------------|-------|---------|
| L120 | Analysis/Strategy | 1.5 | 1,640.25 |
|      | Total Fees | 1.5 | 1,640.25 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10420233 |
| Invoice Date | 03/16/21 |
| Client No. | 08714 |
| Matter No. | 240001 |

RE: Retention And Fee Application
Client Matter Reference: 20190002705

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered 02/09/21 through 02/28/21:

| | | |
|---|---|---|
| Fees | $ | 17,386.00 |
| Less Courtesy Discount (12%) | | -2,086.32 |
| **Total this Invoice** | **$** | **15,299.68** |

*Payment is Due Upon Receipt*

08714      Purdue Pharma LP                                          Invoice No. 10420233
240001     Retention And Fee Application                                          Page 2
03/16/21

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 02/10/21 | L Shermohammed | L210 | A103 | Draft fourth interim fee application | 5.4 |
| 02/11/21 | L Shermohammed | L210 | A103 | Draft fourth interim fee application | 3.7 |
| 02/12/21 | L Shermohammed | L210 | A103 | Draft fourth interim fee application | 2.9 |
| 02/23/21 | S Davidson | L120 | A105 | E-mails with L. Shermohammed regarding January Monthly Fee Statement | 0.5 |
| 02/23/21 | L Shermohammed | L210 | A103 | Prepare exhibits to monthly fee statement | 0.3 |
| 02/24/21 | N Gadsden | L210 | A103 | Draft exhibits in preparation of filing fee application | 5.4 |
| 02/25/21 | L Shermohammed | L210 | A103 | Draft and finalize monthly fee statement | 4.3 |
| 02/26/21 | S Davidson | L120 | A104 | Review draft of January monthly fee statement and invoices (0.4); make revisions to same (0.6); coordinate filing and service of December monthly fee statement (0.3); e-mail LEDES files to fee examiner (0.2) | 1.5 |
| 02/26/21 | K Noebel | L210 | A111 | Prepare and efile the Seventeenth Monthly Fee Statement of King & Spalding LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors and Debtors in possession for the Period from January 1, 2021 Through January 31, 2021 | 0.6 |
| | | | | | 24.6 |

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Scott Davidson | Counsel | 2.0 | 1290.00 | 2,580.00 |
| Leia Shermohammed | Associate | 16.6 | 745.00 | 12,367.00 |
| Natasha Gadsden | Paralegal | 5.4 | 400.00 | 2,160.00 |
| Kathleen Noebel | Paralegal | 0.6 | 465.00 | 279.00 |
| Total | | 24.6 | | $17,386.00 |

08714      Purdue Pharma LP                                          Invoice No. 10420233
240001     Retention And Fee Application                                           Page 3
03/16/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|-------|-------|
| L120 | Analysis/Strategy | 2.0 | 2,270.40 |
| L210 | Pleadings | 22.6 | 13,029.28 |
| | Total Fees | 24.6 | 15,299.68 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10420247 |
| Invoice Date | 03/19/21 |
| Client No. | 44444 |
| Matter No. | 190003 |

RE: DOJ/NJ/ME
Client Matter Reference: 20190002258

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 02/08/21:

| | | |
|---|---|---|
| Fees | $ | 78,882.50 |
| Less Tiered Discount | | -2,366.48 |
| **Total this Invoice** | **$** | **76,516.02** |

*Payment is Due Upon Receipt*

44444     Purdue Pharma, LP (Document Matters)        Invoice No. 10420247
190003    DOJ/NJ/ME                               Page 2
03/19/21

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 02/01/21 | N Bass | L120 | A101 | Manage privilege review | 0.4 |
| 02/01/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.6 |
| 02/01/21 | F Evans | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 02/01/21 | R Jones | L120 | A110 | Prepare documents for production | 3.1 |
| 02/01/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 02/01/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 02/01/21 | R Schreck | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.9 |
| 02/01/21 | J Schroer | L140 | A110 | Prepare documents and data for privilege review in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.6 |
| 02/01/21 | E Smedley | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.3 |
| 02/01/21 | S Tona | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.7 |
| 02/01/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.4 |
| 02/01/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 02/02/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.6 |

