Jasmine Ball
Maura Kathleen Monaghan
Jeffrey J. Rosen
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Beacon Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF THE MORTIMER D. SACKLER INITIAL COVERED SACKLER
PERSONS OF FILING OF DOCUMENTS PREVIOUSLY FILED UNDER SEAL**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Denying Mortimer D. Sackler ICSP's Motion to Seal Documents Submitted in Connection with the Limited Objection to the Media Intervenors' Motions to Unseal Judicial Records* [Dkt. No. 2570], the Mortimer D. Sackler Initial Covered Sackler Persons ("Mortimer Sackler ICSPs"),[2] by and through their

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] The Mortimer Sackler ICSPs include Theresa Sackler, Ilene Sackler Lefcourt, Kathe Sackler, and Mortimer D.A. Sackler, as well as trusts for their benefit and the trustees of those trusts. *Amended and Restated Case*

1

undersigned counsel, hereby submit this *Notice of Documents Previously Filed Under Seal*.

Attached to this Notice, the Mortimer Sackler ICSPs are publicly filing the *Declaration of Jasmine Ball Dated February 7, 2021* [Dkt. No. 2362] and accompanying exhibits.

Dated:  March 31, 2021
        New York, New York

                                  By:  */s/ Jasmine Ball*
                                          Jasmine Ball
                                          DEBEVOISE & PLIMPTON LLP
                                          919 Third Avenue
                                          New York, New York 10022
                                          Telephone:  (212) 909-6000
                                          Facsimile:  (212) 909-6836
                                          Email: jball@debevoise.com

                                          *Attorney for Beacon Company*

---

*Stipulation Among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties dated Nov. 20, 2019*, ¶ 1 [Dkt. No. 518].

2