Jasmine Ball
Maura Kathleen Monaghan
Jeffrey J. Rosen
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Beacon Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | **(Jointly Administered)** |

**NOTICE OF THE MORTIMER D. SACKLER INITIAL COVERED SACKLER
PERSONS OF FILING OF DOCUMENTS PREVIOUSLY FILED UNDER SEAL**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Denying Mortimer D.

Sackler ICSP's Motion to Seal Documents Submitted in Connection with the Limited Objection to

the Media Intervenors' Motions to Unseal Judicial Records* [Dkt. No. 2570], the Mortimer D.

Sackler Initial Covered Sackler Persons ("Mortimer Sackler ICSPs"),[2] by and through their

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] The Mortimer Sackler ICSPs include Theresa Sackler, Ilene Sackler Lefcourt, Kathe Sackler, and Mortimer D.A. Sackler, as well as trusts for their benefit and the trustees of those trusts. *Amended and Restated Case*

1

undersigned counsel, hereby submit this *Notice of Documents Previously Filed Under Seal*.

Attached to this Notice, the Mortimer Sackler ICSPs are publicly filing the *Declaration of Jasmine Ball Dated February 7, 2021* [Dkt. No. 2362] and accompanying exhibits.

Dated:   March 31, 2021
        New York, New York

By:   */s/ Jasmine Ball*
     Jasmine Ball
     DEBEVOISE & PLIMPTON LLP
     919 Third Avenue
     New York, New York 10022
     Telephone:  (212) 909-6000
     Facsimile:  (212) 909-6836
     Email: jball@debevoise.com

     *Attorney for Beacon Company*

---

*Stipulation Among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties dated Nov. 20, 2019*, ¶ 1 [Dkt. No. 518].

Jasmine Ball
Maura Kathleen Monaghan
Jeffrey J. Rosen
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836

*Attorneys for Beacon Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

# DECLARATION OF JASMINE BALL

I, Jasmine Ball, an attorney duly admitted to practice in the Southern District of New York, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I represent the Mortimer Sackler Initial Covered Sackler Persons (the "Mortimer Sackler ICSPs") in this dispute.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

2. I submit this declaration in support of the Mortimer D. Sackler ICSP's Limited Objection to the Media Intervenors' Motion to Intervene and Unseal Judicial Records in the above-captioned case. The examples of violent and anti-Semitic threats regarding members of the Sackler families attached to this declaration as exhibits and information regarding their sources are being filed under seal to avoid drawing additional attention to such hateful content.

3. I state that true and correct copies of the following documents are attached as exhibits hereto:

4. Attached as Exhibit 1 is a true and correct copy of a comment to a Change.org petition which states, as of February 7, 2021, that it is two years old. The petition and comment are available at https://www.change.org/p/hold-the-sackler-family-and-purdue-pharma-accountable-for-the-opioid-crisis/c.

5. Attached as Exhibit 2 is a true and correct copy of selected comments on a Reddit thread which state, as of February 7, 2021, that they are two years old. The comments are available at https://www.reddit.com/r/EverythingScience/comments/ahwc16/damning_court_docs_show_just_how_far_sacklers_the/.

6. Attached as Exhibit 3 is a true and correct copy of a post made on Twitter, dated December 11, 2020 and time-stamped 4:02 a.m., and available at https://twitter.com/792x33/status/1337321790943744000.

7. Attached as Exhibit 4 is a true and correct copy of a post made on Twitter, dated December 17, 2020 and time-stamped 5:00 p.m., and available at https://twitter.com/fakemikemulloy/status/1339692052083220480.

8. Attached as Exhibit 5 is a true and correct copy of a post made on Twitter, dated December 17, 2020 and time-stamped 5:43 p.m., and available at https://twitter.com/PETCOI

NTELPRO/status/1339702892991803395.

9. Attached as Exhibit 6 is a true and correct copy of two posts made on Twitter. Both posts are dated January 27, 2021. The first post is time-stamped 11:53 a.m., and the second post is time-stamped 11:55 a.m. These Twitter posts are available at https://web.archive.org/web/20210127165820/https://twitter.com/frynaomifry/status/1354473066118713346.

Dated: February 7, 2021
       New York, New York

                                                              By: */s/ Jasmine Ball*
                                                                  Jasmine Ball
                                                                  DEBEVOISE & PLIMPTON LLP
                                                                  919 Third Avenue
                                                                  New York, New York 10022
                                                                  Telephone: (212) 909-6000
                                                                  Facsimile: (212) 909-6836
                                                                  Email: jball@debevoise.com

                                                                *Attorney for Beacon Company*

# EXHIBIT 1



**Martin Folker**
2 years ago

The Sackler family independently through greed has created and help create an epidemic that our country has never seen before. Having them pay million dollar fines is equal to pennies in my pocket. You allow them to police their own drug cartels inside of our country. Sacrifice their dark souls in a public square in DC. Alow free parking with a circus atmosphere. Bring back public hangings NOW. Every member of the Sackler family should be hung one by one. And don't forget the infants !

 0

Report

# EXHIBIT 2




# EXHIBIT 3



# EXHIBIT 4



# EXHIBIT 5



# EXHIBIT 6



