**EXHIBIT 2**

| | |
|---|---|
| **From:** | Knudson, Jacquelyn Swanner |
| **Sent:** | Tuesday, May 5, 2020 8:43 PM |
| **To:** | Scott Markowitz |
| **Cc:** | McClammy, James I.; Oluwole, Chautney M.; Jonilda Seitllari |
| **Subject:** | RE: [EXT] RE: In re Purdue Pharma, L.P. et al., No. 19-23649 (Bankr. S.D.N.Y.) – Bankruptcy Rule 2004 - Meet and Confer Request |

Scott—

These documents were produced to the data room.

Thanks,
Jacquelyn


**Jacquelyn Swanner Knudson**

**Davis Polk & Wardwell** LLP
450 Lexington Avenue  |  New York, NY 10017
+1 212 450 3341 tel  |  +1 803 417 3273 mobile
jacquelyn.swanner@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

**From:** Scott Markowitz <SMarkowitz@tarterkrinsky.com>
**Sent:** Tuesday, May 5, 2020 7:23 PM
**To:** Knudson, Jacquelyn Swanner <jacquelyn.swanner@davispolk.com>
**Cc:** McClammy, James I. <james.mcclammy@davispolk.com>; Oluwole, Chautney M. <chautney.oluwole@davispolk.com>; Jonilda Seitllari <Jseitllari@tarterkrinsky.com>
**Subject:** Re: [EXT] RE: In re Purdue Pharma, L.P. et al., No. 19-23649 (Bankr. S.D.N.Y.) – Bankruptcy Rule 2004 - Meet and Confer Request


Hi Jacquelyn, your production references that extra copies of bates stamped docs from a prior production is included but I did not see that . Can you pleas send ?




**Scott Markowitz | Partner**
D: 212-216-8005 | F: 212-216-8001
smarkowitz@tarterkrinsky.com | Bio

Tarter Krinsky & Drogin LLP
1350 Broadway | New York | NY | 10018
www.tarterkrinsky.com


On Apr 24, 2020, at 5:01 PM, Knudson, Jacquelyn Swanner <jacquelyn.swanner@davispolk.com> wrote:

1

Scott—

Please find below our responses to your interrogatories and requests for production:

**Response to Interrogatories 1-5 and Requests for Production 1, 4**

In the MDL, Interrogatory No. 2 requested Purdue identify *all* Scientific research, studies, tests, trials or analysis that it relied on to test or market the safety and efficacy of its opioid medications.  In its supplemental response on October 5, 2018, Purdue identified the bates ranges where such documents could be found in its New Drug Application ("NDA") files for OxyContin, Hysingla ER, and Butrans.  Then on March 4, 2019, Purdue further supplemented its response with a list of studies and clinical trials that it was able to identify that relate to safety and efficacy.  The list includes bates numbers where they can be found in Purdue's document production.  Further, in its March 4 supplement, Purdue responded to Interrogatory No. 29 that asked it to identify all scientific research on which it relied for marketing statements related to eight different topics.  Purdue provided that list by category and again with bates numbers and/or sufficient identifying information for the requesting party to obtain the study.  The information sought by the interrogatory – title, date, investigators/authors, financial support, and FDA submission – is contained within the studies themselves or the NDA files.

The NDA files and Adverse Event Reports also include clinical observations of in utero exposure, if any, to the compounds under study.  The Adverse Event Reports were produced in the MDL at PPLP004385541 through PPLP004390686.  Information responsive to this request would also be included in the MedWatch Reports, which are reports that reflect relevant adverse events, but do not contain enough information to create formal Adverse Event Reports, and product complaints.

The NDA file also contains all of the company's FDA submissions, which would include as applicable, submissions related to licensing and approvals of Purdue's opioid medications.

As stated, information from these responses as well as the underlying and cited documents were all provided in the MDL, but for your easy reference, today's production will include extra copies of the MDL discovery responses.  The Bates range for these documents is PPLPCNC500588670 through PPLPCNC500589138.

**Response to Request for Production 2**

This request is extremely broad in that it calls for essentially every document that mentions any of the studies identified in the interrogatories mentioned above.  Given the large number of studies, the request is not feasible.  However, with the information provided by Purdue in the above-referenced responses, you can review any study, identify those of interest, and then conduct searches to find any related documents using the titles, authors, cites, and/or key words.  This can be done in addition to reviewing the materials related to the studies in the NDA files also identified in the above interrogatory responses.

**Response to Request for Production 3**

As you know, the search terms used for document discovery that you've had from the MDL were extremely broad and used by agreement of plaintiffs. The searches included broad terms, such as "opioid" and "OxyContin," among others.  To the extent the additional terms that you list relate to opioids, the documents would be subsumed within the searches that were agreed upon and run.

Once you have had a chance to review, please let us know if a call to discuss would be helpful.

