**EXHIBIT 6**

| | |
|---|---|
| **From:** | Knudson, Jacquelyn Swanner |
| **Sent:** | Wednesday, September 30, 2020 5:22 PM |
| **To:** | Kevin Thompson |
| **Cc:** | McClammy, James I.; Oluwole, Chautney M.; Townes, Esther C.; Paul.lafata@dechert.com; Hayden.Coleman@dechert.com; Yeary, Michelle; Harold D. Israel; Scott Markowitz; Will Kovalchik |
| **Subject:** | RE: NAS AHC Discovery |

Kevin—

Please find below additional information related to your requests.

First, here are the bates numbers for the three E-bates documents referenced in your letter: (1) E01-00002130- see 8841590992-993, (2) E513-00026227- see 8855322088, and (3) E513-00046100- see 8855313115-123.

Second, as we mentioned on our previous call, we did not locate the Naloxone studies referenced in the production.

Third, we looked further into document E513_00046100, which appears to be an English translation of a Swedish Summary of Product Characteristics for Opidol with marketing authorization under Mundipharma AB. Notably, the document was produced many years ago in the WDVA matter and appears to be related to Mundipharma AB, both of which limit our ability to get much more information about the document than what is on its face and around it. That said, the document appears from the metadata to have an author of Caroline Larsson and is dated 12/8/2004. It is hard to tell from the family organization, but it is possible that the document may be part of a large family (E513_00046095 – 46109). In that range is document E513_00046103, which is an email forwarding other communications with attachments, which are referenced for a table comparing statements from labels for different medications in various countries. The other labels in the range of documents may correspond to the referenced documents in the email, but it is difficult to be sure because of the manner of the production as it was done in the original underlying matter.

Best,
Jacquelyn


**Jacquelyn Swanner Knudson**

**Davis Polk & Wardwell** LLP

450 Lexington Avenue  |  New York, NY 10017
+1 212 450 3341 tel  |  +1 803 417 3273 mobile
jacquelyn.swanner@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

**From:** Kevin Thompson <kwthompsonwv@thompsonbarneylaw.com>
**Sent:** Friday, September 18, 2020 6:48 PM
**To:** Knudson, Jacquelyn Swanner <jacquelyn.swanner@davispolk.com>
**Cc:** McClammy, James I. <james.mcclammy@davispolk.com>; Oluwole, Chautney M. <chautney.oluwole@davispolk.com>; Townes, Esther C. <esther.townes@davispolk.com>; Paul.lafata@dechert.com; Hayden.Coleman@dechert.com; Yeary, Michelle <michelle.yeary@dechert.com>; Harold D. Israel

<hisrael@lplegal.com>; Scott Markowitz <SMarkowitz@tarterkrinsky.com>; Will Kovalchik <willkoval@gmail.com>
**Subject:** Re: NAS AHC Discovery

Counsel,

To follow up on our conversation this afternoon:

1. Thank you for sending the Oxycodone studies we requested at our previous email.

We are interested to know if those were the only oxycodone rat/rabbit/mare studies you found, as well as any academic journal articles or outside studies in Purdue's possession on teratogenic effects of Purdue's opioid drugs.

Additionally, we are still seeking the following Naloxone studies -

*Naloxone*

Rat (KPC/30/85)

Rabbit (KPC/31/85

Rat (KPC/33/85)

Rabbit (KPC/35/85)

KPC/70/8409

KPC/74/8506

KPC/71/8409


2. RE: Custodian search terms, we are narrowing down our list of custodians to run searches for to **Craig Landau, Howard Udell, and Richard Sackler.**  We are narrowing our request to the following search terms:
- "spina bifida"
- "mare"
-"dame"
- "off-spring"
- "in utero"
- "Chiari"
- "septal"
- "ankyloglossia"
- "congenital brain damage"
- "craniosynostosis"
- "dysplasia"
- "gastroschisis"
- "Pierre Robin"
- "respiratory tract malformation"

2

- "Broussard"
- "reproductive toxicity"
- "fetal opioid exposure" or "foetal opioid exposure"

3. We discussed documents that are only available in .TXT format. You told us that these were produced in this way due to obsolete files from earlier Virginia Litigation. We understand that the files you have provided are most probably as much as is practical to obtain from legacy systems.

4. We seek background information on a MundiPharma document prepared for Swedish SMPC (E513_00046100) and any documents, emails or collections related to this document.

To the extent that you agree to provide any of the above-listed information, we look forward to receiving additional information as it becomes available. If you do not agree to all or any part of the above-list requests, we would appreciate know that also.

Thank you for your continued cooperation.

Kevin Thompson, Esq.
Harold Israel, Esq.
Scott Markowitz, Esq.

On Wed, Sep 9, 2020 at 1:40 PM Knudson, Jacquelyn Swanner <jacquelyn.swanner@davispolk.com> wrote: