**EXHIBIT 16**

| | |
|---|---|
| **From:** | Knudson, Jacquelyn Swanner |
| **Sent:** | Friday, February 12, 2021 8:11 AM |
| **To:** | donald@creadorelawfirm.com |
| **Cc:** | McClammy, James I.; Scott R. Bickford; Kent Robbins |
| **Subject:** | RE: RE:19-CV-23649  REQUEST FOR MEET AND CONFER  RE: CENTRAL REPOSITORY |

Don,

Following up on your prior request for birth mother information.  We ran 30 birth mother names through Purdue's adverse event (AE) database and got 0 hits.  We understand that this is only a sample of the thousands of birth mother names we received from Prime Clerk, and there is a chance that a birth mother name for one of your other clients might be in the AE database.  Before we undertake the effort of searching the database for additional names, however, we want to be sure that any information we find can be disclosed.  As discussed, the AE database contains personally identifying information and protected health information, so we need to make sure we have HIPAA releases from those individuals.  We want to be sure that before we undertake the expense and effort of this exercise that the information can, in fact, be shared with you.

As to your second request regarding the Central Repository, we think it would be helpful to discuss your particular questions.  Unfortunately, Friday, February 12 at 2 p.m. does not work for us.  We are available Tuesday, February 16, 1-3 p.m. or 4-5 p.m., or Wednesday, February 17, Noon-3:30 p.m.  Please let us know if one of those times work for you, and we will put something on the calendar.

Best,
Jacquelyn


**Jacquelyn Swanner Knudson**

**Davis Polk & Wardwell** LLP
450 Lexington Avenue  |  New York, NY 10017
+1 212 450 3341 tel  |  +1 803 417 3273 mobile
jacquelyn.swanner@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

**From:** donald@creadorelawfirm.com <donald@creadorelawfirm.com>
**Sent:** Thursday, February 11, 2021 6:18 PM
**To:** Knudson, Jacquelyn Swanner <jacquelyn.swanner@davispolk.com>
**Cc:** McClammy, James I. <james.mcclammy@davispolk.com>; Scott R. Bickford <srb@mbfirm.com>; Kent Robbins <khrobbins@kentharrisonrobbins.com>
**Subject:** RE:19-CV-23649 REQUEST FOR MEET AND CONFER RE: CENTRAL REPOSITORY

Jacquelyn, Jim-
Friendly reminder.  We are available.
Kindly respond.
Many thanks,
Don

-----Original Message-----
From: "Knudson, Jacquelyn Swanner" <jacquelyn.swanner@davispolk.com>
Sent: Wednesday, February 10, 2021 1:01pm
To: "donald@creadorelawfirm.com" <donald@creadorelawfirm.com>, "McClammy, James I."
<james.mcclammy@davispolk.com>
Cc: "Scott R. Bickford" <srb@mbfirm.com>, "Kent Robbins" <khrobbins@kentharrisonrobbins.com>
Subject: RE: CONFIDENTIAL 19-CV-23649 REQUEST FOR MEET AND CONFER RE: CENTRAL
REPOSITORY

Don,

We are following up on your inquiry and coordinating schedules with co-counsel (Dechert and Wiggin) for the meet and
confer.  We will revert as soon as possible.

Best,
Jacquelyn

**Jacquelyn Swanner Knudson**

**Davis Polk & Wardwell** LLP
450 Lexington Avenue  |  New York, NY 10017
+1 212 450 3341 tel  |  +1 803 417 3273 mobile
jacquelyn.swanner@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise
protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of
this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is
strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies.
Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

**From:** donald@creadorelawfirm.com <donald@creadorelawfirm.com>
**Sent:** Wednesday, February 10, 2021 12:27 PM
**To:** McClammy, James I. <james.mcclammy@davispolk.com>; Knudson, Jacquelyn Swanner
<jacquelyn.swanner@davispolk.com>
**Cc:** don creadore <Donald@creadorelawfirm.com>; Scott R. Bickford <srb@mbfirm.com>; Kent Robbins
<khrobbins@kentharrisonrobbins.com>
**Subject:** CONFIDENTIAL 19-CV-23649 REQUEST FOR MEET AND CONFER RE: CENTRAL REPOSITORY

Hello Jacquelyn, Jim,
We are in need of details from the Debtors regarding the Central Repository Stamford, CT.
(As, for example, in the following entry:
Central Repository Stamford, CT: Vol 105, VIII. Clinical Data: Integrated Summary of Safety: June 2002
Periodic Safety Update Report Oxycodone Hydrochloride Preparations; 13-Oct-01 through 12-April-02.)

Does the Central Repository maintain, among other materials, pre-clinical, clinical, GLP and non-GLP
information regarding opioids, Oxycodone, Oxycodone Hydrochloride preparations, or genotoxic data and
genotoxicity databases? If yes, is there a directory, registry, an index, or similar document listing the contents of
the Central Repository?  If yes, please furnish a copy of the index, or directory (or similar), or portions relevant
to our requests for--only by way of example-- non-GLP, GLP, pre-clinical and clinical toxicology animal
studies; genotoxcity databases; chromosomal aberrations, in addition to the express request above (underlined).
The foregoing questions were presented to the IACs and, in repsonse, it was explained, in sum and substance,
that the IACs are unable to share any knowledge or assistance.

We are proposing a meet and confer for Friday, February 12, 2021, @ 2p est; kindly advise of your availability.

Don

o/b/o Purdue NAS Children Ad Hoc

Donald E. Creadore
The Creadore Law Firm, P.C.
450 Seventh Avenue - Suite 1408
New York, New York 10123
(O) 212.355.7200
(C) 917.226.1881
donald@creadorelawfirm.com

CONFIDENTIALITY NOTICE: The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 212-355-7200 and return the original message to us.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you. DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.