**EXHIBIT 17**

| | |
|---|---|
| **From:** | donald@creadorelawfirm.com |
| **Sent:** | Wednesday, February 10, 2021 12:27 PM |
| **To:** | McClammy, James I.; Knudson, Jacquelyn Swanner |
| **Cc:** | don creadore; Scott R. Bickford; Kent Robbins |
| **Subject:** | CONFIDENTIAL  19-CV-23649 REQUEST FOR MEET AND CONFER RE: CENTRAL REPOSITORY |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hello Jacquelyn, Jim,
We are in need of details from the Debtors regarding the Central Repository Stamford, CT.
(As, for example, in the following entry:
<u>Central Repository Stamford, CT: Vol 105, VIII. Clinical Data: Integrated Summary of Safety: June 2002 Periodic Safety Update Report Oxycodone Hydrochloride Preparations; 13-Oct-01 through 12-April-02.</u>)

Does the Central Repository maintain, among other materials, pre-clinical, clinical, GLP and non-GLP information regarding opioids, Oxycodone, Oxycodone Hydrochloride preparations, or genotoxic data and genotoxicity databases? If yes, is there a directory, registry, an index, or similar document listing the contents of the Central Repository?  If yes, please furnish a copy of the index, or directory (or similar), or portions relevant to our requests for--only by way of example-- non-GLP, GLP, pre-clinical and clinical toxicology animal studies; genotoxcity databases; chromosomal aberrations, in addition to the express request above (underlined). The foregoing questions were presented to the IACs and, in repsonse, it was explained, in sum and substance, that the IACs are unable to share any knowledge or assistance.

We are proposing a meet and confer for Friday, February 12, 2021, @ 2p est; kindly advise of your availability.
Don
o/b/o Purdue NAS Children Ad Hoc
Donald E. Creadore
The Creadore Law Firm, P.C.
450 Seventh Avenue - Suite 1408
New York, New York 10123
(O) 212.355.7200
(C) 917.226.1881
donald@creadorelawfirm.com

CONFIDENTIALITY NOTICE: The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 212-355-7200 and return the original message to us.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you. DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.