**EXHIBIT 21**

| | |
|---|---|
| **From:** | Knudson, Jacquelyn Swanner |
| **Sent:** | Friday, March 12, 2021 8:03 PM |
| **To:** | donald@creadorelawfirm.com |
| **Cc:** | McClammy, James I.; Townes, Esther C.; EXT RHoff@wiggin.com; Hayden.Coleman@dechert.com; Danielle.GentinStock@dechert.com; Scott R. Bickford; KentHarrison Robbins Esq. |
| **Subject:** | RE: 19-CV-23649 - RDD NASAHC RULE 2004 MOTION [DKT. NOS. 2139 & 2155] REPLY & SUPPORTING DECLARATION COURTESY COPY |

Don—

We have reviewed the advance copy of the NAS Committee's Reply, Declaration, and exhibits. Though this has not yet been filed, we take issue with how you choose to present the Debtors' extraordinary and ongoing cooperation in these cases. It is particularly frustrating given the efforts we have made over the past year to discuss discovery issues and provide you with the requested information that you continue to take this tone, and cast needless aspersions, in the papers you submit or intend to submit to the Court.

In spite of that, we are willing to continue discussions and hopefully find a way to work this out without troubling the Court at this critical juncture in these cases. First, we believe a large number of CCDS have already been produced to you. We suggest that you look at what you already have. We will also review which CCDS have been produced. If we find other relevant CCDS that have not yet been produced, we will make those available to you in short order. To the extent you are having trouble locating the CCDS in the documents you already have access to, we are also willing to see if we can direct you to where they appear in the production.

Second, with respect to various scientific studies, it is clear that nothing has been hidden from FDA since the studies you reference were cited in various submissions to FDA to which you have access in the various productions. This is second time that you identify so called "hidden studies" that were, in fact, submitted to FDA and produced in these cases. For example, in paragraph 6 of your Reply you quote from the 1994 NDA for OxyContin, which references "non-GLP range-finding studies in nonpregnant animals," and then state that "the underlying testing data, protocols and processes, and conclusions surrounding Debtors' performance of non-GLP studies and range-finding (and range-dosing) studies, has not been disclosed to NAS Children Ad Hoc despite demands duly made." However, results of the cited non-GLP study we believe are found starting at Bates page PURCHI-000575925, and the full study can be found starting at Bates page PURCHI-000576165, which is in the materials that have been made available to you. Please confirm that this is the study you assert you have not seen and let us know whether you searched for it in the productions before making that assertion.

We are available to discuss your request for "Preclinical Toxicology Studies" and are willing to conduct reasonable searches for additional studies that you specify with a reasonable level of detail. For example, in paragraph 5 of your Reply you reference a "series of citations to embryo-fetal animal studies referenced among documents produced by Debtors." If this is, in fact, the type of information you are looking for and you are unable to find it in the productions to which you have access, if you will provide us with those cites, we will undertake a reasonable search for the underlying studies and make those available to you, to the extent they exist within the Debtors' possession, custody, or control.

Please let us know your availability for a call on Monday, March 15. We are available 11 a.m.-1 p.m. and 4-6 p.m.

Best,
J.I.M. & Jacquelyn

1

**Jacquelyn Swanner Knudson**

**Davis Polk & Wardwell LLP**
450 Lexington Avenue  |  New York, NY 10017
+1 212 450 3341 tel  |  +1 803 417 3273 mobile
jacquelyn.swanner@davispolk.com

---

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

**From:** donald@creadorelawfirm.com <donald@creadorelawfirm.com>
**Sent:** Thursday, March 11, 2021 1:35 PM
**To:** McClammy, James I. <james.mcclammy@davispolk.com>
**Cc:** Knudson, Jacquelyn Swanner <jacquelyn.swanner@davispolk.com>; Scott R. Bickford <srb@mbfirm.com>; KentHarrison Robbins Esq. <khr@khrlawoffices.com>; Townes, Esther C. <esther.townes@davispolk.com>; don creadore <Donald@creadorelawfirm.com>
**Subject:** RE: 19-CV-23649 - RDD NASAHC RULE 2004 MOTION [DKT. NOS. 2139 & 2155] REPLY & SUPPORTING DECLARATION COURTESY COPY

Jim-
Regarding Exhibit 'G', we are attaching the May 5, 2011 transmittal email relating to the subject matter; we obtained permission too late last evening to include it in the courtesy copy we sent to you.

The document had been produced by the IACs, as: IACS_ESI_003502069.

We are happy to discuss.
Many thanks,
Don
o/b/o NAS Children Ad Hoc Committee

Donald E. Creadore
The Creadore Law Firm, P.C.
450 Seventh Avenue - Suite 1408
New York, New York 10123
(O) 212.355.7200
(C) 917.226.1881
donald@creadorelawfirm.com

-----Original Message-----
From: "McClammy, James I." <james.mcclammy@davispolk.com>
Sent: Thursday, March 11, 2021 8:18am
To: "'donald@creadorelawfirm.com'" <donald@creadorelawfirm.com>, "Knudson, Jacquelyn Swanner" <jacquelyn.swanner@davispolk.com>
Cc: "Scott R. Bickford" <srb@mbfirm.com>, "Kent Harrison Robbins Esq." <khr@khrlawoffices.com>, "Townes, Esther C." <esther.townes@davispolk.com>
Subject: RE: 19-CV-23649 - RDD NASAHC RULE 2004 MOTION [DKT. NOS. 2139 & 2155] REPLY & SUPPORTING DECLARATION COURTESY COPY

Don – We are reviewing and will revert after we have a chance to connect with the client.

J.I.M.

2

**From:** donald@creadorelawfirm.com <donald@creadorelawfirm.com>
**Sent:** Wednesday, March 10, 2021 9:15 PM
**To:** McClammy, James I. <james.mcclammy@davispolk.com>; Knudson, Jacquelyn Swanner <jacquelyn.swanner@davispolk.com>
**Cc:** don creadore <Donald@creadorelawfirm.com>; Scott R. Bickford <srb@mbfirm.com>; Kent Harrison Robbins Esq. <khr@khrlawoffices.com>
**Subject:** 19-CV-23649 - RDD NASAHC RULE 2004 MOTION [DKT. NOS. 2139 & 2155] REPLY & SUPPORTING DECLARATION COURTESY COPY

Jim-
In the spirit of continued cooperation and as a professional courtesy, please find attached a copy of the NAS Children Ad Hoc's Reply and accompanying Supporting Declaration with exhibits ('A', 'B1', 'B2', 'B3', 'C', 'D', 'E', 'F' and 'G'); it is to be filed with the court imminently while we leave open working cooperatively with the Debtors to narrow matters.  At the very least, we are suggesting that we discuss a hearing date and am proposing March 24, 2021; Judge Drain's courtroom deputy, Ms. Dorothy Li, is also aware of this potential hearing date.
May we please have your thoughts?
Many thanks,
Don
o/b/o NAS Children Ad Hoc Committee

Donald E. Creadore
The Creadore Law Firm, P.C.
450 Seventh Avenue - Suite 1408
New York, New York 10123
(O) 212.355.7200
(C) 917.226.1881
donald@creadorelawfirm.com

CONFIDENTIALITY NOTICE: The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 212-355-7200 and return the original message to us.