ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**EIGHTEENTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | February 1, 2021 through February 28, 2021 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $80,254.86[2] |
| Less 20% Holdback | $16,050.97 |
| Total Reimbursement Requested | $0.00 |
| Total Compensation and Reimbursement Requested in this Statement | $64,203.89 |

**This is a(n):** <u>X</u> Monthly Application   __ Interim Application   __ Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from February 1, 2021 Through February 28, 2021* (this "**Fee Statement**").[3]  By this Fee Statement, A&P seeks (i) compensation in the

---

[2]    This amount reflects a reduction in fees in the amount of $14,162.64 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]    The period from February 1, 2021, through and including February 28, 2021, is referred to herein as the "**Fee Period**.".

amount of $64,203.89 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $80,254.86) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### **Itemization of Services Rendered and Disbursements Incurred**

1.       Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $80,254.86 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $64,203.89.

2.       Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $878.03.[4]  The blended hourly billing rate of all paraprofessionals is $344.25.[5]

3.       A&P did not incur or disburse any expenses during the Fee Period.

4.       Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

## **Notice**

5.      A&P will provide notice of this Fee Statement in accordance with the Interim

Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $64,203.89, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $80,254.86) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

April 1, 2021                                    Respectfully submitted,


                                        By:  _/s/ Rory Greiss_
                                        **ARNOLD & PORTER KAYE SCHOLER LLP**
                                        Rory Greiss
                                        250 West 55th Street
                                        New York, New York 10019
                                        rory.greiss@arnoldporter.com

                                        **-AND-**

                                        Rosa J. Evergreen
                                        601 Massachusetts Ave, NW
                                        Washington, DC 2001-3743
                                        rosa.evergreen@arnoldporter.com

                                        ***Special Counsel to the Debtors***

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Commercial Contracts Advice | 2.70 | $2,078.67 |
| Oncology Development Agreement | 2.60 | $2,685.15 |
| Retention and Fee Applications | 12.90 | $6,223.27 |
| Project Kelp III | 46.80 | $40,971.70 |
| Project Montana | 5.40 | $4,544.10 |
| General Patent Settlement | 4.80 | $4,957.20 |
| Project Chione | 22.10 | $18,794.77 |
| **Total[6]** | **97.30** | **$80,254.86** |

---

[6]  This amount reflects a reduction in fees in the amount of $14,162.64 on account of voluntary discounts as described in the Retention Application.

**<u>Exhibit B</u>**

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,000.00 | 1.00 | $1,000.00 |
| Greiss, Rory | Partner | 1981 | 1,215.00 | 33.80 | $41,067.00 |
| Rothman, Eric | Counsel | 2008 | 990.00 | 30.80 | $30,492.00 |
| Clements, Ginger | Associate | 2016 | 815.00 | 0.70 | $570.50 |
| Zausner, Ethan | Associate | 2017 | 815.00 | 21.30 | $17,359.50 |
| Reddix, Darrell | Legal Assistant | | 405.00 | 9.70 | $3,928.50 |
| **Total** | | | | **97.30** | **$94,417.50** |
| Less 15% Discount | | | | | ($14,162.64) |
| **Discounted Total** | | | | | **$80,254.86** |
| Less 20% Holdback | | | | | ($16,050.97) |
| **Total Amount Requested Herein** | | | | | **$64,203.89** |

**<u>Exhibit C</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

**Purdue Pharma L.P.**                                                       March 31, 2021
**Attn: Maria Barton**                                                   Invoice # 30124909
**General Counsel**                                                       EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901**

**Client/Matter # 1049218.00117**

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through February 28, 2021** | $ | **2,445.50** |
| Discount: | | - 366.83 |
| **Fee Total** | | **2,078.67** |
| **Total Amount Due** | $ | **2,078.67** |

**Wire Transfer Instructions:**

|  | Account Name: | Arnold & Porter Kaye Scholer LLP |
|---|---|---|
| | Bank Info: | Wells Fargo Bank NA |
| | | 420 Montgomery Street |
| | | San Francisco, CA  94104 |
| | Account Number: | 4127865475 |
| | ABA Number: | 121000248 (ACH and wires) |
| | Swift Code: | WFBIUS6S |
| **Or Remit To:** | | Arnold & Porter Kaye Scholer LLP |
| | | P.O. Box 759451 |
| | | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 31, 2021

