**EXHIBIT 22**

| | |
|---|---|
| **From:** | Knudson, Jacquelyn Swanner |
| **Sent:** | Wednesday, March 31, 2021 11:24 AM |
| **To:** | McClammy, James I.; donald@creadorelawfirm.com |
| **Cc:** | Kent Harrison Robbins - KHR Law Offices; Scott R. Bickford; Kevin Thompson; RHoff@wiggin.com EXT; Hayden.Coleman@dechert.com; Danielle.GentinStock@dechert.com; Townes, Esther C. |
| **Subject:** | RE: 19-CV-23649 PURDUE PHARMA 2004 MOTION |

Don, All—

One correction:  The beginning Bates number of one instance of the Hydromorphone Hydrochloride CCDS is 8856500091.  I have updated the chart below to reflect the correct beginning Bates number.

Best,


**Jacquelyn Swanner Knudson**

**Davis Polk & Wardwell** LLP

450 Lexington Avenue  |  New York, NY 10017
+1 212 450 3341 tel  |  +1 803 417 3273 mobile
jacquelyn.swanner@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

Jacquelyn

**From:** Knudson, Jacquelyn Swanner
**Sent:** Wednesday, March 31, 2021 10:53 AM
**To:** McClammy, James I. <james.mcclammy@davispolk.com>; donald@creadorelawfirm.com
**Cc:** Kent Harrison Robbins - KHR Law Offices <khr@khrlawoffices.com>; Scott R. Bickford <srb@mbfirm.com>; Kevin Thompson <kwthompsonwv@thompsonbarneylaw.com>; RHoff@wiggin.com EXT <RHoff@wiggin.com>; Hayden.Coleman@dechert.com; Danielle.GentinStock@dechert.com
**Subject:** RE: 19-CV-23649 PURDUE PHARMA 2004 MOTION

Don, All—

By searching the productions to which you have access, we were able to find a large number of CCDS, including CCDS for Oxycodone Hydrochloride, Buprenorphine, Hydromorphone Hydrochloride, and Hydrocodone Bitartrate (Hysingla).  Please see below for the results.

Multiple copies of all of the CCDS for Oxycodone Hydrochloride from 2000 through 2017 (version 13) are included in the productions to which you have access.  For your convenience, we have listed the beginning Bates numbers for one instance of each of the below:

| Production: Begin Bates | Date | Supersedes |
|---|---|---|

1

| | | |
|---|---|---|
| PPLPC013000063753 | 12/14/2000 | |
| PPLPC037000025825 | 4/24/2002 | |
| PPLPC037000035237 | 10/10/2003 | |
| PPLPC037000038602 | 11/24/2003 | |
| PPLPC037000049710 | 4/8/2004 | 11/24/2003 |
| PPLPC018001145603 | 6/27/2006 | 4/8/2004 |
| PPLPC018000340916 | 11/29/2007 | 6/27/2006 |
| PPLPC007000009307 | 8/7/2009 | 11/29/2007 |
| PPLPC006000000231 | 8/11/2011 | 8/7/2009 |
| PPLPC001000093447 | 8/24/2011 | 8/7/2009 |
| PPLPC019000764982 | 12/2/2011 | 8/24/2011 |
| PPLPC018000782644 | 1/30/2013 | 12/2/2011 |
| PPLPC001000146900 | 2/22/2013 | 8/24/2011 |
| PPLPC018000978892 | 5/21/2014 | 2/22/2013 |
| PPLPC002000227143 | 10/30/2015 | 5/21/2014 |
| PPLPC019001389363 | 4/5/2017 | 10/30/2015 |

Multiple copies of all of the CCDS for Buprenorphine from 2001 through 2016 are included in the productions to which you have access.  For your convenience, we have listed the beginning Bates number of one instance of each of the below:

| Production: Begin Bates | Date | Supersedes |
|---|---|---|
| PPLPC013000078453 | 12/4/2001 | |
| PPLPC019000043760 | 1/28/2004 | |
| PPLPC001000028102 | 5/9/2005 | 1/28/2004 |
| PPLPC003000036627 | 4/1/2010 | 5/9/2005 |
| PPLPC019000838413 | 8/20/2012 | 4/1/2015 |
| PPLPC030000802402 | 10/2/2013 | 8/30/2012 |
| PPLPC019001186411 | 12/11/2014 | 10/2/2013 |
| PPLPC018001298991 | 8/4/2015 | 12/11/2014 |
| PPLPC020000994214 | 2/8/2016 | 8/4/2015 |

Multiple copies of one of the CCDS for Hydromorphone Hydrochloride are included in the productions to which you have access.  For your convenience, we have listed the beginning Bates number of one instance below:

| Production: Begin Bates | Date | Supersedes |
|---|---|---|
| 8856500091 | 1/30/2001 | |

Multiple copies of all the CCDS for Hydrocodone Bitartrate (Hysingla) from 2015 through 2017 are included in the productions to which you have access.  For your convenience, we have listed the beginning Bates number of one instance of each of the below:

2

| Production: Begin Bates | Date | Supersedes |
|---|---|---|
| PPLPC001000220074 | 11/10/2015 | N/A |
| PPLPC018001464512 | 8/21/2017 | 11/10/2015 |

We will transmit a courtesy copy of the above listed CCDS via ClientShare, Davis Polk's file transfer software, under separate cover.

