Claim # 68773
Claim # 49607

Dear Honorable Robert D. Drain,

My name is Michael Michmali and I have filed a lawsuit with Purdue Pharma and have been following this procedure for over a year. Please your honor hold these people accountable for what they have done. They destroyed my life. They took everything from me. I worked in the pharmaceutical industry for over 10 years and I saw both sides of the industry, and I became a victim of the opioid epidemic. I graduated from the University of San Francisco in 2007. I started as a pharm tech in retail, then Inpatient pharmacy, then as a compounding tech then as a pharm rep traveling the country. I lost my career to this and my livelyhood. My wife left me and took my daughter who is 8 years old. I'm now a drug addict, addicted to opiods and serving a prison term because of these monsters!!! Please your honor help me recover something. Thank you,

Mr. M Michmali