# United States Bankruptcy Court

## The Southern District of

## New York

| | |
|---|---|
| Brian Lee Danner,<br>Creditor<br>V,<br>Purdue Pharma L.P.,<br>et al.,<br>debtors | Chapter 11<br>Case no: 19-23649 (RDD)<br><br>Declaration in Support<br>of Motion to file Proof<br>of Claim after Bar Date |

## Declaration

I, Brian Lee Danner, am the creditor in the above entitled case. I make this declaration in Support of my Motion to "file Proof of Claim after Bar Date". I make this Freely.

### I.

I Brian Lee Danner, am currently Incarcerated at the Spokane county Jail

1 of 3

And Have bein Since 5-03-20.
Due to my Incarceration I am
niave to the on goins of the outside
world. a T.V. is Provided in wich the
officers control at all times and Play
DVD movies. Im only allowed
10 hours a week of time out oF
my cell. Provided the Floor officers
Show up to work. Most occasional
times we are only Provided 6 hours.
because of lack of officers attendance

## II.

The Global Pandemic has stopPed
my ability to communicate with
the outside world. Spokane county
Jail does not allow Local newsPaPer
to be Provided for Free. al must be
Purchased from outside venders or
family members. I am an Indigent
Inmate and lack the ability to Purchase
NewsPaPers. I am Ignorant to
all outside Issues to the Jail
Due to the Global Pandemic.

2 of 3

## III.

Prior to the July 31st 2020 Bar Date was made Known to the General Public that the Postal Service was lacking in Funds Prior to and after that mail would be Halted or Slowed.

## IV.

The Spokane county Jail does Not Provide access for Telephonic Hearings for legal Purposes. See ex. I

I Brian Lee Danner. Delare under the Penalty of Perjury under the Laws of the United States of America that the Forgoing is true and correct. Dated at Spokane county Jail 1100 west mallon Spokane. washington. 99260 on march 27th 2021

Brian Lee Danner          Brian Lee Danner

3 OF 3

Exibit # 1

**SPOKANE COUNTY DETENTION SERVICES**
**INMATE REQUEST**

Housing Unit: 3w·30

| Receiving Officer: |
|---|
| PERS # 160 |
| Date: 03/16/21 |

Inmate _Danner,    Brian    L._   11-08-71   148291

LAST NAME          FIRST NAME          DOB        CCID

Date: 3-16-21

### JAIL DEPARTMENTS

- ☐ Admin
- ☐ Classification
- ☐ Commissary
- ☐ Education/GED
- ☐ Jail Records
- ☐ Kitchen
- ☐ Law Library
- ☐ Chaplain
- ☐ Programs
- ☒ Sergeants
- ☐ Property #
- ☐ Mail Desk

### OTHER AGENCIES

- ☐ City Public Defender
- ☐ County Public Defender
- ☐ District Court
- ☐ DOC
- ☐ Sheriff Records
- ☐ Spokane PD Records
- ☐ Superior Court
- ☐ US Marshall's
- ☐ Counsel for Defense
- ☐ Municipal Court
- ☐ Other

* Medical and Mental Health Requests must use a Medical Request Form

## ** USE A SEPARATE FORM FOR EACH REQUEST **

Explanation:

I have a hearing in the Federal courts on 4-21-21 at 10 am Eastern time. So thats 7:00am PT. I need to register thru court solutions.com for the telephonic hearing. Please let me know.

*************************** **DO NOT WRITE BELOW THIS LINE - JAIL STAFF ONLY** ***************************

Reason: The jail cannot accomodate telephonic hearings.

Responding Staff:  SGT PURCELL                         Date: 3-17-21