UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF CORNERSTONE
RESEARCH FOR COMPENSATION FOR SERVICES
RENDERED AS CONSULTANT TO THE DEBTORS FOR
THE PERIOD FROM
FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| Name of Applicant | Cornerstone Research |
|---|---|
| Applicant's Role in Case | Consultant to Purdue Pharma L.P., *et al.*, |
| Date Order of Employment Signed | June 11, 2020 |
| Period for which compensation and reimbursement is sought | February 1, 2021 through February 28, 2021 |

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total compensation requested in this statement | $113,301.60 (80% of $141,627.00) |
| Total reimbursement requested in this statement | $0.00 |
| Total compensation and reimbursement requested in this statement | $113,301.60 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

| **This is a(n):** | _X_ Monthly Application | ____ Interim Application | ____ Final Application |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Cornerstone Research as Consultants for the Debtors Nunc Pro Tunc to January 14, 2020* [ECF No. 1255] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Cornerstone Research, consultant for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Fee Statement of Cornerstone Research for Services Rendered as Consultant to the Debtor for the Period from February 1, 2021 Through February 28, 2021* (this "**Fee Statement**").[2] By this Fee Statement, Cornerstone Research seeks compensation in the amount of **$113,301.60** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$141,627.00**).

---

[2] The period from February 1, 2021 through and including February 28, 2021, is referred to herein as the "**Fee Period**."

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Cornerstone Research consultants and litigation support staff during the Fee Period with respect to each project category. As reflected in **Exhibit A**, Cornerstone Research incurred **$141,627.00** in fees during the Fee Period. Pursuant to this Fee Statement, Cornerstone Research seeks reimbursement for 80% of such fees, totaling **$113,301.60.**

2. Attached hereto as **Exhibit B** is a chart of Cornerstone Research staff, including the standard hourly rate for each consultant and litigation support staff member who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each individual. The blended hourly billing rate of consultants for all services provided during the Fee Period is $542.00.[3] The hourly billing rate of the single litigation support staff member who provided services during the Fee Period is $395.00.

3. Attached hereto as **Exhibit C** are the time records of Cornerstone Research for The Fee Period organized by month and project category with a daily time log describing the time spent by each consultant and litigation support staff member during Fee Period.

**Notice**

4. The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

*[Remainder of Page Left Blank Intentionally]*

---

[3] The blended hourly billing rate of $542.00 for consultants is derived by dividing the total fees for consultants of $140,323.50 by the total hours of 258.90.

3

WHEREFORE, Cornerstone Research, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of **$113,301.60** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$141,627.00**)**.**

Dated:   April 2, 2021
        Boston, Massachusetts

                              CORNERSTONE RESEARCH

                              By:   */s/ Sally Woodhouse*

                              699 Boylston Street
                              Boston, Massachusetts 02116
                              Telephone: (617) 927-3000
                              Facsimile: (617) 927-3100

## Exhibit A

### Fees By Project Category

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Preparation of Fee Statements | 4.60 | $ 3,404.00 |
| Claims Valuation | 257.60 | $ 138,223.00 |
| **Total** | 262.20 | $ 141,627.00 |

