# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **PURDUE PHARMA L.P., et. al**[1] ) | |
| ) | Case No. 19-23649 (RDD) |
| Debtors. ) | |
| ) | (Jointly Administered) |

### EIGHTH MONTHLY FEE STATEMENT OF ERNST & YOUNG LLP
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### AS AUDITORS AND PROVIDERS OF OTHER PROFESSIONAL SERVICES
### FOR THE DEBTORS FOR THE PERIOD FROM
### FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021

| | |
|---|---|
| Name of applicant: | Ernst & Young LLP ("EY LLP") |
| Authorized to Provide Professional Services To: | The Debtors |
| Date of retention: | December 23, 2019 (*nunc pro tunc* to September 15, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | February 1, 2021 through February 28, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $227,000.00 |
| Less 20% Holdback: | $45,400.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $1,051.97 |
| Total Fees and Expenses Due: | $182,651.97 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: April 5, 2021

                                                     */s/Amelia M. Caporale*
Amelia M. Caporale
Partner, Ernst & Young LLP
20 Church Street
Hartford, CT  06103

# EXHIBIT A
# SUMMARY BY PROFESSIONAL

*Audit Services*

| Last Name | First Name | Title | Time |
|---|---|---|---|
| Sonika | Avinash | Senior Manager | 16.0 |
| Biedziak | Eliza Anna | Senior Manager | 18.0 |
| Redmond | Robert L. | Manager | 28.0 |
| Mutlu Tepe | Serpil | Manager | 23.5 |
| Memeti | Andi | Staff/Assistant | 56.2 |
| Caporale | Amelia M | Partner/Principal | 4.0 |
| Savell | Roger B | Partner/Principal | 3.0 |
| Bellinzoni | Christopher W | Senior Manager | 11.9 |
| Yousuf | Mohammed | Associate | 2.0 |
| Mahendra Shah | Ankur | Manager | 5.5 |
| Tsui | Rochelle | Senior | 62.0 |
| Akshat Kotnala | Akshat | Staff/Assistant | 21.5 |
| Laver | Johan | Executive Director | 2.0 |
| Nayyar | Deepankar | Senior | 111.0 |
| Tran | Loikevin | Manager | 16.6 |
| Furtado | Justin V | Manager | 3.7 |
| Bansal | Swati | Senior | 10.6 |
| D'Alessandro | Nicholas A | Senior | 38.3 |
| Chun | Sung Hwan | Senior | 4.1 |
| Chawla | Garvit | Staff/Assistant | 11.0 |
| Draper | Steven David | Senior Manager | 0.5 |
| Gupta | Prakhar | Staff/Assistant | 23.0 |
| Pahlon | Cody | Staff/Assistant | 2.2 |
| Fox | Nicholas K. | Manager | 4.5 |
| Chopra | Luv | Associate | 1.0 |
| Ulman | Matthew | Senior | 0.5 |
| Yuan | Helen | Senior | 0.5 |
| | | **Total** | **481.1** |

**Total Fixed Fees Sought for 2020 Audit Services: $227,000.00**

# EXHIBIT B
# SUMMARY BY CATEGORY

*Audit Services*

| Time Category | Category Descriptions | Hours |
|---|---|---|
| Bankruptcy | This category includes activities associated with incremental procedures related to the bankruptcy filing | 3.7 |
| Planning Activities | This category relates to all audit planning activities. | 29.8 |
| Risk Assurance/IT Activities | This category relates to discussion, and analysis relating to application controls, IT audit progress and IT general controls. | 99.1 |
| Year-End Substantive Testing | This category includes activities associated with Year-End audit procedures | 343.0 |
| Quality Review | This category includes activities associated with Quality Review of audit procedures | 5.5 |
| | **Total** | **481.1** |

**Total Fixed Fees Sought for 2020 Audit Services: $227,000.00**

# SUMMARY OF EXPENSES

| Expense Category | Expense Amount |
|---|---|
| Other | $1,051.97 |
| **Total** | **$1,051.97** |

