Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of NEW YORK
300 Quarropas Street
White Plains, New York
10601

re: Hearing for 4-21-2021 at 10:00 a.m. eastern time. (Entered on 12/23/2020)

Dear Honorable Mr. Drain,
My family has placed funds on my inmate phone account in an attempt for me to be able to attend the telephonic hearing.

I have requested to be able to have the inmate phone system turned on and if so the phone call will be limited to 15 min. I will have to call back off of my inmate phone system multiple times if necessary.

(1)

Spokane Jail will not provide a telephonic access for this hearing using Court Solutions.

I apologize for any inconvienance this may place on the court.

If by chance I am unable to call I ask for an informative decision be made off of my motions submitted.

Respectively Submitted,

Troy A. Pesina
Troy A. Pesina

1100 W. Mallon Ave
Spokane, WA.
99260



Troy A. Pesina
1100 W. Mallon Ave
Spokane, WA.
99260

SPOKANE WA  990
1 APR 2021  PM 1  L

SDNY USMS
LEGAL MAIL

Honorable Robert D. Drain
United States Bankruptcy Court
for the Southern District of
NEW YORK

300 Quarropas Street
White Plains, New York
10601

10601-414000