3-31-2021

Your Honor

My name is Tim Wright, Be5357 I'm in Prison in California.

#1 The Prison Dos not Prossess th incomeing or out going mail as Legal mail. So the mail Prime Clerk send in to us or we send out to them is not treat in a timely maner. This is not the falt of Prime Clerk. Even with Legal notice stamp on the envelop. The Prison Dos not see Prime Clerk as a Prosser of Legal mail on Behalf of the court.

#2 To contact the Debtors' Claims and Noticeing Agent, Prime Clerk at 844-217-0912 (Toll-Free), or By email at purduepharmainfo@primeclerk.com.

The Prison dos not let us make (Toll-Free) call, Nor are we aloud to use a computer, And Covid-19 has us lock out of th Law Libbery.

In other ward Sir I have no way to prisitape in this case.

I ask this court to help privid infomation on what is going on in this case, I wont to be part of this case. Purdue Pharma has cost me loved one I will never see gain. Los of my life and others I Love Do to Purdue wonting money at all cost even life.

\# 2                                          3-31-2021

so please send me Transcrip. and I wont to ~~votes~~ vote. I wont to Be in vavin as much as a man that has lost so much.

I thank You Judge

FILED
U.S. BANKRUPTCY COURT
2021 MAR -5 P 2: 22
S.D. OF N.Y.

Tim Wright Be5357
*Tim Wright*

**California Health Care Facility**

Name: Tim Wright CDCR #Be5357
Facility ____ Bldg: 1-B Cell: 113
P.O. Box: 32200
Stockton, CA 95213

INMATE MAIL

Legal Mail

CHCF
CA DEPARTMENT
OF CORRECTIONS
AND REHABILITATION

neopost
04/01/2021
US POSTAGE $000.51
FIRST-CLASS MAIL
ZIP 95215
041L12203723

Honorable Robert D. Drain, at The
United States Bankruptcy Court For The
Southern District of New York,
300 Quarropas Street
White Plains, New York 10601

USMS SDNY