United States Bankruptcy Court
Southern District of New York

In re:                                  | Chapter 11
PURDUE PHARMA L.P., et al.              | Case No. 19-23649 (RDD)
                    Debtors             | Jointly Administered

Claimants Request to Participate & Appoint Counsel, Notice of Change of Address

As a claimant in this action I am hereby providing notice of my change in address.

I also was provided notice of the April 21, 2021 in this action and, as a claimant, request to be at the hearing telephonically or as videoconference allows. I have not received notice, as a claimant, of the document objections are due upon by April 12, 2021 because it was never sent to me. I seek appointment of counsel under 28 U.S.C. 1915(e)(1) to assist me with formulating any objections as a member of the class of claimants because my claim will be affected by a Plan I have never seen and thus have no meaningful ways of making an informed choice as to object or not.

Jeremy Pinson #16207-064
USP Coleman-2
PO Box 1034
Coleman FL 33521
Movant - Pro Se

## Certificate of Service

I certify service upon all counsel of record in this case listed on the docket sheet on PACER, via U.S. Mail on 3-29-2021, postage prepaid first class mail, through prison staff for mailing (Prison Mailbox Rule).

Jeremy Pinson

2