DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**AMENDED[2] AGENDA FOR APRIL 6, 2021 HEARING**

Time and Date of Hearing:   April 6, 2021 at 10:00 a.m. (prevailing Eastern Time)

Location of Hearing:   In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. Please register with Court Solutions at www.court-solutions.com.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

[2] **Amended items appear in bold text.**

| | |
|---|---|
| | Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 1326458457#. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. |

I.  **CONTESTED MATTERS:**

1. *NAS Children Ad Hoc Committee's Motion to Seal.* The NAS Children Ad Hoc Committee's Motion Entry of Order Pursuant to 11 U.S.C. §§ 105(A), 107(B) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information and Exhibits Under Seal in Connection with the NAS Children Ad Hoc Committee's Ex Parte Motion Requesting a Court Order Authorizing Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9006 [ECF No. 2139]

    Objection Deadline: April 1, 2021 at 12:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Debtor's Objection to the NAS Children Ad Hoc Committee's Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(A), 107(B) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information and Exhibits Under Seal in Connection with the NAS Children Ad Hoc Committee's Ex Parte Motion Requesting a Court Oder Authorizing Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9006 [ECF No. 2155]

    B. Debtors' Statement in Response to the Reply of the NAS Children Ad Hoc and Supplemental Declaration in Further Support of its Request for Entry of a Court Order Authorizing Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9006 [ECF No. 2584]

    Reply:

    A. Reply of the NAS Children Ad Hoc and Supplemental Declaration in Further Support of its Request for Entry of a Court Order Authorizing Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9006 [ECF No. 2538-2]

    Related Documents:

A. Motion to Authorize the NAS Children Ad Hoc Committee's Motion Entry of Order Pursuant to 11 U.S.C. §§ 105(A) and 107(B) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information and Exhibits Under Seal in Connection with the Reply and Supplemental Declaration in Further Support of NAS Children Ad Hoc Committee's Ex Parte Motion Requesting a Court Order Authorizing Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9006 [ECF No. 2538]

B. Notice of Hearing on the NAS Children Ad Hoc Committee's Motion for Entry of an Order Authorizing the Filing of Certain Information and Exhibits Under Seal in Connection with the Ex Parte Motion Requesting an Order Authorizing Examinations and Production of Documents [ECF No. 2567]

C. Declaration of James I. McClammy in Support of the Debtors' Statement in Response to the Reply of the NAS Children Ad Hoc and Supplemental Declaration in Further Support of its Request for Entry of a Court Order Authorizing Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9006 [ECF No. 2585]

Status: This matter is going forward on a contested basis.

## II. MATTERS IN ADVERSARY PROCEEDING CASE NO. 21-07005:

2. *Pre-Trial Conference.* Adv. Pro. No. 21-07005.

Related Documents:

A. Complaint for Declaratory Relief. Adv. Pro. No. 21-07005 [ECF No. 1]

B. Summons and Notice of Pretrial Conference in an Adversary Proceeding. Adv. Pro. No. 21-07005 [ECF No. 3]

C. Scheduling Order. Adv. Pro. No. 21-07005 [ECF No. 17]

D. Notice of Adjournment of Pre-trial Conference. Adv. Pro. No. 21-07005 [ECF No. 24]

E. Letter to the Honorable Robert D. Drain Filed by Frederick E. Schmidt on Behalf of Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company. Adv. Pro. No. 21-07005 [ECF No. 25]

F. Notice of Motion of Defendants Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Insurance Corporation to Withdraw the Reference of the Adversary Proceeding. Adv. Pro. No. 21-07005 [ECF No. 28]

3

G. Memorandum of Law in Support of Motion to Withdraw the Reference. Adv. Pro. No. 21-07005 [ECF No. 29]

H. Letter to the Honorable Robert D. Drain Filed by Paul E. Breene on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. Adv. Pro. No. 21-07005 [ECF No. 32]

I. Letter to Judge Drain on behalf of at least 13 insurer defendants, who on April 5 will be filing a joint motion to stay this Adversary Proceeding based on a mandatory arbitration provision in their policies Filed by Tancred V. Schiavoni on behalf of Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.). Adv. Pro. No. 21-07005 [ECF No. 33]

J. Letter to the Honorable Robert D. Drain Filed by Frederick E. Schmidt on behalf of Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company. Adv. Pro. No. 21-07005 [ECF No. 34]

K. Notice of Adjournment of Pretrial Conference. Adv. Pro. No. 21-07005 [ECF No. 37]

L. Civil Cover Sheet. Adv. Pro. No. 21-07005 [ECF No. 39]

M. **Notice of Joint Motion of Arch Reinsurance Ltd., Chubb Bermuda Insurance Ltd., Liberty Mutual Insurance Europe S.E., HDI Global SE / HDI Global SE – UK as Successor to Gerling Konzern General Insurance Company UK Branch, and Evanston Insurance Company to Withdraw the Reference of This Adversary Proceeding as against Them in the Event That the Court Denies the Liberty Mutual Withdrawal Motion. Adv. Pro. No. 21-07005 [ECF No. 47]**

N. **Rule 7007.1 Corporate Ownership Statement. Adv. Pro. No. 21-07005 [ECF No. 49]**

O. **Answer of American Guarantee and Steadfast to Complaint for Declaratory Relief of Plaintiffs. Adv. Pro. No. 21-07005 [ECF No. 51]**

