**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| PURDUE PHARMA L.P., *et al.*, | ) | **Case No. 19-23649 (RDD)** |
| | ) | *Jointly Administered* |
| | ) | |
| Debtors. | ) | **Hon. Robert D. Drain** |
| _____ | ) | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Jeffrey S. Swyers, request admission *pro hac vice* before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent the following in the above-captioned bankruptcy proceedings: MM&P Health & Benefit Plan; Local 888 Health Fund; Division 1181 ATU-New York Welfare Fund; MEBA Medical and Benefits Plan; Washington Wholesalers Health and Welfare Fund; UFCW Health Insurance Plan for Retirees; UFCW Local 1262 and Shoprite Welfare Plan; UFCW Local One Active Health Care Plan; Local One Retiree Health Care Plan; Electrical Welfare Trust Fund; 1978 Retired Construction Workers Benefit Trust; Carpenters Industrial Council Trust Fund; U.F.C.W. and Employers Kansas and Missouri Health and Welfare Trust Fund; ATU Health and Life Insurance Plan for Active and Pension Officers and Employees; Heartland Health & Wellness Fund; Bricklayers and Allied Craftworkers Local 3 NY Rochester Chapter Health & Welfare Fund; UFCW Health Insurance Plan for Active Employees; Upstate New York Engineers Health Fund; UFCW Unions and Participating Employers Health and Welfare Fund; Sheet Metal Workers' Health Plan; PGA TOUR, Inc.; FELRA & UFCW VEBA Fund; Colorado Sheet Metal Workers' Local 9 Family Health Plan; Bricklayers and Allied Craftworkers Local No. 3 New York Niagara Falls- Buffalo Chapter Health & Welfare Fund; 32 BJ North Health Fund; Sound Health & Wellness Retiree Trust; Sound Health & Wellness Trust; and Transit Employees' Health and Welfare Fund.

I certify that I am a member in good standing of the bars of the State of Oklahoma, and the District of Colombia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 6, 2020

Respectfully submitted,

/s/ *Jeffrey S. Swyers*
Jeffrey S. Swyers, Esq.
SLEVIN & HART, P.C.
1625 Massachusetts Avenue NW, Suite 450
Washington, DC 20036
(202) 797-8700 (tel)
(202) 234-8231 (fax)
jswyers@slevinhart.com

20958504v1