UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | |
| | : | Case No. 19-23649 (RDD) |
| Debtors | : | (Jointly Administered) |

## **MOTION TO WITHDRAW APPEARANCE OF *AMICUS* COUNSEL**

To the Honorable Robert D. Drain, United States Bankruptcy Judge:

This motion ("Motion") seeks, pursuant to Local Bankruptcy Rule 2090-1, an order withdrawing the appearance of Daniel Walfish of the law firm Walfish & Fissell PLLC for the *amicus curiae* bankruptcy professors in the above-captioned chapter 11 case ("Appearance"). This Motion further seeks that Daniel Walfish's name be removed from any applicable service lists in the chapter 11 cases, including the Court's CM/ECF electronic notification list and the list maintained by Prime Clerk.

The Appearance was entered [Doc. 1912] for the specific purpose of filing a motion for leave to file a proposed *amicus* brief in or about November 2020 pertaining to a proposed settlement between the United States and the Debtors [Doc. 1913]. That proposed settlement (and the *amicus* submission) were duly considered by the Court, and undersigned counsel therefore respectfully submits that there is no longer any need for the Appearance.

## **CONCLUSION**

Undersigned counsel respectfully requests that the Court order that Daniel Walfish's Appearance is withdrawn, and that Mr. Walfish will no longer receive electronic notifications or

service copies in this matter. A proposed form of order granting the relief is requested is annexed

hereto as Exhibit A.


Dated: April 6, 2021
        New York, New York

                                          /s/ Daniel R. Walfish
                                        Daniel R. Walfish
                                        WALFISH & FISSELL PLLC
                                        405 Lexington Ave., 8th Floor
                                        New York, NY 10174
                                        212-672-0521

                                        *Counsel for* Amici Curiae *Bankruptcy Professors*

## **CERTIFICATE OF SERVICE**

      I, Daniel Walfish, hereby certify that on April 6, 2021, I caused true and correct copies of the foregoing document to be served (i) automatically on all parties who consented to electronic notification from the CM/ECF System; (ii) by email on all parties and persons with an email address set forth in the March 26, 2021 version of the Master Service List, and (iii) by email upon the chambers of Judge Drain (rdd.chambers@nysb.uscourts.gov) and the Office of the U.S. Trustee (paul.schwartzberg@usdoj.gov).


                                                         /s/ Daniel R. Walfish

                                                Daniel Walfish

**EXHIBIT A**

**<u>Proposed Order</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | : | |
| | : | Case No. 19-23649 (RDD) |
| Debtors | : | (Jointly Administered) |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE
## OF *AMICUS* COUNSEL

Upon consideration of the *Motion to Withdraw Appearance of* Amicus *Counsel*, dated April 6, 2021 (the "Motion"); and after due and sufficient notice, there being no objections to the Motion; and for good cause shown therein, it is hereby

ORDERED that:

1.       The motion is granted, and the appearance of Daniel Walfish as counsel to *amicus curiae* bankruptcy professors is hereby withdrawn.

2.       Mr. Walfish shall no longer receive electronic notices from the Court's CM/ECF system.

3.       Mr. Walfish shall be removed from the Master Service List maintained by Prime Clerk.

SO ORDERED.

Dated: White Plains, New York
      April __, 2021

_____
HON. ROBERT D. DRAIN
U.S. BANKRUPTCY JUDGE