IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL AFFIDAVIT OF MEENAKSHI DATTA ON BEHALF OF
ORDINARY COURSE PROFESSIONAL SIDLEY AUSTIN LLP**

STATE OF ILLINOIS )
) s.s: CHICAGO
COUNTY OF COOK )

Meenakshi Datta, being duly sworn, upon her oath, deposes and says as follows:

1. I am a Partner of Sidley Austin LLP, located at One South Dearborn Street, Chicago, Illinois 60603 (the "Firm").

2. On December 6, 2019, I submitted on behalf of the Firm an Affidavit and Disclosure Statement [D.I. 619] (the "Original Affidavit"). The Original Affidavit disclosed, among other things, that Purdue Pharma L.P. and its affiliates that are debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") had requested that the Firm provide certain services to the Debtors, including the ongoing representation of Purdue

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

KE 71035514

Pharma L.P. in connection with compliance with healthcare and FCA laws, and that the Firm had consented to provide such services (the "Services").

3. The Firm continues to provide the Services to the Debtors.

4. The Firm has been requested to represent a party (the "Party") who may be interested in acting as one of the potential financing sources for the "Interested Party" in connection with the transactions respecting certain of the Debtors' assets that are described on pp. 46-49 of the Disclosure Statement for Chapter 11 Plan for Purdue Pharma L.P. and Its Affiliated Debtors [D.I. 2488]. The identity of the Party is presently confidential. Any services proposed to be provided by the Firm on behalf of the Party would be unrelated to the Services that the Firm performs on behalf of the Debtors.

5. The Firm has advised the Debtors of the other party's request that the Firm represent it in connection with the potential transactions identified in the preceding paragraph. The Firm has also advised the Party of its ongoing performance of the Services for the Debtors. Each of the Debtors and the Party has consented to Sidley's representation of the other party in connection with the potential transactions.

6. At any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Supplemental Affidavit.

*[Remainder of page intentionally left blank]*

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief, and that this Supplemental Affidavit was executed on April __, 2021 at Chicago, Illinois.

_____
Meenakshi Datta

SWORN AND SUBSCRIBED before me this 6th day of April, 2021

_____
Notary Public

"OFFICIAL SEAL"
KAREN M. BOURNE-DOUGLAS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/14/2021