3-30-21

FILED
U.S. BANKRUPTCY COURT
2021 APR -7 A 11: 59
S.D. OF N.Y.

TO: Clerk of Court

FROM: Matt Walker M10655
W.ICC, 2500 Route 99S, Mt. Sterling, ILL 62353
Crediter - Pro-Se

RE: Purdue Pharma et all   19-23649 (RDD)

Dear Clerk,

Please file this MOTION to attend the April 21, 21 hearing telephonically from this prison WE ARE ON CENTRAL TIME

Since we have no internet access, I cannot follow the case on Prime Clerks website

HOWEVER as a PRO-SE crediter I'm entitled to pleadings and this prison uses the Federal E-file System. I'VE MOTIONED FOR THIS and Mr. Gregory the prison librarian handles e-file, his # is 217-773-4441 to get the prison's e-file information so I recieve pleadings

Thank-you
MEW

P.S. He did not know how to e-file to New York (so snail mail)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re: | Case # 19-23649 (RDD) |
|---|---|
| Purdue Pharma, L.P., et.all | Judge Drain |
| Debtors | |

MOTION TO ATTEND UPCOMING DISCLOSURE STATEMENT HEARING TELEPHONICALY, FURTHER BE ADDED TO PACER E-FILE SYSTEM TO RECIEVE FUTURE COURT FILINGS.

COMES NOW, Creditor, Mark E. Walker, Pro-Se MOVES this Honorable Court to allow him to attend the upcoming DISCLOSURE HEARING set for April 21, 21 10:00 am (EST) from the prison and further be added as a litigant to the PACER system to recieve future pleadings for good-cause;

1/8

## History

① - Purdue Pharma entered into this bankruptcy Court pleading for relief concerning its financial obligations;

② - Due to the large number of potential creditors and/or claimants entitled to relief of their claims Purdue and its affiliates enlisted the services of Prime Clerk LLC to process creditor claims essentially acting as a clearinghouse to aid all parties and the Court due to the large volume of claims to address;

③ - On July 2, 2020 this creditor/claimant filed 2 claims Pro-Se with Prime Clerk LLC after having no-availibity to secure representation of an attorney due to incarceration and limitations to access counsel. This claimants claim numbers are as follows : Personal Injury Claim - 22993
: General Opiod Claimant - 23559

$\frac{2}{8}$

④. On /erund Dec/ —/2020 Claimant Walker requested update on the case from Prime Clerk explaining he had NO INTERNET ACCESS due to incarceration and no phone access to toll-free numbers;

⑤ On Jan/ 12/2021 Prime Clerk responded directing claimant to their Web-Site knowing claimant had just explained he had NO INTERNET ACCESS; (Exhibit A)

⑥. On Mar/ 29/2021 Claimant recieved the related NOTICE regarding upcoming Disclosure Hearing" some 13 days after it was filed. denying claimant his right to OBJECT (if warranted) to the MOTION by the Courts Objection deadline of April 12, 2021; Prime Clerk did not enclose a copy of said MOTION for claimant to review in a timely manner to meet the Courts deadline; claimant has requested the MOTION from Prime Clerk on March 29,2021 via U.S. Mail;

3/8

## Legal Argument

As a claimant, Pro-Se or otherwise, Walker has a vested interest in proceedings which will ultimately effect the outcome of his claim(s) against the debtor.

As a Pro-Se claimant Walker has nobody except himself to protect his vested interest in his claims against debtors who have already proving themselves to have a lack of credibility and honesty as demonstrated by their own settlement agreement w/ the USDOJ over their illegal acts and cover-up they engaged in after the fact, making it more imperitive this claimant closely follow these proceedings to protect his interest and rights.

In litigation that involves a incarcerated individual it is not uncommon for the Court to allow a litigat to participate either by video or telephonically from the prison.

$\frac{4}{8}$

Given the fact that Prime Clerk who's paycheck comes from the debtors has already acted cagey in providing this claimant both information and further delaying NOTICE of the upcoming MOTION to a point where claimants are now unable to OBJECT (if warranted) by Courts imposed deadline supports this Pro-Se claimants request to be attached to the PACER e-file system which this prison participates with for inmate litigants in addition to participating telephonically in the upcoming April 21, 2021 hearing before this Court.

All arrangements both for e-file system and telephonic participation can be secured by contacting Warden Brittney Greene at phone # 217-773-4441. Additionally it should be noted Illinois is an hour behind N.Y, We are on Central Time for purpose of the Clerk scheduling a telephonic hearing.

$$\frac{5}{8}$$

However if the Court would prefer to engage in recruitment of counsel on behalf of this Pro-Se creditor with possibly Cole Schotz, P.C., a named Creditors counsel on e-file or other interested counsel this Claimant would not be opposed to this. Claimant is simply interested in protecting his vested interest in these proceedings and his rights.

