UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, : | |
| : | Case No. 19-23649 (RDD) |
| Debtors : | (Jointly Administered) |

# ORDER GRANTING MOTION TO WITHDRAW APPEARANCE
# OF *AMICUS* COUNSEL

Upon consideration of the *Motion to Withdraw Appearance of* Amicus *Counsel*, dated April 6, 2021 (the "Motion"); and after due and sufficient notice, there being no objections to the Motion; and for good cause shown, it is hereby

ORDERED that:

1. The Motion is granted, and the appearance of Daniel Walfish as counsel of record to *amicus curiae* bankruptcy professors is hereby withdrawn, effective April 7, 2021.

2. Mr. Walfish shall no longer receive electronic notices from the Court's CM/ECF system.

3. Mr. Walfish shall be removed from the Master Service List maintained by Prime Clerk.

SO ORDERED.

Dated: White Plains, New York
April 7, 2021

/s/ Robert D. Drain
HON. ROBERT D. DRAIN
U.S. BANKRUPTCY JUDGE