**EXHIBIT A**

| # | Child Initials | Child DOB |
|---|---|---|
| 1 | TSA | 2/27/2019 |
| 2 | KLD | 8/19/2019 |
| 3 | CJA | 8/07/2019 |
| 4 | AMK | 12/18/2019 |
| 5 | VRM | 9/24/2019 |
| 6 | WIA | 7/20/2017 |
| 7 | LRA | 6/20/2018 |
| 8 | BAP | 5/17/2018 |
| 9 | LRA | 3/10/2017 |
| 10 | SGC | 1/16/2018 |
| 11 | KKF | 4/03/2019 |
| 12 | KKJ | 5/04/2018 |
| 13 | BJJ | 6/28/2020 |
| 14 | BIC | 5/25/2017 |
| 15 | JEF | 12/23/2018 |
| 16 | JSJ | 5/17/2017 |
| 17 | ARS | 9/15/2017 |
| 18 | RPE | 8/06/2017 |
| 19 | KMA | 3/10/2017 |
| 20 | WTH | 10/13/2017 |
| 21 | GSM | 7/27/2019 |
| 22 | CSB | 4/12/2018 |
| 23 | JAR | 9/23/2018 |
| 24 | DWR | 10/25/2016 |
| 25 | LEK | 10/28/2017 |
| 26 | MES | 2/20/2019 |
| 27 | GMM | 6/02/2017 |
| 28 | CLD | 5/03/2020 |
| 29 | ECT | 9/12/2018 |
| 30 | ADT | 6/21/2017 |
| 31 | JJS | 8/20/2019 |
| 32 | GLK | 9/12/2019 |
| 33 | ADR | 2/28/2018 |
| 34 | TTM | 7/30/2019 |
| 35 | ALB | 7/16/2018 |
| 36 | KRR | 1/20/2020 |
| 37 | KCR | 3/04/2018 |
| 38 | BLB | 8/02/2018 |
| 39 | JMR | 4/03/2019 |
| 40 | DLD | 12/01/2016 |
| 41 | JCH | 7/12/2017 |
| 42 | CJM | 10/22/2018 |
| 43 | ACS | 10/15/2018 |
| 44 | MSH | 8/16/2018 |
| 45 | CNL | 6/21/2019 |
| 46 | CTP | 11/22/2016 |

| | | |
|---|---|---|
| 47 | JCH | 3/26/2019 |
| 48 | LEF | 11/01/2018 |
| 49 | WRF | 12/14/2019 |
| 50 | JTB | 12/21/2018 |
| 51 | SEA | 12/12/2019 |
| 52 | MCD | 3/09/2018 |
| 53 | WCS | 10/09/2017 |
| 54 | JWS | 3/01/2017 |
| 55 | ORG | 2/22/2018 |
| 56 | JQN | 7/19/2019 |
| 57 | CLF | 3/17/2019 |
| 58 | GRW | 10/08/2020 |
| 59 | AM | 11/01/2017 |
| 60 | BRS | 12/19/2019 |
| 61 | KZC | 1/30/2018 |
| 62 | KEN | 5/20/2019 |
| 63 | GGK | 9/14/2018 |
| 64 | ZAK | 1/31/2020 |
| 65 | GBB | 5/06/2020 |
| 66 | ADB | 12/10/2017 |
| 67 | CWB | 11/29/2018 |
| 68 | LKN | 9/19/2019 |
| 69 | RBB | 8/11/2017 |
| 70 | GLR | 9/28/2019 |
| 71 | SZP | 7/10/2019 |
| 72 | ILB | 6/02/2017 |
| 73 | CRC | 7/19/2019 |
| 74 | LNT | 9/25/2018 |
| 75 | CJK | 1/11/2019 |
| 76 | SFF | 4/13/2020 |
| 77 | ARK | 11/30/2016 |
| 78 | SRJ | 9/05/2018 |
| 79 | BZH | 10/18/2018 |
| 80 | MDT | 7/12/2017 |
| 81 | KGT | 10/15/2017 |
| 82 | PGJ | 3/05/2020 |
| 83 | DPJ | 1/17/2017 |
| 84 | DLJ | 1/12/2019 |
| 85 | DSJ | 1/12/2019 |
| 86 | PLM | 11/05/2019 |
| 87 | CEE | 6/26/2017 |
| 88 | JRB | 4/04/2017 |
| 89 | CJW | 9/19/2019 |
| 90 | SCF | 11/10/2017 |
| 91 | KCF | 11/27/2016 |
| 92 | JWB | 12/05/2016 |
| 93 | ICH | 10/18/2017 |

