# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| **PURDUE PHARMA, INC.,** *et al.,*[1] | Case No. 19-23649 (RDD) |
|  | **(Jointly Administered)** |
| **Debtors.** |  |

**DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746**

STATE OF WEST VIRGINIA,

COUNTY OF [County], TO-WIT:

1. My name is [Guardian] and I am the parent, guardian or custodian of [Initials of Child] whose date of birth is [DOB].

2. [Initials of Child] was born in West Virginia and diagnosed at birth with Neonatal Abstinence Syndrome.

3. I did not know about the pendencency of the above-captioned bankruptcy nor did I know that there was a July 30, 2020 deadline for filing claims in the bankruptcy until after that deadline had passed.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed the ___ day of _____, 2020.

_____
[Guardian]

---

[1] The Debtors in these Chapter 11 cases are: Purdue Pharma L.P., Purdue Pharma, Inc., The Purdue Frederick Company, Inc., and other Purdue related entities or individuals. For ease of reference, "Purdue" as used herein, refers to all of the Debtor entities and persons.

1