IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: PURDUE PHARMA L.P., et al.,<br><br>*Debtors*. | §<br>§  Chapter 11<br>§<br>§  Case No. 19-23649 (RDD)<br>§<br>§  (Jointly Administered)<br>§ |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, John P. McDonald, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Henry Schein, Inc.; Henry Schein Medical Systems, Inc.; Insource, Inc.; and General Injectables & Vaccines, Inc. in the above-captioned bankruptcy proceedings.

I certify that I am a member in good standing of the bar the State of Texas, as well as the bars of the U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Sixth Circuit, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Western District of Texas, U.S. District Court for the Northern District of Texas, U.S. District Court for the Southern District of Texas and U.S. District Court for the Central District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 7, 2021

                        Respectfully submitted,

                        */s/ John P. McDonald*
                        John P. McDonald
                        **LOCKE LORD LLP**
                        2200 Ross Avenue, Suite 2800
                        Dallas, TX 75201
                        (214) 740-8000 (Telephone)
                        (214) 740-8800 (Facsimile)
                        jpmcdonald@lockelord.com

                        *Counsel for* Henry Schein, Inc.; Henry Schein Medical Systems, Inc.; Insource, Inc.; and General Injectables & Vaccines, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served on all counsel or parties of record this the 7th day of April 2021 by the Court's ECF notification system.

                        */s/ John P. McDonald*
                        John P. McDonald