UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                              )
In re                                                         )    Chapter 11
                                                              )
PURDUE PHARMA L.P., *et al.*,                                 )    Case No. 19-23649 (RDD)
                                                              )
          Debtors.                                            )    (Jointly Administered)
                                                              )
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I hereby certify that on April 7, 2021 a copy of the proposed Order to the Motion to Withdraw Motion to Permit the Filing of a Class Proof of Claim, and to Allow Filing of 272 NAS claimant Proofs of Claim and Motion to Withdraw Motion to Permit the Filing of a Class Proof of Claim, and to Allow Filing of 272 NAS claimant Proofs of Claim was duly served upon all counsel or parties of record by the Court's ECF system and on the attached Master Service List, in accordance with the Court's Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures.

                                                                   STUTZMAN, BROMBERG,
                                                                     ESSERMAN & PLIFKA
                                                                     A PROFESSIONAL CORPORATION


By:    */s/ Peter C. D'Apice*
      Sander L. Esserman
      Peter C. D'Apice

2323 Bryan Street
Suite 2200
Dallas, TX 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999
esserman@sbep-law.com
dapice@sbep-law.com

**COUNSEL TO
TIFFANY DUNFORD as
NEXT FRIEND OF T.N. DUNFORD**

In re: Purdue Pharma L.P., et al.
Master Service List
Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Attorney General, State of Florida | Agents PLLC | Attn: Christopher B. Spuches, Esq. | 55 Alhambra Plaza, Suite 800 | | Coral Gables | FL | 33134 | | 305-722-2002 | | cbs@agentslaw.com |
| Top 3 Largest Secured Creditor | Air Liquide Industrial U.S. LP | Attn: President or General Counsel | 9811 Katy Freeway | Suite 100 | Houston | TX | 77024 | | | | US MAIL |
| | | | | | | | | | | | ldzrempf@akingump.com |
| | | | | | | | | | | | aprem@akingump.com |
| | | | | | | | | | | | mhurley@akingump.com |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Arik Preis, Mitchell P. Hurley, Sara L. Brauner, & Edan Lisovicz | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | 212-872-1002 | sbrauner@akingump.com |
| | | | | | | | | | | | elisovicz@akingump.com |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | Attn: William Hao | 90 Park Avenue | | New York | NY | 10016-1387 | | 212-210-9400 | 212-210-9444 | william.hao@alston.com |
| | | | | | | | | | | | will.sugden@alston.com |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | Attn: William Sugden and Jacob Johnson | 1201 West Peachtree Street | | Atlanta | GA | 30309-3424 | | 404-881-7000 | 404-881-7777 | jacob.johnson@alston.com |
| | | | | | | | | | | | aa@andrewsthornton.com |
| | | | | | | | | | | | shiggins@andrewsthornton.com |
| Counsel to Ryan Hampton | Andrews & Thornton | Attn: Anne Andrews, Sean T. Higgins, Robert S. Sato | 4701 Von Karman Ave, Suite 300 | | Newport Beach | CA | 92660 | | 949-748-1000 | 949-315-3540 | rsato@andrewsthornton.com |
| | | | | | | | | | | | eneiger@askllp.com |
| Counsel to the Ad Hoc Group of Individual Victims | Ask LLP | Attn: Edward E. Neiger, Esq. Jennifer A. Christian, Esq. | 151 W. 46th St., 4th Floor | | New York | NY | 10036 | | 212-267-7342 | 212-918-3427 | jchristian@askllp.com |
| State Attorney General | Attorney General for the State of Wisconsin | Attn: Jennifer L. Vandermeuse - Assistant Attorney General | 17 West Main Street, P.O. Box 7857 | | Madison | WI | 53707 | | 608-266-7741 | | vandermeusejl@doj.state.wi.us |
| Counsel to Washington State Department of Revenue | Attorney General of Washington | Attn: Dina L. Yunker - Assistant Attorney General | Bankruptcy & Collections Unit | 800 Fifth Avenue, Suite 2000 | Seattle | WA | 98104 | | 206-389-2198 | 206-587-5150 | dina.yunker@atg.wa.gov |
| Counsel to DuPont de Nemours, Inc. | Ballard Spahr LLP | Attn: Tobey M. Daluz and Laurel D. Roglen | 919 N. Market Street, 11th Floor | | Wilmington | DE | 19801 | | 302-252-4465 | 302-252-4466 | daluzt@ballardspahr.com |
| | | | | | | | | | | | roglenl@ballardspahr.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Barrett Law Group, P.A. | Attn: John W. Barrett, Esq. | P.O. Box 927 | 404 Court Square | Lexington | MS | 39095 | | 662-834-2488 | | DonBarrettPA@gmail.com |
| | | | | | | | | | | | mbentley@bentleyandbruning.com |
| Counsel to Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc. | Bentley & Bruning P.A. | Attn: Morgan R. Bentley and David A. Wallace | 783 South Orange Avenue, Third Floor | | Sarasota | FL | 34236 | | 541-556-9030 | 941-312-5316 | dwallace@bentleyandbruning.com |
| Counsel to United Parcel Service, Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab and Kenneth T. Law | 633 Menlo Ave., Suite 100 | | Menlo Park | CA | 94025 | | 650-857-9500 | 650-494-2738 | ktlaw@bialaw.com |
