IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: PURDUE PHARMA L.P., et al.,<br><br>*Debtors*. | §<br>§<br>§ Chapter 11<br>§<br>§ Case No. 19-23649 (RDD)<br>§<br>§ (Jointly Administered)<br>§<br>§ |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the Motion of Brandan J. Montminy ("Movant"), to be admitted, *pro hac vice*, to represent Henry Schein, Inc.; Henry Schein Medical Systems, Inc.; Insource, Inc.; and General Injectables & Vaccines, Inc. in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the state of Texas, and also admitted to practice in the United States Court of Appeals for the United States District Court for the Eastern District of Texas, United States District Court for the Western District of Texas, United States District Court for the Northern District of Texas, United States District Court for the Southern District of Texas, it is hereby:

**ORDERED**, that Brandan J. Montminy is admitted to practice, *pro hac vice*, in the above-captioned chapter 11 cases to represent Henry Schein, Inc.; Henry Schein Medical Systems, Inc.; Insource, Inc.; and General Injectables & Vaccines, Inc. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____
_____, New York

_____
UNITED STATES BANKRUPTCY JUDGE