**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re:                                             :    Chapter 11
:
PURDUE PHARMA L.P., *et al.*,                      :    Case No. 19-23649 (RDD)
:
                            Debtors.[1]            :    (Jointly Administered)
:
------------------------------------------------------------ X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jason S. Rubinstein, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants in the above-captioned bankruptcy proceedings.

I certify that I am a member in good standing of the bars of the State of Maryland and the District of Columbia, as well as the bars of the U.S. District Court for the District of Columbia and the U.S. District Court for the District of Maryland.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: April 8, 2021                      Respectfully submitted,

                                               By: _/s/ Jason S. Rubinstein_
                                                      Jason S. Rubinstein
                                                      Gilbert LLP
                                                      700 Pennsylvania Avenue SE
                                                      Suite 400
                                                      (202) 772-2233
                                                      rubinsteinj@gilbertlegal.com