Aguadilla, Puerto Rico
April 5, 2021

United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, White Plains
New York, 10601

RE Purdue Pharma
Chapter 11
Case No. 19-23649 (RDD)

Recently I received notice of Purdue Pharma's March 15, 2021 Chapter 11 filing. I do not agree with this bad move intended to try to avoid their responsibilities with the patients that lost their lives due to the use of the medicine they were selling. I wonder just how many people died as a result.

Purdue Pharma made millions and now they do not care about victims and their families. Shame on them.

It is my hope that the Court makes a responsible decision.

Marco A. Mangomé