AARON STIMUS #167511 D31140
MARION CORRECTIONAL INSTITUTION
P.O. BOX 158
LOWELL, FLORIDA 32663

JACKSONVILLE FL 320

2 APR 2021 PM 3 L



DAVIS POLK AND WARDWELL LLP
ATTN: MARSHALL S. HUEBNER, BENJAMIN S. KAMINETZKY
450 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

LEGAL MAIL

10017-398299

FROM: AARON R. STIMUS #162511  
MARION CORRECTIONAL INSTITUTION  
P.O. BOX 158  
LOWELL, FLORIDA 32663  

APRIL 2, 2021  
CLAIM NUMBER: 28420  

TO: DAVIS POLK AND WARDWELL LLP  
450 LEXINGTON AVENUE  
NEW YORK, NEW YORK 10017  

PROVIDED TO MARION C.I. ON 4-2-21 FOR MAILING  

ATTN: MARSHALL S. HUEBNER  
BENJAMIN S. KAMINETZKY  
TIMOTHY GRAULICH  
ELI J. VONNEGUT  
CHRISTOPHER S. ROBERTSON  

RE: APRIL 12, 2021 OBJECTION DEADLINE AND CRIMINAL & CIVIL CASES  

DEAR SIRS,

THIS CORRESPONDENCE IS IN REGARDS TO THE APRIL 12, 2021 OBJECTION DEADLINE. BEING THAT I'M INCARCERATED, I HAVE VERY LIMITED INFORMATION AND INTERNET ACCESS. PRESENTLY FAMILY MEMBERS ARE TRYING TO HAVE THE "DISCLOSURE STATEMENT" SENT TO ME THROUGH THE TOLL FREE RESTRUCTURING HOTLINE, ETC. DUE TO TIME RESTRAINTS AND GUESSING WHAT ENTITIES ARE ON THE "DISCLOSURE STATEMENT"; PLEASE OBJECT TO ALL STATE AND FEDERAL ATTORNEY GENERAL'S CLAIMS AND ALL PERSONS WHO DID NOT HAVE A LEGAL PRESCRIPTION TO OXYCOTIN, ON MY BEHALF.

I KNOW THAT YOU ALL ARE VERY BUSY WITH THE TENS OF THOUSANDS OF CLAIMS AND LITIGATION, BUT COULD YOU PLEASE HELP ME WITH SOME INFORMATION. PLEASE LET ME KNOW WHAT COURTS (IF ANY) HAVE CRIMINAL AND (OR) CIVIL ADJUDIFICATIONS (JUDGES' ORDERS) AGAINST PURDUE-PHARMA AND ITS EMPLOYEES. THE COURT NAME AND CASE NUMBER WOULD BE OF GREAT HELP TO ME IN POST CONVICTION PROCEEDINGS. ANY HELP YOU COULD GIVE ME IN THESE MATTERS WILL BE GREATLY APPRECIATED.

SINCERELY  
Aaron R. Stimus