ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH  45202
T. 513.698.5118
F. 513/698/5119

*Counsel for Creditors, Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Impax Laboratories, LLC and Impax Laboratories. Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.* | Case No. 19-23649(RDD) |
| Debtors.[1] | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

**I, REUEL D. ASH** (the "Movant"), request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Impax Laboratories, LLC and Impax Laboratories, Inc. creditors in the above referenced case.

***I certify I am a member in good standing*** of the bar in the State of Ohio and, in the bar of the U.S. District Courts for the following:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Court | Date Admitted |
|---|---|
| Supreme Court of Ohio (Bar #0055843) | 11-18-1991 |
| United States Court of Appeals, Sixth Circuit | 08-27-1998 |
| U.S. District Court, Southern District of Ohio | 08-13-1998 |
| U.S. District Court, Northern District of Ohio | 09-05-2005 |
| U.S. District Court, Eastern District of Wisconsin | 02-25-2020 |
| U.S. Bankruptcy Court, Southern District of Ohio | 01-12-2010 |
| U.S. Bankruptcy Court, Northern District of Ohio | 09-05-2005 |
| U.S. Bankruptcy Court, Central District of Illinois | 07-30-2007 |
| U.S. Bankruptcy Court, Southern District of Illinois | 12-17-2009 |

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 12, 2021

**ULMER & BERNE LLP**

By: /s/ *Reuel D. Ash*
Reuel D. Ash
rash@ulmer.com
600 Vine Street, Suite 2800
Cincinnati, Ohio  45202
T. 513.698.5118
F. 513/698/5119