Honorable Judge Robert D. Drain
U.S. Bankruptcy Court
for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:Purdue Pharma L.P.
Case No. 19-23649 (Document 2494)
Creditor: 2403

April 10, 2021

As a creditor I would like to object to the current restructuring deal Purdue Pharma has presented. Based on the information the Wall Street Journal reported, the maximum amount the individual and families that lost loved ones due to a Purdue Opioid product is between $16,000 and $48,000, and there is no guarantee; it is based on a points system. This is an absolute disgrace. Purdue should feel ashamed for the amount they are offering as restitution for a permanent loss of life, particularly since they ran an ad to attract more people to prevent more lawsuits! It appears the Federal and State Government is receiving the majority of the funds offered by Purdue. This is personal to families that have lost loved ones due to opioids.

The government views this as filling their deficit. They are not concerned about the loss of my sister, Leslie and the loss other families experience on a day to day basis. In previous cases, states did not allocate funds appropriately; they used the funds for airplanes and gyms among other wasteful expenditures. Honorable Judge Drain, I am asking you to consider the loss that families are dealing with, so I am asking for the families to receive more of the funds. No money can bring my sister back, but the amount offered is a huge slap in the face. I am certain other families that lost loved ones feel the same way.

I do realize this is a chapter 11 Bankruptcy case, so the Debtors should have the opportunity to restructure, but if this case continues to be extended, there won't be money left to be allocated. I also realize they should make every effort to take care of the victims that are still suffering from their loss of a loved one.

Kind Regards,


Jeanette Tostenson
Ph: 9612) 345-5821 E: jtostenson@qwiznibet.com
Also submitted electronically