Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

4-01-2021

re: Notice of Hearing

Dear Honorable Judge Robert D. Drain,
I was just made aware that the number I must call is Automated (646)-760-4600 and in order to Participate a Live Person must accept my Pre-Paid call (for Court Solutions). I apologize for this inconvenience and request for your lleniancy as I stumble through this. Please forgive me.

Respectfully,

Brian Lee Danner

Brian Lee Danner
Spokane County Jail
1100 W. Mallon Ave.
Spokane, WA. 99260

United States Bankruptcy Court
Southern District of New York

| Brian Lee Danner | CHAPTER 11 |
| Creditor, Pro SE | |
| V. | Case no: 19-23649-rdd |
| | Request for court order |
| Purdue Pharma L.P. et. al, | |
| debtors | |

Comes now Creditor seeking an order from this court for Commander Sparber of the Spokane County Jail located at 1100 West Malton Avenue, Spokane, Washington, 99260 To provide to the Creditor Brian Lee Danner access to a telephone that will allow the Pro-se creditor to participate in the "Notice of Hearing"; Motion to file Proof of claim After Claims Bar Date filed by

— 1 —

Brian Lee Danner "Dockette # 2458

This order is to direct the Spokane County Jail to Provide Pro-se creditor access on the day as set forth in the "Notice of Hearing" of April 21st, 2021 at 10:00 am eastern but for access to a Phone at 7:00 am, to compensate for the 3 Hour time diffrence

II

WHerefore, creditor respectfully Prays that this court Grant order requested.

Dated 4-01-2021                    Respectfully Submitted

                                    *[signature]*

                                    Brian Lee Danner

-2-