# Exhibit C

## Declaration of Raymond Werth

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 |
| Debtors.¹ | (Jointly Administered) |

### DECLARATION OF RAYMOND WERTH IN SUPPORT OF APPLICATION OF DEBTORS FOR AUTHORITY TO RETAIN AND EMPLOY GRANT THORNTON LLP AS TAX STRUCTURING CONSULTANTS TO THE DEBTORS *NUNC PRO TUNC* TO JANUARY 20, 2021

I, Raymond Werth, state the following under penalty of perjury:

1. I am a Partner of the firm of Grant Thornton LLP ("**Grant Thornton**"). I am duly authorized to execute this declaration (this "**Declaration**") on behalf of Grant Thornton.

2. The facts set forth in this Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or other employees under my supervisions and direction. I am familiar with the matters set forth herein, and if called as a witness, I could and would testify thereto.

3. I make this Declaration in support of the Debtors' *Application of Debtors for Authority to Retain and Employ Grant Thornton LLP as Tax Structuring Consultants to the Debtors Nunc Pro Tunc to January 20, 2021* (the "**Application**"). This Declaration is also

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P., Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

submitted as the statement required pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

4.      Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Application.

### Scope of Grant Thornton's Services

5.      Grant Thornton will, to the extent requested, provide tax structuring services (collectively, the "**Grant Thornton Services**") to the Debtors, including, without limitation: (a) assisting the Debtors' management in analyzing the income tax consequences to the Debtors with respect to transactions between the Debtors and the Newco anticipated to be created in the bankruptcy reorganization; (b) discuss and consult with PPLP and its legal counsel, Davis Polk, regarding the federal and state income tax implications of transactions required by the Court (transactions as proposed by Davis Polk) effectuating the bankruptcy reorganization; (c) assist PPLP's management in determining the federal income tax basis in the assets of the Newco and its affiliates immediately following the bankruptcy reorganization; and (d) assist in modeling future U.S. federal and state income tax cash tax liabilities for Newco following emergence from bankruptcy.

6.      If the Debtors request Grant Thornton to perform additional services not contemplated by the SOW, the Debtors and Grant Thornton will mutually agree in advance upon such services and fees for those services in writing in a new Statement of Work, which will be subject to the Court's review upon proper application.

7.      I have informed the Debtors' management that Grant Thornton is willing to serve as the Debtors' consultant and to perform the Grant Thornton Services on matters arising during these chapter 11 cases.

**Grant Thornton's Qualifications and the Need for Grant Thornton's Services**

8. Grant Thornton is the U.S. member of Grant Thornton International Ltd., a global audit, tax, and advisory organization of separate, independent network firms providing services in more than 120 countries (the "**Grant Thornton Network**"), including 59 offices in the United States. Each member firm is a separate legal entity.

9. The professionals in Grant Thornton's tax practice consist of senior tax, accounting, and other professionals specializing in tax, financial, business, and strategic advice to enterprises, including distressed enterprises.

10. Grant Thornton has significant qualifications, experience, and extensive knowledge in the fields of accounting and taxation for large, sophisticated companies, both in and out of chapter 11 bankruptcy. As such, I believe that Grant Thornton has the resources and experience necessary to perform the Grant Thornton Services in these chapter 11 cases.

11. Since approximately June 2018, Grant Thornton has been engaged by the Debtors to provide tax-related services to the Debtors pursuant to the terms of the MSA and other statements of work executed in connection therewith.

12. Since the Petition Date, Grant Thornton has continued to provide the Debtors tax advice in the ordinary course of business unrelated to their bankruptcy cases. Consequently, Grant Thornton is already familiar with the Debtors' business affairs and uniquely qualified to provide the proposed and anticipated services.

13. Pursuant to the SOW, the Debtors now seek to expand Grant Thornton's scope of services to retain Grant Thornton to provide advice and perform services on behalf of the Debtors' estates directly related to core bankruptcy matters, *i.e.*, tax structuring services related to the Debtors' Plan.

14. By virtue of its ongoing engagement by PPLP prior to and during these bankruptcy cases, Grant Thornton is familiar with the issues surrounding this matter, will be able to draw on its earlier data collection, and will be able to streamline its analysis under this engagement and minimize costs to the estate.

15. As such, I believe that Grant Thornton is well qualified and uniquely able to represent the Debtors as tax structuring consultants pursuant to section 327(a) of the Bankruptcy Code.

### Grant Thornton's Disinterestedness

16. On January 29, 2021, Davis Polk forwarded to our outside counsel a 109 page list of potential interested parties in the chapter 11 cases from which Grant Thornton could perform its conflict search (the "**Conflicts List**"). A summary list of the categories of potential parties in interest set forth on the Conflicts List is attached hereto as **Exhibit 1**.[2]

17. To perform its conflict search, Grant Thornton ran the 109 pages of names provided in each of the categories listed on **Exhibit 1** through its firm-wide conflicts system. With respect to the other member firms in the Grant Thornton Network, Grant Thornton ran a search of the Conflicts List against various internal lists and databases, which yields potential "hits" in other member firms.

