DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
James I. McClammy
Eli J. Vonnegut

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.**, *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

### NOTICE OF ADJOURNMENT OF HEARING REGARDING
### MOTIONS TO FILE PROOFS OF CLAIM AFTER EXTENDED GENERAL
### BAR DATE FILED AT DOCKET NUMBERS 2057, 2069, 2071, 2086, AND 2088

**PLEASE TAKE NOTICE** that between November 30, 2020, and December 7, 2020,

motions to file proofs of claim after the extended general bar date in these cases were filed by

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

several individuals at docket numbers 2057 (Kyle Parks), 2069 (Arlandis C. Issac), 2071 (Andre

S. Youngblood), 2086 (Shane Christian Peterson), and 2088 (Neil W. King) (collectively, the

"**Late Claim Motions**").

PLEASE TAKE FURTHER NOTICE that the Late Claim Motions were scheduled to

be heard on January 20, 2021, at 10:00 a.m. (Prevailing Eastern Time) (the "**Hearing**").

PLEASE TAKE FURTHER NOTICE that on January 13, 2021, the Debtors filed a

*Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended*

*General Bar Date* [Dkt. No. 2267], adjourning the Late Claim Motions to the February 17, 2021

omnibus hearing.

PLEASE TAKE FURTHER NOTICE that on February 5, 2021, the Debtors filed a

*Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended*

*General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088* [Dkt. No. 2356],

adjourning the Late Claim Motions to the March 24, 2021 omnibus hearing.

PLEASE TAKE FURTHER NOTICE that on March 16, 2021, the Debtors filed a *Notice*

*of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General*

*Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088* [Dkt. No. 2496], adjourning

the Late Claim Motions to the April 21, 2021 omnibus hearing.

PLEASE TAKE FURTHER NOTICE that the Hearing has been adjourned to **May**

**20, 2021, at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Judge Robert D. Drain,

United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New

York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**") *provided*

that, pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-**

543"), such hearing shall be conducted telephonically so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.[2]

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Late Claim Motions shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures*, entered on November 18, 2019 [ECF No. 498], so as to be filed and received no later than **May 13, 2021, at 4:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that copies of the Late Claim Motions and related papers may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.  You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

---

[2] A copy of General Order M-543 can be obtained by visiting http://www.nysb.uscourts.gov/news/court-operations-under-exigent-circumstances-created-covid-19.

Dated:   April 14, 2021
         New York, New York

DAVIS POLK & WARDWELL LLP

By:   */s/ James I. McClammy*_____

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
James I. McClammy
Eli J. Vonnegut

*Counsel to the Debtors
and Debtors in Possession*