# Exhibit A

# Third Addendum

# AlixPartners

Mr. Jon Lowne  
Chief Financial Officer  
Purdue Pharma L.P.  
One Stamford Forum  
201 Tresser Boulevard  
Stamford, CT 06901-3431

March 18, 2021

Mr. James P. Doyle  
Vice President & General Counsel  
Rhodes Technologies  
Rhodes Pharmaceuticals L.P.  
498 Washington Street  
Coventry, RI 02816

**Re: Agreement for eDiscovery Consulting Services – Third Addendum**

Dear Sirs:

This letter is the third addendum (the "Third Addendum") to the agreement between AlixPartners, LLP ("AlixPartners") and Purdue Pharma Inc., Purdue Pharma L.P., Rhodes Associates L.P., Rhodes Technologies and Rhodes Pharmaceuticals L.P. (each collectively with their respective subsidiaries, the "Company") dated March 5, 2019 (as further amended, modified and supplemented from time to time, the "Engagement Letter"). Unless otherwise modified herein, the terms and conditions of the Engagement Letter remain in full force and effect. Capitalized terms not otherwise defined herein shall have the meaning given to them in the Engagement Letter.

*The following is in addition to the Engagement Letter:*

**Objectives and Tasks**

AlixPartners may coordinate with the Company to perform the following tasks:

- Develop and provide a secure data repository according to specifications provided by the Company.

- Coordinate and implement data collection and transfer processes.

- Prepare and make available for download documents identified by the Company in accordance with requested production specifications.

- Assist the Company with such other matters as may be requested by the Company that are within AlixPartners' expertise and are mutually agreeable.

**Timing and Fees**

AlixPartners will commence this engagement on or about March 18, 2021, after receipt of a copy of the executed Third Addendum.

The Company shall compensate AlixPartners for its services provided in this Third Addendum, and reimburse AlixPartners for expenses, as set forth on Schedule 1. Consultant billable hours shall continue to be charged as provided in the Engagement Letter.

# AlixPartners

Mr. John Lowne
Mr. James P. Doyle
Page 2 of 4

\* \* \*

If these terms meet with your approval, please sign and return a copy of this Third Addendum.

We look forward to working with you.

Sincerely yours,

ALIXPARTNERS, LLP

*[signature]*

Lisa Donahue
Managing Director

Acknowledged and Agreed to:

PURDUE PHARMA INC.
By: _J. [signature]_
Its: _____
Dated: _3/26/2021_

PURDUE PHARMA L.P.
By: _J. [signature]_
Its: _____
Dated: _3/26/2021_

RHODES ASSOCIATES L.P.
By: _[signature]_
Its: _VP&GC_
Dated: _3/26/21_

RHODES TECHNOLOGIES
By: _[signature]_
Its: _VP&GC_
Dated: _3/26/21_

RHODES PHARMACEUTICALS L.P.
By: _[signature]_
Its: _VP&GC_
Dated: _3/26/21_

**AlixPartners**

## Schedule 1

### Fees and Expenses

**Fees:** AlixPartners' fees will be based on the hours spent by AlixPartners personnel at AlixPartners' hourly rates. The following charges for hosting, storage and transfer of data will apply in addition to the hourly fees associated with those services.

| Service Description | Per Unit Cost |
|---|---|
| Secure Repository Hosting Fees (Monthly Charge) [1][2][3] | US$6/GB |
| Other Items | |
| Media | For data security purposes, AlixPartners uses 256 Bit AES hardware encrypted hard drives for collection, archive and production of client data. The cost of these hard drives is: <br><br> 2TB Hard Drive - US$300 <br> 4TB Hard Drive - US$400 <br> 8TB Hard Drive - US$500 <br> Larger hard drives and custom storage devices will be billed at cost plus hourly Technical Time to configure. <br><br> Preparing and shipping of data drives - US$50 per drive |
| Nearline (no user access) (Monthly Charge) | 1/2x full monthly hosted rate |
| Archived Project Data Storage [4] | US$2/GB per month, payable annually on January 1 with a minimum fee of US$2,500/year |

[1] Hosted volume is calculated based on the size of all data under management in AlixPartners' environments, including source data, databases, indices, and log files.

[2] AlixPartners does not prorate hosting or database access fees. Any active hosting or database access licenses accounts during any month result in a full month's fees.

[3] AlixPartners will offer a credit for hosting charges in each 6th month of hosting, limited to the hosting charge of the prior month.

[4] Archived Project Data Storage incurred only when the data is full archive. Per GB charges are incurred only when the data is in full archive in the data center.

**AlixPartners**

## Data Protection Schedule

### Processing, Personal Data and Data Subjects

AlixPartners will generally not process any Personal Data on behalf of the Company under this Third Addendum but will receive and potentially process personal details of employees/contractors of the Company who will be involved in the services to which this engagement relates such as name, job title, email address, telephone number. AlixPartners will use such personal details (i) for the purpose of communicating about the services to which this engagement relates and performing the services under this Third Addendum and (ii) for the duration necessary for the delivery of the services under this Third Addendum.