Judge Drain
US Bankruptcy Court
300 Quarropas St.
White Plains, NY 10601

To: Court Clerk

4/7/2021

From: Kevin McKenney SR
2388 Prince John Ct.
Quinton Va 23141
Creditor PRO-SE

Dear Clerk,
Please file this motion and objection on my own behalf as I am Pro-SE. I do not have access to e-file so please add me to any list that will allow me to recieve filings as I have been unable to access E-file/Pacer.

My #'s Claim #'s = (41399)
      claim
      amendment # = (615834)

FILED U.S. BANKRUPTCY COURT 2021 APR 13 P 12:28 S.D. OF N.Y.

United States Bankruptcy Court
Southern District New York

In re:
Purdue Pharma L.P.
et al
    debtors

Chapter 11
case # 19-23649

OBJection: to Purdue Pharma proposed Bankruptcy restructuring Plan

This creditor, myself, Kevin Lee McKenney Jr. object to the Purdue Pharma restructing plan and any plea deals or deals for criminal disposition or immunity based on the following:

① Purdue itself incorporated their own criminal disposition including any and all criminal charges, proceedings, findings and sentencing within and/or into their request and filing for this case a Chapter 11 Bankruptcy protection case in Federal Bankruptcy Court Southern District NY White Plains NY.

② Judge Drain granted or ordered that criminal disposition to be incorporated into this civil bankruptcy filing.

③ The debtor requested it, the court granted it, ~~court there~~ and therefore this case requires this court to provide legal representation to all parties in this Bankruptcy Chapter 11 case because it is an exception to the typical proceedings because criminal disposition is also addressed.

④ In criminal cases the governmental party of interest's legal counsel of law represents the victim/creditor and the court must provide the same right to the defendant/debtor should they be

financially unable to do so for themselves. Therefore having allowed criminal disposition within civil filing proceeding the court must provide the same equality as in a criminal proceeding.

5) Creditors whom are financially unable to do so, must be given legal representation, in the name of justice and fairness as would apply to every other criminally disposed proceeding, in any courtroom in the United States of America.

motion:
I motion the court provide or the court order Purdue Pharma LP to provide, legal counsel to every independent party that is a creditor in this case. Each creditor should have full access legal counsel independent of

Purdue Pharma if they are financially or physically unable to do so. All creditors should be provided legal counsel and resources no matter race, creed, gender, sexual orientation, or circumstances.

Purdue is taking advantage of the unfortunate circumstances that Purdue also caused. ~~scribbled out~~

With all due respect, sir, the court is allowing that to happen unless the court orders ~~scribbled~~ legal equality to all creditors to Purdue Pharma L.P.

These are human beings lives, not just dollar bills. The money has NO value compared to life and/or quality of life. Creditors deserve legal equality.

Thank you, [signature]

# Certificate of Service

I certify that on this 7th day of April, 2021 that I served parties of interest a copy of all within

= Davis Polk Woodwell
Counsel for debtors

Kevin Lee McKenney Sr.

*/s/ Kevin McKenney/*

2388 Prince John Ct
Quinton Va 23141