FOR LEGAL USE ONLY

# UNITED STATES BANKRUPTY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Troy Anthony Pesina<br>Creditor, Pro Se<br>V. | CHAPTER 11<br><br>Case No: 19-23649 (rdd)<br>Request Permission<br>for leave of Court<br>To Amend General Opioid<br>and Personal Injury Claims |
| Purdue Pharma L.P. et.at,<br>debtors | |

## I.

Comes now Creditor Requesting Permission for leave to "Amend Claim "General Opioid," first filed on August 30ST, 2020, claim #616033 and First Amended Claim "General Opioid filed on December 10TH, 2020, claim #619085. Creditor seeks leave to Amend General Opioid Claim for Second to correct errors, mistakes and or legal theory of recovery on facts set forth in original

For Legal Use Only

FOR LEGAL USE ONLY

FOR LEGAL USE ONLY

claim.

## II

Creditor seeks leave requesting for permission to "Amend Claim" Personal Injury" first filed on August 31ST, 2020, claim #615765 and First Amended filed on December 8TH, 2020 #619079 to Amend claim to Second Amended to correct errors, mistakes and or legal theory of recovery on facts set forth in original claim.

For Legal Use Only

WHEREFORE, creditor respectfully PRAYS that this Court Grant Permission for leave to Amend the foregoing Claims.

Dated April 1st, 2021
Respectfully Submitted,
Troy A. Pesina
Troy A. Pesina

FOR LEGAL USE ONLY

Tray A. Pecina
Spokane County Jail
1100 W. Mallon Ave.
Spokane, WA.
99260

Legal
Mail

SPOKANE WA · 990

5 APR 2021    PM 3  L

FOREVER
USA

"
Court Clerk for Judge Robert D. Drain
United States Bankruptcy Court Southern Dist. of New York
300 Quarropas Street
White Plains, NY.
10601-4140

LEGAL MAIL

Legal
Mail

10601-414000