Judge Robert D. Drain  April 1st, 2021
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

re: Notice of Hearing - Req for Court Order

Dear Honorable Judge Robert D. Drain,
I was just made aware that the number I must call is automated (646)-760-4600 and in order to participate a live person must accept my pre-paid call. (for Court Solutions)

I apologize for this inconvenience and request for your lienancy as I stumble through this please forgive me.

Respectfully,

Troy A. Pesina

Troy A. Pesina
Spokane County Jail
1100 W. Mallon Ave.
Spokane, WA. 99260

FOR LEGAL USE ONLY

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Troy Anthony Pesina<br>Creditor, Pro Se<br>V.<br>Purdue Pharma L.P. et. al,<br>debtors | CHAPTER 11<br><br>Case No: 19-23649 (rdd)<br>Request for Court Order |

Comes now Creditor seeking an Order from this Court for Commander Sparber of the Spokane County Jail located at 1100 West Mallon Avenue, Spokane, Washington, 99260 to provide to the creditor Troy Anthony Pesina access to a telephone that will allow the pro-se creditor to participate in the "Notice of Hearing: Motion to File Proof of Claim After Claims Bar Date filed by

For Legal Use Only

FOR LEGAL USE ONLY

-1-

Troy A. Pesina (Entered: 12/23/2020).

This Order is to direct the Spokane County Jail to provide pro-se Creditor access on the day as set forth in the "Notice of Hearing" of April 21st, 2021 at 10:00 a.m. eastern but for access to a phone at 7:00 a.m. to compensate for the 3 hour time diffrence.

II

WHEREFORE, creditor respectfully prays that this Court Grant Order requested.

Dated April 1st, 2021        Respectfully Submitted

Troy A. Pesina

Troy A. Pesina

-2-

Troy A. Resina
1100 W. Mallon Ave.
Spokane, WA. 99260

SPOK
5 APR 202

Legal Mail

Judge Robert D.
United States Bank,
Southern District o
300 Quarropas
White Plains, NY. 1

LEGAL MAIL

SDNY ISMP

10601-414000