Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of NEW YORK
300 Quarropas Street
White Plains, New York
        10601

FILED 4-1-2021
U.S. BANKRUPTCY COURT
2021 APR -9 P 3:36
S.D. OF N.Y.

re: Seek leave to Amend Claim Motion

I would like permission to Amend my claim please. I think I am doing this correct and apologize for any inconvienance.

Sincerly Brian Lee Danner
Brian L. Danner
Spokane County Jail
1100 W. Mallone Ave
Spokane, WA. 99260

United States Bankruptcy Court

Southern District of New York

| Brian Lee Danner<br>Creditor, Pro se<br>v.<br><br>Purdue Pharma L.P., et al.,<br>debtors | Chapter 11<br><br>Case no:<br>Request Permission<br>for leave of court<br>To Amend General Opiod<br>and Personal Injury claims |
|---|---|

I.

Comes now Creditor requesting Permission for leave To, "Amend claim' General Opiod" first filed on October 20th, 2020, #618545 claim and First Amended Claim' General Opiod filed on December 10th 2020, Claim # 619087    Creditor seeks leave to Amend General Opiod claim for Second to correct errors, mistakes and or legal theory of recovery on facts set forth in Original

Claim.

## II

Creditor seeks leave requesting for Permission to "Amend claim 'Personal Injury'" first filed on October 30th, 2020, claim #618573 and Creditor seeks permission of this court to Amend claim for first to correct errors, mistakes and or legal theory of recovery on facts set forth in original claim.

## III

Wherefore, creditor respectfully prays that this court Grant Permission for leave to Amend the foregoing claims

Dated April 1st, 2021

Respectfully Submitted,

Brian Lee Danner

Brian L. Danner
1100 W. Mallone Ave
Spokane, WA,
99260

SPOKANE WA 990
5 APR 2021 PM 3 L
USA FOREVER

USMY
SDNY
WP
LEGAL MAIL

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York
10601

10601-414000