12.31.2020

To: The Honorable Justice Robert Drain
United States Bankruptcy Judge
United States Bankruptcy Court, Southern District of New York
300 Quarropas Street White Plains, New York 10601-4140

Re:    Purdue Pharma L.P., et al, Case No. 19-23649 (RDD)
From: Colonel Ralph Olsen M.D.

Dear Judge Drain:

Under my claim No. (redacted) (Colonel Ralph Norman Olsen MD, d.o.b. (redacted), I ask to recover personal injury damages under 11 U.S.C. (§) 507 (a) based on the over-prescription & administration of OxyContin ® over a period of 8 weeks in late 2018. My unavoidable dependence resulted in bodily harm to myself and my eventual 2.09.2020 stroke. I am unable to pronounce words nor move the right side of my body and my psychiatrist has needed to prescribe (redacted) to stave off my growing depression. I am unable to write, ergo my daughter and Power of Attorney is dictating my letter. I am a U.S. Army Veteran and a retired Pediatrician who practiced both privately and in the U.S. Army for 60 years. That is travesty could happen to me must speak to Purdue Pharma's wickedness.

Purdue Pharma L.P. has admitted – under oath in Federal Court – that they are guilty of "gross negligence". Purdue Pharma is on record for defrauding the federal government and misleading doctors and caregivers by paying them to overuse these opiates and keep people like myself hooked on them. While in rehabilitation for a heart attack, the caregivers gave me 4+ of these wicked OxyContin/Oxycodone drugs per day sometimes more for the pain and I became addicted. When I finally did go through withdrawal, my hallucinations and wandering caused me to fall.

When I was Chief of Command at West Point Army Hospital, White Plains, NY (1980-1984), we had strict measures in place to restrict Opioids. To even consider a settlement that can partially be paid by profits of Purdue Pharma selling more opioids is an insult to those who have suffered and more tragic than I, died. No jail time is a slap in the half of my face that I can still feel. The damages I seek should be deemed non-dischargeable, due and payable in full before I die, so my family can help others afflicted by The Sackler Family's greed and negligence.

Respectfully,

*Ralph N Olsen*

Ralph Olsen M.D. – COLONEL ARMY OF THE UNITED STATES RETIRED

April 9th, 2021

To: Mr. Eddie Andino
<u>United States Bankruptcy Judge</u>
<u>United States Bankruptcy Court, Southern District of New York</u>
<u>300 Quarropas Street White Plains, New York 10601-4140</u>

Re: Reposted letter from Colonel Ralph N. Olsen MD

Dear Mr. Andino,

Upon the suggestion of Attorney Edan Lisovicz (AKIN GUMP STRAUSS HAUER & FELD LLP with whom you spoke Wednesday, I am writing to resubmit my letter from December 31st, 2020 to Justice Drain. AttorneyLisovicz rang me back and explained that you, perhaps, could now place the letter on the Court Purdue Pharma L.P. Case No. 19-23649 docket now that my name and case # have been redacted.

It is important to me that this letter becomes public knowledge to emphasis the fact that this travesty can happen to not only a U.S. Army officer, but an MD. That is how wickedly powerful The Sackler family's hold was on each one of us no matter what status, class or rank. Sincere thanks.

Respectfully,

*[signature: Ralph N. Olsen]*

**Ralph Olsen M.D. – COLONEL ARMY OF THE UNITED STATES RETIRED**