April 8, 2021

Honorable Robert D. Drain

300 Quarropas Street

White Plains, NY 10601-4140

Your Honor,

I am writing this letter to you objecting Purdue Pharma's Plan of Reorganization that was submitted to the Bankruptcy Court. One of the primary purposes of the law of bankruptcy is to give an honest debtor a "fresh start" in life by relieving the debtor of most debts. The key words in that purpose an honest debtor. Purdue Pharma has never been an honest debtor. It is stated in multiple articles that they were not honest. In much of its promotional campaign—in literature and audiotapes for physicians, brochures, and videotapes for patients, and its "Partners Against Pain" Web site—Purdue claimed that the risk of addiction from OxyContin was extremely small. Purdue trained its sales representatives to carry the message that the risk of addiction was "less than one percent." The remarkable commercial success of OxyContin, however, was stained by increasing rates of abuse and addiction. Under the Food, Drug, and Cosmetics Act and implementing regulations, the FDA regulates the advertising and promotion of prescription drugs and is responsible for ensuring that prescription drug advertising and promotion are truthful, balanced, and accurately communicated. When OxyContin entered the market in 1996, the FDA approved its original label, which stated that iatrogenic addiction was "very rare" if opioids were legitimately used in the management of pain. In July 2001, to reflect the available scientific evidence, the label was modified to state that data were not available for establishing the true incidence of addiction in chronic-pain patients. It should not have taken five years to realize they did not have the data to establish the true incidence of addiction.

My father suffered from chronic back pain; multiple other treatments had been tried with no success. My father also had diagnoses of severe depression, suicidal ideations with one failed attempt and alcoholism. My father was also a successful nursing home administrator who changed countless lives. My father was never educated on the risk of addiction related to oxycontin because Purdue Pharma did not market oxycontin as being highly addictive, they intentionally failed to educate prescribers. By the time Purdue Pharma admitted to oxycontin being highly addicting it was too late for my father, his body was already dependent on it, his depression and suicidal ideations were at an all time high, and when he ran out of oxycontin his 12 years of sobriety from alcohol ended. But what also ended was the childhood of his five children. Five children who had to sit and watch a highly educated and successful man lie in the fetal position on a bed with no will to live. Five children who worried every day that they might come home and find that their father had finally ended his life. Numerous inpatient psychiatric stays and sadly numerous times when he was denied help for addiction because he was on oxycontin and rehab facilities would not take him on that medication. My father's body was so

dependent on oxycontin that I had to pay over $800 for eight pills to last my dad through the weekend. When the pharmacist asked me if I was really going to pay that amount, I said to him," I have no other choice, if I don't my father will end up in the emergency room where no one will help him because they'll think he is drug seeking." My father died addicted to pain medication and sadly that last conversation he had with a doctor was how much he wanted to get off pain medication because he was a prisoner in his own body, the pain medication was like a ball and chain. I know without a doubt my father would still be alive and working had he never been prescribed oxycontin.

Approving Purdue Pharma's Plan of Reorganization is giving them a second chance, a second chance to destroy more lives. My family does not get a second chance with our father and countless other families do not get a second chance with the loved ones they have lost so why should Purdue Pharma?

I am hoping you will take into consideration the pain and suffering families have gone through and continue to go through every day as a result of Purde Pharma's actions when making your final decision.


Respectfully Submitted,

Susan D. Haswell

74 Washington Road

Cromwell, CT 06416

860-638-7434

Susan Haswell
74 Washington Rd
Cromwell, CT
06416

Honorable Robert D. Drain
300 Quarropas St
White Plains, NY
10601