Honorable Robert D. Drain, Judge　　　　　　　　　　　　　　　March 25, 2021
United States Bankruptcy Court
　Southern District of New York
300 Quarropas Street
White Plains, NY 10601



Dear Judge Drain,

I hope my letter finds you well and in as good of health as you are busy. Upon my recent review of the latest Purdue Pharma Plan of Reorganization email, I can tell there is a lot to still determine and much work ahead of you.

Sir, I sincerely write you this day in an effort to bring an imperative change in the direction my claim, along with all the personal claims, appear to be heading. It deeply saddens me to see that the States are being rewarded the "Lion's share", some four billion dollars, of the Settlement while the personal claimants, the mothers … the fathers … those who suffered the greatest possible heartaches, are herded down the financial path with a pocket full of more sorrow. A total of $700,000,000 resulting in an average claim of $5,196 per claimant is shameful. That is barely a hopeless gesture of recompense.

I can't begin to properly explain the incredible bone deep sorrow I still feel today, some eight years later, over the loss of my son Trent to opioids. Trent was everything to me; my best friend; my hunting buddy; my pride and joy; my only begotten son. There is not a day that goes by that I don't feel like crying and only through time and the ability to control my thoughts, does a deep sob turn into a hidden whimper.

Every other personal claimant feels exactly like I do. Nothing can fill the void, and no amount of money can replace the love that we lost forever nor satisfy the hole in our hearts that never heals. I represent the faces where the greatest loss occurred and we all experienced dreadful financial troubles trying to keep our children alive with the hope that they could beat this devilish addiction. We are not the institutions, the states or local governments who can manage funds through additional taxes or practice better fiscal responsibility. We were not recently given billions of dollars in Covid Relief, far more than they need of which

1

91% has nothing to do with fighting Covid itself. They surely don't need your additional award dollars.

We are deeply hurting parent's upside down mentally, emotionally, spiritually and financially since day one our child took a Purdue Opioid. This Purdue Pharma Plan of Reorganization which you oversee initially gave me hope that maybe I could recoup my losses and prayerfully receive some additional funds for the wrongs Purdue admits which sealed my fate. I am begging today that you choose the fork in the road that leads to a proper judgment and rewards directly those of us who suffered personal losses, not institutional losses. Looking back at the Tobacco awards, States walked away with a similar settlement, while very little was paid out to current and prior victims. That was just plain wrong and we appear to be marching to the same drum beat.

Sir, you have the power to choose a better healing path recognizing each individual's personal loss and grief over any and all municipal entities. It is hard work to get it right based on each personal loss. I am asking you to be a trail blazer, someone law school students admire and praise for the hard and ethical decision that you WILL make. You are a better person than to place more pain and disappointment on personal claimants. Please make a difference in your life, take a "higher" road for all of us helping us get whole again … at least financially.

I beseech you to strongly consider my plea and pray over your decision. I pray you reverse the amounts considered and give those who personally suffered what you are now considering granting to individual states and local governments. It is the right decision to make.

In God we trust, in Judge Drain we faithfully wait,

*Scotti Madison*
Scotti Madison and/or The Estate of Trent Alexander Madison
Case No. 19-23649 (RDD)
Claim Number 67122
P.O. Box 159223
Nashville, TN 37215
ps. I hope you found the time to read my book, The Other Side Of The Earth".

2