DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
James I. McClammy
Eli J. Vonnegut

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' STATEMENT IN SUPPORT OF THE MOTION TO
WITHDRAW MOTION TO PERMIT THE FILING OF A CLASS PROOF
OF CLAIM, AND TO ALLOW FILING OF 272 NAS CLAIMANT PROOFS OF CLAIM**

        Purdue Pharma L.P. ("**PPLP**") and its affiliates that are debtors and debtors in possession in these proceedings (collectively, the "**Debtors**," the "**Company**," or "**Purdue**")

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

respectfully represent as follows in support of the *Motion to Withdraw Motion to Permit the Filing of a Class Proof of claim, and to Allow Filing of 272 NAS Claimant Proofs of Claim* [Dkt. No. 2611] (the "**Motion**"):

1. In light of the agreement reached between Movant Tiffany Dunford as Next Friend of T. N. Dunford, the Ad Hoc Group of Individual Victims, and the NAS Ad Hoc Committee, and in an effort to prevent unnecessary delay and preserve estate resources at this critical juncture in these cases by avoiding litigation on the *Motion to Permit the Filing of a Class Proof of Claim* [Dkt. No. 1408] (the "**Class Claim Motion**"), the Debtors have no objection to the relief sought in the Motion. The Motion represents a reasonable resolution to the Class Claim Motion.

Dated: April 18, 2021
      New York, New York

                                                 */s/ James I. McClammy*
                                                 DAVIS POLK & WARDWELL LLP
                                                 450 Lexington Avenue
                                                 New York, New York 10017
                                                 Telephone: (212) 450-4000
                                                 Facsimile: (212) 701-5800
                                                 Marshall S. Huebner
                                                 Benjamin S. Kaminetzky
                                                 Timothy Graulich
                                                 James I. McClammy
                                                 Eli J. Vonnegut

                                                 *Counsel to the Debtors*
                                                 *and Debtors in Possession*