# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| Troy Anthony Pesina, Creditor, Pro Se | Chapter 11 Case NO: 19-23649 (RDD) |
|---|---|
| V. | |
| Purdue Pharma L.P., et al., Debtors | Declaration In Support Of Motion for "Extension Of BAR DATE" and Clearity |

## I.

Comes Now Creditor to clarify his living condition and better explain for his delay in filing, 'Opioid Claim and Personel Injury Claim' filed on August 31st, 2020.

## II

I, Troy Anthony Pesina, make this declaration in support of, "Extension of Bar Date", and to better explain reasons for delay in filing.

1. Creditor has been incarcerated since March of 2019. This Contributed to the delay in filing.

2. The Spokane County Jail controls Creditors ability to gather information incoming and all movement. This Contributed to the delay

3. March of 2020 the Spokane County Jail went on lock down to prevent the spread of COVID-19 halting any ability I had to communicate with the outside world. This Contributed to the delay also

4. As soon as creditor was able to he wrote to Purdue Pharma Claims for Claim forms via mail on or about July 27th 2020. This contributed to my delay.

5. Request for claim forms where recieved by the Prime Clerk on August 13, of 2020.

For Legal Use Only

6. At the same time of creditors attempt to file Claims the United States Postal Service was slowed due to lack of financial monies. This was out of my control and contributed to the delay.

7. Covid-19 hit the United States and the country went on lock down halting the country and placing me into even more isolation and lock down. This stopped all communication's and all interactions with those from the outside world. This was an act of GOD and out of my control and contributed greatly to my ability to file timely.

8. My claims where filed on August 31ST 2020.

9. Once I became aware of possible error in my filing I filed motion for "Acceptance of Claim filed after Bar Date".

10. I did not find out about BAR DATE until after claim was filed. This contributed to my delay.

For Legal Use Only

III

The creditor wishes to better clarify for this Great court of

his inability to gather information and relies on third parties for information about the ongoings in the outside world and or society in general.

Creditor also wants to make sure the Court has a good understanding that the Spokane County Jail in Spokane, Washington will "NOT" provide pro-se [For Legal Use Only] creditor with the means to attend the telephonic Hearing scheduled for April 21st, 2021 at 10:00 a.m (eastern time).

Creditor has filed previous motions and included the Jail Sergants responses to creditors request.

Creditor apologizes for this inconvienance and request this court to use this Declaration to make an informative decision in regaurds to his request for "Acceptance of Claims filed after Bar Date".

For Legal Use Only

I, Troy Anthony Pesina, declare under the Penalty of Purjury Under the laws of the United States of America the foregoing is True and correct. On this day 11th, 2021, at Spokane County Jail, Spokane, WASHINGTON, 1100 W. Mallon. Ave. 99260.

Respectfully,

Troy A. Pesina

Troy A. Pesina
1100 W. Mallon Ave
Spokane, WA.
99260