United States Bankruptcy Court
Southern District of New York

In re:
Purdue Pharma L.P. et al.,
Debtors

Chapter 11
Case No. 19-23649 (RDD)

## Intervenors Motion to Appoint Counsel And Participate

Comes now pro se prisoner/intervenor, **Ronald Luczak**, who has attempted to file a claim with the debtors in this action via their solicitation agent to no avail as responses to multiple letters have not occurred. Intervenor possesses an economic interest that will be harmed due to (1) inability to submit objections without access to a law library due to Covid-19, (2) inability to attend the April 21 hearing, (3) inability to file a claim due to the unresponsiveness of the solicitation agent. Intervenor claims $12,500,000.00 dollars for a litany of torts arising from prior prescriptions for **oxycontin**, **Roxicet**, **Percocet**, usage. Wherefore an Order to appoint counsel, allow participation at the April 21, 2021 hearing and extension of the April 12, objections deadline is hereby requested (See 28 USC 1915(e)(1)).

Name Ronald Luczak
No- 69674-053
USP Coleman-2
PO Box 1034
Coleman FL 33521

FILED
2021 APR 16 A 11:34
U.S. BANKRUPTCY COURT
S.D. OF N.Y.

CC: Marshall Huebner, Arik Preis, Justin Alberto