UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re: Purdue Pharma L.P., et al.                                   Case No.: 19-23649
                                                                    Chapter 11
                                        Debtor
------------------------------------------------------------x
Mark Barros, et al
                                        Plaintiff
                v.

                                        Defendant
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, <u>Julianne Feliz-Kidd</u>, request admission, *pro hac vice*, before the Honorable <u>Robert D. Drain</u>, to represent <u>Mark Barros & others</u>, <u>creditors</u> in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of <u>Massachusetts</u> and, if applicable, the bar of the U.S. District Court for the <u>Northern</u> District of <u>Massachusetts.</u>

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 9, 2021
_____, New York

Mailing Address:
Law Office of Julianne Feliz-Kidd
70 South Main Street
Fall River, MA 02721
E-mail address: kidesq1@aol.com
Telephone number: (508) 314-5853

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re: Purdue Pharma L.P., et al.           Case No.: 19-23649
                                            Chapter 11
                           Debtor
---------------------------------------------------------x
Mark Barros, et al
                           Plaintiff
        v.
                           Defendant
---------------------------------------------------------x


## COUNSEL'S AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION, *PRO HAC VICE*

1. My name is Julianne Feliz-Kidd and I am a practicing attorney [BBO 561331] in good standing in the state of Massachusetts.
2. My office is located at 70 South Main Street, Fall River, Massachusetts, 02721.
3. I have been a practicing attorney since December 28, 1983.
4. I, along with co-counsel, Attorney Clifford Samuel Sutter, have filed 85 personal injury claims against the debtors, Purdue Pharma.
5. I do not have a law license in the state of New York where this matter is now pending.
6. I have filed a Motion Pro Hac Vice, along with my filing fee of $200, and request this Honorable Court to allow my motion for purposes of representing my injured clients.
7. I have attached a copy of our spread sheet with names of our clients and claim numbers supporting this motion.

SIGNED AND SWORN under the pains and penalties of perjury. Signed this _____9th_____ day of ____April____ 2021.

                                                        Julianne Feliz

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re: Purdue Pharma L.P., et al.                          Case No.: 19-23649
                                                           Chapter 11
                              Debtor
---------------------------------------------------------x
Mark Barros, et al
                              Plaintiff
      v.
                              Defendant
---------------------------------------------------------x


**ORDER ON MOTION FOR ADMISSION, PRO HAC VICE**

After reviewing Counsel's Motion and Affidavit attached, representing she has filed eighty-five (85) personal injury claims in the above matter, Motion for Admission Pro Hac Vice of Attorney Julianne Feliz-Kidd of Fall River, Massachusetts is hereby ALLOWED.


                                                 _____

                                                 Honorable Robert Drain, Presiding


Dated_____

LAW OFFICES OF JULIANNE FELIZ
ATTORNEY JULIANNE FELIZ
70 South Main Street
Fall River, MA 02721
*"WHERE THE CLIENT IS OMNIPOTENT"*

April 9, 2021

United States Bankruptcy Court
For the Southern District of New York
Clerk's Office -Motions Pro Hac Vice
300 Quarropas Street
White Plains, NY 10601

Re: Case No. 19-23649 (RDD)- Unsecured Creditors v. Purdue Pharma

Dear Representative:

Please find enclosed the following documents in connection with the above-matter:

1. Electronic Filing of Motion Pro Hac Vice/Affidavits of Counsel
2. Hard Copy of Motion Pro Hac Vice
3. Har Copy of Affidavits of Counsel
4. Filing Fee $200 for each counsel
5. Order on Motion Attorney Julianne Feliz-Kidd
6. Order on Motion for Clifford Samuel Sutter

Thank you for your attention regarding this matter.

Yours sincerely,

Julianne Feliz-Kidd

EC/jf

Office Telephone: (508) 636-4002
Facsimile: (508) 636-6534
Cell: (508) 314-5853

kidesq1@aol.com

Portuguese / Spanish Speaking