UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re: Purdue Pharma L.P., et al.                                    Case No.: <u>19-23649</u>
                                                                     Chapter <u>11</u>

                                              Debtor

---------------------------------------------------------x

Mark Barros, et al

                                              Plaintiff

            v.

                                              Defendant

---------------------------------------------------------x


## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*


I, <u>Clifford Samuel Sutter</u>, request admission, ***pro hac vice***, before the Honorable <u>Robert D. Drain</u>, to represent <u>Mark Barros & others</u>, <u>creditors</u> in the above-referenced case.


***I certify that I am a member in good standing*** of the bar in the State of <u>Massachusetts</u> and, if applicable, the bar of the U.S. District Court for the <u>Northern</u> District of <u>Massachusetts.</u>


I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated: *April 9, 2021*

_____ , New York


Mailing Address:

Law Office of Clifford Samuel Sutter

34 Borden Street

Fall River, MA 02721

E-mail address: css8311910@yahoo.com

Telephone number: (774) 488-4944

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re: Purdue Pharma L.P., et al.                                    Case No.: <u>19-23649</u>
                                                                     Chapter <u>11</u>

                                    Debtor
---------------------------------------------------------x
Mark Barros, et al

                                    Plaintiff
                    v.

                                    Defendant
---------------------------------------------------------x

## COUNSEL'S AFFIDAVIT IN SUPPORT OF MOTION FOR
## ADMISSION, *PRO HAC VICE*

1. My name is Clifford Samuel Sutter and I am a practicing attorney [BBO 542496] in good standing in the state of Massachusetts.
2. My office is located at 34 Borden Street, Fall River, Massachusetts, 02721.
3. I have been a practicing attorney since December 28, 1983.
4. I, along with co-counsel, Attorney Julianne Feliz-kidd, have filed 85 personal injury claims against the debtors, Purdue Pharma.
5. I do not have a law license in the state of New York where this matter is now pending.
6. I have filed a <u>Motion Pro Hac Vice</u>, along with my filing fee of $200, and request this Honorable Court to allow my motion for purposes of representing my injured clients.
7. I have attached a copy of our spread sheet with names of our clients and claim numbers supporting this motion.

SIGNED AND SWORN under the pains and penalties of perjury.  Signed this
_____9th_____ day of ___April_____ 2021.

Clifford Samuel Sutter

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re: Purdue Pharma L.P., et al.                                Case No.: <u>19-23649</u>
                                                                 Chapter <u>11</u>

                                          Debtor

-----------------------------------------------------------x

Mark Barros, et al

                                          Plaintiff

                    v.

                                          Defendant

-----------------------------------------------------------x


## ORDER ON MOTION FOR ADMISSION, PRO HAC VICE


After reviewing Counsel's Motion and Affidavit attached, representing he has filed eighty-five

(85) personal injury claims in the above matter, Motion for Admission Pro Hac Vice of Attorney

Clifford Samuel Sutter of Fall River, Massachusetts is hereby ALLOWED.



                                        _____

                                        Honorable Robert Drain, Presiding



Dated_____