**Objection Deadline: May 3, 2021 @ 12:00 p.m. (ET)**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.,*[1] | Case No. 19-23649  (RDD) |
| Debtors. | (Jointly Administered) |

**EIGHTEENTH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTORS FOR**
**ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND FOR REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD OF FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| | | |
|---|---|---|
| **Name of Applicant:** | **ALIXPARTNERS, LLP** | |
| **Applicant's Role in Case:** | **Financial Advisor to the Chapter 11 Debtors** | |
| **Date Order of Employment Signed:** | **November 21, 2019 [Docket No. 528],** *Nunc Pro Tunc* **to September 15, 2019** | |
| **Time period covered by this statement:** | **Beginning of Period** | **End of Period** |
| | **February 1, 2021** | **February 28, 2021** |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total fees requested in this statement:** | **$613,429.20 (80% of $766,786.50)** | |
| **Total expenses requested in this statement:** | **$0.00** | |
| **Total fees and expenses requested in this statement:** | **$613,429.20** | |
| **This is a(n):   _X_ Monthly Application ___ Interim Application ___ Final Application** | | |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FOR THE PERIOD FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Lisa Donahue | Managing Director | $1,295 | 26.2 | $ 33,929.00 |
| Richard Collura | Managing Director | $1,125 | 20.6 | 23,175.00 |
| Jesse DelConte | Managing Director | $1,055 | 197.5 | 208,362.50 |
| Gabe J Koch | Director | $865 | 115.5 | 99,907.50 |
| HS Bhattal | Director | $865 | 153.8 | 133,037.00 |
| Sam K Lemack | Senior Vice President | $665 | 174.0 | 115,710.00 |
| Andrew D DePalma | Vice President | $625 | 106.8 | 66,750.00 |
| Lan T Nguyen | Vice President | $530 | 132.6 | 70,278.00 |
| Tammy Brewer | Vice President | $465 | 2.0 | 930.00 |
| Melanie McCabe | Vice President | $430 | 24.0 | 10,320.00 |
| Andrew Gettler | Associate | $375 | 11.7 | 4,387.50 |
| **Total Professional Hours and Fees** | | | **964.7** | **$ 766,786.50** |
| Less 50% Travel Fees | | | | - |
| **Subtotal** | | | | **$ 766,786.50** |
| Less 20% Holdback | | | | (153,357.30) |
| **Invoice Total** | | | | **$ 613,429.20** |
| | | | | |
| **Average Billing Rate** | | | | **$ 794.84** |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY
FOR THE PERIOD FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| CODE | MATTER CATEGORY | HOURS | FEES |
|------|-----------------|-------|------|
| 101 | Chapter 11 Process/Case Management | 243.0 | $ 196,002.50 |
| 103 | Cash Management | 104.9 | 58,788.50 |
| 104 | Communication with Interested Parties | 110.9 | 88,384.50 |
| 105 | U.S. Trustee / Court Reporting Requirements | 24.4 | 14,201.50 |
| 106 | Business Analysis & Operations | 132.7 | 133,566.50 |
| 107 | POR Development | 236.8 | 191,873.00 |
| 108 | Executory Contracts | 0.3 | 316.50 |
| 109 | Claims Process | 52.9 | 37,984.50 |
| 110 | Special Projects | 2.9 | 1,812.50 |
| 112 | Retention and Engagement Administration | 0.2 | 211.00 |
| 113 | Fee Statements and Fee Applications | 30.1 | 15,575.50 |
| 114 | Court Hearings | 5.0 | 4,895.00 |
| 115 | Forensic Analysis | 20.6 | 23,175.00 |
| | | **964.7** | **$   766,786.50** |

| | | Average Billing Rate | $   794.84 |
|--|--|--|--|

AlixPartners, LLP ("AlixPartners"), as financial advisor to the Debtors, hereby submits this eighteenth monthly fee statement  seeking compensation for professional services rendered and reimbursement of out-of-pocket expenses for the period February 1, 2021 through February 28, 2021 (the "Compensation Period"), pursuant to the *Order Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 528] and the *Order Authorizing Debtors to Retain and Employ AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to the September 16, 2019* [Docket No. 528].

Detailed time descriptions of the services performed by each professional, organized by discrete project and by day is attached hereto as **Exhibit A**.  Exhibit A (a) identifies the individuals that rendered services in each subject matter; (b) describes each activity or service that each individual performed; and (c) states the number of hours (in tenths of an hour) spent by each individual providing the services during the Compensation Period.

*[Remainder of page intentionally left blank.]*

**WHEREFORE**, AlixPartners respectfully requests that it be granted an allowance of compensation for professional services rendered during the Compensation Period in the amount of $766,786.50, without prejudice to a final allowance of compensation, and that the Court grant AlixPartners such other and further relief as is just and proper.   Pursuant to the Interim Compensation Order, AlixPartners seeks payment of professional fees in the amount of $613,429.20 (80% of $766,786.50) for a total amount of $613,429.20.

Dated:   April 19, 2021

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, NY  10022


*/s/ Lisa Donahue*
By:  Lisa Donahue
        Managing Director

# Exhibit A

**AlixPartners, LLP**

**Detailed Description of AlixPartners' Fees and Hours by Matter Category**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/01/21 | GJK | Outline potential challenges for procurement workstream. | 0.80 |
| 02/01/21 | GJK | Review commercial subgroup intake suggestions. | 1.00 |
| 02/01/21 | GJK | Review impact of procurement workstream on change of control process. | 1.20 |
| 02/01/21 | HSB | Review MOR related document prepared by J. Lowne (Purdue) | 0.60 |
| 02/01/21 | HSB | Review PowerPoint analysis prepared by PJT with regards to certain due diligence issues (Plex) | 0.70 |
| 02/02/21 | HSB | Review schedule of liabilities related to due diligence (Plex) | 0.20 |
| 02/02/21 | HSB | Review list of Debtors' liabilities sent to creditors' advisors | 0.20 |
| 02/02/21 | HSB | Review debtors' financial reports relating to information to be included along with plan projections | 0.30 |
| 02/02/21 | HSB | Review recently filed disclosure statement exhibits and reviewed debtor's financial information for purposes of revising description in disclosure statement | 1.20 |
| 02/02/21 | HSB | Weekly advisors call with J. O'Connell, J. Turner, T. Melvin (all PJT), J. Lowne, M. Kesselman (both Purdue), M. Huebner, E. Vonnegut, C. Robertson, D. Klein (all DPW), J. DelConte, H. Bhattal (both AlixPartners) re: update on ongoing workstreams and go-forward planning. | 1.10 |
| 02/02/21 | JD | Weekly advisors call with J. O'Connell, J. Turner, T. Melvin (all PJT), J. Lowne, M. Kesselman (both Purdue), M. Huebner, E. Vonnegut, C. Robertson, D. Klein (all DPW), J. DelConte, H. Bhattal (both AlixPartners) re: update on ongoing workstreams and go-forward planning. | 1.10 |
| 02/02/21 | GJK | Weekly change of control/transfer workplan pre-call with G. Koch, S. Lemack (both AlixPartners) to review agenda and discuss open items and questions. | 0.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 02/02/21 | GJK | Weekly change of control/transfer workplan update call with R. Aleali, B. Miller, K. McCarthy (all Purdue), and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 02/02/21 | GJK | Procurement change of control/transfer workplan kickoff call with R. Aleali, B. Miller, K. McCarthy, C. Russo, S. Daniel, P. Brinckerhoff, J. Lauriat, A. Hart, E. Ruta (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 0.50 |
| 02/02/21 | GJK | Prepare for transfer working group update call. | 1.00 |
| 02/02/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) re: Purdue change of control/transfer workplan update call and review updated PMO tracker. | 0.30 |
| 02/02/21 | SKL | Finalize agenda for weekly change of control/transfer workplan meeting and prepare/circulate meeting invites for upcoming change of control/transfer workplan meetings. | 1.60 |
| 02/02/21 | SKL | Review latest feedback provided by the Commercial team re: change of control/transfer workplan process and circulate update accordingly. | 0.60 |
| 02/02/21 | SKL | IP update call with R. Inz, B. Koch, R. Kreppel (all Purdue) to review latest updates to the IP transfer workplan and plan for tomorrow's meeting accordingly. | 0.60 |
| 02/02/21 | SKL | Procurement change of control/transfer workplan kickoff call with R. Aleali, B. Miller, K. McCarthy, C. Russo, S. Daniel, P. Brinckerhoff, J. Lauriat, A. Hart, E. Ruta (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 0.50 |
| 02/02/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) re: Purdue change of control/transfer workplan update call and review updated PMO tracker. | 0.30 |
| 02/02/21 | SKL | Weekly change of control/transfer workplan pre-call with G. Koch, S. Lemack (both AlixPartners) to review agenda | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | and discuss open items and questions. | |
| 02/02/21 | SKL | Weekly change of control/transfer workplan update call with R. Aleali, B. Miller, K. McCarthy (all Purdue), and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 02/03/21 | SKL | R&D/Med-Affairs change of control/transfer workplan pre-call with G. Koch, S. Lemack (both AlixPartners) to review latest agenda and discuss open items. | 0.20 |
| 02/03/21 | SKL | Procurement change of control/transfer workplan kickoff call with R. Aleali, B. Miller, K. McCarthy, M. Kwarcinski, S. Daniel, S. Bhaskar, G. Whiteside, D. Igo, G. Sparta, J. Ducharme (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 1.00 |
| 02/03/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following IP brainstorming session and review open items for tomorrow. | 0.40 |
| 02/03/21 | SKL | IP change of control/transfer workplan discussion with K. McCarthy, B. Miller, R. Inz, B. Koch, R. Kreppel (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 02/03/21 | GJK | R&D/Med-Affairs change of control/transfer workplan pre-call with G. Koch, S. Lemack (both AlixPartners) to review latest agenda and discuss open items. | 0.20 |
| 02/03/21 | GJK | Procurement change of control/transfer workplan kickoff call with R. Aleali, B. Miller, K. McCarthy, M. Kwarcinski, S. Daniel, S. Bhaskar, G. Whiteside, D. Igo, G. Sparta, J. Ducharme (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 1.00 |
| 02/03/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following IP brainstorming session and review open items for tomorrow. | 0.40 |
| 02/03/21 | GJK | IP change of control/transfer workplan discussion with K. | 0.70 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | McCarthy, B. Miller, R. Inz, B. Koch, R. Kreppel (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | |
| 02/03/21 | JD | Prepare agenda for weekly call with management tomorrow morning. | 0.30 |
| 02/03/21 | HSB | Review materials from due diligence counterparty (Plex) and related financial details for Purdue | 0.40 |
| 02/04/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: workstream planning and coordination | 0.30 |
| 02/04/21 | HSB | Call with C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, D. Klein, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: case progress and go-forward planning. | 1.10 |
| 02/04/21 | JD | Call with C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, D. Klein, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: case progress and go-forward planning. | 1.10 |
| 02/04/21 | JD | Call with J. Turner (PJT) re: HL follow up call. | 0.20 |
| 02/04/21 | JD | Call with R. Aleali (Purdue) re: case progress and go-forward planning. | 0.50 |
| 02/04/21 | JD | Call with J. DelConte, S. Lemack and A. DePalma (all AlixPartners) re: claims analysis to be shared with J. Lowne (Purdue) and FTI. | 0.50 |
| 02/04/21 | ADD | Call with J. DelConte, S. Lemack and A. DePalma (all AlixPartners) re: claims analysis to be shared with J. Lowne (Purdue) and FTI. | 0.50 |
| 02/04/21 | ADD | Update interested parties list. | 0.90 |
| 02/04/21 | GJK | Morning catch-up call with G. Koch, S. Lemack (both AlixPartners) to review agenda and discuss open items for | 0.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #                 2133780-1

Re:                       Chapter 11 Process/Case Management
Client/Matter #           012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | afternoon Employee Matters pre-call. | |
| 02/04/21 | GJK | Employee Matters pre-call with R. Aleali (Purdue), S. Brecher (DPW), G. Koch, S. Lemack (both AlixPartners) to review latest feedback received on the Employee Matters transfer workplan. | 0.60 |
| 02/04/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following Avrio kickoff meeting re: change of control/transfer workplan. | 0.10 |
| 02/04/21 | SKL | Morning catch-up call with G. Koch, S. Lemack (both AlixPartners) to review agenda and discuss open items for afternoon Employee Matters pre-call. | 0.20 |
| 02/04/21 | SKL | Avrio change of control/transfer workplan kickoff call with R. Aleali, B. Miller, K. McCarthy, B. Weingarten (all Purdue), M. Leipold (Imbrium), T. Garvey, L. Hirsch, J. Tran, and R. Fernandes (all Avrio). | 0.60 |
| 02/04/21 | GJK | Call with C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, D. Klein, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: case progress and go-forward planning. | 1.10 |
| 02/04/21 | SKL | Employee Matters pre-call with R. Aleali (Purdue), S. Brecher (DPW), G. Koch, S. Lemack (both AlixPartners) to review latest feedback received on the Employee Matters transfer workplan. | 0.60 |
| 02/04/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following Avrio kickoff meeting re: change of control/transfer workplan. | 0.10 |
| 02/04/21 | SKL | Review latest updates and feedback received re: standard change of control/transfer workplan deck and circulate updated deck accordingly. | 1.00 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 02/04/21 | SKL | Call with J. DelConte, S. Lemack and A. DePalma (all AlixPartners) re: claims analysis to be shared with J. Lowne (Purdue) and FTI. | 0.50 |
| 02/04/21 | LJD | Call with C. Landau, M. Kesselman, J. Lowne, R. Aleali (all Purdue), M. Huebner, D. Klein, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, R. Schnitzler, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners) re: case progress and go-forward planning. | 1.10 |
| 02/04/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: workstream planning and coordination | 0.30 |
| 02/05/21 | LJD | Call with L. Donahue, J. DelConte (both AlixPartners) and R. Aleali (Purdue) re: IT workstream. | 0.30 |
| 02/05/21 | SKL | Catch-up call with G. Koch, S. Lemack (both AlixPartners) re: timing of upcoming change of control/transfer workplan activities and plan for next week's meetings. | 0.40 |
| 02/05/21 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 02/05/21 | GJK | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 02/05/21 | GJK | Catch-up call with G. Koch, S. Lemack (both AlixPartners) re: timing of upcoming change of control/transfer workplan activities and plan for next week's meetings. | 0.40 |
| 02/05/21 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 02/05/21 | JD | Review scope of potential IT workstream. | 0.20 |
| 02/05/21 | JD | Catch up call with J. Turner (PJT) re: PBGC call and other ongoing workstreams. | 0.20 |
| 02/05/21 | JD | Call with L. Donahue, J. DelConte (both AlixPartners) and R. Aleali (Purdue) re: IT workstream. | 0.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/05/21 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 02/05/21 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 02/05/21 | HSB | Prepare notes and agenda for team meeting re: various Purdue case related matters | 0.30 |
| 02/05/21 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update | 0.70 |
| 02/07/21 | GJK | Provide feedback on Contribution Agreement to J DelConte (AlixPartners) and J Turner (PJT). | 0.90 |
| 02/07/21 | GJK | Review Contribution Agreement key issues list from DPW. | 1.10 |
| 02/08/21 | GJK | Develop draft consolidated spreadsheet for commercial subgroup process steps | 1.50 |
| 02/08/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) re: Purdue change of control/transfer workplan and review latest updates and feedback. | 0.50 |
| 02/08/21 | SKL | Call with R. Aleali, B. Miller, K. McCarthy, A. Raina, J. Narlis, K. Haase, H. Ghnaimeh (all Purdue) and G. Koch, S. Lemack (both AlixPartners) re: IT change of control/transfer workplan kickoff. | 0.80 |
| 02/08/21 | SKL | Discussion with R. Aleali, B. Miller, K. McCarthy, C. Russo, S. Daniel, J. Lauriat, A. Hart, E. Ruta (all Purdue) and G. Koch, S. Lemack (both AlixPartners) re: procurement change of control/transfer workplan. | 0.40 |
| 02/08/21 | SKL | Afternoon meeting with G. Koch, S. Lemack (both AlixPartners) to debrief following Procurement brainstorming session and catch-up on the afternoon Tech. Ops. kickoff. | 0.40 |
| 02/08/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) to debrief following IT kickoff session and review open items | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2133780-1 |
| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | for tomorrow. | |
| 02/08/21 | SKL | Review latest FTI diligence request and prepare updated feedback accordingly. | 0.80 |
| 02/08/21 | SKL | Review December finance deck and prepared list of questions/comments accordingly. | 1.30 |
| 02/08/21 | GJK | Review updated Mundipharma balance sheet and prior cash flow information to prep for contribution letter discussion/ | 1.50 |
| 02/08/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) to debrief following IT kickoff session and review open items for tomorrow. | 1.00 |
| 02/08/21 | GJK | Review input from Commercial subgroup on potential issues related to change of control process | 0.80 |
| 02/08/21 | GJK | Afternoon meeting with G. Koch, S. Lemack (both AlixPartners) to debrief following Procurement brainstorming session and catch-up on the afternoon Tech. Ops. kickoff. | 0.40 |
| 02/08/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) re: Purdue change of control/transfer workplan and review latest updates and feedback. | 0.50 |
| 02/08/21 | GJK | Call with R. Aleali, B. Miller, K. McCarthy, A. Raina, J. Narlis, K. Haase, H. Ghnaimeh (all Purdue) and G. Koch, S. Lemack (both AlixPartners) re: IT change of control/transfer workplan kickoff. | 0.80 |
| 02/08/21 | GJK | Discussion with R. Aleali, B. Miller, K. McCarthy, C. Russo, S. Daniel, J. Lauriat, A. Hart, E. Ruta (all Purdue) and G. Koch, S. Lemack (both AlixPartners) re: procurement change of control/transfer workplan. | 0.40 |
| 02/08/21 | JD | Call with T. Ghalayini, J. DelConte (both AlixPartners) re: confirmation IT requirements. | 0.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2133780-1 |
| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/08/21 | HSB | Review Dec 2020 financial statement deck prepared by J. Lowne (Purdue) | 1.40 |
| 02/08/21 | HSB | Review due diligence materials (Plex) prepared by PJT ahead of call with advisors | 0.90 |
| 02/08/21 | HSB | Review presentation materials prepared by PJT ahead of call with advisors re: plan related issues and potential distributions calculations | 1.20 |
| 02/09/21 | HSB | Call with M. Huebner, L. Altus, A. Lele, E. Vonnegut, C. Robertson (all DPW), J. Lowne, M. Kesselman, R. Aleali (all Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: weekly planning and catch up call. | 1.00 |
| 02/09/21 | HSB | Review email from due diligence counterparty (Plex) with list of requests for additional info | 0.10 |
| 02/09/21 | HSB | Review correspondence and related info re: request from AdHoc advisors | 0.30 |
| 02/09/21 | ADD | Call with J. DelConte and A. DePalma (both AlixPartners) re: ongoing claims, liquidation analysis and diligence work streams. | 0.70 |
| 02/09/21 | JD | Call with J. DelConte and A. DePalma (both AlixPartners) re: ongoing claims, liquidation analysis and diligence work streams. | 0.70 |
| 02/09/21 | JD | Call with M. Huebner, L. Altus, A. Lele, E. Vonnegut, C. Robertson (all DPW), J. Lowne, M. Kesselman, R. Aleali (all Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: weekly planning and catch up call. | 1.00 |
| 02/09/21 | JD | Call with J. Turner (PJT) re: third party discussions and disclosure statement exhibits. | 0.40 |
| 02/09/21 | JD | Call with M. Huebner (DPW) re: case catch up. | 0.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                     Chapter 11 Process/Case Management
Client/Matter #         012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/09/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following weekly change of control/transfer workplan meeting and discus open items. | 0.70 |
| 02/09/21 | GJK | Morning call with G. Koch, S. Lemack (both AlixPartners) re: Purdue change of control/transfer workplan and review updated PMO tracker. | 0.70 |
| 02/09/21 | GJK | Call with R. Aleali, B. Miller, K. McCarthy, J. Lowne, E. Nowakowski, E. Ruiz, M. Jack (all Purdue) and G. Koch, S. Lemack (both AlixPartners) re: treasury/Accounting change of control/transfer workplan kickoff. | 0.50 |
| 02/09/21 | GJK | Call with R. Aleali, B. Miller, K. McCarthy (all Purdue), E. Diggs, C. Robertson, E. Turay (all DPW) and G. Koch, S. Lemack (both AlixPartners) re: weekly change of control/transfer workplan update. | 1.00 |
| 02/09/21 | GJK | Discussion with R. Aleali, B. Miller, K. McCarthy, B. Shank, M. Ronning, C. Ostrowski, D. Rosen (all Purdue) and G. Koch, S. Lemack (both AlixPartners) re: commercial change of control/transfer workplan brainstorming session. | 1.10 |
| 02/09/21 | GJK | Prepare for Transfer Working Group call. | 0.50 |
| 02/09/21 | GJK | Prepare for Commercial subgroup brainstorm follow up call and Treasury kick off call. | 1.00 |
| 02/09/21 | SKL | Review latest LSTC inquiry and provide update accordingly. | 0.50 |
| 02/09/21 | SKL | Review latest feedback provided re: change of control/transfer workplan and provided updated feedback accordingly. | 0.80 |
| 02/09/21 | SKL | Review latest feedback received by the Commercial team and prepare draft workplan for this afternoon's brainstorming session. | 1.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #          2133780-1

