Henry J. Jaffe (*pro hac vice* to be filed)
Marcy J. McLaughlin Smith (*pro hac vice* to be filed)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Hercules Plaza
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 421-8390
Email: Henry.Jaffe@troutman.com
       Marcy.Smith@troutman.com

Alissa K. Piccione
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
875 Third Avenue
New York, NY 10022
Tel: (212) 704-6000
Fax: (212) 704-6288
Email: Alissa.Piccione@troutman.com

*Counsel to Sun Pharmaceutical Industries, Inc.,
Ranbaxy Pharmaceuticals Canada Inc., and
Sun Pharmaceuticals Canada, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

115366948v2

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101, *et seq.* (the "Bankruptcy Code"), Sun Pharmaceutical Industries, Inc. and its current and former corporate affiliates Ranbaxy Pharmaceuticals Canada Inc. and Sun Pharmaceuticals Canada, Inc. (collectively, "Sun Pharma"), through their counsel, Troutman Pepper Hamilton Sanders LLP, hereby appear in the above-captioned cases and request that all notices given or required to be given and all papers served or required to be served in these cases and/or related proceedings also be served at the following addresses:

> Alissa K. Piccione
> TROUTMAN PEPPER
> HAMILTON SANDERS LLP
> 875 Third Avenue
> New York, New York 10022
> Tel: (212) 704-6000
> Fax: (212) 704-6288
> Email: Alissa.Piccione@troutman.com
>
> -and-
>
> Henry J. Jaffe
> Marcy J. McLaughlin Smith
> TROUTMAN PEPPER
> HAMILTON SANDERS LLP
> Hercules Plaza
> 1313 N. Market Street, Suite 5100
> P.O. Box 1709
> Wilmington, DE 19899-1709
> Tel: (302) 777-6500
> Fax: (302) 421-8390
> Email: Henry.Jaffe@troutman.com
>        Marcy.Smith@troutman.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without

limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex, or otherwise filed that may affect or seek to affect the above-captioned debtors or their property.

[*Continued on the following page.*]

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices and Papers or any subsequent appearance, pleading, claim, or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to have all core matters heard and decided by a District Court Judge; (iii) the right to trial by jury in any proceeding so triable in these cases; (iv) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Sun Pharma may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
April 19, 2021

TROUTMAN PEPPER
HAMILTON SANDERS LLP

By: */s/ Alissa K. Piccione*
Alissa K. Piccione
875 Third Avenue
New York, NY 10022
Tel.: (212) 704-6000
Fax: (212) 704-6288

-AND-

Henry J. Jaffe (*pro hac vice* to be filed)
Marcy J. McLaughlin Smith (*pro hac vice* to be filed)
Hercules Plaza
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 421-8390

*Counsel to Sun Pharmaceutical Industries, Inc., Ranbaxy Pharmaceuticals Canada Inc., and Sun Pharmaceuticals Canada, Inc.*