DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AGENDA FOR APRIL 21, 2021 HEARING

| | |
|---|---|
| Time and Date of Hearing: | April 21, 2021 at 10:00 a.m. (prevailing Eastern Time) |
| Location of Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. Please register with Court Solutions at www.court-solutions.com. |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

        Members of the public who wish to listen to, **but not participate in**, the Hearing free of charge may do so by calling the following muted, listen-only number: 1-844-992-4726, access code 1326458457#.

Copies of Motions:        A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma.

## I. UNCONTESTED MATTERS:

1. ***Interim Fee Applications.*** Notice of Fourth Interim Fee Hearing [ECF No. 2555]

   Objection Deadline: April 14, 2021 at 4:00 p.m. (prevailing Eastern Time)

   Responses Received: None

   Reply: None

   Related Documents:

   Interim Fee Applications of the following applicants:

   **Debtors' Professionals**

   A. Dechert LLP [ECF No. 2502]
   B. Arnold & Porter Kaye Scholer LLP [ECF No. 2513]
   C. King & Spalding LLP [ECF No. 2511]
   D. Wilmer Cutler Pickering Hale and Dorr LLP [ECF No. 2507]
   E. Davis Polk & Wardwell LLP [ECF No. 2512]
   F. Jones Day [ECF No. 2510]
   G. KPMG LLP [ECF No. 2465]
   H. Ernst & Young LLP [ECF No. 2533]
   I. AlixPartners, LLP [ECF No. 2514]
   J. Skadden, Arps, Slate, Meagher & Flom LLP [ECF No. 2530]
   K. PJT Partners LP [ECF No. 2532]
   L. Cornerstone Research [ECF No. 2469]

   **Official Committee of Unsecured Creditors' Professionals**

   A. Jefferies LLC [ECF No. 2519]
   B. Cole Schotz P.C. [ECF No. 2522]
   C. Province, Inc. [ECF No. 2518]
   D. Akin Gump Strauss Hauer & Feld LLP [ECF No. 2516]
   E. Kurtzman Carson Consultants LLC [ECF No. 2524]
   F. Bedell Cristin Jersey Partnership [ECF No. 2521]

**Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants' Professionals**

A. Brown Rudnick LLP [ECF No. 2515]
B. FTI Consulting [ECF No. 2526]
C. Otterbourg, P.C. [ECF No. 2525]
D. Gilbert LLP [ECF No. 2523]
E. Kramer Levin Naftalis & Frankel LLP [ECF No. 2529]
F. Houlihan Lokey Capital, Inc. [ECF No. 2520]

**Fee Examiner**

Bielli & Klauder, LLC [ECF No. 2484]

Status: This matter is going forward on an uncontested basis.

2. ***Motion to Withdraw Class Proof of Claim and File NAS Claimant Proofs of Claim.*** Motion to Withdraw Motion to Permit the Filing of a Class Proof of Claim and to Allow Filing of 272 NAS Claimant Proofs of Claim [ECF No. 2611]

   Objection Deadline: April 18, 2021 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

   A. Debtors' Statement in Support of the Motion to Withdraw Motion to Permit the Filing of a Class Proof of Claim and to Allow Filing of 272 NAS Claimant Proofs of Claim [ECF No. 2660]

   Reply: None

   Related Documents:

   A. Motion to Permit the Filing of a Class Proof of Claim [ECF No. 1408]

   Status: This matter is going forward on an uncontested basis.

3. ***Merle Walter's Motion to Attend the Hearing Telephonically.*** Motion to Attend the April 21, 2021 Hearing Telephonically [ECF No. 2607]

   Objection Deadline: April 16, 2021 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None

   Reply: None

   Related Documents: None

Status: This matter is going forward on an uncontested basis.

