**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.** [1] | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Barry Z. Bazian, hereby certify that on April 15, 2021 a true and correct copy of the *Joint Objection of Distributors, Manufacturers and Pharmacies to Motion of Debtors For Entry of Order Approving (I) Omnibus Claims Objection Procedures, (II) Omnibus Claims Settlement Procedures and (III) Omnibus Claims Hearing Procedures* [Docket No. 2644] filed through the Court's CM/ECF System, was (i) sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); (ii) served through Electronic Mail (Email) upon the parties identified on **Exhibit A**; and (iii) served via USPS First Class Mail upon the parties identified on **Exhibit B**.

*Remainder of the Page Intentionally Left Blank*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: April 20, 2021
New York, New York

Respectfully submitted,

*/s/ Barry Z. Bazian*
**GOODWIN PROCTER LLP**
Barry Z. Bazian
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel: (212) 813-8840
Fax: (212) 355-3333
Email: bbazian@goodwinlaw.com

*Counsel for Teva Pharmaceuticals USA, Inc.*
*and Related Entities*

## <u>CERTIFICATE OF SERVICE</u>

I, Barry Z. Bazian, hereby certify that a true and correct copy of the foregoing document will be forwarded by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF), via this Court's CM/ECF system.

*/s/ Barry Z. Bazian*
Barry Z. Bazian

# **<u>EXHIBIT A</u>**

In re: Purdue Pharma L.P., *et al.*

Master Service List

Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| Counsel to the Attorney General, State of Florida | Agentis PLLC | 55 Alhambra Plaza, Suite 800 | | Coral Gables | FL | 33134 | cbs@agentislaw.com |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | | New York | NY | 10036 | idizengoff@akingump.com<br>apreis@akingump.com<br>mhurley@akingump.com<br>sbrauner@akingump.com<br>elisovicz@akingump.com |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | 90 Park Avenue | | New York | NY | 10016-1387 | william.hao@alston.com |
| Counsel to OptumRX, Inc. | Alston & Bird LLP | 1201 West Peachtree Street | | Atlanta | GA | 30309-3424 | will.sugden@alston.com<br>jacob.johnson@alston.com |
| Counsel to Ryan Hampton | Andrews & Thornton | 4701 Von Karman Ave, Suite 300 | | Newport Beach | CA | 92660 | aa@andrewsthornton.com<br>shiggins@andrewsthornton.com<br>rsiko@andrewsthornton.com |
| Counsel to the Ad Hoc Group of Individual Victims | Ask LLP | 151 W. 46th St., 4th Floor | | New York | NY | 10036 | eneiger@askllp.com<br>jchristian@askllp.com |
| State Attorney General | Attorney General for the State of Wisconsin | 17 West Main Street, P.O. Box 7857 | | Madison | WI | 53707 | vandermeusejl@doj.state.wi.us |
| Counsel to Washington State Department of Revenue | Attorney General of Washington | Bankruptcy & Collections Unit | 800 Fifth Avenue, Suite 2000 | Seattle | WA | 98104 | dina.yunker@atg.wa.gov |
| Counsel to DuPont de Nemours, Inc. | Ballard Spahr LLP | 919 N. Market Street, 11th Floor | | Wilmington | DE | 19801 | daluzt@ballardspahr.com<br>roglenl@ballardspahr.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Barrett Law Group, P.A. | P.O. Box 927 | 404 Court Square | Lexington | MS | 39095 | DonBarrettPA@gmail.com |
| Counsel to Sarasota County Public Hospital District d/b/a Sarasota Memorial Health Care System, Inc. | Bentley & Bruning P.A. | 783 South Orange Avenue, Third Floor | | Sarasota | FL | 34236 | mbentley@bentleyandbruning.com<br>dwallace@bentleyandbruning.com |
| Counsel to United Parcel Service, Inc. | Bialson, Bergen & Schwab | 633 Menlo Ave, Suite 100 | | Menlo Park | CA | 94025 | Klaw@bbslaw.com |

