**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No.: <u>19-23649 (RDD)</u> |
| PURDUE PHARMA, L.P., et al. | Chapter <u>11</u> |
| Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Corey D. Moll, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent:

"Class 4" Claimants with Claim numbers: 143350, 144101, 144726, 144762;

"Class 5" Claimants with Claim numbers: 143356, 143357; and

"Class 6" Claimants with Claim numbers 135435, 145857, 145861, 145870, 145881, 145887, 145889, 145907, 145929, 145935, 145950, 145973, 145991, 145994, 146016, 146025, 146030, 146043, 146057, 146059, 146060, 146062, 146084, 146092, 146130, 146134, 146135, 146147, 146154, 146155, 146161;

All **Creditors** in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Louisiana and, if applicable, the bar of the U.S. District Court for the Eastern District of Louisiana.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: <u>April 20, 2021</u>

New Orleans, Louisiana

*/s/ Corey D. Moll*

*Mailing Address:*

Corey D. Moll

Porteous, Hainkel & Johnson, L.L.P.

704 Carondelet Street

New Orleans, LA 70130

*E-mail address:* cmoll@phjlaw.com

*Telephone number:* (504) 412-6278