**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  Case No.: <u>19-23649 (RDD)</u>

PURDUE PHARMA, L.P., et al.  Chapter <u>11</u>

Debtor.

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Corey D. Moll**, to be admitted, *pro hac vice*, to represent:

"Class 4" Claimants with Claim numbers: 143350, 144101, 144726, 144762;

"Class 5" Claimants with Claim numbers: 143356, 143357; and

"Class 6" Claimants with Claim numbers 135435, 145857, 145861, 145870, 145881, 145887, 145889, 145907, 145929, 145935, 145950, 145973, 145991, 145994, 146016, 146025, 146030, 146043, 146057, 146059, 146060, 146062, 146084, 146092, 146130, 146134, 146135, 146147, 146154, 146155, 146161,

(the "Clients") all **Creditors** in the above referenced **case**, and upon the movant's certification that the movant is a member in good standing of the bar in the **State of Louisiana** and, if applicable, the bar of the U.S. District Court for the **Eastern District of Louisiana**, it is hereby

**ORDERED,** that **Corey D. Moll, Esq.**, is admitted to practice, *pro hac vice*, in the above reference **case** to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing has been paid.

Dated: _____
_____, New York

*/s/* _____
UNITED STATES BANKRUPTCY JUDGE