**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No.: <u>19-23649 (RDD)</u> |
| PURDUE PHARMA, L.P., et al. | Chapter <u>11</u> |
| Debtor. | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Mark S. Stein, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent:

"Class 6" Claimant, Bridge House Corporation, Claim No. 116615;

A **Creditor** in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Louisiana and, if applicable, the bar of the U.S. District Court for the Eastern District of Louisiana.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: <u>April 20, 2021</u>

New Orleans, Louisiana

>  <u>/s/ Mark S. Stein</u>
>  *Mailing Address:*
>  <u>Mark S. stein</u>
>  <u>Lowe, Stein, Hoffman, Allweiss & Hauver, LLP</u>
>  <u>701 Poydras Street, Suite 3600</u>
>  <u>New Orleans, LA 70139</u>
>  *E-mail address:* <u>mstein@lowestein.com</u>
>  *Telephone number:* <u>(504) 581-2450</u>

{00610490.DOCX;1}