**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:	Case No.: 19-23649 (RDD)

    PURDUE PHARMA, L.P., et al.	Chapter 11

                        Debtor.

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the motion of **Mark S. Stein**, to be admitted, *pro hac vice*, to represent:

    "Class 6" Claimant, Bridge House Corporation, Claim No. 116615;

(the "Client") a **Creditor** in the above referenced **case**, and upon the movant's certification that the movant is a member in good standing of the bar in the **State of Louisiana** and, if applicable, the bar of the U.S. District Court for the **Eastern District of Louisiana**, it is hereby

    **ORDERED,** that **Mark S. Stein, Esq.**, is admitted to practice, *pro hac vice*, in the above reference **case** to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing has been paid.

Dated: _____
_____, New York

                                              */s/* _____
                                                    UNITED STATES BANKRUPTCY JUDGE

{00610491.DOCX;1}