**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

1. I, Henry J. Jaffe, request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent Sun Pharmaceutical Industries, Inc. and its current and former affiliates Ranbaxy Pharmaceuticals Canada Inc. and Sun Pharmaceuticals Canada, Inc., all of which are creditors in the above-referenced cases.

2. *I certify that I am a member in good standing* of the bar of the State of Delaware, the bar of the Commonwealth of Pennsylvania, and the bar of the following federal courts:

- U.S. District Court for the District of Delaware,
- U.S. District Court for the Eastern District of Pennsylvania, and
- U.S. District Court for the Middle District of Pennsylvania.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

115387784v1

3. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Wilmington, Delaware
April 20, 2021

*/s/ Henry J. Jaffe*
Henry J. Jaffe (DE No. 2987)
**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Hercules Plaza
1313 N. Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 302.777.6500
Facsimile: 302.421.8390
Email: henry.jaffe@troutman.com

*Attorneys for Sun Pharmaceutical Industries, Inc., Ranbaxy Pharmaceuticals Canada Inc., and Sun Pharmaceuticals Canada, Inc.*