Adam P. Haberkorn
**O'MELVENY & MYERS LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
Email: ahaberkorn@omm.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| In re: | Chapter 11 Cases |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE**, that the undersigned hereby enters his notice of appearance pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 11 U.S.C. §§ 102(1), 1109(b) in the above-captioned Chapter 11 cases as counsel to Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Alza Corporation, and Janssen Ortho LLC (collectively, "Johnson & Johnson"), parties in interest, and requests that all notices given or required to be given in these cases and/or related proceedings and all papers served or required to be served in these cases and/or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

related proceedings be given to and served upon:

>Adam P. Haberkorn
>O'MELVENY & MYERS LLP
>Seven Times Square
>New York, New York 10036
>Telephone: (212) 326-2000
>Email: ahaberkorn@omm.com

**PLEASE TAKE FURTHER NOTICE**, that the undersigned consents to e-mail service.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notice and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, demand, hearing, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned case, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE**, that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court over Johnson & Johnson or to waive: (i) any right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) the right to have all core matters heard and decided by a District Court Judge; (iii) any right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which Johnson & Johnson may be entitled under agreements, at law or in equity, all of which rights, claims, actions,

defenses, setoffs, and recoupments are hereby expressly reserved.

<u>Dated</u>:  April 20, 2021
  New York, New York

**O'MELVENY & MYERS LLP**

By: <u>/s/ *Adam P. Haberkorn*      </u>
  Adam P. Haberkorn

Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
E-mail:  ahaberkorn@omm.com

*Counsel for Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Alza Corporation, and Janssen Ortho LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 20, 2021, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers was filed via this Court's CM/ECF system and will be forwarded by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF).

                                            /s/ *Adam P. Haberkorn*
                                            Adam P. Haberkorn