UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**PURDUE PHARMA, INC.,** *et al.*,[1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 19-23649 (RDD)<br>(Jointly Administered) |

### ORDER GRANTING MOTION TO WITHDRAW MOTION TO PERMIT THE FILING OF A CLASS PROOF OF CLAIM, AND TO <u>ALLOW FILING OF 272 NAS CLAIMANT PROOFS OF CLAIM</u>

Upon the *Motion to Withdraw Motion to Permit the Filing of a Class Proof of Claim, and to Allow Filing of 272 NAS Claimant Proofs of Claim* (the "**Motion to Withdraw**"), filed by Tiffany Dunford as Next Friend of T.N. Dunford ("**Movant**"), seeking the Court's order that (a) Movant may withdraw her *Motion to Permit the Filing of a Class Proof of Claim* [Docket No. 1408] (the "**WV NAS Class Motion**") and (b) in exchange for the withdrawal of the WV NAS Class Motion, the 272 children listed in Exhibit A to the Motion to Withdraw each be permitted to file individual proofs of claim no later than April 15, 2021, with such claims to be treated as timely filed for all purposes, and (c) upon the granting of the relief requested in (a) and (b) above by final order, such withdrawal of the WV NAS Class Motion by Movant will be with prejudice; and the Court having jurisdiction to decide the Motion to Withdraw and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion to Withdraw and the relief

---

[1] The Debtors in these Chapter 11 cases are: Purdue Pharma L.P., Purdue Pharma, Inc., The Purdue Frederick Company, Inc., and other Purdue related entities or individuals. For ease of reference, "Purdue" as used herein, refers to all of the Debtor entities and persons.

1

requested therein being a core proceeding under 28 U.S.C. § 157(b), and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and there being due and sufficient notice of the Motion to Withdraw, and no other or further notice of the Motion to Withdraw being required; and upon the response of the debtors and debtors in possession herein to the Motion to Withdraw; and there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Motion to Withdraw on April 21, 2021; and, after due deliberation, the Court having determined that the legal and factual bases set forth in the Motion to Withdraw establish good and sufficient cause for the relief granted herein, it is hereby ORDERED that:

(1) The relief sought in the Motion to Withdraw is granted.

(2) The Movant is granted leave to withdraw the WV NAS Class Motion.

(3) In exchange for the withdrawal of the WV NAS Class Motion, (a) the 272 children listed in Exhibit A to the Motion to Withdraw (the "Exhibit A Claimants") are each permitted to file individual proofs of claim no later than April 15, 2021, each such claim to include a sworn affidavit or declaration under penalty of perjury from the parent/guardian/custodian of the child that such parent/guardian/custodian was unaware of the Purdue bankruptcy or the bar date in this case (see "Exhibit B" to the Motion to Withdraw); (b) such claims filed by April 15, 2021 shall be treated as timely filed for all purposes, but would otherwise still have to qualify for payment under the plan approved by this Court; (c) the Exhibit A Claimants agree to not object to the proposed trust distribution procedures covering NAS claimants in this case so long as the Exhibit A Claimants are treated in a substantially similar manner as other similarly situated NAS claimants; and (d) the Exhibit A Claimants agree to not raise issues with respect to the effectiveness of notice in West Virginia (or in general) of the bar date in this case.

(4) Upon this Order becoming final, the withdrawal of the WV NAS Class Motion hereunder by Movant will be with prejudice.

(5) The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: White Plains, New York
April 21, 2021

*/s/Robert D. Drain*
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE