**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors.<sup>1</sup> | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Marcy J. McLaughlin Smith to be admitted, ***pro hac vice***, to represent Sun Pharmaceutical Industries, Inc. and its current and former affiliates Ranbaxy Pharmaceuticals Canada Inc. and Sun Pharmaceuticals Canada, Inc. (collectively, "Sun Pharma") in the above-referenced cases; and upon the movant's certification that the movant is a member in good standing of the bar of the State of Delaware, the bar of the Commonwealth of Pennsylvania, and the bar of each of the following federal courts: U.S. District Court for the District of Delaware and U.S. Court of Appeals for the Third Circuit it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2

**ORDERED**, that Marcy J. McLaughlin Smith, Esq. is admitted to practice, ***pro hac vice,*** in the above-referenced cases to represent Sun Pharma in the U.S. Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated   April 21, 2021   _
      White Plains, New York

/s/ *Robert D. Drain*
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE