**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No.: 19-23649 (RDD) |
| PURDUE PHARMA, L.P., et al. | Chapter 11 |
| Debtor. | |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Michael G. Abelow, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Hospital Claimants with Claims numbers 86787, 135450, 147447, 147471, 147628, 147629, 147632, 147638, 147666, 149170-149295 ("Certain Hospital Creditors") in the above-referenced case.

***I certify that I am a member in good standing*** of the bar of the State of Tennessee and the bar of the U.S. District Court for the Middle District of Tennessee.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 21, 2021
Nashville, TN

/s/ Michael G. Abelow
*Mailing Address:*
Michael G. Abelow
Sherrard Roe Voigt & Harbison, PLC
150 Third Ave. S, Suite 1100
Nashville, TN 37201
*E-mail address:* mabelow@srvhlaw.com
*Telephone number:* (615) 742-4532

980735.1    12278-010