**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No.: 19-23649 (RDD) |
| PURDUE PHARMA, L.P., et al. | Chapter 11 |
| Debtor. | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Michael G. Abelow, to be admitted, *pro hac vice*, to represent Hospital Claimants with Claims numbers 86787, 135450, 147447, 147471, 147628, 147629, 147632, 147638, 147666, 149170-149295, (the "Certain Hospital Creditors") in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Tennessee and the bar of the U.S. District Court for the Middle District of Tennessee, it is hereby

**ORDERED,** that Michael G. Abelow, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent Certain Hospital Creditors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing has been paid.

Dated: _____
_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE

980736.1   12278-010