**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** <br><br> **PURDUE PHARMA L.P.,** *et al.,* <br><br> **Debtors** | Chapter 11 <br><br> Case No. 19-23649 (RDD) <br> *Jointly Administered* <br><br> Hon. Robert D. Drain |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Daniel A. Horowitz, request admission *pro hac vice* before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent the United Food and Commercial Workers Local 152 Health and Welfare Plan in the above captioned bankruptcy proceedings.

I certify that I am a member in good standing of the bars of the State of New Jersey and the State of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully submitted,

**O'BRIEN, BELLAND & BUSHINSKY, LLC**

By:   /s/ Daniel A. Horowitz, Esquire
Daniel A. Horowitz, Esquire
509 S. Lenola Rd., Building 6
Moorestown, New Jersey 08057
Telephone: (856) 795-2181
Facsimile: (856) 581-4214
dhorowitz@obbblaw.com

Dated: April 23, 2021