**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**PURDUE PHARMA L.P.,** *et al.,*<br><br>**Debtors** | Chapter 11<br><br>Case No. 19-23649 (RDD)<br>*Jointly Administered*<br><br>Hon. Robert D. Drain |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Daniel A. Horowitz, Esq. to be admitted *pro hac vice* to represent the United Food and Commercial Workers Local 152 Health and Welfare Plan in the above captioned bankruptcy proceedings and upon the movant's certification that the movant is a member in good standing of the bars of the State of new Jersey and the State of Pennsylvania, it is hereby

ORDERED that Daniel A. Horowitz, Esq. is admitted to practice *pro hac vice* in the above-captions proceedings to represent the aforementioned United Food and Commercial Workers Local 152 Health and Welfare Plan in the United States Bankruptcy Court for the Southern District of New York provide that the filing fee has been paid.

Dated: April ____, 2021

                                                     _____
                                                     The Honorable Robert D. Drain
                                                     United States Bankruptcy Judge