**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

PURDUE PHARMA L.P., *et al.*,

Debtors.

**Chapter 11**
**CONSENT ORDER GRANTING**
**SUBSTITUTION OF ATTORNEY**

**Case Number: 19-23649 (RDD)**

Notice is hereby given that, subject to approval by the Court, Creditor United Food and Commercial Workers Local 152 Health and Welfare Plan substitutes Daniel A. Horowitz, O'Brien, Belland, & Bushinky, LLC as counsel of record in place of Jeffrey S. Swyers and Alexander M. Gormley, Slevin & Hart, P.C.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | O'Brien, Belland & Bushinsky, LLC |
| Address: | 509 S. Lenola Road, Building 6, Moorestown, NJ 08057 |
| Telephone: | (856)-795-2181    Facsimile:    (856)-581-4214 |
| E-mail: | dhorowitz@obbblaw.com |

I consent to the above substitution.

Date: April __19__, 2021

United Food and Commercial Workers
Local 152 Health and Welfare Plan

/s _____ *Trustee*
(Signature of Party(s))

I consent to being substituted.

Date: April __19__, 2021

Slevin & Hart, P.C.

/s *Jeffrey S. Swyers*
(Signature of Former Attorney)

Date: April __19__, 2021

Slevin & Hart, P.C.

/s *Alexander M. Gormley*
(Signature of Former Attorney)

I consent to the above substitution.

Date: April __19__, 2021

/s *Daniel A. Horowitz*
(Signature of New Attorney)

{80195.1}

The substitution of attorney is hereby approved and so ORDERED.


Date:_____                    _____
                                             Honorable Robert D. Drain
                                             U.S. Bankruptcy Court Judge


20960412v1

{80195.1}