**BINDER & SCHWARTZ LLP**
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299
Eric B. Fisher

*Attorneys for the Public School District Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 11 U.S.C. §1109(b), the undersigned hereby appears in the above-captioned cases as counsel for the Baltimore City Board of School Commissioners, the Board of Education of Miami-Dade County Public Schools, the Board of Education of Thornton Township High School District 205, the other public school districts identified in **Exhibit A** hereto (collectively the "**Public School District Creditors**"),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

and such other school districts as may subsequently join the proposed class of public school districts nationwide, and hereby requests that all notices given or required to be given and all documents served or required to be served in the above-captioned cases be given to and served upon:

> **BINDER & SCHWARTZ LLP**
> Eric B. Fisher
> 366 Madison Avenue, 6th Floor
> New York, New York 10017
> Phone: 212-510-7008
> Facsimile: 212-510-7299
> E-mail: efisher@binderschwartz.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices, papers and pleadings referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, complaint, demand, disclosure statement, hearing, motion, objection, petition, plan, pleading, request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, courier service, facsimile transmission, hand delivery, the internet, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this request for notice nor any subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute a waiver of any: (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding relating hereto; (c) rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or

equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 23, 2021
      New York, New York

**BINDER & SCHWARTZ LLP**

/s/ Eric B. Fisher
Eric B. Fisher
366 Madison Avenue, 6th Floor
New York, New York 10017
Tel: (212) 510-7008
Facsimile: (212) 510-7299
E-mail: efisher@binderschwartz.com

*Attorneys for the Public School District Creditors*

# EXHIBIT A

**EXHIBIT A – School District Clients**

Board of Education of Miami-Dade County Public Schools
Baltimore City Board of School Commissioners
Board of Education of Rochester City School District
Board of Education of Minnetonka School District No. 276

**Illinois**

Board of Education of East Aurora School District No. 131
Board of Education of Thornton Township High School District 205
Board of Education of Thornton Fractional Township High Schools, Illinois District No. 215
Board of Education of Joliet Township High School District 204
Board of Education of the City of Chicago, School District 299

**West Virginia**

Board of Education of Mason County Public School District
Board of Education of Putnam County Schools
Board of Education of Wyoming County Schools
Board of Education of Marion County Schools

**Kentucky**

Board of Education of Fayette County Public Schools
Board of Education of LaRue County Schools
Board of Education of Bullitt County School District
Board of Education of Breathitt County Schools
Board of Education of Estill County Schools
Board of Education of Harrison County Schools
Board of Education of Hart County Schools
Board of Education of Jefferson County Public Schools
Board of Education of Johnson County School District
Board of Education of Lawrence County Schools
Board of Education of Martin County Schools
Board of Education of Menifee County Schools
Board of Education of Owsley County Schools
Board of Education of Wolfe County Schools

**Maine**

Board of Education of Bangor School Department
Board of Education of Cape Elizabeth School Department
Board of Education of Maine Regional School Unit #10
Board of Education of Maine Regional School Unit #13
Board of Education of Maine Regional School Unit #25
Board of Education of Maine Regional School Unit #26
Board of Education of Maine Regional School Unit #29
Board of Education of Maine Regional School Unit #34
Board of Education of Maine Regional School Unit #40
Board of Education of Maine Regional School Unit #50
Board of Education of Maine Regional School Unit #57
Board of Education of Maine Regional School Unit #60
Board of Education of Maine Regional School Unit #71
Board of Education of Maine Regional School Unit #9
Board of Education of Maine School Administrative District #11
Board of Education of Maine School Administrative District #15
Board of Education of Maine School Administrative District #28
Board of Education of Maine School Administrative District #35
Board of Education of Maine School Administrative District #44
Board of Education of Maine School Administrative District #53
Board of Education of Maine School Administrative District #55
Board of Education of Maine School Administrative District #6
Board of Education of Maine School Administrative District #61
Board of Education of Maine School Administrative District #72
Board of Education of Portland School Department
Board of Education of Scarborough School Department
Board of Education of South Portland School Department
Board of Education of St. George Municipal School District
Board of Education of Waterville School Department
Board of Education of Ellsworth School Department

**New Hampshire**

Board of Education of Goshen School District
Board of Education of Kearsarge Regional School District-SAU 65
Board of Education of Lebanon School District
Board of Education of Pittsfield School District
Board of Education of Tamworth School District

**<u>New Mexico</u>**

Board of Education of Eunice Public School District
Board of Education of Gallup-McKinley County School District