**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PURDUE PHARMA L.P., *et al.*,[1] | ) | Case No. 19-23649 (RDD) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**SUPPLEMENTAL DECLARATION OF ARIK PREIS IN SUPPORT OF THE**
**APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF**
**PURDUE PHARMA L.P., *ET AL*. TO RETAIN AND EMPLOY AKIN GUMP STRAUSS**
**HAUER & FELD LLP AS COUNSEL, *NUNC PRO TUNC* TO SEPTEMBER 26, 2019**

Pursuant to 28 U.S.C. § 1746 and Rule 2014(a) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), I, Arik Preis, hereby declare as follows:

     1.     I am an attorney admitted to practice in the State of New York and the United States

District Court for the Southern District of New York.  I am a partner at the firm of Akin Gump

Strauss Hauer & Feld LLP ("Akin Gump").  Akin Gump maintains offices at, among other places,

One Bryant Park, New York, New York 10036.  There are no disciplinary proceedings pending

against me.

     2.     I am familiar with the matters set forth herein and make this supplemental

declaration (the "Supplemental Declaration") in connection with the *Application of the Official*

*Committee of Unsecured Creditors* (the "Committee") *of Purdue Pharma L.P.,* et al. *to Retain and*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

*Employ Akin Gump Strauss Hauer & Feld LLP as Counsel,* Nunc Pro Tunc *to September 29, 2019* [ECF No. 421] (the "Application")[2] filed on November 5, 2019, my initial declaration attached as Exhibit B to the Application (the "Initial Declaration"), the *Supplemental Declaration of Arik Preis in Support of the Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. *to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel*, Nunc Pro Tunc, *to September 26, 2019* [ECF No. 1336] (the "First Supplemental Declaration"), the *Second Supplemental Declaration of Arik Preis in Support of the Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. *to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel*, Nunc Pro Tunc, *to September 26, 2019* [ECF No. 1564], the *Third Supplemental Declaration of Arik Preis in Support of the Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. *to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel*, Nunc Pro Tunc, *to September 26, 2019* [ECF No. 1887] and the *Fourth Supplemental Declaration of Arik Preis in Support of the Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. *to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel*, Nunc Pro Tunc, *to September 26, 2019* [ECF No. 2151].[3] As set forth in the Application, Akin Gump committed to file a supplemental declaration pursuant to Bankruptcy Rule 2014 to the extent it discovered new information regarding its representation of potential parties in interest that required the Application to be updated.  *See* Initial Declaration ¶ 20.  Accordingly, I submit this Supplemental Declaration in further support of the Application.

3.      On September 26, 2019, pursuant to section 1102 of title 11 of the United States

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

[3] On November 21, 2019, the Court entered the *Order Authorizing the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al*., To Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Nunc Pro Tunc to September 26, 2019* [ECF No. 1190].

Code (the "Bankruptcy Code"), the United States Trustee for Region 2 (the "U.S. Trustee") appointed nine members to sit on the Committee.  *See Appointment of Official Committee of Unsecured Creditors* [ECF No. 131].  As originally constituted, the Committee comprised the following members: (i) The Blue Cross and Blue Shield Association; (ii) CVS Caremark Part D Services L.L.C. and CaremarkPCS Health, L.L.C.; (iii) Ryan Hampton; (iv) Cheryl Juaire; (v) LTS Lohmann Therapy Systems, Corp.; (vi) Pension Benefit Guaranty Corporation; (vii) Walter Lee Salmons; (viii) Kara Trainor; and (ix) West Boca Medical Center.  *Id.*  Following careful consideration and consistent with the Committee's fiduciary obligations to all unsecured creditors, the Committee determined to add three *ex officio* members: (x) Cameron County, Texas, on behalf of approximately 1,222 entities, including 1,172 cities, counties and other governmental entities, seven Native American tribal nations, six hospitals, two districts, 34 medical groups, two funds, and one veterans' class across 36 states, representing the interests of approximately 60,000,000 individuals; (y) the Cheyenne and Arapaho tribes, on behalf of certain Native American Tribes and Native American affiliated creditors; and (z) Thornton Township High School District 205 on behalf of certain public school districts.  *See Second Amended Verified Statement of the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al. *Pursuant to Bankruptcy Rule 2019 to Disclose Addition of Third* Ex Officio Member [ECF No. 1294].

4.      In preparing the Application at the beginning of the Chapter 11 Cases, Akin Gump compiled a list of (i) parties in interest identified by the Debtors in connection with their own professional retention applications and (ii) additional parties identified by Akin Gump (the "Initial Potential Parties in Interest List").[4]  In the Initial Declaration, I disclosed that Akin Gump compared each of the parties on the Initial Potential Parties in Interest List to a computerized client

---

[4] The Initial Potential Parties in Interest List is included as Schedule 1 to the Initial Declaration.

and conflict database maintained by Akin Gump (the "Conflict Database").  The Conflict Database is designed to include each matter on which the firm is now or has been engaged, and includes information regarding the entity engaging Akin Gump, the attorneys in the firm that are most knowledgeable about the matter and the identity of certain related and adverse parties.  Pursuant to Akin Gump's firm policy, no new matter is accepted or opened without the responsible partner completing and submitting to those charged with maintaining the Conflict Database information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter and related and adverse parties.  Accordingly, Akin Gump maintains and updates the Conflict Database in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

5.       Since the Petition Date, the Debtors have identified additional potential parties in interest that were not included in their initial disclosures.  On July 3, 2020, Akin Gump filed the First Supplemental Declaration, pursuant to which Akin Gump disclosed the results of its conflicts review comparing the additional potential parties in interest as of such time to the Conflicts Database.  Since the filing of the First Supplemental Declaration, the Debtors have identified additional potential parties in interest in the Chapter 11 Cases.  Akin Gump is committed to conducting an ongoing review of its records in order to ensure that no disqualifying circumstances arise during the Chapter 11 Cases.  As such, Akin Gump has conducted a review of such parties (collectively the "Searched Parties") by searching all clients in the Conflict Database against a list of the Searched Parties, which is attached as **Schedule 1** hereto (the "Additional Potential Parties in Interest List").  The results of such search are set forth in this Supplemental Declaration.

## **Representation of Parties in Interest**

6.       Set forth in **Schedule 2** annexed hereto is a list of the Searched Parties from

Schedule 1 that Akin Gump either (i) currently represents (the "Current Clients") in matters wholly unrelated to the Chapter 11 Cases or (ii) has represented in the past in matters wholly unrelated to the Chapter 11 Cases.  In connection with the services to be rendered to the Committee, Akin Gump will not commence a cause of action against any Current Client with respect to the Chapter 11 Cases unless Akin Gump has received a waiver from the Current Client allowing Akin Gump to commence such an action.

7.      To the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting Akin Gump to participate in such action, Cole Schotz P.C. ("Cole Schotz"), the Committee's efficiency counsel, or other conflicts counsel will represent the interests of the Debtors' unsecured creditors in connection with the Chapter 11 Cases.

8.      Set forth in **Schedule 3** annexed hereto is a list of the Searched Parties from Schedule 1 that are currently or have in the past been adverse to clients of Akin Gump in matters wholly unrelated to these Chapter 11 Cases.  Set forth in **Schedule 4** annexed hereto is a list of Searched Parties from Schedule 1 that currently are serving or have in the past served on other informal and/or official creditors' committees represented by Akin Gump.

9.      Akin Gump's revenues for services rendered on behalf of the Searched Parties from Schedule 1 aggregate, with respect to each such party, less than 1% of Akin Gump's annual revenue for each of the following calendar years: 2017, 2018, 2019 and 2020.

## Connections with Certain "Other Related Entities"

10.      As disclosed in Schedule 2 (Current or Former Clients), Akin Gump has in the past represented certain entities[5] that are or were affiliates of certain "Other Related Entities" included

---

[5] As disclosed in the Initial Declaration, Akin Gump has in the past represented Purdue Pharma L.P. and Rhodes Technologies Inc. in matters wholly unrelated to the Chapter 11 Cases.  *See* Initial Declaration ¶ 17.  Akin Gump has not provided legal services to Purdue Pharma L.P. in approximately 12 years and has not provided legal services to Rhodes Technologies, Inc. in approximately 16 years.  *Id.*

on the Additional Parties in Interest List in matters wholly unrelated to the Chapter 11 Cases.

## **Other Connections and General Disclosures**

11.     Akin Gump may have represented in the past and/or may currently represent or in the future may represent entities (other than parties in the attached schedules) not currently known to Akin Gump in matters wholly unrelated to the Chapter 11 Cases, that may be parties in interest in these cases.  To the extent Akin Gump becomes aware of any such information or needs to update the information disclosed herein, Akin Gump will disclose such information by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

12.     It is possible that a professionally managed retirement plan on behalf of Akin Gump employees or members of a 401(k) type plan may hold equity interests in or other securities of the Debtors, but it is unknown to me at this time.

13.     None of Akin Gump's representations of creditors or other parties in interest that are involved in these Chapter 11 Cases comprises a material component of Akin Gump's practice, nor doe Akin Gump currently represent such parties on any issue relating to these Chapter 11 Cases.

14.     For the reasons stated herein, Akin Gump represents no interests adverse to the Debtors' individual unsecured creditors or the Committee and, therefore, is capable of fulfilling its duties to the Committee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief on this 23rd day of April 2021.

/s/ *Arik Preis*
Name: Arik Preis

6

# SCHEDULE 1

## Schedule of Searched Parties[1]

### *Ex Officio* Members of the Official Committee Unsecured Creditors

Cameron County, Texas
The Cheyenne and Arapaho Tribes

Thornton Township High School District
  205, Illinois

### Professionals of the Official Committee Unsecured Creditors

BEDELL CRISTIN
COLE SCHOTZ P.C
COMPASS LEXECON

COULTER & JUSTICE
KURTZMAN CARSON CONSULTANTS
  LLC

### Other Related Entities

BJSS 2010 TRUST
BJSS 2013 TRUST
BOETTI CORPORATION
BOLDINI CORPORATION
BR HOLDINGS ASSOCIATES INC., A
  NEW YORK CORPORATION
BR HOLDINGS ASSOCIATES L.P., A
  DELAWARE LIMITED PARTNERSHIP
BRP TRUST
BSS TRUST 98
CANADIAN PARTNERSHIP TRUST
CAP 1, LLC, A DELAWARE LIMITED
  LIABILITY COMPANY
CES TRUST, DECEMBER 27, 1989
  (CLARE E. SACKLER)
CINFA BIOTECH GMBH
CINFA BIOTECH SL
CLINICAL DESIGNS LIMITED
CLOVER TRUST
CLOVIO CORPORATION
COBO BAY TRUST
CORNICE FIDUCIARY MANAGEMENT
  LLC, A WYOMING LIMITED
  LIABILITY COMPANY
CORNICE TRUST
CRYSTAL FIDUCIARY COMPANY, LLC

CRYSTAL TRUST
DABB TRUST
DAS CHART (DAVID A. SACKLER)
  12/20/89
DATA LLC, A WYOMING LIMITED
  LIABILITY COMPANY
DATA TRUST
DAVID A. SACKLER 2012 TRUST
DAVID SACKLER AND MORDAS
  TRUST LIMITED
DECEMBER 17, 2001 TRUST
DIAGONAL BLUE TRUST
FAIRFIELD TRUST
FIDINC TRUST
FLAT CREEK PURPOSE TRUST
FPC TRUST
FREYA HOLDINGS LIMITED
GALLO TRUST 3 F/B/O CLARE
  ELIZABETH SACKLER
GALLO TRUST 3 F/B/O DAVID A.
  SACKLER
GALLO TRUST 3 F/B/O MADELEINE
  SACKLER
GALLO TRUST 3 F/B/O MARIANNA R.
  SACKLER

---

[1] Only new entities not included in previous conflicts checks are included in these supplemental schedules.

1

GALLO TRUST 3 F/B/O REBECCA K.
  SACKLER
GOREY TRUST
HALM TRUST
HALM TRUST 06/08/93 DECLARATION
  OF TRUST BY MILLBORNE LIMITED
HEATHERIDGE TRUST COMPANY
  LIMITED
HERCULES TRUST
HERCULES TRUST, 06/08/93
  DECLARATION OF TRUST BY
  HILLSIDE LIMITED
IAF CORPORATION
IAF LIMITED
ILENE S. LEFCOURT TRUST 88
ILENE S. LEFCOURT TRUST 96
ILENE SACKLER LEFCOURT
  REVOCABLE TRUST
IRREVOCABLE TRUST UNDER
  DECLARATION DATED AS OF APRIL
  25, 1991
IRREVOCABLE TRUST UNDER
  DECLARATION DATED AS OF
  AUGUST 25, 1992
IRREVOCABLE TRUST UNDER
  DECLARATION DATED AS OF
  SEPTEMBER 19, 1995 F/B/O ISSUE OF
  RICHARD S. SACKLER
ISL 2010 FAMILY TRUST
ISL 2011 FAMILY TRUST
JACKSON RIVER TRUST
JDS CT RESIDENCE TRUST 1
JDS CT RESIDENCE TRUST 2
JDS FIDUCIARY MANAGEMENT
  TRUST
JDS FIELD POINT CIRCLE TRUST
  (GARAGE PARCEL)
JDS FIELD POINT CIRCLE TRUST
  (RESIDENCE PARCEL)
JDS NORTH BAY TRUST
JDS REVOCABLE POUROVER TRUST
JDS TRUST, DECEMBER 23, 1989
  (JONATHAN SACKLER FAMILY)
JHSS 2010 TRUST
JHSS 2013 TRUST
JML 2010 FAMILY TRUST

JML POUR-OVER TRUST
JONATHAN D. SACKLER LIFE
  INSURANCE TRUST
JSS TRUST 98
JUNE 5, 1974 SETTLEMENT
  (MORTIMER: "MAYDEAN TRUSTEE"
  OR "ANZ ONE LIMITED," JERSEY,
  UK)
KAS 2010 FAMILY TRUST
KAS 2011 FAMILY TRUST
KATHE A. SACKLER 2001 TRUST
KATHE A. SACKLER TRUST 88
KATHE A. SACKLER TRUST 96
KLT 2010 FAMILY TRUST
KLT POUR-OVER TRUST
KOKINO LLC
LA COUPE TRUST
LINARITE HOLDINGS LLC, A
  DELAWARE LIMITED LIABILITY
  COMPANY
MCM FIDUCIARY MANAGEMENT
  TRUST
MDAS 2010 FAMILY TRUST
MDAS 2011 FAMILY TRUST
MDAS INVESTMENT TRUST
MDS 2002 TRUST
MDS 2006 TRUST
MEDICHEM TRUST
MEERKAT TRUST LUNE RIVER TRUST
MEMPHIS PHARMA TRUST
MEMPHIS PHARMA TRUST, 04/03/95
MIL TRUST
MILLBORNE TRUST COMPANY
  LIMITED
MILLENNIUM TRUST
MILLSAW REALTY INC., A NEW YORK
  CORPORATION
MILLSAW REALTY L.P., A DELAWARE
  LIMITED PARTNERSHIP
MILTON TRUST
MNP CONSULTING LIMITED, A
  DELAWARE CORPORATION
MONDAI TRUST
MOONSTONE HOLDINGS LLC, A
  DELAWARE LIMITED LIABILITY
  COMPANY

MORDAS CONSOLIDATED PURPOSE
  TRUST
MORDAS OR JERSEY C.I. TRUST NO. 2,
  12/16/76 SETTLEMENT BETWEEN
  MORTIMER
MORTIMER DA SACKLER TRUST 1996
MORTIMER DA SACKLER TRUST 2002
MORVETTA TRUST
MRCS TRUST, DECEMBER 30, 1989
  (MILES R. C. SACKLER)
MRS TRUST, DECEMBER 21, 1989
  (MARIANNA R. SACKLER)
MS TRUST, DECEMBER 26, 1989
  (MADELEINE SACKLER)
MTS 2002 TRUST
MTS 2006 TRUST
MUNDI LAB TRUST
MUNDIPHARMA INC., A NEW YORK
  CORPORATION
MUNDIPHARMA LLC, A DELAWARE
  LIMITED LIABILITY COMPANY
MUNDIPHARMA LTD.
MUNDIPHARMA LTD., A DELAWARE
  CORPORATION
MUNDIPHARMA PHARMACEUTICALS
  INC., A NEW YORK CORPORATION
NORTH BAY ASSOCIATES
OCTOBER 31, 1974 TRUST
PALP TRUST
PERELLE BAY TRUST
PERTHLITE HOLDINGS LLC, A
  DELAWARE LIMITED LIABILITY
  COMPANY
PHARMACEUTICAL RESEARCH
  ASSOCIATES L.P. F/K/A PURDUE
  HOLDINGS L.P.
PICKERING TRUST
PLP ASSOCIATES HOLDINGS INC., A
  NEW YORK CORPORATION
PLP ASSOCIATES HOLDINGS L.P., A
  DELAWARE LIMITED PARTNERSHIP
RACINE TRUST
RAYMOND & BEVERLY SACKLER
  FOUNDATION, INC.
RAYMOND R. SACKLER CREDIT
  SHELTER TRUST U/A 3/29/2012

RAYMOND R. SACKLER GST EXEMPT
  MARITAL TRUST U/A 3/29/2012
  RESERVE TRUST
RHODES TECHNOLOGIES INC., A
  DELAWARE CORPORATION
RICHARD S. SACKLER LIFE
  INSURANCE TRUST
RICHARD S. SACKLER TRUST F/B/O
  DAVID A. SACKLER MARCH 8, 1990
RICHARD S. SACKLER TRUST U/A
  9/30/2004
RICHARD SACKLER FAMILY
  FOUNDATION
RKS TRUST, DECEMBER 22, 1989
  (REBECCA K. SACKLER)
ROSEBAY MEDICAL COMPANY L.P., A
  DELAWARE LIMITED PARTNERSHIP
ROSEBAY MEDICAL COMPANY LLC, A
  DELAWARE LIMITED LIABILITY
  COMPANY
ROSEBAY MEDICAL COMPANY, INC., A
  DELAWARE CORPORATION
ROSELITE HOLDINGS LLC, A
  DELAWARE LIMITED LIABILITY
  COMPANY
RSS 2012 FAMILY TRUST
RSS CT RESIDENCE TRUST 1
RSS CT RESIDENCE TRUST 2
RSS FIDUCIARY MANAGEMENT
  TRUST
RSS FIDUCIARY MANAGEMENT
  TRUST
RSS FIELD POINT CIRCLE TRUST
  (GARAGE PARCEL)
RSS FIELD POINT CIRCLE TRUST
  (RESIDENCE PARCEL)
RSS NORTH BAY TRUST
RSS REVOCABLE POUROVER TRUST
RSS TRUST, DECEMBER 23, 1989
  (RICHARD S. SACKLER FAMILY)
SACKLER FOUNDATION INC.
SASS 2010 TRUST
SASS 2013 TRUST
SDS 2002 TRUST
SDS 2006 TRUST
SILVER TRUST

3

SOFT RIVER PURPOSE TRUST

SS TANAGER TRUST

STANHOPE GATE CORPORATION

STILLWATER HOLDINGS LLC F/K/A STILLWATER LLC

SUMMER ROAD LLC, A DELAWARE LIMITED LIABILITY COMPANY

TADDEO TRUST

TAHINI TRUST 06/07/82

TES BARE TRUST

TES BEACON 2012 TRUST

TES BEACON 2013 TRUST

TES BEACON 2014 TRUST

TFC PHARMA GMBH

THE 1974 IRREVOCABLE INVESTMENT TRUST (THE "INVESTMENT TRUST")

THE 1974 IRREVOCABLE TRUST FBO BEVERLY SACKLER AND RICHARD S. SACKLER (THE "74-AR TRUST")

THE MORTIMER AND JACQUELINE SACKLER FOUNDATION

THE MORTIMER D. SACKLER FOUNDATION INC.

THE NAPP EDUCATIONAL FOUNDATION

THE P.F. LABORATORIES, INC.

THE PURDUE FREDERICK COMPANY ("PF")

THE PURDUE FREDERICK COMPANY INC., A NEW YORK CORPORATION

THE PURDUE PHARMA TRUST/REGIO TRUST, 12/31/93 SETTLEMENT

THE RAYMOND R. SACKLER TRUST 1 DTD 12/23/89 (THE "1A TRUST")

THE RAYMOND R. SACKLER TRUST 1B TRUST DTD 12/23/89 (THE "1B TRUST")

THE RAYMOND R. SACKLER TRUST 2 DTD 12/23/89 (THE "2A TRUST")

THE RAYMOND R. SACKLER TRUST 2B DTD 12/23/89 (THE "2B TRUST")

THE SACKLER LEFCOURT CENTER FOR CHILD DEVELOPMENT INC.

THE SHACK SACKLER FOUNDATION

THE TRUST B U/A/ 11/4/74 FBO BEVERLY SACKLER (THE "74B TRUST")

THE TRUST U/A 11/5/74 FBO BEVERLY SACKLER (THE "74A TRUST")

THEMAR CONSOLIDATED PURPOSE TRUST

THERE E. SACKLER 2008 TRUST

THERESA E. SACKLER 1988 TRUST

TOM & KELLY TRUST

TRUST BY MORTIMER D. SACKLER & OGIER TRUSTEE LIMITED 08/02/93 SETTLEMENT

TRUST U/A DATED DECEMBER 23, 1989 FBO THE ISSUE OF JONATHAN D. SACKLER

TRUST U/A DATED DECEMBER 23, 1989 FBO THE ISSUE OF RICHARD S. SACKLER, M.D.

TRUST UNDER AGREEMENT DATED AUGUST 29, 2003 F/B/O JONATHAN D. SACKLER

TRUST UNDER AGREEMENT DATED AUGUST 29, 2003 F/B/O RICHARD S. SACKLER

TRUST UNDER AGREEMENT DATED DECEMBER 23, 1980 F/B/O JONATHAN D. SACKLER ("JDS XPC TRUST")

TRUST UNDER AGREEMENT DATED DECEMBER 23, 1980 F/B/O RICHARD S. SACKLER ("RSS XPC TRUST")

TRUST UNDER AGREEMENT DATED DECEMBER 3, 1979 F/B/O JONATHAN D. SACKLER ("JDS BRP TRUST")

TRUST UNDER AGREEMENT DATED DECEMBER 3, 1979 F/B/O RICHARD S. SACKLER ("RSS BRP TRUST")

TRUST UNDER AGREEMENT DATED JUNE 16, 1980 F/B/O JONATHAN D. SACKLER ("JDS FPC TRUST")

TRUST UNDER AGREEMENT DATED JUNE 16, 1980 F/B/O RICHARD S. SACKLER ("RSS FPC TRUST")

TRUST UNDER AGREEMENT DATED THE 13TH DAY OF MARCH 2009

TRUST UNDER AGREEMENT MADE
  THE 11TH DAT OF MAY 2005
TRUST UNDER DECLARATION OF
  TRUST DATED AUGUST 23, 1988
  F/B/O JONATHAN D. SACKLER AND
  ISSUE OF JONATHAN D. SACKLER
TRUST UNDER DECLARATION OF
  TRUST DATED AUGUST 23, 1988
  F/B/O RICHARD S. SACKLER AND
  ISSUE OF RICHARD S. SACKLER
TRUST UNDER DECLARATION OF
  TRUST DATED DECEMBER 17, 1991
  F/B/O RICHARD S. SACKLER AND
  ISSUE OF RICHARD S. SACKLER

TRUST UNDER DECLARATION OF
  TRUST DATED DECEMBER 17M 1991
  F/B/O JONATHAN D. SACKLER AND
  ISSUE OF JONATHAN D. SACKLER
TRUST UNDER DECLARATION OF
  TRUST NO. 1 DATED NOVEMBER 25,
  1996
TRUST UNDER DECLARATION OF
  TRUST NO. 2 DATED NOVEMBER 25,
  1996
VARUS TRUST
XPC TRUST

**Banks**

BANK OF OKLAHOMA

DREYFUS FUNDS

**Vendors**

ANALYSIS GROUP INC.
ARCHIVE360 INC.
BIOSCIENCE LABORATORIES INC.
BROWNSTEIN HYATT FARBER
  SCHRECK LLP
COMMISSIONER OF SOCIAL SERVICES
  (CONNECTICUT)
DAVOS CHEMICAL CORPORATION
DENTONS US LLP
DISTEK INC
DOLT THOMPSON SHEPERD KINNEY
ECG INC.
FREUND VECTOR CORP
GERRESHEIMER BUNDE GMBH
GLOBAL OVERVIEW LLC
HEALTHCARE RESEARCH
  WORLDWIDE INC.
HOWORTH AIR TECHNOLOGY LTD

INTEGRICHAIN
INTRALINKS INC.
KASOWITZ BENSON TORRES LLP
KPMG LLP
LLX SOLUTIONS LLC
MALVERN PANALYTICAL INC.
MUNDIPHARMA RESEARCH LTD
NOVUS INTELLIGENCE LLC
POMS CORPORATION
THE LAW OFFICES OF KENNETH R.
  FEINBERG, PC (DC)
THE LUMINATIONS GROUP LLC
UNIVAR USA INC.
UPADHYE CWIK LLP
UPPSALA MONITORING CENTRE
US CHAMBER LITIGATION CENTER
WOLF&COMPANY P C
ZCL CHEMICALS LTD

**Customers**

A PLUS CORPORATION
BRP
GIANT EAGLE
HEB GROCERY CO.

