**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| PURDUE PHARMA L.P., *et al.*, | ) | **Case No. 19-23649 (RDD)** |
| | ) | *Jointly Administered* |
| | ) | |
| Debtors. | ) | **Hon. Robert D. Drain** |
| _____ | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

I, Alexander M. Gormley, in accordance with rule 2090-1(e), before the Honorable Robert D. Drain, United States Bankruptcy Judge, withdraw my appearance as attorney of record for the following creditors in the above-captioned bankruptcy proceedings:

MM&P Health & Benefit Plan; Local 888 Health Fund; Division 1181 ATU-New York Welfare Fund; MEBA Medical and Benefits Plan; Washington Wholesalers Health and Welfare Fund; UFCW Health Insurance Plan for Retirees; UFCW Local 1262 and Shoprite Welfare Plan; UFCW Local One Active Health Care Plan; Local One Retiree Health Care Plan; Electrical Welfare Trust Fund; 1978 Retired Construction Workers Benefit Trust; Carpenters Industrial Council Trust Fund; U.F.C.W. and Employers Kansas and Missouri Health and Welfare Trust Fund; ATU Health and Life Insurance Plan for Active and Pension Officers and Employees; Heartland Health & Wellness Fund; Bricklayers and Allied Craftworkers Local 3 NY Rochester Chapter Health & Welfare Fund; UFCW Health Insurance Plan for Active Employees; Upstate New York Engineers Health Fund; UFCW Unions and Participating Employers Health and Welfare Fund; Sheet Metal Workers' Health Plan; PGA TOUR, Inc.; FELRA & UFCW VEBA Fund; Colorado Sheet Metal Workers' Local 9 Family Health Plan; Bricklayers and Allied Craftworkers Local No. 3 New York Niagara Falls- Buffalo Chapter Health & Welfare Fund; 32 BJ North Health Fund; Sound Health & Wellness Retiree Trust; Sound Health & Wellness Trust; and Transit Employees' Health and Welfare Fund (collectively, the "Health Plans"); and

United Food and Commercial Workers Local 152 Health and Welfare Plan (the "Local 152 H&W Plan").

Jeffrey S. Swyers of Slevin & Hart, P.C. is replacing me as counsel of record for the Health Plans and, to that end, he was admitted *pro hac vice* to represent the Health Plans in this matter by Order of this Court dated April 8, 2021 (Doc No. 2620). Accordingly, the Health Plans will continue to be represented by counsel in this matter upon my withdrawal.[1]

Dated: April 23, 2020

Respectfully submitted,

/s/ *Alexander M. Gormley*
Alexander M. Gormley, Esq.
SLEVIN & HART, P.C.
1625 Massachusetts Avenue NW, Suite 450
Washington, DC 20036
(202) 797-8700 (tel)
(202) 234-8231 (fax)
agormley@slevinhart.com

The withdrawal of attorney is hereby APPROVED and so ORDERED.

Date:_____

_____
The Honorable Robert D. Drain
United States Bankruptcy Court Judge

20961119v1

---

[1] At the time the Court granted my motion to appear *pro hac vice* in this matter, on September 4, 2020, I was admitted as counsel for each of the Health Plans as well as two other creditors: Plumbers & Steamfitters Local 267 Insurance Fund, and United Food and Commercial Workers Local 152 Health and Welfare Plan (collectively, the "Other Plans"). Since that time, the Other Plans have retained new counsel, each of whom have filed a substitution of counsel (*see* Doc Nos. 2176 and 2701), while Slevin & Hart, P.C. has remained counsel to the Health Plans.