# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No.: <u>19-23649 (RDD)</u> |
|---|---|
| PURDUE PHARMA, L.P., et al. | Chapter <u>11</u> |
| Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mark S. Stein, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent:

"Class 6" Claimant, Bridge House Corporation, Claim No. 116615;

A **Creditor** in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Louisiana and, if applicable, the bar of the U.S. District Court for the Eastern District of Louisiana.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: <u>April 20, 2021</u>

New Orleans, Louisiana

/s/ <u>Mark S. Stein</u>

*Mailing Address:*

<u>Mark S. stein</u>

<u>Lowe, Stein, Hoffman, Allweiss & Hauver, LLP</u>

<u>701 Poydras Street, Suite 3600</u>

<u>New Orleans, LA 70139</u>

*E-mail address:* <u>mstein@lowestein.com</u>

*Telephone number:* <u>(504) 581-2450</u>

{00610490.DOCX;1}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No.: <u>19-23649 (RDD)</u> |
|---|---|
| PURDUE PHARMA, L.P., et al. | Chapter <u>11</u> |
| Debtor. | |

ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of **Mark S. Stein**, to be admitted, *pro hac vice*, to represent:

"Class 6" Claimant, Bridge House Corporation, Claim No. 116615;

(the "Client") a **Creditor** in the above referenced **case**, and upon the movant's certification that the movant is a member in good standing of the bar in the **State of Louisiana** and, if applicable, the bar of the U.S. District Court for the **Eastern District of Louisiana**, it is hereby

**ORDERED**, that Mark S. Stein, Esq., is admitted to practice, *pro hac vice*, in the above reference **case** to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing has been paid.

Dated: _____

_____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE

{00610491.DOCX;1}