**BINDER & SCHWARTZ LLP**
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299
Eric B. Fisher

*Attorneys for the Public School District Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** **PURDUE PHARMA L.P.,** *et al.*, Debtors.[1] | Chapter 11 Case No. 19-23649 (RDD) (Jointly Administered) |

**VERIFIED STATEMENT OF BINDER & SCHWARTZ LLP**
**UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Binder & Schwartz LLP ("Binder & Schwartz") makes the following verified representations:

1. Binder & Schwartz represents the Baltimore City Board of School Commissioners, the Board of Education of Miami-Dade County Public Schools, the Board of Education of Thornton Township High School District 205, the other public school districts identified in **Exhibit A** hereto (collectively the "**Public School District Creditors**"), and such other school districts as may subsequently join the proposed class of "all public school districts nationwide that are independent governmental entities." *See* Motion by Public School Districts for an Order Allowing Them to Proceed with a Class Proof of Claim and Certifying a Class (ECF Doc. No. 1211).

2. The names of the Public School District Creditors are listed in **Exhibit A** hereto, which is incorporated herein by reference. The Public School District Creditors can be reached at the following address:

> Binder & Schwartz LLP
> 366 Madison Avenue, 6th Floor
> New York, New York 10017
> Attn: Eric B. Fisher

3. The Public School District Creditors have filed or intend to file claims in one or more of the Debtors' cases under the Bankruptcy Code, on behalf of themselves individually and/or on behalf of school district class claimants.

4. None of the Public School District Creditors has any "disclosable economic interest" other than as disclosed in the preceding paragraphs.

5. Other than as disclosed herein, Binder & Schwartz does not currently represent or claim to represent any other entity with respect to any of the Debtors' cases under the

Bankruptcy Code and does not hold any claim against or interest in any of the Debtors or any of the Debtors' estates.

6. Binder & Schwartz and its clients reserve the right to revise or supplement this verified statement as may be necessary or appropriate.

7. This verified statement is provided without prejudice to the rights of Binder & Schwartz and its clients to file any further statements, claims, adversary complaints, documents, objections, notices, or pleadings in one or more of Debtors' cases under the Bankruptcy Code.

8. The undersigned verifies under penalty of perjury that the foregoing is true and accurate to the best of his knowledge, information and belief.

Dated: April 23, 2021
New York, New York

Respectfully submitted,

**BINDER & SCHWARTZ LLP**

*/s/ Eric B. Fisher*
Eric B. Fisher
366 Madison Avenue, 6th Floor
New York, New York 10017
Tel: (212) 510-7008
Facsimile: (212) 510-7299
E-mail: efisher@binderschwartz.com

*Attorneys for the Public School District Creditors*

# EXHIBIT A

# EXHIBIT A – School District Clients

Board of Education of Miami-Dade County Public Schools
Baltimore City Board of School Commissioners
Board of Education of Rochester City School District
Board of Education of Minnetonka School District No. 276

## Illinois

Board of Education of East Aurora School District No. 131
Board of Education of Thornton Township High School District 205
Board of Education of Thornton Fractional Township High Schools, Illinois District No. 215
Board of Education of Joliet Township High School District 204
Board of Education of the City of Chicago, School District 299

## West Virginia

Board of Education of Mason County Public School District
Board of Education of Putnam County Schools
Board of Education of Wyoming County Schools
Board of Education of Marion County Schools

## Kentucky

Board of Education of Fayette County Public Schools
Board of Education of LaRue County Schools
Board of Education of Bullitt County School District
Board of Education of Breathitt County Schools
Board of Education of Estill County Schools
Board of Education of Harrison County Schools
Board of Education of Hart County Schools
Board of Education of Jefferson County Public Schools
Board of Education of Johnson County School District
Board of Education of Lawrence County Schools
Board of Education of Martin County Schools
Board of Education of Menifee County Schools
Board of Education of Owsley County Schools
Board of Education of Wolfe County Schools

**Maine**

Board of Education of Bangor School Department
Board of Education of Cape Elizabeth School Department
Board of Education of Maine Regional School Unit #10
Board of Education of Maine Regional School Unit #13
Board of Education of Maine Regional School Unit #25
Board of Education of Maine Regional School Unit #26
Board of Education of Maine Regional School Unit #29
Board of Education of Maine Regional School Unit #34
Board of Education of Maine Regional School Unit #40
Board of Education of Maine Regional School Unit #50
Board of Education of Maine Regional School Unit #57
Board of Education of Maine Regional School Unit #60
Board of Education of Maine Regional School Unit #71
Board of Education of Maine Regional School Unit #9
Board of Education of Maine School Administrative District #11
Board of Education of Maine School Administrative District #15
Board of Education of Maine School Administrative District #28
Board of Education of Maine School Administrative District #35
Board of Education of Maine School Administrative District #44
Board of Education of Maine School Administrative District #53
Board of Education of Maine School Administrative District #55
Board of Education of Maine School Administrative District #6
Board of Education of Maine School Administrative District #61
Board of Education of Maine School Administrative District #72
Board of Education of Portland School Department
Board of Education of Scarborough School Department
Board of Education of South Portland School Department
Board of Education of St. George Municipal School District
Board of Education of Waterville School Department
Board of Education of Ellsworth School Department

**New Hampshire**

Board of Education of Goshen School District
Board of Education of Kearsarge Regional School District-SAU 65
Board of Education of Lebanon School District
Board of Education of Pittsfield School District
Board of Education of Tamworth School District

**<u>New Mexico</u>**

Board of Education of Eunice Public School District
Board of Education of Gallup-McKinley County School District

3