Hearing Date: May 4, 2021 at 10:00 a.m.
Objection Deadline: April 23, 2021 at 4:00 p.m.

**MORGAN & MORGAN, P.A.**
Amanda Peterson
90 Broad Street, Suite 1011
New York, NY 10004
apeterson@forthepeople.com
Tel: (212) 564-4568

*Counsel for Barbour County, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 19-23649 (RDD) |
|  | Chapter 11 |
| PURDUE PHARMA, L.P., et al.,[1] | Jointly Administered |
| Debtors. |  |

## JOINDER TO THE WEST VIRGINIA OBJECTION TO DEBTORS' MOTION TO APPROVE DISCLOSURE STATEMENT

The following clients: Barbour County; Clay County; Hardy County; Lincoln County; Mason County; McDowell County; Mercer County; Mingo County; Preston County; Taylor

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

9831576.1

County; Tucker County; Webster County; Mineral County; Grant County; Monroe County; Town of Addison (a/k/a Town of Webster Springs); Village of Barboursville; City of Belington; Town of Chapmanville; Town of Delbarton; Town of Gilbert; City of Grafton; Town of Hamlin; Town of Junior; Town of Kermit; Town of Matewan; City of Moundsville; City of Mullens; Town of Oceana; City of Philippi; City of Point Pleasant; City of Weirton; City of Welch; Town of West Hamlin; and City of Williamson, by counsel, file this joinder to the objection of the State of West Virginia (the "West Virginia Objection") to the motion by Purdue Pharma, LP., *et. al.* (the "Debtors") to approve the disclosure statement (the "Disclosure Statement") to its Plan of Reorganization (the "Plan").

For the reasons more fully set forth in the West Virginia Objection, the parties herein object to approval of the Disclosure Statement.

Dated:  April 23, 2021                          Respectfully Submitted,
                                                Morgan & Morgan, P.A.

                                                By: */s/ Amanda Peterson*
                                                Amanda Peterson
                                                **MORGAN & MORGAN, P.A.**
                                                90 Broad Street, Suite 1011
                                                New York, NY 10004
                                                apeterson@forthepeople.com
                                                Tel: (212) 564-4568

9831576.1