**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| PURDUE PHARMA L.P., *et al.* | ) Chapter 11 |
| | ) |
| Debtors | ) Case No. 19-23649 (RDD) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of April, 2021, I caused a true and correct copy of the *Objection to the Debtors' Disclosure Statement Motion by Navigators Specialty Insurance Company, American Guarantee, and Liability Insurance Company and Steadfast Insurance Company* to be served upon the parties listed on the attached Service List in the manner indicated.

/s/ *Isley M. Gostin*
Isley Markman Gostin
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6551
Fax: (202) 663-6363
isley.gostin@wilmerhale.com

*Counsel for Navigators Specialty Insurance Company*

# **SERVICE LIST**

<u>VIA EMAIL ONLY</u>

Davis Polk & Wardwell LLP
Attn: Marshall S. Huebner (marshall.huebner@davispolk.com)
Benjamin S. Kaminetzky (kaminet@dpw.com)
Eli J. Vonnegut (eli.vonnegut@davispolk.com)
Christopher S. Robertson (christopher.robertson@davispolk.com)
*(Counsel to the Debtors)*

Akin Gump Strauss Hauer & Feld LLP
Attn: Arik Preis (apreis@akingump.com)
Mitchell P. Hurley (mhurley@akingump.com)
Sara L. Brauner (sbrauner@akingump.com)
Edan Lisovicz (elisovicz@akingump.com)
*(Counsel to the Creditors Committee)*

Cole Schotz P.C.
Attn: Justin R. Alberto (jalberto@coleschotz.com)
*(Counsel to the Creditors Committee)*


<u>VIA EMAIL AND OVERNIGHT MAIL</u>

Office of the U.S. Trustee
Southern District of New York
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul K. Schwartzberg (paul.schwartzberg@usdoj.gov)