UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### ORDER GRANTING MOTION TO ATTEND UPCOMING DISCLOSURE STATEMENT HEARING TELEPHONICALLY, FURTHER BE ADDED TO PACER E-FILE SYSTEM TO RECEIVE FUTURE COURT FILINGS

Upon the motion (the "**Motion**") of Mark Walker (the "**Movant**") seeking to attend telephonically the hearing on the request by the debtors and debtors in possession herein (the "**Debtors**") for a approval of their disclosure statement and to receive future court filings; and the Court having jurisdiction to consider the matters raised in this Motion pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and, after due and sufficient notice of the Motion, there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Motion on April 21, 2021; and, after due deliberation and in light of the lack of objections to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Motion, the Court having determined that there is good and sufficient cause for the relief requested herein; now, therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted to the extent forth herein.

2. The Movant will receive relevant case materials from Prime Clerk LLC, which will be treated as legal mail and provided to the Movant as follows: in each case subject to the rules and regulations of the Western Illinois Correctional Center, the Movant's case counselor or the prison librarian can access the case docket and download and print all filings in these cases free of charge from the restructuring website for these cases at https://restructuring.primeclerk.com/purduepharma/Home-DocketInfo and provide them to the Movant.

3. In each case subject to the rules and regulations of the Western Illinois Correctional Center, the Movant, or a third party on behalf of the Movant, may (i) at least a week in advance of the hearing, contact the Clerk's Office at 914-467-7250 to arrange a telephonic appearance, or (ii) listen, but not participate in, the hearing free of charge by calling the muted, listen-only number provided on the hearing agenda filed in advance of each hearing.

4. The Debtors shall promptly provide the Movant with a copy of this Order.

5. The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

6. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: April 22, 2021       /s/ Robert D. Drain
White Plains, New York      THE HONORABLE ROBERT D. DRAIN
                            UNITED STATES BANKRUPTCY JUDGE