**Notice Recipients**

District/Off: 0208−7           User:                          Date Created: 4/27/2021
Case: 19−23649−rdd             Form ID: pdf001                Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
7836318   Mark Walker   Western Illinois Correctional Center   #M10655   2500 Route 99S   Mt Sterling, IL 62353

TOTAL: 1