April 8, 2021

RECEIVED APR 12 2021 PRIME CLERK LLC

To: Honorable Robert D. Drain,

I am writing this letter to you to explain why I, Patsy Newmeyer, object to the reorganization or restructuring of: Purdue Pharma L.P., et al., Debtors case no. 19-23649 (RDD) Chapter 11

Because of economic reasons I am not able to hire a lawyer and do all that the court expects the correct format for my objections to the Restrutor and Chapter 11 Plan of Reorganization of Perdue Pharma and all affiliated Debtors. My son Robert Kelly Newmayer was given Oxycodone for pain relief after having 2 back surgeries at age 23 and 25. Robert was taking this medication perscribed by a pain management Dr. He overdosed on this medication and died. This happened on May 14, 2001. These companies are directly responsible for his death - because of pushing Drs Doctors to prescribe a potentionally deadly medication on many people with pain. My understanding this medication was first manufactured by perdue for 4th stage cancer victums and Rob, my son was 26 yr. old

I am writing to you to represent the heartache this medication has brought to me and other families. The sight of my son, in a casket and the pain and sorrow of his death can be multiplied by the thousands this has happed to. Please do not allow these drug companies to forget the victims who have no voice to object to a restructing plan without facing the responsible consequencies of these drugs. I implore you to remember the victims.

Sincerely yours,
Patsy J. Newmeyer



Pat Newmeyer
1470 Orange Rd.
Ashland, OH 44805

CLEVELAND OH   440
8 APR 2021   PM 8  L



FOREVER / USA

Please fwd
contents

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y.
10163-4850

RECEIVED
APR 12 2021
PRIME CLERK LLC

10163-485050