4/10/2021
Maria Luisa C. Pena
1902 O'Kane
Laredo TX 78043


The Estate of Francisco I. Pena, M.D.


To whom it may concern:


We wish to continue pursuing the matter re: Purdue Pharma L.P., et al.  Attached is the proof of claim letter with claim # 42616. We do object to the disclosure statements and the motions for bankruptcy that Purdue Pharma  L.P. is seeking since we intent to receive compensation.


Sincerely,

*Maria Luisa C. Peña*

Maria Luisa C. Pena
Wife, executor of the Francisco I. Pena, M.D. Estate

SRF 43766
PackID:  35
MMLID: 8338285

Pena MD, Francisco I
1902 O'Kane
Laredo TX 78043

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the Purdue Pharma L.P. jointly administered chapter 11 bankruptcy cases has been received by Prime Clerk LLC ("Prime Clerk") on 6/18/2020.

Your claim has been assigned claim number  42616  .

Please do not discard this letter as you may need to refer to it in the future.

*Note to Personal Injury Claimants:*

Pursuant to an order entered by the United States Bankruptcy Court, all personal injury claimant proof of claim forms, and any supporting documentation submitted with such forms, shall remain highly confidential and shall not be made available to the public.  If you submitted a personal injury proof of claim form and would like additional information about your claim, please call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at https://restructuring.primeclerk.com/purduepharma.  Please have this letter with you when you call or submit your inquiry.

*Note to Non-Personal Injury Claimants:*

For further information regarding a submitted proof of claim form that is not a personal injury claimant proof of claim form, you may contact Prime Clerk via the above identified channels, or you may visit the claims page located at https://restructuring.primeclerk.com/purduepharma/ to view the current status of your claim.

**The processing of your claim by Prime Clerk and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

date: 7/14/20

to: Pardue - Prime Clerk, P.O. Box 4850, New York, NY 10163-4850
etc.

from: Francisco I Peña, MD Claimant - claim # 42616
1902 O'Kane St.
Laredo, TX 78043
e-mails.

subject: Brief History / Allegations and Current Status "A Case of
Collateral Damage"

Dear Sirs:

In an effort to clarify my claim I offer you
this resume of events and allegations:

1) In December 2017, the State Medical Board of Texas
ordered an un unannounced raid on my Clinic and obtained
computer records of treatment for patients serviced in the
month of November 2017. In March 2018 a Special
Hearing was held on the Board's premises, and based on
on the number of controlled substances prescribed to
active patients that month with a finding of about
52% (50% being the limiting factor by special rule,
my license to practice medicine was temporarily suspended.
2) The primary allegation was that I had been operating
a Pain Clinic without a License.
3) About 20 patient records were requested and
presumably reviewed by the Board, but an expert
witness nor a single record was discussed at the
Hearing.
4) Because of a pending federal Indictment regarding

\- 2

the rendering of Hospice Services by a Group called
Morida of which I was an employee my case on
the Board took special preference and special
guidelines were followed. My medical services
ceased and I was, de facto put out of business.

5) I was offered a Mediation Hearing before the State
Office of Hearing and Appeals (SOAH), but I ran out of
insurance and private funding. My lawyers included
John Rivas Goldstein and Mark Beamer    of Austin, TX
and David M Medina from Austin, TX and Mark Kennedy   of Dallas, TX The
two latter lawyers were hired to look at the constitution-
ality of the special Board Rule that defines a Pain Clinic in
Texas.

6) I surrendered my License to avoid any further
embarrassment. I had served as a Family Physician
exclusively in Webb County, TX for 35 years.

7) I had extensive experience and training in the treatment
and management of opioid addiction since about 1996,
although this was not my primary practice. I had been
Director of a State run Methadone Clinic and Admission
Director for Addiction at Charter Psychiatric Hospital in
Laredo, TX, had been Certified in Addiction Medicine
in association with training in the US and Abroad.

8) I was also licensed and trained to dispense Suboxone
and related products.

9) My practice has always involved multiple areas from
pediatric to geriatric medicine, but I also handled a
number of psychiatric patients because of a dearth of
local services.

p³

10) I lost my my federal indictment and am in the process of appeal

11) I feel that I I could have rendered valuable services for at least three more years.

12) My physical losses in building and equipment were in excess of 500,000.00 thousand, but fortunately I have been able to sell part of my properties.

13) My only income at this time is my social security retirement check and that of my wife for about 6000.00 dollars / month.

14) I honestly feel that my patients and I have become collateral damage at the hands of lawless conservatives and that my faithful use and reliance on synthetic opioids in my practice was for naught.

15) Feel free to contact my former lawyers as referenced above.

Yours truly

Francisco I Pena, MD