Please accept my objection to the Disclosure Statement and the Motion re General Order M-399 case # 19-23649 (RDD).

Daniel L. Jackson

*Daniel J. Jackson* (signature)

742 Second Street
Coldwater, Ms. 38618
901-828-9640

**RECEIVED**

APR 13 2021

**PRIME CLERK**

DANIEL L. JACKSON
7742 SECOND
COLDWATER MS. 38618

MEMPHIS TN 380
10 APR 2021 PM 4 L

PURDUE PHARMA BALLOT PROCESSING
c/o PRIME CLERK LLC
ONE GRAND CENTRAL PLACE
60 EAST 42nd STREET SUITE 1440
NEW YORK, NEW YORK 10165

**RECEIVED**
APR 13 2021
**PRIME CLERK**


CERTIFIED MAIL

10165-144665



U.S. POSTAGE PAID
FCM LETTER
COLDWATER, MS
38618
APR 10, 21
AMOUNT
**$3.60**
R2305H127686-11