**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

### NOTICE OF SIXTEENTH MONTHLY FEE STATEMENT OF JONES DAY FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al.* |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | February 1, 2021 through February 28, 2021 |
| **Amount of Compensation Requested (after discounts and adjustments):** | $157,888.67 |
| **Less 20% Holdback** | $31,577.73 |
| **Net of Holdback**: | $126,310.94 |
| **Amount of Expense Reimbursement Requested:** | $65.40 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $126,376.34 |
| **This is a** | X  Monthly _____Interim ___ Final Fee Statement |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this sixteenth monthly fee statement (the "Sixteenth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from February 1, 2021 through February 28, 2021 (the "Sixteenth Monthly Fee Period"). By this Sixteenth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $126,376.34 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Sixteenth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Sixteenth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney. The blended hourly

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]      The total amount sought for fees reflects (a) voluntary write offs in the amount of $1,875.00, (b) a reduction of $1,071.64 as a result of rate adjustment as agreed upon with the Debtors, and (c) application of a subsequent 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $26,699.33 for the Sixteenth Monthly Fee Period), for an overall voluntary reduction of approximately 14.5%. In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2021, Jones Day is using 2020 billable rates in calculating amounts due for legal services performed). The additional value attributable to application of the prior year's billable rates is not reflected in the 14.5% reduction.

billing rate of Jones Day timekeepers during the Sixteenth Monthly Fee Period is approximately $716.37.[4]

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Sixteenth Monthly Fee Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Sixteenth Monthly Fee Period.

4.      Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Sixteenth Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.      Notice of this Sixteenth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]      The blended rate is comprised of all Jones Day timekeepers who provided services during the Sixteenth Monthly Fee Period.

[5]      The time records included in **Exhibit D** have been minimally redacted to protect privileged information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq.,

Email: dklauder@bk-legal.com.

6.       Objections to this Sixteenth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than May 10, 2021 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.       If no objections to this Sixteenth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Sixteenth Monthly Fee Statement.

8.       To the extent that an objection to this Sixteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Sixteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Sixteenth Monthly Fee Statement has

been made to this or any other court.

Dated: April 26, 2021                       _/s/  Anna Kordas____
          New York, NY                      JONES DAY
                                            John J. Normile
                                            Anna Kordas
                                            250 Vesey Street
                                            New York, NY 10281
                                            Telephone:      (212) 326-3939
                                            Facsimile:      (212) 755-7306
                                            Email:          jjnormile@jonesday.com
                                                            akordas@jonesday.com


                                            *Special Counsel to the Debtors and
                                            Debtors in Possession*

## **EXHIBIT A**

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**FEBRUARY 1, 2021 – FEBRUARY 28, 2021**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Christopher Morrison | 2001 | $1,025.00 | $891.75 | 3.2 | $3,280.00 |
| Dan T. Moss | 2007 | $1,075.00 | $935.25 | 0.5 | $537.50 |
| John J. Normile | 1989 | $1,250.00 | $1,087.50 | 46.2 | $57,750.00 |
| **TOTAL PARTNER:** | | | | **49.9** | **$61,567.50** |
| **COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,180.00 | $1,062.00 | 24.8 | $29,264.00 |
| **TOTAL COUNSEL:** | | | | **24.8** | **$29,264.00** |
| **ASSOCIATE** | | | | | |
| Chané Buck | 2017 | $575.00 | $500.25 | 5.1 | $2,932.50 |
| Anna Kordas | 2014 | $800.00 | $696.00 | 1.3 | $1,040.00 |
| Kevin V. McCarthy | 2016 | $715.00 | $622.05 | 81.2 | $58,058.00 |
| Adam M. Nicolais | 2017 | $655.00 | $569.85 | 29.7 | $19,453.50 |
| **TOTAL ASSOCIATE:** | | | | **117.3** | **$81,484.00** |
| **PARALEGAL & STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $350.00 | $304.50 | 7.1 | $2,485.00 |
| Kristina Horn | N/A | $425.00 | $369.75 | 5.7 | $2,422.50 |
| Martin Ihle | N/A | $350.00 | $304.50 | 15 | $5,250.00 |
| Marguerite Melvin | N/A | $400.00 | $348.00 | .6 | $240.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **28.4** | **$10,397.50** |
| **TOTAL:** | | | | **220.4** | **$182,713.00** |

## EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

### FEBRUARY 1, 2021 – FEBRUARY 28, 2021

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 185.1 | $161,492.00 |
| Strategic Corporate Advice | 12.4 | $8,938.50 |
| Retention Matters | 7 | $4,212.50 |
| Accord Healthcare Inc. | 15.9 | $8,070.00 |
| **TOTAL** | 220.4 | **$182,713.00** |
| **13% DISCOUNT** | | **$23,752.69** |
| **Agreed Upon Rate Adjustment** | | **$1,071.64** |
| **TOTAL FEES** | | **$157,888.67** |

## EXHIBIT C

### EXPENSE SUMMARY

### FEBRUARY 1, 2021 – FEBRUARY 28, 2021

| Expense Category | Total Expenses |
|---|---|
| Court Costs | $65.40 |
| **TOTAL** | **$65.40** |

