**UNITED STATES BANKRUPTCY COURT,
SOUTHERN DISTRICT OF NEW YORK**

**CASE NO: 19-23649-(RDD)**

**In re:**

**PURDUE PHARMA, L.P., et al.,**

**Debtors.**

_____ /

**CERTIFICATE OF SERVICE**

    Amanda Peterson, being duly admitted to practice in New York State and before the Southern District of New York, certifies that on April 23, 2021, true and correct copies of the Joinder to the West Virginia Objection to Debtors' Motion to Approve Disclosure Statement has been furnished by Notice of Electronic Filing via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and on April 26, 2021 by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system:

Respectfully submitted,

**MORGAN & MORGAN, P.A.**

By: /s/Amanda Peterson_____
Amanda Peterson, Esq. (AP1797)
90 Broad Street, Suite 1011
New York, NY 10004
(212) 564-4568
apeterson@forthepeople.com

1

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael Geoffrey Abelow**  mabelow@sherrardroe.com, neads@sherrardroe.com
- **Jill Abrams**  jill.abrams@vermont.gov
- **Nicklas Arnold Akers**  nicklas.akers@doj.ca.gov
- **Sydenham B. Alexander**  sandy.alexander@mass.gov
- **Andrew Vincent Alfano**  andrew.alfano@pillsburylaw.com
- **Barbara M. Almeida**  barbara.almeida@clydeco.us, shane.calendar@clydeco.us
- **Anne Andrews**  aa@andrewsthornton.com
- **Alison Archer**  alison.archer@ohioattorneygeneral.gov
- **Reuel D. Ash**  rash@ulmer.com, sbenoit@ulmer.com
- **Mitchell Jay Auslander**  maosbny@willkie.com, mauslander@willkie.com
- **Michael I. Baird**  baird.michael@pbgc.gov, efile@pbgc.gov
- **Jasmine Ball**  jball@debevoise.com, cponeal@debevoise.com;nquigley@debevoise.com
- **Lauren Guth Barnes**  lauren@hbsslaw.com, purduebankruptcy@hbsslaw.com
- **Morgan R Bentley**  mbentley@bentleyandbruning.com
- **Thomas Moultrie Beshere**  tbeshere@oag.state.va.us
- **Thomas D. Bielli**  tbielli@bk-legal.com, dklauder@bk-legal.com;tnobis@bk-legal.com
- **Kathryn Blake**  kathryn.blake@ag.ny.gov
- **Jordan S. Blask**  jblask@fbtlaw.com, agilbert@tuckerlaw.com
- **Anthony D. Boccanfuso**  Anthony.Boccanfuso@apks.com, ecf-b9841d808f73@ecf.pacerpro.com
- **James T. Boffetti**  james.boffetti@doj.nh.gov, janet.demers@doj.nh.gov
- **Morton R. Branzburg**  mbranzburg@klehr.com, jtaylor@klehr.com
- **Paul E. Breene**  pbreene@reedsmith.com
- **William J. Brennan**  william.brennan@kennedyslaw.com
- **Gary D. Bressler**  gbressler@mdmc-law.com, scarney@mdmc-law.com;nleonard@mdmc-law.com
- **Daniel R Brice**  drbrice@bklawyers.com
- **Emily Brown**  ebrown@hsplegal.com
- **Celeste Brustowicz**  cbrustowicz@sch-llc.com, lrichardson@clfnola.com
- **Michael Morris Buchman**  mbuchman@motleyrice.com
- **Michiyo Michelle Burkart**  michelle.burkart@doj.ca.gov
- **Ira Burnim**  irabster@gmail.com
- **Lori A. Butler**  butler.lori@pbgc.gov, efile@pbgc.gov
- **CRG Financial LLC**  notices@CRGfinancial.com
- **Aaron R. Cahn**  cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com
- **George Calhoun**  george@ifrahlaw.com
- **Robert P. Charbonneau**  rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Shawn M. Christianson**  schristianson@buchalter.com, cmcintire@buchalter.com
- **Elizabeth A Citrin**  elizabeth@elizabethcitrin.com

