Steven F. Molo
Jessica Ortiz
**MOLOLAMKEN LLP**
430 Park Avenue
New York, NY  10022
Tel.: (212) 607-8160
Fax: (212) 607-8161
Email: smolo@mololamken.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Purdue Pharma, L.P., *et al.*,<br><br>           Debtors,[1] | Chapter 11 Cases<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby enters this Notice of Appearance

pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure as

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's registration number are as follows: Purdue Pharma, L.P. (7484), Purdue Pharma, Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing, L.P. (3821), Purdue Pharmaceuticals, L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Co. (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnic Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, Connecticut 06901.

counsel to the Cherokee Nation, party in interest, and requests that all notices given or required to be given in these cases and/or related proceedings be given and served upon:

>Steven F. Molo
>**MOLOLAMKEN LLP**
>430 Park Avenue
>New York, NY  10022
>Tel.: (212) 607-8160
>Fax: (212) 607-8161
>Email: smolo@mololamken.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Rule 2002 *et seq.* but also includes, without limitation, notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other document brought before this Court with respect to this Proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or otherwise.  The Clerk of the Court is requested to place the names and addresses of counsel as set forth in this Notice on any Master Service List in this Proceeding.

Dated:   April 27, 2021               Respectfully submitted,

 /s/ *Steven F. Molo*
Steven F. Molo
**MOLOLAMKEN LLP**
430 Park Avenue
New York, NY  10022
Tel.: (212) 607-8160
Fax: (212) 607-8161
smolo@mololamken.com

*Attorney for the Cherokee Nation*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2021, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers was filed via this Court's CM/ECF system and will be forwarded by electronic transmission to all parties registered to receive electronic notice in these cases, as identified on the Notice of Electronic Filing (NEF).

/s/ *Steven F. Molo*
Steven F. Molo