UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x
                                                   :

In re                                       :             Chapter 11

                                                     :

PURDUE PHARMA L.P., *et al.*,           :             Case No. 19-23649 (RDD)

                                                     :

                          Debtors.   :             Jointly Administered

                                                     :

----------------------------------------------------------- x

**ORDER PURSUANT TO SECTIONS 105(a), 327, 328, AND 330 OF THE BANKRUPTCY
CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
APPROVING (1) SETTLEMENT AGREEMENT BETWEEN THE UNITED STATES
TRUSTEE, SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, WILMER CUTLER
PICKERING HALE AND DORR LLP, AND DECHERT LLP AND (2) CERTAIN
<u>RELEASES BY THE DEBTORS</u>**

Upon the United States Trustee's motion (the "Motion"), dated April 29, 2021, pursuant

to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Rule 2014 of the Federal Rule

of Bankruptcy Procedure for entry of an order approving (1) a settlement agreement (the

"Settlement Agreement") between the United States Trustee, Skadden, Arps, Slate, Meagher &

Flom, LLP, Wilmer Cutler Pickering Hale and Dorr, LLP, and Dechert LLP and (2) certain

releases by the Debtors; and upon the record of the hearing held on May 20, 2021; and after due

deliberation, the United States Trustee having established sufficient cause for the relief granted

herein and it appearing that appropriate notice has been given, and cause existing for the relief

requested it is hereby

      ORDERED, that the Motion is granted, and it is further

      ORDERED, that the Settlement Agreement is approved.

Dated: New York, New York
                , 2021

                                          _____

                                          HONORABLE ROBERT D. DRAIN
                                          UNITED STATES BANKRUPTCY JUDGE