| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | **Hearing Date:** May 20, 2021<br>**Hearing Time:** 10:00 am |

------------------------------------------------------- x
: 
In re : Chapter 11
:
PURDUE PHARMA L.P., *et al.*, : Case No. 19-23649 (RDD)
:
                            Debtors. : Jointly Administered
:
------------------------------------------------------- x

**NOTICE OF MOTION OF UNITED STATES TRUSTEE PURSUANT TO SECTIONS 105(a), 327, 328, AND 330 OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR ENTRY OF AN ORDER APPROVING (1) SETTLEMENT AGREEMENT WITH SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, WILMER CUTLER PICKERING HALE AND DORR LLP, AND DECHERT LLP AND (2) CERTAIN RELEASES BY THE DEBTORS**

      PLEASE TAKE NOTICE that upon this Notice of Motion and accompanying Memorandum of Law the United States Trustee for Region 2 (the "United States Trustee"), will move this Court before the Honorable Robert D. Drain, Bankruptcy Judge, in the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601, Courtroom 118, on **May 20, 2021 at 10:00 a.m.**, or as soon thereafter as counsel can be heard, for an order pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Rule 2014 of the Federal Rule of Bankruptcy Procedure for entry of an order approving (1) a settlement agreement between the United States Trustee, Skadden, Arps, Slate, Meagher & Flom, LLP, Wilmer Cutler Pickering Hale and Dorr, LLP, and Dechert LLP and (2) certain releases by the Debtors. The original motion and settlement agreement are on file with the Clerk of the Bankruptcy Court.

      PLEASE TAKE FURTHER NOTICE the hearing will not be in person and will only be conducted telephonically. Any party wishing to participate in the hearing must make arrangements through Court-Solutions, LLC, whose website is https://www.court-

solutions.com/, email address is info@Court-Solutions.com, and telephone number is (917) 746-7476.

PLEASE TAKE FURTHER NOTICE that any responsive papers should be filed with the Court and personally served on the United States Trustee, at 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul K. Schwartzberg, no later than **May 13, 2021 at 4:00 p.m**. Such papers shall conform to the Federal Rules of Civil Procedure and identify the party on whose behalf the papers are submitted, the nature of the response, and the basis for such response. Failure to provide this information may be grounds to strike the response or to grant the motion by default.

Dated: New York, New York
      April 29, 2021

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By:   */s/ Paul K. Schwartzberg*
      Paul K. Schwartzberg
      Trial Attorney
      Office of the United States Trustee
      U.S. Federal Office Building
      201 Varick Street, Room 1006
      New York, NY 10014
      Tel. (212) 510-0500