April 12, 2021

Dear Honorable Robert D. Drain,

My name is Juan A. Stringfield, I am writing you in regards to my claims filed with Purdue Pharma LP, et al

my assigned claim numbers are: 119868
                                :148198

I have reached out to my former family doctor at Premier Health: Doctor Timothy R. O'donnell, DO

Miami Valley Primary Care
51 East Stewart Street
Dayton, Ohio 45409
937-208-9010

He was a good doctor to me while I was under his care for over or around seven to ten years, yet failed in my care. I have had and currently have severe digestive issues along with severe musculoskeletal pain while I was also under digestive specialist care for over fifteen years and Chiropractic care for over twenty five years.

Around the year of "2011" I was placed/prescribed Pain Killers; Vicodens, Ibuprofen "800's" along with other medications that seemed to be helping in aiding in my pain relief for a couple of years, then my pain increased my life became unmanageable, to the point where I was barely able to leave my couch to go to work helping the disabled bedridden elders, a domino effect...

→

PG #2

April 12, 2021

followed. My bills began to pile up, I began to borrow money from one credit card to pay on another, until the funds were no longer available, I was facing eviction, my electric was turned off, my car was repossessed twice. I was finally able to get a Catholic Church to help with my electric two weeks later and other people reached out to help, my bills exceeded over twenty-thousand dollars, I just couldn't manage my life anymore, I couldn't even keep my once honor-roll daughter to stay in school, my most important role and I failed! I was totally devastated, I felt like I was dying, I continued to take my prescription pain medications until around "2015" when I went Cold Turkey, after my family doctor needed me to come in and to refill my meds. I had no one to help me let alone drive me to the store let alone a doctor appointment, so I had no other choice but to stop taking my medications. I went through even more pain as my body became addicted and the withdrawals were much worse, every day I felt like I was going to die for about three months then I felt my will to live / my spirit rised and I began to ride my bicycle to the local grocery store "Kroger" in attempt to walk and to my disabled elders to help them only to find I could not physically do this felt totally helpless, humbled and ashamed that my life was a complete wreck!

→

In summary the facts are:

- 2011-2015/16 on OPIODS/VICODEN
- Job Loss
- Credit Loss from 850 to 500
- 20K+ in Debt
- Drug Abuse
- Depression
- Medical Neglect
- Medical & Credit Proof

Please let me know if there is anything I need to sign to release any medical or credit reporting, thank you.

Sincerely

Teresa A Stringfield

April 12, 2021