April 4, 2021

Kelvin X. Singleton
1600 California Dr., Y-109
Vacaville, California 95696

United States Bankruptcy Court
Southern District of New York
Honorable Robert D. Drain,
300 Quarropas Street
White Plains, New York 10601

CASE No. 19-23649 (RDD)
In re: Purdue Pharma L.P. et al.,

## NOTICE OF REPRESENTATION:

Dear Honorable R.D. Drain:

I am communicating with the Court to state on the record that on April 4, 2021, I did forward a communication to Counsel Arik Preis for the purpose of objecting to the Disclosure Statement filed by the debtors and to further declare representation of the above-entitled matter by proxy by the law office of AKIN GUMP STRAUSS HAUER & FELD, LLP, ONE BRYANT PARK, New York, New York 10036.

As I am still suffering the effects of pain (both physically and mentally) I object to the disclosure statement and rely on counsel for complete, fair and just resolution on my behalf.

Sincerely,

Kelvin X. Singleton

ORIG: Court
CC: Attys Record

April 1, 2021

Kelvin X. Singleton, H86959
1600 California Drive, Y-109
Vacaville, California 95696

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, New York 10036

subj: Case No. 12712 & 56925

Dear Arik Preis;

I am the above named creditor/claimant in the above-claimed numbers. I write to you this date to formally object to the Disclosure Statement I received on this date from Prime Clerk (Doc. 2494). As a person in a California State Prison, I am representing myself in this cause and understand through a letter I recently received from Pharma Purdue, L.P. that you represent "collectively" the unrepresented creditors. Because I received the Notice of Disclosure Statement Hearing today, my objective is to contact you and assure you that I object to the debtor's statement and would ask that all information I need be forwarded to my person at your convenience.*

Due understand that I came to prison to deal with an addiction of Cocaine (crack), with no knowledge of opiods or heroin. As I was diagnosed with this blood cancer, I was fed opiods from oxycotin to vicodin to morphine, never telling me how addicted I could become. To this day I am still

* This includes a copy of the disclosure statement. Thank you

Page 2 continued...

suffering from the years of being addicted to this substance. Although I've not lost employment, my marriage was lost and I still suffer pain from the addiction and relapsing.

In conclusion, thank you for your time. I ask for acknowledgement you received this letter and much success for your law firm!

Sincerely,

Kelvin X. [signature]

NOTICE OF MAILING

I DECLARE THAT ON APRIL 4, 2021, I PLACED THIS CORRESPONDANCE IN THE USPS at California Medical Facility, in Vacaville, Ca. 95696.

/s/ [signature]
    DECLARANT

ORIG: AGSHF, LLP
CC: CREDITOR