Honorable
Attn: Judge Drain your Honor   4/14/21 FILED
United States Bankruptcy court   U.S. BANKRUPTCY COURT
                                 2021 APR 19 PM 2: 21
                                 S.D. OF N.Y.

In Re:
Purdue Pharma L.P.
Case # 19-23649 (RDD)

Your Honor I am writing this letter to inform you of a few things in regards to Purdue Pharma, I am 100% disabled Army Veteran. I broke my back in the army. I currently have 5 claims registered with Prime Clerk. I have been totally disabled for approximately 30 years. Due to my severe back & knee pain I took minor pain killers for a couple years approx. 22 years ago Purdue Pharma came out with 80 mg Oxycontin pain pills I was told by my Dr. Dana Richard in West Palm Bch Fla Purdue claimed it was a miracle drug for chronic pain and marketed

it as such. I was prescribed 6 to 8 80mg pills per day for approximately 4 years. There is no way no one needs that much pain medicine. They claimed at the time it was less addicting than morphines. Then trying to reduce the amount of pain meds I went to another Dr. and was prescribed 30mg Roxycodone pills for approximately 10 years. I have been in rehab, nursing homes and detox recovering from drug addiction due to the simple fact I was serving my country and injured my back and knees.
Purdue Pharma & Dr. Hann Richard both knew that was a ridiculous amount of pain medicine to administer to one person, and did it for profit. Dr. Richard lost his Medicaid and Medicare license.

and now its time for Purdue to pay for all the lost lives and overdoses of hundreds of thousands of addicted american people. It was done souly for profit. I would strongly request to be at one of their hearings in person. Thank you for your consideration and your time your Honor

Sincerely
Chester C Williams Jr

new address
Chester C Williams Jr
9712 SW 36th ct
Okeechobee, Fla
34974
813-534-3847

enclosed is a self addressed stamped envelope I request a certified stamped copy by mail
thank you

SRF 44720
PackID: 79
MMLID: 7943485

*old address*    Williams III, Chester Cleo
PO Box 1792
Brandon FL 33509

*Change of address*

Chester Cleo Williams III
9712 S.W 36th Ct
Okeechobee Fl
34974

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the Purdue Pharma L.P. jointly administered chapter 11 bankruptcy cases has been received by Prime Clerk LLC ("Prime Clerk") on 6/30/2020.

Your claim has been assigned claim number __73774__.

Please do not discard this letter as you may need to refer to it in the future.

*Note to Personal Injury Claimants:*

Pursuant to an order entered by the United States Bankruptcy Court, all personal injury claimant proof of claim forms, and any supporting documentation submitted with such forms, shall remain <u>highly confidential</u> and shall not be made available to the public. If you submitted a personal injury proof of claim form and would like additional information about your claim, please call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at https://restructuring.primeclerk.com/purduepharma. Please have this letter with you when you call or submit your inquiry.

*Note to Non-Personal Injury Claimants:*

For further information regarding a submitted proof of claim form that is not a personal injury claimant proof of claim form, you may contact Prime Clerk via the above identified channels, or you may visit the claims page located at https://restructuring.primeclerk.com/purduepharma/ to view the current status of your claim.

**The processing of your claim by Prime Clerk and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

SRF 44720
PackID: 33
MMLID: 10287158

Old address ~~Chester C Williams Jr and Ellen Williams~~  ~~PO Box 1792~~  ~~Brandon FL 33509~~

Change of address

Chester C Williams Jr & Ellen Williams
9712 SW 36th ct
Okeechobee, Fla
34974

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the Purdue Pharma L.P. jointly administered chapter 11 bankruptcy cases has been received by Prime Clerk LLC ("Prime Clerk") on 6/30/2020.

Your claim has been assigned claim number __64927__ .

Please do not discard this letter as you may need to refer to it in the future.

*Note to Personal Injury Claimants:*

Pursuant to an order entered by the United States Bankruptcy Court, all personal injury claimant proof of claim forms, and any supporting documentation submitted with such forms, shall remain highly confidential and shall not be made available to the public. If you submitted a personal injury proof of claim form and would like additional information about your claim, please call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at https://restructuring.primeclerk.com/purduepharma. Please have this letter with you when you call or submit your inquiry.

*Note to Non-Personal Injury Claimants:*

For further information regarding a submitted proof of claim form that is not a personal injury claimant proof of claim form, you may contact Prime Clerk via the above identified channels, or you may visit the claims page located at https://restructuring.primeclerk.com/purduepharma/ to view the current status of your claim.

**The processing of your claim by Prime Clerk and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

SRF 44720
PackID: 81
MMLID: 10326363

*old address* Williams Jr, Chester Cleo *change*
PO Box 1792
Brandon FL 33509

*Claim is Purdue Pharma prossesing center c/o/Prime Clerk LLC Grand Central Station PO Box ~~~~ 4850 NY·NY 10163-4850*

*address Chester Cleo Williams 9712 SW 36th Ct. Okeechobee FL 34974*

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the Purdue Pharma L.P. jointly administered chapter 11 bankruptcy cases has been received by Prime Clerk LLC ("Prime Clerk") on 6/30/2020.

Your claim has been assigned claim number  73601 .

Please do not discard this letter as you may need to refer to it in the future.

*Note to Personal Injury Claimants:*

Pursuant to an order entered by the United States Bankruptcy Court, all personal injury claimant proof of claim forms, and any supporting documentation submitted with such forms, shall remain highly confidential and shall not be made available to the public. If you submitted a personal injury proof of claim form and would like additional information about your claim, please call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at https://restructuring.primeclerk.com/purduepharma. Please have this letter with you when you call or submit your inquiry.

*Note to Non-Personal Injury Claimants:*

For further information regarding a submitted proof of claim form that is not a personal injury claimant proof of claim form, you may contact Prime Clerk via the above identified channels, or you may visit the claims page located at https://restructuring.primeclerk.com/purduepharma/ to view the current status of your claim.

**The processing of your claim by Prime Clerk and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

SRF 44720
PackID: 80
MMLID: 10306393

*old address*  Williams Jr, Chester Cleo
PO Box 1792
Brandon FL 33509

*Change of address*

Chester Cleo Williams Jr
9712 S.W. 36th Ct
Okeechobee, Fla
34974

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the Purdue Pharma L.P. jointly administered chapter 11 bankruptcy cases has been received by Prime Clerk LLC ("Prime Clerk") on 6/30/2020.

Your claim has been assigned claim number  67143 .

Please do not discard this letter as you may need to refer to it in the future.

*Note to Personal Injury Claimants:*

Pursuant to an order entered by the United States Bankruptcy Court, all personal injury claimant proof of claim forms, and any supporting documentation submitted with such forms, shall remain highly confidential and shall not be made available to the public. If you submitted a personal injury proof of claim form and would like additional information about your claim, please call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at https://restructuring.primeclerk.com/purduepharma. Please have this letter with you when you call or submit your inquiry.

*Note to Non-Personal Injury Claimants:*

For further information regarding a submitted proof of claim form that is not a personal injury claimant proof of claim form, you may contact Prime Clerk via the above identified channels, or you may visit the claims page located at https://restructuring.primeclerk.com/purduepharma/ to view the current status of your claim.

**The processing of your claim by Prime Clerk and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**