UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

In re:                                              :        Chapter 11
                                                    :
PURDUE PHARMA L.P., *et al.*,                       :        Case No. 19-23649 (RDD)
                                                    :
                            Debtors.[1]             :        (Jointly Administered)
                                                    :

-------------------------------------------------------- x

## STATEMENT OF FEES AND OUT-OF-POCKET EXPENSES OF PJT PARTNERS LP FOR THE PERIOD OF MARCH 1, 2021 THROUGH MARCH 31, 2021

PJT Partners LP ("PJT"), investment banker to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its statement of fees and out-of-pocket expenses (the "Monthly Fee Statement") for the period of March 1, 2021 through March 31, 2021 (the "Fifteenth Compensation Period"), in accordance with the Procedures Order (as hereinafter defined).  In support of this Monthly Fee Statement, PJT states as follows:

## I. Background

1.   On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code").  The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

2.    On November 5, 2019, the Debtors filed the *Debtors' Application to Employ PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 430] (the "Retention Application"), pursuant to which the Debtors sought authority to retain and employ PJT as its investment banker pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated May 6, 2019. A copy of the Engagement Agreement was attached to the Retention Application.

3.    On November 21, 2019, this Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Procedures Order") establishing procedures for interim compensation and reimbursement of expenses for professionals.

4.    On January 9, 2020, this Court entered the *Order Approving Debtors' Employment of PJT Partners LP as Investment Banker* Nunc Pro Tunc *to the Petition Date* [Docket No. 728] (the "Retention Order") approving the Retention Application and authorizing the retention and employment of PJT effective as of the Petition Date, pursuant to the terms of the Engagement Agreement.

## II. **PJT's Request for Payment of Fees and Expenses**

5.    For the Fifteenth Compensation Period, PJT (a) earned monthly fees in the amount of $225,000.00, and incurred out-of-pocket expenses in the amount of $5.70, and (b) in accordance with the Procedures Order, seeks payment in the amount of $180,005.70 (representing 80% of the total amount of monthly fees earned and 100% of the total amount of out-of-pocket expenses incurred by PJT during the Fifteenth Compensation Period). Although every effort has been made to include all out-of-pocket expenses incurred during the Fifteenth Compensation Period, some expenses might not be included in this Monthly Fee Statement due to delays caused in connection with the accounting and processing of such expenses.

Accordingly, PJT reserves the right to make further application to this Court for allowance of such out-of-pocket expenses incurred during the Fifteenth Compensation Period but not included herein.

6.    An invoice detailing the monthly fees earned and out-of-pocket expenses incurred by PJT during the Fifteenth Compensation Period is attached hereto as Appendix A. A summary of the compensation earned and out-of-pocket expenses incurred during the Fifteenth Compensation Period is outlined below:

| Fifteenth Compensation Period | Monthly Fee | Holdback @ 20% | Out-of-Pocket Expenses | Amount Due |
|---|---|---|---|---|
| March 1 – 31, 2021 | $225,000.00 | ($45,000.00) | $5.70 | **$180,005.70** |

7.    The amount of compensation and out-of-pocket expenses sought in this Monthly Fee Statement and PJT's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PJT has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PJT does not have hourly rates for its professionals and PJT's professionals generally do not maintain detailed time records of the work performed for its clients.  PJT has, however, maintained contemporaneous time records in one-half hour increments. Time records with respect to the 702.0 hours expended by PJT professionals in providing investment banking services to the Debtors during the Fifteenth Compensation Period are provided in Appendix B. A summary of the total amount of hours expended by PJT professionals is provided below:

| Professional | March 2021 |
|---|---|
| Jamie O'Connell | 47.5 |
| Joe Turner | 83.0 |
| Rafael Schnitzler | 49.0 |
| Tom Melvin | 213.5 |
| Jovana Arsic | 101.0 |
| James Carbaugh | 9.5 |
| Lukas Schwarzmann | 138.0 |
| Jasmine Wu | 60.5 |
| **Total Hours** | **702.0** |

## III. **Requested Relief**

8.    Pursuant to the Retention Order and the Procedures Order, with respect to PJT's (a) monthly fees in the amount of $225,000.00, and (b) out-of-pocket expenses in the amount of $5.70, in each case earned or incurred during the Fifteenth Compensation Period, PJT hereby requests that the Debtors make the following payment to PJT:

| | |
|---|---|
| Monthly Fee | $225,000.00 |
| Less: 20% Holdback | (45,000.00) |
| Subtotal | 180,000.00 |
| Out-of-Pocket Expenses | 5.70 |
| **Total Amount Due** | **$180,005.70** |

Dated: April 29, 2021                    PJT PARTNERS LP

By: /s/ John James O'Connell III
John James O'Connell III
Partner
280 Park Avenue
New York, NY 10017
(212) 364-7800

**APPENDIX A**

PJT Partners

PJT

April 28, 2021

Jon Lowne
Purdue Pharma LP
201 Tresser Boulevard
Stamford, CT 06901-3431

| | | |
|---|---|---|
| Monthly Fee for the period of March 1, 2021 through March 31, 2021: | $ | 225,000.00 |
| Less: Holdback @ 20% | | (45,000.00) |
| Out-of-pocket expenses processed through March 31, 2021:[1] | | |
| Research | $ 5.70 | 5.70 |
| **Total Amount Due** | **$** | **180,005.70** |

**Invoice No. 10017425**

---
[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
PJTUSInvoicing@pjtpartners.com

**Purdue Pharma LP**
**Summary of Expenses**

| | GL Detail Mar-21 | | Total Expenses | |
|---|---|---|---|---|
| Research - Online Database | $ | 5.70 | $ | 5.70 |
| **Total Expenses** | **$** | **5.70** | **$** | **5.70** |
| | | | | |
| **Research** | | | **$** | **5.70** |
| | | | | |
| **Total Expenses** | | | **$** | **5.70** |

**Purdue Pharma LP**
**Detail of Expenses Processed**
**Through March 31, 2021**
**Invoice No. 10017425**

<u>**Research - Online Database**</u>

| | | | |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via PACER) | 09/17/20 | 5.70 | |
| **Subtotal - Research - Online Database** | | **$** | **5.70** |
| | | | |
| **Total Expenses** | | **$** | **5.70** |

