UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                  :

In re                                          :           Chapter 11

                                                  :

PURDUE PHARMA L.P., *et al.*,             :           Case No. 19-23649 (RDD)

                                                  :

                          Debtors.   :           Jointly Administered

                                                  :

------------------------------------------------------------ x

## AFFIRMATION OF SERVICE

PAUL K. SCHWARTZBERG, hereby affirms under penalty of perjury that the forgoing is true and correct:

1.      I am an attorney with the Office of the United States Trustee for the Southern District of New York.

2.      On April 29, 2021, I caused a true and correct copy of the Notice of Motion, and Motion of the United States Trustee Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Entry of an Order Approving (1) Settlement Agreement between United States Trustee, Skadden, Arps, Slate, Meagher & Flom, LLC, Wilmer Cutler Pickering Hale and Dorr, LLP, and Dechert LLP and (2) Certain Releases by the Debtors to be served by the method set forth on Master Service List attached hereto.

                                                  /s/ *Paul K. Schwartzberg*
                                                   Paul K. Schwartzberg