KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036-2601
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222
Scott Davidson

*Special Counsel to the Debtors and Debtors in Possessions*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*,[1] | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**NINETEENTH MONTHLY FEE STATEMENT OF KING & SPALDING LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
MARCH 1, 2021 THROUGH MARCH 31, 2021**

| | |
|---|---|
| **Name of Applicant** | King & Spalding LLP |
| **Applicant's Role in Case** | Special Counsel to Purdue Pharma L.P., *et al.* |
| **Date Order of Employment Signed** | November 25, 2019 [Docket No. 543] |
| **Period for Which Compensation and Reimbursement is Sought** | March 1, 2021 through March 31, 2021 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| **Total Compensation Requested in this Statement** | $98,569.99<br>(80% of $123,212.49) |
| **Total Reimbursement Requested in this Statement** | $0.00 |
| **Total Compensation and Reimbursement Requested in this Statement** | $98,569.99 |
| **This is a(n):**  **X**  Monthly Application  __  Interim Application  __  Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of King & Spalding LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated November 25, 2019 [Docket No. 543] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), King & Spalding LLP ("**K&S**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from March 1,*

*2021 Through March 31, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, and after taking into account certain voluntary discounts and reductions,[3] K&S seeks (i) compensation in the amount of $98,569.99, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that K&S incurred in connection with such services during the Fee Period (*i.e.*, $123,212.49) and (ii) payment of $0.00, for the actual, necessary expenses that K&S incurred in connection with such services during the Fee Period.

## Itemization of Services Rendered and Disbursements Incurred

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by K&S partners, counsel, associates, discovery counsel, privilege review attorneys, and paraprofessionals during the Fee Period with respect to each of the project categories K&S established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, K&S incurred $123,212.49 in fees during the Fee Period.  Pursuant to this Fee Statement, K&S seeks reimbursement for 80% of such fees, totaling $98,569.99.

2.      Attached hereto as **Exhibit B** is a chart of K&S professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional. The blended

---

[2]    The period from March 1, 2021 through and including March 31, 2021 is referred to herein as the "**Fee Period**."

[3]    K&S agreed as a courtesy to the Debtors to bill at approximately 90% of its hourly rates in effect when the services are rendered.  Additionally, K&S agreed to offer additional discounts, including on a sliding scale on fees exceeding certain amounts.

hourly billing rate of attorneys for all services provided during the Fee Period is $299.74.[4]  The

blended hourly billing rate of all paraprofessionals is $346.95.[5]

3.      Attached hereto as **Exhibit C** is a chart of expenses that K&S incurred or disbursed

in the amount of $0.00 in connection with providing professional services to the Debtors during

the Fee Period.

4.      Attached hereto as **Exhibit D** are the time records of K&S for the Fee Period

organized by project category with a daily time log describing the time spent by each attorney and

other professional during the Fee Period as well as an itemization of expenses.

### Notice

5.      K&S will provide notice of this Fee Statement in accordance with the Interim

Compensation Order.  K&S submits that no other or further notice be given.

WHEREFORE, K&S, in connection with services rendered on behalf of the Debtors during

the Fee Period, respectfully requests (i) compensation in the amount of $98,569.99, which is equal

to 80% of the total amount of reasonable compensation for actual, necessary legal services that

K&S incurred in connection with such services during the Fee Period (*i.e.*, $123,212.49) and (ii)

payment of $0.00 for the actual, necessary expenses that K&S incurred in connection with such

services during the Fee Period.

---

[4]     The blended hourly rate of $299.74 for attorneys is derived by dividing the total fees for attorneys of $107,426.49 by the total hours of 358.4.

[5]     The blended hourly rate of $346.95 for paraprofessionals is similarly derived by dividing the total fees for paraprofessionals of $15,786.00 by the total hours of 45.5.

Dated:   April 29, 2021
         New York, New York

**KING & SPALDING LLP**

/s/ Scott Davidson
_____
Scott Davidson
1185 Avenue of the Americas
New York, New York  10036-2601
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222

*Special Counsel to the Debtors and Debtors in
Possession*

## Exhibit A

### Fees by Project Category[6]

---

[6] The total fees listed in Exhibit A do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Analysis/Strategy | 36.4 | $23,161.00 |
| Document/File Management | 28.4 | $8,946.00 |
| Document Production (Defense) | 296.2 | $71,088.00 |
| Retention and Fee Applications | 42.9 | $29,447.00 |
| **TOTALS** | **403.9** | **$132,642.00** |

## Exhibit B

## Professional & Paraprofessional Fees[7]

---

[7] The hourly billing rate and total compensation listed in Exhibit B for each timekeeper do not reflect additional discounts, as applicable, agreed to with the Debtors.

