
RECEIVED
APR 29 2021
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

4-6-2021
Carlos Martinez-Bermudez #22169-069
U.S. Penitentiary #2
PO Box 1034
Coleman FL 33521

Re: In re: Purdue Pharma L.P., et al.,
S.D.N.Y. Case No. 19-23649-RDD

This letter, for this proceeding before Judge Robert D. Drain - Bankruptcy Judge, shall serve as my motion under 28 U.S.C. 1915(e)(1) for appointment of Counsel for the following reasons:

1. I am a native of Peurto Rico, and do not speak, read, or write in the English language without assistance from another inmate.

2. I have been requesting from Prime Clerk LLC for a claim form in the Spanish Language since May 2020 and still haven't received a response to my 4 letters.

3. I seek to assert a claim against Purdue Pharma L.P. in this proceeding because (1) I personally was a victim of their opioid products, and (2) My brother Jerry Laureano-Bermudez died of an opioid overdose and I am his surviving family.

1

4. I do not know the law, do not have a high school diploma or GED, have no access to a Spanish-language law library, have a valid claim, and cannot get Purdue Pharma L.P. or its Solicitation Agent to respond to my letters.

Wherefore in the interests of justice I seek to intervene, join as a claimant, and be appointed counsel to assist me in filing a claim as well as to represent me at the April 21, 2021 hearing and submit objections on my behalf prior thereto.

*Carlos Martinez-Bermudez*
Carlos Martinez-Bermudez
Reg. No. 22169-069
U.S. Penitentiary #2
P.O. Box 1034
Coleman FL 33521
Movant – Pro Se

Certificate of Service
   I certify a copy of this letter was mailed to Marshall S. Huebner, Arik Preis, Justin Alberto via U.S. Mail 4-6-21.

*Carlos Martinez-Bermudez*
Carlos Martinez-Bermudez

2