UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF CORNERSTONE
RESEARCH FOR COMPENSATION FOR SERVICES
RENDERED AS CONSULTANT TO THE DEBTORS FOR
THE PERIOD FROM
<u>MARCH 1, 2021 THROUGH MARCH 31, 2021</u>**

| Name of Applicant | Cornerstone Research |
|---|---|
| Applicant's Role in Case | Consultant to Purdue Pharma L.P., *et al.*, |
| Date Order of Employment Signed | June 11, 2020 |
| Period for which compensation and reimbursement is sought | March 1, 2021 through March 31, 2021 |

| Summary of Total Fees and Expenses Requested ||
|---|---|
| **Total compensation requested in this statement** | $40,030.00 (80% of $50,037.50) |
| **Total reimbursement requested in this statement** | $475.66 |
| **Total compensation and reimbursement requested in this statement** | $40,505.66 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1

**This is a(n):**   X  Monthly Application_____Interim Application_____Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Cornerstone Research as Consultants for the Debtors Nunc Pro Tunc to January 14, 2020* [ECF No. 1255] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Cornerstone Research, consultant for the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Fee Statement of Cornerstone Research for Services Rendered as Consultant to the Debtor for the Period from March 1, 2021 Through March 31, 2021* (this "**Fee Statement**").[2] By this Fee Statement, Cornerstone Research seeks compensation in the amount of **$40,030.00** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$50,037.50**) and ii) payment of **$475.66** for the actual, necessary expenses that Cornerstone Research incurred in connection with such services during the Fee Period.

---

[2] The period from March 1, 2021 through and including March 31, 2021, is referred to herein as the "**Fee Period**."

**Itemization of Services Rendered and Disbursements Incurred**

1. Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by Cornerstone Research consultants and litigation support staff during the Fee Period with respect to each project category. As reflected in **Exhibit A**, Cornerstone Research incurred **$50,037.50** in fees during the Fee Period. Pursuant to this Fee Statement, Cornerstone Research seeks reimbursement for 80% of such fees, totaling **$40,030.00.**

2. Attached hereto as **Exhibit B** is a chart of Cornerstone Research staff, including the standard hourly rate for each consultant and litigation support staff member who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each individual. The blended hourly billing rate of consultants for all services provided during the Fee Period is $667.17.[3]

3. Attached hereto as **Exhibit C** is a chart of expenses that Cornerstone Research incurred or disbursed in the amount of **$475.66** in connection with providing professional services to the Debtors during the Fee Period.

**Notice**

4. The Debtors will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Debtors submit that no other or further notice be given.

---

[3] The blended hourly billing rate of $667.17 for consultants is derived by dividing the total fees for consultants of $50,037.50 by the total hours of 75.

3

WHEREFORE, Cornerstone Research, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of **$40,030.00** which is equal to 80% of the total amount of reasonable compensation for actual, necessary consulting services that Cornerstone Research incurred in connection with such services during the Fee Period (i.e., **$50,037.50**) and ii) payment of **$475.66** for the actual, necessary expenses that Cornerstone Research incurred in connection with such services during the Fee Period**.**

Dated:   April 29, 2021
         Boston, Massachusetts

                                        CORNERSTONE RESEARCH

                                        By:   /s/ Sally Woodhouse


                                        699 Boylston Street
                                        Boston, Massachusetts 02116
                                        Telephone: (617) 927-3000
                                        Facsimile: (617) 927-3100

# Exhibit A

### Fees By Project Category

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Preparation of Fee Statements | 14.60 | $ 10,360.00 |
| Claims Valuation | 60.40 | $ 39,677.50 |
| **Total** | **75.00** | **$ 50,037.50** |

# Exhibit B

## Professional and Paraprofessional Fees

| Individual | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---:|---:|---:|
| **Professional Fees** | | | | |
| Woodhouse, Sally | Senior Vice President | $ 875.00 | 0.80 | $ 700.00 |
| Kovacheva, Penka | Principal | $ 740.00 | 18.30 | $ 13,542.00 |
| Haque, Rezwan | Senior Manager | $ 665.00 | 10.60 | $ 7,049.00 |
| Lee, James | Senior Manager | $ 665.00 | 19.80 | $ 13,167.00 |
| Abraham, Sarah M. | Manager | $ 625.00 | 13.60 | $ 8,500.00 |
| Guo, Fang | Manager | $ 625.00 | 7.70 | $ 4,812.50 |
| Yanguas, Maria Lucia | Associate | $ 560.00 | 2.50 | $ 1,400.00 |
| Popov, Anton | Associate | $ 510.00 | 1.70 | $ 867.00 |
| | | ***Total*** | **75.0** | **$ 50,037.50** |

