Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| | |
|---|---|
| **Name of Applicant** | Bielli & Klauder, LLC |
| **Applicant's Role in Case** | Counsel to Fee Examiner |
| **Date Order of Employment Signed** | May 26, 2020 [Docket No. 1182] |

| | |
|---|---|
| **Period for which compensation and reimbursement is sought** | February 1, 2021 through February 28, 2021 |
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

---

**This is a(n):**   X  Monthly Application_____Interim Application_____Final Application

---

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Tenth Monthly Statement of Services Rendered and Expenses Incurred for the Period from February 1, 2021 through February 28, 2021* (this "**Fee Statement**").[2]  By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K <u>including</u> the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

**<u>Itemization of Services Rendered and Disbursements Incurred</u>**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from February 1, 2021 through and including February 28, 2021, is referred to herein as the "**Fee Period**".

2.      Attached hereto as **Exhibit B** is a chart of B&K professionals and

paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who

rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee

Period and the title, hourly rate, and aggregate hours worked.

3.      Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and

expense calculation for the Fee Period.  As set forth in the Retention Application, B&K, on

behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the

services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K

including the monthly costs of data analytics software being used by the Fee Examiner, which is

furnished by Legal Decoder, Inc.  The specifics of the fees and costs are set forth on **Exhibit C**.

4.      Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period

organized by project category with a daily time log describing the time spent by each attorney

and other professional during the Fee Period as well as an itemization of expenses and invoices

from Legal Decoder.

## Notice

5.      The Fee Examiner will provide notice of this Fee Statement in accordance with

the Interim Compensation Order.  The Fee Examiner submits that no other or further notice be

given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee

Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to

80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes

the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics

software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

| | |
|---|---|
| Dated: April 29, 2021 | **BIELLI & KLAUDER LLC** |
| | */s/ Thomas D. Bielli* |
| | Thomas D. Bielli, Esquire (ID No. 5831474) |
| | 1905 Spruce Street |
| | Philadelphia, PA 19103 |
| | Phone: (215) 642-8271 |
| | tbielli@bk-legal.com |
| | |
| | *Counsel to Fee Examiner* |
| | *David M. Klauder, Esquire* |

## Exhibit A

## Project Categories

| Project Category | Total Hours |
|---|---:|
| Case Administration | 13.2 |
| Fee/Employment Applications- Retention Professionals | 10.4 |
| BK/Fee Examiner- Retention and Fee Applications | 5.8 |
| **Total** | **29.4** |

# Exhibit B

## Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 6.4 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 4.8 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 15.6 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 2.6 |

## Exhibit C

### Computation of Monthly Fee

| Fee Description | Amount |
|---|---|
| Monthly Fee for February 2021 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1300
**DATE** 02/28/2021
**DUE DATE** 02/28/2021
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales** <br> Purdue Pharma Bankruptcy - February 2021 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** $24,250.00

# Exhibit D

## Detailed Time Records

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
215-642-8271

April 23, 2021

Purdue Pharma, L.P.

