Thomas D. Bielli, Esquire (ID No. 5831474)
Bielli & Klauder, LLC
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 642-8217
tbielli@bk-legal.com

*Counsel to Fee Examiner David M. Klauder, Esquire*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.,** *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**ELEVENTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE FEE EXAMINER, DAVID M. KLAUDER, FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021**

| Name of Applicant | Bielli & Klauder, LLC |
|---|---|
| Applicant's Role in Case | Counsel to Fee Examiner |
| Date Order of Employment Signed | May 26, 2020 [Docket No. 1182] |

| Period for which compensation and reimbursement is sought | March 1, 2021 through March 31, 2021 |
|---|---|
| **Summary of Total Fees and Expenses Requested** | |
| **Total compensation and reimbursement requested in this statement** | **$44,000.00 (80% of $55,000.00)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3092), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| | |
|---|---|
| **This is a(n):** | _X_ Monthly Application ____ Interim Application ____ Final Application |

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Approving Application of Debtors for Authority to Employ and Retain Bielli & Klauder, LLC as Attorneys to the Fee Examiner*, dated May 26, 2020 [Docket No. 1182] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Bielli & Klauder, LLC ("**B&K**"), counsel for David M. Klauder, the Fee Examiner (the "**Fee Examiner**"), submits this *Eleventh Monthly Statement of Services Rendered and Expenses Incurred for the Period from March 1, 2021 through March 31, 2021* (this "**Fee Statement**").[2] By this Fee Statement, B&K seeks compensation of $44,000.00, which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K <u>including</u> the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc., ("**Legal Decoder**").

**Itemization of Services Rendered and Disbursements Incurred**

1.  Attached hereto as **Exhibit A** is a chart of the number of hours expended by B&K partners, associates, law clerks and paraprofessionals during the Fee Period with respect to each of the project categories B&K established in accordance with its internal billing procedures.

---

[2] The period from March 1, 2021 through and including March 31, 2021, is referred to herein as the "**Fee Period**".

2

2. Attached hereto as **Exhibit B** is a chart of B&K professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Fee Examiner in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, and aggregate hours worked.

3. Attached hereto as **Exhibit C** is a summary chart explaining B&K's fee and expense calculation for the Fee Period. As set forth in the Retention Application, B&K, on behalf of itself and the Fee Examiner, is charging a monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc. The specifics of the fees and costs are set forth on **Exhibit C**.

4. Attached hereto as **Exhibit D** are the time records of B&K for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period as well as an itemization of expenses and invoices from Legal Decoder.

## Notice

5. The Fee Examiner will provide notice of this Fee Statement in accordance with the Interim Compensation Order. The Fee Examiner submits that no other or further notice be given.

WHEREFORE, B&K, in connection with services rendered on behalf of the Fee Examiner, respectfully requests compensation in the amount of $44,000.00 which is equal to 80% of the monthly flat fee of $55,000.00 for the services rendered in this case, which includes the fees incurred by the Fee Examiner and B&K including the monthly costs of data analytics software being used by the Fee Examiner, which is furnished by Legal Decoder, Inc.

| | |
|---|---|
| Dated: April 29, 2021 | **BIELLI & KLAUDER LLC**<br><br>*/s/ Thomas D. Bielli*<br>Thomas D. Bielli, Esquire (ID No. 5831474)<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>Phone: (215) 642-8271<br>tbielli@bk-legal.com<br><br>*Counsel to Fee Examiner*<br>*David M. Klauder, Esquire* |

## Exhibit A

## Project Categories

| Project Category | Total Hours |
|---|---:|
| Case Administration | 28.6 |
| Fee/Employment Applications- Retention Professionals | 120.2 |
| BK/ Fee Examiner- Retention and Fee Applications | 34.4 |
| **Total** | **183.2** |

