UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## ORDER GRANTING MOTION TO ATTEND UPCOMING DISCLOSURE STATEMENT HEARING TELEPHONICALLY, FURTHER BE ADDED TO PACER E-FILE SYSTEM TO RECEIVE FUTURE COURT FILINGS

Upon the motion (the "**Motion**") of Mark Walker (the "**Movant**") seeking to attend telephonically the hearing on the request by the debtors and debtors in possession herein (the "**Debtors**") for a approval of their disclosure statement and to receive future court filings; and the Court having jurisdiction to consider the matters raised in this Motion pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and, after due and sufficient notice of the Motion, there being no objections to the requested relief; and upon the record of the hearing held by the Court on the Motion on April 21, 2021; and, after due deliberation and in light of the lack of objections to the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Motion, the Court having determined that there is good and sufficient cause for the relief requested herein; now, therefore,

IT IS HEREBY ORDERED THAT:

1.    The Motion is granted to the extent forth herein.

2.    The Movant will receive relevant case materials from Prime Clerk LLC, which will be treated as legal mail and provided to the Movant as follows: in each case subject to the rules and regulations of the Western Illinois Correctional Center, the Movant's case counselor or the prison librarian can access the case docket and download and print all filings in these cases free of charge from the restructuring website for these cases at https://restructuring.primeclerk.com/purduepharma/Home-DocketInfo and provide them to the Movant.

3.    In each case subject to the rules and regulations of the Western Illinois Correctional Center, the Movant, or a third party on behalf of the Movant, may (i) at least a week in advance of the hearing, contact the Clerk's Office at 914-467-7250 to arrange a telephonic appearance, or (ii) listen, but not participate in, the hearing free of charge by calling the muted, listen-only number provided on the hearing agenda filed in advance of each hearing.

4.    The Debtors shall promptly provide the Movant with a copy of this Order.

5.    The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order.

6.    This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: April 22, 2021           /s/ Robert D. Drain
       White Plains, New York   THE HONORABLE ROBERT D. DRAIN
                                UNITED STATES BANKRUPTCY JUDGE

2

United States Bankruptcy Court

Southern District of New York

In re:                                                                                  Case No. 19-23649-rdd

Purdue Pharma L.P.                                                                       Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-7 | User: | Page 1 of 28 |
| Date Rcvd: Apr 27, 2021 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 7836318 | + Mark Walker, Western Illinois Correctional Center, #M10655, 2500 Route 99S, Mt Sterling, IL 62353-1462 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron H. Stulman | on behalf of Interested Party Walmart  Inc. astulman@potteranderson.com, bankruptcy@potteranderson.com;nrainey@potteranderson.com |
| Aaron R. Cahn | on behalf of Defendant State of West Virginia  ex rel. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Aaron R. Cahn | on behalf of Creditor State of West Virginia  ex. rel. Patrick Morrisey, Attorney General cahn@clm.com, cahn@clm.com;bankruptcy@clm.com;CourtMail@clm.com |
| Adam P. Haberkorn | on behalf of Interested Party Johnson & Johnson ahaberkorn@omm.com |
| Adam P. Haberkorn | on behalf of Interested Party Janssen Pharmaceuticals  Inc. ahaberkorn@omm.com |

District/off: 0208-7                                         User:                                              Page 2 of 28
Date Rcvd: Apr 27, 2021                               Form ID: pdf001                                      Total Noticed: 1

Adam P. Haberkorn

on behalf of Interested Party Janssen Ortho LLC ahaberkorn@omm.com

Adam P. Haberkorn

on behalf of Interested Party Alza Corporation ahaberkorn@omm.com

Adam P. Haberkorn

on behalf of Interested Party Ortho-McNeil-Janssen Pharmaceuticals  Inc. n/k/a Janssen Pharmaceuticals, Inc.
ahaberkorn@omm.com

Adam P. Haberkorn

on behalf of Interested Party Janssen Pharmaceutica  Inc. n/k/a Janssen Pharmaceuticals, Inc. ahaberkorn@omm.com

Aisha Rich

on behalf of Creditor Board of Chicago School District No. 299 arich@findjustice.com

Alexander Lees

on behalf of Interested Party Raymond Sackler Family alees@milbank.com
alexander-lees-2212@ecf.pacerpro.com;AutoDocketECF@milbank.com

Alexander Gary Rheaume

on behalf of Creditor Silicon Valley Bank arheaume@mofo.com

Alexander M Gormley

on behalf of Attorney Alexander Michael Gormley agormley@slevinhart.com  ssavitsky@slevinhart.com

Alison Archer

on behalf of Creditor Ohio Attorney General alison.archer@ohioattorneygeneral.gov

Alison Gaske

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants gaskea@gilbertlegal.com

Alissa K. Piccione

on behalf of Interested Party Ranbaxy Pharmaceuticals Canada Inc. alissa.piccione@troutman.com
Brett.Goodman@troutman.com

Alissa K. Piccione

on behalf of Interested Party Sun Pharmaceuticals Canada Inc. alissa.piccione@troutman.com  Brett.Goodman@troutman.com

Alissa K. Piccione

on behalf of Interested Party Sun Pharmaceutical Industries  Inc. alissa.piccione@troutman.com, Brett.Goodman@troutman.com

Amanda Peterson

on behalf of Creditor Barbour County apeterson@forthepeople.com

Amanda Quick

on behalf of Defendant State of Indiana amanda.quick@atg.in.gov  marie.baker@atg.in.gov

Amanda Quick

on behalf of Creditor State of Indiana amanda.quick@atg.in.gov  marie.baker@atg.in.gov

Andrea Law

on behalf of Unknown State of Illinois alaw@atg.state.il.us

Andrew M. Troop

on behalf of Creditor Ad Hoc Group of Non-Consenting States andrew.troop@pillsburylaw.com

Andrew Vincent Alfano

on behalf of Creditor Ad Hoc Group of Non-Consenting States andrew.alfano@pillsburylaw.com

Ann Kramer

on behalf of Plaintiff Purdue Pharma L.P. akramer@reedsmith.com

Ann Kramer

on behalf of Plaintiff Rhodes Pharmaceuticals L.P. akramer@reedsmith.com

Ann Kramer

on behalf of Plaintiff Avrio Health L.P. akramer@reedsmith.com

Ann Kramer

on behalf of Plaintiff Purdue Pharmaceutical Products L.P. akramer@reedsmith.com

Ann Kramer

on behalf of Plaintiff Purdue Pharmaceuticals L.P. akramer@reedsmith.com

Ann Kramer

on behalf of Plaintiff Rhodes Technologies akramer@reedsmith.com

Ann Kramer

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. akramer@reedsmith.com

Ann Kramer

on behalf of Plaintiff Purdue Pharma of Puerto Rico akramer@reedsmith.com

District/off: 0208-7                                    User:                                        Page 3 of 28
Date Rcvd: Apr 27, 2021                           Form ID: pdf001                            Total Noticed: 1

Ann Kramer
on behalf of Plaintiff Purdue Pharma Inc. akramer@reedsmith.com

Ann Kramer
on behalf of Plaintiff Purdue Transdermal Technologies L.P. akramer@reedsmith.com

Anna Kordas
on behalf of Debtor Purdue Pharma L.P. akordas@jonesday.com  cbuck@jonesday.com

Anne Andrews
on behalf of Creditor Ryan Hampton aa@andrewsthornton.com

Anne Gilbert Wallice
on behalf of Interested Party Noramco Coventry LLC anne.wallice@kirkland.com

Annemarie Belanger Mathews
on behalf of Creditor State of South Carolina  by and through Attorney General Alan Wilson amathews@scag.gov

Anthony Crawford
on behalf of Plaintiff Avrio Health L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Rhodes Technologies acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharma of Puerto Rico acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharma Inc. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharma L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Transdermal Technologies L.P. acrawford@reedsmith.com

Anthony Crawford
on behalf of Plaintiff Purdue Pharmaceuticals L.P. acrawford@reedsmith.com

Anthony D. Boccanfuso
on behalf of Spec. Counsel Arnold & Porter Kaye Scholer LLP Anthony.Boccanfuso@apks.com
ecf-b9841d808f73@ecf.pacerpro.com

Anthony D. Boccanfuso
on behalf of Debtor Purdue Pharma L.P. Anthony.Boccanfuso@apks.com  ecf-b9841d808f73@ecf.pacerpro.com

Arthur J Liederman
on behalf of Defendant HDI Global SE (f/k/a Gerling-Konzern General Insurance Company) aliederman@morrisonmahoney.com

