**BINDER & SCHWARTZ LLP**
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008
Facsimile: (212) 510-7299
Eric B. Fisher

*Attorneys for the Public School District Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**PURDUE PHARMA L.P.,** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-23649 (RDD)<br><br>(Jointly Administered) |

# CERTIFICATE OF SERVICE

I, Eric B. Fisher, hereby certify that on April 29, 2021, I caused true and correct copies of the following document:

> *Supplement to Objection of the Public School District Creditors to Debtors' Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto* (ECF No. 2773)

to be served (i) by the Court's Case Management / Electronic Case Files (CM/ECF) system;

(ii) by email upon those parties listed with email addresses on the Master Service List maintained

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

by Prime Clerk in respect of these Chapter 11 cases; (iii) by first class mail upon those parties on the Master Service List with no indicated email address; (iv) by email upon counsel to the Debtors (marshall.huebner@davispolk.com, kaminet@dpw.com, christopher.robertson@davispolk.com, eli.vonnegut@davispolk.com); (v) by email upon counsel to the Creditors Committee (apreis@akingump.com, mhurley@akingump.com, sbrauner@akingump.com, elisovicz@akingump.com, jalberto@coleschotz.com); (vi) by email and first class mail upon the Office of the United States Trustee for the Southern District of New York, attn: Paul K. Schwartzberg (paul.schwartzberg@usdoj.gov); and (vii) by Federal Express upon the chambers of the Honorable Judge Robert D. Drain.

Dated: April 30, 2021

/s/ Eric B. Fisher
Eric B. Fisher