**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P.**, *et al.*, | Case No. 19-23649 (RDD) |
| Debtors. [1] | (Jointly Administered) |

## MONTHLY FEE STATEMENT OF PRIME CLERK LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021

By this monthly fee statement (the "**Statement**"), pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby seeks compensation and reimbursement for reasonable and necessary fees and expenses incurred for the period from March 1, 2021 through March 31, 2021 (the "**Statement Period**"). In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "**Compensation Order**"), Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in an amount equal to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

$50,324.80 and payment of $40,259.84, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in an amount equal to $0.00.    In support of the Statement, Prime Clerk respectfully represents as follows:

| | |
|---|---|
| Name of Professional: | Prime Clerk LLC |
| Authorized to Provide Administrative Advisor Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 21, 2019, *nunc pro tunc* to September 15, 2019 |
| Period for which compensation and reimbursement is sought: | March 1, 2021 through March 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $50,324.80[2] |
| 80% of compensation sought as actual, reasonable and necessary: | $40,259.84 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $0.00 |
| **Total amount to be paid at this time:** | **$40,259.84** |

---

[2] In accordance with the Compensation Order, at the expiration of the Objection Deadline (as defined in the Compensation Order), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Statement to which no Objection (as defined in the Compensation Order) has been served.

### Prior Monthly Fee Statements

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses | Holdback (20%) |
|---|---|---|---|---|---|---|
| 3/1/21; ECF No. 2431 | 2/1/20 – 2/29/20; 8/1/20 – 8/31/20; 12/1/20 – 1/31/21 | $16,432.25 (payment of 80% or $13,145.80) | $0.00 | $13,145.80 (80% of $16,432.25) | $0.00 | $3,286.45 |
| 3/30/21; ECF No. 2575 | 2/1/21 – 2/28/21 | $31,671.25 (payment of 80% or $25,337.00) | $0.00 | $25,337.00 (80% of $31,671.25) | $0.00 | $6,334.25 |

### Prior Interim Fee Application

| Date Filed; ECF No. | Period Covered | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| 3/15/21; ECF No. 2482 | 2/1/20 – 1/31/21 | $16,432.25 | $0.00 | TBD[3] | $0.00 |

### Summary of Hours Billed by Prime Clerk Employees During the Statement Period

| Employee Name | Title | Total Hours | Rate | Total |
|---|---|---|---|---|
| Concepcion, Alexa | Director of Solicitation | 3.70 | $231.50 | $856.55 |
| Daloia, James F | Director of Solicitation | 1.20 | $231.50 | $277.80 |
| Johnson, Craig | Director of Solicitation | 42.70 | $231.50 | $9,885.05 |
| Orchowski, Alex T | Director of Solicitation | 41.10 | $231.50 | $9,514.65 |
| Sharp, David | Director of Solicitation | 8.50 | $231.50 | $1,967.75 |
| Brountzas, Katina | Director | 1.60 | $214.90 | $343.84 |
| Brunswick, Gabriel | Director | 1.60 | $214.90 | $343.84 |
| Corr, Stacey | Director | 1.50 | $214.90 | $322.35 |
| Dubin, Mariah | Director | 0.80 | $214.90 | $171.92 |
| Faust, Georgia L | Director | 0.80 | $214.90 | $171.92 |
| Weiner, Shira D | Director | 1.90 | $214.90 | $408.31 |
| Brown, Mark M | Solicitation Consultant | 8.30 | $209.40 | $1,738.02 |
| Jadonath, Anna | Solicitation Consultant | 14.30 | $209.40 | $2,994.42 |

[3] The hearing date and objection deadline date with respect to Prime Clerk's first interim fee application have not been set.  To date, no formal or informal responses or objections have been filed or received.

| | | | | |
|---|---|---|---|---|
| Liu, Calvin L | Solicitation Consultant | 3.00 | $209.40 | $628.20 |
| Mackey, Tessa Rose Lord | Solicitation Consultant | 21.00 | $209.40 | $4,397.40 |
| Plerqui, Justin | Solicitation Consultant | 1.20 | $209.40 | $251.28 |
| Scully, Nickesha C | Solicitation Consultant | 3.40 | $209.40 | $711.96 |
| Steinberg, Zachary | Solicitation Consultant | 38.00 | $209.40 | $7,957.20 |
| Taatjes, Hayden S | Solicitation Consultant | 1.00 | $209.40 | $209.40 |
| Vyskocil, Ryan J | Solicitation Consultant | 60.50 | $209.40 | $12,668.70 |
| Gabriel, Ben | Consultant | 0.60 | $159.80 | $95.88 |
| | **TOTAL** | **256.70** | | **$55,916.44**[4] |
| | **BLENDED RATE** | | **$217.83** | |

### Summary of Fees Billed by Subject Matter During the Statement Period

| Matter Description | Total Hours | Total |
|---|---|---|
| Call Center / Credit Inquiry | 78.20 | $17,344.11 |
| Retention / Fee Application | 2.80 | $568.66 |
| Solicitation | 175.70 | $38,003.67 |
| **TOTAL** | **256.70** | **$55,916.44**[5] |

### Summary of Expenses Incurred by Prime Clerk Employee During the Statement Period

| Description | Total |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |

*[Remainder of page intentionally left blank]*

---

[4, 5] This amount has been discounted to $50,324.80 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $196.05.

## Jurisdiction

1.      The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.).  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.  The predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and the Local Bankruptcy Rules.

## Background

2.      On September 15 and September 16, 2019 (together, the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.  Joint administration of the Debtors' cases was authorized by the Court by entry of an order on September 18, 2019.  On September 27, 2019, the Office of the United States Trustee for the Southern District of New York appointed an Official Committee of Unsecured Creditors to serve in these chapter 11 cases.

