Gerard Uzzi
Alexander B. Lees
MILBANK LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Gregory P. Joseph
Mara Leventhal
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: (212) 407-1200
Facsimile: (212) 407-1280

*Counsel for the Raymond Sackler Family*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | Jointly Administered |

**STATEMENT OF THE RAYMOND SACKLER FAMILY IN SUPPORT
OF THE DEBTORS' CONFIRMATION PROCEDURES ORDER**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

The Raymond Sackler family, by and through its undersigned counsel, hereby submits this statement in support of the Debtors' *Motion for Order Establishing Confirmation Schedule and Protocols* [ECF 2536] (the "Motion"), and respectfully states as follows:

**STATEMENT**

1.  The Raymond Sackler family supports the Motion, which proposes dates and protocols related to plan confirmation discovery and upcoming hearings. In their Motion, the Debtors invited other parties to place previously-produced discovery materials in a centralized document database for plan confirmation purposes (the "Document Reserve for Confirmation"), which will be made available to those seeking plan-related discovery without the need for formal requests. The Raymond Sackler family intends to accept that invitation and contribute – subject to all applicable privileges, the protections of the Protective Order and other discovery-related rulings of the Court in these cases, and the existing confidentiality designations – the documents produced by the Raymond Sackler family in the Rule 2004 discovery examination conducted by the Official Committee of Unsecured Creditors (the "UCC") and other major parties in these cases, as well as the transcripts from the depositions of Raymond Sackler family members and advisors that were conducted during Rule 2004 discovery.

2.  The documents produced by the Raymond Sackler family during the Rule 2004 process consist of nearly one million pages of material relating to a broad array of topics, including (i) Purdue's marketing and sale of opioids; (ii) transfers or distributions made by Purdue to any Sackler family trusts or entities; and (iii) the Sackler family members' proposed contribution to a settlement in these cases. The materials comprise emails and communications dating back at least to 1995, and more than a decade's worth of bank statements, financial statements, tax returns, tax workpapers, and loan information for relevant family members, trusts

and entities. The Raymond Sackler family's Rule 2004 production also subsumed all previous productions made by it in pre-bankruptcy proceedings concerning Purdue's marketing and sale of opioids, including the multidistrict litigation in Ohio.

3. In addition, the Raymond Sackler family will make available in the Document Reserve for Confirmation all presentations it made to the UCC and other parties in interest in accordance with the November 20, 2019 Case Stipulation [ECF 518]. This includes presentations concerning their wealth, which set out in detail the Raymond Sackler family's consolidated net worth. The Raymond Sackler family also will include an updated version of their presentation laying out their defenses and arguments in response to the claims asserted against them.

4. The Raymond Sackler family made its disclosures in these cases following extensive negotiations involving counsel for the UCC, the Debtors, the consenting states, and the non-consenting states. Through this process, the Raymond Sackler family provided unprecedented disclosure in an effort to show that its contribution to the resolution of these chapter 11 cases is not only appropriate, but highly favorable to claimants given the lack of merit of the claims against them. The Raymond Sackler family is confident that the discovery material it intends to contribute to the Document Reserve for Confirmation includes everything in its possession that could be potentially relevant for plan confirmation purposes and more, and hopes that its proactive agreement to make its documents available will help pave the way to an expeditious close of these cases.

## **CONCLUSION**

5. The Raymond Sackler family respectfully requests that the Court grant the Motion and award the Raymond Sackler family such other relief as is just and proper.

Dated: May 3, 2021
New York, New York

    */s/ Gerard Uzzi*
Gerard Uzzi
Alexander B. Lees
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000

    */s/ Gregory P. Joseph*
Gregory P. Joseph
Mara Leventhal
**JOSEPH HAGE AARONSON LLC**
485 Lexington Avenue, 30th Floor
New York, New York 10017
Telephone: (212) 407-1200

*Counsel for the Raymond Sackler Family*