**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**COVER SHEET OF SIXTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 21, 2019 *nunc pro tunc* to October 4, 2019 |
| Period for Which Compensation and Reimbursement Are Requested: | February 1, 2021 through February 28, 2021 |
| Amount of Compensation Requested: | $225,000.00 |
| Amount of Compensation Requested Immediately: | $180,000.00 (80% of $225,000.00) |
| Amount of Compensation Held Back: | $45,000.00 (20% of $225,000.00) |
| Amount of Expense Reimbursement Requested: | $1,316.00 |

This is a(n):   monthly  x    interim  __    final application  __

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**SIXTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC**

**HOURS BY CATEGORY AND PROFESSIONAL**
February 1, 2021 through February 28, 2021

**Jefferies LLC**
**Summary of Hours by Category**

| Category Code # | | Hours |
|---|---|---|
| 1 | Case Administration / General | - |
| 2 | Sale Process | - |
| 3 | Creditor Communication | 54.0 |
| 4 | Debtor Communication | 9.0 |
| 5 | DIP Financing | - |
| 6 | Testimony Preparation | - |
| 7 | Plan of Reorganization | - |
| 8 | Travel | - |
| 9 | Due Diligence | 157.0 |
| 10 | Business Plan | - |
| 11 | Case Strategy | - |
| | | **220.0** |

**Jefferies LLC**
**Summary of Hours by Professional**

| Name | Position | Hours |
|---|---|---|
| Leon Szlezinger | Co-head/Managing Director, Debt Advisory & Restructuring | 29.0 |
| Robert White | Managing Director, Debt Advisory & Restructuring | 14.0 |
| Jaspinder Kanwal | Senior Vice President, Debt Advisory & Restructuring | 31.5 |
| Ben Troester | Associate, Debt Advisory & Restructuring | 41.5 |
| Kevin Chen | Analyst, Debt Advisory & Restructuring | 48.5 |
| Kevin Sheridan | Co-head/Managing Director, Global Healthcare Investment Banking | 18.0 |
| James Wiltshire | Vice President, Global Healthcare Investment Banking | 12.0 |
| William Maselli | Vice President, Global Healthcare Investment Banking | 9.5 |
| Connor Hattersley | Analyst, Global Healthcare Investment Banking | 16.0 |
| | | **220.0** |

# SIXTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC

## EXPENSES BY CATEGORY
### February 1, 2021 through February 28, 2021

| Category | February 2021 |
|---|---|
| Meals | $- |
| Transportation | - |
| Travel | - |
| Presentation Services | - |
| Printing Services | - |
| Legal | 1,316.00 |
| General | - |
| **Total Expenses** | **$1,316.00** |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*,[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**SIXTEENTH MONTHLY FEE STATEMENT OF JEFFERIES LLC FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT
BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

Jefferies LLC ("Jefferies"), the investment banker for the official committee of unsecured creditors (the "Committee") in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this monthly fee statement (this "Fee Statement") requesting (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the period from February 1, 2021 through February 28, 2021 (the "Compensation Period") in the amount of $225,000.00; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $1,316.00. In support of this Fee Statement, Jefferies respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

**Jurisdiction and Venue**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On September 15, 2019 (the "Petition Date"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. On September 26, 2019, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed a Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 131]. Shortly after its appointment, the Committee selected Jefferies as its investment banker.

4. On November 5, 2019, the Committee filed an application to employ and retain Jefferies as its investment banker under sections 328(a) and 1103(a) of the Bankruptcy Code, *nunc pro tunc* to October 4, 2019, pursuant to the terms and subject to the conditions of the engagement letter (the "Engagement Letter") between Jefferies and the Committee dated as of October 4, 2019 [Docket No. 425] (the "Retention Application").[2] A copy of the Engagement Letter was annexed to the Retention Application as Exhibit B.

