KURTZMAN CARSON CONSULTANTS LLC
222 N. Pacific Coast Highway
3rd Floor
El Segundo, CA 90245
Telephone: (310) 823-9000
Drake D. Foster
Sarah Harbuck

*Information Agent for the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
PURDUE PHARMA L.P., *et al.*                                :        Case No. 19-23649 (RDD)
                                                            :
            Debtors.[1]                                     :        (Jointly Administered)
------------------------------------------------------------x

**FIFTEENTH MONTHLY FEE STATEMENT OF KURTZMAN CARSON**
**CONSULTANTS LLC FOR COMPENSATION FOR SERVICES RENDERED**
**AND EXPENSES INCURRED AS INFORMATION AGENT FOR**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| *General Information* | |
|---|---|
| Name of Applicant: | Kurtzman Carson Consultants LLC |
| Authorized to Provide Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention Order: | November 21, 2019, *nunc pro tunc* to November 1, 2019 |
| Type of Application: | Monthly |

| *Summary of Fees and Expenses Sought in the Fee Application* | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | February 1, 2021 through February 28, 2021 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $15,994.20 (80% of $19,992.75) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $1,777.84 |
| Total Compensation and Expense Reimbursement Request for the Fee Period: | $17,772.04 |

Pursuant to paragraph 2 of the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] (hereinafter the "Interim Compensation Procedures Order") issued by this Court on November 21, 2019, Kurtzman Carson Consultants LLC ("KCC"), information agent to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 proceeding, hereby submits its fifteenth monthly fee statement (the "Monthly Fee Statement") for the period beginning February 1, 2021 through and including February 28, 2021 (the "Fee Period"). During the Fee Period, the total fees and expenses incurred by KCC were $21,770.59.

Pursuant to the Interim Compensation Procedures Order, KCC seeks payment of $17,772.04, which represents 80% of KCC's total fees for reasonable and necessary professional

services rendered and 100% of expenses incurred, and requests that such fees be paid as administrative expenses of the Debtors' estates.

In support of this Monthly Fee Statement, attached hereto are the following exhibits:

a. **Exhibit A**.  A schedule providing information regarding the KCC personnel who performed work for the Committee during this Fee Period for which compensation is sought pursuant to this Monthly Fee Statement.

b. **Exhibit B**.  A schedule of expenses incurred by category.

c. **Exhibit C**.  KCC's invoice including detailed line item lists of time entries and expenses incurred.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Monthly Fee Statement shall be given by email to (i) Purdue Pharma L.P., 201 Tresser Blvd., Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: Christopher.Robertson@davispolk.com, Dylan.Consla@davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036- 6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (v) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties and KCC at 222 N. Pacific Coast Hwy, 3rd Floor, El Segundo, CA 90245,

Attn: Sarah Harbuck, Email: sharbuck@kccllc.com and Drake D. Foster, Email: dfoster@kccllc.com so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on May 17, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If an objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated:  May 3, 2021
      El Segundo, California

/s/ *Sarah Harbuck*

**KURTZMAN CARSON CONSULTANTS LLC**
Sarah Harbuck
Drake D. Foster
222 N. Pacific Coast Highway
3rd Floor
El Segundo, California 90403
Tel: (310) 823-9000

## <u>CERTIFICATION</u>

I, Sarah Harbuck, pursuant to 28 U.S.C. § 1746, state as follows:

      a)      I am Corporate Counsel of the applicant firm, Kurtzman Carson Consultants LLC.

      b)      I am familiar with the work performed by Kurtzman Carson Consultants LLC on behalf of the Committee.

      c)      I have reviewed the foregoing Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1, and submit that the Fee Statement substantially complies with such rule.

I certify, under penalty of perjury, that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  May 3, 2021
     El Segundo, California


