UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,** | Case No. 19-23649-RDD |
| Debtors. | Jointly Administered |

# WITHDRAWAL OF NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Annemarie B. Mathews hereby withdraws as counsel in this case to creditor the State of South Carolina, acting by and through the Attorney General of South Carolina, Alan Wilson. Please remove her from all applicable service lists maintained in the above-captioned cases, including the Court's CM/ECF electronic notification list.

Dated: May 4, 2021

Respectfully submitted,

By: */s/* Annemarie B. Mathews
Annemarie B. Mathews
Assistant Attorney General

The State of South Carolina ex rel. Alan Wilson, Attorney General
Office of the South Carolina Attorney General
P.O. Box 11549
Columbia, South Carolina 29211-1549
Telephone: (803) 734-3679
Fax: (803) 734-0097