BEDELL CRISTIN JERSEY PARTNERSHIP
Edward Drummond
26 New Street
Saint Helier, Jersey JE2 3RA
Tel: +44 (0)1534 814814
edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P.,* et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Ninth         Debtors.[1] | (Jointly Administered) |

**TENTH MONTHLY FEE STATEMENT OF
BEDELL CRISTIN JERSEY PARTNERSHIP
FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED
AS SPECIAL FOREIGN COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR
THE PERIOD OF FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

| | |
|---|---|
| Name of Applicant: | Bedell Cristin Jersey Partnership |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Purdue Pharma L.P., *et al.* |
| Date of Retention: | June 29, 2020, *nunc pro tunc* to February 27, 2020 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).

| | |
|---|---:|
| Period for Which Compensation and Reimbursement Is Sought: | February 1, 2021 through February 28 2021 |
| Fees Incurred: | $14,140.50 |
| 20% Holdback: | $2,828.10 |
| Total Compensation Less 20% Holdback: | $11,312.40 |
| Monthly Expenses Incurred: | $17,655.00 |
| **Total Fees and Expenses Requested:** | **$31,795.50** |

This is Bedell Cristin's tenth monthly fee statement.

Bedell Cristin Jersey Partnership ("Bedell Cristin"), special foreign counsel to the Official Committee of Unsecured Creditors (the "Committee") of Purdue Pharma L.P. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Tenth Monthly Fee Statement") covering the period from February 1, 2021 through and including February 28, 2021 (the "Compensation Period") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 529] and the *Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. § 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. § 327* [ECF No. 1023].

By this Tenth Monthly Fee Statement, Bedell Cristin requests (a) interim allowance and payment of compensation in the amount of $11,312.40 (80% of $14,140.50) for fees on account of reasonable and necessary professional services rendered to the Committee by Bedell Cristin and

2

(b) reimbursement of actual and necessary costs and expenses in the amount of $17,655.00[2] incurred by Bedell Cristin during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, hourly billing rates and aggregate hours spent by each Bedell Cristin professional and paraprofessional who provided services to the Committee during the Compensation Period. The rates charged by Bedell, Cristin for services rendered to the Committee are the same rates that Bedell Cristin charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Bedell Cristin professionals and paraprofessionals in rendering services to the Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Bedell Cristin professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Bedell Cristin in connection with services rendered to the Committee during the Compensation Period.

---

[2] Expense reports or invoices for such amounts are included within Exhibit E.

**NOTICE AND OBJECTION PROCEDURES**

Notice of this Tenth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson Email: Christopher.Robertson@davispolk.com, and Dylan Consla, Email: Dylan.Consla@davispolk.com; (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov and Brian S. Masumoto, Email: Brian.Masumoto@usdoj.gov; and (iv) the independent fee examiner appointed in these chapter 11 cases, David M. Klauder, Esq., Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware, 19801, Email: dklauder@bk-legal.com (collectively, the "Notice Parties").

Objections to this Tenth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **12:00 p.m. (prevailing Eastern Time) on May 18, 2021** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

If no objections to this Tenth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees identified herein.

If an objection to this Tenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Tenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: St Helier, Jersey
May 4, 2021

Bedell Cristin Jersey Partnership

By: */s/ Edward Drummond*
26 New Street, St Helier, Jersey, JE2 3RA
Telephone: +44 (0) 1534 814621
Edward.drummond@bedellcristin.com

*Special Foreign Counsel to the Official Committee of Unsecured Creditors Purdue Pharma L.P.,* et al.

**Exhibit A**

**Timekeeper Summary**

| Partners | Department | Rate | Hours | Amount ($) |
|---|---|---|---|---|
| Advocate E. Drummond | Litigation | $770.00 | 12.7 | 9,779.00 |
| **Partner Total** | | | **12.7** | **9,779.00** |
| **Senior Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs E. Shaw | International Private Client | $565.00 | 2.6 | 1,469.00 |
| **Senior Associate Total** | | | **2.6** | **1,469.00** |
| **Associates** | **Department** | **Rate** | **Hours** | **Amount ($)** |
| Mrs C. C. Young | Litigation | $445.00 | 6.5 | 2,892.50 |
| **Associate Total** | | | **6.5** | **2,892.50** |
| **Staff Attorneys Total** | | | **21.8** | **14,140.50** |
| **Total Hours / Fees Requested** | | | **21.8** | **14,140.50** |

