| Claim # | Name |
|---|---|
| 129035 | Austin, Richard |
| 67566 | Bassett, Sandra |
| 118656 | Bassett, Tyler |
| 615782 | Burke, Donna guardian of incapacitated adult |
| 89124 | Caine, Edward |
| 615774 | Cardoza, Joseph c/o Donique Cardoza - deceased daughter |
| 615557 | Chabot, Justin for Jeremy Chabot (legal guardian, brother) |
| 615606 | Clarkson, Pamela and Randall (Randall Clarkson - deceased son) |
| 615628 | Coderre, Richard |
| 125741 | Costa, Jason |
| 615769 | Costa, Wayne |
| 124383 | Davis, Marifran and Robin on Estate of Marc Davis (mother and sister of deceased) |
| 615728 | DC, a minor Donique Cardoza - decesead mother |
| 127892 | Delgado, Francisco |
| 615776 | Delrosa, Cristina (Edward Guzman, Sr; spouse) |
| 74087 | Dyer, Joanne |
| 59400 | Estate of Lori Tripp (Robert Tripp - son) |
| 619469 | Everett, Raymond |
| 614819 | Feliciano, Joselyn |
| 615777 | Feliciano, Mayner |
| 614472 | Feliciano, Michael |
| 615550 | Feliciano, William |
| 615784 | Fortin, Shawn |
| 131914 | Foster, Craig |
| 615544 | Goncalves, Marco |

| | |
|---|---|
| 615667 | Guzman Jr., Edward on behalf of Edward Guzman Sr. - deceased father |
| 69324 | Harper, Jessica |
| 67524 | Jean, Alexander |
| 615607 | Jose, Jimmy |
| 615726 | JW and GW, minors (Tania Moniz, mother 67 Morgan's Way, Swansea MA 02777) - minors of an incapacitated creditor) |
| 125510 | Kane, Patrick |
| 129046 | Lalli, Charles |
| 615502 | Landy, Gerald |
| 128013 | Langevin, Kenneth (father of Mathew Langevin) |
| 615778 | Little, Gary |
| 68432 | McAuliffe, Maureen |
| 615841 | Medeiros, Seth |
| 89513 | Mikolazyk, Kevin |
| 123296 | Mikulski, Steven |
| 87490 | Nadeau, Ashley |
| 615608 | Nadeau, Donna (mother of Ashley Nadeau and Mark Nadeau) |
| 88852 | Nadeau, Mark |
| 124626 | Nobles, Chad |
| 118629 | Nunez, Ivette |
| 614473 | Pacheco, Joey |
| 615509 | Pacheco, Nayda |
| 87709 | Partlow, Donna |
| 125169 | Pedro, Robert |
| 615697 | Pendergash, Thomas |
| 125057 | Pimental, Barbara |
| 615623 | Pontes, Joan (mother) and Travis, Debra (sister) estate of Pontes, John |

| | |
|---|---|
| 127152 | Rebello, Michael |
| 618890 | Roberts, Phoebe live-in partner (Thomas Miranda) |
| 619290 | Santiago, Darwinda |
| 615558 | Santos, Caitlin |
| 615559 | Santos, Caitlin for RK, a minor |
| 615545 | Santos, Gary |
| 616003 | Santos, Lori on behalf of Estate of Robert H. Tavares ( sister of deceased) |
| 118624 | Santos, Mark |
| 615672 | Sbardella, LouAnn |
| 124827 | Shaw, Kevin |
| 88664 | Sheahan, Daniel |
| 615780 | Sheahan, Kimberly & Daniel (Drew Sheahan; deceased son) |
| 615785 | Sherman, Harold |
| 615599 | Sherman, Harold E. and CS, a minor (Charlotte Sherman) - father |
| 615836 | Tavares Sr., Robert (father) and Tavares, Lori (sister) - Robert H. Tavares Jr. (deceased) |
| 616003 | Tavares, Lori and Robert |
| 615632 | Tavares, Maria and Kenneth Estate of Jason Tavares (deceased son) |
| 615783 | Therrien, Wade |
| 124355 | Thompson, Scott |
| 615627 | Tripp Jr., Issac V. (Lori Tripp - deceased spouse) |
| 615536 | Tripp, Cassiey (Lori Tripp - deceased mother) |
| 615804 | Tripp, Issac (Lori Tripp - deceased mother) |
| 615773 | Tripp, Joshua (Lori Tripp - deceased mother) |
| 75418 | Tripp, Robert (Lori Tripp - deceased mother) |

| | |
|---|---|
| 615790 | Vasconcelos, Louis |
| 615548 | Vieira, Kathy (Lori Tripp - deceased sister) |
| 614446 | Viveiros, Armando |
| 129110 | Watkins, Elizabeth |
| 615478 | Wilson, Cliff (behalf of Jason Wilson, incompetent adult) |
| 615721 | Wilson, Jason incapacitated adult |
| 125498 | Wilson, Nicholas |
| 124438 | Wilson, Richard |
| 128357 | Wood, Gregory Francis |