**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X

|  |  |
|---|---|
|  | : Chapter 11 |
| In re: |  |
|  | : Case No. 19-23649 (RDD) |
| PURDUE PHARMA L.P., et al., |  |
|  | : (Jointly Administered) |
| Debtors. |  |
|  | : |

-------------------------------------------------------- X

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Julianne Feliz-Kidd to be admitted, *pro hac vice*, to represent creditors Mark Santos, et. al. (see the people listed on the attached list; collectively, the "Clients") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the state of Massachusetts and the United States District Court for the District of Massachusetts, it is hereby

ORDERED, that Julianne Feliz-Kidd, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases to represent the Clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May 4, 2021
   White Plains, New York

        */s/Robert D. Drain*
        United States Bankruptcy Judge