UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
In re: : Chapter 11
: Case No. 19-23649 (RDD)
PURDUE PHARMA L.P., et al.,
: (Jointly Administered)
Debtors.
:
------------------------------------------------------------ X

### ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Clifford Samuel Sutter to be admitted, *pro hac vice*, to represent Mark Santos et. al. (see the peoople listed in the attached list; collectively (the "Clients") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the state of Massachusetts, and the United States District Court for the District of Massachusetts, it is hereby

ORDERED, that Clifford Samuel Sutter, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases to represent the Clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May 4, 2021
White Plains, New York

*/s/Robert D. Drain*
United States Bankruptcy Judge