# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 19-23649 (RDD) |
| PURDUE PHARMA L.P., *et al.,* | Chapter 11 |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Paul S. Rothstein, hereby certify that I caused a true and correct copy of **SUPPLEMENT TO OBJECTION OF INDEPENDENT EMERGENCY ROOM PHYSICIAN, DR. MICHAEL MASIOWSKI, INDIVIDUALLY, AND AS PUTATIVE CLASS REPRESENTATIVE TO DISCLOSURE STATEMENT FOR CHAPTER 11 PLAN OF PURDUE PHARMA L.P. AND ITS AFFILIATED DEBTORS**[1] to be filed with the Clerk of the Court using the CM/ECF system on May 3, 2021, which will send a notice of electronic filing to all counsel of record in this action.

Further service is made on May 6, 2021, pursuant to the *Second Amended Order Establishing Certain Notice, Case Management, and Administrative Procedures* (ECF No. 498), upon the below:

>Honorable Judge Robert D. Drain
>United States Bankruptcy Court
>Southern District of New York
>300 Quorropas Street
>White Plains, NY 10601
>***Via USPS Priority Mail Express***

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Dated: May 6, 2021

        BY:    */s/ Paul S. Rothstein*
                 Attorney Paul S. Rothstein, P.A.
                 626 NE 1st Street
                 Gainesville, FL 32601
                 Phone: (352)376-7650
                 Email: psr@rothsteinforjustice.com