UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.*, | Case No. 19-23649 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### ORDER APPOINTING THE HONORABLE SHELLEY C. CHAPMAN AS MEDIATOR

Upon the chambers conference held with parties in interest on May 5, 2021; and entry of an order (this "**Order**") appointing a mediator (the "**Mediator**") in these chapter 11 cases being in the estates' and parties' best interests; and the Court having jurisdiction to enter the Order pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b) and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Order being a core proceeding under 28 U.S.C. § 157(b) that this Court may decide by a final order consistent with Article III of the United States Constitution; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice or a hearing is required; and after due deliberation the Court having determined that such relief is in the best interests of the Debtors, their estates, their creditors and all parties in interest,

IT IS HEREBY ORDERED THAT:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717), and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

1. Effective immediately, the Court authorizes and appoints the Honorable Shelley C. Chapman to serve as Mediator in these chapter 11 cases to conduct a mediation between the Ad Hoc Group of Non-Consenting States (the "**Non-Consenting States**"), on the one hand, and the representatives of the Covered Parties, consisting of the Initial Covered Sackler Persons and the Additional Covered Sackler Persons (each as defined in the *Amended and Restated Case Stipulation Among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties* [D.I. 518]), on the other hand, with respect to the agreement in principle reached among the Covered Parties, the Debtors, the Official Committee of Unsecured Creditors (the "**Creditors' Committee**"), the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants (the "**Consenting Ad Hoc Committee**") and the Multi-State Governmental Entities Group (the "**MSGE Group**").

2. The mediation parties shall be the (i) Debtors; (ii) Creditors' Committee (including any *ex officio* members); (iii) Consenting Ad Hoc Committee; (iv) Non-Consenting States; (v) MSGE Group; and (vi) representatives of the Covered Parties.

3. A further order will be forthcoming setting forth the terms and conditions of such mediation.

Dated:  May 6, 2021            */s/ Robert D. Drain*
        White Plains, New York      THE HONORABLE ROBERT D. DRAIN
                                         UNITED STATES BANKRUPTCY JUDGE