FROM: AARON R. SIMMS  
DATE: APRIL 26, 2021

TO: AKIN GUMP STRAUSS HAUER & FELD LLP  
ONE BRYANT PARK  
NEW YORK, NEW YORK 10036-6745

ATTN: ARIK PREIS  
SARA BRAUNER  
EDAN LISOVICZ

PROVIDED TO MARION C.I.  
ON 4-26-21 FOR MAILING

RE: OBJECTION LETTER, FILING, AND REASONING

DEAR ARIK PREIS,

   FIRST OF ALL I WOULD LIKE TO EXPRESS MY GRATITUDE BY THANKING YOU FOR FILING MY PREVIOUS LETTER AS AN OBJECTION TO THE "DISCLOSURE STATEMENT." HOWEVER, PLEASE BEAWARE THAT UPON RETURNING FUTURE CORRESPONDENCES THAT YOU USE YOUR LETTER HEAD OR PUT A RETURN NAME

AND ADDRESS ON THE ENVELOPE. THIS STICKER WAS PLACED ON THE ENVELOPE AND CAME THROUGH THE REGULAR MAIL WHICH IS NOT PRIVILEDGED, LIABLE TO BE READ BY ANY STAFF MEMBER. MY LEGAL ENDEAVORS I PREFER TO KEEP CONFIDENTIAL UNTIL FINALIZED IN COURT.

> All incoming mail shall contain the return address of the sender. Mail will be rejected and returned to USPS where it becomes "dead mail"
> Pursuant to Chapter 33-210.101 (15) (a)

SECONDLY, I BELIEVE THE PROPER WORD IS TO "PROTEST" TO THE COURT, THAT I'M BEING IMPEDED FROM FILING PROPER MOTIONS IN A TIMELY MANNER. WHEN BECOMING AWARE OF THE "DISCLOSURE STATEMENT" I HAD MY MOTHER CALL THE TOLL FREE NUMBER TO OBTAIN IT. SHE TOLD ME, SHE WAS INFORMED THAT ME BEING INCARCERATED WAS UNABLE TO VOTE AND THAT THE DISCLOSURE STATEMENTS WERE NOT AVAILABLE OR BEING SENT OUT. THE ONLY ALTERNATIVE, BECAUSE TIME WAS QUICKLY TOLLING TO THE OBJECTION DEADLINE DATE, WAS TO CALL MY SISTER. SHE WAS ABLE TO GET SOMEONE AT THE PRIME CLERK TO SEND ME A COPY. THE PROBLEM BEING, I RECEIVED THE DISCLOSURE STATEMENT ON APRIL 15, 2021 ONE DAY AFTER THE DEADLINE.

NEXT I RECIEVED THE "AGENDA FOR APRIL 21, 2021 HEARING" TWO DAYS AFTERWARD ON APRIL 23, 2021. ANOTHER PROBLEM IS GETTING THE LOCAL RULES FOR THE UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK. IN THE FLORIDA DEPARTMENT OF CORRECTIONS' LAW LIBRARYS YOU'D BE LUCKY TO GET ANY OF THE LOCAL RULES FOR THE FLORIDA FEDERAL DISTRICTS. THE ON-GOING JOKE IS WHEN

FILING FEDERAL HABEAS CORPUS OR OTHER PLEADING. I USED A ONE INCH MARGINE ALL AROUND THE PAGE JUST TO BE SAFE. THE LAW CLERKS KNEW OF NO OTHER LOCAL RULES.

THIRDLY, MY REASONING FOR OBJECTING TO CERTAIN CLAIMS. OBJECTING TO PERSONS WITHOUT A LEGAL PRESCRIPTION IS SELF EXPLANATORY. PURDUE-PHARMA WOULD NOT BE NEGLIGENT TO THESE PERSONS AND WILL FRAUDENTLY TAKE ASSETS FROM PERSONS WITH LEGITIMATE CLAIMS. AS TO THE OBJECTION ALL STATE AND FEDERAL ATTORNEY CLAIMS; IT CAME TO MY AWARENESS LISTENING TO THE HOURLY RADIO NEWS UPDATES THAT SEVERAL STATES, FEDERAL PROSECUTORS, AND PURDUE-PHARMA AN AGREEMENT FOR 8.3 BILLION DOLLARS HAD BEEN REACHED, FOR CRIMINAL AND CIVIL CHARGES. THIS GIVES A LION SHARE OF THE ASSETS TO THE GOVERNMENT, LEAVING A PITTANCE TO PERSONAL INJURY CLAIMS; FOR CHRONIC PAIN SUFFERERS LIKE MYSELF WHO WERE LEAD TO BELEIVE OXYCOTIN WAS A SAFE ALTERNATIVE TO PAIN. IT COULD BE ARGUED ALSO THAT THE GOVERNMENTS AGENCIES WERE COMPLICIT AN ALLOWING THE DEFECTIVE MEDICATION TO COME TO MARKET AND BEING REWARDED FOR INCOMPETENCE. AND FOR THE RHETORICAL QUESTION, WILL THE STATE AND FEDERAL GOVERNMENTS WHEN RECEIVING THESE BILLIONS OF DOLLARS GIVE THE TAX PAYERS A BREAK, OR REFUND.

2

ALTHOUGH I AN NOT APPOINTED AN ADVOCATE FOR ANY OTHER PERSONAL INJURY CLAIMENT, I WOULD LIKE TO ADVOCATE FOR THOSE IN MY PERSONAL INJURY GROUP. PROBABLY DUE TO IGNORANCE OF THE LAW OR BANKRUPTCY PROCEEDING THERE ARE NO OTHER OBJECTIONS TO THE "DISCLOSURE STATEMENT" WITH ONE EXCEPTION. WITH ALL MY POST CONVICTION MOTIONS I HAVE FILED AND A BANKRUPTCY EXPERIENCE, THAT IS WHY I ASKED THE AKIN GUMP

GROUP TO OBJECT FOR ME, PLEASE FILE THIS WITH THE COURT IF YOU BELEIVE THIS WILL HELP WITH THE MAY 4, 2021 HEARING. ALTHOUGH IT IS NOT GOING TO A HIGHER COURT, I CONSIDER IT LIKE AN INTERLUCTORY APPEAL TO THE JUDGE FOR ALL PERSONS IN MY PERSONAL INJURY GROUP WHO MAY HAVE NO OTHER RECOURCE UNDER THE LAW; PRAYING IT GIVES GREATER WEIGHT TO MY OBJECTIONS TO THE "DISCLOSURE STATEMENT."

SINCERELY

*[signature: Aaron R. Stinnis]*

(3)