DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Timothy Graulich
Eli J. Vonnegut
Darren S. Klein
Christopher S. Robertson

*Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.*, | **Case No. 19-23649 (RDD)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## NOTICE OF FILING OF BLACKLINE OF DISCLOSURE STATEMENT FOR SECOND AMENDED PLAN

**PLEASE TAKE NOTICE** that on April 23, 2021, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* [D.I. 2731] (the "**First Amended Plan**") and on April 30, 2021, the Debtors filed the *Amended Disclosure Statement for*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

*First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* [D.I. 2788] (the "**Amended Disclosure Statement for First Amended Plan**").

**PLEASE TAKE FURTHER NOTICE** that on May 7, 2021, the Debtors filed the *Second Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* [D.I. 2823] (the "**Second Amended Plan**") and the *Disclosure Statement for Second Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors* [D.I. 2825] (the "**Disclosure Statement for Second Amended Plan**").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a blackline of the Disclosure Statement for Second Amended Plan reflecting changes from the Amended Disclosure Statement for First Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Disclosure Statement for Second Amended Plan may be obtained free of charge by visiting the website of Prime Clerk LLC at https://restructuring.primeclerk.com/purduepharma. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the adequacy of the information contained in the Disclosure Statement for First Amended Plan (the "**Disclosure Statement Hearing**") is scheduled for **May 12, 2021, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "**Bankruptcy Court**"); *provided* that, pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), the Disclosure Statement

Hearing shall be conducted telephonically so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.[2]

**PLEASE TAKE FURTHER NOTICE** that, to the extent the Debtors make further revisions to the Disclosure Statement for Second Amended Plan prior to the Disclosure Statement Hearing, the Debtors will file or present further blacklined copies of such revised documents to the Bankruptcy Court either at or before the Disclosure Statement Hearing.

Dated:  May 7, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　DAVIS POLK & WARDWELL LLP

　　　　　　　　　　　　　　　　　　　By:  */s/ Darren S. Klein*

　　　　　　　　　　　　　　　　　　　450 Lexington Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　Telephone: (212) 450-4000
　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 701-5800
　　　　　　　　　　　　　　　　　　　Marshall S. Huebner
　　　　　　　　　　　　　　　　　　　Benjamin S. Kaminetzky
　　　　　　　　　　　　　　　　　　　Timothy Graulich
　　　　　　　　　　　　　　　　　　　Eli J. Vonnegut
　　　　　　　　　　　　　　　　　　　Darren S. Klein
　　　　　　　　　　　　　　　　　　　Christopher S. Robertson

　　　　　　　　　　　　　　　　　　　*Counsel to the Debtors*
　　　　　　　　　　　　　　　　　　　*and Debtors in Possession*

---

[2] A copy of General Order M-543 can be obtained by visiting http://www.nysb.uscourts.gov/news/court-operations-under-exigent-circumstances-created-covid-19.

# Exhibit A

**Blackline of Disclosure Statement for Second Amended Plan**