**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| PURDUE PHARMA L.P., *et al.* [1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Jonathan C. Lipson, hereby declare as follows:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am counsel to Peter W. Jackson, a creditor and party in interest in the above-captioned cases.

On the 6th of May 2021, I caused a copy of the documents listed below to be served via this Court's CM/ECF system and electronic transmission upon all parties registered to receive electronic notice in these cases.

On the 7th of May 2021, I caused a copy of the documents listed below to be served upon the parties identified on Exhibit A, attached hereto, by overnight mail, postage prepaid.

   1.   *Notice of Appearance and Request for Service of Papers* [ECF No. 2818].

---

[1] The debtors in these chapter 11 cases ("Debtors" or "Purdue"), along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014) (collectively, the "Bankruptcy Cases").

2. *Objection of Peter W. Jackson to Amended Disclosure Statement for First Amended Chapter 11 Plan for Purdue Pharma L.P. and its Affiliated Debtors* [ECF No. 2819].

/s/ Jonathan C. Lipson
Jonathan C. Lipson (JL-3507)
Temple University-Beasley School of Law
1719 North Broad St.
Philadelphia, PA 19122
215-204-0608
jlipson@temple.edu
 *Counsel to Peter W. Jackson*

**Exhibit A**

| | | |
|---|---|---|
| Air Liquide Industrial U.S. LP<br>Attn: President or General Counsel<br>9811 Katy Freeway Suite 100<br>Houston, TX 77024 | Ronald George Dandar<br>c/o Legal Mail Department<br>50 Overlook Drive KQ7780 Labelle,<br>PA 15450 | State of Nevada Attorney General<br>Attn: Bankruptcy Department<br>100 North Carson Street<br>Carson City, NV 89701 |
| Chambers of Honorable Robert D.<br>Drain Purdue Pharma L.P. - Chambers<br>Copy US Bankruptcy Court SDNY 300<br>Quarropas Street, Room 248<br>White Plains, NY 10601 | State of Alabama Attorney General<br>Attn: Bankruptcy Department<br>P.O. Box 300152 Montgomery, AL<br>36130-0152 | State of New Mexico Attorney General<br>Attn: Bankruptcy Department<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| Commonwealth of Puerto Rico<br>Attn: Bankruptcy Department<br>Apartado 9020192<br>San Juan, PR 00902-0192 | State of Colorado Attorney General<br>Attn: Bankruptcy Department<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | State of Ohio Attorney General<br>Attn: Bankruptcy Department<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215 |
| Fetzko Law Offices, P.C.<br>Attn: Brian Fetzko<br>12 Evergreen Drive, Suite 102<br>Middletown, NY 10940 | State of Florida Attorney General<br>Attn: Bankruptcy Department<br>The Capitol, PL 01 Tallahassee, FL<br>32399-1050 | State of Oklahoma Attorney General<br>Attn: Bankruptcy Department<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| Ikon Financial Services<br>Attn: President or General Counsel<br>1738 Bass Rd<br>Macon, GA 31210-1043 | State of Georgia Attorney General<br>Attn: Bankruptcy Department<br>40 Capital Square, SW Atlanta, GA<br>30334-1300 | Washington DC Attorney General<br>Attn: Bankruptcy Department<br>441 4th Street, NW<br>Washington, DC 20001 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia, PA 19104-5016 | State of Idaho Attorney General<br>Attn: Bankruptcy Department<br>700 W. Jefferson Street P.O. Box 83720<br>Boise, ID 83720-1000 | State of Pennsylvania Attorney General<br>Attn: Bankruptcy Department<br>Strawberry Square 16th Floor<br>Harrisburg, PA 17120 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | State of Indiana Attorney General<br>Attn: Bankruptcy Department<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204 | State of Rhode Island Attorney General<br>Attn: Bankruptcy Department<br>150 South Main Street<br>Providence, RI 02903 |
| Kimm Law Firm<br>Attn: Michael S. Kimm<br>333 Sylvan Avenue, Suite 106<br>Englewood Cliffs, NJ 07632 | State of Iowa Attorney General<br>Attn: Bankruptcy Department 1305 E.<br>Walnut Street Des Moines, IA 50319 | State of South Carolina Attorney<br>General Attn: Bankruptcy Department<br>P.O. Box 11549<br>Columbia, SC 29211-1549 |

| | | |
|---|---|---|
| State of Kansas Attorney General<br>Attn: Bankruptcy Department<br>120 SW 10th Ave., 2nd Floor Topeka, KS 66612-1597 | State of Minnesota Attorney General<br>Attn: Bankruptcy Department<br>1400 Bremer Tower<br>445 Minnesota Street<br>St. Paul, MN 55101-2131 | State of Wisconsin Attorney General<br>Attn: Bankruptcy Department<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East, P.O. Box 7857 Madison, WI 53707-7857 |
| State of Kentucky Attorney General<br>Attn: Bankruptcy Department<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601 | State of Mississippi Attorney General<br>Attn: Bankruptcy Department<br>Walter Sillers Building<br>550 High Street, Suite 1200,<br>P.O. Box 220 Jackson, MS 39201 | State of Wyoming Attorney General<br>Attn: Bankruptcy Department<br>123 Capitol Building<br>200 W. 24th Street<br>Cheyenne, WY 8F2002 |
| U.S. Bank Equipment Finance<br>Attn: President or General Counsel<br>1310 Madrid Street<br>Marshall, MN 56258 | U.S. Department of Justice<br>Attn: Legal Department<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | United States Attorney's Office<br>Attn: U.S. Attorney<br>300 Quarropas Street, Room 248<br>White Plains, NY 10601-4150 |
| Chambers of the Honorable Judge Robert D. Drain<br>United States Court for the Southern District of New York ("Chambers"), United States Bankruptcy Court for the Southern District of New York. 300 | United States Trustee for the Southern District of New York (the "U.S. Trustee"), 201 Varick Street, Suite 1006, New York, New York 10014<br>Attn: Paul K. Schwartzberg. | |