Ms. Cassandra Calhoun
300 S. Hamlin Blvd - Apt 1D
Chicago, IL 60624-3103
April 26, 2021

Purdue Pharma Claims Processing Center
Attn: Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

Dear Prime Clerk:

I have a pending Personal Injury Claim against Purdue Pharma, L.P., et al. I received a Proof Of Claim Letter regarding this claim in August of 2020. This letter stated that my claim was received on June 29, 2020, and was assigned the Claim Number - 67628. (See Exhibit One) I was grateful that I had not missed the Claim Submission deadline of June 30, 2020.

Although I had requested some additional medical records prior to filing my claim, the processing of my request for these medical records was greatly delayed, due to the Coronavirus Pandemic. Because the requested medical records were stored in the Medical Records Department's Archives, those records had to be manually retrieved. When the Pandemic started, most of the employees worked from home for several months, answering questions over the

Ms. Cassandra Calhoun
April 26, 2021
Page Two

telephone and the Internet. When those employees returned to work, there was huge backlog of requests for medical records. I did not receive my requested medical records until early March of 2021. After I had received those records, I called Purdue Pharma on Friday, March 19, 2021. My first call at 1:43PM was answered by Ephraim. I explained to Ephraim that I had some additional medical information that I needed to include with my pending Personal Injury Claim against Purdue Pharma. Ephraim explained that I would have to submit a second Personal Injury Claim Form. Ephraim explained that I would need to check "Yes" to the question on Page 2, Line 4 on the claim form, which asks -- "Does this claim amend one already filed?" He also said that I would need to add my assigned claim number and the date of receipt of my claim to the respective areas, also on Line 4. (See Exhibit Two) Ephraim went on to say that I would also need to include all of the information that I had included with my initial claim, along with the new information, in my amended claim. I said okay and I thanked Ephraim for his help. Later, I remembered that I'd forgotten to ask for the address of where I should send my amended claim to. I called Purdue Pharma a second time at approx 3:50PM, and Matt answered my call. Matt confirmed everything that Ephraim had told me earlier, and said that I needed to send my amended claim to the same address that I had sent my initial claim to. I thanked Matt for his help.

Ms. Cassandra Calhoun
April 26, 2021
Page Three

When I prepared my amended Personal Injury Claim Form, I did everything that I was told to do by both Ephraim and Matt. Afterward, I mailed my amended claim to Purdue Pharma on April 8, 2021, and I received a confirmation letter from the Prime Clerk on April 24, 2021. However, this second confirmation letter stated that my Claim Number is 620,883, instead of 67,628, the Claim Number that was originally assigned to my claim. Also, this second confirmation letter stated that my claim was received on April 14, 2021, instead of the original receipt date of my claim, which was June 29, 2020. (See Exhibit Three) The April 14, 2021, date is well past the June 30, 2020, deadline for filing a claim against Purdue Pharma, and may unjustly disqualify my claim altogether. THIS IS WRONG!! UNFAIR!!

When I spoke to Ephraim and Matt on March 19, 2021, neither of them told me that my original claim number would be changed, or that I would lose my place in the line of claimants against Purdue Pharma. Both men told me to include my claim number on the amended claim form, which I did. This specific instruction from both Ephraim and Matt inferred that I would keep the same Claim Number. Instead, my Claim Number was changed from five digits (67,628) to six digits (620,883), and my place in the line of claimants against Purdue Pharma has drastically depreciated.

Ms. Cassandra Calhoun
April 26, 2021
Page Four

Please restore my original Claim Number, 67628, and my original receipt date of June 29, 2020, to my pending, amended claim against Purdue Pharma. It is wrong to penalize my claim for a circumstance that is beyond my control. The Coronavirus Pandemic is the reason that I could not include all of my pertinent medical information with my initial claim. This fact made it necessary to file an amended claim. I hope that the Prime Clerk will do the right thing and correct this error immediately. I thank you for your attention to this matter.

Sincerely Yours,
Cassandra Calhoun

CC: The Honorable Judge Robert Drain
Southern District Of New York
U.S. Bankruptcy Court
300 Quarropas Street
Room 248
White Plains, NY 10601

*Exhibit One*

SRF 43766
PackID: 140
MMLID: 10313789


Calhoun, Cassandra
300 South Hamlin Blvd; Apt-1D
Chicago IL 60624-3103


In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

### PRIME CLERK RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the Purdue Pharma L.P. jointly administered chapter 11 bankruptcy cases has been received by Prime Clerk LLC ("Prime Clerk") on 6/29/2020.

Your claim has been assigned claim number __67628__.

Please do not discard this letter as you may need to refer to it in the future.

