4.30.21.

The Honorable Judge Drain:

I am writing to ensure that my friend and HISS client, Julian P. Zuckmann (claim #'s 619650 and 14008?), does not fall through the cracks. Your deputy, Ms. Dorothy Li, adv. me to listen in on the hearing on 4/21/21 (rescheduled for 5.4.21). I heard you say that 2200 claims from the Purdue case were "lost" due to a computer glitch so I want to make certain Julian's claim was not jeopardized. His situation was (is) so significant that I am seeking on his behalf the appropriate and fair compensation for the extensive damages incurred. Julian sustained dramatic and (some) permanent, irreversible

injuries from his 3 year OxyContin usage, as well as the 5 years after he finally was able to get off the Rx. Julian, as previously stated and submitted, was prescribed OxyContin for "knee pain and depression" (not an approved usage) in 2013, during his complicated grief from his mother's death. His therapist, Lawrence Feinstein of Redwood City, CA was reported by me (an RN) to Purdue due to his alleged "paper on OxyContin and depression." Nothing was done nor any action taken. To put it in a nutshell, Julian lost his ability to urinate (permanently) without catheterization — ① Foley, ② Suprapubic, ③ self-cath), his front teeth, his inheritance, his car, his apt., his credit, his ability to read, write and speak, his creativity and, most of all, his Hope. Now, 7 years later, he is only starting to regain his faculties. I have previously submitted many docs and more details. Sincerely, Toni Karoppi RN

Victoria Kompp RN
1112 South B Street
San Mateo CA 94401

Judge Robert Drain #rm 147
US Bankruptcy Court
Southern District NY; 300 Quarropas
White Plains NY   St
"personal & confidential"   10601