United States Bankruptcy Court
Southern District of New York

In re:   ) Chapter 11
Purdue Pharma L.P., et al.,   ) Case No. 19-23649 (RDD)
Debtors   ) (Jointly Administered)

## Motion to Intervene, Joinder And For Appointed Counsel

Comes now __Dennis Hubble__ pursuant to Fed. R. Civ. P. 18-22 and 28 U.S.C. 1915(e)(1) and seeks to join, intervene into this action and for appointed counsel, because as a result of Covid-19 restrictions in the BOP as well as the non-responsiveness of the Solicitation Agent - Prime Clerk LLC - Movant has been unable for many months to lodge his personal injury claim against the debtors, and, because movant stands to suffer substantial economic loss if circumstances beyond his control deprive him of the ability to submit and process a claim prior to discharge in this action.

Wherefore, Movant seeks to intervene and join his claims in this action and for appointment of counsel to assist in ensuring access to the debtors, counsel for the debtors, and the Court.

-1-

                           _/s/ D D H_
                               Signature
Name: Dennis D. Hubble
Reg. No.: 16174-006

USP Coleman-2
PO Box 1034
Coleman FL 33521
Movant-Pro Se

## Certificate of Service

I certify service upon counsel for the parties of this original Motion to the staff of USP Coleman-2 via U.S. Mail on 4-10-21 via first-class mail, postage prepaid.

-2-