ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

*Special Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **PURDUE PHARMA L.P., et al.,**[1] | Case No. 19-23649 (RDD) |
| Debtors. | (Jointly Administered) |

**NINETEENTH MONTHLY FEE STATEMENT OF ARNOLD & PORTER
KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS
FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021**

| | |
|---|---|
| **Name of Applicant** | Arnold & Porter Kaye Scholer LLP |
| **Applicant's Role in Case** | Special Counsel to the Debtors |
| **Date Order of Employment Signed** | December 20, 2019 |
| **Period for Which Compensation and Reimbursement is Sought** | March 1, 2021 through March 31, 2021 |

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF L.P. (0495), SVC Pharma L.P. (5717) and SVC Pharma Inc. (4014).  The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

| Summary of Total Fees and Expenses Requested | |
|---|---|
| Total Compensation Incurred | $167,128.30 [2] |
| Less 20% Holdback | $33,425.66 |
| Total Reimbursement Requested | $0.00 |
| Total Compensation and Reimbursement Requested in this Statement | $133,702.64 |

**This is a(n):**   X Monthly Application    __  Interim Application    __  Final Application

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), the *Order Authorizing the Retention and Employment of Arnold & Porter Kaye Scholer LLP as Special Counsel for the Debtors Nunc Pro Tunc to the Petition Date*, dated December 20, 2019 [Docket No. 691] (the "**Retention Order**"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated November 21, 2019 [Docket No. 529] (the "**Interim Compensation Order**"), Arnold & Porter Kaye Scholer LLP ("**Arnold & Porter**" or "**A&P**"), special counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), submits this *Monthly Statement of Services Rendered and Expenses Incurred for the Period from March 1, 2021 Through March 31, 2021* (this "**Fee Statement**").[3] By this Fee Statement, A&P seeks (i) compensation in the amount of

---

[2]   This amount reflects a reduction in fees in the amount of $29,493.20 on account of voluntary discounts on fees as described in the Application of Debtors for Authority to Retain and Employ Arnold & Porter Kaye Scholer LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 593] (the "**Retention Application**").

[3]   The period from March 1, 2021, through and including March 31, 2021, is referred to herein as the "**Fee Period**.".

$133,702.64 which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $167,128.30) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

### **Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a chart of the number of hours expended and fees incurred (on an aggregate basis) by A&P partners, counsel, associates, and paraprofessionals during the Fee Period with respect to each of the project categories A&P established in accordance with its internal billing procedures. As reflected in **Exhibit A**, A&P incurred $167,128.30 in fees during the Fee Period. Pursuant to this Fee Statement, A&P seeks reimbursement for 80% of such fees, totaling $133,702.64.

2.      Attached hereto as **Exhibit B** is a chart of A&P professionals and paraprofessionals, including the standard hourly rate for each attorney and paraprofessional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked and the amount of fees earned by each professional.  The blended hourly billing rate of attorneys for all services provided during the Fee Period is $888.65.[4]  The blended hourly billing rate of all paraprofessionals is $344.25.[5]

3.      A&P did not incur or disburse any expenses during the Fee Period.

4.      Attached hereto as **Exhibit C** are the time records of A&P for the Fee Period organized by project category with a daily time log describing the time spent by each attorney and other professional during the Fee Period.

---

[4]    This blended hourly rate is for all Arnold & Porter attorney timekeepers who provided services during the Fee Period and takes into account the voluntary discount.

[5]    This blended rate is for all Arnold & Porter paraprofessionals who provided services during the Fee Period and takes into account the voluntary discount.

**Notice**

5.      A&P will provide notice of this Fee Statement in accordance with the Interim

Compensation Order. A&P submits that no other or further notice be given.


*[Remainder of Page Left Blank Intentionally]*

WHEREFORE, A&P, in connection with services rendered on behalf of the Debtors, respectfully requests (i) compensation in the amount of $133,702.64, which is equal to 80% of the total amount of reasonable compensation for actual, necessary legal services that A&P incurred in connection with such services during the Fee Period (*i.e.*, $167,128.30) and (ii) payment of $0.00 for the actual, necessary expenses that A&P incurred in connection with such services during the Fee Period.

Dated:

May 10, 2021                                        Respectfully submitted,


By:  _/s/ Rory Greiss_
**ARNOLD & PORTER KAYE SCHOLER LLP**
Rory Greiss
250 West 55th Street
New York, New York 10019
rory.greiss@arnoldporter.com

**-AND-**

Rosa J. Evergreen
601 Massachusetts Ave, NW
Washington, DC 2001-3743
rosa.evergreen@arnoldporter.com

***Special Counsel to the Debtors***

## Exhibit A

**Fees by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Miscellaneous - General Advice | 1.50 | $1,549.13 |
| Commercial Contracts Advice | 22.20 | $16,856.78 |
| Project Spiny Monster | 42.10 | $39,768.53 |
| Retention and Fee Applications | 45.70 | $23,144.23 |
| Project Kelp III | 87.50 | $78,667.50 |
| General Patent Settlement | 2.80 | $2,891.70 |
| Project Chione | 5.20 | $4,250.43 |
| **Total**[6] | **207.00** | **$167,128.30** |

---

[6] This amount reflects a reduction in fees in the amount of $29,493.20 on account of voluntary discounts as described in the Retention Application.

