US BANKRUPTCY COURT CLERK      MOTION TO FILE PROOF CLAIM LATE.

JUDGE DRAIN

YOUR HONER I'm in prison and have ben for the last 17 years the
prison dose not allow me to go on the computor/internet nor alowed
to make toll free calls coved19 has had the law libray closed.I asked
someone that was going home to call the 1-800 number  for prime clerk.llc

and asked them to send me a proof of clame form they didnot. IJUST
found someone that had oneand was able to get copys made

your honer im asking you that you let me file late as it was not
within my power.to file within the timelimites.


in closed
#2proof claim forms


thank you for your help in this matter.


EARL COBB G11693


_Earl Cobb_ _____ date-- 4-30-21

*Original*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PURDUE PHARMA L.P.,** *et al.,* | **Case No. 19-23649 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

# Personal Injury Claimant Proof of Claim Form
## (Including Parents and Guardians)

You may file your claim electronically at PurduePharmaClaims.com via the link entitled "Submit a Claim."

For questions regarding this Proof of Claim Form, please call Prime Clerk at (844) 217-0912 or visit PurduePharmaClaims.com.

Read the instructions at the end of this document before filling out this form. This form is for individuals to assert an unsecured claim against the Debtors seeking damages based on actual or potential future personal injury to the claimant or another (for example, deceased, incapacitated, or minor family member) related to the taking of a Purdue Opioid and/or the taking of another opioid for which You believe Purdue is responsible for Your damages.

Do not use this form to assert only a non-personal injury claim against the Debtors based on or involving opioids or their production, marketing and sale, including without limitation, the Debtors' production, marketing and sale of Purdue Opioids. File such claims on a General Opioid Claimant Proof of Claim Form. However, if You have a claim against the Debtors based on or involving the production, marketing and sale of opioids, in addition to Your claim based on personal injury, You may include information related to that claim on the Personal Injury Claimant Proof of Claim Form by completing Part 5 of this form.

Do not use this form to assert any other pre-petition claims, including secured claims or claims entitled to priority under 11 U.S.C. § 507(a). Secured claims, claims entitled to priority under 11 U.S.C. § 507(a) and non-opioid related claims should be filed on a Non-Opioid Claimant Proof of Claim Form (Form 410). Creditor (also referred to as "You" throughout) shall provide information responsive to the questions set forth below. Creditors may include parents, foster parents, and guardians submitting claims on behalf of minors with Neonatal Abstinence Syndrome ("NAS"). Instructions and definitions are provided at the end of this document. You shall provide information reasonably available to You and are not excused from providing the requested information for failure to appropriately investigate Your claim. You shall supplement Your responses if You learn that they are incomplete or incorrect in any material respect.

Personal Injury Claimant Proof of Claim Forms and any supporting documentation submitted with the form shall remain highly confidential and shall not be made available to the public. For the avoidance of doubt, all pages of the Personal Injury Claimant Proof of Claim Form and supporting documentation shall be treated as highly confidential and made available only to Prime Clerk, the Court and to those that agree to be bound by the Protective Order.

Fill in all the information about the claim as of September 15, 2019, the Petition Date. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form. This form should be completed to the best of Your ability with the information available to You. If You are unable to answer certain questions at this time, the absence of an answer, by itself, will not result in the denial of Your claim, though You may be asked or required to provide additional information at a later date. You may also amend or supplement Your claim after it is filed.

Please note that supporting documentation is requested in certain portions of the form. Please provide the requested information to the best of Your ability. At Your discretion, You may also provide additional information to supplement Your claim in any manner available to You.

Do not send original documents, as they will not be returned, and they may be destroyed after scanning.

---

**Part 1:    Identify the Claim**

**1. Who is the creditor?**

_EARL COBB_

Name of the individual to be paid for this claim. If the creditor is a minor (under 18), please provide only the minor's initials.

Other names the creditor used with the debtor, including maiden or other names used:

_NA_

If Your claim is based on personal injury to another (for example, a deceased, incapacitated, or minor family member), please provide the name of that other person (that is, the injured person). If the injured person is a minor (under 18), please provide only the minor's initials:

_NA_

If You are submitting a claim on behalf of another person, please provide Your name and relationship to that person:

_NA_

If you are submitting a claim on behalf of a minor, are You the Legal Guardian?

❑ No        ❑ Yes

| 2. | What is the year of birth, gender, and last 4 digits of the social security number of the creditor (or injured person, if the claim is based on the personal injury of another)? | Year of Birth: 12-07-1985<br><br>Gender: ☒ Male  ☐ Female<br><br>Last 4 Digits of Social Security Number (if available): XXX-XX-6 7 5 0 |
|---|---|---|

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>EARL COBB cdc# G11693<br><u>Name</u><br>P.O. BOX 32200<br><u>Number        Street</u><br>STOCKTON    CA    95213<br><u>City            State            ZIP Code</u><br><br>Contact phone  N/A<br><br>Contact email  N/A | **Where should payments to the creditor be sent?** (if different)<br><br>N/A<br><u>Name</u><br><br><u>Number        Street</u><br><br><u>City            State            ZIP Code</u><br><br>Contact phone<br><br>Contact email |
|---|---|---|---|

| 4. | Does this claim amend one already filed? | ☒ No.<br>☐ Yes. Claim number on court claims registry (if known)_____    Filed on _____<br>                                                                                    MM / DD / YYYY |
|---|---|---|

