# Notice Recipients

District/Off: 0208−7 | User: | Date Created: 5/10/2021
Case: 19−23649−rdd | Form ID: 143 | Total: 4

**Recipients of Notice of Electronic Filing:**
aty     Eli J. Vonnegut        eli.vonnegut@davispolk.com
aty     Marshall Scott Huebner    marshall.huebner@davispolk.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Purdue Pharma L.P.    One Stamford Forum    201 Tresser Boulevard    Stamford, CT 06901
cr     Earl Cobb    CDC # G11693    PO BOX 32200    Stockton, CA 95213

TOTAL: 2