**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| PURDUE PHARMA L.P., *et al.*, | : | Case No. 19-23649 (RDD) |
|  | : |  |
| Debtors.[1] | : | (Jointly Administered) |
|  | : |  |

**NOTICE OF SEVENTEENTH MONTHLY FEE STATEMENT OF JONES DAY FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM MARCH 1, 2021 THROUGH MARCH 31, 2021**

| | |
|---|---|
| **Name of Applicant:** | Jones Day |
| **Authorized to Provide Services to:** | Purdue Pharma L.P., *et al*. |
| **Date of Retention:** | December 20, 2019, *nunc pro tunc* to September 15, 2019 |
| **Period for Which Compensation and Expense Reimbursement is Sought:** | March 1, 2021 through March 31, 2021 |
| **Amount of Compensation Requested (after agreed upon 13% discount):** | $304,273.80 |
| **Less 20% Holdback** | $60,854.76 |
| **Net of Holdback:** | $243,419.04 |
| **Amount of Expense Reimbursement Requested:** | $5,965.82 |
| **Total Compensation (Net of Holdback) and Expense Reimbursement Requested:** | $249,384.86 |
| **This is a** | X   Monthly _____Interim ___ Final Fee Statement |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, entered on November 21, 2019 [Docket No. 529] (the "Interim Compensation Order"),[2] Jones Day hereby submits this seventeenth monthly fee statement (the "Seventeenth Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as special counsel to the Debtors, for the period from March 1, 2021 through March 31, 2021 (the "Seventeenth Monthly Fee Period"). By this Seventeenth Monthly Fee Statement, and after taking into account certain voluntary discounts,[3] Jones Day seeks payment in the amount of $249,384.86 which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Seventeenth Monthly Fee Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.    Attached hereto as **Exhibit A** is a summary of Jones Day professionals by individual, setting forth the (a) name and title of each individual who provided services during the Seventeenth Monthly Fee Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Jones Day's then-current billing rates, (d) amount of fees earned by each Jones Day professional, and (e) year of bar admission for each attorney.  The blended

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

[3]    The total amount sought for fees reflects application of a 13% discount on all fees, pursuant to an agreed practice between Jones Day and the Debtors which was implemented prior to the Petition Date (totaling $45,466.20 for the Seventeenth Monthly Fee Period).  In addition, as part of the discounted fee arrangement, Jones Day agreed to charge the Debtors the previous year's billable rates for the periods during which services were rendered (*i.e.*, for 2021, Jones Day is using 2020 billable rates in calculating amounts due for legal services performed).  The additional value attributable to application of the prior year's billable rates is not reflected in the 13% reduction.

hourly billing rate of Jones Day timekeepers during the Seventeenth Monthly Fee Period is approximately $769.92.[4]

2.        Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Seventeenth Monthly Fee Period.

3.        Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Seventeenth Monthly Fee Period.

4.        Attached hereto as **Exhibit D** are copies of Jones Day invoices for the Seventeenth Monthly Fee Period.[5]

### NOTICE AND OBJECTION PROCEDURES

5.        Notice of this Seventeenth Monthly Fee Statement shall be given to the following parties (collectively, the "Notice Parties"): (i) Purdue Pharma L.P., 201 Tresser Blvd, Stamford, CT 06901, Attn: Jon Lowne, Email: Jon.Lowne@pharma.com; (ii) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Christopher Robertson and Dylan Consla, Email: christopher.robertson@davispolk.com, dylan.consla@ davispolk.com; (iii) counsel to the Committee: (a) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY 10036-6745, Attn: Arik Preis, Email: apreis@akingump.com and Sara L. Brauner, Email: sbrauner@akingump.com; and (b) Cole Schotz, P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto, Email: jalberto@coleschotz.com; (iv) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul K. Schwartzberg, Email: Paul.Schwartzberg@usdoj.gov; and (v) the fee examiner, Bielli &

---

[4]        The blended rate is comprised of all Jones Day timekeepers who provided services during the Seventeenth Monthly Fee Period.

[5]        The time records included in **Exhibit D** have been minimally redacted to protect privileged information.

Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801, Attn: David M. Klauder, Esq., Email: dklauder@bk-legal.com.

6.      Objections to this Seventeenth Monthly Fee Statement, if any, must be served via electronic mail upon Jones Day, 250 Vesey Street, New York, New York 10281, Attn: Anna Kordas (akordas@jonesday.com) no later than May 24, 2021 at 12:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees at issue.

7.      If no objections to this Seventeenth Monthly Fee Statement are received by the Objection Deadline, the Debtors shall promptly pay Jones Day 80% of the fees and 100% of the expenses identified in this Seventeenth Monthly Fee Statement.

8.      To the extent that an objection to this Seventeenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Seventeenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

*[The remainder of this page has been intentionally left blank]*

**NO PRIOR REQUEST**

9.      No prior request for the relief sought in this Seventeenth Monthly Fee Statement

has been made to this or any other court.

Dated: May 10, 2021                     /s/ Anna Kordas
        New York, NY                      JONES DAY
                                     John J. Normile
                                     Anna Kordas
                                     250 Vesey Street
                                     New York, NY 10281
                                     Telephone:      (212) 326-3939
                                     Facsimile:      (212) 755-7306
                                     Email:          jjnormile@jonesday.com
                                                                 akordas@jonesday.com

                                   *Special Counsel to the Debtors and*
                                   *Debtors in Possession*

## EXHIBIT A

**COMPENSATION BY PROFESSIONAL PERSON**

**JONES DAY**
**PROFESSIONAL PERSON SUMMARY**
**MARCH 1, 2021 – MARCH 31, 2021**

| NAME | YEAR OF ADMISSION | RATE | WITH 13% DISCOUNT | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNER** | | | | | |
| Christopher Morrison | 2001 | $1,025.00 | $891.75 | 11.9 | $12,197.50 |
| Dan T. Moss | 2007 | $1,075.00 | $935.25 | 0.4 | $430.00 |
| John J. Normile | 1989 | $1,250.00 | $1,087.50 | 91.3 | $114,125.00 |
| **TOTAL PARTNER:** | | | | **103.6** | **$126,752.50** |
| **COUNSEL** | | | | | |
| Kelsey I. Nix | 1988 | $1,180.00 | $1,062.00 | 60.6 | $71,508.00 |
| **TOTAL COUNSEL:** | | | | **60.6** | **$71,508.00** |
| **ASSOCIATE** | | | | | |
| Chané Buck | 2017 | $575.00 | $500.25 | 11.2 | $6,440.00 |
| Anna Kordas | 2014 | $800.00 | $696.00 | 9.8 | $7,840.00 |
| Kevin V. McCarthy | 2016 | $715.00 | $622.05 | 125 | $89,375.00 |
| Adam M. Nicolais | 2017 | $655.00 | $569.85 | 58.9 | $38,579.50 |
| **TOTAL ASSOCIATE:** | | | | **204.9** | **$142,234.50** |
| **PARALEGAL & STAFF** | | | | | |
| Jason J. Darensbourg | N/A | $350.00 | $304.50 | 18.9 | $6,615.00 |
| Kristina Horn | N/A | $425.00 | $369.75 | 2.0 | $850.00 |
| Marguerite Melvin | N/A | $400.00 | $348.00 | 3.7 | $1,480.00 |
| Todd Weaver | N/A | $250.00 | $217.50 | .5 | $125.00 |
| Brook Zywick | N/A | $175.00 | $152.25 | 1.0 | $175.00 |
| **TOTAL LEGAL SUPPORT:** | | | | **26.1** | **$9,245.00** |
| **TOTAL:** | | | | **395.2** | **$349,740.00** |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2021 – MARCH 31, 2021**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Collegium Pharmaceuticals | 320.1 | $293,086.50 |
| Intellipharmaceutics Corp. | 3 | $1,232.50 |
| Strategic Corporate Advice | 3.5 | $2,520.50 |
| Retention Matters | 31.3 | $21,557.50 |
| Accord Healthcare Inc. | 37.3 | $31,343.00 |
| **TOTAL** | 395.2 | **$349,740.00** |
| **13% DISCOUNT** | | **$45,466.20** |
| **TOTAL FEES** | | **$304,273.80** |

