UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re: Purdue Pharma L.P., et al.,                    Case No.: 19-23649 (RDD)

                                                                                      Chapter 11
                                                                                      (Jointly Administered)
                              Debtors

----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Harold D. Israel  to be admitted, ***pro hac vice***, to represent   Walter Lee Salmons   (the "Client") in the above referenced ☑ cases ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Illinois  and the bar of the U.S. District Court for the  Northern  District of  Illinois , it is hereby

**ORDERED**, that  Harold D. Israel , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ cases ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       May 10, 2021

                                                                         */s/Robert D. Drain*
                                                                  UNITED STATES BANKRUPTCY JUDGE