**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-23649 (RDD)<br><br>(Jointly Administered) |
| PURDUE PHARMA L.P., *et al.*,<br><br>               Plaintiffs,<br><br>    v.<br><br>AIG SPECIALTY INSURANCE COMPANY (f/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY), *et al.*,<br><br>               Defendants. | Adv. Pro. No. 21-07005 (RDD) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mark D. Plevin, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent American Guarantee and Liability Insurance Company and Steadfast Insurance Company in both (i) the above-referenced main proceeding, *In re Purdue Pharma L.P., et al.*, Case No. 19-23649 (RDD), as parties in interest, and (ii) in the above-referenced adversary proceeding, *Purdue Pharma L.P., et al. v. ?AIG Specialty Ins. Co., et al.*, Adv. Proc. No. 21-07005 (RDD), as defendants.

I certify that I am a member in good standing of the State Bar of California and the District of Columbia and, and am admitted to practice before the United States Courts of Appeals for the

Third, Fourth, Fifth, Sixth, Seventh, Ninth, District of Columbia, and Federal Circuits, the United States District Courts for the District of Columbia, Central District of California, Eastern District of California, Northern District of California, Northern District of Illinois, Eastern District of Michigan, and the United States Court of International Trade.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

I will be associated in this matter with my colleague Kelly H. Tsai, of our firm's New York office.

| | |
|---|---|
| Dated: May 10, 2021<br>San Francisco, CA | Respectfully submitted,<br><br>*/s/ Mark D. Plevin*<br>Mark D. Plevin<br>CROWELL & MORING LLP<br>Three Embarcadero Center, 26th Floor<br>San Francisco, California  94111<br>Tel: 415-986-2800<br>Fax: 415-986-2827<br>mplevin@crowell.com<br><br>*Attorneys for Defendants American Guarantee and Liability Insurance Company and Steadfast Insurance Company* |

906013731_1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 19-23649 (RDD) |
| PURDUE PHARMA L.P., *et al.*, | Chapter 11 |
| Debtors.[1] | |
| PURDUE PHARMA L.P., *et al.*, | Adversary Proceeding No. 21-07005 (RDD) |
| Plaintiffs, | |
| v. | |
| AIG SPECIALTY INSURANCE COMPANY (F/K/A AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY), *et al.*, | |
| Defendants. | |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*__**

Upon the motion of Mark D. Plevin, to be admitted, *pro hac vice*, to represent American Guarantee and Liability Insurance Company and Steadfast Insurance Company (the "Clients"), defendants in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the District of Columbia and the State of California, and is admitted to practice before the United States Circuit Courts for the District

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Avrio Health L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

of Columbia Circuit, Third Circuit, Fourth Circuit, Fifth Circuit, Sixth Circuit, Seventh Circuit, Ninth Circuit, and the Federal Circuit and the United States District Courts for the District of Columbia, Central District of California, Eastern District of California, Northern District of California, Northern District of Illinois, Eastern District of Michigan, and the United States Court of International Trade, it is hereby

**ORDERED**, that Mark D. Plevin, Esq. is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2021  
       White Plains, New York

_____  
HON. ROBERT D. DRAIN  
United States Bankruptcy Judge