44444       Purdue Pharma, LP (Document Matters)                                    Invoice No. 10420247
190003      DOJ/NJ/ME                                                                              Page 3
03/19/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 02/02/21 | F Evans | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 02/02/21 | R Jones | L120 | A110 | Prepare documents for production | 3.3 |
| 02/02/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 0.9 |
| 02/02/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.4 |
| 02/02/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.2 |
| 02/02/21 | J Schroer | L140 | A110 | Prepare documents and data for privilege review in connection with custodial documents relating to the DOJ/NJ/ME investigation | 6.6 |
| 02/02/21 | E Smedley | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.1 |
| 02/02/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.7 |
| 02/02/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 02/03/21 | N Bass | L120 | A101 | Manage privilege review | 0.3 |
| 02/03/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.7 |
| 02/03/21 | F Evans | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.7 |
| 02/03/21 | R Jones | L120 | A110 | Prepare documents for production | 3.1 |
| 02/03/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.8 |
| 02/03/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the | 1.4 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10420247
190003     DOJ/NJ/ME                                                               Page 4
03/19/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | DOJ/NJ/ME investigation | |
| 02/03/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.7 |
| 02/03/21 | J Schroer | L140 | A110 | Prepare documents and data for privilege review in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.1 |
| 02/03/21 | E Smedley | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.9 |
| 02/03/21 | S Tona | L320 | A104 | Quality control review for privilege in connection with documents relating to the DOJ/NJ/ME investigation | 0.9 |
| 02/03/21 | J Tucker | L120 | A101 | Manage review in connection with custodial documents relating to the DOJ investigation | 0.4 |
| 02/03/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.8 |
| 02/03/21 | T Williams | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.4 |
| 02/04/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.6 |
| 02/04/21 | R Jones | L120 | A110 | Prepare documents for production | 2.3 |
| 02/04/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.2 |
| 02/04/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.3 |
| 02/04/21 | J Schroer | L140 | A110 | Prepare documents and data for privilege review in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.8 |
| 02/04/21 | J Tucker | L120 | A101 | Manage review in connection with custodial documents relating to the DOJ investigation | 0.5 |
| 02/05/21 | N Bass | L120 | A101 | Manage privilege review | 0.5 |

44444     Purdue Pharma, LP (Document Matters)     Invoice No. 10420247
190003     DOJ/NJ/ME     Page 5
03/19/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 02/05/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.8 |
| 02/05/21 | R Jones | L120 | A110 | Prepare documents for production | 3.6 |
| 02/05/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.1 |
| 02/05/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 0.6 |
| 02/05/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.6 |
| 02/05/21 | E Smedley | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.1 |
| 02/05/21 | J Tucker | L120 | A101 | Manage review in connection with custodial documents relating to the DOJ investigation | 0.4 |
| 02/06/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.3 |
| 02/07/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.3 |
| 02/07/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.4 |
| 02/08/21 | N Bass | L120 | A101 | Manage privilege review | 1.4 |
| 02/08/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.2 |
| 02/08/21 | R Jones | L120 | A110 | Prepare documents for production | 5.3 |
| 02/08/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.9 |
| 02/08/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.1 |
| 02/08/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.3 |

44444       Purdue Pharma, LP (Document Matters)                                    Invoice No. 10420247
190003      DOJ/NJ/ME                                                                          Page 6
03/19/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 02/08/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.2 |
| 02/08/21 | E Smedley | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.5 |
| 02/08/21 | S Tona | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 0.5 |
| 02/08/21 | J Tucker | L120 | A101 | Manage review in connection with custodial documents relating to the DOJ investigation | 0.3 |
| 02/08/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.4 |
| 02/08/21 | H Wang | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.9 |