Best,
Jacquelyn

**Jacquelyn Swanner Knudson**

**Davis Polk & Wardwell** LLP
450 Lexington Avenue  |  New York, NY 10017
+1 212 450 3341 tel  |  +1 803 417 3273 mobile
jacquelyn.swanner@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

**From:** Scott Markowitz <SMarkowitz@tarterkrinsky.com>
**Sent:** Monday, April 20, 2020 10:34 AM
**To:** Knudson, Jacquelyn Swanner <jacquelyn.swanner@davispolk.com>
**Cc:** McClammy, James I. <james.mcclammy@davispolk.com>; Oluwole, Chautney M.
<chautney.oluwole@davispolk.com>; Jonilda Seitllari <Jseitllari@tarterkrinsky.com>
**Subject:** Re: [EXT] RE: In re Purdue Pharma, L.P. et al., No. 19-23649 (Bankr. S.D.N.Y.) – Bankruptcy Rule
2004 - Meet and Confer Request

Ok thank you

<image001.png>   **Scott Markowitz | Partner**
D: 212-216-8005 | F: 212-216-8001
smarkowitz@tarterkrinsky.com | Bio

Tarter Krinsky & Drogin LLP
1350 Broadway | New York | NY | 10018
www.tarterkrinsky.com

On Apr 20, 2020, at 10:19 AM, Knudson, Jacquelyn Swanner
<jacquelyn.swanner@davispolk.com> wrote:

Hi Scott,

3 p.m. on Tuesday works.  I will send a calendar invite and dial-in shortly.

Thanks,
Jacquelyn

**Jacquelyn Swanner Knudson**

**Davis Polk & Wardwell** LLP

450 Lexington Avenue | New York, NY 10017
+1 212 450 3341 tel | +1 803 417 3273 mobile
jacquelyn.swanner@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

**From:** Scott Markowitz <SMarkowitz@tarterkrinsky.com>
**Sent:** Friday, April 17, 2020 8:18 PM
**To:** Knudson, Jacquelyn Swanner <jacquelyn.swanner@davispolk.com>
**Cc:** McClammy, James I. <james.mcclammy@davispolk.com>; Oluwole, Chautney M.
<chautney.oluwole@davispolk.com>; Jonilda Seitllari <Jseitllari@tarterkrinsky.com>
**Subject:** Re: [EXT] RE: In re Purdue Pharma, L.P. et al., No. 19-23649 (Bankr. S.D.N.Y.) –
Bankruptcy Rule 2004 - Meet and Confer Request

Hi, does 3 pm est work ?

**Scott Markowitz | Partner**
D: 212-216-8005 | F: 212-216-8001
smarkowitz@tarterkrinsky.com | Bio

Tarter Krinsky & Drogin LLP
1350 Broadway | New York | NY | 10018
www.tarterkrinsky.com

On Apr 17, 2020, at 5:40 PM, Knudson, Jacquelyn Swanner
<jacquelyn.swanner@davispolk.com> wrote:

Thank you, Jonilda.  Adding our colleague, Chautney.

Scott, please let us know your availability for call on Tuesday.  We would
appreciate the opportunity to discuss this with you before you file your
motion.

Best,
Jacquelyn

**Jacquelyn Swanner Knudson**

**Davis Polk & Wardwell** LLP
450 Lexington Avenue | New York, NY 10017
+1 212 450 3341 tel | +1 803 417 3273 mobile
jacquelyn.swanner@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is

strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

**From:** Jonilda Seitllari <Jseitllari@tarterkrinsky.com>
**Sent:** Friday, April 17, 2020 4:58 PM
**To:** McClammy, James I. <james.mcclammy@davispolk.com>; Knudson, Jacquelyn Swanner <jacquelyn.swanner@davispolk.com>
**Cc:** Scott Markowitz <SMarkowitz@tarterkrinsky.com>
**Subject:** Re: In re Purdue Pharma, L.P. et al., No. 19-23649 (Bankr. S.D.N.Y.) – Bankruptcy Rule 2004 - Meet and Confer Request


Good Afternoon:

Attached please find letter correspondence from Scott S. Markowitz and Rule 2004 Motion regarding the above-referenced chapter 11 case.

Thank you
Jonilda Seitllari


<image001.png>  **Jonilda Seitllari | Bankruptcy Paralegal, CFE**
D: 212-216-8028 | F: 212-216-8001
jseitllari@tarterkrinsky.com | Bio

Tarter Krinsky & Drogin LLP
1350 Broadway | New York | NY | 10018
www.tarterkrinsky.com

---

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

---

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.

Tarter Krinsky & Drogin is fully operational. All attorneys and staff have been and will continue to be working remotely and TKD has put measures in place to ensure our services continue uninterrupted. However, because of anticipated delays in receiving regular mail and other deliveries, please e-mail copies of anything you send by regular mail or delivery, including issuing remittances electronically, until further notice. Please contact Katrinia Soares at reception@tarterkrinsky.com or by phone at 212-216-8000 with any questions. Thank you in advance for your courtesies during these unprecedented times.

NOTE: If regular mailing or other specific transmission type is required by terms of a contract, order or statute, please comply with those obligations and transmit the materials by the means set forth in the agreement, order or statute as well as by email.

Confidentiality Disclosure: This information in this email and in attachments is confidential and intended solely for the attention and use of the named (addressee(s). This information may be subject to attorney/client privilege or may otherwise be protected by work product privilege or other legal rules. It must not be disclosed to any person without our authority. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to disclose, and must not disclose, copy, distribute, or retain this message or any part of it.

This email is an informal communication that is not meant to be legally binding upon the sender unless expressly noted to the contrary.

Tarter Krinsky & Drogin LLP, Attorneys-at-Law.