Invoice # 30124909

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ethan Zausner | 02/03/21 | 0.80 | Further revise supply agreement. |
| Ethan Zausner | 02/09/21 | 0.50 | Further revise supply agreement. |
| Eric Rothman | 02/22/21 | 0.80 | Review, anlayze documents and email relating to non-compete in existing agreement. |
| Eric Rothman | 02/26/21 | 0.60 | Review, comment re royalty obligations under existing agreement. |
| **Total Hours** | | **2.70** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 1.40 | 990.00 | 1,386.00 |
| Ethan Zausner | 1.30 | 815.00 | 1,059.50 |
| **TOTAL** | **2.70** | | **2,445.50** |

**Total Current Amount Due**                                    **$2,078.67**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**One Stamford Forum**
**Stamford, CT  06901-3431**

March 31, 2021
Invoice # 30124910
EIN 53-0208605

**Client/Matter # 1049218.00143**

Oncology Development Agreement

20190002456

| | | |
|---|---|---|
| **For Legal Services Rendered through February 28, 2021** | $ | 3,159.00 |
| Discount: | | -  473.85 |
| **Fee Total** | | 2,685.15 |
| **Total Amount Due** | $ | 2,685.15 |

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                         P.O. Box 759451
                         Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 31, 2021                                                                                    Invoice # 30124910

**(1049218.00143)**
**Oncology Development Agreement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/11/21 | 1.00 | Review, analyze comments to term sheet for sale of assets (.5); call with E. Rothman to review comments (.5). |
| Rory Greiss | 02/16/21 | 0.70 | Review, analyze side letter prepared by third party and E. Rothman's comments (.4); call with E. Rothman to discuss and finalize comments (.3). |
| Rory Greiss | 02/18/21 | 0.90 | Call with E. Rothman, K. McCarthy and B. Miller to discuss side letter comments (.5); review, comment on E. Rothman's mark-up (.4). |

**Total Hours**                                  **2.60**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 2.60 | 1,215.00 | 3,159.00 |
| **TOTAL** | **2.60** | | **3,159.00** |

**Total Current Amount Due**                                                        **$2,685.15**

# Arnold&Porter

**Purdue Pharma L.P.**                                                     March 31, 2021
**Attn: Roxana Aleali**                                              Invoice # 30124911
**Associate General Counsel**                                         EIN 53-0208605
**Purdue Pharma L.P.**
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00148**

Retention and Fee Applications

20190002705


| | | |
|---|---|---|
| **For Legal Services Rendered through February 28, 2021** | $ | 7,321.50 |
| Discount: | | -1,098.23 |
| **Fee Total** | | **6,223.27** |
| **Total Amount Due** | $ | **6,223.27** |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**     Arnold & Porter Kaye Scholer LLP
                     P.O. Box 759451
                     Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 31, 2021

Invoice # 30124911

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rosa J. Evergreen | 02/02/21 | 0.10 | Correpond with A&P team re: status of monthly fee statement. |
| Rory Greiss | 02/03/21 | 0.50 | Review, analyze exhibits for monthly fee statement. |
| Ginger Clements | 02/03/21 | 0.10 | Review correspondence with A&P team re interim fee application. |
| Rosa J. Evergreen | 02/03/21 | 0.10 | Correpond with A&P team re: fee application timing. |
| Darrell B. Reddix | 02/03/21 | 0.20 | Research information related to next interim fee application. |
| Ginger Clements | 02/04/21 | 0.10 | Review correspondence with A&P team re fee statement. |
| Rosa J. Evergreen | 02/04/21 | 0.10 | Review correspondence with A&P team re fee statement. |
| Rosa J. Evergreen | 02/08/21 | 0.10 | Correpond with A&P team re: status of monthly fee statement. |
| Rosa J. Evergreen | 02/08/21 | 0.10 | Review Davis Polk e-mail re deadline for filing fee applications. |
| Rosa J. Evergreen | 02/10/21 | 0.10 | Correpond with A&P team re: status of monthly fee statement. |
| Darrell B. Reddix | 02/10/21 | 3.00 | Prepare Seventeenth monthly report including exhibits. |
| Rory Greiss | 02/12/21 | 0.50 | Correspond with D. Reddix, J. Stanford and R. Evergreen to finalize December monthly fee statement for filing. |
| Rosa J. Evergreen | 02/12/21 | 0.20 | Review monthly statement (.1); correspond with A&P team re finalizing same (.1). |
| Darrell B. Reddix | 02/12/21 | 5.60 | Prepare Sixteenth monthly fee report including exhibits (5.2); prepare same for filing (.3); serve same (.1). |
| Darrell B. Reddix | 02/17/21 | 0.60 | Prepare Seventeenth monthly report including exhibits. |
| Ginger Clements | 02/22/21 | 0.10 | Correspond with A&P team re fee statement. |
| Rory Greiss | 02/26/21 | 0.50 | Review, analyze exhibits to January fee statement. |
| Ginger Clements | 02/26/21 | 0.40 | Review, analyze invoices re compliance with U.S. Trustee guidelines and local rules. |
| Rosa J. Evergreen | 02/26/21 | 0.10 | Correpond with A&P team re: monthly fee statement. |
| Rosa J. Evergreen | 02/26/21 | 0.10 | Communicate with R. Greiss re fee statement. |
| Darrell B. Reddix | 02/26/21 | 0.30 | Prepare Seventeenth monthly report including exhibits. |