Best,

**Jacquelyn Swanner Knudson**

**Davis Polk & Wardwell** LLP
450 Lexington Avenue  |  New York, NY 10017
+1 212 450 3341 tel  |  +1 803 417 3273 mobile
jacquelyn.swanner@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com.

J.I.M. & Jacquelyn

**From:** McClammy, James I. <james.mcclammy@davispolk.com>
**Sent:** Tuesday, March 30, 2021 8:19 PM
**To:** donald@creadorelawfirm.com
**Cc:** Knudson, Jacquelyn Swanner <jacquelyn.swanner@davispolk.com>; Kent Harrison Robbins - KHR Law Offices <khr@khrlawoffices.com>; Scott R. Bickford <srb@mbfirm.com>; Kevin Thompson <kwthompsonwv@thompsonbarneylaw.com>; RHoff@wiggin.com EXT <RHoff@wiggin.com>; Hayden.Coleman@dechert.com; Danielle.GentinStock@dechert.com
**Subject:** Re: 19-CV-23649 PURDUE PHARMA 2004 MOTION

Don —

I am checking on availability on our side for 11:30 and if that works we will send a calendar invite.

Regarding your opening comment, I am not sure what you are referring to regarding your expectations. As I stated, that information would come today or tomorrow (and it will). Also as stated, this is not when you will begin receiving information on CCDS. You already have it. We are just pointing you to specific instances of what you already have and could have found.

J.I.M.

Sent from my iPad

> On Mar 30, 2021, at 7:52 PM, donald@creadorelawfirm.com wrote:
>
> Jim-
> Given your positive report this morning, we were expecting to begin receiving some materials concerning CCDS.

3

In any event, we are available Wednesday at 11:30am est. for a call.
Kindly let us know how Debtors want to proceed.
Many thanks,
Don
o/b/o NAS Children Ad Hoc

Donald E. Creadore
The Creadore Law Firm, P.C.
450 Seventh Avenue - Suite 1408
New York, New York 10123
(O) 212.355.7200
(C) 917.226.1881
donald@creadorelawfirm.com




-----Original Message-----
From: "McClammy, James I." <james.mcclammy@davispolk.com>
Sent: Tuesday, March 30, 2021 10:56am
To: "donald@creadorelawfirm.com" <donald@creadorelawfirm.com>
Cc: "Knudson, Jacquelyn Swanner" <jacquelyn.swanner@davispolk.com>, "Kent Harrison Robbins - KHR Law Offices" <khr@khrlawoffices.com>, "Scott R. Bickford" <srb@mbfirm.com>, "Kevin Thompson" <kwthompsonwv@thompsonbarneylaw.com>, "RHoff@wiggin.com EXT" <RHoff@wiggin.com>, "Hayden.Coleman@dechert.com" <Hayden.Coleman@dechert.com>, "Danielle.GentinStock@dechert.com" <Danielle.GentinStock@dechert.com>
Subject: Re: 19-CV-23649 PURDUE PHARMA 2004 MOTION

Don —
As offered previously, we have taken a look at the productions you have access to for the CCDS and have found there are multiple copies of various versions there. We will provide you with the bates numbers (and an additional copy) of one example of each version we have located. We should be able to start getting those to you later today or tomorrow.
Regarding 2, I am not sure exactly what you are looking for and whether it is just related to documents you will refer to at the hearing or if it something broader. Perhaps we can find some time to discuss that and plans for the hearing more generally tomorrow. If you let us know some times that would work for you, we will coordinate with those on our side to confirm a time.
J.I.M.

> On Mar 25, 2021, at 12:55 PM, donald@creadorelawfirm.com wrote:
>
> Jim,
> We feel it incumbent to strive to resolve as many concerns as possible in advance of the April 6 hearing.
> With that objective in mind and to begin the process, would Debtors be amenable to
> 1.

producing now full copies of all versions of the CCDS for Oxycodone Hydrochloride? (e.g, versions 1.0 to 13.0 and through and including current volume)
[we would likely ask for CCDS's pertaining to other opioids upon a positive response].

2.
executing an authenticating stipulation regarding materials produced by Debtors, bearing Debtors' bates code; e.g., materials accompanying the Motion?

Please let us know how Debtors want to proceed.
Many thanks,
Don
o/b/o NAS Children Ad Hoc


Donald E. Creadore
The Creadore Law Firm, P.C.
450 Seventh Avenue - Suite 1408
New York, New York 10123
(O) 212.355.7200
(C) 917.226.1881
donald@creadorelawfirm.com


CONFIDENTIALITY NOTICE: The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 212-355-7200 and return the original message to us.

SPECIAL NOTICE TO CLIENT(S): If you are a client of this firm and this e-mail is directed to you. DO NOT FORWARD to any other party, or you could be waiving the attorney-client privilege.