**Exhibit B**

**Professional and Paraprofessional Fees**

| Individual | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Professional Fees** | | | | |
| Woodhouse, Sally | Senior Vice President | $ 875.00 | 2.60 | $ 2,275.00 |
| Kovacheva, Penka | Principal | $ 740.00 | 23.60 | $ 17,464.00 |
| Haque, Rezwan | Senior Manager | $ 665.00 | 24.00 | $ 15,960.50 |
| Lee, James | Senior Manager | $ 665.00 | 23.50 | $ 15,627.00 |
| Abraham, Sarah M. | Manager | $ 625.00 | 28.80 | $ 18,000.00 |
| Guo, Fang | Manager | $ 625.00 | 27.40 | $ 17,125.00 |
| Yanguas, Maria Lucia | Associate | $ 560.00 | 24.40 | $ 13,664.00 |
| Popov, Anton | Associate | $ 510.00 | 9.70 | $ 4,947.00 |
| King, Kyla M. | Research Associate | $ 420.00 | 19.70 | $ 8,274.00 |
| Desmedt, Maaike | Senior Analyst | $ 390.00 | 3.20 | $ 1,248.00 |
| McGill, Jeffrey S. | Senior Analyst | $ 390.00 | 10.40 | $ 4,056.00 |
| Guo, Ruihan | Analyst | $ 355.00 | 6.80 | $ 2,414.00 |
| Chen, Yixin | Analyst | $ 355.00 | 6.40 | $ 2,272.00 |
| Miller, Robert M. | Analyst | $ 355.00 | 28.90 | $ 10,259.50 |
| Wang, Qian | Analyst | $ 355.00 | 12.10 | $ 4,295.50 |
| Bazak, Eric R. | Analyst | $ 330.00 | 7.40 | $ 2,442.00 |
| **Paraprofessional Fees** | | | | |
| Chiappetta, Sarah | Senior Information Specialist | $ 395.00 | 3.30 | $ 1,303.50 |
| | *Total* | | 262.20 | $ 141,627.00 |

# Exhibit C

## Time Detail by Project Category and Month

**Project Category: Preparation of Fee Statements**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Kovacheva, Penka | 2/1/2021 | 0.6 | Updated monthly fee statement. |
| Kovacheva, Penka | 2/2/2021 | 1.0 | Updated monthly fee statement. |
| Kovacheva, Penka | 2/10/2021 | 1.2 | Reviewed time details for monthly fee statement. |
| Kovacheva, Penka | 2/11/2021 | 0.4 | Updated monthly fee statement. |
| Kovacheva, Penka | 2/12/2021 | 0.4 | Updated monthly fee statement. |
| Kovacheva, Penka | 2/15/2021 | 0.5 | Updated monthly fee statement. |
| Kovacheva, Penka | 2/16/2021 | 0.3 | Updated monthly fee statement. |
| Kovacheva, Penka | 2/17/2021 | 0.2 | Finalized monthly fee statement. |

**Total    4.6**

**Project Category: Claims Valuation**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Kovacheva, Penka | 2/1/2021 | 0.2 | Reviewed court decision regarding NAS plaintiffs. |
| Guo, Fang | 2/2/2021 | 2.2 | Reviewed and summarized court decision regarding NAS plaintiffs. |
| Haque, Rezwan | 2/2/2021 | 0.4 | Reviewed claims valuation estimates. |
| Kovacheva, Penka | 2/2/2021 | 0.3 | Reviewed summary of court decision regarding NAS plaintiffs. |
| Kovacheva, Penka | 2/2/2021 | 0.6 | Reviewed draft memo from counsel regarding analyses. |
| Lee, James | 2/2/2021 | 0.3 | Reviewed draft memo from counsel regarding analyses. |
| Popov, Anton | 2/2/2021 | 0.1 | Reviewed court decision related to NAS plaintiffs. |