# EXHIBIT C
# SUMMARY DETAIL OF HOURS INCURRED BY PROFESSIONAL

*Audit Services*

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Sonika,Avinash | Senior Manager | 01 Feb 2021 | Year-End Substantive Testing | 2.0 | Review of technical accounting memos prepared by client related to Department of Justice settlement and Noramco sale transaction |
| Biedziak,Eliza Anna | Senior Manager | 01 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Redmond,Robert L. | Manager | 01 Feb 2021 | Risk Assurance/IT Activities | 4.0 | Reviewed infrastructure walkthrough documentation over Linux and Oracle systems and left comments for Team to address. |
| Mutlu Tepe,Serpil | Manager | 01 Feb 2021 | Year-End Substantive Testing | 6.5 | Rhodes - Data processing for average manufacturing price calculations |
| Memeti,Andi | Staff/Assistant | 01 Feb 2021 | Risk Assurance/IT Activities | 1.5 | Updating user access review for SAP |
| Memeti,Andi | Staff/Assistant | 01 Feb 2021 | Risk Assurance/IT Activities | 0.5 | Discussing with Purdue team the new Dayforce review process. |
| Memeti,Andi | Staff/Assistant | 01 Feb 2021 | Risk Assurance/IT Activities | 0.8 | Updating Infrastructure walkthrough |
| Memeti,Andi | Staff/Assistant | 01 Feb 2021 | Risk Assurance/IT Activities | 1.2 | Addressing Enterprise Resource SAP Manage Access Manager comments and Enterprise Resource Planning Central Component testing |
| Caporale,Amelia M | Partner/Principal | 02 Feb 2021 | Year-End Substantive Testing | 1.5 | Reviewing bankruptcy and Normaco sale transaction accounting guidance |
| Savell,Roger B | Partner/Principal | 02 Feb 2021 | Year-End Substantive Testing | 3.0 | Review of accounting memos related to Sackler Settlement, sale of Noramco and Department of Justice settlement accounting, including various calls with Coordinating Partner |
| Bellinzoni,Christopher W | Senior Manager | 02 Feb 2021 | Risk Assurance/IT Activities | 1.2 | Reviewing SAP Manage Access walkthrough and providing team review comments |
| Bellinzoni,Christopher W | Senior Manager | 02 Feb 2021 | Risk Assurance/IT Activities | 1.5 | Reviewing SAP to Ceridian conversion testing and providing team review comments |
| Bellinzoni,Christopher W | Senior Manager | 02 Feb 2021 | Risk Assurance/IT Activities | 3.2 | Reviewing SAP application controls testing and providing team review comments |

5

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Mutlu Tepe,Serpil | Manager | 02 Feb 2021 | Year-End Substantive Testing | 5.5 | Rhodes - Identifying missing data and items for average manufacturer price calculations |
| Memeti,Andi | Staff/Assistant | 02 Feb 2021 | Risk Assurance/IT Activities | 1.5 | Addressing Manager's manage change testing comments |
| Memeti,Andi | Staff/Assistant | 02 Feb 2021 | Risk Assurance/IT Activities | 0.5 | Addressing Manager's new/modified Information Technology General Controls comments |
| Memeti,Andi | Staff/Assistant | 02 Feb 2021 | Risk Assurance/IT Activities | 2.4 | Addressing Manager's comments on Manage Infrastructure process |
| Memeti,Andi | Staff/Assistant | 02 Feb 2021 | Risk Assurance/IT Activities | 0.5 | Internal call to discuss progress and process of documenting new contractor review process |
| Mohammed Yousuf M.R | Associate | 02 Feb 2021 | Bankruptcy | 2.0 | Review of monthly hours charged to the engagement code and initial review of descriptions for compliance with court reporting requirements |
| Biedziak,Eliza Anna | Senior Manager | 03 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Bellinzoni,Christopher W | Senior Manager | 03 Feb 2021 | Risk Assurance/IT Activities | 0.8 | Reviewing the SAP Human Resources Privileged Access Management walkthrough and providing team review comments |
| Bellinzoni,Christopher W | Senior Manager | 03 Feb 2021 | Risk Assurance/IT Activities | 1.2 | Reviewing substantive terminated user testing and providing the team review comments |
| Bellinzoni,Christopher W | Senior Manager | 03 Feb 2021 | Risk Assurance/IT Activities | 1.0 | Reviewing SAP firefighter testing and providing the team review comments |
| Redmond,Robert L. | Manager | 03 Feb 2021 | Risk Assurance/IT Activities | 2.0 | Review of substantive termination testing |
| Ankur Mahendra Shah | Manager | 03 Feb 2021 | Quality Review | 1.1 | Quality coaching review of planning documents |
| Memeti,Andi | Staff/Assistant | 03 Feb 2021 | Risk Assurance/IT Activities | 1.2 | Addressing Manager's Infrastructure comments and following up for additional evidence |
| Memeti,Andi | Staff/Assistant | 03 Feb 2021 | Risk Assurance/IT Activities | 1.6 | Updating Year-end strategy memos |
| Memeti,Andi | Staff/Assistant | 03 Feb 2021 | Risk Assurance/IT Activities | 0.6 | Updating information technology Memos |
| Caporale,Amelia M | Partner/Principal | 04 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Purdue bankruptcy accounting memo |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Biedziak,Eliza Anna | Senior Manager | 04 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Bellinzoni,Christopher W | Senior Manager | 04 Feb 2021 | Risk Assurance/IT Activities | 1.4 | Reviewing SAP Manage Change walkthrough and providing team review comments |
| Bellinzoni,Christopher W | Senior Manager | 04 Feb 2021 | Risk Assurance/IT Activities | 0.8 | Reviewing the SAP Privileged Access Management walkthrough and providing team review comments |
| Bellinzoni,Christopher W | Senior Manager | 04 Feb 2021 | Risk Assurance/IT Activities | 0.8 | Reviewing the SAP Enterprise Privileged Access Management walkthrough and providing team review comments |
| Redmond,Robert L. | Manager | 04 Feb 2021 | Risk Assurance/IT Activities | 2.0 | Review of information technology workpapers and SAP |
| Ankur Mahendra Shah | Manager | 04 Feb 2021 | Quality Review | 2.2 | Continued Quality coaching review of planning documents |
| Memeti,Andi | Staff/Assistant | 04 Feb 2021 | Risk Assurance/IT Activities | 0.5 | Updating SAP testing |
| Memeti,Andi | Staff/Assistant | 04 Feb 2021 | Risk Assurance/IT Activities | 1.6 | Addressing Manager's comments on Manage Information Technology Operations |
| Caporale,Amelia M | Partner/Principal | 05 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Purdue Noramco sale memo |
| Tsui,Rochelle | Senior | 05 Feb 2021 | Year-End Substantive Testing | 2.0 | Review methodology to extract sales data and various credits for testing. |
| Tsui,Rochelle | Senior | 05 Feb 2021 | Year-End Substantive Testing | 2.0 | Testing of April Average Manufacturing Price. |
| Ankur Mahendra Shah | Manager | 05 Feb 2021 | Quality Review | 2.2 | Continued Quality coaching review of planning documents |
| Memeti,Andi | Staff/Assistant | 05 Feb 2021 | Risk Assurance/IT Activities | 1.5 | Addressing Senior Manager's comments on application controls |
| Memeti,Andi | Staff/Assistant | 05 Feb 2021 | Risk Assurance/IT Activities | 2.4 | Addressing Senior Manager's comments on ITGGcs and Walkthroughs. |
| Akshat Kotnala | Staff/Assistant | 05 Feb 2021 | Year-End Substantive Testing | 10.0 | Vendor chargeback testing |
| Biedziak,Eliza Anna | Senior Manager | 08 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Laver,Johan | Executive Director | 08 Feb 2021 | Risk Assurance/IT Activities | 1.0 | Review of information technology workpapers and SAP |