P. **Joinder of American Guarantee and Steadfast in Liberty Mutual's Motion to Withdraw the Reference. Adv. Pro. No. 21-07005 [ECF No. 52]**

Q. Joint Memorandum of Certain Arbitration Insurers in Support of Their Motion to Withdraw the Reference of This Adversary Proceeding as Against Them in the Event That the Court Denies the Liberty Mutual Withdrawal Motion. Adv. Pro. No. 21-07005 [ECF No. 56]

R. Notice of Motion for Arbitration Insurers' Joint Motion to Stay the Claims Against Them in the Adversary Proceeding in Favor of Arbitration. Adv. Pro. No. 21-07005 [ECF No. 57]

S. Memorandum of Law in Support of the Arbitration Insurers' Joint Motion to Stay the Claims Against Them in the Adversary Proceeding in Favor of Arbitration. Adv. Pro. No. 21-07005 [ECF No. 59]

T. Defendants Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Insurance Corporation's Answer to Plaintiffs' Complaint. Adv. Pro. No. 21-07005 [ECF No. 61]

U. Notice of Motion for a More Definite Statement. Adv. Pro. No. 21-07005 [ECF No. 62]

V. Memorandum of Law in Support of National Union's Rule 12(e) Motion for a More Definite Statement. Adv. Pro. No. 21-07005 [ECF No. 63]

W. Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Liberty Insurance Corporation's Rule 7007.1 Disclosure Statement. Adv. Pro. No. 21-07005 [ECF No. 65]

X. Answer and Affirmative Defenses to the Complaint Filed by XL Insurance America, Inc. Adv. Pro. No. 21-07005 [ECF No. 67]

Y. Navigators Specialty Insurance Company's Answer and Affirmative Defenses to Complaint. Adv. Pro. No. 21-07005 [ECF No. 70]

Z. Notice of Motion for a More Definite Statement. Adv. Pro. No. 21-07005 [ECF No. 71]

AA. Memorandum of Law in Support of Gulf Underwriters Insurance Company's and St. Paul Fire and Marine Insurance Company's Motion for a More Definite Statement. Adv. Pro. No. 21-07005 [ECF No. 72]

19-23649-shl    Doc 2601    Filed 04/05/21    Entered 04/05/21 23:29:32    Main Document
Pg 6 of 7


      **BB. Notice of Motion to Dismiss for Lack of Personal Jurisdiction. Adv. Pro. No. 21-07005 [ECF No. 73]**

      **CC. Corporate Ownership Statement Filed by Gulf Underwriters Insurance Company. Adv. Pro. No. 21-07005 [ECF No. 74]**

      **DD. Corporate Ownership Statement Filed by St. Paul Fire and Marine Insurance Company. Adv. Pro. No. 21-07005 [ECF No. 76]**

      **EE. Notice of Chubb Bermuda Insurance Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction. Adv. Pro. No. 21-07005 [ECF No. 77]**

      **FF. Memorandum of Law in Support of Defendant Chubb Bermuda Insurance Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction. Adv. Pro. No. 21-07005 [ECF No. 78]**

      **GG. Notice of Certain Defendants' Joinder in Motion to Withdraw the Reference. Adv. Pro. No. 21-07005 [ECF No. 79]**

      **HH. Notice of Allied World Assurance Co., Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction Adv. Pro. No. 21-07005 [ECF No. 82]**

      **II. Memorandum of Law in Support of Allied World Assurance Co., Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction Adv. Pro. No. 21-07005 [ECF No. 83]**

      **JJ. Liberty Mutual Insurance Europe, S.E.'s Notice of Motion to Dismiss for Lack of Jurisdiction Adv. Pro. No. 21-07005 [ECF No. 84]**

      **KK. Memorandum of Law in Support of the Motion of Liberty Mutual Insurance Europe SE to Dismiss for Lack of Personal Jurisdiction. Adv. Pro. No. 21-07005 [ECF No. 85]**

      **LL. Answer and Affirmative Defenses of North American Elite Insurance Company. Adv. Pro. No. 21-07005 [ECF No. 86]**

      **MM. Answer and Affirmative Defenses of Aspen American Insurance Company. Adv. Pro. No. 21-07005 [ECF No. 87]**

      **NN. Notice of Motion of Defendant XL Bermuda Ltd to Dismiss for Lack of Personal Jurisdiction. Adv. Pro. No. 21-07005 [ECF No. 88]**

   <u>Status</u>: This matter is going forward.

Dated:   April 5, 2021
         New York, New York

                                        DAVIS POLK & WARDWELL LLP

                                        By:   */s/ Eli J. Vonnegut*
                                                Eli J. Vonnegut

                                        450 Lexington Avenue
                                        New York, New York 10017
                                        Telephone: (212) 450-4000
                                        Facsimile:  (212) 701-5800
                                        Marshall S. Huebner
                                        Benjamin S. Kaminetzky
                                        Timothy Graulich
                                        Eli J. Vonnegut
                                        Christopher S. Robertson

                                        *Counsel to the Debtors*
                                        *and Debtors in Possession*