WHEREFORE, Claimant prays on this Honorable Court for the following;

1. ORDER clerk to make arraignments for claimant to participate telephonically at Western Ill Correctional Center on April 21, 2021 at 9 a.m (Illinois time);

2. ORDER clerk to contact Mr. Gregory prison librarian to make arraignments for claimant to recieve future filings vie the PACER e-file system at the prison;

6/8

③. Explore and ORDER recruitment of counsel for this incarcerated Pro-Se claimant/creditor;

④. Any other ORDERs this Court deems prudent to both protect this claimants rights and vested interest, As well as keep him informed of developments as they arise in this case.

Thank-you.

Dated this 1st day of April 2021

*(signature)*

Mark Walker M10655
Creditor/Claimant Pro-Se
W.I.C.C.
2500 Route 99 S.
Mt. Sterling, Ill 62353

$\frac{7}{8}$

## Certificate of Service

I hereby certify that on 1st day April 2021 I served parties of interest a copy of this 'MOTION to Attend' via the Courts PACER e-file automated system by submitting a copy to the Clerk of Court via U.S. Mail postage pre-paid for submission into the PACER system:

- Davis, Polk, Wardwell LLP counsel for debtors
- Eli J Vonnegut, & Christopher Robertson — for creditors
- Akin, Gump, Strauss, Hauer, Feld, LLP — for creditors
- Cole Schotz P.C., counsel for creditors

Mark Walker
W. ICC
2500 Route 99 S
Mt. Sterling, Ill 62353

8/8

Exhibit A 3pgs

# Prime Clerk

850 3rd Avenue, Suite 412
Brooklyn, NY 11232
primeclerk.com

Mark Walker #M10655

Western Illinois Correctional Center

2500 Route 99 South

Mount Sterling, IL 62353

January 12th, 2021

Dear Mark,

Thank you for contacting Prime Clerk, the appointed claims and noticing agent for Purdue Pharma L.P.'s chapter 11 case.

If you have a medical emergency, please call 911 or go to the nearest emergency room.

In order to report an adverse event, please call +1 (888) 726-7535 and press 2 or email AEReport2@pharma.com.

An adverse event is any unwanted or unintended experience associated with the use of a drug (prescription or over the counter (OTC)) or dietary supplement in humans, whether or not it is caused by the drug and/or supplement. For either reporting method, please include or have ready a description of the event(s) you experienced, your age or age category (e.g. adolescent, adult, elderly), gender, initials, date of birth, name and/or patient identification number, the brand or generic name, active ingredient and lot number of the product involved, and your full name and contact information (phone number and current mailing address).

Please note, the Adverse Event email cannot assist you with questions regarding filing a claim or the chapter 11 proceedings in general.

All filed claims will be addressed during the reconciliation process and you will be notified if action is required on your part at the address indicated on the claim form. The claims review process remains ongoing and Prime Clerk cannot speculate on a timeframe for the resolution of claims and disbursements (if any). If and when there is a disposition on claims and if you are an affected claimant, you will be notified at the address provided on your proof of claim form.

Additional information regarding the chapter 11 proceedings and any relevant pleadings may be found on the Prime Clerk website located here: https://cases.primeclerk.com/purduepharma/Home-Index

You may monitor the status of your claim by entering your claim number(s) at the following link: https://restructuring.primeclerk.com/purduepharma/Home-ClaimInfo. "Asserted" is the status assigned





850 3rd Avenue, Suite 412
Brooklyn, NY 11232
primeclerk.com

to every claim upon filing and means that the current claim amount is as it was claimed pending reconciliation.

Please note that if you filed a Personal Injury Claimant Proof of Claim Form, any personally identifiable information such as the creditor name will NOT appear on the Public Claims Registry, as these forms are confidential.

For further information, you may call the restructuring hotline toll-free at 1.844.217.0912 or use the live chat feature at purduepharmaclaims.com/contact.html.

PLEASE NOTE: Prime Clerk is the appointed claims and noticing agent for Purdue Pharma L.P.'s chapter 11 case. As such, we are not permitted to provide legal or financial advice. Further, Prime Clerk is not permitted to accept claims via email or fax, and any such information provided via either of these methods will not constitute a claim in these proceedings.

Regards,

Prime Clerk Inquiries

**Prime Clerk**
**850 Third Avenue**
**Suite 412**
**Brooklyn, NY 11232**
**844-217-0912**

primeclerk.com

Enclosures: None