| | | |
|---|---|---|
| 94 | JGS | 7/04/2019 |
| 95 | AAR | 2/13/2018 |
| 96 | RRE | 12/26/2016 |
| 97 | AAF | 10/28/2017 |
| 98 | BVC | 5/11/2018 |
| 99 | SHC | 3/08/2018 |
| 100 | WEH | 1/27/2019 |
| 101 | WAH | 6/09/2017 |
| 102 | TSP | 8/25/2020 |
| 103 | CNP | 6/09/2019 |
| 104 | JAW | 3/09/2018 |
| 105 | JMF | 7/19/2017 |
| 106 | AGF | 10/14/2018 |
| 107 | EKR | 8/16/2019 |
| 108 | BOB | 3/23/2018 |
| 109 | HAT | 8/14/2019 |
| 110 | JSR | 1/22/2017 |
| 111 | BWW | 1/03/2017 |
| 112 | AMB | 10/03/2017 |
| 113 | LSB | 9/15/2019 |
| 114 | SLC | 12/07/2017 |
| 115 | KGG | 11/05/2018 |
| 116 | JSB | 7/22/2017 |
| 117 | CAL | 12/04/2019 |
| 118 | CJM | 5/31/2020 |
| 119 | GJA | 12/01/2016 |
| 120 | CSH | 8/21/2017 |
| 121 | RSB | 8/12/2018 |
| 122 | LDS | 3/19/2020 |
| 123 | JOP | 11/17/2019 |
| 124 | GVP | 5/10/2017 |
| 125 | JAC | 10/31/2019 |
| 126 | NJD | 1/03/2020 |
| 127 | SDL | 10/11/2016 |
| 128 | HGL | 5/16/2018 |
| 129 | KDJ | 9/26/2019 |
| 130 | KJJ | 2/05/2021 |
| 131 | OPH | 6/30/2019 |
| 132 | LLJ | 3/27/2019 |
| 133 | GJG | 10/29/2019 |
| 134 | FTH | 10/03/2019 |
| 135 | ACB | 3/15/2018 |
| 136 | AHG | 1/15/2017 |
| 137 | EJM | 2/14/2018 |
| 138 | EHM | 4/13/2019 |
| 139 | NCC | 8/06/2017 |
| 140 | MDC | 10/11/2019 |

| | | |
|---|---|---|
| 141 | JMW | 9/19/2017 |
| 142 | RPD | 4/21/2017 |
| 143 | JEM | 8/09/2019 |
| 144 | DDO | 6/21/2019 |
| 145 | JWW | 12/25/2019 |
| 146 | JH | 12/04/2019 |
| 147 | SKS | 2/24/2018 |
| 148 | CFC | 12/06/2019 |
| 149 | ELJ | 10/27/2017 |
| 150 | SLR | 5/04/2017 |
| 151 | ERR | 10/13/2017 |
| 152 | BDG | 12/20/2016 |
| 153 | BGAH | 8/05/2017 |
| 154 | BT | 8/11/2019 |
| 155 | KGL | 12/02/2016 |
| 156 | KEW | 8/02/2017 |
| 157 | EBW | 11/03/2018 |
| 158 | KRS | 11/13/2019 |
| 159 | ECR | 9/07/2017 |
| 160 | HRR | 9/07/2017 |
| 161 | DLG | 7/11/2019 |
| 162 | CAB | 2/02/2018 |
| 163 | DMP | 3/28/2017 |
| 164 | BRB | 6/04/2019 |
| 165 | DLS | 1/22/2020 |
| 166 | JRP | 7/10/2020 |
| 167 | SMO | 10/08/2017 |
| 168 | MB | 8/23/2017 |
| 169 | PJJ | 4/15/2020 |
| 170 | AGA | 10/31/2018 |
| 171 | JRT | 8/15/2019 |
| 172 | EHJ | 10/19/2016 |
| 173 | PJK | 3/28/2017 |
| 174 | BAS | 8/05/2017 |
| 175 | TEW | 12/14/2019 |
| 176 | KMB | 9/19/2017 |
| 177 | FLS | 10/23/2018 |
| 178 | ART | 3/02/2020 |
| 179 | JWS | 2/22/2019 |
| 180 | RMP | 10/12/2016 |
| 181 | EDD | 3/08/2019 |
| 182 | WLM | 6/23/2017 |
| 183 | JLY | 11/09/2017 |
| 184 | AFW | 5/04/2020 |
| 185 | MPG | 6/05/2018 |
| 186 | ALG | 10/02/2016 |
| 187 | BTB | 8/16/2018 |