| Proposed Counsel to Fee Examiner, David M. Klauder, Esquire | Bielli & Klauder, LLC | Attn: Thomas D. Bielli | 1500 Walnut Street, Suite 900 | | Philadelphia | PA | 19103 | | 215-642-8271 | 215-754-4177 | tbielli@bk-legal.com |
| Counsel to Plumbers & Steamfitters Local 267 Insurance Fund | Bitman & King LLP | Attn: Daniel R. Brice | 443 N. Franklin Street, Suite 300 | | Syracuse | NY | 13204 | | 315-422-7111 | 315-471-2623 | dbrice@bklawyers.com |
| Interested Party | BMC Group, Inc. | Attn: Tjfeil | 3732 W. 120th Street | | Hawthorne | CA | 90250 | | | | tfeil@bmcgroup.com |
| | | | | | | | | | | | dave.cleary@bracewell.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Bracewell LLP | Attn: Daniel S. Connolly & Robert G. Burns | 1251 Avenue of the Americas, 49th Floor | | New York | NY | 10020-1100 | | 212-938-6100 | 212-508-6101 | robert.burns@bracewell.com |
| Attorneys for SAP America, Inc., SAP SE, and Ariba, Inc. | Brown & Connery, LLP | Attn: Donald K. Ludman | 6 North Broad Street, Suite 100 | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com |
| | | | | | | | | | | | GCicero@brownrudnick.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | Attn: Gerard T. Cicero and David J. Molton | 7 Times Square | | New York | NY | 10036 | | 212-209-4939; 212-209-4822 | 212-938-2883; 212-938-2822 | DMolton@brownrudnick.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | Attn: Steven D. Pohl | One Financial Center | | Boston | MA | 02111 | | 617-856-8594 | 617-289-0433 | spohl@brownrudnick.com |
| | | | | | | | | | | | jgarfinkle@buchalter.com |
| Counsel to McKesson Corporation, on Behalf of Itself and Certain Corporate Affiliates | Buchalter, a Professional Corporation | Attn: Jeffrey K. Garfinkle, Esq., Daniel M. Slate, Esq. | 18400 Von Karman Avenue, Suite 800 | | Irvine | CA | 92612-0514 | | 949-760-1121 | 949-720-0182 | dslate@buchalter.com |
| | | | | | | | | | | | bernard.eskandari@doj.ca.gov |
| Counsel to the People of the State of California | California Department of Justice | Attn: Bernard A. Eskandari, Timothy D. Lundgren, and Michelle Burkart | 300 South Spring Street, Suite 1702 | | Los Angeles | CA | 90013 | | 213-269-6348; 213-269-6357 | 213-897-2802 | michelle.burkart@doj.ca.gov |
| | | | | | | | | | | | timothy.lundgren@doj.ca.gov |
| Counsel for the People of the State of California | California Department of Justice | Attn: Judith A. Fiorentini - Supervising Deputy Attorney General | 600 West Broadway, Suite 1800 | | San Diego | CA | 92101 | | 619-738-9343 | 619-645-2271 | judith.fiorentini@doj.ca.gov |
| | | | | | | | | | | | kmaclay@capdale.com |
| | | | | | | | | | | | jwehner@capdale.com |
| | | | | | | | | | | | jliesemer@capdale.com |
| Counsel to the Multi-State Governmental Entities Group | Caplin & Drysdale, Chartered | Attn: Kevin Maclay, James Wehner, Jeffrey Liesemer, Todd Phillips | One Thomas Circle, NW, Suite 1100 | | Washington | DC | 20005 | | 202-862-5000 | 202-429-3301 | tphillips@capdale.com |
| Counsel to the State of West Virginia, ex. rel. Patrick Morrisey, Attorney General | Carter Ledyard & Milburn LLP | Attn: Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | bankruptcy@clm.com |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Robert D. Drain | Purdue Pharma L.P. - Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 248 | White Plains | NY | 10601 | | 914-467-7250 | | OVERNIGHT DELIVERY |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Cole Schotz P.C. | Attn: Justin R. Alberto | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | | 302-651-2006 | 302-574-2106 | jalberto@coleschotz.com |
| Counsel to the Commonwealth of Massachusetts | Commonwealth of Massachusetts | Attn: Eric M. Gold, Assistant AG | Chief, Health Care Division | Office of the AG, One Ashburton Place | Boston | MA | 02108 | | 617-727-2200 | | eric.gold@mass.gov |
| Counsel to Commonwealth of Pennsylvania | Commonwealth of Pennsylvania | Attn: Carol E. Momjian - Senior Deputy AG | Office of AG, The Phoenix Building | 1600 Arch Street, Suite 300 | Philadelphia | PA | 19103 | | 215-560-2128 | 717-772-4526 | cmomjian@attorneygeneral.gov |
| State Attorney General | Commonwealth of Puerto Rico | Attn: Bankruptcy Department | Apartado 9020192 | | San Juan | PR | 00902-0192 | | 787-721-2900 | 787-729-2059 | GWillard@dublic.com |
| Counsel to the State of Arizona | Consovoy McCarthy PLLC | Attn: J. Michael Connolly | 1600 Wilson Boulevard, Suite 700 | | Arlington | VA | 22201 | | 703-243-9423 | 571-216-9450 | mike@consovoymccarthy.com |
| | | | | | | | | | | | cbrustowicz@elfnola.com |
| Counsel to Kara Trainor Buccto | Cooper Law Firm, LLC | Attn: Celeste Brustowicz, Jessica Derty, & Lisa Richardson | 1525 Religious Street | | New Orleans | LA | 70130 | | 504-399-0099 | 504-309-6989 | jderty@elfnola.com |
| Counsel for NAS Ad Hoc Committee | Creadore Law Firm PC | Attn: Donald Creadore | 450 Seventh Avenue | Suite 1408 | New York | NY | 10123 | | 212-355-7200 | | lrichardson@elfnola.com |