18. Among the internal lists and databases that are included in the searches performed are: audit, tax and advisory engagement acceptance databases, and client database; business arrangements with public companies; financial relationships or arrangements; global list of publicly traded audit clients or their affiliates; audit and attest clients; the SEC audit directors

---

[2] Because the Conflicts List is 109 pages long, the entire list is not attached to this declaration. Rather, a summary of the Conflicts List by categories is provided for reference. A copy of the Conflicts List may be obtained upon request or, if requested by the Court, Grant Thornton can file a supplemental declaration with the actual Conflicts List.

4

list; subcontractor lists; and a list of other entities to be aware of that may not be on one of the lists above, among others. If there is such a potential "hit" indicated for another member firm, then Grant Thornton will send a conflict check, for that entity, to the relevant member firm. The member firm then has a certain amount of time to report whether there is a relationship with that entity. If the member firm makes such a report, then it is reviewed to determine whether it will have an effect on Grant Thornton's disinterestedness.

19. For this matter, "hits" were sent to the relevant member firms per the process described above, including to member firms in the following jurisdictions: Canada; Hungary; Israel; Poland; Sweden and the United Kingdom. If there were responses received, the "hit" was then cleared to confirm that the connection was unrelated to the Debtors or these chapter 11 cases and reported on **Exhibit 2** in order for Grant Thornton to declare its disinterestedness.

20. As set forth on **Exhibit 2**, the hits for the relevant cross-border member firms identified above are reported on **Exhibit 2** as the relevant jurisdiction and the general type of relationship, as the circumstances require.

21. I, or someone working under my supervision, reviewed any client connections from the Conflicts List to the Debtors' chapter 11 cases, in accordance with the procedures set forth above, to determine whether Grant Thornton has an adverse interest to the Debtors' estates.

22. Based on the results of this conflicts search, to the best of my knowledge, neither I, nor Grant Thornton or any member in the Grant Thornton Network, nor any partner or employee thereof, insofar as I have been able to ascertain, has any connection with any of the parties in interest identified in the Debtors' Conflicts Lists, except as disclosed or otherwise described on **Exhibit 2** attached hereto, which is incorporated herein by reference.

23. I believe that none of the connections disclosed on **Exhibit 2** have or will affect Grant Thornton's representation of the Debtors in matters requiring the Grant Thornton Services. None of Grant Thornton's representations of these parties comprises a material component of Grant Thornton's practice, nor does Grant Thornton currently represent any such parties in any matter adverse to the Debtors.

24. The services that Grant Thornton performed for Millennium Trust do not relate to these bankruptcy cases. Moreover, Millennium Trust is not currently a client of Grant Thornton, and Grant Thornton has not performed any work for Millennium Trust for the past decade.

25. As part of its diverse practice, Grant Thornton appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties in interest in the chapter 11 cases.

26. Grant Thornton has performed in the past, and may perform in the future, audit, tax, and consulting services for various attorneys and law firms in the legal community, and has been represented by several attorneys and law firms in the legal community, some of whom may be involved in the chapter 11 cases.

27. Grant Thornton has in the past, may currently and will likely in the future be working with or against other professionals involved in these chapter 11 cases in matters unrelated to the chapter 11 cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these business relationships constitute interests materially adverse to the Debtors herein in matters upon which Grant Thornton is to be employed, and none are in connection with these chapter 11 cases.

28. To the best of my knowledge, Grant Thornton has not been retained to assist any entity or person other than the Debtors on matters relating to, or in connection with, these chapter 11 cases.

29. If the Court approves the proposed employment of Grant Thornton by the Debtors, Grant Thornton will not accept any engagement or perform any services for any entity or person other than the Debtors relating to these chapter 11 cases. Grant Thornton may, however, provide professional services to entities or persons that may be creditors of the Debtors or parties in interest in these chapter 11 cases; provided, however, that such services do not relate to, or have any direct connection with, these chapter 11 cases.

30. Despite the efforts described above to identify and disclose Grant Thornton's connections to parties in interest in these chapter 11 cases, Grant Thornton is unable to state with certainty that every client relationship or other connection has been disclosed. In this regard, if Grant Thornton discovers additional information that requires disclosure, Grant Thornton will file a supplemental disclosure with the Court as promptly as possible.

31. To the best of my knowledge, neither Grant Thornton nor its professionals hold or represent any interest adverse to the Debtors or their estates.

32. To the best of my knowledge, Grant Thornton and its professionals are "disinterested persons" under section 101(14) of the Bankruptcy Code.

33. To the best of my knowledge, (a) Grant Thornton has no connection with the Debtors, their creditors, equity security holders, or other parties in interest in these Chapter 11 Cases; (b) Grant Thornton does not hold or represent any entity having an interest adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders; and (c) Grant Thornton (i) is not a creditor, equity security holder, or an insider of the Debtors, and (ii) is not or

7

was not, within two years before the Petition Date, a director, officer, or employee of any of the Debtors.  In addition, none of the Grant Thornton professionals expected to assist the Debtors in these chapter 11 cases are related or connected to any United States Bankruptcy Judge for the Southern District of New York, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

34.    Grant Thornton is not aware of any outstanding amounts owed for professional services rendered to the Debtors prior to the Petition Date.  Additionally, Grant Thornton is not aware of any amounts paid by the Debtors to Grant Thornton in the 90 days prior to the Petition Date. To the extent that the Application is granted, Grant Thornton agrees to waive any and all currently outstanding amounts owed for professional services rendered to the Debtors prior to the Petition Date.