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/09/21 | SKL | Prepare updates to the PMO tracker re: change of control/transfer workplan. | 1.30 |
| 02/09/21 | LJD | Call with M. Huebner, L. Altus, A. Lele, E. Vonnegut, C. Robertson (all DPW), J. Lowne, M. Kesselman, R. Aleali (all Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: weekly planning and catch up call. | 1.00 |
| 02/09/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following weekly change of control/transfer workplan meeting and discus open items. | 0.70 |
| 02/09/21 | SKL | Morning call with G. Koch, S. Lemack (both AlixPartners) re: Purdue change of control/transfer workplan and review updated PMO tracker. | 0.70 |
| 02/09/21 | SKL | Call with R. Aleali, B. Miller, K. McCarthy, J. Lowne, E. Nowakowski, E. Ruiz, M. Jack (all Purdue) and G. Koch, S. Lemack (both AlixPartners) re: treasury/Accounting change of control/transfer workplan kickoff. | 0.50 |
| 02/09/21 | SKL | Call with R. Aleali, B. Miller, K. McCarthy (all Purdue), E. Diggs, C. Robertson, E. Turay (all DPW) and G. Koch, S. Lemack (both AlixPartners) re: weekly change of control/transfer workplan update. | 1.00 |
| 02/09/21 | SKL | Discussion with R. Aleali, B. Miller, K. McCarthy, B. Shank, M. Ronning, C. Ostrowski, D. Rosen (all Purdue) and G. Koch, S. Lemack (both AlixPartners) re: commercial change of control/transfer workplan brainstorming session. | 1.10 |
| 02/09/21 | GJK | Confirm change of control related meetings for week. | 0.20 |
| 02/09/21 | GJK | Identify change of control issues to address during week. | 0.80 |
| 02/09/21 | GJK | Call with M. Huebner, L. Altus, A. Lele, E. Vonnegut, C. Robertson (all DPW), J. Lowne, M. Kesselman, R. Aleali | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | (all Purdue), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: weekly planning and catch up call. | |
| 02/10/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) re: the contract management/intralinks process. | 0.60 |
| 02/10/21 | GJK | Review initial shareholder presentation- Raymond Sackler side. | 2.50 |
| 02/10/21 | GJK | Review initial IAC balance sheet by entity information. | 3.00 |
| 02/10/21 | GJK | Research re: emergence timelines and Newco creation milestone. | 2.00 |
| 02/10/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) re: the contract management/intralinks process. | 0.60 |
| 02/10/21 | SKL | Review latest feedback received re: change of control/transfer workplan process and prepare updates accordingly. | 1.20 |
| 02/10/21 | GJK | Call with G. Koch and J. DelConte (both AlixPartners) re: post-confirmation timing. | 0.30 |
| 02/10/21 | GJK | Call with C. Robertson (DPW) re: potential Newco timelines. | 0.40 |
| 02/10/21 | JD | Call with M. Huebner (DPW) and J. Turner (PJT) re: follow-up to PBGC call. | 0.30 |
| 02/10/21 | JD | Review letter from PBGC and correspondence with DPW, PJT and Purdue management re: same. | 0.40 |
| 02/10/21 | JD | Call with G. Koch and J. DelConte (both AlixPartners) re: post-confirmation timing. | 0.30 |
| 02/10/21 | HSB | Review analysis prepared by PJT for board meeting re: Plex diligence | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/11/21 | HSB | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly catch up and planning call. | 0.80 |
| 02/11/21 | JD | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly catch up and planning call. | 0.80 |
| 02/11/21 | JD | Call with R. Aleali (Purdue) re: follow-up to weekly catch up call. | 0.20 |
| 02/11/21 | JD | Review Province analysis of shareholder trust assets. | 0.40 |
| 02/11/21 | JD | Call with Purdue IT re: confirmation file sharing process. | 0.50 |
| 02/11/21 | GJK | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly catch up and planning call. | 0.80 |
| 02/11/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) re: and prepare for upcoming DS&P kickoff call. | 0.30 |
| 02/11/21 | SKL | DS&P change of control/transfer workplan kickoff call with R. Aleali, B. Miller, K. McCarthy, M. Malempati, S. Patel, S. Daniel, (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 02/11/21 | LJD | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), J. O'Connell, J. Turner, T. Melvin (all PJT) | 0.80 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | re: weekly catch up and planning call. | |
| 02/11/21 | GJK | Research on emergence timelines within regulated environment, including labeling and packaging needs. | 2.50 |
| 02/11/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) re: and prepare for upcoming DS&P kickoff call. | 0.30 |
| 02/11/21 | GJK | DS&P change of control/transfer workplan kickoff call with R. Aleali, B. Miller, K. McCarthy, M. Malempati, S. Patel, S. Daniel, (all Purdue) and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 02/11/21 | GJK | Outline steps for Family Trust Diligence. | 0.90 |
| 02/11/21 | GJK | Follow up with C Ostrowski (Purdue) regarding HR workstream questions | 0.60 |
| 02/11/21 | GJK | Evaluate potential asset diligence needs. | 0.70 |
| 02/11/21 | GJK | Follow up on emails regarding TechOps workstreams. | 0.40 |
| 02/12/21 | SKL | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.00 |
| 02/12/21 | GJK | Morning call with G. Koch, S. Lemack (both AlixPartners) to catch-up on item items re: change of control/transfer workplan and prepare for upcoming kickoff calls accordingly. | 0.30 |
| 02/12/21 | GJK | Review Mortimer Sackler informational presentation/ | 3.00 |
| 02/12/21 | GJK | Review shareholder asset information. | 2.50 |
| 02/12/21 | GJK | Call with R. Aleali, B. Miller, K. McCarthy, Y. Colinet, J. Erensen, N. Crudele, C. Geremia, R. Shah, M. Cataldo, L. Samuel, M. Kwarcinski, S. Baldridge, R. McGovern, V. Pascale, (all Purdue), G. Koch, S. Lemack (both AlixPartners) re: PMRs/Marketed Products change of | 0.90 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | control/transfer workplan kickoff. | |
| 02/12/21 | GJK | Call with R. Aleali, B. Miller, K. McCarthy, A. Cipriano, S. Bhaskar, G. Whiteside, M. Leipold (all Purdue), G. Koch, S. Lemack (both AlixPartners) re: clinical R&D change of control/transfer workplan kickoff. | 0.90 |
| 02/12/21 | LJD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.00 |
| 02/12/21 | SKL | Call with R. Aleali, B. Miller, K. McCarthy, Y. Colinet, J. Erensen, N. Crudele, C. Geremia, R. Shah, M. Cataldo, L. Samuel, M. Kwarcinski, S. Baldridge, R. McGovern, V. Pascale, (all Purdue), G. Koch, S. Lemack (both AlixPartners) re: PMRs/Marketed Products change of control/transfer workplan kickoff. | 0.90 |
| 02/12/21 | SKL | Call with R. Aleali, B. Miller, K. McCarthy, A. Cipriano, S. Bhaskar, G. Whiteside, M. Leipold (all Purdue), G. Koch, S. Lemack (both AlixPartners) re: clinical R&D change of control/transfer workplan kickoff. | 0.90 |
| 02/12/21 | SKL | Morning call with G. Koch, S. Lemack (both AlixPartners) to catch-up on item items re: change of control/transfer workplan and prepare for upcoming kickoff calls accordingly. | 0.30 |
| 02/12/21 | SKL | Continue to finalize updates to the liquidation analysis based on the latest financials. | 1.60 |
| 02/12/21 | JD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.00 |
| 02/12/21 | LTN | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.00 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #                2133780-1

Re:                Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/12/21 | ADD | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.00 |
| 02/12/21 | HSB | Review weekly cash report prepared by L. Nguyen (AlixPartners) for week ended 2/5/2021 | 0.70 |
| 02/12/21 | HSB | Call with H. Bhattal, J. DelConte, A. DePalma, L. Donahue, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.00 |
| 02/12/21 | HSB | Prepare notes and agenda for team meeting re: various Purdue case related matters | 0.30 |
| 02/15/21 | HSB | Review Purdue due diligence materials (Plex) | 0.40 |
| 02/15/21 | JD | Review latest draft board materials. | 0.30 |
| 02/15/21 | SKL | Regulatory kickoff meeting with K. McCarthy, B. Miller, T. Delehant, D. Grob, M. Hart, J. Nelson, G. Sparta (all Purdue), and G. Koch, S. Lemack (both AlixPartners). | 0.90 |
| 02/15/21 | SKL | Morning call with G. Koch, S. Lemack (both AlixPartners) re: change of control process and open items for this afternoon's Regulatory kickoff meeting. | 0.20 |
| 02/15/21 | SKL | Begin to prepare updates to the PMO tracker and follow-up on outstanding items re: change of control/transfer workplan. | 1.10 |
| 02/15/21 | GJK | Regulatory kickoff meeting with K. McCarthy, B. Miller, T. Delehant, D. Grob, M. Hart, J. Nelson, G. Sparta (all Purdue), and G. Koch, S. Lemack (both AlixPartners). | 0.90 |
| 02/15/21 | GJK | Review draft workplans for sub groups for change of control process. | 1.40 |
| 02/15/21 | GJK | Tie out shareholder assets to Province developed summary. | 2.50 |
| 02/15/21 | GJK | Review shareholder asset documents for Sackler Family. | 1.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/15/21 | GJK | Morning call with G. Koch, S. Lemack (both AlixPartners) re: change of control process and open items for this afternoon's Regulatory kickoff meeting. | 0.20 |
| 02/15/21 | GJK | Notes on updating workplans for subgroups for change of control process. | 0.60 |
| 02/16/21 | GJK | Call with G. Koch, S. Lemack (both AlixPartners) do discuss agenda for weekly change of control/transfer workplan meeting and other open items. | 0.40 |
| 02/16/21 | GJK | PAD R&D kickoff meeting with K. McCarthy, R. Ortiz, R. Upasani, Q. Hong, G. McKeeman (all Purdue), and G. Koch, S. Lemack (both AlixPartners). | 0.90 |
| 02/16/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following weekly change of control/transfer workplan update. | 0.20 |
| 02/16/21 | GJK | Evening call with G. Koch, S. Lemack (both AlixPartners) to debrief following Market Access discussion and provide update on other open items. | 0.40 |
| 02/16/21 | GJK | Weekly change of control/transfer workplan update call with R. Aleali, B. Miller, K. McCarthy (all Purdue), E. Diggs, C. Robertson, E. Turay (all DPW) and G. Koch, S. Lemack (all AlixPartners). | 0.90 |
| 02/16/21 | GJK | Plan out call/outreach schedule for workgroups. | 0.70 |
| 02/16/21 | GJK | Call with M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: weekly professionals call. | 0.80 |
| 02/16/21 | GJK | Plan out call/outreach schedule for subgroups for change of control process. | 1.30 |
| 02/16/21 | LJD | Call with M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), L. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: weekly professionals call. | |
| 02/16/21 | SKL | Prepare updates to the change of control/transfer workplan PMO tracker and update the meeting agenda. | 1.20 |
| 02/16/21 | SKL | Evening call with G. Koch, S. Lemack (both AlixPartners) to debrief following Market Access discussion and provide update on other open items. | 0.40 |
| 02/16/21 | SKL | Prepare updates to the Intralinks site re: contract management process. | 1.60 |
| 02/16/21 | SKL | Prepare follow-up on open items following weekly change of control/transfer workplan meeting. | 0.70 |
| 02/16/21 | SKL | Review latest updates provided re: debtor-to-debtor accounts and update the liquidation forecast accordingly. | 1.40 |
| 02/16/21 | SKL | Weekly change of control/transfer workplan update call with R. Aleali, B. Miller, K. McCarthy (all Purdue), E. Diggs, C. Robertson, E. Turay (all DPW) and G. Koch, S. Lemack (all AlixPartners). | 0.90 |
| 02/16/21 | SKL | Call with G. Koch, S. Lemack (both AlixPartners) do discuss agenda for weekly change of control/transfer workplan meeting and other open items. | 0.40 |
| 02/16/21 | SKL | PAD R&D kickoff meeting with K. McCarthy, R. Ortiz, R. Upasani, Q. Hong, G. McKeeman (all Purdue), and G. Koch, S. Lemack (both AlixPartners). | 0.90 |
| 02/16/21 | SKL | Morning meetings with A. DePalma, S. Lemack (both AlixPartners) re: contract management/Intralinks process. | 0.30 |
| 02/16/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following weekly change of control/transfer workplan update. | 0.20 |
| 02/16/21 | SKL | Meeting with B. Shank, K. McCarthy, B. Miller (all Purdue) | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | re: Market Access workplan. | |
| 02/16/21 | SKL | Review latest Market Access feedback provided and update agenda for afternoon discussion. | 0.50 |
| 02/16/21 | JD | Call with M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: weekly professionals call. | 0.80 |
| 02/16/21 | HSB | Call with M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), L. Donahue, H. Bhattal, G. Koch, J. DelConte (all AlixPartners) re: weekly professionals call. | 0.80 |
| 02/16/21 | ADD | Morning meetings with A. DePalma, S. Lemack (both AlixPartners) re: contract management/Intralinks process. | 0.30 |
| 02/17/21 | HSB | Review due diligence materials (Plex) updated by A. DePalma (AlixPartners) | 0.20 |
| 02/17/21 | HSB | Review due diligence materials (Plex) and related analysis | 1.50 |
| 02/17/21 | HSB | Review additional due diligence materials and prepared summary listing (Plex) | 0.60 |
| 02/17/21 | HSB | Review third party investment presentation prepared by Purdue | 0.60 |
| 02/17/21 | HSB | Review Rhodes presentation with financial details, prepared by J. Lowne (Purdue) | 0.90 |
| 02/17/21 | JD | Call with M. Huebner (DPW) re: third party process. | 0.20 |
| 02/17/21 | JD | Call with R. Aleali (Purdue) re: confirmation process. | 0.20 |
| 02/17/21 | JD | Create agenda for tomorrow's update call with management and advisors. | 0.40 |
| 02/17/21 | JD | Call with J. DelConte, L. Donahue, T. Ghalayini (all AlixPartners) re: IT assistance. | 0.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/17/21 | JD | Provide comments on IT assistance proposals. | 0.40 |
| 02/17/21 | JD | Provide edits to the list of relevant third party financing sources. | 0.50 |
| 02/17/21 | SKL | Intralinks/contract management meeting with K. McCarthy, B. Miller (both Purdue), E. Diggs, E. Turay (both DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 02/17/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following Intralinks/contract management discussion. | 0.40 |
| 02/17/21 | SKL | Morning call with G. Koch, S. Lemack (both AlixPartners) re: open items related to the contracts management piece of the change of control/transfer workplan workstream. | 0.30 |
| 02/17/21 | LJD | Call with J. DelConte, L. Donahue, T. Ghalayini (all AlixPartners) re: IT assistance. | 0.30 |
| 02/17/21 | GJK | Review Ex-US IAC financials (2017-2018). | 2.50 |
| 02/17/21 | GJK | Review open items for change of control subgroup discussions. | 0.60 |
| 02/17/21 | GJK | Intralinks/contract management meeting with K. McCarthy, B. Miller (both Purdue), E. Diggs, E. Turay (both DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.70 |
| 02/17/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following Intralinks/contract management discussion. | 0.40 |
| 02/17/21 | GJK | Morning call with G. Koch, S. Lemack (both AlixPartners) re: open items related to the contracts management piece of the change of control/transfer workplan workstream. | 0.30 |
| 02/18/21 | GJK | Morning call with G. Koch, S. Lemack (both AlixPartners) re: change of control process and open items for this | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | afternoon's assumption/cure notice discussion. | |
| 02/18/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) re: change of control/transfer workplan items and review open items for the assumption/cure notice discussion | 0.40 |
| 02/18/21 | GJK | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following assumption/cure notice discussion. | 0.50 |
| 02/18/21 | GJK | Assumption/cure notice meeting with K. McCarthy, B. Miller (both Purdue), C. Robertson, E. Diggs, E. Turay (all DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.50 |
| 02/18/21 | GJK | Meeting with L. Donahue (partial participation), G. Koch (partial participation), J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: case status and planning. | 1.50 |
| 02/18/21 | LJD | Call with L. Donahue, J. DelConte and T. Ghalayini (all AlixPartners) re: IT workstream. | 0.30 |
| 02/18/21 | LJD | Meeting with L. Donahue (partial participation), G. Koch (partial participation), J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: case status and planning. | 1.50 |
| 02/18/21 | SKL | Review latest inquiry provided by the DPW team and prepare update accordingly. | 0.90 |
| 02/18/21 | SKL | Create accounts payable release file and review latest payments made. | 1.00 |
| 02/18/21 | SKL | Review latest monthly flash report and prepared updated | 1.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                    Chapter 11 Process/Case Management
Client/Matter #        012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | notes/feedback accordingly. | |
| 02/18/21 | SKL | Finalize review of notes/feedback provided by the Commercial and R&D teams and provided updated breakdown of open items/questions accordingly. | 2.60 |
| 02/18/21 | SKL | Morning call with G. Koch, S. Lemack (both AlixPartners) re: change of control process and open items for this afternoon's assumption/cure notice discussion. | 0.20 |
| 02/18/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) re: change of control/transfer workplan items and review open items for the assumption/cure notice discussion | 0.40 |
| 02/18/21 | SKL | Afternoon call with G. Koch, S. Lemack (both AlixPartners) to debrief following assumption/cure notice discussion. | 0.50 |
| 02/18/21 | SKL | Assumption/cure notice meeting with K. McCarthy, B. Miller (both Purdue), C. Robertson, E. Diggs, E. Turay (all DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.50 |
| 02/18/21 | JD | Provide comments on potential IT workplan. | 0.50 |
| 02/18/21 | JD | Meeting with L. Donahue (partial participation), G. Koch (partial participation), J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: case status and planning. | 1.50 |
| 02/18/21 | JD | Call with L. Donahue, J. DelConte and T. Ghalayini (all AlixPartners) re: IT workstream. | 0.30 |
| 02/18/21 | HSB | Review email correspondence pertaining to due diligence (Plex) | 0.20 |
| 02/18/21 | HSB | Review document from FTI & HL with AdHoc counter re: min distributions | 0.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #          2133780-1

Re:                Chapter 11 Process/Case Management
Client/Matter #    012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/18/21 | HSB | Meeting with L. Donahue (partial participation), G. Koch (partial participation), J. DelConte, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), C. Landau, J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: case status and planning. | 1.50 |
| 02/18/21 | HSB | Review due diligence (Plex) related materials | 0.40 |
| 02/18/21 | HSB | Review email correspondence re: Purdue case related updates on various matters | 0.20 |
| 02/18/21 | HSB | Review Purdue tax model prepared by Grant Thornton | 1.70 |
| 02/19/21 | HSB | Review responses from Purdue pertaining to due diligence (Plex) | 0.30 |
| 02/19/21 | SKL | Meeting with S. Daniel and P. Brinckerhoff (both Purdue) re: IT license agreement process. | 0.50 |
| 02/19/21 | SKL | Finalize review of MOR reports and circulate updates internally. | 2.20 |
| 02/22/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to discuss upcoming change of control/transfer workplan meeting and brainstorm new decision tree breakdown. | 0.40 |
| 02/22/21 | SKL | Review latest comments and feedback provide re: Nayatt Cove investment decks and prepare updates accordingly for creditor groups. | 1.50 |
| 02/22/21 | SKL | Review latest comments and feedback provide re: Rhodes Pharma business plan update and prepare updates accordingly for creditor groups. | 1.40 |
| 02/22/21 | SKL | Reconcile Nayatt Cove investment deck | 2.10 |
| 02/22/21 | GJK | Develop draft timeline format for key product delivery questions for change of control. | 2.00 |
| 02/22/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #           2133780-1