4. ***Robert Van Wilkie Claim Correction Motion.*** Motion to Correct Claim; Fraudulent Activity by Prime Clerk [ECF No. 2466]

Objection Deadline: April 14, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. Debtors' Statement in Response to the Motion to Correct Claim; Fraudulent Activity by Prime Clerk [ECF No. 2638]

Reply: None

Related Documents:

A. Notice of Hearing Regarding Motion to Correct Claim; Fraudulent Activity by Prime Clerk [ECF No. 2600]

Status: This matter is going forward on an uncontested basis.

5. ***Motion to Enter into Term Sheet with MSGE Group.*** Debtors' Motion to Enter into Term Sheet with and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group [ECF No. 2580]

Objection Deadline: April 14, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

A. The Official Committee of Unsecured Creditors' Statement in Respect of Debtors' Motion to Enter Into Term Sheet with and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group [ECF No. 2659]

Reply: None

Related Documents:

A. Certificate of No Objection under 28 U.S.C. § 1746 Regarding Notice of Debtors' Motion to Enter Into Term Sheet with and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group [ECF No. 2658]

Status: This matter is going forward on an uncontested basis.

II. **CONTESTED MATTERS:**

6. ***Motion to Extend Preliminary Injunction.*** Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 245]

    Objection Deadline: April 16, 2021 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Limited Objection of the Ad Hoc Committee on Accountability to Debtors' Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 248]

    B. Continuing Objection and Voluntary Commitment in Response to Purdue's Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 249]

    Reply: The Debtors' reply will be filed by 12:00 p.m. (prevailing Eastern Time) on April 20, 2021.

    Related Documents:

    A. Memorandum of Law in Support of Motion to Extend the Preliminary Injunction. Adv. Pro. No. 19-08289 [ECF No. 246]

    Status: This matter is going forward on a contested basis.

7. ***Omnibus Claims Objection Procedures Motion.*** Motion of Debtors for Entry of Order Approving (I) Omnibus Claims Objection Procedures, (II) Omnibus Claims Settlement Procedures and (III) Omnibus Claims Hearing Procedures [ECF No. 2490]

    Objection Deadline: April 14, 2021 at 4:00 p.m. (prevailing Eastern Time) (for all parties other than holders of Claims in Class 13, with respect to whom the Objection Deadline was extended to April 15, 2021 at 12:00 p.m. (prevailing Eastern Time).

    Responses Received:

    A. Joint Objection of Distributors, Manufacturers and Pharmacies to Motion of Debtors for Entry of Order Approving (I) Omnibus Claims Objection Procedures, (II) Omnibus Claims Settlement Procedures and (III) Omnibus Claims Hearing Procedures [ECF No. 2644]

    B. Schein's Joinder in Joint Objection of Distributors, Manufacturers and Pharmacies to Motion of Debtors for Entry of Order Approving (I) Omnibus Claims Objection Procedures, (II)

5

    Omnibus Claims Settlement Procedures and (III) Omnibus Claims Hearing Procedures [ECF No. 2646]

  C. The Debtors received informal comments from Westchester Fire Insurance Company, Chubb Insurance Companies and counsel to the Raymond Sackler Family and Mortimer D. Sackler Family ICSPs

 Reply:

  A. Debtors' Reply In Support of Motion of Debtors for Entry of Order Approving (I) Omnibus Claims Objection Procedures, (II) Omnibus Claims Settlement Procedures and (III) Omnibus Claims Hearing Procedures [ECF No. 2667]

 Related Documents: None

 Status: This matter is going forward on a contested basis.

### III. CONTINUED MATTERS:

8. ***Motion to Approve Disclosure Statement.*** Debtors' Motion to Approve the (I) Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto [ECF No. 2489]

 Objection Deadline: April 23, 2021 at 4:00 p.m. (prevailing Eastern Time).

 Responses Received:

  A. Letter From Aaron R. Stimus Objecting To Certain Claims [ECF No. 2627]

  B. Objection to Document 2494 Filed By Jeanette Tostenson [ECF No. 2634]

 Reply: None

 Related Documents:

  A. Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2487]

  B. Disclosure Statement for Chapter 11 Plan for Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2488]

  C. Notice of Filing of Appendix F to the Disclosure Statement [ECF No. 2491]

    D. Notice of Disclosure Statement Hearing [ECF No. 2494]

    E. Notice of Adjournment of Disclosure Statement Hearing [ECF No. 2625]

Status: This matter is continued to May 4, 2021 at 10:00 a.m. (prevailing Eastern Time).