In re: **Purdue Pharma L.P.,** *et al.*

Master Service List

Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| Proposed Counsel to Fee Examiner, David M. Klauder, Esquire | Bielli & Klauder, LLC | 1500 Walnut Street, Suite 900 | | Philadelphia | PA | 19103 | tbielli@bk-legal.com |
| Counsel to Plumbers & Steamfitters Local 267 Insurance Fund | Blitman & King LLP | 443 N. Franklin Street, Suite 300 | | Syracuse | NY | 13204 | drbrice@bklawyers.com |
| Interested Party | BMC Group, Inc. | 3732 W. 120th Street | | Hawthorne | CA | 90250 | bmc@ecfAlerts.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Bracewell LLP | 1251 Avenue of the Americas, 49th Floor | | New York | NY | 10020-1100 | daniel.connolly@bracewell.com robert.burns@bracewell.com |
| Attorneys for SAP America, Inc., SAP SE, and Ariba, Inc. | Brown & Connery, LLP | 6 North Broad Street, Suite 100 | | Woodbury | NJ | 08096 | dludman@brownconnery.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | 7 Times Square | | New York | NY | 10036 | GCicero@brownrudnick.com DMolton@brownrudnick.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Brown Rudnick LLP | One Financial Center | | Boston | MA | 02111 | spohl@brownrudnick.com |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter, a Professional Corporation | 18400 Von Karman Avenue, Suite 800 | | Irvine | CA | 92612-0514 | jgarfinkle@buchalter.com dslate@buchalter.com |
| Counsel to the People of the State of California | California Department of Justice | 300 South Spring Street, Suite 1702 | | Los Angeles | CA | 90013 | bernard.eskandari@doj.ca.gov michelle.burkart@doj.ca.gov timothy.lundgren@doj.ca.gov |
| Counsel for the People of the State of California | California Department of Justice | 600 West Broadway, Suite 1800 | | San Diego | CA | 92101 | judith.fiorentini@doj.ca.gov |
| Counsel to the Multi-State Governmental Entities Group | Caplin & Drysdale, Chartered | One Thomas Circle, NW, Suite 1100 | | Washington | DC | 20005 | kmaclay@capdale.com jwehner@capdale.com jliesemer@capdale.com tphillips@capdale.com |

In re: Purdue Pharma L.P., *et al.*

Master Service List

Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| Counsel to the State of West Virginia, ex. rel. Patrick Morrisey, Attorney General | Carter Ledyard & Milburn LLP | 2 Wall Street | | New York | NY | 10005 | bankruptcy@clm.com |
| Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. | Cole Schotz P.C. | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | jalberto@coleschotz.com |
| Counsel to the Commonwealth of Massachusetts | Commonwealth of Massachusetts | Chief, Health Care Division | Office of the AG, One Ashburton Place | Boston | MA | 02108 | eric.gold@mass.gov |
| Counsel to Commonwealth of Pennsylvania | Commonwealth of Pennsylvania | Office of AG, The Phoenix Building | 1600 Arch Street, Suite 300 | Philadelphia | PA | 19103 | cmomjian@attorneygeneral.gov |
| Counsel to the State of Arizona | Consovoy McCarthy PLLC | 1600 Wilson Boulevard, Suite 700 | | Arlington | VA | 22201 | mike@consovoymccarthy.com |
| Counsel to Kara Trainor Brucato | Cooper Law Firm, LLC | 1525 Religious Street | | New Orleans | LA | 70130 | cbrustowicz@clfnola.com jdetty@clfnola.com lrichardson@clfnola.com |
| Counsel for NAS Ad Hoc Committee | Creadore Law Firm PC | 450 Seventh Avenue | Suite 1408 | New York | NY | 10123 | donald@creadorelawfirm.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & Laduca, LLP | 16 Court Street, Suite 1012 | | Brooklyn | NY | 11241 | jonc@cuneolaw.com |
| Counsel to Community Health Systems, Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc., And Class of approximately 384 hospitals on Exhibit A | Cuneo Gilbert & Laduca, LLP | 4725 Wisconsin Avenue, NW, Suite 200 | | Washington | DC | 20016 | jonc@cuneolaw.com |
| Counsel to the Debtors and Debtors in Possession | Davis Polk & Wardwell LLP | 450 Lexington Avenue | | New York | NY | 10017 | Purdue.noticing@dpw.com |