INDEPENDENT PHARMACY
  COOPERATIVE (IPC)
INDEPENDENT PHARMACY
  DISTRIBUTOR (IPD)

5

KEYSOURCE MEDICAL
KROGER
LEGACY PHARMACEUTICAL

PBA HEALTH
PRICE CHOPPER
WINN DIXIE

**Utilities**

GREENLIGHT COMMUNITY BROADBAND

**Ad Hoc Group of NAS Babies' Professionals**

COOPER LAW FIRM NOLA (CLFNOLA)
DAVID NUTT & ASSOCIATES
FAYARD LEGAL

KRUPNICK CAMPBELL MALONE
  BUSER SLAMA HANCOCK
LISTON & DEAS
THOMPSON BARNEY

**Individual Victims Group's Professionals**

WHITE & CASE LLP

**Public Schools' Professionals**

HENRICHSEN LAW GROUP, P.L.L.C.
HUGHES SOCOL PIERS RESNICK &
  DYM, LTD.

MEHRI & SKALET, PLLC
TERRELL HOGAN
THE STEWART LAW FIRM, PLLC

**Private Insurance Class**

HAGENS BERMAN (HBSSLAW)
INDEPENDENT HEALTH
LOUISIANA HEALTH SERVICES
LOWEY DANNENBERG P.C.
MORGAN & MORGAN

RAWLINGS & ASSOCIATES
ROBINS KAPLAN
SHIPMAN & GOODWIN
STEVENS LEE
UNITED HEALTHCARE SERVICES INC.

**Other Professionals**

BIELLI & KLAUDER, LLC (FEE
  EXAMINER)
ERNST & YOUNG (CANADA), COURT
  APPOINTED INFORMATION OFFICER
PHILLIPS ADR (MEDIATOR)

THE LAW OFFICES OF KENNETH
  FEINBERG (MEDIATOR)
TOM VILSACK (COURT APPOINTED
  MONITOR)

**Major Co-Defendants**

Actavis Kadian LLC
Actavis Laboratories FL, Inc.
Actavis Laboratories NY, Inc.
Actavis Laboratories UT, Inc.

Actavis LLC
Actavis Mid Atlantic LLC
Actavis Pharma, Inc.
Actavis PLC

Actavis South Atlantic LLC
Actavis Totowa LLC
Actavis, Inc.
Allergan Finance LLC
Allergan PLC
Allergan Sales, LLC
Allergan USA, Inc.
Assertio Therapeutics, Inc.
Endo Generics Holding, Inc.
Endo Health Solutions Inc.
Endo International PLC
Endo Pharmaceuticals, Inc.
H.D. Smith Wholesale Drug Co.
Insys Manufacturing LLC
Insys Pharma, Inc.
Insys Therapeutics, Inc.
Janssen Pharmaceuticals, Inc.
Mallinckrodt Brand Pharmaceuticals, Inc.
Mallinckrodt Enterprises Holdings, Inc.
Mallinckrodt Enterprises LLC
Mallinckrodt LLC
Mallinckrodt PLC
McKesson Corporation
McKesson Medical-Surgical, Inc.
McKesson Specialty Care Distribution
  Corporation

McKesson Specialty Distribution, LLC
Mylan Bertek Pharmaceuticals, Inc.
Mylan Institutional, Inc.
Mylan Laboratories, Inc.
Mylan N.V.
Mylan Pharmaceuticals, Inc.
Mylan Pharms, Inc.
Mylan Specialty, L.P.
Mylan Technologies, Inc.
Mylan, Inc.
Rite Aid Corporation
Rite Aid Corporation of New York, Inc.
Rite Aid Headquarters Corporation
Rite Aid of Georgia, Inc.
Rite Aid of Maryland, Inc.
Rite Aid of Massachusetts Inc.
Rite Aid of Michigan, Inc.
Rite Aid of New York, Inc.
Rite Aid of North Carolina, Inc.
Rite Aid of Ohio, Inc.
Rite Aid of West Virginia, Inc.
Teva Biopharmaceuticals USA, Inc.
Teva Pharmaceutical Industries Ltd.
Teva Pharmaceuticals USA, Inc.

**Parties Listed on Filed Rule 2019 Statements, as of April 12, 2021**

Acadia-St. Landry Hospital Service District
  d/b/a Acadia-St. Landry Hospital,
  Louisiana
Acquisition Bell Hospital, LLC, UP Health
  System - Bell, LifePoint Health
AHS Claremore Regional Hospital, LLC,
  Hillcrest Hospital Claremore, Ardent
  Health Services
AHS Cushing Hospital, LLC, Hillcrest
  Hospital Cushing, Ardent Health Services
AHS Henryetta Hospital, LLC, Hillcrest
  Hospital Henryetta, Ardent Health Services
AHS Hillcrest Medical Center, LLC,
  Hillcrest Medical Center, Ardent Health
  Services
AHS Pryor Hospital, LLC, Hillcrest
  Hospital Pryor, Ardent Health Service

AHS Southcrest Hospital, LLC, Hillcrest
  Hospital South, Ardent Health Services
Aiken Regional Medical Centers, LLC,
  Aiken Regional Medical Centers
Alief Independent School District, Texas
Allegiance Health Center of Ruston, LLC,
  Allegiance Health Centers of Monroe,
  Ruston, Allegiance Hospitals
Allegiance Hospital of Many, LLC, Sabine
  Medical Center, Allegiance Hospitals
Allegiance Hospital of North Little Rock,
  LLC, Allegiance Health Management -
  North Metro Medical Center
Alliance Healthcare System, Alliance Health
  Care

American Hospital Management Corporation, Mad River Community Hospital

Amery Regional Medical Center, Inc., Amery Hospital & Clinic, Health Partners

Andrew County, Missouri

Anna Hospital Corporation, Union County Hospital, Quorum (OHCCS LLC)

Apache Tribe, Oklahoma

Apollo MD Business Srvs, LLC

Ashland City School District

Ashland County Career Center

Ashley County, Arkansas

Ashley Valley Medical Center, LLC, Ashley Regional Medical Center, LifePoint Health

Athens Hospital, LLC, UT Health Athens, Ardent Health Services

Athens Regional Medical Center, LLC, Starr Regional Medical Center, LifePoint Health

Avera Gettysburg, Avera Gettysburg Hospital, Avera Health

Avera Granite Falls, Avera Medical Group Granite Falls, Avera Health

Avera Holy Family, Avera Holy Family Hospital, Avera Health

Avera Marshall, Avera Marshall Regional Medical Center, Avera Health

Avera McKennan, Several hospitals in South Dakota, Avera Health

Avera Queen of Peace, Avera Queen of Peace Hospital, Avera De Smet Memorial Hospital, Avera Westkota Memorial Hospital, Avera Health

Avera St. Anthony's Hospital, Avera St. Anthony's Hospital, Avera Health

Avera St. Luke's, Avera St. Luke's Hospital and Eureka Community Health Services Avera, Avera Health

Avera St. Mary's, Avera St. Mary's Hospital, Avera Health

Avera Tyler, Avera Tyler Hospital, Avera Health

Bad River Band of Lake Superior Tribe of Chippewa Indians/Bad River Health & WellnessCenter

Bailey Medical Center, LLC, Bailey Medical Center, Ardent Health Services

Baptist Hospital, Inc. (Baptist Hospital and Jay Hospital) Center Point, Inc.

Baptist Memorial Hospital- Jonesboro, Inc., NEA Baptist Memorial Hospital, Baptist Memorial Health Care Corporation

Barry County Missouri

Bartow Regional Medical Center, Inc., Bartow Regional Medical Center, BayCare

Battle Mountain Band of Te-Moak Tribe of Western Shoshone Indians

Bay Area Healthcare Group, Inc., Corpus Christi Medical Center group of hospitals, Hospital Corporation of America (HCA)

BAY HOSPITAL, INC., Gulf Coast Regional Medical Center, Hospital Corporation of America (HCA)

BayCare Alliant Hospital, Inc., BayCare Alliant Hospital, BayCare

Bayfront HMA Medical Center, LLC, Bayfront Health - St. Petersburg, Community Health Systems, Inc.

BBH BMC, LLC, Brookwood Baptist Medical Center, Tenet Healthcare Corporation

BBH CBMC, LLC, Citizens Baptist Medical Center, Tenet Healthcare Corporation

BBH PBMC, LLC, Princeton Baptist Medical Center, Tenet Healthcare Corporation

BBH SBMC, LLC, Shelby Baptist Medical Center, Tenet Healthcare Corporation

BBH WBMC, LLC, Walker Baptist Medical Center, Tenet Healthcare Corporation

Bedford County Pennsylvania

Bibb County Georgia

Bibb County Healthcare Authority, Bibb Medical Center, Bibb Medical Center

Bibb County School District Texas

Bienville Medical Center, Inc., Bienville Medical Center, Allegiance Hospitals

Big Bend Hospital Corporation, Big Bend Regional Medical Center, Quorum (QHCCS, LLC)

Big Sandy Rancheria of Mono Indians Big Valley Band of Pomo Indians

Big Spring Hospital Corporation, Scenic Mountain Medical Center, Big Spring Hospital Corporation

Big Stone County Minnesota

Blessing Hospital, Blessing Hospital, Blessing Corporate Services, Inc.

BlessingCare Corporation, Illini Community Hospital, Blessing Corporate Services, Inc.

Blount Memorial Hospital, Incorporated, Blount Memorial Hospital

Blue Island Hospital Company, LLC, Metrosouth Medical Center

Blue Ridge Georgia Hospital Company, LLC, Fannin Regional Hospital

Boa Vida Hospital of Aberdeen, MS, LLC, Boa Vida Hospital of Aberdeen, MS, LLC

Boardman Local School District

Bobby Guidroz - St. Landry Parish Sheriff Louisiana

Boone County, Arkansas*

Bourbon Community Hospital, LLC, Bourbon Community Hospital, LifePoint Health

Bowdle Healthcare Foundation, Bowdle Healthcare Center, Avera Health

Bradley County, Arkansas

Brandon HMA, LLC, Merit Health Rankin, Community Health Systems, Inc.

Braxton County Memorial Hospital, Inc.,Braxton County Memorial Hospital, West Virginia University Health System (WVU)

BRIGHAM CITY COMMUNITY HOSPITAL, INC., Brigham City Community Hospital, Hospital Corporation of America (HCA)

BSA Hospital, LLC, BSA Health System, Ardent Health Services

Cache Valley Specialty Hospital, LLC, Cache Valley Hospital, Hospital Corporation of America (HCA)

Cahto Tribe of the Laytonville Rancheria

Calhoun County, Arkansas

Cape Canaveral Hospital, Inc., Cape Canaveral Hospital, Health First, Inc.

Care Plan Oversight, LLC, Sage Rehabilitation Hospital, The Carpenter Health Network - Sage Rehabilitation Hospital

CAREPARTNERS REHABILITATION HOSPITAL, LLLP, CarePartners Rehabilitation Hospital, Hospital Corporation of America (HCA)

Carolinas Medical Alliance, Inc., Carolinas Hospital System Florence, Community Health Systems, Inc.

CARTERSVILLE MEDICAL CENTER, LLC, Cartersville Medical Center, Hospital Corporation of America (HCA)

Carthage Hospital, LLC, UT Health Carthage, Ardent Health Services

Castleview Hospital, LLC, Castleview Hospital, LifePoint Health

Castro County Texas

CENTERPOINT MEDICAL CENTER OF INDEPENDENCE, LLC, Center Point Medical Center, Hospital Corporation of America (HCA)

CentraCare Health System, CentraCare Health, CentraCare Health

Central Florida Regional Hospital, Inc., Central Florida Regional Hospital, Hospital Corporation of America (HCA)

CENTRAL TENNESSEE HOSPITAL CORPORATION, TriStar Horizon Medical Center, Hospital Corporation of America (HCA)

CGH Hospital, Ltd., Coral Gables Hospital, Tenet Healthcare Corporation

Charles A. Dean Memorial Hospital, Northern Light CA Dean Hospital, Northern Light Health

Charleston Area Medical Center, Inc., CAMC General Hospital and affiliates, Charleston Area Medical Center (CAMC) Health System

Charleston Hospital, Inc., Saint Francis Hospital

CHCA BAYSHORE, L.P., HCA Houston Healthcare Southeast, Hospital Corporation of America (HCA)

CHCA CLEAR LAKE, L.P., HCA Houston Healthcare Mainland and Clear Lake, Hospital Corporation of America (HCA)

CHCA CONROE, L.P., HCA Houston Healthcare Conroe, Hospital Corporation of America (HCA)

CHCA Pearland, L.P., HCA Houston Healthcare Pearland, Hospital Corporation of America (HCA)

CHCA WEST HOUSTON, L.P., HCA Houston Healthcare West, The Women's Hospital of Texas, Hospital Corporation of America (HCA)

Cher-Ae Heights Indian Community of the Trinidad Rancheria

Chester County, South Carolina

Chester HMA, LLC, Chester Regional Medical Center, Community Health Systems, Inc.

Chesterfield County Virginia

Cheyenne & Arapaho Tribes and Clinic

Chicken Ranch Rancheria of Me-Wuk Indians

CHIPPENHAM & JOHNSTON- WILLIS HOSPITALS, INC., Chippenham Hospital, Hospital Corporation of America (HCA)

Chippewa Local School District

Chitimacha Tribe of Louisiana

Christian County, Missouri

Citizen Potawatomi Nation Oklahoma

Citizens Memorial Hospital District, Citizens Memorial Hospital

Citrus HMA, LLC, Seven Rivers Regional Medical Center, Community Health Systems, Inc.

Citrus Memorial Hospital, Inc., Citrus Memorial Hospital, Hospital Corporation of America (HCA)

City Hospital, Inc., Berkeley Medical Center, West Virginia University Health System (WVU)

City of Altus Oklahoma

City of Anna Illinois

City of Benton Arkansas

City of Bentonville, Arkansas

City of Burbank Illinois

City of Carbondale Illinois

City of Collinsville Oklahoma

City of Conway, Arkansas

City of Countryside Illinois

City of El Reno Oklahoma

City of Elizabeth West Virginia

City of Elk City, Oklahoma

City of Ely Nevada

City of Fort Smith, Arkansas

City of Hillview Kentucky

City of Hot Springs, Arkansas

City of Jacksonville, Arkansas

City of Jonesboro, Arkansas

City of McGehee Arkansas

City of Missoula, Montana

City of Monticello, Arkansas

City of Mt. Washington Kentucky

City of New Hope, Tennessee

City of North Little Rock, Arkansas

City of Palos Heights Illinois

City of Palos Hills Illinois

City of Paterson, New Jersey

City of Pine Bluff, Arkansas

City of Ravenswood West Virginia

City of Rogers, Arkansas

City of Sesser Illinois

City of Sherwood, Arkansas

City of Sparks Nevada

City of Springdale, Arkansas

City of Springfield, Massachusetts

City of Stillwater Oklahoma

City of Texarkana, Arkansas

City of Tulsa Oklahoma

Clark County, Arkansas

Clarksdale HMA, LLC, Northwest MS Medical Center, Community Health Systems, Inc.

Clarksville Health System, G.P., Tennova Healthcare - Clarksville, Community Health Systems, Inc.

Clay County Minnesota

Clay County, Arkansas

Cleburne County, Arkansas

Cleveland County, Arkansas

Cleveland Tennessee Hospital Company, LLC, Tennova Healthcare - Cleveland, Community Health Systems, Inc.

CLHG-Acadian, LLC, Acadian Medical Center, a Campus of Mercy Regional Medical Center, Allegiance Hospitals

CLHG-Avoyelles, LLC, Avoyelles Hospital, Allegiance Hospitals

CLHG-DeQuincy, LLC, DeQuincy Memorial Hospital, Inc., Allegiance Hospitals

CLHG-Leesville, LLC, Byrd Regional Hospital, Allegiance Hospitals

CLHG-Minden, LLC, Minden Medical Center, Allegiance Hospitals

CLHG-Oakdale, LLC, Oakdale Community Hospital, Allegiance Hospitals

CLHG-Ville Platte, LLC, Mercy Regional Medical Center, Allegiance Hospitals

CLHG-Winn, LLC, Winn Parish Medical Center, Allegiance Hospitals

Clinch Valley Medical Center, Inc., Clinch Valley Health, LifePoint Health

CLINTON HMA, LLC, AllianceHealth Clinton, Community Health Systems, Inc.

Coastal Carolina Medical Center, Inc., Coastal Carolina Hospital, Tenet Healthcare Corporation

COLISEUM MEDICAL CENTER, LLC, Coliseum Medical Centers, Hospital Corporation of America (HCA)

Colorado County Texas

Colquitt County Hospital Authority, Colquitt Regional Medical Center

Columbia Capital Medical Center Limited Partnership, Capital Medical Center, LifePoint Health

Columbia County, Arkansas

COLUMBIA HOSPITAL AT MEDICAL CITY DALLAS SUBSIDIARY, L.P., Medical City Dallas, Medical City Children's Hospital, Hospital Corporation of America (HCA)

COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD, Westside Regional Medical Center, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL CENTER OF ARLINGTON SUBSIDIARY, L.P., Medical City Arlington, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL CENTER OF DENTON SUBSIDIARY, L.P., Medical City Denton, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL CENTER OF LAS COLINAS, INC., Medical City Las Colinas, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL CENTER OF LEWISVILLE SUBSIDIARY, L.P., Medical City Lewisville, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL CENTER OF MCKINNEY SUBSIDIARY, L.P., Medical City McKinney, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL, CENTER OF PLANO, SUBSIDIARY, L.P., Medical City Plano, Medical City Frisco, Hospital Corporation of America (HCA)

COLUMBIA NORTH HILLS HOSPITAL SUBSIDIARY, L.P., Medical City North Hills, Hospital Corporation of America (HCA)

COLUMBIA OGDEN MEDICAL CENTER, INC., Ogden Regional Medical Center, Hospital Corporation of America (HCA)

COLUMBIA PLAZA MEDICAL CENTER OF FORT WORTH SUBSIDIARY, L.P., Medical City Fort Worth, Hospital Corporation of America (HCA)

COLUMBIA RIO GRANDE HEALTHCARE, L.P., Rio Grande Regional Hospital Main Campus, Hospital Corporation of America (HCA)

Columbia Riverside, Inc., Riverside Community Hospital, Hospital Corporation of America (HCA)

11

COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P., Riverside Community Hospital, Hospital Corporation of America (HCA)

COLUMBIA/ALLEGHANY REGIONAL HOSPITAL INCORPORATED, LewisGale Hospital Alleghany, Hospital Corporation of America (HCA)

COLUMBIA/HCA JOHN RANDOLPH, INC., John Randolph Medical Center, Hospital Corporation of America (HCA)

Community Based Care of Brevard, Inc. dba Brevard Family Partnership

Community Health Association, Jackson General Hospital

Community Hospital of Andalusia, LLC, Andalusia Health, LifePoint Health

Community Partnership for Children, Inc.

Consolidated Tribal Health Project, Inc.

Conway County, Arkansas

Copiah County Mississippi

Cornerstone Regional Hospital, LP, Cornerstone Regional Medical Center, UHS of Delaware, Inc.

County of Clairborne Tennessee

County South Carolina

Cox Barton County Hospital, Cox Barton County Hospital, CoxHealth

Coyote Valley Band of Pomo Indians

Craighead County, Arkansas

Crawfordsville, Arkansas

Crestview Hospital Corporation, North Okaloosa Medical Center, Community Health Systems, Inc.

Crestwood Healthcare, L.P., Crestwood Medical Center, Community Health Systems, Inc.

Crestwyn Health Group, LLC, Crestwyn Behavioral Health, Baptist Memorial Health Care Corporation

Crisp Regional Hospital, Inc., Crisp Regional Hospital

Crittenden County, Arkansas

Crockett Hospital, LLC, Southern Tennessee Regional Health System - Lawrenceburg, LifePoint Health

Cross County, Arkansas

D.W. McMillan Memorial Hospital, D.W. McMillan Memorial Hospital

Dale Medical Center, Dale Medical Center, Dale Medical Center

Dallas Community College District Texas

Dallas County Hospital District, Parkland Health & Hospital System

Dallas County, Arkansas

Dallas Independent School District Texas

Danville Regional Medical Center, LLC, Sovah Health - Danville, Martinsville, LifePoint Health

Dardanelle Community Hospital, LLC, Dardanelle Regional Medical Center; Allegiance Health Management - River Valley Medical Center

Davis Memorial Hospital, Davis Memorial Hospital, Davis Health System, Inc.

DCH Health Care Authority, DCH Regional Medical Center and affiliates, DCH Health System

De Kalb County, Missouri

Deaconess Health System, LLC, AllianceHealth Deaconess

Delray Medical Center, Inc., Delray Medical Center, Tenet Healthcare Corporation

Delta Regional Medical Center, Delta Regional Medical Center

Deming Hosptial Corporation, Mimbres Memorial Hospital, Quorum (QHCCS, LLC)

Desert Regional Medical Center, Inc., Desert Regional Medical Center, Tenet Healthcare Corporation

DESERT SPRINGS HOSPITAL, INC., Desert Springs Hospital Medical Center, Universal Health Services, Inc. (UHS)

Desha County, Arkansas

DHSC, LLC, Affinity Medical Center

Dickenson Community Hospital, Dickenson Community Hospital, Ballad Health

District Attorney General Jared Effler for the 8th Judicial District, Tennessee

District Hospital Partners, L.P., George
Washington University Hospital, Universal
Health Services, Inc. (UHS)

DLP Central Carolina Medical Center, LLC,
Central Carolina Hospital, LifePoint
Health

DLP Conemaugh Memorial Medical Center,
LLC, Conemaugh Health System,
LifePoint Health

DLP Conemaugh Meyersdale Medical
Center, LLC, Conemaugh Meyersdale
Medical Center, LifePoint Health

DLP Conemaugh Miners Medical Center,
LLC, Conemaugh Miners Medical Center,
LifePoint Health

DLP Frye Regional Medical Center, LLC,
Frye Regional Medical Center, LifePoint
Health

DLP Harris Regional Hospital, LLC, Harris
Regional Hospital, LifePoint Health

DLP Haywood Regional Medical Center,
LLC, Haywood Regional Medical Center,
LifePoint Health

DLP Maria Parham Medical Center, LLC,
Maria Parham Health, LifePoint Health

DLP Marquette General Hospital, LLC, UP
Health System - Marquette, LifePoint
Health

DLP Person Memorial Hospital, LLC,
Person Memorial Hospital, LifePoint
Health

DLP Rutherford Regional Health System,
LLC, Rutherford Regional Health System,
LifePoint Health

DLP Swain County Hospital, LLC, Swain
Community Hospital, LifePoint Health

DLP Twin County Regional Healthcare,
LLC, Twin County Regional Healthcare,
LifePoint Health

DLP Wilson Medical Center, LLC,Wilson
Medical Center, LifePoint Health

DOCTORS HOSPITAL OF AUGUSTA,
LLC, Doctors Hospital of Augusta,
Hospital Corporation of America (HCA)

Doctors Hospital of Manteca, Inc., Doctors
Hospital of Manteca, Tenet Healthcare
Corporation

Doctors Medical Center of Modesto, Inc.,
Doctors Medical Center of Modesto,
Emanuel Medical Center, Tenet Healthcare
Corporation

Dodge City Healthcare Group, LLC,
Western Plains Medical Complex,
LifePoint Health

Dodge City Kansas

Donalsonville Hospital, Inc., Donalsonville
Hospital

Downey Unified School District Texas

Drew County Arkansas

Dukes Health System, LLC, Dukes
Memorial Hospital, Community Health
Systems, Inc.