## **EXHIBIT D**

**TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

April 13, 2021                                                              305158-610005

Invoice: 33483571

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 28, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 161,492.00 |
| Less 13% Fee Discount | | (20,993.96) |
| | USD | 140,498.04 |

DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Court Reporter Fees | 65.40 | |
| | | 65.40 |
| **TOTAL** | **USD** | **140,563.44** |
| CREDIT to Reduce January Rates As Agreed | USD | (1,071.64) |
| **AMOUNT DUE THIS INVOICE** | **USD** | **139,491.80** |

Please remit payment to:

**ACH Transfer (preferred)**          **Wire Transfer**
Citibank, N.A.                          Citibank, N.A.
New York, NY                            New York, NY
Account Name: Jones Day          Account Name: Jones Day
Account No: 37026407              Account No: 37026407
ABA No: 021000089                 ABA No: 021000089
                                        Swift Code: CITIUS33

PLEASE REFERENCE 305158-610005/33483571 WITH YOUR PAYMENT

**JONES DAY**

305158-610005                                                                                      Page 2

April 13, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                        Invoice:  33483571

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| C M MORRISON | 3.20 | 1,025.00 | 3,280.00 |
| J J NORMILE | 44.30 | 1,250.00 | 55,375.00 |
| **OF COUNSEL** | | | |
| K I NIX | 24.80 | 1,180.00 | 29,264.00 |
| **ASSOCIATE** | | | |
| K MCCARTHY | 70.60 | 715.00 | 50,479.00 |
| A M NICOLAIS | 26.80 | 655.00 | 17,554.00 |
| **PARALEGAL** | | | |
| J J DARENSBOURG | 5.90 | 350.00 | 2,065.00 |
| **LEGAL SUPPORT** | | | |
| K HORN | 2.00 | 425.00 | 850.00 |
| **PROJECT ASST** | | | |
| M IHLE | 7.50 | 350.00 | 2,625.00 |
| **TOTAL** | **185.10** | **USD** | **161,492.00** |

JONES DAY

305158-610005                                                                 Page 3
                                                                        April 13, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals        Invoice:  33483571

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/01/21 | A M NICOLAIS | 1.20 |

Communication in firm with K. McCarthy re motion to lift stay/amend (.4); drafting motion to lift stay (.8).

| 02/01/21 | J J NORMILE | 1.30 |

Preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Kreppel, R. Inz, P. Hendler and A. Nicolais (.50); ((preparation for and participation in teleconference ████████████████ ████████████████ (.80).

| 02/02/21 | K MCCARTHY | 1.00 |

Revise motion to lift stay (0.8) and communicate with A. Nicolais regarding same (0.2).

| 02/02/21 | A M NICOLAIS | 1.30 |

Continue drafting motion to lift stay (1.0); research re lift stay factors re same (.3).

| 02/03/21 | M IHLE | 0.50 |

Send PTX exhibits from Purdue-IPC 17-392 to Pablo Hendler at Potomac Law Group, PLLC via Accellion FTP.

| 02/03/21 | K MCCARTHY | 1.50 |

Analyze prior OxyContin trial exhibits (0.3) and communicate internally and with P. Hendler regarding same (0.2); review and revise draft liftstay motion and draft Rosen declaration in support of same (1.0).

| 02/03/21 | A M NICOLAIS | 4.60 |

Continue research re motion to lift stay pending PTAB proceeding (1.0); revising motion to lift stay and supporting declaration (3.2); communication in firm with K. McCarthy re same (.4).

| 02/03/21 | J J NORMILE | 1.50 |

Revision of prior drafts of motion to lift stay (1.2) including various correspondence with K. McCarthy regarding same (.3).

| 02/04/21 | M IHLE | 1.50 |

Send PTX exhibits from Purdue-IPC 17-392 and Purdue-Amneal 15-1152 cases to Pablo Hendler and Keri Click at Potomac Law Group, PLLC via Accellion FTP.

| 02/04/21 | K MCCARTHY | 2.50 |

Revise motion to lift stay (1.0); perform legal research in support of same (1.5).

| 02/04/21 | J J NORMILE | 1.00 |

Continued attention to preparation of motion in support of lift stay and Rosen declaration (.7) including various correspondence and teleconferences with K. McCarthy (.3).

| 02/05/21 | K HORN | 0.20 |

Review electronic files to identify trial exhibits used in prior oxy litigations per K. McCarthy.

| 02/05/21 | M IHLE | 2.50 |

Collect and .zip PTX Exhibits from prior oxy litigations and send to Pablo Hendler and Keri Click at Potomac Law Group, PLLC via Accellion FTP.

| 02/05/21 | K MCCARTHY | 2.00 |

Revise memorandum of law in support of motion to lift stay (1.0) and attention to miscellaneous internal and bankruptcy counsel correspondence regarding same (0.2) revise Rosen declaration in support of motion to lift stay (0.5) and communicate internally regarding same (0.3).

| 02/05/21 | K I NIX | 0.20 |

E-mails with K. McCarthy and D. Rosen regarding declaration in support of motion to lift stay.