**Marvin E. Clements** agbanknewyork@ag.tn.gov
**Julie Elizabeth Cohen** julie.cohen@skadden.com
**Daniel S. Connolly** daniel.connolly@bracewell.com, mco@bracewell.com;joseph.lasher@bracewell.com
**John Michael Connolly** mike@consovoymccarthy.com
**William S Consovoy** will@consovoymccarthy.com
**Linda J Conti** linda.conti@maine.gov
**Merrida Coxwell** lenah@coxwelllaw.com
**Anthony Crawford** acrawford@reedsmith.com
**Ashley Crawford** avcrawford@akingump.com
**Heather M Crockett** heather.crockett@atg.in.gov, marie.baker@atg.in.gov
**Jonathan Watson Cuneo** jonc@cuneolaw.com
**Melanie L. Cyganowski** mcyganowski@oshr.com, awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildebrandtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com
**Peter D'Apice** dapice@sbep-law.com
**Scott I. Davidson** sdavidson@kslaw.com, jcmccullough@kslaw.com
**Brett T DeLange** brett.delange@ag.idaho.gov
**Ira S. Dizengoff** idizengoff@akingump.com, apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com
**Mark S. Dym** mdym@hsplegal.com
**Leslie A. Eaton** leslie.eaton@coag.gov
**Kenneth H. Eckstein** keckstein@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
**Brian Edmunds** bedmunds@oag.state.md.us
**Leah M. Eisenberg** leisenberg@foley.com, leisenberg@foley.com;leah-eisenberg-0344@ecf.pacerpro.com
**Susan Ellis** sellis@atg.state.il.us
**Bernard Ardavan Eskandari** bernard.eskandari@doj.ca.gov
**Gillian Feiner** gillian.feiner@mass.gov
**Jamie Fell** jamie.fell@stblaw.com
**Laura Femino** laura.femino@whitecase.com
**Lowell W. Finson** lowellwfinson@gmail.com
**Judith Aurora Yosepha Fiorentini** judith.fiorentini@doj.ca.gov
**Eric Fisher** efisher@binderschwartz.com, docket@binderschwartz.com
**Lara J Fogel** lfogel@levinelee.com
**Lawrence Fogelman** lawrence.fogelman@usdoj.gov
**Joseph D. Frank** jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
**Bryce L. Friedman** bfriedman@stblaw.com
**George Robert Gage** grgage@gagespencer.com
**Richard R Gan** richlaw1@comcast.net
**Jeffrey K. Garfinkle** jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
**Alison Gaske** gaskea@gilbertlegal.com

**Scott F. Gautier**    scott.gautier@faegredrinker.com,
kmeek@robinskaplan.com;mdelaney@robinskaplan.com
**Richard Joseph Geddes**    richard.geddes@kennedyslaw.com
**Marc P Gertz**    mpgertz@gertzrosen.com
**Steven A. Ginther**    sdnyecf@dor.mo.gov
**Eric M. Gold**    eric.gold@state.ma.us
**Matthew J. Gold**    mgold@kkwc.com
**Eric Goldstein**    egoldstein@goodwin.com,
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
**Michael Goldstein**    mgoldstein@goodwinlaw.com
**Leslie A. Goller**    lgoller@terrellhogan.com
**Michael Gorelick**    mgorelick@agfjlaw.com
**Alexander M Gormley**    agormley@slevinhart.com, ssavitsky@slevinhart.com
**Isley Markman Gostin**    isley.gostin@wilmerhale.com
**Gary A. Gotto**    ggotto@kellerrohrback.com
**Elisha D. Graff**    egraff@stblaw.com
**Timothy E. Graulich**    ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com
**Adam P. Haberkorn**    ahaberkorn@omm.com
**Mawerdi Hamid**    mawerdi.hamid@ag.state.mn.us
**William Hao**    william.hao@alston.com, leslie.salcedo@alston.com
**Ben Harrington**    benh@hbsslaw.com
**Neil L Henrichsen**    nhenrichsen@hslawyers.com
**John Wayne Hogan**    hogan@terrellhogan.com
**Jake Holdreith**    jholdreith@robinskaplan.com,
bmiller@robinskaplan.com;tbarrett@robinskaplan.com;cmay@robinskaplan.com
**Daniel Ari Horowitz**    dhorowitz@obbblaw.com,
jfitzgerald@obbblaw.com;sbushinsky@obbblaw.com;bcollins@obbblaw.com
**Chiung-Hui Huang**    chuang@hslawyers.com
**Jenna A Hudson**    hudsonj@gilbertlegal.com
**Henry Jaffe**    Henry.Jaffe@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com
**Evan M. Jones**    ejones@omm.com, evan-jones-5677@ecf.pacerpro.com
**Gregory P. Joseph**    gjoseph@jhany.com
**Nicholas F. Kajon**    nfk@stevenslee.com
**Benjamin S. Kaminetzky**    kaminet@dpw.com, ecf.ct.papers@davispolk.com
**Nickolas Karavolas**    nkaravolas@phillipslytle.com, ddrons@phillipslytle.com
**Joshua Karsh**    pleadings@findjustice.com
**Michael J Kasen**    mkasen@kasenlaw.com
**Beth Kaswan**    bkaswan@scott-scott.com
**Ashley Keller**    ack@kellerlenkner.com
**Nicolas G. Keller**    nicolas.keller@dfs.ny.gov
**Neil Francis Xavier Kelly**    nkelly@riag.ri.gov, mdifonzo@riag.ri.gov
**Muhammad Umair Khan**    umair.khan@ag.ny.gov
**Michael S. Kimm**    msk@kimmlaw.com, law@kimmlaw.com;proh@kimmlaw.com
**Jeremy C. Kleinman**    jkleinman@fgllp.com