**APPENDIX B**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Partner | 47.5 |
| Joe Turner | Managing Director | 83.0 |
| Rafael Schnitzler | Director | 49.0 |
| Tom Melvin | Vice President | 213.5 |
| Jovana Arsic | Associate | 101.0 |
| James Carbaugh | Associate | 9.5 |
| Jasmine Wu | Analyst | 60.5 |
| Lukas Schwarzmann | Analyst | 138.0 |
| | **Total** | **702.0** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 03/01/21 | 0.5 | Dialed into court hearing |
| Jamie O'Connell | 03/01/21 | 0.5 | Calls regarding financing matter |
| Jamie O'Connell | 03/01/21 | 0.5 | Weekly internal call regarding various matters |
| Jamie O'Connell | 03/02/21 | 1.0 | Special Committee call |
| Jamie O'Connell | 03/02/21 | 1.0 | Weekly advisor call |
| Jamie O'Connell | 03/02/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 03/03/21 | 1.5 | Board call |
| Jamie O'Connell | 03/03/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 03/04/21 | 1.0 | Weekly advisor call |
| Jamie O'Connell | 03/04/21 | 1.0 | Calls regarding financing matter |
| Jamie O'Connell | 03/04/21 | 1.0 | Zoom with creditor advisors regarding financial matter |
| Jamie O'Connell | 03/06/21 | 1.5 | Review and comment on draft disclosure statement |
| Jamie O'Connell | 03/06/21 | 2.0 | Review and comment on financial analyses |
| Jamie O'Connell | 03/06/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 03/07/21 | 1.5 | Review and comment on financial analyses |
| Jamie O'Connell | 03/07/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 03/08/21 | 0.5 | Call with management regarding financial analysis |
| Jamie O'Connell | 03/08/21 | 1.5 | Special Committee call |
| Jamie O'Connell | 03/08/21 | 1.5 | Call with internal team regarding disclosure statement |
| Jamie O'Connell | 03/09/21 | 0.5 | Call with J. Turner regarding various matters |
| Jamie O'Connell | 03/09/21 | 0.5 | Call regarding financing matter |
| Jamie O'Connell | 03/09/21 | 1.0 | Weekly advisor call |
| Jamie O'Connell | 03/10/21 | 0.5 | Zoom with creditor advisors regarding financial matter |
| Jamie O'Connell | 03/11/21 | 2.0 | Board call |
| Jamie O'Connell | 03/11/21 | 1.0 | Special Committee call |
| Jamie O'Connell | 03/11/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 03/12/21 | 1.0 | Weekly call with management and advisors |
| Jamie O'Connell | 03/13/21 | 2.0 | Conference call with management and advisors regarding plan and disclosure statement |
| Jamie O'Connell | 03/14/21 | 3.0 | Calls regarding plan and disclosure statement |
| Jamie O'Connell | 03/14/21 | 1.0 | Special Committee call |
| Jamie O'Connell | 03/14/21 | 1.5 | Board call |
| Jamie O'Connell | 03/14/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 03/15/21 | 0.5 | Calls with J. Turner regarding various matters |
| Jamie O'Connell | 03/15/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 03/15/21 | 0.5 | Review and comment on draft fee application |
| Jamie O'Connell | 03/16/21 | 0.5 | Call regarding financing matter |
| Jamie O'Connell | 03/16/21 | 1.5 | Conference call regarding plan and disclosure statement |
| Jamie O'Connell | 03/18/21 | 1.0 | Weekly call with management and advisors |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jamie O'Connell | 03/20/21 | 0.5 | Status call with J. Turner regarding various matters |
| Jamie O'Connell | 03/25/21 | 0.5 | Call with counsel regarding various matters |
| Jamie O'Connell | 03/25/21 | 1.0 | Conference call with management and advisors regarding plan and disclosure statemen |
| Jamie O'Connell | 03/26/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 03/28/21 | 0.5 | Correspondences regarding various matters |
| Jamie O'Connell | 03/29/21 | 0.5 | Call with R. Schnitzler regarding various matters |
| Jamie O'Connell | 03/29/21 | 0.5 | Review and comment on draft fee statement |
| Jamie O'Connell | 03/29/21 | 0.5 | Weekly internal call regarding various matters |
| Jamie O'Connell | 03/30/21 | 0.5 | Special Committee call |
| Jamie O'Connell | 03/30/21 | 1.0 | Weekly advisor call |
| Jamie O'Connell | 03/31/21 | 3.5 | Board call |
| | | **47.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 03/01/21 | 1.0 | Dialed into court hearing |
| Joe Turner | 03/01/21 | 0.5 | Weekly internal call regarding various matters |
| Joe Turner | 03/02/21 | 2.5 | Special Committee call, inc. prep time |