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey Bucholtz | Partner; joined K&S 2009; admitted to Washington, D.C. 1996 | $1,195.00 | 9.3 | $11,113.50 |
| Rose Jones | Partner; joined K&S 2003; admitted to Georgia 2002 | $500.00 | 19.9 | $9,950.00 |
| **Counsel** | | | | |
| Scott Davidson | Counsel; joined K&S 2009; admitted to New York 1996 | $1,290.00 | 5.8 | $7,482.00 |
| **Associate** | | | | |
| Leia Shermohammed | Associate; joined K&S 2017; admitted to Georgia 2015 | $745.00 | 19.5 | $14,527.50 |
| **Discovery Counsel** | | | | |
| Nicole Bass | Discovery counsel; joined K&S 2010; admitted to Georgia 2010 | $350.00 | 7.7 | $2,695.00 |
| **Privilege Review Attorneys** | | | | |
| Michael Douglas | Privilege review attorney; joined K&S 2003; admitted to Georgia 1999 | $240.00 | 130.4 | $31,296.00 |
| Frankie Evans | Privilege review attorney; joined K&S 2000; admitted to Georgia 1999 | $240.00 | 26.0 | $6,240.00 |
| Scott McClure | Privilege review attorney; joined K&S 1998; admitted to New Mexico 1994, Washington, D.C. 1997 | $240.00 | 14.0 | $3,360.00 |
| Liz McGovern | Privilege review attorney; joined K&S 2014; admitted to Georgia 2014 | $240.00 | 14.2 | $3,408.00 |
| Bob Neufeld | Privilege review attorney; joined K&S 2006; admitted to Georgia 1997, New Jersey 1999, New York 2001 | $240.00 | 8.4 | $2,016.00 |

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, years of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Shane Orange | Privilege review attorney; joined K&S 2014; admitted to Georgia 2013 | $240.00 | 37.3 | $8,952.00 |
| David Vandiver | Privilege review attorney; joined K&S 1999; admitted to Georgia 1990 | $240.00 | 24.9 | $5,976.00 |
| Amanda Wheeler | Privilege review attorney; joined K&S 2008; admitted to Washington, D.C. 2002 | $240.00 | 14.4 | $3,456.00 |
| Treaves Williams | Privilege review attorney; joined K&S 2003; admitted to Georgia 1999 | $240.00 | 26.6 | $6,384.00 |
| **Litigation Support** | | | | |
| Jeanine Schroer | Litigation Technology Specialist; joined K&S 2000 | $315.00 | 28.4 | $8,946.00 |
| **Paralegals** | | | | |
| Natasha Gadsden | Paralegal; joined K&S 2006 | $400.00 | 17.1 | $6,840.00 |

## **Exhibit C**

**Summary of Actual and Necessary Expenses**

| Expense Category | Total Expenses |
|---|---|
| **TOTAL** | **$0.00** |

**Exhibit D**

**Detailed Time Records and Expenses**

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10426794 |
| Invoice Date | 04/12/21 |
| Client No. | 08714 |
| Matter No. | 158001 |

RE: DOJ Opioid Marketing Investigations
Client Matter Reference: 20190002327

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 03/31/21:

| | | |
|---|---|---|
| Fees | $ | 10,516.00 |
| Less Courtesy Discount (12%) | | -1,261.92 |
| **Total this Invoice** | **$** | **9,254.08** |

*Payment is Due Upon Receipt*

08714      Purdue Pharma LP                                                    Invoice No. 10426794
158001     DOJ Opioid Marketing Investigations                                             Page 2
04/12/21


## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 03/02/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Adams, M. Huebner, S. Birnbaum, P. Fitzgerald, team regarding bankruptcy and DOJ issues | 1.0 |
| 03/04/21 | J Bucholtz | L120 | A107 | Confer with D. Consla, M. Florence regarding DOJ and bankruptcy issues | 0.2 |
| 03/09/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, S. Birnbaum, P. Fitzgerald, team regarding bankruptcy and DOJ issues | 0.6 |
| 03/10/21 | J Bucholtz | L120 | A107 | Confer with P. Fitzgerald, M. Florence regarding DOJ and bankruptcy issues | 0.2 |
| 03/11/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Florence, D. Consla, team regarding bankruptcy and DOJ issues | 0.3 |
| 03/12/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, J. Bragg, team regarding OIG issues | 0.3 |
| 03/13/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, T. Morrissey, J. Bragg, team regarding OIG issues | 0.2 |
| 03/14/21 | J Bucholtz | L120 | A106 | Confer with M. Huebner, M. Florence, D. Consla, team regarding bankruptcy and DOJ issues (0.4); confer with M. Kesselman, J. Bragg, T. Morrissey, team regarding OIG issues (0.2) | 0.6 |
| 03/15/21 | J Bucholtz | L120 | A105 | Confer with M. Kesselman, J. Bragg, team regarding OIG issues | 0.3 |
| 03/16/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, S. Birnbaum, E. Vonnegut, P. Fitzgerald, team regarding bankruptcy and DOJ issues (0.8); review materials regarding bankruptcy issues (0.5) | 1.3 |
| 03/19/21 | J Bucholtz | L120 | A104 | Review materials regarding bankruptcy and DOJ issues | 0.2 |
| 03/22/21 | J Bucholtz | L120 | A106 | Confer with M. Huebner, M. Clarens, M. Florence, team regarding DOJ and bankruptcy issues | 0.2 |
| 03/23/21 | J Bucholtz | L120 | A104 | Review materials regarding bankruptcy and DOJ issues | 0.2 |
| 03/24/21 | J Bucholtz | L120 | A104 | Review materials regarding bankruptcy issues | 0.2 |
| 03/26/21 | J Bucholtz | L120 | A104 | Review materials regarding bankruptcy issues | 0.2 |

08714      Purdue Pharma LP                                    Invoice No. 10426794
158001     DOJ Opioid Marketing Investigations                              Page 3
04/12/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 03/30/21 | J Bucholtz | L120 | A106 | Confer with M. Kesselman, M. Huebner, S. Birnbaum, M. Florence, team regarding bankruptcy and DOJ issues | 1.0 |
| 03/31/21 | J Bucholtz | L120 | A105 | Confer with M. Kesselman, M. Huebner, S. Birnbaum, M. Florence, Board, team regarding bankruptcy and DOJ issues | 1.8 |
| | | | | | 8.8 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Jeffrey Bucholtz | Partner | 8.8 | 1195.00 | 10,516.00 |
| Total | | 8.8 | | $10,516.00 |

08714      Purdue Pharma LP                                           Invoice No. 10426794
158001     DOJ Opioid Marketing Investigations                                     Page 4
04/12/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|---|------:|------:|
| L120 | Analysis/Strategy | 8.8 | 9,254.08 |
| | Total Fees | 8.8 | 9,254.08 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma LP
Sent Electronically

| | |
|---|---|
| Invoice No. | 10426795 |
| Invoice Date | 04/12/21 |
| Client No. | 08714 |
| Matter No. | 240001 |

RE: Retention And Fee Application
Client Matter Reference: 20190002705

For questions, contact:
Jeffrey Bucholtz (202) 626-2907

For Professional Services Rendered through 03/31/21:

| | | |
|---|---|---:|
| Fees | $ | 29,447.00 |
| Less Courtesy Discount (12%) | | -3,533.64 |
| **Total this Invoice** | **$** | **25,913.36** |

*Payment is Due Upon Receipt*

08714     Purdue Pharma LP                                                          Invoice No. 10426795
240001    Retention And Fee Application                                                          Page 2
04/12/21