## Exhibit C

### Time Detail by Project Category and Month

**Project Category: Preparation of Fee Statements**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Kovacheva, Penka | 3/3/2021 | 0.3 | Reviewed time details for monthly fee statement. |
| Abraham, Sarah M. | 3/4/2021 | 0.3 | Reviewed time details for monthly fee statement. |
| Guo, Fang | 3/4/2021 | 0.3 | Updated monthly fee statement. |
| Lee, James | 3/4/2021 | 0.9 | Prepared monthly fee statement. |
| Haque, Rezwan | 3/5/2021 | 1.2 | Reviewed time narratives for monthly fee statement. |
| Kovacheva, Penka | 3/5/2021 | 0.5 | Reviewed time details for monthly fee statement. |
| Lee, James | 3/5/2021 | 0.5 | Coordinated fee statement preparation with team members. |
| Kovacheva, Penka | 3/8/2021 | 1.5 | Reviewed interim fee application. |
| Kovacheva, Penka | 3/9/2021 | 0.8 | Updated time details for monthly fee statement. |
| Kovacheva, Penka | 3/9/2021 | 1.0 | Updated interim fee application. |
| Lee, James | 3/9/2021 | 0.1 | Reviewed monthly fee statement. |
| Haque, Rezwan | 3/10/2021 | 0.2 | Reviewed time narratives for monthly fee statement. |
| Kovacheva, Penka | 3/10/2021 | 1.8 | Reviewed interim fee application. |
| Kovacheva, Penka | 3/12/2021 | 0.4 | Finalized interim fee application. |
| Kovacheva, Penka | 3/17/2021 | 0.2 | Reviewed time details for monthly fee statement. |
| Lee, James | 3/17/2021 | 0.1 | Reviewed fee estimate budget information. |
| Kovacheva, Penka | 3/19/2021 | 0.3 | Reviewed time details for monthly fee statement. |
| Haque, Rezwan | 3/22/2021 | 0.6 | Reviewed monthly fee statements and interim fee applications. |
| Kovacheva, Penka | 3/22/2021 | 0.6 | Directed review of monthly fee statements and interim fee applications. |
| Kovacheva, Penka | 3/24/2021 | 0.2 | Directed checking of monthly fee statement. |

| Kovacheva, Penka | 3/26/2021 | 0.1 | Directed review of monthly fee statement. |
| Haque, Rezwan | 3/29/2021 | 0.8 | Updated monthly fee statement. |
| Haque, Rezwan | 3/30/2021 | 0.3 | Reviewed monthly fee statement. |
| Kovacheva, Penka | 3/30/2021 | 0.6 | Reviewed time details for monthly fee statement. |
| Kovacheva, Penka | 3/31/2021 | 0.7 | Reviewed updated monthly fee statement. |
| Lee, James | 3/31/2021 | 0.3 | Reviewed next steps regarding fee statements. |

**Total    14.6**

**Project Category: Claims Valuation**

| Timekeeper | Date | Hours | Narrative |
|---|---|---|---|
| Abraham, Sarah M. | 3/1/2021 | 1.0 | Call with expert regarding third-party payer claims. |
| Abraham, Sarah M. | 3/1/2021 | 2.1 | Prepared materials for call with expert. |
| Guo, Fang | 3/1/2021 | 0.8 | Prepared summary of claims valuation methodology. |
| Guo, Fang | 3/1/2021 | 0.9 | Prepared materials for call with expert. |
| Guo, Fang | 3/1/2021 | 1.0 | Call with expert regarding public and NAS claims valuation. |
| Haque, Rezwan | 3/1/2021 | 1.0 | Call with expert to discuss hospital claims valuation analyses. |
| Haque, Rezwan | 3/1/2021 | 1.2 | Summarized hospital claims valuation estimates. |
| Kovacheva, Penka | 3/1/2021 | 0.2 | Reviewed summary of claims valuation methodology for expert. |
| Kovacheva, Penka | 3/1/2021 | 1.0 | Call with expert regarding public and commercial claims valuation methodology. |
| Lee, James | 3/1/2021 | 1.0 | Summarized claims valuation estimates for third-party payers. |
| Lee, James | 3/1/2021 | 1.0 | Call with expert to discuss claims valuation estimates. |
| Popov, Anton | 3/1/2021 | 0.4 | Reviewed analysis of healthcare provider claims. |
| Abraham, Sarah M. | 3/2/2021 | 0.4 | Drafted summary of third-party payer valuation analysis. |