**Invoice Number: 2325**
Invoice Period: 02-01-2021 - 02-28-2021

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02-03-2021 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.40 | 375.00 | 150.00 |
| | | Attention to BK fee apps | | | |
| 02-03-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Emails re: Cornerstone fee data | | | |
| 02-04-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 100.00 | 100.00 |
| | | Draft december monthly fee application | | | |
| 02-05-2021 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.80 | 375.00 | 300.00 |
| | | Attention to BK monthly fee app including review of same | | | |
| 02-05-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Review revise and edit December Fee App | | | |
| 02-07-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 350.00 | 210.00 |
| | | Review Motion for approval of Monitor's Fees and Expenses | | | |
| 02-08-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Correspond with counsel to Debtors with respect to hearing on interim compensation | | | |
| 02-08-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Review monitor fee application issue | | | |
| 02-08-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Emails/discussions re: next interim fee app hearing | | | |
| 02-10-2021 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Call with Legal Decoder re: upcoming hearing date and publishing needs; duplication of effort issue and capabilities | | | |
| 02-15-2021 | Tracey Nobis | [ALL] Case Administration | 1.00 | 195.00 | 195.00 |
| | | Receipt of Brown Rudnick's 14th month data; email correspondence with Legal Decoder regarding published data; Receipt and review of Dechert's Notice of Hourly Rate Increase and email correspondence to I. Bielli regarding same; Receipt of E&Y's Combined 6th Monthly Fee Statement and corresponding data; Receipt of Davis Polk's 16th monthly fee statement; Receipt of Kramer Levin's 14th monthly fee statement; Receipt of Cornerstone's 8th monthly fee statement and corresponding data | | | |
| 02-15-2021 | Tracey Nobis | [ALL] Case Administration | 1.40 | 195.00 | 273.00 |
| | | Receipt of KPMG's 12th monthly fee statement and corresponding data; Receipt of Skadden's 15th monthly fee statement; Receipt of Houlihan's 10-12th month data; Receipt of Wilmer Hale's 14th monthly fee statement; Receipt of Dechert's 15th monthly fee statement; Receipt of Alix Partners' 16th monthly fee statement; Receipt of Arnold & Porter's 16th monthly fee statement; Request data from Alix Partners, Arnold & Porter, Brown Rudnick, Dechert, FTI, Kramer Levin, PJT, Skadden, & Wilmer Hale | | | |
| 02-15-2021 | Tracey Nobis | [ALL] Case Administration | 1.00 | 195.00 | 195.00 |
| | | Review of Assignment Log; email correspondence to I. Bielli re: outstanding reviews and plan for 4th interim reviews; email correspondence to T. Bielli and D. Klauder re: review status | | | |
| 02-16-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 2.00 | 350.00 | 700.00 |
| | | Finalize BK Fee Application; electronically file same | | | |
| 02-21-2021 | Tracey Nobis | [ALL] Case Administration | 1.40 | 195.00 | 273.00 |
| | | Receipt of Skadden's 15th month data; Receipt of Davis Polk's 16th month data; Receipt of Kramer Levin's 14th monthly; Receipt of Arnold & Porter's 16th monthly data; Receipt of Wilmer Hale's 14th month data; Receipt of Jones Day's 14th monthly fee statement; Receipt of Cornerstone's 9th monthly fee statement and corresponding fee data; email correspondence with Dechert re: Fifteenth Month data; Receipt of Alix Partners' 16th monthly data file; Receipt of FTI's 14th monthly data; Receipt of PJT's 10th & 11th Month data; Review of Prime Clerk for PJT's 11th month filing and correspondence to PJT re: status of interim filing | | | |
| 02-21-2021 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Email correspondence with I. Bielli re: review status; Receipt of Gilbert's 15th monthly fee statement; Receipt of Cornerstone's Amended Ninth Monthly Fee Statement; Review of Assignment Log and correspondence to Legal Decoder re: publishing status; correspondence to Brown Rudnick re: 15th month fee data; Receipt of Dechert's 15th month data | | | |
| 02-21-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 195.00 | 351.00 |
| | | Review of Bedell Cristin's 6-7 month data | | | |
| 02-21-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Review of DOJ Bankruptcy Review Guidelines specifically relating to retention -related conflict checks and duplication of effort | | | |
| 02-22-2021 | David Klauder | B110 - Case Administration | 1.00 | 375.00 | 375.00 |
| | | Conference call with Legal Decoder re: update on fee review | | | |
| 02-22-2021 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Conference with LD team re next interim hearing date | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 02-23-2021 | Thomas Bielli | [ALL] Case Administration | 0.40 | 350.00 | 140.00 |
| | | Correspond with LD team re next interim hearing date | | | |
| 02-23-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Phone call with T. Nobis, address next round of interim fee apps | | | |
| 02-23-2021 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Conference with team re next interim hearing date | | | |
| 02-24-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 375.00 | 225.00 |
| | | Attention to BK monthly fee app | | | |
| 02-24-2021 | Tracey Nobis | [ALL] Case Administration | 1.20 | 195.00 | 234.00 |
| | | Bi-Weekly call with Legal Decoder re: publishing and interim update and duplication of effort issue | | | |
| 02-24-2021 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.60 | 100.00 | 160.00 |
| | | Draft January fee application for Bielli & Klauder | | | |
| 02-28-2021 | Tracey Nobis | [ALL] Case Administration | 1.40 | 195.00 | 273.00 |
| | | Review of Assignment Log and published data; email correspondence to I. Bielli re: review status; Receipt of PJT's 11th monthly fee statement; Receipt of Gilbert's 15th month data and redaction key; email correspondence with PJT re: January filing; Receipt of KCC's 13th monthly fee statement; Receipt of Jefferies' 14th monthly fee statement; Receipt of Bedell's 8th monthly fee statement; Receipt of Cole Schotz's 10th monthly fee statement; Receipt of Akin Gump's 15th monthly fee statement; Receipt of UCC professionals' data for December fee statements | | | |
| 02-28-2021 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Receipt of Dechert's 16th monthly fee statement; Receipt of E&Y's 7th monthly fee statement and data and correspondence to I. Bielli re: review due date; Receipt of KPMG's 13th monthly fee statement and corresponding data; Receipt of King & Spalding's 17th monthly fee statement and data; Receipt of PJT's 12th monthly fee statement and correspondence to Jerome DeAlmeida requesting data | | | |
| 02-28-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.40 | 195.00 | 663.00 |
| | | Review of Cole Schotz's 8th & 9th month data | | | |