# Exhibit B

## Professionals and Paraprofessionals

| Name of Professional Individual | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Hours Billed |
|---|---|---|---|
| Thomas D. Bielli | Partner; joined partnership in 2015; admitted in Pennsylvania 2006 and New York 2020 | $350.00 | 13.2 |
| David M. Klauder | Partner; joined partnership in 2015; admitted Delaware 2008 | $375.00 | 10.6 |
| Tracey Nobis | Paraprofessional; joined B&K in 2020 | $195.00 | 106.6 |
| Isabel Bielli | Paraprofessional; joined B&K in 2020 | $100.00 | 52.8 |

## Exhibit C

## Computation of Monthly Fee

| Fee Description | Amount |
|---|---|
| Monthly Fee for March 2021 (includes costs of Legal Decoder, Inc.) | $55,000.00 |
| **Total** | **$55,000.00** |

Legal Decoder Inc

cmiller@legaldecoder.com



# INVOICE

**BILL TO**
Bielli & Klauder LLC
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
United States

**INVOICE #** 1305
**DATE** 03/31/2021
**DUE DATE** 03/31/2021
**TERMS** Due on receipt

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales** <br> Purdue Pharma Bankruptcy - March 2021 Invoice Review | 1 | 24,250.00 | 24,250.00 |

Please Remit Payment to:
Legal Decoder
105 North Virginia Avenue
Suite 204
Falls Church, VA 22046

**BALANCE DUE** $24,250.00

**Exhibit D**

**Detailed Time Records**

**Bielli & Klauder, LLC**
1204 North King Street
Wilmington, DE 19801
215-642-8271

April 23, 2021

Purdue Pharma, L.P.