Ashley Crawford
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
avcrawford@akingump.com

Ashley Keller
on behalf of Defendant State of Arizona  ex rel. Mark Brnovich, Attorney General ack@kellerlenkner.com

Barbara M. Almeida
on behalf of Defendant Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.) barbara.almeida@clydeco.us
shane.calendar@clydeco.us

Ben Harrington
on behalf of Creditor City of Seattle benh@hbsslaw.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Pharma of Puerto Rico kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky
on behalf of Plaintiff Purdue Transdermal Technologies L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

District/off: 0208-7                                  User:                                      Page 4 of 28
Date Rcvd: Apr 27, 2021                        Form ID: pdf001                      Total Noticed: 1

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma Inc. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Rhodes Pharmaceuticals L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharma L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Debtor Purdue Pharma L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Rhodes Technologies kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Avrio Health L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Benjamin S. Kaminetzky

on behalf of Plaintiff Purdue Pharmaceuticals L.P. kaminet@dpw.com  ecf.ct.papers@davispolk.com

Bernard Ardavan Eskandari

on behalf of Creditor The People of the State of California bernard.eskandari@doj.ca.gov

Bernard Ardavan Eskandari

on behalf of Defendant The People of the State of California bernard.eskandari@doj.ca.gov

Beth Kaswan

on behalf of Defendant Town of Enfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Springfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Natick bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Worcester bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Cambridge bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Canton bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Haverhill bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Norwich bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Worcester bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Springfield  Mass. bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Wakefield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Lynnfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Middletown bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Framingham bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Chicopee bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Wakefield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Salem bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Haverhill bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Trenton bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Lynnfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City Of Paterson  New Jersey bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Wethersfield bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Framingham bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Salem bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Canton bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Randolph bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Portsmouth bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant Town of Natick bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Gloucester bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Cambridge bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor Town of Randolph bkaswan@scott-scott.com

Beth Kaswan

on behalf of Defendant City of Gloucester bkaswan@scott-scott.com

Beth Kaswan

on behalf of Creditor City of Chicopee bkaswan@scott-scott.com

Brady C. Williamson

on behalf of Creditor Tennessee Plaintiffs bwilliamson@gklaw

Brady C. Williamson

on behalf of Creditor Arkansas Plaintiffs bwilliamson@gklaw.com

Brandan Montminy

on behalf of Creditor Henry Schein  Inc. brandan.montminy@lockelord.com

Brandan Montminy

on behalf of Creditor General Injectables & Vaccines  Inc. brandan.montminy@lockelord.com

Brandan Montminy

on behalf of Creditor Insource  Inc. brandan.montminy@lockelord.com

Brandan Montminy

on behalf of Creditor Henry Schein Medical Systems  Inc. brandan.montminy@lockelord.com

Brendan O'Neil

on behalf of Creditor State of Maine brendan.oneil@maine.gov

Brett T DeLange

on behalf of Defendant State of Idaho  Through Attorney General Lawrence G. Wasden brett.delange@ag.idaho.gov

Brett T DeLange

on behalf of Creditor State of Idaho  Through Attorney General Lawrence G. Wasden brett.delange@ag.idaho.gov

Brian Edmunds

on behalf of Creditor State Of Maryland bedmunds@oag.state.md.us

Brian S. Masumoto

on behalf of U.S. Trustee United States Trustee nysbnotice@gmail.com

Bryce L. Friedman

on behalf of Defendant Gulf Underwriters Insurance Company bfriedman@stblaw.com

Bryce L. Friedman

on behalf of Defendant St. Paul Fire and Marine Insurance Company bfriedman@stblaw.com

CRG Financial LLC

on behalf of Creditor CRG Financial LLC notices@CRGfinancial.com

CRG Financial LLC
    on behalf of Creditor CRG Financial  LLC as Assignee of Fike Corporation notices@CRGfinancial.com

Carol E. Momjian
    on behalf of Creditor Commonwealth of Pennsylvania cmomjian@attorneygeneral.gov

Catherine Steege
    on behalf of Creditor McKesson Corporation csteege@jenner.com  jeffrey_cross@discovery.com

Celeste Brustowicz
    on behalf of Unknown Kara Trainor Brucato cbrustowicz@sch-llc.com  lrichardson@clfnola.com

Charles Wysong
    on behalf of Creditor Board of Chicago School District No. 299 cwysong@hsplegal.com

Chiung-Hui Huang
    on behalf of Creditor The Board of Education of Thornton Fractional Township High School District 215 chuang@hslawyers.com

Chiung-Hui Huang
    on behalf of Creditor The Board of Education of East Aurora School District 131 chuang@hslawyers.com

Chiung-Hui Huang
    on behalf of Creditor Board of Chicago School District No. 299 chuang@hslawyers.com

Chiung-Hui Huang
    on behalf of Creditor The Board of Education of Thornton Township High School District 205 chuang@hslawyers.com

Chiung-Hui Huang
    on behalf of Creditor Board of Education of East Aurora School District 131 chuang@hslawyers.com

Chiung-Hui Huang
    on behalf of Creditor Board of Education of Thornton Township High School District 205 chuang@hslawyers.com

Chiung-Hui Huang
    on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 chuang@hslawyers.com

Christopher A. Lynch
    on behalf of Creditor AmerisourceBergen Drug Corporation clynch@reedsmith.com

Christopher B Spuches
    on behalf of Creditor Attorney General  State of Florida cbs@ecclegal.com,
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Christopher B Spuches
    on behalf of Defendant State of Florida  Office of the Attorney General, Department of Legal Affairs cbs@ecclegal.com,
bankruptcy@ecclegal.com;nsocorro@ecclegal.com;nvillegas@ecclegal.com

Clayton Matheson, I
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
cmatheson@akingump.com

Colleen P Sorensen
    on behalf of Defendant Navigators Specialty Insurance Company csorensen@hww-law.com  afaber@hww-law.com

Constantine Dean Pourakis
    on behalf of Creditor Eric Hestrup  et al. cp@stevenslee.com

Corey Moll
    on behalf of Creditor Carpenter Health Network cmoll@phjlaw.com

Corey Moll
    on behalf of Creditor Bridge House Corporation cmoll@phjlaw.com

Corey Moll
    on behalf of Creditor Parish of DeSoto cmoll@phjlaw.com

Corey Moll
    on behalf of Creditor City of Covington  Louisiana cmoll@phjlaw.com

Corey Moll
    on behalf of Creditor Dr. Gregory Fernandez in his Official Capacity as the Coroner of St. Bernard Parish cmoll@phjlaw.com

Corey Moll
    on behalf of Creditor Four Winds Tribe Louisiana Cherokee cmoll@phjlaw.com

Corey Moll
    on behalf of Creditor City of Chillicothe  Ohio cmoll@phjlaw.com

Corey Moll
    on behalf of Creditor Northwestern Band of the Shoshone Nation cmoll@phjlaw.com

Corey Roush

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P. et al.
croush@akingump.com

Cyrus Mehri

on behalf of Creditor Bullitt County School District Kentucky cmehri@findjustice.com

Cyrus Mehri

on behalf of Creditor Board of Education of East Aurora School District 131 cmehri@findjustice.com

Cyrus Mehri

on behalf of Creditor Board of Education of Thornton Township High School District 205 cmehri@findjustice.com

Cyrus Mehri

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 cmehri@findjustice.com

Cyrus Mehri

on behalf of Creditor Board of Chicago School District No. 299 cmehri@findjustice.com

Cyrus Mehri

on behalf of Creditor La Rue County School District Kentucky cmehri@findjustice.com

Dan D Kohane

on behalf of Defendant QBE UK Limited (f/k/a QBE International Insurance Company Limited) ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane

on behalf of Defendant Aspen American Insurance Company ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane

on behalf of Defendant SR International Business Company SE (f/k/a SR International Business Insurance Company Limited)
ddk@hurwitzfine.com  donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane

on behalf of Defendant North American Elite Insurance Company ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane

on behalf of Defendant Darag Insurance UK Limited (f/k/a The Underwriter Insurance Company Limited) ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane

on behalf of Defendant Chubb European Group SE (f/k/a ACE Insurance S.A.N.V.) ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Dan D Kohane

on behalf of Defendant Zurich Specialties London Limited (f/k/a Zurich Reinsurance (London) Limited) ddk@hurwitzfine.com
donnab@hurwitzfine.com;kathik@hurwitzfine.com

Daniel Walfish

on behalf of Unknown Bankruptcy Professors as Amici Curiae dwalfish@walfishfissell.com