## Retention of Prime Clerk

3.      On November 21, 2019, the Court entered the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 531] (the "**Administrative Advisor Order**"), which authorized the Debtors to employ and retain Prime Clerk as administrative advisor *nunc pro tunc* to the Petition Date.

## Relief Requested

4.      Prime Clerk submits this Statement in accordance with the Compensation Order. All services for which Prime Clerk requests compensation were performed for, or on behalf of, the Debtors.

5.      Prime Clerk seeks (a) allowance of reasonable and necessary fees incurred during the Statement Period in the total amount of $50,324.80 and payment of $40,259.84, which represents 80% of the total amount, and (b) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

6.      Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative agent to the Debtors.  In that regard, **Exhibit A**: (a) identifies the employee that rendered services in each task category; (b) describes each service such employee performed; (c) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (d) as applicable, sets forth the type of expenses incurred.  **Exhibit B** hereto sets forth the type of expenses incurred by each Prime Clerk employee during the Statement Period, if any.  In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its employees and cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned and are subject to periodic adjustments to reflect economic and other conditions.

7.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

## Notice

8.      Pursuant to the Compensation Order, this Statement will be served upon the Notice Parties (as defined in the Compensation Order).   Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

## Conclusion

9.      WHEREFORE, pursuant to the Compensation Order, Prime Clerk respectfully requests (i) allowance of reasonable and necessary fees for the Statement Period in the total amount of $50,324.80 and payment of $40,259.84, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

Dated:  April 30, 2021
      New York, New York             Prime Clerk LLC

                                        */s/ Shira D. Weiner*
                                        Shira D. Weiner
                                        General Counsel
                                        One Grand Central Place
                                        60 East 42nd Street, Suite 1440
                                        New York, NY 10165
                                        Telephone: (212) 257-5450
                                        Email: sweiner@primeclerk.com

                                        *Administrative Advisor to the Debtors*

## Exhibit A

**Fee Detail**

Prime Clerk | A Division of DUFF&PHELPS

One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

primeclerk.com

## Hourly Fees by Employee through March  2021

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| BG | Gabriel, Ben | CO - Consultant | 0.60 | $159.80 | $95.88 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 8.30 | $209.40 | $1,738.02 |
| AJAD | Jadonath, Anna | SA - Solicitation Consultant | 14.30 | $209.40 | $2,994.42 |
| CLL | Liu, Calvin L | SA - Solicitation Consultant | 3.00 | $209.40 | $628.20 |
| TRLM | Mackey, Tessa Rose Lord | SA - Solicitation Consultant | 21.00 | $209.40 | $4,397.40 |
| JPL | Plerqui, Justin | SA - Solicitation Consultant | 1.20 | $209.40 | $251.28 |
| NCS | Scully, Nickesha C | SA - Solicitation Consultant | 3.40 | $209.40 | $711.96 |
| ZS | Steinberg, Zachary | SA - Solicitation Consultant | 38.00 | $209.40 | $7,957.20 |
| HST | Taatjes, Hayden S | SA - Solicitation Consultant | 1.00 | $209.40 | $209.40 |
| RJV | Vyskocil, Ryan J | SA - Solicitation Consultant | 60.50 | $209.40 | $12,668.70 |
| KBRO | Brountzas, Katina | DI - Director | 1.60 | $214.90 | $343.84 |
| GB | Brunswick, Gabriel | DI - Director | 1.60 | $214.90 | $343.84 |
| STCO | Corr, Stacey | DI - Director | 1.50 | $214.90 | $322.35 |
| MDU | Dubin, Mariah | DI - Director | 0.80 | $214.90 | $171.92 |
| GLF | Faust, Georgia L | DI - Director | 0.80 | $214.90 | $171.92 |
| SW | Weiner, Shira D | DI - Director | 1.90 | $214.90 | $408.31 |
| ACON | Concepcion, Alexa | DS - Director of Solicitation | 3.70 | $231.50 | $856.55 |
| JFD | Daloia, James F | DS - Director of Solicitation | 1.20 | $231.50 | $277.80 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 42.70 | $231.50 | $9,885.05 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 41.10 | $231.50 | $9,514.65 |
| DS | Sharp, David | DS - Director of Solicitation | 8.50 | $231.50 | $1,967.75 |
| | | **TOTAL:** | **256.70** | | **$55,916.44** |