5. On November 21, 2019, the Court entered the order granting the Retention Application [Docket No. 526] (the "Retention Order"). Subject to application to the Court, the Retention Order, among other things, authorized the Debtors to pay, reimburse and indemnify

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Retention Application.

Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter as modified by the Retention Order.

6. On November 21, 2019, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 529] (the "Interim Compensation Order"), which generally sets forth the procedures for interim compensation and expense reimbursement for all retained professionals in these cases. The Interim Compensation Order provides that each professional shall, on before the last day of each calendar month following the month for which compensation is sought or as soon thereafter as reasonably practicable, file and serve a statement requesting allowance and payment of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Statement"). Parties have 14 days following the filing of a Monthly Fee Statement to object to such Monthly Fee Statement (the "Objection Deadline"). At the expiration of the Objection Deadline, the Debtors are required to promptly pay 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Statement to which no objection has been served.

**Relief Requested**

7. By this Fee Statement, Jefferies requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from February 1, 2021 through February 28, 2021; (b) payment in the amount of $180,000.00, which is equal to 80% of Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $1,316.00.

3

8. All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. Such time records are attached hereto as Exhibit A.

9. The fees charged by Jefferies have been billed in accordance with the Engagement Letter and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

**Actual and Necessary Expenses**

10. Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Retention Order. As set forth in greater detail in the summary attached hereto as Exhibit B, Jefferies' total expenses incurred during the Compensation Period are $1,316.00, including outside counsel fees as permitted under the Retention Order.

**WHEREFORE**, Jefferies respectfully requests (a) interim allowance of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $225,000.00, representing the Monthly Fee for the period from February 1, 2021 through February 28, 2021; (b) payment in the amount of $180,000.00, which is equal to 80% Jefferies' unpaid fees earned during the Compensation Period; and (c) interim allowance and reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with its services to the Committee in the amount of $1,316.00.

Dated: May 3, 2021  
       New York, New York

Respectfully submitted,

*/s/ Leon Szlezinger*  
Leon Szlezinger  
Managing Director and Joint Global Head of  
Debt Advisory & Restructuring  
JEFFERIES LLC