                                 /s/ *Sarah Harbuck*

                                 Sarah Harbuck

**Exhibit A**
**Summary of Compensation by Individual**

| Initials | Name | Position | Hours | Rate | Total |
|---|---|---|---|---|---|
| AKW | Alyssa Kim-Whittle | Consultant | 2.5 | $203.28 | $508.20 |
| AMU | Alesha Murray | Consultant | 1.7 | $200.86 | $341.47 |
| ANP | Angela Preston | Consultant | 0.3 | $200.87 | $60.26 |
| AOP | Alfredo Pastor | Consultant | 2.6 | $200.86 | $522.24 |
| AQB | Anquinette Brandon | Consultant | 2.2 | $200.85 | $441.88 |
| ASL | Alessia Salazar | Consultant | 2.0 | $200.86 | $401.72 |
| AUE | Autumn Ellis | Consultant | 4.3 | $200.86 | $863.69 |
| BSV | Betsy Silver | Consultant | 1.6 | $200.86 | $321.38 |
| BYH | Bryanna Hensley | Consultant | 3.0 | $200.85 | $602.56 |
| CCE | Cerene Credo | Consultant | 0.3 | $149.43 | $44.83 |
| CET | Christopher Estes | Consultant | 10.3 | $203.28 | $2,093.76 |
| CHD | Christopher Do | Senior Managing Consultant | 2.0 | $209.40 | $418.80 |
| CHT | Cheryl Tracey | Consultant | 0.4 | $200.88 | $80.35 |
| CHZ | Carrie Hernandez | Consultant | 2.7 | $203.28 | $548.86 |
| CJC | Caitlin Corrie | Consultant | 0.8 | $125.24 | $100.19 |
| DAK | Dayna Kosinski | Consultant | 0.3 | $155.50 | $46.65 |
| EAG | Esmeralda Aguayo | Consultant | 0.1 | $200.90 | $20.09 |
| EGA | Ellis Gatlin | Clerk | 0.5 | $53.84 | $26.92 |
| EJG | Evan Gershbein | Senior Managing Consultant | 2.0 | $231.53 | $463.05 |
| ESI | Elliser Silla | Consultant | 1.0 | $200.86 | $200.86 |
| FGZ | Francisco Gonzalez | Clerk | 0.3 | $53.87 | $16.16 |
| GYC | Gregory Crosby | Consultant | 8.7 | $200.86 | $1,747.51 |
| HBU | Hannah Bussey | Consultant | 4.6 | $200.86 | $923.96 |
| HEF | Heather Fellows | Consultant | 0.2 | $149.40 | $29.88 |
| HUM | Hugo Morales | Consultant | 0.2 | $155.50 | $31.10 |
| ICO | Ignacio Corona | Clerk | 0.5 | $53.84 | $26.92 |
| IRJ | Ivan Rios Jimenez | Consultant | 0.6 | $143.40 | $86.04 |
| JCC | Janece Carr | Consultant | 2.0 | $200.86 | $401.71 |
| JDG | Jennifer Grageda | Consultant | 0.2 | $149.40 | $29.88 |
| JHM | Joetta Thomas | Consultant | 2.2 | $200.85 | $441.88 |
| KPU | Kenneth Pulliam | Consultant | 11.9 | $200.86 | $2,390.23 |
| KTH | Katherine Turner | Consultant | 1.0 | $200.86 | $200.86 |
| MAP | Manuel Pastor | Consultant | 0.1 | $200.90 | $20.09 |
| MDO | Matthew Orr | Consultant | 1.9 | $200.86 | $381.63 |
| MVA | Maria Valencia | Clerk | 0.4 | $53.85 | $21.54 |
| MVZ | Michael Valadez | Consultant | 0.8 | $200.86 | $160.69 |
| MWC | Matthew Canty | Consultant | 2.2 | $200.86 | $441.89 |
| NBY | Nicole Bishay | Clerk | 0.2 | $53.80 | $10.76 |

| | | | | | |
|---|---|---|---|---|---|
| RJG | Richard Gonzales | Consultant | 0.1 | $203.30 | $20.33 |
| SDA | Samuel Miranda | Consultant | 2.5 | $200.86 | $502.15 |
| SEB | Senayt Berhe | Consultant | 0.1 | $149.40 | $14.94 |
| STO | Sarahi Ramirez | Clerk | 0.4 | $53.85 | $21.54 |
| SYO | Shannon Young | Consultant | 1.5 | $200.86 | $301.29 |
| SYU | Susan Yu | Consultant | 5.9 | $203.28 | $1,199.34 |
| TDL | Tara Dolen | Consultant | 4.9 | $200.86 | $984.20 |
| TFL | Teresa Flores | Consultant | 0.2 | $125.20 | $25.04 |
| THU | Terra Hutson | Consultant | 2.2 | $200.86 | $441.89 |
| VRQ | Vanessa Triana | Senior Managing Consultant | 3.2 | $209.40 | $670.08 |
| VTM | Vien Marquez | Consultant | 1.7 | $200.86 | $341.46 |
| | | | | | |
| | **TOTALS** | | **101.3** | | **$19,992.75** |

## Exhibit B

### Summary of Expenses by Category

| Category | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $187.93 |
| Printing and Mailing Expenses | | | $1,530.46 |
| Sales Tax | | | $59.45 |
| | | | |
| **TOTAL** | | | **$1,777.84** |

**Exhibit C**

**Invoice**



March 22, 2021

Purdue Pharma L.P. (Creditors' Committee)
Brendan Stuhan
Blue Cross and Blue Shield Association
1310 G Street NW
Washington DC 20005

      Re: Purdue Pharma L.P. (Creditors' Committee)
        USBC Case No. 19-23649

Dear Brendan Stuhan:

Enclosed please find Kurtzman Carson Consultants' ("KCC") invoice for the period February 1, 2021 to February 28, 2021 in the amount of $21,770.59 for the above referenced matter. Pursuant to our services agreement, KCC's invoice is due upon receipt.