## TOTAL FEES FOR THE COMPENSATION PERIOD

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---:|---:|---:|
| Partners | $770 | 12.7 | $9,779.00 |
| Senior Associates | $565 | 2.6 | $1,469.00 |
| Associates | $445 | 6.5 | $2,892.50 |
| **Blended Attorney Rate** | $648,65 | | |
| **Blended Rate for All Timekeepers** | $648,65 | | |
| **Total Hours / Fees Requested:** | | 21.8 | $14,140.50 |

## Exhibit B

### Task Code Summary

| Task Code | Matter | Hours | Value($) |
|---|---|---|---|
| 3 | Bedell Cristin Fees | 2.6 | $1,352.00 |
| 13 | Analysis of Pre-Petition Transactions | 19.2 | $12,788.50 |
| | **TOTAL:** | **21.8** | **$14,140.50** |

3

# Exhibit C

# Itemized Fees

# BEDELL CRISTIN

LEGAL SERVICES

|  |  |
|---|---|
| Mitchell Hurley | **Our ref** pnc/CCY/136744.0001 |
| Akin Gump Strauss Hauer & Feld LLP | **Invoice No** 362312 |
| One Bryant Park | **Tax date** 30 April 2021 |
| Bank of America Tower | **GST No.** 0009162 |
| New York | **Tel:** +44 (0) 1534 814814 |
| NY 10036 - |  |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
|  | **Advocate E. Drummond** |  |  |
| 01/02/21 | 0003 - Fees - Review Jan invoice from counsel (0.1). Email exchange with CY (0.2). | 0:18 | 231.00 |
| 02/02/21 | 0013 - Claim - Prep for call with counsel. | 0:36 | 462.00 |
| 03/02/21 | 0013 - Claim - Prep for call with counsel. | 0:48 | 616.00 |
|  | 0013 - Claim - Call with counsel. | 2:00 | 1,540.00 |
| 04/02/21 | 0013 - Claim - Review draft email from CY (0.2). Emailing revised draft and comments to CY (0.8). Review case from CY (0.2). | 1:12 | 924.00 |
| 05/02/21 | 0013 - Claim - review cases from counsel (0.9). Amend email to Akin (0.4). Email note to CY (0.1). | 1:24 | 1,078.00 |
| 09/02/21 | 0013 - Claim - Email from Akin (0.1). Email to CY (0.1). | 0:12 | 154.00 |
| 12/02/21 | 0013 Claim - Review updated Jersey agreement (0.5). Email exchange with ES (0.8). Email to Akin Gump (0.4). | 1:42 | 1,309.00 |
| 13/02/21 | 0013 - Claim - Email to Akin Gump (0.3). | 0:18 | 231.00 |
| 15/02/21 | 0013 Claim - Email to ES (0.1). Email from ES (0.1). | 0:12 | 154.00 |
| 16/02/21 | 0013 Claim - review draft Jersey agreement (0.5); review notes re: issue raised (0.5). Email with comments to ES (0.5). Call with ES (0.2). Emails from Akin Gump (0.2). Email to Akin Gump (0.3). | 2:12 | 1,694.00 |
| 17/02/21 | 0013 Claim - email re: Jersey legal issue. | 0:18 | 231.00 |
| 22/02/21 | 0003 - Fees - email exchange with Akin Gump re: estimate of future fees. | 0:18 | 231.00 |
| 24/02/21 | 0013 - Claim: Review Debevoise amendments and Akin Gump comments (0.5). Email from ES (0.2). Email to Akin Gump (0.5). | 1:12 | 924.00 |
|  | **Mrs C. C. Young** |  |  |
| 01/02/21 | 0013: Claim - emails to Akin Gump (.2) | 0:12 | 89.00 |
|  | 0003 - Fees: email to accounts | 0:06 | 44.50 |
| 02/02/21 | 0003: Fees - Claim - email to Purdue | 0:06 | 44.50 |
| 03/02/21 | 0003: fees - email to Purdue | 0:06 | 44.50 |
|  | 0013: Call with Counsel, (2.1) email to counsel (.1), draft e-mail to Akin Gump (consider notes) (.3) | 2:30 | 1,112.50 |
| 04/02/21 | 0013: Claim - research cases (.3), review material (.2) | 0:30 | 222.50 |
| 05/02/21 | 0013: Claim - Email to Akin Gump (.1) | 0:06 | 44.50 |
| 08/02/21 | 0003: fees - billing | 0:12 | 89.00 |
| 09/02/21 | 0013:  Claim - email to counsel (0.1), email to Akin Gump, (0.1) | 0:12 | 89.00 |
| 10/02/21 | 0003: Fees -  billing - query from accounts re fee rates | 0:18 | 133.50 |
| 12/02/21 | 0013: claim - review and consider incoming correspondence | 0:24 | 178.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