*Note to Personal Injury Claimants:*

Pursuant to an order entered by the United States Bankruptcy Court, all personal injury claimant proof of claim forms, and any supporting documentation submitted with such forms, shall remain <u>highly confidential</u> and shall not be made available to the public. If you submitted a personal injury proof of claim form and would like additional information about your claim, please call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at https://restructuring.primeclerk.com/purduepharma. Please have this letter with you when you call or submit your inquiry.

*Note to Non-Personal Injury Claimants:*

For further information regarding a submitted proof of claim form that is not a personal injury claimant proof of claim form, you may contact Prime Clerk via the above identified channels, or you may visit the claims page located at https://restructuring.primeclerk.com/purduepharma/ to view the current status of your claim.


**The processing of your claim by Prime Clerk and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**

| 2. | What is the year of birth, gender, and last 4 digits of the social security number of the creditor (or injured person, if the claim is based on the personal injury of another)? | Year of Birth: __1960__<br>Gender:  ☐ Male   ☒ Female<br>Last 4 Digits of Social Security Number (if available): XXX-XX-__6442__ |

| 3. | Where should notices and payments to the creditor be sent?<br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br>Name: Cassandra Calhoun<br>Number/Street: 300 South Hamlin Blvd; Apt 1D<br>City: Chicago   State: IL   ZIP Code: 60624-3103<br>Contact phone: (773) 722-3339<br>Contact email: None | Where should payments to the creditor be sent? (if different)<br>Name: Cassandra Calhoun<br>Number/Street: 300 South Hamlin Blvd; Apt 1D<br>City: Chicago   State: IL   ZIP Code: 60624-3103<br>Contact phone: (773) 722-3339<br>Contact email: None |

| 4. | Does this claim amend one already filed? | ☐ No.<br>☒ Yes. Claim number on court claims registry (if known) __67628__   Filed on __06 / 29 / 2020__ MM / DD / YYYY |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No.<br>☐ Yes. Who made the earlier filing? _____ |

**Part 2: Attorney Information (Optional)**

| 6. | Are You represented by an attorney in this matter?<br>You do not need an attorney to file this form. | ☐ No.<br>☐ Yes. If yes, please provide the following information:<br>Law Firm Name _____<br>Attorney Name _____<br>Address _____<br>City _____ State _____ ZIP Code _____<br>Contact phone _____ Contact email _____ |

**Part 3: Information as of September 15, 2019, the Petition Date, About Your Claim**

| 7. | How much is the claim? | $ __$5,580,624.00__ or<br>☐ Unknown. |

| 8. | Select all that apply to You. | ☒ Creditor has been injured by use of an opioid.<br>☐ Although Creditor is not currently aware of any injury, Creditor wants to file now to keep the ability to seek payment if Creditor has a future injury or harm due to use of an opioid.<br>☐ Creditor has a claim arising out of another person's use of an opioid. *Please answer all questions in Part 4 as if that person (the injured person) is filling out the form.*<br>☐ Creditor is submitting a claim on behalf of a minor with NAS. *Please answer all questions in Part 4 as if the birth mother of the minor is filling out the form (to the extent such information is available to You).* |

Personal Injury Claimant Proof of Claim Form                                                                                                         page 2

*Exhibit Three*

SRF 52540
PackID: 14
MMLID: 11763427

Calhoun, Cassandra
300 South Hamlin Blvd; Apt 1D
Chicago IL 60624-3103

In re: Purdue Pharma L.P., et al.
Case No. 19-23649 (RDD)
United States Bankruptcy Court for the Southern District of New York

## PRIME CLERK RECEIVED YOUR PROOF OF CLAIM

This serves as confirmation that the proof of claim form you submitted in connection with the Purdue Pharma L.P. jointly administered chapter 11 bankruptcy cases has been received by Prime Clerk LLC ("Prime Clerk") on 4/14/2021.

Your claim has been assigned claim number 620883.

Please do not discard this letter as you may need to refer to it in the future.

*Note to Personal Injury Claimants:*

Pursuant to an order entered by the United States Bankruptcy Court, all personal injury claimant proof of claim forms, and any supporting documentation submitted with such forms, shall remain highly confidential and shall not be made available to the public. If you submitted a personal injury proof of claim form and would like additional information about your claim, please call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at https://restructuring.primeclerk.com/purduepharma. Please have this letter with you when you call or submit your inquiry.

*Note to Non-Personal Injury Claimants:*

For further information regarding a submitted proof of claim form that is not a personal injury claimant proof of claim form, you may contact Prime Clerk via the above identified channels, or you may visit the claims page located at https://restructuring.primeclerk.com/purduepharma/ to view the current status of your claim.

**The processing of your claim by Prime Clerk and your receipt of this letter is not an acknowledgement of the validity, nature or amount of your claim.**