## Exhibit B

**Professional and Paraprofessional Fees**

| Name of Professional Person | Position | Year of Obtaining License to Practice (if Applicable) | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Evergreen, Rosa J. | Partner | 2005 | 1,000.00 | 7.20 | $7,200.00 |
| Feinstein, Deborah L. | Partner | 1987 | 1,420.00 | 0.70 | $994.00 |
| Greiss, Rory | Partner | 1981 | 1,215.00 | 73.20 | $88,938.00 |
| Rothman, Eric | Partner | 2008 | 990.00 | 55.20 | $54,648.00 |
| Clements, Ginger | Associate | 2016 | 815.00 | 4.30 | $3,504.50 |
| Miljevic, Mina | Associate | 2016 | 815.00 | 14.50 | $11,817.50 |
| Yang, Jae | Associate | 2020 | 595.00 | 0.50 | $297.50 |
| Zausner, Ethan | Associate | 2017 | 815.00 | 20.50 | $16,707.50 |
| Reddix, Darrell | Legal Assistant | | 405.00 | 30.90 | $12,514.50 |
| **Total** | | | | **207.00** | **196,621.50** |
| Less 15% Discount | | | | | ($29,493.20) |
| **Discounted Total** | | | | | **$167,128.30** |
| Less 20% Holdback | | | | | ($33,425.66) |
| **Total Amount Requested Herein** | | | | | **$133,702.64** |

**<u>Exhibit C</u>**

**Detailed Time Records and Expenses**

# Arnold&Porter

Purdue Pharma L.P.
Attn: Roxana Aleali
Associate General Counsel
One Stamford Forum
Dept. VN: 1008442
Stamford, CT  06901-3431

May 7, 2021
Invoice # 30126807
EIN 53-0208605

**Client/Matter # 1049218.00001**

Miscellaneous

1000000570

| | | |
|---|---|---|
| **For Legal Services Rendered through March 31, 2021** | $ | 1,822.50 |
| Less Discount: | | <u>-273.37</u> |
| **Fee Total** | | 1,549.13 |
| **Total Amount Due** | $ | <u>1,549.13</u> |

Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

Or Remit To:

Arnold & Porter Kaye Scholer LLP
P.O. Box 759451
Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

May 7, 2021                                                                    Invoice # 30126807

## (1049218.00001)
Miscellaneous

Legal Services:

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Rory Greiss | 03/03/21 | 1.50 | Review, revise CDA in connection with potential transaction (1.1); correspondence with R. Aleali and J. Doyle re: same (.4). |
| **Total Hours** | | **1.50** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Rory Greiss | 1.50 | 1,215.00 | 1,822.50 |
| **TOTAL** | **1.50** | | **1,822.50** |

**Total Current Amount Due**                                              $1,549.13

Page 1

# Arnold&Porter

Purdue Pharma L.P.
Attn: Maria Barton
General Counsel
One Stamford Forum
Stamford, CT  06901

May 7, 2021
Invoice # 30126808
EIN 53-0208605

Client/Matter # 1049218.00117

Commercial Contracts Advice

20170001233

| | | |
|---|---|---|
| **For Legal Services Rendered through March 31, 2021** | $ | 19,831.50 |
| Discount: | | <u>-2,974.72</u> |
| **Fee Total** | | **16,856.78** |
| **Total Amount Due** | $ | <u>16,856.78</u> |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

Or Remit To:                    Arnold & Porter Kaye Scholer LLP
                                        P.O. Box 759451
                                        Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 7, 2021                                                                                   Invoice # 30126808