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No.<br>☐ Yes. Who made the earlier filing? _____ |
|---|---|---|

## Part 2:  Attorney Information (Optional)

| 6. | Are You represented by an attorney in this matter?<br><br>You do not need an attorney to file this form. | ☒ No.<br>☐ Yes. If yes, please provide the following information:<br><br>_____<br>Law Firm Name<br><br>_____<br>Attorney Name<br><br>_____<br>Address<br><br>_____<br>City                          State                          ZIP Code<br><br>Contact phone _____  Contact email _____ |
|---|---|---|

## Part 3:  Information as of September 15, 2019, the Petition Date, About Your Claim

| 7. | How much is the claim? | $ _____ or<br>☒  Unknown. |
|---|---|---|

| 8. | Select all that apply to You. | ☒ Creditor has been injured by use of an opioid.<br><br>☐ Although Creditor is not currently aware of any injury, Creditor wants to file now to keep the ability to seek payment if Creditor has a future injury or harm due to use of an opioid.<br><br>☐ Creditor has a claim arising out of another person's use of an opioid. *Please answer all questions in Part 4 as if that person (the injured person) is filling out the form.*<br><br>☐ Creditor is submitting a claim on behalf of a minor with NAS. *Please answer all questions in Part 4 as if the birth mother of the minor is filling out the form (to the extent such information is available to You).* |
|---|---|---|

| | |
|---|---|
| 12. Have You ever filed a lawsuit against any of the Debtors at any time? | ☒ No<br><br>☐ Yes. If yes, please provide the following information and attach supporting documentation:<br><br>Case Caption:_____<br><br>Court and Case/Docket Number: _____<br><br>Attorney Information:<br><br>Law Firm Name _____<br><br>Attorney Name _____<br><br>Address _____<br><br>City _____    State _____    ZIP Code _____<br><br>Contact phone _____    Contact email _____ |

**Part 4:  Information About Opioid Use**

If You have a claim arising out of another person's use of an opioid, please answer these questions as if the injured person is filling out the form. If You are submitting a claim on behalf of a minor with NAS, please answer these questions as if the birth mother of the minor is filling out the form (to the extent such information is available to You).

| | |
|---|---|
| 13. Were You <u>prescribed or administered</u> a Purdue brand name opioid by a healthcare professional? | ☐ Unknown (select if You were prescribed a prescription opioid but do not know the specific medication).<br><br>☐ No.<br><br>☒ Yes. If yes, please provide the following information to the extent reasonably available:<br><br>Please identify the Purdue brand name opioid(s) that You were prescribed or administered by a healthcare professional. Check as many medications as applicable. |

|  |  |  |  |
|---|---|---|---|
| ☐ | Butrans® | ☒ | OxyContin® |
| ☐ | DHC Plus® | ☐ | OxyFast® |
| ☒ | Dilaudid® | ☐ | OxyIR® |
| ☐ | Hysingla ER® | ☐ | Palladone® |
| ☒ | MS Contin® | ☐ | Ryzolt® |
| ☐ | MSIR® | | |

| | |
|---|---|
| 14. Were You ever <u>prescribed or administered</u> *any* opioid (other than a Purdue brand name opioid) by a healthcare professional? | ☐ Unknown (select if You were prescribed a prescription opioid but do not know the specific medication).<br><br>☐ No.<br><br>☐ Yes. If yes, please provide the following information to the extent reasonably available:<br><br>Non-Purdue Brand Name Opioid, if known: _____<br><br>Please identify the generic opioid(s) that You were prescribed or administered by a healthcare professional. Check as many medications as applicable. |

|  |  |  |  |
|---|---|---|---|
| ☒ | Buprenorphine transdermal system | ☐ | Oxycodone extended-release tablets |
| ☒ | Hydrocodone and acetaminophen tablets (generic to Vicodin® or Norco®) | ☐ | Oxycodone immediate-release tablets |
| ☐ | Hydromorphone immediate-release tablets | ☒ | Oxycodone and acetaminophen tablets (generic to Percocet®) |
| ☐ | Hydromorphone oral solution | ☐ | Tramadol extended-release tablets |
| ☒ | Morphine extended-release tablets | | |
| ☐ | Other Generic: _____ | | |

9. Briefly describe the type of injury alleged from Your use or another person's use of an opioid. Select all that apply.

Attach additional sheets if necessary.

- ☐ Death
- ☒ Overdose
- ☒ Addiction/Dependence/Substance Use Disorder
- ☒ Lost Wages/Earning Capacity
- ☒ Loss of Consortium
- ☐ NAS-related
    - ☐ Learning Disability
    - ☐ Spina Bifida
    - ☐ Developmental Disability
    - ☐ Heart Defects
    - ☐ Congenital Defects or Malformations
- ☒ Expenses for Treatment
- ☒ Other (describe): MY FAMiLEY HAS giveN me MoNey to go ON The methaDoN Program But I Bote OXYCONtiN INsted.