## EXHIBIT C

### EXPENSE SUMMARY
### MARCH 1, 2021 – MARCH 31, 2021

| Expense Category | Total Expenses |
|---|---|
| Consultant Fees | $5,700.00 |
| Printing Charges | $109.20 |
| Mailing Charges | $86.62 |
| Court Costs | $70.00 |
| **TOTAL** | **$5,965.82** |

# **EXHIBIT D**

## **TIME DETAIL**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York,  NY  10281-1047
**(212) 326-3939**

Federal Identification Number:  34-0319085

April 30, 2021                                                                                      305158-610005

Invoice: 33491237

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P., et al v. Collegium Pharmaceuticals | USD | 293,086.50 |
| Less 13% Fee Discount | | (38,101.24) |
| | USD | 254,985.26 |

### DISBURSEMENTS & CHARGES

| | | |
|---|---|---|
| Consultants and Agents Fees | 2,700.00 | |
| United Parcel Service Charges | 18.62 | |
| | | 2,718.62 |
| **TOTAL** | USD | **257,703.88** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name:  Jones Day | Account Name:  Jones Day |
| Account No:  37026407 | Account No:  37026407 |
| ABA No:  021000089 | ABA No:  021000089 |
| | Swift Code:  CITIUS33 |

PLEASE REFERENCE 305158-610005/33491237 WITH YOUR PAYMENT

**JONES DAY**

305158-610005                                                                                      Page 2
                                                                                           April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                        Invoice:  33491237

TIMEKEEPER DETAIL SCHEDULE

|                      | Hours  | Rate     | Amount     |
|----------------------|--------|----------|------------|
| PARTNER              |        |          |            |
| C M MORRISON         | 11.90  | 1,025.00 | 12,197.50  |
| J J NORMILE          | 77.40  | 1,250.00 | 96,750.00  |
| OF COUNSEL           |        |          |            |
| K I NIX              | 59.80  | 1,180.00 | 70,564.00  |
| ASSOCIATE            |        |          |            |
| K MCCARTHY           | 107.50 | 715.00   | 76,862.50  |
| A M NICOLAIS         | 47.50  | 655.00   | 31,112.50  |
| PARALEGAL            |        |          |            |
| J J DARENSBOURG      | 16.00  | 350.00   | 5,600.00   |
| **TOTAL**            | **320.10** | **USD** | **293,086.50** |

JONES DAY

305158-610005

Page 3
April 30, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice:  33491237

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 03/01/21 | K MCCARTHY | 1.00 |

Prepare for and participate in weekly client teleconference regarding litigation status updates (0.6); attention to miscellaneous correspondence regarding ███████ (0.4).

| 03/01/21 | K I NIX | 1.60 |
|---|---|---|

Call with Purdue regarding strategy and status (.6), and preparation for same (.4); attention to ███████ (.3); e-mails with D. Rosen (.3).

| 03/01/21 | J J NORMILE | 1.50 |
|---|---|---|

Preparation for and participation in weekly team teleconference including B. Koch, R. Silbert, R. Kreppel, R. Inz, P. Hendler, K. McCarthy and A. Nicolais (.50); review of various correspondence regarding Rosen declaration (.50); review of various correspondence regarding ███████ (.50).

| 03/02/21 | K MCCARTHY | 2.00 |
|---|---|---|

Review/analyze panel change order (0.1) and communicate internally and with client regarding same (0.1); draft/revise motion to amend complaint and related filings (1.8).

| 03/02/21 | K I NIX | 0.80 |
|---|---|---|

Work regarding ███████ (.3); email to J. Normile regarding same (.2); ███████ (.3).

| 03/02/21 | J J NORMILE | 1.60 |
|---|---|---|

Review of various background materials relating to Collegium's ███████ (.80); review of various correspondence and background materials regarding ███████ (.80).

| 03/03/21 | J J DARENSBOURG | 0.10 |
|---|---|---|

Manage shared database for attorneys of Panel Change Order.

| 03/03/21 | K MCCARTHY | 1.50 |
|---|---|---|

Prepare for and participate in teleconference with D. Rosen regarding ███████ (1.5).

| 03/03/21 | A M NICOLAIS | 0.60 |
|---|---|---|

( ███████

| 03/03/21 | K I NIX | 1.40 |
|---|---|---|

███████ (.6); work regarding ███████ email to J. Normile regarding same (.8).

| 03/03/21 | J J NORMILE | 2.10 |
|---|---|---|

Preparation for and participation in team teleconference with D. Rosen (.50); review of various correspondence from P. Hendler and K. McCarthy regarding ███████ (.50); review of PTAB order regarding change of PGR panel (.30); review of various correspondence and summaries for ███████ (.80).

| 03/04/21 | K MCCARTHY | 1.00 |
|---|---|---|

Attention to internal and opposing counsel correspondence regarding Collegium's motion to seal its opposition papers (0.2); review/analyze parties past correspondence and court submissions regarding '919 patent claim construction issues (0.8).

| 03/04/21 | J J NORMILE | 1.30 |
|---|---|---|

Review of various background materials in support of Rosen declaration for Purdue's upcoming reply memorandum.

| 03/05/21 | J J DARENSBOURG | 0.20 |
|---|---|---|

Manage shared database for attorneys of Collegium's Consented-To Motion to File Under Seal Its Memorandum of Law in Support of Opposition to Motion to Lift Stay.

JONES DAY

305158-610005

Page 4
April 30, 2021
Invoice: 33491237

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**03/05/21    K MCCARTHY    2.00**
Draft/revise motion to amend (0.9); draft/revise amended complaint (0.6); ((communicate with client regarding ▬▬▬▬▬▬)) (0.2); review/analyze prior litigation deposition transcripts and communicate with B. Koch regarding same (0.3).

**03/05/21    C M MORRISON    1.40**
Revise Reply memorandum (.5) and confer with J. Normile regarding same (.3); finalize motion for leave to file under seal (.6).

**03/05/21    A M NICOLAIS    0.90**
Research regarding new PGR panel Judge Devon Newman (.5); drafting summary re same (.4).

**03/05/21    K I NIX    0.20**
Reviewed Collegium motion for leave to file opposition to motion to lift stay under seal (.1); studied bio for replacement PTAB judge D. Newman (.1).

**03/05/21    J J NORMILE    0.50**
Preparation for and participation in teleconference with P. Hendler and K. McCarthy regarding ▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.

**03/08/21    K MCCARTHY    5.00**
Review/analyze internal research summary regarding PGR panel change order (0.5); review/analyze Collegium's opposition brief and attached exhibits (2.0); perform legal research in response to same (0.7); attention to miscellaneous internal, co-counsel, and opposing counsel correspondence regarding confidentiality issues related to Collegium's opposition brief (0.8); send client Collegium's opposition brief and ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ (0.5); coordinate collection and organization of recent case pleadings and case correspondence with paralegal team (0.5).

**03/08/21    K I NIX    3.30**
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ (1.0); e-mails with K. McCarthy regarding Collegium redactions in their opposition papers (.8); studied Collegium opposition papers to Purdue motion to lift stay (1.5).

**03/08/21    J J NORMILE    1.50**
Review of Collegium's memorandum in opposition to Purdue's motion to lift stay and related correspondence.

**03/09/21    J J DARENSBOURG    3.40**
Manage shared database for attorneys of correspondence and filings related to Collegium's Responsive Memorandum of Law in Opposition to Plaintiffs' Motion to Lift Stay with accompanying attorney Declaration and exhibits and Collegium's Motion to Substitute Responsive Memorandum of Law in Opposition to Plaintiffs' Motion to Lift Stay.

**03/09/21    K MCCARTHY    7.00**
Review/analyze Collegium's brief in opposition to motion to lift stay (2.0); coordinate collection of cited case law, exhibits, and related materials for drafting Purdue's reply brief (0.5); attention to miscellaneous correspondence with client and related files regarding prior litigation expert reports and 919 patent claim construction issues (0.7); review/analyze Collegium's motion to amend and impacted filings and communicate internally regarding protective order issues related to same (0.8); prepare for and participate in teleconference with J. Normile and P. Hendler regarding motion to lift stay reply (0.7); prepare for and participate in weekly client teleconference regarding litigation status updates (0.8); ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ (1.0); attention to miscellaneous client correspondence regarding issues related to Purdue reply in support of its motion to lift stay (0.5).

**03/09/21    C M MORRISON    0.50**
Review/analyze opposition to motion to stay.

JONES DAY

305158-610005                                                            Page 5
                                                                 April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice: 33491237

*Date of Service*     *Timekeeper Name*                                    *Hours*

03/09/21      A M NICOLAIS                                              4.10
        Review/analyze Collegium opposition to Purdue's motion to lift stay (1.0); communication in firm with K.
        McCarthy re same and draft reply (.6); drafting letter to Collegium counsel regarding protective order
        violation (1.8); reviewing Purdue protective order re same (.5); communication with K. McCarthy and
        incorporating edits re same (.2).

03/09/21      K I NIX                                                   2.40
        Studied Collegium opposition to motion to lift stay and Purdue supporting brief (1.8); ███████████████
        ████████████████████████████████████████████████████████████████████████
        ████████████████ (.6).

03/09/21      J J NORMILE                                              5.00
        Preparation for and participation in teleconference with P. Hendler and K. McCarthy regarding Collegium's
        memorandum in opposition to Purdue's lift stay motion and review of correspondence from B. Koch
        regarding same (1.0); preparation for and participation in weekly team teleconference with B. Koch, R.
        Silbert, R. Inz, R. Kreppel, P. Hendler and K. McCarthy (1.0); review of correspondence from Collegium's
        counsel regarding protective order issues and related internal teleconferences and correspondence (1.0);
        ((review of correspondence regarding ████████████████████████████████████████████████████
        ██████████████████████████████ (1.5); review of ████████████████████████████████████████
        █████████████████████ (.50) )).

03/10/21      K MCCARTHY                                              8.00
        ((Draft/revise ███████████████████████████████████████████████████████████████
        █████████████████ (1.0); draft/revise letter to Collegium regarding motion to amend
        opposition and communicate internally regarding same (1.2); finalize and serve letter on opposing counsel
        (0.3); review/analyze materials received from bankruptcy counsel (1.0), and attention to miscellaneous
        correspondence regarding same (0.5); draft/revise Purdue's reply in support of its motion to lift stay and
        communicate with A. Nicolais regarding same (3.0).

03/10/21      C M MORRISON                                            0.50
        Review/analyze letter to Plaintiff regarding protective order violation and Collegium's response.

03/10/21      A M NICOLAIS                                            7.10
        Communication in firm with K. McCarthy re drafting reply brief iso motion to lift stay (1.0); researching
        case law and regulations re same (1.5); review/analyze Collegium opposition brief re same (1.0); drafting
        opposition brief re same (3.6).

03/10/21      K I NIX                                                 3.80
        (██████████████████████████████████████████████████████████████████████████████
        ███████████████████████████████████████████████████████████████████████████████
        ██████████████████████████████████ (2.0); worked on draft reply brief in support of
        motion to lift stay (1.0); studied letter and e-mails regarding Collegium's failure to properly redact
        confidential information in its opposition brief (.8).

03/10/21      J J NORMILE                                            5.30
        ((Preparation for and participation in teleconference relating to █████████████████████████████
        ██████████████████████████████████████ (1.5); review of correspondence ████████████████
        ██████████████████████████████████████████ (.50); preparation for
        and teleconference with C. Robertson, R. Silbert and K. McCarthy regarding status of Purdue bankruptcy
        reorganization plan and review of memo from C. Robertson regarding same (1.5); ((review of██████████████
        █████████████████ (.80);
        preparation of correspondence to counsel for Collegium regarding protective order issues and review of
        response to same (1.0).

JONES DAY

305158-610005                                                                    Page 6
                                                                          April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals            Invoice:  33491237

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

03/11/21     K MCCARTHY                                              8.00
Draft/revise reply in support of Purdue's motion to lift stay and communicate internally and with client and
co-counsel regarding same (5.0); ((prepare for a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓   (0.6); review/analyze Collegium's recent motions to amend lift stay filings (0.3) and
communicate internally, with co-counsel, and with opposing counsel regarding same (0.6); review/analyze
bankruptcy plan materials and communicate with bankruptcy counsel regarding same (0.7); attention to
client correspondence regarding additional market and financial data (0.3).

03/11/21     C M MORRISON                                            0.30
Review and revise communication regarding Collegium breach of protective order.

03/11/21     A M NICOLAIS                                            8.50
Continue drafting Purdue reply memorandum in support of motion to lift stay (5.5); communication in firm
with K. McCarthy re same (1.0); researching case law and other supporting evidence re same (2.0).

03/11/21     K I NIX                                                 5.80
((Teleconference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (5.0); reviewed draft e-mail to Collegium regarding
failure to redact confidential information in opposition brief (.8).

03/11/21     J J NORMILE                                             5.80
((Preparation for and participation in teleconference ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (1.0); review and
revise reply brief in support of lift stay motion including various teleconferences and correspondence with
K. McCarthy, P. Hendler, C. Robertson, R. Silbert and R. Kreppel (3.0); ((review of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (1.0);
various correspondence with counsel for Collegium regarding compliance with protective order (.80).

03/12/21     J J DARENSBOURG                                         0.30
Manage shared database for attorneys of correspondence regarding ▓▓▓▓▓▓▓▓▓▓▓▓ and protective order
violation.

03/12/21     K MCCARTHY                                             10.00
Draft/revise reply in support of Purdue's motion to lift stay and incorporate internal, client, and co-counsel
edits to same (7.00); perform legal research in support of reply (0.7); prepare for and participate in internal
teleconference regarding edits to reply brief (0.8); coordinate finalizing and filing of motion to seal reply
brief and communicate internally and with opposing counsel regarding same (1.0); attention to
miscellaneous case correspondence and files (0.5).

03/12/21     A M NICOLAIS                                            6.50
Team meeting re draft reply brief to lift stay (.5); draft/revise re same (.75); incorporating
edits/revisions/comments from K. Nix, R. Kreppel, B. Koch, C. Morrison, J. Normile, P. Hendler, R. Inz.
re same (4.25); communication in firm with K. McCarthy re same (.5); ((follow-up research re ▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.5).

03/12/21     K I NIX                                                 6.40
Worked on multiple versions of draft reply brief in support of motion to lift stay (4.4); video meeting with
J. Normile, P. Hendler, K. McCarthy and A. Nicolais regarding same (.6); reviewed proposed revisions to
the draft reply brief by B. Koch, R. Kreppel, R. Inz and C. Morrison (1.4).

03/12/21     J J NORMILE                                             3.50
Attention to review and revision of Purdue reply memorandum in support of its motion for a lift stay
including teleconference with K. McCarthy, K. Nix, P. Hendler and A. Nicolais (2.5); review of
correspondence relating to motion to seal reply brief (.50); ((various correspondence regarding ▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.50).

JONES DAY

305158-610005                                                                                      Page 7
                                                                                              April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals                          Invoice:  33491237

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**03/13/21    K MCCARTHY    3.00**
Draft/revise Purdue's reply in support of lift stay motion (1.5) and communicate internally regarding edits to same (0.7); prepare for and participate in internal teleconference regarding reply and edits to same (0.8).

**03/13/21    A M NICOLAIS    0.70**
Meeting with Purdue counsel re reply brief in support of motion to lift stay (.5); communication in firm with K. McCarthy re same (.2).

**03/13/21    K I NIX    3.80**
Video meeting and e-mails with J. Normile, P. Hendler, K. McCarthy and A. Nicolais regarding draft reply brief (.8); worked on draft brief (3.0).

**03/13/21    J J NORMILE    2.00**
Review and revision of current draft of Purdue's reply brief in support of its lift stay motion (1.0); preparation for and participation in teleconference with K. McCarthy, A. Nicolais, K. Nix and P. Hendler (.8); and review of various correspondence from K. McCarthy and C. Robertson (.2).

**03/14/21    K MCCARTHY    3.00**
Draft/revise lift stay motion reply brief (2.0) and attention to miscellaneous internal, co-counsel, and client correspondence regarding same (0.5); review/analyze protective order and communicate with J. Normile regarding same (0.5).

**03/14/21    C M MORRISON    1.10**
Review and revise Reply Brief; confer with K. McCarthy regarding same.

**03/14/21    K I NIX    2.60**
Worked on and revised draft reply brief in support of motion to lift stay (1.5); conferred with J. Normile, C. Morrison, P. Hendler and K. McCarthy regarding same (.5); studied comments and proposed changes to reply brief from B. Koch and R. Inz (.6).

**03/14/21    J J NORMILE    2.50**
Continued review and revision of Purdue's reply brief in support of its lift stay motion including review of comments from K. McCarthy, P. Hendler, K. Nix, B. Koch, R. Inz, R. Kreppel and C. Robertson.

**03/15/21    J J DARENSBOURG    5.20**
Manage documents regarding Purdue's Motion to Terminate Hearing for review by J Normile (1.4). Manage/cite check Reply Memorandum is Support of Motion to Lift Stay (3.8).

**03/15/21    K MCCARTHY    6.00**
Draft/revise reply brief in support of Purdue's motion to lift stay and attention to miscellaneous correspondence regarding edits to same (3.0); prepare for and participate in weekly client teleconference regarding litigation status updates (0.7); coordinate finalizing, filing, and service of reply brief (1.0); ((prepare for a participate in teleconference ███████████████ (0.3); coordinate collection of materials for J. Normile to prepare for motion hearing (1.0).

**03/15/21    C M MORRISON    0.40**
Review and file Reply Memorandum.

**03/15/21    A M NICOLAIS    3.80**
Meeting with Purdue counsel re reply brief in support of motion to lift stay (.5); communication in firm with K. McCarthy re same (.2); edits/revisions to brief re same (1.0); ██████████ (2.1).

**03/15/21    K I NIX    2.80**
Video meeting with B. Koch, R. Kreppel, R. Silbert, R. Inz, J. Normile, P. Hendler and K. McCarthy regarding reply brief in support of motion to lift stay (.5), and preparation for same (.4); worked on and finalized reply brief (1.9).

JONES DAY

305158-610005                                                        Page 8
                                                                April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals        Invoice:  33491237

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**03/15/21    J J NORMILE                                         3.50**
Preparation for and participation in weekly team teleconference including B. Koch, R. Silbert, R. Inz, R. Kreppel, K. McCarthy, A. Nicolais and P. Hendler (.50); review and revise current draft of Purdue's reply brief in support of its lift stay motion including review of comments from K. McCarthy, K. Nix, R. Kreppel, B. Koch and C. Robertson (2.0); review of ███████████████████████████████ ███████████ (.50); ((preparation for and participation in teleconference ████████████████ ████████████ (.50).

**03/16/21    J J DARENSBOURG                                     0.50**
Manage Joint Chapter 11 Plan of Reorganization and accompanying documents from Bankruptcy case for filing in district litigation.

**03/16/21    K MCCARTHY                                          8.00**
Review/analyze Purdue's Plan of Reorganization documents (0.7) ████████████████████████████████ 0.6); draft/revise letter to Court regarding Purdue's Chapter 11 plan documents and communicate internally regarding same (1.1); finalize letter and attachments and coordinate filing of same (0.6); ((review/analyze ███████████████████ ████████████████████████████████ (2.0); draft/revise argument outline for hearing on said motion (3.0).

**03/16/21    K I NIX                                             1.00**
Reviewed draft letters to Court enclosing reorganization plan and emails regarding same (.5); work regarding ██████████████████████ (.5).

**03/16/21    J J NORMILE                                         4.00**
Preparation for upcoming oral argument on Purdue's lift stay motion including Purdue's Plan of Reorganization and related documents and teleconference with K. McCarthy regarding same (2.5); ((review of ███████████████████████████████████ (1.0); review and revise letter to Judge Saylor regarding submission of Purdue's Plan of Reorganization (.50).

**03/17/21    J J DARENSBOURG                                     0.50**
Manage shared database for attorneys of Normile Letter to Judge Saylor regarding filed documents from Bankruptcy proceedings referenced in Reply in Support of Motion to Lift Stay (.3); manage/send written discovery documents to P Hendler. (.2).

**03/17/21    K MCCARTHY                                          4.00**
((Draft/revise ████████████████████ 2.5); review/analyze Purdue Plan of Reorganization documents (0.8); prepare for and participate in teleconference with J. Normile, P. Hendler, and C. Robertson regarding same (0.7).

**03/17/21    A M NICOLAIS                                        4.60**
((Research case law █████████████████████████████████████ (2.25); drafting █████████████████████████ (2.35).

**03/17/21    K I NIX                                             1.80**
((Work regarding ███████████████████████████████████ ███████████████████████████████

**03/17/21    J J NORMILE                                         2.50**
Preparation for upcoming oral argument on Purdue's motion to lift stay (1.5); various teleconferences with K. McCarthy, P. Hendler and C. Robertson regarding same (1.0).

**03/18/21    J J DARENSBOURG                                     3.10**
((Manage ██████████████████████████████████ ███████████████

JONES DAY

305158-610005                                                        Page 9
                                                                April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice: 33491237

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

03/18/21    K MCCARTHY                                           5.50
Prepare for and participate in Court status teleconference (1.0); participate in post-hearing teleconference with J. Normile, P. Hendler, and C. Morrison regarding same (0.5); draft/revise ████████████ and communicate with J. Normile and P. Hendler regarding same (2.5); ((read and respond to ████████ (1.0).

03/18/21    C M MORRISON                                         1.00
Prepare for and attend hearing on motion to lift stay (.5); ███████████████ (.5).

03/18/21    K I NIX                                              1.80
Reviewed summary of hearing with J. Saylor regarding motion to lift stay (.5); ((work regarding ████ ████████ (1.3).

03/18/21    J J NORMILE                                          4.50
████████████████████████████ (2.5); ████████████ (1.0); review and revision of proposed case management schedule (.50); ((review ████████████ (.50).

03/19/21    J J DARENSBOURG                                      0.40
Manage shared database for attorneys of correspondence with ████████████████████

03/19/21    K MCCARTHY                                           2.00
Draft/revise parties proposed schedules and communicate internally and with co-counsel regarding edits to same (2.0).

03/19/21    J J NORMILE                                          3.80
((Review of ██████████████████████████████ (.80); review and revision of updated proposed case management including related correspondence (1.5); attention to review of prior discovery requests (1.0); review and revision of prior stipulation regarding parties and patents in suit (.50).

03/21/21    K I NIX                                              1.10
((Work regarding ███████████████████████████

03/21/21    J J NORMILE                                          1.50
Attention to various case management issues including review and revision of proposed case scheduling order, review of existing protective order and review of status of discovery requests.

03/22/21    K MCCARTHY                                           3.50
Draft/revise proposed schedule (0.8); ((prepare for and participate in teleconference ██████████ (0.7); perform legal research ███████████ (0.5) and participate in teleconferences with P. Hendler and A. Nicolais regarding same (0.5); draft/revise summary of previously-served discovery and existing limits on remaining discovery (1.0).

03/22/21    C M MORRISON                                         0.80
Confer with J. Normile, K. McCarthy, and P. Hendler regarding proposed case timeline.

03/22/21    A M NICOLAIS                                         6.20
Weekly Purdue team strategy and planning meeting (.5); ((research re ████████████ (1.5); research re ████████████████████████ (2.0); drafting research summary and analysis re same (2.0): communication in firm with K. McCarthy re all)) (.2).

JONES DAY

305158-610005                                                                    Page 10
                                                                           April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33491237

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**03/22/21    K I NIX                                                        1.90**
Video meeting with B. Koch, R. Inz, R. Silbert, J. Normile, P. Hendler and K. McCarthy regarding status, ███████████████████████████████████████████████████████████ ████████

**03/22/21    J J NORMILE                                                   3.10**
Preparation for and participation in teleconference with C. Morrison, P. Hendler and K. McCarthy regarding proposed case management schedule (.80); ((review and revise ███████ ████████████ (1.5); preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Inz, P. Hendler, K. McCarthy and A. Nicolais (.80).

**03/23/21    K MCCARTHY                                                    3.00**
Draft/revise parties' proposed schedules and communicate internally and with client regarding edits to same (1.0); ((perform legal research regarding ████████████████████ ████████) (1.0); read and respond to client correspondence regarding draft proposed schedule and discovery limits (1.0).

**03/23/21    C M MORRISON                                                  0.60**
Review proposed schedule and confer with K. McCarthy regarding same (.4); review and analyze Collegium's communication and proposed schedule (.2).

**03/23/21    K I NIX                                                       2.10**
((Work regarding████████████████████████████████████████████████████ (1.4); work regarding case schedule, including studying Collegium proposed schedule and e-mails regarding same (.7).

**03/23/21    J J NORMILE                                                   3.60**
Attention to preparation of updated case management schedule including various correspondence with B. Koch, R. Inz, P. Hendler and K. McCarthy (2.0); review of correspondence regarding FDA Orange Book issues (.80); review of correspondence regarding selection of testing laboratories and review of materials regarding prior testing (.80).

**03/24/21    J J DARENSBOURG                                               0.50**
Manage shared database for attorneys of correspondence regarding proposed schedule and ████████

**03/24/21    K MCCARTHY                                                    3.50**
Draft/revise parties' proposed schedules and communicate internally and with co-counsel and client regarding edits to same (1.8); prepare for and participate in client teleconference regarding proposed schedules and related discovery issues (0.7); ((review/analyze ███████████████(0.7)█ █████████████████████ (0.3).

**03/24/21    C M MORRISON                                                  0.30**
Review proposed communication regarding scheduling (.1) and confer with K. McCarthy regarding same (.2).

**03/24/21    K I NIX                                                       0.50**
Reviewed draft scheduling proposals.

**03/24/21    J J NORMILE                                                   3.00**
Preparation for and participation in teleconference with B. Koch, R. Inz, P. Hendler, K. McCarthy and C. Morrison regarding case management scheduling order and review and revision of same (1.5); review of Collegium's proposed case management scheduling order and various emails and teleconferences regarding same (1.0);████████████████████████████ (.50).

**03/25/21    J J DARENSBOURG                                               0.10**
Manage shared database for attorneys of correspondence regarding proposed schedule.

JONES DAY

305158-610005                                                        Page 11
                                                                   April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals        Invoice:  33491237

*Date of Service*     *Timekeeper Name*                              *Hours*

03/25/21      K MCCARTHY                                              3.00
Draft/revise parties proposed schedules (0.7); prepare for and participate in meet and confer with opposing
counsel regarding parties' proposed schedules (1.0); participate in teleconference with J. Normile, P.
Hendler, and C. Morrison regarding meet and confer (0.5); ((review/analyze ████████
████████ (0.3); attention to ████████
████████ (1.0).

03/25/21      C M MORRISON                                            1.10
Confer with Collegium regarding proposed schedule and approach regarding '434 patent (.9) and follow up
internally regarding same (.2).

03/25/21      K I NIX                                                 1.30
Work regarding scheduling order (.3); ████████████████████████████
████████████████████████████████████
(1.0).

03/25/21      J J NORMILE                                            2.00
Preparation for and participation in meet and confer with counsel for Collegium regarding proposed case
management schedule (1.3); various teleconferences with C. Morrison, K. McCarthy and P. Hendler (.5);
and review of related correspondence (.2).

03/26/21      K MCCARTHY                                             5.00
((Draft/revise ████████████ (2.0); draft/revise parties' proposed schedules (1.5); finalize and serve
letter and proposed schedules on opposing counsel (0.5); ((attention to ████████████
████████ (0.5); draft/revise ████████ and communicate with A. Nicolais
regarding same (0.5).

03/26/21      C M MORRISON                                           0.90
Confer with J. Normile, P. Hendler, and K. McCarthy regarding strategy for case management order (.5);
review and revise proposed schedule and letter (.4).

03/26/21      K I NIX                                                3.10
((Work regarding ████████████████████████████████
████████████████████████████████).

03/26/21      J J NORMILE                                           2.50
Preparation for and participation in various teleconferences with C. Morrison, P. Hendler and K. McCarthy
regarding preparation of case management schedule and Normile letter to Judge Saylor regarding same
(2.0); ((preparation for and participation in teleconference ████████████████ (.50).

03/27/21      J J NORMILE                                           1.00
Review of various correspondence from O. Langer, C. Sullivan, C. Morrison and P. Hendler regarding draft
case management schedule and letter to Judge Saylor.

03/28/21      K MCCARTHY                                            3.00
Draft/revise joint letter to Court re: parties' proposed schedules and communicate internally regarding
same (2.0); draft/revise ████████████ and communicate with A. Nicolais regarding same (1.0).

03/28/21      C M MORRISON                                          0.60
Confer internally regarding proposed schedule and joint letter to court.

03/28/21      A M NICOLAIS                                          2.00
Drafting ████████████████ (2.0).

03/28/21      K I NIX                                               0.50
████████████████████████████████████

JONES DAY

305158-610005

Page 12
April 30, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals

Invoice: 33491237

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**03/28/21    J J NORMILE    1.50**
Preparation for and participation in various teleconferences with C. Morrison, P. Hendler and K. McCarthy regarding draft case management schedule and letter to Judge Saylor.

**03/29/21    J J DARENSBOURG    0.50**
Manage shared database for attorneys of correspondence regarding proposed case schedule.

**03/29/21    K MCCARTHY    4.50**
Draft/revise parties' proposed schedules and joint letter to court regarding same and communicate internally regarding edits to same (2.5); prepare for and participate in meet and confer with opposing counsel regarding schedules (0.7) and follow-up internal conversation regarding same (0.3); draft/revise ██ and communicate internally regarding same (0.5); coordinate exchange with opposing counsel and incorporation of both parties' positions into combined draft (0.5).

**03/29/21    C M MORRISON    1.30**
Review and comment on ████████████ (.6); confer with Collegium's counsel regarding proposed schedule (.4); confer internally regarding same (.3).

**03/29/21    K I NIX    3.70**
((Work regarding ███████████████████████ ████████████████████████████ (2.5); studied draft letter inserts to J. Saylor enclosing proposed case schedule (1.2).

**03/29/21    J J NORMILE    3.00**
Preparation for and participation in meet and confer with counsel for Collegium regarding draft case management schedule and joint letter to Judge Saylor including various teleconferences with C. Morrison, P. Hendler and K. McCarthy and review and revise drafts (2.5); preparation for and participation in weekly team teleconference with B. Koch, R. Silbert, R. Kreppel, R. Inz, P. Hendler, K. McCarthy and A. Nicolais (.50).

**03/30/21    J J DARENSBOURG    0.40**
Manage shared database for attorneys of proposed scheduling order.

**03/30/21    K MCCARTHY    3.00**
((Perform legal research regarding ████████████ (0.5); prepare for and participate in teleconference with J. Normile and A. Nicolais regarding research and related issues (0.5); attention to internal correspondence regarding ████████████ (0.5); draft/revise ████████████ (1.5).

**03/30/21    C M MORRISON    0.80**
Review and revise joint letter to court and finalize filing.

**03/30/21    K I NIX    2.70**
((Teleconference ██████████████████████████ ██████████████████████████ ████████████

**03/30/21    J J NORMILE    3.00**
Review of various correspondence from K. McCarthy and P. Hendler regarding proposed case management schedule and review of Collegium's draft of same and email from O. Langer (1.5); review and revise Normile letter to Judge Saylor and various comments regarding same (1.0); ((review of ████████████ (.50).

**03/31/21    J J DARENSBOURG    0.80**
Manage shared database for attorneys of correspondence and filing of Joint Letter regarding Parties' Proposed Schedule.

# JONES DAY

305158-610005                                                    Page 13
                                                            April 30, 2021

Purdue Pharma L.P., et al v. Collegium Pharmaceuticals          Invoice:  33491237

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/31/21 | K MCCARTHY | 2.00 |

((Attention to internal and co-counsel correspondence regarding ████████████████████ (0.5); prepare for and participate in teleconference ████████████████ ████████ (1.0); ████████████████ (0.5).

| 03/31/21 | C M MORRISON | 0.30 |

Confer with J. Normile regarding status and strategy.

| 03/31/21 | A M NICOLAIS | 2.50 |

((Research for B. Koch re ████████████ (1.5); drafting summary re same)) (.5).

| 03/31/21 | K I NIX | 3.40 |

((Prepared ██████████████████████████ .

| 03/31/21 | J J NORMILE | 2.30 |

((Preparation for and participation in various teleconferences ████████████████████ (1.5); attention to preparation of ████████ (.80).

**TOTAL**                                                      **320.10**

**JONES DAY**

305158-610005                                                                        Page 14
                                                                              April 30, 2021
Purdue Pharma L.P., et al v. Collegium Pharmaceuticals              Invoice: 33491237

### DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|----------------|----------|--------|-------|
| **CONSULTANTS FEES** | | | | |
| 03/11/21 | NYC ACCOUNTING | NYC | 2,700.00 | |
| | Consultants fees - PHARMANALYSIS, INC. for professional services rendered - February 2021. | | | |
| | **Consultants fees Subtotal** | | | **2,700.00** |
| **UNITED PARCEL SERVICE CHARGES** | | | | |
| 03/15/21 | J J NORMILE | NYC | 18.62 | |
| | United Parcel Services Charges, John Normile, 1Z10445E0192971065 | | | |
| | **United Parcel Service charges Subtotal** | | | **18.62** |
| | **TOTAL** | | **USD** | **2,718.62** |

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

April 30, 2021                                             305158-610013

Invoice: 33491246

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2021:

| | | |
|---|---|---|
| Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp. | USD | 1,232.50 |
| Less 13% Fee Discount | | (160.22) |
| | USD | 1,072.28 |

DISBURSEMENTS & CHARGES

| | |
|---|---|
| Consultants and Agents Fees | 3,000.00 |
| | 3,000.00 |

**TOTAL**                                   **USD**       **4,072.28**

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610013/33491246 WITH YOUR PAYMENT

**JONES DAY**

305158-610013

Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.

Invoice:  33491246

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| ASSOCIATE |  |  |  |
|   K MCCARTHY | 0.50 | 715.00 | 357.50 |
| PARALEGAL |  |  |  |
|   J J DARENSBOURG | 2.50 | 350.00 | 875.00 |
| **TOTAL** | **3.00** | **USD** | **1,232.50** |

**JONES DAY**

305158-610013                                                          Page 3
                                                                  April 30, 2021
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.          Invoice:  33491246

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 03/02/21 | J J DARENSBOURG | 0.50 |
| | Manage confidential Defendant's documents for destruction. | |
| 03/03/21 | K MCCARTHY | 0.50 |
| | Attention to case files and correspondence regarding document destruction requirements under Protective Order amended deadlines (0.5). | |
| 03/25/21 | J J DARENSBOURG | 2.00 |
| | Manage destruction of Defendants' confidential files. | |
| **TOTAL** | | **3.00** |

JONES DAY

305158-610013                                                                              Page 4
                                                                                    April 30, 2021
Purdue Pharma L.P. et al. v. Intellipharmaceutics Corp.                    Invoice:  33491246

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|-----------------|----------|--------|-------|
| **CONSULTANTS FEES** | | | | |
| 03/09/21 | NYC ACCOUNTING | NYC | 1,500.00 | |
| Consultants fees - PACE ANALYTICAL SERVICES, LLC for February storage. | | | | |
| 03/09/21 | NYC ACCOUNTING | NYC | 1,500.00 | |
| Consultants fees - PACE ANALYTICAL SERVICES, LLC for January storage. | | | | |
| **Consultants fees Subtotal** | | | | **3,000.00** |
| **TOTAL** | | | **USD** | **3,000.00** |

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

April 30, 2021                                                    305158-610028

                                                         Invoice: 33491250

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2021:

| | | |
|---|---|---:|
| Accord Healthcare Inc. | USD | 31,343.00 |
| Less 13% Fee Discount | | (4,074.59) |
| | USD | 27,268.41 |
| **TOTAL** | **USD** | **27,268.41** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-610028/33491250 WITH YOUR PAYMENT

JONES DAY

305158-610028

Accord Healthcare Inc.

Page 2
April 30, 2021
Invoice:  33491250

TIMEKEEPER DETAIL SCHEDULE

| | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| J J NORMILE | 10.80 | 1,250.00 | 13,500.00 |
| OF COUNSEL | | | |
| K I NIX | 0.80 | 1,180.00 | 944.00 |
| ASSOCIATE | | | |
| K MCCARTHY | 14.50 | 715.00 | 10,367.50 |
| A M NICOLAIS | 9.30 | 655.00 | 6,091.50 |
| PARALEGAL | | | |
| J J DARENSBOURG | 0.40 | 350.00 | 140.00 |
| STAFF | | | |
| T WEAVER | 0.50 | 250.00 | 125.00 |
| B A ZYWICK | 1.00 | 175.00 | 175.00 |
| **TOTAL** | **37.30** | **USD** | **31,343.00** |

**JONES DAY**

305158-610028                                                                                  Page 3
                                                                                          April 30, 2021

Accord Healthcare Inc.                                                         Invoice:  33491250


SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/12/21 | K MCCARTHY | 1.00 |

Review/analyze Accord's Answer, Affirmative Defenses, and Counterclaims (.5) and communicate internally and with client regarding same (.5).

| 03/12/21 | J J NORMILE | 0.80 |

Review of Accord's answer and counterclaims (.5) and related correspondence from B. Koch and P. Hendler regarding same (.3).

| 03/13/21 | K I NIX | 0.50 |

Studied Accord's answer, affirmative defenses and counterclaims.

| 03/15/21 | J J DARENSBOURG | 0.20 |

Manage shared database for attorneys of Defendants' Answer, Affirmative Defenses, and Counterclaims.

| 03/15/21 | J J NORMILE | 1.00 |

Continued review of Accord's answer and counterclaims (.4) and preparation for and participation in teleconference regarding same (.6).

| 03/16/21 | J J DARENSBOURG | 0.10 |

Manage shared database for attorneys of Pro Hac Vice Motions of Ashley Ratycz and Aaron Barkoff for Defendants.

| 03/18/21 | K MCCARTHY | 2.00 |

Attention to miscellaneous case correspondence and case calendar (0.5); ███████████████ ██████████████████████████ (0.5); review/analyze ████████ ████████ (0.7) and communicate internally and with client regarding same)) (0.3).

| 03/19/21 | K MCCARTHY | 1.00 |

Attention to miscellaneous internal, client, co-counsel, and local counsel correspondence concerning pro hac vice motions and Court's oral order regarding scheduling order (0.8); communicate with J. Normile regarding summary of outstanding case action items (0.2).

| 03/19/21 | K I NIX | 0.20 |

Reviewed order assigning pre-trial matters to Magistrate Judge Hall.

| 03/19/21 | J J NORMILE | 1.00 |

Review of various court orders regarding the appointment of Magistrate Judge Hall and case scheduling order including related teleconferences and correspondence (1.0).

| 03/22/21 | K MCCARTHY | 1.00 |

Prepare for and participate in weekly client teleconference regarding litigation status updates (0.5), including review of litigation status tracker (0.1); coordinate signatures for pro hac vice motions and communicate internally and with local counsel regarding same (0.4).

| 03/22/21 | J J NORMILE | 2.00 |

Attention to various case management issues including preparation of draft reply to counterclaims, draft protective order and Rule 26 initial disclosures.

| 03/25/21 | K MCCARTHY | 1.00 |

Draft/revise Answer to Accord's counterclaims and communicate with A. Nicolais regarding same (0.7); attention to internal and local counsel correspondence regarding pro hac vice motions (0.3).

| 03/25/21 | A M NICOLAIS | 1.10 |

Begin drafting Answer to Accord's counterclaims.

| 03/25/21 | K I NIX | 0.10 |

Reviewed emails and order granting pro hac vice motion.

JONES DAY

305158-610028                                                      Page 4
                                                          April 30, 2021

Accord Healthcare Inc.                          Invoice:  33491250


| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**03/26/21    K MCCARTHY    2.50**
Review/analyze Accord's counterclaims (0.6); draft/revise answer to counterclaims (0.7) and communicate internally regarding edits to same (0.4); ((draft/revise ███████████ (0.8).

**03/26/21    A M NICOLAIS    3.40**
Drafting answer to Accord's counterclaims (3.2); communication in firm with K. McCarthy re same (.20).

**03/26/21    J J NORMILE    1.50**
Attention to various issues regarding preparation of Answer to Accord's counterclaims including various correspondence with B. Koch, R. Inz and K. McCarthy regarding ███████████.

**03/27/21    J J NORMILE    0.50**
Review of various correspondence from B. Koch and K. McCarthy regarding ███████████.

**03/28/21    K MCCARTHY    1.00**
Draft/revise Purdue's answer to Accord's counterclaims and communicate with A. Nicolais regarding same (1.0).

**03/28/21    A M NICOLAIS    0.60**
Continue to draft/revise answer to Accord's Counterclaims (.6).

**03/29/21    K MCCARTHY    1.00**
Prepare for and participate in weekly client teleconference regarding litigation status updates (0.5), including review of tracker (0.1); communicate internally and with client regarding comments to draft answer to Accord's counterclaims (0.4).

**03/29/21    J J NORMILE    1.00**
Review and revision of Answer to Accord's counterclaims including review of correspondence from K. McCarthy, A. Nicolais and J. Doyle.

**03/30/21    K MCCARTHY    2.00**
Review/analyze Accord's ANDA production regarding Accord USA (0.7); draft/revise letter to opposing counsel and finalize and serve same (0.8); attention to miscellaneous internal and client correspondence regarding Accord USA (0.5).

**03/30/21    A M NICOLAIS    3.20**
Meeting with J. Normile and K. McCarthy re draft Answer to Accord Counterclaims (.2); reviewing Accord ANDA re Accord Healthcare Inc. USA party (1.1); ((research ███████████ (.4); communication in firm and drafting summary re same (.3); edits/revisions to draft Answer to Accord Counterclaims (.5); drafting letter to opposing counsel re same (.70).

**03/30/21    J J NORMILE    1.00**
((Preparation for and participation in teleconference ███████████

**03/30/21    T WEAVER    0.50**
Research regarding Accord Healthcare Inc., USA, for A. Nicolais.

**03/30/21    B A ZYWICK    1.00**
Research regarding Accord Healthcare Inc., USA, for A. Nicolais (.6); research regarding pulling company reports on Accord Healthcare, Inc., USA for A. Nicolais (.4).

**03/31/21    J J DARENSBOURG    0.10**
Manage shared database for attorneys of correspondence regarding existence of entity Accord USA.

JONES DAY

305158-610028

Accord Healthcare Inc.

Page 5
April 30, 2021
Invoice: 33491250

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 03/31/21 | K MCCARTHY | 2.00 |

Attention to internal and client correspondence regarding P. Hendler document request (0.7); review/analyze production materials related to same (0.3); ((prepare for and participate in client teleconference regarding ███████████████████████ (0.5); ((attention to ███████████████████████ (0.5).

| 03/31/21 | A M NICOLAIS | 1.00 |

((Communication ███████████████ (.2); meeting ███████████████ (.3); drafting ███████████████ (.3); communication in firm with K. McCarthy re same)) (.2).

| 03/31/21 | J J NORMILE | 2.00 |

((Preparation for and participation in teleconference ███████████████ (.50); review and revise same and review ███████████████ (1.0); review ███████████████ (.50).

**TOTAL**                                          **37.30**

IN ACCOUNT WITH

# JONES DAY

**New York**

250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

April 30, 2021                                                              305158-640002

                                                                              Invoice: 33491255

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2021:

| | | |
|---|---|---|
| Strategic Corporate Advice | USD | 2,520.50 |
| Less 13% Fee Discount | | (327.66) |
| | USD | 2,192.84 |
| **TOTAL** | **USD** | **2,192.84** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|---|---|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-640002/33491255 WITH YOUR PAYMENT

**JONES DAY**

305158-640002                                                    Page 2
                                                            April 30, 2021
Strategic Corporate Advice                          Invoice:  33491255

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| PARTNER |  |  |  |
| D T MOSS | 0.40 | 1,075.00 | 430.00 |
| ASSOCIATE |  |  |  |
| K MCCARTHY | 1.00 | 715.00 | 715.00 |
| A M NICOLAIS | 2.10 | 655.00 | 1,375.50 |
| **TOTAL** | **3.50** | **USD** | **2,520.50** |

JONES DAY

305158-640002                                                                        Page 3
                                                                              April 30, 2021
Strategic Corporate Advice                                              Invoice:  33491255

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 03/01/21 | D T MOSS | 0.30 |

Communicate with Normile and Kordas regarding refreshed Normile declaration.

| 03/01/21 | A M NICOLAIS | 0.60 |

Drafting weekly Purdue updates (.3); weekly Purdue team strategy meeting (.3).

| 03/02/21 | D T MOSS | 0.10 |

Communicate with Normile and Kordas regarding Normile declation.

| 03/09/21 | A M NICOLAIS | 0.30 |

Drafting weekly Purdue updates (.3).

| 03/15/21 | K MCCARTHY | 1.00 |

Review/analyze Purdue v. Alvogen (Hysingla) case filings (.4) and draft/revise internal summaries of same (.6).

| 03/15/21 | A M NICOLAIS | 0.20 |

Drafting weekly Purdue case updates/status.

| 03/29/21 | A M NICOLAIS | 1.00 |

Drafting weekly updates (.3): communication in firm re same (.1); weekly Purdue strategy and planning meeting (.5).

**TOTAL**                                                                        **3.50**

IN ACCOUNT WITH

# JONES DAY

**New York**
250 Vesey Street
New York, NY 10281-1047
**(212) 326-3939**

Federal Identification Number: 34-0319085

April 30, 2021                                                          305158-999007

Invoice: 33491258

PURDUE PHARMA L.P.
Attention: Bruce J. Koch, Esq.
Chief Patent Counsel
One Stamford Forum
Stamford, CT 06901

For legal services rendered for the period through March 31, 2021:

| | | |
|---|---|---:|
| Retention Matters | USD | 21,557.50 |
| Less 13% Fee Discount | | (2,802.47) |
| | USD | 18,755.03 |

### DISBURSEMENTS & CHARGES

| | |
|---|---:|
| Conference Charges | 70.00 |
| Document Reproduction Charges | 109.20 |
| Postage Charges | 68.00 |
| | 247.20 |

| | | |
|---|---|---:|
| **TOTAL** | **USD** | **19,002.23** |

Please remit payment to:

| **ACH Transfer (preferred)** | **Wire Transfer** |
|:---:|:---:|
| Citibank, N.A. | Citibank, N.A. |
| New York, NY | New York, NY |
| Account Name: Jones Day | Account Name: Jones Day |
| Account No: 37026407 | Account No: 37026407 |
| ABA No: 021000089 | ABA No: 021000089 |
| | Swift Code: CITIUS33 |

PLEASE REFERENCE 305158-999007/33491258 WITH YOUR PAYMENT

**JONES DAY**

305158-999007                                                              Page 2
                                                                    April 30, 2021
Retention Matters                                           Invoice:  33491258

TIMEKEEPER DETAIL SCHEDULE

|                  | Hours | Rate     | Amount    |
|------------------|-------|----------|-----------|
| PARTNER          |       |          |           |
| J J NORMILE      | 3.10  | 1,250.00 | 3,875.00  |
| ASSOCIATE        |       |          |           |
| C BUCK           | 11.20 | 575.00   | 6,440.00  |
| A KORDAS         | 9.80  | 800.00   | 7,840.00  |
| K MCCARTHY       | 1.50  | 715.00   | 1,072.50  |
| PARALEGAL        |       |          |           |
| M M MELVIN       | 3.70  | 400.00   | 1,480.00  |
| LEGAL SUPPORT    |       |          |           |
| K HORN           | 2.00  | 425.00   | 850.00    |
| **TOTAL**        | **31.30** | **USD** | **21,557.50** |

JONES DAY

305158-999007                                                                                                      Page 3
                                                                                                               April 30, 2021
Retention Matters                                                                                      Invoice:  33491258

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 03/01/21 | C BUCK | 1.30 |
| | Revise invoices to comply with UST guidelines. | |
| 03/01/21 | A KORDAS | 0.30 |
| | Call with D. Moss and J. Normile regarding supplemental declaration (.2); finalize same (.1). | |
| 03/01/21 | J J NORMILE | 1.60 |
| | Preparation for and participation in the Purdue omnibus February hearing (.80); preparation for and participation in teleconference with D. Moss and A. Kordas regarding supplemental Normile declaration and review and revise draft regarding same (.80). | |
| 03/04/21 | C BUCK | 0.30 |
| | Revise monthly fee application excel. | |
| 03/05/21 | C BUCK | 3.00 |
| | Draft fifteenth monthly fee statement. | |
| 03/08/21 | C BUCK | 1.10 |
| | Revise summary excel for fourth interim application. | |
| 03/08/21 | C BUCK | 0.40 |
| | Finalize Fifteenth Monthly Fee Statement for filing. | |
| 03/08/21 | C BUCK | 0.30 |
| | Finalize Purdue supplemental declaration for filing. | |
| 03/08/21 | A KORDAS | 2.00 |
| | Draft/revise monthly fee statement and coordinate filing of same (1.5); finalize and coordinate filing of supplemental declaration (.5). | |
| 03/08/21 | M M MELVIN | 2.20 |
| | Review and e-file the Supplemental Declaration of John J. Normile in Support of Jones Day's retention application (0.20); create an e-mail distribution list (0.50); serve the same by e-mail (0.20); create a first class mail distribution list (0.50); create labels for first class mail service (0.50); provide written instructions and coordinate first class mail service (0.30). | |
| 03/09/21 | C BUCK | 0.60 |
| | Revise excel worksheet. | |
| 03/09/21 | M M MELVIN | 0.70 |
| | Draft an Affidavit of Service regarding the Supplemental Declaration of John Normile regarding Jones Day's retention (0.30); prepare exhibits to the same (0.40). | |
| 03/10/21 | M M MELVIN | 0.20 |
| | Review and e-file an Affidavit of Service regarding J. Normile's Supplemental Declaration. | |
| 03/11/21 | C BUCK | 2.10 |
| | Revise Fourth Interim Fee Application. | |
| 03/11/21 | A KORDAS | 1.50 |
| | Draft/revise fourth interim fee application (1.2); correspond with C. Buck and J. Normile regarding matter (.3). | |
| 03/12/21 | A KORDAS | 2.70 |
| | Draft/revise interim fee application (2.4); confer with C. Buck and J. Normile regarding same (.3). | |
| 03/15/21 | C BUCK | 0.30 |
| | Revise fee application. | |

JONES DAY

305158-999007                                                                                              Page 4
                                                                                                    April 30, 2021
Retention Matters                                                                          Invoice:  33491258

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 03/15/21 | A KORDAS | 0.80 |
| | Draft/revise interim fee application. | |
| 03/15/21 | K MCCARTHY | 1.00 |
| | Draft/revise fourth interim fee application and communicate with J. Normile and A. Kordas regarding same (1.0). | |
| 03/16/21 | C BUCK | 1.00 |
| | Review fourth interim fee application. | |
| 03/16/21 | A KORDAS | 1.50 |
| | Draft/revise fee application (1.0); confer with K. McCarthy, J. Normile and C. Buck regarding same (.5). | |
| 03/16/21 | K MCCARTHY | 0.50 |
| | Prepare for and participate in teleconference with A. Kordas regarding fourth interim fee application (0.5). | |
| 03/16/21 | J J NORMILE | 0.50 |
| | Review and revise Purdue's 4th interim fee application and review correspondence from K. McCarthy and A. Kordas regarding same (.50). | |
| 03/17/21 | C BUCK | 0.80 |
| | Finalize fourth interim fee application for filing. | |
| 03/17/21 | A KORDAS | 1.00 |
| | Finalize and coordinate filing of the fourth interim fee application. | |
| 03/17/21 | M M MELVIN | 0.60 |
| | Prepare and assemble exhibits to Jones Day's fourth interim fee application (0.30); review and e-file Jones Day's Fourth Interim Application For Allowance of Compensation For Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During Retention Period From October 1, 2020 Through January 31, 2021 (0.30). | |
| 03/24/21 | J J NORMILE | 1.00 |
| | Participate in March omnibus hearing. | |
| 03/29/21 | K HORN | 2.00 |
| | Review files for D. Prater deposition and Draft patent application per P. Hendler. | |

**TOTAL**                                                                                           **31.30**

JONES DAY

305158-999007

Retention Matters

Page 5
April 30, 2021
Invoice:  33491258

DISBURSEMENT DETAIL

| Date | Timekeeper Name | Location | Amount | Total |
|------|------|------|------|------|
| **CONFERENCE CHARGES** | | | | |
| 03/25/21 | A KORDAS | NYC | 70.00 | |
| | Conference charges - Attended telephonic hearing on third interim fee applications. 15-Dec-2020 | | | |
| | **Conference Charges Subtotal** | | | **70.00** |
| **DUPLICATION CHARGES** | | | | |
| 03/11/21 | NYC ACCOUNTING | NYC | 109.20 | |
| | Duplication charges through 03/11/2021 2,184 b&w copies @ $0.05 each | | | |
| | **Duplication charges Subtotal** | | | **109.20** |
| **POSTAGE CHARGES** | | | | |
| 03/30/21 | NYC ACCOUNTING | NYC | 68.00 | |
| | Postage charges - March'2021 | | | |
| | **Postage charges Subtotal** | | | **68.00** |
| | **TOTAL** | | **USD** | **247.20** |