339.0

| 44444 | Purdue Pharma, LP (Document Matters) | Invoice No. 10420247 |
|---|---|---|
| 190003 | DOJ/NJ/ME | Page 7 |
| 03/19/21 | | |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Rose Jones | Partner | 20.7 | 425.00 | 8,797.50 |
| John Tucker | Partner | 1.6 | 425.00 | 680.00 |
| Nicole Bass | Discovery Counsel | 2.6 | 325.00 | 845.00 |
| Michael Douglas | Privilege Review Attorney | 56.5 | 215.00 | 12,147.50 |
| Frankie Evans | Privilege Review Attorney | 23.9 | 215.00 | 5,138.50 |
| Lori Maryscuk | Privilege Review Attorney | 30.0 | 215.00 | 6,450.00 |
| Liz McGovern | Privilege Review Attorney | 17.1 | 215.00 | 3,676.50 |
| Shane Orange | Privilege Review Attorney | 48.6 | 215.00 | 10,449.00 |
| Reilly Schreck | Privilege Review Attorney | 9.9 | 215.00 | 2,128.50 |
| Eric Smedley | Privilege Review Attorney | 43.9 | 215.00 | 9,438.50 |
| David Vandiver | Privilege Review Attorney | 35.3 | 215.00 | 7,589.50 |
| Hao Wang | Privilege Review Attorney | 1.9 | 215.00 | 408.50 |
| Treaves Williams | Privilege Review Attorney | 22.6 | 215.00 | 4,859.00 |
| Joseph Sherman | Privilege Review Attorney | 3.2 | 215.00 | 688.00 |
| Jeanine Schroer | Litigation Specialist | 12.1 | 300.00 | 3,630.00 |
| Sarah Tona | Privilege Review Attorney | 9.1 | 215.00 | 1,956.50 |
| Total | | 339.0 | | $78,882.50 |

44444     Purdue Pharma, LP (Document Matters)                              Invoice No. 10420247
190003    DOJ/NJ/ME                                                                      Page 8
03/19/21

**Task Summary - Fees**

| Task |  | Hours | Value |
|------|--|-------|-------|
| L120 | Analysis/Strategy | 24.9 | 10,322.50 |
| L140 | Document/File Management | 12.1 | 3,630.00 |
| L320 | Document Production (Defense) | 302.0 | 64,930.00 |
|  | Total Fees | 339.0 | 78,882.50 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10420248 |
| Invoice Date | 03/19/21 |
| Client No. | 44444 |
| Matter No. | 190003 |

RE: DOJ/NJ/ME
Client Matter Reference: 20190002258

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 02/28/21:

| | | |
|---|---|---|
| Fees | $ | 119,510.50 |
| Less Tiered Discount | | -5,975.53 |
| **Total this Invoice** | **$** | **113,534.97** |

*Payment is Due Upon Receipt*

44444      Purdue Pharma, LP (Document Matters)                    Invoice No. 10420248
190003     DOJ/NJ/ME                                                           Page 2
03/19/21

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 02/09/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 12.1 |
| 02/09/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.1 |
| 02/09/21 | R Jones | L120 | A110 | Prepare documents for production | 3.4 |
| 02/09/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 02/09/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.9 |
| 02/09/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.2 |
| 02/09/21 | C Pak | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.1 |
| 02/09/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.9 |
| 02/09/21 | E Smedley | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.3 |
| 02/09/21 | J Tucker | L120 | A101 | Manage review in connection with custodial documents relating to the DOJ investigation | 0.3 |
| 02/09/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 02/09/21 | H Wang | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.1 |
| 02/10/21 | N Bass | L120 | A101 | Manage privilege review | 0.4 |
| 02/10/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection | 9.6 |

44444          Purdue Pharma, LP (Document Matters)                          Invoice No. 10420248
190003         DOJ/NJ/ME                                                                Page 3
03/19/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | with custodial documents relating to the DOJ/NJ/ME investigation | |
| 02/10/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.1 |
| 02/10/21 | R Jones | L120 | A110 | Prepare documents for production | 2.9 |
| 02/10/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 4.8 |
| 02/10/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.9 |
| 02/10/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 02/10/21 | C Pak | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.2 |
| 02/10/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.2 |
| 02/10/21 | E Smedley | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.8 |
| 02/10/21 | J Tucker | L120 | A101 | Manage review in connection with custodial documents relating to the DOJ investigation | 0.4 |
| 02/10/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.4 |
| 02/10/21 | H Wang | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.7 |
| 02/11/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.1 |
| 02/11/21 | R Jones | L120 | A110 | Prepare documents for production | 1.9 |
| 02/11/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents | 8.8 |

44444          Purdue Pharma, LP (Document Matters)                                    Invoice No. 10420248
190003        DOJ/NJ/ME                                                                              Page 4
03/19/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | relating to the DOJ/NJ/ME investigation | |
| 02/11/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.6 |
| 02/11/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.3 |
| 02/11/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 6.6 |
| 02/11/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 02/12/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.3 |
| 02/12/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.2 |
| 02/12/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 0.4 |
| 02/12/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 4.2 |
| 02/12/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 4.1 |
| 02/15/21 | N Bass | L120 | A101 | Manage privilege review | 0.3 |
| 02/15/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.4 |
| 02/15/21 | R Jones | L120 | A110 | Prepare documents for production | 3.4 |
| 02/15/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.9 |
| 02/15/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.2 |

44444      Purdue Pharma, LP (Document Matters)                          Invoice No. 10420248
190003     DOJ/NJ/ME                                                              Page 5
03/19/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 02/15/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.4 |
| 02/15/21 | J Tucker | L120 | A101 | Manage review in connection with custodial documents relating to the DOJ investigation | 0.5 |
| 02/15/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.6 |
| 02/16/21 | N Bass | L120 | A101 | Manage privilege review | 2.7 |
| 02/16/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.1 |
| 02/16/21 | G Greco | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.2 |
| 02/16/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.1 |
| 02/16/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.7 |
| 02/16/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 4.4 |
| 02/16/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.2 |
| 02/16/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.3 |
| 02/16/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.1 |
| 02/16/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 4.9 |
| 02/16/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents | 3.2 |

44444          Purdue Pharma, LP (Document Matters)                                    Invoice No. 10420248
190003         DOJ/NJ/ME                                                                          Page 6
03/19/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | relating to the DOJ/NJ/ME investigation | |
| 02/17/21 | N Bass | L120 | A101 | Manage privilege review | 4.2 |
| 02/17/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.1 |
| 02/17/21 | G Greco | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.3 |
| 02/17/21 | R Jones | L120 | A110 | Prepare documents for production | 1.4 |
| 02/17/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.2 |
| 02/17/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 4.8 |
| 02/17/21 | S McClure | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.2 |
| 02/17/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.1 |
| 02/17/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.4 |
| 02/17/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.6 |
| 02/17/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.3 |
| 02/17/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.1 |
| 02/18/21 | N Bass | L120 | A101 | Manage privilege review | 3.3 |
| 02/18/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.3 |

44444
Purdue Pharma, LP (Document Matters)
Invoice No. 10420248

190003
DOJ/NJ/ME
Page 7

03/19/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 02/18/21 | G Greco | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.4 |
| 02/18/21 | R Jones | L120 | A110 | Prepare documents for production | 2.3 |
| 02/18/21 | L Maryscuk | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.9 |
| 02/18/21 | S McClure | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.7 |
| 02/18/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.2 |
| 02/18/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 0.7 |
| 02/18/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.2 |
| 02/18/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.7 |
| 02/18/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.2 |
| 02/18/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.1 |
| 02/19/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.2 |
| 02/19/21 | R Jones | L120 | A110 | Prepare documents for production | 5.1 |
| 02/19/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.3 |
| 02/22/21 | N Bass | L120 | A101 | Manage privilege review | 0.8 |
| 02/22/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the | 1.2 |

44444       Purdue Pharma, LP (Document Matters)                                    Invoice No. 10420248
190003      DOJ/NJ/ME                                                                               Page 8
03/19/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | DOJ/NJ/ME investigation | |
| 02/22/21 | R Jones | L120 | A110 | Prepare documents for production | 0.9 |
| 02/23/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.2 |
| 02/24/21 | N Bass | L120 | A101 | Manage privilege review | 0.3 |
| 02/24/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.6 |
| 02/24/21 | R Jones | L120 | A110 | Prepare documents for production | 0.3 |
| 02/25/21 | D Handley | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 0.5 |
| 02/25/21 | R Jones | L120 | A110 | Prepare documents for production | 0.3 |
| 02/25/21 | J Schroer | L140 | A110 | Prepare documents and data for privilege review in connection with custodial documents relating to the DOJ/NJ/ME investigation | 0.1 |
| 02/26/21 | N Bass | L120 | A101 | Manage privilege review | 0.4 |
| 02/26/21 | E Clements | L140 | A106 | Prepare Steadfast Production History report at request of T. Morrissey | 2.2 |
| 02/26/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.1 |
| 02/26/21 | D Handley | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.7 |
| 02/26/21 | R Jones | L120 | A110 | Prepare documents for production | 1.6 |
| 02/26/21 | J Schroer | L140 | A110 | Prepare documents and data for privilege review in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.2 |
| | | | | | 464.0 |

44444      Purdue Pharma, LP (Document Matters)                          Invoice No. 10420248
190003    DOJ/NJ/ME                                                                    Page 9
03/19/21

## TIMEKEEPER SUMMARY

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Rose Jones | Partner | 23.5 | 500.00 | 11,750.00 |
| John Tucker | Partner | 1.2 | 500.00 | 600.00 |
| Bob Neufeld | Privilege Review Attorney | 4.0 | 240.00 | 960.00 |
| Nicole Bass | Discovery Counsel | 12.4 | 350.00 | 4,340.00 |
| Michael Douglas | Privilege Review Attorney | 88.3 | 240.00 | 21,192.00 |
| Gary Greco | Privilege Review Attorney | 8.9 | 240.00 | 2,136.00 |
| Lori Maryscuk | Privilege Review Attorney | 53.0 | 240.00 | 12,720.00 |
| Ed McCafferty | Privilege Review Attorney | 6.5 | 240.00 | 1,560.00 |
| Scott McClure | Privilege Review Attorney | 4.9 | 240.00 | 1,176.00 |
| Liz McGovern | Privilege Review Attorney | 16.6 | 240.00 | 3,984.00 |
| Shane Orange | Privilege Review Attorney | 76.4 | 240.00 | 18,336.00 |
| Chong Pak | Privilege Review Attorney | 15.3 | 240.00 | 3,672.00 |
| Eric Smedley | Privilege Review Attorney | 18.1 | 240.00 | 4,344.00 |
| David Vandiver | Privilege Review Attorney | 50.7 | 240.00 | 12,168.00 |
| Hao Wang | Privilege Review Attorney | 16.8 | 240.00 | 4,032.00 |
| Amanda Wheeler | Privilege Review Attorney | 9.4 | 240.00 | 2,256.00 |
| Austin Gibson | Privilege Review Attorney | 16.2 | 240.00 | 3,888.00 |
| Joseph Sherman | Privilege Review Attorney | 33.1 | 240.00 | 7,944.00 |
| Dan Handley | Paralegal | 3.2 | 225.00 | 720.00 |
| Ernest Clements | Litigation Specialist | 2.2 | 315.00 | 693.00 |
| Jeanine Schroer | Litigation Specialist | 3.3 | 315.00 | 1,039.50 |
| Total | | 464.0 | | $119,510.50 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10420248
190003     DOJ/NJ/ME                                                                              Page 10
03/19/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|--|-------|-------|
| L120 | Analysis/Strategy | 37.1 | 16,690.00 |
| L140 | Document/File Management | 5.5 | 1,732.50 |
| L320 | Document Production (Defense) | 421.4 | 101,088.00 |
| | Total Fees | 464.0 | 119,510.50 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10420073 |
| Invoice Date | 03/19/21 |
| Client No. | 44444 |
| Matter No. | 190016 |

RE: UCC Document Review
Client Matter Reference: 20200002840

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 02/28/21:

| | | |
|---|---|---|
| Fees | $ | 43,090.50 |
| Less Tiered Discount | | -2,154.53 |
| **Total this Invoice** | **$** | **40,935.97** |

*Payment is Due Upon Receipt*

| | | | | | |
|---|---|---|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10420073 |
| 190016 | UCC Document Review | | | | Page 2 |
| 03/19/21 | | | | | |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 02/01/21 | E Can | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 8.1 |
| 02/01/21 | A Grady | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 5.5 |
| 02/01/21 | G Greco | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 4.1 |
| 02/01/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 1.8 |
| 02/01/21 | S McClure | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 3.7 |
| 02/01/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 5.4 |
| 02/01/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 4.6 |
| 02/02/21 | E Can | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 8.1 |
| 02/02/21 | A Grady | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 6.1 |
| 02/02/21 | G Greco | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 4.3 |
| 02/02/21 | R Jones | L120 | A110 | Prepare documents for production | 0.8 |
| 02/02/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 2.4 |
| 02/02/21 | S McClure | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 4.4 |
| 02/02/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 5.3 |
| 02/02/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC investigation | 4.2 |

44444       Purdue Pharma, LP (Document Matters)                              Invoice No. 10420073
190016      UCC Document Review                                                             Page 3
03/19/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 02/02/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 4.4 |
| 02/03/21 | E Can | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 8.1 |
| 02/03/21 | A Gibson | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 3.2 |
| 02/03/21 | G Greco | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 4.4 |
| 02/03/21 | R Jones | L120 | A110 | Prepare documents for production | 0.9 |
| 02/03/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 2.7 |
| 02/03/21 | S McClure | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 3.6 |
| 02/03/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC Investigation | 4.2 |
| 02/03/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 3.2 |
| 02/03/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC investigation | 5.6 |
| 02/03/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 6.3 |
| 02/04/21 | E Can | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 3.7 |
| 02/04/21 | G Greco | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 5.2 |
| 02/04/21 | R Jones | L120 | A110 | Prepare documents for production | 0.9 |
| 02/04/21 | E McCafferty | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 5.2 |
| 02/04/21 | S McClure | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 5.1 |
| 02/04/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection | 2.3 |

| | | | | | |
|---|---|---|---|---|---|
| 44444 | Purdue Pharma, LP (Document Matters) | | | | Invoice No. 10420073 |
| 190016 | UCC Document Review | | | | Page 4 |
| 03/19/21 | | | | | |

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| | | | | with custodial documents relating to the UCC Investigation | |
| 02/04/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 4.7 |
| 02/04/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC investigation | 4.4 |
| 02/04/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 3.1 |
| 02/04/21 | E Smedley | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 6.7 |
| 02/04/21 | S Tona | L320 | A104 | Manage quality control review for privilege in connection with custodial documents relating to the UCC matter | 0.9 |
| 02/04/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 8.6 |
| 02/04/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 4.7 |
| 02/05/21 | E Can | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 0.6 |
| 02/05/21 | R Jones | L120 | A110 | Prepare documents for production | 0.8 |
| 02/05/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC Investigation | 4.9 |
| 02/05/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 1.2 |
| 02/05/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the UCC investigation | 10.1 |
| 02/05/21 | J Sherman | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 6.9 |
| 02/05/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the UCC matter | 1.7 |
| | | | | | 197.1 |

44444      Purdue Pharma, LP (Document Matters)                          Invoice No. 10420073
190016     UCC Document Review                                                        Page 5
03/19/21

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| Rose Jones | Partner | 3.4 | 425.00 | 1,445.00 |
| Bob Neufeld | Privilege Review Attorney | 19.8 | 215.00 | 4,257.00 |
| Antoine Grady | Privilege Review Attorney | 11.6 | 215.00 | 2,494.00 |
| Gary Greco | Privilege Review Attorney | 18.0 | 215.00 | 3,870.00 |
| Ed McCafferty | Privilege Review Attorney | 12.1 | 215.00 | 2,601.50 |
| Scott McClure | Privilege Review Attorney | 16.8 | 215.00 | 3,612.00 |
| Liz McGovern | Privilege Review Attorney | 11.4 | 215.00 | 2,451.00 |
| Shane Orange | Privilege Review Attorney | 24.3 | 215.00 | 5,224.50 |
| Eric Smedley | Privilege Review Attorney | 6.7 | 215.00 | 1,440.50 |
| David Vandiver | Privilege Review Attorney | 8.6 | 215.00 | 1,849.00 |
| Amanda Wheeler | Privilege Review Attorney | 21.7 | 215.00 | 4,665.50 |
| Enver Can | Privilege Review Attorney | 28.6 | 215.00 | 6,149.00 |
| Austin Gibson | Privilege Review Attorney | 3.2 | 215.00 | 688.00 |
| Joseph Sherman | Privilege Review Attorney | 10.0 | 215.00 | 2,150.00 |
| Sarah Tona | Privilege Review Attorney | 0.9 | 215.00 | 193.50 |
| Total | | 197.1 | | $43,090.50 |

44444      Purdue Pharma, LP (Document Matters)                          Invoice No. 10420073
190016     UCC Document Review                                                        Page 6
03/19/21


**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------|------|
| L120 | Analysis/Strategy | 3.4 | 1,445.00 |
| L320 | Document Production (Defense) | 193.7 | 41,645.50 |
| | Total Fees | 197.1 | 43,090.50 |