**Total Hours**          **12.90**

March 31, 2021                                                          Invoice # 30124911

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rosa J. Evergreen | 1.00 | 1,000.00 | 1,000.00 |
| Rory Greiss | 1.50 | 1,215.00 | 1,822.50 |
| Ginger Clements | 0.70 | 815.00 | 570.50 |
| Darrell B. Reddix | 9.70 | 405.00 | 3,928.50 |
| **TOTAL** | **12.90** | | **7,321.50** |

**Total Current Amount Due**                                           **$6,223.27**

# Arnold&Porter

**Purdue Pharma L.P.**                                                            March 31, 2021
**Attn: Roxana Aleali**                                                       Invoice # 30124912
**Associate General Counsel**                                                  EIN 53-0208605
**Purdue Pharma L.P.**
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00151**

Project Kelp III

20200002984



**For Legal Services Rendered through February 28, 2021**          $        48,202.00

 Discount:                                                                    - 7,230.30

**Fee Total**                                                                 40,971.70


**Total Amount Due**                                               $        40,971.70




**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

Or Remit To:            Arnold & Porter Kaye Scholer LLP
                        P.O. Box 759451
                        Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 31, 2021

**(1049218.00151)**
**Project Kelp III**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/01/21 | 2.30 | Videoconference with J. Sandys, E. Rothman and E. Zausner re: reps. and warranties in agreement (.6); correspond with E. Rothman and E. Zausner re: same (.4); videoconference with K. McCarthy, B. Miller, D. Saussy, E. Rothman and E. Zausner re: open issues in draft agreement (1.1). |
| Eric Rothman | 02/01/21 | 2.80 | Teleconference with J. Sandys, R. Greiss and E. Zausner to discuss Kelp warranty edits (.6); teleconference with K. McCarthy, B. Miller, D. Saussy, R. Greiss and E. Zausner to debrief and align on drafting comments (1.1), draft same (1.1). |
| Ethan Zausner | 02/01/21 | 2.20 | Call with J. Sandys, R. Greiss and E. Rothman re: agreement (.6); call with client re: agreement (1.1); draft agreement (.5). |
| Rory Greiss | 02/02/21 | 0.70 | Correspondence with J. Sandys re: discussion between principals (.3); correspondence with D. Saussy re: same and re: preparation of revised draft of agreement (.4). |
| Rory Greiss | 02/03/21 | 0.80 | Correspondence with A&P team re: call on Friday re: bankruptcy issues (.4); correspondence with E. Zausner and E. Rothman re: royalty provisions of draft agreement (.4). |
| Eric Rothman | 02/03/21 | 1.80 | Correspondence with A&P team relating to Kelp agreement (.7); review, analyze draft of agreement (1.1). |
| Ethan Zausner | 02/03/21 | 3.80 | Prepare license and development agreement. |
| Rory Greiss | 02/04/21 | 3.30 | Review, comment on revised draft of agreement prepared by E. Zausner (2.5); review, analyze E. Rothman comments (.6); correspond with E. Rothman re: same (.2). |
| Eric Rothman | 02/04/21 | 2.30 | Correspond with A&P team relating to Kelp agreement (.8); review, analyze draft re same (1.5). |
| Ethan Zausner | 02/04/21 | 0.80 | Review, analyze comments to agreement (.6); correspondence with A&P team re same (.2). |
| Rory Greiss | 02/05/21 | 1.60 | Review final revisions to revised draft of agreement (.7); correspondence with E. Rothman and E. Zausner re: same (.4); videoconference with DPW, Cooley and Imbrium re: bankruptcy provisions (.5). |
| Eric Rothman | 02/05/21 | 1.60 | Correspondece relating to Kelp agreement (.4) review, analyze draft re: same (1.2). |

March 31, 2021                                                    Invoice # 30124912

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Ethan Zausner | 02/05/21 | 2.10 | Further revise updated draft of agreement. |
| Rory Greiss | 02/09/21 | 0.50 | Correspondence with Imbrium team re: comments on our revised draft of agreement. |
| Eric Rothman | 02/09/21 | 1.10 | Correspondence with A&P team relating to Kelp agreement (.7) review, analyze draft re same (.4). |
| Ethan Zausner | 02/09/21 | 1.00 | Further revise license and development agreement (.8); correspond with A&P team re: same (.2). |
| Rory Greiss | 02/10/21 | 1.20 | Review, comment on revised draft of agreement (.7); correspondence with A&P team re: bankruptcy language in draft (.5). |
| Eric Rothman | 02/10/21 | 1.20 | Review, comment on Kelp III Agreement. |
| Ethan Zausner | 02/10/21 | 1.00 | Review, revise updated license and development agreement (.6); correspond with A&P team re same (.4). |
| Rory Greiss | 02/16/21 | 1.10 | Review, analyze D. Saussy correspondence re: his discussions with other side's principal on open issues (.3); review, analyze current draft of agreement re: same (.4); correspondence with E. Rothman and Imbrium team re: same (.4). |
| Eric Rothman | 02/16/21 | 1.40 | Review, analyze Kelp III document and correpondence. |
| Rory Greiss | 02/17/21 | 1.20 | Conference call with Imbrium team, E. Rothman and E. Zausner re: indemnity issues and termination issues (.7); review, revise rider re: indemnity and correspondence re: same (.5). |
| Eric Rothman | 02/17/21 | 1.20 | Teleconference with Imbrium team, R. Greiss and E. Zausner to discuss Kelp III Agreement (.7) further revise same (.5). |
| Ethan Zausner | 02/17/21 | 1.30 | Teleconference with Imbrium team, R. Greiss and E. Zausner to discuss Kelp III Agreement (.7) further revise same (.5). |
| Rory Greiss | 02/22/21 | 1.30 | Review, analyze Kelp response re: indemnity and termination issues (.6); review, comment on E. Rothman's suggestions for revision (.7). |
| Eric Rothman | 02/22/21 | 1.10 | Correspondence with A&P team relating to Kelp agreement. |
| Rory Greiss | 02/23/21 | 0.50 | Correspondence with E. Rothman re: proposed termination language. |

March 31, 2021                                                                          Invoice # 30124912

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 02/26/21 | 2.80 | Correspondence with R. Aleali, K. McCarthy and E. Rothman re: conference to discuss possibly restructuring proposed transaction (.5); videoconference with R. Aleali, K. McCarthy and E. Rothman to discuss reasons for restructuring transaction (.7); review current draft of agreement and slide deck presented to Portfolio Committee (.7); videoconference with R. Aleali, E. Rothman, D. Saussy; S. Bhaskar and J. Lowne re: restructuring transaction (.9). |
| Eric Rothman | 02/26/21 | 1.60 | Teleconference with R. Aleali, E. Rothman, D. Saussy; S. Bhaskar and J. Lowne to discuss Kelp III Agreement (.9) further revise draft of same (.7). |
| Rory Greiss | 02/28/21 | 0.50 | Review, analyze bullet points for call with Kelp drafted by E. Rothman (.3); correspondence with E. Rothman and R. Aleali re: same (.2). |
| Eric Rothman | 02/28/21 | 0.70 | Further revise Kelp III Agreement. |

**Total Hours**                          **46.80**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 17.80 | 1,215.00 | 21,627.00 |
| Eric Rothman | 16.80 | 990.00 | 16,632.00 |
| Ethan Zausner | 12.20 | 815.00 | 9,943.00 |
| **TOTAL** | **46.80** | | **48,202.00** |

**Total Current Amount Due**                                              **$40,971.70**

# Arnold&Porter

**Purdue Pharma L.P.**                                        March 31, 2021
**Attn: Roxana Aleali**                                  Invoice # 30124913
**Associate General Counsel**                              EIN 53-0208605
**Purdue Pharma L.P.**
**One Stamford Forum**
**Stamford, CT  06901**


**Client/Matter # 1049218.00152**

Project Montana

20210003079


**For Legal Services Rendered through February 28, 2021**              **5,346.00**

  Discount:                                                            - 801.90

**Fee Total**                                                          **4,544.10**


**Total Amount Due**                                          $         4,544.10


**Wire Transfer Instructions:**

|                   |                                          |
|-------------------|------------------------------------------|
| Account Name:     | Arnold & Porter Kaye Scholer LLP         |
| Bank Info:        | Wells Fargo Bank NA                       |
|                   | 420 Montgomery Street                    |
|                   | San Francisco, CA  94104                 |
| Account Number:   | 4127865475                               |
| ABA Number:       | 121000248 (ACH and wires)                |
| Swift Code:       | WFBIUS6S                                  |

**Or Remit To:**              Arnold & Porter Kaye Scholer LLP
                              P.O. Box 759451
                              Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 31, 2021

**(1049218.00152)**
**Project Montana**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 02/10/21 | 1.20 | Review, analyze asset term sheet. |
| Eric Rothman | 02/11/21 | 1.30 | Review, analyze asset term sheet. |
| Eric Rothman | 02/16/21 | 1.20 | Review, comment on side letter to proposed asset transaction. |
| Eric Rothman | 02/18/21 | 1.70 | Further revise side letter. |
| **Total Hours** | | **5.40** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Eric Rothman | 5.40 | 990.00 | 5,346.00 |
| **TOTAL** | **5.40** | | **5,346.00** |

**Total Current Amount Due**                                    **$4,554.10**

# Arnold&Porter

**Purdue Pharma L.P.**                                    March 31, 2021
**Attn: Rachel Kreppel**                              Invoice # 30124914
**Associate General Counsel**                          EIN 53-0208605
**One Stamford Forum**
**Stamford, CT  06901-3431**


**Client/Matter # 1049218.00153**

General Patent Settlement

20210003082


**For Legal Services Rendered through February 28, 2021**                  5,832.00


 Discount:                                                          -  874.80

**Fee Total**                                                       4,957.20


**Total Amount Due**                                    $            4,957.20


**Wire Transfer Instructions:**

|                     |                                    |
|---------------------|------------------------------------|
| Account Name:       | Arnold & Porter Kaye Scholer LLP   |
| Bank Info:          | Wells Fargo Bank NA                |
|                     | 420 Montgomery Street              |
|                     | San Francisco, CA  94104           |
| Account Number:     | 4127865475                         |
| ABA Number:         | 121000248 (ACH and wires)          |
| Swift Code:         | WFBIUS6S                           |

**Or Remit To:**                    Arnold & Porter Kaye Scholer LLP
                                     P.O. Box 759451
                                     Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 31, 2021

**(1049218.00153)**
**General Patent Settlement**

**Legal Services**:

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 02/02/21 | 0.70 | Compile fully executed version of quality agreement (.5); correspondence with R. Kreppel re: same (.2). |
| Rory Greiss | 02/08/21 | 1.10 | Compile fully executed version of pharmacovigilance agreement (.8); correspondence with R. Kreppel re: same (.3). |
| Rory Greiss | 02/11/21 | 1.60 | Review, analyze existing agreements in preparation for discussion with R. Kreppel (1.0); call with R. Kreppel re: issues regarding assumption or rejection of contracts (.6). |
| Rory Greiss | 02/22/21 | 0.60 | Review, analyze article on Hatch-Waxman settlement cases sent by R. Kreppel (.6). |
| Rory Greiss | 02/26/21 | 0.80 | Correspondence with R. Kreppel and R. Inz re: finding and assembling fully executed copies of certain agreements (.3); assemble first of fully executed agreements (.5). |

**Total Hours**                    **4.80**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Rory Greiss | 4.80 | 1,215.00 | 5,832.00 |
| **Subtotal:** | **4.80** | | **5,832.00** |
| **TOTAL** | **4.80** | | **5,832.00** |

**Total Current Amount Due**                                        **$4,957.20**

# Arnold&Porter

**Purdue Pharma L.P.**
**Attn: Roxana Aleali**
**Associate General Counsel**
**Purdue Pharma L.P.**
**One Stamford Forum**
**Stamford, CT  06901**

March 31, 2021
Invoice # 30124915
EIN 53-0208605

**Client/Matter # 1049218.00154**

Project Chione

| | |
|---|---|
| **For Legal Services Rendered through February 28, 2021** | **22,111.50** |
| Discount: | - 3,316.73 |
| **Fee Total** | **18,794.77** |
| **Total Amount Due** | **$  18,794.77** |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

March 31, 2021

Invoice # 30124915

**(1049218.00154)**
**Project Chione**

**Legal Services**:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 02/04/21 | 0.80 | Prepare for call with R. Kreppel re: agreements (.3); call with R. Kreppel (.5). |
| Eric Rothman | 02/12/21 | 1.10 | Review, analyze term sheet for potential outlicense transaction. |
| Rory Greiss | 02/16/21 | 0.70 | Review, analyze E. Zausner comments to draft term sheet for potential license agreement (.6); correspond with E. Zausner re: same (.1). |
| Eric Rothman | 02/16/21 | 1.60 | Review, analyze term sheet for potential outlicense transaction (.6); teleconference with E. Zausner and client to discuss same (1.0). |
| Ethan Zausner | 02/16/21 | 1.70 | Call with E. Rothman and client to discuss bullet term sheet (1.0); review, analyze updated bullet term sheet comments (.7). |
| Rory Greiss | 02/19/21 | 1.30 | Prepare for call re: term sheet for proposed collaboration (.3); call with B. Miller, Guarev Misra, E. Rothman and E. Zausner to review draft term sheet (1.0). |
| Eric Rothman | 02/19/21 | 1.60 | Review, analyze term sheet for potential outlicense transaction (.6); teleconference with R. Greiss, B. Miller, Guarev Misra, and E. Zausner to discuss same (1.0). |
| Ethan Zausner | 02/19/21 | 1.00 | Call with R. Greiss, B. Miller, Guarev Misra, and E. Rothman to discuss term sheet and open items. |
| Rory Greiss | 02/22/21 | 1.80 | Correspondence with E. Zausner and E. Rothman re: precedent for drafting term sheet (.3); review, analyze correspondence from K. McCarthy and provisions of agreement at issue (.5); draft email with response (.4); correspondence with E. Rothman re same (.2); revise same (.4). |
| Eric Rothman | 02/22/21 | 1.10 | Review, analyze term sheet for potential outlicense transaction. |
| Ethan Zausner | 02/24/21 | 3.50 | Review, revise term sheet. |
| Rory Greiss | 02/25/21 | 2.50 | Review, analyze term sheet drafted by E. Zausner and send comments (1.5); review, analyze E. Rothman's additional comments (.4); videoconference with E. Zausner and E. Rothman regarding comments and new provisions to be added (.6). |
| Eric Rothman | 02/25/21 | 1.80 | Review, revise term sheet for potential outlicense transaction (1.2) teleconference with R. Griess and E. Zausner to discuss same (.6). |
| Ethan Zausner | 02/25/21 | 1.60 | Review, revise term sheet (1.0); call with R. Griess and E. Rothman to discuss term sheet edits (.6). |

**Total Hours**          **22.10**

March 31, 2021                                                    Invoice # 30124915

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|---|---|---|---|---|
| **Partner** | | | | |
| Rory Greiss | | 7.10 | 1,215.00 | 8,626.50 |
| Eric Rothman | | 7.20 | 990.00 | 7,128.00 |
| | **Subtotal:** | **14.30** | | **15,754.50** |
| **Associate** | | | | |
| Ethan Zausner | | 7.80 | 815.00 | 6,357.00 |
| | **Subtotal:** | **7.80** | | **6,357.00** |
| | **TOTAL** | **22.10** | | **22,111.50** |

**Total Current Amount Due**                                    **$18,794.77**