7

| | | | |
|---|---|---|---|
| Abraham, Sarah M. | 2/3/2021 | 0.5 | Organized updates to personal injury claims valuation. |
| Abraham, Sarah M. | 2/3/2021 | 0.8 | Call with counsel regarding personal injury claims valuation. |
| Bazak, Eric R. | 2/3/2021 | 0.4 | Performed sensitivity analysis of healthcare provider claims. |
| Chen, Yixin | 2/3/2021 | 0.6 | Conducted claims valuation analysis for healthcare providers. |
| Desmedt, Maaike | 2/3/2021 | 2.4 | Analyzed personal injury claims. |
| Guo, Fang | 2/3/2021 | 1.8 | Prepared materials for call with counsel regarding public claims valuation analyses. |
| Guo, Fang | 2/3/2021 | 0.8 | Call with counsel regarding public claims valuation analysis. |
| Haque, Rezwan | 2/3/2021 | 0.5 | Reviewed healthcare provider claims valuation analyses. |
| Haque, Rezwan | 2/3/2021 | 0.8 | Call with counsel to discuss hospital claims valuation analyses. |
| Kovacheva, Penka | 2/3/2021 | 0.2 | Corresponded with expert regarding claims valuation analyses. |
| Kovacheva, Penka | 2/3/2021 | 0.2 | Directed checking of claims valuation analyses. |
| Kovacheva, Penka | 2/3/2021 | 0.8 | Discussed claims valuation analyses with counsel. |
| Lee, James | 2/3/2021 | 0.5 | Prepared work plan for updates to personal injury claims valuations. |
| Lee, James | 2/3/2021 | 0.8 | Call with counsel to discuss claims valuation estimates. |
| Miller, Robert M. | 2/3/2021 | 0.6 | Updated NAS claims exhibit. |
| Popov, Anton | 2/3/2021 | 1.2 | Reviewed healthcare provider analysis. |
| Yanguas, Maria Lucia | 2/3/2021 | 0.9 | Compared claims valuation estimates across claimants. |
| Abraham, Sarah M. | 2/4/2021 | 0.3 | Managed updates to personal injury claims valuation. |
| Chen, Yixin | 2/4/2021 | 0.5 | Conducted claims valuation analysis for healthcare providers. |
| Guo, Fang | 2/4/2021 | 0.5 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 2/4/2021 | 0.5 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 2/4/2021 | 0.8 | Reviewed exhibits for healthcare provider claims. |
| Kovacheva, Penka | 2/4/2021 | 0.8 | Managed updates to analyses of healthcare provider claims. |
| Lee, James | 2/4/2021 | 0.5 | Discussed claims valuation analyses with team. |

8

| | | | |
|---|---|---|---|
| Popov, Anton | 2/4/2021 | 0.5 | Discussed claims valuation analyses with team. |
| Popov, Anton | 2/4/2021 | 0.7 | Reviewed healthcare provider analysis. |
| Yanguas, Maria Lucia | 2/4/2021 | 0.5 | Discussed claims valuation analyses with team. |
| Abraham, Sarah M. | 2/5/2021 | 0.4 | Updated personal injury claims valuation to reflect latest data. |
| Abraham, Sarah M. | 2/5/2021 | 0.5 | Discussed claims valuation with team. |
| Abraham, Sarah M. | 2/5/2021 | 1.0 | Call with expert regarding valuation of third-party payer claims. |
| Desmedt, Maaike | 2/5/2021 | 0.8 | Analyzed personal injury claims. |
| Guo, Fang | 2/5/2021 | 0.3 | Call with counsel regarding states claims valuation and NAS claims valuation. |
| Guo, Fang | 2/5/2021 | 0.5 | Discussed claims valuation analyses with team. |
| Guo, Fang | 2/5/2021 | 1.2 | Prepared materials for call with expert regarding public claims valuation analyses. |
| Guo, Fang | 2/5/2021 | 1.0 | Call with expert regarding public claims valuation analyses. |
| Haque, Rezwan | 2/5/2021 | 0.3 | Call with counsel to discuss hospital claims valuation analyses. |
| Haque, Rezwan | 2/5/2021 | 0.5 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 2/5/2021 | 1.0 | Call with expert to discuss hospital claims valuation analyses. |
| Haque, Rezwan | 2/5/2021 | 1.2 | Reviewed exhibits for healthcare provider claims. |
| Kovacheva, Penka | 2/5/2021 | 0.3 | Discussed claims valuation analysis with counsel. |
| Kovacheva, Penka | 2/5/2021 | 0.6 | Managed follow-up research tasks for public and commercial claims valuation. |
| Kovacheva, Penka | 2/5/2021 | 1.0 | Discussed claims valuation methodology with expert. |
| Lee, James | 2/5/2021 | 0.3 | Call with counsel regarding personal injury claims analyses. |
| Lee, James | 2/5/2021 | 0.5 | Reviewed updated estimates of personal injury claims valuations. |
| Lee, James | 2/5/2021 | 1.0 | Call with expert regarding third-party payer claims valuation estimates. |
| Popov, Anton | 2/5/2021 | 0.5 | Discussed claims valuation analyses with team. |
| Wang, Qian | 2/5/2021 | 1.7 | Updated personal injury claims valuation to reflect latest data. |
| Woodhouse, Sally | 2/5/2021 | 0.5 | Discussed claims valuation analyses with team. |

| | | | |
|---|---|---|---|
| Woodhouse, Sally | 2/5/2021 | 1.0 | Call with expert to discuss claims valuation analyses. |
| Yanguas, Maria Lucia | 2/5/2021 | 0.5 | Discussed claims valuation analyses with team. |
| Bazak, Eric R. | 2/8/2021 | 2.5 | Analyzed data related to municipal claims. |
| Chen, Yixin | 2/8/2021 | 2.1 | Conducted claims valuation analysis for healthcare providers. |
| Guo, Fang | 2/8/2021 | 5.6 | Developed work plan for tribal and municipal claims valuation. |
| King, Kyla M. | 2/8/2021 | 8.7 | Analyzed municipalities' and tribes' claims. |
| Kovacheva, Penka | 2/8/2021 | 1.4 | Reviewed methodology for updates to tribal and municipal claims analyses. |
| Miller, Robert M. | 2/8/2021 | 1.6 | Updated municipal and tribal claims exhibit. |
| Miller, Robert M. | 2/8/2021 | 2.0 | Updated state claims valuation and municipal claims valuation. |
| Miller, Robert M. | 2/8/2021 | 3.1 | Created municipal and tribal claims exhibit. |
| Popov, Anton | 2/8/2021 | 0.2 | Reviewed healthcare provider analysis. |
| Abraham, Sarah M. | 2/9/2021 | 3.1 | Updated third-party payer claims valuation. |
| Bazak, Eric R. | 2/9/2021 | 1.8 | Calculated municipal and tribal claims. |
| Guo, Fang | 2/9/2021 | 1.2 | Reviewed public claims valuation and inflation adjustment. |
| Guo, Fang | 2/9/2021 | 3.7 | Reviewed tribal and municipal claims valuation analyses. |
| Guo, Ruihan | 2/9/2021 | 0.6 | Checked updates to third-party payer claims valuation analysis. |
| Haque, Rezwan | 2/9/2021 | 0.5 | Corresponded with counsel regarding estimates for commercial claimants. |
| Haque, Rezwan | 2/9/2021 | 1.4 | Reviewed estimates for healthcare provider claims. |
| Haque, Rezwan | 2/9/2021 | 3.2 | Reviewed adjustments to hospital claims estimates. |
| King, Kyla M. | 2/9/2021 | 10.1 | Analyzed municipalities' and tribes' claims. |
| Kovacheva, Penka | 2/9/2021 | 0.7 | Reviewed methodology for updates to commercial claims analyses. |
| Kovacheva, Penka | 2/9/2021 | 1.0 | Reviewed updates to municipal and tribal claim analyses. |
| Lee, James | 2/9/2021 | 2.7 | Updated third-party payer claims valuation estimates. |
| McGill, Jeffrey S. | 2/9/2021 | 1.8 | Updated third-party payer analysis. |
| Miller, Robert M. | 2/9/2021 | 1.9 | Checked municipal and tribal claims exhibit. |

| | | | |
|---|---|---|---|
| Miller, Robert M. | 2/9/2021 | 2.6 | Researched data availability for tribal claims analyses. |
| Miller, Robert M. | 2/9/2021 | 3.2 | Updated municipal and tribal claims exhibit. |
| Popov, Anton | 2/9/2021 | 3.1 | Updated healthcare provider claims valuation exhibits. |
| Yanguas, Maria Lucia | 2/9/2021 | 3.9 | Updated hospitals claims valuation analyses. |
| Bazak, Eric R. | 2/10/2021 | 0.7 | Analyzed municipal claims. |
| Chen, Yixin | 2/10/2021 | 3.2 | Conducted claims valuation analysis for healthcare providers. |
| Guo, Fang | 2/10/2021 | 1.1 | Reviewed municipal and tribal claims valuation. |
| Haque, Rezwan | 2/10/2021 | 2.3 | Reviewed adjustments to hospital claims estimates. |
| King, Kyla M. | 2/10/2021 | 0.9 | Analyzed municipalities' and tribes' claims. |
| Kovacheva, Penka | 2/10/2021 | 0.3 | Corresponded with expert and counsel regarding public and commercial claims analyses. |
| Kovacheva, Penka | 2/10/2021 | 0.7 | Prepared agenda for call with expert regarding public claims analyses. |
| McGill, Jeffrey S. | 2/10/2021 | 2.7 | Analyzed updated data for public claims valuation. |
| Miller, Robert M. | 2/10/2021 | 0.9 | Reviewed and updated municipal claims exhibit. |
| Popov, Anton | 2/10/2021 | 2.0 | Updated healthcare provider claims valuation exhibits. |
| Yanguas, Maria Lucia | 2/10/2021 | 3.7 | Updated hospital claims valuation analyses. |
| Popov, Anton | 2/11/2021 | 0.2 | Reviewed healthcare provider analysis. |
| Abraham, Sarah M. | 2/12/2021 | 1.0 | Call with counsel regarding personal injury and third-party payer claims. |
| Abraham, Sarah M. | 2/12/2021 | 1.1 | Directed updates to personal injury claims valuation. |
| Guo, Fang | 2/12/2021 | 0.8 | Reviewed states and NAS claims valuation analyses. |
| Guo, Fang | 2/12/2021 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Haque, Rezwan | 2/12/2021 | 0.3 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 2/12/2021 | 1.0 | Call with counsel to discuss hospital claims valuation analyses. |
| Haque, Rezwan | 2/12/2021 | 1.2 | Reviewed healthcare provider claims valuation analyses. |
| Kovacheva, Penka | 2/12/2021 | 1.0 | Call with counsel regarding claims valuation analyses. |

| | | | |
|---|---|---|---|
| Kovacheva, Penka | 2/12/2021 | 1.2 | Directed methodology for updates to claims valuation analyses. |
| Lee, James | 2/12/2021 | 0.2 | Prepared work plan for personal injury analysis. |
| Lee, James | 2/12/2021 | 0.3 | Discussed claims valuation estimates with team. |
| Lee, James | 2/12/2021 | 1.0 | Call with counsel regarding third-party payer claims valuation estimates. |
| Popov, Anton | 2/12/2021 | 0.8 | Reviewed healthcare provider analysis. |
| Woodhouse, Sally | 2/12/2021 | 0.3 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 2/12/2021 | 0.3 | Discussed claims valuation analyses with team. |
| Abraham, Sarah M. | 2/16/2021 | 1.3 | Reviewed valuation of personal injury claims and third-party payer claims. |
| Abraham, Sarah M. | 2/16/2021 | 3.2 | Reviewed literature on trends in jury outcomes. |
| Guo, Fang | 2/16/2021 | 0.9 | Prepared materials for call with counsel regarding state claims valuation and NAS claims valuation. |
| Haque, Rezwan | 2/16/2021 | 0.7 | Prepared agenda for call with counsel regarding hospital claims estimates. |
| Haque, Rezwan | 2/16/2021 | 1.1 | Reviewed hospital claims valuation estimates. |
| Kovacheva, Penka | 2/16/2021 | 1.6 | Directed updates to commercial and personal injury claims analyses. |
| Lee, James | 2/16/2021 | 1.8 | Reviewed claims valuation estimates for third-party payers and personal injury claimants. |
| Abraham, Sarah M. | 2/17/2021 | 1.0 | Call with counsel regarding third-party payer and personal injury claims valuation. |
| Abraham, Sarah M. | 2/17/2021 | 3.3 | Updated personal injury claims valuation. |
| Chiappetta, Sarah | 2/17/2021 | 1.7 | Researched availability of settlement data. |
| Guo, Fang | 2/17/2021 | 1.0 | Call with counsel regarding state claims valuation and NAS claims valuation. |
| Haque, Rezwan | 2/17/2021 | 0.8 | Reviewed hospital claims valuation analyses. |
| Haque, Rezwan | 2/17/2021 | 1.0 | Call with counsel to discuss hospital claims valuation. |
| Kovacheva, Penka | 2/17/2021 | 0.7 | Directed follow-up research tasks and analyses regarding personal injury and commercial claims. |
| Kovacheva, Penka | 2/17/2021 | 1.0 | Call with counsel regarding commercial claims valuation analyses. |

| | | | |
|---|---|---|---|
| Lee, James | 2/17/2021 | 1.0 | Call with counsel regarding third-party payer and personal injury claims estimation. |
| Lee, James | 2/17/2021 | 1.2 | Analyzed third-party payer claims. |
| Lee, James | 2/17/2021 | 1.5 | Analyzed personal injury claims valuations. |
| Miller, Robert M. | 2/17/2021 | 0.6 | Analyzed personal injury claims. |
| Wang, Qian | 2/17/2021 | 1.6 | Updated personal injury claims valuation to reflect latest data. |
| Yanguas, Maria Lucia | 2/17/2021 | 2.2 | Reviewed personal injury claims data. |
| Abraham, Sarah M. | 2/18/2021 | 3.3 | Updated materials for counsel regarding personal injury claims valuation. |
| Chiappetta, Sarah | 2/18/2021 | 1.6 | Researched academic articles on settlement data. |
| Guo, Ruihan | 2/18/2021 | 3.9 | Analyzed personal injury claims data. |
| Haque, Rezwan | 2/18/2021 | 1.9 | Reviewed analysis of hospital claims estimates. |
| Kovacheva, Penka | 2/18/2021 | 0.5 | Reviewed updates to commercial claims and personal injury valuation analyses. |
| Lee, James | 2/18/2021 | 0.8 | Reviewed updates to personal injury claims valuations. |
| Lee, James | 2/18/2021 | 3.8 | Reviewed updates to third-party payer claims valuations. |
| McGill, Jeffrey S. | 2/18/2021 | 2.8 | Updated third-party payer claims valuations. |
| McGill, Jeffrey S. | 2/18/2021 | 3.1 | Updated hospital claims valuations. |
| Miller, Robert M. | 2/18/2021 | 0.8 | Updated personal injury claims exhibits. |
| Miller, Robert M. | 2/18/2021 | 1.3 | Checked personal injury claims statistics. |
| Miller, Robert M. | 2/18/2021 | 2.6 | Checked personal injury claims exhibit. |
| Wang, Qian | 2/18/2021 | 6.2 | Updated personal injury claims valuation exhibit. |
| Yanguas, Maria Lucia | 2/18/2021 | 2.5 | Updated personal injury claims valuation calculations. |
| Yanguas, Maria Lucia | 2/18/2021 | 2.8 | Updated hospital claims valuation calculations. |
| Abraham, Sarah M. | 2/19/2021 | 1.0 | Call with counsel regarding personal injury and third-party payer claims. |
| Abraham, Sarah M. | 2/19/2021 | 2.3 | Updated personal injury claims valuation table. |
| Bazak, Eric R. | 2/19/2021 | 2.0 | Updated municipal claims valuation analysis. |
| Guo, Fang | 2/19/2021 | 0.4 | Discussed claims valuation analyses with team. |
| Guo, Fang | 2/19/2021 | 1.0 | Call with counsel regarding state claims valuation and NAS claims valuation. |

| Haque, Rezwan | 2/19/2021 | 0.4 | Discussed claims valuation analyses with team. |
|---|---|---|---|
| Haque, Rezwan | 2/19/2021 | 1.0 | Call with counsel to discuss hospital claims valuation. |
| Kovacheva, Penka | 2/19/2021 | 0.7 | Directed follow-up analyses of personal injury claims. |
| Kovacheva, Penka | 2/19/2021 | 1.0 | Call with counsel regarding commercial claims valuation and personal injury claims valuation analyses. |
| Lee, James | 2/19/2021 | 0.2 | Prepared materials for call with counsel regarding personal injury claims valuations. |
| Lee, James | 2/19/2021 | 0.4 | Discussed claims valuation estimates with team. |
| Lee, James | 2/19/2021 | 1.0 | Call with counsel regarding personal injury claims valuation. |
| Miller, Robert M. | 2/19/2021 | 2.0 | Prepared sensitivity analyses of personal injury claims. |
| Miller, Robert M. | 2/19/2021 | 3.9 | Updated personal injury exhibits. |
| Woodhouse, Sally | 2/19/2021 | 0.4 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 2/19/2021 | 0.4 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 2/19/2021 | 2.8 | Directed updates to personal injury claims valuation analysis. |
| Abraham, Sarah M. | 2/22/2021 | 2.1 | Updated personal injury claims valuation. |
| Guo, Ruihan | 2/22/2021 | 1.9 | Checked personal injury claims data analyses. |
| Kovacheva, Penka | 2/22/2021 | 0.5 | Reviewed updates to personal injury claims analyses. |
| Lee, James | 2/22/2021 | 1.4 | Analyzed personal injury claims data. |
| Miller, Robert M. | 2/22/2021 | 1.8 | Updated personal injury claims exhibit. |
| Yanguas, Maria Lucia | 2/22/2021 | 1.5 | Updated third-party payer claims valuation analysis. |
| Yanguas, Maria Lucia | 2/22/2021 | 2.0 | Reviewed claims data for personal injury claims valuation. |
| Haque, Rezwan | 2/23/2021 | 0.3 | Corresponded with counsel regarding claims valuation estimates. |
| Kovacheva, Penka | 2/23/2021 | 0.4 | Corresponded with expert and counsel regarding claims valuation analyses. |
| Lee, James | 2/23/2021 | 0.3 | Coordinated next steps with team regarding personal injury claims valuation and third-party payer claims. |
| Guo, Ruihan | 2/24/2021 | 0.4 | Updated personal injury claims valuation analyses. |

| Kovacheva, Penka | 2/24/2021 | 0.2 | Corresponded with expert regarding claims valuation analyses. |
| Lee, James | 2/24/2021 | 0.4 | Corresponded with expert regarding claims valuation estimation analysis. |
| Abraham, Sarah M. | 2/26/2021 | 0.3 | Prepared materials for call with counsel regarding third-party payer and personal injury claims valuation. |
| Abraham, Sarah M. | 2/26/2021 | 0.5 | Call with counsel regarding third-party payer and personal injury claims valuation. |
| Abraham, Sarah M. | 2/26/2021 | 1.8 | Revised personal injury claims valuation model. |
| Guo, Fang | 2/26/2021 | 0.4 | Discussed claims valuation analyses with team. |
| Guo, Fang | 2/26/2021 | 0.3 | Prepared materials for call with counsel regarding public claims valuation. |
| Guo, Fang | 2/26/2021 | 0.5 | Call with counsel regarding public claims valuation. |
| Haque, Rezwan | 2/26/2021 | 0.4 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 2/26/2021 | 0.5 | Call with counsel to discuss claims valuation analyses. |
| Kovacheva, Penka | 2/26/2021 | 0.5 | Call with counsel regarding public, commercial, and personal injury claims valuation analyses. |
| Kovacheva, Penka | 2/26/2021 | 0.6 | Directed follow-up personal injury claims analyses. |
| Lee, James | 2/26/2021 | 0.4 | Discussed claims valuation estimates with team. |
| Lee, James | 2/26/2021 | 0.7 | Prepared work plan for updates to claims valuation estimates. |
| Lee, James | 2/26/2021 | 0.5 | Call with counsel regarding claims valuation estimation. |
| Popov, Anton | 2/26/2021 | 0.4 | Discussed claims valuation analyses with team. |
| Wang, Qian | 2/26/2021 | 2.6 | Updated personal injury claims valuation exhibit. |
| Woodhouse, Sally | 2/26/2021 | 0.4 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 2/26/2021 | 0.4 | Discussed claims valuation analyses with team. |
| Guo, Fang | 2/27/2021 | 1.2 | Prepared summary of public claims valuation methodology. |
| **Total** | | **257.6** | |
| **Grand Total** | | **262.2** | |