7

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Redmond,Robert L. | Manager | 08 Feb 2021 | Risk Assurance/IT Activities | 2.0 | Addressing comments from Executives on Information Technology workpapers related to Manage Access |
| Tsui,Rochelle | Senior | 08 Feb 2021 | Year-End Substantive Testing | 2.0 | Testing of April 2020 Average Manufacturing Price. |
| Deepankar Nayyar | Senior | 08 Feb 2021 | Year-End Substantive Testing | 11.0 | Various Interim substantive procedures performed |
| Memeti,Andi | Staff/Assistant | 08 Feb 2021 | Risk Assurance/IT Activities | 2.1 | Updating year end memos and testing |
| Memeti,Andi | Staff/Assistant | 08 Feb 2021 | Risk Assurance/IT Activities | 1.9 | Addressing Manager's comments on year-end matrix and memos |
| Akshat Kotnala | Staff/Assistant | 08 Feb 2021 | Year-End Substantive Testing | 10.0 | Vendor chargeback testing, Confirmations |
| Sonika,Avinash | Senior Manager | 09 Feb 2021 | Year-End Substantive Testing | 1.0 | Reviewed management's responses to our comments in technical accounting memos related to Noramco. |
| Sonika,Avinash | Senior Manager | 09 Feb 2021 | Planning Activities | 2.0 | Reviewed planning documents (litigations form, audit plan statement, profile and engagement questionnaire) related to FY20 audit |
| Sonika,Avinash | Senior Manager | 09 Feb 2021 | Year-End Substantive Testing | 1.0 | Reviewed management's responses to our comments in technical accounting memos related to Noramco. |
| Biedziak,Eliza Anna | Senior Manager | 09 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Tran,Loikevin | Manager | 09 Feb 2021 | Year-End Substantive Testing | 1.5 | Average Manufacturing Price transactional data review including direct sales |
| Redmond,Robert L. | Manager | 09 Feb 2021 | Risk Assurance/IT Activities | 2.0 | Addressing Executive comments related to privileged access management for SAP Enterprise Resource System |
| Redmond,Robert L. | Manager | 09 Feb 2021 | Risk Assurance/IT Activities | 2.0 | Addressing executive comments for SAP Business Information privileged access management walkthrough |
| Tsui,Rochelle | Senior | 09 Feb 2021 | Year-End Substantive Testing | 2.0 | Testing of May 2020 Average Manufacturing Price. |
| Tsui,Rochelle | Senior | 09 Feb 2021 | Year-End Substantive Testing | 2.0 | Testing of June 2020 Average Manufacturing Price. |
| Tsui,Rochelle | Senior | 09 Feb 2021 | Year-End Substantive Testing | 2.0 | Testing of 2Q2020 Average Manufacturing Price. |
| Deepankar Nayyar | Senior | 09 Feb 2021 | Year-End | 11.0 | Various Interim substantive procedures performed |

8

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| | | | Substantive Testing | | |
| Memeti,Andi | Staff/Assistant | 09 Feb 2021 | Risk Assurance/IT Activities | 0.5 | Call with internal team to discuss backup failures and overall status |
| Memeti,Andi | Staff/Assistant | 09 Feb 2021 | Risk Assurance/IT Activities | 2.2 | Update Information Technology Planning memos and Entity Level Controls |
| Akshat Kotnala | Staff/Assistant | 09 Feb 2021 | Year-End Substantive Testing | 1.5 | Vendor chargeback testing for Purdue |
| Sonika,Avinash | Senior Manager | 10 Feb 2021 | Planning Activities | 3.0 | Reviewed planning documents -Audit Planning Template. |
| Biedziak,Eliza Anna | Senior Manager | 10 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Tran,Loikevin | Manager | 10 Feb 2021 | Year-End Substantive Testing | 1.2 | Average Manufacturing Price transactional data review including indirect sales and rebates |
| Redmond,Robert L. | Manager | 10 Feb 2021 | Risk Assurance/IT Activities | 2.0 | Review of payroll application control, comments given back to team to address |
| Furtado,Justin V | Manager | 10 Feb 2021 | Planning Activities | 0.5 | Call to discuss audit approach and planning procedures - A. Sonika, N. D'Alessandro, G. Voutsinas |
| Tsui,Rochelle | Senior | 10 Feb 2021 | Year-End Substantive Testing | 4.0 | General Ledger and sales reconciliation. |
| Tsui,Rochelle | Senior | 10 Feb 2021 | Year-End Substantive Testing | 2.0 | Quarter 2 2020 Best Price testing. |
| Deepankar Nayyar | Senior | 10 Feb 2021 | Year-End Substantive Testing | 11.0 | Various Interim substantive procedures performed |
| Memeti,Andi | Staff/Assistant | 10 Feb 2021 | Risk Assurance/IT Activities | 1.0 | Addressing app control comments from Senior Manager. |
| Memeti,Andi | Staff/Assistant | 10 Feb 2021 | Risk Assurance/IT Activities | 2.6 | Addressing Manager's comments on general processes |
| Memeti,Andi | Staff/Assistant | 10 Feb 2021 | Risk Assurance/IT Activities | 1.5 | Addressing Manager's comments on scope & strategy documents |
| Bansal,Swati | Senior | 10 Feb 2021 | Planning Activities | 1.3 | Pension scoping template |
| Bansal,Swati | Senior | 10 Feb 2021 | Planning Activities | 1.3 | Reviewing Scoping document for the plan |
| Sonika,Avinash | Senior Manager | 11 Feb 2021 | Planning Activities | 3.0 | Reviewed remaining planning documents, coordinate with the team and also addressed some of partner's comments |

9

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Biedziak,Eliza Anna | Senior Manager | 11 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Laver,Johan | Executive Director | 11 Feb 2021 | Risk Assurance/IT Activities | 1.0 | Review of information technology workpapers and leaving manager comments |
| Tran,Loikevin | Manager | 11 Feb 2021 | Year-End Substantive Testing | 2.9 | Average manufacturing price calculation and variance review |
| Redmond,Robert L. | Manager | 11 Feb 2021 | Risk Assurance/IT Activities | 2.0 | Addressing executive comments related to the Ceridian to Human Resource conversion |
| Mutlu Tepe,Serpil | Manager | 11 Feb 2021 | Year-End Substantive Testing | 1.0 | Rhodes - Review of responses from Rhodes |
| Deepankar Nayyar | Senior | 11 Feb 2021 | Year-End Substantive Testing | 11.0 | Various Interim substantive procedures performed |
| Memeti,Andi | Staff/Assistant | 11 Feb 2021 | Risk Assurance/IT Activities | 2.1 | Updating manager comments on SAP walkthrough |
| Memeti,Andi | Staff/Assistant | 11 Feb 2021 | Risk Assurance/IT Activities | 1.1 | Discussing internally and call with client to go over Ceridian Dayforce conversion and establish the Go-live date. |
| Memeti,Andi | Staff/Assistant | 11 Feb 2021 | Risk Assurance/IT Activities | 1.0 | Updated information technology Manage Operations walkthrough |
| Memeti,Andi | Staff/Assistant | 11 Feb 2021 | Risk Assurance/IT Activities | 3.4 | Updating Ceridian Dayforce, ValueCentric, and Chargeback Service Organization Controls Reports |
| Sonika,Avinash | Senior Manager | 12 Feb 2021 | Year-End Substantive Testing | 1.0 | Final review of all accounting memos related to settlement accounting, Noramco sale including responses by client to our comments |
| Biedziak,Eliza Anna | Senior Manager | 12 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Tran,Loikevin | Manager | 12 Feb 2021 | Year-End Substantive Testing | 2.7 | Average manufacturing price calculation variance resolution |
| Mutlu Tepe,Serpil | Manager | 12 Feb 2021 | Year-End Substantive Testing | 2.0 | Rhodes - Review of responses from Rhodes and updating workpapers accordingly |
| Deepankar Nayyar | Senior | 12 Feb 2021 | Year-End Substantive Testing | 11.0 | Inventory substantive testing |
| Memeti,Andi | Staff/Assistant | 12 Feb 2021 | Risk Assurance/IT Activities | 1.3 | Documenting new scenario of Payroll application control |

10

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Memeti,Andi | Staff/Assistant | 12 Feb 2021 | Risk Assurance/IT Activities | 1.2 | Addressing manager comments on privileged access walkthrough |
| Bansal,Swati | Senior | 14 Feb 2021 | Year-End Substantive Testing | 1.5 | Formulating questions for Fidelity pension group |
| Bansal,Swati | Senior | 14 Feb 2021 | Planning Activities | 1.5 | Preparing for the internal scoping call |
| Sonika,Avinash | Senior Manager | 15 Feb 2021 | Planning Activities | 3.0 | Reviewed planning documents and also addressed comments from engagement partner and second partner on planning work papers. |
| Biedziak,Eliza Anna | Senior Manager | 15 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Tran,Loikevin | Manager | 15 Feb 2021 | Year-End Substantive Testing | 2.1 | Best Price Medicaid summary review |
| Furtado,Justin V | Manager | 15 Feb 2021 | Year-End Substantive Testing | 0.5 | Clearing planning comments meeting with J. Furtado, G. Voutsinas and A. Sonika |
| Tsui,Rochelle | Senior | 15 Feb 2021 | Year-End Substantive Testing | 5.0 | Testing of quarter 2 2020 Best Price. |
| D'Alessandro,Nicholas A | Senior | 15 Feb 2021 | Planning Activities | 1.1 | Clearing planning comments for audit |
| D'Alessandro,Nicholas A | Senior | 15 Feb 2021 | Planning Activities | 0.5 | Clearing planning comments meeting with J. Furtado, G. Voutsinas and A. Sonika |
| D'Alessandro,Nicholas A | Senior | 15 Feb 2021 | Year-End Substantive Testing | 4.2 | Drafting client request list for year-end audit |
| D'Alessandro,Nicholas A | Senior | 15 Feb 2021 | Bankruptcy | 0.6 | Drafting Fee Application file for general counsel |
| Mutlu Tepe,Serpil | Manager | 15 Feb 2021 | Year-End Substantive Testing | 4.0 | Rhodes - government pricing calculation update |
| Deepankar Nayyar | Senior | 15 Feb 2021 | Year-End Substantive Testing | 5.0 | Purdue confirmation audit procedures |
| Memeti,Andi | Staff/Assistant | 15 Feb 2021 | Risk Assurance/IT Activities | 2.2 | Updating information technology and year-end memos |
| Memeti,Andi | Staff/Assistant | 15 Feb 2021 | Risk Assurance/IT Activities | 2.4 | Addressing app control comments from Manager |
| Biedziak,Eliza Anna | Senior Manager | 16 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Tsui,Rochelle | Senior | 16 Feb 2021 | Year-End Substantive Testing | 3.0 | Testing of quarter 2 2020 unit rebate amount. |

11

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Tsui,Rochelle | Senior | 16 Feb 2021 | Year-End Substantive Testing | 3.0 | Testing of quarter 4 2020 public health services. |
| D'Alessandro,Nicholas A | Senior | 16 Feb 2021 | Year-End Substantive Testing | 3.4 | Working with India team to load the client requests to the client portal and finalized chargeback interim testing procedures. |
| Mutlu Tepe,Serpil | Manager | 16 Feb 2021 | Year-End Substantive Testing | 4.5 | Rhodes - Medicaid calculation follow-up questions update |
| Deepankar Nayyar | Senior | 16 Feb 2021 | Year-End Substantive Testing | 5.0 | Purdue Cash confirms documentation, Purdue Trial balance 2019 figures compare |
| Memeti,Andi | Staff/Assistant | 16 Feb 2021 | Risk Assurance/IT Activities | 2.4 | Updating Dayforce, Chargebacks, and Service Organization Controls Reports with follow-up evidence |
| Memeti,Andi | Staff/Assistant | 16 Feb 2021 | Risk Assurance/IT Activities | 0.5 | Call with Purdue Information Technology team to discuss the Dayforce transition and timeline |
| Memeti,Andi | Staff/Assistant | 16 Feb 2021 | Risk Assurance/IT Activities | 1.2 | Updating Information Technology environment memos |
| Biedziak,Eliza Anna | Senior Manager | 17 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Tran,Loikevin | Manager | 17 Feb 2021 | Year-End Substantive Testing | 2.3 | Best price Medicaid transaction and contract review/request |
| Redmond,Robert L. | Manager | 17 Feb 2021 | Risk Assurance/IT Activities | 4.0 | Review of information technology workpapers and leaving staff/seniors comments |
| Tsui,Rochelle | Senior | 17 Feb 2021 | Year-End Substantive Testing | 1.0 | Testing of quarter 2 2020 best price Medicaid. |
| Tsui,Rochelle | Senior | 17 Feb 2021 | Year-End Substantive Testing | 1.0 | Testing of quarter 3 2019 Medicaid rebate rate. |
| Tsui,Rochelle | Senior | 17 Feb 2021 | Year-End Substantive Testing | 1.0 | Testing of quarter 4 2018 Medicaid rebate rate. |
| D'Alessandro,Nicholas A | Senior | 17 Feb 2021 | Year-End Substantive Testing | 1.2 | Meeting with E. Nowakowski (Purdue Controller) to go through year-end plan and timing of requests. |
| Memeti,Andi | Staff/Assistant | 17 Feb 2021 | Risk Assurance/IT Activities | 1.1 | Sorting through Service Organization Controls report evidence and updating tracker |
| Biedziak,Eliza Anna | Senior Manager | 18 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Furtado,Justin V | Manager | 18 Feb 2021 | Year-End Substantive Testing | 0.5 | Client request list review and update |

12

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| | | | Substantive Testing | | |
| D'Alessandro,Nicholas A | Senior | 18 Feb 2021 | Bankruptcy | 1.1 | Clearing fee app comments for general counsel |
| Chun,Sung Hwan | Senior | 18 Feb 2021 | Planning Activities | 1.0 | Pension Actuary Specialist - estimated time to complete template |
| Deepankar Nayyar | Senior | 18 Feb 2021 | Year-End Substantive Testing | 8.0 | Purdue audit request update and cash confirmation work performed |
| Bansal,Swati | Senior | 18 Feb 2021 | Year-End Substantive Testing | 1.0 | Pension scoping template and finalization |
| Bansal,Swati | Senior | 18 Feb 2021 | Planning Activities | 1.8 | Looking at the last year files and email to identify any potential issues in the plan or any considerations for this year audit |
| Garvit Chawla | Staff/Assistant | 18 Feb 2021 | Year-End Substantive Testing | 11.0 | Populating client portal request Listing and formatting for primary team |
| Biedziak,Eliza Anna | Senior Manager | 19 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Draper,Steven David | Senior Manager | 19 Feb 2021 | Year-End Substantive Testing | 0.5 | Review of pension accounting audit plan |
| Tran,Loikevin | Manager | 19 Feb 2021 | Year-End Substantive Testing | 0.6 | Best Price Medicaid document receipt and review |
| Tsui,Rochelle | Senior | 19 Feb 2021 | Year-End Substantive Testing | 2.0 | Testing of Medicaid Best Price calculation for Butrans authorized generic |
| Tsui,Rochelle | Senior | 19 Feb 2021 | Year-End Substantive Testing | 4.0 | Quarter 2 2020 Medicaid rebate rate testing. |
| Tsui,Rochelle | Senior | 19 Feb 2021 | Year-End Substantive Testing | 4.0 | Testing of Quarter 4 2018 Medicaid rebate rate. |
| Chun,Sung Hwan | Senior | 19 Feb 2021 | Year-End Substantive Testing | 1.0 | Pension Actuary Specialist - internal Pension Actuary Specialist discussion, core team discussion coordination |
| Deepankar Nayyar | Senior | 19 Feb 2021 | Year-End Substantive Testing | 5.0 | Audit requests finalized and sent out for Purdue and Rhodes |
| Prakhar Gupta | Staff/Assistant | 19 Feb 2021 | Year-End Substantive Testing | 5.0 | Updating the outstanding client request list for additional requests |
| Memeti,Andi | Staff/Assistant | 19 Feb 2021 | Risk Assurance/IT Activities | 1.1 | Sorting through Service Organization Controls report evidence for Cumberland and updating Tracker |
| Bansal,Swati | Senior | 19 Feb 2021 | Year-End | 1.2 | Generating pension plan asset questions for Purdue |

13

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| | | | Substantive Testing | | pension department |
| Bansal,Swati | Senior | 19 Feb 2021 | Planning Activities | 0.5 | Internal actuarial team call to discuss Purdue pension plans and scoping for year-end audit procedures. Present: S. Chun, E. Zee, N. Fox |
| Pahlon,Cody | Staff/Assistant | 19 Feb 2021 | Year-End Substantive Testing | 1.0 | Helping draft pension plan asset questions for client. |
| Caporale,Amelia M | Partner/Principal | 22 Feb 2021 | Year-End Substantive Testing | 0.5 | Discuss bankruptcy filing status and Department of Justice litigation with client - Jon Lowne and Eric N |
| Biedziak,Eliza Anna | Senior Manager | 22 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Fox,Nicholas K. | Manager | 22 Feb 2021 | Planning Activities | 4.0 | review and discuss scoping with Pension Actuary Specialist team. annual billable load for intellectual capital, tool development, scoping, documentation |
| Furtado,Justin V | Manager | 22 Feb 2021 | Year-End Substantive Testing | 0.2 | Review of billings and collections to date for Purdue engagement |
| Tsui,Rochelle | Senior | 22 Feb 2021 | Year-End Substantive Testing | 4.0 | Review of prior year's calculation and policy regarding Medicaid rebate rate. |
| Tsui,Rochelle | Senior | 22 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Rebate Agreement. |
| D'Alessandro,Nicholas A | Senior | 22 Feb 2021 | Year-End Substantive Testing | 2.8 | Updating year-end client request list, Service Organization Control follow-up, and setting up the India team on the year-end support received (i.e. vendor chargeback testing, cash confirmations) |
| Deepankar Nayyar | Senior | 22 Feb 2021 | Year-End Substantive Testing | 11.0 | Various substantive procedures performed |
| Memeti,Andi | Staff/Assistant | 22 Feb 2021 | Risk Assurance/IT Activities | 1.2 | Updating status of memos to communicate with team |
| Memeti,Andi | Staff/Assistant | 22 Feb 2021 | Risk Assurance/IT Activities | 1.8 | Updating Service Organization Controls Reports based on Manager comments and restructuring Canvas to accommodate new forms |
| Luv Chopra | Associate | 22 Feb 2021 | Risk Assurance/IT Activities | 1.0 | SAP Dashboard update |
| Biedziak,Eliza Anna | Senior Manager | 23 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Redmond,Robert L. | Manager | 23 Feb 2021 | Risk Assurance/IT Activities | 2.0 | Review of Ceridian Dayforce Service Organization Controls report and EY documentation. comments left for team to address |
| Redmond,Robert L. | Manager | 23 Feb 2021 | Risk Assurance/IT Activities | 2.0 | Review of Valuecentric Service Organization Controls report and EY documentation. Comments left for team to address. |
| Redmond,Robert L. | Manager | 23 Feb 2021 | Risk Assurance/IT Activities | 2.0 | Review of Deloitte Chargebacks Service Organization Controls report. Comments left for team to address |
| Furtado,Justin V | Manager | 23 Feb 2021 | Year-End Substantive Testing | 0.4 | Review of permanent audit files, including Noramco contract |
| Furtado,Justin V | Manager | 23 Feb 2021 | Year-End Substantive Testing | 0.6 | Review of executed Normaco contracts |
| Tsui,Rochelle | Senior | 23 Feb 2021 | Year-End Substantive Testing | 6.0 | Testing of first quarter 2019 Medicaid rebate rates. |
| D'Alessandro,Nicholas A | Senior | 23 Feb 2021 | Year-End Substantive Testing | 1.1 | Call with EY client portal team and the client D. Cabral (Payroll Manager), C. Lin (Senior Accountant), Rich Brown (Gross-to-net analyst) and J. Knight (Accounts Receivable Manager) to set the client up on the portal as they were unable to log-in with multiple attempts due to ping-id multi factor authentication |
| D'Alessandro,Nicholas A | Senior | 23 Feb 2021 | Year-End Substantive Testing | 3.1 | Vendor chargeback walkthrough, rolling forward other walkthrough such as sales, purchases, payroll. Organizing payroll control support to have India team work through testing |
| D'Alessandro,Nicholas A | Senior | 23 Feb 2021 | Year-End Substantive Testing | 0.5 | New estimate risk forms for accrued rebates, returns, and wholesaler/pharmacy accruals |
| Chun,Sung Hwan | Senior | 23 Feb 2021 | Planning Activities | 0.3 | Pension Actuary Specialist - scoping call reschedule |
| Chun,Sung Hwan | Senior | 23 Feb 2021 | Planning Activities | 0.3 | Core team scoping call reschedule |
| Deepankar Nayyar | Senior | 23 Feb 2021 | Year-End Substantive Testing | 11.0 | Various substantive procedures performed |
| Prakhar Gupta | Staff/Assistant | 23 Feb 2021 | Year-End Substantive Testing | 11.0 | Vendor chargebacks testing, independence forms, net sales leadsheet setup for interim |
| Biedziak,Eliza Anna | Senior Manager | 24 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Tran,Loikevin | Manager | 24 Feb 2021 | Year-End | 2.3 | Medicaid pricing/rebate rate review |

15

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| | | | Substantive Testing | | |
| Furtado,Justin V | Manager | 24 Feb 2021 | Year-End Substantive Testing | 0.5 | Audit kick off and request list call - E. Nowakowski, J. Annunziata. R. Brown, R. Ullman, R. Haberlin, E. Flath (Purdue) - N. D'Alessandro, A. Sonika, M. Ulman (EY) |
| Tsui,Rochelle | Senior | 24 Feb 2021 | Year-End Substantive Testing | 5.0 | Testing of first quarter 2019 Medicaid rebate rates. |
| D'Alessandro,Nicholas A | Senior | 24 Feb 2021 | Year-End Substantive Testing | 5.1 | Updating year-end client request list after our meeting earlier, setting up inventory workpapers and getting other areas ready to send out to client, entity level control testing, setting up the India team on the year-end testing |
| D'Alessandro,Nicholas A | Senior | 24 Feb 2021 | Year-End Substantive Testing | 0.5 | Meeting with the client E. Nowakowski (Controller), Rebecca Ulman (Accounting Manager), Christina Lin (Senior Accountant). EY - J. Furtado (Manager), A. Sonika (Senior Manager), M. Ulman (Senior) |
| Ulman, Matthew | Senior | 24 Feb 2021 | Year-End Substantive Testing | 0.5 | Meeting with the client E. Nowakowski (Controller), Rebecca Ulman (Accounting Manager), Christina Lin (Senior Accountant). EY - J. Furtado (Manager), A. Sonika (Senior Manager), M. Ulman (Senior) |
| Deepankar Nayyar | Senior | 24 Feb 2021 | Year-End Substantive Testing | 11.0 | Various substantive procedures performed for audit around inventory and vendor chargebacks |
| Biedziak,Eliza Anna | Senior Manager | 25 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Tran,Loikevin | Manager | 25 Feb 2021 | Year-End Substantive Testing | 1.0 | Medicaid rebate rate component review and follow up. |
| Fox,Nicholas K. | Manager | 25 Feb 2021 | Planning Activities | 0.5 | Call to discuss Purdue pension plans and scoping for year-end audit procedures. Present: S. Chun, E. Zee, N. Fox, S. Bansal, C. Pahlon, J. Furtado, N. D'Alessandro, H. Yuan, G. Voutsinas |
| Furtado,Justin V | Manager | 25 Feb 2021 | Planning Activities | 0.5 | Call to discuss Purdue pension plans and scoping for year-end audit procedures. Present: S. Chun, E. Zee, N. Fox, S. Bansal, C. Pahlon, J. Furtado, N. D'Alessandro, H. Yuan, G. Voutsinas |
| Tsui,Rochelle | Senior | 25 Feb 2021 | Year-End Substantive Testing | 3.0 | Testing of Quarter 2 2019 Medicaid rebate rate. |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| D'Alessandro,Nicholas A | Senior | 25 Feb 2021 | Year-End Substantive Testing | 0.5 | Call to discuss Purdue pension plans and scoping for year-end audit procedures. Present: S. Chun, E. Zee, N. Fox, S. Bansal, C. Pahlon, J. Furtado, N. D'Alessandro, H. Yuan, G. Voutsinas |
| D'Alessandro,Nicholas A | Senior | 25 Feb 2021 | Year-End Substantive Testing | 2.8 | Call with India team (D. Nayyar) to go through cash confirmations, walkthrough documentations for chargebacks, and trial balance plan once received |
| D'Alessandro,Nicholas A | Senior | 25 Feb 2021 | Year-End Substantive Testing | 2.2 | New estimate risk forms for accrued rebates, returns, and wholesaler/pharmacy accruals |
| D'Alessandro,Nicholas A | Senior | 25 Feb 2021 | Year-End Substantive Testing | 1.1 | Assignment tracker for Purdue/Rhodes |
| Yuan,Helen | Senior | 25 Feb 2021 | Planning Activities | 0.5 | Call to discuss Purdue pension plans and scoping for year-end audit procedures. Present: S. Chun, E. Zee, N. Fox, S. Bansal, C. Pahlon, J. Furtado, N. D'Alessandro, H. Yuan, G. Voutsinas |
| Chun,Sung Hwan | Senior | 25 Feb 2021 | Planning Activities | 0.6 | Scoping discussion with core team |
| Chun,Sung Hwan | Senior | 25 Feb 2021 | Planning Activities | 0.7 | Scoping document edit |
| Memeti,Andi | Staff/Assistant | 25 Feb 2021 | Risk Assurance/IT Activities | 1.1 | Updating Information Technology environment memos with the new go-live date of Ceridian |
| Bansal,Swati | Senior | 25 Feb 2021 | Planning Activities | 0.5 | Call to discuss Purdue pension plans and scoping for year-end audit procedures. Present: S. Chun, E. Zee, N. Fox, S. Bansal, C. Pahlon, J. Furtado, N. D'Alessandro, H. Yuan, G. Voutsinas |
| Pahlon,Cody | Staff/Assistant | 25 Feb 2021 | Planning Activities | 0.5 | Call to discuss Purdue pension plans and scoping for year-end audit procedures. Present: S. Chun, E. Zee, N. Fox, S. Bansal, C. Pahlon, J. Furtado, N. D'Alessandro, H. Yuan, G. Voutsinas |
| Pahlon,Cody | Staff/Assistant | 25 Feb 2021 | Planning Activities | 0.7 | Drafting of pension accounting audit plan |
| Biedziak,Eliza Anna | Senior Manager | 26 Feb 2021 | Year-End Substantive Testing | 1.0 | Review of Medicaid price testing audit procedures, including review of Best Price and Average Wholesale Price calculations |
| Tsui,Rochelle | Senior | 26 Feb 2021 | Year-End Substantive Testing | 1.0 | Prompt pay calculations for Medicaid rebate rate. |
| D'Alessandro,Nicholas A | Senior | 26 Feb 2021 | Year-End Substantive Testing | 5.4 | Sending cash confirmation questions to the client, updating year-end client request list, setting up India team on multiple walkthrough and substantive testing |

| Employee Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| | | | | | areas (as well as trial balance approach when received) |
| D'Alessandro,Nicholas A | Senior | 26 Feb 2021 | Year-End Substantive Testing | 1.1 | Creating assignments tracker for audit team. |
| Chun,Sung Hwan | Senior | 26 Feb 2021 | Planning Activities | 0.2 | Pension Actuarial Specialist - scoping document submission |
| Prakhar Gupta | Staff/Assistant | 26 Feb 2021 | Year-End Substantive Testing | 7.0 | Vendor chargeback testing, U603 forms, U lead setup |
| Memeti,Andi | Staff/Assistant | 26 Feb 2021 | Risk Assurance/IT Activities | 1.0 | Gathering Service Organization Controls Report evidence and communicating with new staff |
| | | **Total** | | **481.1** | |

**Total Fixed Fees Sought for 2020 Audit Services: $227,000.00**

## SUMMARY DETAIL OF EXPENSES

| Transaction Date | Category Description | Expense Amount | Description |
|---|---|---|---|
| 15 Feb 2021 | Other | $29.29 | Electronic cash confirmations submitted directly to the bank via Confirmation.com |
| 15 Feb 2021 | Other | $319.72 | Electronic cash confirmations submitted directly to the bank via Confirmation.com |
| 11 Feb 2021 | Other | $702.96 | Electronic cash confirmations submitted directly to the bank via Confirmation.com |
| **Total** | | **$1,051.97** | |