| | | |
|---|---|---|
| 188 | CMA | 8/25/2020 |
| 189 | ENB | 10/17/2016 |
| 190 | BNB | 4/02/2020 |
| 191 | TRF | 8/15/2019 |
| 192 | EJC | 2/19/2020 |
| 193 | EDP | 12/14/2019 |
| 194 | LJH | 8/01/2018 |
| 195 | AKL | 9/15/2020 |
| 196 | VCR | 8/16/2019 |
| 197 | AJS | 11/28/2016 |
| 198 | KAC | 8/01/2020 |
| 199 | EMB | 12/06/2019 |
| 200 | ZELS | 10/05/2016 |
| 201 | MLC | 7/07/2019 |
| 202 | JMS | 11/20/2018 |
| 203 | GJA | 5/07/2017 |
| 204 | SAS | 2/01/2018 |
| 205 | CALL | 4/08/2020 |
| 206 | RML | 7/05/2020 |
| 207 | LAK | 8/28/2017 |
| 208 | CJF | 3/29/2018 |
| 209 | WGJ | 4/15/2019 |
| 210 | PJ | 3/10/2017 |
| 211 | KJB | 8/26/2020 |
| 212 | AMC | 12/08/2016 |
| 213 | JCC | 4/19/2019 |
| 214 | CLN | 5/20/2019 |
| 215 | HOJ | 12/10/2019 |
| 216 | JBA | 10/15/2017 |
| 217 | FPD | 11/08/2016 |
| 218 | DMS | 3/12/2020 |
| 219 | JL | 4/04/2018 |
| 220 | NJF | 6/26/2017 |
| 221 | NRK | 5/18/2017 |
| 222 | WJC | 12/03/2017 |
| 223 | KYG | 4/05/2018 |
| 224 | AMMO | 1/09/2018 |
| 225 | TPH | 5/20/2018 |
| 226 | RGS | 3/01/2017 |
| 227 | AHB | 10/10/2017 |
| 228 | DBB | 4/14/2019 |
| 229 | GLM | 8/26/2018 |
| 230 | JJW | 12/21/2018 |
| 231 | WGW | 8/28/2019 |
| 232 | JAD | 6/03/2020 |
| 233 | TRF | 4/23/2018 |
| 234 | MYP | 6/02/2018 |

| | | |
|---|---|---|
| 235 | ATP | 6/02/2018 |
| 236 | NMK | 7/19/2017 |
| 237 | BFK | 6/07/2020 |
| 238 | AJG | 10/12/2019 |
| 239 | MSE | 3/06/2018 |
| 240 | JDE | 3/27/2020 |
| 241 | ODP | 12/21/2017 |
| 242 | CRC | 9/29/2019 |
| 243 | BDW | 3/03/2017 |
| 244 | SMW | 1/14/2019 |
| 245 | KLB | 10/16/2016 |
| 246 | SRM | 12/03/2016 |
| 247 | BCF | 8/26/2020 |
| 248 | MRT | 9/06/2018 |
| 249 | DLS | 2/01/2019 |
| 250 | SAF | 10/08/2016 |
| 251 | SMBN | 1/23/2017 |
| 252 | BEB | 4/24/2017 |
| 253 | MRT | 2/23/2020 |
| 254 | DHW | 8/12/2017 |
| 255 | TAH | 5/21/2018 |
| 256 | TDM | 12/09/2016 |
| 257 | ZEM | 12/09/2016 |
| 258 | CXC | 2/18/2019 |
| 259 | ICM | 6/29/2018 |
| 260 | MDL | 9/18/2018 |
| 261 | JEM | 10/21/2016 |
| 262 | BGJ | 4/27/2020 |
| 263 | KAJ | 5/06/2019 |
| 264 | RGL | 2/11/2019 |
| 265 | JLF | 9/14/2019 |
| 266 | JGB | 2/08/2018 |
| 267 | JJJ | 12/07/2016 |
| 268 | KJM | 3/01/2018 |
| 269 | JJM | 10/09/2017 |
| 270 | LRK | 6/16/2018 |
| 271 | LJK | 7/20/2020 |
| 272 | GLD | 10/21/2018 |
| 273 | JLP | 6/29/2017 |