| | | | | | | | | | | | donald@creadorelawfirm.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & LaDuca, LLP | Attn: Jonathan W. Cuneo, Esq. | 16 Court Street, Suite 1012 | | Brooklyn | NY | 11241 | | 202-789-3960 | | jonc@cuneolaw.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & LaDuca, LLP | Attn: Jonathan W. Cuneo, Esq. | 4725 Wisconsin Avenue, NW, Suite 200 | | Washington | DC | 20016 | | 202-789-3960 | | jonc@cuneolaw.com |
| Counsel to the Debtors and Debtors in Possession | Davis Polk & Wardwell LLP | Attn: Marshall Scott Huebner, Benjamin S. Kaminetzky, Timothy Graulich, Christopher Robertson and Eli J. Vonnegut | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450-4000 | 212-701-5800 | Purdue.noticing@dpw.com |
| Counsel to the State of Missouri | Doster, Ullom & Boyle, LLC | Attn: Gregory D. Willard | 16090 Swingley Ridge Road | Suite 620 | St. Louis | MO | 63017 | | 636-532-0042 | 636-532-1082 | GWillard@dublic.com |
| | | | | | | | | | | | badams@egletlaw.com |
| Counsel to Nevada Counties and Municipalities | Eglet Adams | Attn: Robert M. Adams, Artemus W. Ham, & Erica D. Entsminger | 400 South 7th Street, Suite 400 | | Las Vegas | NV | 89101 | | 702-450-5400 | | aham@egletlaw.com |
| | | | | | | | | | | | eentsminger@egletlaw.com |
| Counsel to Lynn Carbajo Buffalow, Stanley K. Hand, Jennifer Marie Hargrave, Catherine D. Harper, Cheryl And Richard Hulsey, Richard H. Hulsey, Jr., Sherry Marler, Sally Lorraine Morrison, Denise Murphy, William Alex Pate, Jr., Dalton Reach, Tim And Traci Reach, Derry Darnell Shambley, James Robert Sharp, Sr., Andrew Sharpe, George M. Tanton | | | | | | | | | | | |
| Counsel to Malcolm B. Kinnaird, Justine R. Kinnaird, Hunt Kinnaird, and Joan E. Vasko as the Administratrix of the Estate of Kathleen Louise Daugherty | Elizabeth A. Citrin, P.C. | Attn: Elizabeth A. Citrin | 28311 N. Main Street | Suite B-103 | Daphne | AL | 36526 | | 251-626-8808 | 251-626-8860 | elizabeth@elizabethcitrin.com |
| | Fetcho Law Offices, P.C. | Attn: Brian Fetcho | 12 Evergreen Drive, Suite 102 | | Middletown | NY | 10940 | | 845-775-4363 | | USMAIL |
| Counsel to CVS Caremark Part D Services, LLC and Caremark PCS Health, LLC | Foley & Lardner LLP | Attn: Geoffrey S. Goodman | 321 N. Clark Street, Suite 2800 | | Chicago | IL | 60654-5313 | | 312-832-4500 | 312-832-4700 | ggoodman@foley.com |
| Counsel to CVS Caremark Part D Services, L.L.C. and Caremark PCS Health, L.L.C. | Foley & Lardner LLP | Attn: Leah M. Eisenberg, Esq. | 90 Park Avenue | | New York | NY | 10016 | | 212-682-7474 | 713-276-6727 | leisenberg@foley.com |
| Counsel to Old Republic Insurance Company and its affiliated entities | Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson | 200 W. Madison Street, Suite 3000 | | Chicago | IL | 60606 | | 312-224-1200 | 312-224-1201 | sanderson@foxswibel.com |
| Counsel to Walgreen Co., Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries | Frankgecker LLP | Attn: Joseph D. Frank and Jeremy C. Kleinman | 1327 W. Washington Blvd., Suite 5 G-H | | Chicago | IL | 60607 | | 312-276-1400 | 312-276-0035 | jfrank@fgllp.com |
| Interested Party | Fredrick Hill | | 25 Stephen Drive | | Glendora | NJ | 08029 | | 856-812-1520 | | jkleinman@fgllp.com |
| | | | | | | | | | | | fredhill70@gmail.com |
| | | | | | | | | | | | lcoverlandc@gilbertlegal.com |
| | | | | | | | | | | | quinnk@gilbertlegal.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Gilbert, LLP | Attn: Craig Literland, Kami Quinn, and Scott Gilbert | 1100 New York Ave., NW | Suite 700 | Washington | DC | 20005 | | 202-772-2277; 202-772-2264; 202-772-2336 | | gilberts@gilbertlegal.com |

In re: Purdue Pharma L.P., et al.
Master Service List
Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to the Arkansas Plaintiffs and the Tennessee Plaintiffs | Godfrey & Kahn, S.C. | Attn: Katherine Stadler | One East Main Street, Suite 500 | | Madison | WI | 53703 | | 608-257-3911 | 608-257-0609 | kstadler@gklaw.com |
| | | | | | | | | | | | mgoldstein@goodwinlaw.com |
| Counsel to Teva Pharmaceuticals USA, Inc., Anda, Inc. and Teva Canada Limited | Goodwin Procter LLP | Attn: Michael H. Goldstein, William P. Weintraub, & Howard S. Steel | 620 Eighth Avenue | | New York | NY | 10018 | | 212-813-8800 | 212-355-3333 | wweintraub@goodwinlaw.com; hsteel@bsllaw.com |
| Counsel to the City of Seattle | Hagens Berman Sobol Shapiro LLP | Attn: Ben Harrington | 715 Hearst Ave, Suite 202 | | Berkeley | CA | 94710 | | 510-725-3000 | 510-725-3001 | benh@hbsslaw.com |
| Counsel to Blue Cross Blue Shield Association | HAGENS BERMAN SOBOL SHAPIRO LLP | Attn: Thomas M. Sobol, Lauren G. Barnes | 55 Cambridge Parkway, Suite 301 | | Cambridge | MA | 02142 | | 617-482-3700 | 617-482-3003 | purduebankruptcy@hbsslaw.com |
| Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., and Pharmaceutical TKP Services, Inc. | Haug Partners LLP | Attn: David A. Zwally | 745 Fifth Avenue | 10th Floor | New York | NY | 10151 | | 212-588-0800 | | dzwally@haugpartners.com |
| Counsel to BR Holdings Associates Inc., BR Holdings Associates L.P., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., and TKP Services, Inc. | Haug Partners LLP | Attn: John C. Dougherty | One Post Office Square | 3111 Floor | Boston | MA | 02109 | | 617-426-6800 | | jdougherty@haugpartners.com |
| Counsel to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services | Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | 736 Georgia Avenue, Suite 300 | | Chattanooga | TN | 37402 | | 423-755-2654 | 423-266-5499 | Caleb.Holzaepfel@huschblackwell.com |
| Counsel to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services | Husch Blackwell LLP | Attn: Marshall E. Turner | 190 Carondelet Plaza, Suite 600 | | St. Louis | MO | 63105-3433 | | 314-480-1500 | 314-480-1505 | marshall.turner@huschblackwell.com |
| Top 3 Largest Secured Creditor | Ilion Financial Services | Attn: President or General Counsel | 1738 Bass Rd | | Macon | GA | 31210-1043 | | | | US MAIL |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | US MAIL |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | P. O. Box 7346 | Mail Stop 5 Q30 133 | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | US MAIL |
| Counsel to McKesson Corporation, on Behalf of Itself and Certain Corporate Affiliates | Jenner & Block, LLP | Attn: Catherine L. Steege, Esq. | 353 N. Clark Street | | Chicago | IL | 60654-3456 | | 312-220-9350 | 312-527-0484 | CSteege@jenner.com |
| Counsel to McKesson Corporation, on Behalf of Itself and Certain Corporate Affiliates | Jenner & Block, LLP | Attn: Richard Levin, Esq. | 919 Third Avenue | | New York | NY | 10022 | | 212-819-1600 | 212-891-1699 | rlevin@jenner.com |
| | | | | | | | | | | | mleventhal@pha.com |
| | | | | | | | | | | | dpepe@pha.com |
| | | | | | | | | | | | pjerdee@pha.com |
| | | Attn: Gregory P. Joseph, Mara Leventhal, Douglas J. Pepe, Peter R. Jerdee, & Christopher J. Stanley | | | | | | | | | cstanley@pha.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Joseph Hage Aaronson LLC | | 485 Lexington Avenue | | New York | NY | 10017 | | 212-407-1200 | | gjoseph@pha.com |
| Counsel to the State of Arizona | Keller Lenkner LLC | Attn: Seth A. Meyer | 150 N. Riverside Plaza, Suite 4270 | | Chicago | IL | 60606 | | 312-741-5220 | | sam@kellerlenkner.com |
| Counsel to Aung U. Kim | Kimm Law Firm | Attn: Michael S. Kimm | 333 Sylvan Avenue, Suite 106 | | Englewood Cliffs | NJ | 07632 | | 201-569-2880 | | US MAIL |
| Counsel to Noramco Coventry LLC | Kirkland & Ellis LLP | Attn: Anne G. Wallice | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | Anne.Wallice@kirkland.com |
| Counsel to Noramco Coventry LLC | Kirkland & Ellis LLP | Attn: James A. Stempel | 300 North LaSalle Street | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | James.Stempel@kirkland.Com |
| Counsel to State of Washington | Klemberg, Kaplan, Wolff & Cohen, P.C. | Attn: Matthew J. Gold and Robert M. Tuchman | 500 Fifth Avenue | | New York | NY | 10110 | | 212-986-6000 | 212-986-8866 | mgold@kkwc.com; rtuchman@kkwc.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Kramer Levin Naftalis & Frankel | Attn: Kenneth Eckstein and Rachael Ringer | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9229 | 212-715-8129; 212-715-9506 | keckstein@kramerlevin.com; rringer@kramerlevin.com |
| Counsel to Counsel to Nevada Counties and Municipalities | Loeb & Loeb LLP | Attn: Vadim J. Rubinstein, Esq | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-715-8187; 212-407-4990 | vrubinstein@loeb.com |
| Counsel to Old Republic Insurance Company and its affiliated entities | Luskin, Stern & Eisler LLP | Attn: Michael Luskin and Richard Stern | Eleven Times Square | | New York | NY | 10036 | | 212-597-8200 | 212-974-3205 | luskin@lsellp.com; stern@lsellp.com |
| Counsel to Joan Vaska as the Administratrix of the Estate of Kathleen Louise Dougherty | MacElree Harvey, Ltd. | Attn: Michael G. Louis | 17 West Miner Street | PO Box 660 | West Chester | PA | 19381-0660 | | 610-436-0100 | | mlouis@macelree.com |
| Counsel to Giant Eagle, Inc. | Marcus & Shapira LLP | Attn: Darlene M. Nowak, Esq., Robert M. Barnes, Esq | One Oxford Centre | 301 Grant Street, 35th Floor | Pittsburgh | PA | 15219 | | 412-338-5214 | 412-391-8758 | nowak@marcus-shapira.com; rbarnes@marcus-shapira.com |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler, Esquire | 1617 John F. Kennedy Blvd., Ste. 1500 | | Philadelphia | PA | 19103 | | 215-557-2900 | 215-557-2990 | gbressler@mdmc-law.com |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Michael Morano, Esquire, Nicole Leonard, Esquire | 225 Liberty Street, 36th Fl. | | New York | NY | 10281 | | 212-483-9490 | 212-483-9129 | mmorano@mdmc-law.com; nleonard@mdmc-law.com |
| Counsel to the Ad Hoc Group of Hospitals | McGail & Bensinger LLP | Attn: Rana Volkov | 888-C 8th Avenue #107 | | New York | NY | 10019 | | | | rvolkov@mcgailbensinger.com |
| | Millbank LLP | | 55 Hudson Yards | | New York | NY | 10001 | | 212-530-5000 | 212-530-5219 | guzzi@millbank.com; estodola@millbank.com; alees@millbank.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Missouri Department of Revenue | Attn: Gerard Uzzi, Esq., Eric Stodola, Esq., & Alex Lees, Esq. | 301 W. High Street, Room 670 | P.O. Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | sdnyecf@dor.mo.gov |
| Counsel to The Missouri Department of Revenue | Mitchell & Speights | Attn: Steven A. Ginther - Special Assistant AG | 7161 E. Rancho Vista Dr | Suite 5009 | Scottsdale | AZ | 85251 | | 602-244-1520 | 602-267-9394 | sam@mitchellspeights.com |
| Counsel to Tucson Medical Center | | Attn: Samuel F. Mitchell | | | | | | | | | |
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Davesey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc. and the Putative Classes | Morgan & Morgan | Attn: James Young | 76 South Laura Street, Suite 1100 | | Jacksonville | FL | 32202 | | 904-361-0012 | 904-361-4307 | jyoung@forthepeople.com |
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Davesey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc. and the Putative Classes | Morgan & Morgan | Attn: Juan R. Martinez | 201 North Franklin Street, 7th Floor | | Tampa | FL | 33602 | | 813-393-5463 | 813-393-5489 | jrmartinez@forthepeople.com |
| Counsel to Silicon Valley Bank | Morrison & Foerster LLP | Attn: Alexander G. Rheaume | John Hancock Tower | 200 Clarendon Street, Floor 20 | Boston | MA | 02116 | | 617-648-4700 | 617-830-0142 | ARheaume@mofo.com |
| Counsel to Silicon Valley Bank | Morrison & Foerster LLP | Attn: Benjamin W. Butterfield | 250 West 55th Street | | New York | NY | 10019 | | 212-468-8000 | 212-468-7900 | BButterfield@mofo.com |
| Counsel to Tucson Medical Center | Motley Rice LLC | Attn: Michael M. Buchman | 777 Third Ave | 12th Floor | New York | NY | 10017 | | 212-577-0040 | 212-577-0054 | mbuchman@motleyrice.com |
| Counsel for NC DHHS/DHB | N.C. Department of Justice | Attn: Katherine M. McCraw | Assistant Attorney General | Post Office Box 629 | Raleigh | NC | 27602-0629 | | 919-716-6577 | 919-716-6758 | kmccraw@ncdoj.gov |
| State Attorney General | National Association of Attorneys General | Attn: Karen Cordry | 1850 M St., NW 12th Floor | | Washington | DC | 20036 | | 202-326-6025 | 202-331-1427 | kcordry@naag.org |
| Counsel to New York State Department of Financial Services | New York State Department of Financial Services | Attn: Nicolas G. Keller - Assistant Counsel | One State Street | | New York | NY | 10004 | | 212-480-4668 | | nicolas.keller@dfs.ny.gov |
| Counsel to State of Indiana | Office of the Indiana Attorney General | Attn: Heather M. Crockett, Amanda K. Quick, Curtis T. Hill Jr. | 302 West Washington Street | Indiana Govt. Center South, 5th Floor | Indianapolis | IN | 46204-2770 | | 317-233-6254 | 317-232-7979 | Heather.Crockett@atg.in.gov |
| State Attorney General | Office of the New Jersey State Attorney General | Attn: Lara J. Fogel, Deputy AG | 124 Halsey Street, 5th Floor | P.O. Box 45029-5029 | Newark | NJ | 07101 | | 973-648-2865 | | lara.fogel@law.njoag.gov |
| Counsel to Opioids and Impact Litigation | Office of the New York State Attorney General | Attn: David E. Nachman | Executive Division | 28 Liberty Street | New York | NY | 10005 | | 212-416-8390 | | David.Nachman@ag.ny.gov |
| State Attorney General | Office of the New York State Attorney General | Attn: Kathryn J. Blake, Assistant AG | Section Chief, General Recoveries Bureau | The Capitol | Albany | NY | 12224-0341 | | 518-776-2332 | | Kathryn.Blake@ag.ny.gov |
| State Attorney General, Counsel to Counsel for Opioids and Impact Litigation | Office of the New York State Attorney General | Attn: Muhammad Umair Khan | 28 Liberty Street | | New York | NY | 10005 | | 212-416-6685 | | Umair.Khan@ag.ny.gov |
| Counsel to the State of South Carolina | Office of the South Carolina Attorney General | Attn: Karen Cordry | P.O. Box 11549 | | Columbia | SC | 29211-1549 | | 803-734-0679 | 803-734-0097 | amathew@scag.gov |
| Counsel to the State of South Carolina | Office of the South Carolina Attorney General | Attn: Annemarie B. Mathews - Assistant AG | P.O. Box 11549 | | Columbia | SC | 29211-1549 | | 803-734-3251 | 803-734-0097 | kcordry@scag.gov |
| State Attorney General | Office of the State of Connecticut Attorney General | Attn: Jared G. Libert - Assistant Deputy AG | 55 Elm Street, P.O. Box 120 | | Hartford | CT | 06141-0120 | | 860-808-5150 | 860-808-5385 | Denise.Mondell@ct.gov |
| State Attorney General | Office of the State of Idaho Attorney General | Attn: Denise S. Mondell, Assistant AG | Office of the AG | P. O. Box 83720 | Boise | ID | 83720-0010 | | 208-334-2400 | | brett.delange@ag.idaho.gov |
| State Attorney General | Office of the State of Iowa Attorney General | Attn: Brett T. DeLange - Deputy AG Chief, Consumer Protection Division | Hoover Building, 2nd Floor | 1305 E. Walnut Street | Des Moines | IA | 50312 | | 515-242-6773 | 515-281-6771 | william.pearson@ag.iowa.gov |
| State Attorney General | Office of the State of Vermont Attorney General | Attn: William R. Pearson - Assistant AG | 109 State Street | | Montpelier | VT | 05403 | | 802-828-1106 | | jill.abrams@vermont.gov |
| Office of The United States Trustee | Office of the United States Trustee | Attn: Jill S. Abrams | 201 Varick Street, Suite 1006 | | New York | NY | 10014 | | 212-510-0500 ext. 221 | 212 668 2361 | |
| Counsel to Ohio Attorney General | Ohio Attorney General | Attn: Paul Schwartzberg | Ohio AG's Office | 615 W. Superior Avenue, 11th Floor | Cleveland | OH | 44113 | | 216-787-4721 | 866-416-9729 | Alison.Archer@ohioattorneygeneral.gov |

In re: Purdue Pharma L.P., et al.
Master Service List
Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Ohio Attorney General | Ohio Attorney General | Attn: Patricia D. Lazich, Assistant AG | Ohio AG's Office | 615 W. Superior Avenue, 11th Floor | Cleveland | OH | 44113 | | 216-787-3180 | 866-437-9074 | Trish.Lazich@ohioattorneygeneral.gov |
| Counsel to the State of Texas | Otterbourg P.C. | Attn: Melanie L. Cyganowski, Esq. & Jennifer S. Feeney | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | mcyganowski@otterbourg.com; jfeeney@otterbourg.com |
| Counsel to Commonwealth of Pennsylvania | Pennsylvania Office of Attorney General | Attn: Melissa L. Van Eck - Senior Deputy AG | Strawberry Square, 15th Floor | | Harrisburg | PA | 17120 | | 717-787-5176 | | mvaneck@attorneygeneral.gov |
| Counsel to the Ad Hoc Group of Non-Consenting States | Pillsbury Winthrop Shaw Pittman LLP | Attn: Andrew M. Troop and Andrew V. Alfano | 31 West 52nd Street | | New York | NY | 10019 | | 212-858-1000 | | andrew.troop@pillsburylaw.com; andrew.alfano@pillsburylaw.com |
| Counsel to the Ad Hoc Group of Non-Consenting States | Pillsbury Winthrop Shaw Pittman LLP | Attn: Jason S. Sharp | 2 Houston Center | 909 Fannin, Suite 2000 | Houston | TX | 77010 | | 713-276-7600 | | jason.sharp@pillsburylaw.com |
| Counsel to Walmart, Inc. and its Subsidiaries | Potter Anderson & Corroon LLP | Attn: Jeremy W. Ryan, Aaron H. Stulman, D. Ryan Slaugh | 1313 North Market Street, Sixth Floor | P.O. Box 951 | Wilmington | DE | 19899 | | 302-984-6000 | 302-658-1192 | ryan@potteranderson.com; astulman@potteranderson.com; rslaugh@potteranderson.com |
| Claims and Noticing Attorney General/ent | Prime Clerk, LLC | Attn: Herb Baer | One Grand Central Place | 60 East 42nd Street, Suite 1440 | New York | NY | 10165 | | 212-257-5450 | 646-328-2851 | purduepharmateam@primeclerk.com; serviceqa@primeclerk.com |
| Debtors | Purdue Pharma L.P. | Attn: President or General Counsel | One Stamford Forum, 201 Tresser Boulevard | | Stamford | CT | 06901 | | | | Jon.Lowne@pharma.com |
| Counsel to Blue Cross Blue Shield Association | RAWLINGS & ASSOCIATES | Attn: Mark D. Fischer | 1 Eden Parkway | | La Grange | KY | 40031 | | 502-814-2139 | | mdf@rawlingsandassociates.com |
| Counsel to AmerisourceBergen Drug Corporation | Reed Smith LLP | Attn: Christopher A. Lynch | 599 Lexington Avenue | | New York | NY | 10022-7650 | | 212-521-5400 | 212-521-5450 | clynch@reedsmith.com |
| Counsel to AmerisourceBergen Drug Corporation | Reed Smith LLP | Attn: Claudia Z. Springer | Three Logan Square | 1717 Arch Street, Suite 3100 | Philadelphia | PA | 19103 | | 215-851-8100 | 215-851-1420 | cspringer@reedsmith.com |
| Interested Party | Ronald George Dandar | c/o Legal Mail Department | 50 Overlook Drive | KQ7780 | LaBelle | PA | 15450 | | | | US MAIL |
| Counsel to Casey David Nadolski | Sahn Ward Coschignano, PLLC | Attn: Joel M. Shafferman | The Omni - 333 Earle Ovington Boulevard, Suite 601 | | Uniondale | NY | 11553 | | 516-228-1300 | | Jshafferman@swc-law.com |
| Counsel to Consortium of Some Massachusetts Municipalities | Scott+Scott Attorneys at Law LLP | Attn: Beth Kaswan and Judith S. Scolnick | The Helmsley Building | 230 Park Avenue, 17th Floor | New York | NY | 10169 | | 212-223-6444 | | bkaswan@scott-scott.com; jscolnick@scott-scott.com |
| Counsel to United HealthCare Services, Inc. | Shipman & Goodwin LLP | Attn: Eric S. Goldstein | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com; bankruptcyparalegal@goodwin.com |
| Counsel to PJT Partners LP | Simpson Thacher & Bartlett LLP | Attn: Elisha D. Graff, Jamie J. Fell | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | Jamie.fell@stblaw.com; egraff@stblaw.com |
| State Attorney General | State of Alabama Attorney General | Attn: Bankruptcy Department | P.O. Box 300152 | | Montgomery | AL | 36130-0152 | | 334-242-7300 | 334-242-2433 | US MAIL |
| State Attorney General | State of Alaska Attorney General | Attn: Bankruptcy Department | P.O. Box 110300 | | Juneau | AK | 99811-0300 | | 907-465-2133 | 907-465-2075 | attorney.general@alaska.gov |
| State Attorney General | State of Arizona Attorney General | Attn: Bankruptcy Department | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 | | 602-542-5025 | 602-542-4085 | aginfo@azag.gov |
| State Attorney General | State of Arkansas Attorney General | Attn: Bankruptcy Department | 323 Center St. | Suite 200 | Little Rock | AR | 72201-2610 | | 501-682-2007; 800-482-8982 | 501-682-8084 | oag@ArkansasAG.gov |
| State Attorney General | State of California Attorney General | Attn: Bankruptcy Department | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | bankruptcy@coag.gov |
| State Attorney General | State of Colorado Attorney General | Attn: Bankruptcy Department | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 | | 720-508-6000 | 720-508-6030 | US MAIL |
| State Attorney General | State of Connecticut Attorney General | Attn: Bankruptcy Department | 55 Elm St. | | Hartford | CT | 06106 | | 860-808-5318 | 860-808-5387 | Attorney.General@ct.gov |
| State Attorney General | State of Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 | | 302-577-8338 | 302-577-6630 | Attorney.General@state.DE.US |
| State Attorney General | State of Florida Attorney General | Attn: Bankruptcy Department | The Capitol, PL 01 | | Tallahassee | FL | 32399-1050 | | 850-414-3300 | 850-488-4872 | US MAIL |
| State Attorney General | State of Georgia Attorney General | Attn: Bankruptcy Department | 40 Capital Square, SW | | Atlanta | GA | 30334-1300 | | 404-656-3300 | 404-657-8733 | US MAIL |
| State Attorney General | State of Hawaii Attorney General | Attn: Bankruptcy Department | 425 Queen St. | | Honolulu | HI | 96813 | | 808-586-1500 | 808-586-1239 | hawaiiag@hawaii.gov |
| State Attorney General | State of Idaho Attorney General | Attn: Bankruptcy Department | 700 W. Jefferson Street | P.O. Box 83720 | Boise | ID | 83720-1000 | | 208-334-2400 | 208-854-8071 | US MAIL |
| State Attorney General | State of Illinois Attorney General | Attn: Bankruptcy Department | 100 West Randolph Street | | Chicago | IL | 60601 | | 312-814-3000 | | webmaster@atg.state.il.us |
| State Attorney General | State of Indiana Attorney General | Attn: Bankruptcy Department | Indiana Government Center South | 302 W. Washington St., 5th Floor | Indianapolis | IN | 46204 | | 317-232-6201 | 317-232-7979 | US MAIL |
| State Attorney General | State of Iowa Attorney General | Attn: Bankruptcy Department | 1305 E. Walnut Street | | Des Moines | IA | 50319 | | 515-281-5164 | 515-281-4209 | US MAIL |
| State Attorney General | State of Kansas Attorney General | Attn: Bankruptcy Department | 120 SW 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 | | 785-296-2215; 888-428-8436 | 785-296-6296 | US MAIL |
| State Attorney General | State of Kentucky Attorney General | Attn: Bankruptcy Department | 700 Capitol Avenue, Suite 118 | | Frankfort | KY | 40601 | | 502-696-5300 | 502-564-2894 | US MAIL |
| State Attorney General | State of Louisiana Attorney General | Attn: Bankruptcy Department | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | | 225-326-6000 | 225-326-6499 | ConsumerInfo@ag.state.la.us |
| State Attorney General | State of Maine Attorney General | Attn: Bankruptcy Department | 6 State House Station | | Augusta | ME | 04333 | | 207-626-8800 | | consumer.mediation@maine.gov |
| State Attorney General | State of Maryland Attorney General | Attn: Bankruptcy Department | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | | 410-576-6300 | | oag@oag.state.md.us |
| State Attorney General | State of Massachusetts Attorney General | Attn: Bankruptcy Department | One Ashburton Place | | Boston | MA | 02108-1698 | | 617-727-2200 | | ago@state.ma.us |
| State Attorney General | State of Michigan Attorney General | Attn: Bankruptcy Department | G. Mennen Williams Building, 7th Floor | 525 W. Ottawa St., P.O. Box 30212 | Lansing | MI | 48909-0212 | | 517-373-1110 | 517-373-3042 | miag@michigan.gov |
| State Attorney General | State of Minnesota Attorney General | Attn: Bankruptcy Department | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 | | 651-296-3353; 800-657-3787 | | US MAIL |
| State Attorney General | State of Mississippi Attorney General | Attn: Bankruptcy Department | Walter Sillers Building | 550 High Street, Suite 1200, P.O. Box 220 | Jackson | MS | 39201 | | 601-359-3680 | | US MAIL |
| State Attorney General | State of Missouri Attorney General | Attn: Bankruptcy Department | Supreme Court Building | 207 W. High St. | Jefferson City | MO | 65102 | | 573-751-3321 | 573-751-0774 | attorney.general@ago.mo.gov |
| State Attorney General | State of Montana Attorney General | Attn: Bankruptcy Department | 215 N Sanders, Third Floor | P.O. BOX 201401 | Helena | MT | 59620-1401 | | 406-444-2026 | 406-444-3549 | contactdoj@mt.gov |
| State Attorney General | State of Nebraska Attorney General | Attn: Bankruptcy Department | 2115 State Capitol | 2nd Fl, Rm 2115 | Lincoln | NE | 68509-8920 | | 402-471-2683 | 402-471-3297 | ago.info.help@nebraska.gov |
| State Attorney General | State of Nevada Attorney General | Attn: Bankruptcy Department | 100 North Carson Street | | Carson City | NV | 89701 | | 775-684-1100 | 775-684-1108 | US MAIL |
| State Attorney General | State of New Hampshire Attorney General | Attn: Bankruptcy Department | 33 Capitol St. | | Concord | NH | 03301 | | 603-271-3658 | 603-271-2110 | consumer.hotline@doj.state.or.us |
| State Attorney General | State of New Jersey Attorney General | Attn: Bankruptcy Department | RJ Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625-0080 | | 609-292-4925 | 609-292-3508 | attorney.general@doj.nh.gov |
| State Attorney General | State of New Mexico Attorney General | Attn: Bankruptcy Department | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 | | 505-827-6000 | 505-827-5826 | askconsumeraffairs@nps.state.nj.us |
| State Attorney General | State of New York Attorney General | Attn: Louis J. Testa | The Capitol | | Albany | NY | 12224-0341 | | 518-776-2000 | 866-413-1069 | Louis.Testa@ag.ny.gov |
| State Attorney General | State of North Carolina Attorney General | Attn: Jessica Sutton | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 | | 919-716-6998 | 919-716-6050 | jsutton2@ncdoj.gov |
| State Attorney General | State of North Dakota Attorney General | Attn: Bankruptcy Department | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505-0040 | | 701-328-2210 | 701-328-2226 | ndag@nd.gov |
| State Attorney General | State of Ohio Attorney General | Attn: Bankruptcy Department | 30 E. Broad St., 14th Floor | | Columbus | OH | 43215 | | 800-282-0515 | 405-521-6246 | US MAIL |
| State Attorney General | State of Oklahoma Attorney General | Attn: Bankruptcy Department | 313 NE 21st Street | | Oklahoma City | OK | 73105 | | 405-521-3921 | | US MAIL |
| State Attorney General | State of Oregon Attorney General | Attn: Bankruptcy Department | 1162 Court Street NE | | Salem | OR | 97301 | | 503-378-4400 | 503-378-4017 | consumer.hotline@doj.state.or.us |
| State Attorney General | State of Pennsylvania Attorney General | Attn: Bankruptcy Department | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | | 717-787-3391 | 717-787-8242 | US MAIL |
| State Attorney General | State of Rhode Island Attorney General | Attn: Bankruptcy Department | 150 South Main Street | | Providence | RI | 02903 | | 401-274-4400 | | US MAIL |
| State Attorney General | State of South Carolina Attorney General | Attn: Bankruptcy Department | P.O. Box 11549 | | Columbia | SC | 29211-1549 | | 803-734-3970 | | US MAIL |
| State Attorney General | State of South Dakota Attorney General | Attn: Bankruptcy Department | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 | | 605-773-3215 | 605-773-4106 | consumerhelp@state.sd.us |
| State Attorney General | State of Tennessee Attorney General | Attn: Bankruptcy Department | P.O. Box 20207 | | Nashville | TN | 37202-0207 | | 615-741-3491 | 615-741-2009 | reg.boards@tn.gov |
| Counsel to the State of Texas | State of Texas | Attn: Paul L. Singer, Esq. | Chief, Consumer Protection Division MC 009 | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-463-2185 | 512-936-1409 | paul.singer@oag.texas.gov |
| Counsel to the State of Texas | State of Texas | Attn: Rachel R. Obaldo, Esq. | Bankruptcy & Collections Division MC 008 | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4551 | 512-475-2994 | bk-robaldo@oag.texas.gov |
| State Attorney General | State of Texas Attorney General | Attn: Bankruptcy Department | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4868 | | public.information@oag.state.tx.us |
| State Attorney General | State of Utah Attorney General | Attn: Bankruptcy Department | P.O. Box 142320 | | Salt Lake City | UT | 84114-2320 | | 801-538-9600 | 801-538-1121 | uag@utah.gov |
| State Attorney General | State of Vermont Attorney General | Attn: Bankruptcy Department | 109 State St. | | Montpelier | VT | 05609-1001 | | 802-828-3171 | 802-304-1014 | ago.info@vermont.gov |
| State Attorney General | State of Virginia Attorney General | Attn: Bankruptcy Department | 900 East Main Street | | Richmond | VA | 23219 | | 804-786-2071 | 804-225-4378 | mailoag@oag.state.va.us |
| State Attorney General | State of Washington Attorney General | Attn: Bankruptcy Department | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 | | 360-753-6200 | | emailAG@atg.wa.gov |
| State Attorney General | State of West Virginia Attorney General | Attn: Abby Cunningham, Assistant AG for West Virginia | State Capitol Bldg 1, Room E 26 | | Charleston | WV | 25305 | | 304-558-2021 | 304-558-0140 | Abby.G.Cunningham@wvago.gov |
| State Attorney General | State of Wisconsin Attorney General | Attn: Bankruptcy Department | Wisconsin Department of Justice | State Capitol, Room 114 East, P.O. Box 7857 | Madison | WI | 53707-7857 | | 608-266-1221 | 608-267-2223 | US MAIL |
| State Attorney General | State of Wyoming Attorney General | Attn: Bankruptcy Department | 123 Capitol Building | 200 W. 24th Street | Cheyenne | WY | 82002 | | 307-777-7841 | 307-777-6869 | US MAIL |

In re: Purdue Pharma L.P., et al.
Master Service List
Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Arnel Eland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Davsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc. and the Putative Classes | Stevens & Lee, P.C. | Attn: Nicholas F. Kajon and Constantine D. Pourakis | 485 Madison Avenue, 20th Floor | | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | nfk@revensiee.com cp@stevenslee.com |
| Counsel to Certain Native American Tribes, Health Organizations, Municipalities and Unions | Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | Attn: Sander L. Esserman and Peter C. D'Apice | 2323 Bryan Street, Suite 2200 | | Dallas | TX | 75201 | | 214-969-4900 | 214-969-4999 | esserman@sbep-law.com dapice@sbep-law.com |
| Counsel to the Ad Hoc Committee of NAS Babies | Tarter Krinsky & Drogin LLP | Attn: Scott S. Markowitz, Esq., Rocco A. Cavaliere, Esq., & Michael Z. Brownstein, Esq. | 1350 Broadway, 11th Floor | | New York | NY | 10018 | | 212-216-8000 | 212-216-8001 | smarkowitz@tarterkrinsky.com rcavaliere@tarterkrinsky.com mbrownstein@tarterkrinsky.com |
| State of Tennessee | Tennessee Attorney General's Office | Attn: Marvin Clements, Bankruptcy Division | P.O. Box 20207 | | Nashville | TN | 37202-0207 | | 615-741-3491 | 615-741-3334 | Marvin.Clements@ag.tn.gov |
| Counsel to Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. | The Reporters Committee for Freedom of the Press | Attn: Katie Townsend | 1156 15th St. NW, Suite 1020 | | Washington | DC | 20005 | | 202-795-9300 | 202-795-9310 | ktownsend@rcfp.org |
| Counsel to Thermo Fisher Scientific | Tucker Arensberg, P.C. | Attn: Jordan S. Blask, Esq. | 1500 One PPG Place | | Pittsburgh | PA | 15222 | | 412-566-1212 | 412-594-5619 | jblask@tuckerlaw.com |
| Top 3 Largest Secured Creditor | U.S. Bank Equipment Finance | Attn: President or General Counsel | 1310 Madrid Street | | Marshall | MN | 56258 | | | | US MAIL |
| United States Department of Justice | U.S. Department of Justice | Attn: Legal Department | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 | | | | US MAIL |
| United States Attorney's Office for the Southern District of New York | United States Attorney's Office | Attn: U.S. Attorney | 300 Quarropas Street, Room 248 | | White Plains | NY | 10601-4150 | | 914-993-1900 | | US MAIL |
| Counsel to United Food and Commercial Workers; Western Pennsylvania Electrical Employers Insurance Trust Fund; International Brotherhood of Electrical Workers Local 98 Health & Welfare Fund; Iron Workers District Council of Philadelphia and Vicinity, Benefit Fund; and International Union of Painters and Allied Trades, District Council No. 21 Welfare Fund | VSCP Law | Attn: Gregory Spizer | 1500 Market Street, East Tower | 12th Floor | Philadelphia | PA | 19102 | | 215-960-0000 | 215-960-0384 | gspizer@vscplaw.com |
| | Waldrep LLP | | | | | | | | | | jydey@waldrepllp.com twaldrep@waldrepllp.com |
| Counsel to the State of North Carolina | Waldrep LLP | Attn: Thomas W. Waldrep, Jr., James C. Lanik, Jennifer B. Lyday | 101 S. Stratford Road, Suite 210 | | Winston-Salem | NC | 27104 | | 336-717-1440; 336-717-1280 | 336-717-1340 | jlanik@waldrepllp.com |
| Counsel to amici curiae Bankruptcy Professors | Walfish & Fissell PLLC | Attn: Daniel R. Walfish | 405 Lexington Ave., 8th Floor | | New York | NY | 10174 | | 212-672-0521 | | dwalfish@walfishfissell.com |
| State Attorney General | Washington DC Attorney General | Attn: Bankruptcy Department | 441 4th Street, NW | | Washington | DC | 20001 | | 202-727-3400 | 202-347-8922 | US MAIL |
| Counsel to the Ad Hoc Group of Individual Victims | White & Case LLP | Attn: J. Christopher Shore, Michele J. Meises, Alice Tsier, Ashley R. Chase | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-819-8200 | 305-358-5744 | cshore@whitecase.com michele.meises@whitecase.com alice.tsier@whitecase.com ashley.chase@whitecase.com |
| Counsel to the Ad Hoc Group of Individual Victims | White & Case LLP | Attn: Thomas E. Lauria, Laura L. Femino | 200 S Biscayne Blvd | | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | tlauria@whitecase.com laura.femino@whitecase.com |
| Counsel to the State of Alabama | Willi Auslander LLP | Attn: Eric J. Snyder | 1515 Broadway, 43rd Floor | | New York | NY | 10036 | | 212-981-2300 | 212-752-6380 | esnyder@wollauslander.com |

Page 4 of 4