### Grant Thornton's Compensation

35.    The hourly billing rates for Grant Thornton professionals are being provided at a discounted hourly rate for these type of services at the rates reflected in the table below.

| Level | Discounted Hourly Rate |
| --- | --- |
| Partner / Managing Director | $765 |
| Senior Manager / Director | $650 |
| Manager | $570 |
| Senior Associate | $460 |
| Associate | $280 |

36.    The Grant Thornton professionals expected to spend significant time on the engagement are set forth below.

8

| Name | Title | 2021 Rate |
|---|---|---|
| Raymond Werth | Partner | $765 |
| Russ Daniel | Partner | $765 |
| Brian Angstadt | Senior Manager | $650 |
| Laura Michael Hughes | Manager | $570 |
| Amber McNaull | Senior Associate | $460 |
| Harry Alex | Associate | $280 |

37.  Grant Thornton's hourly rates are subject to change from time to time in the regular course of Grant Thornton's business. Grant Thornton will provide notice to the Debtors, the Office of the United States Trustee and any official committee of unsecured creditors appointed in the Debtors' chapter 11 cases of any change in Grant Thornton's hourly rates. Grant Thornton also will file a notice of any such change in hourly rates with the Court.

38.  In addition to the hourly billing rates set forth herein, Grant Thornton customarily charges its clients for direct expenses incurred by Grant Thornton in connection with the Grant Thornton Services provided herein including, but not limited to, reasonable and customary out-of-pocket expenses for items such as copies, postage, supplies, computer and technology usage, software licensing, research and library databases and similar expense items, as well as the fees and expenses that Grant Thornton's counsel directly bills Grant Thornton in connection with this engagement relating to Grant Thornton's retention and fee applications submitted in the chapter 11 cases.

39.  In addition, if Grant Thornton is requested or authorized by PPLP or Davis Polk, or is required by government regulation, subpoena or other legal process, to produce its documents or personnel as witnesses with respect to the Grant Thornton Services, so long as Grant Thornton is not a party in the proceeding in which such information is sought, Grant Thornton customarily charges its clients for its professional time and expenses, as well as the fees and expenses of Grant Thornton's counsel, if any, incurred in responding to such requests.

9

40. Neither Grant Thornton nor any partner or associate thereof, has received or been promised any compensation for legal services rendered or to be rendered in any capacity in connection with the Debtors' chapter 11 cases, other than as permitted by the Bankruptcy Code. Grant Thornton has agreed not to share compensation received in connection with this case with any other person.

41. Grant Thornton will apply to the Court for allowance of compensation and reimbursement of expenses for all professional services performed and expenses incurred after the Petition Date in accordance with the Fee Guidelines, the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of the Court.

42. Grant Thornton's rates and policies are consistent with Grant Thornton's normal and customary billing practices for cases of this size and complexity that require the level of scope and services outlined herein.

43. I also believe that Grant Thornton's rates and policies are reasonable in light of (a) industry practice, (b) market rates charged for comparable services both in and out of the chapter 11 context, (c) Grant Thornton's substantial experience with respect to tax structuring services, and (d) the nature and scope of work to be performed by Grant Thornton in these chapter 11 cases.

## No Duplication of Services

44. I understand that the Debtors have retained and may retain additional professionals during the term of their engagement and Grant Thornton agrees to work cooperatively with such professionals to avoid any duplication of services.

10

## Additional Fee Guidelines Disclosures

45. In addition, in accordance and in response to the request for additional information set forth in paragraph D.1 of the Fee Guidelines:

   a. Grant Thornton did not agree to any variations from, or alternatives to, Grant Thornton's customary billing arrangements for this engagement, except with respect to the discount hourly billing rates for this engagement that Grant Thornton agreed to provide Debtors as set forth herein and in the SOW.

   b. None of Grant Thornton's professionals included in this engagement varied or will vary their rate based on the geographic location of these chapter 11 bankruptcy cases.

   c. Grant Thornton will provide such information as the Debtors request or require for them to prepare and submit budget and staffing plans required under the Fee Guidelines.

   d. Grant Thornton will use its best efforts to avoid duplicating services rendered by the Debtors' other retained professionals.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 9th day of April, 2021.

_____
Raymond Werth

# EXHIBIT 1 TO WERTH DECLARATION

**Categories of Entities on Debtors' Parties-in-Interest Conflict Check List**

1. Debtor Entities
2. Other Related Entities
3. Current Directors and Officers
4. Former Directors and Officers
5. Banks
6. Secured Creditors
7. 50 Largest Unsecured Creditors
8. Vendors
9. Customers
10. Government Authorities
11. Utilities
12. Insurers
13. Surety Bonds
14. Equity Interests
15. Restructuring Professionals
16. Creditor Committee Professionals
17. Creditor Committee
18. Ad Hoc Group of NAS Babies
19. Hospital Plaintiffs Group
20. Multi-State Group Entity (MSGE)
21. Individual Victims Group
22. UCC Members
23. State of Arizona
24. Public Schools
25. Private Insurance Class
26. Other Professionals
27. State AG
28. Other Consultants & Advisors
29. Licensing Agreements
30. Business Development
31. Litigation
32. Landlords
33. Sublessees
34. United States Bankruptcy Judges (Southern District of New York)
35. United States Trustee's Office (Region 2, Southern District of New York, Manhattan and White Plains Divisions)
36. Debtor Legal Counsel
37. Director and Officer Legal Counsel
38. Employee Indemnity Legal Counsel
39. Plaintiffs' Attorneys
40. Plaintiffs
41. Major Co-Defendants
42. Taxing Authorities
43. Other

#93849282v2

**EXHIBIT 2 TO WERTH DECLARATION**

**EXHIBIT 2**

Grant Thornton currently represents or has represented the following interested parties and/or such parties' affiliates on various matters wholly unrelated to the Debtors. Grant Thornton will not directly represent such parties or any of their affiliates in these chapter 11 cases.

| GRANT THORNTON DISCLOSURE TABLE | | |
|---|---|---|
| Name of Party in Interest from Conflicts List | Category in Debtors' Conflicts List | Relationship with Grant Thornton |
| LEVENFELD PEARLSTEIN | Ad Hoc Group of NAS Babies | Client |
| JP MORGAN CHASE | Bank | Business Relationship |
| JP MORGAN CHASE | Bank | Client |
| GOLDMAN SACHS (ASSET MANAGEMENT) | Bank | Client |
| WELLS FARGO & COMPANY | Bank | Client |
| CITIBANK | Bank | Client |
| EISAI | Business Development | Client |
| EXICURE, INC. | Business Development | Client |
| PURDUE PHARMA, L.P. | Debtor Entities | Client |
| PURDUE PHARMA, L.P. | Debtor Entities | Internal Legal Matter |
| ROBBINS GELLER RUDMAN & DOWD LLP | Creditor Committee | Internal Legal Matter |
| MOTLEY RICE LLC | Creditor Committee | Internal Legal Matter |
| MOTLEY RICE LLC | Creditor Committee | Client |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | Creditor Committee Professional | Client |
| FTI CONSULTING, INC. | Creditor Committee Professional | Business Relationship |
| AKIN GUMP STRAUSS HAUER & FELD LLP | Creditor Committee Professional | Client |
| COLE SCHOTZ P.C | Creditor Committee Professional | Client |
| FTI CONSULTING, INC. | Creditor Committee Professional | Client |
| HOULIHAN LOKEY | Creditor Committee Professional | Client |
| JEFFERIES GROUP LLC | Creditor Committee Professional | Client |
| PILLSBURY WINTHROP SHAW PITTMAN LLP, | Creditor Committee Professional | Client |
| PROVINCE, INC. | Creditor Committee Professional | Client |
| AMAZON.COM | Customers | Business Relationship |
| AMAZON.COM | Customers | Client |
| AMERISOURCEBERGEN CORPORATION | Customers | Client |
| DROGUERIA BETANCES LLC | Customers | Client |
| CVS CAREMARK | Customers | Client |
| INGLES MARKETS INC | Customers | Client |
| L&R DISTRIBUTORS INC | Customers | Client |
| NASH FINCH | Customers | Client |
| OPTUMRX | Customers | Client |
| PUBLIX SUPER MARKETS INC | Customers | Client |
| TARGET CORP | Customers | Client |
| WALMART STORES INC | Customers | Client |
| WINCO FOODS LLC | Customers | Client |
| CVS CAREMARK | Customers | Business Relationship |
| CARDINAL HEALTH INC | Customers | Client |
| TOP RX LLC | Customers | Client |
| MCKESSON CORP | Customers | Client |
| KROGER | Customers | Client |
| VALLEY VETERINARY CLINIC LTD | Customers | Client |
| DISCOUNT DRUG MART | Customers | Client |
| VISTAPHARM INC | Customers | Client |
| TXP SERVICES INC. | Other Related Entities | Client |
| MUNDIPHARMA LABORATORIES GMBH | Other Related Entities | Client |
| MILLENNIUM TRUST | Other Related Entities | Client |
| PURDUE PHARMA INC | Other Related Entities | GT-Canada Client |
| MUNDIPHARMA MEDICAL GMBH (BUDAPEST BRANCH; DE-REGISTRATION PENDING) | Other Related Entities | GT-Hungary Client |
| MUNDIPHARMA POLSKA SP ZO.O. | Other Related Entities | GT-Poland Client |
| MUNDIPHARMA AB | Other Related Entities | GT-Sweden Client |
| MUNDIPHARMA LIMITED | Other Related Entities | GT-UK Client |
| MUNDIPHARMA CORPORATION LIMITED | Other Related Entities | GT-UK Client |
| MUNDIPHARMA INTERNATIONAL LIMITED | Other Related Entities | GT-UK Client |
| MUNDIPHARMA INTERNATIONAL TECHNICAL OPERATIONS LIMITED | Other Related Entities | GT-UK Client |
| MUNDIPHARMA IT SERVICES LIMITED | Other Related Entities | GT-UK Client |
| MUNDIPHARMA MEDICAL COMPANY LIMITED | Other Related Entities | GT-UK Client |
| MUNDIPHARMA RESEARCH LIMITED | Other Related Entities | GT-UK Client |
| NAPP LABORATORIES LIMITED | Other Related Entities | GT-UK Client |
| CLINICAL DESIGNS LIMITED | Other Related Entities | GT-UK Client |
| PAINEUROPE LIMITED | Other Related Entities | GT-UK Client |
| FAIRFIELD TRUST | Other Related Entities | GT-UK Client |
| DLA PIPER LLP | Debtor Legal Counsel | Business Relationship |
| HOGAN LOVELLS US LLP [DC] | Debtor Legal Counsel | Business Relationship |

| Name | Category | Relationship |
|---|---|---|
| HOLLAND & HART | Debtor Legal Counsel | Business Relationship |
| KING & SPALDING LLP | Debtor Legal Counsel | Business Relationship |
| MORRISON & FOERSTER LLP | Debtor Legal Counsel | Business Relationship |
| SIDLEY AUSTIN, LLP | Debtor Legal Counsel | Business Relationship |
| TROUTMAN SANDERS LLP | Debtor Legal Counsel | Business Relationship |
| BLANK ROME LLP | Debtor Legal Counsel | Client |
| DLA PIPER LLP | Debtor Legal Counsel | Client |
| CROWE & DUNLEVY | Debtor Legal Counsel | Client |
| DORSEY & WHITNEY LLP | Debtor Legal Counsel | Client |
| GIBSON DUNN & CRUTCHER LLP | Debtor Legal Counsel | Client |
| KARR TUTTLE CAMPBELL | Debtor Legal Counsel | Client |
| LARSON O'BRIEN LLP | Debtor Legal Counsel | Client |
| MORGAN LEWIS & BOCKIUS LLP | Debtor Legal Counsel | Client |
| NIXON PEABODY | Debtor Legal Counsel | Client |
| PARSONS BEHLE & LATIMER | Debtor Legal Counsel | Client |
| SIDLEY AUSTIN, LLP | Debtor Legal Counsel | Client |
| STEPTOE & JOHNSON | Debtor Legal Counsel | Client |
| THOMPSON HINE | Debtor Legal Counsel | Client |
| TROUTMAN SANDERS LLP | Debtor Legal Counsel | Client |
| LOWENSTEIN SANDLER LLP | Debtor Legal Counsel | Client |
| LYNN PINKER COX & HURST | Debtor Legal Counsel | Internal Legal Matter |
| MORGAN LEWIS & BOCKIUS LLP | Debtor Legal Counsel | Internal Legal Matter |
| CROWE & DUNLEVY | Debtor Legal Counsel | Business Relationship |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Debtor Legal Counsel | Client |
| REED SMITH, LLP | Debtor Legal Counsel | Client |
| FROST BROWN TODD LLC | Debtor Legal Counsel | Business Relationship |
| THOMPSON HINE | Debtor Legal Counsel | Business Relationship |
| NIXON PEABODY | Debtor Legal Counsel | Business Relationship |
| NORTON ROSE FULBRIGHT US LLP | Debtor Legal Counsel | Business Relationship |
| SNELL & WILMER | Debtor Legal Counsel | Business Relationship |
| KING & SPALDING LLP | Debtor Legal Counsel | Client |
| WIGGIN AND DANA, LLP | Debtor Legal Counsel | Client |
| COVINGTON & BURLING LLP | Debtor Legal Counsel | Client |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | Debtor Legal Counsel | Client |
| MORRIS NICHOLS ARSHT AND TUNNELL LLP | Debtor Legal Counsel | Client |
| SNELL & WILMER | Debtor Legal Counsel | Client |
| BORDEN LADNER GERVAIS LLP | Debtor Legal Counsel | GT-Canada Business Relationship |
| BORDEN LADNER GERVAIS LLP | Debtor Legal Counsel | GT-Canada Client |
| MCDERMOTT WILL & EMERY | Director and Officer Legal Counsel | Business Relationship |
| DAY PITNEY | Director and Officer Legal Counsel | Client |
| MCDERMOTT WILL & EMERY | Director and Officer Legal Counsel | Client |
| NORTON ROSE | Director and Officer Legal Counsel | Client |
| DAY PITNEY | Director and Officer Legal Counsel | Internal Legal Matter |
| BRYAN CAVE LLP | Employee Indemnity Legal Counsel | Client |
| PORTER HEDGES, LLP | Employee Indemnity Legal Counsel | Client |
| VENABLE LLP | Employee Indemnity Legal Counsel | Client |
| DAVID LUNDIE | Former Directors and Officers | Client |
| MARIA BARTON | Former Directors and Officers | Client |
| White & Case LLP | Individual Victims Group | Client |
| ASK LLP | Individual Victims Group | Internal Legal Matter |
| ZURICH AMERICAN INSURANCE COMPANY | Insurers | Client |
| CHUBB | Insurers | Client |
| CHUBB | Insurers | Business Relationship |
| GREAT AMERICAN INSURANCE COMPANY (VOSCO) | Insurers | Business Relationship |
| IRONSHORE SPECIALTY INSURANCE COMPANY | Insurers | Business Relationship |
| FACTORY MUTUAL INSURANCE COMPANY | Insurers | Client |
| CLARIANT PLASTICS & COATINGS | Landlords | Client |
| UBS FINANCIAL SERVICES INC. | Landlords | Client |
| ABBOTT LABORATORIES | Licensing Agreements | Client |
| OCCIDENTAL CHEMICAL CORPORATION | Litigation | Client |
| Endo Pharmaceuticals, Inc. | Major Co-Defendants | Client |
| Insys Therapeutics, Inc. | Major Co-Defendants | Client |
| Rite Aid Corporation | Major Co-Defendants | Client |
| Walgreen Co. | Major Co-Defendants | Client |
| Allergan Finance LLC | Major Co-Defendants | Client |
| Walmart, Inc. | Major Co-Defendants | Client |
| Mylan, Inc. | Major Co-Defendants | Client |
| Assertio Therapeutics, Inc. | Major Co-Defendants | Client |
| Teva Pharmaceutical Industries Ltd. | Major Co-Defendants | GT-Israel Client |
| DELOITTE CONSULTING LLP | Other Consultants & Advisors | Business Relationship |
| IBM CORPORATION | Other Consultants & Advisors | Business Relationship |
| IBM CORPORATION | Other Consultants & Advisors | Client |
| MCKINSEY & CO INC | Other Consultants & Advisors | Client |
| ZS ASSOCIATES INC | Other Consultants & Advisors | Client |

| | | |
|---|---|---|
| ERNST & YOUNG | Other Consultants & Advisors | GT-Ireland Client |
| IBM CORPORATION | Other Consultants & Advisors | Client |
| ERNST & YOUNG | Other Consultants & Advisors | Client |
| TRINITY PARTNERS LLC | Other Consultants & Advisors | Client |
| MCKINSEY & CO INC | Other Consultants & Advisors | Business Relationship |
| ERNST & YOUNG (CANADA), COURT APPOINTED INFORMATION OFFICER | Other Professionals | GT-Canada Client |
| CITY OF IRON MOUNTAIN, MICHIGAN | Plaintiffs | Business Relationship |
| PETER K. MICHAEL, WYOMING ATTORNEY GENERAL | Plaintiffs | Client |
| CITY OF CHICAGO | Plaintiffs | Client |
| RANDY SMITH, SHERIFF OF ST. TAMMANY PARISH, LOUISIANA | Plaintiffs | Client |
| CHOCTAW NATION | Plaintiffs | Client |
| DEBORAH GREEN-KUCHTA | Plaintiffs | Client |
| ELLA LOUISE JOHNSON | Plaintiffs | Client |
| MECKLENBURG COUNTY | Plaintiffs | Client |
| MEMORIAL HEALTHCARE SYSTEM INC. | Plaintiffs | Client |
| DANIEL WILSON | Plaintiffs | Client |
| MEDICAL MUTUAL OF OHIO | Plaintiffs | Business Relationship |
| COUNTY OF ALLEGHENY | Plaintiffs | Client |
| BON SECOURS HEALTH SYSTEM, INC. | Plaintiffs | Client |
| CITY OF NEW YORK | Plaintiffs | Client |
| STATE OF NEW YORK | Plaintiffs | Client |
| BON SECOURS HEALTH SYSTEM, INC. | Plaintiffs | Client |
| CHICKASAW NATION | Plaintiffs | Client |
| CHOCTAW NATION | Plaintiffs | Client |
| CITY OF LOS ANGELES, CALIFORNIA | Plaintiffs | Internal Legal Matter |
| STATE OF OHIO | Plaintiffs | Business Relationship |
| STATE OF CALIFORNIA | Plaintiffs | Business Relationship |
| MICHAEL RAY LEWIS | Plaintiffs | Client |
| STATE OF CALIFORNIA | Plaintiffs | Client |
| CITY OF DETROIT | Plaintiffs | Client |
| STATE OF FLORIDA | Plaintiffs | Business Relationship |
| STATE OF PENNSYLVANIA | Plaintiffs | Client |
| STATE OF TEXAS | Plaintiffs | Client |
| COMMON WEALTH OF PA | Plaintiffs | Client |
| STATE OF TEXAS | Plaintiffs | Business Relationship |
| COMMONWEALTH OF MASSACHUSETTS | Plaintiffs | Client |
| CITY OF LOS ANGELES, CALIFORNIA | Plaintiffs | Business Relationship |
| RACHEL WOOD | Plaintiffs | Client |
| COMMONWEALTH OF VIRGINIA | Plaintiffs | Business Relationship |
| STATE OF NORTH CAROLINA | Plaintiffs | Business Relationship |
| STATE OF PENNSYLVANIA | Plaintiffs | Business Relationship |
| STATE OF GEORGIA | Plaintiffs | Client |
| STATE OF OKLAHOMA | Plaintiffs | Client |
| STATE OF WASHINGTON | Plaintiffs | Client |
| SHAKOPEE MDEWAKANTON SIOUX COMMUNITY | Plaintiffs | Client |
| COMMONWEALTH OF VIRGINIA | Plaintiffs | Client |
| COMMONWEALTH OF MASSACHUSETTS | Plaintiffs | Business Relationship |
| STATE OF LOUISIANA | Plaintiffs | Client |
| STATE OF ILLINOIS | Plaintiffs | Client |
| BON SECOURS HEALTH SYSTEM, INC. | Plaintiffs | Client |
| STATE OF ILLINOIS | Plaintiffs | Business Relationship |
| MENNONITE GENERAL HOSPITAL, INC. | Plaintiffs | Business Relationship |
| STATE OF FLORIDA | Plaintiffs | Client |
| CITY OF PHILADELPHIA | Plaintiffs | Client |
| BERGEN COUNTY | Plaintiffs | Client |
| TOWN OF BERLIN | Plaintiffs | Client |
| TOWNSHIP OF BLOOMFIELD | Plaintiffs | Client |
| CITY OF BURLINGTON | Plaintiffs | Client |
| CAPE MAY COUNTY, NEW JERSEY | Plaintiffs | Client |
| CUMBERLAND COUNTY | Plaintiffs | Client |
| TOWN OF EAST GREENWICH | Plaintiffs | Client |
| COUNTY OF ESSEX | Plaintiffs | Client |
| TOWN OF SOMERSET | Plaintiffs | Client |
| CITY OF GLOUCESTER | Plaintiffs | Client |
| TOWN OF HUDSON | Plaintiffs | Client |
| TOWNSHIP OF IRVINGTON | Plaintiffs | Client |
| CITY OF JERSEY CITY, NEW JERSEY | Plaintiffs | Client |
| MERCER COUNTY | Plaintiffs | Client |
| TOWN OF MIDDLETOWN, RHODE ISLAND | Plaintiffs | Client |
| COUNTY OF MORRIS | Plaintiffs | Client |
| CITY OF BRUNSWICK | Plaintiffs | Client |
| CITY OF NEWARK, NJ | Plaintiffs | Client |
| CITY OF PATERSON, NJ | Plaintiffs | Client |

| | | |
|---|---|---|
| THE BOROUGH OF RIDGEFIELD | Plaintiffs | Client |
| TOWN OF ROXBURY | Plaintiffs | Client |
| CITY OF SALEM | Plaintiffs | Client |
| SPRINGFIELD TOWNSHIP | Plaintiffs | Client |
| TOWNSHIP OF TEANECK, NJ | Plaintiffs | Client |
| TOWN OF TEWKSBURY, MASSACHUSETTS | Plaintiffs | Client |
| UNION COUNTY | Plaintiffs | Client |
| UNION TOWNSHIP | Plaintiffs | Client |
| TOWN OF WARREN | Plaintiffs | Client |
| CITY OF WOODBURY, GEORGIA | Plaintiffs | Client |
| STATE OF ALABAMA | Plaintiffs | Client |
| STATE OF ARKANSAS | Plaintiffs | Client |
| STATE OF CONNECTICUT | Plaintiffs | Client |
| STATE OF INDIANA | Plaintiffs | Client |
| STATE OF MISSOURI | Plaintiffs | Client |
| STATE OF MONTANA | Plaintiffs | Client |
| STATE OF NEVADA | Plaintiffs | Client |
| STATE OF NEW HAMPSHIRE | Plaintiffs | Client |
| STATE OF NORTH DAKOTA | Plaintiffs | Client |
| STATE OF OHIO | Plaintiffs | Client |
| STATE OF OREGON | Plaintiffs | Client |
| STATE OF RHODE ISLAND | Plaintiffs | Client |
| STATE OF SOUTH CAROLINA | Plaintiffs | Client |
| STATE OF SOUTH DAKOTA | Plaintiffs | Client |
| STATE OF TENNESSEE | Plaintiffs | Client |
| STATE OF UTAH | Plaintiffs | Client |
| STATE OF VERMONT | Plaintiffs | Client |
| STATE OF WYOMING | Plaintiffs | Client |
| MEMORIAL HEALTHCARE SYSTEM INC. | Plaintiffs | Client |
| THE COMMONWEALTH OF PUERTO RICO | Plaintiffs | Business Relationship |
| COUNTY OF MARIN | Plaintiffs | Business Relationship |
| STATE OF ARIZONA | Plaintiffs | Business Relationship |
| MEDICAL MUTUAL OF OHIO | Plaintiffs | Client |
| LEE COUNTY | Plaintiffs | Business Relationship |
| CITY OF NEW CASTLE | Plaintiffs | Client |
| COUNTY OF SANTA CRUZ, CALIFORNIA | Plaintiffs | Business Relationship |
| KING COUNTY | Plaintiffs | Business Relationship |
| STATE OF WASHINGTON | Plaintiffs | Business Relationship |
| MICHAEL KONIG | Plaintiffs | Client |
| PRAIRIE ISLAND INDIAN COMMUNITY | Plaintiffs | Client |
| WEST BOCA MEDICAL CENTER, INC. | Plaintiffs | Client |
| WARD & SMITH | Plaintiffs' Attorneys | Client |
| FOLEY & LARDNER | Plaintiffs' Attorneys | Business Relationship |
| HARRISON WHITE | Plaintiffs' Attorneys | Client |
| FOLEY & LARDNER | Plaintiffs' Attorneys | Client |
| JOHNSON & JOHNSON, PLLC | Plaintiffs' Attorneys | Client |
| MCAFEE & TAFT | Plaintiffs' Attorneys | Client |
| SCOTT & SCOTT | Plaintiffs' Attorneys | Internal Legal Matter |
| STULL, STULL & BRODY | Plaintiffs' Attorneys | Internal Legal Matter |
| COHEN & MILSTEIN | Plaintiffs' Attorneys | Internal Legal Matter |
| MORGAN & MORGAN | Plaintiffs' Attorneys | Internal Legal Matter |
| MOTLEY RICE | Plaintiffs' Attorneys | Internal Legal Matter |
| MARK A. SCHNEIDER | Plaintiffs' Attorneys | Client |
| BARBARA D. UNDERWOOD | Plaintiffs' Attorneys | Client |
| JOHN F. YOUNG | Plaintiffs' Attorneys | Client |
| J. SCOTT TAYLOR | Plaintiffs' Attorneys | Client |
| BARON & BUDD | Plaintiffs' Attorneys | Client |
| MOTLEY RICE | Plaintiffs' Attorneys | Client |
| WEITZ & LUXENBERG | Plaintiffs' Attorneys | Client |
| GEORGE B. DANIEL | Plaintiffs' Attorneys | Client |
| UNITED HEALTHCARE SERVICES INC. | Private Insurance Class | Business Relationship |
| BLUE CROSS BLUE SHIELD ASSOCIATION | Private Insurance Class | Client |
| SHIPMAN & GOODWIN | Private Insurance Class | Client |
| STEVENS LEE | Private Insurance Class | Client |
| UNITED HEALTHCARE SERVICES INC. | Private Insurance Class | Client |
| LOWEY DANNENBERG P.C. | Private Insurance Class | Internal Legal Matter |
| BLUE CROSS BLUE SHIELD ASSOCIATION | Private Insurance Class | Business Relationship |
| BLUE CROSS BLUE SHIELD ASSOCIATION | Private Insurance Class | Client |
| PJT PARTNERS LP | Restructuring Professional | Client |
| WESTCHESTER FIRE INSURANCE COMPANY | Surety Bonds | Client |
| UNITED STATES DEPARTMENT OF THE TREASURY | Taxing Authorities | Client |
| UNITED STATES DEPARTMENT OF THE TREASURY | Taxing Authorities | Business Relationship |
| STATE OF NEW JERSEY | Taxing Authorities | Client |
| UNITED STATES FOOD AND DRUG ADMINISTRATION | Taxing Authorities | Business Relationship |

| | | |
|---|---|---|
| FLORIDA DEPARTMENT OF HEALTH | Taxing Authorities | Client |
| NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN | Taxing Authorities | Client |
| TEXAS DEPARTMENT OF HEALTH | Taxing Authorities | Business Relationship |
| FLORIDA DEPARTMENT OF REVENUE | Taxing Authorities | Client |
| STATE OF HAWAII | Taxing Authorities | Client |
| STATE OF NEW JERSEY | Taxing Authorities | Client |
| PENSION BENEFIT GUARANTY CORPORATION | UCC Members | Business Relationship |
| PENSION BENEFIT GUARANTY CORPORATION | UCC Members | Client |
| BLUE CROSS AND BLUE SHIELD ASSOCIATION | UCC Members | Client |
| BLUE CROSS AND BLUE SHIELD ASSOCIATION | UCC Members | Business Relationship |
| WEST BOCA MEDICAL CENTER | UCC Members | Client |
| COGNIZANT TECH SOLUTIONS US CORP | 50 Largest Unsecured Creditors | Business Relationship |
| AMERISOURCEBERGEN | 50 Largest Unsecured Creditors | Client |
| APC WORKFORCE SOLUTIONS LLC | 50 Largest Unsecured Creditors | Client |
| OPTUMRX, INC. | 50 Largest Unsecured Creditors | Client |
| PL DEVELOPMENT LLC | 50 Largest Unsecured Creditors | Client |
| TRIALCARD INC | 50 Largest Unsecured Creditors | Client |
| PL DEVELOPMENT LLC | 50 Largest Unsecured Creditors | GT-Ireland Client |
| CARDINAL HEALTH | 50 Largest Unsecured Creditors | Client |
| GEORGIA DEPT OF COMMUNITY HEALTH | 50 Largest Unsecured Creditors | Internal Legal Matter |
| DEPARTMENT OF HEALTH CARE SERVICES (CA) | 50 Largest Unsecured Creditors | Business Relationship |
| MCKESSON CORPORATION | 50 Largest Unsecured Creditors | Client |
| WISCONSIN DEPARTMENT OF HEALTH SERVICES | 50 Largest Unsecured Creditors | Client |
| PACKAGING COORDINATORS INC | 50 Largest Unsecured Creditors | Client |
| TRIALCARD INC | 50 Largest Unsecured Creditors | Client |
| AT&T | Utilities | Business Relationship |
| CENTURYLINK | Utilities | Business Relationship |
| COMCAST | Utilities | Business Relationship |
| SPRINT | Utilities | Business Relationship |
| COMCAST | Utilities | Client |
| DUKE ENERGY | Utilities | Client |
| FRONTIER COMMUNICATIONS | Utilities | Client |
| CENTURYLINK | Utilities | Client |
| SPRINT | Utilities | Client |
| STERICYCLE INC | Utilities | Client |
| WASTE INDUSTRIES LLC | Utilities | Client |
| AT&T | Utilities | GT United Kingdom Client |
| COMCAST | Utilities | GT United Kingdom Client |
| IPASS | Utilities | Client |
| SUEZ WTS USA INC | Utilities | Client |
| TIME WARNER CABLE | Utilities | Client |
| AT&T | Utilities | Client |
| ZOOM VIDEO COMMUNICATIONS | Utilities | Client |
| MASERGY COMMUNICATIONS INC | Utilities | Client |
| EVERSOURCE ENERGY | Utilities | Client |

*Please note: The above includes all relationships found for the debtor, their affiliates, and all entities / individuals listed on the Interested Parties List.*