Re:                 Chapter 11 Process/Case Management
Client/Matter #     012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | discuss upcoming change of control/transfer workplan meeting and brainstorm new decision tree breakdown. | |
| 02/22/21 | HSB | Review presentation with Rhodes update and related information | 1.60 |
| 02/22/21 | HSB | Review due diligence related materials (Plex) | 0.90 |
| 02/22/21 | HSB | Conducted research and reviewed public filings related to Purdue investments | 2.30 |
| 02/23/21 | HSB | Prepare excel worksheet with calculations related to cash forecasts | 0.80 |
| 02/23/21 | HSB | Review document from PJT Partners with updated plan related analysis | 0.70 |
| 02/23/21 | HSB | Review email correspondence from various parties re: discussion of open plan items. | 0.20 |
| 02/23/21 | HSB | Review due diligence related materials (Plex) | 0.40 |
| 02/23/21 | HSB | Call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly catch up and planning professionals call. | 0.60 |
| 02/23/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to review latest updates and prepare for upcoming Tech Ops brainstorming session. | 0.30 |
| 02/23/21 | GJK | Tech Ops / Manufacturing kickoff meeting with R. Aleali, K. McCarthy, B. Miller, D. McGuire, B. Evans, M. Kroese, J. Northington, B. Purdon, A. Vento, J. Carlisle (all Purdue), E. Turay (DPW) and G. Koch, S. Lemack (both AlixPartners). | 1.00 |
| 02/23/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to debrief following Tech Ops/Manufacturing kickoff and plan for weekly update call this afternoon. | 0.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 02/23/21 | GJK | Weekly change of control/transfer workplan meeting with R. Aleali, K. McCarthy, B. Miller (all Purdue), C. Robertson, E. Diggs, E. Turay, A. Lele (all DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.90 |
| 02/23/21 | GJK | Call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly catch up and planning professionals call. | 0.60 |
| 02/23/21 | GJK | Update product continuity overview for change of control working group. | 2.00 |
| 02/23/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to review latest updates and prepare for upcoming Tech Ops brainstorming session. | 0.30 |
| 02/23/21 | SKL | Tech Ops / Manufacturing kickoff meeting with R. Aleali, K. McCarthy, B. Miller, D. McGuire, B. Evans, M. Kroese, J. Northington, B. Purdon, A. Vento, J. Carlisle (all Purdue), E. Turay (DPW) and G. Koch, S. Lemack (both AlixPartners). | 1.00 |
| 02/23/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to debrief following Tech Ops/Manufacturing kickoff and plan for weekly update call this afternoon. | 0.30 |
| 02/23/21 | SKL | Finalize updated agenda and PMO tracker for weekly change of control/transfer workplan meeting. | 1.30 |
| 02/23/21 | SKL | Reconcile latest documents re: Nayatt Cove investments and prepared updated notes/feedback accordingly. | 1.20 |
| 02/23/21 | SKL | Weekly change of control/transfer workplan meeting with R. Aleali, K. McCarthy, B. Miller (all Purdue), C. Robertson, E. Diggs, E. Turay, A. Lele (all DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.90 |
| 02/23/21 | SKL | Review latest feedback provided and send follow-up | 0.90 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #             2133780-1

Re:                   Chapter 11 Process/Case Management
Client/Matter #       012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | requests re: change of control/transfer workplan | |
| 02/23/21 | LJD | Call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly catch up and planning professionals call. | 0.60 |
| 02/23/21 | JD | Call with L. Donahue, J. DelConte, H. Bhattal, G. Koch (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT) re: weekly catch up and planning professionals call. | 0.60 |
| 02/23/21 | JD | Call with J. Turner (PJT) re: follow-up to call with PBGC. | 0.20 |
| 02/24/21 | GJK | Review Day 1 Readiness list from Procurement and reference against agreement needs. | 1.00 |
| 02/24/21 | GJK | Research into pharma company emergences for potential means of ensuring product continuity during post confirmation period. | 2.00 |
| 02/24/21 | GJK | Research on potential rebranding timelines for emerging as Newco (under new name). | 1.50 |
| 02/24/21 | AG | Prepare relationship disclosures for Purdue Pharma report from (A-D) | 0.50 |
| 02/24/21 | HSB | Review Purdue financial data in response to request from PJT Partners and emailed relevant documents | 2.10 |
| 02/25/21 | HSB | Review supporting files for claims related analysis | 0.30 |
| 02/25/21 | HSB | Review plan issues related request from FTI and reviewed related information & analysis in preparation for call with interested parties | 1.20 |
| 02/25/21 | HSB | Review Purdue financial data and related information in connection with review of trade claims | 0.80 |
| 02/25/21 | HSB | Review excel file with claims analysis prepared by S. Lemack (AlixPartners) | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/25/21 | HSB | Call with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), M. Kesselman, R. Aleali, J. Lowne (all Purdue) re: progress update and go-forward planning. | 0.70 |
| 02/25/21 | AG | Prepare relationship disclosures for Purdue Pharma report (D-R) | 2.10 |
| 02/25/21 | AG | Prepare relationship disclosures for Purdue Pharma report (R-Z) | 1.60 |
| 02/25/21 | AG | Analyze relationship disclosures for Purdue Pharma report (A-H) | 2.00 |
| 02/25/21 | GJK | Call with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), M. Kesselman, R. Aleali, J. Lowne (all Purdue) re: progress update and go-forward planning. | 0.70 |
| 02/25/21 | LJD | Call with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), M. Kesselman, R. Aleali, J. Lowne (all Purdue) re: progress update and go-forward planning. | 0.70 |
| 02/25/21 | SKL | Review latest OCP inquiry provided by C. MacDonald (Purdue) and provide update accordingly. | 0.60 |
| 02/25/21 | JD | Call with J. DelConte, L. Donahue, G. Koch, H. Bhattal (all AlixPartners), M. Huebner, E. Vonnegut, C. Robertson (all Davis Polk), J. O'Connell, J. Turner, T. Melvin, R. Schnitzler (all PJT), M. Kesselman, R. Aleali, J. Lowne (all Purdue) re: progress update and go-forward planning. | 0.70 |
| 02/26/21 | JD | Call with H. Bhattal, J. DelConte, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                  Chapter 11 Process/Case Management
Client/Matter #      012589.00101

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 02/26/21 | SKL | Rhodes Pharma kickoff meeting with R. Aleali, K. McCarthy, B. Miller, V. Mancinelli, K. Kolar, R. Thebeau, J. Doyle, D. Fogel (all Purdue), E. Turay (DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.80 |
| 02/26/21 | SKL | Meeting with G. Koch, S. Lemack (both AlixPartners) to review open items and plan for the upcoming Rhodes Pharma change of control/transfer workplan meeting. | 0.30 |
| 02/26/21 | SKL | Call with H. Bhattal, J. DelConte, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.20 |
| 02/26/21 | GJK | Call with H. Bhattal, J. DelConte, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.20 |
| 02/26/21 | GJK | Rhodes Pharma kickoff meeting with R. Aleali, K. McCarthy, B. Miller, V. Mancinelli, K. Kolar, R. Thebeau, J. Doyle, D. Fogel (all Purdue), E. Turay (DPW) and G. Koch, S. Lemack (both AlixPartners). | 0.80 |
| 02/26/21 | GJK | Meeting with G. Koch, S. Lemack (both AlixPartners) to review open items and plan for the upcoming Rhodes Pharma change of control/transfer workplan meeting. | 0.30 |
| 02/26/21 | GJK | Review DPW Contract Review Schedule from B. Miller (Purdue). | 0.90 |
| 02/26/21 | AG | Analyze relationship disclosures for Purdue Pharma report (H-R) | 2.80 |
| 02/26/21 | AG | Analyze relationship disclosures for Purdue Pharma report (R-Z) | 2.70 |
| 02/26/21 | HSB | Review updated excel files with claims analysis prepared by S. Lemack (AlixPartners) | 0.20 |
| 02/26/21 | HSB | Call with H. Bhattal, J. DelConte, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.20 |
| 02/26/21 | HSB | Prepare notes for team meeting with updates and open | 0.40 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice #       | 2133780-1                              |
|-----------------|----------------------------------------|
| Re:             | Chapter 11 Process/Case Management      |
| Client/Matter # | 012589.00101                           |

| Date     | Consultant | Description of Services | Hours |
|----------|------------|--------------------------|-------|
|          |            | items related to various bankruptcy case related matters | |
| 02/26/21 | LTN        | Call with H. Bhattal, J. DelConte, G. Koch, S. Lemack, L. Nguyen (all AlixPartners) re: weekly update call | 1.20 |
|          |            | **Total** | **243.00** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Chapter 11 Process/Case Management |
| Client/Matter # | 012589.00101 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Andrew Gettler | 11.70 | 375.00 | 4,387.50 |
| Lan T Nguyen | 2.90 | 530.00 | 1,537.00 |
| Andrew D DePalma | 4.10 | 625.00 | 2,562.50 |
| Sam K Lemack | 69.20 | 665.00 | 46,018.00 |
| HS Bhattal | 40.60 | 865.00 | 35,119.00 |
| Gabe J Koch | 86.50 | 865.00 | 74,822.50 |
| Jesse DelConte | 19.60 | 1,055.00 | 20,678.00 |
| Lisa Donahue | 8.40 | 1,295.00 | 10,878.00 |
| **Total Hours & Fees** | **243.00** | | **196,002.50** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/21 | LTN | Prepare the Purdue and Rhodes cash summaries for the week ended 01.29.2021 cash actuals report | 1.20 |
| 02/01/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 01.29 cash report | 1.60 |
| 02/01/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 01.29 cash report | 2.00 |
| 02/01/21 | JD | Provide comments on draft forecast to actual cash reports. | 0.40 |
| 02/01/21 | SKL | Create accounts payable release file and review payments made. | 0.50 |
| 02/02/21 | SKL | Create accounts payable release file and review payments made. | 0.40 |
| 02/02/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 01.29 cash actuals report | 1.30 |
| 02/02/21 | LTN | Reconcile the latest Purdue investment activities provided by M. Jack (Purdue) and updated the interests earned, bank charges and cash balances to the latest weekly cash report | 1.40 |
| 02/03/21 | SKL | Create accounts payable release file and review payments made. | 0.50 |
| 02/04/21 | SKL | Create accounts payable release file and review payments made. | 0.40 |
| 02/04/21 | SKL | Review latest prepetition vendor inquiry provided and circulate updated feedback and AP detail accordingly. | 1.20 |
| 02/05/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 01.29.2021 and updated the weekly cash report deck | 1.60 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                  Cash Management
Client/Matter #      012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 02/05/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 01.29.2021 and updated the weekly cash report deck | 1.90 |
| 02/08/21 | LTN | Review December Financial statement deck provided by E. Nowakowski (Purdue) and updated PPLP financials section for PEO monthly flash report | 2.30 |
| 02/09/21 | LTN | Reconcile and update Rhodes financials section of the December PEO monthly flash report | 2.50 |
| 02/09/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 02.05 cash report | 1.70 |
| 02/09/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 02.05 cash report | 1.50 |
| 02/09/21 | LTN | Prepare the Purdue and Rhodes cash summaries for the week ended 02.05.2021 cash actuals report | 1.20 |
| 02/09/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 02.05 cash actuals report | 0.70 |
| 02/09/21 | HSB | Review latest draft of weekly cash report (week ending 1/29) prepared by L. Nguyen (AlixPartners) and provided comments | 0.70 |
| 02/09/21 | JD | Provide comments on the latest cash forecast to actual. | 0.40 |
| 02/10/21 | SKL | Create accounts payable release file and review payment info. | 0.70 |
| 02/10/21 | LTN | Reconcile and update Adlon financials section of the December PEO monthly flash report | 1.60 |
| 02/10/21 | LTN | Reconcile and update Avrio Health financials section of the December PEO monthly flash report | 1.10 |
| 02/10/21 | LTN | Prepare the latest Rhodes forecast to actuals variance | 1.00 |

2101 Cedar Springs Road     **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #             2133780-1

Re:                  Cash Management
Client/Matter #      012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | analysis for week ended 02.05.2021 and updated the weekly cash report deck | |
| 02/10/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 02.05.2021 and updated the weekly cash report deck | 1.90 |
| 02/10/21 | LTN | Reconcile and update the consolidated Purdue and Rhodes financials section of the December PEO monthly flash report | 1.70 |
| 02/10/21 | LTN | Finalize the weekly cash report for week ended 01.29 based on internal feedback and circulate for CFO review | 1.50 |
| 02/15/21 | JD | Provide comments on the latest cash forecast to actual analysis. | 0.40 |
| 02/16/21 | LTN | Correspondence to J. Lowne (Purdue) re: IAC activities for week ended 02.05 cash actuals | 0.70 |
| 02/16/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 02.12.2021 cash actuals report based on their feedback | 1.20 |
| 02/16/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 02.12 cash actuals report | 1.00 |
| 02/16/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 02.12 cash report | 1.90 |
| 02/16/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 02.12 cash report | 1.70 |
| 02/17/21 | LTN | Review the latest fee applications from the docket filed by restructuring and retained professionals and update tracker | 1.80 |
| 02/17/21 | LTN | Review Purdue 2021 budget and started updating P&L section in the latest cash forecast beginning w.e 02.19 | 2.90 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | | |
|---|---|---|
| Invoice # | 2133780-1 | |
| Re: | Cash Management | |
| Client/Matter # | 012589.00103 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/18/21 | LTN | Prepare the latest Rhodes forecast to actuals variance analysis for week ended 02.12.2021 and updated the weekly cash report deck | 1.20 |
| 02/18/21 | LTN | Prepare the latest Purdue forecast to actuals variance analysis for week ended 02.12.2021 and updated the weekly cash report deck | 1.60 |
| 02/18/21 | LTN | Continue to update Purdue 2021 budget into the latest cash forecast beginning 02.19 period | 1.50 |
| 02/18/21 | HSB | Review excel worksheet with Purdue historical cash actuals and assessed working capital requirements | 1.40 |
| 02/18/21 | HSB | Review Purdue cash reports & MOR along with underlying details in response to question from DPW re: classification of expenses | 0.50 |
| 02/19/21 | LTN | Meeting with S. Lemack, L. Nguyen (both AlixPartners) re: cash flow forecast. | 0.60 |
| 02/19/21 | LTN | Review Rhodes 2021 budget and updated the P&L section of the latest cash forecast beginning 02.19 | 2.50 |
| 02/19/21 | SKL | Meeting with S. Lemack, L. Nguyen (both AlixPartners) re: cash flow forecast. | 0.60 |
| 02/22/21 | JD | Provide comments on the latest cash forecast to actual report. | 0.40 |
| 02/22/21 | LTN | Review Purdue 2021 budget -Operating expenses breakdown provided by E. Nowakowski (Purdue) and updated the latest 13w cash forecast | 2.50 |
| 02/22/21 | LTN | Prepare the customer receipts section of the Purdue 13 week cash forecast beg 02.19 based on the latest sales forecast provided by J. Knight (Purdue) | 2.10 |
| 02/22/21 | LTN | Download AP data from SAP and categorized the operating expense section of Purdue 13-week cash | 2.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Cash Management |
| Client/Matter # | 012589.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | forecast beginning w.e 02.19.2021 | |
| 02/22/21 | LTN | Update the latest EastWest cash transaction report and categorized for the week ended 02.19 cash report | 1.70 |
| 02/22/21 | LTN | Reconcile and categorize the latest Paysource cash transactions and updated the week ended 02.19 cash report | 1.80 |
| 02/22/21 | LTN | Reconcile the latest IAC transactions and prepared the updated IAC Summaries for week ended 02.19 cash actuals report | 0.80 |
| 02/22/21 | LTN | Prepare a list of open items to R. Brown, T. Gabriele, C. Hobbick, M. Santonastaso (all Purdue) and updated w.e. 02.19.2021 cash actuals report based on their feedback | 1.20 |
| 02/22/21 | LTN | Download AR data from SAP, categorized Account Receivables section of Purdue & Rhodes 13w cash forecast w.e 02.19.2021 | 1.80 |
| 02/22/21 | HSB | Review weekly cash report prepared by L. Nguyen (AlixPartners) and provided comments | 0.80 |
| 02/23/21 | LTN | Continue updating Purdue 2021 budget- operating expenses breakdown details to the Purdue 13w cash forecast | 1.70 |
| 02/23/21 | LTN | Updated Monthly Entity operations section of latest Purdue 13w cash forecast based on the latest 2021 budget | 2.50 |
| 02/23/21 | LTN | Prepare the IAC receipts and IAC disbursements section of the Purdue 13w cash forecast beginning 02.19 period | 2.20 |
| 02/23/21 | LTN | Reconcile the latest Purdue and Rhodes rebates vs the MCO tracker sent by D. Krishnan (Purdue) as of 02.19.2021 | 2.00 |
| 02/24/21 | LTN | Prepare the rebates section of Purdue 13-week cash forecast beginning 02.19 | 2.00 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #          2133780-1

Re:               Cash Management
Client/Matter #   012589.00103

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 02/24/21 | LTN | Review Rhodes 2021 budget provided by R. Haberlin (Purdue) and continued updating P&L section of Rhodes 13w cash forecast beginning 02.19 period | 2.20 |
| 02/24/21 | LTN | Prepare the legal fees and professional fees section of the Purdue 13w cash forecast beginning 02.19 period | 1.90 |
| 02/24/21 | LTN | Review the latest Restructuring forecast provided by J. DelConte (AlixPartners) and updated the tracker and cash forecast accordingly | 1.30 |
| 02/24/21 | LTN | Prepare the cash summaries section of the Purdue 13 week cash forecast beginning 02.19 | 1.80 |
| 02/25/21 | LTN | Downloaded AP data and prepare the Operating expense section of the Rhodes 13-week cash forecast beginning 02.19.2021 | 1.80 |
| 02/25/21 | LTN | Prepare the customer receipts section of the Rhodes 13-week cash forecast beginning 02.19 | 1.30 |
| 02/25/21 | LTN | Prepare the rebates section of Rhodes 13-week cash forecast beginning 02.19 period | 1.50 |
| 02/25/21 | LTN | Review Rhodes 2021 budget and updated net revenue for ~30 products of the Rhodes 13w cash forecast | 1.90 |
| 02/25/21 | LTN | Review Rhodes 2021 budget and updated COGS for ~30 products of the Rhodes 13w cash forecast | 2.40 |
| 02/25/21 | SKL | Create accounts payable release file and review latest payment detail. | 0.70 |
| 02/26/21 | SKL | Review latest budget files provided by E. Nowakowski and reviewed implements made to the latest Purdue cash forecast. | 1.50 |
| 02/26/21 | LTN | Update Rhodes 2021 budget- distribution costs and other product related costs for ~30 products to Rhodes 13w cash forecast | 1.70 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                    Cash Management
Client/Matter #        012589.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/26/21 | LTN | Updated Monthly Entity operations section of latest Rhodes 13w cash forecast based on the latest 2021 budget | 1.80 |
| 02/26/21 | HSB | Review excel sheet with claims related info prepared by A. DePalma (AlixPartners) | 0.20 |
| 02/26/21 | HSB | Review excel files with claims analysis prepared by S. Lemack (AlixPartners) | 0.80 |
| | | **Total** | **104.90** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                Cash Management
Client/Matter #     012589.00103

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lan T Nguyen | 92.40 | 530.00 | 48,972.00 |
| Sam K Lemack | 6.50 | 665.00 | 4,322.50 |
| HS Bhattal | 4.40 | 865.00 | 3,806.00 |
| Jesse DelConte | 1.60 | 1,055.00 | 1,688.00 |
| **Total Hours & Fees** | **104.90** | | **58,788.50** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #             2133780-1

Re:                   Communication with Interested Parties
Client/Matter #       012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/21 | HSB | Call with M. Diaz, B. Bromberg, S. Bingham (all FTI), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal (both AlixPartners) re: potential ABL financing. | 0.50 |
| 02/01/21 | ADD | Prepare files provided by DPW eDiscovery team for upload to the data room. | 1.50 |
| 02/01/21 | ADD | Edit documents to be uploaded to the data room for creditor committee review. | 1.30 |
| 02/01/21 | ADD | Download accounts receivable information in response to diligence request. | 0.90 |
| 02/01/21 | ADD | Review outstanding diligence requests and draft correspondence to follow up with outstanding, | 1.60 |
| 02/01/21 | ADD | Compile documents submitted in response to diligence requests and provide to DPW eDiscovery for processing. | 1.80 |
| 02/01/21 | JD | Review third party correspondence re: working capital. | 0.20 |
| 02/01/21 | JD | Call with M. Diaz, B. Bromberg, S. Bingham (all FTI), J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal (both AlixPartners) re: potential ABL financing. | 0.50 |
| 02/02/21 | JD | Call with S. Burian, G. Coutts, H. Schenk (all HL), M. Diaz, B. Bromberg (both FTI), T. Melvin (PJT), J. DelConte, H. Bhattal (both AlixPartners) re: third party diligence process. | 0.90 |
| 02/02/21 | JD | Correspondence with PJT and DPW re: final side by side comparison of third party discussions. | 0.80 |
| 02/02/21 | JD | Call with T. Melvin (PJT), H. Schenk, A. Benjamin (both HL) re: third party modeling. | 0.80 |
| 02/02/21 | JD | Call with PBGC, M. Huebner, S. Brecher, J. Crandall (all DPW), J. Turner (PJT), J. Lowne, R. Aleali (both Purdue) re: emergence planning. | 0.50 |
| 02/02/21 | ADD | Compile agreements requested by DPW and follow up | 0.90 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #               2133780-1

Re:                     Communication with Interested Parties
Client/Matter #         012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | with outstanding items. | |
| 02/02/21 | ADD | Review diligence requests and follow up with outstanding items. | 0.70 |
| 02/02/21 | HSB | Call with S. Burian, G. Coutts, H. Schenk (all HL), M. Diaz, B. Bromberg (both FTI), T. Melvin (PJT), J. DelConte, H. Bhattal (both AlixPartners) re: third party diligence process. | 0.90 |
| 02/03/21 | ADD | Compile claims details in response to creditor committee diligence requests. | 1.60 |
| 02/03/21 | ADD | Compile documents submitted in response to diligence requests and provide to DPW eDiscovery for processing. | 1.20 |
| 02/03/21 | JD | Call with J. Turner (PJT), J. Feltman, M. Vitti, R. Levy (all Duff & Phelps) re: third party discussions. | 0.70 |
| 02/03/21 | JD | Review correspondence from DPW, Akin Gump and Gilbert re: shareholder settlement proposals. | 0.50 |
| 02/03/21 | JD | Correspondence with HL and PJT re: third party discussions. | 0.30 |
| 02/04/21 | JD | Call with M. Diaz and B. Bromberg (both FTI) re: convenience class and claims treatment. | 0.60 |
| 02/04/21 | JD | Call with L. Altus, T. Matlock (both DPW), J. Turner, T. Melvin (both PJT), J. Feltman, M. Vitti, R. Levy (all Duff & Phelps) re: tax forecasting. | 0.50 |
| 02/04/21 | JD | Call with K. Eckstein, R. Ringer (both Kramer Levin), S. Gilbert (Gilbert), M. Diaz, B. Bromberg (both FTI), G. Coutts, S. Burian, H. Schenk (all HL), M. Huebner, E. Vonnegut, D. Klein, C. Robertson (all DPW), J. Turner, T. Melvin (both PJT), M. Kesselman, R. Aleali (both Purdue), J. DelConte, H. Bhattal (both AlixPartners) re: plan term sheet issues. | 1.40 |
| 02/04/21 | JD | Call with J. Turner (PJT) and G. Coutts (HL) re: case | 0.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #             2133780-1

Re:                   Communication with Interested Parties
Client/Matter #       012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
|  |  | update and open items. |  |
| 02/04/21 | HSB | Call with K. Eckstein, R. Ringer (both Kramer Levin), S. Gilbert (Gilbert), M. Diaz, B. Bromberg (both FTI), G. Coutts, S. Burian, H. Schenk (all HL), M. Huebner, E. Vonnegut, D. Klein, C. Robertson (all DPW), J. Turner, T. Melvin (both PJT), M. Kesselman, R. Aleali (both Purdue), J. DelConte, H. Bhattal (both AlixPartners) re: plan term sheet issues. | 1.40 |
| 02/04/21 | ADD | Summarize production data at the request of DPW | 1.00 |
| 02/05/21 | ADD | Prepare for internal AlixPartners internal engagement team meeting. | 0.20 |
| 02/05/21 | ADD | Prepare files provided by DPW eDiscovery team for upload to the data room. | 1.30 |
| 02/05/21 | ADD | Edit documents to be uploaded to the data room for creditor committee review. | 1.40 |
| 02/05/21 | ADD | Review outstanding requests from DPW and request outstanding items from the client. | 1.70 |
| 02/06/21 | JD | Correspondence with M. Atkinson (Province) re: excluded liability details. | 0.30 |
| 02/06/21 | JD | Correspondence with AHC and UCC re: latest claims analyses and convenience class. | 0.40 |
| 02/08/21 | JD | Call with L. Altus, W. Curran, T. Matlock (all DPW), J. Turner (PJT), J. Feltman, M. Vitti, R. Levy (all DPW), L. Fogelman (DOJ) re: tax forecasting. | 0.40 |
| 02/08/21 | HSB | Call with G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg (both FTI), M. Atkinson (Province), J. DelConte (partial participation), H. Bhattal (both AlixPartners) and third party re: diligence discussions. | 2.00 |
| 02/08/21 | HSB | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), T. Coleman, J. Turner, T. Melvin, L. Schwarzmann, J. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                    Communication with Interested Parties
Client/Matter #        012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Arsic, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners), M. Huebner (DPW) re: due diligence update (Plex) from counterparty | |
| 02/08/21 | HSB | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), T. Coleman, J. Turner, T. Melvin, L. Schwarzmann, J. Arsic, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners), M. Huebner (DPW) re: due diligence update (Plex) from counterparty | 0.50 |
| 02/08/21 | JD | Review latest third party communications and analyses. | 1.70 |
| 02/08/21 | JD | Call with G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg (both FTI), M. Atkinson (Province), J. DelConte (partial participation), H. Bhattal (both AlixPartners) and third party re: diligence discussions. | 0.70 |
| 02/09/21 | JD | Call with C. Wong (PBGC) re: plan process. | 0.30 |
| 02/09/21 | JD | Correspondence with PBGC re: case progress. | 0.60 |
| 02/09/21 | JD | Review request for PEO clearance from FTI. | 0.30 |
| 02/09/21 | JD | Review updated third party diligence list. | 0.40 |
| 02/09/21 | ADD | Compile diligence and data room statistics for counsel. | 1.80 |
| 02/09/21 | ADD | Compile documents submitted in response to diligence requests and provide to DPW eDiscovery for processing. | 2.40 |
| 02/10/21 | ADD | Compare open prepetition accounts payable to claims previously scheduled. | 2.70 |
| 02/10/21 | HSB | Call with J. Turner, T. Melvin, J. Arsic (all PJT), M. Diaz, B. Bromberg (both FTI), A. Benjamin, G. Coutts, H. Sun (all HL), K. Eckstein (Kramer Levin) re: Plan related issues | 1.10 |
| 02/10/21 | JD | Call with C. Wong (PBGC) re: plan process. | 0.40 |
| 02/11/21 | JD | Call with J. Lowne (Purdue), J. Turner, T. Melvin, J. Arsic, R. Schnitzler (all PJT) re: diligence questions. | 0.30 |
| 02/11/21 | JD | Meeting with T. Ghalayini, J. Hamilton, A. DePalma, J. | 0.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Communication with Interested Parties |
| Client/Matter # | 012589.00104 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | DelConte (AlixPartners) R. Hoff (Wiggin and Dana) T. Morrissey (Purdue) A. Guo, C. Oluwole (DPW) re: Production Repository Discussion. | |
| 02/11/21 | JD | Call with J. Lowne, M. Kesselman (both Purdue), J. Turner, J. O'Connell, T. Melvin (all PJT), M. Huebner, E. Vonnegut (both DPW) re: third party diligence discussions. | 0.40 |
| 02/11/21 | JD | Call with J. Lowne (Purdue) re: follow-up to diligence discussions. | 0.20 |
| 02/11/21 | ADD | Update claims reconciliation spreadsheet with client feedback to send to client A/P team for review. | 2.30 |
| 02/11/21 | ADD | Review materials uploaded to the data room to identify materials responsive to diligence request. | 1.70 |
| 02/11/21 | ADD | Meeting with T. Ghalayini, J. Hamilton, A. DePalma, J. DelConte (AlixPartners) R. Hoff (Wiggin and Dana) T. Morrissey (Purdue) A. Guo, C. Oluwole (DPW) re: Production Repository Discussion. | 0.60 |
| 02/12/21 | ADD | Prepare documents provided in response to diligence request for upload to the Project Plex data room for stakeholder review. | 1.20 |
| 02/12/21 | ADD | Prepare materials submitted in response to diligence request for upload to the data room. | 2.50 |
| 02/12/21 | ADD | Download updated accounting data from SAP BW for Liquidation Analysis update | 0.80 |
| 02/12/21 | ADD | Meeting with T. Ghalayini, J. Hamilton, A. DePalma (AlixPartners) re: Purdue data discussion. | 0.60 |
| 02/12/21 | ADD | Prepare for Purdue team update meeting. | 0.20 |
| 02/12/21 | LTN | Review due diligence data and cleaned data re: additional Project Plex's requests | 1.80 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #          2133780-1

Re:                Communication with Interested Parties
Client/Matter #    012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/12/21 | JD | Correspondence with Purdue management re: open third party diligence questions. | 0.60 |
| 02/12/21 | JD | Correspondence with R. Aleali (Purdue) and DPW re: ability to share IMS data with certain counterparties. | 0.30 |
| 02/12/21 | JD | Pull together recent files to provide per third party diligence requests. | 0.70 |
| 02/12/21 | JD | Edit materials provided by management in response to third party diligence requests. | 2.30 |
| 02/13/21 | JD | Review additional files pulled together by management to be responsive to outstanding third party requests. | 0.40 |
| 02/16/21 | JD | Review updated third party diligence request files and correspondence with PJT re: ability to produce such files. | 0.80 |
| 02/16/21 | JD | Call with M. Huebner, S. Brecher (both DPW), C. Wong, L. Butler (both PBGC) re: case progress. | 0.30 |
| 02/16/21 | ADD | Compile documents submitted in response to diligence requests and provide to DPW's eDiscovery for processing. | 2.20 |
| 02/16/21 | ADD | Prepare documents provided by DPW's eDiscovery team for upload to the data room. | 2.30 |
| 02/16/21 | ADD | Edit documents to be uploaded to the data room for creditor committee review. | 1.80 |
| 02/17/21 | ADD | Review contract review tracker and request missing items from client. | 1.00 |
| 02/17/21 | LTN | Review data for the additional Project Plex's requests and updated the tracker | 0.60 |
| 02/17/21 | JD | Call with J. DelConte, G. Koch (both AlixPartners), T. Melvin, J. Arsic (PJT), M. Atkinson (Province), G. Coutts, H. Schenk (HL), B. Bromberg (FTI), L. Schlezinger (Jefferies) re: shareholder diligence. | 0.40 |
| 02/17/21 | JD | Correspondence with PJT and HL re: various business | 0.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2133780-1 |
| Re: | Communication with Interested Parties |
| Client/Matter # | 012589.00104 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | plan sensitivities. | |
| 02/17/21 | JD | Provide comments on answers from management per open third party diligence questions. | 0.40 |
| 02/17/21 | JD | Review latest diligence files per third party diligence request. | 0.60 |
| 02/17/21 | GJK | Call with J. DelConte, G. Koch (both AlixPartners), T. Melvin, J. Arsic (PJT), M. Atkinson (Province), G. Coutts, H. Schenk (HL), B. Bromberg (FTI), L. Schlezinger (Jefferies) re: shareholder diligence. | 0.40 |
| 02/18/21 | GJK | Call with G. Koch and L. Nguyen (both AlixPartners) re: shareholder financial due diligence questions tracker | 0.50 |
| 02/18/21 | JD | Conversation with C. Wong (PBGC) re: case progress. | 0.10 |
| 02/18/21 | JD | Call with M. Atkinson (Province) re: pension request. | 0.10 |
| 02/18/21 | JD | Edit files from management responsive to certain third party requests and related correspondence with management and PJT to share with third parties. | 1.00 |
| 02/18/21 | JD | Review updated third party diligence and question list for tomorrow's call. | 0.30 |
| 02/18/21 | JD | Correspondence with Purdue management, DPW and PJT re: UCC pension questions. | 0.70 |
| 02/18/21 | LTN | Review shareholder Information and draft diligence list to prepare a priority list | 0.70 |
| 02/18/21 | LTN | Call with G. Koch and L. Nguyen (both AlixPartners) re: shareholder financial due diligence questions tracker | 0.50 |
| 02/18/21 | ADD | Prepare documents responsive to Project Plex diligence requests to be uploaded to the data room for external review. | 1.30 |
| 02/19/21 | ADD | Prepare documents responsive to Project Plex diligence requests to be uploaded to the data room for external | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                  Communication with Interested Parties
Client/Matter #      012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | review. | |
| 02/19/21 | ADD | Prepare materials provided by DPW eDiscovery team to be uploaded for creditor committee review. | 2.40 |
| 02/19/21 | HSB | Call with third party, S. Burian, G. Coutts, H. Schenk (all HL), M. Diaz, B. Bromberg (both FTI), K. Sheridan, L. Szlezinger (both Jefferies), M. Atkinson (Province), J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners), J. Lowne, E. Nowakowski, D. Fogel, R. Haberlin (all Purdue) re: working capital diligence requests. | 1.10 |
| 02/19/21 | HSB | Call with J. DelConte, H. Bhattal (both AlixPartners), J. Turner, T. Melvin (both PJT), J. Feltman, R. Levy (both Duff and Phelps) re: claims analysis. | 0.30 |
| 02/19/21 | HSB | Call with J. Lowne, L. Schenbach (both Purdue), J. Turner, T. Melvin, L. Schwarzmann, J. Arsic, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners) re: financial projections | 0.50 |
| 02/19/21 | HSB | Call with J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal (both AlixPartners) and R. Levy, M. Vitti, J. Feltman (all Duff & Phelps) re: DOJ unsecured claim | 1.40 |
| 02/19/21 | JD | Call with J. Turner (PJT) and G. Coutts (HL) re: case update. | 0.80 |
| 02/19/21 | JD | Call with R. Aleali (Purdue) re: board follow up and case update. | 0.40 |
| 02/19/21 | JD | Call with J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal (both AlixPartners) and R. Levy, M. Vitti, J. Feltman (all Duff & Phelps) re: DOJ unsecured claim | 1.40 |
| 02/19/21 | JD | Call with J. DelConte, H. Bhattal (both AlixPartners), J. Turner, T. Melvin (both PJT), J. Feltman, R. Levy (both Duff and Phelps) re: claims analysis. | 0.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #             2133780-1

Re:                   Communication with Interested Parties
Client/Matter #       012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/19/21 | JD | Call with G. Coutts, H. Schenk (both HL), B. Bromberg, M. Diaz (both FTI), J. Turner, T. Melvin, J. Arsic (all PJT) re: latest AHC term sheet. | 0.40 |
| 02/19/21 | JD | Call with J. Lowne, L. Schenbach (both Purdue), J. Turner, T. Melvin, L. Schwarzmann, J. Arsic, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners) re: financial projections | 0.50 |
| 02/19/21 | JD | Call with third party, S. Burian, G. Coutts, H. Schenk (all HL), M. Diaz, B. Bromberg (both FTI), K. Sheridan, L. Szlezinger (both Jefferies), M. Atkinson (Province), J. Turner, T. Melvin, R. Schnitzler (all PJT), J. DelConte, H. Bhattal (both AlixPartners), J. Lowne, E. Nowakowski, D. Fogel, R. Haberlin (all Purdue) re: working capital diligence requests. | 1.10 |
| 02/22/21 | JD | Review final board financial presentations in order to cleanse them to share with creditors. | 0.80 |
| 02/22/21 | JD | Review draft mark-up of the Rhodes business plan deck for creditors. | 0.40 |
| 02/22/21 | ADD | Compile documents submitted in response to diligence requests and provide to Davis Polk's eDiscovery for processing. | 2.30 |
| 02/22/21 | ADD | Draft correspondence requesting approval to upload documents to the data room. | 0.40 |
| 02/22/21 | ADD | Review diligence requests and follow up with outstanding items. | 1.30 |
| 02/22/21 | ADD | Review data room to verify that production were uploaded correctly. | 2.10 |
| 02/23/21 | ADD | Compile documents submitted in response to diligence requests and provide to Davis Polk's eDiscovery for processing. | 2.40 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #                  2133780-1

Re:                        Communication with Interested Parties
Client/Matter #            012589.00104

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/23/21 | LTN | Review additional requests re Project Plex and provided data accordingly | 0.80 |
| 02/23/21 | JD | Call with C. Wong (PBGC) re: plan progress and timing. | 0.50 |
| 02/23/21 | JD | Correspondence with DPW and Purdue management re: pension diligence question from the UCC. | 0.70 |
| 02/24/21 | JD | Correspondence with Davis Polk and Purdue management re: UCC pension requests. | 0.30 |
| 02/24/21 | JD | Call with C. Wong (PBGC) re: plan process follow-ups. | 0.40 |
| 02/24/21 | JD | Call with C. Wong (PBGC) re: plan progress. | 0.30 |
| 02/24/21 | JD | Correspondence with Davis Polk and Duff & Phelps re: claim recovery information. | 0.30 |
| 02/24/21 | JD | Correspondence with Purdue management and Province re: pension plan participants. | 0.30 |
| 02/25/21 | JD | Call with J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal (both AlixPartners), G. Coutts, H. Schenk (both HL), M. Diaz, B. Bromberg (both FTI) re: latest term sheet counterproposal. | 0.50 |
| 02/25/21 | JD | Call with M. Atkinson (Province) re: outstanding diligence questions. | 0.20 |
| 02/25/21 | JD | Correspondence with Davis Polk and Purdue management re: open UCC diligence questions. | 0.30 |
| 02/25/21 | JD | Review diligence questions from FTI and correspondence with PJT and Davis Polk re: plan reserve amounts | 0.80 |
| 02/25/21 | JD | Correspondence with Davis Polk and Purdue management re: UCC conversation on open pension questions. | 0.80 |
| 02/25/21 | JD | Draft response to UCC / NCSG pension questions and correspondence with Province re: same. | 0.30 |
| 02/25/21 | HSB | Call with J. Turner, T. Melvin (both PJT), J. DelConte, H. Bhattal (both AlixPartners), G. Coutts, H. Schenk (both | 0.50 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2133780-1 |
| Re: | Communication with Interested Parties |
| Client/Matter # | 012589.00104 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | HL), M. Diaz, B. Bromberg (both FTI) re: latest term sheet counterproposal. | |
| 02/26/21 | HSB | Call with J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg, C. Kim (all FTI) re: plan related issues. | 1.00 |
| 02/26/21 | JD | Provide comments on claims analysis in response to UCC diligence questions. | 0.50 |
| 02/26/21 | JD | Call with J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg, C. Kim (all FTI) re: plan related issues. | 1.00 |
| 02/26/21 | SKL | Call with J. Turner, T. Melvin, J. Arsic (all PJT), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg, C. Kim (all FTI) re: plan related issues. | 1.00 |
| | | **Total** | **110.90** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2133780-1 |
| Re: | Communication with Interested Parties |
| Client/Matter # | 012589.00104 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lan T Nguyen | 4.40 | 530.00 | 2,332.00 |
| Andrew D DePalma | 54.70 | 625.00 | 34,187.50 |
| Sam K Lemack | 1.00 | 665.00 | 665.00 |
| HS Bhattal | 11.70 | 865.00 | 10,120.50 |
| Gabe J Koch | 0.90 | 865.00 | 778.50 |
| Jesse DelConte | 38.20 | 1,055.00 | 40,301.00 |
| **Total Hours & Fees** | **110.90** | | **88,384.50** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                    U. S. Trustee / Court Reporting Requirements
Client/Matter #        012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/21 | SKL | Review latest updates re: December MOR and circulate feedback accordingly. | 0.90 |
| 02/01/21 | JD | Review draft December financial statements to be used in the MOR. | 0.30 |
| 02/01/21 | JD | Provide comments on the contingent liability disclosure to be included in the MOR. | 0.30 |
| 02/01/21 | ADD | Review MOR in preparation for submission. | 1.40 |
| 02/01/21 | LTN | Finalize updates to the December 2020 MOR and circulated for CFO sign-off | 2.40 |
| 02/02/21 | JD | Review final MOR prior to sending out to be filed. | 0.20 |
| 02/08/21 | LTN | Submit data requests to various Purdue teams to prepare the January 2021 MOR | 0.50 |
| 02/11/21 | LTN | Prepare the professional fee payments section of the January 2021 monthly operating report | 1.30 |
| 02/11/21 | LTN | Prepare the Insider payments section of January 2021 monthly operating report | 1.80 |
| 02/11/21 | LTN | Prepare the cash activity section of the January 2021 monthly operating report | 1.60 |
| 02/11/21 | LTN | Prepare the bank account balances section of the January 2021 monthly operating report | 2.20 |
| 02/18/21 | ADD | Draft correspondence requesting approval to upload documents to the data room. | 0.40 |
| 02/18/21 | ADD | Review January MOR and debtor questionnaire for any updates from prior month's MOR. | 0.60 |
| 02/19/21 | ADD | Call with A. DePalma and L. Nguyen (both AlixPartners) re: January 2021 MOR | 0.30 |
| 02/19/21 | ADD | Finalize January MOR for client signature and DPW review. | 2.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                  U. S. Trustee / Court Reporting Requirements
Client/Matter #      012589.00105

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 02/19/21 | LTN | Compile financial statements and formatted January 2021 MOR to circulate for CFO review | 2.70 |
| 02/19/21 | LTN | Call with A. DePalma and L. Nguyen (both AlixPartners) re: January 2021 MOR | 0.30 |
| 02/25/21 | LTN | Revised the Jan MOR report based on the latest update from J. Lowne (Purdue) and finalized the report for CFO sign-off | 2.00 |
| 02/25/21 | JD | Review updated financial statements for the January MOR. | 0.50 |
| 02/26/21 | LTN | Review the latest OCP data provided by C. MacDonald (Purdue) and prepared OCP report for Jan 2021 invoices | 2.50 |
| | | **Total** | **24.40** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | U. S. Trustee / Court Reporting Requirements |
| Client/Matter # | 012589.00105 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lan T Nguyen | 17.30 | 530.00 | 9,169.00 |
| Andrew D DePalma | 4.90 | 625.00 | 3,062.50 |
| Sam K Lemack | 0.90 | 665.00 | 598.50 |
| Jesse DelConte | 1.30 | 1,055.00 | 1,371.50 |
| **Total Hours & Fees** | **24.40** | | **14,201.50** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/01/21 | HSB | Call with A. Preis, S. Brauner, M. Hurley (both Akin Gump), S. Gilbert (Gilbert), M. Atkinson (Province), M. Huebner, E. Vonnegut, C. Duggan (all DPW), S. Birnbaum (Dechert), J. O'Connell, J. Turner (both PJT), J. DelConte, H. Bhattal (both AlixPartners), K. Maclay (Caplin & Drysdale) re: mediation offers. | 1.00 |
| 02/01/21 | HSB | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, D. Klein (all DPW), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), T. Baker (Dentons), S. Birnbaum (Dechert) re: third party communications. | 0.40 |
| 02/01/21 | JD | Review A/R and rebate details re: potential ABL availability. | 0.50 |
| 02/01/21 | JD | Review draft Rhodes net sales report. | 0.20 |
| 02/01/21 | JD | Review latest turn of the third party side by side comparison presentation. | 0.30 |
| 02/01/21 | JD | Review latest third party side by side analysis and correspondence with PJT and DPW re: same. | 0.70 |
| 02/01/21 | JD | Review proposed accounting for accelerated bonus payments. | 0.70 |
| 02/01/21 | JD | Review updated draft accrued expense details re: third party bid. | 0.30 |
| 02/01/21 | JD | Correspondence with DPW and PJT re: third party side by side analysis. | 0.60 |
| 02/01/21 | JD | Prepare final analysis of ABL collateral to share with AHC advisors. | 0.80 |
| 02/01/21 | JD | Review shareholder settlement comparison analysis from AHC. | 0.20 |
| 02/01/21 | JD | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Vonnegut, D. Klein (all DPW), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), T. Baker (Dentons), S. Birnbaum (Dechert) re: third party communications. | |
| 02/01/21 | JD | Call with J. Lowne (Purdue) re: third party communications. | 0.30 |
| 02/01/21 | JD | Call with L. Altus, T. Matlock (both DPW), J. Turner, T. Melvin, J. Arsic (all PJT) re: tax forecasting. | 0.90 |
| 02/01/21 | JD | Call with A. Preis, S. Brauner, M. Hurley (both Akin Gump), S. Gilbert (Gilbert), M. Atkinson (Province), M. Huebner, E. Vonnegut, C. Duggan (all DPW), S. Birnbaum (Dechert), J. O'Connell, J. Turner (both PJT), J. DelConte, H. Bhattal (both AlixPartners), K. Maclay (Caplin & Drysdale) re: mediation offers. | 1.00 |
| 02/01/21 | JD | Call with T. Melvin (PJT) re: third party analysis. | 0.40 |
| 02/01/21 | LJD | Call with J. O'Connell, J. Turner, T. Melvin (all PJT), M. Kesselman, R. Aleali (both Purdue), M. Huebner, E. Vonnegut, D. Klein (all DPW), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), T. Baker (Dentons), S. Birnbaum (Dechert) re: third party communications. | 0.40 |
| 02/02/21 | LJD | Attended Purdue Special Committee board meeting with M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 02/02/21 | LJD | Review correspondence and comment on side by side analysis | 0.50 |
| 02/02/21 | GJK | Respond to questions on projections and present value from M Huebner (DPW). | 1.30 |
| 02/02/21 | JD | Review PV analysis of potential shareholder settlements. | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/02/21 | JD | Review updated comparison of third party and PBC cash flow forecasts. | 0.40 |
| 02/02/21 | JD | Call with J. Turner (PJT) re: HL call follow up. | 0.20 |
| 02/02/21 | JD | Attended Purdue Special Committee board meeting with M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 02/02/21 | JD | Call with J. Turner (PJT) re: board meeting follow up. | 0.20 |
| 02/02/21 | JD | Call with S. Brecher, J. Crandall, E. Vonnegut (all DPW), J. Turner (PJT) re: PBGC call prep. | 0.30 |
| 02/02/21 | JD | Call with T. Melvin (PJT) re: third party discussion forecasting. | 0.40 |
| 02/02/21 | JD | Correspondence with G. Koch (AlixPartners) and J. Turner (PJT) re: IAC value and shareholder settlement. | 0.50 |
| 02/02/21 | JD | Review third party financial model with respect to potential tax liabilities. | 0.50 |
| 02/02/21 | JD | Provide final edits to third party side by side comparison. | 0.40 |
| 02/02/21 | JD | Correspondence with DPW and PJT re: PBGC and third party data room. | 0.30 |
| 02/02/21 | JD | Finalize excluded liabilities file | 0.50 |
| 02/02/21 | JD | Review ad hoc advisor analysis of third party working capital impacts. | 0.40 |
| 02/02/21 | JD | Call with J. Lowne (Purdue) re: board follow ups. | 0.20 |
| 02/02/21 | JD | Call with T. Melvin (PJT) re: AHC advisor call follow ups. | 0.50 |
| 02/02/21 | JD | Call with M. Huebner (DPW) re: AHC advisor call follow ups. | 0.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/02/21 | JD | Call with T. Melvin (PJT) re: HL pre-call. | 0.40 |
| 02/02/21 | ADD | Compile and format materials submitted in response to diligence request for processing and upload to the data room for creditor committee. | 1.40 |
| 02/02/21 | HSB | Attended Purdue Special Committee board meeting with M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 02/03/21 | HSB | Attended Purdue board meeting with board members, M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal (both AlixPartners), S. Birnbaum (Dechert) | 2.10 |
| 02/03/21 | ADD | Update liabilities subject to compromise calculation for January 31 month end. | 2.40 |
| 02/03/21 | JD | Attended Purdue board meeting with board members, M. Kesselman, R. Aleali, J. Lowne, C. Landau (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal (both AlixPartners), S. Birnbaum (Dechert) | 2.10 |
| 02/03/21 | JD | Provide comments on the final presentation from PJT to be shared with the Board re: third party discussions to date. | 0.80 |
| 02/03/21 | JD | Call with J. Turner (PJT) re: D&P follow-ups. | 0.20 |
| 02/03/21 | GJK | Review Mundipharma draft report for potential follow up questions. | 2.00 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/03/21 | GJK | Review iterations of Mundipharma financial projections from 2019 to 2021. | 1.50 |
| 02/03/21 | LJD | Provide comments on board presentation | 0.70 |
| 02/04/21 | SKL | Call with H. Bhattal, S. Lemack, J. DelConte (all AlixPartners), J. Lowne (Purdue), J. Turner, T. Melvin (both PJT) re: minimum cash discussions. | 0.30 |
| 02/04/21 | GJK | Follow up on cash flows in Mundipharma projections. | 2.50 |
| 02/04/21 | JD | Call with C. Robertson (DPW) re: emergence planning. | 0.60 |
| 02/04/21 | JD | Correspondence with C. DeStefano and J. Lowne (both Purdue) re: bonus compensation analysis and year end accrual accounting. | 0.40 |
| 02/04/21 | JD | Review corporate objective scorecard for 2020. | 0.30 |
| 02/04/21 | JD | Call with H. Bhattal, S. Lemack, J. DelConte (all AlixPartners), J. Lowne (Purdue), J. Turner, T. Melvin (both PJT) re: minimum cash discussions. | 0.30 |
| 02/04/21 | JD | Review latest business development deal analysis that was presented to portfolio committee. | 0.60 |
| 02/04/21 | JD | Correspondence with J. Lowne (Purdue) and A. DePalma (AlixPartners) re: LSTC balance at January month end. | 0.20 |
| 02/04/21 | HSB | Call with H. Bhattal, S. Lemack, J. DelConte (all AlixPartners), J. Lowne (Purdue), J. Turner, T. Melvin (both PJT) re: minimum cash discussions. | 0.30 |
| 02/05/21 | JD | Review draft December board financial package. | 0.50 |
| 02/05/21 | JD | Draft bullets on ABL collateral summary for PJT discussions with third party financing sources. | 0.50 |
| 02/05/21 | JD | Review target distribution analysis from PJT. | 0.40 |
| 02/05/21 | ADD | Reconcile accounts receivable transaction detail and reconcile to A/R balances. | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/05/21 | GJK | Analyze of 2021-2025 projection data. | 2.50 |
| 02/06/21 | JD | Call with J. Lowne (Purdue) re: financial projections exhibit. | 0.30 |
| 02/07/21 | JD | Correspondence with R. Brown (Purdue) re: month end professional fee accruals. | 0.30 |
| 02/07/21 | JD | Review correspondence from Bates White, DPW, Akin and Gilbert re: shareholder settlement offers. | 0.40 |
| 02/07/21 | JD | Review most recent third party communications. | 1.00 |
| 02/08/21 | JD | Call with M. Huebner, A. Lele, W. Taylor, E. Vonnegut (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), S. Birnbaum (Dechert), T. Baker (Dentons) re: third party discussions. | 0.60 |
| 02/08/21 | JD | Call with J. Lowne (Purdue) re: corporate scorecard. | 0.30 |
| 02/08/21 | JD | Call with J. Turner (PJT) re: updating latest analyses. | 0.30 |
| 02/08/21 | ADD | Compile customer accounts payable data for review. | 1.50 |
| 02/08/21 | JD | Call with J. Turner (PJT) re: third party discussion. | 0.30 |
| 02/08/21 | JD | Correspondence with DPW and PJT re: plan of reorganization negotiations. | 0.30 |
| 02/08/21 | JD | Correspondence with PJT re: disclosure statement exhibits. | 0.40 |
| 02/08/21 | JD | Review latest minimum TopCo distribution presentation from PJT | 0.50 |
| 02/08/21 | JD | Review board presentation slides re: Adhansia options. | 0.30 |
| 02/08/21 | JD | Review third party discussion analysis from PJT. | 0.40 |
| 02/08/21 | LJD | Provide comments on the latest third party correspondence | 0.40 |
| 02/09/21 | LJD | Provide comments on the revised third party structure in comparison to previous structures. | 0.60 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                    Business Analysis & Operations
Client/Matter #        012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/09/21 | JD | Call with J. Lowne, R. Schnitzler, T. Melvin (all PJT) and J. Lowne (Purdue) re: latest business plan. | 0.50 |
| 02/09/21 | JD | Review A/R details with regards to potential ABL financing. | 0.40 |
| 02/09/21 | JD | Review revised third party analysis from PJT. | 0.40 |
| 02/09/21 | JD | Review latest Mundipharma year-end balance sheet. | 0.20 |
| 02/09/21 | JD | Review shareholder settlement materials. | 0.30 |
| 02/09/21 | JD | Review AHC fee details from the company and check against my records. | 0.30 |
| 02/09/21 | JD | Review details of potential adjustments to the Rhodes business plan. | 0.70 |
| 02/10/21 | JD | Provide comments on final third party discussion and minimum distribution decks. | 1.00 |
| 02/10/21 | JD | Review latest PJT materials re: third party discussions and minimum PBC distributions. | 0.80 |
| 02/10/21 | JD | Call with J. Turner, T. Melvin (both PJT), J. Lowne (Purdue), L. Altus, T. Matlock (both DPW), B. Angstadt, T. Coyne, A. McNaull (all Grant Thornton) re: tax projections. | 0.70 |
| 02/10/21 | JD | Review historical materials re: Rhodes performance. | 0.40 |
| 02/10/21 | JD | Call with J. Lowne (Purdue) re: updated business plan forecast. | 0.30 |
| 02/11/21 | JD | Review company materials related to investment update. | 0.40 |
| 02/11/21 | JD | Attended Purdue board meeting with M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal (both AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 02/11/21 | JD | Call with L. Donahue and J. DelConte (both AlixPartners) | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2133780-1 |
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | re: business plan updates. | |
| 02/11/21 | JD | Call with J. Lowne (Purdue) re: updated business plan. | 0.20 |
| 02/11/21 | JD | Call with J. Weiner, E. Hwang (both DPW), J. DelConte, G. Koch, H. Bhattal (all AlixPartners), J. Turner, T. Melvin (both PJT) re: contribution agreement. | 0.60 |
| 02/11/21 | JD | Call with L. Donahue and J. DelConte (both AlixPartners) re: follow-up to management call. | 0.20 |
| 02/11/21 | JD | Call with J. Turner (PJT) re: contribution agreement workstream. | 0.30 |
| 02/11/21 | GJK | Coordinate and update on call with Purdue, DPW, PJT and Alix. | 0.60 |
| 02/11/21 | LJD | Call with L. Donahue and J. DelConte (both AlixPartners) re: business plan updates. | 0.20 |
| 02/11/21 | LJD | Review Rhodes business plan and prior presentations | 0.80 |
| 02/11/21 | LJD | Call with L. Donahue and J. DelConte (both AlixPartners) re: follow-up to management call. | 0.20 |
| 02/11/21 | GJK | Call with K. McCafferty, G. Koch (both AlixPartners) re: Pharma assets. | 0.60 |
| 02/11/21 | HSB | Call with J. Weiner, E. Hwang (both DPW), J. DelConte, G. Koch, H. Bhattal (all AlixPartners), J. Turner, T. Melvin (both PJT) re: contribution agreement. | 0.60 |
| 02/11/21 | HSB | Attended Purdue board meeting with M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal (both AlixPartners), S. Birnbaum (Dechert) | 1.10 |
| 02/12/21 | LJD | Communicate with J. O'Connell (PJT) re: Rhodes approach etc. | 0.30 |
| 02/12/21 | JD | Correspondence with management re: updated materials | 0.50 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #             2133780-1

Re:                   Business Analysis & Operations
Client/Matter #       012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | for latest investment mark to market. | |
| 02/12/21 | JD | Correspondence with DPW re: minimum cash. | 0.30 |
| 02/12/21 | JD | Review draft retention payment amounts for Purdue HR. | 0.30 |
| 02/15/21 | JD | Provide comments on cash distribution schedule pulled together by PJT. | 0.80 |
| 02/15/21 | JD | Call with J. Lowne (Purdue) re: business planning. | 0.30 |
| 02/15/21 | JD | Call with J. Turner (PJT) re: updated scenarios. | 0.20 |
| 02/15/21 | JD | Call with R. Aleali (Purdue) re: updated business planning. | 0.30 |
| 02/15/21 | LJD | Provide comments on the revised liquidation analysis | 1.80 |
| 02/15/21 | LJD | Provide comments on Special committee update deck | 0.80 |
| 02/16/21 | LJD | Participate in Purdue special committee board meeting with J. DelConte, L. Donahue (partial participation) (both AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, C. Duggan, M. Clarens, B. Kaminetzky (all Davis Polk), J. O'Connell, J. Turner (both PJT). | 1.00 |
| 02/16/21 | LJD | Review draft deck for special committee meeting | 0.60 |
| 02/16/21 | GJK | Plan out diligence requirements to support evaluation of Family assets based on current information. | 1.80 |
| 02/16/21 | GJK | Evaluate opportunities to align with UCC and AHC Advisors on trust diligence. | 0.50 |
| 02/16/21 | JD | Correspondence with PJT and AlixPartners team members re: updated financial projection timelines. | 0.30 |
| 02/16/21 | JD | Participate in Purdue special committee board meeting with J. DelConte, L. Donahue (partial participation) (both AlixPartners), M. Huebner, E. Vonnegut, C. Robertson, C. Duggan, M. Clarens, B. Kaminetzky (all Davis Polk), J. O'Connell, J. Turner (both PJT). | 1.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2133780-1 |
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/16/21 | JD | Call with J. Turner (PJT) and G. Coutts (HL) re: case catch up and planning. | 0.70 |
| 02/16/21 | JD | Correspondence with PJT and HL re: third party history. | 0.30 |
| 02/16/21 | JD | Provide comments on potential financing sources list from PJT. | 0.70 |
| 02/17/21 | JD | Call with J. Lowne (Purdue) re: updated business plan. | 0.30 |
| 02/17/21 | JD | Comment on draft board materials on third party investment and Rhodes prior to the upcoming board meeting. | 1.00 |
| 02/17/21 | JD | Review research materials on the history of an interested third party. | 0.40 |
| 02/17/21 | JD | Correspondence with the committee advisors re: updated pro fee forecast. | 0.30 |
| 02/17/21 | GJK | Prepare for trust diligence call. | 1.50 |
| 02/18/21 | GJK | Plan out next steps for diligence related to Sackler Family Trusts. | 1.20 |
| 02/18/21 | GJK | Develop process for analyzing 2019 asset information for Sackler Family. | 0.80 |
| 02/18/21 | GJK | Draft email to Financial Advisors re: trust diligence list | 0.80 |
| 02/18/21 | GJK | Call with J. DelConte, G. Koch, A. DePalma, L. Nguyen (all AlixPartners) re: shareholder financial diligence. | 0.60 |
| 02/18/21 | LJD | Provide comments on AHC counterproposal | 0.70 |
| 02/18/21 | JD | Call with J. DelConte, G. Koch, A. DePalma, L. Nguyen (all AlixPartners) re: shareholder financial diligence. | 0.60 |
| 02/18/21 | JD | Update professional fee forecast per latest guidance from the UCC. | 0.70 |
| 02/18/21 | JD | Review various long term forecast sensitivity analyses per question from HL. | 0.50 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/18/21 | JD | Review latest and shareholder diligence request list and draft email to the other creditor advisors re: same. | 0.60 |
| 02/18/21 | JD | Review non-recurring legal expenses and accounting per question from DPW. | 0.40 |
| 02/18/21 | JD | Review old pension materials per request from the UCC. | 0.50 |
| 02/18/21 | LTN | Call with J. DelConte, G. Koch, A. DePalma, L. Nguyen (all AlixPartners) re: shareholder financial diligence. | 0.60 |
| 02/18/21 | ADD | Call with J. DelConte, G. Koch, A. DePalma, L. Nguyen (all AlixPartners) re: shareholder financial diligence. | 0.60 |
| 02/19/21 | HSB | Attended Purdue board meeting with board members, C. Landau, M.  Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) and reviewed related materials. | 1.40 |
| 02/19/21 | JD | Review proposed final shareholder resolution analysis and summary from Bates White. | 0.30 |
| 02/19/21 | JD | Attended Purdue board meeting with board members, C. Landau, M.  Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) and reviewed related materials. | 1.40 |
| 02/19/21 | JD | Call with J. Turner, T. Melvin (both PJT), J. Lowne, E. Ruiz, L. Scheinbach (all Purdue) re: updated 10 year forecast. | 0.40 |
| 02/19/21 | JD | Call with T. Melvin (PJT) re: latest 10 year plan. | 0.40 |
| 02/19/21 | JD | Review updated December financial report per year-end | 0.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | adjustments. | |
| 02/19/21 | LJD | Review chapter 11 proposed timeline and discuss | 0.40 |
| 02/19/21 | LJD | Attended Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all DPW), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) and reviewed related materials. | 1.40 |
| 02/19/21 | GJK | Review Sackler Family Side B asset information. | 1.00 |
| 02/19/21 | GJK | Plan out next steps for reviewing Family diligence information, including addressing open items. | 1.00 |
| 02/21/21 | JD | Correspondence with DPW and Purdue management re: pension participant request from the UCC. | 0.70 |
| 02/22/21 | JD | Correspondence with R. Aleali (Purdue) re: IT process requirements. | 0.30 |
| 02/22/21 | JD | Review third party investment S-1 and other related filings with regards to Purdue investment. | 1.30 |
| 02/22/21 | JD | Review business planning items in relation to potential cost cutting measures. | 0.50 |
| 02/22/21 | JD | Call with J. DelConte and A. DePalma (both AlixPartners) re: ongoing workstreams. | 0.30 |
| 02/22/21 | JD | Call with J. Lowne (Purdue) re: updated business plan forecast. | 0.20 |
| 02/22/21 | GJK | Follow up on trust diligence list including call with B Bromberg (FTI). | 0.80 |
| 02/22/21 | LJD | Update call with J. Dubel (board member) | 0.30 |
| 02/22/21 | ADD | Call with J. DelConte and A. DePalma (both AlixPartners) re: ongoing workstreams. | 0.30 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
| --- | --- |
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 02/23/21 | LJD | Provide comments on updated disclosure requirements | 0.40 |
| 02/23/21 | LJD | Review revised deck for operating parameters and min distributions | 0.80 |
| 02/23/21 | GJK | Coordinate finalization of trust diligence list from financial advisors and send to DPW. | 1.80 |
| 02/23/21 | JD | Call with J. Lowne and L. Scheinbach (both Purdue) re: updated 10 year forecast. | 0.50 |
| 02/23/21 | JD | Correspondence with PJT and HL re: third party investment and Rhodes numbers. | 0.50 |
| 02/23/21 | JD | Review DPW follow-ups on third party investment. | 0.30 |
| 02/23/21 | JD | Provide comments on the latest shareholder diligence list. | 0.40 |
| 02/23/21 | JD | Review company diligence materials re: business development investment. | 0.70 |
| 02/23/21 | JD | Provide comments on updated third party investment board presentation. | 0.30 |
| 02/23/21 | JD | Review latest professional fee filings and update latest professional fee forecast. | 0.60 |
| 02/24/21 | JD | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all Davis Polk), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (partial attendance) (all AlixPartners), S. Birnbaum (Dechert) | 2.20 |
| 02/24/21 | JD | Attend special committee session of Purdue board meeting with Special Committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all Davis Polk), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                  Business Analysis & Operations
Client/Matter #      012589.00106

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | Birnbaum (Dechert) | |
| 02/24/21 | JD | Call with J. Turner (PJT) re: updated business plan. | 0.20 |
| 02/24/21 | JD | Review analyses from the KEIP/KERP discussions re: historical list of insiders. | 0.50 |
| 02/24/21 | JD | Call with J. Lowne, L. Scheinbach (both Purdue), T. Melvin (PJT) re: updated long term forecast. | 0.40 |
| 02/24/21 | JD | Call with J. Lowne (Purdue), R. Schnitzler, J. Turner, T. Melvin (all PJT) re: R&D portfolio. | 0.50 |
| 02/24/21 | JD | Incorporate latest professional fee apps filed and updated estimates from the AHC and UCC into an updated 2021 forecast. Develop updated 2021 budget materials to provide to Purdue management. | 2.80 |
| 02/24/21 | JD | Review latest R&D pipeline materials from the company. | 0.40 |
| 02/24/21 | JD | Correspondence with PJT re: historical financial information details. | 0.30 |
| 02/24/21 | JD | Call with T. Melvin (PJT) re: updated business plan. | 0.50 |
| 02/24/21 | JD | Call with J. Lowne (Purdue) re: R&D portfolio decisions. | 0.20 |
| 02/24/21 | LJD | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all Davis Polk), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (partial attendance) (all AlixPartners), S. Birnbaum (Dechert) | 2.20 |
| 02/24/21 | LJD | Attend special committee session of Purdue board meeting with Special Committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all Davis Polk), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/24/21 | HSB | Attend Purdue board meeting with board members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all Davis Polk), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (partial attendance) (all AlixPartners), S. Birnbaum (Dechert) | 1.40 |
| 02/24/21 | HSB | Attend special committee session of Purdue board meeting with Special Committee members, C. Landau, M. Kesselman, R. Aleali, J. Lowne (all Purdue), M. Huebner, E. Vonnegut, C. Robertson, W. Taylor (all Davis Polk), J. O'Connell, T. Coleman, J. Turner, T. Melvin (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners), S. Birnbaum (Dechert) | 0.60 |
| 02/25/21 | GJK | Review open operational items and upcoming brainstorming sessions with subgroups to identify potential cross functional team meetings needed. | 1.30 |
| 02/25/21 | GJK | Brainstorm on potential issues arising from collateral based on ex-US IAC, including undervalue and ability to derive value from assets in a default. | 1.50 |
| 02/25/21 | JD | Call with J. Lowne (Purdue) re: professional fee forecast. | 0.20 |
| 02/25/21 | JD | Prepare year end expense actuals and balance sheet accruals by cost center for the 2020 year end close. | 2.40 |
| 02/25/21 | JD | Call with R. Aleali (Purdue) re: latest board materials. | 0.30 |
| 02/25/21 | JD | Review final professional fee forecast from the company in advance of the call with management. | 0.40 |
| 02/25/21 | JD | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue) re: latest professional fee forecast. | 0.30 |
| 02/26/21 | JD | Participate in call with C. Landau, M. Kesselman, J. Lowne, R. Aleali, J. Ducharme, D. Lundie (all Purdue), J. Turner, T. Melvin, R. Schnitzler (all PJT) re: portfolio | 0.80 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | committee update. | |
| 02/26/21 | JD | Call with J. Lowne, L. Scheinbach, E. Ruiz (all Purdue), J. Turner, T. Melvin, J. Arsic (all PJT) re: updated model and associated board slides. | 0.40 |
| 02/26/21 | JD | Provide answers to open questions from Purdue HR team re: latest bonus payments. | 0.60 |
| 02/26/21 | JD | Review pension scenario analysis from Fidelity and latest pension valuation materials. Provide same to Davis Polk. | 0.30 |
| 02/26/21 | JD | Call with J. Turner (PJT) and third party re: potential financing. | 0.20 |
| 02/26/21 | JD | Call with R. Aleali (Purdue) re: open diligence items. | 0.20 |
| 02/26/21 | JD | Call with J. Turner (PJT) and third party re: potential financing. | 0.30 |
| 02/26/21 | JD | Review portfolio committee R&D pipeline presentation. | 0.70 |
| 02/26/21 | GJK | Email exchanges with DPW on status of diligence, including process for ensuring all information is available to all Financial Advisors. | 0.60 |
| 02/28/21 | JD | Correspondence with PJT and Alix team re: financing process. | 0.40 |
| | | **Total** | **132.70** |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                   **F** 214.647.7501
Dallas, TX 75201             **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Business Analysis & Operations |
| Client/Matter # | 012589.00106 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lan T Nguyen | 0.60 | 530.00 | 318.00 |
| Andrew D DePalma | 7.00 | 625.00 | 4,375.00 |
| Sam K Lemack | 0.30 | 665.00 | 199.50 |
| HS Bhattal | 10.00 | 865.00 | 8,650.00 |
| Gabe J Koch | 26.20 | 865.00 | 22,663.00 |
| Jesse DelConte | 72.40 | 1,055.00 | 76,382.00 |
| Lisa Donahue | 16.20 | 1,295.00 | 20,979.00 |
| **Total Hours & Fees** | **132.70** | | **133,566.50** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2133780-1 |
| | |
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/01/21 | SKL | Finalize remaining updates to the liquidation analysis and write-up and circulate to C. Robertson (DPW) for additional feedback/review. | 1.90 |
| 02/01/21 | SKL | Finalize updates to the liquidation analysis re: prof fees, trustee fees, and ANDA valuation and circulate internally for additional review. | 2.30 |
| 02/01/21 | SKL | Review latest changes to the liquidation analysis write-up and finalize additional updates accordingly to circulate internally for review. | 2.10 |
| 02/01/21 | SKL | Three calls with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis assumptions | 1.60 |
| 02/01/21 | HSB | Review analysis sent by T. Melvin (PJT) and related email correspondence | 0.60 |
| 02/01/21 | HSB | Three calls with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis assumptions | 1.60 |
| 02/01/21 | HSB | Review updated PJT analysis sent by J. Arsic (PJT) | 0.40 |
| 02/01/21 | HSB | Review excel workbook with latest draft of liquidation analysis updated by S. Lemack (AlixPartners) | 0.80 |
| 02/01/21 | JD | Review consolidated model to be used in the financial projections exhibit in the disclosure statement. | 0.50 |
| 02/01/21 | HSB | Review most current draft of liquidation analysis write-up updated by S. Lemack (AlixPartners) and made revisions | 0.70 |
| 02/01/21 | HSB | Review further updates to liquidation analysis prepared by S. Lemack (AlixPartners) | 0.40 |
| 02/02/21 | HSB | Review draft of additional due diligence (Plex) related analysis prepared by PJT | 0.30 |
| 02/02/21 | HSB | Review request for info from FTI and related underlying financial information for the Debtors | 0.30 |
| 02/02/21 | HSB | Work session with H. Bhattal, L. Nguyen (both | 1.10 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100    F 214.647.7501
Dallas, TX 75201    alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
| --- | --- |
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| | | AlixPartners) to build cash schedule of the claimant trust - POR | |
| 02/02/21 | HSB | Review Purdue financial projections and made revisions to draft of a section of the disclosure statement related to financial projections exhibit | 1.40 |
| 02/02/21 | LTN | Work session with H. Bhattal, L. Nguyen (both AlixPartners) to build cash schedule of the claimant trust - POR | 1.10 |
| 02/02/21 | LTN | Review financial projections provided by J. Lowne (Purdue) and prepared models for the POR plan | 2.40 |
| 02/02/21 | JD | Review latest version of the liquidation analysis shared with DPW. | 0.70 |
| 02/02/21 | JD | Correspondence with H. Bhattal and L. Nguyen (both AlixPartners) re: disclosure statement exhibits. | 0.40 |
| 02/02/21 | SKL | Prepare updates to the write-up piece of the liquidation analysis based on the latest feedback received and circulate update accordingly. | 1.70 |
| 02/02/21 | SKL | Review latest wholesaler inventory feedback provided by E. Nowakowski (Purdue) and update the liquidation analysis accordingly. | 2.50 |
| 02/03/21 | SKL | Continue to update the write-up and excel detail for the liquidation analysis based on the latest feedback received re: ANDA, Avrio and Adlon valuations. | 2.50 |
| 02/03/21 | SKL | Prepare updates to the liquidation analysis based on the latest dates and time changes and circulate update internally for additional feedback/review. | 2.60 |
| 02/03/21 | JD | Review UCC shareholder settlement scenario analysis. | 0.30 |
| 02/03/21 | JD | Edit latest draft of the financial projections exhibit for the disclosure statement. | 2.80 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                           **F** 214.647.7501
Dallas, TX 75201              **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2133780-1 |
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/03/21 | JD | Correspondence with DPW and S. Lemack (AlixPartners) re: liquidation analysis language. | 0.40 |
| 02/03/21 | JD | Review updated analysis of potential shareholder settlement offers. | 0.30 |
| 02/03/21 | LTN | Incorporate 3 financial statements provided by J. Lowne (Purdue) to the business plan write-up | 1.50 |
| 02/03/21 | LTN | Prepare Claimant trusts - Cash schedule for the business plan | 0.90 |
| 02/03/21 | HSB | Review Purdue financial projections and made revisions to draft of a section of the disclosure statement related to financial projections exhibit | 1.10 |
| 02/03/21 | HSB | Review board presentation prepared by PJT | 1.40 |
| 02/03/21 | HSB | Review correspondence and related comments from Debtors' financial advisory team | 0.10 |
| 02/03/21 | HSB | Review selected due diligence materials (Plex) with regards to the analysis prepared by PJT | 1.70 |
| 02/03/21 | HSB | Conduct pharma industry research related to certain Plan issues | 0.60 |
| 02/03/21 | HSB | Review draft of plan term sheet prepared by DPW with regards to preparing description of financial projections | 1.30 |
| 02/04/21 | HSB | Review Purdue December 2020 business plan forecasts with regards to certain plan related issues | 0.60 |
| 02/04/21 | HSB | Review claims analysis prepared by S. Lemack (AlixPartners) | 0.20 |
| 02/04/21 | HSB | Review minimum cash analysis prepared by S. Lemack (AlixPartners) | 0.40 |
| 02/04/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates to the financial projections of the POR | 1.30 |
| 02/04/21 | HSB | Create excel comparative analysis of Debtors' financial | 2.00 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2133780-1 |
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | projections and PJT analysis | |
| 02/04/21 | HSB | Made multiple revisions to cash flow projections prepared by L. Nguyen (AlixPartners) | 1.20 |
| 02/04/21 | HSB | Review minimum cash analysis prepared by S. Lemack (AlixPartners) in preparation for meeting | 0.30 |
| 02/04/21 | LTN | Continue to revise the business plan write-up based on the internal feedback and circulated to interested stakeholders | 2.30 |
| 02/04/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: updates to the financial projections of the POR | 1.30 |
| 02/04/21 | JD | Call with R. Aleali, M. Kesselman (both Purdue), M. Huebner, E. Vonnegut, D. Klein, C. Robertson, Z. Levine (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), S. Birnbaum (Dechert) re: plan term sheet markup. | 1.00 |
| 02/04/21 | JD | Call with C. Robertson (DPW) re: plan term sheet follow-up. | 0.30 |
| 02/04/21 | JD | Review updated draft financial projections and provide comments re: same. | 0.50 |
| 02/04/21 | JD | Review updated draft projections exhibit. | 0.30 |
| 02/04/21 | JD | Review plan term sheet outline from HL. | 0.30 |
| 02/04/21 | SKL | Continue to finalize and refresh the latest claim cap analysis per FTI request and circulated updated analysis accordingly. | 2.30 |
| 02/05/21 | SKL | Finalize claim to LSTC reconciliation per FTI request and circulate updated analysis accordingly. | 2.40 |
| 02/05/21 | SKL | Continue to prepare and finalize updates to the claim cap analysis and trade claim to LSTC analysis. | 2.10 |
| 02/05/21 | SKL | Finalize latest updates to the liquidation analysis and circulate updated PDF for internal review. | 1.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                          **F** 214.647.7501
Dallas, TX 75201                 **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/05/21 | SKL | Multiple calls with H. Bhattal, S. Lemack (both AlixPartners) re: workstream coordination and planning | 0.40 |
| 02/05/21 | JD | Call with J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: comments on the financial projections exhibit from J. Lowne (Purdue). | 0.30 |
| 02/05/21 | JD | Review comments from J. Lowne (Purdue) on financial projections exhibit. | 0.30 |
| 02/05/21 | LTN | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: final updates to the financial projections | 0.70 |
| 02/05/21 | LTN | Call with J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: comments on the financial projections exhibit from J. Lowne (Purdue). | 0.30 |
| 02/05/21 | LTN | Revise the financial projection write-up based on the CFO's feedback | 2.40 |
| 02/05/21 | HSB | Review financial projections draft prepared by L. Nguyen (AlixPartners) and made revisions based on feedback | 1.60 |
| 02/05/21 | HSB | Call with J. DelConte, H. Bhattal, L. Nguyen (all AlixPartners) re: comments on the financial projections exhibit from J. Lowne (Purdue). | 0.30 |
| 02/05/21 | HSB | Review comments from J. Lowne (Purdue) on plan projections prepared by L. Nguyen (AlixPartners) | 0.20 |
| 02/05/21 | HSB | Multiple calls with H. Bhattal, S. Lemack (both AlixPartners) re: workstream coordination and planning | 0.40 |
| 02/05/21 | HSB | Call with H. Bhattal, L. Nguyen (both AlixPartners) re: final updates to the financial projections | 0.70 |
| 02/05/21 | HSB | Review comparable recent disclosure statement filings while drafting write-up for plan projections | 1.10 |
| 02/05/21 | HSB | Review underlying financial information details for selected financial projections amounts | 1.20 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
| --- | --- |
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 02/05/21 | HSB | Review latest draft of liquidation analysis prepared by S. Lemack (AlixPartners) based on phone call discussions | 0.90 |
| 02/05/21 | HSB | Review draft of plan term sheet prepared by DPW, ahead of meeting re: potential plan issues | 1.20 |
| 02/06/21 | JD | Provide comments on plan settlement waterfall language in the draft plan. | 0.60 |
| 02/06/21 | JD | Correspondence with DPW and PJT re: plan of reorg reserves amounts. | 0.50 |
| 02/08/21 | JD | Call with M. Huebner, C. Duggan, A. Libby, E. Vonnegut (all DPW), M. Kesselman, R. Aleali (both Purdue), D. DeRamus, K. Saurav (both Bates White), J. Turner, T. Melvin (both PJT), J. DelConte, G. Koch (both AlixPartners) re: contribution agreement. | 1.10 |
| 02/08/21 | HSB | Review draft of plan projections prepared by L. Nguyen (AlixPartners) and provided comments | 0.80 |
| 02/08/21 | HSB | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, D. Klein, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal (both AlixPartners) re: TopCo distributions. | 1.00 |
| 02/08/21 | HSB | Review underlying financial information details for selected financial projections amounts | 0.80 |
| 02/08/21 | HSB | Review comments from J. Lowne (Purdue) with regards to plan related issues | 0.10 |
| 02/08/21 | HSB | Review Adhansia financial info prepared by J. Lowne (Purdue) with regards to certain plan related issues | 0.20 |
| 02/08/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis and review open items. | 0.30 |
| 02/08/21 | HSB | Email L. Nguyen (AlixPartners) re: Purdue plan related | 0.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           alixpartners.com

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2133780-1 |
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | matters | |
| 02/08/21 | LTN | Continue updates to financial projections write-up based on the latest feedback from J. Lowne (Purdue) | 2.10 |
| 02/08/21 | SKL | Review latest comments provided to the liquidation analysis and prepare updates accordingly. | 1.40 |
| 02/08/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis and review open items. | 0.30 |
| 02/08/21 | GJK | Call with M. Huebner, C. Duggan, A. Libby, E. Vonnegut (all DPW), M. Kesselman, R. Aleali (both Purdue), D. DeRamus, K. Saurav (both Bates White), J. Turner, T. Melvin (both PJT), J. DelConte, G. Koch (both AlixPartners) re: contribution agreement. | 1.10 |
| 02/08/21 | JD | Call with J. Lowne, M. Kesselman, R. Aleali (all Purdue), M. Huebner, E. Vonnegut, D. Klein, C. Robertson (all DPW), J. O'Connell, J. Turner, T. Melvin (all PJT), J. DelConte, H. Bhattal (both AlixPartners) re: TopCo distributions. | 1.00 |
| 02/08/21 | JD | Review latest shareholder settlement materials. | 0.60 |
| 02/08/21 | JD | Review contribution agreement issues list from DPW. | 0.60 |
| 02/09/21 | JD | Review updated draft shareholder settlement materials. | 0.30 |
| 02/09/21 | JD | Review draft recovery estimates from PJT. | 0.20 |
| 02/09/21 | JD | Review latest edits and correspondence related to the latest third party comparison deck. | 0.50 |
| 02/09/21 | JD | Correspondence with DPW with regards to outstanding claims and a potential convenience class structure. | 0.60 |
| 02/09/21 | JD | Review latest financial projections exhibit for the disclosure statement. | 0.40 |
| 02/09/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: Purdue plan related matters | 0.40 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/09/21 | HSB | Review liquidation analysis revisions made by S. Lemack (AlixPartners) | 1.30 |
| 02/09/21 | HSB | Review Dec 2020 trial balance with regards to liquidation analysis updates | 0.40 |
| 02/09/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: Purdue plan related matters | 0.40 |
| 02/09/21 | HSB | Review drafts of financial materials prepared by PJT relating to Plan issues | 1.10 |
| 02/09/21 | HSB | Additional review of draft of liquidation analysis (excel worksheet) prepared by S. Lemack (AlixPartners) | 0.30 |
| 02/09/21 | HSB | Review draft of recoveries analysis prepared by PJT | 0.10 |
| 02/09/21 | HSB | Review comparable pharma disclosure statements for precedent on liquidation analysis assumptions and estimates | 0.80 |
| 02/10/21 | HSB | Review updates to draft of liquidation analysis (excel worksheet) and related financial information prepared by S. Lemack (AlixPartners) and provided comments | 1.80 |
| 02/10/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis updates. | 1.70 |
| 02/10/21 | HSB | Call with G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg (all FTI), J. Turner, T. Melvin (both PJT), J. DelConte and H. Bhattal (both AlixPartners) re: minimum distributions. | 0.50 |
| 02/10/21 | HSB | Review claims related analysis prepared by S. Lemack (AlixPartners) with regards to plan discussions and liquidation analysis | 0.70 |
| 02/10/21 | HSB | Review draft of recoveries analysis prepared by PJT | 0.30 |
| 02/10/21 | HSB | Review correspondence from PJT & DPW re: multiple plan issues | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                  POR Development
Client/Matter #      012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/10/21 | HSB | Review creditor letter sent to debtors re: due diligence and plan issues | 0.10 |
| 02/10/21 | HSB | Review plan related analysis prepared by PJT with financial forecast and assumptions, compared amounts with plan projections draft for consistency | 1.30 |
| 02/10/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis updates. | 1.70 |
| 02/10/21 | SKL | Meeting with J. DelConte, S. Lemack (both AlixPartners) re: review latest updates and discuss open item re: liquidation analysis. | 0.40 |
| 02/10/21 | SKL | Review latest feedback provided re: Purdue/Rhodes sales forecast and update the liquidation analysis accordingly. | 1.80 |
| 02/10/21 | SKL | Review latest feedback provided re: PPE breakdowns and updated the liquidation analysis accordingly. | 1.20 |
| 02/10/21 | JD | Provide comments on liquidation analysis excel file and mark-up latest version of the liquidation analysis write up. | 3.80 |
| 02/10/21 | JD | Review recovery analysis from PJT and comments from DPW. | 0.40 |
| 02/10/21 | JD | Call with G. Coutts, H. Schenk, A. Benjamin (all HL), M. Diaz, B. Bromberg (all FTI), J. Turner, T. Melvin (both PJT), J. DelConte and H. Bhattal (both AlixPartners) re: minimum distributions. | 0.50 |
| 02/10/21 | JD | Call with C. Robertson (DPW) re: open plan items. | 0.30 |
| 02/10/21 | JD | Call with R. Aleali (Purdue) re: open plan items. | 0.70 |
| 02/10/21 | JD | Meeting with J. DelConte, S. Lemack (both AlixPartners) re: review latest updates and discuss open item re: liquidation analysis. | 0.40 |
| 02/11/21 | JD | Review materials from DPW re: contribution agreement | 1.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201            **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | diligence items. | |
| 02/11/21 | JD | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: updates to liquidation analysis assumptions and estimates | 0.90 |
| 02/11/21 | JD | Call with R. Aleali (Purdue), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), J. Turner, T. Melvin (both PJT), C. Robertson, E. Vonnegut, Z. Levine (all DPW) re: claims issues with the plan. | 1.00 |
| 02/11/21 | JD | Review latest update to the liquidation analysis. | 0.50 |
| 02/11/21 | JD | Review minimum distribution counter to provide to the AHC. | 0.30 |
| 02/11/21 | SKL | Review latest feedback received re: insurance proceeds and update the liquidation analysis accordingly. | 1.20 |
| 02/11/21 | SKL | Review latest feedback received re: claim recoveries and update the liquidation analysis accordingly. | 1.80 |
| 02/11/21 | SKL | Update the liquidation analysis write-up with the latest updates made to the analysis. | 2.20 |
| 02/11/21 | SKL | Call with R. Aleali (Purdue), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), J. Turner, T. Melvin (both PJT), C. Robertson, E. Vonnegut, Z. Levine (all DPW) re: claims issues with the plan. | 1.00 |
| 02/11/21 | SKL | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: updates to liquidation analysis assumptions and estimates | 0.90 |
| 02/11/21 | HSB | Call with R. Aleali (Purdue), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners), J. Turner, T. Melvin (both PJT), C. Robertson, E. Vonnegut, Z. Levine (all DPW) re: claims issues with the plan. | 1.00 |
| 02/11/21 | HSB | Review draft of contribution agreement and selected related materials obtained from DPW | 0.60 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/11/21 | HSB | Review claims summary prepared by S. Lemack (AlixPartners) | 0.40 |
| 02/11/21 | HSB | Review updated analysis prepared by PJT | 0.50 |
| 02/11/21 | HSB | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: updates to liquidation analysis assumptions and estimates | 0.90 |
| 02/11/21 | HSB | Review Dec board deck prepared by J. Lowne (Purdue) for financial info relating to selected plan related valuation issues | 0.40 |
| 02/11/21 | HSB | Review Mundipharma & Shareholder info obtained from DPW | 1.10 |
| 02/11/21 | ADD | Reconcile accounting detail to the financial statements for liquidation analysis model. | 1.60 |
| 02/11/21 | ADD | Call with J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: updates to liquidation analysis assumptions and estimates | 0.90 |
| 02/12/21 | HSB | Review correspondence and related comments on due diligence matters (Plex) | 0.10 |
| 02/12/21 | HSB | Review balance sheet details from Purdue with regards to the liquidation analysis | 0.30 |
| 02/12/21 | HSB | Review relevant sections of agreements with regards to Purdue investments | 0.10 |
| 02/12/21 | HSB | Review updates to the liquidation analysis made by S. Lemack (AlixPartners) and underlying financial details from Purdue | 0.90 |
| 02/12/21 | HSB | Review selected section of draft of plan document prepared by DPW | 0.40 |
| 02/12/21 | HSB | Review updated analysis prepared by PJT along with related email correspondence | 0.40 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 02/12/21 | HSB | Review list of issues related to the contribution agreements and prepared notes for call with various parties | 0.30 |
| 02/12/21 | HSB | Review materials pertaining to Mundipharma and shareholder contribution agreement | 1.40 |
| 02/12/21 | HSB | Call with E. Hwang, J. Weiner (both DPW), J. Turner, T. Melvin, J. Arsic (all PJT), G. Koch, J. DelConte, H. Bhattal (all AlixPartners) re: Contribution agreement. | 0.60 |
| 02/12/21 | HSB | Review prior presentation by PJT partners re: valuation estimates | 0.30 |
| 02/12/21 | HSB | Review Purdue trial balance details with regards to certain liquidation analysis related issues | 0.80 |
| 02/12/21 | HSB | Review comparable pharma disclosure statements for precedent on liquidation analysis assumptions and estimates | 1.40 |
| 02/12/21 | SKL | Review latest feedback received re: severance and incentive/retention plans and update the liquidation analysis and write-up accordingly. | 2.30 |
| 02/12/21 | JD | Call with E. Hwang, J. Weiner (both DPW), J. Turner, T. Melvin, J. Arsic (all PJT), G. Koch, J. DelConte, H. Bhattal (all AlixPartners) re: Contribution agreement. | 0.60 |
| 02/12/21 | JD | Review analysis of and correspondence from DPW and Bates White re: latest shareholder settlement offers. | 0.40 |
| 02/12/21 | JD | Call with R. Aleali (Purdue) re: open plan issues. | 0.20 |
| 02/12/21 | JD | Finalize updated version of the liquidation analysis write up. | 1.40 |
| 02/12/21 | JD | Provide comments to DPW re: settlement waterfall sections of the plan of reorganization. | 1.30 |
| 02/12/21 | GJK | Call with E. Hwang, J. Weiner (both DPW), J. Turner, T. | 0.60 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                    POR Development
Client/Matter #        012589.00107

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
|      |            | Melvin, J. Arsic (all PJT), G. Koch, J. DelConte, H. Bhattal (all AlixPartners) re: Contribution agreement. |  |
| 02/13/21 | SKL | Review latest intercompany matrix provided by E. Nowakowski (Purdue) and prepared updates to the liquidation analysis accordingly. | 2.30 |
| 02/14/21 | SKL | Finalize updates to the liquidation analysis and circulate update accordingly prior to tomorrow's mornings meeting. | 2.80 |
| 02/14/21 | SKL | Continue to finalize updates to the liquidation analysis. | 1.20 |
| 02/14/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis. | 0.50 |
| 02/14/21 | JD | Provide comments on latest liquidation analysis prior to sending for further review. | 0.60 |
| 02/14/21 | JD | Review analysis and correspondence re: shareholder contribution agreement negotiation. | 0.30 |
| 02/14/21 | HSB | Review Purdue financial info pertaining to plan related issues | 0.70 |
| 02/14/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) re: liquidation analysis. | 0.50 |
| 02/14/21 | HSB | Review updated draft of liquidation analysis excel worksheet prepared by S. Lemack (AlixPartners). | 0.80 |
| 02/15/21 | HSB | Call with L. Donahue, J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: liquidation analysis. | 1.00 |
| 02/15/21 | HSB | Review cash forecasts and effective date cash estimate | 0.40 |
| 02/15/21 | HSB | Call with J. DelConte, H. Bhattal, S. Lemack and A. DePalma (all AlixPartners) re: updates to Purdue liquidation analysis | 0.70 |
| 02/15/21 | HSB | Email S. Lemack (AlixPartners) re: liquidation analysis | 0.20 |
| 02/15/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to review latest update re: liquidation analysis and provide | 0.20 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | other plan related updates. | |
| 02/15/21 | HSB | Review updates to liquidation analysis including 12/31 trial balance update | 1.60 |
| 02/15/21 | HSB | Review Purdue intercompany account balances | 0.30 |
| 02/15/21 | HSB | Review Purdue financial materials with business updates and related descriptions | 0.60 |
| 02/15/21 | ADD | Call with L. Donahue, J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: liquidation analysis. | 1.00 |
| 02/15/21 | ADD | Call with J. DelConte, H. Bhattal, S. Lemack and A. DePalma (all AlixPartners) re: updates to Purdue liquidation analysis | 0.70 |
| 02/15/21 | JD | Review latest shareholder settlement materials and correspondence. | 0.20 |
| 02/15/21 | JD | Call with L. Donahue, J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: liquidation analysis. | 1.00 |
| 02/15/21 | JD | Call with J. DelConte, H. Bhattal, S. Lemack and A. DePalma (all AlixPartners) re: updates to Purdue liquidation analysis | 0.70 |
| 02/15/21 | SKL | Call with L. Donahue, J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: liquidation analysis. | 1.00 |
| 02/15/21 | SKL | Call with J. DelConte, H. Bhattal, S. Lemack and A. DePalma (all AlixPartners) re: updates to Purdue liquidation analysis | 0.70 |
| 02/15/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to review latest update re: liquidation analysis and provide other plan related updates. | 0.20 |
| 02/15/21 | SKL | Begin review of latest notes/feedback provided re: updates to the liquidation analysis and update the analysis and open items accordingly | 2.20 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                      POR Development
Client/Matter #      012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/15/21 | SKL | Review latest update provided by E. Nowakowski (Purdue) re: liquidation analysis and prepare list of open items and updates accordingly. | 1.90 |
| 02/15/21 | LJD | Call with L. Donahue, J. DelConte, H. Bhattal, S. Lemack, A. DePalma (all AlixPartners) re: liquidation analysis. | 1.00 |
| 02/16/21 | SKL | Meeting with H. Bhattal, S. Lemack (both AlixPartners) re: workstream planning and coordination. | 0.40 |
| 02/16/21 | GJK | Call with J. DelConte and G. Koch (both AlixPartners) re: contribution agreement diligence. | 0.20 |
| 02/16/21 | JD | Call with J. DelConte and G. Koch (both AlixPartners) re: contribution agreement diligence. | 0.20 |
| 02/16/21 | JD | Review latest draft plan term sheet markup. | 0.80 |
| 02/16/21 | JD | Review latest contribution agreement issues list. | 0.50 |
| 02/16/21 | ADD | Review items uploaded to the data room to determine if productions was uploaded correctly. | 0.80 |
| 02/16/21 | HSB | Review Purdue recent business plan forecasts and compared current actuals to forecasts | 1.50 |
| 02/16/21 | HSB | Prepare list of supporting documents for liquidation analysis | 0.20 |
| 02/16/21 | HSB | Review Purdue and Rhodes R&D file in response to due diligence requests (Plex) | 0.30 |
| 02/16/21 | HSB | Meeting with H. Bhattal, S. Lemack (both AlixPartners) re: workstream planning and coordination. | 0.40 |
| 02/16/21 | HSB | Review weekly cash activity and assessed Purdue working capital requirements | 1.20 |
| 02/16/21 | HSB | Review PJT's financial forecasts for Purdue post-emergence operations and compared against business plan | 0.80 |
| 02/16/21 | HSB | Review selected draft section of disclosure statement and | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Plan documents in response to query from DPW | |
| 02/17/21 | HSB | Meeting with T. Melvin, J. Turner (both PJT), S. Massman, Z. Levine (both DPW), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: plan term sheet comments. | 0.40 |
| 02/17/21 | ADD | Redact documents to prepare for upload to Project Plex data room. | 1.60 |
| 02/17/21 | JD | Review latest comments on the plan term sheet and provide comments back to DPW and PJT. | 1.00 |
| 02/17/21 | JD | Meeting with T. Melvin, J. Turner (both PJT), S. Massman, Z. Levine (both DPW), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: plan term sheet comments. | 0.40 |
| 02/17/21 | JD | Call with C. Robertson (DPW) re: open plan term sheet issues. | 0.20 |
| 02/17/21 | SKL | Review latest debtor-to-debtor matrix provided by E. Nowakowski (Purdue) and began to prepare updates to the liquidation analysis accordingly. | 2.10 |
| 02/17/21 | SKL | Continue to finalize remaining updates to the liquidation analysis and update list of open items/questions accordingly. | 2.20 |
| 02/17/21 | SKL | Meeting with E. Nowakowski (Purdue) to review open items related to the liquidation analysis and discuss next steps re: updates to the LSTC balance. | 1.40 |
| 02/17/21 | SKL | Reconcile due-to/from debtor-debtor accounts and put together updated analysis prior to afternoon meeting with E. Nowakowski (Purdue) | 1.10 |
| 02/17/21 | SKL | Meeting with T. Melvin, J. Turner (both PJT), S. Massman, Z. Levine (both DPW), J. DelConte, H. Bhattal, S. Lemack (all AlixPartners) re: plan term sheet comments. | 0.40 |
| 02/18/21 | SKL | Review latest Flash report based on feedback/inquiry provided by the DPW team and prepare update | 0.50 |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100   **F** 214.647.7501
Dallas, TX 75201   **alixpartners.com**

# **AlixPartners**

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | accordingly. | |
| 02/18/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to review latest update re: liquidation analysis and provide other plan related updates. | 0.20 |
| 02/18/21 | JD | Review updated analysis and correspondence re: shareholder settlement. | 0.40 |
| 02/18/21 | JD | Review latest draft mark-up of the plan term sheet from the ad hoc committee. | 0.80 |
| 02/18/21 | ADD | Update BW P&L query to download dated for the liquidation analysis model. | 1.60 |
| 02/18/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to review latest update re: liquidation analysis and provide other plan related updates. | 0.20 |
| 02/18/21 | HSB | Review AHC materials and related financial details pertaining to Purdue business Plan | 0.30 |
| 02/19/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to review latest update re: liquidation analysis and provide other plan related updates. | 0.70 |
| 02/19/21 | HSB | Review plan timeline draft obtained from DPW | 0.20 |
| 02/19/21 | HSB | Review shareholders' due diligence list | 0.20 |
| 02/19/21 | JD | Review latest detailed confirmation timeline from DPW. | 0.40 |
| 02/19/21 | JD | Review updated analyses and correspondence from Bates White and DPW re: shareholder settlement. | 0.40 |
| 02/19/21 | JD | Call with C. Robertson (DPW) re: open plan workstreams. | 0.20 |
| 02/19/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to review latest update re: liquidation analysis and provide other plan related updates. | 0.70 |
| 02/19/21 | SKL | Continue to review latest updates provided re: due to/from associated companies and prepare updates to the | 2.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|-----------|-----------|

| Re: | POR Development |
|-----|-----------------|
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | liquidation analysis accordingly. | |
| 02/19/21 | SKL | Continue to update the write-up to the liquidation analysis based on the latest updates made to the excel analysis. | 2.20 |
| 02/20/21 | JD | Review draft term sheet counter from PJT. | 0.60 |
| 02/21/21 | HSB | Review settlement analysis and related correspondence from DPW | 0.30 |
| 02/22/21 | HSB | Review terms of shareholder contributions and related analysis | 0.40 |
| 02/22/21 | HSB | Email J. DelConte (AlixPartners) re: plan related issues | 0.20 |
| 02/22/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to coordinate on all open plan related issues. | 1.00 |
| 02/22/21 | HSB | Review draft of board presentation (related to investments) prepared by Purdue team and related updates to initial version | 1.50 |
| 02/22/21 | HSB | Review document from Davis Polk with estimated plan confirmation timeline | 0.40 |
| 02/22/21 | HSB | Review updates made by S. Lemack (AlixPartners) to Purdue presentations | 0.40 |
| 02/22/21 | JD | Call with M. Huebner, E. Vonnegut, C. Robertson (all DPW), J. Lowne, M. Kesselman, R. Aleali (all Purdue), J. O'Connell, J. Turner, T. Melvin, J. Arsic (all PJT) re: minimum disbursements. | 1.00 |
| 02/22/21 | JD | Call with J. Turner (PJT) re: open plan items. | 0.40 |
| 02/22/21 | JD | Correspondence with PJT and DPW re: plan reserve amounts and forecasts. | 0.60 |
| 02/22/21 | JD | Provide comments on the updated plan confirmation term sheet. | 0.50 |
| 02/22/21 | JD | Review latest markup of the plan term sheet in | 1.00 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #                2133780-1

Re:                      POR Development
Client/Matter #          012589.00107

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
|  |  | comparison to the financial term sheet back and forth. |  |
| 02/22/21 | JD | Correspondence with DPW re: plan drafting related questions. | 0.30 |
| 02/22/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to coordinate on all open plan related issues. | 1.00 |
| 02/23/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items on the plan. | 0.70 |
| 02/23/21 | LJD | Call with B. Kaminetzy, M. Tobak, K. Benedict, M. Huebner, C. Robertson, M. Huebner (all DPW), M. Kesselman, R. Aleali (both Purdue), J. O'Connell, T. Melvin, J. Turner (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) re: plan confirmation timeline. | 0.60 |
| 02/23/21 | JD | Provide comments on the latest financial term sheet counter from PJT. | 0.70 |
| 02/23/21 | JD | Call with B. Kaminetzy, M. Tobak, K. Benedict, M. Huebner, C. Robertson, M. Huebner (all DPW), M. Kesselman, R. Aleali (both Purdue), J. O'Connell, T. Melvin, J. Turner (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) re: plan confirmation timeline. | 0.60 |
| 02/23/21 | JD | Review data room to find information on Rhodes pipeline products per DPW request. | 0.50 |
| 02/23/21 | JD | Provide comments on questions and answers for M. Kesselman (Purdue) on latest financial term sheet counter. | 0.40 |
| 02/23/21 | JD | Review comments from J. Lowne (Purdue) on latest financial term sheet counter. | 0.30 |
| 02/23/21 | JD | Provide comments on the latest shareholder contribution issues list from DPW. | 0.40 |
| 02/23/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items on the plan. | 0.70 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/23/21 | HSB | Call with B. Kaminetzy, M. Tobak, K. Benedict, M. Huebner, C. Robertson, M. Huebner (all DPW), M. Kesselman, R. Aleali (both Purdue), J. O'Connell, T. Melvin, J. Turner (all PJT), L. Donahue, J. DelConte, H. Bhattal (all AlixPartners) re: plan confirmation timeline. | 0.60 |
| 02/24/21 | HSB | Review Purdue monthly flash report for relevant information related to ongoing plan discussions | 0.60 |
| 02/24/21 | HSB | Review financial forecasts and potential minimum disbursements based on cash flow projections provided by Purdue | 0.80 |
| 02/24/21 | HSB | Review Purdue working capital needs based on cash flow forecasts and related analysis | 1.20 |
| 02/24/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss the liquidation analysis. | 0.30 |
| 02/24/21 | HSB | Review excel file from L. Scheinbach (Purdue) with Purdue financial data and checked for accuracy | 1.40 |
| 02/24/21 | JD | Call with M. Huebner (Davis Polk) re: various stakeholder discussions. | 0.30 |
| 02/24/21 | JD | Call with C. Robertson (Davis Polk) re: open plan related issues. | 0.20 |
| 02/24/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss the liquidation analysis. | 0.30 |
| 02/24/21 | SKL | Meeting with E. Nowakowski (Purdue) to review and reconcile historical P&Ls per PJT request. | 0.50 |
| 02/24/21 | SKL | Review latest feedback provided from PJT re: historical P&L and begin pulling information accordingly. | 0.50 |
| 02/24/21 | SKL | Continue to review feedback provided re: intercompany matrix and update liquidation analysis accordingly. | 2.20 |
| 02/25/21 | SKL | Review latest feedback provided by E. Nowakowski re: | 2.30 |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2133780-1 |
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | due-to/from debtor accounts and prepared updates to the intercompany matrix in the liquidation analysis accordingly. | |
| 02/25/21 | SKL | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items in the plan and disclosure statement. | 0.40 |
| 02/25/21 | JD | Call with E. Vonnegut, K. Benedict, C. Robertson (all Davis Polk), J. Turner, T. Melvin (both PJT) re: DOJ claim analysis. | 0.40 |
| 02/25/21 | JD | Review analysis of various recovery sensitivities in relation to DOJ claim. | 0.30 |
| 02/25/21 | HSB | Call with H. Bhattal, S. Lemack (both AlixPartners) to discuss open items in the plan and disclosure statement. | 0.40 |
| 02/26/21 | HSB | Review drafts of Plan documents provided by Davis Polk | 1.80 |
| 02/26/21 | HSB | Review section of disclosure statement per request from Davis Polk and provided comments | 1.10 |
| 02/26/21 | HSB | Review due diligence (Plex) analysis and related materials in relation to review of section within disclosure statement | 1.30 |
| 02/26/21 | JD | Call with C. Robertson (Davis Polk) re: open plan issues. | 0.40 |
| 02/26/21 | JD | Review draft third party process rider for the disclosure statement. | 0.50 |
| 02/26/21 | SKL | Review latest feedback provided re: conversion date, and updated the liquidation analysis accordingly. | 1.80 |
| 02/27/21 | HSB | Prepare excel worksheet with selected post-emergence cash flow forecasts | 1.20 |
| 02/27/21 | HSB | Review comparable examples of similar analysis for purposes of preparing post-emergence cash flow forecasts | 0.60 |
| 02/28/21 | JD | Mark-up third party process rider and send to Davis Polk | 1.20 |

2101 Cedar Springs Road      **T** 214.647.7500
Suite 1100                          **F** 214.647.7501
Dallas, TX 75201              **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | POR Development |
| Client/Matter # | 012589.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | and PJT. | |
| | | **Total** | **236.80** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                  POR Development
Client/Matter #      012589.00107

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lan T Nguyen | 15.00 | 530.00 | 7,950.00 |
| Andrew D DePalma | 8.20 | 625.00 | 5,125.00 |
| Sam K Lemack | 78.30 | 665.00 | 52,069.50 |
| HS Bhattal | 84.40 | 865.00 | 73,006.00 |
| Gabe J Koch | 1.90 | 865.00 | 1,643.50 |
| Jesse DelConte | 47.40 | 1,055.00 | 50,007.00 |
| Lisa Donahue | 1.60 | 1,295.00 | 2,072.00 |
| **Total Hours & Fees** | **236.80** | | **191,873.00** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2133780-1 |
| Re: | Executory Contracts |
| Client/Matter # | 012589.00108 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/18/21 | JD | Call with J. Lowne, R. Aleali (both Purdue), C. Robertson (DPW) re: contract assumptions. | 0.30 |
| | | **Total** | **0.30** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Executory Contracts |
| Client/Matter # | 012589.00108 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Jesse DelConte | 0.30 | 1,055.00 | 316.50 |
| **Total Hours & Fees** | **0.30** | | **316.50** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #          2133780-1

Re:                Claims Process
Client/Matter #    012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/02/21 | ADD | Categorize trade claims for additional research. | 2.80 |
| 02/02/21 | ADD | Analyze trade claims population and summarize data for review. | 1.40 |
| 02/03/21 | ADD | Analyze trade claims population and compare information to accounts payable. | 2.30 |
| 02/03/21 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) to analyze claims and determine next steps. | 0.70 |
| 02/03/21 | JD | Review latest files from S. Lemack and A. DePalma (both AlixPartners) that are responsive to the latest inbound diligence request from FTI on latest claims analysis. | 1.00 |
| 02/03/21 | JD | Review latest liabilities subject to compromise report. | 0.30 |
| 02/03/21 | JD | Correspondence with DPW and Purdue management re: LTS claim. | 0.20 |
| 02/03/21 | SKL | Continue to work through the claim to LSTC prepetition balance and prepare updated analysis accordingly. | 0.80 |
| 02/03/21 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) to analyze claims and determine next steps. | 0.70 |
| 02/04/21 | SKL | Virtual working session with S. Lemack and A. DePalma (both AlixPartners) to analyze claims population. | 2.10 |
| 02/04/21 | JD | Provide comments on claims analysis from S. Lemack (AlixPartners) in advance of sharing with the AHC. | 0.40 |
| 02/04/21 | JD | Review the latest claims analyses in advance of call with FTI. | 0.50 |
| 02/04/21 | ADD | Virtual working session with S. Lemack and A. DePalma (both AlixPartners) to analyze claims population. | 2.10 |
| 02/04/21 | ADD | Update filed claim and accounts payable by creditor comparison in preparation for internal trade claims meeting. | 1.40 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                  Claims Process
Client/Matter #      012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 02/04/21 | ADD | Review data room for produced materials at request of DPW | 1.20 |
| 02/05/21 | ADD | Call with S. Lemack, A. DePalma, J. DelConte (all AlixPartners) re: follow-up claims questions from J. Lowne (Purdue). | 0.70 |
| 02/05/21 | JD | Draft responses to open questions from Purdue management on the go-forward claims process. | 0.60 |
| 02/05/21 | JD | Call with S. Lemack, A. DePalma, J. DelConte (all AlixPartners) re: follow-up claims questions from J. Lowne (Purdue). | 0.70 |
| 02/05/21 | SKL | Call with S. Lemack, A. DePalma, J. DelConte (all AlixPartners) re: follow-up claims questions from J. Lowne (Purdue). | 0.70 |
| 02/05/21 | SKL | Review latest claims register provided by the Prime Clerk team and update the AlixPartners database accordingly. | 1.30 |
| 02/06/21 | JD | Prepare draft claims analyses to share with creditor groups. | 1.30 |
| 02/08/21 | JD | Call with S. Lemack, A. DePalma, J. DelConte (all AlixPartners), J. Lowen, H. Benson, E. Ruiz, E. Nowakowski (all Purdue) re: claims process. | 0.50 |
| 02/08/21 | ADD | Call with S. Lemack, A. DePalma, J. DelConte (all AlixPartners), J. Lowen, H. Benson, E. Ruiz, E. Nowakowski (all Purdue) re: claims process. | 0.50 |
| 02/08/21 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) to review the contract management process and discuss next steps re: Intralinks set up. | 1.40 |
| 02/08/21 | ADD | Update trade claims reconciliation spreadsheet for client review. | 2.60 |
| 02/08/21 | ADD | Compile documents responsive to diligence requests and | 1.30 |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #             2133780-1

Re:                   Claims Process
Client/Matter #       012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | draft approval request to produce the materials. | |
| 02/08/21 | SKL | Call with S. Lemack, A. DePalma, J. DelConte (all AlixPartners), J. Lowen, H. Benson, E. Ruiz, E. Nowakowski (all Purdue) re: claims process. | 0.50 |
| 02/08/21 | SKL | Review latest claims analysis and prepare for afternoon meeting accordingly. | 0.60 |
| 02/08/21 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) to review the contract management process and discuss next steps re: Intralinks set up. | 1.40 |
| 02/09/21 | SKL | Update the claims analysis based on latest feedback received. | 1.40 |
| 02/09/21 | JD | Provide comments on the updated claims analysis and correspondence with FTI re: same. | 0.70 |
| 02/09/21 | ADD | Review claims reconciliation comments and feedback from client. | 0.50 |
| 02/10/21 | ADD | Meeting with A. DePalma, S. Lemack (both AlixPartners) re: scheduled claim reconciliation. | 0.70 |
| 02/10/21 | JD | Call with C. Robertson (DPW) re: open claims issues. | 0.20 |
| 02/10/21 | JD | Review additional federal government claim materials. | 0.70 |
| 02/10/21 | JD | Review claim summary analysis to share with FTI. | 0.30 |
| 02/10/21 | SKL | Prepare updated filed POC breakdown and circulated internally for final sign-off. | 0.60 |
| 02/10/21 | SKL | Meeting with A. DePalma, S. Lemack (both AlixPartners) re: scheduled claim reconciliation. | 0.70 |
| 02/12/21 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) re: contracts management process and open items re: claims analysis. | 1.10 |
| 02/12/21 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) re: contracts management process and open items re: claims | 1.10 |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2133780-1 |
| | |
| Re: | Claims Process |
| Client/Matter # | 012589.00109 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | analysis. | |
| 02/22/21 | ADD | Update claims reconciliation in preparation for trade claims meeting with client. | 1.70 |
| 02/24/21 | ADD | Review claims reconciliation in preparation for trade claims meeting with client. | 1.00 |
| 02/24/21 | SKL | Continue to review latest feedback provided re: trade claim reconciliation and prepare updated breakdown accordingly. | 1.30 |
| 02/24/21 | SKL | Call with S. Lemack and J. DelConte (both AlixPartners) re: outstanding claims. | 0.40 |
| 02/24/21 | JD | Review latest claims reconciliation summary in response to question from Davis Polk. | 0.30 |
| 02/24/21 | JD | Call with S. Lemack and J. DelConte (both AlixPartners) re: outstanding claims. | 0.40 |
| 02/25/21 | JD | Meeting with C. Robertson, M. Linder (both DPW), J. DelConte, A. DePalma, H. Bhattal, S. Lemack (all AlixPartners) to discuss next steps re: trade claims. | 0.70 |
| 02/25/21 | SKL | Call with A. DePalma, S. Lemack (both AlixPartners) to discuss claims reconciliation analysis. | 0.40 |
| 02/25/21 | SKL | Meeting with C. Robertson, M. Linder (both DPW), J. DelConte, A. DePalma, H. Bhattal, S. Lemack (all AlixPartners) to discuss next steps re: trade claims. | 0.70 |
| 02/25/21 | SKL | Update the claims database with the latest Prime Clerk register and refreshed claim analysis accordingly prior to afternoon call with H. Benson (Purdue). | 1.40 |
| 02/25/21 | SKL | Meeting with J. Lowne, H. Benson, E. Nowakowski (all Purdue) and A. DePalma, S. Lemack (both AlixPartners) to discuss trade claim reconciliations. | 0.50 |
| 02/25/21 | ADD | Call with A. DePalma, S. Lemack (both AlixPartners) to | 0.40 |

2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201

**T** 214.647.7500
**F** 214.647.7501
**alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #          2133780-1

Re:               Claims Process
Client/Matter #    012589.00109

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | discuss claims reconciliation analysis. | |
| 02/25/21 | ADD | Meeting with C. Robertson, M. Linder (both DPW), J. DelConte, A. DePalma, H. Bhattal, S. Lemack (all AlixPartners) to discuss next steps re: trade claims. | 0.70 |
| 02/25/21 | ADD | Meeting with J. Lowne, H. Benson, E. Nowakowski (all Purdue) and A. DePalma, S. Lemack (both AlixPartners) to discuss trade claim reconciliations. | 0.50 |
| 02/25/21 | HSB | Meeting with C. Robertson, M. Linder (both DPW), J. DelConte, A. DePalma, H. Bhattal, S. Lemack (all AlixPartners) to discuss next steps re: trade claims. | 0.70 |
| 02/26/21 | SKL | Update trade claim report with latest comments provided following reconciliation and circulate to Province team accordingly. | 1.20 |
| 02/27/21 | JD | Review latest claims summary and correspondence with S. Lemack and A. DePalma (both AlixPartners) re: same. | 0.30 |
| 02/28/21 | JD | Review analysis of vendors with claims over $250K. | 0.30 |
| | | **Total** | **52.90** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                  Claims Process
Client/Matter #      012589.00109

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Andrew D DePalma | 25.00 | 625.00 | 15,625.00 |
| Sam K Lemack | 17.80 | 665.00 | 11,837.00 |
| HS Bhattal | 0.70 | 865.00 | 605.50 |
| Jesse DelConte | 9.40 | 1,055.00 | 9,917.00 |
| **Total Hours & Fees** | **52.90** | | **37,984.50** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2133780-1 |
| Re: | Special Projects |
| Client/Matter # | 012589.00110 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/15/21 | ADD | Backup project catalyst data room in preparation to close data room | 1.70 |
| 02/15/21 | ADD | Remove users and close project catalyst Intralinks dataroom. | 1.20 |
| | | **Total** | **2.90** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                           **F** 214.647.7501
Dallas, TX 75201              **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #            2133780-1

Re:                  Special Projects
Client/Matter #      012589.00110

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Andrew D DePalma | 2.90 | 625.00 | 1,812.50 |
| **Total Hours & Fees** | **2.90** | | **1,812.50** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                  **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Retention and Engagement Administration |
| Client/Matter # | 012589.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/26/21 | JD | Email E. Kardos (AlixPartners) re: engagement amendment. | 0.20 |
| | | **Total** | **0.20** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100    **F** 214.647.7501
Dallas, TX 75201    **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #              2133780-1

Re:                   Retention and Engagement Administration
Client/Matter #       012589.00112

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Jesse DelConte | 0.20 | 1,055.00 | 211.00 |
| **Total Hours & Fees** | **0.20** | | **211.00** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 012589.00113 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/01/21 | JD | Finalize review of December fee application. | 2.30 |
| 02/02/21 | TB | Prepare monthly fee statement and exhibits for December 2020. | 1.50 |
| 02/03/21 | JD | Final review of December fee application. | 0.40 |
| 02/04/21 | TB | Update exhibit A for the December 2020 monthly fee statement. | 0.30 |
| 02/08/21 | TB | Email to M. Pera, D. Consla, C. Robertson (all DPW) attaching the sixteenth monthly fee application and exhibits for December 2020 for filing with the court. | 0.20 |
| 02/10/21 | MSM | Prepare professional fees for January 2021. | 2.00 |
| 02/11/21 | MSM | Prepare professional fees for January 2021. | 3.80 |
| 02/11/21 | MSM | Continue to prepare professional fees for January 2021. | 2.00 |
| 02/17/21 | MSM | Prepare professional fees for January 2021. | 2.70 |
| 02/17/21 | MSM | Continue to prepare professional fees for January 2021. | 3.20 |
| 02/17/21 | MSM | Continue to prepare professional fees for January 2021. | 1.80 |
| 02/18/21 | MSM | Prepare professional fees for January 2021. | 3.50 |
| 02/18/21 | MSM | Continue to prepare professional fees for January 2021. | 3.00 |
| 02/18/21 | MSM | Continue to prepare professional fees for January 2021. | 2.00 |
| 02/26/21 | JD | Initial review of January fee application. | 1.40 |
| | | **Total** | **30.10** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 012589.00113 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Melanie McCabe | 24.00 | 430.00 | 10,320.00 |
| Tammy Brewer | 2.00 | 465.00 | 930.00 |
| Jesse DelConte | 4.10 | 1,055.00 | 4,325.50 |
| **Total Hours & Fees** | **30.10** | | **15,575.50** |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100   **F** 214.647.7501
Dallas, TX 75201   **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
| --- | --- |
| Re: | Court Hearings |
| Client/Matter # | 012589.00114 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 02/17/21 | JD | Participate telephonically in court hearing. | 3.00 |
| 02/17/21 | HSB | Attended Purdue bankruptcy court hearing (telephonically). | 2.00 |
| | | **Total** | **5.00** |

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #           2133780-1

Re:                 Court Hearings
Client/Matter #     012589.00114

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| HS Bhattal | 2.00 | 865.00 | 1,730.00 |
| Jesse DelConte | 3.00 | 1,055.00 | 3,165.00 |
| **Total Hours & Fees** | **5.00** | | **4,895.00** |

# AlixPartners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| | |
|---|---|
| Invoice # | 2133780-1 |
| Re: | Forensic Analysis |
| Client/Matter # | 012589.00115 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 02/01/21 | RC | Review documentation related to tax distributions. | 1.30 |
| 02/01/21 | RC | Update fraudulent transfer lookback period analysis. | 2.00 |
| 02/01/21 | RC | Review documentation related to Rhodes capital contributions and cash distributions | 1.10 |
| 02/02/21 | RC | Review documents related to Ex-US fundings. | 0.90 |
| 02/02/21 | RC | Review UCC's materials related to their fraudulent transfer analysis. | 1.40 |
| 02/02/21 | RC | Provide comments on fraudulent transfer lookback period analysis. | 1.70 |
| 02/02/21 | RC | Review documents related to Purdue cash and non-cash distributions. | 1.30 |
| 02/03/21 | RC | Update fraudulent transfer lookback period analysis. | 2.10 |
| 02/03/21 | RC | Review supporting documentation related to cash distribution analysis. | 1.40 |
| 02/03/21 | RC | Review audited financial statements and cash flow information related to cash distributions. | 1.00 |
| 02/08/21 | RC | Draft narrative section for disclosure statement re: team qualifications. | 1.50 |
| 02/08/21 | RC | Review tax distribution support documentation gathered in response to the UCC's requests | 0.70 |
| 02/10/21 | RC | Review support documentation gathered in response to requests from the UCC re: distributions. | 1.50 |
| 02/17/21 | RC | Review information related to the Sackler's foreign owned entities. | 0.50 |
| 02/23/21 | RC | Review information gathered in response to distribution requests from the UCC. | 1.00 |
| 02/25/21 | RC | Additional review of support documentation re: tax distributions. | 1.20 |

2101 Cedar Springs Road    T 214.647.7500
Suite 1100    F 214.647.7501
Dallas, TX 75201    alixpartners.com

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

Invoice #               2133780-1

Re:                     Forensic Analysis
Client/Matter #         012589.00115

| Date | Consultant | Description of Services | | Hours |
|------|-----------|------------------------|--|-------|
| | | | **Total** | **20.60** |

2101 Cedar Springs Road    **T** 214.647.7500
Suite 1100                 **F** 214.647.7501
Dallas, TX 75201           **alixpartners.com**

# **Alix**Partners

Mr. Jon Lowne
Chief Financial Officer
Purdue Pharma L.P.
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431

Mr. James P. Doyle
Vice President & General Counsel
Rhodes Technologies
Rhodes Pharmaceuticals L.P.
498 Washington Street
Coventry, RI 02816

| Invoice # | 2133780-1 |
|---|---|
| Re: | Forensic Analysis |
| Client/Matter # | 012589.00115 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Richard Collura | 20.60 | 1,125.00 | 23,175.00 |
| **Total Hours & Fees** | **20.60** | | **23,175.00** |

2101 Cedar Springs Road   **T** 214.647.7500
Suite 1100   **F** 214.647.7501
Dallas, TX 75201   **alixpartners.com**