9. ***Motion to Establish Confirmation Schedule and Protocols.*** Debtors' Motion for Order Establishing Confirmation Schedule and Protocols [ECF No. 2536]

Objection Deadline: April 23, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents:

    A. Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors [ECF No. 2487]

    B. Notice of Adjournment of Hearing on Debtors' Motion for Order Establishing Confirmation Schedule and Protocols [ECF No. 2626]

Status: This matter is continued to May 4, 2021 at 10:00 a.m. (prevailing Eastern Time).

10. ***Kyle M. Parks Late Claim Motion.*** Motion to File Proof of Claim after Claims Bar Date filed by Kyle M. Parks [ECF No. 2057]

Objection Deadline: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

Responses Received: None

Reply: None

Related Documents:

    A. Notice of Hearing of Motion to File Proof of Claim after Claims Bar Date [ECF No. 2058]

    B. Corrected Notice of Hearing of Motion to File Proof of Claim After Claims Bar Date [ECF No. 2080]

    C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

  D. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

  E. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2496]

  F. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2639]

 Status: This matter is continued to May 20, 2021 at 10:00 a.m. (prevailing Eastern Time).

11. ***Arlandis C. Issac Late Claim Motion.*** Motion Tolling Filing Deadline (Claim submitted but not filed - pending disposition of the motion) filed by Arlandis C. Issac [ECF No. 2069]

 Objection Deadline: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

 Responses Received: None

 Reply: None

 Related Documents:

  A. Notice of Hearing: Motion Tolling Filing Deadline [ECF No. 2070]

  B. Corrected Notice of Hearing of Motion Tolling Filing Deadline [ECF No. 2082]

  C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

  D. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

  E. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2496]

  F. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2639]

> Status: This matter is continued to May 20, 2021 at 10:00 a.m. (prevailing Eastern Time).

12. ***Andre S. Youngblood Late Claim Motion.*** Motion for Tolling Filing Deadline (Claim submitted but not filed - pending disposition of the motion) filed by Andre S. Youngblood [ECF No. 2071]

    > Objection Deadline: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).
    >
    > Responses Received: None
    >
    > Reply: None
    >
    > Related Documents:
    >
    >> A. Notice of Hearing: Motion Tolling Filing Deadline [ECF No. 2072]
    >>
    >> B. Corrected Notice of Hearing of Motion Tolling Filing Deadline [ECF No. 2084]
    >>
    >> C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]
    >>
    >> D. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]
    >>
    >> E. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2496]
    >>
    >> F. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2639]
    >
    > Status: This matter is continued to May 20, 2021 at 10:00 a.m. (prevailing Eastern Time).

13. ***Shane Christian Peterson Late Claim Motion.*** Motion to Request Extension for Filling Proof of Claim (Claim was not included with the motion) filed by Shane Christian Peterson [ECF No. 2086]

    > Objection Deadline: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).
    >
    > Responses Received: None
    >
    > Reply: None
    >
    > Related Documents:

      A. Notice of Hearing of Motion to Request Extension for Filling Proof of Claim [ECF No. 2087]

      B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

      C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

      D. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2496]

      E. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2639]

    Status: This matter is continued to May 20, 2021 at 10:00 a.m. (prevailing Eastern Time).

14. ***Neil W. King Late Claim Motion.*** Motion for Tolling Filing Deadline (Claim submitted but not filed - pending disposition of the motion) filed by Neil W. King [ECF No. 2088]

    Objection Deadline: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None

    Reply: None

    Related Documents:

      A. Notice of Hearing Motion Tolling Filing Deadline [ECF No. 2089]

      B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date [ECF No. 2267]

      C. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086 and 2088 [ECF No. 2356]

      D. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2496]

      E. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2057, 2069, 2071, 2086, and 2088 [ECF No. 2639]

   Status: This matter is continued to May 20, 2021 at 10:00 a.m. (prevailing Eastern Time).

15. ***Troy A. Pesina Late Claim Motion.*** Motion to File Proof of Claim After Claims Bar Date filed by Troy A. Pesina [ECF No. 2193]

   Objection Deadline: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

   Responses Received: None

   Reply: None

   Related Documents:

    A. Notice of Hearing of Motion to File Proof of Claim After Claims Bar Date [ECF No. 2258]

    B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2357]

    C. Response to Notice of Hearing [ECF No. 2374]

    D. Notice of Adjournment Regarding Motion to File Proof of Claim After Claims Bar Date [ECF No. 2391]

    E. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2495]

    F. Declaration in Support of Request for Acceptance of Claim Filed After "Bar Date" [ECF No. 2543]

    G. Letter to Judge Drain Regarding the 4/21/21 Hearing [ECF No. 2597]

    H. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2640]

    I. Motion to Allow Claims / Request Permission for Leave of Court to Amend General Opioid and Personal Injury Claims (claims 61633 & 619085) filed by Troy A. Pesina [ECF No. 2649]

    J. Letter /Request for Court Order Filed by Troy A. Pesina [ECF No. 2650]

    K. Declaration In Support of Motion for Extension of Bar Date and Clearity filed by Troy A. Pesina [ECF No. 2662]

<u>Status</u>: This matter is continued to May 20, 2021 at 10:00 a.m. (prevailing Eastern Time).

16. ***Lisa M. Acquaviva Late Claim Motion.*** Motion to File Proof of Claim After Claims Bar Date [ECF No. 2211]

    <u>Objection Deadline</u>: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>: None

    <u>Reply</u>: None

    <u>Related Documents</u>:

    A. Notice of Hearing for Motion to File Proof of Claim After Claims Bar Date [ECF No. 2237]

    B. Notice of Adjournment of Hearing Regarding Motion to File Proofs of Claim after Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2357]

    C. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2495]

    D. Notice of Adjournment of Hearing Regarding Motions to File Proofs of Claim After Extended General Bar Date Filed at Docket Numbers 2193 and 2211 [ECF No. 2640]

    <u>Status</u>: This matter is continued to May 20, 2021 at 10:00 a.m. (prevailing Eastern Time).

17. ***Brian Lee Danner Late Claim Motion.*** Motion to File Proof of Claim After Claims Bar Date filed by Brian Lee Danner [ECF No. 2458]

    <u>Objection Deadline</u>: May 13, 2021 at 4:00 p.m. (prevailing Eastern Time).

    <u>Responses Received</u>: None

    <u>Reply</u>: None

    <u>Related Documents</u>:

    A. Notice of Hearing for Motion to File Proof of Claim After Claims Bar Date filed by Brian Lee [ECF No. 2459]

    B. Declaration in Support of Motion to File Proof of Claim After Bar Date filed by Brian Lee Danner [ECF No. 2593]

C. Letter to the Court/Request for Court Order Filed by Brian Lee Danner [ECF No. 2635]

D. Notice of Adjournment of Hearing Regarding Motion to File Proof of Claim After Extended General Bar Date Filed at Docket Number 2458 [ECF No. 2641]

E. Motion to Allow Claims /Request Permission for Leave of Court to Amend General Opioid and Personal Injury Claims (Claim 618545, 619087 and 618573) filed by Brian Lee Danner [ECF No. 2651]

F. Declaration In Support of Motion for Extension of Bar Date and Clarity filed by Brian Lee Danner [ECF No. 2661]

Status: This matter is continued to May 20, 2021 at 10:00 a.m. (prevailing Eastern Time).

Dated: April 19, 2021
New York, New York

DAVIS POLK & WARDWELL LLP

By: */s/ Eli J. Vonnegut*
Eli J. Vonnegut

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*