In re: Purdue Pharma L.P., *et al.*

Master Service List

Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| Counsel to the State of Missouri | Doster, Ullom & Boyle, LLC | 16090 Swingley Ridge Road | Suite 620 | St. Louis | MO | 63017 | GWillard@dubllc.com |
| Counsel to Counsel to Nevada Counties and Municipalities | Eglet Adams | 400 South 7th Street, Suite 400 | | Las Vegas | NV | 89101 | badams@egletlaw.com aham@egletlaw.com eentsminger@egletlaw.com |
| Counsel to Lynn Carbeno Buffalow, Stanley K. Hand, Jennifer Marie Hargrave, Catherine D. Harper, Cheryl And Richard Huley, Richard H. Hulsey, Jr., Sherry Marter, Sally Lorraine Morrison , Denise Murphy, William Alex Pate, Jr., Dalton Reach, Tim And Traci Reach, Derry Darnell Shambley, James Robert Sharp, Sr., Andrew Sharpe, George M. Tanton | Elizabeth A. Citrin, P.C. | 28311 N. Main Street | Suite B-103 | Daphne | AL | 36526 | elizabeth@elizabethcitrin.com |
| Counsel to CVS Caremark Part D Services, L.L.C. and CaremarkPCS Health, L.L.C. | Foley & Lardner LLP | 321 N. Clark Street, Suite 2800 | | Chicago | IL | 60654-5313 | ggoodman@foley.com |
| Counsel to CVS Caremark Part D Services, L.L.C. and CaremarkPCS Health, L.L.C. | Foley & Lardner LLP | 90 Park Avenue | | New York | NY | 10016 | leisenberg@foley.com |
| Counsel to Old Republic Insurance Company and its affiliated entities | Fox Swibel Levin & Carroll LLP | 200 W. Madison Street, Suite 3000 | | Chicago | IL | 60606 | panderson@foxswibel.com |
| Counsel to Walgreen Co., Walgreen Eastern Co., Inc., Walgreen Arizona Drug Co., for themselves and certain corporate affiliates and subsidiaries | Frankgecker LLP | 1327 W. Washington Blvd., Suite 5 G-H | | Chicago | IL | 60607 | jfrank@fgllp.com jkleinman@fgllp.com |
| Interested Party | Fredrick Hill | 25 Stephen Drive | | Glendora | NJ | 08029 | fredhill70@gmail.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Gilbert, LLP | 1100 New York Ave., NW | Suite 700 | Washington | DC | 20005 | litherlandc@gilbertlegal.com quinnk@gilbertlegal.com gilberts@gilbertlegal.com |

**In re: Purdue Pharma L.P., *et al.***

Master Service List

Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| Counsel to the Arkansas Plaintiffs and the Tennessee Plaintiffs | Godfrey & Kahn, S.C. | One East Main Street, Suite 500 | | Madison | WI | 53703 | kstadler@gklaw.com |
| Counsel to Teva Pharmaceuticals USA, Inc., Anda, Inc. and Teva Canada Limited | Goodwin Procter LLP | The New York Times Building | 620 Eighth Avenue | New York | NY | 10018 | mgoldstein@goodwinlaw.com wweintraub@goodwinlaw.com hsteel@goodwinlaw.com |
| Counsel to the City of Seattle | Hagens Berman Sobol Shapiro LLP | 715 Hearst Ave., Suite 202 | | Berkeley | CA | 94710 | benh@hbsslaw.com |
| Counsel to Blue Cross Blue Shield Association | HAGENS BERMAN SOBOL SHAPIRO LLP | 55 Cambridge Parkway, Suite 301 | | Cambridge | MA | 02142 | purduebankruptcy@hbsslaw.com |
| Counsel to BR Holdings Associates Inc., BR Holdings Associates L.P., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., and TXP Services, Inc. | Haug Partners LLP | 745 Fifth Avenue | 10th Floor | New York | NY | 10151 | dzwally@haugpartners.com |
| Counsel to BR Holdings Associates Inc., BR Holdings Associates L.P., Pharmaceutical Research Associates L.P., PLP Associates Holdings Inc., PLP Associates Holdings L.P., and TXP Services, Inc. | Haug Partners LLP | One Post Office Square | 31st Floor | Boston | MA | 02109 | jdougherty@haugpartners.com |
| Counsel to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services | Husch Blackwell LLP | 736 Georgia Avenue, Suite 300 | | Chattanooga | TN | 37402 | Caleb.Holzaepfel@huschblackwell.com |
| Counsel to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., and Ascent Health Services | Husch Blackwell LLP | 190 Carondelet Plaza, Suite 600 | | St. Louis | MO | 63105-3433 | marshall.turner@huschblackwell.com |

In re: Purdue Pharma L.P., *et al.*

Master Service List

Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Jenner & Block, LLP | 353 N. Clark Street | | Chicago | IL | 60654-3456 | CSteege@jenner.com |
| Counsel to Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Jenner & Block, LLP | 919 Third Avenue | | New York | NY | 10022 | rlevin@jenner.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Joseph Hage Aaronson LLC | 485 Lexington Avenue | 30th Floor | New York | NY | 10017 | mleventhal@jha.com dpepe@jha.com pjerdee@jha.com cstanley@jha.com gjoseph@jha.com |
| Counsel to the State of Arizona | Keller Lenkner LLC | 150 N. Riverside Plaza, Suite 4270 | | Chicago | IL | 60606 | sam@kellerlenkner.com |
| Counsel to Noramco Coventry LLC | Kirkland & Ellis LLP | 601 Lexington Avenue | | New York | NY | 10022 | Anne.Wallice@Kirkland.com |
| Counsel to Noramco Coventry LLC | Kirkland & Ellis LLP | 300 North LaSalle Street | | Chicago | IL | 60654 | James.Stempel@Kirkland.Com |
| Counsel to State of Washington | Kleinberg, Kaplan, Wolff & Cohen, P.C. | 500 Fifth Avenue | | New York | NY | 10110 | mgold@kkwc.com rtuchman@kkwc.com |
| Counsel to Ad Hoc Committee of Governmental and other Contingent Litigation Claimants | Kramer Levin Naftalis & Frankel | 1177 Avenue of the Americas | | New York | NY | 10036 | keckstein@kramerlevin.com rringer@kramerlevin.com |
| Counsel to Counsel to Nevada Counties and Municipalities | Loeb & Loeb LLP | 345 Park Avenue | | New York | NY | 10154 | vrubinstein@loeb.com |
| Counsel to Old Republic Insurance Company and its affiliated entities | Luskin, Stern & Eisler LLP | Eleven Times Square | | New York | NY | 10036 | luskin@lsellp.com stern@lsellp.com |
| Counsel to Joan Vasko as the Administratrix of the Estate of Kathleen Louise Daugherty | MacElree Harvey, Ltd. | 17 West Miner Street | PO Box 660 | West Chester | PA | 19381-0660 | mlouis@macelree.com |
| Counsel to Giant Eagle, Inc. | Marcus & Shapira LLP | One Oxford Centre | 301 Grant Street, 35th Floor | Pittsburgh | PA | 15219 | nowak@marcus-shapira.com rbarnes@marcus-shapira.com |

In re: **Purdue Pharma L.P.,** *et al.*

Master Service List

Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | 1617 John F. Kennedy Blvd., Ste. 1500 | | Philadelphia | PA | 19103 | gbressler@mdmc-law.com |
| Counsel to Westchester Fire Insurance Company | McElroy, Deutsch, Mulvaney & Carpenter, LLP | 225 Liberty Street, 36th Fl. | | New York | NY | 10281 | mmorano@mdmc-law.com nleonard@mdmc-law.com |
| Counsel to the Ad Hoc Group of Hospitals | McGrail & Bensinger LLP | 888-C 8th Avenue #107 | | New York | NY | 10019 | ivolkov@mcgrailbensinger.com |
| Counsel to Dr. Richard Sackler, Jonathan Sackler, David Sackler, and Beverly Sackler | Milbank LLP | 55 Hudson Yards | | New York | NY | 10001 | guzzi@milbank.com estodola@milbank.com alees@milbank.com |
| Counsel to The Missouri Department of Revenue | Missouri Department of Revenue | 301 W. High Street, Room 670 | P.O. Box 475 | Jefferson City | MO | 65105-0475 | sdnyecf@dor.mo.gov |
| Counsel to Tucson Medical Center | Mitchell & Speights | 7161 E. Rancho Vista Dr | Suite 5009 | Scottsdale | AZ | 85251 | sam@mitchellspeights.com |
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Morgan & Morgan | 76 South Laura Street, Suite 1100 | | Jacksonville | FL | 32202 | jyoung@forthepeople.com |

In re: Purdue Pharma L.P., *et al.*

Master Service List

Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Morgan & Morgan | 201 North Franklin Street, 7th Floor | | Tampa | FL | 33602 | juanmartinez@forthepeople.com |
| Counsel to Silicon Valley Bank | Morrison & Foerster LLP | John Hancock Tower | 200 Clarendon Street, Floor 20 | Boston | MA | 02116 | ARheaume@mofo.com |
| Counsel to Silicon Valley Bank | Morrison & Foerster LLP | 250 West 55th Street | | New York | NY | 10019 | BButterfield@mofo.com |
| Counsel to Tucson Medical Center | Motley Rice LLC | 777 Third Ave | 27th Floor | New York | NY | 10017 | mbuchman@motleyrice.com |
| Counsel for NC DHHS/DHB | N.C. Department of Justice | Assistant Attorney General | Post Office Box 629 | Raleigh | NC | 27602-0629 | kmccraw@ncdoj.gov |
| State Attorney General | National Association of Attorneys General | 1850 M St., NW 12th Floor | | Washington | DC | 20036 | kcordry@naag.org |
| Counsel to New York State Department of Financial Services | New York State Department of Financial Services | One State Street | | New York | NY | 10004 | nicolas.keller@dfs.ny.gov |

**In re: Purdue Pharma L.P., *et al.***

Master Service List

Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| Counsel to State of Indiana | Office of the Indiana Attorney General | 302 West Washington Street | Indiana Govt. Center South, 5th Floor | Indianapolis | IN | 46204-2770 | Heather.Crockett@atg.in.gov |
| State Attorney General | Office of the New Jersey State Attorney General | 124 Halsey Street, 5th Floor | P.O. Box 45029-5029 | Newark | NJ | 07101 | lara.fogel@law.njoag.gov |
| Counsel to Opioids and Impact Litigation | Office of the New York State Attorney General | Executive Division | 28 Liberty Street | New York | NY | 10005 | David.Nachman@ag.ny.gov |
| State Attorney General | Office of the New York State Attorney General | Section Chief, General Recoveries Bureau | The Capitol | Albany | NY | 12224-0341 | Kathryn.Blake@ag.ny.gov |
| State Attorney General, Counsel to Counsel for Opioids and Impact Litigation | Office of the New York State Attorney General | 28 Liberty Street | | New York | NY | 10005 | Umair.Khan@ag.ny.gov |
| Counsel to the State of South Carolina | Office of the South Carolina Attorney General | P.O. Box 11549 | | Columbia | SC | 29211-1549 | amathews@scag.gov |
| Counsel to the State of South Carolina | Office of the South Carolina Attorney General | P.O. Box 11549 | | Columbia | SC | 29211-1549 | jlibet@scag.gov |
| State Attorney General | Office of the State of Connecticut Attorney General | 55 Elm Street, P.O. Box 120 | | Hartford | CT | 06141-0120 | Denise.Mondell@ct.gov |
| State Attorney General | Office of the State of Idaho Attorney General | Office of the AG | P. O. Box 83720 | Boise | ID | 83720-0010 | brett.delange@ag.idaho.gov |
| State Attorney General | Office of the State of Iowa Attorney General | Hoover Building, 2nd Floor | 1305 E. Walnut Street | Des Moines | IA | 50312 | william.pearson@ag.iowa.gov |
| State Attorney General | Office of the State of Vermont Attorney General | Vermont Attorney General's Office | 109 State Street | Montpelier | VT | 05403 | Jill.abrams@vermont.gov |
| Office of The United States Trustee | Office of The United States Trustee | U.S. Federal Office Building | 201 Varick Street, Suite 1006 | New York | NY | 10014 | paul.schwartzberg@usdoj.gov |
| Counsel to Ohio Attorney General | Ohio Attorney General | Ohio AG's Office | 615 W. Superior Avenue, 11th Floor | Cleveland | OH | 44113 | Alison.Archer@ohioattorneygeneral.gov |

In re: Purdue Pharma L.P., *et al.*

Master Service List

Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| Counsel to Ohio Attorney General | Ohio Attorney General | Ohio AG's Office | 615 W. Superior Avenue, 11th Floor | Cleveland | OH | 44113 | Trish.Lazich@ohioattorneygeneral.gov |
| Counsel to the State of Texas | Otterbourg P.C. | 230 Park Avenue | | New York | NY | 10169 | mcyganowski@otterbourg.com jfeeney@otterbourg.com |
| Counsel to Commonwealth of Pennsylvania | Pennsylvania Office of Attorney General | Strawberry Square, 15th Floor | | Harrisburg | PA | 17120 | mvaneck@attorneygeneral.gov |
| Counsel to the Ad Hoc Group of Non-Consenting States | Pillsbury Winthrop Shaw Pittman LLP | 31 West 52nd Street | | New York | NY | 10019 | andrew.troop@pillsburylaw.com andrew.alfano@pillsburylaw.com |
| Counsel to the Ad Hoc Group of Non-Consenting States | Pillsbury Winthrop Shaw Pittman LLP | 2 Houston Center | 909 Fannin, Suite 2000 | Houston | TX | 77010 | jason.sharp@pillsburylaw.com |
| Counsel to Walmart, Inc. and its Subsidiaries | Potter Anderson & Corroon LLP | 1313 North Market Street, Sixth Floor | P.O. Box 951 | Wilmington | DE | 19899 | jryan@potteranderson.com astulman@potteranderson.com rslaugh@potteranderson.com |
| Claims and Noticing Attorney Generalent | Prime Clerk, LLC | One Grand Central Place | 60 East 42nd Street, Suite 1440 | New York | NY | 10165 | purduepharmateam@primeclerk.com serviceqa@primeclerk.com |
| Debtors | Purdue Pharma L.P. | One Stamford Forum, 201 Tresser Boulevard | | Stamford | CT | 06901 | Jon.Lowne@pharma.com |
| Counsel to Blue Cross Blue Shield Association | RAWLINGS & ASSOCIATES | 1 Eden Parkway | | La Grange | KY | 40031 | mdf@rawlingsandassociates.com |
| Counsel to AmerisourceBergen Drug Corporation | Reed Smith LLP | 599 Lexington Avenue | | New York | NY | 10022-7650 | clynch@reedsmith.com |
| Counsel to AmerisourceBergen Drug Corporation | Reed Smith LLP | Three Logan Square | 1717 Arch Street, Suite 3100 | Philadelphia | PA | 19103 | cspringer@reedsmith.com |
| Counsel to Casey David Nadolski | Sahn Ward Coschignano, PLLC | The Omni - 333 Earle Ovington Boulevard, Suite 601 | | Uniondale | NY | 11553 | jshafferman@swc-law.com |

**In re: Purdue Pharma L.P., et al.**

Master Service List

Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| Counsel to Consortium of Some Massachusetts Municipalities | Scott+Scott Attorneys at Law LLP | The Helmsley Building | 230 Park Avenue, 17th Floor | New York | NY | 10169 | bkaswan@scott-scott.com jscolnick@scott-scott.com |
| Counsel to United HealthCare Services, Inc. | Shipman & Goodwin LLP | One Constitution Plaza | | Hartford | CT | 06103-1919 | egoldstein@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com |
| Counsel to PJT Partners LP | Simpson Thacher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | jamie.fell@stblaw.com egraff@stblaw.com |
| State Attorney General | State of Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 | attorney.general@alaska.gov |
| State Attorney General | State of Arizona Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 | aginfo@azag.gov |
| State Attorney General | State of Arkansas Attorney General | 323 Center St. | Suite 200 | Little Rock | AR | 72201-2610 | oag@ArkansasAG.gov |
| State Attorney General | State of California Attorney General | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | bankruptcy@coag.gov |
| State Attorney General | State of Connecticut Attorney General | 55 Elm St. | | Hartford | CT | 06106 | Attorney.General@ct.gov |
| State Attorney General | State of Delaware Attorney General | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 | Attorney.General@state.DE.US |
| State Attorney General | State of Hawaii Attorney General | 425 Queen St. | | Honolulu | HI | 96813 | hawaiiag@hawaii.gov |
| State Attorney General | State of Illinois Attorney General | 100 West Randolph Street | | Chicago | IL | 60601 | webmaster@atg.state.il.us |
| State Attorney General | State of Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 | ConsumerInfo@ag.state.la.us |
| State Attorney General | State of Maine Attorney General | 6 State House Station | | Augusta | ME | 04333 | consumer.mediation@maine.gov |
| State Attorney General | State of Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | oag@oag.state.md.us |
| State Attorney General | State of Massachusetts Attorney General | One Ashburton Place | | Boston | MA | 02108-1698 | ago@state.ma.us |
| State Attorney General | State of Michigan Attorney General | G. Mennen Williams Building, 7th Floor | 525 W. Ottawa St., P.O. Box 30212 | Lansing | MI | 48909-0212 | miag@michigan.gov |
| State Attorney General | State of Missouri Attorney General | Supreme Court Building | 207 W. High St. | Jefferson City | MO | 65102 | attorney.general@ago.mo.gov |

In re: Purdue Pharma L.P., *et al.*

Master Service List

Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| State Attorney General | State of Montana Attorney General | 215 N Sanders, Third Floor | P.O. BOX 201401 | Helena | MT | 59620-1401 | contactdoj@mt.gov |
| State Attorney General | State of Nebraska Attorney General | 2115 State Capitol | 2nd Fl, Rm 2115 | Lincoln | NE | 68509-8920 | ago.info.help@nebraska.gov |
| State Attorney General | State of New Hampshire Attorney General | 33 Capitol St. | | Concord | NH | 03301 | attorneygeneral@doj.nh.gov |
| State Attorney General | State of New Jersey Attorney General | RJ Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625-0080 | askconsumeraffairs@lps.state.nj.us |
| State Attorney General | State of New York Attorney General | Bankruptcy Litigation Unit | The Capitol | Albany | NY | 12224-0341 | Louis.Testa@ag.ny.gov |
| State Attorney General | State of North Carolina Attorney General | 9001 Mail Service Center | | Raleigh | NC | 27699-9001 | jsutton2@ncdoj.gov |
| State Attorney General | State of North Dakota Attorney General | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505-0040 | ndag@nd.gov |
| State Attorney General | State of Oregon Attorney General | 1162 Court Street NE | | Salem | OR | 97301 | consumer.hotline@doj.state.or.us |
| State Attorney General | State of South Dakota Attorney General | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 | consumerhelp@state.sd.us |
| State Attorney General | State of Tennessee Attorney General | P.O. Box 20207 | | Nashville | TN | 37202-0207 | reg.boards@tn.gov |
| Counsel to the State of Texas | State of Texas | Chief, Consumer Protection Division MC 009 | P.O. Box 12548 | Austin | TX | 78711-2548 | paul.singer@oag.texas.gov |
| Counsel to the State of Texas | State of Texas | Bankruptcy & Collections Division MC 008 | P.O. Box 12548 | Austin | TX | 78711-2548 | bk-robaldo@oag.texas.gov |
| State Attorney General | State of Texas Attorney General | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 | public.information@oag.state.tx.us |
| State Attorney General | State of Utah Attorney General | P.O. Box 142320 | | Salt Lake City | UT | 84114-2320 | uag@utah.gov |
| State Attorney General | State of Vermont Attorney General | 109 State St. | | Montpelier | VT | 05609-1001 | ago.info@vermont.gov |
| State Attorney General | State of Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 | mailoag@oag.state.va.us |

In re: Purdue Pharma L.P., *et al.*

Master Service List

Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| State Attorney General | State of Washington Attorney General | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 | emailago@atg.wa.gov |
| State Attorney General | State of West Virginia Attorney General | State Capitol Bldg 1 Room E 26 | | Charleston | WV | 25305 | Abby.G.Cunningham@wvago.gov |
| Counsel to Eric Hestrup, Ronald D. Stracener, F. Kirk Hopkins, Jordan Chu, Amel Eiland, Nadja Streiter, Michael Konig, Eli Medina, Barbara Rivers, Marketing Services of Indiana, Inc., Glenn Golden, Gretta Golden, Michael Christy, Edward Grace, Debra Dawsey, Darcy Sherman, Kimberly Brand, Lou Sardella, Michael Klodzinski, Kevin Wilk, Heather Enders, Jason Reynolds, MSI Corporation, Deborah Green-Kuchta, W. Andrew Fox, Dora Lawrence, Michael Lopez, Zachary R. Schneider, William Taylor, William Stock and Al Marino, Inc., and the Putative Classes | Stevens & Lee, P.C. | 485 Madison Avenue, 20th Floor | | New York | NY | 10022 | nfk@stevenslee.com cp@stevenslee.com |
| Counsel to Certain Native American Tribes, Health Organizations, Municipalities and Unions | Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation | 2323 Bryan Street, Suite 2200 | | Dallas | TX | 75201 | esserman@sbep-law.com dapice@sbep-law.com |
| Counsel to the Ad Hoc Committee of NAS Babies | Tarter Krinsky & Drogin LLP | 1350 Broadway, 11th Floor | | New York | NY | 10018 | smarkowitz@tarterkrinsky.com rcavaliere@tarterkrinsky.com mbrownstein@tarterkrinsky.com |
| State of Tennessee | Tennessee Attorney General's Office | P.O. Box 20207 | | Nashville | TN | 37202-0207 | Marvin.Clements@ag.tn.gov |
| Counsel to Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. | The Reporters Committee for Freedom of the Press | 1156 15th St. NW, Suite 1020 | | Washington | DC | 20005 | ktownsend@rcfp.org |

**In re: Purdue Pharma L.P.,** *et al.*

Master Service List

Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| Counsel to Thermo Fisher Scientific | Tucker Arensberg, P.C. | 1500 One PPG Place | | Pittsburgh | PA | 15222 | jblask@tuckerlaw.com |
| Counsel to United Food and Commercial Workers; Western Pennsylvania Electrical Employees Insurance Trust Fund; International Brotherhood of Electrical Workers Local 98 Health & Welfare Fund; Iron Workers District Council of Philadelphia and Vicinity, Benefit Fund; and International Union of Painters and Allied Trades, District Council No. 21 Welfare Fund | VSCP Law | 1500 Market Street, East Tower | 12th Floor | Philadelphia | PA | 19102 | gspizer@vscplaw.com |
| Counsel to the State of North Carolina | Waldrep LLP | 101 S. Stratford Road, Suite 210 | | Winston-Salem | NC | 27104 | twaldrep@waldrepllp.com jlyday@waldrepllp.com jlanik@waldrepllp.com |
| Counsel to amici curiae Bankruptcy Professors | Walfish & Fissell PLLC | 405 Lexington Ave., 8th Floor | | New York | NY | 10174 | dwalfish@walfishfissell.com |
| Counsel to the Ad Hoc Group of Individual Victims | White & Case LLP | 1221 Avenue of the Americas | | New York | NY | 10020 | cshore@whitecase.com michele.meises@whitecase.com alice.tsier@whitecase.com ashley.chase@whitecase.com |
| Counsel to the Ad Hoc Group of Individual Victims | White & Case LLP | 200 S Biscayne Blvd | | Miami | FL | 33131 | tlauria@whitecase.com laura.femino@whitecase.com |
| Counsel to the State of Alabama | Wilk Auslander LLP | 1515 Broadway, 43rd Floor | | New York | NY | 10036 | esnyder@wilkauslander.com |

# EXHIBIT B

In re: Purdue Pharma L.P., et al.
Master Service List
Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Air Liquide Industrial U.S. LP | Air Liquide Industrial U.S. LP | 9811 Katy Freeway | Suite 100 | Houston | TX | 77024 |
| State Attorney General | Commonwealth of Puerto Rico | Apartado 9020192 | | San Juan | PR | 00902-0192 |
| Counsel to Malcolm B. Kinnaird,  Justine R. Kinnaird, Hunt Kinnaird, and Joan E. Vasko as the Administratrix of the Estate of Kathleen Louise Daugherty | Fetzko Law Offices, P.C. | 12 Evergreen Drive, Suite 102 | | Middletown | NY | 10940 |
| Top 3 Largest Secured Creditor | Ikon Financial Services | 1738 Bass Rd | | Macon | GA | 31210-1043 |
| Internal Revenue Service | Internal Revenue Service | 2970 Market Street | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 |
| Internal Revenue Service | Internal Revenue Service | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 |
| Counsel to Jung U. Kim | Kimm Law Firm | 333 Sylvan Avenue, Suite 106 | | Englewood Cliffs | NJ | 07632 |
| Ronald George Dandar | Ronald George Dandar | 50 Overlook Drive | KQ7780 | Labelle | PA | 15450 |
| State Attorney General | State of Alabama Attorney General | P.O. Box 300152 | | Montgomery | AL | 36130-0152 |
| State Attorney General | State of Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| State Attorney General | State of Florida Attorney General | The Capitol, PL 01 | | Tallahassee | FL | 32399-1050 |
| State Attorney General | State of Georgia Attorney General | 40 Capital Square, SW | | Atlanta | GA | 30334-1300 |

In re: Purdue Pharma L.P., et al.
Master Service List
Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| State Attorney General | State of Idaho Attorney General | 700 W. Jefferson Street | P.O. Box 83720 | Boise | ID | 83720-1000 |
| State Attorney General | State of Indiana Attorney General | Indiana Government Center South | 302 W. Washington St., 5th Floor | Indianapolis | IN | 46204 |
| State Attorney General | State of Iowa Attorney General | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| State Attorney General | State of Kansas Attorney General | 120 SW 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| State Attorney General | State of Kentucky Attorney General | 700 Capitol Avenue, Suite 118 | | Frankfort | KY | 40601 |
| State Attorney General | State of Minnesota Attorney General | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| State Attorney General | State of Mississippi Attorney General | Walter Sillers Building | 550 High Street, Suite 1200, P.O. Box 220 | Jackson | MS | 39201 |
| State Attorney General | State of Nevada Attorney General | 100 North Carson Street | | Carson City | NV | 89701 |
| State Attorney General | State of New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| State Attorney General | State of Ohio Attorney General | 30 E. Broad St., 14th Floor | | Columbus | OH | 43215 |
| State Attorney General | State of Oklahoma Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |

In re: Purdue Pharma L.P., et al.
Master Service List
Case No. 19-23649 (RDD)

| DESCRIPTION | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| State Attorney General | State of Pennsylvania Attorney General | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 |
| State Attorney General | State of Rhode Island Attorney | 150 South Main | | Providence | RI | 02903 |
| State Attorney General | State of South Carolina Attorney General | P.O. Box 11549 | | Columbia | SC | 29211-1549 |
| State Attorney General | State of Wisconsin Attorney General | Wisconsin Department of Justice | State Capitol, Room 114 East, P.O. Box 7857 | Madison | WI | 53707-7857 |
| State Attorney General | State of Wyoming Attorney General | 123 Capitol Building | 200 W. 24th Street | Cheyenne | WY | 82002 |
| U.S. Bank Equipment Finance | U.S. Bank Equipment Finance | 1310 Madrid Street | | Marshall | MN | 56258 |
| United States Department of Justice | U.S. Department of Justice | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 |
| United States Attorney's Office for the Southern District of New York | United States Attorney's Office | 300 Quarropas Street, Room 248 | | White Plains | NY | 10601-4150 |
| State Attorney General | Washington DC Attorney General | 441 4th Street, NW | | Washington | DC | 20001 |