Duplin General Hospital, Inc., Vidant
Duplin Hospital, Vidant Health

DURANT H.M.A., LLC, AllianceHealth
Durant, Community Health Systems, Inc.

DVH Hospital Alliance, LLC, Desert View
Hospital, UHS of Delaware, Inc.

East Baton Rouge Medical Center, Ochsner
Medical Center – Baton Rouge, LA

East Carolina Health, Vidant Roanoke-
Chowan Hospital, Vidant Health

East Carolina Health-Beaufort, Inc., Vidant
Beaufort Hospital, Vidant Health

East Carolina Health-Bertie, Vidant Bertie
Hospital, Vidant Health

East Carolina Health-Chowan, Inc., Vidant
Chowan Hospital, Vidant Health

East Carolina Health-Heritage, Inc., Vidant
Edgecombe Hospital, Vidant Health

East Cooper Community Hospital, Inc., East
Cooper Medical Center, Tenet Healthcare
Corporation

EAST GEORGIA REGIONAL MEDICAL
CENTER, LLC, East Georgia Regional
Medical Center, Community Health
Systems, Inc.

East Holmes Local School District

Eastern Idaho Health Services, Inc., Eastern Idaho Regional Medical Center, Hospital Corporation of America (HCA)

Eastern Maine Medical Center, Northern Light Eastern Maine Medical Center, Northern Light Health

EASTSIDE MEDICAL CENTER, LLC, Eastside Medical Center, Hospital Corporation of America (HCA)

Edgewater Systems for Balanced Living, Inc., Edgewater Health

Edmondson, Arkansas

El Campo Memorial Hospital and West Wharton County Hospital District

El Paso County Texas

EL PASO HEALTHCARE SYSTEM, LTD., EL PASO HEALTHCARE SYSTEM, LTD., Del Sol Medical Center, Las Palmas Del Sol Healthcare

Elberton-Elbert County Hospital Authority, Elbert Memorial Hospital

Elk Grove Independent School District Texas

Ely Shoshone Tribe of Nevada

EMPORIA HOSPITAL CORPORATION, Southern Virginia Regional Medical Center, Community Health Systems, Inc.

ENGLEWOOD COMMUNITY HOSPITAL, INC., Englewood Community Hosptial, Hospital Corporation of America (HCA)

Erie County Medical Center (ECMC), Erie County Medical Center (ECMC)

Essent PRMC, L.P., Paris Regional Medical Center, LifePoint Health

Eureka Springs Hospital, LLC, Eureka Springs Hospital

Evanston Hospital Corporation, Evanston Regional Hospital, Quorum (QHCCS, LLC)

Evergreen Medical Center, LLC, Evergreen Medical Center, Gilliard Health Services, Inc.

Ewiiaapaayp Band of Kumeyaay Indians

Fairview Park, Limited Partnership, Fairview Park Hospital, Hospital Corporation of America (HCA)

Fallon Paiute-Shoshone Tribe

Faulkner County, Arkansas

Faulkton Area Medical Center Foundation, Inc., Faulkton Area Medical Center, Avera Health

Fauquier Medical Center, LLC, Fauquier Health Hospital, LifePoint Health

FAWCETT MEMORIAL HOSPITAL, INC., Fawcett Memorial Hospital, Hospital Corporation of America (HCA)

Fayette Community Hospital, Inc., Piedmont Fayette Hospital

Fayetteville Arkansas Hospital Company, LLC, Northwest Health Physicians' Specialty Hospital, Community Health Systems, Inc.

Fentress County, Tennessee

Field Memorial Community Hospital, Field Memorial Community Hospital a/k/a Field Health System

Flaget Healthcare, Inc., Flaget Memorial Hospital

Flagler Hospital, Inc., Flagler Hospital, Flagler Health

Fleming Medical Center, LLC, Fleming County Hospital, LifePoint Health

Florida Health Sciences Center, Inc., Tampa General Hospital

Floyd Valley Hospital Foundation, Floyd Valley Hospital, Avera Health

Foley Hospital Corporation, South Baldwin Regional Medical Center, Community Health Systems, Inc.

Fond du Lac Band of Superior Chippewa

Ford County Kansas

Forrest City Arkansas Hospital Company, LLC, Forrest City Medical Center, Quorum (QHCCS, LLC)

Fort Duncan Medical Center, L.P., Fort Duncan Regional Medical Center, UHS of Delaware, Inc.

Fort Payne Hospital Corporation, Dekalb Regional Medical Center, Quorum (QHCCS, LLC)

Fort Smith HMA, LLC, Sparks Regional Medical Center

FORT WALTON BEACH MEDICAL CENTER, INC., Fort Walton Beach Medical Center, Hospital Corporation of America (HCA)

Fort Worth Surgicare Partners, Ltd., Baylor Surgical Hospital at Fort Worth, Tenet Healthcare Corporation

Fountain Valley Regional Hospital & Medical Center, Fountain Valley Regional Hospital & Medical Center, Tenet Healthcare Corporation

FRANKFORT HOSPITAL, INC., Frankfort Regional Medical Center, Hospital Corporation of America (HCA)

Franklin County, Arkansas

Franklin Hospital Corporation, Southampton Memorial Hospital, Community Health Systems, Inc.

Frederick County Virginia

Fredonia (Biscoe) Arkansas

Freeman Health System, Freeman Hospital West, Freeman Hospital East, and Freeman Neosho Hospital, Freeman Health System

Freeman Regional Health Services, Freeman Regional Hospital, Avera Health

Frisco Medical Center, L.L.P., Baylor Scott & White Medical Center - Frisco, Tenet Healthcare Corporation

Fulton County, Arkansas

Gadsden Regional Medical Center, LLC, Gadsden Regional Medical Center, Community Health Systems, Inc.

Gaffney HMA, LLC, Mary Black Health System - Gaffney

GALEN HOSPITAL ALASKA, INC, Alaska Regional Hospital, Hospital Corporation of America (HCA)

GALEN OF FLORIDA, INC., St. Petersburg General Hospital, Hospital Corporation of America (HCA)

GALENCARE, INC., Brandon Regional Hospital, Northside Hospital, Hospital Corporation of America (HCA)

Galesburg Hospital Corporation, Galesburg Cottage Hospital, Quorum (QHCCS, LLC)

Garland County, Arkansas

Garland Independent School District, Texas

Geneva County Healthcare Authority, Inc., Wiregrass Medical Center, Wiregrass Medical Center

Georgetown Community Hospital, LLC, Georgetown Community Hospital, LifePoint Health

Gilliard Health Services, Inc., Jackson Medical Center, Gilliard Health Services, Inc.

Gonzales Healthcare Systems

Gonzales Healthcare Systems, Gonzales Healthcare System

Goochland County Virginia

Good Samaritan Hospital, Good Samaritan Hospital, Hospital Corporation of America (HCA)

Good Samaritan Medical Center, Inc., Good Samaritan Medical Center, Tenet Healthcare Corporation

GPCH-GP, INC, Garden Park Medical Center, Hospital Corporation of America (HCA)

Grafton City Hospital, Inc., Grafton City Hospital, Inc.

Granada County Mississippi

Granbury Hospital Corporation, Lake Granbury Medical Center, Community Health Systems, Inc.

Grand Strand Regional Medical Center, LLC, Grand Strand Medical Center, Hospital Corporation of America (HCA)

Granite City Illinois Hospital Company, LLC, Gateway Regional Medical Center, Quorum (QHCCS, LLC)

Grant County, Arkansas

Grant Memorial Hospital, Grant Memorial Hospital

Green Local School District

15

GREEN OAKS HOSPITAL SUBSIDIARY, L.P., Medical City Green Oaks, Hospital Corporation of America (HCA)

Greene County, Arkansas

GREENVIEW HOSPITAL, INC., TriStar Greenview Regional Hospital, Hospital Corporation of America (HCA)

Greenwood Leflore Hospital

Grundy County Missouri

Guidiville Rancheria of California

Haines City HMA, LLC, Heart of Florida Regional Medical Center, Community Health Systems, Inc.

Halifax Regional Medical Center, Inc., Vidant North Hospital, Vidant Health

Harrison County, Mississippi

Hartsville, LLC, Carolina Pines Regional Medical Center, LifePoint Health

Havasu Regional Medical Center, LLC, Havasu Regional Medical Center, LifePoint Health

HCA HEALTH SERVICES OF FLORIDA, INC., Blake Medical Center, Oak Hill Hospital, Regional Medical Center Bayonet Point, St. Lucie Medical Center, Hospital Corporation of America (HCA)

HCA HEALTH SERVICES OF NEW HAMPSHIRE, INC., Portsmouth Regional Hospital, Parkland Medical Center, Hospital Corporation of America (HCA)

HCA HEALTH SERVICES OF TENNESSEE, INC., Seven TriStar hospitals (Tennessee), Hospital Corporation of America (HCA)

HCA HEALTH SERVICES OF VIRGINIA, INC., Henrico Doctors' Hospital, Retreat Doctors' Hospital, Hospital Corporation of America (HCA)

HCA-HEALTHONE LLC, Seven hospitals (Denver area), Hospital Corporation of America (HCA)

HDMC Holdings, LLC, Hi-Desert Medical Center, Tenet Healthcare Corporation

Health Care Authority of Clarke County, Alabama, Grove Hill Memorial Hospital, Clarke County Healthcare Authority

HEALTH FIRST MEDICAL GROUP, LLC, Health First Medical Group

Heart Hospital of South Dakota, LLC, Avera Heart Hospital, Avera Health

Hegg Memorial Hospital, Hegg Health Center Avera, Avera Health

Hempstead County, Arkansas

Henderson Hospital, LLC, UT Health Henderson, Ardent Health Services

HENDERSONVILLE HOSPITAL CORPORATION, TriStar Hendersonville Medical Center, Hospital Corporation of America (HCA)

Hendricks Community Hospital Assn & Retirement Home, Hendricks Community Hospital Association, Avera Health

Hennepin Healthcare System, Inc., Hennepin County Medical Center (HCMC)

Henrico County Virginia

Heritage Park Surgical Hospital, LLC, Baylor Scott & White Surgical Hospital at Sherman, Tenet Healthcare Corporation

Hernando HMA, LLC, Bayfront Health - Brooksville, Bayfront Health - Spring Hill, Community Health Systems, Inc.

HH/Killeen Health System, LLC, Seton Medical Center, Ardent Health Services

Hickory County Missouri

Hillsdale Local School District

Hillside Hospital, LLC, Southern Tennessee Regional Health System - Pulaski, LifePoint Health

HILTON HEAD HEALTH SYSTEM, L.P., Hilton Head Hospital, Tenet Healthcare Corporation

Ho Chunk Nation

Holmes Regional Medical Center, Inc., Holmes Regional Medical Center, Health First, Inc.

Hopland Band of Pomo Indians

HOSPITAL CORPORATION OF UTAH, Lakeview Hospital, Hospital Corporation of America (HCA)

Hospital Development of West Phoenix, Inc., Abrazo West Campus, Tenet Healthcare Corporation

16

Hospital of Barstow, Inc., Barstow Community Hospital, Quorum (QHCCS, LLC)

Hospital of Louisa, Inc., Three Rivers Medical Center, Quorum (QHCCS, LLC)

Hospital of Morristown, Inc., Lakeway Regional Hospital

Hospital Service District No. 1 of the Parish of Avoyelles, State of Louisiana, d/b/a Bunkie General Hospital, Louisiana

Hospital Service District No. of the Parish of Avoyelles, State of Louisiana, d/b/a Bunkie General Hospital Louisiana

Hot Spring County, Arkansas

Hot Springs National Park Hospital Holdings, LLC, National Park Medical Center, LifePoint Health

Houston - PPH, LLC, HCA Houston Healthcare Medical Center, Hospital Corporation of America (HCA)

Houston Independent School District, Texas

Houston Northwest Operating Company, L.L.C., HCA Houston Healthcare Northwest, Hospital Corporation of America (HCA)

Howard Center, Inc.

Howard County, Arkansas

HTI MEMORIAL HOSPITAL CORPORATION, TriStar Skyline Medical Center and Madison Campus, Hospital Corporation of America (HCA)

Hudson Hospital, Inc., Hudson Hospital & Clinic, Health Partners

Hughston Hospital, Inc., Piedmont Columbus Regional - Northside

Independence County, Arkansas

Infirmary Health Hospitals, Inc., Mobile Infirmary and Affiliates

Inland Hospital, Northern Light Inland Hospital, Northern Light Health

Irving Independent School District, Texas

Irving-Coppell Surgical Hospital, L.L.P., Baylor Surgical Hospital at Los Colinas, Tenet Healthcare Corporation

Issaquena County, Mississippi

Izard County, Arkansas

J. Paul Jones Hospital

Jackson County, Arkansas

Jackson HMA, LLC, Merit Health Central, Community Health Systems, Inc.

Jackson Hospital Corporation, Kentucky River Medical Center, Quorum (QHCCS, LLC)

Jacksonville Hospital, LLC, UT Health Jacksonville, Ardent Health Services

Jefferson County, Texas

JFK MEDICAL CENTER LIMITED PARTNERSHIP, JFK Medical Center and North Campus

John Paul Jones Hospital, John Paul Jones Hospital

Johnson County, Arkansas

Johnson County, Tennessee

KAY COUNTY OKLAHOMA HOSPITAL COMPANY, LLC, AllianceHealth Ponca City, Community Health Systems, Inc.

KENDALL HEALTHCARE GROUP, LTD., Kendall Regional Medical Center, Hospital Corporation of America (HCA)

Kentucky Hospital, LLC, Clark Regional Medical Center, LifePoint Health

Kern High School District, Texas

Kids First of Florida, Inc.

Knox Hospital Company, LLC, Starke Hospital, Community Health Systems, Inc.

Koi Nation

KPH-CONSOLIDATION, INC., HCA Houston Healthcare North Cypress, Kingwood, Hospital Corporation of America (HCA)

Lac Courte Oreilles Band of Lake Superior

Lac du Flambeau Band of Lake Superior Ind.

Lafayette County, Arkansas

Lake Cumberland Regional Hospital, LLC, Lake Cumberland Regional Hospital, LifePoint Health

Lakeland Community Hospital, Inc., Lakeland Community Hospital, Java Medical Group

Lakes Regional Healthcare Foundation, Lakes Regional Healthcare, Avera Health

17

Lakeview Center, Inc.

LAKEVIEW MEDICAL CENTER, LLC, Lakeview Regional Medical Center, Hospital Corporation of America (HCA)

Lakeview Mem Hosp Assoc Inc, Lakeview Hospital, Lakeview Hospital

Lancaster Hospital Corporation (CA), Palmdale Regional Medical Center, UHS of Delaware, Inc.

Lancaster Hospital Corporation (DE), MUSC Health Lancaster Medical Center, Community Health Systems, Inc.

Landmann-Jungman Memorial Hospital Corporation, Landmann-Jungman Memorial Hospital Avera, Avera Health

Laredo Regional Medical Center, LP, Doctors Hospital of Laredo, UHS of Delaware, Inc.

LARGO MEDICAL CENTER, INC., Largo Medical Center, Hospital Corporation of America (HCA)

Las Cruces Medical Center, LLC, Mountain View Regional Medical Center, Community Health Systems, Inc.

LAWNWOOD MEDICAL CENTER, INC., Lawnwood Regional Medical Center, Hospital Corporation of America (HCA)

Lawrence County, Arkansas

Lee County, Arkansas

Lester E. Cox Medical Centers, Cox Medical Center South and affiliated hospitals, CoxHealth

LEWIS-GALE MEDICAL CENTER, LLC, LewisGale Medical Center, Hospital Corporation of America (HCA)

Liberty Local School District

LifeBrite Hospital Group of Early, LLC, LifeBrite Community Hospital of Early

Lincoln County, Arkansas

Little River County, Arkansas

Livingston Regional Hospital, LLC, Livingston Regional Hospital, LifePoint Health

Logan County, Arkansas

Logan General Hospital, LLC, Logan Regional Medical Center, LifePoint Health

Logan Memorial Hospital, LLC, Logan Memorial Hospital, LifePoint Health

LONE PEAK HOSPITAL, INC., Lone Peak Hospital, Hospital Corporation of America (HCA)

Lonoke County, Arkansas

Loretto Hospital, Loretto Hospital of Chicago

LOS ROBLES REGIONAL MEDICAL CENTER, Los Robles Hospital & Medical Center, Hospital Corporation of America (HCA)

Louis M. Ackal - Iberia Parish Sheriff, Louisiana

Louisiana Hospital Service District No. 1 of the Parish of LaSalle, State of Louisiana, d/b/a Hardtner Medical Center, Louisiana

Louisville-Jefferson County Metro Government, Kentucky

Lourdes Hospital, LLC, Lourdes Health, LifePoint Health

Lovelace Health System, Inc., Lovelace Health System, Ardent Health Services

Lower Makefield Township, Pennsylvania

Macon Northside Hospital, LLC, Coliseum Northside Hospital, Hospital Corporation of America (HCA)

Madison County, Arkansas

Madison County, Illinois

Madison County, Texas

Maine Coast Regional Health Facilities, Northern Light Maine Coast Hospital, Northern Light Health

Manatee Memorial Hospital, L.P., Lakewood Ranch Medical Center, Universal Health Services, Inc. (UHS)

Manatee Memorial, Manatee Memorial Hospital, L.P., Universal Health Services, Inc. (UHS)

Manchester Bank of Pomo Indians

Maple Heights City School District

Mapleton Local School District

Marietta City Ohio

MARION COMMUNITY HOSPITAL, INC., Ocala Regional Medical Center,

West Marion Community Hospital, Hospital Corporation of America (HCA)

Marion County, Arkansas

Marion Hospital Corporation, Heartland Regional Medical Center, Quorum (QHCCS, LLC)

Marlboro County South Carolina

Marshall County Memorial Hospital, Marshall County Healthcare Center Avera, Avera Health

Massac Memorial, LLC, Massac Memorial Hospital

McAllen Hospitals, L.P., South Texas Health System -- Children's, Edinburg, McAllen Heart, and McAllen hospitals, UHS of Delaware, Inc.

McKenzie Williamette Regional Medical Center Associates, LLC, McKenzie-Williamette Medical Center, Quorum (QHCCS, LLC)

Meadowview Regional Medical Center, LLC, Meadowview Regional Medical Center, LifePoint Health

Meigs County, Ohio

MEMORIAL HEALTHCARE GROUP, INC., Memorial Hospital Jacksonville, Hospital Corporation of America (HCA)

Mentasta Traditional Council

Mercy Hospital, Northern Light Mercy Hospital, Hospital Corporation of America (HCA)

Mesa County Valley School District 51, Texas

Mesa County Valley School District Texas

Mesa County, Colorado

Methodist Healthcare System of San Antonio, Ltd., L.L.P., Methodist Hospital (San Antonio) and afiliates, Hospital Corporation of America (HCA)

Mexia Principal Healthcare Limited Partnership, Parkview Regional Hospital, LifePoint Health

MH ANGEL MEDICAL CENTER, LLLP, Angel Medical Center, Hospital Corporation of America (HCA)

MH BLUE RIDGE MEDICAL CENTER, LLLP, Blue Ridge Regional Hospital, Hospital Corporation of America (HCA)

MH HIGHLANDS-CASHIERS MEDICAL CENTER, LLLP, Highlands-Cashiers Hospital, Hospital Corporation of America (HCA)

MH MISSION HOSPITAL MCDOWELL, LLLP, Mission Hospital McDowell, Hospital Corporation of America (HCA)

MH MISSION HOSPITAL, LLLP, Mission Hospital, Hospital Corporation of America (HCA)

MH TRANSYLVANIA REGIONAL HOSPITAL, LLLP, Transylvania Regional Hospital, Hospital Corporation of America (HCA)

MIAMI BEACH HEALTHCARE GROUP, LTD, Aventura Hospital and Medical Center, Hospital Corporation of America (HCA)

Midwest Division - LRHC, LLC, Lafayette Regional Health Center, Hospital Corporation of America (HCA)

MIDWEST DIVISION - LSH, LLC, Lee's Summit Medical Center, Hospital Corporation of America (HCA)

MIDWEST DIVISION - RMC, LLC, Research Medical Center, Hospital Corporation of America (HCA)

Midwest Division-MMC, LLC, Menorah Medical Center, Hospital Corporation of America (HCA)

Midwest Division-OPRMC, LLC, Overland Park Regional Medical Center, Hospital Corporation of America (HCA)

Midwest Division-RBH, LLC, Belton Regional Medical Center, Hospital Corporation of America (HCA)

Midwest Regional Medical Center, Inc., AllianceHealth Midwest, Community Health Systems, Inc.

Miller County, Arkansas

Mississippi Baptist Medical Center, Inc., Baptist Memorial Hospital - MS Baptist

Medical Center, Baptist Memorial Health Care Corporation

Mississippi County, Arkansas

MMC of Nevada, LLC, Mesa View Regional Hospital, Quorum (QHCCS, LLC)

Mobridge Regional Health Care Foundation, Mobridge Regional Hospital, Avera Health

Monroe County, Arkansas

Montclair Hospital, LLC, Mountainside Medical Center, Ardent Health Services

Montgomery County, Arkansas

MONTGOMERY REGIONAL HOSPITAL, INC., LewisGale Hospital Montgomery, Hospital Corporation of America (HCA)

Mooresville Hospital, Management Associates, LLC, Lake Norman Regional Medical Center, Community Health Systems, Inc.

Morton Plant Hospital Association, Inc., Morton Plant Hospital/Morton Plant North Bay Hospital, BayCare

MOUNTAIN VIEW HOSPITAL, INC., Mountain View Hospital - Payson, Hospital Corporation of America (HCA)

MRH Corp., Northern Light Mayo Hospital, Northern Light Health

Narragansett Tribe

Nason Medical Center, LLC, Conemaugh Nason Medical Center, LifePoint Health

Nation Oklahoma

National Healthcare of Mt. Vernon, Inc., Crossroads Community Hospital, Quorum (QHCCS, LLC)

Nevada County, Arkansas

NEW PORT RICHEY HOSPITAL, INC., Medical Center of Trinity, Hospital Corporation of America (HCA)

Newberry County, South Carolina

Newton County, Arkansas

Noble County, Ohio

NORTH ARKANSAS REGIONAL MEDICAL CENTER, North Arkansas Medical Center

NORTH FLORIDA REGIONAL MEDICAL CENTER, INC., North Florida

Regional Medical Center, Hospital Corporation of America (HCA)

North Houston - TRMC, LLC, HCA Houston Healthcare Tomball, Hospital Corporation of America (HCA)

North Mississippi Medical Center, Inc.

North Texas - MCA, LLC, Medical City Alliance, Hospital Corporation of America (HCA)

NORTHERN UTAH HEALTHCARE CORPORATION, St. Mark's Hospital, Hospital Corporation of America (HCA)

Northern Virginia Community Hospital, LLC, StoneSprings Hospital Center, Hospital Corporation of America (HCA)

Northwest Texas Healthcare System, Inc., Northwest Texas Healthcare System, UHS of Delaware, Inc.

Northwestern Local School District

Norton Hospitals, Inc., Norton Hospital and affiliates

Norwayne Local School District

NOTAMI HOSPITALS OF FLORIDA, INC., Lake City Medical Center, Hospital Corporation of America (HCA)

Ochiltree County Hospital District

Ochsner Baptist Medical Center, LLC, Ochsner Baptist Medical Center and Ochsner Baptist Women's Pavilion, Ochsner Health

Ochsner Clinic Foundation, Ochsner Medical Center – Main Campus, Ochsner Hospital for Children, Ochsner Hospital for Orthopedics & Sports Medicine, Ochsner Health

Ochsner LSU Health Monroe, Ochsner LSU Health Shreveport - Monroe Medical Center, Monroe LA, Ochsner Health

Ochsner LSU Health Shreveport, Ochsner LSU Health Shreveport - Academic Medical Center, Shreveport, LA, Ochsner Health

Ochsner Medical Center – Hancock, LLC, Ochsner Medical Center – Hancock, Ochsner Health

Ochsner Medical Center - Kenner, LLC, Ochsner Medical Center - Kenner, LA, Ochsner Medical Complex -- River Parishes, Ochsner Health

Ochsner Medical Center - Northshore, LLC, Ochsner Medical Center - Northshore, Slidell, LA, Ochsner Health

Ochsner Medical Center - Westbank, LLC, Ochsner Medical Center - West Bank Campus, Gretna, LA, Ochsner Health

Ochsner Medical Center Baton Rouge, Ochsner Medical Center – Baton Rouge, LA, Ochsner Health

Odyssey House; Addiction Recovery Resources, Inc.

OKALOOSA HOSPITAL, INC., Twin Cities Hospital, Hospital Corporation of America (HCA)

OKEECHOBEE HOSPITAL, INC., Raulerson Hospital, Hospital Corporation of America (HCA)

ORANGE PARK MEDICAL CENTER, INC., Orange Park Medical Center, Hospital Corporation of America (HCA)

Orrville City School District

Osceola Community Hospital, Inc., Osceola Regional Health Center, Avera Health

OSCEOLA REGIONAL HOSPITAL, INC., Osceola Regional Medical Center, Hospital Corporation of America (HCA)

Osceolasc LLC, St. Cloud Regional Medical Center, Community Health Systems, Inc.

Otter Tail County, Minnesota

Ouachita County, Arkansas

Overton County, Tennessee

OVIEDO MEDICAL CENTER, LLC, Oviedo Medical Center, Hospital Corporation of America (HCA)

Paintsville Hospital Company, LLC, Paul B. Hall Regional Medical Center, Quorum (QHCCS, LLC)

Palestine Principal Healthcare Limited Partnership, Palestine Regional Medical Center, LifePoint Health

Palm Bay Hospital, Inc., Palm Bay Hospital, Health First, Inc.

PALMS WEST HOSPITAL LIMITED PARTNERSHIP, Palms West Hospital, Hospital Corporation of America (HCA)

Parish of LaSalle, State of Louisiana, d/b/a Hardtner Medical Center Louisiana

Park Nicollet Methodist Hospital, Park Nicollet Methodist Hospital, Health Partners

PARKRIDGE MEDICAL CENTER, INC., Parkridge Medical Center and affiliates, Hospital Corporation of America (HCA)

Pascack Valley Hospital, LLC, Pascack Valley Medical Center, Ardent Health Services

Pearl River County Hospital & Nursing Home

Perry Local School District (Stark County)

PHC-Cleveland, Inc., Bolivar Medical Center, LifePoint Health

PHC-Elko, Inc., Northeastern Nevada Regional Hospital, LifePoint Health

PHC-Fort Mohave, Inc., Valley View Medical Center, LifePoint Health

PHC-Fort Morgan, Inc., Colorado Plains Medical Center, LifePoint Health

PHC-Las Cruces, Inc., Memorial Medical Center, LifePoint Health

PHC-Los Alamos, Inc., Los Alamos Medical Center, LifePoint Health

Phillips County, Arkansas

Phillips Hospital Company, LLC, Helena Regional Medical Center, Quorum (QHCCS, LLC)

Physicians Surgical Hospitals, LLC, Panhandle Surgical Hospital, Quail Creek Surgical Hospital, Ardent Health Services

Pickett County, Tennessee

Piedmont Athens Regional Medical Center, Inc., Piedmont Athens Regional Medical Center

Piedmont Henry Hospital, Inc., Piedmont Henry

Piedmont Hospital, Inc.

Piedmont Mountainside Hospital, Inc., Piedmont Mountainside

Piedmont Newnan Hospital, Inc., Piedmont
Newnan
Piedmont Newton Hospital, Inc., Piedmont
Newton
Piedmont Rockdale Hospital, Inc., Piedmont
Rockdale
Piedmont Walton Hospital, Inc., Piedmont
Walton
Pike County, Arkansas
PineLake Regional Hospital, LLC, Jackson
Purchase Medical Center, LifePoint Health
Pinoleville Pomo Nation
Pipestone Medical Clinic, Pipestone County
Medical Center, Avera Health
Pitt County Memorial Hospital,
Incorporated, Vidant Medical Center,
James and Connie Maynard Children's
Hospital, Vidant Health
Pittsburg Hospital, LLC, UT Health
Pittsburg, Ardent Health Services
PLANTATION GENERAL HOSPITAL,
L.P., Plantation General Hospital, Mercy
Hospital-Miami, Hospital Corporation of
America (HCA)
Poarch Creek Tribe
Pocatello Hospital, LLC, Portneuf Medical
Center, Ardent Health Services
POINCIANA MEDICAL CENTER, INC.,
Poinciana Medical Center, Hospital
Corporation of America (HCA)
Poinsett County, Arkansas
Polk County, Arkansas
Pontotoc Health Services, Inc., North
Mississippi Medical Center- Pontotoc,
North Mississippi Health Services
Pope County, Arkansas
Portage Hospital, LLC, UP Health System -
Portage, LifePoint Health
Potter Valley Tribe
Prairie County, Arkansas
PRHC-Ennis, L.P., Ennis Regional Medical
Center, LifePoint Health
Progressive Medical Management of
Batesville, Panola Medical Center, Java
Medical Group

Providence Hospital, LLC, Providence
Health, Providence Health Northeast,
LifePoint Health
Public Trust d/b/a Opelousas General Health
System Louisiana
Public Trust d/b/a Opelousas General Health
System Louisiana
Pueblo of Pojoaque
PULASKI COMMUNITY HOSPITAL,
INC., LewisGale Hospital Pulaski,
Hospital Corporation of America (HCA)
PUTNAM COMMUNITY MEDICAL
CENTER OF NORTH FLORIDA, LLC,
Putnam Community Medical Center,
Hospital Corporation of America (HCA)
Pyramid Lake Paiute Tribe
Quitman County Hospital, LLC, Quitman
County Hospital
Quitman Hospital, LLC, UT Health
Quitman, Ardent Health Services
R. Chris Nevils - Winn Parish District
Attorney, Louisiana
Raleigh General Hospital, LLC, Raleigh
General Hospital, LifePoint Health
Ramsey County, North Dakota
Randolph County, Arkansas
RAPIDES HEALTHCARE SYSTEM,
L.L.C., Rapides Regional Medical Center,
Hospital Corporation of America (HCA)
RCCH Trios Health, LLC, Trios Health
Southridge Hospital, LifePoint Health
RCHP Billings-Missoula, LLC, Community
Medical Center, LifePoint Health
RCHP-Florence, LLC, North Alabama
Medical Center, LifePoint Health
RCHP-Ottumwa, LLC, Ottumwa Regional
Health Center, LifePoint Health
RCHP-Sierra Vista, Inc., Canyon Vista
Medical Center, LifePoint Health
RCHP-Wilmington, LLC, Clinton Memorial
Hospital, LifePoint Health
Red Bud Illinois Hospital Company, LLC,
Red Bud Regional Hospital, Quorum
(QHCCS, LLC)
Red Cliff Band of Lake Superior Chippewas

Redfield Community Memorial Hospital and Clinic Foundation, Inc., Community Memorial Hospital (Redfield), Avera Health

Redmond Park Hospital, LLC, Redmond Regional Medical Center, Hospital Corporation of America (HCA)

Redwood Valley Tribe

Regional Health Services Foundation, Howard County Hospital Foundation, Avera Health

Regions Hospital, Regions Hospital, Health Partners

Rehabilitation Hospital, LLC, UT Health North Campus Tyler, Ardent Health Services

Reno-Sparks Indian Colony

Resighini Rancheria

RESTON HOSPITAL CENTER, LLC, Reston Hospital Center, Hospital Corporation of America (HCA)

RHN Clark Memorial Hospital, LLC, Clark Memorial Health, LifePoint Health

RHN Scott Memorial Hospital, LLC, Scott Memorial Health, LifePoint Health

Richardson Independent School District, Texas

Ritchie County, West Virginia

Rittman Exempted Village School District

Riverton Memorial Hospital, LLC, SageWest Health Care, LifePoint Health

Riverview Medical Center, LLC, Riverview Regional Medical Center, LifePoint Health

Roberts County, Texas

Robinson Rancheria of Pomo Indians

ROH, LLC, Merit Health Woman's Hospital, Community Health Systems, Inc.

Rootstown Local School District

Roswell Hospital Corporation, Eastern New Mexico Medical Center, Community Health Systems, Inc.

Round Valley Indian Tribes and Round Valley Indian Health Clinic

Rush Health Systems, Inc.

Russellville Holdings, LLC, Saint Mary's Regional, LifePoint Health

Russellville Hospital, Inc., Russellville Hospital, Java Medical Group

Rutherford County, Tennessee

Sacramento County, California

Sacred Heart Health Services, Avera Sacred Heart Hospital, Avera Creighton Hospital, Avera Health

Sage LTAC, LLC, Sage Specialty Hospital (LTAC) - Baton Rouge and Denham Springs, The Carpenter Health Network - Sage Specialty Hospital (LTAC)

Saint Francis Healthcare System, Saint Francis Medical Center

Saline County, Arkansas

Saline County, Missouri

Saline Hospital, LLC, Saline Memorial Hospital, LifePoint Health

San Jose Medical Center, LLC, Regional Medical Center of San Jose, Hospital Corporation of America (HCA)

San Miguel Hospital Corporation, Alta Vista Regional Hospital, Quorum (QHCCS, LLC)

San Saba County, Texas

Sanford Bismarck, Sanford Medical Center, Sanford Health

Sanford Health Network North, Sanford Thief River Falls Medical Center, Sanford Wheaton, Sanford Medical Center Hillsboro, Sanford Medical Center Mayville, Sanford Health

Sanford Health Network, Several locations of Sanford Health in Iowa, Minnesota, and South Dakota, Sanford Health

Sanford Health of Northern Minnesota, Sanford Bemidji, Sanford Bagley Medical Center, Sanford Health

Sanford Medical Center Fargo, Sanford Medical Center Fargo, Sanford South University, Sanford Broadway Medical, Sanford Health

Sanford Medical Center,Sanford USD Medical Center - Gnl Acute Care Hosp, Sanford Health

SARASOTA DOCTORS HOSPITAL, INC., Doctors Hospital of Sarasota, Hospital Corporation of America (HCA)

Savannah Health Services, LLC, Memorial Health University Medical Center, Hospital Corporation of America (HCA)

Scott County, Arkansas

Scotts Valley Band of Pomo Indians

Searcy County, Arkansas

Seattle Indian Health Board

Sebastian County, Arkansas

Sebasticook Valley Health, Northern Light Sebasticook Valley Hospital, Northern Light Health

Second Judicial Circuit Prosecuting Attorney Scott Ellington, Ex Rel. State of Arkansas

Second Judicial Circuit Prosecuting Attorney Scott Ellington, ex rel. State of Arkansas Sedgwick, Arkansas

Second Judicial Circuit Prosecuting Attorney Scott Ellington, ex rel. State of Arkansas,

Seminole County, Oklahoma

Sevier County, Arkansas

Sharkey-Issaquena Hospital

Shelby County Healthcare Corporation, Regional Medical Center, Regional One Health

Shinnecock Indian Nation

Sioux Center Health, Sioux Center Health Avera, Avera Health

Siouxland Surgery Center Limited Liability Partnership, Dunes Surgical Hospital, Tenet Healthcare Corporation

Skaggs Community Hospital Assn., Cox Medical Center Branson, CoxHealth

Smyth County Community Hospital, Smyth County Community Hospital, Ballad Health

Socorro Independent School District, Texas

South Bend Community School Corporation, Texas

South Central Regional Medical Center

South Central United Food & Commercial Workers Union & Employers Health & Welfare Trust Fund

South Florida Baptist Hospital, Inc., South Florida Baptist Hospital, BayCare

South Fork Band of the Te-Moak Tribe of Western Shoshone Indians

South Shore Hospital Corporation, South Shore Hospital

Southeast Georgia Health Services, LLC, Memorial Satilla Health, Hospital Corporation of America (HCA)

Southeast Local School District

Southern Hills Medical Center, LLC, Southern Hills Hospital & Medical Center, Hospital Corporation of America (HCA)

Southern Illinois Health Care Foundation, Inc. d/b/a SIHF Healthcare, Touchette Regional Hospital

Southern Tennessee Medical Center, LLC – Southern Tennessee Regional Health System - Sewanee, Southern Tennessee - Sewanee, LifePoint Health

Southern Tennessee Medical Center, LLC – Southern Tennessee Regional Health System - Winchester, Southern Tennessee Regional Health System, LifePoint Health

Southwest Ambulatory Surgery Center, L.L.C., Oklahoma Center for Orthopaedic & Multi-Specialty Surgery, Tenet Healthcare Corporation

Southwestern Medical Center, LLC, Southwestern Medical Center, LifePoint Health

SPALDING REHABILITATION L.L.C., Spalding Rehabilitation Hospital, Hospital Corporation of America (HCA)

Sparks Family Hospital, Inc., Northern Nevada Medical Center, UHS of Delaware, Inc.

Specialty Hospital, LLC, UT Health East Texas, Ardent Health Services

Spotsylvania Medical Center, Inc., Spotsylvania Regional Medical Center, Hospital Corporation of America (HCA)

24

Spring View Hospital, LLC, Spring View Hospital, LifePoint Health

St. Anthony's Hospital, Inc., St. Anthony's Hospital, BayCare

St. Benedict Health Center, Avera St. Benedict Health Center, Avera Health

St. Croix Chippewa Indians of WI

St. David's Healthcare Partnership, L.P., LLP, St. David's Medical Center and affiliates, Hospital Corporation of America (HCA)

St. Francis County, Arkansas

St. Francis Health, LLC, St. Francis - Emory Healthcare, LifePoint Health

St. Joseph County Indiana

St. Joseph County, Indiana

St. Landry Parish, Louisiana

St. Michael's Hospital, Inc., St. Michael's Hospital Avera, Avera Health

Stafford County, Virginia

Steven McCain - Grant Parish Sheriff, Louisiana

Sullivan County, Tennessee

Summerlin Hospital Medical Center, LLC, Summerlin Hospital Medical Center, Universal Health Services, Inc. (UHS)

Sumner Regional Medical Center, LLC, Sumner Regional Medical Center, LifePoint Health

SUN CITY HOSPITAL, INC., South Bay Hospital, Hospital Corporation of America (HCA)

Sunflower County , Mississippi, Districts 1, 2 & 3 (Board of Supervisors), South Sunflower County Hospital

Sunrise Hospital and Medical Center, LLC, Sunrise Hospital & Medical Center, Sunrise Children's Hospital, Hospital Corporation of America (HCA)

Sunrise MountainView Hospital, Inc., MountainView Hospital, Hospital Corporation of America (HCA)

T.J. Samson Community Hospital, T.J. Samson Community Hospital

TALLAHASSEE MEDICAL CENTER, INC., Capital Regional Medical Center, Hospital Corporation of America (HCA)

Tarrant County Hospital District, Texas

Tarrant County, Texas

Temecula Valley Hospital, Inc., Temecula Valley Hospital, UHS of Delaware, Inc.

TERRE HAUTE REGIONAL HOSPITAL, L.P., Terre Haute Regional Hospital, Hospital Corporation of America (HCA)

Terrell County Texas

Texarkana Independent School District, Texas

The Aroostook Medical Center, Northern Light AR Gould Hospital , Northern Light Health

The Blue Hill Memorial Hospital, Northern Light Blue Hill Hospital, Northern Light Health

The Medical Center, Inc., Piedmont Columbus Regional - Midtown

The MetroHealth System, Ohio

The Orthopedic Hospital at Parkview North, LLC, The Orthopedic Hospital, Community Health Systems, Inc.

The Osage Nation, Oklahoma

The Outer Banks Hospital, Inc., The Outer Banks Hospital, East Carolina Health (60% interest) and Chesapeake Hospital Authority (40%)

Thomas Health System, Inc., Thomas Memorial Hospital

Tiffany Dunford, as Next Friend of T.N. Dunford

TIMPANOGOS REGIONAL MEDICAL SERVICES, INC., Timpanogos Regional Hospital, Hospital Corporation of America (HCA)

Tombigbee Healthcare Authority, Brian W. Whitfield Memorial Hospital

Tooele Hospital Corporation, Mountain West Medical Center, Quorum (QHCCS, LLC)

Topeka Hospital, LLC, University of Kansas Health System St. Francis Campus, Ardent Health Services

Town of Benton, Tennessee
Town of Butler, Alabama
Town of Ferriday, Louisiana
Town of Lake Providence, Louisiana
Town of Richwood, Louisiana
Township of Lyons, Illinois
Tri-County Educational Service Center
Trident Medical Center, LLC, Trident
  Medical Center, Moncks Corner Medical
  Center, Summerville Medical Center,
  Hospital Corporation of America (HCA)
Triway Local School District
Trousdale Medical Center, LLC, Trousdale
  Medical Center, LifePoint Health
Trustees of Mease Hospital, Inc, Mease
  Countryside Hospital/Mease Dunedin
  Hospital, BayCare
Tulsa Spine and Specialty Hospital, LLC,
  Tulsa Spine & Specialty Hospital, Ardent
  Health Services
Tyler Regional Hospital, LLC, UT Health
  Tyler, Ardent Health Services
UAB Health System, UAB Hospital
UHS of Oklahoma, LLC, St. Mary's
  Regional Medical Center, UHS of
  Delaware, Inc.
UHS of Texoma, Inc., Texoma Medical
  Center, UHS of Delaware, Inc.
UHS-Corona, Inc., Corona Regional
  Medical Center, UHS of Delaware, Inc.
Union County, Arkansas
United Food & Commercial Workers Local
  000 Oklahoma Health & Welfare Fund
United Food & Commercial Workers Union
  Local 529 & Employers Health & Welfare
  Plan and Trust
United Food & Commercial Workers Union
  Local 995 & Employers Health and
  Welfare Fund
United Food & Commercial Workers Unions
  and Employers Health and Welfare Fund –
  Atlanta
Universal Health Services of Rancho
  Springs, Inc, Southwest Healthcare System
  – Rancho Springs Medical Center Campus,
  UHS of Delaware, Inc.

Universal Health Services of Rancho
  Springs, Inc., Southwest Healthcare
  System – Inland Valley Medical Center
  Campus, UHS of Delaware, Inc.
University Health Services, Inc., University
  Hospital
University Health System, Inc., University
  of Tennessee Medical Center
UNIVERSITY HEALTHCARE SYSTEM
  L.C., Tulane Medical Center, Hospital
  Corporation of America (HCA)
UNIVERSITY HEALTHCARE SYSTEM,
  L.C., Tulane Lakeside Hospital, Hospital
  Corporation of America (HCA)
UNIVERSITY HOSPITAL, LTD.,
  University Hospital & Medical Center,
  Hospital Corporation of America (HCA)
University McDuffie County Regional
  Medical Center, Inc., University Hospital
  McDuffie
Valley Health System LLC, Three campuses
  of the Valley Health System (Las Vegas,
  NV), Universal Health Services, Inc.
  (UHS)
Valley Hospital Medical Center, Inc., Valley
  Hospital Medical Center, Universal Health
  Services, Inc. (UHS)
Van Buren County, Arkansas
Van Buren HMA, LLC
Vaughan Regional Medical Center, LLC,
  Vaughan Regional Medical Center,
  LifePoint Health
VHS of Illinois, Inc., Macneal Hospital
VHS San Antonio Partners, LLC, Baptist
  Medical Center (San Antonio, TX) and
  four affiliated hospitals, Tenet Healthcare
  Corporation
Viera Hospital, Inc., Viera Hospital, Health
  First, Inc.
Village of Bedford Park, Illinois
Village of Bridgeview, Illinois
Village of Evergreen Park, Illinois
Village of Hodgkins, Illinois
Village of Lyons, Illinois
Village of Summit, Illinois

Virginia Commonwealth University Health System Authority (VCUHS), VCU Medical Center Main Hospital and five affiliated hospitals, Virginia Commonwealth University Health System Authority

VIRGINIA PSYCHIATRIC COMPANY, INC., Dominion Hospital, Hospital Corporation of America (HCA)

Wagner Memorial Hospital, Wagner Community Memorial Hospital, Avera Health

Walker River Paiute Tribe

Waller County, Texas

Walterboro Community Hospital, Inc., Colleton Medical Center, Hospital Corporation of America (HCA)

Wampanoag Tribe of Gay Head (Aquinnah)

Warren County, Kentucky

Washington County, Arkansas

Watertown Medical Center, LLC, Watertown Regional Medical Center, LifePoint Health

Waukegan Community Unit School District 60, Texas

Waukegan Community Unit School District, Texas

Waukegan Illinois Hospital Company, LLC, Vista Medical Center East, Quorum (QHCCS, LLC)

Wayne County Career Center

Weatherford Health Services, LLC, Medical City Weatherford, Hospital Corporation of America (HCA)

Weirton Medical Center, Inc., Weirton Medical Center (WMC)

Wellington Regional Medical Center, LLC, Wellington Regional Medical Center, UHS of Delaware, Inc.

Wesley Medical Center, LLC,  Wesley Medical Center, Wesley Children's Hospital, Wesley Woodlawn Hospital, Hospital Corporation of America (HCA)

WEST FLORIDA - MHT, LLC, Memorial Hospital of Tampa and Tampa Community Hospital, Hospital Corporation of America (HCA)

WEST FLORIDA - PPH, LLC, Palms of Pasadena, Hospital Corporation of America (HCA)

WEST FLORIDA REGIONAL MEDICAL CENTER, INC., West Florida Hospital, Hospital Corporation of America (HCA)

West Harrison Hospital District, Memorial Hospital at Gulfport

WEST HILLS HOSPITAL, West Hills Hospital & Medical Center, Hospital Corporation of America (HCA)

West Holmes Local School District

WEST VALLEY MEDICAL CENTER, INC., West Valley Medical Center, Hospital Corporation of America (HCA)

Westcare Foundation, Inc.

Westfields Hospital, Inc., Weirton Medical Center (WMC)

Wetzel County Hospital Association, Wetzel County Hospital

Wheeling Hospital, Inc., Wheeling Hospital, Inc.

White County, Arkansas

White Pine County, Nevada

Wilkes Barre Behavioral Hospital Company LLC, First Hospital, Community Health Systems, Inc.

Wilkin County, Minnesota

Willamette Valley Medical Center, LLC, Willamette Valley Medical Center, LifePoint Health

Williamson Memorial Hospital, LLC, Williamson Memorial Hospital

Williamston Hospital Corporation, Martin General Hospital, Quorum (QHCCS, LLC)

Williamstown County, West Virginia

Winnie Community Hospital, L.L.C, Riceland Medical Center

Winter Haven Hospital, Inc, Winter Haven Hospital, BayCare

Woman's Hospital Foundation, Woman's Hospital

Woodford Hospital, LLC, Bluegrass Community Hospital, LifePoint Health

Woodruff County, Arkansas

Wooster City School District

27

Wyoming Valley Care Systems, Inc.,
  Wilkes-Barre General Hospital,
  Community Health Systems, Inc.
Wythe County Community Hospital, LLC,
  Wythe County Community Hospital,
  LifePoint Health

Yell County, Arkansas
Yuma Regional Medical Center, Yuma
  Regional Medical Center

## Notice of Appearance Parties, as of April 12, 2021

Andrew Sharpe, Claim No: 124514
Boston Globe Media Partners, LLC
Casey David Nadolski
Catherine D. Harper, Claim No: 123334
Cheryl and Richard Huley, Claim No:
  127818
Dalton Reach, Claim No: 124432
Denise Murphy, Claim No: 124412
Derry Darnell Shambley, Claim No: 124470
Dow Jones & Company, Inc.
George M. Tanton, Claim No: 125752
Hunt Kinnaird
James Robert Sharp, Sr., Claim No: 125779
Jennifer Marie Hargrave, Claim No: 123636

Joan Vasko, Administratrix of the Estate of
  Kathleen Louise Daugherty, Deceased
Justine R. Kinnaird
Lynn Carbeno Buffalow, Claim No: 123177
Malcolm B. Kinnaird
Plumbers & Steamfitters Local 267
  Insurance Fund
Reuters News & Media, Inc.
Richard H. Hulsey, Jr., Claim No: 127950;
  Jr.,
Sally Lorraine Morrison, Claim No: 123378
Sherry Marter, Claim No: 123590
Stanley K. Hand, Claim No: 123263
Tim and Traci Reach, Claim No: 124461
William Alex Pate, Jr., Claim No: 125139

## Claim Transferees, as of April 12, 2021

ASM Capital X LLC
CRG Financial LLC
Lou Ann Marocco, Bankruptcy Trustee

## SCHEDULE 2

### Schedule of Searched Parties and/or Certain Related Parties that Akin Gump Currently Represents, or Has in the Past Represented, in Matters Unrelated to these Chapter 11 Cases[1]

**_Ex Officio_ Members of the Official Committee Unsecured Creditors**

*Akin Gump has represented in the past and currently represents the following entities and/or certain related parties of such entities on matters wholly unrelated to the Debtors' chapter 11 cases:*

The Cheyenne and Arapaho Tribes

*Akin Gump has represented in the past the following entity and/or certain related parties of such entity on matters wholly unrelated to the Debtors' chapter 11 cases:*

Cameron County, Texas

**Professionals of the Official Committee Unsecured Creditors**

*Akin Gump has not represented in the past and currently does not represents any of these entities.*

**Other Related Entities**

*Akin Gump has represented in the past the following entities and/or certain related parties of such entities on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| RHODES TECHNOLOGIES INC., A DELAWARE CORPORATION | THE PURDUE FREDERICK COMPANY INC., A NEW YORK CORPORATION |
| THE PURDUE FREDERICK COMPANY ("PF") | THE PURDUE PHARMA TRUST/REGIO TRUST, 12/31/93 SETTLEMENT |

**Banks**

*Akin Gump has represented in the past and currently represents the following entity and/or certain related parties of such entity on matters wholly unrelated to the Debtors' chapter 11 cases:*

---

[1] Due to commonality of names of the individuals marked in this schedule with an asterisk (*), Akin Gump was unable to determine whether such individuals are in fact parties whom Akin Gump currently represents, and/or in the past represented, in matters unrelated to these chapter 11 cases. However, Akin Gump has included such individuals in this schedule out of an abundance of caution.

1

DREYFUS FUNDS

*Akin Gump has represented in the past the following company and/or certain related parties of such entity on matters wholly unrelated to the Debtors' chapter 11 cases:*

Bank of Oklahoma

**Vendors**

*Akin Gump has represented in the past and currently represents the following entities and/or certain related parties of such entities on matters wholly unrelated to the Debtors' chapter 11 cases:*

KPMG LLP                                    US CHAMBER LITIGATION CENTER

*Akin Gump has represented in the past the following entities and/or certain related parties of such entities on matters wholly unrelated to the Debtors' chapter 11 cases:*

DENTONS US LLP                          INTRALINKS INC.
ECG INC.                                      UNIVAR USA INC.

**Customers**

*Akin Gump has represented in the past and currently represents the following entity and/or certain related parties of such entity on matters wholly unrelated to the Debtors' chapter 11 cases:*

HEB GROCERY CO.

*Akin Gump has represented in the past the following entities and/or certain related parties of such entities on matters wholly unrelated to the Debtors' chapter 11 cases:*

GIANT EAGLE                              WINN DIXIE
KROGER

**Utilities**

*Akin Gump has not represented in the past and currently does not represents this Party.*

**Ad Hoc Group of NAS Babies' Professionals**

*Akin Gump has represented in the past the following entity and/or certain related parties of such entity on matters wholly unrelated to the Debtors' chapter 11 cases:*

COOPER LAW FIRM NOLA (CLFNOLA)

**Individual Victims Group's Professionals**

*Akin Gump has represented in the past the following entity and/or certain related parties of such entity on matters wholly unrelated to the Debtors' chapter 11 cases:*

WHITE & CASE LLP

**Public Schools' Professionals**

*Akin Gump has not represented in the past and currently does not represent any of these entities.*

**Private Insurance Class**

*Akin Gump has represented in the past and currently represents the following entities and/or certain related parties of such entities on matters wholly unrelated to the Debtors' chapter 11 cases:*

LOUISIANA HEALTH SERVICES             UNITED HEALTHCARE SERVICES INC.

*Akin Gump has represented in the past the following entity and/or certain related parties of such entity on matters wholly unrelated to the Debtors' chapter 11 cases:*

STEVENS LEE

**Other Professionals**

*Akin Gump has represented in the past and currently represents the following entity and/or certain related parties of such entity on matters wholly unrelated to the Debtors' chapter 11 cases:*

ERNST & YOUNG (CANADA), COURT
  APPOINTED INFORMATION OFFICER

**Major Co-Defendants**

*Akin Gump has represented in the past and currently represents the following entities and/or certain related parties of such entities on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Endo Generics Holding, Inc. | McKesson Corporation |
| Endo Health Solutions Inc. | McKesson Medical-Surgical, Inc. |
| Endo International PLC | McKesson Specialty Care Distribution |
| Endo Pharmaceuticals, Inc. | Corporation |
| Janssen Pharmaceuticals, Inc. | McKesson Specialty Distribution, LLC |

*Akin Gump has represented in the past the following entities and/or certain related parties of such entities on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Actavis Elizabeth LLC | Mylan Institutional, Inc. |
| Actavis Kadian LLC | Mylan Laboratories, Inc. |
| Actavis Laboratories FL, Inc. | Mylan N.V. |
| Actavis Laboratories NY, Inc. | Mylan Pharmaceuticals, Inc. |
| Actavis Laboratories UT, Inc. | Mylan Pharms, Inc. |
| Actavis LLC | Mylan Specialty, L.P. |
| Actavis Mid Atlantic LLC | Mylan Technologies, Inc. |
| Actavis Pharma, Inc. | Mylan, Inc. |
| Actavis PLC | Rite Aid Corporation |
| Actavis South Atlantic LLC | Rite Aid Corporation of New York, Inc. |
| Actavis Totowa LLC | Rite Aid Headquarters Corporation |
| Actavis, Inc. | Rite Aid of Georgia, Inc. |
| Allergan Finance LLC | Rite Aid of Maryland, Inc. |
| Allergan PLC | Rite Aid of Massachusetts Inc. |
| Allergan Sales, LLC | Rite Aid of Michigan, Inc. |
| Allergan USA, Inc. | Rite Aid of New York, Inc. |
| Mallinckrodt Brand Pharmaceuticals, Inc. | Rite Aid of North Carolina, Inc. |
| Mallinckrodt Enterprises Holdings, Inc. | Rite Aid of Ohio, Inc. |
| Mallinckrodt Enterprises LLC | Rite Aid of West Virginia, Inc. |
| Mallinckrodt LLC | Teva Biopharmaceuticals USA, Inc. |
| Mallinckrodt PLC | Teva Pharmaceutical Industries Ltd. |
| Mylan Bertek Pharmaceuticals, Inc. | Teva Pharmaceuticals USA, Inc. |

## Parties Listed on Filed Rule 2019 Statements, as of April 12, 2021

*Akin Gump has represented in the past and currently represents the following entities and/or certain related parties of such entities on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Acquisition Bell Hospital, LLC, UP Health System - Bell, LifePoint Health | AHS Southcrest Hospital, LLC, Hillcrest Hospital South, Ardent Health Services |
| AHS Claremore Regional Hospital, LLC, Hillcrest Hospital Claremore, Ardent Health Services | Ashley Valley Medical Center, LLC, Ashley Regional Medical Center, LifePoint Health |
| AHS Cushing Hospital, LLC, Hillcrest Hospital Cushing, Ardent Health Services | Athens Hospital, LLC, UT Health Athens, Ardent Health Services |
| AHS Henryetta Hospital, LLC, Hillcrest Hospital Henryetta, Ardent Health Services | Athens Regional Medical Center, LLC, Starr Regional Medical Center, LifePoint Health |
| AHS Hillcrest Medical Center, LLC, Hillcrest Medical Center, Ardent Health Services | Bailey Medical Center, LLC, Bailey Medical Center, Ardent Health Services |
| AHS Pryor Hospital, LLC, Hillcrest Hospital Pryor, Ardent Health Service | Baptist Memorial Hospital- Jonesboro, Inc., NEA Baptist Memorial Hospital, Baptist Memorial Health Care Corporation |

4

Bartow Regional Medical Center, Inc., Bartow Regional Medical Center, BayCare

Bay Area Healthcare Group, Inc., Corpus Christi Medical Center group of hospitals, Hospital Corporation of America (HCA)

BAY HOSPITAL, INC., Gulf Coast Regional Medical Center, Hospital Corporation of America (HCA)

BayCare Alliant Hospital, Inc., BayCare Alliant Hospital, BayCare

BBH BMC, LLC, Brookwood Baptist Medical Center, Tenet Healthcare Corporation

BBH CBMC, LLC, Citizens Baptist Medical Center, Tenet Healthcare Corporation

BBH PBMC, LLC, Princeton Baptist Medical Center, Tenet Healthcare Corporation

BBH SBMC, LLC, Shelby Baptist Medical Center, Tenet Healthcare Corporation

BBH WBMC, LLC, Walker Baptist Medical Center, Tenet Healthcare Corporation

Blessing Hospital, Blessing Hospital, Blessing Corporate Services, Inc.

BlessingCare Corporation, Illini Community Hospital, Blessing Corporate Services, Inc.

BRIGHAM CITY COMMUNITY HOSPITAL, INC., Brigham City Community Hospital, Hospital Corporation of America (HCA)

BSA Hospital, LLC, BSA Health System, Ardent Health Services

Cache Valley Specialty Hospital, LLC, Cache Valley Hospital, Hospital Corporation of America (HCA)

CAREPARTNERS REHABILITATION HOSPITAL, LLLP, CarePartners Rehabilitation Hospital, Hospital Corporation of America (HCA)

Carolinas Medical Alliance, Inc., Carolinas Hospital System Florence, Community Health Systems, Inc.

CARTERSVILLE MEDICAL CENTER, LLC, Cartersville Medical Center, Hospital Corporation of America (HCA)

Carthage Hospital, LLC, UT Health Carthage, Ardent Health Services

Castleview Hospital, LLC, Castleview Hospital, LifePoint Health

CENTERPOINT MEDICAL CENTER OF INDEPENDENCE, LLC, Center Point Medical Center, Hospital Corporation of America (HCA)

Central Florida Regional Hospital, Inc., Central Florida Regional Hospital, Hospital Corporation of America (HCA)

CENTRAL TENNESSEE HOSPITAL CORPORATION, TriStar Horizon Medical Center, Hospital Corporation of America (HCA)

CGH Hospital, Ltd., Coral Gables Hospital, Tenet Healthcare Corporation

Charleston Area Medical Center, Inc., CAMC General Hospital and affiliates, Charleston Area Medical Center (CAMC) Health System

Charleston Hospital, Inc., Saint Francis Hospital

CHCA BAYSHORE, L.P., HCA Houston Healthcare Southeast, Hospital Corporation of America (HCA)

CHCA CLEAR LAKE, L.P., HCA Houston Healthcare Mainland and Clear Lake, Hospital Corporation of America (HCA)

CHCA CONROE, L.P., HCA Houston Healthcare Conroe, Hospital Corporation of America (HCA)

CHCA Pearland, L.P., HCA Houston Healthcare Pearland, Hospital Corporation of America (HCA)

CHCA WEST HOUSTON, L.P., HCA Houston Healthcare West, The Women's Hospital of Texas, Hospital Corporation of America (HCA)

CHIPPENHAM & JOHNSTON- WILLIS HOSPITALS, INC., Chippenham Hospital, Hospital Corporation of America (HCA)

Citrus Memorial Hospital, Inc., Citrus Memorial Hospital, Hospital Corporation of America (HCA)

Clinch Valley Medical Center, Inc., Clinch Valley Health, LifePoint Health

Coastal Carolina Medical Center, Inc., Coastal Carolina Hospital, Tenet Healthcare Corporation

COLISEUM MEDICAL CENTER, LLC, Coliseum Medical Centers, Hospital Corporation of America (HCA)

Columbia Capital Medical Center Limited Partnership, Capital Medical Center, LifePoint Health

COLUMBIA HOSPITAL AT MEDICAL CITY DALLAS SUBSIDIARY, L.P., Medical City Dallas, Medical City Children's Hospital, Hospital Corporation of America (HCA)

COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD, Westside Regional Medical Center, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL CENTER OF ARLINGTON SUBSIDIARY, L.P., Medical City Arlington, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL CENTER OF DENTON SUBSIDIARY, L.P., Medical City Denton, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL CENTER OF LAS COLINAS, INC., Medical City Las Colinas, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL CENTER OF LEWISVILLE SUBSIDIARY, L.P., Medical City Lewisville, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL CENTER OF MCKINNEY SUBSIDIARY, L.P., Medical City McKinney, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL, CENTER OF PLANO, SUBSIDIARY, L.P., Medical City Plano, Medical City Frisco, Hospital Corporation of America (HCA)

COLUMBIA NORTH HILLS HOSPITAL SUBSIDIARY, L.P., Medical City North Hills, Hospital Corporation of America (HCA)

COLUMBIA OGDEN MEDICAL CENTER, INC., Ogden Regional Medical Center, Hospital Corporation of America (HCA)

COLUMBIA PLAZA MEDICAL CENTER OF FORT WORTH SUBSIDIARY, L.P., Medical City Fort Worth, Hospital Corporation of America (HCA)

COLUMBIA RIO GRANDE HEALTHCARE, L.P., Rio Grande Regional Hospital Main Campus, Hospital Corporation of America (HCA)

Columbia Riverside, Inc., Riverside Community Hospital, Hospital Corporation of America (HCA)

COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P., Riverside Community Hospital, Hospital Corporation of America (HCA)

COLUMBIA/ALLEGHANY REGIONAL HOSPITAL INCORPORATED, LewisGale Hospital Alleghany, Hospital Corporation of America (HCA)

COLUMBIA/HCA JOHN RANDOLPH, INC., John Randolph Medical Center, Hospital Corporation of America (HCA)

Community Hospital of Andalusia, LLC, Andalusia Health, LifePoint Health

Cox Barton County Hospital, Cox Barton County Hospital, CoxHealth

Crestwyn Health Group, LLC, Crestwyn Behavioral Health, Baptist Memorial Health Care Corporation

Crockett Hospital, LLC, Southern Tennessee Regional Health System - Lawrenceburg, LifePoint Health

Dallas County Hospital District, Parkland Health & Hospital System

Danville Regional Medical Center, LLC, Sovah Health - Danville, Martinsville, LifePoint Health

Delray Medical Center, Inc., Delray Medical Center, Tenet Healthcare Corporation

6

Desert Regional Medical Center, Inc., Desert Regional Medical Center, Tenet Healthcare Corporation

DLP Central Carolina Medical Center, LLC, Central Carolina Hospital, LifePoint Health

DLP Conemaugh Memorial Medical Center, LLC, Conemaugh Health System, LifePoint Health

DLP Conemaugh Meyersdale Medical Center, LLC, Conemaugh Meyersdale Medical Center, LifePoint Health

DLP Conemaugh Miners Medical Center, LLC, Conemaugh Miners Medical Center, LifePoint Health

DLP Frye Regional Medical Center, LLC, Frye Regional Medical Center, LifePoint Health

DLP Harris Regional Hospital, LLC, Harris Regional Hospital, LifePoint Health

DLP Haywood Regional Medical Center, LLC, Haywood Regional Medical Center, LifePoint Health

DLP Maria Parham Medical Center, LLC, Maria Parham Health, LifePoint Health

DLP Marquette General Hospital, LLC, UP Health System - Marquette, LifePoint Health

DLP Person Memorial Hospital, LLC, Person Memorial Hospital, LifePoint Health

DLP Rutherford Regional Health System, LLC, Rutherford Regional Health System, LifePoint Health

DLP Swain County Hospital, LLC, Swain Community Hospital, LifePoint Health

DLP Twin County Regional Healthcare, LLC, Twin County Regional Healthcare, LifePoint Health

DLP Wilson Medical Center, LLC,Wilson Medical Center, LifePoint Health

DOCTORS HOSPITAL OF AUGUSTA, LLC, Doctors Hospital of Augusta, Hospital Corporation of America (HCA)

Doctors Hospital of Manteca, Inc., Doctors Hospital of Manteca, Tenet Healthcare Corporation

Doctors Medical Center of Modesto, Inc., Doctors Medical Center of Modesto, Emanuel Medical Center, Tenet Healthcare Corporation

Dodge City Healthcare Group, LLC, Western Plains Medical Complex, LifePoint Health

Duplin General Hospital, Inc., Vidant Duplin Hospital, Vidant Health

East Carolina Health, Vidant Roanoke-Chowan Hospital, Vidant Health

East Carolina Health-Beaufort, Inc., Vidant Beaufort Hospital, Vidant Health

East Carolina Health-Bertie, Vidant Bertie Hospital, Vidant Health

East Carolina Health-Chowan, Inc., Vidant Chowan Hospital, Vidant Health

East Carolina Health-Heritage, Inc., Vidant Edgecombe Hospital, Vidant Health

East Cooper Community Hospital, Inc., East Cooper Medical Center, Tenet Healthcare Corporation

Eastern Idaho Health Services, Inc., Eastern Idaho Regional Medical Center, Hospital Corporation of America (HCA)

EASTSIDE MEDICAL CENTER, LLC, Eastside Medical Center, Hospital Corporation of America (HCA)

ENGLEWOOD COMMUNITY HOSPITAL, INC., Englewood Community Hosptial, Hospital Corporation of America (HCA)

Erie County Medical Center (ECMC), Erie County Medical Center (ECMC)

Essent PRMC, L.P., Paris Regional Medical Center, LifePoint Health

Fairview Park, Limited Partnership, Fairview Park Hospital, Hospital Corporation of America (HCA)

Fauquier Medical Center, LLC, Fauquier Health Hospital, LifePoint Health

FAWCETT MEMORIAL HOSPITAL, INC., Fawcett Memorial Hospital, Hospital Corporation of America (HCA)

Flaget Healthcare, Inc., Flaget Memorial Hospital

Fleming Medical Center, LLC, Fleming County Hospital, LifePoint Health

Florida Health Sciences Center, Inc., Tampa General Hospital

FORT WALTON BEACH MEDICAL CENTER, INC., Fort Walton Beach Medical Center, Hospital Corporation of America (HCA)

Fort Worth Surgicare Partners, Ltd., Baylor Surgical Hospital at Fort Worth, Tenet Healthcare Corporation

Fountain Valley Regional Hospital & Medical Center, Fountain Valley Regional Hospital & Medical Center, Tenet Healthcare Corporation

FRANKFORT HOSPITAL, INC., Frankfort Regional Medical Center, Hospital Corporation of America (HCA)

Frisco Medical Center, L.L.P., Baylor Scott & White Medical Center - Frisco, Tenet Healthcare Corporation

GALEN HOSPITAL ALASKA, INC, Alaska Regional Hospital, Hospital Corporation of America (HCA)

GALEN OF FLORIDA, INC., St. Petersburg General Hospital, Hospital Corporation of America (HCA)

GALENCARE, INC., Brandon Regional Hospital, Northside Hospital, Hospital Corporation of America (HCA)

Georgetown Community Hospital, LLC, Georgetown Community Hospital, LifePoint Health

Good Samaritan Hospital, Good Samaritan Hospital, Hospital Corporation of America (HCA)

Good Samaritan Medical Center, Inc., Good Samaritan Medical Center, Tenet Healthcare Corporation

GPCH-GP, INC, Garden Park Medical Center, Hospital Corporation of America (HCA)

Grand Strand Regional Medical Center, LLC, Grand Strand Medical Center, Hospital Corporation of America (HCA)

GREEN OAKS HOSPITAL SUBSIDIARY, L.P., Medical City Green Oaks, Hospital Corporation of America (HCA)

GREENVIEW HOSPITAL, INC., TriStar Greenview Regional Hospital, Hospital Corporation of America (HCA)

Halifax Regional Medical Center, Inc., Vidant North Hospital, Vidant Health

Hartsville, LLC, Carolina Pines Regional Medical Center, LifePoint Health

Havasu Regional Medical Center, LLC, Havasu Regional Medical Center, LifePoint Health

HCA HEALTH SERVICES OF FLORIDA, INC., Blake Medical Center, Oak Hill Hospital, Regional Medical Center Bayonet Point, St. Lucie Medical Center, Hospital Corporation of America (HCA)

HCA HEALTH SERVICES OF NEW HAMPSHIRE, INC., Portsmouth Regional Hospital, Parkland Medical Center, Hospital Corporation of America (HCA)

HCA HEALTH SERVICES OF TENNESSEE, INC., Seven TriStar hospitals (Tennessee), Hospital Corporation of America (HCA)

HCA HEALTH SERVICES OF VIRGINIA, INC., Henrico Doctors' Hospital, Retreat Doctors' Hospital, Hospital Corporation of America (HCA)

HCA-HEALTHONE LLC, Seven hospitals (Denver area), Hospital Corporation of America (HCA)

HDMC Holdings, LLC, Hi-Desert Medical Center, Tenet Healthcare Corporation

Henderson Hospital, LLC, UT Health Henderson, Ardent Health Services

HENDERSONVILLE HOSPITAL CORPORATION, TriStar Hendersonville

8

Medical Center, Hospital Corporation of America (HCA)

Heritage Park Surgical Hospital, LLC, Baylor Scott & White Surgical Hospital at Sherman, Tenet Healthcare Corporation

HH/Killeen Health System, LLC, Seton Medical Center, Ardent Health Services

Hillside Hospital, LLC, Southern Tennessee Regional Health System - Pulaski, LifePoint Health

HILTON HEAD HEALTH SYSTEM, L.P., Hilton Head Hospital, Tenet Healthcare Corporation

Ho Chunk Nation

HOSPITAL CORPORATION OF UTAH, Lakeview Hospital, Hospital Corporation of America (HCA)

Hospital Development of West Phoenix, Inc., Abrazo West Campus, Tenet Healthcare Corporation

Hot Springs National Park Hospital Holdings, LLC, National Park Medical Center, LifePoint Health

Houston - PPH, LLC, HCA Houston Healthcare Medical Center, Hospital Corporation of America (HCA)

Houston Northwest Operating Company, L.L.C., HCA Houston Healthcare Northwest, Hospital Corporation of America (HCA)

HTI MEMORIAL HOSPITAL CORPORATION, TriStar Skyline Medical Center and Madison Campus, Hospital Corporation of America (HCA)

Hughston Hospital, Inc., Piedmont Columbus Regional - Northside

Irving-Coppell Surgical Hospital, L.L.P., Baylor Surgical Hospital at Los Colinas, Tenet Healthcare Corporation

Jacksonville Hospital, LLC, UT Health Jacksonville, Ardent Health Services

KENDALL HEALTHCARE GROUP, LTD., Kendall Regional Medical Center, Hospital Corporation of America (HCA)

Kentucky Hospital, LLC, Clark Regional Medical Center, LifePoint Health

KPH-CONSOLIDATION, INC., HCA Houston Healthcare North Cypress, Kingwood, Hospital Corporation of America (HCA)

Lac Courte Oreilles Band of Lake Superior

Lake Cumberland Regional Hospital, LLC, Lake Cumberland Regional Hospital, LifePoint Health

Lakeland Community Hospital, Inc., Lakeland Community Hospital, Java Medical Group

LAKEVIEW MEDICAL CENTER, LLC, Lakeview Regional Medical Center, Hospital Corporation of America (HCA)

LARGO MEDICAL CENTER, INC., Largo Medical Center, Hospital Corporation of America (HCA)

LAWNWOOD MEDICAL CENTER, INC., Lawnwood Regional Medical Center, Hospital Corporation of America (HCA)

Lester E. Cox Medical Centers, Cox Medical Center South and affiliated hospitals, CoxHealth

LEWIS-GALE MEDICAL CENTER, LLC, LewisGale Medical Center, Hospital Corporation of America (HCA)

Livingston Regional Hospital, LLC, Livingston Regional Hospital, LifePoint Health

Logan General Hospital, LLC, Logan Regional Medical Center, LifePoint Health

Logan Memorial Hospital, LLC, Logan Memorial Hospital, LifePoint Health

LONE PEAK HOSPITAL, INC., Lone Peak Hospital, Hospital Corporation of America (HCA)

LOS ROBLES REGIONAL MEDICAL CENTER, Los Robles Hospital & Medical Center, Hospital Corporation of America (HCA)

Lourdes Hospital, LLC, Lourdes Health, LifePoint Health

Lovelace Health System, Inc., Lovelace Health System, Ardent Health Services

Macon Northside Hospital, LLC, Coliseum Northside Hospital, Hospital Corporation of America (HCA)

MARION COMMUNITY HOSPITAL, INC., Ocala Regional Medical Center, West Marion Community Hospital, Hospital Corporation of America (HCA)

Meadowview Regional Medical Center, LLC, Meadowview Regional Medical Center, LifePoint Health

MEMORIAL HEALTHCARE GROUP, INC., Memorial Hospital Jacksonville, Hospital Corporation of America (HCA)

Mercy Hospital, Northern Light Mercy Hospital, Hospital Corporation of America (HCA)

Methodist Healthcare System of San Antonio, Ltd., L.L.P., Methodist Hospital (San Antonio) and afiliates, Hospital Corporation of America (HCA)

Mexia Principal Healthcare Limited Partnership, Parkview Regional Hospital, LifePoint Health

MH ANGEL MEDICAL CENTER, LLLP, Angel Medical Center, Hospital Corporation of America (HCA)

MH BLUE RIDGE MEDICAL CENTER, LLLP, Blue Ridge Regional Hospital, Hospital Corporation of America (HCA)

MH HIGHLANDS-CASHIERS MEDICAL CENTER, LLLP, Highlands-Cashiers Hospital, Hospital Corporation of America (HCA)

MH MISSION HOSPITAL MCDOWELL, LLLP, Mission Hospital McDowell, Hospital Corporation of America (HCA)

MH MISSION HOSPITAL, LLLP, Mission Hospital, Hospital Corporation of America (HCA)

MH TRANSYLVANIA REGIONAL HOSPITAL, LLLP, Transylvania Regional Hospital, Hospital Corporation of America (HCA)

MIAMI BEACH HEALTHCARE GROUP, LTD, Aventura Hospital and Medical Center, Hospital Corporation of America (HCA)

Midwest Division - LRHC, LLC, Lafayette Regional Health Center, Hospital Corporation of America (HCA)

MIDWEST DIVISION - LSH, LLC, Lee's Summit Medical Center, Hospital Corporation of America (HCA)

MIDWEST DIVISION - RMC, LLC, Research Medical Center, Hospital Corporation of America (HCA)

Midwest Division-MMC, LLC, Menorah Medical Center, Hospital Corporation of America (HCA)

Midwest Division-OPRMC, LLC, Overland Park Regional Medical Center, Hospital Corporation of America (HCA)

Midwest Division-RBH, LLC, Belton Regional Medical Center, Hospital Corporation of America (HCA)

Mississippi Baptist Medical Center, Inc., Baptist Memorial Hospital - MS Baptist Medical Center, Baptist Memorial Health Care Corporation

Montclair Hospital, LLC, Mountainside Medical Center, Ardent Health Services

MONTGOMERY REGIONAL HOSPITAL, INC., LewisGale Hospital Montgomery, Hospital Corporation of America (HCA)

Morton Plant Hospital Association, Inc., Morton Plant Hospital/Morton Plant North Bay Hospital, BayCare

MOUNTAIN VIEW HOSPITAL, INC., Mountain View Hospital - Payson, Hospital Corporation of America (HCA)

Nason Medical Center, LLC, Conemaugh Nason Medical Center, LifePoint Health

NEW PORT RICHEY HOSPITAL, INC., Medical Center of Trinity, Hospital Corporation of America (HCA)

NORTH FLORIDA REGIONAL MEDICAL CENTER, INC., North Florida Regional Medical Center, Hospital Corporation of America (HCA)

North Houston - TRMC, LLC, HCA Houston Healthcare Tomball, Hospital Corporation of America (HCA)

North Texas - MCA, LLC, Medical City Alliance, Hospital Corporation of America (HCA)

NORTHERN UTAH HEALTHCARE CORPORATION, St. Mark's Hospital, Hospital Corporation of America (HCA)

Northern Virginia Community Hospital, LLC, StoneSprings Hospital Center, Hospital Corporation of America (HCA)

NOTAMI HOSPITALS OF FLORIDA, INC., Lake City Medical Center, Hospital Corporation of America (HCA)

OKALOOSA HOSPITAL, INC., Twin Cities Hospital, Hospital Corporation of America (HCA)

OKEECHOBEE HOSPITAL, INC., Raulerson Hospital, Hospital Corporation of America (HCA)

ORANGE PARK MEDICAL CENTER, INC., Orange Park Medical Center, Hospital Corporation of America (HCA)

OSCEOLA REGIONAL HOSPITAL, INC., Osceola Regional Medical Center, Hospital Corporation of America (HCA)

OVIEDO MEDICAL CENTER, LLC, Oviedo Medical Center, Hospital Corporation of America (HCA)

Palestine Principal Healthcare Limited Partnership, Palestine Regional Medical Center, LifePoint Health

PALMS WEST HOSPITAL LIMITED PARTNERSHIP, Palms West Hospital, Hospital Corporation of America (HCA)

PARKRIDGE MEDICAL CENTER, INC., Parkridge Medical Center and affiliates, Hospital Corporation of America (HCA)

Pascack Valley Hospital, LLC, Pascack Valley Medical Center, Ardent Health Services

PHC-Cleveland, Inc., Bolivar Medical Center, LifePoint Health

PHC-Elko, Inc., Northeastern Nevada Regional Hospital, LifePoint Health

PHC-Fort Mohave, Inc., Valley View Medical Center, LifePoint Health

PHC-Fort Morgan, Inc., Colorado Plains Medical Center, LifePoint Health

PHC-Las Cruces, Inc., Memorial Medical Center, LifePoint Health

PHC-Los Alamos, Inc., Los Alamos Medical Center, LifePoint Health

Physicians Surgical Hospitals, LLC, Panhandle Surgical Hospital, Quail Creek Surgical Hospital, Ardent Health Services

PineLake Regional Hospital, LLC, Jackson Purchase Medical Center, LifePoint Health

Pitt County Memorial Hospital, Incorporated, Vidant Medical Center, James and Connie Maynard Children's Hospital, Vidant Health

Pittsburg Hospital, LLC, UT Health Pittsburg, Ardent Health Services

PLANTATION GENERAL HOSPITAL, L.P., Plantation General Hospital, Mercy Hospital-Miami, Hospital Corporation of America (HCA)

Pocatello Hospital, LLC, Portneuf Medical Center, Ardent Health Services

POINCIANA MEDICAL CENTER, INC., Poinciana Medical Center, Hospital Corporation of America (HCA)

Portage Hospital, LLC, UP Health System - Portage, LifePoint Health

PRHC-Ennis, L.P., Ennis Regional Medical Center, LifePoint Health

Providence Hospital, LLC, Providence Health, Providence Health Northeast, LifePoint Health

PULASKI COMMUNITY HOSPITAL, INC., LewisGale Hospital Pulaski, Hospital Corporation of America (HCA)

PUTNAM COMMUNITY MEDICAL CENTER OF NORTH FLORIDA, LLC, Putnam Community Medical Center, Hospital Corporation of America (HCA)

Quitman Hospital, LLC, UT Health Quitman, Ardent Health Services

Raleigh General Hospital, LLC, Raleigh General Hospital, LifePoint Health

RAPIDES HEALTHCARE SYSTEM, L.L.C., Rapides Regional Medical Center, Hospital Corporation of America (HCA)

RCCH Trios Health, LLC, Trios Health Southridge Hospital, LifePoint Health

RCHP Billings-Missoula, LLC, Community Medical Center, LifePoint Health

RCHP-Florence, LLC, North Alabama Medical Center, LifePoint Health

RCHP-Ottumwa, LLC, Ottumwa Regional Health Center, LifePoint Health

RCHP-Sierra Vista, Inc., Canyon Vista Medical Center, LifePoint Health

RCHP-Wilmington, LLC, Clinton Memorial Hospital, LifePoint Health

Redmond Park Hospital, LLC, Redmond Regional Medical Center, Hospital Corporation of America (HCA)

Rehabilitation Hospital, LLC, UT Health North Campus Tyler, Ardent Health Services

RESTON HOSPITAL CENTER, LLC, Reston Hospital Center, Hospital Corporation of America (HCA)

RHN Clark Memorial Hospital, LLC, Clark Memorial Health, LifePoint Health

RHN Scott Memorial Hospital, LLC, Scott Memorial Health, LifePoint Health

Riverton Memorial Hospital, LLC, SageWest Health Care, LifePoint Health

Riverview Medical Center, LLC, Riverview Regional Medical Center, LifePoint Health

Rush Health Systems, Inc.

Russellville Holdings, LLC, Saint Mary's Regional, LifePoint Health

Saint Francis Healthcare System, Saint Francis Medical Center

Saline Hospital, LLC, Saline Memorial Hospital, LifePoint Health

San Jose Medical Center, LLC, Regional Medical Center of San Jose, Hospital Corporation of America (HCA)

Sanford Bismarck, Sanford Medical Center, Sanford Health

Sanford Health Network North, Sanford Thief River Falls Medical Center, Sanford

Wheaton, Sanford Medical Center Hillsboro, Sanford Medical Center Mayville, Sanford Health

Sanford Health Network, Several locations of Sanford Health in Iowa, Minnesota, and South Dakota, Sanford Health

Sanford Health of Northern Minnesota, Sanford Bemidji, Sanford Bagley Medical Center, Sanford Health

Sanford Medical Center Fargo, Sanford Medical Center Fargo, Sanford South University, Sanford Broadway Medical, Sanford Health

Sanford Medical Center,Sanford USD Medical Center - Gnl Acute Care Hosp, Sanford Health

SARASOTA DOCTORS HOSPITAL, INC., Doctors Hospital of Sarasota, Hospital Corporation of America (HCA)

Savannah Health Services, LLC, Memorial Health University Medical Center, Hospital Corporation of America (HCA)

Siouxland Surgery Center Limited Liability Partnership, Dunes Surgical Hospital, Tenet Healthcare Corporation

Skaggs Community Hospital Assn., Cox Medical Center Branson, CoxHealth

Southeast Georgia Health Services, LLC, Memorial Satilla Health, Hospital Corporation of America (HCA)

Southern Hills Medical Center, LLC, Southern Hills Hospital & Medical Center, Hospital Corporation of America (HCA)

Southern Tennessee Medical Center, LLC – Southern Tennessee Regional Health System - Sewanee, Southern Tennessee - Sewanee, LifePoint Health

Southern Tennessee Medical Center, LLC – Southern Tennessee Regional Health System - Winchester, Southern Tennessee Regional Health System, LifePoint Health

Southwest Ambulatory Surgery Center, L.L.C., Oklahoma Center for Orthopaedic & Multi-Specialty Surgery, Tenet Healthcare Corporation

12

Southwestern Medical Center, LLC, Southwestern Medical Center, LifePoint Health

SPALDING REHABILITATION L.L.C., Spalding Rehabilitation Hospital, Hospital Corporation of America (HCA)

Specialty Hospital, LLC, UT Health East Texas, Ardent Health Services

Spotsylvania Medical Center, Inc., Spotsylvania Regional Medical Center, Hospital Corporation of America (HCA)

Spring View Hospital, LLC, Spring View Hospital, LifePoint Health

St. Anthony's Hospital, Inc., St. Anthony's Hospital, BayCare

St. David's Healthcare Partnership, L.P., LLP, St. David's Medical Center and affiliates, Hospital Corporation of America (HCA)

St. Francis Health, LLC, St. Francis - Emory Healthcare, LifePoint Health

Sumner Regional Medical Center, LLC, Sumner Regional Medical Center, LifePoint Health

SUN CITY HOSPITAL, INC., South Bay Hospital, Hospital Corporation of America (HCA)

Sunrise Hospital and Medical Center, LLC, Sunrise Hospital & Medical Center, Sunrise Children's Hospital, Hospital Corporation of America (HCA)

Sunrise MountainView Hospital, Inc., MountainView Hospital, Hospital Corporation of America (HCA)

TALLAHASSEE MEDICAL CENTER, INC., Capital Regional Medical Center, Hospital Corporation of America (HCA)

Tarrant County Hospital District, Texas

TERRE HAUTE REGIONAL HOSPITAL, L.P., Terre Haute Regional Hospital, Hospital Corporation of America (HCA)

TIMPANOGOS REGIONAL MEDICAL SERVICES, INC., Timpanogos Regional Hospital, Hospital Corporation of America (HCA)

Topeka Hospital, LLC, University of Kansas Health System St. Francis Campus, Ardent Health Services

Trident Medical Center, LLC, Trident Medical Center, Moncks Corner Medical Center, Summerville Medical Center, Hospital Corporation of America (HCA)

Trousdale Medical Center, LLC, Trousdale Medical Center, LifePoint Health

Trustees of Mease Hospital, Inc, Mease Countryside Hospital/Mease Dunedin Hospital, BayCare

Tulsa Spine and Specialty Hospital, LLC, Tulsa Spine & Specialty Hospital, Ardent Health Services

Tyler Regional Hospital, LLC, UT Health Tyler, Ardent Health Services

UNIVERSITY HEALTHCARE SYSTEM L.C., Tulane Medical Center, Hospital Corporation of America (HCA)

UNIVERSITY HEALTHCARE SYSTEM, L.C., Tulane Lakeside Hospital, Hospital Corporation of America (HCA)

UNIVERSITY HOSPITAL, LTD., University Hospital & Medical Center, Hospital Corporation of America (HCA)

Vaughan Regional Medical Center, LLC, Vaughan Regional Medical Center, LifePoint Health

VHS of Illinois, Inc., Macneal Hospital

VHS San Antonio Partners, LLC, Baptist Medical Center (San Antonio, TX) and four affiliated hospitals, Tenet Healthcare Corporation

VIRGINIA PSYCHIATRIC COMPANY, INC., Dominion Hospital, Hospital Corporation of America (HCA)

Walterboro Community Hospital, Inc., Colleton Medical Center, Hospital Corporation of America (HCA)

Watertown Medical Center, LLC, Watertown Regional Medical Center, LifePoint Health

Weatherford Health Services, LLC, Medical City Weatherford, Hospital Corporation of America (HCA)

Wesley Medical Center, LLC, Wesley Medical Center, Wesley Children's Hospital, Wesley Woodlawn Hospital, Hospital Corporation of America (HCA)

WEST FLORIDA - MHT, LLC, Memorial Hospital of Tampa and Tampa Community Hospital, Hospital Corporation of America (HCA)

WEST FLORIDA - PPH, LLC, Palms of Pasadena, Hospital Corporation of America (HCA)

WEST FLORIDA REGIONAL MEDICAL CENTER, INC., West Florida Hospital, Hospital Corporation of America (HCA)

WEST HILLS HOSPITAL, West Hills Hospital & Medical Center, Hospital Corporation of America (HCA)

WEST VALLEY MEDICAL CENTER, INC., West Valley Medical Center, Hospital Corporation of America (HCA)

Willamette Valley Medical Center, LLC, Willamette Valley Medical Center, LifePoint Health

Winter Haven Hospital, Inc, Winter Haven Hospital, BayCare

Woodford Hospital, LLC, Bluegrass Community Hospital, LifePoint Health

Wythe County Community Hospital, LLC, Wythe County Community Hospital, LifePoint Health

*Akin Gump has represented in the past the following entities and/or certain related parties of such entities on matters wholly unrelated to the Debtors' chapter 11 cases:*

Allegiance Health Center of Ruston, LLC, Allegiance Health Centers of Monroe, Ruston, Allegiance Hospitals

Allegiance Hospital of Many, LLC, Sabine Medical Center, Allegiance Hospitals

Allegiance Hospital of North Little Rock, LLC, Allegiance Health Management - North Metro Medical Center

Anna Hospital Corporation, Union County Hospital, Quorum (OHCCS LLC)

Bad River Band of Lake Superior Tribe of Chippewa Indians/Bad River Health & WellnessCenter

Bayfront HMA Medical Center, LLC, Bayfront Health - St. Petersburg, Community Health Systems, Inc.

Bienville Medical Center, Inc., Bienville Medical Center, Allegiance Hospitals

Big Bend Hospital Corporation, Big Bend Regional Medical Center, Quorum (QHCCS, LLC)

Big Sandy Rancheria of Mono Indians Big Valley Band of Pomo Indians

Blount Memorial Hospital, Incorporated, Blount Memorial Hospital

Blue Ridge Georgia Hospital Company, LLC, Fannin Regional Hospital

Boone County, Arkansas*

Brandon HMA, LLC, Merit Health Rankin, Community Health Systems, Inc.

Cape Canaveral Hospital, Inc., Cape Canaveral Hospital, Health First, Inc.

Chester HMA, LLC, Chester Regional Medical Center, Community Health Systems, Inc.

Citrus HMA, LLC, Seven Rivers Regional Medical Center, Community Health Systems, Inc.

Clarksdale HMA, LLC, Northwest MS Medical Center, Community Health Systems, Inc.

Clarksville Health System, G.P., Tennova Healthcare - Clarksville, Community Health Systems, Inc.

Cleveland Tennessee Hospital Company, LLC, Tennova Healthcare - Cleveland, Community Health Systems, Inc.

CLHG-Acadian, LLC, Acadian Medical Center, a Campus of Mercy Regional Medical Center, Allegiance Hospitals

CLHG-Avoyelles, LLC, Avoyelles Hospital, Allegiance Hospitals

CLHG-DeQuincy, LLC, DeQuincy Memorial Hospital, Inc., Allegiance Hospitals

CLHG-Leesville, LLC, Byrd Regional Hospital, Allegiance Hospitals

CLHG-Minden, LLC, Minden Medical Center, Allegiance Hospitals

CLHG-Oakdale, LLC, Oakdale Community Hospital, Allegiance Hospitals

CLHG-Ville Platte, LLC, Mercy Regional Medical Center, Allegiance Hospitals

CLHG-Winn, LLC, Winn Parish Medical Center, Allegiance Hospitals

CLINTON HMA, LLC, AllianceHealth Clinton, Community Health Systems, Inc.

Community Health Association, Jackson General Hospital

Cornerstone Regional Hospital, LP, Cornerstone Regional Medical Center, UHS of Delaware, Inc.

Crestview Hospital Corporation, North Okaloosa Medical Center, Community Health Systems, Inc.

Crestwood Healthcare, L.P., Crestwood Medical Center, Community Health Systems, Inc.

Dardanelle Community Hospital, LLC, Dardanelle Regional Medical Center; Allegiance Health Management - River Valley Medical Center

Davis Memorial Hospital, Davis Memorial Hospital, Davis Health System, Inc.

Deaconess Health System, LLC, AllianceHealth Deaconess

Delta Regional Medical Center, Delta Regional Medical Center

Deming Hosptial Corporation, Mimbres Memorial Hospital, Quorum (QHCCS, LLC)

DESERT SPRINGS HOSPITAL, INC., Desert Springs Hospital Medical Center, Universal Health Services, Inc. (UHS)

District Hospital Partners, L.P., George Washington University Hospital, Universal Health Services, Inc. (UHS)

Dukes Health System, LLC, Dukes Memorial Hospital, Community Health Systems, Inc.

DURANT H.M.A., LLC, AllianceHealth Durant, Community Health Systems, Inc.

DVH Hospital Alliance, LLC, Desert View Hospital, UHS of Delaware, Inc.

East Baton Rouge Medical Center, Ochsner Medical Center – Baton Rouge, LA

EAST GEORGIA REGIONAL MEDICAL CENTER, LLC, East Georgia Regional Medical Center, Community Health Systems, Inc.

EMPORIA HOSPITAL CORPORATION, Southern Virginia Regional Medical Center, Community Health Systems, Inc.

Evanston Hospital Corporation, Evanston Regional Hospital, Quorum (QHCCS, LLC)

Fallon Paiute-Shoshone Tribe

Fayette Community Hospital, Inc., Piedmont Fayette Hospital

Fayetteville Arkansas Hospital Company, LLC, Northwest Health Physicians' Specialty Hospital, Community Health Systems, Inc.

Foley Hospital Corporation, South Baldwin Regional Medical Center, Community Health Systems, Inc.

Forrest City Arkansas Hospital Company, LLC, Forrest City Medical Center, Quorum (QHCCS, LLC)

Fort Duncan Medical Center, L.P., Fort Duncan Regional Medical Center, UHS of Delaware, Inc.

Fort Payne Hospital Corporation, Dekalb Regional Medical Center, Quorum (QHCCS, LLC)

Franklin Hospital Corporation, Southampton Memorial Hospital, Community Health Systems, Inc.

Gadsden Regional Medical Center, LLC,
Gadsden Regional Medical Center,
Community Health Systems, Inc.

Gaffney HMA, LLC, Mary Black Health
System - Gaffney

Galesburg Hospital Corporation, Galesburg
Cottage Hospital, Quorum (QHCCS, LLC)

Granbury Hospital Corporation, Lake
Granbury Medical Center, Community
Health Systems, Inc.

Granite City Illinois Hospital Company,
LLC, Gateway Regional Medical Center,
Quorum (QHCCS, LLC)

Haines City HMA, LLC, Heart of Florida
Regional Medical Center, Community
Health Systems, Inc.

HEALTH FIRST MEDICAL GROUP, LLC,
Health First Medical Group

Hernando HMA, LLC, Bayfront Health -
Brooksville, Bayfront Health - Spring Hill,
Community Health Systems, Inc.

Holmes Regional Medical Center, Inc.,
Holmes Regional Medical Center, Health
First, Inc.

Hospital of Barstow, Inc., Barstow
Community Hospital, Quorum (QHCCS,
LLC)

Hospital of Louisa, Inc., Three Rivers
Medical Center, Quorum (QHCCS, LLC)

Houston Independent School District, Texas

Infirmary Health Hospitals, Inc., Mobile
Infirmary and Affiliates

Jackson HMA, LLC, Merit Health Central,
Community Health Systems, Inc.

Jackson Hospital Corporation, Kentucky
River Medical Center, Quorum (QHCCS,
LLC)

KAY COUNTY OKLAHOMA HOSPITAL
COMPANY, LLC, AllianceHealth Ponca
City, Community Health Systems, Inc.

Knox Hospital Company, LLC, Starke
Hospital, Community Health Systems, Inc.

Lancaster Hospital Corporation (CA),
Palmdale Regional Medical Center, UHS
of Delaware, Inc.

Lancaster Hospital Corporation (DE),
MUSC Health Lancaster Medical Center,
Community Health Systems, Inc.

Laredo Regional Medical Center, LP,
Doctors Hospital of Laredo, UHS of
Delaware, Inc.

Las Cruces Medical Center, LLC, Mountain
View Regional Medical Center,
Community Health Systems, Inc.

Marion Hospital Corporation, Heartland
Regional Medical Center, Quorum
(QHCCS, LLC)

McAllen Hospitals, L.P., South Texas Health
System -- Children's, Edinburg, McAllen
Heart, and McAllen hospitals, UHS of
Delaware, Inc.

McKenzie Williamette Regional Medical
Center Associates, LLC, McKenzie-
Williamette Medical Center, Quorum
(QHCCS, LLC)

Midwest Regional Medical Center, Inc.,
AllianceHealth Midwest, Community
Health Systems, Inc.

MMC of Nevada, LLC, Mesa View
Regional Hospital, Quorum (QHCCS,
LLC)

Mooresville Hospital, Management
Associates, LLC, Lake Norman Regional
Medical Center, Community Health
Systems, Inc.

Narragansett Tribe

National Healthcare of Mt. Vernon, Inc.,
Crossroads Community Hospital, Quorum
(QHCCS, LLC)

Northwest Texas Healthcare System, Inc.,
Northwest Texas Healthcare System, UHS
of Delaware, Inc.

Ochsner Baptist Medical Center, LLC,
Ochsner Baptist Medical Center and
Ochsner Baptist Women's Pavilion,
Ochsner Health

Ochsner Clinic Foundation, Ochsner
Medical Center – Main Campus, Ochsner
Hospital for Children, Ochsner Hospital
for Orthopedics & Sports Medicine,
Ochsner Health

16

Ochsner LSU Health Monroe, Ochsner LSU Health Shreveport - Monroe Medical Center, Monroe LA, Ochsner Health

Ochsner LSU Health Shreveport, Ochsner LSU Health Shreveport - Academic Medical Center, Shreveport, LA, Ochsner Health

Ochsner Medical Center – Hancock, LLC, Ochsner Medical Center – Hancock, Ochsner Health

Ochsner Medical Center - Kenner, LLC, Ochsner Medical Center - Kenner, LA, Ochsner Medical Complex -- River Parishes, Ochsner Health

Ochsner Medical Center - Northshore, LLC, Ochsner Medical Center - Northshore, Slidell, LA, Ochsner Health

Ochsner Medical Center - Westbank, LLC, Ochsner Medical Center - West Bank Campus, Gretna, LA, Ochsner Health

Ochsner Medical Center Baton Rouge, Ochsner Medical Center – Baton Rouge, LA, Ochsner Health

Osceolasc LLC, St. Cloud Regional Medical Center, Community Health Systems, Inc.

Paintsville Hospital Company, LLC, Paul B. Hall Regional Medical Center, Quorum (QHCCS, LLC)

Palm Bay Hospital, Inc., Palm Bay Hospital, Health First, Inc.

Phillips Hospital Company, LLC, Helena Regional Medical Center, Quorum (QHCCS, LLC)

Piedmont Athens Regional Medical Center, Inc., Piedmont Athens Regional Medical Center

Piedmont Henry Hospital, Inc., Piedmont Henry

Piedmont Hospital, Inc.

Piedmont Mountainside Hospital, Inc., Piedmont Mountainside

Piedmont Newnan Hospital, Inc., Piedmont Newnan

Piedmont Newton Hospital, Inc., Piedmont Newton

Piedmont Rockdale Hospital, Inc., Piedmont Rockdale

Piedmont Walton Hospital, Inc., Piedmont Walton

Red Bud Illinois Hospital Company, LLC, Red Bud Regional Hospital, Quorum (QHCCS, LLC)

Richardson Independent School District, Texas

ROH, LLC, Merit Health Woman's Hospital, Community Health Systems, Inc.

Roswell Hospital Corporation, Eastern New Mexico Medical Center, Community Health Systems, Inc.

San Miguel Hospital Corporation, Alta Vista Regional Hospital, Quorum (QHCCS, LLC)

Scotts Valley Band of Pomo Indians

Shelby County Healthcare Corporation, Regional Medical Center, Regional One Health

Sparks Family Hospital, Inc., Northern Nevada Medical Center, UHS of Delaware, Inc.

Temecula Valley Hospital, Inc., Temecula Valley Hospital, UHS of Delaware, Inc.

The Medical Center, Inc., Piedmont Columbus Regional - Midtown

The Orthopedic Hospital at Parkview North, LLC, The Orthopedic Hospital, Community Health Systems, Inc.

The Osage Nation, Oklahoma

Tooele Hospital Corporation, Mountain West Medical Center, Quorum (QHCCS, LLC)

UAB Health System, UAB Hospital

UHS of Oklahoma, LLC, St. Mary's Regional Medical Center, UHS of Delaware, Inc.

UHS of Texoma, Inc., Texoma Medical Center, UHS of Delaware, Inc.

UHS-Corona, Inc., Corona Regional Medical Center, UHS of Delaware, Inc.

Universal Health Services of Rancho Springs, Inc, Southwest Healthcare System

17

– Rancho Springs Medical Center Campus, UHS of Delaware, Inc.

Universal Health Services of Rancho Springs, Inc., Southwest Healthcare System – Inland Valley Medical Center Campus, UHS of Delaware, Inc.

University Health System, Inc., University of Tennessee Medical Center

Viera Hospital, Inc., Viera Hospital, Health First, Inc.

Wampanoag Tribe of Gay Head (Aquinnah)

Waukegan Illinois Hospital Company, LLC, Vista Medical Center East, Quorum (QHCCS, LLC)

Wellington Regional Medical Center, LLC, Wellington Regional Medical Center, UHS of Delaware, Inc.

Wilkes Barre Behavioral Hospital Company LLC, First Hospital, Community Health Systems, Inc.

Williamson Memorial Hospital, LLC, Williamson Memorial Hospital

Williamston Hospital Corporation, Martin General Hospital, Quorum (QHCCS, LLC)

Wyoming Valley Care Systems, Inc., Wilkes-Barre General Hospital, Community Health Systems, Inc.

**Notice of Appearance Parties, as of April 12, 2021**

*Akin Gump has represented in the past the following entity and/or certain related parties of such entity on matters wholly unrelated to the Debtors' chapter 11 cases:*

Dow Jones & Company, Inc.

**Claim Transferees, as of April 12, 2021**

*Akin Gump has represented in the past the following entity and/or certain related parties of such entity on matters wholly unrelated to the Debtors' chapter 11 cases:*

ASM Capital X LLC

CRG Financial LLC

## SCHEDULE 3

**Schedule of Searched Parties and/or Certain Related Parties that are Currently, or Have in the Past Been, Adverse to Clients of Akin Gump**

Acquisition Bell Hospital, LLC, UP Health System - Bell, LifePoint Health

Actavis Elizabeth LLC

Actavis Kadian LLC

Actavis Laboratories FL, Inc.

Actavis Laboratories NY, Inc.

Actavis Laboratories UT, Inc.

Actavis LLC

Actavis Mid Atlantic LLC

Actavis Pharma, Inc.

Actavis PLC

Actavis South Atlantic LLC

Actavis Totowa LLC

Actavis, Inc.

AHS Claremore Regional Hospital, LLC, Hillcrest Hospital Claremore, Ardent Health Services

AHS Cushing Hospital, LLC, Hillcrest Hospital Cushing, Ardent Health Services

AHS Henryetta Hospital, LLC, Hillcrest Hospital Henryetta, Ardent Health Services

AHS Hillcrest Medical Center, LLC, Hillcrest Medical Center, Ardent Health Services

AHS Pryor Hospital, LLC, Hillcrest Hospital Pryor, Ardent Health Service

AHS Southcrest Hospital, LLC, Hillcrest Hospital South, Ardent Health Services

Allergan Finance LLC

Allergan PLC

Allergan Sales, LLC

Allergan USA, Inc.

Anna Hospital Corporation, Union County Hospital, Quorum (OHCCS LLC)

Ashley Valley Medical Center, LLC, Ashley Regional Medical Center, LifePoint Health

Athens Hospital, LLC, UT Health Athens, Ardent Health Services

Athens Regional Medical Center, LLC, Starr Regional Medical Center, LifePoint Health

Bailey Medical Center, LLC, Bailey Medical Center, Ardent Health Services

Bank of Oklahoma

Bartow Regional Medical Center, Inc., Bartow Regional Medical Center, BayCare

Battle Mountain Band of Te-Moak Tribe of Western Shoshone Indians

Bay Area Healthcare Group, Inc., Corpus Christi Medical Center group of hospitals, Hospital Corporation of America (HCA)

BAY HOSPITAL, INC., Gulf Coast Regional Medical Center, Hospital Corporation of America (HCA)

BayCare Alliant Hospital, Inc., BayCare Alliant Hospital, BayCare

BBH BMC, LLC, Brookwood Baptist Medical Center, Tenet Healthcare Corporation

BBH CBMC, LLC, Citizens Baptist Medical Center, Tenet Healthcare Corporation

BBH PBMC, LLC, Princeton Baptist Medical Center, Tenet Healthcare Corporation

BBH SBMC, LLC, Shelby Baptist Medical Center, Tenet Healthcare Corporation

BBH WBMC, LLC, Walker Baptist Medical Center, Tenet Healthcare Corporation

Big Bend Hospital Corporation, Big Bend Regional Medical Center, Quorum (QHCCS, LLC)

Big Sandy Rancheria of Mono Indians Big Valley Band of Pomo Indians

Boston Globe Media Partners, LLC

BR HOLDINGS ASSOCIATES INC., A NEW YORK CORPORATION

BR HOLDINGS ASSOCIATES L.P., A DELAWARE LIMITED PARTNERSHIP

Braxton County Memorial Hospital, Inc.,Braxton County Memorial Hospital,

West Virginia University Health System (WVU)

BRIGHAM CITY COMMUNITY HOSPITAL, INC., Brigham City Community Hospital, Hospital Corporation of America (HCA)

BSA Hospital, LLC, BSA Health System, Ardent Health Services

Cache Valley Specialty Hospital, LLC, Cache Valley Hospital, Hospital Corporation of America (HCA)

CAREPARTNERS REHABILITATION HOSPITAL, LLLP, CarePartners Rehabilitation Hospital, Hospital Corporation of America (HCA)

Carolinas Medical Alliance, Inc., Carolinas Hospital System Florence, Community Health Systems, Inc.

CARTERSVILLE MEDICAL CENTER, LLC, Cartersville Medical Center, Hospital Corporation of America (HCA)

Carthage Hospital, LLC, UT Health Carthage, Ardent Health Services

Castleview Hospital, LLC, Castleview Hospital, LifePoint Health

CENTERPOINT MEDICAL CENTER OF INDEPENDENCE, LLC, Center Point Medical Center, Hospital Corporation of America (HCA)

Central Florida Regional Hospital, Inc., Central Florida Regional Hospital, Hospital Corporation of America (HCA)

CENTRAL TENNESSEE HOSPITAL CORPORATION, TriStar Horizon Medical Center, Hospital Corporation of America (HCA)

CGH Hospital, Ltd., Coral Gables Hospital, Tenet Healthcare Corporation

CHCA BAYSHORE, L.P., HCA Houston Healthcare Southeast, Hospital Corporation of America (HCA)

CHCA CLEAR LAKE, L.P., HCA Houston Healthcare Mainland and Clear Lake, Hospital Corporation of America (HCA)

CHCA CONROE, L.P., HCA Houston Healthcare Conroe, Hospital Corporation of America (HCA)

CHCA Pearland, L.P., HCA Houston Healthcare Pearland, Hospital Corporation of America (HCA)

CHCA WEST HOUSTON, L.P., HCA Houston Healthcare West, The Women's Hospital of Texas, Hospital Corporation of America (HCA)

CHIPPENHAM & JOHNSTON- WILLIS HOSPITALS, INC., Chippenham Hospital, Hospital Corporation of America (HCA)

Citrus Memorial Hospital, Inc., Citrus Memorial Hospital, Hospital Corporation of America (HCA)

City Hospital, Inc., Berkeley Medical Center, West Virginia University Health System (WVU)

Clinch Valley Medical Center, Inc., Clinch Valley Health, LifePoint Health

Coastal Carolina Medical Center, Inc., Coastal Carolina Hospital, Tenet Healthcare Corporation

COLISEUM MEDICAL CENTER, LLC, Coliseum Medical Centers, Hospital Corporation of America (HCA)

Columbia Capital Medical Center Limited Partnership, Capital Medical Center, LifePoint Health

COLUMBIA HOSPITAL AT MEDICAL CITY DALLAS SUBSIDIARY, L.P., Medical City Dallas, Medical City Children's Hospital, Hospital Corporation of America (HCA)

COLUMBIA HOSPITAL CORPORATION OF SOUTH BROWARD, Westside Regional Medical Center, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL CENTER OF ARLINGTON SUBSIDIARY, L.P., Medical City Arlington, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL CENTER OF DENTON SUBSIDIARY, L.P., Medical

City Denton, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL CENTER OF LAS COLINAS, INC., Medical City Las Colinas, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL CENTER OF LEWISVILLE SUBSIDIARY, L.P., Medical City Lewisville, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL CENTER OF MCKINNEY SUBSIDIARY, L.P., Medical City McKinney, Hospital Corporation of America (HCA)

COLUMBIA MEDICAL, CENTER OF PLANO, SUBSIDIARY, L.P., Medical City Plano, Medical City Frisco, Hospital Corporation of America (HCA)

COLUMBIA NORTH HILLS HOSPITAL SUBSIDIARY, L.P., Medical City North Hills, Hospital Corporation of America (HCA)

COLUMBIA OGDEN MEDICAL CENTER, INC., Ogden Regional Medical Center, Hospital Corporation of America (HCA)

COLUMBIA PLAZA MEDICAL CENTER OF FORT WORTH SUBSIDIARY, L.P., Medical City Fort Worth, Hospital Corporation of America (HCA)

COLUMBIA RIO GRANDE HEALTHCARE, L.P., Rio Grande Regional Hospital Main Campus, Hospital Corporation of America (HCA)

Columbia Riverside, Inc., Riverside Community Hospital, Hospital Corporation of America (HCA)

COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P., Riverside Community Hospital, Hospital Corporation of America (HCA)

COLUMBIA/ALLEGHANY REGIONAL HOSPITAL INCORPORATED, LewisGale Hospital Alleghany, Hospital Corporation of America (HCA)

COLUMBIA/HCA JOHN RANDOLPH, INC., John Randolph Medical Center, Hospital Corporation of America (HCA)

Community Hospital of Andalusia, LLC, Andalusia Health, LifePoint Health

Coyote Valley Band of Pomo Indians

Crockett Hospital, LLC, Southern Tennessee Regional Health System - Lawrenceburg, LifePoint Health

Dallas Independent School District Texas

Danville Regional Medical Center, LLC, Sovah Health - Danville, Martinsville, LifePoint Health

Delray Medical Center, Inc., Delray Medical Center, Tenet Healthcare Corporation

Deming Hosptial Corporation, Mimbres Memorial Hospital, Quorum (QHCCS, LLC)

Desert Regional Medical Center, Inc., Desert Regional Medical Center, Tenet Healthcare Corporation

DLP Central Carolina Medical Center, LLC, Central Carolina Hospital, LifePoint Health

DLP Conemaugh Memorial Medical Center, LLC, Conemaugh Health System, LifePoint Health

DLP Conemaugh Meyersdale Medical Center, LLC, Conemaugh Meyersdale Medical Center, LifePoint Health

DLP Conemaugh Miners Medical Center, LLC, Conemaugh Miners Medical Center, LifePoint Health

DLP Frye Regional Medical Center, LLC, Frye Regional Medical Center, LifePoint Health

DLP Harris Regional Hospital, LLC, Harris Regional Hospital, LifePoint Health

DLP Haywood Regional Medical Center, LLC, Haywood Regional Medical Center, LifePoint Health

DLP Maria Parham Medical Center, LLC, Maria Parham Health, LifePoint Health

DLP Marquette General Hospital, LLC, UP Health System - Marquette, LifePoint Health

3

DLP Person Memorial Hospital, LLC, Person Memorial Hospital, LifePoint Health

DLP Rutherford Regional Health System, LLC, Rutherford Regional Health System, LifePoint Health

DLP Swain County Hospital, LLC, Swain Community Hospital, LifePoint Health

DLP Twin County Regional Healthcare, LLC, Twin County Regional Healthcare, LifePoint Health

DLP Wilson Medical Center, LLC, Wilson Medical Center, LifePoint Health

DOCTORS HOSPITAL OF AUGUSTA, LLC, Doctors Hospital of Augusta, Hospital Corporation of America (HCA)

Doctors Hospital of Manteca, Inc., Doctors Hospital of Manteca, Tenet Healthcare Corporation

Doctors Medical Center of Modesto, Inc., Doctors Medical Center of Modesto, Emanuel Medical Center, Tenet Healthcare Corporation

Dodge City Healthcare Group, LLC, Western Plains Medical Complex, LifePoint Health

Dow Jones & Company, Inc.

DREYFUS FUNDS

East Cooper Community Hospital, Inc., East Cooper Medical Center, Tenet Healthcare Corporation

Eastern Idaho Health Services, Inc., Eastern Idaho Regional Medical Center, Hospital Corporation of America (HCA)

EASTSIDE MEDICAL CENTER, LLC, Eastside Medical Center, Hospital Corporation of America (HCA)

Ely Shoshone Tribe of Nevada

Endo Generics Holding, Inc.

Endo Health Solutions Inc.

Endo International PLC

Endo Pharmaceuticals, Inc.

ENGLEWOOD COMMUNITY HOSPITAL, INC., Englewood Community Hosptial, Hospital Corporation of America (HCA)

ERNST & YOUNG (CANADA), COURT APPOINTED INFORMATION OFFICER

Essent PRMC, L.P., Paris Regional Medical Center, LifePoint Health

Evanston Hospital Corporation, Evanston Regional Hospital, Quorum (QHCCS, LLC)

Fairview Park, Limited Partnership, Fairview Park Hospital, Hospital Corporation of America (HCA)

Fauquier Medical Center, LLC, Fauquier Health Hospital, LifePoint Health

FAWCETT MEMORIAL HOSPITAL, INC., Fawcett Memorial Hospital, Hospital Corporation of America (HCA)

Fleming Medical Center, LLC, Fleming County Hospital, LifePoint Health

Forrest City Arkansas Hospital Company, LLC, Forrest City Medical Center, Quorum (QHCCS, LLC)

Fort Payne Hospital Corporation, Dekalb Regional Medical Center, Quorum (QHCCS, LLC)

FORT WALTON BEACH MEDICAL CENTER, INC., Fort Walton Beach Medical Center, Hospital Corporation of America (HCA)

Fort Worth Surgicare Partners, Ltd., Baylor Surgical Hospital at Fort Worth, Tenet Healthcare Corporation

Fountain Valley Regional Hospital & Medical Center, Fountain Valley Regional Hospital & Medical Center, Tenet Healthcare Corporation

FRANKFORT HOSPITAL, INC., Frankfort Regional Medical Center, Hospital Corporation of America (HCA)

Frisco Medical Center, L.L.P., Baylor Scott & White Medical Center - Frisco, Tenet Healthcare Corporation

GALEN HOSPITAL ALASKA, INC, Alaska Regional Hospital, Hospital Corporation of America (HCA)

GALEN OF FLORIDA, INC., St. Petersburg General Hospital, Hospital Corporation of America (HCA)

GALENCARE, INC., Brandon Regional Hospital, Northside Hospital, Hospital Corporation of America (HCA)

Galesburg Hospital Corporation, Galesburg Cottage Hospital, Quorum (QHCCS, LLC)

Garland Independent School District, Texas

Georgetown Community Hospital, LLC, Georgetown Community Hospital, LifePoint Health

Good Samaritan Hospital, Good Samaritan Hospital, Hospital Corporation of America (HCA)

Good Samaritan Medical Center, Inc., Good Samaritan Medical Center, Tenet Healthcare Corporation

GPCH-GP, INC, Garden Park Medical Center, Hospital Corporation of America (HCA)

Grand Strand Regional Medical Center, LLC, Grand Strand Medical Center, Hospital Corporation of America (HCA)

Granite City Illinois Hospital Company, LLC, Gateway Regional Medical Center, Quorum (QHCCS, LLC)

GREEN OAKS HOSPITAL SUBSIDIARY, L.P., Medical City Green Oaks, Hospital Corporation of America (HCA)

GREENLIGHT COMMUNITY BROADBAND

GREENVIEW HOSPITAL, INC., TriStar Greenview Regional Hospital, Hospital Corporation of America (HCA)

Hartsville, LLC, Carolina Pines Regional Medical Center, LifePoint Health

Havasu Regional Medical Center, LLC, Havasu Regional Medical Center, LifePoint Health

HCA HEALTH SERVICES OF FLORIDA, INC., Blake Medical Center, Oak Hill Hospital, Regional Medical Center Bayonet Point, St. Lucie Medical Center, Hospital Corporation of America (HCA)

HCA HEALTH SERVICES OF NEW HAMPSHIRE, INC., Portsmouth Regional Hospital, Parkland Medical Center, Hospital Corporation of America (HCA)

HCA HEALTH SERVICES OF TENNESSEE, INC., Seven TriStar hospitals (Tennessee), Hospital Corporation of America (HCA)

HCA HEALTH SERVICES OF VIRGINIA, INC., Henrico Doctors' Hospital, Retreat Doctors' Hospital, Hospital Corporation of America (HCA)

HCA-HEALTHONE LLC, Seven hospitals (Denver area), Hospital Corporation of America (HCA)

HDMC Holdings, LLC, Hi-Desert Medical Center, Tenet Healthcare Corporation

HEB GROCERY CO.

Henderson Hospital, LLC, UT Health Henderson, Ardent Health Services

HENDERSONVILLE HOSPITAL CORPORATION, TriStar Hendersonville Medical Center, Hospital Corporation of America (HCA)

Heritage Park Surgical Hospital, LLC, Baylor Scott & White Surgical Hospital at Sherman, Tenet Healthcare Corporation

HH/Killeen Health System, LLC, Seton Medical Center, Ardent Health Services

Hillside Hospital, LLC, Southern Tennessee Regional Health System - Pulaski, LifePoint Health

HILTON HEAD HEALTH SYSTEM, L.P., Hilton Head Hospital, Tenet Healthcare Corporation

HOSPITAL CORPORATION OF UTAH, Lakeview Hospital, Hospital Corporation of America (HCA)

Hospital Development of West Phoenix, Inc., Abrazo West Campus, Tenet Healthcare Corporation

Hospital of Barstow, Inc., Barstow Community Hospital, Quorum (QHCCS, LLC)

Hospital of Louisa, Inc., Three Rivers Medical Center, Quorum (QHCCS, LLC)

Hot Springs National Park Hospital Holdings, LLC, National Park Medical Center, LifePoint Health

Houston - PPH, LLC, HCA Houston Healthcare Medical Center, Hospital Corporation of America (HCA)

Houston Northwest Operating Company, L.L.C., HCA Houston Healthcare Northwest, Hospital Corporation of America (HCA)

HTI MEMORIAL HOSPITAL CORPORATION, TriStar Skyline Medical Center and Madison Campus, Hospital Corporation of America (HCA)

GIANT EAGLE

Insys Manufacturing LLC

Insys Pharma, Inc.

Insys Therapeutics, Inc.

Irving Independent School District, Texas

Irving-Coppell Surgical Hospital, L.L.P., Baylor Surgical Hospital at Los Colinas, Tenet Healthcare Corporation

Jackson Hospital Corporation, Kentucky River Medical Center, Quorum (QHCCS, LLC)

Jacksonville Hospital, LLC, UT Health Jacksonville, Ardent Health Services

Janssen Pharmaceuticals, Inc.

KENDALL HEALTHCARE GROUP, LTD., Kendall Regional Medical Center, Hospital Corporation of America (HCA)

Kentucky Hospital, LLC, Clark Regional Medical Center, LifePoint Health

KPH-CONSOLIDATION, INC., HCA Houston Healthcare North Cypress, Kingwood, Hospital Corporation of America (HCA)

KPMG LLP

KROGER

Lake Cumberland Regional Hospital, LLC, Lake Cumberland Regional Hospital, LifePoint Health

LAKEVIEW MEDICAL CENTER, LLC, Lakeview Regional Medical Center, Hospital Corporation of America (HCA)

LARGO MEDICAL CENTER, INC., Largo Medical Center, Hospital Corporation of America (HCA)

LAWNWOOD MEDICAL CENTER, INC., Lawnwood Regional Medical Center, Hospital Corporation of America (HCA)

LEWIS-GALE MEDICAL CENTER, LLC, LewisGale Medical Center, Hospital Corporation of America (HCA)

Livingston Regional Hospital, LLC, Livingston Regional Hospital, LifePoint Health

Logan General Hospital, LLC, Logan Regional Medical Center, LifePoint Health

Logan Memorial Hospital, LLC, Logan Memorial Hospital, LifePoint Health

LONE PEAK HOSPITAL, INC., Lone Peak Hospital, Hospital Corporation of America (HCA)

LOS ROBLES REGIONAL MEDICAL CENTER, Los Robles Hospital & Medical Center, Hospital Corporation of America (HCA)

LOUISIANA HEALTH SERVICES

Lourdes Hospital, LLC, Lourdes Health, LifePoint Health

Lovelace Health System, Inc., Lovelace Health System, Ardent Health Services

Macon Northside Hospital, LLC, Coliseum Northside Hospital, Hospital Corporation of America (HCA)

Mallinckrodt Brand Pharmaceuticals, Inc.

Mallinckrodt Enterprises Holdings, Inc.

Mallinckrodt Enterprises LLC

Mallinckrodt LLC

Mallinckrodt PLC

MARION COMMUNITY HOSPITAL, INC., Ocala Regional Medical Center, West Marion Community Hospital, Hospital Corporation of America (HCA)

Marion Hospital Corporation, Heartland Regional Medical Center, Quorum (QHCCS, LLC)

McKenzie Williamette Regional Medical Center Associates, LLC, McKenzie-Williamette Medical Center, Quorum (QHCCS, LLC)

McKesson Corporation

McKesson Medical-Surgical, Inc.

6

McKesson Specialty Care Distribution Corporation

McKesson Specialty Distribution, LLC

Meadowview Regional Medical Center, LLC, Meadowview Regional Medical Center, LifePoint Health

MEMORIAL HEALTHCARE GROUP, INC., Memorial Hospital Jacksonville, Hospital Corporation of America (HCA)

Mercy Hospital, Northern Light Mercy Hospital, Hospital Corporation of America (HCA)

Methodist Healthcare System of San Antonio, Ltd., L.L.P., Methodist Hospital (San Antonio) and afiliates, Hospital Corporation of America (HCA)

Mexia Principal Healthcare Limited Partnership, Parkview Regional Hospital, LifePoint Health

MH ANGEL MEDICAL CENTER, LLLP, Angel Medical Center, Hospital Corporation of America (HCA)

MH BLUE RIDGE MEDICAL CENTER, LLLP, Blue Ridge Regional Hospital, Hospital Corporation of America (HCA)

MH HIGHLANDS-CASHIERS MEDICAL CENTER, LLLP, Highlands-Cashiers Hospital, Hospital Corporation of America (HCA)

MH MISSION HOSPITAL MCDOWELL, LLLP, Mission Hospital McDowell, Hospital Corporation of America (HCA)

MH MISSION HOSPITAL, LLLP, Mission Hospital, Hospital Corporation of America (HCA)

MH TRANSYLVANIA REGIONAL HOSPITAL, LLLP, Transylvania Regional Hospital, Hospital Corporation of America (HCA)

MIAMI BEACH HEALTHCARE GROUP, LTD, Aventura Hospital and Medical Center, Hospital Corporation of America (HCA)

Midwest Division - LRHC, LLC, Lafayette Regional Health Center, Hospital Corporation of America (HCA)

MIDWEST DIVISION - LSH, LLC, Lee's Summit Medical Center, Hospital Corporation of America (HCA)

MIDWEST DIVISION - RMC, LLC, Research Medical Center, Hospital Corporation of America (HCA)

Midwest Division-MMC, LLC, Menorah Medical Center, Hospital Corporation of America (HCA)

Midwest Division-OPRMC, LLC, Overland Park Regional Medical Center, Hospital Corporation of America (HCA)

Midwest Division-RBH, LLC, Belton Regional Medical Center, Hospital Corporation of America (HCA)

MMC of Nevada, LLC, Mesa View Regional Hospital, Quorum (QHCCS, LLC)

Montclair Hospital, LLC, Mountainside Medical Center, Ardent Health Services

MONTGOMERY REGIONAL HOSPITAL, INC., LewisGale Hospital Montgomery, Hospital Corporation of America (HCA)

Morton Plant Hospital Association, Inc., Morton Plant Hospital/Morton Plant North Bay Hospital, BayCare

MOUNTAIN VIEW HOSPITAL, INC., Mountain View Hospital - Payson, Hospital Corporation of America (HCA)

Mylan Bertek Pharmaceuticals, Inc.

Mylan Institutional, Inc.

Mylan Laboratories, Inc.

Mylan N.V.

Mylan Pharmaceuticals, Inc.

Mylan Pharms, Inc.

Mylan Specialty, L.P.

Mylan Technologies, Inc.

Mylan, Inc.

Nason Medical Center, LLC, Conemaugh Nason Medical Center, LifePoint Health

National Healthcare of Mt. Vernon, Inc., Crossroads Community Hospital, Quorum (QHCCS, LLC)

NEW PORT RICHEY HOSPITAL, INC., Medical Center of Trinity, Hospital Corporation of America (HCA)

NORTH FLORIDA REGIONAL MEDICAL CENTER, INC., North Florida Regional Medical Center, Hospital Corporation of America (HCA)

North Houston - TRMC, LLC, HCA Houston Healthcare Tomball, Hospital Corporation of America (HCA)

North Texas - MCA, LLC, Medical City Alliance, Hospital Corporation of America (HCA)

NORTHERN UTAH HEALTHCARE CORPORATION, St. Mark's Hospital, Hospital Corporation of America (HCA)

Northern Virginia Community Hospital, LLC, StoneSprings Hospital Center, Hospital Corporation of America (HCA)

NOTAMI HOSPITALS OF FLORIDA, INC., Lake City Medical Center, Hospital Corporation of America (HCA)

OKALOOSA HOSPITAL, INC., Twin Cities Hospital, Hospital Corporation of America (HCA)

OKEECHOBEE HOSPITAL, INC., Raulerson Hospital, Hospital Corporation of America (HCA)

ORANGE PARK MEDICAL CENTER, INC., Orange Park Medical Center, Hospital Corporation of America (HCA)

OSCEOLA REGIONAL HOSPITAL, INC., Osceola Regional Medical Center, Hospital Corporation of America (HCA)

OVIEDO MEDICAL CENTER, LLC, Oviedo Medical Center, Hospital Corporation of America (HCA)

Paintsville Hospital Company, LLC, Paul B. Hall Regional Medical Center, Quorum (QHCCS, LLC)

Palestine Principal Healthcare Limited Partnership, Palestine Regional Medical Center, LifePoint Health

PALMS WEST HOSPITAL LIMITED PARTNERSHIP, Palms West Hospital, Hospital Corporation of America (HCA)

PARKRIDGE MEDICAL CENTER, INC., Parkridge Medical Center and affiliates, Hospital Corporation of America (HCA)

Pascack Valley Hospital, LLC, Pascack Valley Medical Center, Ardent Health Services

PHC-Cleveland, Inc., Bolivar Medical Center, LifePoint Health

PHC-Elko, Inc., Northeastern Nevada Regional Hospital, LifePoint Health

PHC-Fort Mohave, Inc., Valley View Medical Center, LifePoint Health

PHC-Fort Morgan, Inc., Colorado Plains Medical Center, LifePoint Health

PHC-Las Cruces, Inc., Memorial Medical Center, LifePoint Health

PHC-Los Alamos, Inc., Los Alamos Medical Center, LifePoint Health

Phillips Hospital Company, LLC, Helena Regional Medical Center, Quorum (QHCCS, LLC)

Physicians Surgical Hospitals, LLC, Panhandle Surgical Hospital, Quail Creek Surgical Hospital, Ardent Health Services

PineLake Regional Hospital, LLC, Jackson Purchase Medical Center, LifePoint Health

Pittsburg Hospital, LLC, UT Health Pittsburg, Ardent Health Services

PLANTATION GENERAL HOSPITAL, L.P., Plantation General Hospital, Mercy Hospital-Miami, Hospital Corporation of America (HCA)

Pocatello Hospital, LLC, Portneuf Medical Center, Ardent Health Services

POINCIANA MEDICAL CENTER, INC., Poinciana Medical Center, Hospital Corporation of America (HCA)

Portage Hospital, LLC, UP Health System - Portage, LifePoint Health

PRHC-Ennis, L.P., Ennis Regional Medical Center, LifePoint Health

Providence Hospital, LLC, Providence Health, Providence Health Northeast, LifePoint Health

PULASKI COMMUNITY HOSPITAL, INC., LewisGale Hospital Pulaski, Hospital Corporation of America (HCA)

PUTNAM COMMUNITY MEDICAL CENTER OF NORTH FLORIDA, LLC,

Putnam Community Medical Center, Hospital Corporation of America (HCA)

Quitman Hospital, LLC, UT Health Quitman, Ardent Health Services

Raleigh General Hospital, LLC, Raleigh General Hospital, LifePoint Health

RAPIDES HEALTHCARE SYSTEM, L.L.C., Rapides Regional Medical Center, Hospital Corporation of America (HCA)

RCCH Trios Health, LLC, Trios Health Southridge Hospital, LifePoint Health

RCHP Billings-Missoula, LLC, Community Medical Center, LifePoint Health

RCHP-Florence, LLC, North Alabama Medical Center, LifePoint Health

RCHP-Ottumwa, LLC, Ottumwa Regional Health Center, LifePoint Health

RCHP-Sierra Vista, Inc., Canyon Vista Medical Center, LifePoint Health

RCHP-Wilmington, LLC, Clinton Memorial Hospital, LifePoint Health

Red Bud Illinois Hospital Company, LLC, Red Bud Regional Hospital, Quorum (QHCCS, LLC)

Redmond Park Hospital, LLC, Redmond Regional Medical Center, Hospital Corporation of America (HCA)

Rehabilitation Hospital, LLC, UT Health North Campus Tyler, Ardent Health Services

RESTON HOSPITAL CENTER, LLC, Reston Hospital Center, Hospital Corporation of America (HCA)

RHN Clark Memorial Hospital, LLC, Clark Memorial Health, LifePoint Health

RHN Scott Memorial Hospital, LLC, Scott Memorial Health, LifePoint Health

RHODES TECHNOLOGIES INC., A DELAWARE CORPORATION

Rite Aid Corporation

Rite Aid Corporation of New York, Inc.

Rite Aid Headquarters Corporation

Rite Aid of Georgia, Inc.

Rite Aid of Maryland, Inc.

Rite Aid of Massachusetts Inc.

Rite Aid of Michigan, Inc.

Rite Aid of New York, Inc.

Rite Aid of North Carolina, Inc.

Rite Aid of Ohio, Inc.

Rite Aid of West Virginia, Inc.

Riverton Memorial Hospital, LLC, SageWest Health Care, LifePoint Health

Riverview Medical Center, LLC, Riverview Regional Medical Center, LifePoint Health

Russellville Holdings, LLC, Saint Mary's Regional, LifePoint Health

Sacramento County, California

Saline Hospital, LLC, Saline Memorial Hospital, LifePoint Health

San Jose Medical Center, LLC, Regional Medical Center of San Jose, Hospital Corporation of America (HCA)

San Miguel Hospital Corporation, Alta Vista Regional Hospital, Quorum (QHCCS, LLC)

SARASOTA DOCTORS HOSPITAL, INC., Doctors Hospital of Sarasota, Hospital Corporation of America (HCA)

Savannah Health Services, LLC, Memorial Health University Medical Center, Hospital Corporation of America (HCA)

Siouxland Surgery Center Limited Liability Partnership, Dunes Surgical Hospital, Tenet Healthcare Corporation

South Fork Band of the Te-Moak Tribe of Western Shoshone Indians

South Shore Hospital Corporation, South Shore Hospital

Southeast Georgia Health Services, LLC, Memorial Satilla Health, Hospital Corporation of America (HCA)

Southern Hills Medical Center, LLC, Southern Hills Hospital & Medical Center, Hospital Corporation of America (HCA)

Southern Tennessee Medical Center, LLC – Southern Tennessee Regional Health System - Sewanee, Southern Tennessee - Sewanee, LifePoint Health

Southern Tennessee Medical Center, LLC – Southern Tennessee Regional Health System - Winchester, Southern Tennessee Regional Health System, LifePoint Health

Southwest Ambulatory Surgery Center, L.L.C., Oklahoma Center for Orthopaedic & Multi-Specialty Surgery, Tenet Healthcare Corporation

Southwestern Medical Center, LLC, Southwestern Medical Center, LifePoint Health

SPALDING REHABILITATION L.L.C., Spalding Rehabilitation Hospital, Hospital Corporation of America (HCA)

Specialty Hospital, LLC, UT Health East Texas, Ardent Health Services

Spotsylvania Medical Center, Inc., Spotsylvania Regional Medical Center, Hospital Corporation of America (HCA)

Spring View Hospital, LLC, Spring View Hospital, LifePoint Health

St. Anthony's Hospital, Inc., St. Anthony's Hospital, BayCare

St. David's Healthcare Partnership, L.P., LLP, St. David's Medical Center and affiliates, Hospital Corporation of America (HCA)

St. Francis Health, LLC, St. Francis - Emory Healthcare, LifePoint Health

STEVENS LEE

Sumner Regional Medical Center, LLC, Sumner Regional Medical Center, LifePoint Health

SUN CITY HOSPITAL, INC., South Bay Hospital, Hospital Corporation of America (HCA)

Sunrise Hospital and Medical Center, LLC, Sunrise Hospital & Medical Center, Sunrise Children's Hospital, Hospital Corporation of America (HCA)

Sunrise MountainView Hospital, Inc., MountainView Hospital, Hospital Corporation of America (HCA)

TALLAHASSEE MEDICAL CENTER, INC., Capital Regional Medical Center, Hospital Corporation of America (HCA)

TERRE HAUTE REGIONAL HOSPITAL, L.P., Terre Haute Regional Hospital, Hospital Corporation of America (HCA)

Teva Biopharmaceuticals USA, Inc.

Teva Pharmaceutical Industries Ltd.

Teva Pharmaceuticals USA, Inc.

The Cheyenne and Arapaho Tribes

THE P.F. LABORATORIES, INC.

THE PURDUE FREDERICK COMPANY ("PF")

THE PURDUE FREDERICK COMPANY INC., A NEW YORK CORPORATION

THE PURDUE PHARMA TRUST/REGIO TRUST, 12/31/93 SETTLEMENT

TIMPANOGOS REGIONAL MEDICAL SERVICES, INC., Timpanogos Regional Hospital, Hospital Corporation of America (HCA)

Tooele Hospital Corporation, Mountain West Medical Center, Quorum (QHCCS, LLC)

Topeka Hospital, LLC, University of Kansas Health System St. Francis Campus, Ardent Health Services

Trident Medical Center, LLC, Trident Medical Center, Moncks Corner Medical Center, Summerville Medical Center, Hospital Corporation of America (HCA)

Trousdale Medical Center, LLC, Trousdale Medical Center, LifePoint Health

Trustees of Mease Hospital, Inc, Mease Countryside Hospital/Mease Dunedin Hospital, BayCare

Tulsa Spine and Specialty Hospital, LLC, Tulsa Spine & Specialty Hospital, Ardent Health Services

Tyler Regional Hospital, LLC, UT Health Tyler, Ardent Health Services

United Food & Commercial Workers Local 000 Oklahoma Health & Welfare Fund

United Food & Commercial Workers Union Local 529 & Employers Health & Welfare Plan and Trust

United Food & Commercial Workers Union Local 995 & Employers Health and Welfare Fund

United Food & Commercial Workers Unions and Employers Health and Welfare Fund – Atlanta

UNITED HEALTHCARE SERVICES INC.

UNIVERSITY HEALTHCARE SYSTEM L.C., Tulane Medical Center, Hospital Corporation of America (HCA)

UNIVERSITY HEALTHCARE SYSTEM, L.C., Tulane Lakeside Hospital, Hospital Corporation of America (HCA)

UNIVERSITY HOSPITAL, LTD., University Hospital & Medical Center, Hospital Corporation of America (HCA)

Vaughan Regional Medical Center, LLC, Vaughan Regional Medical Center, LifePoint Health

VHS San Antonio Partners, LLC, Baptist Medical Center (San Antonio, TX) and four affiliated hospitals, Tenet Healthcare Corporation

VIRGINIA PSYCHIATRIC COMPANY, INC., Dominion Hospital, Hospital Corporation of America (HCA)

Walterboro Community Hospital, Inc., Colleton Medical Center, Hospital Corporation of America (HCA)

Watertown Medical Center, LLC, Watertown Regional Medical Center, LifePoint Health

Waukegan Illinois Hospital Company, LLC, Vista Medical Center East, Quorum (QHCCS, LLC)

Weatherford Health Services, LLC, Medical City Weatherford, Hospital Corporation of America (HCA)

Wesley Medical Center, LLC,  Wesley Medical Center, Wesley Children's

Hospital, Wesley Woodlawn Hospital, Hospital Corporation of America (HCA)

WEST FLORIDA - MHT, LLC, Memorial Hospital of Tampa and Tampa Community Hospital, Hospital Corporation of America (HCA)

WEST FLORIDA - PPH, LLC, Palms of Pasadena, Hospital Corporation of America (HCA)

WEST FLORIDA REGIONAL MEDICAL CENTER, INC., West Florida Hospital, Hospital Corporation of America (HCA)

WEST HILLS HOSPITAL, West Hills Hospital & Medical Center, Hospital Corporation of America (HCA)

WEST VALLEY MEDICAL CENTER, INC., West Valley Medical Center, Hospital Corporation of America (HCA)

Willamette Valley Medical Center, LLC, Willamette Valley Medical Center, LifePoint Health

Williamston Hospital Corporation, Martin General Hospital, Quorum (QHCCS, LLC)

Winter Haven Hospital, Inc, Winter Haven Hospital, BayCare

Woodford Hospital, LLC, Bluegrass Community Hospital, LifePoint Health

Wythe County Community Hospital, LLC, Wythe County Community Hospital, LifePoint Health

**SCHEDULE 4**

**Schedule of Searched Parties and/or Certain Related Parties that are Currently Serving, or Have in the Past Served, on Other Informal and/or Official Creditors' Committees Represented by Akin Gump**

Acquisition Bell Hospital, LLC, UP Health System - Bell, LifePoint Health

Ashley Valley Medical Center, LLC, Ashley Regional Medical Center, LifePoint Health

Athens Regional Medical Center, LLC, Starr Regional Medical Center, LifePoint Health

Castleview Hospital, LLC, Castleview Hospital, LifePoint Health

Clinch Valley Medical Center, Inc., Clinch Valley Health, LifePoint Health

Columbia Capital Medical Center Limited Partnership, Capital Medical Center, LifePoint Health

Community Hospital of Andalusia, LLC, Andalusia Health, LifePoint Health

Crockett Hospital, LLC, Southern Tennessee Regional Health System - Lawrenceburg, LifePoint Health

Danville Regional Medical Center, LLC, Sovah Health - Danville, Martinsville, LifePoint Health

DLP Central Carolina Medical Center, LLC, Central Carolina Hospital, LifePoint Health

DLP Conemaugh Memorial Medical Center, LLC, Conemaugh Health System, LifePoint Health

DLP Conemaugh Meyersdale Medical Center, LLC, Conemaugh Meyersdale Medical Center, LifePoint Health

DLP Conemaugh Miners Medical Center, LLC, Conemaugh Miners Medical Center, LifePoint Health

DLP Frye Regional Medical Center, LLC, Frye Regional Medical Center, LifePoint Health

DLP Harris Regional Hospital, LLC, Harris Regional Hospital, LifePoint Health

DLP Haywood Regional Medical Center, LLC, Haywood Regional Medical Center, LifePoint Health

DLP Maria Parham Medical Center, LLC, Maria Parham Health, LifePoint Health

DLP Marquette General Hospital, LLC, UP Health System - Marquette, LifePoint Health

DLP Person Memorial Hospital, LLC, Person Memorial Hospital, LifePoint Health

DLP Rutherford Regional Health System, LLC, Rutherford Regional Health System, LifePoint Health

DLP Swain County Hospital, LLC, Swain Community Hospital, LifePoint Health

DLP Twin County Regional Healthcare, LLC, Twin County Regional Healthcare, LifePoint Health

DLP Wilson Medical Center, LLC, Wilson Medical Center, LifePoint Health

Dodge City Healthcare Group, LLC, Western Plains Medical Complex, LifePoint Health

DREYFUS FUNDS

ERNST & YOUNG (CANADA), COURT APPOINTED INFORMATION OFFICER

Essent PRMC, L.P., Paris Regional Medical Center, LifePoint Health

Fauquier Medical Center, LLC, Fauquier Health Hospital, LifePoint Health

Fleming Medical Center, LLC, Fleming County Hospital, LifePoint Health

Georgetown Community Hospital, LLC, Georgetown Community Hospital, LifePoint Health

Hartsville, LLC, Carolina Pines Regional Medical Center, LifePoint Health

Havasu Regional Medical Center, LLC, Havasu Regional Medical Center, LifePoint Health

Hillside Hospital, LLC, Southern Tennessee Regional Health System - Pulaski, LifePoint Health

Hot Springs National Park Hospital Holdings, LLC, National Park Medical Center, LifePoint Health

Infirmary Health Hospitals, Inc., Mobile Infirmary and Affiliates

Kentucky Hospital, LLC, Clark Regional Medical Center, LifePoint Health

Lake Cumberland Regional Hospital, LLC, Lake Cumberland Regional Hospital, LifePoint Health

Livingston Regional Hospital, LLC, Livingston Regional Hospital, LifePoint Health

Logan General Hospital, LLC, Logan Regional Medical Center, LifePoint Health

Logan Memorial Hospital, LLC, Logan Memorial Hospital, LifePoint Health

LOUISIANA HEALTH SERVICES

Lourdes Hospital, LLC, Lourdes Health, LifePoint Health

McKesson Corporation

McKesson Medical-Surgical, Inc.

McKesson Specialty Care Distribution Corporation

McKesson Specialty Distribution, LLC

Meadowview Regional Medical Center, LLC, Meadowview Regional Medical Center, LifePoint Health

Mexia Principal Healthcare Limited Partnership, Parkview Regional Hospital, LifePoint Health

Nason Medical Center, LLC, Conemaugh Nason Medical Center, LifePoint Health

Palestine Principal Healthcare Limited Partnership, Palestine Regional Medical Center, LifePoint Health

PHC-Cleveland, Inc., Bolivar Medical Center, LifePoint Health

PHC-Elko, Inc., Northeastern Nevada Regional Hospital, LifePoint Health

PHC-Fort Mohave, Inc., Valley View Medical Center, LifePoint Health

PHC-Fort Morgan, Inc., Colorado Plains Medical Center, LifePoint Health

PHC-Las Cruces, Inc., Memorial Medical Center, LifePoint Health

PHC-Los Alamos, Inc., Los Alamos Medical Center, LifePoint Health

PineLake Regional Hospital, LLC, Jackson Purchase Medical Center, LifePoint Health

Portage Hospital, LLC, UP Health System - Portage, LifePoint Health

PRHC-Ennis, L.P., Ennis Regional Medical Center, LifePoint Health

Providence Hospital, LLC, Providence Health, Providence Health Northeast, LifePoint Health

Raleigh General Hospital, LLC, Raleigh General Hospital, LifePoint Health

RCCH Trios Health, LLC, Trios Health Southridge Hospital, LifePoint Health

RCHP Billings-Missoula, LLC, Community Medical Center, LifePoint Health

RCHP-Florence, LLC, North Alabama Medical Center, LifePoint Health

RCHP-Ottumwa, LLC, Ottumwa Regional Health Center, LifePoint Health

RCHP-Sierra Vista, Inc., Canyon Vista Medical Center, LifePoint Health

RCHP-Wilmington, LLC, Clinton Memorial Hospital, LifePoint Health

RHN Clark Memorial Hospital, LLC, Clark Memorial Health, LifePoint Health

RHN Scott Memorial Hospital, LLC, Scott Memorial Health, LifePoint Health

Riverton Memorial Hospital, LLC, SageWest Health Care, LifePoint Health

Riverview Medical Center, LLC, Riverview Regional Medical Center, LifePoint Health

Russellville Holdings, LLC, Saint Mary's Regional, LifePoint Health

Saline Hospital, LLC, Saline Memorial Hospital, LifePoint Health

Southern Tennessee Medical Center, LLC – Southern Tennessee Regional Health

2

System - Sewanee, Southern Tennessee - Sewanee, LifePoint Health

Southern Tennessee Medical Center, LLC – Southern Tennessee Regional Health System - Winchester, Southern Tennessee Regional Health System, LifePoint Health

Southwestern Medical Center, LLC, Southwestern Medical Center, LifePoint Health

Spring View Hospital, LLC, Spring View Hospital, LifePoint Health

St. Francis Health, LLC, St. Francis - Emory Healthcare, LifePoint Health

Sumner Regional Medical Center, LLC, Sumner Regional Medical Center, LifePoint Health

Trousdale Medical Center, LLC, Trousdale Medical Center, LifePoint Health

Vaughan Regional Medical Center, LLC, Vaughan Regional Medical Center, LifePoint Health

Watertown Medical Center, LLC, Watertown Regional Medical Center, LifePoint Health

Willamette Valley Medical Center, LLC, Willamette Valley Medical Center, LifePoint Health

Woodford Hospital, LLC, Bluegrass Community Hospital, LifePoint Health

Wythe County Community Hospital, LLC, Wythe County Community Hospital, LifePoint Health