JONES DAY

305158-610005                                                              Page 4
                                                                    April 13, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33483571

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

02/05/21      J J NORMILE                                          1.50
Review drafts of motion for lift stay including draft Rosen declaration and various correspondence from K. McCarthy and K. Nix regarding same.

02/07/21      K I NIX                                              1.20
Revised draft Rosen declaration (1.0); e-mails with D. Rosen regarding same (.2).

02/07/21      J J NORMILE                                          1.50
Continued attention to preparation of lift stay motion and Rosen declaration.

02/08/21      K HORN                                               1.20
██████████████████████████████████████████

02/08/21      M IHLE                                               2.50
Collect and .zip PTX Exhibits from prior oxy litigations and send to Pablo Hendler and Keri Click at Potomac Law Group, PLLC via Accellion FTP (1.2); create a draft Word log of documents sent via Accellion in October 2020 and since February 3, 2021 (1.3).

02/08/21      K MCCARTHY                                           4.00
Revise motion to lift stay (2.7) and communicate with A. Nicolais regarding same (0.3); prepare for (0.2)and participate in (0.3) internal teleconference with J. Normile and A. Nicolais regarding motion and related tasks; prepare for (0.2) and participate in (0.3) weekly client teleconference regarding litigation status updates.

02/08/21      A M NICOLAIS                                         0.50
Communication in firm with K. McCarthy and J. Normile re draft motion to lift stay (.3); revisions re same (.2).

02/08/21      K I NIX                                              1.80
Teleconference with D. Rosen regarding supporting declaration for motion to lift stay (.3); worked on revised draft declaration (1.2) and email to D. Rosen regarding same (.3).

02/08/21      J J NORMILE                                          5.00
Preparation for (.40) and participation in (.40) teleconference with K. McCarthy and A. Nicolais regarding preparation of motion to lift stay and Rosen declaration in support of same; revise draft memorandum and declaration and related correspondence (2.3); preparation for (.40) and participation in (.40) weekly team teleconference including B. Koch, R. Kreppel, R. Silbert, R. Inz, K. McCarthy and A. Nicolais; preparation for (.10) and participation in (.20) teleconference with P. Hendler regarding preparation of motion to lift stay; ((review of various correspondence regarding ████████████████ (.80).

02/09/21      M IHLE                                               0.50
Collect and .zip PTX Exhibits from prior oxy litigations and send to Pablo Hendler and Keri Click at Potomac Law Group, PLLC via Accellion FTP (.3); confer with TCDI about restoring access to Purdue databases in Relativity, subject to approval by Tom (.2). Morrissey.

02/09/21      K MCCARTHY                                           6.50
Revise motion to lift stay (5.5); revise Rosen declaration (0.3) and communicate with K. Nix and A. Nicolais regarding same (0.4); attention to internal correspondence regarding protective order issues (0.3).

02/09/21      A M NICOLAIS                                         2.90
Communication in firm with K. McCarthy re motion to lift stay (.3); revisions to same and incorporation of Rosen Declaration (2.3); analyze discovery confidentially order re confidentiality requirements (.2) and communication in firm with K. Nix re same (.1).

02/09/21      K I NIX                                              3.20
Two teleconferences and e-mails with D. Rosen regarding draft declaration (.5); studied draft brief in support of motion to lift stay (2.5); conferred with J. Normile and K. McCarthy regarding protective order issue concerning formulary rebate rates (.2).

JONES DAY

Page 5
April 13, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice:  33483571

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/09/21 | J J NORMILE | 2.80 |

Continued revision of memorandum in support of motion to lift stay including Rosen declaration (2.0) and review of case protective order regarding same (.8).

| 02/10/21 | J J DARENSBOURG | 0.90 |

Manage spreadsheet of litigation documents sent to P Hendler.

| 02/10/21 | K HORN | 0.30 |

████████████████████████████████████████████

| 02/10/21 | K MCCARTHY | 3.60 |

Revise memorandum of law in support of motion to lift stay in response to edits received (2.9); ((attention to client correspondence regarding ███████████████████████████ (0.4) )); coordinate preparation of exhibits to Rosen declaration (0.3).

| 02/10/21 | A M NICOLAIS | 1.20 |

Further revisions to draft motion to lift stay (.7); communication in firm with K. McCarthy and K. Nix re same (.2); research for Rosen declaration exhibits re same (.3).

| 02/10/21 | K I NIX | 1.80 |

Worked on supporting D. Rosen declaration (1.0); conferred with D Rosen (.5); e-mail to K. McCarthy and A. Nicolais regarding Rosen declaration (.3).

| 02/10/21 | J J NORMILE | 3.00 |

Revise memorandum in support of lift stay motion (1.5) and review and revision of Rosen declaration (1.0); ((review of ██████████████████ ███████████ (.50) )).

| 02/11/21 | K MCCARTHY | 2.50 |

Revise Purdue's motion to lift stay (1.1) and communicate internally, with co-counsel, and with client regarding edits to same (0.6); participate in teleconference with J. Normile and A. Nicolais regarding same (0.4); attention to miscellaneous internal correspondence regarding discovery produced by subpoenaed third parties (0.4).

| 02/11/21 | A M NICOLAIS | 3.00 |

Revise Collegium motion to lift stay incorporating comments/edits from R. Inz, B. Koch, R. Kreppel and P. Hendler (2.2); communication in firm with J. Normile and K. McCarthy re same (.8).

| 02/11/21 | K I NIX | 1.40 |

Work regarding motion to lift stay and supporting Rosen declaration (.7), including e-mails with Purdue (R. Krappel and B. Koch), J. Normile and K. McCarthy regarding damages topics (.3); reviewed edits to draft brief (.4).

| 02/11/21 | J J NORMILE | 4.00 |

Review various drafts of Purdue's memorandum in support of lift stay motion including various teleconferences with K. McCarthy, A. Nicolais, B. Koch and R. Kreppel (3.0); review of emails and comments from R. Inz, B. Koch and R. Kreppel (1.0).

| 02/12/21 | K MCCARTHY | 6.00 |

Revise motion to lift stay (3.0); attention to client and co-counsel correspondence regarding edits to motion (1.0); prepare for (0.5) and participate in (1.0) client teleconferences with J. Normile and P. Hendler regarding edits to motion and related litigation testing issues; teleconference with K. Nix regarding edits to motion and related declaration (0.5).

| 02/12/21 | K I NIX | 1.70 |

Teleconference with K. McCarthy regarding revisions to draft brief in support of motion to lift stay (1.0); studied draft brief and client's proposed changes to same (.7).

JONES DAY

305158-610005                                                                    Page 6
                                                                          April 13, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice: 33483571

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**02/12/21    J J NORMILE    3.00**
Preparation for (.4) and participation in (.6) teleconference with B. Koch, R. Kreppel, R. Inz, P. Hendler and K. McCarthy regarding memorandum in support of Purdue's lift stay motion and related correspondence with K. McCarthy; review of edits and comments provided by R. Inz, R. Kreppel and B. Koch (1.0); preparation for (.5) and participation in (.5) teleconference with B. Koch, R. Inz, P. Hendler and K. McCarthy regarding strategic case issues including review of various emails.

**02/13/21    K MCCARTHY    3.50**
Revise Collegium liftstay motion and related filings (2.0); perform follow-up legal and factual research in support of same (1.5).

**02/13/21    J J NORMILE    1.50**
Revision of memorandum in support of lift stay motion (1.2) and review of correspondence from P. Hendler and A. Nicolais regarding same (.3).

**02/14/21    K MCCARTHY    2.80**
Revise Purdue motion to lift stay and related filings (2.5) and communicate with J. Normile and P. Hendler regarding same (0.3).

**02/14/21    K I NIX    1.20**
Revised draft supporting brief from K. McCarthy.

**02/15/21    K MCCARTHY    2.70**
Revise Purdue motion to lift stay and related filings (2.0) and communicate with P. Hendler regarding edits to same (0.4); prepare for (0.1) and participate in (0.2) teleconference with J. Normile regarding same.

**02/15/21    K I NIX    2.10**
Studied revised versions of supporting brief from R. Inz, P. Hendler and K. McCarthy (1.0) and work regarding same (1.1).

**02/15/21    J J NORMILE    2.50**
Revise current draft of motion to lift stay and Rosen declaration in support of same including P. Hendler edits (2.0); various correspondence with K. McCarthy regarding same (.50).

**02/16/21    J J DARENSBOURG    1.00**
Manage deposition transcripts and exhibits for P Hendler.

**02/16/21    K HORN    0.30**
Organize and coordinate electronic transfer of depositions to P. Hendler per K. McCarthy.

**02/16/21    K MCCARTHY    3.00**
Prepare for (0.4) and participate in weekly (0.6) client teleconference regarding litigation status updates, including review of Purdue litigation tracker (0.2); revise motion to lift stay and related filings (0.8); teleconference with A. Nicolais regarding edits to same (0.2); attention to internal, co-counsel, and client correspondence regarding edits to motion and certain related confidentiality issues (0.8).

**02/16/21    A M NICOLAIS    2.80**
Team meeting re Collegium motion to lift stay (.5); communication in firm with K. McCarthy re same (.3); incorporating revisions from R. Inz., K. Nix, and R. Kreppel re same (2.0).

**02/16/21    K I NIX    2.80**
Worked on draft brief in support of motion to lift stay (2.2) and e-mails with J. Normile and K. McCarthy regarding same (.6).

**02/16/21    J J NORMILE    2.30**
Preparation for (.20) and participation in (.60) weekly team teleconference including B. Koch, R. Kreppel, R. Inz, P. Hendler, K. McCarthy and A. Nicolais; continued review and revision of memorandum in support of lift stay motion and Rosen declaration including various correspondence with K. Nix and K. McCarthy (1.5).

JONES DAY

305158-610005
Page 7
April 13, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals
Invoice:  33483571

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**02/17/21**    K MCCARTHY    **3.00**
Revise sealing motion (0.3) and communicate internally and with opposing counsel regarding finalizing same (0.4); revise cover motion and communicate with A. Nicolais regarding same (0.5); (( review/analyze ███████████████████████ (0.8) )); revise motion to lift stay (0.5) and perform legal research regarding impact of 11 U.S.C. § 1121(d) period in support of same (0.5).

**02/17/21**    A M NICOLAIS    **1.50**
Edits to motion to lift stay (.5); drafting cover letter to motion (.4); drafting motion to seal lift stay motion (.4); communication in firm with K. McCarthy re all (.2).

**02/17/21**    J J NORMILE    **1.50**
Review of draft motion to seal Purdue's memorandum in support of its lift stay motion and Rosen declaration including correspondence from K. McCarthy and C. Morrison regarding same (1.0); (( review of ███████████████ ████████████ (.50) )).

**02/18/21**    J J DARENSBOURG    **0.40**
Manage shared database for attorneys of correspondence regarding Motion for Leave to File Under Seal Plaintiff's Motion to Lift Stay and document log of deposition transcripts and exhibits sent to P Hendler.

**02/18/21**    K MCCARTHY    **5.00**
Revise motion to lift stay, Rosen declaration, and related filings (3.0); review co-counsel and client proposed edits to motion and communicate internally regarding same (0.5); attention to opposing counsel correspondence regarding sealing motion (0.3) and finalize same for filing (0.2); revise proposed schedule exhibit to motion to lift stay and communicate with J. Normile regarding same (1.0).

**02/18/21**    C M MORRISON    **1.40**
Rrevise motion to lift stay and motion for leave to file under seal.

**02/18/21**    A M NICOLAIS    **1.10**
Edits to motion to seal (.3); revisions to motion to lift stay (.4); communication in firm re same (.4).

**02/18/21**    K I NIX    **1.40**
Studied draft brief in support of motion to lift stay and revisions to same (.9); reviewed motion to file under seal (.2); e-mails with K. McCarthy, C. Morrison and A. Nicolais (.3).

**02/18/21**    J J NORMILE    **1.50**
Review of various correspondence relating to motion to seal Purdue's motion to lift stay including various emails from K. McCarthy, A. Nicolais, C. Morrison and O. Langer.

**02/19/21**    K MCCARTHY    **1.00**
Revise motion to lift stay and communicate with A. Nicolais regarding same (0.5); provide edits to Rosen declaration in support of motion to lift stay (0.5).

**02/19/21**    C M MORRISON    **0.40**
Revise motion to seal (.2); communicate with court regarding same (.2).

**02/19/21**    A M NICOLAIS    **0.70**
Edits to motion to lift stay and Rosen Declaration and incorporating edits from team re same (.7).

**02/19/21**    K I NIX    **1.80**
Worked on draft brief in support of motion to lift stay and Rosen declaration is support of motion to lift stay (1.5); e-mails with J. Normile, K. McCarthy, P. Hendler, C. Morrison and A. Nicolais regarding same (.3).

**02/19/21**    J J NORMILE    **2.00**
Revise memorandum in support of lift stay motion and Rosen declaration (1.6) and review of correspondence relating to same (.4).

JONES DAY

305158-610005                                                                    Page 8
                                                                        April 13, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice: 33483571

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**02/20/21      A M NICOLAIS                                         1.30**
Edits to motion to lift stay and Rosen declaration (.5) and preparation of exhibits re same (1.3).

**02/21/21      K MCCARTHY                                           1.50**
Revise motion to lift stay, Rosen declaration, and related filings (1.0) and communicate with J. Normile and P. Hendler regarding same (.5).

**02/21/21      J J NORMILE                                          1.50**
Preparation for (.7) and participation in (.7) teleconference with K. McCarthy regarding draft motion to lift stay and Rosen declaration and review of related correspondence (.1).

**02/22/21      J J DARENSBOURG                                      0.20**
Manage shared database for attorneys of Plaintiffs' Motion for Leave to File Under Seal Memorandum of Law and Rosen Declaration in Support of Motion to Lift Court's Stay Order.

**02/22/21      K MCCARTHY                                           7.00**
Revise motion to lift stay, Rosen declaration, and related filings (2.8); attention to client and internal edits to same (0.8); finalize same for filing (0.9) and communicate internally regarding filing logistics and service on opposing counsel (0.6); revise proposed redactions to filings and communicate internally and with client concerning same (1.2); prepare for (0.3) and participate in (0.4) weekly client teleconference regarding litigation status updates.

**02/22/21      C M MORRISON                                         0.80**
Analyze final motion to lift stay and attention to filing under seal (.6); confer with clerk regarding same (.2).

**02/22/21      A M NICOLAIS                                         4.70**
Incorporating edits of R. Inz., B. Koch, K. Nix and R. Kreppel into motion to lift stay and declaration of D. Rosen (1.0); edits to motion to lift stay and Rosen declaration (2.1); finalizing motion for filing (.7); communication in firm with K. McCarthy and K. Nix re same (.5); preparing redactions re same (.4).

**02/22/21      K I NIX                                              3.40**
Worked on motion to lift stay and supporting brief and Rosen declaration (2.0); reviewed B. Koch's, R. Kreppel's and R. Inz's comments regarding same (.3); and e-mails with K. McCarthy, J. Normile and A. Nicolais regarding same (.2); coordinated with D. Rosen regarding final review and execution of his declaration (.4); reviewed draft redacted "public" versions of brief and Rosen declaration (.3), and email to K. McCarthy regarding same (.2).

**02/22/21      J J NORMILE                                          2.90**
Rrevise memorandum in support of motion to lift stay and Rosen declaration in support including review of comments from R. Inz and B. Koch (1.3); review of various correspondence from K. McCarthy and C. Morrison regarding preparation of redacted versions of memorandum and declarations (.80); preparation for (.40) and participation in (.40) weekly team teleconference with B. Koch, R. Silbert, R. Inz, R. Kreppel, K. McCarthy, A. Nicolais and P. Hendler.

**02/23/21      J J DARENSBOURG                                      1.10**
Manage shared database for attorneys of Plaintiffs' Confidential and Redacted versions of Motion to Lift Stay, Memo, Rosen Declaration in Support, and accompanying exhibits.

**02/23/21      K MCCARTHY                                           3.50**
Draft/revise public redacted versions of motion to lift stay and Rosen declaration (1.5) and communicate internally and with client regarding same (0.5); (( review/analyze ███████████████████████ (1.0) )); attention to ████████ ████████████████████████████ (0.2); (( draft/revise ████████████████████ (0.3) )).

**02/23/21      C M MORRISON                                         0.60**
Review and finalize public versions of Motion to Lift Stay.

**JONES DAY**

305158-610005                                                                                    Page 9
                                                                                       April 13, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                          Invoice:  33483571

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/23/21 | K I NIX | 0.80 |

Reviewed proposed redacted versions of brief and Rosen declaration in support of motion to lift stay (.6), and e-mails with K. McCarthy, J. Normile and P. Hendler regarding same (.2).

| 02/23/21 | J J NORMILE | 2.00 |

Attention to preparation of redacted versions of memorandum in support of lift stay motion and Rosen declaration including various correspondence from B. Koch, R. Inz, R. Kreppel, K. Nix and P. Hendler (1.5); (( review ███████████████                      ███████████████ (.50) )).

| 02/24/21 | J J DARENSBOURG | 1.90 |

Update discovery documents for attorney and client review.

| 02/24/21 | K MCCARTHY | 4.00 |

(( Review/analyze ███████████████████ (1.1); prepare for and participate in teleconference with Pablo Hendler regarding same (1.1); attention to correspondence with J. Normile, P. Hendler████████ ████████ (0.6) )); attention to miscellaneous internal and client correspondence regarding prior written discovery requests and responses (0.6) and coordinate compiling of same (0.6).

| 02/25/21 | J J DARENSBOURG | 0.40 |

Review correspondence for evidence of deposition scheduling of Patheon and Noramco representatives.

| 02/25/21 | K MCCARTHY | 2.00 |

((Prepare for and participate in teleconference █████████████████████████ (1.0); analyze ██████████████████ (1.0).)).

| 02/26/21 | K MCCARTHY | 1.20 |

Prepare for (.6) and participate in (.6) teleconferences with client, J. Normile, and P. Hendler regarding validity and infringement issues relating to Low-ABUK patents.

| 02/26/21 | J J NORMILE | 1.50 |

(( Preparation for and participation in teleconference ██████████████████████ ████████████████████████ )).

| 02/28/21 | K MCCARTHY | 0.80 |

(( Prepare for and participate in teleconference with J. Normile regarding ████████████ (0.4); attention to miscellaneous internal and client correspondence regarding same (0.4).)).

| 02/28/21 | J J NORMILE | 0.50 |

Preparation for (.2) and participation in (.3) teleconference with K. McCarthy regarding Rosen declaration.

**TOTAL**                                                                                      **185.10**

**JONES DAY**

305158-610005                                                                                    Page 10
                                                                                          April 13, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                    Invoice:  33483571


DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **COURT REPORTER FEES** | | | | |
| 02/04/21 | NYC ACCOUNTING | NYC | 65.40 | |
| | Court reporter fees - LINDA WALSH - for telephone conference held on 1/22/2021 - 12 pages. | | | |
| | **Court reporter fees Subtotal** | | | **65.40** |
| | **TOTAL** | | **USD** | **65.40** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

April 13, 2021                                    305158-610028

                                            Invoice: 33483574

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 28, 2021:

| | | |
|---|---|---|
| Accord Healthcare Inc. | USD | 8,070.00 |
| Less 13% Fee Discount | | (1,049.10) |
| | USD | 7,020.90 |
| **TOTAL** | **USD** | **7,020.90** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610028/33483574 WITH YOUR PAYMENT

**JONES DAY**

305158-610028                                                           Page 2

April 13, 2021

Accord Healthcare Inc.                                    Invoice:  33483574

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 0.80 | 1,250.00 | 1,000.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 4.50 | 715.00 | 3,217.50 |
| PARALEGAL | | | |
| J J DARENSBOURG | 1.20 | 350.00 | 420.00 |
| LEGAL SUPPORT | | | |
| K HORN | 1.90 | 425.00 | 807.50 |
| PROJECT ASST | | | |
| M IHLE | 7.50 | 350.00 | 2,625.00 |
| **TOTAL** | **15.90** | **USD** | **8,070.00** |

JONES DAY

305158-610028                                                                          Page 3
                                                                                  April 13, 2021
Accord Healthcare Inc.                                                    Invoice:  33483574

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

*Date of Service*        *Timekeeper Name*                                              *Hours*

02/03/21        M IHLE                                                                    0.50
Send PTX exhibits from Purdue-IPC 17-392 to Pablo Hendler at Potomac Law Group, PLLC via Accellion
FTP.

02/03/21        K MCCARTHY                                                               0.50
Analyze prior OxyContin trial exhibits (0.2) and communicate internally and with P. Hendler regarding
same (0.3).

02/04/21        M IHLE                                                                    1.50
Send PTX exhibits from Purdue-IPC 17-392 and Purdue-Amneal 15-1152 cases to Pablo Hendler and Keri
Click at Potomac Law Group, PLLC via Accellion FTP.

02/04/21        K MCCARTHY                                                               0.50
Attention to miscellaneous internal correspondence regarding P. Hendler file requests (0.5).

02/05/21        K HORN                                                                    0.20
Review electronic files to identify trial exhibits used in prior oxy litigations per K. McCarthy.

02/05/21        M IHLE                                                                    2.50
Collect and .zip PTX Exhibits from prior oxy litigations and send to Pablo Hendler and Keri Click at
Potomac Law Group, PLLC via Accellion FTP.

02/08/21        K HORN                                                                    1.20
((███████████████████████████████████)).

02/08/21        M IHLE                                                                    2.50
Collect and .zip PTX Exhibits from prior oxy litigations and send to Pablo Hendler and Keri Click at
Potomac Law Group, PLLC via Accellion FTP (1.5); create a draft Word log of documents sent via
Accellion in October 2020 and since February 3, 2021 (1.0).

02/09/21        K HORN                                                                    0.20
((███████████████████████████)).

02/09/21        M IHLE                                                                    0.50
Collect and .zip PTX Exhibits from prior oxy litigations and send to Pablo Hendler and Keri Click at
Potomac Law Group, PLLC via Accellion FTP (.3); confer with TCDI about restoring access to Purdue
databases in Relativity, subject to approval by Tom Morrissey (.2).

02/09/21        K MCCARTHY                                                               0.50
Attention to miscellaneous internal correspondence regarding P. Hendler document requests (0.5).

02/10/21        J J DARENSBOURG                                                          0.90
Manage spreadsheet of litigation documents sent to P Hendler (K McCarthy).

02/10/21        K HORN                                                                    0.30
((███████████████████████)).

02/10/21        K MCCARTHY                                                               1.20
Coordinate delivery of documents responsive to P. Hendler requests (0.6) and attention to internal
correspondence regarding issues related to same (0.4); (██████████████    ████████████
██████████).

02/10/21        J J NORMILE                                                              0.80
Various correspondence and teleconference with R. Smith regarding Accord's request for an additional
extension of time to answer.

02/16/21        K MCCARTHY                                                               1.00
Review/analyze prior litigation deposition transcripts and exhibits per P. Hendler request (0.4);
communicate internally regarding same (0.3); coordinate delivery of same to P. Hendler (0.3).

**JONES DAY**

305158-610028                                                                    Page 4

April 13, 2021

Accord Healthcare Inc.                                           Invoice:  33483574

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 02/24/21 | J J DARENSBOURG | 0.30 |

Manage shared database for attorneys of Defendants' Unopposed Motion for Extension to Respond to Complaint and accompanying documents.

| 02/25/21 | K MCCARTHY | 0.50 |
|---|---|---|

(( Coordinate review of ███████████████████████████████████
███████████ (0.5).)).

| 02/26/21 | K MCCARTHY | 0.30 |
|---|---|---|

(( Coordinate delivery of ████████████████████ (0.3).)).

**TOTAL**                                                          **15.90**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

April 13, 2021                                             305158-640002

Invoice: 33483579

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 28, 2021:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 8,938.50 |
| Less 13% Fee Discount | | (1,162.00) |
| | USD | 7,776.50 |
| **TOTAL** | **USD** | **7,776.50** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33483579 WITH YOUR PAYMENT

**JONES DAY**

305158-640002

Strategic Corporate Advice

Page 2
April 13, 2021
Invoice:  33483579

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** | | | |
| D T MOSS | 0.50 | 1,075.00 | 537.50 |
| J J NORMILE | 1.10 | 1,250.00 | 1,375.00 |
| **ASSOCIATE** | | | |
| K MCCARTHY | 6.10 | 715.00 | 4,361.50 |
| A M NICOLAIS | 2.90 | 655.00 | 1,899.50 |
| **LEGAL SUPPORT** | | | |
| K HORN | 1.80 | 425.00 | 765.00 |
| **TOTAL** | **12.40** | **USD** | **8,938.50** |

JONES DAY

305158-640002                                                            Page 3
                                                                 April 13, 2021
Strategic Corporate Advice                              Invoice:  33483579

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/01/21 | A M NICOLAIS | 1.40 |

Weekly Purdue updates and strategy meeting (.9); drafting weekly status updates (.5).

| 02/02/21 | K HORN | 0.50 |

(( ██████████████████████████████████ .)).

| 02/02/21 | K MCCARTHY | 1.00 |

(( Review/analyze documents regarding █████████████████ (0.7); communicate internally and with client regarding same (0.3).)).

| 02/02/21 | J J NORMILE | 1.10 |

(( Review of various correspondence relating to ████████████ (.80); review of ████████ (.30).)).

| 02/03/21 | K HORN | 0.50 |

(( ██████████████████████████ .)).

| 02/08/21 | K HORN | 0.30 |

(( ████████████████ .)).

| 02/08/21 | K MCCARTHY | 1.00 |

(( Attention to ██████████ (0.6); review/analyze ████████ (0.4).)).

| 02/08/21 | A M NICOLAIS | 0.60 |

Weekly Purdue strategy and planning meeting (.4); drafting weekly Purdue updates (.2).

| 02/09/21 | K MCCARTHY | 1.00 |

Analyze prior document productions and communicate with P. Hendler regarding same (1.0).

| 02/10/21 | K HORN | 0.50 |

(( ██████████████ )).

| 02/10/21 | K MCCARTHY | 1.20 |

(( Attention to correspondence ██████████ (0.5); review/analyze ████████ (0.5); teleconference with J. Normile regarding issues related to ████████ (0.2).)).

| 02/11/21 | K MCCARTHY | 1.90 |

(( Review/analyze ██████████ (1.1); ████████ (0.5); communicate internally with J. Normile regarding ████████ (0.3).)).

| 02/16/21 | A M NICOLAIS | 0.30 |

Drafting weekly updates/tracker.

| 02/22/21 | A M NICOLAIS | 0.60 |

Drafting weekly Purdue updates/tracker (.2); weekly Purdue team meeting (.4).

| 02/26/21 | D T MOSS | 0.50 |

Communicate with Normile regarding retention matters.

| **TOTAL** | | **12.40** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

April 13, 2021                                                                 305158-999007

Invoice: 33483581

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through February 28, 2021:

| | | |
|---|---|---|
| Retention Matters | USD | 4,212.50 |
| Less 13% Fee Discount | | (547.62) |
| | USD | 3,664.88 |
| **TOTAL** | **USD** | **3,664.88** |

Please remit payment to:

**ACH Transfer (preferred)**            **Wire Transfer**
Citibank, N.A.                                   Citibank, N.A.
New York, NY                                    New York, NY
Account Name: Jones Day               Account Name: Jones Day
Account No: 37026407                    Account No: 37026407
ABA No: 021000089                       ABA No: 021000089
                                                        Swift Code: CITIUS33

PLEASE REFERENCE 305158-999007/33483581 WITH YOUR PAYMENT

**JONES DAY**

305158-999007                                                      Page 2
                                                              April 13, 2021
Retention Matters                                    Invoice:  33483581

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| ASSOCIATE |  |  |  |
| C BUCK | 5.10 | 575.00 | 2,932.50 |
| A KORDAS | 1.30 | 800.00 | 1,040.00 |
| PARALEGAL |  |  |  |
| M M MELVIN | 0.60 | 400.00 | 240.00 |
| **TOTAL** | **7.00** | **USD** | **4,212.50** |

**JONES DAY**

305158-999007                                                                    Page 3
                                                                          April 13, 2021
Retention Matters                                                Invoice: 33483581

### SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 02/10/21 | C BUCK | 1.70 |

Revise December invoices for compliance with UST guidelines.

| | | |
|---|---|---|
| 02/10/21 | A KORDAS | 0.60 |

Review invoices for UST compliance (.5); correspond with C. Buck regarding same (.1).

| | | |
|---|---|---|
| 02/16/21 | C BUCK | 1.80 |

Draft 14th Monthly Fee Statement and exhibits.

| | | |
|---|---|---|
| 02/16/21 | C BUCK | 1.60 |

Update fee application worksheet.

| | | |
|---|---|---|
| 02/16/21 | A KORDAS | 0.70 |

Draft/revise monthly fee statement and coordinate filing of same (.5); correspond with C. Buck and planning in connection with interim fee application (.2).

| | | |
|---|---|---|
| 02/16/21 | M M MELVIN | 0.60 |

PDF the document to be filed and attach exhibits (0.10); review compiled document and e-file the Fourteenth Monthly Fee Statement of Jones Day For Compensation For Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors For the Period From December 1, 2020 Through December 31, 2020 (0.20); serve the same by e-mail (0.10); locate to which firm J. Alberto relocated and serve him by e-mail (0.10); coordinate service upon the U.S Trustee by first class mail (0.10).

**TOTAL**                                                                      **7.00**