**Paul R Koepff** paul.koepff@clydeco.us, meisee.hon@clydeco.us
**Dan D Kohane** ddk@hurwitzfine.com, donnab@hurwitzfine.com;kathik@hurwitzfine.com
**Anna Kordas** akordas@jonesday.com, cbuck@jonesday.com
**Ann Kramer** akramer@reedsmith.com
**Mark Krueger** mkrueger@ag.nv.gov, dpotnar@ag.nv.gov,jwhitson@ag.nv.gov,lmtucker@ag.nv.gov
**Thomas Lauria** tlauria@whitecase.com
**Andrea Law** alaw@atg.state.il.us
**Trish Lazich** trish.lazich@ohioattorneygeneral.gov
**Alexander Lees** alees@milbank.com, alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com
**Nicole A Leonard** nleonard@mdmc-law.com, sshidner@mdmc-law.com
**Richard James Leveridge** leveridger@gilbertlegal.com
**Richard B. Levin** rlevin@jenner.com
**Arthur J Liederman** aliederman@morrisonmahoney.com
**Mimi Liu** mliu@motleyrice.com
**Michael G Louis** mlouis@macelree.com
**Donald K. Ludman** dludman@brownconnery.com
**Timothy Lundgren** timothy.lundgren@doj.ca.gov
**Michael Luskin** luskin@lsellp.com
**Jennifer B Lyday** notice@waldrepwall.com
**Joanna Lydgate** joanna.lydgate@mass.gov
**Christopher A. Lynch** clynch@reedsmith.com
**Lauren M. Macksoud** lauren.macksoud@dentons.com
**Kevin C. Maclay** cecilia-guerrero-caplin-6140@ecf.pacerpro.com,jgiglio@capdale.com
**Thomas Maeglin** tmaeglin@agfjlaw.com
**Eric John Maloney** eric.maloney@ag.state.mn.us
**Scott S. Markowitz** smarkowitz@tarterkrinsky.com, snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com
**Kimberly P. Massicotte** kimberly.massicotte@ct.gov
**Brian S. Masumoto** nysbnotice@gmail.com
**Clayton Matheson** cmatheson@akingump.com
**Annemarie Belanger Mathews** amathews@scag.gov
**James I. McClammy** james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com
**Katherine McCraw** kmccraw@ncdoj.gov, kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov
**John P McDonald** jpmcdonald@lockelord.com
**Laura McFarlane** mcfarlanele@doj.state.wi.us
**Patrick Francis McTernan** pmcternan@croninfried.com, cfskf@croninfried.com
**Cyrus Mehri** cmehri@findjustice.com
**Seth Adam Meyer** sam@kellerlenkner.com, docket@kellerlenkner.com
**Samuel Mitchell** sam@mitchellspeights.com
**Corey Moll** cmoll@phjlaw.com

**Carol E. Momjian**   cmomjian@attorneygeneral.gov
**Denise Mondell**   denise.mondell@ct.gov
**Brandan Montminy**   brandan.montminy@lockelord.com
**Eleanor M. Mullen**   eleanor.mullen@ct.gov
**Joseph L Mulvey**   joseph@mulveylawllc.com
**Sean Michael Murphy**   murphysm@doj.state.wi.us, radkeke@doj.state.wi.us
**Lynn Hagman Murray**   lhmurray@shb.com
**David Eli Nachman**   david.nachman@ag.ny.gov
**Edward E. Neiger**   eneiger@askllp.com, lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com
**Darlene M. Nowak**   nowak@marcus-shapira.com
**Sean A. O'Neal**   soneal@cgsh.com, maofiling@cgsh.com
**Brendan O'Neil**   brendan.oneil@maine.gov
**Michael Patrick O'Neil**   moneil@taftlaw.com
**Steven P Ordaz**   sordaz@bmcgroup.com
**Norma E. Ortiz**   email@ortizandortiz.com, bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com
**James Franklin Ozment**   frankozmentlaw@gmail.com
**Robert Padjen**   robert.padjen@coag.gov
**Jeremy Pearlman**   jeremy.pearlman@ct.gov
**William R Pearson**   william.pearson@ag.iowa.gov
**Amanda Peterson**   apeterson@forthepeople.com
**Justino D Petrarca**   jpetrarca@edlawyer.com, emcnulty@edlawyer.com
**Todd E. Phillips**   tphillips@capdale.com, cecilia-guerrero-caplin-6140@ecf.pacerpro.com
**Alissa K. Piccione**   alissa.piccione@troutman.com, Brett.Goodman@troutman.com
**Matthew J. Piers**   mpiers@hsplegal.com, rortiz@hsplegal.com;docketing@hsplegal.com
**Constantine Dean Pourakis**   cp@stevenslee.com
**Amanda Quick**   amanda.quick@atg.in.gov, marie.baker@atg.in.gov
**Paul A. Rachmuth**   paul@paresq.com
**Geoffrey T. Raicht**   graicht@raichtlawpc.com, jgreen@nicolaidesllp.com;msullivan@nicolaidesllp.com
**Alexander Gary Rheaume**   arheaume@mofo.com
**Aisha Rich**   arich@findjustice.com
**Mai Lan G. Rodgers**   rodgers.mailan@pbgc.gov, efile@pbgc.gov
**Laurel D. Roglen**   roglenl@ballardspahr.com, carbonej@ballardspahr.com
**Evan Romanoff**   evan.romanoff@ag.state.mn.us
**Paul S Rothstein**   psr@rothsteinforjustice.com
**Corey Roush**   croush@akingump.com
**Laurie Rubinow**   lrubinow@millershah.com, pleadings@millershah.com
**Jason Rubinstein**   rubinsteinj@gilbertlegal.com
**Vadim J. Rubinstein**   vrubinstein@loeb.com, vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com
**Megan Paris Rundlet**   megan.rundlet@coag.gov

**Michael B. Rush** rushm@gotofirm.com
**Tancred V. Schiavoni** tschiavoni@omm.com, jmcdonald@omm.com;tancred-schiavoni-9326@ecf.pacerpro.com
**Frederick E. Schmidt** eschmidt@cozen.com, frederick-schmidt-4035@ecf.pacerpro.com
**Elizabeth Scott** edscott@akingump.com
**Joel Shafferman** shaffermanjoel@gmail.com
**Pearl Shah** pshah@mcgrailbensinger.com
**J. Christopher Shore** cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com
**Richard Shore** shorer@gilbertlegal.com
**George W. Shuster** george.shuster@wilmerhale.com, WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com
**Lee Scott Siegel** lss@hurwitzfine.com, kathik@hurwitzfine.com
**Linda Singer** lsinger@motleyrice.com
**Steven A Skalet** sskalet@findjustice.com
**Daniel H. Slate** dslate@buchalter.com
**Eric J. Snyder** esnyder@wilkauslander.com, jstauder@wilkauslander.com
**Colleen P Sorensen** csorensen@hww-law.com, afaber@hww-law.com
**Christopher B Spuches** cbs@ecclegal.com, bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com
**Katherine Stadler** kstadler@gklaw.com, kboucher@gklaw.com
**Catherine Steege** csteege@jenner.com, jeffrey_cross@discovery.com
**Mark Stein** mstein@lowestein.com
**Dawn Stewart** dstewart@thestewartlawfirm.com
**Aaron H. Stulman** astulman@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com
**Jeffrey S. Swyers** jswyers@slevinhart.com, courtalerts@slevinhart.com
**Lisa A Szymanski** lszymanski@reedsmith.com
**Mark Tate** wkell@tatelawgroup.com
**Jay Teitelbaum** jteitelbaum@tblawllp.com, dcampagne@tblawllp.com
**Louis J. Testa** louis.testa@ag.ny.gov
**Wendy Tien** wendy.tien@ag.state.mn.us
**Marc Joseph Tobak** mtobak@dpw.com, purdue.bloyd.service@davispolk.com
**Lawrence L. Tong** lawrence.l.tong@hawaii.gov, mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov
**Sara Tonnesen** stonnesen@oag.state.md.us
**KatieLynn B Townsend** ktownsend@rcfp.org
**Andrew M. Troop** andrew.troop@pillsburylaw.com
**Margaret Truesdale** mtruesdale@hsplegal.com
**Kelly Tsai** ktsai@crowell.com
**Marshall C. Turner** marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
**United States Trustee** USTPRegion02.NYECF@USDOJ.GOV
**Warren A. Usatine** wusatine@coleschotz.com, fpisano@coleschotz.com

**Gerard Uzzi**    guzzi@milbank.com, jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahill-OBrien@milbank.com;mmuscara@Milbank.com
**Melissa L. Van Eck**    mvaneck@attorneygeneral.gov
**Jennifer Lynn Vandermeuse**    vandermeusejl@doj.state.wi.us, radkeke@doj.state.wi.us
**Shmuel Vasser**    shmuel.vasser@dechert.com, nycmanagingclerks@dechert.com,brett.stone@dechert.com
**Ilana Volkov**    ivolkov@mcgrailbensinger.com, ivolkov@mcgrailbensinger.com
**Eli J. Vonnegut**    eli.vonnegut@davispolk.com, ecf.ct.papers@davispolk.com
**Daniel Walfish**    dwalfish@walfishfissell.com
**Anne Gilbert Wallice**    anne.wallice@kirkland.com
**Peter H Weinberger**    sschebek@spanglaw.com
**William P. Weintraub**    wweintraub@goodwinprocter.com, gfox@goodwinprocter.com
**Erin West**    ewest@gklaw.com, kboucher@gklaw.com;elewerenz@gklaw.com
**Dorothy White-Coleman**    whitecoleman@whitecoleman.net
**Harris Wiener**    harris.wiener@clydeco.us
**Gregory Dale Willard**    gwillard@dubllc.com
**Brady C. Williamson**    bwilliamson@gklaw.com
**Dennis Windscheffel**    dwindscheffel@akingump.com
**Charles Wysong**    cwysong@hsplegal.com
**Dina L. Yunker Frank**    bcuyunker@atg.wa.gov
**David Zwally**    dzwally@haugpartners.com

**No Notice List**

The following is the list of **parties** who are on a related AP case and have asked not to receive notice/service for this lead BK case.
    **William T. Russell**    wrussell@stblaw.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**ASM Capital X ASM Capital X LLC**
100 Jericho Quadrangle
Suite 230
Jericho, NY 11753

**Lisa M. Acquaviva**
104 Walsen Pond Ln
Cranberry Twp, PA 16066

**Adam M. Adler**
Prime Clerk LLC
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165

**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036

**Thomas C. Albus**
Office of Attorney General
P.O. Box 899
Jefferson City, MO 65102

**Eric Eugene Anderson**
11161 Rios Road
Boca Raton, FL 33498

**Argo Partners**
12 West 37th Street, 9th Floor
New York, NY 10018

**Charles D. Baker**
Commonwealth of Massachusetts

**Masoud Bamdad**
17806 Ridgeway Rd.
Granada Hills, CA 91344

**On behalf of the Farash Family Barbara Farash**

**Ronald Bass**


**Bayard, P.A.**
600 N. King Street, Suite 400
Wilmington, DE 19801

**Edward J. Bisch**

**Charlotte Bismuth**

**Gary & Colleen Breitbord**

9 Forest Park Drive
Holliston, MA 01746

**Brown Rudnick LLP**

**Les Burris**
1575 Deming Drive
Orlando, FL 32825

**Prime Clerk LLC Claims Agent**
One Grand Central Place
60 East 42nd Street, Suite 1440
www.primeclerk.com
New York, NY 10165

**Clerk's Office Office, U.S.Bankruptcy, S.D.N.Y**

**Deborah Clonts**
7105 Birdsnest Way
Temple, TX 76502

**Dan Colucci**
467 Beech Street
Township of Washington, NJ 07676

**Commonwealth of Pennsylvania, Department of Revenue**
Bureau of Compliance
Department 280946
Harrisburg, PA 17128-0946

**Lydia Conley**
ABH

**Clare Connors**
Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
mana.moriarty@hawaii.gov,ardis.l.arakaki@hawaii.gov

**Harrison Cullen**

**Ronald George Dandar**
c/o Legal Mail Department
50 Overlook Drive
LaBelle, PA 15450

**Brian Lee Danner**
Spokane County Jail D-1
#148291
1100 West Mallon
Spokane, WA 99260

**Corey Dodge**
Oregon Dept. of Corrections
777 Stanton Blvd.
Ontario, NY 97914

**Maria Ecke**
8 Glenbrook Dr.
West Simsbury, CT 06092

**Dennis J. Evans**
Manchester Federal Correctional Inst.
P.O. Box 4000
Manchester, NY 40962-4000

**FED UP, A Coalition to End the Opioid Epidemic Filed by Emily Walden**

**John Farrell**
P.O. Box 19803
Ashville, NC 28815

**Ken Feinberg**

**Julianne Feliz-Kidd**
Law Office of Julianne Feliz-Kidd
70 South Main Street
Fall River, MA 02721

**Lara J Fogel**
New Jersey State Attorney General
124 Halsey Street, 5th Floor
P.O. Box 45029-5029
Newark, NJ 07101

**Maryanne Frangules**
MOAR

**Stephen G. Gelfand**
PROP

**Marc P. Gertz**

11 South Forge Street
Akron, OH 44304

**Roderick Graham**
P.O. Box 43334
Birmingham, AL 35243

**Darryl Lee Haan**

**Susan D. Haswell**

**Thomas Hickey**
Suffolk CO H.O.C
20 Bradston St.
Boston, MA 02118

**Marshall Scott Huebner**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
pncl.daily.summary@davispolk.com,ecf.ct.papers@davispolk.com

**Claudia J Innaco**
105 Mayflower Ave
Massapequa Park, NY 11762

**Arlandis C. Issac**
United States Penintentiary
Reg No. 06935-090
P.O. Box 33 (F-1)
4700 Bureau Road South
Terre Haute, IN 47808

**Peter W. Jackson**

**David S. Jones**
U.S. Attorney Office, SDNY
100 Church Street
19th Floor
New York, NY 10007
david.jones6@usdoj.gov

**Marcia Julian**

**Michael Julian**

**Cody Kelley**

McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102

**Keola Maluhia Kekuewa**
1982 HOOLAULEA STREET
PEARL CITY, HA 96782

**Neal W. King**
United States Penitentiary,No. 41404-007
4700 Bureau Road South
PO Box 33 (F-1)
Terre Haute, IN 47808

**Hunt Kinnaird**
3855 Blair Mill Road
Apt. 219C
Horsham, PA 19044

**Malcolm B. & Justine Kinnaird**
601 Willow Glen Road
Kennett Square, PA 19348

**Darren S. Klein**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
bankruptcy.routing@dpw.com;ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

**Andrew Kolodny**
PROP

**Tim Kramer**
64 Exmoor Rd.
Waterford, NY 48328

**Kimberly Krawczyk**
38 Briarwood Lane #4
Marlboro, MA 01152

**Kurtzman Carson Consultants LLC**
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

**Kurtzman Carson Consultants LLC**
222 N. Pacific Coast Highway
Suite 300
El Segundo, CA 90245

**Laurel K. Lackey**
West Virginia Attorney General's Office
Eastern Panhandle Office
269 Aikens Center
Martinsburg, WV 25404

**Kenneth T. Law**
Bialson, Bergen & Schwab
633 Menlo Avenue, Suite 100
Suite 300
Menlo Park, CA 94025
klaw@bbslaw.com

**Ronald Luczak**
P.O. Box 1034
Coleman, FL 33521

**NAPW Lynn M. Paltrow, JD**
National Advocates for Pregnat Women
575 8th Avenue, 7th Floor
New York, NY 10018

**Maryanne Frangules MOAR Executive Director**

**Scotti Madison**
**Marco A. Mangome**

**Kristine Manoukian**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**Kevin Lee McKenney**
2388 Prince John Ct.
Quinton, VA 23141

**Kevin Lee Mckenney Sr.**

**Jesse Mendez**
Jester 3 Unit
3 Jester Rd.

14

Richmond, TX 77406

**Michael Michmali**
S-Number 256731
90 Rountree Lane
Watsonville, CA 95076

**Cynthia Munger**

**Leona Nuss**
5 Watkins Pl
Palm Coast, Fl 32164

**Ralph Olsen M.D. - Colonel Army of the US Retired**

**Frank Ozment**
217 Country Club Park, Box 501
Birmingham, AL 35213

**Kyle M. Parks**
United States Penitentiary
P.O. Box 33 - Reg. No. 44051-044
(F-1) - 4700 Bureau Road South
Terre Haute, IN 47808

**Lora Pellegrini**
Massachusetts Assoc. of Health Plans

**Troy A. Pesina**
Spokane County Jail
1100 W. Mallon Ave
Spokane, WA 99260

**Joanne Peterson**
Learn to Cope

**Shane Christian Peterson**
St. Johns Co. Det. Center
3955 Lewis Spreedway
St. Augustine, FL 32084

**Fontaine Phillips**

**Layn R. Phillips**

**Jeremy Pinson**

**Province, Inc.**
2360 Corporate Circle, Suite 330
Henderson, NV 89074

**James Harry Rand**

**Mike Sacca**

**Dan Schneider**

**Ron Seeley**

**Elsa L Serion**

**James Stempel**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
jstempel@kirkland.com

**Clifford Samuel Sutter**

**John Taormina**
12 Starr Lea Road
North Salem, NY 10560

**Ruby Thomas**
150 Ledy Mercy Lane
Rockington, NJ 28379

**Sarah Thrower**
CRNP Provider Assisted Medication Treat.
1593 Sylvan Dr.
Hollidaysburg,, PA 16648

**Steven A. Tolman**
Massachusetts AFL-CIO

**Jeanette Tostenson**

**University at Buffalo, The State University of New York**

**Barbara Van Rooyan**

**Ed Vanicky**

**Various Parties in Support of Massachusetts Attorney General Maura Healey**

**Joan E. Vasko**
155 Old Murphy Road
Zebulon, NC 27597

**Ricardo Vela**
TDCJ No. 2164340
Ramsey Unit-TDCJ
110 FM 655
Rosharon, TX 77583

**Martin Walsh**
City of Boston, Massachusetts

**Steve Walsh**
Massachusetts Health & Hospital Assoc

**Merle Walter**

**Robert V Wilkie**
250 Pleasantview Loop
Morganton, NC 28655

**Timothy Wright**
102 Convent Avenue
Apt. 21
New York, NY 10027

**John Yarbrough**
Federal Prison Camp Montgomery
1001 Willow St.
Maxwell AFB, AL 36112

**Andre S. Youngblood**
United States Penitentiary
4700 Bureau Road
P.O. Box 33
Terre Haute, IN 47808