| Joe Turner | 03/02/21 | 2.5 | Review of various financial analyses inc. related correspondence |
| Joe Turner | 03/02/21 | 1.0 | Weekly advisor call |
| Joe Turner | 03/02/21 | 1.0 | Correspondences regarding various matters |
| Joe Turner | 03/03/21 | 3.0 | Board call, inc. prep time |
| Joe Turner | 03/03/21 | 3.0 | Review of various financial analyses inc. related correspondence |
| Joe Turner | 03/03/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 03/04/21 | 1.0 | Weekly advisor call |
| Joe Turner | 03/04/21 | 3.0 | Review of various financial analyses |
| Joe Turner | 03/04/21 | 1.5 | Correspondences regarding various matters |
| Joe Turner | 03/04/21 | 1.0 | Calls regarding financing matter |
| Joe Turner | 03/04/21 | 1.0 | Zoom with creditor advisors regarding financial matter |
| Joe Turner | 03/05/21 | 2.5 | Review of various financial analyses and plan documentation |
| Joe Turner | 03/06/21 | 3.0 | Review and comment on financial analyses |
| Joe Turner | 03/06/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 03/07/21 | 2.0 | Review and comment on financial analyses |
| Joe Turner | 03/07/21 | 1.5 | Preparation for Special Committee meeting |
| Joe Turner | 03/07/21 | 0.5 | Call with J. O'Connell regarding various matters |
| Joe Turner | 03/08/21 | 0.5 | Call with management regarding financial analysis |
| Joe Turner | 03/08/21 | 1.5 | Special Committee call |
| Joe Turner | 03/08/21 | 1.5 | Call with internal team regarding disclosure statement |
| Joe Turner | 03/09/21 | 0.5 | Calls with J. O'Connell regarding various matters |
| Joe Turner | 03/09/21 | 0.5 | Call regarding financing matter |
| Joe Turner | 03/09/21 | 1.0 | Correspondences regarding various matters |
| Joe Turner | 03/09/21 | 1.0 | Weekly advisor call |
| Joe Turner | 03/10/21 | 0.5 | Zoom with creditor advisors regarding financial matter |
| Joe Turner | 03/11/21 | 2.0 | Board call |
| Joe Turner | 03/11/21 | 2.0 | Special Committee call (inc. prep) |
| Joe Turner | 03/11/21 | 1.0 | Correspondences regarding various matters |
| Joe Turner | 03/12/21 | 1.0 | Weekly call with management and advisors |
| Joe Turner | 03/12/21 | 1.0 | Review of various plan documents |
| Joe Turner | 03/13/21 | 3.0 | Conference call with management and advisors regarding plan and DS (inc. prep) |
| Joe Turner | 03/14/21 | 4.0 | Calls regarding plan and disclosure statement |
| Joe Turner | 03/12/21 | 3.0 | Review of various plan documents |
| Joe Turner | 03/14/21 | 1.0 | Special Committee call |
| Joe Turner | 03/14/21 | 2.5 | Board call (inc. prep) |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Joe Turner | 03/14/21 | 0.5 | Correspondences regarding various matters |
| Joe Turner | 03/15/21 | 0.5 | Calls with J. O'Connell regarding various matters |
| Joe Turner | 03/15/21 | 3.0 | Review of various plan documents |
| Joe Turner | 03/15/21 | 2.5 | Correspondences regarding various matters |
| Joe Turner | 03/16/21 | 1.5 | Conference call regarding plan and disclosure statement |
| Joe Turner | 03/17/21 | 1.5 | Calls with potential stakeholders regarding financial workstream |
| Joe Turner | 03/17/21 | 1.0 | Review of status update summary for financial workstream |
| Joe Turner | 03/18/21 | 1.0 | Calls with potential stakeholders regarding financial workstream |
| Joe Turner | 03/18/21 | 1.0 | Weekly call with management and advisors |
| Joe Turner | 03/20/21 | 0.5 | Calls with J. O'Connell regarding various matters |
| Joe Turner | 03/22/21 | 1.0 | Weekly call with advisors |
| Joe Turner | 03/23/21 | 1.0 | Calls with potential stakeholders regarding financial workstream |
| Joe Turner | 03/24/21 | 1.5 | Calls with potential stakeholders regarding financial workstream |
| Joe Turner | 03/24/21 | 0.5 | Review of status update summary for financial workstream |
| Joe Turner | 03/25/21 | 0.5 | Call with counsel regarding various matters |
| Joe Turner | 03/25/21 | 2.0 | Conference call with management and advisors regarding plan and DS (inc. prep) |
| Joe Turner | 03/25/21 | 1.0 | Weekly call with management and advisors |
| Joe Turner | 03/26/21 | 0.5 | Correspondences regarding various matters |
| Joe Turner | 03/28/21 | 0.5 | Correspondences regarding various matters |
| Joe Turner | 03/28/21 | 1.0 | Review of various financial status updates |
| Joe Turner | 03/29/21 | 0.5 | Correspondences regarding various matters |
| | | **83.0** | |

## PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## MARCH 1, 2021 THROUGH MARCH 31, 2021

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Rafael Schnitzler | 03/01/21 | 0.5 | Weekly internal call regarding various matters |
| Rafael Schnitzler | 03/02/21 | 2.5 | Special Committee call, inc. prep time |
| Rafael Schnitzler | 03/02/21 | 2.5 | Review of various financial analyses inc. related correspondence |
| Rafael Schnitzler | 03/02/21 | 1.0 | Weekly advisor call |
| Rafael Schnitzler | 03/02/21 | 2.0 | Review of various financial analyses and presentations |
| Rafael Schnitzler | 03/03/21 | 3.0 | Board call |
| Rafael Schnitzler | 03/03/21 | 2.0 | Review of various financial analyses |
| Rafael Schnitzler | 03/03/21 | 1.5 | Review of various financial analyses and presentations |
| Rafael Schnitzler | 03/04/21 | 1.0 | Weekly advisor call |
| Rafael Schnitzler | 03/04/21 | 0.5 | Review of various financial analyses and presentations |
| Rafael Schnitzler | 03/04/21 | 1.0 | Call with creditor advisors regarding financial matter |
| Rafael Schnitzler | 03/05/21 | 1.0 | Review of various financial analyses and presentations |
| Rafael Schnitzler | 03/06/21 | 0.5 | Review of various financial analyses and presentations |
| Rafael Schnitzler | 03/08/21 | 1.5 | Special Committee call |
| Rafael Schnitzler | 03/09/21 | 1.0 | Weekly advisor call |
| Rafael Schnitzler | 03/09/21 | 1.5 | Review of various financial analyses and presentations |
| Rafael Schnitzler | 03/10/21 | 0.5 | Review of various financial analyses and presentations |
| Rafael Schnitzler | 03/11/21 | 2.0 | Board call |
| Rafael Schnitzler | 03/11/21 | 2.0 | Special Committee call |
| Rafael Schnitzler | 03/12/21 | 1.0 | Weekly call with management and advisors |
| Rafael Schnitzler | 03/14/21 | 1.0 | Special Committee call |
| Rafael Schnitzler | 03/14/21 | 2.5 | Board call |
| Rafael Schnitzler | 03/16/21 | 1.5 | Conference call regarding plan and disclosure statement |
| Rafael Schnitzler | 03/18/21 | 1.0 | Weekly call with management and advisors |
| Rafael Schnitzler | 03/18/21 | 2.0 | Review of various financial analyses and presentations |
| Rafael Schnitzler | 03/22/21 | 1.0 | Weekly call with advisors |
| Rafael Schnitzler | 03/24/21 | 0.5 | Calls with potential stakeholders regarding financial workstream |
| Rafael Schnitzler | 03/24/21 | 0.5 | Review of various financial analyses and plan documentation |
| Rafael Schnitzler | 03/25/21 | 0.5 | Call with Company |
| Rafael Schnitzler | 03/25/21 | 2.0 | Conference call with management and advisors regarding plan and DS |
| Rafael Schnitzler | 03/25/21 | 1.0 | Weekly call with management and advisors |
| Rafael Schnitzler | 03/25/21 | 1.0 | Review of various financial analyses and presentations |
| Rafael Schnitzler | 03/29/21 | 2.5 | Review of various financial analyses and presentations |
| Rafael Schnitzler | 03/30/21 | 3.0 | Review of various financial analyses and presentations |
| Rafael Schnitzler | 03/30/21 | 0.5 | Call with party regarding bankruptcy process |
| | | **49.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 03/01/21 | 2.0 | Dialed into court hearing |
| Thomas Melvin | 03/01/21 | 0.5 | Weekly internal team call |
| Thomas Melvin | 03/01/21 | 1.0 | Review creditor diligence requests and prepare responses |
| Thomas Melvin | 03/01/21 | 0.5 | E-mail correspondence with creditor financial advisors regarding diligence requests |
| Thomas Melvin | 03/01/21 | 0.5 | E-mail correspondence with AlixPartners and Company management regarding creditor advisor diligence request |
| Thomas Melvin | 03/01/21 | 2.5 | Prepare and review analyses requested by DPW |
| Thomas Melvin | 03/01/21 | 0.5 | E-mail correspondence with Company management regarding financial analysis |
| Thomas Melvin | 03/01/21 | 1.0 | Review materials from Company management |
| Thomas Melvin | 03/02/21 | 0.5 | Conference call with AlixPartners and creditor financial advisors regarding diligence requests |
| Thomas Melvin | 03/02/21 | 1.0 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 03/02/21 | 1.0 | Conference call with AlixPartners, DPW and creditor group advisors regarding shareholder settlement |
| Thomas Melvin | 03/02/21 | 1.0 | Call with internal team and AlixPartners regarding financial analysis |
| Thomas Melvin | 03/02/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 03/02/21 | 1.0 | Review materials related to shareholder settlement discussions |
| Thomas Melvin | 03/02/21 | 2.0 | Prepare and review analyses requested by DPW |
| Thomas Melvin | 03/02/21 | 2.0 | Review creditor diligence requests and prepare responses |
| Thomas Melvin | 03/02/21 | 1.0 | Update financial analysis for revised materials from Company management |
| Thomas Melvin | 03/03/21 | 0.5 | Call with AlixPartners and DPW regarding financial analysis |
| Thomas Melvin | 03/03/21 | 2.0 | Attended telephonic Board meeting |
| Thomas Melvin | 03/03/21 | 1.0 | Conference call with AlixPartners, DPW and creditor group advisors regarding shareholder settlement |
| Thomas Melvin | 03/03/21 | 1.0 | Conference call with AlixPartners, Company management and creditor advisors regarding diligence request |
| Thomas Melvin | 03/03/21 | 0.5 | Internal team call regarding financial analysis |
| Thomas Melvin | 03/03/21 | 1.0 | Call with AlixPartners, DPW and Company management regarding various legal matters |
| Thomas Melvin | 03/03/21 | 1.0 | Review draft materials related to Plan and Disclosure Statement |
| Thomas Melvin | 03/03/21 | 2.0 | Prepare and review analyses requested by DPW |
| Thomas Melvin | 03/03/21 | 1.0 | E-mail correspondence with AlixPartners and internal team related to analysis and upcoming meetings |
| Thomas Melvin | 03/03/21 | 0.5 | Call with DPW to discuss various matters |
| Thomas Melvin | 03/03/21 | 0.5 | Call with creditor financial advisors to discuss various matters |
| Thomas Melvin | 03/03/21 | 1.5 | Review materials from Company management |
| Thomas Melvin | 03/04/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 03/04/21 | 0.5 | Call with AlixPartners and Company management regarding financial analysis |
| Thomas Melvin | 03/04/21 | 0.5 | Call with AlixPartners regarding financial analysis |
| Thomas Melvin | 03/04/21 | 1.0 | Conference call with AlixPartners, Company management and creditor advisors regarding diligence request |
| Thomas Melvin | 03/04/21 | 1.0 | Call with AlixPartners and DPW regarding Plan related matters |
| Thomas Melvin | 03/04/21 | 0.5 | Call with Company management regarding financial analysis |
| Thomas Melvin | 03/04/21 | 3.0 | Review materials from Company management |
| Thomas Melvin | 03/04/21 | 1.0 | E-mail correspondence with AlixPartners and internal team regarding analysis and upcoming meetings |
| Thomas Melvin | 03/04/21 | 2.0 | Prepare and review analyses requested by DPW |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 03/04/21 | 1.0 | Call with debtor counsel to discuss various matters |
| Thomas Melvin | 03/04/21 | 2.0 | Prepare and review analyses requested by Company management |
| Thomas Melvin | 03/05/21 | 0.5 | Internal team call regarding financial analysis |
| Thomas Melvin | 03/05/21 | 0.5 | Call with AlixPartners and creditor financial advisors regarding various matters |
| Thomas Melvin | 03/05/21 | 4.0 | Prepare and review analyses requested by DPW |
| Thomas Melvin | 03/05/21 | 1.5 | E-mail correspondence with AlixPartners, internal team and Company management regarding financial analysis |
| Thomas Melvin | 03/06/21 | 3.0 | Prepare and review various financial analyses for upcoming meetings |
| Thomas Melvin | 03/06/21 | 1.5 | Review AlixPartners analyses |
| Thomas Melvin | 03/06/21 | 1.5 | Prepare and review analysis requested by Company management |
| Thomas Melvin | 03/07/21 | 2.5 | Prepare and review analyses requested by Company management |
| Thomas Melvin | 03/07/21 | 2.0 | Prepare and review analyses requested by DPW |
| Thomas Melvin | 03/07/21 | 0.5 | E-mail correspondence with internal team regarding financial analysis |
| Thomas Melvin | 03/08/21 | 0.5 | Call with AlixPartners and DPW regarding financial analysis |
| Thomas Melvin | 03/08/21 | 1.5 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 03/08/21 | 1.5 | Internal team call regarding Plan and Disclosure Statement related matters |
| Thomas Melvin | 03/08/21 | 2.5 | Prepare and review analyses requested by DPW |
| Thomas Melvin | 03/08/21 | 1.5 | Prepare and review analysis requested by Company management |
| Thomas Melvin | 03/08/21 | 1.0 | Review creditor diligence requests and prepare responses |
| Thomas Melvin | 03/08/21 | 1.0 | Review materials from AlixPartners and Company management |
| Thomas Melvin | 03/08/21 | 0.5 | Call with Company management to discuss various analyses |
| Thomas Melvin | 03/08/21 | 1.5 | Review Plan and Disclosure Statement draft materials |
| Thomas Melvin | 03/09/21 | 1.0 | Conference call with AlixPartners and creditor financial advisors regarding matters related to shareholder settlement |
| Thomas Melvin | 03/09/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 03/09/21 | 2.0 | Prepare and review analysis requested by Company management |
| Thomas Melvin | 03/09/21 | 3.5 | Prepare and review analyses requested by DPW |
| Thomas Melvin | 03/09/21 | 1.0 | E-mail correspondence with AlixPartners and internal team regarding creditor financial advisor diligence requests |
| Thomas Melvin | 03/10/21 | 0.5 | Conference call with AlixPartners and creditor financial advisors regarding various negotiations |
| Thomas Melvin | 03/10/21 | 2.0 | Prepare and review analysis requested by Company management |
| Thomas Melvin | 03/10/21 | 2.5 | Prepare and review analyses requested by DPW |
| Thomas Melvin | 03/10/21 | 1.0 | E-mail correspondence with DPW related to creditor financial advisor diligence requests |
| Thomas Melvin | 03/10/21 | 1.5 | Review updated materials from Company management |
| Thomas Melvin | 03/11/21 | 2.0 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 03/11/21 | 2.0 | Attended telephonic Board meeting |
| Thomas Melvin | 03/11/21 | 0.5 | Call with Company management regarding financial analysis |
| Thomas Melvin | 03/11/21 | 1.0 | Call with AlixPartners and creditor financial advisors regarding financial analysis |
| Thomas Melvin | 03/11/21 | 1.0 | Conference call with AlixPartners, DPW and Company management to prepare for upcoming meeting |
| Thomas Melvin | 03/11/21 | 1.0 | Review creditor diligence requests and prepare responses |
| Thomas Melvin | 03/11/21 | 1.5 | Review Plan and Disclosure Statement draft materials |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 03/11/21 | 1.0 | Review materials from creditor financial advisors related to negotiations |
| Thomas Melvin | 03/11/21 | 0.5 | Prepare and review agenda for rescheduled weekly call |
| Thomas Melvin | 03/12/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 03/12/21 | 0.5 | Conference call with AlixPartners and creditor legal and financial advisors regarding various negotiations |
| Thomas Melvin | 03/12/21 | 1.0 | Conference call with advisors to debtors, creditors and shareholders regarding shareholder assets |
| Thomas Melvin | 03/12/21 | 0.5 | Call with AlixPartners and Company management regarding financial analysis |
| Thomas Melvin | 03/12/21 | 0.5 | Call with AlixPartners and creditor financial advisors regarding various matters |
| Thomas Melvin | 03/12/21 | 2.0 | Review materials from DPW related to Plan and Disclosure Statement |
| Thomas Melvin | 03/12/21 | 2.0 | Review creditor diligence requests and prepare responses |
| Thomas Melvin | 03/12/21 | 1.5 | Review Plan and Disclosure Statement draft materials |
| Thomas Melvin | 03/12/21 | 2.5 | Prepare and review analyses requested by DPW |
| Thomas Melvin | 03/13/21 | 0.5 | Call with Company management regarding financial analysis |
| Thomas Melvin | 03/13/21 | 3.0 | Conference call with AlixPartners, DPW and Company management to discuss Plan and Disclosure Statement |
| Thomas Melvin | 03/13/21 | 1.0 | Prepare draft financial analysis for discussion with Company management |
| Thomas Melvin | 03/13/21 | 2.0 | Review materials from DPW related to Plan and Disclosure Statement |
| Thomas Melvin | 03/13/21 | 0.5 | E-mail correspondence with Company management regarding financial analysis |
| Thomas Melvin | 03/13/21 | 1.5 | Review creditor diligence requests and prepare responses |
| Thomas Melvin | 03/13/21 | 1.0 | E-mail correspondence with DPW regarding items related to the Plan and Disclosure Statement |
| Thomas Melvin | 03/14/21 | 3.0 | Conference call with AlixPartners, DPW and Company management to discuss Plan and Disclosure Statement |
| Thomas Melvin | 03/14/21 | 1.0 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 03/14/21 | 1.5 | Attended telephonic Board meeting |
| Thomas Melvin | 03/14/21 | 4.0 | Review materials from DPW related to Plan and Disclosure Statement |
| Thomas Melvin | 03/14/21 | 1.5 | Prepare and review analyses requested by DPW |
| Thomas Melvin | 03/14/21 | 1.0 | Review creditor diligence requests and prepare responses |
| Thomas Melvin | 03/14/21 | 1.5 | Prepare and review analysis requested by Company management |
| Thomas Melvin | 03/14/21 | 1.0 | E-mail correspondence with internal team and DPW regarding Plan and Disclosure Statement matters |
| Thomas Melvin | 03/15/21 | 0.5 | Conference call with AlixPartners, DPW and Company management to discuss various matters |
| Thomas Melvin | 03/15/21 | 0.5 | Conference call with AlixPartners and DPW to discuss various matters related to the Plan and Disclosure Statement |
| Thomas Melvin | 03/15/21 | 0.5 | Call with AlixPartners and creditor financial advisors regarding financial analysis |
| Thomas Melvin | 03/15/21 | 3.5 | Review materials related to Plan and Disclosure Statement |
| Thomas Melvin | 03/15/21 | 2.0 | Prepare and review analyses requested by DPW |
| Thomas Melvin | 03/15/21 | 1.0 | E-mail correspondence with internal team and DPW regarding Plan and Disclosure Statement matters |
| Thomas Melvin | 03/15/21 | 0.5 | E-mail correspondence with AlixPartners and Company management regarding various analyses |
| Thomas Melvin | 03/15/21 | 1.0 | Prepare and review analysis requested by Company management |
| Thomas Melvin | 03/16/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 03/16/21 | 0.5 | Call with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 03/16/21 | 2.0 | Review and prepare responses to requests from potential stakeholders |
| Thomas Melvin | 03/17/21 | 0.5 | Call with AlixPartners and potential stakeholders regarding various matters |

# PJT PARTNERS LP
## HOURLY DETAILS FOR THE PERIOD OF
## MARCH 1, 2021 THROUGH MARCH 31, 2021

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 03/17/21 | 0.5 | Call with AlixPartners and potential stakeholders regarding various matters |
| Thomas Melvin | 03/17/21 | 0.5 | Call with AlixPartners regarding Disclosure Statement exhibits |
| Thomas Melvin | 03/17/21 | 2.0 | Prepare and review analysis requested by Company management |
| Thomas Melvin | 03/17/21 | 1.5 | Review and prepare responses to creditor financial advisor diligence requests |
| Thomas Melvin | 03/17/21 | 1.0 | Review and prepare responses to requests from potential stakeholders |
| Thomas Melvin | 03/17/21 | 1.0 | Review materials prepared by AlixPartners |
| Thomas Melvin | 03/18/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 03/18/21 | 0.5 | Call with AlixPartners and potential stakeholders regarding various matters |
| Thomas Melvin | 03/18/21 | 1.0 | Prepare and review analysis requested by Company management |
| Thomas Melvin | 03/19/21 | 2.0 | Review and prepare responses to creditor financial advisor diligence requests |
| Thomas Melvin | 03/19/21 | 1.0 | Prepare and review various financial analyses |
| Thomas Melvin | 03/22/21 | 0.5 | Call with AlixPartners and potential stakeholders regarding various matters |
| Thomas Melvin | 03/22/21 | 2.0 | Review and prepare responses to requests from potential stakeholders |
| Thomas Melvin | 03/22/21 | 0.5 | E-mail correspondence with AlixPartners and internal team regarding potential stakeholder inquiries and meetings |
| Thomas Melvin | 03/23/21 | 0.5 | Call with AlixPartners regarding financial analysis |
| Thomas Melvin | 03/23/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 03/23/21 | 1.5 | Review analysis prepared by AlixPartners |
| Thomas Melvin | 03/23/21 | 1.5 | Review materials from DPW |
| Thomas Melvin | 03/23/21 | 1.0 | Review and prepare responses to requests from potential stakeholders |
| Thomas Melvin | 03/23/21 | 1.0 | E-mail correspondence with AlixPartners, Company management and DPW regarding various matters |
| Thomas Melvin | 03/24/21 | 4.0 | Dialed into court hearing |
| Thomas Melvin | 03/24/21 | 2.0 | Review draft materials related to Plan and Disclosure Statement exhibits |
| Thomas Melvin | 03/24/21 | 0.5 | Prepare and review agenda for weekly call |
| Thomas Melvin | 03/24/21 | 1.0 | Review and prepare responses to creditor financial advisor diligence requests |
| Thomas Melvin | 03/24/21 | 1.0 | E-mail correspondence with DPW and creditor financial advisors regarding various matters |
| Thomas Melvin | 03/25/21 | 1.0 | Weekly call with debtor advisors and Company management |
| Thomas Melvin | 03/25/21 | 0.5 | Call with AlixPartners and potential stakeholders regarding various matters |
| Thomas Melvin | 03/25/21 | 0.5 | Call with AlixPartners and potential stakeholders regarding various matters |
| Thomas Melvin | 03/25/21 | 1.0 | Call with AlixPartners and DPW regarding Disclosure Statement exhibits |
| Thomas Melvin | 03/25/21 | 1.0 | Call with Company management regarding business development and strategic initiatives |
| Thomas Melvin | 03/25/21 | 2.0 | Review of analysis prepared by creditor financial advisors |
| Thomas Melvin | 03/25/21 | 2.0 | Prepare and review financial analysis related to creditor financial advisor analysis |
| Thomas Melvin | 03/25/21 | 1.0 | E-mail correspondence with AlixPartners and DPW regarding various matters |
| Thomas Melvin | 03/25/21 | 1.0 | Review draft materials related to Plan and Disclosure Statement exhibits |
| Thomas Melvin | 03/26/21 | 0.5 | Call with AlixPartners and potential stakeholders regarding various matters |
| Thomas Melvin | 03/26/21 | 1.0 | Call with AlixPartners and DPW regarding Disclosure Statement exhibits |
| Thomas Melvin | 03/26/21 | 0.5 | Conference call with creditor group advisors regarding tax-related matters |
| Thomas Melvin | 03/26/21 | 1.0 | Conference call with creditor group and debtor and creditor group advisors related to certain negotiations |

**PJT PARTNERS LP**

**HOURLY DETAILS FOR THE PERIOD OF**

**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Thomas Melvin | 03/26/21 | 2.0 | Prepare and review analysis requested by Company management |
| Thomas Melvin | 03/26/21 | 0.5 | Review materials from potential stakeholders |
| Thomas Melvin | 03/28/21 | 1.0 | E-mail correspondence and review related to requests from creditor financial advisors |
| Thomas Melvin | 03/29/21 | 0.5 | Weekly internal team call |
| Thomas Melvin | 03/29/21 | 0.5 | Call with AlixPartners and creditor financial advisor to discuss various matters |
| Thomas Melvin | 03/29/21 | 0.5 | Call with AlixPartners to discuss Disclosure Statement exhibits |
| Thomas Melvin | 03/29/21 | 1.5 | Review draft materials related to Plan and Disclosure Statement exhibits |
| Thomas Melvin | 03/29/21 | 2.0 | Prepare and review analysis requested by Company management |
| Thomas Melvin | 03/29/21 | 0.5 | Review analysis related to potential stakeholders |
| Thomas Melvin | 03/30/21 | 0.5 | Call with AlixPartners and potential stakeholders regarding various matters |
| Thomas Melvin | 03/30/21 | 0.5 | Attended telephonic Special Committee meeting |
| Thomas Melvin | 03/30/21 | 1.0 | Weekly debtor advisor call |
| Thomas Melvin | 03/30/21 | 1.0 | Call with AlixPartners and DPW regarding Disclosure Statement exhibits |
| Thomas Melvin | 03/30/21 | 2.0 | Review draft materials related to Plan and Disclosure Statement exhibits |
| Thomas Melvin | 03/30/21 | 1.5 | Prepare and review analysis requested by Company management |
| Thomas Melvin | 03/31/21 | 4.0 | Attended telephonic Board meeting |
| Thomas Melvin | 03/31/21 | 0.5 | Call with AlixPartners and potential stakeholders regarding various matters |
| Thomas Melvin | 03/31/21 | 0.5 | Review and prepare responses to creditor financial advisor diligence requests |
| Thomas Melvin | 03/31/21 | 0.5 | E-mail correspondence with internal team to coordinate upcoming meetings and associated materials |
| | | **213.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 03/01/21 | 0.5 | Weekly internal call regarding various matters |
| Jovana Arsic | 03/02/21 | 4.0 | Financial analysis |
| Jovana Arsic | 03/02/21 | 1.0 | Call with creditors advisors regarding diligence |
| Jovana Arsic | 03/02/21 | 1.0 | Call with Alix Partners regarding financial analysis |
| Jovana Arsic | 03/02/21 | 1.0 | Weekly advisor call |
| Jovana Arsic | 03/02/21 | 0.5 | Preparation of status update summary for financial workstream |
| Jovana Arsic | 03/03/21 | 3.0 | Financial analysis |
| Jovana Arsic | 03/03/21 | 1.0 | Call with DPW regarding plan |
| Jovana Arsic | 03/04/21 | 1.0 | Weekly advisor call |
| Jovana Arsic | 03/04/21 | 1.0 | 2x Internal Calls regarding financial analysis |
| Jovana Arsic | 03/04/21 | 3.0 | Financial analysis |
| Jovana Arsic | 03/04/21 | 2.0 | Correspondences regarding various matters |
| Jovana Arsic | 03/04/21 | 1.0 | Calls regarding financing matter |
| Jovana Arsic | 03/04/21 | 1.0 | Call with creditor advisors regarding financial matter |
| Jovana Arsic | 03/05/21 | 0.5 | Internal Call regarding financial analysis |
| Jovana Arsic | 03/05/21 | 3.0 | Review of various financial analyses |
| Jovana Arsic | 03/05/21 | 2.0 | Financial analysis |
| Jovana Arsic | 03/06/21 | 4.0 | Financial analysis |
| Jovana Arsic | 03/07/21 | 3.0 | Financial analysis |
| Jovana Arsic | 03/08/21 | 0.5 | Call with management regarding financial analysis |
| Jovana Arsic | 03/08/21 | 1.5 | Call with internal team regarding disclosure statement |
| Jovana Arsic | 03/08/21 | 0.5 | Preparation of status update summary for financial workstream |
| Jovana Arsic | 03/09/21 | 1.0 | Call regarding financing matter |
| Jovana Arsic | 03/09/21 | 1.0 | Weekly advisor call |
| Jovana Arsic | 03/10/21 | 2.0 | Financial analysis |
| Jovana Arsic | 03/10/21 | 0.5 | Call with creditor advisors regarding financial matter |
| Jovana Arsic | 03/11/21 | 1.0 | Correspondences regarding various matters |
| Jovana Arsic | 03/11/21 | 0.5 | Call with financial advisors regarding IACs |
| Jovana Arsic | 03/11/21 | 1.0 | 2x Internal Calls regarding financial analysis |
| Jovana Arsic | 03/11/21 | 1.0 | Call with DPW regarding plan |
| Jovana Arsic | 03/11/21 | 0.5 | Preparation of status update summary for financial workstream |
| Jovana Arsic | 03/12/21 | 1.0 | Weekly call with management and advisors |
| Jovana Arsic | 03/12/21 | 2.0 | Review of various plan documents |
| Jovana Arsic | 03/12/21 | 1.0 | Conference call with management and advisors regarding plan and DS |
| Jovana Arsic | 03/12/21 | 1.0 | Call with creditors advisors |
| Jovana Arsic | 03/12/21 | 1.0 | Call with advisors regarding plan |
| Jovana Arsic | 03/12/21 | 1.0 | Call with advisors regarding plan |
| Jovana Arsic | 03/12/21 | 3.0 | Review of various plan documents |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jovana Arsic | 03/13/21 | 1.0 | Call with Alix Partners regarding financial workstream |
| Jovana Arsic | 03/13/21 | 3.0 | Conference call with management and advisors regarding plan and DS |
| Jovana Arsic | 03/14/21 | 4.0 | Calls regarding plan and disclosure statement |
| Jovana Arsic | 03/14/21 | 0.5 | Correspondences regarding various matters |
| Jovana Arsic | 03/15/21 | 3.0 | Review of various plan documents |
| Jovana Arsic | 03/15/21 | 2.5 | Correspondences regarding various matters |
| Jovana Arsic | 03/15/21 | 1.0 | 2x Internal Calls regarding financial analysis |
| Jovana Arsic | 03/16/21 | 1.5 | Conference call regarding plan and disclosure statement |
| Jovana Arsic | 03/16/21 | 0.5 | Call with advisors regarding plan |
| Jovana Arsic | 03/16/21 | 1.0 | Weekly call with advisors |
| Jovana Arsic | 03/17/21 | 1.5 | 3x Calls with potential stakeholders regarding financial workstream |
| Jovana Arsic | 03/17/21 | 1.0 | Preparation of status update summary for financial workstream |
| Jovana Arsic | 03/18/21 | 1.0 | 2x Calls with potential stakeholders regarding financial workstream |
| Jovana Arsic | 03/18/21 | 1.0 | Weekly call with management and advisors |
| Jovana Arsic | 03/18/21 | 0.5 | Call with Alix Partners regarding financial workstream |
| Jovana Arsic | 03/22/21 | 1.0 | Weekly call with advisors |
| Jovana Arsic | 03/23/21 | 1.0 | Calls with potential stakeholders regarding financial workstream |
| Jovana Arsic | 03/24/21 | 1.5 | Calls with potential stakeholders regarding financial workstream |
| Jovana Arsic | 03/24/21 | 0.5 | Preparation of status update summary for financial workstream |
| Jovana Arsic | 03/25/21 | 0.5 | Call with counsel regarding various matters |
| Jovana Arsic | 03/25/21 | 2.0 | Conference call with management and advisors regarding plan and DS |
| Jovana Arsic | 03/25/21 | 1.0 | Weekly call with management and advisors |
| Jovana Arsic | 03/25/21 | 1.5 | 3x Calls with potential stakeholders regarding financial workstream |
| Jovana Arsic | 03/25/21 | 1.0 | Call with advisors regarding financial analysis |
| Jovana Arsic | 03/26/21 | 1.0 | Correspondences regarding various matters |
| Jovana Arsic | 03/26/21 | 1.0 | Call with advisors regarding various matters |
| Jovana Arsic | 03/26/21 | 1.0 | Call with advisors re plan |
| Jovana Arsic | 03/26/21 | 0.5 | Call with potential stakeholder regarding financial workstream |
| Jovana Arsic | 03/26/21 | 2.0 | Preparation of status update summary for financial workstream |
| Jovana Arsic | 03/27/21 | 1.0 | Preparation of status update summary for financial workstream |
| Jovana Arsic | 03/28/21 | 1.0 | Review of various financial status updates |
| Jovana Arsic | 03/29/21 | 1.0 | Correspondences regarding various matters |
| Jovana Arsic | 03/29/21 | 1.0 | Preparation of status update summary for financial workstream |
| Jovana Arsic | 03/30/21 | 1.0 | Preparation of status update summary for financial workstream |
| Jovana Arsic | 03/30/21 | 2.0 | Preparation and review of financial analysis |
| Jovana Arsic | 03/30/21 | 1.0 | Call with Alix partners regarding financial analysis |
| | | **101.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| James Carbaugh | 03/03/21 | 0.5 | Internal call |
| James Carbaugh | 03/03/21 | 0.5 | Internal Call |
| James Carbaugh | 03/03/21 | 3.0 | Financial analysis |
| James Carbaugh | 03/04/21 | 0.5 | Call with management to discuss financial analysis |
| James Carbaugh | 03/05/21 | 0.5 | Internal Call |
| James Carbaugh | 03/08/21 | 0.5 | Call with management regarding financial analysis |
| James Carbaugh | 03/09/21 | 1.0 | Weekly advisor call |
| James Carbaugh | 03/09/21 | 2.0 | Financial analysis |
| James Carbaugh | 03/16/21 | 1.0 | Weekly call with advisors |
| | | **9.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Jasmine Wu | 03/03/21 | 0.5 | Internal call |
| Jasmine Wu | 03/03/21 | 0.5 | Internal Call |
| Jasmine Wu | 03/03/21 | 6.0 | Financial analysis |
| Jasmine Wu | 03/04/21 | 0.5 | Call with management to discuss financial analysis |
| Jasmine Wu | 03/05/21 | 0.5 | Internal Call |
| Jasmine Wu | 03/06/21 | 6.0 | Financial analysis |
| Jasmine Wu | 03/08/21 | 0.5 | Call with management regarding financial analysis |
| Jasmine Wu | 03/09/21 | 4.0 | Weekly advisor call |
| Jasmine Wu | 03/09/21 | 1.0 | Weekly advisor call |
| Jasmine Wu | 03/09/21 | 4.0 | Financial analysis |
| Jasmine Wu | 03/10/21 | 4.0 | Financial analysis |
| Jasmine Wu | 03/16/21 | 1.0 | Weekly call with advisors |
| Jasmine Wu | 03/17/21 | 5.0 | Financial analysis |
| Jasmine Wu | 03/18/21 | 5.0 | Financial analysis |
| Jasmine Wu | 03/25/21 | 6.0 | Financial analysis |
| Jasmine Wu | 03/29/21 | 5.0 | Financial analysis |
| Jasmine Wu | 03/30/21 | 6.0 | Financial analysis |
| Jasmine Wu | 03/31/21 | 5.0 | Financial analysis |
| | | **60.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 03/01/21 | 0.5 | Weekly internal call regarding various matters |
| Lukas Schwarzmann | 03/01/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 03/02/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 03/02/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 03/02/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 03/03/21 | 1.0 | Call with advisors |
| Lukas Schwarzmann | 03/03/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 03/04/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 03/04/21 | 1.0 | Call regarding financial analysis (2x) |
| Lukas Schwarzmann | 03/04/21 | 1.0 | Zoom with creditor advisors regarding financial matter |
| Lukas Schwarzmann | 03/04/21 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 03/05/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 03/05/21 | 6.0 | Financial analysis |
| Lukas Schwarzmann | 03/06/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 03/07/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 03/08/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 03/08/21 | 1.5 | Call with internal team regarding disclosure statement |
| Lukas Schwarzmann | 03/08/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 03/09/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 03/09/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 03/10/21 | 0.5 | Call with creditor advisors |
| Lukas Schwarzmann | 03/10/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 03/11/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 03/11/21 | 1.0 | Preparation call |
| Lukas Schwarzmann | 03/11/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 03/12/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 03/12/21 | 1.0 | Call regarding financial analysis |
| Lukas Schwarzmann | 03/12/21 | 1.0 | Weekly call with management and advisors |
| Lukas Schwarzmann | 03/13/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 03/13/21 | 1.5 | Call with legal counsel |
| Lukas Schwarzmann | 03/13/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 03/14/21 | 6.0 | Financial analysis |
| Lukas Schwarzmann | 03/14/21 | 1.5 | Call with legal counsel |
| Lukas Schwarzmann | 03/14/21 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 03/15/21 | 0.5 | Call with creditor advisors |
| Lukas Schwarzmann | 03/15/21 | 1.0 | Call with legal counsel (2x) |
| Lukas Schwarzmann | 03/15/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 03/15/21 | 3.0 | Financial analysis |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Lukas Schwarzmann | 03/16/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 03/17/21 | 1.5 | Calls with potential stakeholders regarding financial workstream |
| Lukas Schwarzmann | 03/17/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 03/18/21 | 1.0 | Weekly call with management and advisors |
| Lukas Schwarzmann | 03/19/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 03/22/21 | 0.5 | Calls with potential stakeholders regarding financial workstream |
| Lukas Schwarzmann | 03/22/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 03/23/21 | 0.5 | Call with operational consultants |
| Lukas Schwarzmann | 03/23/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 03/23/21 | 1.0 | Weekly advisor call |
| Lukas Schwarzmann | 03/24/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 03/25/21 | 1.0 | Weekly call with management and advisors |
| Lukas Schwarzmann | 03/25/21 | 1.0 | Calls with potential stakeholders regarding financial workstream (2x) |
| Lukas Schwarzmann | 03/25/21 | 1.0 | Call regarding financial analysis |
| Lukas Schwarzmann | 03/25/21 | 0.5 | Call with legal counsel |
| Lukas Schwarzmann | 03/25/21 | 4.0 | Financial analysis |
| Lukas Schwarzmann | 03/25/21 | 1.0 | Call with company regarding financial analysis |
| Lukas Schwarzmann | 03/25/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 03/26/21 | 5.0 | Financial analysis |
| Lukas Schwarzmann | 03/26/21 | 1.0 | Call with legal counsel |
| Lukas Schwarzmann | 03/28/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 03/29/21 | 0.5 | Weekly internal call regarding various matters |
| Lukas Schwarzmann | 03/29/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 03/29/21 | 6.0 | Financial analysis |
| Lukas Schwarzmann | 03/29/21 | 3.0 | Financial analysis |
| Lukas Schwarzmann | 03/30/21 | 0.5 | Call with operational consultants |
| Lukas Schwarzmann | 03/30/21 | 0.5 | Call regarding financial analysis |
| Lukas Schwarzmann | 03/30/21 | 1.0 | Weekly call with management and advisors |
| Lukas Schwarzmann | 03/30/21 | 2.0 | Financial analysis |
| Lukas Schwarzmann | 03/31/21 | 1.0 | Financial analysis |
| | | **138.0** | |