## PROFESSIONAL SERVICES

| Date | Timekeeper | Task | Activity | Description | Hours |
|---|---|---|---|---|---|
| 03/11/21 | L Shermohammed | L210 | A103 | Draft fourth interim fee application | 2.4 |
| 03/12/21 | L Shermohammed | L210 | A103 | Draft fourth interim fee application | 2.1 |
| 03/14/21 | N Gadsden | L210 | A103 | Review cumulative billing statement and recent monthly fee statements for information required to draft summary of Fourth Interim Fee Statement | 7.8 |
| 03/15/21 | N Gadsden | L210 | A103 | Prepare exhibits for monthly fee application | 1.2 |
| 03/15/21 | N Gadsden | L210 | A103 | Review cumulative billing statement and recent monthly fee statements for information required to draft summary of Fourth Interim Fee Statement | 0.8 |
| 03/15/21 | L Shermohammed | L210 | A103 | Draft fourth interim fee application | 3.4 |
| 03/16/21 | J Bucholtz | L120 | A105 | Confer with S. Davidson, L. Shermohammed regarding interim application | 0.3 |
| 03/16/21 | S Davidson | L120 | A104 | E-mails with L. Shermohammed regarding Fourth Interim Fee Application (0.4); review information from J. Bucholtz and R. Jones for Fourth Interim Fee Application (0.4) | 0.8 |
| 03/16/21 | L Shermohammed | L210 | A103 | Draft fourth interim fee application | 2.7 |
| 03/17/21 | S Davidson | L120 | A104 | Review draft of Fourth Interim Fee Application (0.4); comment upon Fourth Interim Fee application (0.7); e-mails with L. Shermohammed regarding same (0.3); e-mails with R. Jones regarding information for Fourth Interim Fee Application (0.3); review revised draft of Fourth Interim Fee Application and provide additional comments (0.5); finalize Fourth Interim Fee Application (0.4); coordinate filing and service of same (0.3). | 2.9 |
| 03/17/21 | L Shermohammed | L210 | A103 | Revise and finalize fourth interim fee application | 2.3 |
| 03/18/21 | J Bucholtz | L120 | A107 | Confer with S. Davidson, team regarding fee application issues | 0.2 |
| 03/25/21 | L Shermohammed | L210 | A103 | Draft February monthly fee statement | 1.3 |
| 03/26/21 | L Shermohammed | L210 | A103 | Draft February monthly fee statement (2.4); correspond with N. Gadsden regarding fee statement exhibits (0.2) | 2.6 |
| 03/29/21 | N Gadsden | L210 | A103 | Draft exhibits to monthly fee | 7.3 |

08714   Purdue Pharma LP                                              Invoice No. 10426795
240001   Retention And Fee Application                                              Page 3
04/12/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | application | |
| 03/29/21 | L Shermohammed | L210 | A103 | Draft February monthly fee statement | 1.9 |
| 03/30/21 | L Shermohammed | L210 | A103 | Finalize February monthly fee statement | 0.8 |
| 03/31/21 | S Davidson | L120 | A104 | Review draft of monthly fee statement (0.5); revisions to monthly fee statement regarding fee increase (0.7); finalize monthly fee statement and invoices (0.4); coordinate filing and service of monthly fee statement (0.3); circulate LEDES data to Fee Examiner (0.2) | 2.1 |
| | | | | | 42.9 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Jeffrey Bucholtz | Partner | 0.5 | 1195.00 | 597.50 |
| Scott Davidson | Counsel | 5.8 | 1290.00 | 7,482.00 |
| Leia Shermohammed | Associate | 19.5 | 745.00 | 14,527.50 |
| Natasha Gadsden | Paralegal | 17.1 | 400.00 | 6,840.00 |
| Total | | 42.9 | | $29,447.00 |

08714      Purdue Pharma LP                                      Invoice No. 10426795
240001     Retention And Fee Application                                      Page 4
04/12/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------|------|
| L120 | Analysis/Strategy | 6.3 | 7,109.96 |
| L210 | Pleadings | 36.6 | 18,803.40 |
| | Total Fees | 42.9 | 25,913.36 |

# KING & SPALDING

FEDERAL I.D. 58-0520153

Remit To:
King & Spalding LLP
P.O. Box 116133
Atlanta, GA  30368-6133

By Wire: SunTrust Bank
ABA: 061 000 104
SWIFT: SNTRUS3A
USD Account: 88003 12475
Account Name: King & Spalding

Purdue Pharma, LP (Document Matters)
Sent Electronically

| | |
|---|---|
| Invoice No. | 10427233 |
| Invoice Date | 04/14/21 |
| Client No. | 44444 |
| Matter No. | 190003 |

RE: DOJ/NJ/ME
Client Matter Reference: 20190002258

For questions, contact:
Rose Jones +1 404 215 5828

For Professional Services Rendered through 03/31/21:

| | | |
|---|---|---|
| Fees | $ | 92,679.00 |
| Less Tiered Discount | | -4,633.95 |
| **Total this Invoice** | **$** | **88,045.05** |

*Payment is Due Upon Receipt*

44444       Purdue Pharma, LP (Document Matters)                                    Invoice No. 10427233
190003      DOJ/NJ/ME                                                                          Page 2
04/14/21

**PROFESSIONAL SERVICES**

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|------------|------|----------|-------------|-------|
| 03/01/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.1 |
| 03/01/21 | R Jones | L120 | A110 | Prepare documents for production | 0.9 |
| 03/02/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.4 |
| 03/02/21 | R Jones | L120 | A110 | Prepare documents for production | 1.1 |
| 03/02/21 | J Schroer | L140 | A110 | Prepare documents and data for privilege review in connection with custodial documents relating to the DOJ/NJ/ME investigation | 6.4 |
| 03/03/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.6 |
| 03/03/21 | R Jones | L120 | A110 | Prepare documents for production | 0.8 |
| 03/04/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.1 |
| 03/04/21 | R Jones | L120 | A110 | Prepare documents for production | 0.9 |
| 03/04/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 4.1 |
| 03/05/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.1 |
| 03/05/21 | R Jones | L120 | A110 | Prepare documents for production | 1.1 |
| 03/05/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.2 |
| 03/06/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.2 |
| 03/07/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.4 |
| 03/07/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 6.7 |
| 03/08/21 | N Bass | L120 | A101 | Manage privilege review | 1.1 |
| 03/08/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the | 10.2 |

44444        Purdue Pharma, LP (Document Matters)                                Invoice No. 10427233
190003       DOJ/NJ/ME                                                                            Page 3
04/14/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | DOJ/NJ/ME investigation | |
| 03/08/21 | F Evans | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.8 |
| 03/08/21 | R Jones | L120 | A110 | Prepare documents for production | 2.3 |
| 03/08/21 | S McClure | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 4.9 |
| 03/08/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.9 |
| 03/08/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 6.2 |
| 03/08/21 | J Schroer | L140 | A110 | Prepare documents and data for privilege review in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.1 |
| 03/08/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.3 |
| 03/08/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.9 |
| 03/08/21 | T Williams | L320 | A104 | Quality control for privilege, responsiveness, significance and privacy in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.9 |
| 03/09/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.6 |
| 03/09/21 | F Evans | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.9 |
| 03/09/21 | R Jones | L120 | A110 | Prepare documents for production | 0.8 |
| 03/09/21 | S McClure | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 4.9 |

44444      Purdue Pharma, LP (Document Matters)                                    Invoice No. 10427233
190003     DOJ/NJ/ME                                                                         Page 4
04/14/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| 03/09/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.1 |
| 03/09/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 6.2 |
| 03/09/21 | J Schroer | L140 | A110 | Prepare documents and data for privilege review in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.1 |
| 03/09/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.9 |
| 03/09/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.1 |
| 03/09/21 | T Williams | L320 | A104 | Quality control for privilege, responsiveness, significance and privacy in connection with custodial documents relating to the DOJ/NJ/ME investigation | 9.8 |
| 03/10/21 | N Bass | L120 | A101 | Manage privilege review | 0.3 |
| 03/10/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.2 |
| 03/10/21 | F Evans | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 6.3 |
| 03/10/21 | R Jones | L120 | A110 | Prepare documents for production | 1.3 |
| 03/10/21 | S McClure | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 4.2 |
| 03/10/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.8 |
| 03/10/21 | B Neufeld | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 0.4 |
| 03/10/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the | 5.4 |

44444      Purdue Pharma, LP (Document Matters)      Invoice No. 10427233
190003      DOJ/NJ/ME      Page 5
04/14/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | DOJ/NJ/ME investigation | |
| 03/10/21 | J Schroer | L140 | A110 | Prepare documents and data for privilege review in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.1 |
| 03/10/21 | D Vandiver | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 5.7 |
| 03/10/21 | A Wheeler | L320 | A104 | Quality control for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.4 |
| 03/10/21 | T Williams | L320 | A104 | Quality control for privilege, responsiveness, significance and privacy in connection with custodial documents relating to the DOJ/NJ/ME investigation | 6.9 |
| 03/11/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.2 |
| 03/11/21 | R Jones | L120 | A110 | Prepare documents for production | 1.3 |
| 03/11/21 | J Schroer | L140 | A110 | Prepare documents and data for privilege review in connection with custodial documents relating to the DOJ/NJ/ME investigation | 2.4 |
| 03/12/21 | N Bass | L120 | A101 | Manage privilege review | 0.3 |
| 03/12/21 | R Jones | L120 | A110 | Prepare documents for production | 0.8 |
| 03/15/21 | N Bass | L120 | A101 | Manage privilege review | 0.4 |
| 03/15/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 10.2 |
| 03/15/21 | R Jones | L120 | A110 | Prepare documents for production | 1.7 |
| 03/15/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.5 |
| 03/15/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 4.1 |
| 03/16/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 8.4 |
| 03/16/21 | R Jones | L120 | A110 | Prepare documents for production | 1.1 |
| 03/16/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the | 2.9 |

44444        Purdue Pharma, LP (Document Matters)                    Invoice No. 10427233
190003       DOJ/NJ/ME                                                              Page 6
04/14/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | DOJ/NJ/ME investigation | |
| 03/16/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.2 |
| 03/17/21 | N Bass | L120 | A101 | Manage privilege review | 1.6 |
| 03/17/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.9 |
| 03/17/21 | R Jones | L120 | A110 | Prepare documents for production | 1.3 |
| 03/17/21 | L McGovern | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 3.8 |
| 03/17/21 | S Orange | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.4 |
| 03/22/21 | N Bass | L120 | A101 | Manage privilege review | 0.7 |
| 03/22/21 | R Jones | L120 | A110 | Prepare documents for production | 0.8 |
| 03/24/21 | N Bass | L120 | A101 | Manage privilege review | 0.4 |
| 03/24/21 | R Jones | L120 | A110 | Prepare documents for production | 0.4 |
| 03/26/21 | N Bass | L120 | A101 | Manage privilege review | 0.4 |
| 03/26/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.1 |
| 03/26/21 | R Jones | L120 | A110 | Prepare documents for production | 1.1 |
| 03/26/21 | J Schroer | L140 | A110 | Prepare documents and data for privilege review in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.2 |
| 03/29/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.2 |
| 03/30/21 | N Bass | L120 | A101 | Manage privilege review | 0.3 |
| 03/30/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 7.1 |
| 03/30/21 | R Jones | L120 | A110 | Prepare documents for production | 0.5 |
| 03/31/21 | N Bass | L120 | A101 | Manage privilege review | 2.2 |
| 03/31/21 | M Douglas | L320 | A104 | Manage QC for privilege in connection with custodial documents relating to the DOJ/NJ/ME investigation | 1.4 |
| 03/31/21 | R Jones | L120 | A110 | Prepare documents for production | 1.7 |
| 03/31/21 | J Schroer | L140 | A110 | Prepare documents and data for privilege review in connection with | 4.1 |

44444     Purdue Pharma, LP (Document Matters)                              Invoice No. 10427233
190003    DOJ/NJ/ME                                                                      Page 7
04/14/21

| Date | Timekeeper | Task | Activity | Description | Hours |
|------|-----------|------|----------|-------------|-------|
| | | | | custodial documents relating to the DOJ/NJ/ME investigation | |
| | | | | | 352.2 |

**TIMEKEEPER SUMMARY**

| Timekeeper | Status | Hours | Rate | Value |
|-----------|--------|-------|------|-------|
| Rose Jones | Partner | 19.9 | 500.00 | 9,950.00 |
| Bob Neufeld | Privilege Review Attorney | 8.4 | 240.00 | 2,016.00 |
| Nicole Bass | Discovery Counsel | 7.7 | 350.00 | 2,695.00 |
| Michael Douglas | Privilege Review Attorney | 130.4 | 240.00 | 31,296.00 |
| Frankie Evans | Privilege Review Attorney | 26.0 | 240.00 | 6,240.00 |
| Scott McClure | Privilege Review Attorney | 14.0 | 240.00 | 3,360.00 |
| Liz McGovern | Privilege Review Attorney | 14.2 | 240.00 | 3,408.00 |
| Shane Orange | Privilege Review Attorney | 37.3 | 240.00 | 8,952.00 |
| David Vandiver | Privilege Review Attorney | 24.9 | 240.00 | 5,976.00 |
| Amanda Wheeler | Privilege Review Attorney | 14.4 | 240.00 | 3,456.00 |
| Treaves Williams | Privilege Review Attorney | 26.6 | 240.00 | 6,384.00 |
| Jeanine Schroer | Litigation Specialist | 28.4 | 315.00 | 8,946.00 |
| Total | | 352.2 | | $92,679.00 |

44444      Purdue Pharma, LP (Document Matters)                    Invoice No. 10427233
190003     DOJ/NJ/ME                                                              Page 8
04/14/21

**Task Summary - Fees**

| Task | | Hours | Value |
|------|------|------|------|
| L120 | Analysis/Strategy | 27.6 | 12,645.00 |
| L140 | Document/File Management | 28.4 | 8,946.00 |
| L320 | Document Production (Defense) | 296.2 | 71,088.00 |
| | Total Fees | 352.2 | 92,679.00 |