8

| | | | |
|---|---|---|---|
| Guo, Fang | 3/2/2021 | 1.4 | Prepared summary of claims valuation methodology. |
| Haque, Rezwan | 3/2/2021 | 1.2 | Updated summary of hospital claims valuation estimates. |
| Kovacheva, Penka | 3/2/2021 | 1.2 | Reviewed and updated summary of public and commercial claims valuation methodology. |
| Lee, James | 3/2/2021 | 0.2 | Corresponded with expert. |
| Lee, James | 3/2/2021 | 0.4 | Updated summary of third-party payer claims valuation estimation. |
| Popov, Anton | 3/2/2021 | 0.3 | Reviewed costs of healthcare providers. |
| Yanguas, Maria Lucia | 3/2/2021 | 1.7 | Summarized methodology for hospital claims estimation. |
| Abraham, Sarah M. | 3/3/2021 | 0.4 | Coordinated follow-up work with team. |
| Abraham, Sarah M. | 3/3/2021 | 0.5 | Call with counsel and expert regarding third-party payer claims. |
| Guo, Fang | 3/3/2021 | 0.5 | Discussed claims valuation analysis with expert and counsel. |
| Haque, Rezwan | 3/3/2021 | 0.5 | Call with expert and counsel regarding hospital claims valuation estimates. |
| Kovacheva, Penka | 3/3/2021 | 0.2 | Corresponded with expert regarding public and commercial claims valuation methodology. |
| Kovacheva, Penka | 3/3/2021 | 0.5 | Call with counsel and expert regarding claims valuation methodology. |
| Lee, James | 3/3/2021 | 0.2 | Reviewed claims valuation estimates |
| Lee, James | 3/3/2021 | 0.5 | Call with counsel and expert regarding claims valuation estimates. |
| Kovacheva, Penka | 3/4/2021 | 0.2 | Corresponded with team regarding follow-up personal injury claims analyses. |
| Lee, James | 3/8/2021 | 0.1 | Planned next analysis steps regarding personal injury claims estimation. |
| Abraham, Sarah M. | 3/9/2021 | 0.3 | Corresponded with counsel regarding personal injury claims valuation. |
| Kovacheva, Penka | 3/9/2021 | 0.3 | Corresponded with counsel and team regarding claims valuation analyses. |
| Abraham, Sarah M. | 3/12/2021 | 0.3 | Call with counsel regarding disclosure statement. |
| Guo, Fang | 3/12/2021 | 0.4 | Discussed claims valuation analysis with team. |
| Guo, Fang | 3/12/2021 | 0.3 | Call with counsel regarding claims valuation. |
| Haque, Rezwan | 3/12/2021 | 0.3 | Call with counsel to discuss claims valuation analyses. |
| Haque, Rezwan | 3/12/2021 | 0.4 | Discussed claims valuation analyses with team. |

9

| | | | |
|---|---|---|---|
| Haque, Rezwan | 3/12/2021 | 0.7 | Reviewed draft bankruptcy plan of reorganization. |
| Kovacheva, Penka | 3/12/2021 | 0.2 | Corresponded with expert regarding claims valuation analyses. |
| Kovacheva, Penka | 3/12/2021 | 0.3 | Call with counsel regarding claims valuation analyses. |
| Kovacheva, Penka | 3/12/2021 | 1.0 | Reviewed draft disclosure statement. |
| Lee, James | 3/12/2021 | 0.3 | Call with counsel to discuss third-party payer claims valuation estimates. |
| Lee, James | 3/12/2021 | 0.4 | Discussed claims valuation with team. |
| Lee, James | 3/12/2021 | 0.8 | Reviewed draft bankruptcy plan of reorganization from counsel. |
| Popov, Anton | 3/12/2021 | 0.6 | Reviewed documents related to healthcare provider claims. |
| Woodhouse, Sally | 3/12/2021 | 0.4 | Discussed claims valuation analysis with team. |
| Yanguas, Maria Lucia | 3/12/2021 | 0.4 | Discussed claims valuation analyses with team. |
| Lee, James | 3/15/2021 | 0.5 | Reviewed bankruptcy disclosure statement. |
| Abraham, Sarah M. | 3/16/2021 | 0.6 | Reviewed disclosure statement. |
| Guo, Fang | 3/16/2021 | 0.2 | Reviewed disclosure statement. |
| Haque, Rezwan | 3/16/2021 | 0.3 | Reviewed draft bankruptcy plan of reorganization. |
| Lee, James | 3/16/2021 | 1.1 | Prepared for call with expert regarding personal injury claims valuations. |
| Abraham, Sarah M. | 3/17/2021 | 0.5 | Prepared for call with expert. |
| Abraham, Sarah M. | 3/17/2021 | 0.5 | Communicated follow-up work with team. |
| Abraham, Sarah M. | 3/17/2021 | 1.0 | Call with counsel and expert regarding personal injury claims valuation. |
| Kovacheva, Penka | 3/17/2021 | 0.3 | Directed follow-up personal injury claims analyses. |
| Kovacheva, Penka | 3/17/2021 | 1.0 | Call with expert regarding personal injury claims analyses. |
| Lee, James | 3/17/2021 | 0.3 | Prepared materials for call with counsel and expert regarding personal injury claims data. |
| Lee, James | 3/17/2021 | 1.0 | Call with expert and counsel regarding personal injury claims data. |
| Lee, James | 3/17/2021 | 2.6 | Drafted discussion points regarding personal injury claims valuation estimation. |
| Abraham, Sarah M. | 3/18/2021 | 2.1 | Prepared discussion points regarding personal injury claims. |
| Kovacheva, Penka | 3/18/2021 | 0.6 | Reviewed work plan for personal injury claims analyses. |

10

| | | | |
|---|---|---|---|
| Lee, James | 3/18/2021 | 1.6 | Prepared discussion points regarding PI claims valuation estimates. |
| Abraham, Sarah M. | 3/19/2021 | 1.0 | Call with counsel regarding personal injury claims. |
| Abraham, Sarah M. | 3/19/2021 | 2.1 | Proposed personal injury claims analyses to counsel. |
| Guo, Fang | 3/19/2021 | 0.4 | Discussed claims valuation analysis with team. |
| Guo, Fang | 3/19/2021 | 1.0 | Discussed public claims valuation with counsel. |
| Haque, Rezwan | 3/19/2021 | 0.4 | Discussed claims valuation analyses with team. |
| Haque, Rezwan | 3/19/2021 | 1.0 | Call with counsel to discuss claims valuation analyses. |
| Kovacheva, Penka | 3/19/2021 | 0.2 | Reviewed discussion points regarding personal injury claims analyses. |
| Kovacheva, Penka | 3/19/2021 | 0.4 | Discussed claims valuation analyses with team. |
| Kovacheva, Penka | 3/19/2021 | 1.0 | Call with counsel regarding claims valuation analyses. |
| Lee, James | 3/19/2021 | 0.2 | Prepared materials for call with counsel regarding personal injury claims valuations. |
| Lee, James | 3/19/2021 | 0.4 | Discussed claims valuation estimates with team. |
| Lee, James | 3/19/2021 | 1.0 | Call with counsel regarding personal injury claims valuations. |
| Lee, James | 3/19/2021 | 2.3 | Outlined outstanding work for personal injury claims valuation analyses. |
| Popov, Anton | 3/19/2021 | 0.4 | Discussed claims valuation analyses with team. |
| Woodhouse, Sally | 3/19/2021 | 0.4 | Discussed claims valuation analyses with team. |
| Yanguas, Maria Lucia | 3/19/2021 | 0.4 | Discussed claims valuation analyses with team. |
| Abraham, Sarah M. | 3/22/2021 | 0.5 | Discussed case updates with expert. |
| Guo, Fang | 3/22/2021 | 0.5 | Discussed claims valuation analysis with expert. |
| Haque, Rezwan | 3/22/2021 | 0.5 | Call with expert to discuss claims valuation analyses. |
| Kovacheva, Penka | 3/22/2021 | 0.5 | Call with expert regarding commercial and public claims analyses. |
| Lee, James | 3/22/2021 | 0.5 | Call with expert regarding claims valuation estimates. |
| Lee, James | 3/22/2021 | 0.9 | Planned next analysis steps for team. |
| Kovacheva, Penka | 3/25/2021 | 0.2 | Corresponded with team regarding personal injury claims analyses. |

|  |  |  |  |
|---|---|---|---|
| Lee, James | 3/25/2021 | 0.3 | Planned next analysis steps for team regarding personal injury claims valuations. |
| Lee, James | 3/31/2021 | 0.3 | Planned next analysis steps for team. |
| **Total** |  | **60.4** |  |
| **Grand Total** |  | **75.0** |  |