**Invoice Number: 2326**
Invoice Period: 03-01-2021 - 03-31-2021

Payment Terms: Upon Receipt

**RE: Fee Examiner**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-01-2021 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Review issues with Akin Gump data | | | |
| 03-01-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Discuss Akin Gump issue | | | |
| 03-01-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 100.00 | 120.00 |
| | | Download Akin Gump data and start review. | | | |
| 03-01-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 100.00 | 80.00 |
| | | Download Brown Rudnick data and start review | | | |
| 03-01-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.40 | 100.00 | 240.00 |
| | | Download data for Dechert, Kramer Levin, and FTI. Start review process for FTI. | | | |
| 03-03-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Email correspondence with I. Bielli re: data discrepancy; Email correspondence with PJT re: data from January's fee statement; Receipt of Davis Polk's 17th monthly fee statement and correspondence to Davis Polk with data request | | | |
| 03-03-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.40 | 195.00 | 663.00 |
| | | Review of Alix Partners' 14-16 month data | | | |
| 03-09-2021 | Tracey Nobis | [ALL] Case Administration | 1.40 | 195.00 | 273.00 |
| | | Review of Akin Gump data issue and correspondence to Legal Decoder re: same; Receipt and review of email correspondence from Legal Decoder re: published data; Receipt of Davis Polk's 17th month data; Receipt of PJT's 12th month data; Review of Notice of Increase of Ordinary Course Professionals; Receipt of Jones Day's 15th monthly fee statement; Receipt of Brown Rudnick's 16th monthly fee statement and correspondence requesting corresponding data | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-10-2021 | Tracey Nobis | [ALL] Case Administration | 2.40 | 195.00 | 468.00 |
| | | Call with Legal Decoder to trouble shoot Akin Gump data issues; continued review of data and call with I. Bielli re: same; correspondence to Akin Gump requesting correct data | | | |
| 03-10-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 350.00 | 140.00 |
| | | Review file re Akin Gump | | | |
| 03-10-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.20 | 375.00 | 75.00 |
| | | Review emails re: Akin Gump fee data | | | |
| 03-10-2021 | Isabel Bielli | [ALL] Case Administration | 1.00 | 100.00 | 100.00 |
| | | Call with Tracey re: Akin Gump time entry issues | | | |
| 03-11-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | Review of January Fee Application | | | |
| 03-12-2021 | Thomas Bielli | [ALL] BK Retention and Fee Applications | 0.80 | 350.00 | 280.00 |
| | | Review file re January BK Fee App | | | |
| 03-13-2021 | Thomas Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 350.00 | 350.00 |
| | | Attention to Akin data discrepency | | | |
| 03-13-2021 | Tracey Nobis | [ALL] Case Administration | 1.20 | 195.00 | 234.00 |
| | | Receipt and review of email from Akin Gump and corrected data from 13-15 monthly fee statements; Receipt of Jones Day's 14-15 month data; Receipt of Dechert's 17th monthly fee statement and corresponding data; Receipt of KPMG's 4th Interim Fee Application; Receipt of KCC's 14th monthly fee statement; Receipt of Province's 16th monthly fee statement; Receipt of Jefferies' 15th monthly fee statement; Receipt of Bedell Cristin's 9th monthly fee statement | | | |
| 03-13-2021 | Tracey Nobis | [ALL] Case Administration | 1.20 | 195.00 | 234.00 |
| | | Receipt of Cole Schotz's 11th monthly fee statement; Receipt of Akin Gump's 16th monthly fee statement; Receipt of Arnold & Porter's 17th monthly fee statement; Receipt of Cornerstone's 3rd Interim Fee Application; Receipt of Alix Partners' 17th monthly fee statement; Email correspondence to professionals requesting fee data (Akin Gump, Alix Partners, Arnold & Porter, Bedell Cristin, Cole Schotz, Jefferies, KCC, Province); Receipt of Province's 16th month data | | | |
| 03-13-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.80 | 195.00 | 546.00 |
| | | Review of KPMG 4th interim data | | | |
| 03-13-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 195.00 | 312.00 |
| | | Preparation of KPMG 4th interim review report | | | |
| 03-13-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 195.00 | 312.00 |
| | | Review of Cornerstone's 8 & 9 Monthly Data | | | |
| 03-13-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |
| | | Begin preparation of Cornerstone's Third Interim Review Report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-14-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |
| | | Preparation of review report for Cornerstone Research | | | |
| 03-14-2021 | Tracey Nobis | [ALL] Case Administration | 0.60 | 195.00 | 117.00 |
| | | Email correspondence with Legal Decoder re: Dechert's data and correspondence to Dechert with request for January data; Receipt of KCC's 14th month data; Receipt of Jefferies' 15th month data; correspondence with Klauder and Bielli with completed reviews for Cornerstone and KPMG | | | |
| 03-14-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 7.80 | 195.00 | 1,521.00 |
| | | Review of Davis Polk fee data from November and December | | | |
| 03-14-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 195.00 | 234.00 |
| | | Review of Jefferies' 12-15th month data | | | |
| 03-14-2021 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 3.60 | 100.00 | 360.00 |
| | | Draft third interim fee application. | | | |
| 03-15-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 100.00 | 80.00 |
| | | Update fourth interim application | | | |
| 03-15-2021 | Isabel Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.40 | 100.00 | 140.00 |
| | | Create PDF exhibits for legal decoder and time entries. | | | |
| 03-15-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 3.00 | 350.00 | 1,050.00 |
| | | Prepare, review, revise and edit Third Interim Fee App | | | |
| 03-15-2021 | Thomas Bielli | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 350.00 | 350.00 |
| | | E file and Serve Third Interim Fee App | | | |
| 03-15-2021 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.60 | 375.00 | 225.00 |
| | | Review BK January monthly fee app | | | |
| 03-15-2021 | David Klauder | [ALL] BK/Fee Examiner - Retention and Fee Applications | 1.00 | 375.00 | 375.00 |
| | | Review and BK 3rd interim fee app | | | |
| 03-16-2021 | Thomas Bielli | [ALL] Case Administration | 2.00 | 350.00 | 700.00 |
| | | Review Plan | | | |
| 03-16-2021 | David Klauder | B110 - Case Administration | 0.40 | 375.00 | 150.00 |
| | | Discuss ch 11 plan with T. Bielli | | | |
| 03-17-2021 | Tracey Nobis | [ALL] Case Administration | 1.40 | 195.00 | 273.00 |
| | | Receipt of Arnold & Porter's 17th Monthly data; Email correspondence with T. Bielli re: interim reviews completed; Receipt of Cole Schotz's 11th monthly data; Receipt of Akin Gump's 16th monthly data; Email | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | correspondence with Legal Decoder re: Davis Polk's 17th month data analysis; Receipt of Alix Partners' 17th monthly data; Receipt of Wilmer Hale's 15th monthly fee statement and corresponding data; Receipt of Otterbourg's 4th Interim Fee Application, 13-15th monthly fee statements and corresponding data | | | |
| 03-17-2021 | Tracey Nobis | [ALL] Case Administration | 1.20 | 195.00 | 234.00 |
| | | Receipt of Gilbert's 16th monthly fee application, redaction key and corresponding data; Receipt of King & Spalding's 4th Interim Fee Application; Receipt of Skadden's 16th monthly fee statement and corresponding data; Receipt of Skadden's 4th Interim fee Application; Receipt of Kramer Levin's 15-16 monthly fee statements and 4th Interim Fee Application; correspondence to Kramer Levin requesting 4th interim data | | | |
| 03-19-2021 | Tracey Nobis | [ALL] Case Administration | 1.60 | 195.00 | 312.00 |
| | | Receipt of Bedell Cristin's 3rd Interim Fee Application; Receipt of Houlihan Lokey's 13th monthly fee statement and third interim fee application; Receipt of Jefferies' 4th Interim Fee Application; Receipt of Province's 4th Interim Fee Application; Receipt of Akin Gump's 4th Interim Fee Application; Receipt of Brown Rudnick's 4th Interim Fee Application; Receipt Alix Partners' 4th Interim Fee Application; Receipt of Arnold & Porter's 4th Interim Fee Application; Receipt of Davis Polk's 4th Interim Fee Application; Receipt of Jones Day's 4th Interim Fee Application; Receipt of Wilmer Hale's 4th Interim Fee Application; Receipt and review of Dechert's 4th Interim Fee Application | | | |
| 03-19-2021 | Tracey Nobis | [ALL] Case Administration | 1.40 | 195.00 | 273.00 |
| | | Receipt of Brown Rudnick's January data; Receipt of Kramer Levin's 15-16 monthly fee data; Receipt of Dechert's 17th Monthly data; Receipt of E&Y's 4th Interim Fee Application; Receipt and review of PJT's 4th Interim Fee Application; Email correspondence with Legal Decoder re: data published and data uploaded; Email correspondence with E&Y re: fee schedules; Email to Fee Examiner re: Ad Hoc Professional Filing from Nov. 2020 | | | |
| 03-19-2021 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Email correspondence requesting outstanding fee data from FTI, Bedell, and Houlihan; correspondence to I. Bielli re: review status; email correspondence with legal Decoder re: Kramer Levin data; review of Assignment Log for planning on interim report completions | | | |
| 03-19-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 195.00 | 312.00 |
| | | Review of Jefferies' 4th Interim fee data | | | |
| 03-19-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Review and compilation of Davis Polk's 4th Interim data in preparation for review report | | | |
| 03-19-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 195.00 | 312.00 |
| | | Review of Jones Day's 14-15 month data | | | |
| 03-19-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.00 | 195.00 | 585.00 |
| | | Preparation of Jones Day's 4th Interim Review Report | | | |
| 03-20-2021 | Tracey Nobis | [ALL] BK/Fee Examiner - Retention and Fee Applications | 0.60 | 195.00 | 117.00 |
| | | Begin preparation of King & Spalding's 4th Interim Review Report | | | |
| 03-20-2021 | Tracey Nobis | [ALL] Case Administration | 0.80 | 195.00 | 156.00 |
| | | Receipt of FTI's 15th and 16th monthly fee statements and 4th interim fee application; receipt and review of November's Ad Hoc Professionals' filing and update assignment log to reflect filings; Receipt of Kurtzman's 4th Interim fee application; Receipt of Gilbert's 4th Interim fee application; Receipt of Cole Schotz's 3rd Interim Fee Application | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-20-2021 | Tracey Nobis | [ALL] BK/Fee Examiner - Retention and Fee Applications | 6.40 | 195.00 | 1,248.00 |
| | | Review of King & Spalding's 16-17 month data | | | |
| 03-21-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 4.20 | 195.00 | 819.00 |
| | | Preparation of Davis Polk's 4th Interim Review Report | | | |
| 03-21-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.60 | 195.00 | 117.00 |
| | | Email correspondence with Legal Decoder re: publishing status; email correspondence to T. Bielli and D. Klauder with completed interim review reports and status of balance of interims | | | |
| 03-21-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 195.00 | 234.00 |
| | | Preparation of Jefferies' 4th Interim Review Report | | | |
| 03-21-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 4.80 | 195.00 | 936.00 |
| | | Review of Davis Polk's 17th month data | | | |
| 03-21-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 195.00 | 195.00 |
| | | Revisions to Davis Polk's 16 month review | | | |
| 03-22-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt of Houlihan's 13th month data; pull data from Legal Decoder for I. Bielli's KCC review; correspondence to Legal Decoder re: KCC's December data | | | |
| 03-22-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 195.00 | 351.00 |
| | | Finalize preparation of King & Spalding's 4th Interim Review Report | | | |
| 03-22-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 3.60 | 100.00 | 360.00 |
| | | Download and review 4th interim data for PJT. Draft review report | | | |
| 03-22-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.40 | 100.00 | 240.00 |
| | | Review 4th interim data for Province | | | |
| 03-22-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 3.20 | 100.00 | 320.00 |
| | | Review province fourth interim fee and expense data, draft review report | | | |
| 03-22-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 375.00 | 750.00 |
| | | Attention to interim fee review including initial review of reports | | | |
| 03-22-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Various emails re: ad hoc committee professionals and fee allocation | | | |
| 03-23-2021 | David Klauder | B110 - Case Administration | 0.40 | 375.00 | 150.00 |
| | | Review mediation report | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-23-2021 | Tracey Nobis | [ALL] Case Administration | 0.40 | 195.00 | 78.00 |
| | | Receipt of Allocation Fee Statement data from FTI; email correspondence to FTI requesting outstanding data for fourth interim; email correspondence with Legal Decoder and I. Bielli re: Kurtzman's December data; email correspondence from I. Bielli re: review status | | | |
| 03-23-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 195.00 | 195.00 |
| | | Review of Houlihan data and preparation of 3rd Interim Review Report | | | |
| 03-23-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |
| | | Review of Arnold & Porter's 16-17 month and 4 interim aggregated data | | | |
| 03-23-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 195.00 | 390.00 |
| | | Preparation of Arnold & Porter's 4th Interim Review Report | | | |
| 03-23-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 100.00 | 200.00 |
| | | Look through Ernst & Young interim application and data to determine fee and expense amount. Draft review report | | | |
| 03-24-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.00 | 100.00 | 200.00 |
| | | Review data for Kurtzman fourth interim | | | |
| 03-24-2021 | Tracey Nobis | [ALL] Case Administration | 1.00 | 195.00 | 195.00 |
| | | Project status call with Legal Decoder re: partner SM-OQ flagging, published data and upcoming data schedule | | | |
| 03-24-2021 | Tracey Nobis | [ALL] BK Retention and Fee Applications | 1.00 | 195.00 | 195.00 |
| | | Receipt and review of review reports for Province, E&Y, and PJT; correspondence to I. Bielli re: PJT report | | | |
| 03-24-2021 | Tracey Nobis | [ALL] BK Retention and Fee Applications | 3.00 | 195.00 | 585.00 |
| | | Review of Skadden's 15th month fee and expense data; aggregate with 13-14 in preparation for interim fee review | | | |
| 03-24-2021 | Tracey Nobis | [ALL] BK Retention and Fee Applications | 2.00 | 195.00 | 390.00 |
| | | Review of Gilbert's 14 & 15 fee data | | | |
| 03-24-2021 | Tracey Nobis | [ALL] Case Administration | 1.20 | 195.00 | 234.00 |
| | | Review and revision of PJT's 4th Interim Review Report; review of Assignment log; Correspondence to fee examiners with completed review reports for the 4th interim and status of outstanding reviews; email to I. Bielli with review due dates | | | |
| 03-24-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Discuss fee review with T. Bielli | | | |
| 03-24-2021 | Thomas Bielli | [ALL] Case Administration | 0.60 | 350.00 | 210.00 |
| | | Review Notice of Fee Hearing | | | |
| 03-25-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 375.00 | 375.00 |
| | | Discuss fee review with T. Bielli | | | |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-26-2021 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Review of completed Fee Reviews for Review | | | |
| 03-26-2021 | Tracey Nobis | [ALL] Case Administration | 1.20 | 195.00 | 234.00 |
| | | Email correspondence with T. Bielli re: Wilmer Hale review status; Receipt of Bedell Cristin's 9th monthly fee data; Receipt of Wilmer Hale's 16th monthly fee statement and corresponding data; review of Assignment Log and re-prioritization of reviews | | | |
| 03-26-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 3.00 | 375.00 | 1,125.00 |
| | | Review various interim fee apps | | | |
| 03-26-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 100.00 | 80.00 |
| | | Download and sort fourth interim data for Akin Gump | | | |
| 03-26-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 4.60 | 100.00 | 460.00 |
| | | Download and review Akin Gump fee data | | | |
| 03-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.20 | 100.00 | 220.00 |
| | | Review Akin Gump Fee data | | | |
| 03-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 100.00 | 120.00 |
| | | Review Akin Gump Fee Data | | | |
| 03-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.20 | 100.00 | 220.00 |
| | | Review expense data for Akin Gump fourth interim | | | |
| 03-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.60 | 100.00 | 160.00 |
| | | Draft review report for Kurtzman fourth interim | | | |
| 03-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.80 | 100.00 | 180.00 |
| | | Draft review report for akin gump | | | |
| 03-27-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 100.00 | 100.00 |
| | | Finish reviewing kurtzman fourth interim data | | | |
| 03-27-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.00 | 195.00 | 585.00 |
| | | Review of Alix Partners' 14-16 month data in light of multi-staffing trends | | | |
| 03-27-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.40 | 195.00 | 468.00 |
| | | Preparation of Alix Partners' 4th Interim Review Report | | | |
| 03-27-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.40 | 195.00 | 468.00 |

We appreciate your business

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review of Cole Schotz's 10-11 month data; consolidation of interim data for interim review | | | |
| 03-27-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.20 | 195.00 | 429.00 |
| | | Preparation of Cole Schotz's 3rd Interim Review Report | | | |
| 03-27-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 1.40 | 195.00 | 273.00 |
| | | Review of Gilbert's 16th month data | | | |
| 03-27-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 0.80 | 195.00 | 156.00 |
| | | Begin preparation of Gilbert's 4th Interim Review Report; correspondence to Gilbert requesting allocation data; Review of interim applications for balance of professionals included in allocation statement and correspondence to each requesting data | | | |
| 03-27-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 2.40 | 195.00 | 468.00 |
| | | Review of Alix Partners' 17th monthly fee data | | | |
| 03-28-2021 | Tracey Nobis | [ALL] BK Retention and Fee Applications | 1.40 | 195.00 | 273.00 |
| | | Consolidation and review of Wilmer Hale's 4th Interim fee and expense data | | | |
| 03-28-2021 | Tracey Nobis | [ALL] BK Retention and Fee Applications | 2.60 | 195.00 | 507.00 |
| | | Preparation of Wilmer Hale's 4th Interim Review Report | | | |
| 03-28-2021 | Tracey Nobis | [ALL] BK Retention and Fee Applications | 1.00 | 195.00 | 195.00 |
| | | Review and revision of Akin Gump's 4th Interim Review Report | | | |
| 03-28-2021 | Tracey Nobis | [ALL] BK Retention and Fee Applications | 1.60 | 195.00 | 312.00 |
| | | Review and revision of KCC's 4th Interim Review Report; correspondence to I. Bielli with revisions made to reports; correspondence to Fee Examiner with completed reports; email correspondence to FTI and Kramer re: outstanding data requests | | | |
| 03-28-2021 | Tracey Nobis | [ALL] BK Retention and Fee Applications | 2.40 | 195.00 | 468.00 |
| | | Review of Wilmer Hale's 14-15 fee data | | | |
| 03-28-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.20 | 100.00 | 120.00 |
| | | Finish drafting review report for Kurtzman fourth interim | | | |
| 03-28-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 3.00 | 100.00 | 300.00 |
| | | Finish drafting review report for Akin Gump fourth interim | | | |
| 03-28-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 100.00 | 40.00 |
| | | Upload review report and reviewed data to google drive for Akin Gump and Kurtzman, email final drafts to Tracey | | | |
| 03-29-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.20 | 100.00 | 220.00 |
| | | Download and review data for Dechert fourth interim | | | |
| 03-29-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained | 0.40 | 375.00 | 150.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Professionals | | | |
| | | Review interim fee review status from T. Nobis | | | |
| 03-30-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.40 | 100.00 | 240.00 |
| | | Review Dechert fourth interim fee and expense data | | | |
| 03-30-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 1.00 | 100.00 | 100.00 |
| | | Finish reviewing fee and expense data for Dechert fourth interim | | | |
| 03-30-2021 | Isabel Bielli | [ALL] Fee/Employment Applications - Retained Professionals | 2.80 | 100.00 | 280.00 |
| | | Draft review report for Dechert, upload documents to GD and email to Tracey | | | |
| 03-31-2021 | Thomas Bielli | [ALL] Case Administration | 1.00 | 350.00 | 350.00 |
| | | Review file with respect to AHC's allocation issue | | | |
| 03-31-2021 | Thomas Bielli | [ALL] Case Administration | 0.40 | 350.00 | 140.00 |
| | | Oversee formats going forward | | | |
| 03-31-2021 | David Klauder | [ALL] Fee/Employment Applications - Retained Professionals | 0.40 | 375.00 | 150.00 |
| | | Attention to interim fee review and reports | | | |
| 03-31-2021 | Tracey Nobis | [ALL] Case Administration | 1.00 | 195.00 | 195.00 |
| | | Review of Supplemental Order filed regarding AHC allocation fee statement; email correspondence to Fee Examiner re: relevance/impact on interim reviews; correspondence with Brown Rudnick re: allocation data; Receipt of FTI's December and January data; Receipt of Otterbourg's allocation data; Receipt of allocation data from Kramer and Gilbert; email correspondence with Legal Decoder re: published data and allocation data issues | | | |
| 03-31-2021 | Tracey Nobis | [ALL] Case Administration | 1.00 | 195.00 | 195.00 |
| | | Email correspondence with Legal Decoder re: allocation data; Receipt of Brown Rudnick's allocation data; Receipt of King & Spalding's 18th monthly fee statement and corresponding data; Receipt of PJT's 13th monthly fee statement and corresponding data; Review of Statement of Amounts Paid by OCP; | | | |
| 03-31-2021 | Tracey Nobis | [ALL] Fee/Employment Applications - Retained Professionals | 3.00 | 195.00 | 585.00 |
| | | Review and revision of Dechert's 4th Interim Review Report | | | |