Daniel Ari Horowitz

on behalf of Unknown United Food and Commercial Workers Local 152 Health and Welfare Plan dhorowitz@obbblaw.com
jfitzgerald@obbblaw.com;sbushinsky@obbblaw.com;bcollins@obbblaw.com

Daniel H. Slate

on behalf of Creditor McKesson Corporation dslate@buchalter.com

Daniel R Brice

on behalf of Creditor Plumbers & Steamfitters Local 267 Insurance Fund drbrice@bklawyers.com

Daniel S. Connolly

on behalf of Unknown Richard Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly

on behalf of Unknown Jonathan Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly

on behalf of Unknown Beverly Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Daniel S. Connolly

on behalf of Unknown David Sackler daniel.connolly@bracewell.com  mco@bracewell.com;joseph.lasher@bracewell.com

Darlene M. Nowak

on behalf of Creditor Giant Eagle Inc. nowak@marcus-shapira.com

David Zwally

on behalf of Interested Party The Terramar Foundation Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Pharmaceutical Research Associates L.P. dzwally@haugpartners.com

District/off: 0208-7                          User:                                    Page 8 of 28
Date Rcvd: Apr 27, 2021                   Form ID: pdf001                        Total Noticed: 1

David Zwally

on behalf of Interested Party Vitamerican Chemicals  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party IAF Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Nappwood Land Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Rhodes Pharmaceuticals Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Coventry Technologies L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party The Purdue Frederick Company Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party BR Holdings Associates Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party RSJ Company L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party The Seven Hundred Realty Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Purdue Biopharma L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Pharma Technologies Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Hospice Provident LLC dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Pharma Associates L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Connecticut Avenue Realty Co.  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Avrio Health Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Purdue Biopharma Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party PLP Associates Holding Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Sawwood Land Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Vitamerican Corporation dzwally@haugpartners.com

David Zwally

on behalf of Interested Party PLP Associates Holdings L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party One Stamford Realty L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party TXP Services  Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Essential Raw Materials dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Purdue Pharma Technologies Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Rhodes Technologies Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party Pharma Associates Inc. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party BR Holdings Associates L.P. dzwally@haugpartners.com

David Zwally

on behalf of Interested Party The P.F. Laboratories  Inc dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Caas Leasing  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Midvale Chemical Company dzwally@haugpartners.com

David Zwally
on behalf of Interested Party E.R.G. Realty  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party PRA Holdings  Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party New Suffolk Holdings LLP dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Purdue Healthcare Technologies L.P. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party One Stamford Land Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Purdue Healthcare Technologies Inc. dzwally@haugpartners.com

David Zwally
on behalf of Interested Party Pharmaceutical Research Associates  Inc. dzwally@haugpartners.com

David Eli Nachman
on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York david.nachman@ag.ny.gov

David Eli Nachman
on behalf of Creditor People of the State of New York david.nachman@ag.ny.gov

Dawn Stewart
on behalf of Creditor Board of Chicago School District No. 299 dstewart@thestewartlawfirm.com

Denise Mondell
on behalf of Creditor State of Connecticut denise.mondell@ct.gov

Dennis Windscheffel
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al. dwindscheffel@akingump.com

Dina L. Yunker Frank
on behalf of Interested Party Washington State Department of Revenue bcuyunker@atg.wa.gov

Donald K. Ludman
on behalf of Unknown SAP America  Inc. dludman@brownconnery.com

Dorothy White-Coleman
on behalf of Unknown City of Bellefontaine Neighbors  Missouri whitecoleman@whitecoleman.net

Edward E. Neiger
on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. eneiger@askllp.com lmiskowiec@askllp.com;ttatting@askllp.com;jsteinfeld@askllp.com

Eleanor M. Mullen
on behalf of Creditor State of Connecticut eleanor.mullen@ct.gov

Eli J. Vonnegut
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharmaceuticals L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Nayatt Cove Lifescience Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharma of Puerto Rico eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Quidnick Land L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Rhodes Pharmaceuticals L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Neuroscience Company eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharma L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

District/off: 0208-7                                    User:                                    Page 10 of 28
Date Rcvd: Apr 27, 2021                          Form ID: pdf001                          Total Noticed: 1

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Avrio Health L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Rhodes Technologies eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharma Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Interested Party PJT Partners LP eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Rhodes Associates L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharma Manufacturing L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Greenfield BioVentures L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Adlon Therapeutics L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Button Land L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Transdermal Technologies L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor SVC Pharma Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Seven Seas Hill Corp. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor SVC Pharma LP eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Paul Land Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharma Inc. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Avrio Health L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Rhodes Technologies eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Ophir Green Corp. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharma of Puerto Rico eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Plaintiff Purdue Pharma L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Transdermal Technologies L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor UDF LP eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharmaceutical Products L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Purdue Pharmaceuticals L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Eli J. Vonnegut
on behalf of Debtor Imbrium Therapeutics L.P. eli.vonnegut@davispolk.com  ecf.ct.papers@davispolk.com

Elisha D. Graff
on behalf of Interested Party PJT Partners LP egraff@stblaw.com

Elizabeth Scott
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
edscott@akingump.com

Elizabeth A Citrin
on behalf of Creditor Buffalow  et al. elizabeth@elizabethcitrin.com

Emily Brown
on behalf of Creditor Board of Chicago School District No. 299 ebrown@hsplegal.com

Eric Fisher
on behalf of Creditor Board of Education of Thornton Township High School District 205 efisher@binderschwartz.com
docket@binderschwartz.com

Eric Fisher
on behalf of Creditor Baltimore City Board of School Commissioners efisher@binderschwartz.com  docket@binderschwartz.com

Eric Fisher
on behalf of Creditor Board of Education of Miami-Dade County Public Schools efisher@binderschwartz.com
docket@binderschwartz.com

Eric Fisher
on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 efisher@binderschwartz.com
 docket@binderschwartz.com

Eric Fisher
on behalf of Creditor Board of Chicago School District No. 299 efisher@binderschwartz.com  docket@binderschwartz.com

Eric Fisher
on behalf of Creditor Board of Education of East Aurora School District 131 efisher@binderschwartz.com
docket@binderschwartz.com

Eric Goldstein
on behalf of Interested Party United HealthCare Services  Inc. egoldstein@goodwin.com,
bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Eric J. Snyder
on behalf of Creditor State of Alabama esnyder@wilkauslander.com  jstauder@wilkauslander.com

Eric John Maloney
on behalf of Defendant State of Minnesota by its Attorney General  Keith Ellison eric.maloney@ag.state.mn.us

Eric John Maloney
on behalf of Creditor State of Minnesota eric.maloney@ag.state.mn.us

Eric M. Gold
on behalf of Defendant Commonwealth of Massachusetts eric.gold@state.ma.us

Eric M. Gold
on behalf of Creditor Commonwealth of Massachusetts eric.gold@state.ma.us

Erin West
on behalf of Creditor Tennessee Plaintiffs ewest@gklaw.com  kboucher@gklaw.com;elewerenz@gklaw.com

Erin West
on behalf of Creditor Arkansas Plaintiffs ewest@gklaw.com  kboucher@gklaw.com;elewerenz@gklaw.com

Evan Romanoff
on behalf of Creditor State of Minnesota evan.romanoff@ag.state.mn.us

Evan M. Jones
on behalf of Interested Party Janssen Pharmaceuticals  Inc. ejones@omm.com, evan-jones-5677@ecf.pacerpro.com

Evan M. Jones
on behalf of Interested Party Ortho-McNeil-Janssen Pharmaceuticals  Inc. n/k/a Janssen Pharmaceuticals, Inc. ejones@omm.com,
evan-jones-5677@ecf.pacerpro.com

Evan M. Jones
on behalf of Interested Party Janssen Pharmaceutica  Inc. n/k/a Janssen Pharmaceuticals, Inc. ejones@omm.com,
evan-jones-5677@ecf.pacerpro.com

Evan M. Jones
on behalf of Interested Party Johnson & Johnson ejones@omm.com  evan-jones-5677@ecf.pacerpro.com

Frederick E. Schmidt
on behalf of Defendant Liberty Mutual Fire Insurance Company eschmidt@cozen.com
frederick-schmidt-4035@ecf.pacerpro.com

Frederick E. Schmidt
on behalf of Defendant Liberty Mutual Insurance Company eschmidt@cozen.com  frederick-schmidt-4035@ecf.pacerpro.com

Frederick E. Schmidt
on behalf of Defendant Liberty Insurance Corporation eschmidt@cozen.com  frederick-schmidt-4035@ecf.pacerpro.com

Gary A. Gotto

on behalf of Creditor Kittitas County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Nez Perce Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Thurston County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Humboldt County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Thornton ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Brighton ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Saint Regis Mohawk Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Pierce County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Mohave County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Burlington ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Mount Vernon ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor San Juan County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor The Makah Indian Tribe ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City and County of Denver ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Clark County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Lakewood ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Westminster ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Yuma County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Mesa County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Maricopa County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Skagit County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Eureka ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Northglenn ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Cochise County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Arizona Counties Insurance Pool ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Whatcom County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Mount Vernon School District ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Arapahoe County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Arizona School Alliance for Workers' Compensation ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Boulder County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City and County of Broomfield ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Santa Barbara County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Unknown City of Federal Heights ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Franklin County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Lummi Tribe of the Lummi Reservation ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Town of Hudson ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Spokane County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Adams County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Chelan County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Fremont County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Ada County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Missoula County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Teller County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Commerce City ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Clallam County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Walla Walla County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Navajo County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Sedro-Woolley School District ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Greeley ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Jefferson County ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Olympia ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Northwest Arizona Employee Benefit Trust ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Bainbridge ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor City of Kingman ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Arizona Municipal Risk Retention Pool ggotto@kellerrohrback.com

Gary A. Gotto

on behalf of Creditor Tri-County Health Department ggotto@kellerrohrback.com

District/off: 0208-7                                    User:                                    Page 14 of 28
Date Rcvd: Apr 27, 2021                        Form ID: pdf001                        Total Noticed: 1

Gary A. Gotto
on behalf of Creditor Larimer County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor City of Spokane ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Kitsap County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor City of Black Hawk ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor City of Tacoma ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor City of Vancouver ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor City of Aurora ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor City of Kent ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor La Conner School District ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor City of Anacortes ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor City of Sedro-Woolley ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Tulalip Tribes ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor King County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Whitman County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor City of Sheridan ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Island County ggotto@kellerrohrback.com

Gary A. Gotto
on behalf of Creditor Lincoln County ggotto@kellerrohrback.com

Gary D. Bressler
on behalf of Creditor Westchester Fire Insurance Company gbressler@mdmc-law.com
scarney@mdmc-law.com;nleonard@mdmc-law.com

Geoffrey T. Raicht
on behalf of Defendant Evanston Insurance Company graicht@raichtlawpc.com
jjgreen@nicolaidesllp.com;msullivan@nicolaidesllp.com

George Calhoun, IV
on behalf of Defendant Allied World Assurance Company  Ltd. george@ifrahlaw.com

George Calhoun, IV
on behalf of Unknown Ironshore Specialty Insurance Company george@ifrahlaw.com

George Calhoun, IV
on behalf of Defendant Ironshore Specialty Insurance Company (f/k/a TIG Specialty Insurance Company) george@ifrahlaw.com

George Robert Gage, Jr
on behalf of Unknown Allergan Finance LLC grgage@gagespencer.com

George W. Shuster, Jr.
on behalf of Debtor Purdue Pharma L.P. george.shuster@wilmerhale.com
WHDocketing@wilmerhale.com;yolande.thompson@wilmerhale.com

Gerard Uzzi
on behalf of Interested Party Raymond Sackler Family guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi
on behalf of Unknown Richard Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil

l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi

on behalf of Unknown Jonathan Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi

on behalf of Unknown Jonathan Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi

on behalf of Unknown Dr. Richard Sackler  Jonathan Sackler, David Sackler, and Beverly Sackler guzzi@milbank.com,
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi

on behalf of Unknown David Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi

on behalf of Interested Party The Raymond Sackler Family guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
l-OBrien@milbank.com;mmuscara@Milbank.com

Gerard Uzzi

on behalf of Unknown Beverly Sackler guzzi@milbank.com
jackie-brewster-1417@ecf.pacerpro.com;dporat@milbank.com;nprey@milbank.com;gerard-uzzi-2982@ecf.pacerpro.com;RCahil
l-OBrien@milbank.com;mmuscara@Milbank.com

Gillian Feiner

on behalf of Defendant Commonwealth of Massachusetts gillian.feiner@mass.gov

Gillian Feiner

on behalf of Creditor Commonwealth of Massachusetts gillian.feiner@mass.gov

Gregory Dale Willard

on behalf of Creditor State of Missouri  by its Attorney General Eric S. Schmitt gwillard@dubllc.com

Gregory P. Joseph

on behalf of Unknown Jonathan Sackler gjoseph@jhany.com

Gregory P. Joseph

on behalf of Unknown Beverly Sackler gjoseph@jhany.com

Gregory P. Joseph

on behalf of Unknown Richard Sackler gjoseph@jhany.com

Gregory P. Joseph

on behalf of Unknown David Sackler gjoseph@jhany.com

Harris Wiener

on behalf of Defendant Arch Reinsurance Ltd. harris.wiener@clydeco.us

Harris Wiener

on behalf of Defendant Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.) harris.wiener@clydeco.us

Heather M Crockett

on behalf of Defendant State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Heather M Crockett

on behalf of Creditor State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Henry Jaffe

on behalf of Interested Party Sun Pharmaceuticals Canada Inc. Henry.Jaffe@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com

Henry Jaffe

on behalf of Interested Party Sun Pharmaceutical Industries  Inc. Henry.Jaffe@troutman.com,
wlbank@troutman.com;Monica.Molitor@troutman.com

Henry Jaffe

on behalf of Interested Party Ranbaxy Pharmaceuticals Canada Inc. Henry.Jaffe@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com

Hunter J. Shkolnik

on behalf of Creditor Marshall County Commission hunter@nsprlaw.com

Hunter J. Shkolnik

on behalf of Creditor Brooke County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
    on behalf of Creditor Marion County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
    on behalf of Creditor Randolph County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
    on behalf of Creditor Monongalia County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
    on behalf of Creditor Tyler County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
    on behalf of Creditor Wetzel County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
    on behalf of Creditor Hancock County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
    on behalf of Creditor Doddridge County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
    on behalf of Creditor Uphur County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
    on behalf of Creditor Lewis County Commission hunter@nsprlaw.com

Hunter J. Shkolnik
    on behalf of Creditor Ohio County Commission hunter@nsprlaw.com

Ilana Volkov
    on behalf of Creditor Ad Hoc Group of Hospitals ivolkov@mcgrailbensinger.com  ivolkov@mcgrailbensinger.com

Ira Burnim
    on behalf of Unknown Kennedy Forum and other national organizations irabster@gmail.com

Ira S. Dizengoff
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Purdue Pharma L.P.  et al.
idizengoff@akingump.com,
apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akingump.com;AGSearch-Lit@akingump.com;bkemp@akingump.com

Isley Markman Gostin
    on behalf of Unknown American Guarantee and Liability Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
    on behalf of Defendant Navigators Specialty Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
    on behalf of Unknown Navigators Specialty Insurance Company isley.gostin@wilmerhale.com

Isley Markman Gostin
    on behalf of Unknown Steadfast Insurance Company isley.gostin@wilmerhale.com

J. Christopher Shore
    on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. cshore@whitecase.com
jdisanti@whitecase.com;mcosbny@whitecase.com

Jake Holdreith
    on behalf of Unknown Collegium Pharmaceutical  Inc. jholdreith@robinskaplan.com,
bmiller@robinskaplan.com;tbarrett@robinskaplan.com;cmay@robinskaplan.com

James Franklin Ozment, I
    on behalf of Plaintiff Charles Fitch frankozmentlaw@gmail.com

James Franklin Ozment, I
    on behalf of Plaintiff Creighton Bloyd frankozmentlaw@gmail.com

James I. McClammy
    on behalf of Debtor Purdue Pharma L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Avrio Health L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Purdue Pharma L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Rhodes Technologies james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy
    on behalf of Plaintiff Purdue Pharma Inc. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

District/off: 0208-7                                    User:                                    Page 17 of 28
Date Rcvd: Apr 27, 2021                            Form ID: pdf001                        Total Noticed: 1

James I. McClammy

on behalf of Plaintiff Purdue Transdermal Technologies L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Plaintiff Purdue Pharma of Puerto Rico james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Plaintiff Purdue Pharma Manufacturing L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Plaintiff Purdue Pharmaceutical Products L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Plaintiff Rhodes Pharmaceuticals L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James I. McClammy

on behalf of Plaintiff Purdue Pharmaceuticals L.P. james.mcclammy@davispolk.com  ecf.ct.papers@davispolk.com

James T. Boffetti

on behalf of Creditor State of New Hampshire james.boffetti@doj.nh.gov  janet.demers@doj.nh.gov

Jamie Fell

on behalf of Interested Party PJT Partners LP jamie.fell@stblaw.com

Jasmine Ball

on behalf of Unknown Beacon Company jball@debevoise.com  cponeal@debevoise.com;nquigley@debevoise.com

Jason Rubinstein

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
rubinsteinj@gilbertlegal.com

Jason Rubinstein

on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
rubinsteinj@gilbertlegal.com

Jay Teitelbaum

on behalf of Creditor Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Jay Teitelbaum

on behalf of Unknown Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

Jeffrey K. Garfinkle

on behalf of Creditor McKesson Corporation  on behalf of itself and certain corporate affiliates jgarfinkle@buchalter.com,
dcyrankowski@buchalter.com;docket@buchalter.com

Jeffrey K. Garfinkle

on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  dcyrankowski@buchalter.com;docket@buchalter.com

Jeffrey S. Swyers

on behalf of Unknown MM&P Health & Benefit Plan jswyers@slevinhart.com  courtalerts@slevinhart.com

Jenna A Hudson

on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
hudsonj@gilbertlegal.com

Jenna A Hudson

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants hudsonj@gilbertlegal.com

Jennifer B Lyday

on behalf of Creditor State of North Carolina notice@waldrepwall.com

Jennifer Lynn Vandermeuse

on behalf of Defendant State of Wisconsin vandermeusejl@doj.state.wi.us  radkeke@doj.state.wi.us

Jennifer Lynn Vandermeuse

on behalf of Interested Party State of Wisconsin vandermeusejl@doj.state.wi.us  radkeke@doj.state.wi.us

Jeremy Pearlman

on behalf of Creditor State of Connecticut jeremy.pearlman@ct.gov

Jeremy C. Kleinman

on behalf of Interested Party Walgreen Co. and certain corporate affiliates and subsidiaries jkleinman@fgllp.com

Jill Abrams

on behalf of Creditor The State of Vermont  by and through Attorney General Thomas J. Donovan Jr. jill.abrams@vermont.gov

Joanna Lydgate

on behalf of Creditor Commonwealth of Massachusetts joanna.lydgate@mass.gov

Joel Shafferman

on behalf of Creditor Casey David Nadolski shaffermanjoel@gmail.com

John Michael Connolly
on behalf of Creditor Attorney General  State of Arizona mike@consovoymccarthy.com

John P McDonald
on behalf of Creditor Insource  Inc. jpmcdonald@lockelord.com

John P McDonald
on behalf of Creditor General Injectables & Vaccines  Inc. jpmcdonald@lockelord.com

John P McDonald
on behalf of Creditor Henry Schein  Inc. jpmcdonald@lockelord.com

John P McDonald
on behalf of Creditor Henry Schein Medical Systems  Inc. jpmcdonald@lockelord.com

John Wayne Hogan
on behalf of Creditor Board of Chicago School District No. 299 hogan@terrellhogan.com

Jonathan Watson Cuneo
on behalf of Creditor Community Health Systems  Inc., Tenet Healthcare Corporation, and Infirmary Health System, Inc. et al
jonc@cuneolaw.com

Jordan S. Blask
on behalf of Creditor Thermo Fisher Scientific jblask@fbtlaw.com  agilbert@tuckerlaw.com

Joseph D. Frank
on behalf of Interested Party Walgreen Co. and certain corporate affiliates and subsidiaries jfrank@fgllp.com
csucic@fgllp.com;csmith@fgllp.com

Joseph L Mulvey
on behalf of Creditor Lou Ann Marocco Trustee for the Bankruptcy Estate of Kevin D. Sullivan joseph@mulveylawllc.com

Joshua Karsh
on behalf of Creditor Board of Chicago School District No. 299 pleadings@findjustice.com

Joshua Karsh
on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 pleadings@findjustice.com

Joshua Karsh
on behalf of Creditor Board of Education of Thornton Township High School District 205 pleadings@findjustice.com

Joshua Karsh
on behalf of Creditor Independent Public School Districts pleadings@findjustice.com

Joshua Karsh
on behalf of Creditor Board of Education of East Aurora School District 131 pleadings@findjustice.com

Judith Aurora Yosepha Fiorentini
on behalf of Creditor The People of the State of California judith.fiorentini@doj.ca.gov

Julie Elizabeth Cohen
on behalf of Debtor Purdue Pharma L.P. julie.cohen@skadden.com

Justin M Ellis
on behalf of Creditor The Cherokee Nation jellis@mololamken.com

Justino D Petrarca
on behalf of Creditor Board of Education of Thornton Township High School District 205 jpetrarca@edlawyer.com
emcnulty@edlawyer.com

Justino D Petrarca
on behalf of Creditor Board of Education of East Aurora School District 131 jpetrarca@edlawyer.com  emcnulty@edlawyer.com

Justino D Petrarca
on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 jpetrarca@edlawyer.com
emcnulty@edlawyer.com

Katherine McCraw
on behalf of Creditor NC Dept. of Health and Human Services kmccraw@ncdoj.gov
kchadwick@ncdoj.gov;etant@ncdoj.gov;lbulls@ncdoj.gov

Katherine Stadler
on behalf of Creditor Tennessee Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler
on behalf of Creditor Arkansas Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler
on behalf of Defendant Tennessee Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Katherine Stadler
on behalf of Defendant Arkansas Plaintiffs kstadler@gklaw.com  kboucher@gklaw.com

Kathryn Blake
> on behalf of Creditor People of the State of New York kathryn.blake@ag.ny.gov

Kathryn Blake
> on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York
> kathryn.blake@ag.ny.gov

KatieLynn B Townsend
> on behalf of Intervenor Dow Jones & Company  Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc.
> ktownsend@rcfp.org

Kelly Tsai
> on behalf of Defendant American Guarantee and Liability Insurance Company ktsai@crowell.com

Kelly Tsai
> on behalf of Defendant Steadfast Insurance Company ktsai@crowell.com

Kenneth H. Eckstein
> on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
> keckstein@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Kenneth H. Eckstein
> on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants
> keckstein@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com

Kevin C. Maclay
> on behalf of Unknown Multi-State Governmental Entities Group cecilia-guerrero-caplin-6140@ecf.pacerpro.com
> jgiglio@capdale.com

Kimberly P. Massicotte
> on behalf of Creditor State of Connecticut kimberly.massicotte@ct.gov

Lara J Fogel
> on behalf of Creditor State of New Jersey lfogel@levinelee.com

Lara J Fogel
> on behalf of Defendant State of New Jersey lfogel@levinelee.com

Laura Femino
> on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. laura.femino@whitecase.com

Laura McFarlane
> on behalf of Interested Party State of Wisconsin mcfarlanele@doj.state.wi.us

Laurel D. Roglen
> on behalf of Creditor DuPont de Nemours  Inc. roglenl@ballardspahr.com, carbonej@ballardspahr.com

Lauren Guth Barnes
> on behalf of Creditor Blue Cross Blue Shield Association lauren@hbsslaw.com  purduebankruptcy@hbsslaw.com

Lauren M. Macksoud
> on behalf of Defendant XL Bermuda Ltd. lauren.macksoud@dentons.com

Lauren M. Macksoud
> on behalf of Defendant XL Insurance America  Inc. lauren.macksoud@dentons.com

Laurie Rubinow
> on behalf of Unknown Ad Hoc Group of Self-Funded Health Plans lrubinow@millershah.com  pleadings@millershah.com

Lawrence Fogelman
> on behalf of Unknown United States of America lawrence.fogelman@usdoj.gov

Lawrence L. Tong
> on behalf of Creditor State of Hawaii ex rel. Clare E. Connors  Attorney General lawrence.l.tong@hawaii.gov,
> mana.moriarty@hawaii.gov;aaron.s.joyce@hawaii.gov

Leah M. Eisenberg
> on behalf of Creditor CVS Caremark Part D Services  L.L.C. leisenberg@foley.com,
> leisenberg@foley.com;leah-eisenberg-0344@ecf.pacerpro.com

Leah M. Eisenberg
> on behalf of Creditor CaremarkPCS Health  L.L.C. leisenberg@foley.com,
> leisenberg@foley.com;leah-eisenberg-0344@ecf.pacerpro.com

Lee Scott Siegel
> on behalf of Defendant Zurich Specialties London Limited (f/k/a Zurich Reinsurance (London) Limited) lss@hurwitzfine.com
> kathik@hurwitzfine.com

Lee Scott Siegel
> on behalf of Defendant Chubb European Group SE (f/k/a ACE Insurance S.A.N.V.) lss@hurwitzfine.com
> kathik@hurwitzfine.com

Lee Scott Siegel

                         on behalf of Defendant North American Elite Insurance Company lss@hurwitzfine.com  kathik@hurwitzfine.com

Lee Scott Siegel

                         on behalf of Defendant Aspen American Insurance Company lss@hurwitzfine.com  kathik@hurwitzfine.com

Lee Scott Siegel

                         on behalf of Defendant SR International Business Company SE (f/k/a SR International Business Insurance Company Limited)
                         lss@hurwitzfine.com  kathik@hurwitzfine.com

Lee Scott Siegel

                         on behalf of Defendant QBE UK Limited (f/k/a QBE International Insurance Company Limited) lss@hurwitzfine.com
                         kathik@hurwitzfine.com

Lee Scott Siegel

                         on behalf of Defendant Darag Insurance UK Limited (f/k/a The Underwriter Insurance Company Limited) lss@hurwitzfine.com
                         kathik@hurwitzfine.com

Leslie A. Eaton

                         on behalf of Creditor Colorado Attorney General leslie.eaton@coag.gov

Leslie A. Eaton

                         on behalf of Creditor Colorado Department of Law leslie.eaton@coag.gov

Leslie A. Goller

                         on behalf of Creditor Board of Chicago School District No. 299 lgoller@terrellhogan.com

Linda Singer

                         on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants lsinger@motleyrice.com

Linda Singer

                         on behalf of Unknown State of Utah lsinger@motleyrice.com

Linda J Conti

                         on behalf of Creditor State of Maine linda.conti@maine.gov

Lisa A Szymanski

                         on behalf of Plaintiff Purdue Pharmaceuticals L.P. lszymanski@reedsmith.com

Lisa A Szymanski

                         on behalf of Plaintiff Purdue Pharma Manufacturing L.P. lszymanski@reedsmith.com

Lisa A Szymanski

                         on behalf of Plaintiff Purdue Pharma of Puerto Rico lszymanski@reedsmith.com

Lisa A Szymanski

                         on behalf of Plaintiff Rhodes Pharmaceuticals L.P. lszymanski@reedsmith.com

Lisa A Szymanski

                         on behalf of Plaintiff Purdue Pharmaceutical Products L.P. lszymanski@reedsmith.com

Lisa A Szymanski

                         on behalf of Plaintiff Purdue Transdermal Technologies L.P. lszymanski@reedsmith.com

Lisa A Szymanski

                         on behalf of Plaintiff Rhodes Technologies lszymanski@reedsmith.com

Lisa A Szymanski

                         on behalf of Plaintiff Purdue Pharma Inc. lszymanski@reedsmith.com

Lisa A Szymanski

                         on behalf of Plaintiff Purdue Pharma L.P. lszymanski@reedsmith.com

Lisa A Szymanski

                         on behalf of Plaintiff Avrio Health L.P. lszymanski@reedsmith.com

Lori A. Butler

                         on behalf of Creditor Pension Benefit Guaranty Corporation butler.lori@pbgc.gov  efile@pbgc.gov

Louis J. Testa

                         on behalf of Defendant The People of the State of New York  by Letitia James, Attorney General of the State of New York
                         louis.testa@ag.ny.gov

Louis J. Testa

                         on behalf of Creditor People of the State of New York louis.testa@ag.ny.gov

Lowell W. Finson

                         on behalf of Creditor Anne Alexander  et al. lowellwfinson@gmail.com

Lynn Hagman Murray

                         on behalf of Defendant Steadfast Insurance Company lhmurray@shb.com

Lynn Hagman Murray

                         on behalf of Defendant American Guarantee and Liability Insurance Company lhmurray@shb.com

Mai Lan G. Rodgers
on behalf of Creditor Pension Benefit Guaranty Corporation rodgers.mailan@pbgc.gov efile@pbgc.gov

Marc Joseph Tobak
on behalf of Plaintiff Purdue Transdermal Technologies L.P. mtobak@dpw.com purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Purdue Pharmaceuticals L.P. mtobak@dpw.com purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Rhodes Pharmaceuticals L.P. mtobak@dpw.com purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Debtor Purdue Pharma L.P. mtobak@dpw.com purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Purdue Pharma Manufacturing L.P. mtobak@dpw.com purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Purdue Pharmaceutical Products L.P. mtobak@dpw.com purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Purdue Pharma Inc. mtobak@dpw.com purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Purdue Pharma L.P. mtobak@dpw.com purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Rhodes Technologies mtobak@dpw.com purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Defendant Purdue Pharma L.P. mtobak@dpw.com purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Purdue Pharma of Puerto Rico mtobak@dpw.com purdue.bloyd.service@davispolk.com

Marc Joseph Tobak
on behalf of Plaintiff Avrio Health L.P. mtobak@dpw.com purdue.bloyd.service@davispolk.com

Marc P Gertz
on behalf of Creditor Northeast Ohio School Board Group mpgertz@gertzrosen.com

Margaret Truesdale
on behalf of Creditor Board of Chicago School District No. 299 mtruesdale@hsplegal.com

Mark Krueger
on behalf of Creditor State of Nevada mkrueger@ag.nv.gov dpotnar@ag.nv.gov,jwhitson@ag.nv.gov,lmtucker@ag.nv.gov

Mark Stein
on behalf of Creditor Bridge House Corporation mstein@lowenstein.com

Mark Tate
on behalf of Attorney Village of Amityville NY, et al. wkell@tatelawgroup.com

Mark S. Dym
on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 mdym@hsplegal.com

Mark S. Dym
on behalf of Creditor Board of Education of Thornton Township High School District 205 mdym@hsplegal.com

Mark S. Dym
on behalf of Creditor Board of Education of East Aurora School District 131 mdym@hsplegal.com

Mark S. Dym
on behalf of Creditor Board of Chicago School District No. 299 mdym@hsplegal.com

Marshall C. Turner
on behalf of Creditor Ascent Health Services marshall.turner@husch marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner
on behalf of Creditor Express Scripts Inc. marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com

Marshall C. Turner
on behalf of Creditor Express Scripts Senior Care Holdings Inc. marshall.turner@husch.com,
marshall-turner-8668@ecf.pacerpro.com

Marvin E. Clements, Jr.
on behalf of Creditor Tennessee Attorney General's Office agbanknewyork@ag.tn.gov

Marvin E. Clements, Jr.
on behalf of Creditor TN Dept of Revenue agbanknewyork@ag.tn.gov

Matthew J. Gold

                        on behalf of Defendant State of Washington mgold@kkwc.com

Matthew J. Gold
                        on behalf of Interested Party State of Washington mgold@kkwc.com

Matthew J. Piers
                        on behalf of Creditor Board of Education of Thornton Township High School District 205 mpiers@hsplegal.com
                        rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                        on behalf of Creditor The Board of Education of Thornton Township High School District 205 mpiers@hsplegal.com
                        rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                        on behalf of Creditor The Board of Education of East Aurora School District 131 mpiers@hsplegal.com
                        rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                        on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 mpiers@hsplegal.com
                        rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                        on behalf of Creditor The Board of Education of Thornton Fractional Township High School District 215 mpiers@hsplegal.com
                        rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                        on behalf of Creditor Board of Chicago School District No. 299 mpiers@hsplegal.com
                        rortiz@hsplegal.com;docketing@hsplegal.com

Matthew J. Piers
                        on behalf of Creditor Board of Education of East Aurora School District 131 mpiers@hsplegal.com
                        rortiz@hsplegal.com;docketing@hsplegal.com

Mawerdi Hamid
                        on behalf of Creditor State of Minnesota mawerdi.hamid@ag.state.mn.us

Megan Paris Rundlet
                        on behalf of Defendant State of Colorado megan.rundlet@coag.gov

Megan Paris Rundlet
                        on behalf of Creditor Colorado Attorney General megan.rundlet@coag.gov

Melanie L. Cyganowski
                        on behalf of Creditor State of Texas  acting by and through the Attorney General of Texas, Ken Paxton mcyganowski@oshr.com,
                        awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
                        randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melanie L. Cyganowski
                        on behalf of Creditor the State of Texas  acting by and through the Attorney General of Texas, Ken Paxton
                        mcyganowski@oshr.com,
                        awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
                        randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melanie L. Cyganowski
                        on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants mcyganowski@oshr.com
                        awilliams@oshr.com;jfeeney@otterbourg.com;Slane@otterbourg.com;ryan@otterbourg.com;jhildebrandt@otterbourg.com;hildeb
                        randtjr81341@notify.bestcase.com;mmaizel@otterbourg.com;mpantzer@otterbourg.com

Melissa L. Van Eck
                        on behalf of Creditor Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Melissa L. Van Eck
                        on behalf of Defendant Commonwealth of Pennsylvania mvaneck@attorneygeneral.gov

Merrida Coxwell
                        on behalf of Attorney Merrida P Coxwell lenah@coxwelllaw.com

Michael Goldstein
                        on behalf of Creditor Teva Canada Limited mgoldstein@goodwinlaw.com

Michael Goldstein
                        on behalf of Creditor Anda  Inc. mgoldstein@goodwinlaw.com

Michael Goldstein
                        on behalf of Creditor Teva Pharmaceuticals USA  Inc. mgoldstein@goodwinlaw.com

Michael Gorelick
                        on behalf of Defendant Liberty Mutual Insurance Europe SE (f/k/a Liberty International Insurance Company)
                        mgorelick@agfjlaw.com

Michael Luskin
                        on behalf of Interested Party Old Republic Insurance Company luskin@lsellp.com

Michael B. Rush
on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants rushm@gotofirm.com

Michael G Louis
on behalf of Unknown Joan E. Vasko mlouis@macelree.com

Michael Geoffrey Abelow
on behalf of Creditor Certain Hospital Creditors mabelow@sherrardroe.com  neads@sherrardroe.com

Michael I. Baird
on behalf of Creditor Pension Benefit Guaranty Corporation baird.michael@pbgc.gov  efile@pbgc.gov

Michael J Kasen
on behalf of Creditor Fredrick Hill mkasen@kasenlaw.com

Michael Morris Buchman
on behalf of Creditor Tucson Medical Center mbuchman@motleyrice.com

Michael Patrick O'Neil
on behalf of Creditor Ad Hoc Group of Hospitals moneil@taftlaw.com

Michael S. Kimm
on behalf of Creditor Jung U. Kim msk@kimmlaw.com  law@kimmlaw.com;proh@kimmlaw.com

Michiyo Michelle Burkart
on behalf of Defendant The People of the State of California michelle.burkart@doj.ca.gov

Michiyo Michelle Burkart
on behalf of Creditor The People of the State of California michelle.burkart@doj.ca.gov

Mimi Liu
on behalf of Unknown State of Utah mliu@motleyrice.com

Mimi Liu
on behalf of Creditor Ad Hoc Group of Non-Consenting States mliu@motleyrice.com

Mitchell Jay Auslander
on behalf of Defendant New Hampshire Insurance Company maosbny@willkie.com  mauslander@willkie.com

Mitchell Jay Auslander
on behalf of Defendant National Union Fire Insurance Company of Pittsburgh  PA maosbny@willkie.com,
mauslander@willkie.com

Mitchell Jay Auslander
on behalf of Defendant AIG Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company)
maosbny@willkie.com  mauslander@willkie.com

Mitchell Jay Auslander
on behalf of Defendant American International Reinsurance Company (f/k/a Starr Excess Liability Insurance International
Limited) maosbny@willkie.com  mauslander@willkie.com

Morgan R Bentley
on behalf of Attorney Sarasota County Public Hospital District mbentley@bentleyandbruning.com

Morton R. Branzburg
on behalf of Creditor AmerisourceBergen Drug Corporation mbranzburg@klehr.com  jtaylor@klehr.com

Muhammad Umair Khan
on behalf of Creditor People of the State of New York umair.khan@ag.ny.gov

Neil Francis Xavier Kelly
on behalf of Unknown STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS nkelly@riag.ri.gov
mdifonzo@riag.ri.gov

Neil L Henrichsen
on behalf of Unknown Board of Chicago School District No. 299 nhenrichsen@hslawyers.com

Nicholas F. Kajon
on behalf of Creditor Barbara Rivers nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Debra Dawsey nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Zachary R. Schneider nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor Dora Lawrence nfk@stevenslee.com

Nicholas F. Kajon
on behalf of Creditor W. Andrew Fox nfk@stevenslee.com

Nicholas F. Kajon

District/off: 0208-7
Date Rcvd: Apr 27, 2021

User:

Form ID: pdf001

Page 24 of 28

Total Noticed: 1

Nicholas F. Kajon

on behalf of Creditor Michael Klodzinski nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Marketing Services of Indiana  Inc. nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Amel Eiland nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor MSI Corporation nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Heather Enders nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Michael Konig nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Kevin Wilk nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Al Marino  Inc. nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor William Taylor nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Kimberly Brand nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Eli Medina nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Edward Grace nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Michael Christy nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Jordan Chu nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Michael Lopez nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Jason Reynolds nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Deborah Green-Kuchta nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Nadja Streiter nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Eric Hestrup  et al. nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor William Stock nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Ronald D. Stracener nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Gretta Golden nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Darcy Sherman nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor F. Kirk Hopkins nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Glenn Golden nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Attorney General  State of Arizona nfk@stevenslee.com

Nicholas F. Kajon

on behalf of Creditor Lou Sardella nfk@stevenslee.com

Nicklas Arnold Akers

on behalf of Creditor The People of the State of California nicklas.akers@doj.ca.gov

Nicklas Arnold Akers
          on behalf of Defendant The People of the State of California nicklas.akers@doj.ca.gov

Nickolas Karavolas
          on behalf of Interested Party Her Majesty in Right of the Province of British Columbia nkaravolas@phillipslytle.com
          ddrons@phillipslytle.com

Nicolas G. Keller
          on behalf of Unknown New York State Department of Financial Services nicolas.keller@dfs.ny.gov

Nicole A Leonard
          on behalf of Creditor Westchester Fire Insurance Company nleonard@mdmc-law.com  sshidner@mdmc-law.com

Norma E. Ortiz
          on behalf of Unknown The National Association for the Advancement of Colored People email@ortizandortiz.com
          bkcourt@gmail.com;ortiznoticeme@gmail.com;ortizandortiz@gmail.com;ortiznr70019@notify.bestcase.com

Patrick Francis McTernan
          on behalf of Defendant State of Hawaii  ex rel. Clare E. Connors, Attorney General pmcternan@croninfried.com,
          cfskf@croninfried.com

Patrick Francis McTernan
          on behalf of Creditor State of Hawaii ex rel. Clare E. Connors  Attorney General pmcternan@croninfried.com,
          cfskf@croninfried.com

Paul A. Rachmuth
          on behalf of Creditor Ad Hoc Committee on Accountability paul@paresq.com

Paul E. Breene
          on behalf of Plaintiff Purdue Pharma of Puerto Rico pbreene@reedsmith.com

Paul E. Breene
          on behalf of Plaintiff Purdue Transdermal Technologies L.P. pbreene@reedsmith.com

Paul E. Breene
          on behalf of Plaintiff Purdue Pharma Manufacturing L.P. pbreene@reedsmith.com

Paul E. Breene
          on behalf of Plaintiff Purdue Pharmaceuticals L.P. pbreene@reedsmith.com

Paul E. Breene
          on behalf of Plaintiff Purdue Pharmaceutical Products L.P. pbreene@reedsmith.com

Paul E. Breene
          on behalf of Plaintiff Rhodes Pharmaceuticals L.P. pbreene@reedsmith.com

Paul E. Breene
          on behalf of Plaintiff Avrio Health L.P. pbreene@reedsmith.com

Paul E. Breene
          on behalf of Plaintiff Rhodes Technologies pbreene@reedsmith.com

Paul E. Breene
          on behalf of Plaintiff Purdue Pharma L.P. pbreene@reedsmith.com

Paul E. Breene
          on behalf of Plaintiff Purdue Pharma Inc. pbreene@reedsmith.com

Paul R Koepff
          on behalf of Defendant Arch Reinsurance Ltd. paul.koepff@clydeco.us  meisee.hon@clydeco.us

Paul S Rothstein
          on behalf of Unknown Paul S Rothstein psr@rothsteinforjustice.com

Paul S Rothstein
          on behalf of Attorney Paul S Rothstein psr@rothsteinforjustice.com

Pearl Shah
          on behalf of Creditor Ad Hoc Group of Hospitals pshah@mcgrailbensinger.com

Pearl Shah
          on behalf of Creditor Hospital Claimants pshah@mcgrailbensinger.com

Peter D'Apice
          on behalf of Creditor Tiffany Dunford dapice@sbep-law.com

Peter D'Apice
          on behalf of Creditor Certain Native American Tribes and Others dapice@sbep-law.com

Peter Francis O'Neill
          on behalf of Defendant Steadfast Insurance Company pfoneill@shb.com

Peter Francis O'Neill

District/off: 0208-7                          User:                                Page 26 of 28
Date Rcvd: Apr 27, 2021                   Form ID: pdf001                     Total Noticed: 1

on behalf of Defendant American Guarantee and Liability Insurance Company pfoneill@shb.com

Peter H Weinberger

on behalf of Unknown Plaintiffs' Co-Leads and Plaintiffs' Executive Committee in MDL 2804 sschebek@spanglaw.com

Reuel D. Ash

on behalf of Creditor Impax Laboratories  LLC rash@ulmer.com, sbenoit@ulmer.com

Reuel D. Ash

on behalf of Creditor Amneal Pharmaceuticals LLC rash@ulmer.com  sbenoit@ulmer.com

Reuel D. Ash

on behalf of Creditor Amneal Pharmaceuticals of New York  LLC rash@ulmer.com, sbenoit@ulmer.com

Reuel D. Ash

on behalf of Creditor Impax Laboratories  Inc. rash@ulmer.com, sbenoit@ulmer.com

Richard Shore

on behalf of Creditor Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants shorer@gilbertlegal.com

Richard Shore

on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants shorer@gilbertlegal.com

Richard B. Levin

on behalf of Creditor McKesson Corporation rlevin@jenner.com

Richard James Leveridge

on behalf of Interested Party Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants leveridger@gilbertlegal.com

Richard Joseph Geddes

on behalf of Defendant XL Bermuda Ltd. richard.geddes@kennedyslaw.com

Richard R Gan

on behalf of Attorney Richard R Gan richlaw1@comcast.net

Robert Padjen

on behalf of Creditor Colorado Department of Law robert.padjen@coag.gov

Robert Padjen

on behalf of Defendant State of Colorado robert.padjen@coag.gov

Robert P. Charbonneau

on behalf of Creditor Attorney General  State of Florida rpc@agentislaw.com, bss@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com

Samuel Mitchell

on behalf of Creditor Tucson Medical Center sam@mitchellspeights.com

Sara Tonnesen

on behalf of Defendant Consumer Protection Division Office of the Attorney General (Md.) stonnesen@oag.state.md.us

Scott F. Gautier

on behalf of Unknown Collegium Pharmaceutical  Inc. scott.gautier@faegredrinker.com, kmeek@robinskaplan.com;mdelaney@robinskaplan.com

Scott I. Davidson

on behalf of Debtor Purdue Pharma L.P. sdavidson@kslaw.com  jcmccullough@kslaw.com

Scott S. Markowitz

on behalf of Creditor Ad Hoc Committee of NAS Babies smarkowitz@tarterkrinsky.com snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com

Sean A. O'Neal

on behalf of Interested Party Norton Rose Fulbright US LLP soneal@cgsh.com  maofiling@cgsh.com

Sean Michael Murphy

on behalf of Defendant State of Wisconsin murphysm@doj.state.wi.us  radkeke@doj.state.wi.us

Sean Michael Murphy

on behalf of Interested Party State of Wisconsin murphysm@doj.state.wi.us  radkeke@doj.state.wi.us

Seth Adam Meyer

on behalf of Defendant State of Arizona  ex rel. Mark Brnovich, Attorney General sam@kellerlenkner.com, docket@kellerlenkner.com

Seth Adam Meyer

on behalf of Creditor State of Arizona sam@kellerlenkner.com  docket@kellerlenkner.com

Seth Adam Meyer

on behalf of Creditor Attorney General  State of Arizona sam@kellerlenkner.com, docket@kellerlenkner.com

Shawn M. Christianson

on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shmuel Vasser

on behalf of Attorney Dechert LLP shmuel.vasser@dechert.com  nycmanagingclerks@dechert.com,brett.stone@dechert.com

Steven A Skalet

on behalf of Creditor Board of Education of Thornton Fractional Township High School District 215 sskalet@findjustice.com

Steven A Skalet

on behalf of Creditor Board of Chicago School District No. 299 sskalet@findjustice.com

Steven A Skalet

on behalf of Creditor Board of Education of East Aurora School District 131 sskalet@findjustice.com

Steven A Skalet

on behalf of Creditor Board of Education of Thornton Township High School District 205 sskalet@findjustice.com

Steven A. Ginther

on behalf of Creditor Missouri Department of Revenue sdnyecf@dor.mo.gov

Steven P Ordaz

on behalf of Unknown BMC Group  Inc sordaz@bmcgroup.com

Susan Ellis

on behalf of Unknown State of Illinois sellis@atg.state.il.us

Sydenham B. Alexander, III

on behalf of Defendant Commonwealth of Massachusetts sandy.alexander@mass.gov

Sydenham B. Alexander, III

on behalf of Creditor Commonwealth of Massachusetts sandy.alexander@mass.gov

Tancred V. Schiavoni

on behalf of Defendant Chubb Bermuda Insurance Ltd. (f/k/a ACE Bermuda Insurance Ltd.) tschiavoni@omm.com
jmcdonald@omm.com;tancred-schiavoni-9326@ecf.pacerpro.com

Thomas Lauria

on behalf of Unknown Ad Hoc Group of Individual Victims of Purdue Pharma L.P. tlauria@whitecase.com

Thomas Maeglin

on behalf of Defendant Liberty Mutual Insurance Europe SE (f/k/a Liberty International Insurance Company)
tmaeglin@agfjlaw.com

Thomas D. Bielli

on behalf of Attorney Bielli & Klauder  LLC tbielli@bk-legal.com, dklauder@bk-legal.com;tnobis@bk-legal.com

Thomas D. Bielli

on behalf of Examiner David M. Klauder tbielli@bk-legal.com  dklauder@bk-legal.com;tnobis@bk-legal.com

Thomas Moultrie Beshere, III

on behalf of Creditor Commonwealth of Virginia  ex rel. Mark R. Herring, Attorney General tbeshere@oag.state.va.us

Timothy Lundgren

on behalf of Creditor The People of the State of California timothy.lundgren@doj.ca.gov

Timothy E. Graulich

on behalf of Debtor Purdue Pharma L.P. ecf.ct.papers@davispolk.com;bankruptcy_routing@davispolk.com

Todd E. Phillips

on behalf of Unknown Multi-State Governmental Entities Group tphillips@capdale.com
cecilia-guerrero-caplin-6140@ecf.pacerpro.com

Trish Lazich

on behalf of Creditor Ohio Attorney General trish.lazich@ohioattorneygeneral.gov

United States Trustee

USTPRegion02.NYECF@USDOJ.GOV

Vadim J. Rubinstein

on behalf of Creditor Nevada Counties and Municipalities vrubinstein@loeb.com
vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com

Vadim J. Rubinstein

on behalf of Defendant Nevada Counties and Municipalities vrubinstein@loeb.com
vrubinstein@ecf.courtdrive.com;nybkdocket@loeb.com

Warren A. Usatine

on behalf of Creditor Committee Official Committee of Unsecured Creditors wusatine@coleschotz.com  fpisano@coleschotz.com

Wendy Tien

on behalf of Defendant State of Minnesota by its Attorney General  Keith Ellison wendy.tien@ag.state.mn.us

William Hao
    on behalf of Creditor OptumRX  Inc. william.hao@alston.com, leslie.salcedo@alston.com

William J. Brennan
    on behalf of Defendant XL Bermuda Ltd. william.brennan@kennedyslaw.com

William J. Brennan
    on behalf of Defendant XL Bermuda Ltd. (f/k/a XL Insurance Company  Ltd.) william.brennan@kennedyslaw.com

William P. Weintraub
    on behalf of Creditor Anda  Inc. wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

William P. Weintraub
    on behalf of Creditor Teva Pharmaceuticals USA  Inc. wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

William P. Weintraub
    on behalf of Creditor Teva Canada Limited wweintraub@goodwinprocter.com  gfox@goodwinprocter.com

William R Pearson
    on behalf of Defendant State of Iowa  Thomas J. Miller, Attorney General of Iowa william.pearson@ag.iowa.gov

William R Pearson
    on behalf of Creditor State of Iowa  Ex Rel william.pearson@ag.iowa.gov

William S Consovoy
    on behalf of Creditor Attorney General  State of Arizona will@consovoymccarthy.com

TOTAL: 698