## Hourly Fees by Task Code through March  2021

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|

Purdue Pharma

| INQR | Call Center / Credit Inquiry | 78.20 | $17,344.11 |
| RETN | Retention / Fee Application | 2.80 | $568.66 |
| SOLI | Solicitation | 175.70 | $38,003.67 |
| | **TOTAL:** | **256.70** | **$55,916.44** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 03/01/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 03/02/21 | ATO | DS | Confer with C. Johnson and R. Vyskocil (Prime Clerk) re revised proposed solicitation timeline | Solicitation | 0.50 |
| 03/02/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.30 |
| 03/02/21 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) related to solicitation logistics | Solicitation | 1.30 |
| 03/02/21 | CJ | DS | Review and revise draft solicitation and tabultion FAQs | Call Center / Credit Inquiry | 0.40 |
| 03/02/21 | CJ | DS | Confer with A. Orchowski and R. Vyskocil (Prime Clerk) re revised proposed solicitation timeline | Solicitation | 0.30 |
| 03/02/21 | CJ | DS | Review, research, and provide comments to counsel re: revised proposed solicitation timetable | Solicitation | 0.60 |
| 03/02/21 | CLL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 03/02/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 03/03/21 | ATO | DS | Coordinate with C. Johnson and R. Vyskocil (Prime Clerk) re potential revisions to solicitation procedures | Solicitation | 0.40 |
| 03/03/21 | ATO | DS | Respond to inquiries fro D. Consla (Davis Polk) related to solicitation procedures | Solicitation | 0.30 |
| 03/03/21 | CJ | DS | Coordinate with A. Orchowski and R. Vyskocil (Prime Clerk) re potential revisions to solicitation procedures | Solicitation | 0.20 |
| 03/03/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 03/04/21 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 1.20 |
| 03/04/21 | CJ | DS | Communicate with K. Brountzas and D. Sharp (Prime Clerk) re comments to draft solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.20 |
| 03/04/21 | CJ | DS | Research and revise provisions of solicitation and tabulation procedures | Solicitation | 1.40 |
| 03/04/21 | DS | DS | Review FAQs for upcoming solicitation | Solicitation | 0.60 |
| 03/04/21 | GB | DI | Draft interim fee application | Retention / Fee Application | 1.20 |
| 03/04/21 | JPL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.30 |
| 03/04/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 03/05/21 | ACON | DS | Review draft FAQs related to solicitation inquiries | Call Center / | 2.30 |

| | | | | Credit Inquiry | |
|---|---|---|---|---|---|
| 03/05/21 | ACON | DS | Confer with A. Orchokski (Prime Clerk) re review of the draft solicitation FAQs | Call Center / Credit Inquiry | 0.10 |
| 03/05/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.20 |
| 03/05/21 | ATO | DS | Coordinate with C. Johnson and R. Vyskocil (Prime Clerk) re additional proposed revisions to solicitation and voting procedures and plan solicitation directive | Solicitation | 0.60 |
| 03/05/21 | CJ | DS | Coordinate with A. Orchowski and R. Vyskocil (Prime Clerk) re additional proposed revisions to solicitation and voting procedures and plan solicitation directive | Solicitation | 0.60 |
| 03/05/21 | CJ | DS | Review and edit updated drafts of solicitaiton and tabulation procedures, plan solicitation directive, and master ballot | Solicitation | 1.30 |
| 03/05/21 | MMB | SA | Confer and coordinate with C. Johnson (Prime Clerk) re Plan solicitation (.1), quality assurance review and edit of draft solicitation procedures (.6) | Solicitation | 0.70 |
| 03/05/21 | NCS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 03/05/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.30 |
| 03/05/21 | STCO | DI | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 03/05/21 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.50 |
| 03/06/21 | CJ | DS | Review proposed edits to solicitation materials provided by S. Weiner and G. Brunswick (Prime Clerk) | Solicitation | 0.30 |
| 03/07/21 | CJ | DS | Review proposed edits to solicitation materials provided by S. Weiner and G. Brunswick (Prime Clerk) | Solicitation | 0.50 |
| 03/08/21 | ATO | DS | Respond to creditor inquiries related to upcoming solicitation | Call Center / Credit Inquiry | 0.90 |
| 03/08/21 | CJ | DS | Correspondence with S. Ford (DPW) re status of proposed edits to solicitation and voting procedures | Solicitation | 0.10 |
| 03/08/21 | MMB | SA | Review correspondence with Prime Clerk case team (C. Johnson, H. Baer, J. Finegan, I. Nikelsberg, P. Labissiere, A. Orchowski, R. Vyskocil) and S. Ford, D. Consla (DPW) related to Plan solicitation | Solicitation | 0.30 |
| 03/08/21 | RJV | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.50 |
| 03/08/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.80 |
| 03/08/21 | SW | DI | Review and revise interim fee application | Retention / Fee Application | 0.40 |
| 03/09/21 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) related to solicitation record date | Solicitation | 0.60 |
| 03/09/21 | ATO | DS | Telephone conference with G. Brunswick, G. Faust and C. Johnson (Prime Clerk) related to communications logistics in preparation for upcoming solicitation | Solicitation | 0.70 |

Purdue Pharma

| Date | Timekeeper | Role | Description | Category | Hours |
|------|------|------|-------------|----------|-------|
| 03/09/21 | CJ | DS | Telephone conference with S. Weiner, G. Brunswick, A. Orchowski, R. Vyskocil, K. Brountzas, G. Faust, A. Jaffar, and P. Labissiere (Prime Clerk) re solicitation and tabulation | Call Center / Credit Inquiry | 0.80 |
| 03/09/21 | CJ | DS | Review and update draft solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.70 |
| 03/09/21 | CJ | DS | Research and respond to inquiries from D. Consla (DPW) re proposed tabulation procedures | Solicitation | 0.60 |
| 03/09/21 | CJ | DS | Review, revise, and circulate to D. Consla and S. Ford (DPW) proposed edits to the draft solicitation procedures, solicitation directive procedures, and master ballot | Solicitation | 1.30 |
| 03/09/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.60 |
| 03/09/21 | MMB | SA | Review correspondence with case team (C. Johnson, H. Baer, A. Orchowski, K. Brountzas, N. Dolan, R. Vyskocil) and D. Consla and J. Knudson (DPW) related to Plan solicitation | Solicitation | 0.30 |
| 03/09/21 | NCS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 03/09/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 03/09/21 | RJV | SA | Confer and coordinate with C. Johnson, A. Orchowski, K. Brountzas, G. Faust, G. Brunswick, P. Labissiere and S. Weiner (Prime Clerk) re solicitation and tabulation | Solicitation | 0.80 |
| 03/09/21 | SW | DI | Telephone conference with Prime Clerk team (G. Brunswick, P. Labissiere, K. Brountzas, R. Vyskocil, G. Faust and C. Johnson) regarding law firm directive verification and related processes | Solicitation | 0.50 |
| 03/10/21 | AJAD | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.00 |
| 03/10/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.40 |
| 03/10/21 | ATO | DS | Respond to inquiries from D. Klein (Davis Polk) related to solicitation record date | Solicitation | 0.10 |
| 03/10/21 | ATO | DS | Telephone conference with Prime Clerk team (S. Weiner, G. Brunswick, A. Adler, B. Steele, H. Baer, C. Johnson and R. Vyskocil) re proposed edits to the solicitation and tabulation procedures | Solicitation | 0.40 |
| 03/10/21 | CJ | DS | Telephone conference with Prime Clerk team (S. Weiner, G. Brunswick, A. Adler, B. Steele, H. Baer, A. Orchowski and R. Vyskocil) re proposed edits to the solicitation and tabulation procedures | Solicitation | 0.40 |
| 03/10/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.80 |
| 03/10/21 | NCS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 03/10/21 | RJV | SA | Review and revise FAQs to be used after solicitaiton commences | Call Center / Credit Inquiry | 1.20 |
| 03/10/21 | RJV | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.70 |
| 03/10/21 | RJV | SA | Review and analyze solicitation materials and procedures to | Solicitation | 0.70 |

Purdue Pharma

| | | | | | |
|---|---|---|---|---|---|
| | | | be implemented in upcoming solicitation | | |
| 03/11/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.40 |
| 03/11/21 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) related to solicitation logistics | Solicitation | 0.70 |
| 03/11/21 | CJ | DS | Confer with A. Orchowski and R. Vyskocil (Prime Clerk) re draft plan, disclosure statement, and solicitation procedures | Solicitation | 0.40 |
| 03/11/21 | CJ | DS | Confer with D. Consla and S. Ford (DPW) re draft plan, disclosure statement and solicitation procedures | Solicitation | 0.20 |
| 03/11/21 | CJ | DS | Review latest comments to draft solicitation and tabulation procedures | Solicitation | 0.50 |
| 03/11/21 | CLL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 03/11/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.60 |
| 03/11/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.50 |
| 03/12/21 | ATO | DS | Confer with C. Johnson and R. Vyskocil (Prime Clerk) re suggested edits to revised motion to approve solicitation procedures and exhibits thereto | Solicitation | 0.50 |
| 03/12/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.70 |
| 03/12/21 | CJ | DS | Collaborate with R. Vyskocil (Prime Clerk) re suggested edits to solicitation and tabulation procedures | Solicitation | 0.30 |
| 03/12/21 | CJ | DS | Telephone conference call with D. Consla and S. Ford (DPW) re proposed edits the solicitation and voting procedures, solicitation directive procedures, and master ballot and circulate proposed edits to D. Consla and S. Ford (DPW) | Solicitation | 0.10 |
| 03/12/21 | CJ | DS | Review and revise drafts of the solicitation and voting procedures, solicitation directive procedures, and master ballot and circulate proposed edits to D. Consla and S. Ford (DPW) | Solicitation | 1.10 |
| 03/12/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.30 |
| 03/13/21 | CJ | DS | Review revised drafts of motion to approve disclosure statement | Solicitation | 0.80 |
| 03/14/21 | ATO | DS | Confer with C. Johnson and R. Vyskocil (Prime Clerk) re suggested edits to revised motion to approve solicitation procedures and exhibits thereto | Solicitation | 0.30 |
| 03/14/21 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 3.10 |
| 03/14/21 | CJ | DS | Confer with A. Orchowski, R, Vyskocil, and M. Brown (Prime Clerk) re suggested edits to revised motion to approve solicitation procedures and exhibits thereto | Solicitation | 0.30 |
| 03/14/21 | CJ | DS | Research, review, and revise draft motion to approve disclosure statement and all accompanying exhibits thereto including ballots and notices | Solicitation | 4.30 |

Purdue Pharma                                                                                    Page 7

Invoice #: 15110

| | | | | | |
|---|---|---|---|---|---|
| 03/14/21 | MMB | SA | Confer and coordinate with case team (C. Johnson) re Plan solicitation (.1); quality assurance review and edit of draft solicitation materials (2.7) | Solicitation | 2.80 |
| 03/14/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.50 |
| 03/15/21 | AJAD | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.20 |
| 03/15/21 | CJ | DS | Coordinate with A. Orchowski and R. Vyskocil (Prime Clerk) re final edits to draft motion to approve the disclosure statement and accompanying exhibits | Solicitation | 0.90 |
| 03/15/21 | CJ | DS | Correspond with D. Consla and S. Ford (DPW) re suggested edits to solicitation procedures, ballots, and notices | Solicitation | 0.40 |
| 03/15/21 | CJ | DS | Draft proposed edits to motion to approve disclosure statement | Solicitation | 1.20 |
| 03/15/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.00 |
| 03/15/21 | STCO | DI | Review updated diclosure statement notices (.9); correspondence with C. Johnson (Prime Clerk) regarding same (.1) | Solicitation | 1.00 |
| 03/15/21 | SW | DI | Review and provide comments to solicitation directive materials | Solicitation | 0.80 |
| 03/15/21 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 03/16/21 | ACON | DS | Coordinate with J. Daloia, A. Orchowski, D. Sharp, C. Johnson, and G. Brunswick (Prime Clerk) re compliance with privacy policies in connection with upcoming solicitation and tabulation | Solicitation | 0.50 |
| 03/16/21 | ATO | DS | Coordinate with J. Daloia, C. Johnson, D. Sharp, A. Concepcion, and G. Brunswick (Prime Clerk) re solicitation and tabulation | Solicitation | 0.50 |
| 03/16/21 | CJ | DS | Review draft solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.40 |
| 03/16/21 | CJ | DS | Coordinate with J. Daloia, A. Orchowski, D. Sharp, A. Concepcion, and G. Brunswick (Prime Clerk) re solicitation and tabulation | Solicitation | 0.50 |
| 03/16/21 | CJ | DS | Review solicitation and voting procedures (as filed) to prepare for upcoming solicitation and tabulation | Solicitation | 1.10 |
| 03/16/21 | DS | DS | Coordinate with J. Daloia, A. Orchowski, C. Johnson, A. Concepcion, and G. Brunswick (Prime Clerk) re solicitation and tabulation | Solicitation | 0.50 |
| 03/16/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.90 |
| 03/16/21 | JPL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.30 |
| 03/16/21 | MMB | SA | Review correspondence with Prime Clerk case team (C. Johnson, A. Orchowski, K. Brountzas, H. Baer, J. Daloia, R. Vyskocil, P. Labissiere, Z. Steinberg) and D. Consla (DPW) related to Plan solicitation | Solicitation | 0.40 |

| 03/16/21 | MMB | SA | Confer and coordinate with case team (R. Vyskocil) re Plan solicitation (.1); quality assurance review and edit of solicitation notice and solicitation directive (.7) | Solicitation | 0.80 |
|---|---|---|---|---|---|
| 03/16/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 03/17/21 | ATO | DS | Confer with J. Daloia, C. Johnson, and R. Vyskocil (Prime Clerk) re procedures for responding to inquiries | Call Center / Credit Inquiry | 0.30 |
| 03/17/21 | ATO | DS | Telephone conference with J. Daloia, G. Brunswick, C. Johnson, R. Vyskocil, K. Brountzas, and G. Faust (Prime Clerk) re solicitation and tabulation inquiries | Call Center / Credit Inquiry | 1.10 |
| 03/17/21 | CJ | DS | Confer with M. Brown (Prime Clerk) re revisions to solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.20 |
| 03/17/21 | CJ | DS | Confer with J. Daloia, A. Orchowski, and R. Vyskocil (Prime Clerk) re procedures for responding to inquiries | Call Center / Credit Inquiry | 0.30 |
| 03/17/21 | CJ | DS | Telephone conference with J. Daloia, G. Brunswick, A. Orchowski, R. Vyskocil, K. Brountzas, and G. Faust (Prime Clerk) re solicitation and tabulation inquiries | Call Center / Credit Inquiry | 1.10 |
| 03/17/21 | CJ | DS | Review and revise solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.60 |
| 03/17/21 | CJ | DS | Confer with D. Sharp (Prime Clerk) re tabulation procedures | Solicitation | 0.10 |
| 03/17/21 | CJ | DS | Review solicitation and tabulation procedures (as filed) to ensure compliance | Solicitation | 1.10 |
| 03/17/21 | CLL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 03/17/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.90 |
| 03/17/21 | DS | DS | Confer with C. Johnson (Prime Clerk) re tabulation procedures | Solicitation | 0.10 |
| 03/17/21 | KBRO | DI | WebEx conference with C. Johnson, J. Daloia, G. Brunswick, A. Orchowski, R. Vyskocil, and G. Faust (Prime Clerk) re compliance with applicable privacy protocols when responding to solicitation and tabulation inquiries | Call Center / Credit Inquiry | 1.10 |
| 03/17/21 | MMB | SA | Update FAQ materials for use in connection with responses to solicitation inquiries | Call Center / Credit Inquiry | 2.70 |
| 03/17/21 | MMB | SA | Review correspondence with Prime Clerk case team (C. Johnson, A. Orchowski, H. Baer, R. Vyskocil, B. Senecal), and D. Consla (DPW) related to Plan solicitation | Solicitation | 0.20 |
| 03/17/21 | RJV | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 1.20 |
| 03/17/21 | RJV | SA | Confer and coordinate with A. Orchowski, C. Johnson, J. Daloia, K. Brountzas, G. Brunswick and G. Faust (Prime Clerk) re inquiry work flow | Solicitation | 1.00 |
| 03/17/21 | RJV | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.50 |
| 03/17/21 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 03/18/21 | AJAD | SA | Review and analyze incoming law firm directive forms | Solicitation | 0.80 |

Purdue Pharma

Page 9

Invoice #: 15110

| 03/18/21 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 1.30 |
|---|---|---|---|---|---|
| 03/18/21 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 0.70 |
| 03/18/21 | CJ | DS | Edit draft solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.70 |
| 03/18/21 | CJ | DS | Confer with R. Vyskocil (Prime Clerk) re responses to inquiries from law firms | Call Center / Credit Inquiry | 0.30 |
| 03/18/21 | CJ | DS | Coordinate with A. Orchowski and R. Vyskocil (Prime Clerk) re preparations for solicitation and tabulation, including conferring on solicitation and tabulation rules as filed | Solicitation | 0.80 |
| 03/18/21 | CJ | DS | Confer with R. Posner (Teneo) re solicitation and tabulation FAQs | Solicitation | 0.20 |
| 03/18/21 | DS | DS | Review solicitation procedures directive | Solicitation | 1.20 |
| 03/18/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.90 |
| 03/18/21 | JPL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.60 |
| 03/18/21 | RJV | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 2.00 |
| 03/18/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 4.00 |
| 03/18/21 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.70 |
| 03/19/21 | ACON | DS | Telephone conference with G. Brunswick, A. Orchowski, R. Vyskocil, C. Johnson, S. Kesler, H. Taatjes, A. Jadonath, T. Mackey, and Z. Steinberg (Prime Clerk) re responding to solicitation and tabulation inquiries | Call Center / Credit Inquiry | 0.80 |
| 03/19/21 | AJAD | SA | Telephone conference with G. Brunswick, A. Orchowski, R. Vyskocil, A. Concepcion, S. Kesler, H. Taatjes, T. Mackey, C. Johnson and Z. Steinberg (Prime Clerk) re responding to solicitation and tabulation inquiries | Call Center / Credit Inquiry | 1.50 |
| 03/19/21 | ATO | DS | Confer with C. Johnson and R. Vyskocil (Prime Clerk) re responding to solicitation and tabulation inquiries | Call Center / Credit Inquiry | 0.60 |
| 03/19/21 | ATO | DS | Confer with C. Johnson, R. Vyskocil, and M. Brown (Prime Clerk) re revised solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.40 |
| 03/19/21 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.60 |
| 03/19/21 | ATO | DS | Telephone conference with G. Brunswick, C. Johnson, R. Vyskocil, A. Concepcion, S. Kesler, H. Taatjes, A. Jadonath, T. Mackey, and Z. Steinberg (Prime Clerk) re responding to solicitation and tabulation inquiries | Call Center / Credit Inquiry | 1.50 |
| 03/19/21 | CJ | DS | Draft protocol for responding to solicitation and tabulation inquiries | Call Center / Credit Inquiry | 1.10 |
| 03/19/21 | CJ | DS | Draft revised solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.80 |
| 03/19/21 | CJ | DS | Confer with K. Brountzas and G. Faust (Prime Clerk) re revised solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.20 |

Purdue Pharma

Page 10

Invoice #: 15110

| 03/19/21 | CJ | DS | Confer with A. Orchowski and R. Vyskocil (Prime Clerk) re responding to solicitation and tabulation inquiries | Call Center / Credit Inquiry | 0.60 |
|---|---|---|---|---|---|
| 03/19/21 | CJ | DS | Confer with A. Orchowski, R. Vyskocil, and M. Brown (Prime Clerk) re revised solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.30 |
| 03/19/21 | CJ | DS | Telephone conference with G. Brunswick, A. Orchowski, R. Vyskocil, A. Concepcion, S. Kesler, H. Taatjes, A. Jadonath, T. Mackey, and Z. Steinberg (Prime Clerk) re responding to solicitation and tabulation inquiries | Call Center / Credit Inquiry | 0.80 |
| 03/19/21 | GLF | DI | Confer with K. Brountzas and G. Faust (Prime Clerk) re revised solicitation and tabulation FAQs | Solicitation | 0.20 |
| 03/19/21 | HST | SA | Confer and coordinate with C. Johnson, A. Orchowski, R. Vyskocil (Prime Clerk) re responding to creditor inquiries | Call Center / Credit Inquiry | 1.00 |
| 03/19/21 | JFD | DS | Telephone conference with regarding solicitation directive and response to inquiries | Call Center / Credit Inquiry | 1.20 |
| 03/19/21 | KBRO | DI | Confer with C. Johnson and G. Faust (Prime Clerk) re revised solicitation and tabulation FAQs | Call Center / Credit Inquiry | 0.20 |
| 03/19/21 | MMB | SA | Update FAQ materials for use in connection with responses to solicitation inquiries | Call Center / Credit Inquiry | 0.10 |
| 03/19/21 | NCS | SA | Confer and coordinate with C. Johnson and A. Orchowski (Prime Clerk) and the legal department re communication for the law firm directive | Solicitation | 0.40 |
| 03/19/21 | RJV | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 2.50 |
| 03/19/21 | RJV | SA | Confer and coordinate with C. Johnson, G. Brunswick, A. Jardonne, T. Mackey and Z. Steinberg (Prime Clerk) re solicitation inquiries | Call Center / Credit Inquiry | 1.70 |
| 03/19/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 3.50 |
| 03/19/21 | TRLM | SA | Confer and coordinate with C. Johnson, A. Orchowski, R. Vyskocil, A. Jadonath and Z. Steinberg (Prime Clerk) re communications and directive training | Solicitation | 1.70 |
| 03/19/21 | TRLM | SA | Confer and coordinate with Z. Steinberg (Prime Clerk) re law firm directive | Solicitation | 0.70 |
| 03/19/21 | TRLM | SA | Review solicitation documents in preparation for responding to inquiries | Solicitation | 0.90 |
| 03/19/21 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.80 |
| 03/21/21 | CJ | DS | Research procedure for responding to inquiries pertaining to solicitation and tabulation | Call Center / Credit Inquiry | 2.20 |
| 03/22/21 | AJAD | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.50 |
| 03/22/21 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.70 |
| 03/22/21 | ATO | DS | Confer with C. Johnson and R. Vyskocil (Prime Clerk) re proposed responses to frequently asked questions | Call Center / Credit Inquiry | 0.90 |
| 03/22/21 | ATO | DS | WebEx conference with C. Johnson, R. Vyskocil, K. Brountzas, G. Faust, R. Stitt, V. Haidopoulos and S. Chan (Prime Clerk) re frequently asked questions | Call Center / Credit Inquiry | 0.60 |

Purdue Pharma

Page 11

Invoice #: 15110

| 03/22/21 | ATO | DS | Respond to inquiries from D. Consla (Davis Polk) related to solicitation | Solicitation | 1.30 |
|---|---|---|---|---|---|
| 03/22/21 | CJ | DS | Coordinate process for responding to FAQs | Call Center / Credit Inquiry | 2.10 |
| 03/22/21 | CJ | DS | Confer with A. Orchowski and R. Vyskocil (Prime Clerk) re proposed responses to FAQs | Call Center / Credit Inquiry | 0.40 |
| 03/22/21 | GB | DI | Draft monthly fee statement | Retention / Fee Application | 0.40 |
| 03/22/21 | GLF | DI | WebEx conference with A. Orchowski, R. Vyskocil, K. Brountzas, G. Faust, R. Stitt, V. Haidopoulos and S. Chan (Prime Clerk) re FAQs | Call Center / Credit Inquiry | 0.60 |
| 03/22/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 2.00 |
| 03/22/21 | RJV | SA | Confer and coordinate with C. Johnson, A. Orchowski, G. Faust and K. Brountzas (Prime Clerk) re solicitation inquiries | Call Center / Credit Inquiry | 0.60 |
| 03/22/21 | RJV | SA | Review and analyze incoming law form directive forms | Solicitation | 2.70 |
| 03/22/21 | SW | DI | Review and revise monthly fee statement | Retention / Fee Application | 0.20 |
| 03/22/21 | TRLM | SA | Respond to law firm inquiries related to solicitation | Call Center / Credit Inquiry | 0.80 |
| 03/22/21 | TRLM | SA | Confer and coordinate with R. Vsykocil, Z. Steinberg & A. Jadonath (Prime Clerk) re encrypted emails | Solicitation | 0.20 |
| 03/22/21 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 03/22/21 | ZS | SA | Review and analyze incoming law form directive forms | Solicitation | 5.50 |
| 03/23/21 | AJAD | SA | Process incoming law directive forms | Solicitation | 1.00 |
| 03/23/21 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.70 |
| 03/23/21 | ATO | DS | Coordinate with C. Johnson and R. Vyskocil (Prime Clerk) re responding to inquiries from law firms pertaining to the solicitation directives | Call Center / Credit Inquiry | 0.80 |
| 03/23/21 | ATO | DS | Review list of frequently asked questions in connection with solicitation | Call Center / Credit Inquiry | 0.60 |
| 03/23/21 | CJ | DS | Draft and revise FAQs pertaining to solicitiation and tabulation | Call Center / Credit Inquiry | 0.60 |
| 03/23/21 | CJ | DS | Coordiante with A. Orchowski and R. Vyskocil (Prime Clerk) re responding to inquiries from law firms pertaining to the solicitation directives | Call Center / Credit Inquiry | 0.80 |
| 03/23/21 | CJ | DS | Confer with D. Sharp (Prime Clerk) re udated FAQs | Call Center / Credit Inquiry | 0.10 |
| 03/23/21 | DS | DS | Confer with C. Johnson (Prime Clerk) re updated FAQs | Call Center / Credit Inquiry | 0.10 |
| 03/23/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.40 |
| 03/23/21 | RJV | SA | Respond to creditor inquiries related to solicitation plan | Call Center / Credit Inquiry | 2.00 |

Purdue Pharma

Page 12

Invoice #: 15110

| 03/23/21 | RJV | SA | Confer and coordinate with C. Johnson and A. Orchowski (Prime Clerk) re directive work flow | Solicitation | 0.50 |
|---|---|---|---|---|---|
| 03/23/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 2.60 |
| 03/23/21 | TRLM | SA | Review and analyze incoming law firm directive forms | Solicitation | 3.40 |
| 03/23/21 | ZS | SA | Respond to law firm inquires re ongoing law firm directive | Call Center / Credit Inquiry | 1.70 |
| 03/24/21 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.20 |
| 03/24/21 | CJ | DS | Confer with A. Adler, M. Dubin, S. Corr-Irvine, M. Hill, K. Brountzas, A. Jaffar and G. Brunswick (Prime Clerk) re responding to inquiries | Call Center / Credit Inquiry | 0.30 |
| 03/24/21 | CJ | DS | Coordinate with A. Orchowski and R. Vyskocil (Prime Clerk) re responding to inquiries from law firms | Call Center / Credit Inquiry | 0.40 |
| 03/24/21 | CJ | DS | Revise and update FAQs re solicitation and tabulation | Call Center / Credit Inquiry | 0.50 |
| 03/24/21 | DS | DS | Monitor and review solicitation emails | Solicitation | 0.90 |
| 03/24/21 | MDU | DI | Meet and confer with Prime Clerk team re incoming solicitation directive processing logistics | Solicitation | 0.40 |
| 03/24/21 | RJV | SA | Respond to creditor inquiries related to solicitation plan | Call Center / Credit Inquiry | 2.60 |
| 03/24/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 5.00 |
| 03/24/21 | TRLM | SA | Respond to law firm inquiries related to law firm directive and solicitation | Call Center / Credit Inquiry | 1.20 |
| 03/24/21 | ZS | SA | Administer solicitation, plan solicitation directive, and ongoing ballot requests; coordinate with Prime Clerk Team, company's professionals, and eligible participants re same | Solicitation | 2.60 |
| 03/25/21 | AJAD | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.50 |
| 03/25/21 | CJ | DS | Manage, supervise, and conduct quality assurance checks on responses to inquiries from law firms re plan solicitation directive | Call Center / Credit Inquiry | 0.70 |
| 03/25/21 | CJ | DS | Confer with G. Brunswick and K. Brountzas (Prime Clerk) re ongoing responses to inquiries pertaining to solicitation and tabulation | Call Center / Credit Inquiry | 0.30 |
| 03/25/21 | CJ | DS | Confer with A. Orchowski, R. Vyskocil, S. Kesler, T. Mackey, and Z. Steinberg (Prime Clerk) re ongoing responses to inquiries pertaining to solicitation and tabulation | Call Center / Credit Inquiry | 0.40 |
| 03/25/21 | CJ | DS | Coordinate with A. Orchowski and R. Vyskocil (Prime Clerk) re processing solicitation directives | Solicitation | 0.30 |
| 03/25/21 | CJ | DS | Manage and supervise the processing of incoming solicitation directives from law firms | Solicitation | 1.10 |
| 03/25/21 | KBRO | DI | Confer with G. Brunswick and C. Johnson (Prime Clerk) re ongoing responses to inquiries pertaining to solicitation and tabulation | Call Center / Credit Inquiry | 0.30 |
| 03/25/21 | MDU | DI | Meet and confer with Prime Clerk team re incoming solicitation directive form processing logistics | Solicitation | 0.40 |
| 03/25/21 | RJV | SA | Respond to creditor inquiries related to solicitation plan | Call Center / | 1.50 |

Purdue Pharma

Page 13

Invoice #: 15110

| | | | | | |
|---|---|---|---|---|---|
| | | | | Credit Inquiry | |
| 03/25/21 | RJV | SA | Confer and coordinate with A. Orchowski, C. Johnson, Z. Steinberg, T. Mackey and S. Kesler (Prime Clerk) re updated law firm directive workflow | Solicitation | 0.70 |
| 03/25/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 1.70 |
| 03/25/21 | TRLM | SA | Respond to law firm inquiries related to law firm directives and solicitation | Call Center / Credit Inquiry | 0.80 |
| 03/25/21 | TRLM | SA | Confer and coordinate with R. Vyskocil (Prime Clerk) re law firm inquiry processing | Solicitation | 0.80 |
| 03/25/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 2.40 |
| 03/26/21 | AJAD | SA | Review and analyze incoming law firm directive forms | Solicitation | 2.00 |
| 03/26/21 | ATO | DS | Respond to inquiries from Dylan Consla (Davis Polk) related to solicitation | Solicitation | 0.70 |
| 03/26/21 | RJV | SA | Respond to creditor inquiries related to plan solicitation | Call Center / Credit Inquiry | 0.70 |
| 03/26/21 | RJV | SA | Review and analyze incoming law firm directive forms | Solicitation | 3.00 |
| 03/26/21 | TRLM | SA | Review and analyze incoming law firm directive forms | Solicitation | 3.30 |
| 03/26/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 3.70 |
| 03/29/21 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 1.80 |
| 03/29/21 | ATO | DS | Coordinate with C. Johnson and R. Vyskocil (Prime Clerk) re report of plan solicitation directives submitted by law firms | Solicitation | 0.20 |
| 03/29/21 | ATO | DS | Respond to inquiries from Dylan Consla (Davis Polk) related to solicitation | Solicitation | 0.30 |
| 03/29/21 | ATO | DS | Review report of law firm directives for circulation to case professionals | Solicitation | 0.40 |
| 03/29/21 | CJ | DS | Compile report on solicitation directives submitted by law firms and transmit such report to D. Consla, S. Ford (DPW) | Solicitation | 0.50 |
| 03/29/21 | CJ | DS | Coordinate with A. Orchowski and R. Vyskocil (Prime Clerk) re report of plan solicitation directives submitted by law firms | Solicitation | 0.20 |
| 03/29/21 | RJV | SA | Coordinate with A. Orchowski and C. Johnson (Prime Clerk) re report of plan solicitation directives submitted by law firms | Solicitation | 0.20 |
| 03/29/21 | TRLM | SA | Respond to law firm inquiries related to solicitation and solicitation directive | Call Center / Credit Inquiry | 1.10 |
| 03/29/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 5.50 |
| 03/30/21 | AJAD | SA | Process incoming law firm directive forms | Solicitation | 1.80 |
| 03/30/21 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 2.70 |
| 03/30/21 | ATO | DS | Respond to inquiries from Dyland Consla (Davis Polk) related to solicitation | Solicitation | 0.20 |
| 03/30/21 | BG | CO | Review and file monthly fee application | Retention / Fee Application | 0.60 |
| 03/30/21 | CJ | DS | Confer with R. Stitt (Prime Clerk) re responding to requests | Call Center / | 0.20 |

Purdue Pharma                                                              Page 14

                                                                    Invoice #: 15110

| | | | | | |
|---|---|---|---|---|---:|
| | | | for copies of the plan and disclosure statement | Credit Inquiry | |
| 03/30/21 | TRLM | SA | Review and analyze incoming law firm directive forms | Solicitation | 4.00 |
| 03/30/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 5.80 |
| 03/31/21 | AJAD | SA | Review and analyze incoming law firm directive forms | Solicitation | 2.00 |
| 03/31/21 | ATO | DS | Coordinate with C. Johnson (Prime Clerk) re inquiries from law firms pertaining to solicitation directives | Call Center / Credit Inquiry | 0.20 |
| 03/31/21 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 4.20 |
| 03/31/21 | CJ | DS | Coordinate with A. Orchowski (Prime Clerk) re inquiries from law firms pertaining to solicitation directives | Call Center / Credit Inquiry | 0.20 |
| 03/31/21 | TRLM | SA | Respond to law firm inquiries related to solicitation and solicitation directive | Call Center / Credit Inquiry | 2.10 |
| 03/31/21 | ZS | SA | Review and analyze incoming law firm directive forms | Solicitation | 5.80 |
| | | | | **Total Hours** | **256.70** |

**Exhibit B**

**Detail of Expenses Incurred by Prime Clerk Employees During the Statement Period**

| Description | Total |
|---|---|
| N/A | $0.00 |
| **TOTAL** | **$0.00** |