**Exhibit A**

**Time Records of Jefferies Professionals**

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | **February 1, 2021 - February 28, 2021 Hours for Creditor Communication** | | **54.0** | |
| 02/01/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 02/01/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 02/01/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 02/01/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 02/01/21 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 02/01/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 02/01/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 02/01/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 02/01/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 02/05/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 02/05/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 02/05/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 02/05/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 02/05/21 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 02/05/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 02/05/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 02/05/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 02/05/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 02/08/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 02/08/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 02/08/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 02/08/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 02/08/21 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 02/08/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 02/08/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 02/08/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 02/08/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 02/11/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 02/11/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 02/11/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 02/11/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 02/11/21 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 02/11/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 02/11/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 02/11/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 02/11/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 02/18/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 02/18/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 02/18/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 02/18/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 02/18/21 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 02/18/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 02/18/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 02/18/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 02/18/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| 02/22/21 | Leon Szlezinger | *Attend UCC update call* | 1.0 | 3 |
| 02/22/21 | Robert White | *Attend UCC update call* | 1.0 | 3 |
| 02/22/21 | Jaspinder Kanwal | *Attend UCC update call* | 1.0 | 3 |
| 02/22/21 | Benjamin Troester | *Attend UCC update call* | 1.0 | 3 |
| 02/22/21 | Kevin Chen | *Attend UCC update call* | 1.0 | 3 |
| 02/22/21 | Kevin Sheridan | *Attend UCC update call* | 1.0 | 3 |
| 02/22/21 | James Wiltshire | *Attend UCC update call* | 1.0 | 3 |
| 02/22/21 | William Maselli | *Attend UCC update call* | 1.0 | 3 |
| 02/22/21 | Connor Hattersley | *Attend UCC update call* | 1.0 | 3 |
| | **February 1, 2021 - February 28, 2021 Hours for Debtor Communication** | | **9.0** | |
| 02/19/21 | Leon Szlezinger | *Call with Debtors Advisors re: Business Diligence* | 1.0 | 4 |
| 02/19/21 | Robert White | *Call with Debtors Advisors re: Business Diligence* | 1.0 | 4 |
| 02/19/21 | Jaspinder Kanwal | *Call with Debtors Advisors re: Business Diligence* | 1.0 | 4 |
| 02/19/21 | Benjamin Troester | *Call with Debtors Advisors re: Business Diligence* | 1.0 | 4 |
| 02/19/21 | Kevin Chen | *Call with Debtors Advisors re: Business Diligence* | 1.0 | 4 |
| 02/19/21 | Kevin Sheridan | *Call with Debtors Advisors re: Business Diligence* | 1.0 | 4 |
| 02/19/21 | James Wiltshire | *Call with Debtors Advisors re: Business Diligence* | 1.0 | 4 |
| 02/19/21 | William Maselli | *Call with Debtors Advisors re: Business Diligence* | 1.0 | 4 |
| 02/19/21 | Connor Hattersley | *Call with Debtors Advisors re: Business Diligence* | 1.0 | 4 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| | **February 1, 2021 - February 28, 2021 Hours for Due Diligence** | | **157.0** | |
| 02/01/21 | Leon Szlezinger | Review Pension Diligence Information | 1.5 | 9 |
| 02/01/21 | Jaspinder Kanwal | Review Debtors' Pension Information | 1.0 | 9 |
| 02/01/21 | Benjamin Troester | Review Financial Update Presentation | 0.5 | 9 |
| 02/01/21 | Benjamin Troester | Research re: Purdue Pension Information | 2.0 | 9 |
| 02/01/21 | Kevin Chen | Review Data Room Uploads | 1.5 | 9 |
| 02/01/21 | Kevin Chen | Review weekly financial update materials | 0.5 | 9 |
| 02/01/21 | Kevin Chen | Due diligence re: PPLP pension | 2.5 | 9 |
| 02/02/21 | Leon Szlezinger | Review PPLP financial information | 1.0 | 9 |
| 02/02/21 | Jaspinder Kanwal | Review PPLP consolidated LT plan model | 3.0 | 9 |
| 02/02/21 | Benjamin Troester | Due diligence re: PHI information | 1.5 | 9 |
| 02/02/21 | Kevin Chen | Review updated LT plan model | 2.5 | 9 |
| 02/02/21 | Kevin Sheridan | Review PPLP financial diligence | 1.5 | 9 |
| 02/02/21 | James Wiltshire | Review updated long term projections | 1.5 | 9 |
| 02/02/21 | William Maselli | Review updated PPLP model | 1.0 | 9 |
| 02/02/21 | Connor Hattersley | Review PPLP updated long term projections & related diligence | 3.5 | 9 |
| 02/03/21 | Leon Szlezinger | Review settlement scenarios | 1.0 | 9 |
| 02/03/21 | Leon Szlezinger | Review PPLP proposal & supporting materials | 1.0 | 9 |
| 02/03/21 | Robert White | Review proposed settlement | 0.5 | 9 |
| 02/03/21 | Robert White | Review PPLP proposal | 0.5 | 9 |
| 02/03/21 | Jaspinder Kanwal | Review proposed settlement scenarios | 0.5 | 9 |
| 02/03/21 | Jaspinder Kanwal | Review Proposal for PPLP | 1.0 | 9 |
| 02/03/21 | Benjamin Troester | Review settlement proposal | 0.5 | 9 |
| 02/03/21 | Benjamin Troester | Review PPLP Proposal & related information | 1.5 | 9 |
| 02/03/21 | Kevin Chen | Updated PPLP model | 2.5 | 9 |
| 02/03/21 | Kevin Chen | Review Proposed Settlement Information | 1.0 | 9 |
| 02/03/21 | Kevin Chen | Review PPLP Proposal | 1.0 | 9 |
| 02/03/21 | Kevin Sheridan | Review PPLP Proposal | 0.5 | 9 |
| 02/03/21 | James Wiltshire | Review Proposal for PPLP | 0.5 | 9 |
| 02/03/21 | Connor Hattersley | Review PPLP proposal presentation | 0.5 | 9 |
| 02/03/21 | Connor Hattersley | Review & update PPLP model | 1.5 | 9 |
| 02/04/21 | Leon Szlezinger | Review Fourth Monitor Report | 0.5 | 9 |
| 02/04/21 | Benjamin Troester | Review Monitor's Fourth Report | 0.5 | 9 |
| 02/04/21 | Benjamin Troester | Due diligence re: LT plan model | 3.0 | 9 |
| 02/04/21 | Kevin Chen | Review Monitor's Fourth & Final Report | 0.5 | 9 |
| 02/04/21 | Kevin Chen | Review PPLP Financial diligence information | 2.0 | 9 |
| 02/05/21 | Leon Szlezinger | Attend Call with Monitor | 1.0 | 9 |
| 02/05/21 | Robert White | Attend Call with Monitor | 1.0 | 9 |
| 02/05/21 | Jaspinder Kanwal | Review updated PPLP model | 2.5 | 9 |
| 02/05/21 | Jaspinder Kanwal | Attend Call with Monitor | 1.0 | 9 |
| 02/05/21 | Benjamin Troester | Review & update PPLP model | 1.5 | 9 |
| 02/05/21 | Benjamin Troester | Attend Call with Monitor | 1.0 | 9 |
| 02/05/21 | Kevin Chen | Attend Call with Monitor | 1.0 | 9 |
| 02/05/21 | James Wiltshire | Review PPLP model | 1.0 | 9 |
| 02/08/21 | Leon Szlezinger | Internal Discussion re: Sale of IACs | 0.5 | 9 |
| 02/08/21 | Leon Szlezinger | Review IAC business plan | 1.5 | 9 |
| 02/08/21 | Leon Szlezinger | Review DB call notes re: Sale Process | 0.5 | 9 |
| 02/08/21 | Leon Szlezinger | Call with Kevin Sheridan re: Sale Process | 0.5 | 9 |
| 02/08/21 | Leon Szlezinger | Assess issues related to sale process | 1.0 | 9 |
| 02/08/21 | Leon Szlezinger | Discuss sale outcomes | 1.0 | 9 |
| 02/08/21 | Jaspinder Kanwal | Internal Discussion re: Sale of IACs | 0.5 | 9 |
| 02/08/21 | Jaspinder Kanwal | Review IAC Business Plan & Model | 2.5 | 9 |
| 02/08/21 | Benjamin Troester | Internal Discussion re: Sale of IACs | 0.5 | 9 |
| 02/08/21 | Benjamin Troester | Review IAC model and related financial diligence information | 2.5 | 9 |
| 02/08/21 | Benjamin Troester | Review IAC year-end balance sheet | 1.0 | 9 |
| 02/08/21 | Kevin Chen | Review IAC Business Plan | 1.5 | 9 |
| 02/08/21 | Kevin Chen | Internal Discussion re: Sale of IACs | 0.5 | 9 |
| 02/08/21 | Kevin Chen | Review IAC financial diligence information | 1.5 | 9 |
| 02/08/21 | Kevin Chen | Due diligence re: IAC 2020 balance sheet | 1.5 | 9 |
| 02/08/21 | Kevin Sheridan | Internal Discussion re: Sale of IACs | 0.5 | 9 |
| 02/08/21 | Kevin Sheridan | Review IAC presentations and financials | 1.5 | 9 |
| 02/08/21 | Kevin Sheridan | Call with Leon Szlezinger re: Sales Process | 0.5 | 9 |
| 02/08/21 | Kevin Sheridan | Review of comparable transaction data | 1.5 | 9 |
| 02/08/21 | Kevin Sheridan | Analyze potential outcomes | 2.0 | 9 |
| 02/08/21 | Kevin Sheridan | Discuss sale outcomes | 1.0 | 9 |
| 02/08/21 | James Wiltshire | Review IAC diligence & business plan information | 1.0 | 9 |
| 02/08/21 | William Maselli | Review IAC financials and related information | 1.5 | 9 |

| Date | Banker | Comments | Hours | Category |
|---|---|---|---|---|
| 02/08/21 | Connor Hattersley | *Review IAC diligence information* | 1.0 | 9 |
| 02/09/21 | Leon Szlezinger | *Review updated settlement scenarios* | 1.0 | 9 |
| 02/09/21 | Robert White | *Review proposed settlement* | 0.5 | 9 |
| 02/09/21 | Jaspinder Kanwal | *Review proposed settlement scenarios* | 0.5 | 9 |
| 02/09/21 | Jaspinder Kanwal | *Review IAC model* | 1.0 | 9 |
| 02/09/21 | Benjamin Troester | *Review updated settlement proposal* | 0.5 | 9 |
| 02/09/21 | Benjamin Troester | *Due diligence re: IAC data room information* | 2.0 | 9 |
| 02/09/21 | Benjamin Troester | *Review & update IAC model* | 1.5 | 9 |
| 02/09/21 | Kevin Chen | *Review Updated Proposed Settlement Information* | 0.5 | 9 |
| 02/09/21 | Kevin Chen | *Review IAC data room uploads* | 2.5 | 9 |
| 02/09/21 | Kevin Chen | *Update IAC model* | 2.5 | 9 |
| 02/09/21 | Connor Hattersley | *Review updated IAC model* | 1.0 | 9 |
| 02/11/21 | Leon Szlezinger | *Review PPLP proposal & supporting materials* | 1.5 | 9 |
| 02/11/21 | Leon Szlezinger | *Review PPLP financial information* | 0.5 | 9 |
| 02/11/21 | Robert White | *Review PPLP proposal* | 0.5 | 9 |
| 02/11/21 | Jaspinder Kanwal | *Review Proposal for PPLP* | 2.0 | 9 |
| 02/11/21 | Jaspinder Kanwal | *Review PPLP projected financials* | 1.0 | 9 |
| 02/11/21 | Benjamin Troester | *Review PPLP Proposal & related information* | 2.5 | 9 |
| 02/11/21 | Benjamin Troester | *Due diligence re: Debtors' financials* | 1.0 | 9 |
| 02/11/21 | Benjamin Troester | *Review credit support framework diligence* | 1.5 | 9 |
| 02/11/21 | Kevin Chen | *Review PPLP Proposal* | 3.0 | 9 |
| 02/11/21 | Kevin Chen | *Review Debtors' balance sheet financials* | 1.5 | 9 |
| 02/11/21 | Kevin Sheridan | *Review revised PPLP Proposal* | 1.0 | 9 |
| 02/11/21 | James Wiltshire | *Review updated Proposal for PPLP* | 0.5 | 9 |
| 02/11/21 | James Wiltshire | *Review updated Proposal for PPLP* | 0.5 | 9 |
| 02/12/21 | Leon Szlezinger | *Review trust financial diligence information* | 1.5 | 9 |
| 02/12/21 | Jaspinder Kanwal | *Diligence re: trust financials* | 1.0 | 9 |
| 02/12/21 | Benjamin Troester | *Review trust diligence* | 1.0 | 9 |
| 02/12/21 | Kevin Chen | *Review credit support & trust diligence information* | 2.5 | 9 |
| 02/14/21 | Leon Szlezinger | *Review draft Plan of Reorganization* | 2.0 | 9 |
| 02/14/21 | Robert White | *Review draft POR* | 1.5 | 9 |
| 02/14/21 | Jaspinder Kanwal | *Review draft Plan of Reorganization* | 2.0 | 9 |
| 02/14/21 | Benjamin Troester | *Review Draft of POR* | 1.5 | 9 |
| 02/14/21 | Kevin Chen | *Review Draft of POR* | 2.0 | 9 |
| 02/15/21 | Leon Szlezinger | *Review updated settlement scenarios* | 0.5 | 9 |
| 02/15/21 | Robert White | *Review proposed settlement* | 0.5 | 9 |
| 02/15/21 | Jaspinder Kanwal | *Review proposed settlement scenarios* | 0.5 | 9 |
| 02/15/21 | Benjamin Troester | *Review updated settlement proposal* | 0.5 | 9 |
| 02/15/21 | Kevin Chen | *Review Updated Proposed Settlement Information* | 0.5 | 9 |
| 02/16/21 | Leon Szlezinger | *Review PPLP proposal & supporting materials* | 2.0 | 9 |
| 02/16/21 | Jaspinder Kanwal | *Review Proposal for PPLP* | 2.5 | 9 |
| 02/16/21 | Benjamin Troester | *Review PPLP Proposal & related information* | 2.0 | 9 |
| 02/16/21 | Benjamin Troester | *Review Financial Update Presentation* | 0.5 | 9 |
| 02/16/21 | Kevin Chen | *Review PPLP Proposal* | 1.5 | 9 |
| 02/16/21 | Kevin Chen | *Review weekly financial update materials* | 0.5 | 9 |
| 02/16/21 | Kevin Sheridan | *Review revised PPLP Proposal* | 1.0 | 9 |
| 02/16/21 | Connor Hattersley | *Review PPLP proposal presentation* | 0.5 | 9 |
| 02/17/21 | Leon Szlezinger | *Call re: Mundi structure* | 1.0 | 9 |
| 02/17/21 | Robert White | *Call re: Mundi structure* | 1.0 | 9 |
| 02/17/21 | Jaspinder Kanwal | *Call re: Mundi structure* | 1.0 | 9 |
| 02/17/21 | Benjamin Troester | *Call re: Mundi structure* | 1.0 | 9 |
| 02/17/21 | Kevin Chen | *Call re: Mundi structure* | 1.0 | 9 |
| 02/17/21 | Leon Szlezinger | *Review settlement scenarios* | 0.5 | 9 |
| 02/17/21 | Robert White | *Review proposed settlement* | 0.5 | 9 |
| 02/17/21 | Jaspinder Kanwal | *Review proposed settlement scenarios* | 0.5 | 9 |
| 02/17/21 | Benjamin Troester | *Review updated settlement proposal* | 0.5 | 9 |
| 02/17/21 | Kevin Chen | *Review Proposed Settlement Information* | 0.5 | 9 |
| 02/19/21 | Leon Szlezinger | *Review settlement scenarios* | 0.5 | 9 |
| 02/19/21 | Robert White | *Review proposed settlement* | 0.5 | 9 |
| 02/19/21 | Jaspinder Kanwal | *Review proposed settlement scenarios* | 0.5 | 9 |
| 02/19/21 | Benjamin Troester | *Review updated settlement proposal* | 0.5 | 9 |
| 02/19/21 | Kevin Chen | *Review Proposed Settlement Information* | 0.5 | 9 |
| 02/24/21 | Kevin Chen | *Review PPLP model* | 1.0 | 9 |
| 02/25/21 | Kevin Chen | *Review PPLP data room uploads* | 1.5 | 9 |
| 02/26/21 | Benjamin Troester | *Review PPLP model* | 1.0 | 9 |
| 02/26/21 | Benjamin Troester | *Review PPLP diligence information* | 1.0 | 9 |
| 02/26/21 | Connor Hattersley | *Review PPLP diligence* | 1.0 | 9 |
| **February 1, 2021 - February 28, 2021 Total Hours** | | | **220.0** | |

## Exhibit B

**Expenses**

| Professional | Amount ($) | Expense Date | Expense Category | Description |
|---|---|---|---|---|
| Baker Botts | 1,316.00 | 02/28/21 | Legal | Legal invoice from counsel |

**BAKER BOTTS** L.L.P.

Austin London
Brussels Moscow
Dallas New York
Dubai Palo Alto
Hong Kong Riyadh
**Houston** San Francisco
Washington

TAX ID 74-1195457

Jefferies LLC
520 Madison Avenue
New York, NY 10022
Attn: Leon Szlezinger

Invoice Number: 1737280
Invoice Date: March 4, 2021
Attorney: R L Spigel

Total fees for services and expenses for the matter shown below through February 28, 2021.

**082383.0108**
Purdue Retention

| Date | Name | Hours | Description |
|---|---|---|---|
| 02/04/21 | J R Herz | 0.3 | Draft Dec. Fee Statement |
| 02/16/21 | J R Herz | 0.1 | Email K. Chen regarding Nov. fee statement and payment. |
| 02/18/21 | J R Herz | 0.2 | Review Dec. Fee Statement. |
| 02/19/21 | J R Herz | 0.3 | Final review of Dec. 2020 fee statement prior to filing. |
| 02/23/21 | J R Herz | 0.5 | Draft Jan. 2021 fee statement. |

**Matter Hours**         1.40

**Matter Fees**          $1,316.00

**BAKER BOTTS** LLP

JEFFERIES LLC  
Purdue Retention

Invoice No:     1737280  
Invoice Date:   March 4, 2021  
Matter:         082383.0108

**2021 Lawyer Summary**

| Timekeeper | HOURS | RATE | TOTAL |
|---|---|---|---|
| Herz, J R | 1.4 | 940.00 | 1,316.00 |
| | **1.4** | | **$1,316.00** |

| | |
|---|---|
| Total Current Fees | $1,316.00 |
| **Total Due This Invoice** | **$1,316.00** |

Page 2

# BAKER BOTTS L.L.P.

Austin   London
Brussels   Moscow
Dallas   New York
Dubai   Palo Alto
Hong Kong   Riyadh
**Houston**   San Francisco
         Washington

TAX ID 74-1195457

Jefferies LLC
520 Madison Avenue
New York, NY  10022
Attn:  Leon Szlezinger

**Due Upon Receipt**

Invoice Number:   1737280
Invoice Date:   March 4, 2021
Matter Number:   082383.0108

## REMITTANCE STATEMENT

| | |
|---|---|
| **Matter Number:** | 082383.0108 |
| **Client:** | JEFFERIES LLC |
| **Matter:** | Purdue Retention |
| **Invoice Number:** | 1737280 |
| **Billing Attorney:** | R L Spigel |
| **Office:** | New York |

| | |
|---|---:|
| **Total Fees** | $1,316.00 |
| **Total Expenses** | $0.00 |
| **Total Invoice Amount** | $1,316.00 |

TO ENSURE PROPER APPLICATION OF YOUR PAYMENT PLEASE RETURN THIS REMITTANCE ADVICE
OR EMAIL TO ARHOUSTON@BAKERBOTTS.COM

| *Please Remit to:* | *Wiring Instructions* | *ACH Information:* | *To Pay by Check, send to:* |
|---|---|---|---|
| | Baker Botts L.L.P. | Baker Botts L.L.P. | Baker Botts L.L.P. |
| | Bank: JP Morgan Chase Bank | Bank: JP Morgan Chase Bank | P.O. Box 301251 |
| | Address: 712 Main Street, Houston, TX 77002 | Address: 712 Main Street, Houston, TX 77002 | Dallas, TX  75303-1251 |
| | ABA Number: 021 000 021 | Routing Number: 111 000 614 | (Reference Invoice Number) |
| | Swift Code: CHASUS33 | Primary Account: 001 0000 2006 | |
| | Primary Account: 001 0000 2006 | (Reference Invoice Number) | |
| | (Reference Invoice Number) | | |