If you have any questions, please contact me at (310) 751-1803 or egershbein@kccllc.com.

Sincerely,
Kurtzman Carson Consultants LLC

Evan Gershbein
EVP Restructuring

Enclosures



March 22, 2021

Copy Parties

Ira S. Dizengoff, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Arik Preis, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Mitchell Hurley, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

Sara L. Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York NY 10036

# *Kurtzman Carson Consultants LLC*

| Account Number | 70789FA | Invoice Date | March 22, 2021 |
|---|---|---|---|
| Invoice Number | US_KCC2016281 | Due Date | Due upon receipt |

### Purdue Pharma L.P. (Creditors' Committee)
### *Summary*

| <u>Description</u> | <u>Amount</u> |
|---|---|
| **Hourly Fees** | |
| Hourly Fees Charged | $19,992.75 |
| ***Total of Hourly Fees*** | $19,992.75 |
| | |
| **Expenses** | |
| Expenses | $1,718.39 |
| ***Total Expenses*** | $1,718.39 |
| | |
| ***Invoice Subtotal*** | **$21,711.14** |
| Sales and Use Tax | 59.45 |
| ***Total Invoice*** | **$21,770.59** |

---

Please detach and return this portion of the statement with your check to KCC.
Please reference your Account Number and Invoice Number on your Remittance.

| Account Number | 70789FA |
|---|---|
| Invoice Number | US_KCC2016281 |
| Total Amount Due | $21,770.59 |
| Amount Paid | $ |

**Check Payments to:**

Kurtzman Carson Consultants LLC
Dept CH 16639
Palatine, IL 60055-6639

**Wire Payments to:**

Kurtzman Carson Consultants LLC
HSBC Bank, NA
452 Fifth Avenue, New York, NY 10018
Account # 000183571
FED ABA # 021001088
ACH Routing # 022000020

# *Kurtzman Carson Consultants LLC*

02/01/2021 - 02/28/2021

## *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| AKW | Alyssa Kim-Whittle | CON | 2.50 | $203.28 | $508.20 |
| AMU | Alesha Murray | CON | 1.70 | $200.86 | $341.47 |
| ANP | Angela Preston | CON | 0.30 | $200.87 | $60.26 |
| AOP | Alfredo Pastor | CON | 2.60 | $200.86 | $522.24 |
| AQB | Anquinette Brandon | CON | 2.20 | $200.85 | $441.88 |
| ASL | Alessia Salazar | CON | 2.00 | $200.86 | $401.72 |
| AUE | Autumn Ellis | CON | 4.30 | $200.86 | $863.69 |
| BSV | Betsy Silver | CON | 1.60 | $200.86 | $321.38 |
| BYH | Bryanna Hensley | CON | 3.00 | $200.85 | $602.56 |
| CCE | Cerene Credo | CON | 0.30 | $149.43 | $44.83 |
| CET | Christopher Estes | CON | 10.30 | $203.28 | $2,093.76 |
| CHD | Christopher Do | SMC | 2.00 | $209.40 | $418.80 |
| CHT | Cheryl Tracey | CON | 0.40 | $200.88 | $80.35 |
| CHZ | Carrie Hernandez | CON | 2.70 | $203.28 | $548.86 |
| CJC | Caitlin Corrie | CON | 0.80 | $125.24 | $100.19 |
| DAK | Dayna Kosinski | CON | 0.30 | $155.50 | $46.65 |
| EAG | Esmeralda Aguayo | CON | 0.10 | $200.90 | $20.09 |
| EGA | Ellis Gatlin | CL | 0.50 | $53.84 | $26.92 |
| EJG | Evan Gershbein | SMC | 2.00 | $231.53 | $463.05 |
| ESI | Elliser Silla | CON | 1.00 | $200.86 | $200.86 |
| FGZ | Francisco Gonzalez | CL | 0.30 | $53.87 | $16.16 |
| GYC | Gregory Crosby | CON | 8.70 | $200.86 | $1,747.51 |
| HBU | Hannah Bussey | CON | 4.60 | $200.86 | $923.96 |
| HEF | Heather Fellows | CON | 0.20 | $149.40 | $29.88 |
| HUM | Hugo Morales | CON | 0.20 | $155.50 | $31.10 |
| ICO | Ignacio Corona | CL | 0.50 | $53.84 | $26.92 |
| IRJ | Ivan Rios Jimenez | CON | 0.60 | $143.40 | $86.04 |
| JCC | Janece Carr | CON | 2.00 | $200.86 | $401.71 |
| JDG | Jennifer Grageda | CON | 0.20 | $149.40 | $29.88 |
| JHM | Joetta Thomas | CON | 2.20 | $200.85 | $441.88 |
| KPU | Kenneth Pulliam | CON | 11.90 | $200.86 | $2,390.23 |
| KTH | Katherine Turner | CON | 1.00 | $200.86 | $200.86 |
| MAP | Manuel Pastor | CON | 0.10 | $200.90 | $20.09 |
| MDO | Matthew Orr | CON | 1.90 | $200.86 | $381.63 |
| MVA | Maria Valencia | CL | 0.40 | $53.85 | $21.54 |
| MVZ | Michael Valadez | CON | 0.80 | $200.86 | $160.69 |
| MWC | Matthew Canty | CON | 2.20 | $200.86 | $441.89 |
| NBY | Nicole Bishay | CL | 0.20 | $53.80 | $10.76 |
| RJG | Richard Gonzales | CON | 0.10 | $203.30 | $20.33 |
| SDA | Samuel Miranda | CON | 2.50 | $200.86 | $502.15 |
| SEB | Senayt Berhe | CON | 0.10 | $149.40 | $14.94 |

## *Kurtzman Carson Consultants LLC*

*02/01/2021 - 02/28/2021*

### *Total Hourly Fees by Employee*

| Initial | Employee Name | Position Type | Hours | Rate | Total |
|---------|---------------|---------------|-------|------|-------|
| STO | Sarahi Ramirez | CL | 0.40 | $53.85 | $21.54 |
| SYO | Shannon Young | CON | 1.50 | $200.86 | $301.29 |
| SYU | Susan Yu | CON | 5.90 | $203.28 | $1,199.34 |
| TDL | Tara Dolen | CON | 4.90 | $200.86 | $984.20 |
| TFL | Teresa Flores | CON | 0.20 | $125.20 | $25.04 |
| THU | Terra Hutson | CON | 2.20 | $200.86 | $441.89 |
| VRQ | Vanessa Triana | SMC | 3.20 | $209.40 | $670.08 |
| VTM | Vien Marquez | CON | 1.70 | $200.86 | $341.46 |

|  |  |  | *Total* | | **$19,992.75** |

# *Kurtzman Carson Consultants LLC*

### *02/01/2021 - 02/28/2021*

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 2/1/2021 | JDG | Coordinate and log creditor calls to ensure timely responses | CON | Communications / Call Center | 0.10 |
| 2/1/2021 | TFL | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 2/1/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 2/1/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/1/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/1/2021 | JHM | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/1/2021 | JHM | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/1/2021 | SYO | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/1/2021 | SYO | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/1/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.20 |
| 2/1/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 2/1/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 2/1/2021 | ASL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/1/2021 | ASL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/1/2021 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/1/2021 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 2/1/2021* | *4.50* |
| 2/2/2021 | STO | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| 2/2/2021 | SYU | Review  Certificate of Service re Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 2330-2335] mailing | CON | Noticing | 0.30 |
| 2/2/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 2/2/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 2/2/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/2/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/2/2021 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/2/2021 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/2/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.40 |
| 2/2/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |

# *Kurtzman Carson Consultants LLC*

## 02/01/2021 - 02/28/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 2/2/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/2/2021 | AQB | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/2/2021 | AQB | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/2/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/2/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/2/2021 | MWC | Prepare Affidavit of Service for Akin, Cole Schotz, Bedell, Jefferies, Province & KCC Fee Statements [DNs 2330-2335] mailing | CON | Noticing | 2.20 |
| | | | | ***Total for 2/2/2021*** | **6.50** |
| 2/3/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 2/3/2021 | AMU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/3/2021 | AMU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/3/2021 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/3/2021 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/3/2021 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/3/2021 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/3/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 2/3/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 2/3/2021 | ASL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/3/2021 | ASL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/3/2021 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/3/2021 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/3/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/3/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| | | | | ***Total for 2/3/2021*** | **5.00** |
| 2/4/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 2/4/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |

# *Kurtzman Carson Consultants LLC*

## 02/01/2021 - 02/28/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|---|---|---|---|---|---|
| 2/4/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/4/2021 | SYO | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/4/2021 | SYO | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/4/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Stip and Agreed Order [DN 2276] | SMC | Noticing | 0.40 |
| 2/4/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Adjournment [DN 2291] | SMC | Noticing | 0.40 |
| 2/4/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/4/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/4/2021 | MVA | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| 2/4/2021 | AQB | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/4/2021 | AQB | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/4/2021 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/4/2021 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| | | | | *Total for 2/4/2021* | *4.20* |
| 2/5/2021 | SYU | Update case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 2/5/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.10 |
| 2/5/2021 | AMU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/5/2021 | AMU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/5/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.70 |
| 2/5/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.70 |
| 2/5/2021 | JHM | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/5/2021 | JHM | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/5/2021 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/5/2021 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/5/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Reply, Notice and Declaration [DNs 2316-2318] | SMC | Noticing | 0.40 |

# *Kurtzman Carson Consultants LLC*

### *02/01/2021 - 02/28/2021*

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 2/5/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 2/5/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 2/5/2021 | AQB | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/5/2021 | AQB | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/5/2021 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/5/2021 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/5/2021 | BSV | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 2/5/2021 | BSV | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.80 |
| 2/5/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/5/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 2/5/2021* | *9.80* |
| 2/8/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Reply, Notice and Declaration [DNs 2316-2318] | CON | Noticing | 0.20 |
| 2/8/2021 | MDO | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Adjournment [DN 2291] | CON | Noticing | 0.20 |
| 2/8/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 2/8/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 2/8/2021 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 2/8/2021 | EAG | Review mail report for Reply, Notice and Declaration [DNs 2316-2318] | CON | Noticing | 0.10 |
| 2/8/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 2/8/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 2/8/2021 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/8/2021 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/8/2021 | CHZ | Review Purdue Pharma MSL for accuracy and completeness | CON | Administrative | 0.10 |
| 2/8/2021 | CHZ | Review Mail Report re Notice of Adjournment [DN 2291] mailing | CON | Noticing | 0.10 |
| 2/8/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/8/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/8/2021 | ASL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |

# *Kurtzman Carson Consultants LLC*

### 02/01/2021 - 02/28/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 2/8/2021 | ASL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| | | | | **Total for 2/8/2021** | **4.60** |
| 2/9/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.50 |
| 2/9/2021 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 2/9/2021 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/9/2021 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/9/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 2/9/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 2/9/2021 | SYO | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/9/2021 | SYO | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/9/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/9/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/9/2021 | ASL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 2/9/2021 | ASL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/9/2021 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/9/2021 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/9/2021 | KTH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/9/2021 | KTH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| | | | | **Total for 2/9/2021** | **5.40** |
| 2/10/2021 | JDG | Organize and file general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.10 |
| 2/10/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 2/10/2021 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/10/2021 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/10/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/10/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |

# *Kurtzman Carson Consultants LLC*

### 02/01/2021 - 02/28/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 2/10/2021 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/10/2021 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/10/2021 | JHM | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/10/2021 | JHM | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/10/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/10/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/10/2021 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.70 |
| 2/10/2021 | AUE | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.70 |
| | | | | ***Total for 2/10/2021*** | ***4.80*** |
| 2/11/2021 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/11/2021 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/11/2021 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/11/2021 | THU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/11/2021 | CHD | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Unredacted and Partially Redacted Declarations of Preis & Hurley, Reply [DNs 2248, 2250, 2259-2261] | SMC | Noticing | 0.50 |
| 2/11/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/11/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/11/2021 | MVA | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| 2/11/2021 | AQB | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/11/2021 | AQB | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| | | | | ***Total for 2/11/2021*** | ***2.90*** |
| 2/12/2021 | CCE | Sort and manage incoming case mail received for processing | CON | Document Processing | 0.10 |
| 2/12/2021 | SYU | Upload case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 2/12/2021 | SYU | Review document received in the mail and follow up with operations team re same | CON | Document Processing | 0.10 |
| 2/12/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 2/12/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |

## *Kurtzman Carson Consultants LLC*

02/01/2021 - 02/28/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 2/12/2021 | JHM | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/12/2021 | JHM | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/12/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/12/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/12/2021 | KTH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.10 |
| 2/12/2021 | KTH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 2/12/2021* | *3.20* |
| 2/15/2021 | CJC | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.50 |
| | | | | *Total for 2/15/2021* | *0.50* |
| 2/16/2021 | CHT | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 2/16/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.70 |
| 2/16/2021 | AMU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/16/2021 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/16/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/16/2021 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/16/2021 | ANP | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.20 |
| 2/16/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.70 |
| 2/16/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| | | | | *Total for 2/16/2021* | *3.10* |
| 2/17/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.40 |
| 2/17/2021 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/17/2021 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/17/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/17/2021 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| 2/17/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |

# *Kurtzman Carson Consultants LLC*

02/01/2021 - 02/28/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | | *Total for 2/17/2021* | *1.60* |
| 2/18/2021 | CHT | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 2/18/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.30 |
| 2/18/2021 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/18/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/18/2021 | RJG | Review invoice for accuracy and completeness | CON | Case Administration / Maintenance | 0.10 |
| 2/18/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 2/18/2021* | *1.20* |
| 2/19/2021 | EJG | Attention to Notice of Filing of Stipulation & Agreed Order re Exhibits [DN 2402] mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 2/19/2021 | VTM | Assist with Notice of Filing of Stipulation & Agreed Order re Exhibits [DN 2402] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 2/19/2021 | MDO | Assist with Notice of Filing of Stipulation & Agreed Order re Exhibits [DN 2402] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 2/19/2021 | IRJ | Assist with Notice of Filing of Stipulation & Agreed Order re Exhibits [DN 2402] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 2/19/2021 | HUM | Assist with Notice of Filing of Stipulation & Agreed Order re Exhibits [DN 2402] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.20 |
| 2/19/2021 | MAP | Assist with Notice of Filing of Stipulation & Agreed Order re Exhibits [DN 2402] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |
| 2/19/2021 | STO | Track undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.20 |
| 2/19/2021 | FGZ | Assist with Notice of Filing of Stipulation & Agreed Order re Exhibits [DN 2402] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.30 |
| 2/19/2021 | SYU | Correspond with counsel re service of Notice of Filing of Stipulation & Agreed Order re Exhibits | CON | Noticing | 0.10 |
| 2/19/2021 | SYU | Coordinate and generate Notice of Filing of Stipulation & Agreed Order re Exhibits [DN 2402] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.70 |
| 2/19/2021 | SYU | Update the Master Service List per recent correspondence | CON | Noticing | 0.20 |
| 2/19/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.90 |
| 2/19/2021 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 2/19/2021 | AMU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |

# *Kurtzman Carson Consultants LLC*

### 02/01/2021 - 02/28/2021

### *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 2/19/2021 | AOP | Assist with Notice of Filing of Stipulation & Agreed Order re Exhibits [DN 2402] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.90 |
| 2/19/2021 | BYH | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/19/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.60 |
| 2/19/2021 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/19/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.50 |
| 2/19/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| | | | | *Total for 2/19/2021* | *7.80* |
| 2/22/2021 | EJG | Attention to Stipulation and Agreed Order re Exhibits [DN 2405]  mailing, including email communication with counsel re same | SMC | Noticing | 0.50 |
| 2/22/2021 | EJG | Attention to Akin, Cole Schotz, Bedell, Jefferies & KCC Fee Statements [DNs 2407-2411] mailing, including email communication with counsel re same | SMC | Noticing | 0.60 |
| 2/22/2021 | VTM | Assist with Stipulation and Agreed Order re Exhibits [DN 2405] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 2/22/2021 | VTM | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for  Notice of Filing of Stipulation & Agreed Order re Exhibits [DN 2402] | CON | Noticing | 0.20 |
| 2/22/2021 | MDO | Assist with Stipulation and Agreed Order re Exhibits [DN 2405] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 2/22/2021 | DAK | Assist with Stipulation and Agreed Order re Exhibits [DN 2405] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 2/22/2021 | EGA | Assist with Stipulation and Agreed Order re Exhibits [DN 2405] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 2/22/2021 | ICO | Assist with Stipulation and Agreed Order re Exhibits [DN 2405] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.10 |
| 2/22/2021 | SYU | Review docket and consult counsel re possible mailing service | CON | Noticing | 0.20 |
| 2/22/2021 | SYU | Coordinate and generate Stipulation and Agreed Order re Exhibits [DN 2405] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 2/22/2021 | SYU | Correspond with counsel re service of Akin, Cole Schotz, Bedell, Jefferies & KCC Fee Statements | CON | Noticing | 0.10 |
| 2/22/2021 | SYU | Coordinate and generate Akin, Cole Schotz, Bedell, Jefferies & KCC Fee Statements [DNs 2407-2411] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.60 |
| 2/22/2021 | HEF | Manage and review tracking of undeliverable mail re Notice of Filing of Stipulation & Agreed Order re Exhibits [DN 2402] | CON | Undeliverable Mail Processing | 0.10 |
| 2/22/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 1.30 |

# *Kurtzman Carson Consultants LLC*

### 02/01/2021 - 02/28/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 2/22/2021 | AOP | Assist with Stipulation and Agreed Order re Exhibits [DN 2405] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 1.00 |
| 2/22/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/22/2021 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/22/2021 | CHZ | Prepare Certificate of Service for Notice of Filing of Stipulation & Agreed Order re Exhibits [DN 2402] | CON | Noticing | 2.50 |
| 2/22/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.60 |
| 2/22/2021 | VRQ | Coordinate and facilitate service of Stipulation and Agreed Order re Exhibits [DN 2405] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 0.70 |
| 2/22/2021 | SDA | Coordinate and generate Stipulation and Agreed Order re Exhibits [DN 2405] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 1.20 |
| 2/22/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| 2/22/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.90 |
| | | | *Total for 2/22/2021* | | *13.10* |
| 2/23/2021 | ESI | Prepare Affidavit of Service for Akin, Cole Schotz, Bedell, Jefferies & KCC Fee Statements [DNs 2407-2411] mailing | CON | Noticing | 1.00 |
| 2/23/2021 | SYU | Review Certificate of Service re Stipulation and Agreed Order re Exhibits [DN 2405] mailing | CON | Noticing | 0.30 |
| 2/23/2021 | SYU | Electronically file 3 Certificates of Service with the court | CON | Noticing | 0.30 |
| 2/23/2021 | SYU | Review Certificate of Service re Notice of Filing of Stipulation & Agreed Order re Exhibits [DN 2402] mailing | CON | Noticing | 0.30 |
| 2/23/2021 | SYU | Review Certificate of Service re Akin, Cole Schotz, Bedell, Jefferies & KCC Fee Statements [DNs 2407-2411] mailing | CON | Noticing | 0.30 |
| 2/23/2021 | SYU | Update the Master Service List | CON | Noticing | 0.10 |
| 2/23/2021 | AKW | Review Certificate of Service for Stipulation and Agreed Order re Exhibits [DN 2405] mailing | CON | Noticing | 1.20 |
| 2/23/2021 | AKW | Review Certificate of Service for Fee Apps DNs 2407-2411 electronic mailing | CON | Noticing | 0.50 |
| 2/23/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 2/23/2021 | CJC | Manage and review tracking of undeliverable mail re various notices | CON | Undeliverable Mail Processing | 0.30 |
| 2/23/2021 | ANP | Listen to and log information from creditor calls to ensure a timely response | CON | Communications / Call Center | 0.10 |
| 2/23/2021 | VRQ | Correspondence re Affidavits of Service; review files and follow-up re same | SMC | Noticing | 0.60 |
| 2/23/2021 | SDA | Prepare Affidavit of Service for Stipulation and Agreed Order re Exhibits [DN 2405] mailing | CON | Noticing | 1.20 |
| 2/23/2021 | SDA | Review email correspondence from recent service and follow-up with creditor and KCC Team re same | CON | Noticing | 0.10 |
| 2/23/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/23/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |

# *Kurtzman Carson Consultants LLC*

### 02/01/2021 - 02/28/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| | | | | **Total for 2/23/2021** | **7.10** |
| 2/24/2021 | CCE | Organize and file general case documents to maintain integrity of original document tracking system | CON | Document Processing | 0.20 |
| 2/24/2021 | SYU | Review document received in the mail and follow up with operations team re same | CON | Document Processing | 0.10 |
| 2/24/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.70 |
| 2/24/2021 | GYC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/24/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/24/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| | | | | **Total for 2/24/2021** | **1.90** |
| 2/25/2021 | EJG | Attention to Sixth Notice of Partially Redacted Preis Declaration [DN 2419] mailing, including email communication with counsel re same | SMC | Noticing | 0.40 |
| 2/25/2021 | VTM | Assist with Sixth Notice of Partially Redacted Preis Declaration [DN 2419] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 2/25/2021 | MDO | Assist with Sixth Notice of Partially Redacted Preis Declaration [DN 2419] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.50 |
| 2/25/2021 | IRJ | Assist with Sixth Notice of Partially Redacted Preis Declaration [DN 2419] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.30 |
| 2/25/2021 | EGA | Assist with Sixth Notice of Partially Redacted Preis Declaration [DN 2419] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.40 |
| 2/25/2021 | ICO | Assist with Sixth Notice of Partially Redacted Preis Declaration [DN 2419] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CL | Noticing | 0.40 |
| 2/25/2021 | SYU | Correspond with counsel re service of Sixth Notice of Partially Redacted Preis Declaration | CON | Noticing | 0.10 |
| 2/25/2021 | SYU | Coordinate and generate Sixth Notice of Partially Redacted Preis Declaration [DN 2419] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 0.30 |
| 2/25/2021 | SYU | Review document received in the mail and follow up with operations team re same | CON | Document Processing | 0.10 |
| 2/25/2021 | SEB | Sort and manage incoming case mail received for processing | CON | Document Processing | 0.10 |
| 2/25/2021 | TFL | Listen to and log information from creditor calls to ensure a timely response (1) | CON | Communications / Call Center | 0.10 |
| 2/25/2021 | HBU | Coordinate and generate Sixth Notice of Partially Redacted Preis Declaration [DN 2419] mailing, including preparing service lists, reviewing document, and performing quality checks | CON | Noticing | 2.10 |
| 2/25/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.50 |
| 2/25/2021 | AOP | Assist with Sixth Notice of Partially Redacted Preis Declaration [DN 2419] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.10 |

# *Kurtzman Carson Consultants LLC*

02/01/2021 - 02/28/2021

## *Time Detail*

| Date | Employee | Description | Position Type | Category | Hours |
|------|----------|-------------|---------------|----------|-------|
| 2/25/2021 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Notice of Filing of Stipulation & Agreed Order re Exhibits [DN 2402] | CON | Noticing | 0.30 |
| 2/25/2021 | AOP | Administrative close of mailing including printing postage and photocopy reports, quality checks, and preparing mailing report for Stipulation and Agreed Order re Exhibits [DN 2405] | CON | Noticing | 0.30 |
| 2/25/2021 | MVZ | Assist with Sixth Notice of Partially Redacted Preis Declaration [DN 2419] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | CON | Noticing | 0.80 |
| 2/25/2021 | VRQ | Coordinate and facilitate service of Sixth Notice of Partially Redacted Preis Declaration [DN 2419] including preparation of service lists, review documents and prepare related correspondence | SMC | Noticing | 0.70 |
| 2/25/2021 | CHD | Assist with Sixth Notice of Partially Redacted Preis Declaration [DN 2419] mailing including preparing, inserting, affixing postage, labeling, sealing and mailing envelopes | SMC | Noticing | 0.30 |
| 2/25/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/25/2021 | TDL | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.40 |
| | | | | *Total for 2/25/2021* | *8.90* |
| 2/26/2021 | SYU | Review Certificate of Service re Sixth Notice of Partially Redacted Preis Declaration [DN 2419] mailing | CON | Noticing | 0.30 |
| 2/26/2021 | SYU | Electronically file Certificate of Service with the court | CON | Noticing | 0.10 |
| 2/26/2021 | SYU | Update the case calendar to the public access website | CON | Maintenance of Public Access Website | 0.30 |
| 2/26/2021 | HEF | Manage and review tracking of undeliverable mail re Sixth Notice of Partially Redacted Preis Declaration [DN 2419] | CON | Undeliverable Mail Processing | 0.10 |
| 2/26/2021 | AKW | Review Certificate of Service for Sixth Notice of Partially Redacted Preis Declaration [DN 2419] mailing | CON | Noticing | 0.80 |
| 2/26/2021 | HBU | Prepare Certificate of Service for Sixth Notice of Partially Redacted Preis Declaration [DN 2419] mailing | CON | Noticing | 2.50 |
| 2/26/2021 | CET | Oversee and assist call center agents with creditor inquiries to ensure a timely and accurate response | CON | Communications / Call Center | 0.20 |
| 2/26/2021 | CET | Return creditor inquiry regarding proof of claim forms, claim filing procedures, and status of payments | CON | Communications / Call Center | 0.30 |
| 2/26/2021 | JCC | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.20 |
| 2/26/2021 | KPU | Respond to inquiries regarding the status of the Chapter 11 proceedings and status of claims | CON | Communications / Call Center | 0.30 |
| 2/26/2021 | NBY | Sort and manage undeliverable mail from various notices | CL | Undeliverable Mail Processing | 0.10 |
| | | | | *Total for 2/26/2021* | *5.20* |
| | | | | ***Total Hours*** | ***101.30*** |

# Kurtzman Carson Consultants LLC

02/01/2021 - 02/28/2021

## *Expenses*

| Description | Units | Rate | Amount |
|---|---|---|---|
| First Class Mail | | | $187.93 |
| Printing and Mailing Expenses (See Exhibit) | | | $1,530.46 |
| | | ***Total Expenses*** | ***$1,718.39*** |

## *Kurtzman Carson Consultants LLC*

02/01/2021 - 02/28/2021

### *Printing and Mailing Expenses*

| Post Date | Mailing Name | Quantity | Description | Rate | Total |
|---|---|---|---|---|---|
| 2/19/2021 | Notice of Filing of Stipulation & Agreed Order re Exhibits [DN 2402] | 190 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 190 Email Parties | $250.00 | $250.00 |
| | | 51 | First Class Mail | | |
| | | 714 | Image notice printing for 1 document, including Purdue DN 2402 Notice of Filing of Stipulation and Agreed Order Regarding Exhibits.pdf | $0.11 | $78.54 |
| | | 51 | Non-Standard Envelopes | $0.36 | $18.36 |
| 2/22/2021 | Stipulation and Agreed Order re Exhibits [DN 2405] | 189 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 189 Email Parties | $250.00 | $250.00 |
| | | 51 | First Class Mail | | |
| | | 408 | Image notice printing for 1 document, including Purdue DN 2405 Stipulation and Agreed Order re Exhibit | $0.11 | $44.88 |
| | | 51 | Standard Envelopes | $0.14 | $7.14 |
| 2/22/2021 | Akin, Cole Schotz, Bedell, Jefferies & KCC Fee Statements [DNs 2407-2411] | 6 | Email Parties | $0.00 | $100.00 |
| 2/25/2021 | Sixth Notice of Partially Redacted Preis Declaration [DN 2419] | 189 | Email Parties | $0.00 | $100.00 |
| | | 1 | Email Service Setup to 189 Email Parties | $250.00 | $250.00 |
| | | 51 | First Class Mail | | |
| | | 1,938 | Image notice printing for 1 document, including Purdue DN 2419 Sixth Notice of Partially Redacted Preis Declaration | $0.11 | $213.18 |
| | | 51 | Non-Standard Envelopes | $0.36 | $18.36 |

### *Total Printing and Mailing Expenses*                    *$1,530.46*