| | |
|---|---|
| Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE | Sort Code: 20-45-05 |
| Account Name:  Bedell Group Services Offices  USD | Account Number: 62384922 |
| Swift Code: BARCGB22 | IBAN: GB88 BARC 2045 0562 3849 22 |

26 New Street, St Helier, Jersey,  
Channel Islands, JE2 3RA

**Bedell Cristin Jersey Partnership**  
A list of Partners is available for inspection at the principal office

bedellcristin.com

BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29407612-1

# BEDELL CRISTIN

LEGAL SERVICES

Advice re: Purdue Pharma LP

| | |
|---|---|
| Our ref | pnc/CCY/136744.0001 |
| Invoice No | 362312 |
| Tax date | 30 April 2021 |

| Date | Details | Hrs:Min | Amount |
|---|---|---|---|
| | **Mrs C. C. Young** | | |
| 16/02/21 | 0013: Claim - consider incoming emails (.2), review amended agreement (0.1) | 0:18 | 133.50 |
| 18/02/21 | 00013: Claim - review email and send out email to client | 0:12 | 89.00 |
| 25/02/21 | 0003: fees - monthly fee statement | 0:36 | 267.00 |
| 26/02/21 | 0003: fees - monthly fee statement | 0:36 | 267.00 |
| | **Mrs E. Shaw** | | |
| 05/02/21 | 0013: Jersey Trust Issues - review correspondence | 0:12 | 113.00 |
| 12/02/21 | 0013: Jersey Trust Issues: review legal document | 0:30 | 282.50 |
| | 0013: Jersey Trust issues: considering further queries from Akin Gump | 0:24 | 226.00 |
| 15/02/21 | 0013: Jersey Trust Issues: internal exchanges with ED on Akin Gump queries | 0:24 | 226.00 |
| 16/02/21 | 0013: Jersey Trust issue: internal call with ED to discuss Akin Gump queries | 0:24 | 226.00 |
| 24/02/21 | 0013: Jersey Trust Issues: re on legal document | 0:30 | 282.50 |
| 25/02/21 | 0013: Jersey Trust Issues: reviewing exchanges (0.1) and internal exchange with ED (0.1) | 0:12 | 113.00 |
| | Total:- | 21:48 | 14,140.50 |
| | Advocate E. Drummond | 12:42 | 9,779.00 |
| | Mrs C. C. Young | 6:30 | 2,892.50 |
| | Mrs E. Shaw | 2:36 | 1,469.00 |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE      Sort Code: 20-45-05
Account Name:  Bedell Group Services Offices  USD              Account Number: 62384922
Swift Code: BARCGB22                                            IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,           **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA                     A list of Partners is available for inspection at the principal office

**bedellcristin.com**                        BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29407612-1

# BEDELL CRISTIN

LEGAL SERVICES

Mitchell Hurley
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York
NY 10036 -

**Our ref**      pnc/CCY/136744.0001
**Invoice No**   362312
**Tax date**     30 April 2021
**GST No.**      0009162
**Tel:**         +44 (0) 1534 814814

**INVOICE**
Advice re: Purdue Pharma LP

|  | Charge | GST Rate |
|---|---:|---:|
| **Professional Fees** | | |
| To professional services rendered from 01/02/2021 to 30/04/2021 | 14,140.50 | 0.0% |
| **Expenses** | 0.00 | 0.0% |
| **Third Party Charges** | | |
| Andrew Shaw - Professional fees 03/02/21 | 1,155.00 | 0.0% |
| Mr Tom Smith - Professional fees on 03/02/21 | 16,500.00 | 0.0% |
| Total excluding GST | US$ 31,795.50 | |
| Total GST | US$ 0.00 | |
| **TOTAL BALANCE DUE** | US$ 31,795.50 | |

**Payment instructions and methods of payment**

All invoices are payable immediately. For any queries please contact finance@bedellcristin.com. For a direct transfer our banking details are:

Barclays Bank Plc, 13 Library Place, St Helier, Jersey, JE4 8NE       Sort Code: 20-45-05
Account Name:  Bedell Group Services Offices  USD                    Account Number:  62384922
Swift Code: BARCGB22                                                  IBAN: GB88 BARC 2045 0562 3849 22

26 New Street, St Helier, Jersey,                **Bedell Cristin Jersey Partnership**
Channel Islands, JE2 3RA                         A list of Partners is available for inspection at the principal office

**bedellcristin.com**                            BVI | CAYMAN ISLANDS | GUERNSEY | JERSEY | LONDON | SINGAPORE

136744.0001/29407612-1

**Exhibit D**

**Disbursement Summary**

| Disbursement Activity | Amount ($) |
|---|---:|
| Andrew Shaw – Professional Fees 03/02/21 | 1,155.00 |
| Tom Smith QC – Professional Fees 03/02/21 | 16,500.00 |
| **TOTAL** | **$17,655.00** |

# Exhibit E

**Itemized Disbursements**



3-4 South Square,
Gray's Inn,
London WC1R 5HP

T +44 (0)20 7696 9900
F +44 (0)20 7696 9911
LDE 338 Chancery Lane

practicemanagers
@southsquare.com
www.southsquare.com

Professional Fees of Mr Andrew Shaw

VAT Registration No: 192573189

Bedell Cristin

26 New Street

St Helier

Jersey

JE2 3RA

Solicitor Ref: Ed Drummond        Date: 1 March 2021        Case Ref No: 92830

**PURDUE PHARAM LP – FEBRUARY 2021**

| DATE | DESCRIPTION | TIME | FEES (USD hourly rate 525) |
|---|---|---|---|
| 3/2/21 | Preparation for and attendance on call with TS QC and Instructing Solicitors. | 2hrs 12 mins | USD 1,155 |
| **TOTAL TIMES AND FEES FOR FEBRUARY 2021** | | **2hrs 12mins** | **USD 1,155** |

**Payment by bank transfer:**

**Andrew Shaw (Barclays) Sort Code: 20-41-41**

**Account: 23460304**

**Please forward a remittance advice detailing the case ref.**

**no. and amount to marcomalatesta@southsquare.com**

19-23649-shl    Doc 2805    Filed 05/04/21    Entered 05/04/21 12:31:48    Main Document
Pg 16 of 18



**Cheques are payable to: Mr Andrew Shaw**

**VALID ONLY WHEN RECEIPTED PLEASE QUOTE CASE REFERENCE NO. ON ALL CORRESPONDENCE**

**South Square and it's members are regulated by the Bar Standards Board**



3-4 South Square,  T +44 (0)20 7696 9900  practicemanagers
Gray's Inn,  F +44 (0)20 7696 9911  @southsquare.com
London WC1R 5HP  LDE 338 Chancery Lane  www.southsquare.com

Professional Fees of Mr Tom Smith QC

VAT Registration No: 761167236

| Bedell Cristin |
| 26 New Street |
| St Helier |
| Jersey |
| JE2 3RA |

Solicitor Ref: Ed Drummond         Date: 1 March 2021         Case Ref No: 92830

**PURDUE PHARAM LP – FEBRUARY 2021**

| DATE | DESCRIPTION | TIME | FEES (USD hourly rate 1,100 |
| --- | --- | --- | --- |
| 3 February 2021 | Preparing for and advising by telephone | 15h | 16,500 |
|  |  |  |  |
| **TOTAL TIMES AND FEES FOR FEBRUARY 2021** |  | **15h** | **16,500 USD** |

**Payment by bank transfer:**

**Tom Smith (HSBC PLC) Sort Code:40-11-58**

**Account:90335746**



**Please forward a remittance advice detailing the case ref.**

**no. and amount to dylanplayfoot@southsquare.com**

**Cheques are payable to: Mr Tom Smith QC**

**VALID ONLY WHEN RECEIPTED PLEASE QUOTE CASE REFERENCE NO. ON ALL CORRESPONDENCE**

**South Square and it's members are regulated by the Bar Standards Board**