**(1049218.00117)**
**Commercial Contracts Advice**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Mina Miljevic | 03/02/21 | 0.50 | Correspond with E. Rothman re: API Supply Agreement (.2); draft API Supply Agreement (.3). |
| Mina Miljevic | 03/03/21 | 1.50 | Draft API supply agreement. |
| Mina Miljevic | 03/04/21 | 5.50 | Draft API supply agreement. |
| Mina Miljevic | 03/05/21 | 1.20 | Draft API supply agreement. |
| Rory Greiss | 03/11/21 | 0.40 | Correspondence with A&P team re: term sheet for proposed license. |
| Eric Rothman | 03/11/21 | 1.60 | Review, comment on Purdue API Supply Agreement. |
| Eric Rothman | 03/12/21 | 1.20 | Review, comment on Purdue API Supply Agreement. |
| Deborah L. Feinstein | 03/12/21 | 0.70 | Call with A&P team re: field of use licensing restrictions. |
| Mina Miljevic | 03/12/21 | 1.80 | Revise API Supply Agreement (1.7); correspond re API Supply Agreement with E. Rothman (.1). |
| Mina Miljevic | 03/17/21 | 0.40 | Revise API Supply Agreement. |
| Mina Miljevic | 03/18/21 | 0.10 | Correspond with client re: API Supply Agreement. |
| Eric Rothman | 03/22/21 | 1.10 | Revise Supply Agreement. |
| Mina Miljevic | 03/22/21 | 1.00 | Revise API Supply Agreement (.5); correspond re API Statement of Work with E. Rothman (.1); revise API Statement of Work (.4). |
| Eric Rothman | 03/23/21 | 1.10 | Further revise Supply Agreement. |
| Mina Miljevic | 03/23/21 | 0.40 | Revise API supply agreement. |
| Mina Miljevic | 03/24/21 | 0.90 | Revise API Supply Agreement. |
| Eric Rothman | 03/25/21 | 0.80 | Further revise Supply Agreement. |
| Mina Miljevic | 03/25/21 | 0.20 | Draft client email re: questions to API supply agreement. |
| Eric Rothman | 03/26/21 | 0.80 | Further revise Supply Agreement. |
| Mina Miljevic | 03/26/21 | 1.00 | Revise API Supply Agreement. |

**Total Hours**                        **22.20**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Deborah L. Feinstein | 0.70 | 1,420.00 | 994.00 |
| Rory Greiss | 0.40 | 1,215.00 | 486.00 |
| Eric Rothman | 6.60 | 990.00 | 6,534.00 |
| Mina Miljevic | 14.50 | 815.00 | 11,817.50 |
| **TOTAL** | **22.20** | | **19,831.50** |

**Total Current Amount Due**                                                      **$16,856.78**

# Arnold&Porter

Purdue Pharma L.P.                                                      May 7, 2021
Attn: Edward G. Angelini                                       Invoice # 30126809
Associate General Counsel                                       EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431


Client/Matter # 1049218.00129

Project Spiny Monster

20180001843


| | | |
|---|---:|---:|
| For Legal Services Rendered through March 31, 2021 | $ | 46,786.50 |
| Discount: | | -7,017.97 |
| Fee Total | | 39,768.53 |
| Total Amount Due | $ | 39,768.53 |


Wire Transfer Instructions:

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

Or Remit To:            Arnold & Porter Kaye Scholer LLP
                        P.O. Box 759451
                        Baltimore, MD  21275-9451

### Please include invoice number on all remittances

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

May 7, 2021                                                                                           Invoice # 30126809

**(1049218.00129)**
**Project Spiny Monster**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/17/21 | 1.40 | Review correspondence from K. McCarthy re: discussions with Spiny Monster and proposed termination of option and merger agreement (.3); telephone conference with E. Rothman re: termination provisions of agreement and issues under equity agreements (.9); review further correspondence from Imbrium team (.2). |
| Eric Rothman | 03/17/21 | 2.30 | Review, analyze Spiny Monster Transaction documents (1.1); teleconference with R. Greiss re: same (.9); correpond with same re same (.3). |
| Rory Greiss | 03/18/21 | 1.60 | Review, analyze correspondence from K. McCarthy re: termination of option and merger agreement (.2); review, analyze draft termination letter (.3), correspond with E. Rothman re same (.3); review, analyze E. Rothman's comments to draft (.8). |
| Eric Rothman | 03/18/21 | 1.20 | Review, comment on Spiny Monster Termination Agreement. |
| Rory Greiss | 03/19/21 | 0.60 | Review, analyze memo from finance re: consideration for terminating option and merger agreement (.4); correspondence with E. Rothman re: same (.2). |
| Eric Rothman | 03/19/21 | 2.60 | Review, comment on Spiny Monster Termination Agreement (1.5); correspond with A&P team re same (1.1). |
| Rory Greiss | 03/22/21 | 0.80 | Telephone conference with E. Rothman re: Purdue's proposal for consideration in connection with termination of option and merger agreement (.5); review and revise email to Purdue with our thoughts and suggestions (.3). |
| Eric Rothman | 03/22/21 | 3.20 | Review, comment on Spiny Monster Termination Agreement (.8); teleconference with R. Greiss re same (.5); correspond with A&P team re same (1.9). |
| Rory Greiss | 03/23/21 | 1.40 | Correspond with E. Rothman re: documents required in connection with termination of option and stock issuance (.8); correspondence with Purdue team re: timing, BOD presentation and consideration for termination (.6). |
| Eric Rothman | 03/23/21 | 1.10 | Correspond with A&P team re Spiny Monster Termination Agreement. |
| Rory Greiss | 03/24/21 | 7.10 | Correspondence with Purdue team regarding business deal reached with Spiny Monster re: termination of option and merger agreement (.5); telephone conference with E. Rothman re: preparation of documents (.7); draft stock purchase agreement for new issuance of preferred stock (2.5); revise Termination Agreement (1.2); discuss comments to drafts with E. Rothman (.6); revise documents for transmittal to Spiny Monster's counsel (1.1); draft list of rights being relinquished and obtained as part of deal for BOD presentation with E. Rothman (.5). |

Page 1

May 7, 2021                                                                    Invoice # 30126809

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Eric Rothman | 03/24/21 | 3.50 | Teleconference with R. Greiss re: Spiny Monster Termination Agreement and related documents (.7); additional teleconference with R. Greiss re same (.6) review, comment on same (2.2). |
| Rory Greiss | 03/25/21 | 1.60 | Review slides for BOD presentation with E. Rothman and revise (.5); draft correspondence to Purdue team with E. Rothman regarding dilution issues in connection with termination agreement and stock issuance (.7); further correspondence with Purdue team regarding BOD presentation and other issues (.4). |
| Eric Rothman | 03/25/21 | 3.40 | Telephone conference with R. Greiss re board presentation and dilution issues (1.2); review, comment on Spiny Monster Termination Agreement (2.2). |
| Rory Greiss | 03/26/21 | 1.30 | Correspondence with counsel to Spiny Monster re: drafts of SPA and Termination Agreement and regarding need for investor rights agreement amendment (.7); correspondence with Purdue team and E. Rothman re: process, approvals, etc. (.6). |
| Rory Greiss | 03/29/21 | 2.20 | Correspondence with D. Saussy and K. McCarthy re: status of documentation for option termination (.4); review comments to stock purchase agreement and termination agreement sent by Spiny Monster's counsel (1.1); correspondence regarding comments with Purdue team (.3); correspondence with Spiny Monster's counsel (.4). |
| Rory Greiss | 03/30/21 | 2.50 | Review, analyze drafts of BOD consent, stockholder resolutions and charter amendment provided by Spiny Monster's counsel (.8); discuss issue of consent vs. BOD meeting with E. Rothman (.4); revise documents and send to counsel with questions regarding consent (.6); review revised drafts of documents (.4); correspondence with Purdue team re: same (.3). |
| Eric Rothman | 03/30/21 | 2.10 | Correspond with A&P team re: Spiny Monster Termination Agreement and related documents (1.3); review, comment on same (.8). |
| Rory Greiss | 03/31/21 | 2.20 | Finalize termination agreement and stock purchase agreement for execution in conjunction with Spiny Monster's counsel and Purdue team (1.2); correspondence with Purdue team re: BOD meeting and approval (.4); prepare signature pages for documents and correspondence re: same (.6). |

**Total Hours**                              42.10

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 22.70 | 1,215.00 | 27,580.50 |
| Eric Rothman | 19.40 | 990.00 | 19,206.00 |
| **TOTAL** | **42.10** | | **46,786.50** |

**Total Current Amount Due**                                            $39,768.53

# Arnold&Porter

Purdue Pharma L.P.                                              May 7, 2021
Attn: Roxana Aleali                                    Invoice # 30126810
Associate General Counsel                                 EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00148

Retention and Fee Applications

20190002705


| For Legal Services Rendered through March 31, 2021 | $ | 27,228.50 |
|---|---|---|
| Discount: | | -4,084.27 |
| Fee Total | | 23,144.23 |
| Total Amount Due | $ | 23,144.23 |


Wire Transfer Instructions:

| | | |
|---|---|---|
| | Account Name: | Arnold & Porter Kaye Scholer LLP |
| | Bank Info: | Wells Fargo Bank NA |
| | | 420 Montgomery Street |
| | | San Francisco, CA  94104 |
| | Account Number: | 4127865475 |
| | ABA Number: | 121000248 (ACH and wires) |
| | Swift Code: | WFBIUS6S |
| Or Remit To: | | Arnold & Porter Kaye Scholer LLP |
| | | P.O. Box 759451 |
| | | Baltimore, MD  21275-9451 |

Please include invoice number on all remittances

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

May 7, 2021                                                                                     Invoice # 30126810

**(1049218.00148)**
**Retention and Fee Applications**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/02/21 | 0.50 | Correspond with A&P team re January fee statement. |
| Rosa J. Evergreen | 03/02/21 | 0.10 | Correspond with A&P team re January fee statement. |
| Rosa J. Evergreen | 03/05/21 | 0.20 | Correspond with R. Greiss re monthly fee applications. |
| Rosa J. Evergreen | 03/08/21 | 0.10 | Correspond with A&P team re January fee statement. |
| Rory Greiss | 03/11/21 | 0.50 | Correspond with D. Reddix re January monthly statement. |
| Rosa J. Evergreen | 03/11/21 | 0.20 | Communicate with D. Reddix re January fee statement. |
| Rosa J. Evergreen | 03/11/21 | 0.20 | Correspond with D. Reddix and R. Greiss re fee application. |
| Rosa J. Evergreen | 03/11/21 | 0.30 | Review, analyze January fee application. |
| Darrell B. Reddix | 03/11/21 | 5.90 | Prepare Seventeenth monthly fee report including exhibits (3.4); prepare Fourth Interim Fee Application including exhibits (2.5). |
| Rory Greiss | 03/12/21 | 0.50 | Review, analyze January Monthly Statement for filing (.4); correspond with A&P team re same. (.1). |
| Rosa J. Evergreen | 03/12/21 | 0.50 | Review, analyze Fourth interim fee application (.4); communications with D. Reddix and R. Greiss on same (.1). |
| Rosa J. Evergreen | 03/12/21 | 0.40 | Review, analyze January monthly fee statement (.2); communications with D. Reddix and R. Greiss on same (.2). |
| Darrell B. Reddix | 03/12/21 | 6.10 | Prepare Seventeenth monthly fee report including exhibits (2.3); file and serve same (.2); prepare Fourth Interim Fee Application including exhibits (3.6). |
| Ginger Clements | 03/14/21 | 0.20 | Correspond with A&P team re interim fee application. |
| Rosa J. Evergreen | 03/14/21 | 0.50 | Review, comment on interim fee application. |
| Rosa J. Evergreen | 03/14/21 | 0.50 | Correspond with D. Reddix and G. Clements re interim fee application. |
| Rory Greiss | 03/15/21 | 0.50 | Provide comments to initial draft of Fourth Interim Fee Application. |
| Ginger Clements | 03/15/21 | 1.80 | Review, analyze interim fee application; review previous fee statements re same; correspond with A&P team re same. |
| Rosa J. Evergreen | 03/15/21 | 0.20 | Correspond with D. Reddix re Fourth Interim Fee Application. |
| Rosa J. Evergreen | 03/15/21 | 0.70 | Review, comment on fourth interim fee application. |
| Darrell B. Reddix | 03/15/21 | 5.90 | Prepare Fourth Interim Fee Application including exhibits. |
| Rory Greiss | 03/16/21 | 0.40 | Telephone conference with R. Evergreen, G. Clements and D. Reddix regarding Fourth Interim Fee Application (.2); correspond with same re same (.2). |
| Ginger Clements | 03/16/21 | 1.10 | Telephone conference with A&P team re interim fee statement (.2); review, analyze same (.3); review UST guidelines re same (.2); correspond with A&P team re same (.4). |
| Rosa J. Evergreen | 03/16/21 | 0.50 | Review, analyze charts in fee application (.4); correspond with D. Reddix on same (.1). |
| Rosa J. Evergreen | 03/16/21 | 0.50 | Telephone conference with G. Clements, R. Greiss and D. Reddix re interim fee statement (.2); review, revise fee application (.4). |
| Rosa J. Evergreen | 03/16/21 | 0.30 | Correspond with G. Clements, R. Greiss and D. Reddix re UST guidelines and fee application. |

May 7, 2021                                                                                              Invoice # 30126810

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Darrell B. Reddix | 03/16/21 | 4.70 | Telephone conference with G. Clements, R. Greiss, R. Evergreen re interim fee statement (.2); prepare Fourth Interim Fee Application including exhibits (4.5). |
| Rory Greiss | 03/17/21 | 0.50 | Review and finalize Fourth Interim Fee Application. |
| Ginger Clements | 03/17/21 | 0.20 | Review correspondence with A&P team re interim fee application. |
| Rosa J. Evergreen | 03/17/21 | 1.20 | Review, comment on interim fee application (.6); correspond with D. Reddix on same (.3); correspond with A&P team re: finalizing and filing application (.3). |
| Darrell B. Reddix | 03/17/21 | 3.90 | Prepare Fourth Interim Fee Application including exhibits. |
| Rosa J. Evergreen | 03/23/21 | 0.10 | Correspond with A&P team re February invoice. |
| Darrell B. Reddix | 03/23/21 | 2.00 | Prepare eighteenth monthly fee report including exhibits. |
| Rosa J. Evergreen | 03/24/21 | 0.30 | Review, analyze bankruptcy filings and key deadlines. |
| Ginger Clements | 03/26/21 | 1.00 | Review, analyze invoices re compliance with U.S. Trustee guidelines and local rules (.7); correspond with A&P team re monthly fee statement (.3). |
| Rosa J. Evergreen | 03/26/21 | 0.20 | Correspond with R. Greiss and G. Clements re monthly statement. |
| Darrell B. Reddix | 03/26/21 | 0.40 | Prepare eighteenth monthly fee report including exhibits. |
| Rory Greiss | 03/29/21 | 0.40 | Review, analyze exhibits to February monthly statement. |
| Rosa J. Evergreen | 03/31/21 | 0.20 | Review, comment on monthly fee application. |
| Darrell B. Reddix | 03/31/21 | 2.00 | Prepare eighteenth monthly fee report including exhibits. |
| **Total Hours** | | **45.70** | |

## Legal Services-Attorney Summary

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rosa J. Evergreen | 7.20 | 1,000.00 | 7,200.00 |
| Rory Greiss | 3.30 | 1,215.00 | 4,009.50 |
| Ginger Clements | 4.30 | 815.00 | 3,504.50 |
| Darrell B. Reddix | 30.90 | 405.00 | 12,514.50 |
| **TOTAL** | **45.70** | | **27,228.50** |

**Total Current Amount Due**                                                                        $23,144.23

# Arnold&Porter

Purdue Pharma L.P.                                                May 7, 2021
Attn: Roxana Aleali                                        Invoice # 30126811
Associate General Counsel                                   EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00151

Project Kelp III

20200002984


| | | |
|---|---|---|
| **For Legal Services Rendered through March 31, 2021** | **$** | **92,550.00** |
| Discount: | | -13,882.50 |
| **Fee Total** | | **78,667.50** |
| **Total Amount Due** | **$** | **78,667.50** |


**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

**Or Remit To:**              Arnold & Porter Kaye Scholer LLP
                              P.O. Box 759451
                              Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 7, 2021

Invoice # 30126811

**(1049218.00151)**
Project Kelp III

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/01/21 | 2.60 | Preparation for conference with Kelp (.6); correspondence with Imbrium team and E. Rothman re same (.3); conference with Kelp, E. Rothman re: agreement (.8); follow-up with E. Rothman re: same (.3); review, comment on E. Rothman's draft re: open points (.6). |
| Eric Rothman | 03/01/21 | 4.30 | Correspond with R. Greiss re Kelp III Agreement (.3); teleconference with R. Greiss and Kelp team re same (.8); correspond with R. Greiss re same (.8) revise Kelp III agreement (2.4). |
| Rory Greiss | 03/02/21 | 2.80 | Conference with K. McCarthy, E. Rothman and R. Aleali re: preparations for BOD meeting to consider transaction (.7); review, analyze slide deck for BOD meeting to discuss "science" of proposed product (.8); discuss terms to go into slides with E. Rothman (.3); videoconference with E. Zausner to discuss preparation of slides summarizing deal terms and to bring him up to date on changes to transaction (.6); review E. Rothman email to Kelp re: indemnity and termination provisions (.4). |
| Ethan Zausner | 03/02/21 | 1.90 | Video conference with R. Greiss to discuss deal updates and next steps (.6); prepare PPT slides for board presentation (1.3). |
| Rory Greiss | 03/03/21 | 5.70 | Review, analyze responses from Kelp on structure change, indemnity provisions and termination provisions (.7); correspondence with Imbrium team regarding responses (.8); correspondence with E. Rothman to discuss reply to Kelp and review email response with Imbrium team (1.0); videoconference with Kelp's counsel and E. Rothman to discuss indemnity and termination issues and necessity of press release idea and report to Imbrium team re: same (1.2); correspond with A&P team to discuss press release issue and substance that could be included (.6); teleconference with E. Rothman and E. Zausner to discuss Kelp responses after earlier videoconference (.6); videoconference with Imbrium team re: all open issues and next steps (.8). |
| Eric Rothman | 03/03/21 | 4.30 | Teleconference with R. Greiss, E. Zausner and client re: Kelp III Agreement (1.2); teleconference with R. Greiss and E. Zausner re: press release re: same (.6); correspondence with A&P team re: Kelp III Agreement (1.1); review, revise same (1.4). |

Page 1

May 7, 2021                                                                                          Invoice # 30126811

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Ethan Zausner | 03/03/21 | 2.80 | Call with client to discuss open items (.8) teleconference with R. Greiss and E. Rothman to discuss next steps (.6); revise PPT slides for board presentation (1.4). |
| Rory Greiss | 03/04/21 | 6.20 | Review, aznalyze initial draft of slides for BOD meeting to consider transaction drafted by E. Zausner (1.1); correspondence with Imbrium team regarding responses from Kelp on latest proposals and next steps (.9); review, analyze revisions to agreement drafted by E. Rothman (1.7); videoconference with E. Rothman and E. Zausner to review changes (1.2); review, revise press release with E. Rothman and E. Zausner (.6); review, analyze final draft of agreement and finalize with E. Zausner and E. Rothman (.7). |
| Eric Rothman | 03/04/21 | 3.80 | Teleconference with R. Greiss and E. Zausner re: Kelp III Agreement (1.2); teleconference with same re: press release (.6); review, revise Kelp III Agreement (2.0). |
| Ethan Zausner | 03/04/21 | 5.70 | Review, revise License/Development Agreement (1.2); review, revise PPT Board slides (2.2); teleconference with R. Greiss and E. Rothman to discuss agreement (1.2); teleconference with same re: press release and other open issues (.6);  review, revise press release (.5). |
| Rory Greiss | 03/05/21 | 7.30 | Review, analyze DPW bankruptcy comments (.5); correspond with Imbrium and Kelp re: open items including Development Plan, work to be done for IND-enabling studies, press release and other open issues (3.5); review, comment on revised slides for BOD presentation (1.5); correspondence with Kelp's counsel on issues arising during the day (.6); review revised draft of agreement sent by Kelp (.7); discuss same with Imbrium team (.5). |
| Eric Rothman | 03/05/21 | 4.30 | Correspondence with A&P team and client to discuss Kelp III Agreement (2.5) review, revise same (1.8). |
| Ethan Zausner | 03/05/21 | 4.20 | Review of updated draft of agreement (.5); emails with A&P team re: updated draft (.5); revise board of director presentation slide (3.2). |
| Rory Greiss | 03/06/21 | 1.30 | Correspondence with E. Rothman and E. Zausner re: proposed revisions to agreement (.6); correspondence with Imbrium team re: timing of signing and issuance of press release and other matters (.7). |
| Eric Rothman | 03/06/21 | 1.20 | Correspond with A&P and Imbrium team re Kelp III Agreement. |
| Ethan Zausner | 03/06/21 | 0.40 | Correspond with A&P and Imbrium team re: updated draft of agreement. |
| Rory Greiss | 03/07/21 | 1.20 | Review, analyze revised draft of BOD slides and comment (.5); correspondence with Kelp and Imbrium re: open points (.7). |
| Eric Rothman | 03/07/21 | 1.40 | Correspond with A&P and Imbrium team re Kelp III Agreement. |

May 7, 2021                                                                                     Invoice # 30126811

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Ethan Zausner | 03/07/21 | 0.80 | Review, analyze updated board slide deck (.5); correspond with A&P team re: updated draft of agreement (.3). |
| Rory Greiss | 03/08/21 | 3.30 | Correspond with Kelp's counsel regarding timing of BOD approval, execution of agreement and issuance of press release (1.3); correspondence with Imbrium team re: open points on agreement (1.2); review, analyze proposals for revisions and discuss with E. Rothman, E. Zausner and Imbrium team (.8). |
| Eric Rothman | 03/08/21 | 2.70 | Correspond with A&P and limbrium teams re: Kelp III Agreement (1.4); further revise agreement (1.3). |
| Ethan Zausner | 03/08/21 | 0.60 | Further revise updated draft of agreement. |
| Rory Greiss | 03/09/21 | 4.90 | Review, analyze Kelp III agreement (.5); correspondence with Kelp's counsel re: revision to tax language (.4); correspondence with DPW re: same (.3); correspondence with A&P team regarding Development Plan, plan for finalizing Development Plan and executing agreement (1.3); review revised draft of agreement and comment (1.1); correspondence with Imbrium team re: BOD presentation on Thursday (.7); draft language for signature pages to be held by counsel (.6). |
| Eric Rothman | 03/09/21 | 4.50 | Correspondence with A&P team and client to discuss Kelp III Agreement (2.4) review, revise same (2.1). |
| Ethan Zausner | 03/09/21 | 1.80 | Correspond with A&P team to discuss agreement (.6); further revise updated draft of agreement (1.2). |
| Rory Greiss | 03/10/21 | 2.30 | Review, analyze correspondence from Kelp's counsel regarding revisions to press release and other matters (.3); correspondence with Imbrium team regarding press release changes and discussion regarding Patent and Trademark schedules (.7); review, analyze revised provisions re: updating schedules and other final changes to agreement (.8); correspondence withKelp's counsel  re: execution version (.5). |
| Ethan Zausner | 03/10/21 | 0.60 | Further revise draft agreement. |
| Rory Greiss | 03/11/21 | 1.70 | Review slide presentation and agreement in preparation for BOD Meeting (.5); attend portion of BOD Meeting relating to agreement (.5); correspondence with D. Saussy re: informing Kelp re: BOD approval of agreement and placing signature pages in escrow (.7). |
| Rory Greiss | 03/12/21 | 0.40 | Correspondence with Imbrium team re: signature pages for agreement. |
| Rory Greiss | 03/16/21 | 0.50 | Review, analyze proposed development plan and correspondence re: same. |

May 7, 2021                                                                                    Invoice # 30126811

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/22/21 | 1.30 | Review, analyze Development Plan (.4); correspondence with E. Zausner, J. Sandys, E. Rothman, D. Saussy re: incorporation of Development Plan into agreement and final execution of agreement (.9). |
| Ethan Zausner | 03/22/21 | 0.70 | Finalize draft agreement. |

**Total Hours**                          **87.50**

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| Rory Greiss | 41.50 | 1,215.00 | 50,422.50 |
| Eric Rothman | 26.50 | 990.00 | 26,235.00 |
| Ethan Zausner | 19.50 | 815.00 | 15,892.50 |
| **TOTAL** | **87.50** | | **92,550.00** |

**Total Current Amount Due**                                              $78,667.50

Page 4

# Arnold&Porter

Purdue Pharma L.P.                                                    May 7, 2021
Attn: Rachel Kreppel                                          Invoice # 30126812
Associate General Counsel                                     EIN 53-0208605
One Stamford Forum
Stamford, CT  06901-3431


Client/Matter # 1049218.00153

General Patent Settlement

20210003082


| For Legal Services Rendered through March 31, 2021 | $ | 3,402.00 |
|---|---|---|
| Discount: | | -510.30 |
| Fee Total | | 2,891.70 |
| Total Amount Due | $ | 2,891.70 |


Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

Or Remit To:                        Arnold & Porter Kaye Scholer LLP
                                    P.O. Box 759451
                                    Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  **Invoice@arnoldporter.com**

May 7, 2021                                                                                          Invoice # 30126812

**(1049218.00153)**
**General Patent Settlement**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Rory Greiss | 03/02/21 | 0.70 | Compile fully execute pharmacovigilance agreement (.3); correspondence with R. Inz and J. Yang re: transmitting file of license agreements (.4). |
| Rory Greiss | 03/12/21 | 0.70 | Review, analyze files to ascertain whether a quality agreement or pharmacovigilance agreement was execute with a settling defendant (.5); correspondence with R. Inz and R. Kreppel re: same (.2). |
| Rory Greiss | 03/31/21 | 1.40 | Review, analyze redacted form of agreement prepared by party to settlement agreement (.6); call with R. Kreppel to discuss proposed redactions (.4); review, comment on R. Kreppel's proposed response to settlement party (.4). |

| **Total Hours** | | **2.80** | |

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Partner** | | | | |
| Rory Greiss | | 2.80 | 1,215.00 | 3,402.00 |
| | Subtotal: | **2.80** | | **3,402.00** |
| **TOTAL** | | **2.80** | | **3,402.00** |

| **Total Current Amount Due** | | | | **$2,891.70** |

# Arnold&Porter

Purdue Pharma L.P.                                              May 7, 2021
Attn: Roxana Aleali                                      Invoice # 30126813
Associate General Counsel                                 EIN 53-0208605
One Stamford Forum
Stamford, CT  06901


Client/Matter # 1049218.00154

Project Chione


| | | |
|---|---|---|
| For Legal Services Rendered through March 31, 2021 | $ | 5,000.50 |
| Discount: | | <u>-750.07</u> |
| Fee Total | | 4,250.43 |
| Total Amount Due | $ | <u>4,250.43</u> |


**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 (ACH and wires) |
| Swift Code: | WFBIUS6S |

| | |
|---|---|
| **Or Remit To:** | Arnold & Porter Kaye Scholer LLP |
| | P.O. Box 759451 |
| | Baltimore, MD  21275-9451 |

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  <u>Invoice@arnoldporter.com</u>

May 7, 2021                                                                 Invoice # 30126813

**(1049218.00154)**
**Project Chione**

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Jae Yang | 03/02/21 | 0.50 | Compile license agreements (.3); review, analyze license agreements review chart (.1); correspondence with A&P team re same (.1). |
| Eric Rothman | 03/11/21 | 1.30 | Review, revise term sheet for potential outlicense transaction. |
| Rory Greiss | 03/12/21 | 0.50 | Review, analyze comments to revised term sheet from G. Misra (.3); correspondence with E. Rothman and E. Zausner (.2). |
| Ethan Zausner | 03/15/21 | 0.50 | Review, revise updated draft of term sheet. |
| Rory Greiss | 03/16/21 | 0.50 | Review, analyze revised term sheet for potential licensing transaction. |
| Eric Rothman | 03/16/21 | 1.40 | Review, revise term sheet for potential outlicense transaction. |
| Ethan Zausner | 03/16/21 | 0.50 | Call with E. Rothmans to discuss term sheet (.2); further revise same. (.3). |

**Total Hours**                        **5.20**

**Legal Services-Attorney Summary**

| Timekeeper | | Hours | Rate | Value |
|------------|--|-------|------|-------|
| **Partner** | | | | |
| Rory Greiss | | 1.00 | 1,215.00 | 1,215.00 |
| Eric Rothman | | 2.70 | 990.00 | 2,673.00 |
| | Subtotal: | **3.70** | | **3,888.00** |
| **Associate** | | | | |
| Jae Yang | | 0.50 | 595.00 | 297.50 |
| Ethan Zausner | | 1.00 | 815.00 | 815.00 |
| | Subtotal: | **1.50** | | **1,112.50** |
| **TOTAL** | | **5.20** | | **5,000.50** |

**Total Current Amount Due**                                              **$4,250.43**

Page 1