10. Describe the basis for Your claim, including all alleged causes of action, sources of damages, etc., You are asserting against the Debtors.

Attach additional sheets if necessary.

I WAS THE AGE OF 13 when i was given vicodin for a leg injury I started to abuse them. I stole from my grandma just to suport my habit. Istole oxycontinform my friends MOTHER. I have lost the realastionship with my grandmother she died before i got to say tht i was sorry. to this day I still abuse morphine iv use. I am being treated for opioid uses I'm on the suboxin to teat my opioid addiction. In 2016 iwas sent to the hospital and for the frist time was given Dilaudid and to this day i have ben lieing to my mother JUST TO GET MONEY FROM HER. TO BUY DRUGS. SINCE I STARTED DOING DRUGS IHAVE NOT BEN ABLE TO GET A JOB BECUSE NO ONE TRUSTS ME..AND HALF THE TIME I WOULD NOT SHOW UP TO DO THE JOB. BECUSE I WAS HIGH ON DRUGS.

11. Please identify and quantify each category of damages or monetary relief that You allege, including all injunctive relief that You seek. Check as many boxes as are applicable.

- ☐ Compensatory: $_____ or ☒ Unknown
  (for example, lost wages, pain and suffering, expenses not reimbursed, loss of consortium, etc.)
- ☐ Punitive: $_____ or ☒ Unknown
- ☐ Other (describe): _____

**10.. ATTACH ADD ON**

I now have ben in prison for the last 17 years Iwas high on opioids when
comied the crime that i was arested for. in 2012 in prison  I overdosed
for the 1st time and my cellmate brot me back to life ihave stole form my
mother to suppoert my habit i stole from my brother to get drugs and i have
ben caught everyitime my famley dose not trust me to be alone in there home
or around there purses  becuse i would steal from them to buy drugs
    IAM NOW DOING LIFE IN PRISON BECUSE I COLULD NOT STOP THINKING ABOUT
OXYCONTIN I DREAM ABUOT SHOOTING OXYCONTIN.

**Part 5:** **Other (Non-Personal Injury) Opioid-Related Claims**

| | |
|---|---|
| 15. Do You believe You have any other claims against the Debtors based on or involving the Debtors' production, marketing and sale of Purdue Opioids that are not based on a personal injury? | ☐ No.<br>☒ Yes. If yes, please describe the nature of the claim(s) (Attach additional sheets if necessary).<br>I went to the DOCTORS OFFICE And REQUESTED Vicodin and Received a Free SAMPle OF A Purdue OPid Product. |
| 16. How much is the claim? | $ _____ or<br>☒ Unknown. |

**Part 6:** **Supporting Documentation**

| | |
|---|---|
| 17. Please provide the following supporting documentation if You would like (but You are not required) to supplement this proof of claim. | ※ Provide any documents supporting Your claim, including but not limited to: any complaint that You have filed against the Debtor(s), prescriptions, pharmacy records or statements showing prescriptions, or any records supporting Your claims of damages. |

will Add a copy of medical Record wen I get them To amend proof claim

**Part 7:** **Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized agent.
☐ Other (describe): _____

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  5-2-21  (mm/dd/yyyy)

*Earl Cross*
Signature

Print the name of the person who is completing and signing this claim:

| Name | N 17 | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | | | |
| Company | | | |
| Address | | | |
| | Number      Street | | |
| | City | State      ZIP Code | |
| Contact phone | _____ | Email _____ | |

# Instructions for Personal Injury Claimant Proof of Claim Form

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152. 157 and 3571.

## How to fill out this form

* Fill in all of the information about the claim as of the date the bankruptcy case was filed, September 15, 2019. You may also fill in information regarding any claims You believe You may have after September 15, 2019 on this form.

* If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

* Attach any available supporting documents to this form. Attach copies of any documents that show that the debt exists, a lien secures the debt, or both.

  Also attach copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

* Do not attach original documents because they will not be returned and may be destroyed after scanning.

* A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

* A parent, foster parent, or guardian may complete this form on behalf of a minor child if there is reason to believe that the birth mother may have taken opioid products.

* For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

* Each question in this proof of claim form should be construed independently, unless otherwise noted. No question should be construed by reference to any other question if the result is a limitation of the scope of the answer to such question.

* The questions herein do not seek the discovery of information protected by the attorney-client privilege.

* The words "and" and "or" should be construed as necessary to bring within the scope of the request all responses and information that might otherwise be construed to be outside its scope.

* After reviewing this form and any supporting documentation submitted with this form, additional information and documentation may be requested.

* Purdue Pharma (Canada) is not a debtor in this case. If Your claim is against only Purdue Pharma (Canada), You do not have a claim in this case and should not file and submit this form.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may also call Prime Clerk at (844) 217-0912, send an inquiry to purduepharmainfo@primeclerk.com, or submit an inquiry or live chat with Prime Clerk through the case website at PurduePharmaClaims.com.

## Understand the terms used in this form

Claim: A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

Creditor: A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

Debtor: A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

Information that is entitled to privacy: A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth.